**ORIGINAL**

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Partnership, LLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

DAVID M. LOUIE         2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA           4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | [RE: DEFENDANT UNITED |
| UNITED STATES TAEKWONDO | ) | STATES OLYMPIC COMMITTEE'S |
| UNION, a Colorado nonprofit | ) | SECOND REQUEST FOR |

| | |
|---|---|
| Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a federally ) <br> chartered nonprofit corporation; ) <br> JOHN DOES 1-10; JANE DOES 1- ) <br> 10; DOE PARTNERSHIPS 1-10; ) <br> DOE CORPORATIONS 1-10, ) <br> ) <br> Defendants. ) <br> _____) | PRODUCTION OF DOCUMENTS <br> TO PLAINTIFF DAE SUNG LEE <br> (DATED DECEMBER 21, 2005)] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant United States Olympic Committee's Second Request for Production of Documents (dated December 21, 2005) was duly served on the following, in the manner indicated below, on December 21, 2005:

| | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES, ESQ. <br> Bervar & Jones <br> 1400 Pauahi Tower, 1001 Bishop Street <br> Honolulu, HI 96813 | ( ) | ( X ) |
| GLENN H. UESUGI <br> 345 Queen Street, 2nd Floor <br> Honolulu, HI 96813 | ( ) | ( X ) |

MICHAEL GREEN                              ( )              ( X )
345 Queen Street, 2nd Floor
Honolulu, HI 96813

      DATED: Honolulu, Hawaii, DEC 21 2005 _____.

_____
DAVID M. LOUIE
APRIL LURIA
MARK S. LEVINSTEIN
ROBERT L. MOORE
Attorneys for Defendants
UNITED STATES TAEKWONDO
UNION and UNITED STATES
OLYMPIC COMMITTEE

14