IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | WARD D. JONES; |
| vs. ) | EXHIBITS "1-3" |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF WARD D. JONES

Declarant WARD D. JONES swears and affirms as follows:

1. Declarant is an attorney licensed to practice law in the State of Hawaii and the United States District Court for the District of Hawaii.

2. Declarant makes this Declaration from personal knowledge.

3. Attached hereto as Exhibit "1" is a true and correct copy of Dr. Thomas Loudat's Economic Report.

4. Attached hereto as Exhibit "2" is a true and correct copy of portions of the deposition of Dr. Thomas Loudat.

5. Attached hereto as Exhibit "3" is a true and correct copy of portions of the Affidavit of Dae Sung Lee filed on August 2, 2004.

6. Declarant swears upon oath and upon penalty of perjury that the above statements are true and correct.

Dated at Honolulu, Hawaii, January 4, 2006.

_____
WARD D. JONES