### Page 29

(1) the other sources for information. And is it fair to
(2) say you came up with, what did you call it, high
(3) case, a high loss and a low loss scenario?
(4) (09:46) A. That's right.
(5) (09:46) Q. And then you averaged those two and that
(6) became the base case?
(7) (09:46) A. That's right.
(8) (09:46) Q. And so all that's done to get the base case
(9) is to take the numbers from the high loss and the low
(10) loss and average them?
(11) (09:46) A. That's correct.
(12) (09:46) Q. So we don't need to talk about the base
(13) case other than it's the average. There's no other
(14) analysis that led to the base case?
(15) (09:46) A. Correct.
(16) (09:46) Q. All right. And the primary focus of the
(17) high-loss case, or the only focus of the high-loss
(18) case, is on lost profits from the business?
(19) (09:47) A. Well, it's the, the total loss net to Dae
(20) Sung Lee, which would include business profits and
(21) whatever he was paying himself as a wage or officer's
(22) compensation from the corporation.
(23) (09:47) Q. Well, didn't you assume that his wage was
(24) going to stay the same?
(25) (09:47) A. You know, I didn't make any such

### Page 30

(1) assumption. I just looked at the total net in the
(2) analysis that I did from the corporation to him.
(3) (09:47) Q. Well, so the only change you postulated in
(4) the business was that it would make more profits, and
(5) that amount would be paid through to him?
(6) (09:47) A. Exactly.
(7) (09:47) Q. So you didn't assume any change in his base
(8) compensation, you simply assumed the company would
(9) make more money and it would pay, be paid to him.
(10) (09:47) Whether they called it lost profits or they
(11) called it salary didn't really matter, it was all
(12) ordinary income that would be paid from him?
(13) (09:48) A. That's correct.
(14) (09:48) Q. And it was all based on the amount that you
(15) believe or that you estimated the business would have
(16) had higher profits?
(17) (09:48) A. Correct.
(18) (09:48) Q. So your report's high-loss scenario is
(19) focused entirely on estimating the lost profits to
(20) the U.S. Taekwondo Centers, Inc., the business
(21) entity, as a result of Mr. Dae Sung Lee not being the
(22) Olympic coach in 2004?
(23) (09:48) A. That's correct.
(24) (09:48) Q. You concluded that his business would have
(25) done better if he had been the Olympic coach?

### Page 31

(1) (09:48) A. Correct.
(2) (09:48) Q. And from what date forward it would have
(3) done better?
(4) (09:49) A. Commencing in 2005.
(5) (09:49) Q. And to summarize, there's a chart that
(6) shows year-by-year but, basically, what did you say
(7) would happen to the 2004 profits in 2005?
(8) (09:49) A. Well, that they would go up in a fashion
(9) similar -- for the high scenario you're talking
(10) about?
(11) (09:49) Q. Correct?
(12) (09:49) A. They would go up in a fashion similar to
(13) what occurred for Han Won Lee subsequent to his
(14) Olympic coaching experience.
(15) (09:49) Q. So in 2005 what percentage would they go
(16) up?
(17) (09:49) A. Do you want me to calculate a percentage?
(18) (09:49) Q. Well, let's do it differently. What did
(19) you conclude was the fashion that Han Won Lee's
(20) profits had gone up that you then used to apply to
(21) Mr. Lee's numbers, Mr. Dae Sung Lee's numbers?
(22) (09:50) A. I'll refer you to page 6 of the report, and
(23) what I did is increase the gross receipt amount of
(24) Dae Sung Lee's do'jang by the same percentage rate of
(25) increase that occurred for Han Won Lee through 2007.

### Page 32

(1) (09:50) And then simultaneously with that, given
(2) that simultaneous with his increase in gross there
(3) was an increase in his net, I increased the net, the
(4) ratio of net to gross that Dae Sung Lee would have
(5) experienced, and then multiplying that net by the
(6) gross would come up with the net income amount.
(7) (09:50) Q. Okay. Focusing on page 6. 2004 you have
(8) gross of 180443?
(9) (09:50) A. That's right.
(10) (09:50) Q. Is that actual 2004 or is that an increase,
(11) 2004?
(12) (09:51) A. That's actual 2004.
(13) (09:51) Q. So the 42905 on page 6 is net income in
(14) 2004?
(15) (09:51) A. Yes. That's his actual net cash flow that
(16) he derived from the corporation.
(17) (09:51) Q. And your analysis concludes that in 2005
(18) his net income would go up to 66,876?
(19) (09:51) A. That's right.
(20) (09:51) Q. And his income would almost double in 2006
(21) to 112,000?
(22) (09:51) A. That's correct.
(23) (09:51) Q. And it would basically double in 2006
(24) within a thousand dollars to 223996?
(25) (09:51) A. Correct.

Page 33

(1) Q. And it would stay that way forever?
(2) A. And that's where it would plateau. For
(3) that scenario I left it plateaued at there and left
(4) it there to the end of his life expectancy.
(5) Q. Which is how many years?
(6) A. Well, his work life expectancy --
(7) Q. Well, just how many years did you chart it?
(8) A. To age 64, so, 18 additional years.
(9) Q. Counting 2004 to 2007 or?
(10) A. Well, that's from 2005 through 2023.
(11) Q. Okay. So you concluded by having that
(12) additional credential of being the head Olympic coach
(13) his income would go up 50 percent, more than
(14) 50 percent in 2005, and about a hundred percent in
(15) 2006 and a hundred percent in 2007?
(16) A. Correct, as a best-case possibility.
(17) Q. Well, that's your best estimate, correct?
(18) A. Best-case outcome, that's right.
(19) Q. Well, which is it? Is it -- I mean, I
(20) understand you have this other scenario that's,
(21) that's judged a completely different way.
(22) A. Correct.
(23) Q. But is this your best estimate of how much
(24) his business would have made in increased profits or
(25) is it not?

Page 34

(1) A. Well, yeah, I don't know, I don't know
(2) when, the way I term it is the best-case outcome from
(3) Olympic coaching experience.
(4) Q. Okay. And is it, does it match the extent
(5) to which, is it precisely geared to how much Mr. Han
(6) Won Lee's business improved?
(7) A. In percentage terms, yes.
(8) Q. So you assume in the best-case scenario or
(9) this high-loss scenario that Dae Sung Lee's business
(10) would improve, percentage-wise, exactly the same as
(11) Han Won Lee's business?
(12) A. Subsequent to the Olympics, that's right.
(13) And simultaneous with that there is, it's happened,
(14) occurred for him, his ratio of net to gross improved
(15) from one year to the next.
(16) Q. We can skip the gross income. The net
(17) income is what you ended, I mean --
(18) A. Right.
(19) Q. The net income increase would be the same
(20) as Han Won Lee's net income --
(21) A. -- yeah, I'm just --
(22) Q. -- in percentage terms, or in dollar terms?
(23) A. In percentage terms, the ratio of net --
(24) excuse me, the gross income is the same increases for
(25) Han Won Lee I did for Dae Sung Lee, okay.

Page 35

(1) Q. Well, hold on. Did we start with by saying
(2) the gross income would go up by $70,000 and then
(3) $130,000 and then $300,000, or did we say the net
(4) income would go up 50 percent, a hundred percent, a
(5) hundred percent?
(6) A. Well, yeah, if you --
(7) Q. -- how did we get those numbers?
(8) A. Right, okay. If you do, if you calculate
(9) the net income on percentage terms, what you said is
(10) approximately correct.
(11) Q. But what I'm asking is this. Looking at
(12) Han Won Lee's numbers, okay, which you used as the
(13) basis for deciding what the high-loss scenario should
(14) be, did you say Han Won Lee's gross revenues went up
(15) $70,000, or did you say Han Won Lee's net income went
(16) up 50 percent?
(17) A. Well, I don't know what his net, what he
(18) netted from the, his business was because I don't
(19) know what he paid himself as a wage or salary, based
(20) on the information that I have.
(21) All I based this on, so, what I did use in
(22) terms of calculating a best-case scenario for Dae
(23) Sung Lee, using the profile of what happened from Han
(24) Won Lee is his increases in his gross, which I did
(25) have, and then the increase in his net from the

Page 36

(1) corporation, which I also did have.
(2) Q. Okay. Did you calculate the increases in
(3) the gross on a dollar amount from Han Won Lee or a
(4) percentage amount?
(5) A. On a percentage amount.
(6) Q. Okay. So, whatever year you took for Han
(7) Won Lee for the first year of increase, you figured
(8) out that percentage of increase?
(9) A. That's right.
(10) Q. And you multiplied it times $180,443 to get
(11) to 53799?
(12) A. What?
(13) Q. Looking at page 6.
(14) A. I don't see any number. Oh, that's right,
(15) that's correct. And the terms of the gross for 2005,
(16) yes.
(17) Q. Okay. And then you also increased the net
(18) gross ratio a little bit based on Han Won Lee's
(19) experience?
(20) A. That's right.
(21) Q. In order to determine the net income?
(22) A. That's right.
(23) Q. And the net gross, just as a side point,
(24) the net gross depends on how many expenses you had?
(25) A. Correct.

### Page 37

(1) Q. And what you called as expenses?
(2) A. Well, right. Well, it's, it's, right. It
(3) includes whatever expenses there were and any cost of
(4) goods sold as well.
(5) Q. But it includes, for example, if Han Won
(6) Lee wanted to deduct the expenses of his car or not
(7) deduct expense of his car as part of his business
(8) expense?
(9) A. Well, yeah, it goes into the calculation of
(10) what an expense is.
(11) Q. Right. So, and the net gross difference is
(12) based on whatever Han Won Lee did is what you used to
(13) change the net gross that the, the net would be a
(14) higher percentage each year for Dae Sung Lee?
(15) A. Yeah. What I did there is, is he had a
(16) significant increase in his ratio of net to gross
(17) from 2000, relative to -- excuse me, 2001 relative to
(18) 2000.
(19) And then he just, he had an 11 percent
(20) increase in his ratio of net to gross from '02 to
(21) '01. And that's what I used to in -- let me finish.
(22) And then from '03 to '04 he had a, a whopping
(23) 106 percent increase in his ratio of net to gross.
(24) I just, in terms of increasing Dae Sung
(25) Lee's ratio of net to gross, I just increased it

### Page 38

(1) 11 percent per year, consistent with what happened in
(2) that one period. I did not increase it by any
(3) hundred and six percent from one year to the next.
(4) Q. And all you know about Han Won Lee's
(5) business is what's in his tax return?
(6) A. Well, and what I found out subsequent to,
(7) and my conversations the other day with Master Lee.
(8) Q. Okay. But as of the date of your report,
(9) all you knew about Han Won Lee's business was his
(10) declaration and his tax return?
(11) A. That's right.
(12) Q. So you don't know -- all right. Have you
(13) ever been to Mr. Dae Sung Lee's do'jang?
(14) A. No.
(15) Q. You've never been to Colorado Springs even?
(16) Have you ever been to Colorado Springs?
(17) A. I think I've been through Colorado Springs.
(18) Q. On the way to where?
(19) A. Wyoming.
(20) Q. Okay. So you've driven through Colorado
(21) Springs?
(22) A. Yes.
(23) Q. Ever stopped in Colorado Springs?
(24) A. No.
(25) Q. What do you know about Colorado Springs?

### Page 39

(1) A. It's where Colorado State University is.
(2) Q. Okay. What else did you know about it?
(3) A. It's a college town. I know a little bit
(4) about is demographics, having looked at those.
(5) Q. And when did you look at those?
(6) A. Since last Saturday.
(7) Q. But as of the date of your report you've
(8) looked not at all at the demographics of Colorado
(9) Springs?
(10) A. Wasn't important to my analysis.
(11) Q. And you assumed in your report that all of
(12) Han Won Lee's increased success, increased net
(13) income, increased gross revenues, were because he had
(14) been the Olympic coach in 2000, is that correct?
(15) A. That's correct. I'm not aware of any other
(16) factor that changed significantly pre and post 2000.
(17) Q. And how old was his business?
(18) A. In 2000 I believe it was, I think, three
(19) years, if I remember correctly.
(20) Q. As opposed to Mr. Lee's business that would
(21) have been 11 years old in 2004?
(22) A. Well, I think he started his do'jang in
(23) '93, so it would have been seven years.
(24) Q. In 2004?
(25) A. Oh, 2004, yeah, that's right.

### Page 40

(1) Q. Okay.
(2) A. Well, in 2004, then, then Han Won Lee's
(3) would have been a business that had been in existence
(4) for seven years.
(5) Q. No, no. But what you're saying is that
(6) what would have happened to Dae Sung Lee's business
(7) in 2004 you used as your comparison what happened to
(8) Han Won Lee's business in 2000, correct?
(9) A. Well, I, I used the changes from 2000,
(10) moving forward in time, to postulate a best-case
(11) scenario for what would have happened to Dae Sung
(12) Lee's business.
(13) Q. The high-loss scenario in your report is
(14) based on the fact that you can predict what would
(15) have happened to Dae Sung Lee's business starting in
(16) 2004 from what happened to Han Won Lee's business
(17) starting in 2000?
(18) A. Correct. That's the --
(19) Q. -- and you're saying --
(20) A. -- best-case situation.
(21) Q. And you're saying that Han Won Lee's
(22) business in 2000 was comparable to Dae Sung Lee's
(23) business in 2004, for purposes of comparison?
(24) A. It's, it's, it's, it's not a question that,
(25) it's a, the issue is to measure what, at the margin

### Page 41

(1) what would have happened due to this particular
(2) event. You know, to me, the issue of, of, unless
(3) there are significant changes aside from that event
(4) in Han Won Lee's business that led to do that revenue
(5) change, which I'm not aware of, that's the
(6) significant factor, and that's the significant factor
(7) would have changed had Dae Sung Lee not been
(8) withdrawn as the Olympic coach.
(9) (10:01) Q. And what did you do to determine if there
(10) had been any other significant factors in Han Won
(11) Lee's business?
(12) (10:01) A. I didn't see anything noted in his
(13) declaration other than that's what he's attributing
(14) that to his success.
(15) (10:02) Q. Did it say he attributes all of his success
(16) to that?
(17) (10:02) A. I didn't see anything other than that.
(18) (10:02) Q. Right. And who wrote his declaration?
(19) (10:02) A. Well, he wrote his declaration.
(20) (10:02) Q. Is that what you believe?
(21) (10:02) A. He signed it. So, whether he wrote it or
(22) not, he signed it, and I assuming he's attesting to
(23) it. How else am I supposed to take that?
(24) (10:02) Q. Well, are you drawing any significance from
(25) the fact that he didn't mention anything else in it?

### Page 42

(1) (10:02) A. I -- if, if there is something else, I'm
(2) not aware of it.
(3) (10:02) Q. Okay.
(4) (10:02) A. Okay.
(5) (10:02) Q. Let me ask --
(6) (10:02) A. And, and just let me finish. By virtue of
(7) the, see, by virtue of the fact that I did not rely
(8) on that as the sole scenario for which I am
(9) testifying to as the more-likely-than-not outcome is
(10) an attempt to account for things that I'm unaware of.
(11) (10:02) And that's why I ran a low scenario and
(12) took the median, a base, as a base-case scenario of
(13) what would have happened had Dae Sung Lee had his
(14) Olympic coaching experience.
(15) (10:02) Q. Your entire analysis is based on two
(16) things: Han Won Lee's business in 2000 and how it
(17) did after he was the Olympic coach, and comparing Dae
(18) Sung Lee's income to a Labor Department chart.
(19) Correct?
(20) (10:03) MR. JONES: Objection. Misstates the
(21) testimony, argumentative.
(22) (10:03) A. Yeah, it's, the impact of the Olympic
(23) coaching -- I'm going to state it in my terms, and
(24) you can state it however you want. But for my
(25) purposes --

### Page 43

(1) (10:03) BY MR. LEVINSTEIN:
(2) (10:03) Q. You're going to answer my questions, but
(3) you can say whatever you want. I'll ask it again if
(4) you don't answer my question.
(5) (10:03) A. Well, I know, but see, you can state what
(6) you think I'm saying in however you want to state it,
(7) but I'm going to state it the way it's analyzed and
(8) the way it makes sense to me.
(9) (10:03) I estimated a best-case scenario wherein
(10) I'm using Han Won Lee's business experience
(11) subsequent to the Olympics as a measure of what could
(12) occurred, best-case outcome, had Dae Sung Lee had the
(13) Olympic coaching experience.
(14) (10:03) As a worst-case scenario I am using
(15) earnings profiles for coaches and making a change
(16) from a mean earnings profile to a higher earnings
(17) profile to say that, at a minimum, that's would have
(18) occurred by virtue of this significant event. That's
(19) what I did.
(20) (10:04) Q. You state in your opinion that the opinions
(21) expressed herein are held to a reasonable degree of
(22) economic probability.
(23) (10:04) Do you believe to a reasonable degree of
(24) economic probability Dae Sung Lee would have achieved
(25) the best-case scenario?

### Page 44

(1) (10:04) A. No. In a more-likely-than-not scenario,
(2) what I'm testifying to is the best, is the base-case
(3) scenario.
(4) (10:04) Q. Okay. But so you're not saying that he
(5) would have achieved the high-loss scenario?
(6) (10:04) A. Okay, given that you have to testify to a
(7) situation more likely than not, the, the outcome
(8) that's more likely than not is the base-case scenario
(9) that I testified to.
(10) (10:04) In a strictly economic sense, if I was
(11) going to do this probabilistically, related to the
(12) likelihood of a specific outcome, then I would attach
(13) specific percentages to each of these outcomes and
(14) weighted, and come up with a weighted average, but
(15) that's not how it's, it's done in litigation.
(16) (10:04) Q. Why not? That's how it done economics,
(17) that's how it should be done in litigation.
(18) (10:05) A. It's not the way it's done in litigation.
(19) You, you can tell me. You're the, you're the legal
(20) expert. I'm telling you that's not the way it's done
(21) with, in litigation. It's just not the way it's
(22) done.
(23) (10:05) Q. Well, I'll tell you that's how you're
(24) supposed to do it, so we'll continue. You're
(25) supposed to do it the way that an economist would do