IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | AFFIDAVIT OF DAE SUNG LEE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF DAE SUNG LEE

| | |
|---|---|
| STATE OF HAWAII ) | |
| ) SS. | |
| CITY AND COUNTY OF HONOLULU ) | |

Affiant being first duly sworn upon oath deposes and says that:

1.  He is a U. S. citizen, residing in the State of Hawaii, whose address is 2333 Kapiolani Boulevard, #1111, Honolulu, Hawaii, 96826.

2.  Affiant makes this affidavit from personal knowledge.

3.  Affiant owns and operates United States Taekwondo Center, a Taekwondo school, located at 820 Hind Drive, Honolulu, Hawaii and has operated the school since 1993. Affiant is the head instructor of the school. Affiant was born in Korea and moved to Hawaii at age twelve. Affiant has been a United States citizen since 1977.


EXHIBIT "3"