*cc: [illegible] R[illegible]*
*w/ ex parte*
*motion to shorten time*

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES     2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:   wdj@bervar-jones.com

MICHAEL J. GREEN    4451-0
GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 04 2006

at 4 o'clock and 02 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING OF |
| | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MOTION TO STRIKE |
| UNITED STATES TAEKWONDO | ) | DEFENDANTS' WITNESSES; |
| UNION, a Colorado nonprofit | ) | PLAINTIFF DAE SUNG LEE'S |
| Corporation, UNITED STATES | ) | MOTION TO STRIKE |
| OLYMPIC COMMITTEE, a federally | ) | DEFENDANTS' WITNESSES; |

1

| | |
|---|---|
| charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF WARD D. JONES; EXHIBITS "A-F"; CERTIFICATE OF SERVICE<br>Hearing Date: _____<br>Time: _____<br>Honorable Susan Oki Mollway<br><br>New Trial Date:  April 4, 2006 |

### NOTICE OF HEARING OF PLAINTIFF DAE SUNG LEE'S MOTION TO STRIKE DEFENDANTS' WITNESSES

TO:   LOUIE, ESQ.
　　　APRIL LURIA, ESQ.
　　　Roeca, Louie & Hiraoka
　　　841 Bishop Street, Suite 900
　　　Honolulu, Hawaii  96813

　　　MARK S. LEVINSTEIN, ESQ.
　　　GABRIEL A. FELDMAN, ESQ.
　　　ROBERT L. MOORE, ESQ.
　　　Williams & Connolly LLP
　　　725 12th Street, N.W.
　　　Washington, D.C.  20005

　　　Attorneys for Defendants
　　　UNITED STATES TAEKWONDO UNION and
　　　UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ \_\_.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January  4 , 2006.

_/s/ Ward D. Jones_
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>        Plaintiff,<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants. | Civil No. 04-00461 SOM LEK<br><br>PLAINTIFF DAE SUNG LEE'S MOTION TO STRIKE DEFENDANTS' WITNESSES; |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' WITNESSES

COMES NOW, PLAINTIFF DAE SUNG LEE (hereinafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones and

1

Glenn H. Uesugi, and hereby moves this Honorable Court for an Order Striking Defendants' Witnesses.

This motion is brought pursuant to Rules 7, 26 and 37 of the Federal Rules of Civil Procedure and is based upon the attached Memorandum in Support of Motion, the Declaration of Ward D. Jones, and the records and files contained therein.

DATED: Honolulu, Hawaii, January 4, 2006.

_____
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff DAE SUNG LEE