IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) ) ) ) ) ) ) | DECLARATION OF WARD D. JONES |
| Defendants. | ) | |

DECLARATION OF WARD D. JONES

1

Ward D. Jones declares as follows:

1. Declarant is an attorney licensed to practice law before all courts in the State of Hawaii and is one of the attorneys for Plaintiff in the above captioned action.

2. Attached hereto as Exhibit "A" is a true and correct copy of Declarant's letter dated July 14, 2005 to Mark S. Levinstein, Esq.

3. Attached hereto as Exhibit "B" is a true and correct copy of Mark S. Levinstein's letter dated July 27, 2005 to Declarant.

4. Attached hereto as Exhibit "C" is a true and correct copy of Mark S. Levinstein's letter dated August 5, 2005 to Declarant.

5. Attached hereto as Exhibit "D" is a true and correct copy of Mark S. Levinstein's letter dated December 22, 2005 to Declarant.

6. Attached hereto as Exhibit "E" is a true and correct copy of Glenn H. Uesugi, Esq.'s letter to Mark S. Levinstein dated December 22, 2005.

7.   Attached hereto as Exhibit "F" is a true and correct copy of Mark S. Levinstein's letter dated December 27, 2005 to Declarant.

8.   That Declarant has spoken with Mark S. Levinstein about failure to disclose witnesses in the past and has not received a satisfactory response. Under the circumstances court intervention is needed. Declarant certifies he has therefore complied with Local Rule 37.1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January  4 , 2006

_____
WARD D. JONES