LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

MARK S. LEVINSTIEN
(202) 434-5012
mlevinstein@wc.com@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 5, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Re:   **Lee v. USOC and USTU, Civ. No. 04-00461 SOM**

Dear Mr. Jones:

    We have not received any response to my letter to you dated July 27, 2005. That letter responded to your letter dated July 14, 2005. I am writing to highlight a few issues raised in my letter.

    First, we explained that we were unaware of any discovery requests from you to which we had not responded fully and we expressed confidence that you would inform us of any specific requests about which you had concerns.

    Second, we have not yet scheduled any depositions for August. Do you want to take the deposition of Mr. Candon on Tuesday, August 16th?

    Third, we asked for confirmation that the only testimony Mr. Paet will give is to tell us what Mr. Paet says Mr. Reznik said Mr. Gambardella said.

    Please respond as soon as possible with respect to these issues.

Very truly yours,

*Mark S. Levinstein*

Mark S. Levinstein

MSL:tbs



EXHIBIT "C"