LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARK S. LEVINSTEIN
ATTORNEY AT LAW
(202) 434-5012
mlevinstein@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 22, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Re: Lee v. USOC and USTU, Civ. No. 04-00461 SOM

Dear Mr. Jones:

We need to schedule the depositions of Mr. Samuel Pejo and Mr. Sang Lee. Should we contact them directly, or will you please contact them to find a number of dates when each of them will be available in January? In addition, we will be noticing a number of videotape depositions (perhaps as many as twelve) on the mainland in January. We anticipate those depositions being conducted during the weeks of January 16, January 23rd, and January 30th.

Contrary to Mr. Uesugi's letter, Ms. Luria did not agree to move the date for the oral argument on our motions related to Mr. Loudat or the plaintiff's claim of lost profits for his school. Given our schedules, we cannot agree to move the oral argument on the motions to dismiss from the date when it is now scheduled, January 23rd. We also need to have that motion decided so we will know whether we may need to take the deposition of Mr. Young In Cheon and several other witnesses related to plaintiff's lost profit claims.

As for Mr. Candon's deposition, in response to Mr. Uesugi's request, we will contact him to find out when he will be available in January. Our Hawaii counsel will be defending that deposition and are in trial and are not available January 19th or 20th. We will let you know what dates will work for Mr. Candon and Hawaii counsel. I do not need to attend that deposition, so there is no need to schedule it adjacent to the oral argument on January 23rd.

Very truly yours,

*Mark S. Levinstein*

Mark S. Levinstein

MSL:emm
cc: All counsel of record

EXHIBIT D