# GLENN H. UESUGI
Attorney at Law

---

345 Queen Street, Second Floor
Honolulu, Hawai'i 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

December 22, 2005

**VIA FAX:(202) 434-5029**
Mark S. Levinstein, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

    Re: <u>Dae Sung Lee v. USTU/USOC</u>
    Civil No.: 04-00461 SOM LEK

Dear Mr. Levinstein:

    In your December 22, 2005 letter to Mr. Jones, you indicate that you will be "noticing a number of videotape depositions (as many as twelve) on the mainland in January." What are the names of these witnesses that you intend to depose?

Very truly yours,

Glenn H. Uesugi

GHU: ld

cc:    April Luria, Esq. (808) 521-9648
       Ward D. Jones, Esq. (808) 550-4991

EXHIBIT E