LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARK S. LEVINSTEIN
ATTORNEY AT LAW
(202) 434-5012
mlevinstein@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

RECEIVED DEC 3 0 2005

December 27, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Re:   **Lee v. USOC and USTU, Civ. No. 04-00461 SOM**

Dear Mr. Jones

As we indicated in my letters dated July 27, 2005 and August 5, 2005, defendants have complied with all of our obligations with respect to discovery. Nevertheless, we are writing to provide you a preliminary list of witnesses along with a list of potential issues each witness's testimony might address. We have no obligation to provide this list, at this time, and we reserve the right to amend this list or to call additional witnesses, and as detailed below we also reserve the right to call any witness listed by any other party in this action, or any witness who might become necessary for rebuttal or might be necessary if another witness cannot attend the trial in Hawaii.

## Defendants' Witness List

| Witness | Potential Issues to be Addressed |
|---|---|
| Abdallah, Nia | 2, 4, 5, 7, 10 |
| Baggiano, Tony<br>8632 Wynford Place<br>Montgomery, AL 36117 | 2, 4, 5, 7, 8, 9, 10 |
| Bender, Rich<br>Executive Director<br>USA Wrestling<br>6155 Lehman Drive<br>Colorado Springs, CO 80918 | 2, 4, 5, 7, 8, 9, 10 |



EXHIBIT F

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
December 27, 2005
Page 2 of 6

| | |
|---|---|
| Candon, John*<br>Candon Consulting Group, LLC<br>ASS Tower, Suite 955<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | 11 |
| Chalmers, Jill<br>c/o Holmes Robert & Owen LLP<br>90 South Cascade Avenue<br>Suite 1300<br>Colorado Springs, CO 80903 | 1, 3, 4 |
| Choi, Ji Ho<br>4901 Bergenline Ave.<br>West New York, NJ | 1, 2, 4 |
| Dring, Stephen | 1, 2, 4 |
| Ford, Ed | 12 |
| Gambardella, Robert<br>USA Taekwondo<br>1 Olympic Plaza<br>Colorado Springs, CO 80909 | 2, 4, 5, 7, 8, 9, 10 |
| Holloway, John<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Kim, Chang Kil<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 4 |
| Locke, Steve<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 2, 4, 5, 7, 8, 9, 10 |
| Lopez, Jean<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
December 27, 2005
Page 3 of 6

| | |
|---|---|
| Lopez, Steven<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813 | 1, 2, 3, 4, 5, 7, 8, 9, 10 |
| Mendoza, Jeanna<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813 | 1, 2, 3, 4, 5, 6, 7, 10 |
| Moreno, Juan<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813 | 2, 4, 5, 7, 8, 9, 10, 11 |
| Padilla, Kevin | 1, 2, 3, 4, 5, 6, 7, 10 |
| Park, Cha Sok<br>7423 Elgar Street<br>Springfield, VA 22151 | 1, 2, 4 |
| Satrom, Thomas<br>Parker, Satrom, O'Neil & Benjamin, P.A.<br>123 South Ashland Avenue<br>Cambridge, MN 55008-1593 | 1, 2, 3, 4 |
| Seiber, John<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI  96813 | 4, 12 |
| Skinner, Kelly<br>Director, Sports Partnerships<br>United States Olympic Committee<br>1 Olympic Plaza<br>Colorado Springs, CO  80909 | 2, 4, 5, 7, 8, 9, 10 |
| Smith, Steve<br>c/o Holmes Robert & Owen LLP<br>90 South Cascade Avenue<br>Suite 1300<br>Colorado Springs, CO  80903 | 1, 3, 4 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
December 27, 2005
Page 4 of 6

| | |
|---|---|
| Sweet, Ronda<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 3, 4, 5, 6, 7, 8, 10 |
| Telli, Christopher<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 3, 4 |
| Toles, Perry<br>The Toles Company<br>400 Penn Plaza, Suite 950<br>Roswell, NM 88201 | 1, 2, 3, 4 |
| Wakefield, Barbara<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 4 |
| Warwick, Jay<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 3, 4, 5, 6, 7 |
| Witte, Virginia<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813 | 1, 2, 4, 5, 7, 8, 9, 10 |
| All witnesses identified by plaintiff in deposition testimony by plaintiff or plaintiff's witnesses, in documents produced by plaintiff, and/or in plaintiff's answers to interrogatories, all witnesses for whom plaintiff submitted declarations. | |

*Expert witness

### Potential Issues to be Addressed

1. The USTU under its former management was not in compliance with its obligations as a national governing body.

2. The USTU rules and procedures under former management worked to the detriment of United States athletes.

3. The USOC and the Membership and Credentials Committee had been trying for many years to get the USTU to come into compliance, and they acted properly.

4. The USOC, the USTU, and the Membership and Credentials Committee did not discriminate against plaintiff, Korean-Americans, or anyone else alleged by plaintiff on the basis of race.

5. The coach selection criteria under the USTU's former management were subjective, were not based upon merit, and worked to the detriment of USTU athletes.

6. Plaintiff was not properly selected as the Head Coach at the 2004 Olympic Games because the coach selection procedures were not followed.

7. United States athletes and others desired coach selection criteria that were objective and athlete centered.

8. The USTU Governance and Management Committee adopted facially-neutral, objective coach selection criteria.

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
December 27, 2005
Page 6 of 6

9. The USTU Governance and Management Committee properly applied the new objective coach selection criteria and selected Jean Lopez as the Head Coach for the 2004 Olympic Games.

10. The new coach selection criteria benefited United States athletes.

11. Plaintiff did not suffer any damages from the USTU's withdrawal of his selection as Head Coach for the 2004 Olympic Games and/or damages plaintiff alleges are without basis.

12. Rebuttal witness to Mary Brunner.

Very truly yours,

Mark S. Levinstein
[Dictated But Not Read]