BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES         2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:   wdj@bervar-jones.com

MICHAEL J. GREEN      4451-0
GLENN H. UESUGI       4865-0
345 Queen Street, 2ⁿᵈ Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:   michaeljgreen@hawaii.rr.com
E-mail:   puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at 4 o'clock and 04 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING OF |
| | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MOTION TO COMPEL |
| UNITED STATES TAEKWONDO | ) | DISCOVERY OF DEFENDANTS |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, UNITED STATES | ) | COMMITTEE AND UNITED |
| OLYMPIC COMMITTEE, a federally | ) | STATES TAEKWONDO |
| charged nonprofit corporation, JOHN | ) | UNION'S FINANCIAL |
| DOES 1-10; JANE DOES 1-10; | ) | CONDITION; PLAINTIFF DAE |

DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SUNG LEE'S MOTION TO COMPEL DISCOVERY OF DEFENDANTS UNITED STATES OLYMPIC COMMITTEE AND UNITED STATES TAEKWONDO UNION'S FINANCIAL CONDITION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF WARD D. JONES; EXHIBITS " A-B "; CERTIFICATE OF SERVICE

Hearing Date: _____
Time: _____
Honorable Susan Oki Mollway

New Trial Date:   April 4, 2006

## NOTICE OF HEARING OF PLAINTIFF DAE SUNG LEE'S MOTION TO COMPEL DISCOVERY OF DEFENDANTS UNITED STATES OLYMPIC COMMITTEE AND UNITED STATES TAEKWONDO UNION'S FINANCIAL CONDITION

TO:    LOUIE, ESQ.
       APRIL LURIA, ESQ.
       Roeca, Louie & Hiraoka
       841 Bishop Street, Suite 900
       Honolulu, Hawaii  96813

       MARK S. LEVINSTEIN, ESQ.
       GABRIEL A. FELDMAN, ESQ.
       ROBERT L. MOORE, ESQ.
       Williams & Connolly LLP

725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall

come on for hearing before the Honorable Susan Oki Mollway, Judge of the

above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii, on _____ at _____ .m.,

or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January _4_, 2006.


_____
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MOTION TO COMPEL |
| | ) | DISCOVERY OF DEFENDANTS |
| UNITED STATES TAEKWONDO | ) | UNITED STATES OLYMPIC |
| UNION, a Colorado nonprofit | ) | COMMITEE AND UNITED |
| Corporation, UNITED STATES | ) | STATES TAEKWONDO |
| OLYMPIC COMMITTEE, a federally | ) | UNION'S FINANCIAL |
| charged nonprofit corporation, JOHN | ) | CONDITION |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF DAE SUNG LEE'S MOTION TO COMPEL DISCOVERY OF
DEFENDANTS UNITED STATES OLYMPIC COMMITTEE AND UNITED
STATES TAEKWONDO UNION'S FINANCIAL CONDITION

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by

and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H.

Uesugi, and hereby move this Honorable Court for an Order compelling

Defendants UNITED STATES OLYMPIC COMMITTEE (hereinafter

"Defendants USOC") and UNITED STATES TAEKWONDO UNION (hereinafter

"Defendant USTU") to produce discoverable information with regard to its financial condition.

This Motion is based on Rule 7 and 37 of the Federal Rules of Civil Procedure and is based on the attached Memorandum in Support of Motion, the Declaration of Ward D. Jones, and the records and files contained herein.

DATED: Honolulu, Hawaii, January ___4___, 2006.

WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff DAE SUNG LEE