IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | WARD D. JONES; |
| vs. ) | EXHIBITS "A-B" |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF WARD D. JONES

Declarant WARD D. JONES swears and affirms as follows:

1. Declarant is an attorney licensed to practice law before all courts in the State of Hawaii and is one of the attorneys for the Plaintiff in the above captioned action.

2. Attached hereto as Exhibit "A" is a true and correct copy of Defendant United States Olympic Committee's Responses and Objections to Plaintiff's Second Request for Production of Documents.

3.  Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Third Request for Production of Documents.

4.  That Declarant has spoken with Mark S. Levinstein about the issue of financial disclosure by United States Taekwondo Union and has been told that such will not be disclosed. Under the circumstances court intervention is required. Declarant certifies he has therefore complied with Local Rule 37.1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Honolulu, Hawaii, January 4, 2006.

_____
WARD D. JONES