BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES   2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI  4865-0
P.O. Box 17628
Honolulu, Hawaii 96817
Telephone: (808) 839-1738
Facsimile: (808) 839-1738
E-mail: puunui@aloha.net

Attorneys for Plaintiff
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | THIRD REQUESTS FOR |
| vs. | ) | PRODUCTION OF DOCUMENTS |
| | ) | TO UNITED STATES OLYMPIC |
| UNITED STATES TAEKWONDO | ) | COMMITTEE |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a | ) | |
| federally chartered nonprofit | ) | |

1


EXHIBIT B

corporation, JOHN DOES 1-10;       )
JANE DOES 1-10; DOE                )
PARTNERSHIPS 1-10; DOE             )
CORPORATIONS 1-10;                 )
                                   )
        Defendants.                )
_____    )

PLAINTIFF DAE SUNG LEE'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED STATES OLYMPIC COMMITTEE

TO:  DAVID M. LOUIE, ESQ.
     APRIL LURIA, ESQ.
     Roeca, Louie & Hiraoka
     841 Bishop Street, Suite 900
     Honolulu, Hawaii 96813


     MARK S. LEVINSTEIN, ESQ.
     GABRIEL A. FELDMAN, ESQ.
     ROBERT L. MOORE, ESQ.
     Williams & Connolly LLP
     725 12th Street, N.W.
     Washington, D.C. 20005

     Attorneys for Defendants
     UNITED STATES TAEKWONDO UNION and
     UNITED STATES OLYMPIC COMMITTEE

PLEASE TAKE NOTICE that pursuant to Rule 34 of the *Hawaii Rules of Civil Procedure*, Plaintiff above named requests that United States Olympic Committee, ("Producing Party") produce and permit the inspection and copying of the documents specified below.

2

The documents requested below are to be made available for inspection and copying at the offices of Bervar & Jones, Attorneys at Law, A Law Partnership, 1400 Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, within thirty (30) days of service of this Request or at such other time mutually agreeable to the parties.

IT IS FURTHER REQUESTED that, if possible, the Producing Party produce the documents according to the numbered paragraphs of this Request for Production.

## DEFINITIONS

A.  As used in this request for production of documents, the term "documents" includes statements, writings, and recordings of every kind (mechanical, electronic, typed or written), including, but not limited to, letters, correspondence, E-mails, maps, diagrams, photographs, motion pictures, memoranda, notes, reports and transcriptions in the possession of, subject to the control of, or within the knowledge of Defendant United States Olympic Committee or counsel for Defendant United States Olympic Committee or any consultants or experts retained by Defendant United States Olympic Committee or counsel for Defendant United States Olympic Committee.

3

B.   The terms "Producing Party" shall mean and include Defendant United States Olympic Committee and each of the Producing Party's agents, attorneys, experts, consultants, employees, representatives, or other persons acting or purporting to act on its behalf.

C.   If you decline to produce any of the requested documents on the ground of privilege, please provide a descriptive list of each such document and state the grounds for your refusal to produce each such document or statement.

D.   If any document cannot be produced in full, produce to the extent possible, specifying your reasons for your inability to produce the remainder and stating whatever information, knowledge or belief you do have concerning the unproduced portion.

E.   If any documents requested were at one time in existence, but are no longer in existence, please so state, specifying for each document: (a) the type of document, (b) the types of information contained thereon, (c) the date upon which it ceased to exist, (d) the circumstances under which it ceased to exist, (e) the identity of all persons having knowledge of the circumstances under which it ceased to exist, and (f) the identity of all persons having knowledge or who had knowledge of the contents thereof.

4

F.   This Request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this Request, you are required to produce such additional documents.

DATED: Honolulu, Hawaii, January 3, 2006.

_____
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

## PRODUCTION OF DOCUMENTS

1. Any and all documents which show Defendant United States Olympic Committee's net worth at the end of the fiscal years 2003, 2004, and 2005.

2. Any and all Financial Statements of Defendant United States Olympic Committee for the years 2003, 2004, and 2005.

3. Balance Sheets of Defendant United States Olympic Committee for the years of 2003, 2004, and 2005.

4. Income Statements of Defendant United States Olympic Committee for the years 2003, 2004, and 2005.

5. Any and all audit reports of Defendant United States Olympic for the years 2003, 2004, and 2005.

6. Federal Tax Returns of Defendant United States Olympic for the years 2003, 2004, and 2005.