BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES        2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

MICHAEL J. GREEN     4451-0
GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at 4 o'clock and 05 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | NOTICE OF HEARING OF |
| ) | PLAINTIFF DAE SUNG LEE'S |
| ) | MOTION FOR LEAVE TO |
| UNITED STATES TAEKWONDO ) | AMEND COMPLAINT AND |
| UNION, a Colorado nonprofit ) | FOR MODIFICATION OF |
| Corporation, UNITED STATES ) | SCHEDULING ORDER; |
| OLYMPIC COMMITTEE, a federally ) | MEMORANDUM IN SUPPORT |
| charged nonprofit corporation, JOHN ) | OF MOTION; DECLARATION |
| DOES 1-10; JANE DOES 1-10; ) | OF WARD D. JONES; EXHIBITS |

| | | |
|---|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) ) | "1-2"; CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) ) ) ) ) ) ) | Hearing Date: _____ Time: _____ Honorable Susan Oki Mollway  New Trial Date:  April 4, 2006 |

NOTICE OF HEARING OF PLAINTIFF DAE SUNG LEE'S MOTION
FOR LEAVE TO AMEND COMPLAINT AND FOR
MODIFICATION OF SCHEDULING ORDER

TO:   LOUIE, ESQ.
      APRIL LURIA, ESQ.
      Roeca, Louie & Hiraoka
      841 Bishop Street, Suite 900
      Honolulu, Hawaii  96813

      MARK S. LEVINSTEIN, ESQ.
      GABRIEL A. FELDMAN, ESQ.
      ROBERT L. MOORE, ESQ.
      Williams & Connolly LLP
      725 12th Street, N.W.
      Washington, D.C.  20005

      Attorneys for Defendants
      UNITED STATES TAEKWONDO UNION and
      UNITED STATES OLYMPIC COMMITTEE

   NOTICE IS HEREBY GIVEN that the above-identified Motion shall

come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at \_\_\_\_ \_.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January __4__, 2006.

/s/ Ward D. Jones
_____
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　　Plaintiff,<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00461 SOM LEK<br><br>PLAINTIFF DAE SUNG LEE'S MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR MODIFICATION OF SCHEDULING ORDER |

**PLAINTIFF DAE SUNG LEE'S MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR MODIFICATION OF SCHEDULING ORDER**

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi, and hereby move this Honorable Court for Leave to Amend Complaint and for Modification of Scheduling.

This Motion is based on Rule 15 and 16 of the Federal Rules of Civil

-1-

Procedure and is based on the attached Memorandum in Support of Motion, the Declaration of Ward D. Jones, and the records and files contained herein.

DATED: Honolulu, Hawaii, January __4__, 2006.

                                                  /s/ Ward D. Jones
                                                 WARD D. JONES
                                                 MICHAEL J. GREEN
                                                 GLENN H. UESUGI
                                                 Attorneys for Plaintiff DAE SUNG LEE