IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>　　　　Defendants. | Civil No. 04-00461 SOM LEK<br><br>DECLARATION OF WARD D. JONES; EXHIBITS "1-2" |

## DECLARATION OF WARD D. JONES

Declarant WARD D. JONES swears and affirms as follows:

1. Declarant is an attorney licensed to practice law before all courts in the State of Hawaii and is one of the attorneys for the Plaintiff in the above captioned action.

2. Declarant makes this Declaration from personal knowledge.

3. Attached hereto as Exhibit "1" is a true and correct copy of Dr. Thomas A. Loudat, Ph.D.'s report dated March 14, 2005.

3. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff Dae Sung Lee's Proposed First Amended Verified Complaint for Damages, and for Injunction and Declaratory Judgment; Verification of Dae Sung Lee; Summons.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Honolulu, Hawaii, January 4, 2006.

_/s/ Ward D. Jones_
WARD D. JONES