

MICHAEL JAY GREEN    4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

WARD D. JONES    2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Fax: (808) 550-4991
Email: wdj@bervar-jones.com

GLENN H. UESUGI    4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
DAE SUNG LEE

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at 4 o'clock and 22 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | CIVIL NO. 04-00461 SOM LEK |
| Plaintiff, | PLAINTIFF DAE SUNG LEE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION TO PRECLUDE THE TESTIMONY OF |
| vs. | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation; UNITED STATES | |

| | |
|---|---|
| OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>    Defendants. | ) THOMAS LOUDAT PURSUANT<br>) TO DAUBERT AND FEDERAL<br>) RULES OF EVIDENCE 702 AND<br>) 403 FILED ON NOVEMBER 15,<br>) 2005; DECLARATION OF GLENN<br>) H. UESUGI; EXHIBITS "A" - "E"<br>) and CERTIFICATE OF SERVICE<br>)<br>) Hearing Date: January 23, 2006<br>) Hearing Time: 9:45 a.m.<br>) Judge: Honorable Susan Oki<br>) Mollway<br>)<br>) Trial Date: April 4, 2006<br>) |

**PLAINTIFF DAE SUNG LEE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION TO PRECLUDE THE TESTIMONY OF THOMAS LOUDAT PURSUANT TO DAUBERT AND FEDERAL RULES OF EVIDENCE 702 AND 403 FILED ON NOVEMBER 15, 2005**

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby files his Memorandum in Opposition to Defendants UNITED STATES TAEKWONDO UNION'S and UNITED STATES OLYMPIC COMMITTEE'S Motion to Preclude the Testimony of Thomas Loudat Pursuant to Daubert and Federal Rules of Evidence 702 and 403 filed on November 15, 2005 in the above captioned action.