# TABLE OF CONTENTS

I. FACTUAL AND PROCEDURAL CONTEXT.................................................. 5

II. ARGUMENT................................................................................................ 10

    A. The Proffered Testimony of Dr. Loudat is Relevant to this Case................................................................................................ 12

    B. The Proffered Testimony of Dr. Loudat is Reliable................... 13

        1. The Proffered Testimony of Dr. Loudat is based on Sufficient Facts........................................................................ 13

        2. The Proffered Testimony of Dr. Loudat is the Product of Reliable Principles and Methods.................... 15

        3. Dr. Loudat has Applied the Principles and Methods Reliably to the Facts of This Case...................................... 16

    C. Dr. Loudat is Not Testifying as a Taekwondo Expert.............. 17

    D. Differences between Real World and Litigation....................... 18

    E. Defendants' Arguments Lack Support from an Expert........................................................................................... 20

    F. Defendants Failed to Produce a Table of Authorities and Violated the Page Limitations............................................... 21

III. CONCLUSION........................................................................................... 21