# TABLE OF AUTHORITIES

**Rule 702, Federal Rules of Evidence**............................................................. 10

**Rule 703, Federal Rules of Evidence** ................................................. 11, 14, 17

**Crane v. Tankers, Inc.**, 47 F.3d 292 (8th Cir. 1995) ......................... 12, 15, 16

**Daubert v. Merrell Dow Pharmaceuticals, Inc.** ... 509 U.S. 579 (1993) .........
....................................................................................10, 11, 14, 15, 16, 18, 19, 21

**Kumho Tire Co. v. Carmichael**, 526 U.S. 137 (1999) ........................ 10, 11, 15

**Mukhtar v. Cal. State University, Hayward**, 299 F.2d 1053 (9th Cir. 2002) ...
................................................................................................................................. 12

**United States v. Vallejo**, 237 F.3d 1008 (9th Cir. 2000) *amended by*
246 F.3d 1150 (9th Cir. 2001)......................................................................... 12, 13