IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | CIVIL NO. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF GLENN H. |
| ) | UESUGI |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| corporation; UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| chartered nonprofit corporation; JOHN ) | |
| DOES 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF GLENN H. UESUGI

Glenn H. Uesugi declares as follows:

1. Declarant is an attorney licensed to practice law before all courts in the State of Hawaii and is one of the attorneys for Plaintiff in the above captioned action.

2. Attached hereto as Exhibit "A" is a true and correct copy of Dr. Thomas A. Loudat's curriculum vitae.

3. Attached hereto as Exhibit "B" is a true and correct copy of Dr. Thomas A. Loudat's report dated March 14, 2005 relating to the above captioned action.

4. Attached hereto as Exhibit "C" are true and correct copies of pages from Mr. Han Won Lee's oral deposition transcript.

5. Attached hereto as Exhibit "D" are true and correct copes of pages from Dr. Thomas Loudat's oral deposition transcript.

6. Attached hereto as Exhibit "E" is a true and correct copy of Mr. John Candon's report dated May 11, 2005 relating to the above captioned action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, JAN 0 5 2006 _____

GLENN H. UESUGI