# THOMAS ANTHONY LOUDAT

**ADDRESS:**

46-281 Auna Street
Kaneohe, Hawaii 96744
(808) 235-0578
(808) 235-5161 (FAX)
(808) 927-2791 (cellular)
tomloud@earthlink.net

**ACADEMIC POSITIONS:**

Research Associate, Oceanography Department, School of Ocean and Earth Sciences and Technology, University of Hawaii, Honolulu, (8/95-2/99)

Visiting Assistant Professor/Lecturer, Decision Sciences and Business Economics Departments, College of Business Administration, University of Hawaii, Honolulu, (8/82-5/93)

Lecturer, Agricultural Business Management Department, California Polytechnic State University, San Luis Obispo California, (1981-82)

Associate Professor, Agricultural Economics Department, California State University, Fresno (1980-81).

**EDUCATION:**

Ph.D., Economics, University of Hawaii
Honolulu, 1980.
Major area of specialization: Agricultural & Resource Economics
Minor areas: Quantitative Methods, Marketing and Research Methodology

M.S., Economics, University of Hawaii
Honolulu, 1979
Major area of specialization: Agricultural & Resource Economics

M.S., International Economic Development, Cal Poly, State University
San Luis Obispo, California, 1975

BA, University of California, Santa Barbara, 1971 Specialization: Poli Sci


EXHIBIT "A"

1

## PROFESSIONAL ASSOCIATIONS/ORGANIZATIONS:

National Association of Forensic Economics
American Academy of Economic and Financial Experts
Western Economics Association
American Agricultural Economics Association
Western Regional Science Association
Marine Resource Economics Association

## PUBLICATIONS:

### REPRINTS OF PREVIOUS WORK:

*Socio-Economic and Environmental Impact Analysis of an Oahu Landfill Location,* October 2004, Prepared for Ameron Hawaii, Co-Authored with Dr. Prahlad Kasturi.

*The Economics of Transitions to Heat and Electricity Generation through Non-Conventional and Renewable Fuels,* November 2003, College of Social Sciences, Hawaii Energy Policy Forum, University of Hawaii at Manoa, Co-Authored with Dr. Prahlad Kasturi.

*The Economic & Fiscal Impacts of Combined Heat and Power Systems,* April, 2003, Department of Business, Economic Development & Tourism, Energy, Resources & Technology Division, Honolulu, Hawaii

*Additional Investigations of The Economic & Fiscal Impacts of the Hawaii Energy Conservation Income Tax Credit,* Proceedings of the Energy Efficiency Task Force, January, 2002, Department of Business, Economic Development & Tourism, Energy, Resources & Technology Division, Honolulu, Hawaii.

*The Economic & Fiscal Impacts of the Hawaii Energy Conservation Income Tax Credit,* Proceeding of the Energy Efficiency Symposium, November 9, 2000, Department of Business, Economic Development & Tourism, Energy, Resources & Technology Division, Honolulu, Hawaii.

*The Economic Value of Manganese Tailings to Marine Mining Development,* Conference Proceedings, 1998 Offshore Technology Conference, Houston, Texas May 1998. Co-Authored with John C. Wiltshire.

*Industrial Applications of Waste Manganese: Initial Testing and Economic Evaluation,* Pacon 97 Proceedings, Symposium on RESOURCE DEVELOPMENT, Environment Issues and the Sustainable Development of Coastal Waters, PACON International, Hong Kong. July 1997. Co-Authored with John C. Wiltshire.

*The Economics of Commercial Koa Culture,* Koa: A Decade of Growth – Proceedings of the Symposium, edited by Lisa Ferintinos and Dale O. Evans, November 19 and 20, 1996.

*Solution Mining of Johnston Island Manganese Crusts: An Economic Evaluation*, Conference Proceedings Ocean '95, San Diego. October 9-12, 1995. Marine Technology Society, Washington. Co-Authored with Kimo Zaiger and John C. Wiltshire.

*Application of Waste Ferromanganese Marine Mineral Tailings in the Manufacture of Innovative Building Products.* Final Report on Contract No. 14-35-0001-30534, Continental Margins Program. Department of Business, Economic Development and Tourism. 1995. Co-authored with John Wiltshire.

*An Economic Evaluation of New Ocean Mining Technologies.* Hawaii SeaGrant and the Department of Business and Economic Development, August 1994.

*A Historical Performance Evaluation of the Hawaiian Home Lands Trust - State of Hawaii (April 1994)*, The Hawaiian Home Lands Trust Individual Claims Review Panel, Hawaiian Claims Office, Department of Commerce and Consumer Affairs, State of Hawaii, co-authored with A. Roy Horn and Robert Lucas.

*Cumulative Tax Rates of the Working Poor: Evidence of a Continuing Poverty Wall,* Journal of Economic Issues, Vol. XXVII, March, 1994, co-authored with Dr. Jack Suyderhoud and Dr. Richard Pollock.

*An Investigation of the Contribution of Platinum and Phosphorite to the Economic Viability of a Manganese Operation in the EEZ Surrounding Hawaii and Johnston Island,* DBED Report, Department of Business, Economic Development, and Tourism, Honolulu, Hawaii (April 1993), co-authored with John Wiltshire.

*The Economics of Mining Manganese Crust with Recovery of Platinum and Phosphorous,* Recent Advances in Marine Science and Technology, PACON International (1993), co-authored with John Wiltshire.

*The Identification of Potential Manganese Crust Mine Sites,* Proceedings of the Third Symposium of Studies Related to Continental Margins -- A Summary of Year-Five and Year-Six Activities, November 15-18, 1992, Sponsored by Minerals Management Service, U.S. Dept. of the Interior and the Continental Margins Committee, Association of American State Geologists; Hosted by Bureau of Economic Geology, University of Texas, Austin, co-authored with John Wiltshire.

*PhotoVoltaic Energy in Hawaii - An Assessment of Legal and Institutional Aspects for PolicyMaking,* Co-Authors Ron Richmond and Robert Freitas, July 1989.

*Method of Assessing New Crop Potential in Hawaii: A Case Study of the Hawaii Papaya Industry,* Research Extension Series 079, Hawaii Institute of Tropical Agriculture and Human Resources, University of Hawaii, October 1987. This work was also presented at the Annual Meetings of the Western Regional Science Association Meetings in February 1988.

Loudat, T.A., A.W. Fast and Gary G.L. Rogers. 1988. *Economic Analysis of Salmon Reared in OTEC Systems.* In: A.W. Fast and K.Y. Tanoue (Eds). Ocean Thermal Energy Conversion Aquaculture in Hawaii. Univ. Hawaii Sea Grant College Program, Rept. Series UNIHI-SEAGRANT-MR-89-01. PGS 156-176.

Report of the FIRST TAX REVIEW COMMISSION to the THIRTEENTH LEGISLATURE - State of Hawaii, December 17, 1984, co-authored with Jack Suyderhoud.

*Special Issues of Hawaii's Income Tax*, Staff Working Paper No. 11, Hawaii Tax Review Commission, September 1984.

*Inflation and Hawaii's Income Tax*, Staff Working Paper No. 5, Hawaii Tax Review Commission, June 1984.

*A Comparative Review of the Hawaii State Tax System*, Staff Working Paper No. 2, Hawaii Tax Review Commission, February 1984.

*The Demand for Bananas in the Honolulu Market -- An Econometric Analysis*, Proceedings of the Hawaii Banana Industry Association Eleventh Annual Conference, 1978.

## OTHER PROFESSIONAL ACTIVITIES:

## CONSULTING PROJECTS:

Economic Analysis, 700+ separate projects conducted between July 1983 and present related to the estimation of economic damages in wrongful death, personal injury, wrongful termination, divorce and business litigation cases. I have been qualified as an expert in the field of economics in the Hawaii Federal District, each of Hawaii's Circuit courts and Family Courts, arbitration hearings and various public/legislative hearings.

*The Relative Economic & Fiscal Impacts of Locating a Landfill at Kapa'a Quarry,* , Prepared for Ameron Hawaii with Dr. Prahlad Kasturi, June 2004.

*The Economic & Fiscal Impacts of the Jeep Seatac Bowl Game on Seattle, King County & the State of Washington,* Prepared for Fritz Rolfing, co-owner of the bowl game, March 2001.

*The Economic & Fiscal Impacts of a Vermont Renewable Energy Tax Credit*, Prepared for NRG Systems, Hinesburg, Vermont, March 2001.

*The Economic Impact of November 1996 and January 1997 Landslides on Makaha Valley Tower Residents*, Prepared for Makaha Valley Tower Residents, March 2001.

*The Socioeconomic Impact of a Big Island Prison,* April 1998.

*Hawaii Macadamia Nut Price Influencing Factors and Price Forecasts*, Prepared for C. Brewer Homes, December 1997 and June 1998.

*Hawaii Fish Farms – A Business Plan*, Performed Economic Analysis on Business Plan Co-Authored by David K. Barclay, Arlo W. Fast, PhD and Brian Cole, November 1997.

*The Technical and Economic Feasibility of Using Manganese Mine Tailings for Building and Other Useful Products*, Co-Authored with Dr. John Wiltshire. January 1997.

*The Economic Impacts of Riparian Nonpoint Pollution Control in Hawaii.* Subcontract work with Bay Pacific Consulting, June 1996.

*The Economic and Fiscal Impacts of the Hawaii Energy Conservation Income Tax Credit.* Hawaii Solar Energy Association, County of Hawaii, February 1996-2000.

*The Economic of Commercial Koa Culture.* Office of Research and Development, County of Hawaii, January 1996.

*Cost of Living Measures for COLA Determination.* Oahu COLA Defense Committee, 1995.

*The Economic Impacts of Workers' Compensation Reform in Hawaii.* A study conducted for the Haku Alliance, January 1995.

*The Economic Impacts of The East Mamala Bay Waste Water and Disposal Systems Upgrade*, subcontracted by Belt Collins and Associates for the Department of Public Works, Division of Waste Water Treatment, City and Count of Honolulu. 1993.

*Potential Year 2005 Employment Levels and distribution for Central and Leeward Oahu*, Prepared for Mililani Town, Inc. By Community Resources, Inc. For Whom Worked as a Research Associate, (1985).

*The Economic Impacts of the Kaneohe Bay Master Plan Recommendations*, Prepared for the Kaneohe Bay Master Planning Task Force, Office of State Planning, State of Hawaii, January, 1992.

*Site Selection Analysis - Kauai Agricultural Park*, Prepared for the Department of Agricultural, State of Hawaii; work with Lucas Associates on sub-contract with R.M. Towill Corporation; January, 1992.

*Big Island Catfish: A Business Plan and Review*, Prepared for Aquatic Culture and Design, Co-authors Barclay, D. K, and A. W. Fast, April 1990.

*Economic Viability of Diversified Agriculture in Hawaii*, Principal Investigator for project, (1985).

*An Analysis of the Structure and Equity of the State of Hawaii Organization of Police Officers Pay System*, Principal Investigator for project, (1984).

*A Land-Use Assessment for Molokai Ranch*, Principal Investigator for Project, (1981).

*An Analysis of Demand and Demand Characteristics of Aquaculture Products in Hawaii*, Research Assistant, (1978).

*The Economic Feasibility of an Agricultural Park for Bananas in Waimanalo, Hawaii*, Research Assistant, (1978).

## COMMUNITY AND COMMUNITY-BASED ECONOMIC DEVELOPMENT ACTIVITIES:

<u>Wood Valley Water and Farm Cooperative</u>: I am a founding father of this organization organized in 1994 to assist a small, rural community on the Big Island of Hawaii obtain control of their irrigation water source and develop a water system that will sustain the long-term economic development of the region. Once implemented, the cooperatives goal is to provide other legal, infrastructure and support services to the community to further its development. I am currently a Board member and the treasurer of this organization.

<u>Pacific Island Land Institute</u> (PILI): I am the current president and a Board member of this organization whose mission is to develop, implement and share, innovative culturally and technologically appropriate strategies that empower community stewardship of and protect natural, cultural, and agricultural resources in the Pacific Islands.



**TEACHING AND INSTRUCTIONAL ACTIVITIES:**

**COURSES TAUGHT:**

| Term | Course | Title | # Sections | # Enrolled |
|---|---|---|---|---|
| SPRG93 | DS 305 | Statistics for Business | 2 | 55 |
| FALL92 | DS 305 | Statistics for Business | 3 | 90 |
| SPRG92 | DS 305 | Computer Based Information Systems for Managers | 3 | 90 |
| FALL91 | DS 305 | Computer Based Information Systems for Managers | 3 | 90 |
| SPR91 | BEC 352 | Managerial Economics | 2 | 88 |
| FALL90 | DS 305 | Statistics for Business | 2 | 65 |
| SPR89 | DS 350 | Computer Based Information Systems for Managers | 4 | 120 |
| FALL89 | DS 350 | Computer Based Information Systems for Managers | 4 | 130 |
| SPR88 | DS321 | Operations Research in Business | 1 | 35 |
| FALL88 | DS 350 | Computer Based Information Systems for Managers | 3 | 110 |
| FALL87 | DS321 | Operations Research in Business | 1 | 30 |
| FALL87 | DS350 | Computer Based Information Systems for Managers | 3 | 110 |
| SPR87 | DS321 | Operations Research in Business | 1 | 35 |
| FALL86 | DS302 | Business Statistics II | 4 | 100 |
| SPR86 | DS350 | Computer Based Information Systems for Managers | 4 | 120 |
| FALL85 | DS 302 | Business Statistics II | 4 | 125 |

| Term | Course | Title | # Sections | # Enrolled |
|---|---|---|---|---|

| Semester | Course | Title | | |
|---|---|---|---|---|
| SUM85 | DS 302 | Business Statistics II | 2 | 70 |
| FALL84 | BEC353 | Money, Banking and Financial Markets | 3 | 105 |
| SPR84 | DS 301 | Business Statistics I | 1 | 30 |
| FALL83 | BEC353 | Money, Banking and Finance Markets | 2 | 60 |
| SUM83 | BEC353 | Money, Banking and Financial Markets | 1 | 35 |
| | BEC201 | Principles of Economics | 1 | 35 |
| | BEC351 | Managerial Economics | 1 | 25 |
| | ECON122 | Principles of MicroEconomics | 1 | 35 |
| SPR83 | BEC122 | Calculus for Business Decision Makers | 1 | 35 |
| FALL82 | BEC121 | Algebra for Business Decision Makers | 1 | 35 |
| SPR82 | AM420 | Operations Analysis | 1 | 40 |
| FALL82 | AM420 | Operations Analysis | 1 | 80 |
| | AM405 | Marketing Research Methodology | 1 | 35 |
| SPR81 | AgEc630 | Advanced Marketing | 1 | 25 |
| | AgEc415 | Research Methodology | 1 | 25 |
| | AgEc121 | Principles of Economics | 1 | 100 |
| FALL81 | AgEc330 | Marketing Methods | 2 | 80 |
| | AgEc121 | Principles of Economics | 2 | 100 |