```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2              CIVIL ACTION NO. 04-00461-SOM-LEK

 3       _____

 4       DEPOSITION OF HAN WON LEE
         EXAMINATION DATE:  Wednesday, June 29, 2005
 5       _____

 6       DAE SUNG LEE,

 7       Plaintiff,

 8       v.

 9       UNITED STATES TAEKWONDO UNION,
         a Colorado nonprofit corporation, et al.,
10
         Defendants.
11       _____

12             PURSUANT TO NOTICE, the deposition of HAN WON
         LEE, was taken at 9:00 a.m. on Wednesday, June 29,
13       2005, at 90 South Cascade Avenue, Suite 1500, Colorado
         Springs, Colorado, before Valorie S. Mueller,
14       Registered Professional Reporter and Notary Public in
         and for the State of Colorado, said deposition being
15       taken pursuant to the Federal Rules of Civil Procedure.

16

17

18                        Valorie S. Mueller
                   Registered Professional Reporter
19

20

21

22

23

24

25
```



EXHIBIT "C"


**Page 12**

1  Q  -- in 1988, and you were a bronze
2  medalist?
3  A  Yes, sir.
4  Q  At any point in these years, were you a
5  resident at the training center in Colorado Springs,
6  through '88?
7  A  No, but I went out -- I trained with them.
8  But, no, I was not.
9  Q  In '89, you were in the U.S. National
10 Taekwondo Team Trials and got a gold medal?
11 A  Yes, sir.
12 Q  In '90, again, you won the U.S. Taekwondo
13 Team Trials; got a gold medal again?
14 A  Yes, sir.
15 Q  In '90, you got a silver medal in the Pan
16 Am Taekwondo Championships?
17 A  Yes, sir.
18 Q  In '91, you again won the U.S. gold medal
19 in the Bantam weight for the Taekwondo Team Trials?
20 A  Yes, sir.
21 Q  In '91, you went to the Pan Am Games?
22 A  Yes, sir.
23 Q  But did not medal?
24 A  No.
25 Q  In '92, you went to the team trials to

**Page 13**

1  qualify for the Olympics in Barcelona?
2  A  Yes, sir.
3  Q  And you won that event?
4  A  Yes, sir.
5  Q  And went to the Olympic Games?
6  A  Yes, sir.
7  Q  And you competed in the Bantam Weight
8  division --
9  A  Yes, sir.
10 Q  -- in the Olympic Games in Barcelona?
11 A  Yes, sir.
12 Q  So you're a two-time Olympian?
13 A  Yes, sir. Demonstration sport.
14 Q  But you describe yourself as a two-time
15 Olympian?
16 A  Yes.
17 Q  And you describe yourself as a bronze
18 medalist, even though it was a demonstration sport?
19 A  Uh-huh.
20 Q  And there was a medal ceremony and you got
21 a medal just like everybody else did?
22 A  Right. But I think the medal doesn't
23 count. The USOC doesn't count as a medal count, does
24 it?
25 Q  It doesn't count -- in the team medal

**Page 14**

1  count, it doesn't count. But your medal wasn't any
2  different than the other people's medals?
3  A  It is.
4  Q  It says somewhere on it "demonstration
5  sport"?
6  A  No. But it's different. I know for a
7  fact that the medals are not the same.
8  Q  In any of the advertising materials that
9  you put out, though, none of them mention the fact that
10 it's a demonstration sport, do they?
11 A  No. Are you done with this?
12 Q  For now. You can put it down. I may have
13 other things to refer to.
14    Did there come a time when you started school
15 in Michigan?
16 A  Yes, sir.
17 Q  And when was that?
18 A  '89. Shortly after '88. Well, the
19 following years.
20 Q  So after you got the bronze medal in '88
21 in Seoul, Korea, you came home to Michigan and you
22 opened up a Taekwondo school?
23 A  Yes, sir.
24 Q  By yourself?
25 A  Yes, sir.

**Page 15**

1  Q  And had you worked at Taekwondo schools
2  before?
3  A  No. That was my first ever. So I didn't
4  know anything about the business.
5  Q  Did you do any research or --
6  A  Nope. I jumped right in.
7  Q  Okay. And how long did you operate that
8  school?
9  A  Until -- you know, I'm not sure. I think
10 '95 maybe. I became a coach in '93, and I had my
11 student run it, and it wasn't working out, so I had to
12 give it to a friend.
13 Q  You became a coach at the Olympic Training
14 Center in '93?
15 A  '93.
16 Q  And that required you to move to Colorado?
17 A  Yes, sir.
18 Q  While you were running your school, did
19 you spend time at the Olympic Training Center in
20 Colorado Springs?
21 A  A little bit, from time to time, because I
22 was still competing.
23 Q  When you were competing, you would come in
24 for training camps sometimes in the week, two weeks
25 before a competition?


Page 16

1   A   Yes, sir.
2   Q   In addition to that, did you simply come
3   and train as a nonresident?
4   A   Yes, sir.
5   Q   And was Dae Sung Lee one of your coaches?
6   A   Yes, sir.
7   Q   Was he your primary coach when you were at
8   the training center?
9   A   Yes, sir.
10  Q   And what years were you going to the
11  training center?
12  A   I guess '89 through '92, from time to
13  time.
14  Q   So from '89 to '92, you were at the
15  training center as an athlete. And was Dae Sung Lee in
16  charge of the training -- was he the head coach at that
17  time?
18  A   Yes, sir.
19  Q   And in 1993, you had retired from
20  competing?
21  A   Yes, sir.
22  Q   And at that point in time, did you become
23  a full-time employee of the training center?
24  A   Yes, I was, uh-huh.
25  Q   And you continued to operate your school

Page 17

1   as your school until '95?
2   A   I tried. It didn't work out.
3   Q   And why not?
4   A   Well, I'm not there. I mean, my student
5   was running it, and he had no business experience
6   either, so it didn't work out.
7   Q   What kind of programs did you have at the
8   school from '89 to '92 when you were still actively
9   involved?
10  A   Very -- how do you say -- not
11  sophisticated programs. Basic programs, I suppose.
12  Q   Did you have a Black Belt Club?
13  A   I don't remember.
14  Q   Do you remember how much it cost a student
15  a month to train with you?
16  A   You know, maybe $70 a month, 70 to 90 a
17  month. I'm not sure exactly.
18  Q   Did you just have classes in the
19  afternoons?
20  A   I think we had midday classes maybe a
21  couple times a week, and then evening classes mostly.
22  Q   And who were your primary students? Was
23  it children?
24  A   Actually, all mixed. Adults and kids.
25  Q   Was the school successful during the years

Page 18

1   from '89 to '92?
2   A   Maybe -- I mean, you know, '92, I was
3   doing better. But in '89, I don't think I was
4   successful. I only had probably about 75 to 100 --
5   probably less than 100 students consistently. So we
6   don't call that a successful school in the industry.
7   Q   While you were running the school from '89
8   to '92, did you attempt to learn more about the
9   business of running a school?
10  A   Of course.
11  Q   And what did you do besides --
12  A   We networked. I networked with friends
13  who were doing better than me, trying to get ideas from
14  them.
15  Q   Like anyone in particular come to mind?
16  A   Oh, Juan Moreno. He was running a school
17  at the time in Chicago. Chul Kim. People like that.
18  Q   Juan ran a school in Chicago?
19  A   He had a school in Chicago, yes.
20  Q   And did you visit his school?
21  A   No, never have.
22  Q   But you talked?
23  A   We talk over the phone, of course.
24  Q   Did he give you suggestions and ideas?
25  A   Sure.

Page 19

1   Q   Did you attend any seminars or meetings of
2   people in the business?
3   A   No.
4   Q   Did you know about those kinds of
5   meetings?
6   A   No. I don't think they had meetings like
7   that back then, to tell you the truth. I know MAI has
8   recently -- I'm not sure.
9   Q   We're just here to get your recollection.
10  A   I believe it's about the last four or five
11  years that they started business seminars.
12  Q   Did you learn a lot the first time from
13  running the school that helped you when you started
14  again?
15  A   Yes. I hope so. I mean, that's how you
16  get better, right?
17  Q   Well, by '92, about how much were you
18  making in profit from running your school, if you
19  recall?
20  A   I really don't recall. It's such a long
21  time ago.
22  Q   But you took a paycut to come and work at
23  the training center?
24  A   Yes.
25  Q   How much were you getting paid in '93 to

DEPOSITION OF HAN V[...] LEE
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION
6/29/2005

Page 92

1 and ask you if you recognize it.
2  A  Yes.
3  Q  Is that your current or close to current
4 student list?
5  A  I would say.
6  Q  It says 2005 at the top. So it was
7 sometime --
8  A  Uh-huh.
9  Q  -- in this year?
10  A  Yes.
11  Q  And it lists 388 members?
12  A  I don't know.
13  Q  Why don't you look at the last page?
14  A  Okay.
15  Q  Did you produce this document?
16  A  Yes, I did.
17  Q  So I haven't added it, but I'm assuming
18 that it was on some program.
19  A  Yes.
20  Q  So 388 is the total number of students?
21  A  Yes.
22  Q  So that's the highest number you have ever
23 had, I take it?
24  A  I don't know. I guess so, yeah.
25  Q  It's never declined?

Page 93

1  A  Yeah.
2  Q  It's always been growing?
3  A  Uh-huh.
4  Q  Are there busier times of the year for you
5 than others?
6  A  Yes.
7  Q  When is it slower?
8  A  Summertime is usually slower.
9  Q  Besides the fact the kids are out of
10 school, is there any other reason why it's slower in
11 summer?
12  A  Many people take vacations, so . . .
13  Q  Does it also matter that it's warmer?
14  A  I don't think so. Just that they take a
15 lot of vacations.
16  Q  But do you market your school in some ways
17 as an indoor activity and therefore --
18  A  Isn't all martial arts school an indoor
19 activity?
20  Q  So isn't it advantageous that it's cold a
21 lot of months in Colorado and there's not a lot of
22 things that you can do physically outside?
23  A  Actually, I think it's a disadvantage
24 being in cold weather, because in Colorado, we get
25 snow. I mean, she is from Larkspur, and she can tell

Page 94

1 you that we get dumped with two feet of snow at a time,
2 and I have to close the school down because it's
3 dangerous for people to drive in the snow. So,
4 actually, it's a disadvantage, I think.
5  Q  Didn't you discuss with Mr. Lee, Mr. Dae
6 Sung Lee, the fact that by having a lot of months where
7 it's cold, that people sign up for fitness training or
8 martial arts training and that they're inside for a lot
9 of months where they can't go outside and do physical
10 activities?
11  A  I don't recall. I don't think so. We
12 don't get into that stuff. I think we discuss more
13 about curriculums. And he is very similar in the way
14 that his curriculum is very similar to mine, along with
15 Jay Warwick, because we are close friends. And I got a
16 lot of ideas from Jay Warwick and Dae Sung Lee, and I
17 promote those things into my curriculum.
18  Q  But the demographics, in terms of Asian
19 population, is very different where he is than where
20 you are, the number?
21  A  I have to agree, yes.
22  Q  And have you and he discussed -- strike
23 that.
24    He has told us that you and he have discussed
25 differences between the mainland and Hawaii, in terms

Page 95

1 of running a martial arts business. Do you recall
2 those discussions?
3  A  No, I don't.
4  Q  Have you found that being in Colorado
5 Springs, where the home of the Olympic Training
6 Center --
7  A  I'm not in Colorado Springs. I'm in
8 Castle Rock.
9  Q  I understand. But living in Colorado
10 Springs and being in the Colorado Springs -- strike
11 that.
12    Is Castle Rock a suburb of Colorado Springs?
13  A  No, it's not. It's actually more a suburb
14 of Denver.
15  Q  Okay.
16  A  So it's only 15 minutes from Denver, south
17 of Denver.
18  Q  But are there people in Castle Rock who
19 commute to Colorado Springs?
20  A  I have no idea. I'm sorry.
21  Q  Being this close to Colorado Springs,
22 which is the home of the U.S. Olympic Committee and the
23 Olympic Training Center, do you find that people in
24 Castle Rock have a significant awareness of the
25 Olympics?

26 (Pages 92 to 95)

DEPOSITION OF HAN V[...] LEE  6/29/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION

Page 116

1  Q  If you look, Coach Lee's Competition
2  Biography?
3  A  Yes, sir.
4  Q  At the very top --
5  A  Yes, sir.
6  Q  -- it says 1988, 1992 Olympian, 1988
7  Bronze, correct, right underneath --
8  A  Where? Oh, right here. Okay.
9  Q  And then in that chronological list, it
10 also identifies that you were the 1988 Olympic team
11 member and got a bronze, and it also indicates that you
12 were the 1992 U.S. Olympic team member and the captain.
13 A  Okay.
14 Q  You were the captain of the Olympic team
15 in '92?
16 A  Along with Herb Perez, yes.
17 Q  So the fact -- and it's in bold, the fact
18 that you were a 1988 and 1992 Olympian?
19 A  You know, I don't think I did that. I
20 think I just typed this and gave it to the website guy.
21 I don't know. Maybe I did. I don't remember.
22 Q  But it is in bold?
23 A  Yes, it is in bold.
24 Q  And it's the only item in the coach or
25 competition biography in bold?

Page 117

1  A  Yes. Are you done with this?
2  Q  No. But you can put it in the pile.
3     In 2000, when you went to be the Olympic
4  coach, who was the head coach?
5  A  Master Young In Cheon from L.A.
6  Q  Okay. And you're aware that Dae Sung Lee
7  had been an Olympic coach in 1988 and 1992?
8  A  I think he was a trainer. I don't know if
9  he was a coach.
10 Q  Well, are you aware that on his marketing
11 materials, in the same way that you say you were a
12 coach, his materials say that he is a two-time Olympic
13 coach?
14 A  I don't know --
15 Q  Okay.
16 A  -- how he advertises in his schools.
17 Q  But at the '88 and '92 Games, you were
18 present?
19 A  Yes, I was.
20 Q  And he was present as well?
21 A  Yes.
22 Q  And he helped coach the athletes?
23 A  Yes.
24 Q  And are you aware that he advertised that
25 he was the '88 and '92 coach in his materials since he

Page 118

1  opened his school?
2  A  No. I don't know that. Like I said, I
3  don't know how he advertised.
4  Q  So you don't know what impact his
5  advertising had on his business?
6  A  No.
7  Q  You were not the head coach in 2000?
8  A  No, I was not.
9  Q  How many of the athletes on the 2000
10 Olympic team had you been coaching prior to the
11 Olympics?
12 A  Two.
13 Q  And which two?
14 A  Juan Moreno and Barbara Kunkel.
15 Q  Did you sit in their chair?
16 A  Yes, sir, I did.
17 Q  Throughout the Olympics?
18 A  Yes, sir, I did.
19 Q  For both of them?
20 A  Yes, I did.
21 Q  And did they want you to sit in their
22 chair?
23 A  Yes, they did.
24 Q  And did you want to sit in their chair?
25 A  Yes, I did.

Page 119

1  Q  Slow down. And did you think you were the
2  best person to sit in their chair for the Olympic
3  Games?
4  A  Yes, sir. I wanted to sit in everybody's
5  chair, including Steven Lopez and Kay Poe because I
6  felt that I'm qualified.
7  Q  Have you had discussions with other people
8  involved at the highest levels of Taekwondo about the
9  issue of whether it's better to have your home coach or
10 some other coach sit in your chair at important
11 competitions?
12 A  Yes. But, I mean, my point of view is
13 that it's better to have a neutral team coach, through
14 my experience. I coached two of my athletes, and they
15 both lost in the first round. And, you know, I think I
16 was a little more nervous coaching my home athlete than
17 others.
18 Q  But you're not suggesting that if someone
19 else would have coached them that they would have
20 medaled?
21 A  No, I don't know that.
22 Q  And you do know that some people have the
23 view that it's better to have their home coach?
24 A  I believe so, yes. And some people have a
25 view to have a neutral coach. So that's their personal

Page 140

1  Q  And that's an ad for your school?
2  A  In-house, yes.
3  Q  Where does that --
4  A  I just give it to parents.
5  Q  Okay. On it, it doesn't mention anything
6  about you or that you're a 2000 Olympic coach, does it?
7  A  Because they all know. Again, this is for
8  my parents, so I don't have to put that in.
9  Q  And I show you what's been marked as
10 Exhibit 13 and ask what that is.
11 A  This is a VIP guest pass.
12 Q  And what does that mean?
13 A  What it is, is that I ask my students to
14 give to their friends or family members who might enjoy
15 training in martial arts Taekwondo. So I ask them to
16 give it to their friends. And if they come in, they
17 can take -- it's exactly the same as this, but they
18 don't have to pay 19.95.
19 Q  So it's a completely free uniform and two
20 weeks?
21 A  That's right.
22 Q  Because you have concluded that a high
23 percentage of the people that take two introductory
24 lessons and get the uniform stay with it?
25 A  I hope so.

Page 141

1  Q  So it's worth having it go from 19.95 down
2  to zero to get them in the door?
3  A  Absolutely.
4  Q  Because there's a good chance that they
5  will continue?
6  A  Yes.
7  Q  And I show you what's been marked as
8  Exhibit 14. Is that the current summer camp program?
9  A  Yes, it is.
10 Q  And so that's --
11 A  See 27th through July 1st? That's why I
12 need to go quick. So I hope you can finish this quick.
13 Q  And that's what includes reading to the
14 students and training and things beyond martial arts;
15 safety and various other character education?
16 A  You know, you practice. Safety is part of
17 martial arts training. We teach safety.
18 Q  Not in my school.
19    (Discussion off the record.)
20 Q  (BY MR. LEVINSTEIN) But there's specific
21 things about safety lessons?
22 A  Yes, sir.
23 Q  And character education?
24 A  Yes, sir.
25 Q  And discussions about teasing and name

Page 142

1  calling?
2  A  Yes.
3  Q  And that's part of the whole program about
4  developing the full person?
5  A  Yes.
6  Q  And having a school that goes much beyond
7  martial arts?
8  A  Yes, sir.
9  Q  And do you understand what this lawsuit is
10 about?
11 A  Yes, sir.
12 Q  And what is, in your understanding, the
13 lawsuit about?
14 A  Master Dae Sung Lee seeking financial --
15 potential financial loss not being named as the 2004
16 Olympic coach. Potential income.
17 Q  And do you understand how much he is
18 seeking in damages?
19 A  He told me. Somebody told me like one
20 million or something.
21 Q  Did he ever tell you that there was an
22 expert report that he might have suffered $3 million in
23 damages?
24 A  I have no idea.
25 Q  Do you have any idea how much he has

Page 143

1  suffered in damages? Do you have any view on that?
2  A  I think --
3     MR. JONES: Objection; calls for
4  speculation.
5  A  It's hard for me to -- I mean, all I know
6  is what I did. I cannot tell you how he will do, but
7  there's so much similarity between Dae Sung Lee and I,
8  when I look at the records. We grew up in America. We
9  went through the school systems. Some college. He
10 graduated from college. I didn't.
11    And also same type of competitor. At the
12 competition of the World Team Members, he was the
13 Olympic Training Center coach -- excuse me -- the
14 National Team Coach. I was the same thing.
15    Even though teaching and college wise, we are
16 very similar, I have learned a lot from him, and I have
17 implemented a lot of his curriculums in the way he
18 teaches things to my school.
19    So in a way, that's very similar. But I
20 really can't tell you how he will do. But all I know
21 is I can tell you how I did. And after the 2000
22 Olympic Games, then my business has boomed.
23 Q  (BY MR. LEVINSTEIN) Did there come a time
24 when you were able to focus full time on your business?
25 A  I think that's from 2003, yes.

38 (Pages 140 to 143)


Page 144

1  Q   Did you tell people that that was a huge
2  benefit to your business, that you could now focus on
3  it full time?
4  A   I suppose so, yes.
5  Q   You told people that?
6  A   I told my parents that now I'm going to
7  focus full time on my school.
8  Q   You told your friends that, as well, that
9  your business was doing much better now that you could
10 focus full time on it?
11 A   I don't recall.
12 Q   Don't you recall discussing that with Jay
13 Warwick?
14 A   I don't recall.
15 Q   Do you recall discussing with Jay Warwick
16 that you were a much better business person than Dae
17 Sung Lee in terms of marketing and promoting your
18 business?
19 A   I don't recall that. I might have, I
20 might not have, to tell you the truth. But I mean --
21 Q   Do you understand that to help Dae Sung
22 Lee's lawsuit, it's helpful if you can say that your
23 business and his were the same?
24 A   Look --
25     MR. JONES: Objection; calls for

Page 145

1  speculation.
2  A   I want to help him win, but I'm not going
3  to lie to do that.
4  Q   (BY MR. LEVINSTEIN) Why were you given
5  Mr. Candon's report?
6     MR. JONES: Objection; calls for
7  speculation.
8  A   I don't know.
9  Q   (BY MR. LEVINSTEIN) Did you read the
10 report and the discussions of the differences between
11 your school and Mr. Dae Sung Lee's school?
12 A   I did.
13 Q   Did you discuss with counsel that it would
14 be helpful in this deposition the more they could
15 establish that your business is the same as his
16 business?
17 A   Well, it's the same. I'm telling the
18 truth. Again --
19 Q   Was there a discussion --
20 A   -- I want him to win this case, but I'm
21 not going to lie and compromise myself to do that.
22 Q   But you understood that it was helpful the
23 more you could identify the things that were similar
24 between your business and his?
25 A   Yes.

Page 146

1  Q   And you understood that the more you can
2  say that the reason your business did well was because
3  you were the 2000 Olympic coach, the more it helps his
4  lawsuit?
5  A   Well, that's the truth. I mean, you've
6  seen my numbers, right, and my income tax returns?
7  People are not dumb. They understand from
8  demonstration sport to official sport. In my town,
9  people know me as an Olympic coach. So that made a
10 huge boost on my business revenue, obviously. And you
11 saw that in my tax return.
12 Q   And they all understand, your parents,
13 that you were, for ten years, the coach at the Olympic
14 Training Center?
15    MR. JONES: Objection; calls for
16 speculation.
17 A   Some do, some don't.
18 Q   (BY MR. LEVINSTEIN) A lot of them know
19 that you were the actual coach for lots of the Olympic
20 athletes who did well and went to the Olympic Games?
21    MR. JONES: Objection; calls for
22 speculation.
23 A   I suppose. I don't know.
24 Q   (BY MR. LEVINSTEIN) All over your walls,
25 there's --

Page 147

1  A   You have been to my school?
2  Q   All over the walls -- I don't even have to
3  have been to your school. I've never been there, but
4  I'm certain all over your walls are pictures of you
5  with top athletes.
6     MR. JONES: Objection; calls for
7  speculation.
8  A   There's some pictures up there, yes, with
9  Olympic teams, yes, sir. There's more and a bigger
10 picture with the Olympic team than any other teams.
11 And I've got a few, but it's not a lot. Okay. Let me
12 correct that. I think I may have one picture -- World
13 Cup Team picture up there with an athlete that's far
14 smaller than with . . .
15    (Deposition Exhibit No. 15 was marked
16    for identification.)
17 Q   (BY MR. LEVINSTEIN) Now, you are under
18 oath.
19 A   Yes.
20 Q   You are in a deposition.
21 A   Absolutely, I am.
22 Q   And you have covered your walls with every
23 picture you have of you as an athlete on Olympic teams?
24 A   How much do you want to bet?
25 Q   Is this picture on the wall in your

Valorie S. Mueller, RPR                                                              303-681-9939
VSM REPORTING, LLC   P.O. BOX 186   LARKSPUR, CO  80118-0186                  vsmreporting.com

DEPOSITION OF HAN WON LEE  
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION  
6/29/2005

Page 148

1  school?
2     A    Absolutely not.
3     Q    Okay. Then the people who have been to
4  your school and said that there are pictures all over
5  the walls of your participation on Olympic teams, that
6  would not be true?
7     A    That would be true as Olympic coach.
8     Q    And as National Team Coach?
9     A    Like I said, I think I have one picture
10 up. I have more -- I have -- how do I explain it? I
11 have got a picture about that size, a little bit
12 smaller, with the Year 2000 Olympic Coach. Another
13 one, same similar size, with President Bush.
14    Q    And you have other pictures that are up on
15 the walls of you with other athletes at the national
16 training center?
17    A    Not really. Again, I don't recall what's
18 up there. But I know I have some articles about me
19 being an athlete.
20    Q    And they're up on the wall?
21    A    Yes. There's more of that than me
22 coaching as National Team coach.
23    Q    And you produced this picture?
24    A    Yes, I did.
25    Q    Where is it?

Page 149

1     A    It's in my drawer.
2     Q    And are you telling me that your parents
3  and your students don't know you got a bronze medal in
4  1988?
5     A    I'm sure they do.
6     Q    And it's also important that you are a 6th
7  degree black belt, and you promote that as well?
8     A    Yes, I do.
9     Q    And how many competing schools are there
10 in Castle Rock?
11    A    Quite a bit.
12    Q    How many?
13    A    To be exact, one, two, three, four. Four
14 other schools, five including mine.
15    Q    How big is Castle Rock?
16    A    Castle Rock is a very small town.
17    Q    How many people?
18    A    Again, I think what separates me from
19 those guys, and I have the biggest school in town, is
20 because of me being the official Olympic coach.
21    Q    But you have no study or analysis or
22 anything that quantifies the extent to which your
23 success is due to --
24    A    True. It qualifies in my income tax.
25    Q    You can't tell me how much of that

Page 150

1  increase was due to being the Olympic coach and how
2  much was due to being an Olympian and how much was due
3  to your focusing more time on your school?
4     A    Again, it's my opinion, but I think it's
5  because I was the 2000 coach.
6     Q    It's your opinion?
7     A    Yes, sir.
8     Q    And you don't have any numbers to quantify
9  that part of it?
10    A    No, I don't.
11         MR. LEVINSTEIN: Take one short break.
12         (Recess taken from 11:57 a.m. to 12:01
13         p.m.)
14    Q    (BY MR. LEVINSTEIN) Who was the head
15 coach at the 2000 Olympic games?
16    A    Master Young In Cheon.
17    Q    Are you familiar with how his school did
18 after the Olympics?
19    A    Not really, no. I think he had
20 difficulties. But that's all I know about him.
21    Q    Were you aware that he went bankrupt?
22    A    I guess I did, yeah.
23    Q    So it's hard to say what benefit being the
24 Olympic coach would be to different people?
25         MR. JONES: Objection.

Page 151

1     Q    (BY MR. LEVINSTEIN) Different people
2  could have different outcomes?
3          MR. JONES: Objection; argumentative,
4  calls for speculation.
5     A    Well, I mean, I think it's because he -- I
6  can't say to him. He and I are different. Again,
7  there's no similarity between him and I.
8     Q    Were there other coaches at the Olympics
9  besides you and Mr. Young In Cheon?
10    A    No. Jean Lopez was there, but I don't
11 think he was there in a coaching capacity. He was
12 there.
13    Q    The two of you were the only two Olympic
14 coaches?
15    A    Yes, sir.
16    Q    And this Declaration, the exhibit that I
17 showed you, it was drafted by Mr. Jones and sent to
18 you?
19    A    Yes, sir.
20    Q    Did you make any changes in what he sent
21 you?
22    A    No, I did not. Actually, I just read it
23 this morning.
24    Q    But in July, when he sent it to you, you
25 signed it in the same form he sent it to you?

40 (Pages 148 to 151)


```
 1                    C E R T I F I C A T E

 2   STATE OF COLORADO    )
                         ) ss.
 3   COUNTY OF DENVER     )

 4

 5

 6         I, VALORIE S. MUELLER, Registered
     Professional Reporter and Notary Public in and for the
 7   State of Colorado, duly appointed to take the
     deposition of HAN WON LEE, certify that prior to the
 8   examination the deponent was duly sworn to testify to
     the truth in the matters in controversy between the
 9   parties herein; that the deposition was taken in
     shorthand by me at the time and place aforesaid and was
10   thereafter reduced to typewritten form by me and
     processed under my supervision, the same consisting of
11   155 pages, and that the same is a full, true and
     complete transcription of my shorthand notes.  I
12   further certify that I am not related to, employed by,
     or counsel to any of the parties herein, or otherwise
13   interested in the events of the within cause.

14         A transcript review of this deposition was
     requested and is available to the deponent as notified
15   by me.

16
           IN WITNESS WHEREOF, I have affixed my notarial
17   seal this 1st day of July, 2005.  My commission expires
     December 11, 2006.
18

19                          _____
                            VALORIE S. MUELLER
20                          Registered Professional Reporter

21

22

23

24

25
```