ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES        2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 550-4990
Facsimile:   (808) 550-4991
E-mail:      wdj@bervar-jones.com

MICHAEL J. GREEN     4451-0
GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  puunui@aloha.net

Attorneys for Plaintiff
Dae Sung Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461-SOM-LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (Plaintiff Dae Sung Lee's Third Request for Production of Documents to Defendant United States Olympic Committee) |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit | |

| | |
|---|---|
| corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that an original and one copy of "Plaintiff Dae Sung Lee's Third Request for Production of Documents to Defendant United States Olympic Committee" was duly served via hand delivery on January 3, 2006, to the following:

> DAVID M. LOUIE, ESQ.
> APRIL LURIA, ESQ.
> Roeca, Louie & Hiraoka
> 841 Bishop Street, Suite 900
> Honolulu, Hawaii 96813

AND THE UNDERSIGNED FURTHER CERTIFIES that two copies of "Plaintiff Dae Sung Lee's Third Request for Production of Documents to Defendant United States Olympic Committee was duly served via U.S. Mail on

January 5, 2006 to the following:

    MARK S. LEVINSTEIN, ESQ.
    GABRIEL A. FELDMAN, ESQ.
    ROBERT L. MOORE, ESQ.
    Williams & Connolly LLP
    725 12th Street, N.W.
    Washington, D.C. 20005

    Attorneys for Defendants
    UNITED STATES TAEKWONDO UNION and
    UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January 5, 2006.

                                        */s/ Ward D. Jones*
                                        WARD D. JONES
                                        MICHAEL J. GREEN
                                        GLENN H. UESUGI
                                        Attorneys for Plaintiff Dae Sung Lee