ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES        2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 550-4990
Facsimile:   (808) 550-4991
E-mail:      wdj@bervar-jones.com

MICHAEL J. GREEN     4451-0
GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  puunui@aloha.net

Attorneys for Plaintiff
Dae Sung Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ___ o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461-SOM-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | (Plaintiff Dae Sung Lee's Third |
| ) | Request for Production of |
| UNITED STATES TAEKWONDO ) | Documents to Defendant United |
| UNION, a Colorado nonprofit ) | States Taekwondo Union) |
| Corporation, UNITED STATES ) | |
| OLYMPIC COMMITTEE, a ) | |
| federally chartered nonprofit ) | |

corporation, JOHN DOES 1-10; )
JANE DOES 1-10; DOE )
PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10; )
)
      Defendants. )
_____ )

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that an original and one copy of "Plaintiff Dae Sung Lee's Third Request for Production of Documents to Defendant United States Taekwondo Union" was duly served via hand delivery on January 3, 2006, to the following:

    DAVID M. LOUIE, ESQ.
    APRIL LURIA, ESQ.
    Roeca, Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

AND THE UNDERSIGNED FURTHER CERTIFIES that two copies of "Plaintiff Dae Sung Lee's Third Request for Production of Documents to Defendant United States Taekwondo Union was duly served via U.S. Mail on

January 5, 2006 to the following:

> MARK S. LEVINSTEIN, ESQ.
> GABRIEL A. FELDMAN, ESQ.
> ROBERT L. MOORE, ESQ.
> Williams & Connolly LLP
> 725 12th Street, N.W.
> Washington, D.C. 20005
>
> Attorneys for Defendants
> UNITED STATES TAEKWONDO UNION and
> UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January 5, 2006.

_/s/ Ward D. Jones_
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee