

ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES          2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

MICHAEL J. GREEN     4451-0
GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at 9 o'clock and 45 min. A M
SUE BEITIA, CLERK

LODGED

JAN 0 4 2006
4:04 pm
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO |
| | ) | SHORTEN TIME FOR HEARING |
| | ) | ON MOTION TO COMPEL |
| UNITED STATES TAEKWONDO | ) | DISCOVERY OF DEFENDANTS |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, UNITED STATES | ) | COMMITTEE AND UNITED |
| OLYMPIC COMMITTEE, a federally | ) | STATES TAEKWONDO |
| charged nonprofit corporation, JOHN | ) | UNION'S FINANCIAL |
| DOES 1-10; JANE DOES 1-10; | ) | CONDITION; DECLARATION |

-1-

DOE PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10,          )

     Defendants. )

OF WARD D. JONES; ORDER
GRANTING EX PARTE
MOTION TO TO COMPEL
DISCOVERY OF DEFENDANTS
UNITED STATES OLYMPIC
COMMITTEE AND UNITED
STATES TAEKWONDO
UNION'S FINANCIAL
CONDITION; CERTIFICATE OF
SERVICE

Hearing Date: 01/31/06
Time: 9:30 AM
Honorable: **LESLIE E. KOBAYASHI**

New Trial Date:   April 4, 2006

## EX PARTE MOTION TO SHORTEN TIME FOR
## HEARING ON  MOTION TO STRIKE WITNESSES

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff"), by and

through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi,

and hereby move this Honorable Court for ex parte, for an order shortening time

for hearing on Plaintiff's Motion to Compel Discovery of Defendants United

States Olympic Committee and United States Taekwondo Union's Financial

Condition, which is submitted herewith.  Plaintiff Dae Sung Lee respectfully

requests that the hearing on the Motion to Compel Discovery of  Defendants

United States Olympic Committee and United States Taekwondo Union's

Financial Condition, be held on **Monday, January 23, 2006.**

This Motion is made pursuant to Local Rule 7.2(a)(b) of the Rules of the United States District Court for the District of Hawaii, and Rule 65, Federal Rules of Civil Procedure, and is based upon the Declaration of Ward D. Jones, stating the reasons why it is necessary to shorten the time for hearing on Plaintiff's Motion toCompel Discovery of Defendants United States Olympic Committee and United States Taekwondo Union's Financial Condition, attached hereto and incorporated by reference.

DATED: Honolulu, Hawaii, January ____4____, 2006.

Ward D. Jones

WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

-3-

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | WARD D. JONES |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| charged nonprofit corporation, JOHN | ) | |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

DECLARATION OF WARD D. JONES

Declarant WARD D. JONES, swears and affirms as follows:

1.    I am counsel for Plaintiff DAE SUNG LEE in the above captioned

matter, and have personal knowledge of the matters contained herein, am

competent to testify to the same, and am duly authorized to make this Declaration.

2.    A shortening of time to allow a hearing on the Plaintiff's MOTION

TO COMPEL DISCOVERY OF DEFENDANTS UNITED STATES OLYMPIC

-1-

COMMITTEE and UNITED STATES TAEKWONDO UNION'S FINANCIAL

CONDITION  to take place no later than **Friday, February 3, 2006**, is

respectfully requested for the following reasons:

A)    The discovery cutoff is February 3, 2006.

B)    In order for the issues to be resolved before the discovery cutoff,

hearing should be had on or before February 3, 2006 in order to give

parties time to comply in the event discovery is ordered produced.

3.    This ex parte motion to shorten time is made in the interest of justice,

to save resources, and to expedite litigation, and not for the purpose of

unfair advantage or delay.

I declare under penalty of perjury that the foregoing is true and correct to

the best of my knowledge and belief.

Dated this 4th day of January, 2006.


WARD D. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| | |
| Plaintiff, | ORDER GRANTING EX |
| | PARTE MOTION TO |
| vs. | SHORTEN TIME FOR |
| | HEARING ON MOTION |
| UNITED STATES TAEKWONDO | TO COMPEL DEFENDANTS |
| UNION, a Colorado nonprofit Corporation, | UNITED STATES OLYMPIC |
| UNITED STATES OLYMPIC | COMMITTEE AND UNITED |
| COMMITTEE, a federally chartered | STATES TAEKWONDO |
| nonprofit corporation, JOHN DOES 1-10; | UNION'S FINANCIAL |
| JANE DOES 1-10; DOE PARTNERSHIPS | CONDITION |
| 1-10; DOE CORPORATIONS 1-10; | |
| | |
| Defendants. | |

ORDER GRANTING EX PARTE MOTION TO SHORTEN
TIME FOR HEARING ON MOTION TO COMPEL DEFENDANTS
UNITED  STATES OLYMPIC COMMITTEE AND
UNITED STATES  TAEKWONDO UNION'S FINANCIAL CONDITION

Upon review of Plaintiff Dae Sung Lee's Ex Parte Motion to Shorten Time

for Hearing on Motion to Compel Defendants United States Olympic Committee

and United States Taekwondo Union's Financial Condition filed herein, and the

Declaration of Ward D. Jones, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff Dae Sung Lee's Motion

to Compel Defendants United States Olympic Committee and United States

-1-

Taekwondo Union's Financial Condition may be heard before the

Honorable _Leslie E. Kobayoshi_, Judge of the above-entitled Court, in his her

courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu,

Hawaii, 96813, at _9:30_ o'clock, on _1/31/06_____, or as soon

thereafter as counsel may be heard.

DATED: Honolulu, Hawaii,_____1/10/06_____.

_Leslie E. Kobayashi_
JUDGE OF THE ABOVE-ENTITLED COURT


Dae Sung Lee vs. United States Taekwondo Union, et al.; Civil No. 04-00461
SOM LEK; United States District of Hawaii
ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR
HEARING ON MOTION TO COMPEL DEFENDANTS UNITED STATES
OLYMPIC COMMITTEE AND UNITED STATES TAEKWONDO UNION'S
FINANCIAL CONDITION.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | |
| Defendants. | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy

of the foregoing document was duly served on the following, via U.S. Mail

postage prepaid or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.                    HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813

MARK S. LEVINSTEIN, ESQ.                    U.S. MAIL
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January 4, 2006.


_____
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee