

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES          2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:   wdj@bervar-jones.com

MICHAEL J. GREEN     4451-0
GLENN H. UESUGI       4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:   michaeljgreen@hawaii.rr.com
E-mail:   puunui@aloha.net

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO |
| | ) | SHORTEN TIME FOR HEARING |
| | ) | ON MOTION TO STRIKE |
| UNITED STATES TAEKWONDO | ) | WITNESSES; DECLARATION |
| UNION, a Colorado nonprofit | ) | OF WARD D. JONES; ORDER |
| Corporation, UNITED STATES | ) | GRANTING EX PARTE |
| OLYMPIC COMMITTEE, a federally | ) | MOTION TO SHORTEN TIME |
| charged nonprofit corporation, JOHN | ) | FOR HEARING ON MOTION TO |
| DOES 1-10; JANE DOES 1-10; | ) | STRIKE WITNESSES; |

-1-

| | |
|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,  )<br><br>  Defendants.  )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CERTIFICATE OF SERVICE<br><br>Hearing Date: JAN 3 1 2006<br>Time: 9:30 AM<br>Judge: Leslie E. Kobayashi<br><br>New Trial Date: April 4, 2006 |

### EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STRIKE WITNESSES

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff"), by and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi, and hereby move this Honorable Court for ex parte, for an order shortening time for hearing on Plaintiff's Motion to Strike Witnesses, which is submitted herewith. Plaintiff Dae Sung Lee respectfully requests that the hearing on the Motion to Strike Witnesses be held no later than **Friday, January 13, 2006.**

This Motion is made pursuant to Local Rule 7.2(a)(b) of the Rules of the United States District Court for the District of Hawaii, and Rule 65, Federal Rules of Civil Procedure, and is based upon the Declaration of Ward D. Jones, stating the reasons why it is necessary to shorten the time for hearing on Plaintiff's

Motion to Strike Witnesses, attached hereto and incorporated by reference.

DATED: Honolulu, Hawaii, January __4__, 2006.

_____
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

is respectfully requested for the following reasons:

    A)    On December 22, 2005, Defendants demanded that Plaintiff participate in at least twenty-eight (28) depositions, (the witnesses being identified on December 28, 2005) in various states across the United States over a three (3) week period commencing in the week of January 16th all to be completed before the discovery cut-off date set on February 3, 2006.

    B)    Approximately twenty-one (21), of the listed witnesses were never disclosed by defendants or required by F.R.C.P. Rule 26 and the Scheduling Order.

    C)    The demand is burdensome, expensive, and impossible to comply with given Declarant's prior commitments to other clients.

    D)    Given the above, a hearing on the motion in normal course will not suffice to grant appropriate relief and good cause exists to shorten time.

    3.    This ex parte motion to shorten time is made in the interest of justice, to save resources, and to expedite litigation, and not for the purpose of unfair advantage or delay.

I declare under penalty of perjury that the foregoing is true and correct to

-2-

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　Plaintiff,<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　Defendants. | Civil No. 04-00461 SOM LEK<br><br>DECLARATION OF<br>WARD D. JONES |

## DECLARATION OF WARD D. JONES

Declarant WARD D. JONES, swears and affirms as follows:

1.　I am counsel for Plaintiff DAE SUNG LEE in the above captioned matter, and have personal knowledge of the matters contained herein, am competent to testify to the same, and am duly authorized to make this Declaration.

2.　A shortening of time to allow a hearing on the Plaintiff's MOTION TO STRIKE WITNESSES to take place no later than **Friday, January 13, 2006**,

-1-

the best of my knowledge and belief.

Dated this <u>4th</u> day of January, 2006.

*[signature: Ward D. Jones]*
WARD D. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | ) Civil No. 04-00461 SOM LEK |
| Plaintiff, | ) |
| | ) ORDER GRANTING EX |
| | ) PARTE MOTION TO |
| vs. | ) SHORTEN TIME FOR |
| | ) HEARING ON MOTION |
| UNITED STATES TAEKWONDO | ) TO STRIKE WITNESSES |
| UNION, a Colorado nonprofit Corporation, | ) |
| UNITED STATES OLYMPIC | ) |
| COMMITTEE, a federally chartered | ) |
| nonprofit corporation, JOHN DOES 1-10; | ) |
| JANE DOES 1-10; DOE PARTNERSHIPS | ) |
| 1-10; DOE CORPORATIONS 1-10; | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME
FOR HEARING ON MOTION TO STRIKE WITNESSES

Upon review of Plaintiff Dae Sung Lee's Ex Parte Motion to Shorten Time for Hearing on Motion to Strike Witnesses filed herein, and the Declaration of Ward D. Jones, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff Dae Sung Lee's Motion to Strike Witnesses may be heard before the Honorable _Leslie E Kobayashi_, Judge of the above-entitled Court, in his her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96813, at

-1-

9:30 o'clock, on 1/31/06                    , or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, 1/10/06

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Dae Sung Lee vs. United States Taekwondo Union, et al.; Civil No. 04-00461 SOM LEK; United States District of Hawaii
ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STRIKE WITNESSES.

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.                                         HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.                             U.S. MAIL
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January 4, 2006.

                    /s/ Ward D. Jones
                    WARD D. JONES
                    MICHAEL J. GREEN
                    GLENN H. UESUGI
                    Attorneys for Plaintiff Dae Sung Lee