IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF APRIL A. |
| | ) | LURIA IN SUPPORT OF |
| vs. | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION'S AND |
| UNITED STATES TAEKWONDO | ) | UNITED STATES OLYMPIC |
| UNION, a Colorado nonprofit | ) | COMMITTEE'S MEMORANDUM |
| Corporation, UNITED STATES | ) | IN OPPOSITION TO PLAINTIFF'S |
| OLYMPIC COMMITTEE, a federally | ) | MOTION TO STRIKE |
| chartered nonprofit corporation; | ) | DEFENDANTS' WITNESSES |
| JOHN DOES 1-10; JANE DOES 1- | ) | |
| 10; DOE PARTNERSHIPS 1-10; | ) | |
| DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF APRIL A. LURIA

I, April A. Luria, depose and state as follows:

1.     I am an attorney duly licensed to practice law in the State of

Hawaii.  I am an associate with the law firm of Roeca, Louie & Hiraoka, counsel

of record for Defendants United States Taekwondo Union ("USTU") and United

States Olympic Committee ("USOC").

2.     I make the following declaration from my personal knowledge,

except where facts are alleged upon information and belief.

3.      Attached hereto as Exhibit "1" is a true and correct copy of Defendant USOC's First Set of Interrogatories.

4.      Attached hereto as Exhibit "2" is a true and correct copy of Plaintiff's Responses to Defendant USOC's First Set of Interrogatories.

5.      Attached hereto as Exhibit "3" is a true and correct copy of a letter from Mark Levinstein to Ward Jones dated May 18, 2005.

6.      Attached hereto as Exhibit "4" is a true and correct copy of a letter from Ward Jones to Mark Levinstein dated May 24, 2005.

7.      Attached hereto as Exhibit "5" is a true and correct copy of the Declaration of Mary Brunner dated May 6, 2005.

8.      Attached hereto as Exhibit "6" is a true and correct copy of a letter from Mary Brunner to Robert Gambardella dated February 26, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  January 13, 2006

APRIL A. LURIA