served an uncredentialed coach of the US Olympic team. The team had 2 men and 2 women. At that time Taekwondo was an official full medal sport for the first time at the Olympics. The team had two credentialed coaches, one uncredentialed (Declarant), one credentialed head of team, and four training partners. "Credentialed" means that you are an official coach or athlete and your name will appear in publications, Olympic year books and records, and have access to all Olympic events, stay in Olympic village, receive airfare, receive limited expense reimbursement, and temporary lodging during the competition. An uncredentialed coach cannot tell people he is an official Olympic coach and Declarant therefore does not advertise or tell people he coached the U.S. 2000 Olympic team.

49. The 2004 Taekwondo Olympic Competition in Athens, Greece will take place on August 26 through August 29, 2004. The Olympics Opening Ceremony is August 13, 2004. Declarant believes that his future student base will be measurably enhanced if he is allowed to serve as credentialed Olympic Coach in 2004 as will his reputation. Declarant believes that 2004 is likely his last chance to be an Olympic coach given the new governance at USTU. Declarant believes he will be irreparably harmed professionally if he is not allowed to participate as a credentialed coach during that period and respectfully requests the Court to intervene before those dates.

50. Marked as Plaintiff Exhibit "22" is a true and correct copy of a letter dated October 27, 2003, from Steven Smith, Esq., to President Sang Lee, USTU, regarding a draft letter to Colorado Senator Ben N. Campbell. This letter was circulated to Declarant. It advises that USOC's legal counsel would take serious punitive measures against USTU if it complains of racism to its senator.

51. Marked as Plaintiff Exhibit "23" is a true and correct copy of a facsimile dated November 17, 2003, which transmitted a letter dated November 12, 2003, from USTU to Colorado Senator Ben N. Campbell. It was signed by Declarant. It complained of racism by USOC in its actions against USTU.

52. Marked as Plaintiff Exhibit "24" is a true and correct copy of a facsimile dated January 30, 2004, from Tim Connolly to USTU Executive Committee, including Declarant, which transmitted a Mail Ballot for Remediation.

53. Marked as Plaintiff Exhibit "14" is a true and correct copy of the USTU Board of Governors, revised on January 7, 2004, which was distributed to Declarant.

54. Marked as Plaintiff Exhibit "18" is a true and correct copy of the Answer and Motion to Dismiss, by USTU, dated December 10, 2003. This was circulated to Declarant as a member of the USTU board.

55. Declarant believes that the anti-Korean sentiment by USOC

was carried over to the new USTU governance because at least two members of the USOC became members of the USTU governance. Virginia Witte, was USOC internal auditor and Tom Baggiano was from the USOC Membership and Credential committee. In addition, Bob Gambardella, the new USTU chief executive officer was an executive on loan from the USOC.

56. With respect to the 2000 Olympic Games in Sydney. Declarant was present and observed all of the matches participated in by Steven Lopez. His coach was Young In Cheon. Declarant never observed Steven Lopez to physically move Coach Cheon for any reason. Moreover, it really is impossible because the fighting area was elevated three feet above ground like a boxing ring and the coaches, including Coach Cheon were not allowed in the area above and had to sit below. Jean Lopez, who was observing from the spectator area on the other side of the arena was at least 14 meters away in a very noisy event and could not have communicated anything verbally to Steven during the match. Steven Lopez was heard to say "thank you for your help, without you I wouldn't have gotten it." Coach Cheon said, "did you hear my call: round house kick back kick", Steven said 'yes', that was the call that got the point that got the gold medal.

57. Just before my site visit to Athens in April, I advised my staff at my staff at my taekwondo school that I was leaving for site inspection in

Athens. My staff includes Jim Borg, one of the editors of Honolulu Star-Bulletin. Jim asked me why I was going on an Olympic site inspection and I answered that USTU was sending me as a representative of the coach of the Olympic team. I found out after I went to Athens that only Olympic Coaches were present. Jim asked to do a story on me and I consented and it came out that month. A true and correct copy of the story dated April 15, 2003 is marked as Plaintiff Exhibit 31.

  58. Notwithstanding what the declarations signed by Nia Abdallah and Steven Lopez state, Declarant sincerely believes the team has a better chance of success if he were the coach or one of two coaches. Declarant so stated in his letters to Mr. Gambardella. Declarant intends to go to Athens to support this team even if the Court denies him the coaching credential that USTU promised for 2004.

  59. Declarant should add that in the past four years, he has attended every important competition where Steven Lopez has competed, as follows: 2001 World Cup, 2001 World Championship, 2003 Pan American Games, and 2003 World Championship. Declarant is very familiar with Stevens technique, strengths, weaknesses, and injuries. Declarant often scouts for Steven and had Jean sits with Steven during his match. "Scout" means to watch the match between Steven's next opponent to study his technique for that competition. I did

exactly that at the 2001 and 2003 World Championships. Declarant feels he has a relationship with Steven Lopez on this basis. At Final Olympic Team trial in June 2004 Declarant was not there because he was excluded as coach by that time.

60. Declarant went with Nia Abdallah to the Regional Olympic Qualification in January 2004 in Mexico as head coach. Chul Ho Kim was assistant coach ringside with her and Declarant assigned him to do this because he trained her at OTC after Han Won Lee left. Declarant is very familiar with Nia's technique, strengths, weaknesses, and injuries.

61. During negotiations in November and Decemer 2003 between USOC and USTU, the lawyers for each side negotiated a settlement which called for resignation of the USTU treasurer general only but not the officers or executive committee members and the president resign after the 2004 Olympic Games. The USOC Membership and Credential Committee would not approve of the settlement, even though it was reasonable and recommended by their own lawyers and acceptable to USTU and its lawyers. This furthered Declarant's belief that they were motivated for racial reasons to remove all Koreans from management. This was covered by the press in Colorado. A true and correct copy of the article is marked as Plaintiff Exhibit 41.

62. During 2003 and 2004 Declarant was away from his family

-19-

approximately 16 weeks on Olympic coaching business. He has a wife and two children: Daven age 9 and Nikita age 10 and had to be away from them as well, which was hard because he loves them all very much and the children are young. The time spent was as follows: Greece site visit (1 week); World Championship (4 weeks); Pan American Games Dominican Republic (6 weeks); Regional Olympic Pan American Qualifications Mexico (5 days); World Qualifications in France (10 days); Asia Qualifications in Thailand (7 days); 1st U.S. Olympic Trials Colorado(4 days); 2d U.S. Olympic Trial Colorado (4days); 2d Greece site visit cancelled half way through trip at Chicago( 3days); U.S. Pan American games team trial Colorado (4 days). Of course all of this time was spent in reliance on his nomination as coach and was very hard on my family and him, but he felt that it was worth the sacrifice.

63. During the 16 weeks mentioned above, Declarant was also away from his taekwondo school, or 'dogang' as they call it. During that time he could not actively sign up new students. Usually Declarant signs up 8-10 students per month when Declarant is in Hawaii full time. Instead Declarant signed up and average of 2-4 students per month last year. Dogangs must actively recruit new students to survive because some students quit or graduate. Students pay an average of $120.00/month for unlimited lessons. Again all of this time was spent

in reliance on his nomination as coach but he felt it was worth the sacrifice. It will take time to recover.

64. Because of the timing of media releases about his nomination beginning in April 2004 followed by withdrawal of the nomination a year later, Declarant feels his reputation has been damaged and can only be restored by issuance of the promised credential. The news that the nomination was withdrawn has been a source of great embarrassment to Declarant and puts him in a light that either the nomination never occurred or that he never had qualifications, both of which are false. Declarant has always had a good reputation and this has been a tremendous shock to all persons he is associated with. Declarant, DAE SUNG LEE, does declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, August 11, 2004.

_____
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461-SOM-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, UNITED STATES ) | |
| OLYMPIC COMMITTEE, a ) | |
| federally chartered nonprofit ) | |
| corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2004 a true and correct copy of the foregoing document was duly served upon the following via hand delivery or U.S. Mail, postage prepaid as indicated:

DAVID M. LOUIE, ESQ.                    HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

and

MARK S. LEVINSTEIN, ESQ.              U.S. MAIL
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE


DATED: Honolulu, Hawaii, August 11, 2004..



_____
WARD D. JONES
Attorney for Plaintiff Dae Sung Lee

## PLAINTIFF DAE SUNG LEE'S WITNESS LIST

I.   **LAY WITNESSES**

Abdallah, Nia
Houston, TX

Baggiano, Tony
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Bender, Rich
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Betts, Roland
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Benz, Jeffrey
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Borg, Jim
c/o Honolulu Star-Bulletin
7 Waterfront Plaza, Suite 500
500 Ala Moana Blvd.
Honolulu, HI 96813

Chalmers, Jill
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903

Cheon, Young In
c/o Olympian Taekwondo
2815 Diamond Bar Blvd.
Diamond Bar, CA 91765

Conolly, Tim

DiMatteo, Salena

Farrell, Michelle
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Gabrius, Jennifer
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Gambardella, Robert
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Harris, Bruce
3390 Richmond Drive
Colorado Springs, CO 80922

Howard, Pat

Johansen, Gary
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Kim, Chul Ho

Kim, Ki Hong
3141 Dundee Road
Northbrook, IL 60062

Kim, Soon Ho
1184 Old Tolson Mill Road
McLean, VA 22102

Lee, Dae Sung
820 Hind Drive
Honolulu, HI 96821

Lee, Han Wan
703 Wilcox Street-Suite #J
Castlerock, CO

Lee, Heon Mi
c/o Bervar & Jones
1001 Bishop Street
Pauahi #1400
Honolulu, HI 96813

Lee, Sang
c/o USTC
North Academy Blvd.
Colorado, Springs, CO 80909

Lassiter, Christo
Tegtmeier Law Firm
3 South Tejon, Suite 400
Colorado Springs, CO 80903

3

Locke, Steven
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Lopez, Jean
c/o Elite Taekwondo
9421 Highway 6 South
Houston, TX 77083

Lopez, Stephen
c/o Elite Taekwondo
9421 Highway 6 South
Houston, TX 77083

Love, Lynette
6125 Sea Lion Place
Waldorf, MD 20603

Luis, Cindy
c/o Star-Bulletin
7 Waterfront Plaza, Suite 500
500 Ala Moana Blvd.
Honolulu, HI 96813

Martin, William
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

McCutcheon, Brian
c/o Oahu Taekwondo Center
98-025 Hekaha Street #2F
Pearl City, Hi 96701
(808) 486-2500

Moreno, Juan
14260 SW 136th Street #15
Miami, FL 33186

Moy, Gary
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919

Perez, Herbert
415-378-7764

Picariello, Jeannie
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Reznik, Lawrence
c/o USTC
Village Shopping Center
436A Route 202/206 North
Bedminster, NJ 07921
(908) 581-7750
(908) 901-9919 (b)

Ruger, John
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Satrom, Thomas
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Scherr, Jim
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Skinner, Kelly
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Smith, Steve
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903

Sobel, Stephen
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Tegtmeier, Richard
Tegtmeier Law Firm
3 South Tejon, Suite 400
Colorado Springs, CO 80903

Telli, Chris
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Wakefield, Barbara
5500 Quarry Hill
Fitchburg, WI 53711

Warwick, Jay
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Whang, Jun Chul
661 Amsterdam Ave.
New York, NY 10025-7430

Williams, Mark
Los Angeles, CA

Witte, Virginia
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Custodian of Records for USTC -Honolulu
820 Hind Drive
Honolulu, HI 96821

Custodian of Records for USTC -Castle Rock
703 Wilcox Street-Suite #J
Castlerock, CO

Custodian of Records of USTU
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

7

Custodian of Records of U.S. Taekwondo
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Custodian of Records of USOC
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Such witnesses as are discovered after this list is created.

All witnesses listed by any other parties in this action.

Such rebuttal witnesses as become necessary.

## II.   EXPERT WITNESSES

Cheon, Young In
c/o Olympian Taekwondo
2815 Diamond Bar Blvd.
Diamond Bar, CA 91765

Lee, Han Wan
703 Wilcox Street-Suite #J
Castlerock, CO

Lee, Sang
c/o USTC
North Academy Blvd.
Colorado, Springs, CO 80909

Loudat, Thomas
46-281 Auna Street
Kaneohe, HI 96744

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919

Such witnesses as are discovered after this list is created.

All witnesses listed by any other parties in this action.

Such rebuttal witnesses as become necessary.

DATED: Honolulu, Hawaii, March 29, 2005.

_____
WARD D. JONES
Attorney for Plaintiff
DAE SUNG LEE