## BERVAR & JONES
### Attorneys at Law • A Law Partnership

1400 PAUAHI TOWER
1001 BISHOP STREET
HONOLULU, HAWAII 96813
————
PHONE: (808) 550-4990
FAX: (808) 550-4991

BIRNEY B. BERVAR
WARD D. JONES
A Law Corporation

Anna K. B. Tsang
Thuan T. Do
Janiffer Loder

May 24, 2005

<u>Via Facsimile: 521-9648/U.S. Mail</u>
Arthur Roeca, Esq.
c/o Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

<u>Via Facsimile (202) 434-5029 and U.S. Mail</u>
Mark S. Levinstein, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

**RE: Lee v. USTU, USOC, USDC Hawaii, Civ. No. 04-00461 SOM**

Dear Mr. Levinstein,

In response to your letter of May 18, 2005 regarding the USOC request for interrogatories directed to Dae Sung Lee. We offer the enclosed supplemental answers:

#3 Response: Robert Gambardella-

Pushed to remove Dae Sung Lee and replace him with Jean Lopez even before new coach selection criteria were formulated in 2004.

Helped author coach selection criteria designed to exclude Dae Sung Lee and any other Korean in 2004 because it was well known that Dae Sung Lee had not introduced any members of the 2004 Olympic Team.

Stated to Mary Brunner that he wanted no more Koreans as referees and that they were all crooks in 2004.

Told Larry Rezenik that he wanted to get rid of all the Koreans in 2004.

Mistreated Asian athletes on the U.S. team in 2004.

Used Herb Perez as a consultant even though he is anti-Korean and then appointed him to an important USTU position in 2004.

EXHIBIT 4

Arthur Roeca, Esq.
Mark S. Levinstein, Esq.
May 24, 2005
Page 2 of 6

> Mistreated and then fired Chul Ho Kim without cause because he was Korean in 2004.

> Violated USTU and USOC bylaws by changing coach selection criteria in 2004.

Virginia Witte, Rich Bender, Juan Moreno, Steve Locke, Rick Bagiano:

> Pushed to remove Dae Sung Lee, without cause, and replace him with Jean Lopez even before new coach selection criteria were formulated in 2004.

> Approved new coach selection criteria that on its face would prevent Dae Sung Lee from qualifying for the position in 2004.

> Moreno testified that he believed the racist comments in the Satrom letters had merit and were true in 2005.

> USTU had a qualified duly appointed Olympic Coach in 2003 who could also serve as team leader and had absolutely no need or justification to select a new coach other than the desire to put someone else in.

> Violated USTU and USOC bylaws by changing coach selection criteria in 2004.

All of the members of the Membership and Credentials Committee (I don't know who specifically) expressly or impliedly:

> Caused to have sent 2 letters, signed by Thomas Satrom, requiring USTU to respond to racist comments as a condition to preventing a decertification of the NGB in 2003 thereby adopting the comments.

> Gave little opportunity for USTU to be heard at a USOC hearing in 2003, according to USTU lawyers.

> Jeannie Picariello called USTU management 'Korean Mafia' in 2003 according to USTU lawyers.

> Warned the USTU lawyers that USTU needs 'to cut out the bowing crap' in 2003.

Arthur Roeca, Esq.
Mark S. Levinstein, Esq.
May 24, 2005
Page 3 of 6

Required a remediation plan which removed all Koreans from USTU management over its own attorneys' advice that replacement of the president and financial personnel would be reasonable and sufficient in 2003.

Used financial mismanagement as a ploy to force remediation in 2003 and then once new management was installed in 2004 proceeded to (1) cancel the only profitable operation USTU had and then (2) financially mismanage USTU in such a poor fashion that it is now running at a much larger financial deficit than ever before as of 2005.

Timed the decertification action to occur at year end 2003 when it knew all of the NGBs, including USTU, would be low on funds.

Rushed decertification/remediation of USTU before the end of the quadrenium in 2004 when the committee would lose its power and appointment.

Required a change of USTU bylaws, which the USOC had previously approved, as a ploy to force remediation in 2003.

Pushed to change the name of the organization to USATaekwondo in 2004.

Kelley Skinner:

Helped author coach selection criteria designed to exclude Dae Sung Lee and any other Korean from being Olympic coach in 2004.

Violated USTU and USOC bylaws by changing coach selection criteria in 2004.

Discovery is ongoing.

#4 Response:    Defendants pushed to remove Dae Sung Lee and replace him with Jean Lopez in 2004 even before new coach selection criteria were formulated. Therefore, the new coach selection criteria was a sham.

Defendants violated USTU and USOC bylaws by changing coach selection criteria and coach selection in 2004.

Arthur Roeca, Esq.
Mark S. Levinstein, Esq.
May 24, 2005
Page 4 of 6

Helped author coach selection criteria in 2004 designed to exclude Dae Sung Lee and any other Koreans because it was well known that Dae Sung Lee had not introduced any members of the 2004 Olympic Team.

#5 Response:    Pushed to remove Dae Sung Lee and replace him with Jean Lopez in 2004 even before new coach selection criteria were formulated.

Authored coach selection criteria designed to exclude Dae Sung Lee in 2004 because it was well known that Dae Sung Lee had not introduced any members of the 2004 Olympic Team.

Violated USTU and USOC bylaws by changing coach selection criteria in 2004.

See also response to #3.

#6 Response:  Virginia Witte, Rich Bender, Juan Moreno, Steve Locke, Rick Baggiano:

Pushed to remove Dae Sung Lee, without cause,  and replace him with Jean Lopez even before new coach selection criteria were formulated in 2004.

Approved new coach selection criteria that on its face would prevent Dae Sung Lee from qualifying for the position in 2004 because it was well known that Dae Sung Lee had not introduced any members of the 2004 Olympic Team.

Moreno testified that he believed the racist comments in the Satrom letters had merit and were true in 2005.

USTU had a qualified duly appointed Olympic Coach in 2003 who could also serve as team leader and had absolutely no need or justification to select a new coach other than the desire to put someone else in.

Violated USTU and USOC bylaws by changing coach selection criteria in 2004.

To the extent any of the above members of new USTU governance were also in a dual capacity with USOC, the response is repeated.  I do not know their other capacities.

Arthur Roeca, Esq.
Mark S. Levinstein, Esq.
May 24, 2005
Page 5 of 6

Current executive board/officers continue to appear hostile to Koreans most recently in 2005 by attempting to reorganized USTU/USA Taekwondo at an annual members meeting without following clearly established corporate bylaws requiring valid and timely notice of meeting agenda to members, failure to obtain necessary votes on questions, suspension of <u>Roberts Rules of Order</u>, and even use of decertification threats directed at the Korean contingent when reorganization attempts failed.

#8 Response:     See #3 response, already answered.

#10 Response:    See #3 and #6 responses, already answered.

#15 Response:    See #3,

Current executive board/officers continue to appear hostile to Koreans most recently in 2005 by attempting to reorganized USTU/USA Taekwondo at an annual members meeting without following clearly established corporate bylaws requiring valid and timely notice of meeting agenda to members, failure to obtain necessary votes on questions, suspension of <u>Roberts Rules of Order</u>, and even use of decertification threats directed at the Korean contingent when reorganization attempts failed

#16 Response:    See #3 response, already answered, unable to differentiate between 'acts' 'incidents' and ' decisions' as the above all appear to be one and the same.

#9 Response:     None of the requests were in writing and I cannot recall when or how the oral requests were made other than the fact that the athlete themselves requested my help. I will provide any last known addresses I have of those athletes I have listed by June 6, 2005.

#11 Response:    A revised witness list is attached.

#12 Response:    See revised witness list attached.

Mary Brunner

Expected to testify that Gambardella said he wanted no more Koreans.

Byung Kang

Arthur Roeca, Esq.
Mark S. Levinstein, Esq.
May 24, 2005
Page 6 of 6

         Expected to testify to the validity of my 2003 selection process as
Olympic coach.

         I do not know what the other witnesses whom I have listed will say about
my claims other than what they have already offered by way of declaration
or deposition.

#13 Response:      Plaintiff has responded and is not obligated to give minute details.

#18 Response:      Plaintiff does not know the answer to this question. Moreover, if he
attempts to answer through use of records it will likely contain errors since
he did not do month to month totals for his day to day business.

         Regarding USTC employees, the only paid employees besides Dae Sung
Lee were Tim Connolly (co-founder of USTC) and Casey Lee, Dae Sung
Lee's brother, in the early 1990,s and Wes Lum, a head instructor. Lum
left in 2003 when he finished EMT school. All other persons who worked
at USTC were unpaid part-time volunteers including all instructors and
staff. Therefore volunteers will not be referred to in any financial
documents for USTC. Income tax preparers In Sok Young and Myung
Hyo Jang who were relatives were also unpaid volunteers not listed in the
financial documents.

         Addresses for the above former employees and volunteers will be
furnished by June 6, 2005.

    The above constitutes our response to your letter. If this is inadequate, I will be happy to
meet with you and the Magistrate Judge to further discuss this or other discovery disputes. This
is of course without prejudice to our office bringing requests for relief regarding your clients'
compliance with our various discovery requests thus far.

APPROVED AND AUTHORIZED:         Yours Truly,

_____

DAE SUNG LEE                        WARD D. JONES
                                     BERVAR & JONES

WDJ/ld
Enclosure
cc: G. Uesugi
    D.S. Lee

**PLAINTIFF'S WITNESS LIST**

**I.    LAY WITNESSES**

Baggiano, Tony
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

removal of plaintiff, new coach selection

Bender, Rich
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

removal of plaintiff , new coach selection

Borg, Jim
c/o Honolulu Star-Bulletin

authenticate article he wrote about Lee selection as coach

Mary Brunner
McHenry Taekwondo Academy,
908 Front Street, McHenry, Illinois, 60050.
statements by Gambardella that he didn't want Koreans in USTU in 2004

Chalmers, Jill
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903

statements by USOC M & C; decertification/remediation

Cheon, Young In
c/o Olympian Taekwondo
2815 Diamond Bar Blvd.
Diamond Bar, CA 91765

2000 Olympics; D.S. Lee's qualifications as a coach

Conolly, Tim

remediation/decertifacation

Gambardella, Robert
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

see deposition

Harris, Bruce

see deposition

Lee, Dae Sung
820 Hind Drive
Honolulu, HI 96821

Lee, Han Wan
703 Wilcox Street-Suite #J
Castlerock, CO

see declaration

Heon Mi Lee
c/o Bervar & Jones
1001 Bishop Street
Pauahi #1400
Honolulu, HI 96813

Plaintiff's wife, testify to general damages of plaintiff

Byung Won Kang
Los Angeles Ca
26012 Marguerite Parkway #A
Mission Viejo, California 92692.

coach selection of plaintiff in 2003

Lee, Sang
c/o USTC
North Academy Blvd.

Colorado, Springs, CO 80909

decertification/remediation; history of USTU; coach selection process; coach selection of Lee

Locke, Steven
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

removal of plaintiff; coach selection

Luis, Cindy
c/o Star-Bulletin

authenticate an article she wrote re coach selection of Lee

McCutcheon, Brian
c/o Oahu Taekwondo Center
98-025 Hekaha Street #2F
Pearl City, Hi 96701
(808) 486-2500

testify to anticipated effect on his business of having an Olympic coach credential; nature of
Hawaii clientele at martial arts schools.

Moreno, Juan
14260 SW 136th Street #15
Miami, FL 33186

see deposition

Caesar Paet
Honolulu, Hawaii

statement by Larry Reznik attributable to Gambardella regarding Koreans

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919

see declaration

Perez, Herbert

3

415-378-7764

Remediation process, his role at USOC-AAC, his role as USTU consultant.

Reznik, Lawrence
c/o USTC
Village Shopping Center
436A Route 202/206 North
Bedminster, NJ 07921
(908) 581-7750
(908) 901-9919 (b)
deceased; allegedly heard statement for Gambardella regarding Koreans

Satrom, Thomas
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

remediation/decertification; wrote two letters for M&C re Koreans; History of bylaws of USTU

Scherr, Jim
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

decertification/remediation; 2004 annual meeting

Skinner, Kelly
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

new coach selection criteria, remediation

Smith, Steve
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903

USOC M&C statements; remediation and decertification

4

Wakefield, Barbara
5500 Quarry Hill
Fitchburg, WI 53711

see declaration

Warwick, Jay
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

see declaration

Witte, Virginia
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

authenticate her letters or those done under her supervision

Custodian of Records for USTC -Honolulu
820 Hind Drive
Honolulu, HI 96821

Custodian of Records for USTC -Castle Rock
703 Wilcox Street-Suite #J
Castlerock, CO

Custodian of Records of USTU
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Custodian of Records of U S Taekwondo
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Custodian of Records of USOC
c/o Roeca Louie & Hiraoka

5

900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Such witnesses as are discovered after this list is created

All witnesses listed by any other parties in this action

Such Rebuttal witnesses as become necessary

## II.    EXPERT WITNESSES

Lee, Han Wan
703 Wilcox Street-Suite #J
Castlerock, CO

see declaration

Loudat, Thomas
46-281 Auna Street
Kaneohe, HI 96744

economic damages to plaintiff

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919

see declaration