IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | MARY BRUNNER |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF MARY BRUNNER

1. Declarant MARY BRUNNER ('Declarant') does hereby make this declaration based upon personal knowledge as follows:

2. Declarant is a resident of the state of Illinois, whose business address is c/o McHenry Taekwondo Academy, 908 Front Street, McHenry, Illinois, 60050.

3. Declarant has been involved with taekwondo since the 1970's, teaches and operates five taekwondo facilities in the State of Illinois, is an International taekwondo referee second class and an A-1 rated USTU and AAU referee. She has

EXHIBIT 5

also been a member school of United States Taekwondo Union ('USTU') for many years and is personally a lifetime member. Declarant is of hispanic heritage.

4.  On or about February 4, 2004 while declarant was attending the U.S. Open Competition for Taekwondo held in Orlando, Florida, she did speak with Robert Gambardella, the newly appointed chief executive officer of USTU for approximately two hours.

5.  Declarant inquired of Mr. Gambardella as to the reason why Ms. Barbara Wakefield was appointed by him as interim referee chairperson of the USTU. Specifically Declarant asked why someone who had more support in the taekwondo referee community including racial minorities such as Korean-Americans had not been selected. This was a concern of Declarant because the Korean-American referees have the higher referee certifications and in most cases the higher taekwondo seniority necessary to direct and/or officiate properly in national, regional and international competitions.

6.  Mr. Gambardella replied, "I don't want any more Koreans involved at all, they are all crooks." Declarant said, "Just because a few got caught doing something doesn't mean you can exclude them all." Mr. Gambardella replied, "All of them are crooks as far as I'm concerned."

7.  In declarant's estimation, before the new USTU governance, the racial breakdown among referees at taekwondo competitions was between 50 and 60%

Korean referees at National competitions and about 70% at international/team trial/regional competitions. After the new USTU governance the racial breakdown among referees at competition was about 10% Koreans at all levels of competition.

8. That based upon the above exchange, Declarant believes that Master Dae Sung Lee's appointment as U.S. Olympic Coach was withdrawn for racial reasons. Declarant believes that Mr. Gambardella and the USTU Governance and Management Committee are racially biased against Koreans and Korean Americans. Declarant believes that Mr. Gambardella and the USTU Governance and Management Committee are attempting to get rid of all Koreans and Korean-Americans from USTU.

9. Declarant swears upon oath and upon penalty of perjury that the above statements are true and correct.

Date: 5-6-05

MARY BRUNNER