# McHenry Taekwondo ══════ Academy

908 North Front Street, McHenry, Il. 60050
815-344-2027

Date:     February 26, 2004

3/16/04

To:       Bob Gambardella

From:     Mary M. Brunner

Thank you for your letter thanking me for donating my time to Referee at the US Open. That is a first for me and greatly appreciated. I also thank you for taking the time to visit with me at the US Open. (I was the lady you talked to at lunch).

I am writing to USTU headquarters for only the second time in my 30 years of Taekwondo practice. But I feel this is important. I have no interest in a position of any kind nor any other motive.

Because of my strong business management background prior to opening my own taekwondo business in 1994, I have been offered various positions within the USTU over the past few years, all of which I turned down -- I retired from Corporate America to get away from business politics and have never had the urge to return.

I was the Executive Director for the 1994 National Jr. Olympic Taekwondo Championships at which we had 5,256 competitors. We finished this tournament in only three days. I HAD NO STAFF. I handled 42 hotel contracts, transportation, food for 300 volunteers and 140 Referees daily. I had two part-time students help with computer registration for one week prior to the event. And by all accounts, most everyone will tell you that it was the best run Juniors ever. Juan Moreno was on our volunteer staff and can verify.

This was the first time the USTU had over 2,500 competitors and the first time sponsor revenues were introduced as additional income for our organization. Many of the administrative functions and other programs that were initiated at that tournament, are still being used today by the USTU. I was able to achieve this outstanding success because of my strong marketing and business background - and I was happy to help.

I outline my background to point out that I clearly understand how tournaments and large events are successfully promoted and handled.

It was announced at our Referee meeting that you appointed an interim Referee Chairman based solely on the fact that you had some personal contact prior to the US Open. (You also confirmed that Barbara was the only person you had interacted with prior to your appointment and had therefore selected her)

I want to share the following thoughts with you.

We have lost approximately 100 very good and qualified Referees during the tenure of the last two Referee Chairs.



EXHIBIT
Brunner 5
6-28-05 cc

EXHIBIT 6

*Of course, some attrition is always expected, but neither of last two Referee Chairs did much to cultivate, motivate nor recruit and train additional or replacement Referees. Rather, they were involved in misusing funds and open favoritism which resulted in so many of our good Referees quitting - never to return. This is why we are always undermanned (and with unqualified Referees) at the National Jr. Olympics. Recruitment and training is part of the Referee Chairs' job and has been sorely neglected.*

*We as Referees perform a thankless job. We Referee because we love to officiate and we love the art and sport side of taekwondo. Some of us who are also school owners (I have four facilities) also do it because we want a fair competition for our own students and their parents; but also, we like to offer an alternative to "traditional" martial arts. This is important because this is how we make our living. And so, it is very important how our positions as Referees are perceived and accepted, most especially at the State level. I have endured being cursed, shouted at and physically pushed by Korean/American instructors.*

*That National public impression is a direct result of the how the Referee Chair conducts their office.*

*The Referee Chair position requires an individual with strong leadership capabilities and previous management experience. This person must also clearly know the competition rules and regulations and be able to teach them to others.*

*The position of Referee Chair is not only important in function and duty but is also key to the way in which Referees are treated and viewed by the taekwondo community at large; both domestic and internationally.*

*This position requires a strong leader, several years of business management experience and strong administrative and organizational skills. The Referee Chair should also have enough seniority, both in age and rank, to command respect from the taekwondo community at large - from both the American and Korean/American Referees and most importantly, have some degree of influence with the World Taekwondo Federation whose technical rules and regulations the USTU follows.*

*In my opinion, there are only two people who satisfy these requirements: Koang Woong Kim from Kenosha, Wisconsin and Chan Kil Kim from California. Both of these individuals are of high enough rank that they are not concerned how they are viewed by other American or Korean/American instructors.*

*Either of these individuals will command a strong following by both American and Korean/American Referees. An American Referee Chair will most certainly cause us to lose the Korean/American Referees.*

*Koang Woong Kim was forced out of the Referee Chair position by Sang Lee and continues to be an excellent candidate. Since he was forced out of office, it goes without saying that this mans' integrity lies with the responsibility of the job and not personal relationships. During his tenure, the numbers of new and well trained Referees at State and National level grew 300%. He did more to advance the fair treatment of Referees than any other before or since.*

*Chan Kil Kim continues to be a leading candidate for the position and it is very unclear to me and to many others as to why he was not assigned to oversee the US Open.*

*While there were many things that could have been done better at the USTU headquarters over the past few years, the Referee Committee has had a system in place for developing leadership which has worked well for many years. Senior Referee Chair, Chan Kil Kim was next in line for that position and had devoted many years at great personal and business sacrifice to do so (Mr. Kim has a taekwondo business which*

*suffered when he was traveling).*

*He has devoted his Referee efforts to fair and just treatment of both competitors and Referees. He stated many times to several of us that we needed to do "our usual great job" to help save the USTU. We did it for him regardless of how most of us felt about his being bypassed.*

*It was clear that the US Open would have been a disaster if Chan Kil Kim (Charles) had not stepped in and personally handled the many situations which demanded leadership decisions. He did not have to ask others for advice or decisions before stating a position. Nor did he hesitate about stepping in. This is leadership.*

*Mr. Kim stood up and in Korean, dressed down all those who spoke Korean telling them that they should support and respect the acting Referee Chair. He did not need to make that statement. It clearly shows that this man is not only a leader but also has the integrity which the job demands. He was directly responsible for preventing the walk out of many of the Referees and as always, his foremost concern was to see that the tournament ran smoothly.*

*While Barbara Wakefield is a good Referee, she has always been strongly influenced by her personal instructor and others in position of power. This was confirmed when her instructor Mr. Park from Minnesota, remained at the Referee area for the entire tournament. Ms. Wakefield had to consult with him several times including breakfast, lunch and dinner consultations.*

*In addition, Ms. Wakefield has been involved in many other controversial and potentially litigious situations including one which ended up costing USTU officials several thousands of dollars and a lengthy court battle. If Ms. Wakefield had responded other than she did, litigation, time and wasted USTU monies would have been avoided.*

*I have included a copy of a letter outlining my position on yet another one of those situations. Thankfully, this example did not end in litigation. I was told that the petition referenced was circulated at the request of Sang Lee and Eui Bin Lee and this was the reason we were to sign it without question. I refused. She should have also refused. Referees are supposed to be impartial.*

*To make matters worse, the following year also at Team Trials, Ms. Wakefield was again assigned to Center Referee a finals for a Lopez family competitor, which once again ended in a "questionable" outcome. Integrity and common sense indicated to all of us who watched, that she should have excused herself to avoid potential controversy or the "appearance" of impropriety. But she didn't.*

*These are the behaviors of a follower - not a leader.*

*These two examples alone clearly indicate that she cannot be impartial and that Ms. Wakefield is still bound to follow the direction and influence of other martial artists due to rank and personal affiliation with her personally and her own allegiance to her instructor, Mr. Park.*

*I can provide other examples if you wish, but my purpose is to set forth the positive reasons as to why Mr. Chan Kil Kim should have been considered.*

*As I told you when we spoke, yes it is true that many of us have discriminated against for many years by those of Korean/American descent. I am not only female but also Hispanic and I have personally felt discrimination first-hand all my life. I would never wish to impose that feeling on anyone else.*

You unfortunately carry a big responsibility without the benefit of taekwondo history, sport, and the culture of the art, but we cannot right a wrong by creating another wrong.

Discrimination is discrimination no matter who propagates it.

Chan Kil Kim was next in line for the Referee Chair and is still the best candidate for this position.

Sincerely,

Mary Martinez Brunner