IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF APRIL LURIA; |
| | ) | EXHIBITS "1" AND "2" |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

601-1/Declaration.AL.1.13.06

## DECLARATION OF APRIL LURIA

I, APRIL LURIA, declare that:

1. I am an attorney licensed to practice law in the State of Hawaii.

2. I am counsel of record for Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE in the above-referenced action.

3. I have personal knowledge of the facts set forth in this Declaration, except where facts are alleged upon information and belief.

4.      Attached hereto as Exhibit "1" is a true and correct copy of the Report of John Candon dated May 11, 2005 provided to Plaintiff.

5.      Attached hereto as Exhibit "2" is a true and correct copy of page 30 of Volume I of the transcript of the Videotaped Deposition of Thomas A. Loudat, Ph.D. conducted on June 22, 2005.

6.      On August 15, 2005, following a hearing on Defendants' Motions for Summary Judgment, presiding Judge Susan Mollway inquired as to the status of any settlement discussions occurring between the parties. At that time, co-counsel for Defendants, Mark S. Levinstein, advised the court and Plaintiff's counsel that a settlement conference had occurred but that a primary problem with Plaintiff's damage theory was that Plaintiff was seeking extensive damages allegedly suffered by his corporation rather than the Plaintiff himself.

I declare under penalty of law that the foregoing is true and correct.

EXECUTED at Honolulu, Hawaii, on January 13, 2006.

_____
APRIL LURIA
Attorney for Defendants UNITED STATES
TAEKWONDO UNION and UNITED
STATES OLYMPIC COMMITTEE