ASB TOWER, SUITE 955
1001 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE 808 533 1270
FACSIMILE 808 533 1528

May 11, 2005

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
Williams & Connolly
725 Twelfth Street
Washington, D.C. 20005

April Luria, Esq.
Roeca, Louie & Hiraoka
Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

**Dae Sung Lee**
vs
**United States Taekwondo Union and United States Olympic Committee**

Dear Messrs. Levinstein and Braunstein and Ms. Luria:

We were retained to consider the economic damages claimed by Dae Sung Lee in the above-cited matter and to consider Thomas Loudat's March 14, 2005 report to Ward Jones, Esq. We have prepared this preliminary report at your request.

**Qualifications**

John Candon is a Certified Public Accountant, is accredited in the field of business valuation by several valuation organizations and is a Certified Fraud Examiner. Prior to establishing the firm now known as Candon Consulting Group, LLC in 1991, he was the chief financial officer of a commercial bank and a Hawaii-based public company. As the Managing Member of Candon Consulting, Mr. Candon provides business valuation services, commercial damages calculations, and a variety of related services. He has been qualified in federal and state courts as an expert in business valuation, lost profits and income, accounting, fraud investigation, and taxes.

Mr. Candon's statement of qualifications accompanies this report as **Exhibit A**. His deposition and trial testimony during the last five years can be found at **Exhibit B**. Candon Consulting's fees are not contingent upon the conclusions herein. They are based on the time spent at our normal hourly rate for this type of work. In addition to these fees, we are reimbursed for out-of-pocket expenses. As of the date of this report our fees and expenses total to about $30,000.

EXHIBIT 1

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 2

### Principal Information Sources and References

I have interviewed Mr. Jay Warwick and Mr. Juan Moreno, both of whom are taekwondo athletes, and considered the following:

- Dae Sung Lee's Complaint, filed on July 28, 2004.
- Declaration by Han Won Lee dated August 5, 2004.
- Declaration by Young In-Chon dated December 16, 2004.
- Document requests served on Dae Sung Lee by the United States Taekwondo Union and by the United States Olympic Committee.
- Interrogatories served on Dae Sung Lee by the United States Olympic Committee.
- Dae Sung Lee's Application for Preliminary Injunction, lodged July 30, 2004.
- Dae Sung Lee's Reply Brief in Support of Plaintiff's Application for Restraining Order and Preliminary Injunction, pages 11 through 14, filed August 10, 2004.
- Website information about US Taekwondo Centers.
- The Court's Rule 16 Scheduling Order, filed November 3, 2004.
- Partial Transcript of Proceedings before the Honorable Susan Oki Mollway on August 12, 2004 at 11:30am, pages 1 through 145.
- GTE Hawaiian Tel 'yellow pages' listings for Martial Arts – Instruction, 1993 through 2004
- How to Open and Operate a Successful Martial Arts School by John Graden, published by Seconds Out, Inc., 2004
- Memo from Thomas Loudat dated March 14, 2005 to Ward Jones, Esq. re: Economic loss estimates due to Dae Sung Lee's due to his withdrawal as the 2004 US Olympic team's Taekwondo coach
- Grandmaster Hee Il Cho's Business Card
- Grandmaster Hee Il Cho's Tae Kwon Do Center Class Schedule
- Grandmaster Hee Il Cho's Action Fitness Center Brochure
- Sperling's BestPlaces
- Springs gov.com: Economic Development
- Sperling's BestPlaces website: Compare Cost of Living
- "Sales Genie Survey Announces Business Growth for Top 100 Metro Areas"
- Colorado Economic Update

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 3

- Unified Tae Kwon-Do Grand Master Ik-Mu Kang Biography
- Grandmaster Hee Il Cho Biography
- Oahutaekwondo.com website – Information on taekwondo center
- Smithtaekwondocenter.com website – Information on taekwondo center
- Economic Forecast – Hawaii Recovering Impressively From '01 Recession, Expected to Regain Pre-9/11 Levels by Late 2003
- Notice of Subpoena Duces Tecum for Han Won Lee, March 2005
- Notice of Subpoena Duces Tecum for Young In Cheon, March 2005
- Notice of Subpoena Duces Tecum for U.S. Taekwondo Center-Castle Rock Inc., March 2005
- Notice of Subpoena Duces Tecum for Olympian Taekwondo, March 2005
- Notice of Subpoena Duces Tecum for U.S. Taekwondo Center, Inc., March 2005
- Starbulletin.com – Article dated August 14, 2004, "Tae kwon do coach not reinstated"
- Business of Martial Arts.com – On line magazine – Issue Date: August 2004 – Chip Townsend Profile
- MartialArtsBookstore.com website: book order "How to Open and Operate a Successful Martial Arts School E-Book"
- American Taekwondo Association.com website: "Open Your Own School", "Careers"
- Martial arts website: Article: Tae Kwon Do Operations – Top Tae Kwon Do Operations Resources
- Martialartsresources.com website – "Stephen Oliver's Martial Arts Consulting"
- Business of Martial Arts.com website: On line magazine – Issue Date: July 2003 – Steve Stewart- Profile
- Business of Martial Arts.com website: On line magazine – Issue Date: February 2004 – Keith D. Yates – Profile
- Business of Martial Arts.com website: On line magazine – Issue Date: April 2003 – Michael Storms Karate – Profile
- Email from Mark Levinstein – February 20, 2005 – Subject: Dae Sung Lee v USOC
- Martialartsteachers.com website: Martial Arts Teachers' Association Membership
- Korean National Tourism Organization website: Philosophy of Taekwondo Spirit
- Website information: The Spirit of Taekwondo
- Website information: Traditional National Spirit and Taekwondo

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 4

- Website information: Tae Kwon Do Schools and Taekwondo Tournaments in Hawaii

- Website information: Other Karate & Martial Arts Instructors in the State of Hawaii

- Website information: U.S. Taekwondo Union – Information on Carolyn Shu

- Website information: Master Han Lee – Biography

- Website information: Master Smith's Biography

- Website information: Mililani Taekwondo Center

- Website information: The Honolulu Advertiser article dated February 3, 2000 "1,000 black belts here Taekwondo Olympics preview opens at Blaisdell"

- Website information: The Honolulu Advertiser article dated July 23, 2004, "Hawaii shines at taekwondo event"

- Website information: Hawaii's Martial Art Academies/Dojos on the island of Oahu

- U.S. Department of Labor Bureau of Labor Statistics website: 2002 Metropolitan Area Occupational Employment and Wage Estimates, Honolulu, HI MSA

- U.S. Department of Labor Bureau of Labor Statistics website: Occupational Employment and Wages, 2002

- Salary.com website: Head coach (Major Sport) base salary report

- Plaintiff Dae Sung Lee's Response to Defendant United Sates Olympic Committee's First Set of Interrogatories to Plaintiff; Attachment, August 11, 2004

- Declaration of Dae Sun Lee; Certificate of Service, Filed with DC August 11, 2004

- Plaintiff Dae Sung Lee's Witness List

- Memo dated February 6, 2004 from US Taekwondo Union to USTU Board of Governors re: Mail Ballot

- USOC Complainant v USTU Respondent, Answer and Motion to Dismiss, Before the USOC Executive Committee, December 10, 2003

- Master Han Lee Biography

- Business Registration Division website re: USOC

- Memo dated October 27, 2003 from Holme Roberts & Owen, LLP to President Sang Lee re: Draft letter to Senator Campbell

- Memo dated November 12, 2003 from US Taekwondo Union to Hon. Ben Nighthorse Campbell, Pages 1 through 8

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 5

- Memo dated January 29, 2004 from US Taekwondo Union (Mr. Soon Ho Kim) to USTU Executive Committee re: Mail Ballot

- Taekwondo website: re: Committee names to oversee U.S. Taekwondo restructuring by USOC Media Services, February 3, 2004

- Taekwondo website: re: Gambardella to lead Taekwondo during restructuring by U.S. Olympic Committee, February 5, 2004

- USOC website: USOC under the microscope (1/28/03)

- USTU info website: Information on Jean Lopez

- Bylaws of The United States Olympic Committee

- Resume on Samuel S. Pejo

- Starbulletin.com website: Article, April 15, 2003, "Hawaii's Lee excited to be Olympic coach"

- United States Olympic Committee Selection Procedures Manual

- USTU website: Article, July 27, 2004, "US Taekwondo Team starts 4-Day Mini-Training Camp for Athens, Greece"

- Honolulu Advertiser article dated July 30, 2004, "Taekwondo coach Lee won't be reinstated"

- Memo dated January 31, 2000 from Salena DiMatteo USOC to R. Jay Warwick US Taekwondo Union

- Memo dated November 29, 2001 from Virginia Witte USOC to R. Jay Warwick US Taekwondo Union re: Audit report of the 1999/2000 Olympic grant payments to USTU.

- Memorandum dated September 25, 2002 to Membership and Credentials Committee from Virginia Witte re: United States Taekwondo Union

- Memo dated August 29, 2003 from Virginia Witte to Bruce Harris, USTU re: Audit report of 2002 Olymipc funding to USTU

- USOC Audit Division dated November 14, 2002 re: USTU

- Memo dated January 6, 2004 from Virginia Witte to Tim Connolly, USTU re: Interim Audit Report of 2003 Olympic funding to USTU.

- gazette.com website: Article dated December 17, 2004 "Taekwondo to USOC: Stop Decertification"

- Plaintiff Dae Sung Lee's Response to Defendant United States Taekwondo Union's First Request for Production of Documents

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 6

- Plaintiff Dae Sung Lee's Response to Defendant United States Olympic Committee's First Request for Production of Documents
- Plaintiff Dae Sun Lee's Response to Defendant United States Olympic Committee's First Set of Interrogatories to Plaintiff with Attachment
- US Taekwondo Center Newsletter- May 2003 and August 2003
- 2004 U.S.T.C Gross Income
- Dae Sung Lee Individual Income Tax Return 2003
- US Taekwondo Center Income Tax Return for an S Corporation, 2003
- Dae Sung Lee Individual Income Tax Return 2002
- US Taekwondo Center Income Tax Return for an S Corporation 2002
- Dae Sung Undividual Income Tax Return 2001
- US Taekwondo Center Income Tax Return for an S Corporation 2001
- Han Won Individual Income Tax Return 1999
- List of students from 2001 – 2004
- US Taekwondo Center, Student Enrollment Agreement, Aina Haina Shopping Center
- Declaration of Han Won Lee Exhibit "A" filed with DC August 10, 2004
- Declaration of Samuel Pejo; Exhibits "1" and "2" filed with DC August 10, 2004
- Declaration of Young In Cheon; Exhibit "A"
- Complaint; Affivadit of Dae Sung Sung Lee; Exhibits "A" – "S", Certificate of Service
- Petitioners/Appellants' Appeal from Order of Dismissal dated February 23, 2005; Affidavit of Dae Sung Lee' Exhibits "A" – "L", Certificate of Service
- Resume of Dae Sung Lee
- Bylaws of USTU, Inc.
- Articles of Incorporation of the United States Taekwondo Union
- Memo dated August 4, 2003 from USOC to Bruce Harris USTU re: USOC Membership and Credentials Committee Member Compliance Review, Pages 9 through 11
- Memo dated September 5, 2003 from USOC to Bruce Harris, USTC, Pages 12 through 15
- Memo dated October 29, 2003 from USTU to Mr. San Lee re: Minutes of Meeting with Holme Roberts and Owen
- Email dated March 30, 2004 from Bruce Harris to Mr. Lee re: Staff Approval Letter

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 7

- Memo dated November 26, 2003 from USTU to Member, Board of Governors re: Board of Governors Mail Ballot for USOC Remediation Plan
- Memo dated March 18, 2004 from US Taekwondo Cener, Inc. to Mr. Bob Gambardella
- Memo dated April 8, 2004 from USTU to Mr. Dae Sung Lee re: Olympic Selection Procedures for Coaches – 2004 Olympic Games
- Memo dated June 2, 2004 from Dae Sung Lee to Mr. Bob Gambardella
- Memo dated July 19, 2004 sent by fax from Dervar & Jones to Mr. Bob Gambardella re: Mr. Dae Sung Lee
- Memo dated July 21, 2004 sent by fax from USTU to Mr. Ward D. Jones
- United States Taekwondo Union List of Board of Governors
- Fax dated February 3, 2004 from USTU to Mr. Dae Sung Lee re: Executive Committee Mail Ballot on Remediation Plan
- Memo dated February 3, 2004 from USOC to USTU Executive Committee re: USTU Governance and Management Committee Announcement
- Declarations by Plaintiff's witnesses Han Won Lee and Young In-Cheon
- Document requests served on Dae Sung Lee (one from USTU and one from USOC)
- Interrogatories served on Dae Sung Lee by the USOC
- Dae Sung Lee's Complaint
- Dae Sung Lee's memorandum in support of his Motion for a TRO and a Preliminary Injunction filed with DC August 10, 2004
- Selected pages from Dae Sung Lee's reply memorandum re: irreparable harm
- Website information about US Taekwondo Centers, Inc.
- The Judge's initial scheduling order Dae Sung Lee v USTU and USOC
- Dae Sung Lee v USTU Partial Transcript of Proceedings
- The Sunday Star-Bulletin & Advertiser article dated October 2, 1988 "Homecoming was a mixed blessing for Lee"
- Picture of 1988 U.S. Olympic Men's Taekwondo Event Team
- Picture of 1992 U.S. Taekwondo Team
- The Honolulu Advertiser article dated June 30, 1999 "The journey from champion to coach"
- The Honolulu Advertiser article dated August 6, 2003 (Reprint) "Tae kwon do coach reaches pinnacle of career – Olympics"

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 8

- The Star-Bulletin Sports Watch article dated September 5, 1996 by Bill Kwon "Daniel Kim's improbable road to glory"
- Website information re: Master Dae Sung Lee-Guest Instructor, August 1997, biography
- The Honolulu Advertiser website information: Hawaii's Olympians re: Mike Lamber and Dae Sung Lee
- Wesleyan.com website information re: Team Leadership 2004-2005
- Aina Haina Shopping Center.com website information re: US Taekwondo Center
- Han Wan Lee's Responses to Subpoena Duces Tecum by USTU
- USTC Castlerock's Responses to Subpoena Duces Tecum by USTU
- Website print-out "Olympic Style Taekwondo"
- US Taekwondo Center-Castle Rock, Financial Statements as of 9/30/04
- Form 1040 US Individual Income Tax Return 2003 (Han W. & Chang M. Lee)
- 2003 W-2 and Earnings Summary (Han W. Lee)
- 2002 W-2 and Earnings Summary (Han Lee)
- Form 1120 US Income Tax Return for an S Corporation 2001 (US Taekwondo Center)
- Form 1040X Amended US Individual Income Tax Return 2001 (Han W. & Chang M. Lee)
- Form 1040 US Individual Income Tax Return 1999 (Han Won & Chang Mi Lee)
- Documents produced by Young In Cheong, including Master Cheong's Declaration, through Bervar & Jones
- Budo & Business: Dispelling a Myth…, by Gary Gabelhouse www.fightingarts.com
- Creating a Business Plan: Taking the Offense Against Competition, by Terry L. Bryan, www.fightingarts.com
- Scrapbook of Han Lee
- US Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 – January through December 2004
- US Taekwondo Center First Hawaiian Bank  Statements, Account #79-037494 – January through December 2003
- US Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 – January through December 2002
- US Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 – January through December 2001

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 9

- oUS Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 – January through December 2000

- 

- US Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 – January through December 1999

- US Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 –January through November 1998

- US Taekwondo Center First Hawaiian Bank Statements, Account #79-037494 – January through May, July through December 1997

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301- January through December 2004

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – January through December 2003

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – January through December 2002

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – January through December 2001

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – February through December 2000

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – January through December 1999

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – January through December 1998

- US Taekwondo Center Bank of Hawaii bank statements, Account #0001-091301 – January through December1997

- US Taekwondo Center Bank of Hawaii bank statements, Account #0003-437396 – June through December 2004

- Documents produced by Young In Cheong, including Master Cheong's Declaration, through Bervar & Jones

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 10

## Introduction

This matter involves a claim by Master Dae Sung Lee that he has lost profits as a result of the United States Taekwondo Union's decision to appoint someone other than Master Lee to coach the United States' taekwondo team at the 2004 Olympics. Master Lee engaged Thomas Loudat to prepare his economic loss claim.

We considered Master Dae Sung Lee's economic damages claim as well as Thomas Loudat's March 14, 2005 report on this subject. Thomas Loudat's analysis considers Master Dae Sung Lee's alleged economic damages.

## Dae Sung Lee's business

For at least ten years, Master Lee has owned and operated the United States Taekwondo Center in Honolulu ("USTC Hawaii" or the "Dojang" or the "Company"), which is a taekwondo school, often referred to as a dojang, located in Aina Haina, a neighborhood in the eastern section of Honolulu, Hawaii.

Dae Sung Lee had been a coach of the U.S. taekwondo team at the Olympics on at least two occasions.

The dojang is located in the northeast corner of the Aina Haina shopping center between Chucky Cheese, a pizza and games store popular with very young children and their families, and a Korean food take out business. The Aina Haina shopping center is a medium sized strip center that includes a bank, a super market, many small novelty stores and eating places and is adjacent to an Episcopal church. There appears to be sufficient parking.

The Dojang is reasonably spacious and has an open air courtyard along its longest wall from which spectators may clearly view the students during their lessons and award ceremonies. A mirrored wall faces the courtyard.

According to the USTC Hawaii's income tax returns which were filed with the tax authorities, it has generated annual revenues ranging from about $161,000 to about $183,000 during 2001 through 2003. See **Exhibit C**. The reliability of these documents is questionable because our study of the Company's

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 11

bank statements indicates the Company actually had annual receipts greatly in excess of the annual receipts that the Company reported to the governmental tax authorities on its annual tax returns.

During 2001, 2002, and 2003, the apparently unreported business income that was received by Master Lee and deposited into his Company's bank accounts amounted to $55,754, $41,185, and $32,048.

According to the Honolulu yellow pages, the number of schools in Honolulu offering instruction in taekwondo has increased from seven in 2001 to ten in 2004. Importantly, one of the new competitors, which is owned and operated by Grand Master Hee Il Choo, a ninth degree black belt, opened in Hawaii Kai, only a few miles from Master Lee's dojang in 2002. Grand Master Cho's resume and his marketing materials accompany this report as **Exhibit E**.

### Thomas Loudat's Report

Mr. Loudat presented low, median and high loss scenarios for Dae Sung Lee's claimed economic losses. The high loss scenario is based on the purported financial results of Master Han Won Lee's dojang in Colorado Springs, Colorado in the years following Han Won Lee's service as a coach of the U.S. taekwondo team at the 2000 Olympics. The low loss scenario is based on Mr. Loudat's estimate that Dae Sung Lee's income, if he had served as the coach of the U.S. taekwondo team at the 2004 Olympics, "…would have increased from the mean earnings profile of a 'coach athlete' to the 90th percentile earnings profile." Thomas Loudat's median loss scenario essentially is the average of his high and his low case scenarios.

*The high loss scenario*

Mr. Loudat based his high loss scenario on the financial results of Han Won Lee during the years following his coaching of the U.S. taekwondo team at the 2000 Olympics. See **Exhibit D**. Thomas Loudat's application of this approach is without merit and is misleading. As we will explain below, Han Won Lee's dojang in Colorado Springs, Colorado and Dae Sung Lee's dojang in Honolulu are not comparable businesses.

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 12

In addressing the use of the guideline company approach to valuing a business, Dr. Shannon Pratt wrote, in <u>Valuing a Business</u> (Fourth edition, 2000), that "...the microeconomic factors that drive the guideline companies should be sufficiently similar to the micro economic factors that drive the subject company." The microeconomic factors that drive Han Won Lee's business and Dae Sung Lee's business are not similar.

The taekwondo training tradition, like all martial arts training traditions, calls for a student to train with a Master in the Master's school, which taekwondo practitioners refer to as a dojang. There, the Master personally - or through supervised assistants - imparts his or her personal knowledge to the student. The student and the dojang are thus very dependent on the personal characteristics of the Master for their success. Based also on the presumption underlying Dae Sing Lee's claim, his business, the USTC Hawaii dojang, is driven significantly by Dae Sung Lee's personal attributes such as his skills, personality, and interest in financial and other sorts of success rather than on Master Han Won Lee's.

One cannot confidently calculate and compare the financial impact of one personality with another. Equally trained professionals do not as a rule achieve the same measure of success. A professional's individual strengths and weaknesses, as well as their relative desire to succeed financially and the choices they make in their lives, are integral to their financial success. For this reason alone, Thomas Loudat's use of Han Won Lee's business to forecast the results of Dae Sung Lee's business does not make sense.

There are additional reasons that these two businesses may not properly be compared to one another. Not the least of these is the lack of comparability of Colorado Springs's economic environment with Honolulu's economic environment. Among other things,

1) The median age of Colorado Springs' population is 34.29, while Honolulu's is 41.65.

2) Discretionary income, which would be necessary to pay for martial arts training, is higher in Colorado Springs than in Honolulu because the cost of housing is only 112% of the national average, as opposed to 241% in Honolulu, and the cost of food and groceries equals the national average in Colorado Springs, as opposed to Honolulu, where the cost of food and groceries is 124% of the national average.

3) While income per capita in Honolulu is about 24% higher than the national average and Colorado Springs' income per capita approximates the national average, future job growth in Honolulu is expected to decline and Colorado Springs' is expected to grow by about 18% per year.

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 13

4) InfoUSA's recent study of growth and decline in the number of businesses from 2000 to 2004 found that the number of businesses in Colorado Springs grew by 14.7%. The same study determined that the number of businesses in Honolulu grew by only 7.

Han Won Lee's management style was also markedly different from Dae Sung Lee's. Juan Moreno told Candon Consulting that Han Won Lee was much more aggressive than Dae Sung Lee. According to the income tax returns provided to us, Han Won Lee spent considerably more on advertising than Dae Sung Lee. During 2002 and 2003, Han Won Lee spent $27,528 to advertise his dojang in Colorado Springs. Dae Sung Lee, on the other hand, spent only $2,200 for advertising for his Hawaii business during 2001 through 2003.

Han Won Lee's income tax returns also indicate that he aggressively pursued non-paying students by hiring bill collectors. During 2002 and 2003 Hon Wan Lee spent $26,604 on bill collectors, while Dae Sung Lee spent nothing.

In addition, Han Won Lee had been the USTU's designated coach in Colorado Springs, Colorado.

Based on the above, it is clear that Colorado Springs had a faster growing, younger population with much more spending money than did Honolulu and that Colorado Springs' business community was thriving. Considering this in combination with the importance of the Taekwondo Master's personality on the relative success of a dojang, and the more ambitious business spirit of Han Won Lee, one can see that the financial results of Han Won Lee's dojang were not and are not indicative of the results that would be achieved by someone else's dojang, especially that of Dae Sung Lee.

Thomas Loudat's use of Han Won Lee's financial results to forecast Dae Sung Lee's alleged lost earnings is therefore unreliable and misleading.

In addition to its inappropriate premise, we noted an important technical problem in Mr. Loudat's estimate of the high loss scenario. In calculating the present value of the alleged annual losses, Mr. Loudat used an incorrect discount rate. Mr. Loudat based his 4.49% discount rate on the average three year U.S. Treasury rate for 1994 through 2004. This is not correct because the earnings stream in question, i.e., the earnings stream of a taekwondo school, is not as safe as a` U.S. treasury note. Small

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 14

businesses are extremely risky due to their susceptibility to changes in competition, the general economy, and the popularity of services or products, among other things. Financial analysts frequently use the capital asset pricing model to develop the discount rate for a small business. The CAPM usually results in a discount rate ranging from 16% to 25% or more, rather than the mere 4.49% employed in the Loudat study.

Mr. Loudat's study also does not consider that Dae Sung Lee's business already had begun declining, according to a study of his bank deposits, since 1998, when the dojang banked about $266,000. See **Exhibit C-2**. This may be explained by a study of the impact of competition on Master Lee's dojang. The 2000 edition of the Honolulu yellow pages indicates there were seven (7) taekwondo schools in Honolulu in 2000. The most recent, 2004 edition of the yellow pages indicates there are now ten (10) taekwondo schools in Honolulu. One of these new schools - the Grandmaster Hee Il Cho Taekwondo Center –opened about two years ago in Koko Marina, very near to Dae Sung Lee's dojang.

Young In Cheong

Before going further, it may be beneficial to point out that earlier in the course of this dispute, Master Young In Cheong had signed a declaration to the effect that being a coach of the U.S. taekwondo team at the 2000 Olympics had improved the financial results of his business. Our analysis indicates otherwise. See **Exhibit F**. In fact, Master Cheong's business declined following the 2000 Olympics.

*The median loss scenario*

As Mr. Loudat's median loss scenario is the mere averaging of the high and the low cases, and the high case is unsubstantiated, the intermediate case also does not make sense.

*The low loss scenario*

As we noted earlier, Mr. Loudat's low loss scenario is based on Mr. Loudat's estimate that Dae Sung Lee's income, if he had served as the coach of the U.S. taekwondo team at the 2004 Olympics, "...would have increased [Dae Sung Lee's earnings] to the mean earnings profile of a 'coach athlete' at the 90th percentile earnings profile."

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 15

The record indicates that Dae Sung Lee had, by 2000, already secured one of the best reputations among taekwondo masters in Honolulu. His Dojang had flourished sufficiently for him to bank $266,000 in 1998. The published resumes of his competitors (see **Exhibit G**), while noteworthy, do not appear to exceed that of Dae Sung Lee, other than the competitor who located his dojang very near to Master lee's in 2002, especially when his two prior stints as an Olympic taekwondo coach (as published on the Aina Haina Shopping Center website) are considered. The USTU's selection of someone else to serve as the taekwondo coach at the 2004 Olympic Games does not seem sufficient to harm his reputation.

For the record, arguendo, we compared the earnings Dae Sung Lee reported to the tax authorities to the 'but for' earnings proposed by Thomas Loudat. This analysis suggested lost earnings of about $159,000. See **Exhibit H**.

If we in fact consider, as we very possibly should, the actually collected, but unreported revenues discovered by studying Dae Sung Lee's Company bank statements, it is clear that Master Lee's profits have exceeded those predicted by Thomas Loudat. See **Exhibit I**.

It is also noteworthy to point out that most of the alleged economic damages indicated by Thomas Loudat were alleged damages to the business enterprise that was operated by Master Lee, not Master Lee himself.

For the record, analyzing any economic damages that Master Lee or his business may have suffered would require study and analysis of the characteristics of the subject interest, including: past transactions, obligations, rights, any agreements restricting transferability or otherwise affecting value, and marketability. It also would require consideration of the subject's financial condition and operating results (including historical operating results); distributions paid and distribution-paying capacity; balance sheets (historical and current); assets; liabilities; book value; the liquidation value of the subject interest's assets; and the economic and industry outlook. The analyst should also review the history and management of the subject interest, the nature of the business, factors affecting it and its prospects for the future. Consideration of published market data and other available public information relating to the subject and its industry, including: relevant historical trends; current performance indicators; and the outlook as of the analysis date for the economy and capital markets and other relevant factors would also be important.

Mark S. Levinstein, Esq.
Todd Braunstein, Esq.
April Luria, Esq.
May 11, 2005
Page 16

In conducting the study described above, the analyst should determine the economic prospects of the U.S. Taekwondo Center in Aina Haina based on its actual situation. Then the analyst should consider what, if any, impact might result from Master Lee's acting as the head coach of the U.S. taekwondo team at the 2004 Olympics. Mr. Loudat did little, if any, of this work.

Interestingly, the record does not indicate that Master Lee's business benefited during the September 2003 to September 2004 period when newspapers in Hawaii published stories about Master Lee' possible appointment as the head coach of the 2004 Olympic U.S. taekwondo team

### Failure to mitigate

In the course of our work, we also did not observe any attempt by Dae Sung Lee, or his business enterprise, to mitigate any of the alleged economic damages.

### Conclusion

Based on the results of our work, it is our opinion that the present record does not support the allegation that Master Dae Sung Lee was economically damaged by the United States Taekwondo Union's decision to appoint someone else to serve as the United States' 2004 Olympic Games' taekwondo coach.

\*    \*    \*

This report describes the status of our work to date and the conclusions we have formed. Our opinions are as of the date of this letter and are subject to change based on review of additional information. We understand discovery is continuing and will consider any other additional information you may provide.

JOHN CANDON

# JOHN CANDON

John Candon, CPA/ABV, ASA, CBA, CFE, is the President of Candon Consulting Group, LLC, which provides forensic accounting, business valuation, lost earnings and commercial damages calculation, insolvency analysis, acquisition and sales advice, receivership, corporate recovery services, and fraud research. He was formerly the Director of KPMG Peat Marwick LLP's Hawaii-based Corporate Transactions Practice, where he provided valuation, corporate finance services, forensic accounting, and corporate recovery services. Prior to joining that firm, he was the managing partner of a regional consulting practice that primarily provided business valuation services. He has also held senior executive positions with a commercial bank and a publicly-held member of the tourism industry.

Mr. Candon is an experienced neutral party and often is engaged by negotiating or opposing parties to act as a joint expert. He serves as a U. S. Bankruptcy Court appointed Trustee for large bankruptcies involving construction, real estate, hospitality, medical services and retail distribution and has served as a Court appointed Examiner. He has also been the Court-appointed Receiver for commercial properties and the Court-appointed Special Master in matters requiring financial investigations.

With over 20 years of business experience, his accomplishments include:

> Valuations for enterprises involved in a variety of areas including real estate investment, tourism, manufacturing, distribution, retail, financial services, transportation, agribusiness, professional services and others.

> Acquisition assistance to both buyers and sellers of business interests with regard to identification of candidates, pricing, term structuring, investor qualification, and due diligence investigation.

> Valuations of intangible assets such as customer relationships, financial instruments, leasehold interests, management agreements and franchises.

> Lost profits and lost earnings (including untimely death) analyses for businesses and individuals.

> Investigation of evidence of actual and suspected financial frauds in connection with divorces, bankruptcies, credit fraud, commercial litigation, and other matters.

In addition to being a Certified Public Accountant who has been recognized as Accredited in Business Valuation by the AICPA, Mr. Candon is a Certified Business Appraiser (CBA) and has earned advanced recognition as a Senior Member of the American Society of Appraisers (ASA). He is a member of the National Association of Forensic Economics, a Certified Fraud Examiner (CFE); a past President of the ASA's Hawaii Chapter; a past Chair of the Hawaii Society of CPAs' Management Consulting Services Committee; and a Life Member of the Association of Certified Fraud Examiners.

Mr. Candon has taught accounting and income taxes at the University of Hawaii. He has provided expert witness testimony at depositions and trials for a variety of issues including fraud, economic damages, business valuation, complex accounting matters, taxes, and bankruptcy.

EXHIBIT A

# John Candon
## Testimony and Trusteeships
### During the Prior Five Years

**U.S. District Court, Hawaii:**

*Loveland Academy v Hawaii Dept. of Education,* Special Master in connection with accounting matters, Judge Helen Gillmor

*Cosmos Jewelry v Hung's Jewelry,* Expert in lost profits in a matter involving copyright infringement, Christian Porter, Jr., Esq.

*Gorham v City and County of Honolulu,* Expert in lost profits in a matter involving business interruption, Steve Jacobson, Esq., Judge Helen Gillmor

*Executive Risk v Henry Akiu et al,* Expert in generally accepted auditing standards, Lissa Andrews, Esq.

**Hawaii Circuit Court:**

*Maui Tropical Plantation v Roberts Hawaii,* Expert in economic damages, Ken Kupchak, Esq.

*Borgnino v Naramoto,* Expert in determining lost profits, Mike Livingston, Esq.

*Kappel v Kai Lani LP et al,* Expert in determining lost income, Steve Dyer, Esq.

*Yamashita v Terminix,* Expert in determining lost profits, Derek Kobayashi, Esq.

*Lakeview Homes, Inc.,* Receiver in foreclosure for the financial affairs of this residential, long term care home.

*Kamehameha Schools and Maunalua Assoc. v City & County of Honolulu,* Expert in determining lost investment profits, Ken Kupchak, Esq.

*Oasis Café v Chelsea Management,* Expert in determining lost restaurant profits, Chris Porter, Esq.

*Hilton Hawaiian Village v Kerr Pacific,* Expert in determining lost profits in a matter involving catering and restaurant business interruption, Jennifer Yusi, Esq. and Richard Sutton, Jr., Esq.

*Koga v Ikazaki Devens Lo et al,* Expert in determining lost profits in a matter involving real estate development rights, Jeff Portnoy, Esq., Judge Crandall

*Executive Centre,* Receiver in foreclosure of this multi-use commercial property in central Honolulu. The property includes a hotel, a restaurant, offices, residences, and retail.

**Alternative Dispute Resolution:**

*Hon Hawaii v Piltz,* Expert in a lost profits matter, Syd Ayabe, Esq., arbitrated privately by Mr. Keith Hunter

*Greg Kim v NCR,* Expert in a business valuation and lost profits matter, Alan Van Etten, Esq., arbitrated privately by Magistrate Judge Edward King

*Flores v Cochran,* Court appointed Expert in a post-divorce matter involving business valuation and financial fraud issues, under the auspices of Dispute Prevention & Resolution, Judge Patrick Yim

EXHIBIT B

# John Candon
## Testimony and Trusteeships
### During the Prior Five Years

**Hawaii District (Family) Court:**

*Pingree v Pingree*, Expert in business valuation, Paul Tomar, Esq., Judge Browning

*Hayes v Hayes*, Expert in business valuation, Ed Lebb, Esq., Judge Choy

*Josselin v Josselin*, Expert in business operations, accounting, taxes and fraud, Charles T. Kleintop, Esq., Judge Murakami

*Rolles v Rolles*, Expert in taxation, Charles T. Kleintop, Esq.

*Wallen v Wallen,* Expert in business valuation, Tom Farrell, Esq., Judge Enright

*Neimann v Moche*, Special Master to investigate alleged fraudulent diversion of funds, Tom Farrell, Esq., Trevor Brown, Esq., Judge Browning

**U.S. Bankruptcy Court, District of Hawaii:**

*In re: Robert Lyn Nelson Studios, Inc.* – Appointed Chief Executive Officer by court-approved stipulation of the creditors and the debtor-in-possession of this commercial artist's studio.

*In re: Trans Hawaiian Services, Inc. et al (five related companies).* – Creditor-elected Trustee for this bankrupt motor coach and tour operator.

*In re: Liberty House, Inc.* – Court-appointed supervisor of certain portions of the successful Chapter 11 reorganization of Hawaii's largest department store chain

*In re: Noenoe Lindsey* – Court-appointed Liquidator of this individual's successful chapter 11 reorganization involving operating businesses and commercial real estate

*In re: Royal Kunia Apartments, Inc.* – Court-approved cash collateral administrator of this Debtor-In-Possession involving a residential real estate development

*In re: Alan R. Kunimoto, M.D.* – Trustee of this individual's bankruptcy estate involving commercial real estate investments

*In re: House of Adler, Inc.* – Trustee of this bankrupt retail jewelry store chain

*In re: Jackson Builders Corp.* – Trustee of this bankrupt construction company

*In re: Beatriz Agmata* – Trustee of this individual's bankruptcy estate involving commercial real estate investments

**EXHIBIT B**

**U.S. Taekwondo Center**
Aina Haina, Hawaii
Operating Statements

| | 2001 | | 2002 | | 2003 | | 2004 |
|---|---|---|---|---|---|---|---|
| Gross receipts | 161,274 | 100.0% | 178,503 | 100.0% | 183,875 | 100.0% | 180,443 |
| | | | | | | | |
| Officer comp | 12,000 | 7.4% | 12,000 | 6.7% | 12,000 | 6.5% | |
| Salaries and wages | 9,120 | 5.7% | 9,120 | 5.1% | 9,120 | 5.0% | |
| Repairs and maintenance | 128 | 0.1% | 338 | 0.2% | 134 | 0.1% | |
| Rents | 65,292 | 40.5% | 57,734 | 32.3% | 64,774 | 35.2% | |
| Taxes & licenses | 7,661 | 4.8% | 8,868 | 5.0% | 9,116 | 5.0% | |
| Interest | 64 | 0.0% | | 0.0% | | 0.0% | |
| Depreciation | 1,245 | 0.8% | 1,246 | 0.7% | 1,246 | 0.7% | |
| Advertising | 475 | 0.3% | | 0.0% | 1,725 | 0.9% | |
| Vehicle expense | 706 | 0.4% | 1,798 | 1.0% | 2,280 | 1.2% | |
| Bank charges | 2,348 | 1.5% | 2,107 | 1.2% | 1,352 | 0.7% | |
| Dues & subscriptions | 25 | 0.0% | 358 | 0.2% | 391 | 0.2% | |
| Insurance | | 0.0% | 130 | 0.1% | | 0.0% | |
| Meals & entertainment | 1,756 | 1.1% | 1,410 | 0.8% | 1,567 | 0.9% | |
| Merchant fees | 1,743 | 1.1% | 1,894 | 1.1% | 2,799 | 1.5% | |
| Office expense | 2,499 | 1.5% | 1,330 | 0.7% | 2,402 | 1.3% | |
| Seminar & event | 2,978 | 1.8% | 6,432 | 3.6% | 3,440 | 1.9% | |
| Supplies | 10,692 | 6.6% | 19,239 | 10.8% | 24,654 | 13.4% | |
| Telephone | 3,156 | 2.0% | 3,776 | 2.1% | 3,705 | 2.0% | |
| Travel | | 0.0% | 13,580 | 7.6% | 12,250 | 6.7% | |
| Utilities | 2,359 | 1.5% | 3,276 | 1.8% | 2,821 | 1.5% | |
| Total expenses | 124,247 | 77.0% | 144,636 | 81.0% | 155,776 | 84.7% | 0 |
| | | | | | | | |
| Net income | 37,027 | 23.0% | 33,867 | 19.0% | 28,099 | 15.3% | 180,443 |
| Add Officer comp | 12,000 | | 12,000 | | 12,000 | | |
| Travel | | | 13,580 | | 12,250 | | |
| Reported net cash flow | 49,027 | | 59,447 | | 52,349 | | |
| | | | | | | | |
| Years | 1 | | 2 | | 3 | | |
| Sum of years | 6 | | 6 | | 6 | | |
| Weighted amts | 8,171 | | 19,816 | | 26,175 | | |
| Weighted average | | | | | 54,161 | | |
| | | | | | | | |
| Possibly unreported income | 55,754 | | 41,185 | | 32,048 | | |
| Net cash flow | 49,027 | | 59,447 | | 52,349 | | |
| Possible true net cash flow | 104,781 | | 100,632 | | 84,397 | | |
| | | | | | | | |
| Years | 1 | | 2 | | 3 | | |
| Sum of years | 6 | | 6 | | 6 | | |
| Weighted amts | 17,464 | | 33,544 | | 42,199 | | |
| Weighted average | | | | | 93,206 | | |
| | | | | | | | |
| Number of students: | | | | | | | |
| Monthly fee per student | 120 | | 120 | | 120 | | |
| Annual fee per student | 1440 | | 1440 | | 1440 | | |
| FTE student | 112 | | 124 | | 128 | | |

EXHIBIT ___C___

# U.S. Taekwondo Center
### Aina Haina, Hawaii
Comparison of Reported Receipts with Bank Deposits

| For year ended Dec. 31, | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|
| Deposits per bank statements | 217,028 | 219,688 | 215,923 | 216,093 |
| Less interbank transfers: | | | | |
| BOH ck 1002, deposit FHB 7/28/04 | | | | (500) |
| BOH ck 1005, deposit FHB 8/24/04 | | | | (1,000) |
| BOH ck 1006, deposit FHB 8/11/04 | | | | (500) |
| BOH ck 1023, deposit FHB 9/14/04 | | | | (1,000) |
| BOH ck 1031, deposit FHB 10/14/04 | | | | (1,000) |
| Adjusted deposits | 217,028 | 219,688 | 215,923 | 212,093 |
| Gross receipts, | | | | |
| as reported on the income tax return | 161,274 | 178,503 | 183,875 | 180,443 |
| Possibly unreported revenue | 55,754 | 41,185 | 32,048 | 31,650 |

EXHIBIT C-1

# U.S. Taekwondo Center
## Aina Haina, Hawaii
### Monthly Bank Deposits

### 1997

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 18,497 | 934 |
| 2 | 14,181 | 1,867 |
| 3 | 25,228 | 3,327 |
| 4 | 8,377 | 3,761 |
| 5 | 21,058 | 4,809 |
| 6 | 16,356 | 4,445 |
| 7 | 13,428 | 4,959 |
| 8 | 9,196 | 5,801 |
| 9 | 11,209 | 5,593 |
| 10 | 4,090 | 5,696 |
| 11 | 5,109 | 6,197 |
| 12 | | 6,480 |
| | 146,729 | 53,869 |
| | | 146,729 |
| | | 200,598 |

### 1998

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 13,535 | 7,472 |
| 2 | 16,979 | 5,085 |
| 3 | 20,783 | 13,220 |
| 4 | 16,612 | 7,326 |
| 5 | 13,374 | 11,557 |
| 6 | 14,053 | 8,971 |
| 7 | 8,499 | 4,780 |
| 8 | 15,344 | 8,425 |
| 9 | 18,985 | 7,407 |
| 10 | 8,416 | 4,965 |
| 11 | 12,217 | 5,042 |
| 12 | 18,497 | 4,872 |
| | 177,294 | 89,122 |
| | | 177,294 |
| | | 266,416 |

### 1999

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 9,100 | 8,318 |
| 2 | 18,261 | 5,733 |
| 3 | 9,283 | 7,543 |
| 4 | 11,373 | 4,488 |
| 5 | 9,027 | 4,524 |
| 6 | 7,232 | 8,488 |
| 7 | 7,809 | 4,526 |
| 8 | 16,697 | 6,141 |
| 9 | 13,100 | 4,796 |
| 10 | 10,612 | 6,228 |
| 11 | 13,866 | 6,088 |
| 12 | 14,024 | 5,097 |
| | 140,364 | 71,970 |
| | | 140,364 |
| | | 212,334 |

### 2000

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 31,293 | 4,709 |
| 2 | 15,213 | 8,002 |
| 3 | 12,534 | 5,058 |
| 4 | 5,932 | 5,143 |
| 5 | 13,320 | 6,157 |
| 6 | 9,708 | 4,358 |
| 7 | 17,071 | 3,398 |
| 8 | 10,401 | 3,788 |
| 9 | 11,703 | 4,040 |
| 10 | 15,439 | 4,491 |
| 11 | 7,354 | 4,045 |
| 12 | 11,401 | 8,318 |
| | 161,369 | 61,507 |
| | | 161,369 |
| | | 222,876 |

### 2001

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 17,413 | 3,892 |
| 2 | 7,445 | 5,691 |
| 3 | 10,889 | 4,745 |
| 4 | 17,361 | 3,487 |
| 5 | 17,910 | 5,502 |
| 6 | 12,770 | 4,777 |
| 7 | 13,199 | 5,762 |
| 8 | 11,030 | 3,872 |
| 9 | 11,275 | 4,914 |
| 10 | 18,867 | 3,931 |
| 11 | 9,470 | 5,028 |
| 12 | 14,350 | 3,449 |
| | 161,978 | 55,050 |
| | | 161,978 |
| | | 217,028 |

### 2002

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 12,827 | 3,471 |
| 2 | 15,808 | 4,552 |
| 3 | 7,742 | 4,703 |
| 4 | 11,349 | 6,110 |
| 5 | 14,620 | 5,927 |
| 6 | 8,902 | 4,613 |
| 7 | 16,832 | 6,647 |
| 8 | 16,126 | 6,007 |
| 9 | 13,275 | 5,557 |
| 10 | 18,704 | 5,783 |
| 11 | 9,439 | 5,891 |
| 12 | 9,298 | 5,500 |
| | 154,927 | 64,761 |
| | | 154,927 |
| | | 219,688 |

### 2003

| Month | FHB 79-037494 | BOH 1-091301 |
|---|---|---|
| 1 | 11,800 | 5,492 |
| 2 | 4,079 | 5,875 |
| 3 | 5,605 | 6,914 |
| 4 | 14,783 | 5,434 |
| 5 | 9,176 | 5,093 |
| 6 | 7,638 | 25,771 |
| 7 | 7,209 | 5,216 |
| 8 | 16,921 | 7,023 |
| 9 | 7,200 | 5,040 |
| 10 | 14,893 | 6,051 |
| 11 | 21,475 | 5,424 |
| 12 | 5,078 | 6,733 |
| | 125,857 | 90,066 |
| | | 125,857 |
| | | 215,923 |

### 2004

| Month | FHB 79-037494 | BOH 1-091301 | BOH 3-437396 |
|---|---|---|---|
| 1 | 19,146 | 5,839 | |
| 2 | 13,464 | 6,184 | |
| 3 | 9,131 | 6,209 | |
| 4 | 13,633 | 5,071 | |
| 5 | 13,071 | 5,226 | |
| 6 | 13,897 | 4,686 | |
| 7 | 3,822 | 4,531 | 3,100 |
| 8 | 5,095 | 5,278 | 14,369 |
| 9 | 5,855 | 5,186 | 5,335 |
| 10 | 9,929 | 4,751 | 5,819 |
| 11 | 5,683 | 4,484 | 3,701 |
| 12 | 6,218 | 4,749 | 2,631 |
| | 118,944 | 62,194 | 34,955 |
| | | 62,194 | |
| | | 118,944 | |
| | | 216,093 | |

EXHIBIT C-2

# U.S. Taekwondo Center
Aina Haina, Hawaii
Balance Sheets

| As of December 31, | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Cash | 418 | (4,744) | 1,191 | (331) |
| Loans to shareholders | 0 | 29,299 | 63,810 | 98,450 |
| Buildings, etc. | 76,873 | 76,873 | 76,873 | 76,873 |
| Accum. Depreciation | (37,532) | (38,777) | (40,022) | (41,268) |
| Other assets | 6,721 | 6,721 | 6,721 | 6,721 |
| Total | 46,480 | 69,372 | 108,573 | 140,445 |
| | | | | |
| Accrued taxes | 44,839 | 50,827 | 57,569 | 62,908 |
| Credit card payable | 4,367 | | | |
| Loan from shareholder | 12,997 | | | |
| Other | | | 1 | 1 |
| Deficit (equity) | (15,723) | 18,546 | 51,003 | 77,536 |
| Total | 46,480 | 69,373 | 108,573 | 140,445 |

## Cash Flow Analysis

| Year ended Dec. 31, | 2001 | 2002 | 2003 |
|---|---|---|---|
| Net income per tax return | 37,027 | 33,867 | 28,099 |
| Non-deductible expenses | (2,759) | (1,408) | (1,566) |
| Depreciation expense | 1,245 | 1,245 | 1,246 |
| Increase in accrued taxes | 5,988 | 6,742 | 5,339 |
| Decrease in credit card payable | (4,367) | 0 | 0 |
| Repay loan from shareholder | (12,997) | 0 | 0 |
| Make loan to shareholder | (29,299) | (34,511) | (34,640) |
| | | | |
| Change in cash position | (5,162) | 5,935 | (1,522) |
| Beginning cash | 418 | (4,744) | 1,191 |
| Ending cash | (4,744) | 1,191 | (331) |

EXHIBIT C-3

# U.S. Taekwondo Center
Castle Rock, Colorado
Operating Statements

| | 2001 (a) | | 2002 (a) | | 2003 (a) | | 2004 (b) | |
|---|---|---|---|---|---|---|---|---|
| Gross receipts | 135,022 | 100.0% | 189,913 | 100.0% | 287,684 | 100.0% | 370,259 | 100.0% |
| Growth rate | | | 41% | | 51% | | 29% | |
| Officer comp | | 0.0% | 20,000 (c) | 10.5% | 29,167 (d) | 10.1% | 55,417 | 15.0% |
| Salaries and wages | 16,855 | 12.5% | | 0.0% | 17,219 | 6.0% | 31,608 | 8.5% |
| Repairs and maintenance | | 0.0% | | 0.0% | | 0.0% | 724 | 0.2% |
| Rents | 20,842 | 15.4% | 22,151 | 11.7% | 22,153 | 7.7% | 20,646 | 5.6% |
| Taxes & licenses | | 0.0% | | 0.0% | 3,549 | 1.2% | | 0.0% |
| Interest | | 0.0% | | 0.0% | 371 | 0.1% | 6,728 | 1.8% |
| Depreciation / Depletion | 11,887 | 8.8% | 2,328 | 1.2% | 16,048 | 5.6% | 15,900 | 4.3% |
| Advertising | | 0.0% | 12,026 | 6.3% | 18,724 | 6.5% | 10,563 | 2.9% |
| Vehicle expense | 9,955 | 7.4% | 5,654 | 3.0% | | 0.0% | 11,612 | 3.1% |
| Bank charges | | 0.0% | | 0.0% | 1,205 | 0.4% | 711 | 0.2% |
| Dues & subscriptions | | 0.0% | | 0.0% | | 0.0% | 2,254 | 0.6% |
| Insurance | | 0.0% | | 0.0% | | 0.0% | 571 | 0.2% |
| Meals & entertainment | | 0.0% | 1,698 | 0.9% | 5,382 | 1.9% | | 0.0% |
| Office expense | | 0.0% | | 0.0% | 4,292 | 1.5% | 5,042 | 1.4% |
| Seminar & event | 13,235 | 9.8% | | 0.0% | 28,540 | 9.9% | 7,687 | 2.1% |
| Supplies | 25,743 | 19.1% | 61,106 | 32.2% | 42,771 | 14.9% | 25,414 | 6.9% |
| Telephone | 7,093 | 5.3% | 8,628 | 4.5% | 7,831 | 2.7% | 7,250 | 2.0% |
| Travel | 7,064 | 5.2% | 8,149 | 4.3% | 7,998 | 2.8% | 18,076 | 4.9% |
| Collection | | | 12,946 | 6.8% | 13,658 | 4.7% | | |
| Utilities | 560 | 0.4% | | 0.0% | 622 | 0.2% | | 0.0% |
| Other deductions | 6,174 | 4.6% | 0 | 0.0% | 9,018 | 3.1% | 12,799 | 3.5% |
| Total expenses | 119,408 | 88.4% | 154,686 | 81.5% | 228,548 | 79.4% | 233,001 | 62.9% |
| Net income | 15,614 | 11.6% | 35,227 | 18.5% | 59,136 | 20.6% | 137,258 | 37.1% |

| | |
|---|---|
| Number of students | 388.00 |
| Average annual fee per student | 954.28 |
| Average monthly fee per student | 79.52 |

---

( a )  Per income tax return
( b )  Per financial statement
( c )  The US Taekwondo Union paid Hon Won Lee $51,908.87 during 2002.
( d )  The US Taekwondo Union paid Hon Won Lee $56,857.93 during 2003.

EXHIBIT



**GRANDMASTER HEE IL CHO's**
**TAE KWON DO CENTER**
국 제 무 도 협 회

TAE KWON DO
KI-POWER CARDIO KICKBOXING
CHILDREN ACADEMIC PROGRAM
LITTLE PANTHER CLASS (3 - 6 YR)

*Offering you the Gift of Confidence*

Koko Marina Shopping Center
7192 Kalanianaole Hwy, Ste. # C200
Honolulu, Hawaii 96825

Phone: (808) 396-8900
Fax: (808) 396-0800
www.grandmasterheeilcho.com



EXHIBIT E



# Grandmaster Hee Il Cho
# ACTION INTERNATIONAL MARTIAL ARTS ASSOCIATION
국 제 무 도 협 회

## About Grandmaster Hee Il Cho

**Home**
Home Page

**About**
A.I.M.A.A.
Grandmaster Cho
Magazine Covers
Home Study
Program

**Shop Online**
Internet Specials
Book Library
Video Library
Home Study
Self Defense
Master Ameris
Other Products

**Schools**
Tae Kwon Do
Center
Action Fitness
Center

**Contact**
Contact Info
Guestbook

"Grandmaster Hee Il Cho is by far one of the most experienced and knowledgable martial artists of our time. A fighter, scholar, innovator, master, philosopher -the Tae Kwon Do Prophet...!"
-*Martial Arts Illustrated*

**Grandmaster Hee Il Cho**, a true legend in the martial arts community, is one of the most respected martial artist of our time. Grandmaster Cho has been inducted to every major martial art Hall of Fame and has shared his 50 years of knowledge with thousands of people around the world. Grandmaster Cho has students journey from all parts of the world to train and study with him. From Ireland to India and all throughout the United States and Canada, martial arts students travel several times each year to enhance their skills as a martial artist. Grandmaster Cho has also instructed some of Hollywood's biggest stars as well as co-starred in several motion pictures himself.





- **9th Degree Tae Kwon Do Black Belt with over 40 years teaching experience and the leading voice in Tae Kwon Do**
- **Featured in the following films: *Fight to Win, Best of the Best, Bloodsport II* and *Bloodsport III***
- **Promoter of over 4,000 black belts and leader of over 100 seminars worldwide**
- **Champion of over 30 National and International Open Competitions**

- **Special Forces Instructor for Army units in India and Korea**
- **Producer of 70 martial arts instructional video tapes**
- **Black Belt Instructor of the Year**
- **Black Belt Hall of Fame**
- **Author of 11 martial arts instructional books**
- **Contributor to over 70 magazine cover features**



Copyright © 2001 Action International Martial Arts Association (A.I.M.A.A.)


EXHIBIT E-1

http://www.grandmasterheeilcho.com/grandmastercho.html    3/21/2005

# GRANDMASTER HEE IL CHO'S
# TAE KWON DO CENTER

Koko Marina Shopping Center λ 7192 Kalanianaole Hwy, Suite C-200 λ Honolulu, Hawaii 96825 USA λ Ph: (808)396-8900 λ Fax: (808) 396-0800

## CLASS SCHEDULE

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| **5:00 – 6:00 P.M.** Children Class (Orange Belt & up) | **4:00 – 4:45 P.M.** Panther Class (3 – 5 years old) | **5:00 – 6:00 P.M.** Children Class (Orange Belt & up) | **4:00 – 4:45 P.M.** Panther Class (3 – 5 years old) | **5:00 – 6:00 P.M.** Children Class (All Belts) | **10:00 – 11:00 A.M.** Adult & Children (Family Class for all Belts) |
| **6:00 – 7:00 P.M.** Adult Class (All Belts) | **5:00 – 6:00 P.M.** Beginner Class (White & Yellow Belt) | **7:00 – 8:00 P.M.** Adult Class (All Belts) | **5:00 – 6:00 P.M.** Beginner Class (White & Yellow Belt) | **6:00 – 7:00 P.M.** Adult Class (All Belts) | |
| Review at home your Home Study Video & Student Handbook | Review at home your Home Study Video & Student Handbook | Review at home your Home Study Video & Student Handbook | Review at home your Home Study Video & Student Handbook | Review at home your Home Study Video & Student Handbook | Review at home your Home Study Video & Student Handbook |

Private Lessons is available, see office for more details and schedule.

*Offering you the gift of Confidence!*

E-mail: aimaahq@aol.com

Web: www.grandmasterheeilcho.com


EXHIBIT E-2

## Grandmaster Hee Il Cho's

# ● ACTION FITNESS CENTER INC.



**World-Class Instruction & Facilities Now Available in the**
*Full Weight Training Facilities, including a Huge Bag-Wo*
**TAE KWON DO • KI-POWER AEROBICS™ • BOXING • KICKBO**

EXHIBIT E-3



# The Art of Tae Kwon Do

Buddhist Monks of Ancient Korea developed an ultimate system of mental and physical conditioning during the 4th Century. The training evolved from the scarce and uncivil environment. From generation to generation, Masters have handed down the skills and tradition of Tae Kwon Do to their students. Tae Kwon Do is the heart of a culture's struggle, and for this reason, will spread and grow for all time. Tae Kwon Do, as with most martial arts, places an obvious emphasis on achieving a complete, physically fit body and instilling the ability to calmly defend oneself. However, Tae Kwon Do also seeks to produce men and women who are confident and have high levels of self respect. In doing so, it develops a strong moral, intellectual, and spiritual character. The ultimate goal of Tae Kwon Do is to improve and perfect each individual's character. Therefore, Tae Kwon Do is for people of all ages, genders, physical and mental abilities.

Tae Kwon Do will be an official Olympic Games sporting event in the year 2000 – offering young men and women the opportunity to become world champions.

## Why Learn Tae Kwon Do?

**For Self-Defense:** One never knows when he or she may be attacked. Since we normally do not carry side arms, a most effective way to defend ourselves and our loved ones is "empty hand fighting" and Tae kwon Do reveals the ancient secrets. Knowledge of these secrets can be life saving in times of danger.

**For Health:** Tae Kwon Do is far more than just defensive methods. It is a superb means of mental and physical development. Tae Kwon Do practitioners are noted for their excellent health gained from the dicipline and patience required by the art.

**For Self Confidence and Poise:** Tae Kwon Do first and foremost requires that all students be gentlemen and never use their knowledge for frivolous purposes or wanton harm. Yet a true student is able to dispel fear.

**What can be achieved through Tae Kwon Do training?**

The student of Tae Kwon Do develops an unbeatable self-defense through rigid training and professional supervised instruction. In addition Tae Kwon Do builds dynamic tension and makes balanced use of a large number of body muscles. It provides excellent all around exercise and develops co-ordination and agility.

Tae Kwon Do trains students in character, sincerity, effort, etiquette and self-control.

**Who may learn Tae Kwon Do?** Classes are open to men, women and children as Tae Kwon Do is one of the only true family sports. All can learn and participate together. The degree of progress for any student is based on the individual co-ordination and attentiveness.

Physical fitness is essential for a happy, productive life, and invariably, people who are capable of defending themselves are less troublesome and better citizens.



**Action Fitness Center**
Grandmaster Hee Il Cho's Tae Kwon Do
AIMAA World Headquarters
4217 San Mateo Blvd. NE
(Half block south of Montgomery)
Albuquerque, NM 87110
Phone: (505) 881-1888
Fax: (505) 881-2888
Toll Free Number: (888) 388-1884
Internet: http://www.aimaa.com

*Hours: 10 a.m. to 9 p.m. Monday–Saturday, Sunday*

EXHIBIT _E-4_



## Adults

*Tae Kwon Do training is the "Key to Everlasting Life." Classes are enjoyable and provide a complete workout that releases negative emotions such as anxiety, stress and fear. Our training methods are unique and build the following areas:*

• Self Confidence, Discipline and Focus • Meditation and Breathing Abilities • Harmony of the Mind and Body • A Calmer Inner Self • Release of Average Daily Stress

**Physically, you will Enhance:**

• Strength of Muscles, Joints, Organs, Ligaments and Tendons • Flexibility in the Above Areas • Coordination, Balance and Speed • Circulatory Efficiency • The Practical Skill of Self-Defense.



EXHIBIT E-5