

*Grandmaster Hee Il Cho is by far one of the most experienced and knowledgeable martial artists of our time. A fighter, scholar, innovator, master, philosopher - the Tae Kwon Do Prophet...*

— *Martial Arts Illustrated*

Head Instructor
Grandmaster Hee Il Cho

- *9th Degree Tae Kwon Do Black Belt with over 40 years teaching experience and the leading voice in Tae Kwon Do*
- *Black Belt Hall of Fame*
- *Black Belt Instructor of the Year • Tae Kwon Do Times Hall of Fame • Champion of over 30 National and International Open Competitions • Special Forces Instructor for Army units in Japan and Korea • Producer of 50 martial arts instructional video tapes*
- *Author of 11 martial arts instructional books*
- *Promoter of over 5,000 black belts and leader of over 100 seminars worldwide*
- *Contributor to over 50 magazine cover features*
- *Appeared in the following films: Fight to Win, Best of the Best, Bloodsport II and Bloodsport III*

# Grandmaster Hee Il Cho's Tae Kwon Do

*Cho's Tae Kwon Do approaches instruction in a traditional and respectful manner. Emphasis is placed on a three-part foundation which consists of physical, spiritual and intellectual aspects. Our innovative training method provides an enjoyable and practical workout for all ages and genders!*

- Many Classes Taught By Grandmaster Cho Personally
- Serving the USA Community for over 30 Years • Complete Modernized Facility • Speed, Water, Light and Heavy Bags
- Unlimited Classes All Week Long • Self-Defense, Olympic Style, Full Contact and Boxing • Complete Free Weights and Universal Machines • Huge Bag Workout Room • Stairmaster, Treadmill and Exercycle • Male and Female Locker Rooms with Showers
- Private Lessons Available.

*Physical Coordination • Self-Control • Indomitable Spirit • Discipline • Integrity • Modesty • Perseverance • Loyality • Responsibility • Goal Setting • Leadeship • Love of Family • Academic Achievement • Self Esteem*

## Children

*Master Cho has over forty years of teaching experience. Our children's program provide a friendly, comfortable and positive learning environment for your child. We encourage and focus on developing the following areas:*

- Traditional Discipline and Respect • Self Confidence, Self Esteem and Concentration • An Overall Higher E.Q. and Academic Achievement
- Communication and Leadership Skills • Meditation for Focus and Inner Harmony.

**Physically, Children will Develop:**

- Increased Coordination, Balance and Endurance
- Increased Flexibility, Strength and Speed • The Skill of Self- Defense • Abilities Complimentary to Other Sports Interests.



EXHIBIT E-6

# U.S. Taekwondo Center
Diamond Bar, California
Operating Statements

| | 1999 (a) | | 2000 (a) | | 2001 (a) | | 2003 (a) | |
|---|---|---|---|---|---|---|---|---|
| Gross receipts | 246,192 | 100.0% | 227,505 | 100.0% | 189,355 | 100.0% | 194,237 | 100.0% |
| Growth rate | | | | -8% | | -17% | | 3% |
| Officer comp | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| Salaries and wages | 36,000 | 14.6% | 24,000 | 10.5% | 10,000 | 5.3% | 30,000 | 15.4% |
| Repairs and maintenance | | 0.0% | 1,280 | 0.6% | 1,265 | 0.7% | 1,637 | 0.8% |
| Rents | 62,436 | 25.4% | 65,321 | 28.7% | 56,325 | 29.7% | 58,364 | 30.0% |
| Taxes & licenses | 3,568 | 1.4% | 2,449 | 1.1% | 1,297 | 0.7% | 2,498 | 1.3% |
| Interest | 7,871 | 3.2% | 5,800 | 2.5% | 4,795 | 2.5% | 1,569 | 0.8% |
| Depreciation / Depletion | | 0.0% | 3,538 | 1.6% | 1,580 | 0.8% | | 0.0% |
| Advertising | 20,800 | 8.4% | 18,500 | 8.1% | 18,000 | 9.5% | 12,500 | 6.4% |
| Vehicle expense | 6,538 | 2.7% | 7,584 | 3.3% | 6,850 | 3.6% | 5,982 | 3.1% |
| Bank charges | | 0.0% | 720 | 0.3% | 658 | 0.3% | 758 | 0.4% |
| Dues & subscriptions | | 0.0% | 2,545 | 1.1% | 2,457 | 1.3% | 1,598 | 0.8% |
| Insurance | 5,675 | 2.3% | 5,360 | 2.4% | 3,250 | 1.7% | 3,285 | 1.7% |
| Meals & entertainment | 6,250 | 2.5% | 3,580 | 1.6% | 3,250 | 1.7% | 1,685 | 0.9% |
| Office expense | | 0.0% | 350 | 0.2% | 350 | 0.2% | 365 | 0.2% |
| Seminar & event | | 0.0% | 3,250 | 1.4% | 3,025 | 1.6% | 3,658 | 1.9% |
| Supplies | 10,980 | 4.5% | 12,500 | 5.5% | 11,250 | 5.9% | 12,859 | 6.6% |
| Telephone | | 0.0% | 1,890 | 0.8% | 1,263 | 0.7% | | |
| Travel | 3,650 | 1.5% | 1,286 | 0.6% | 2,685 | 1.4% | 3,569 | 1.8% |
| Collection | | | 1,620 | 0.7% | 1,560 | 0.8% | 1,521 | 0.8% |
| Utilities | 17,852 | 7.3% | 18,365 | 8.1% | 13,524 | 7.1% | 13,699 | 7.1% |
| Other deductions | 27,621 | 11.2% | 14,770 | 6.5% | 13,724 | 7.2% | 9,303 | 4.8% |
| Total expenses | 209,241 | 85.0% | 194,708 | 85.6% | 157,108 | 83.0% | 164,850 | 84.9% |
| Net income | 36,951 | 15.0% | 32,797 | 14.4% | 32,247 | 17.0% | 29,387 | 15.1% |

| | |
|---|---|
| Number of students | 175.00 |
| Average annual fee per student | 1,109.93 |
| Average monthly fee per student | 92.49 |

---

( a )  Per income tax return

EXHIBIT F

# UNIFIED TAEKWONDO

## Grand Master Ik-Mu Kang

You are here: Home → Centers → Mililani Taekwondo Center → Grand Master Ik-Mu Kang

**Biography: Grand Master Ik-Mu Kang**

"I was drawn to Taekwondo at age eleven," Kang explains, "I couldn't believe the explosive power of the athletes' high kicks and their ability to break boards and brick with hands and feet." Master Kang went on to become an eighth degree black belt.

Grand Master Ik-Mu Kang and Grand Master Bu Kwang Park co-founded Unified Taekwondo in 1973.

Master Kang was an Executive Committee Member of the United States Taekwondo Union and the Chairperson, Div. of Education, Certification and Standard Affairs for the year 2000.

Master Kang can be reached at:
Mililani Taekwondo Center
95-028 Waihau Street, Suite 201
Mililani, HI 96789
(808) 627-1202 phone/fax

Tae Kwon Do, Unified Taekwondo, Tae Kwon-Do, Martial Art, Karate, Self Defense, Grand Master Ik-Mu Kang Mililani Taekwondo Center, Mililani, HI

Home Page

What is Taekwondo?

Belt System

Patterns

Arizona Centers

Colorado Centers

Florida Centers

Hawaii Centers

Missouri Centers

Nebraska Centers

New York Centers

Texas Centers

Administration

Text Only



EXHIBIT G

Oahu Taekwondo Center

P 1 of 7

3/21/2005





**Traditional & Competitive Training**
**Taekwondo & Women's Kick Boxing**
**Children & Adults**
**Day & Evening Programs**

**Olympic Style Sparring & WTF Poomse - Taeguek Forms**



Welcome to Oahu Taekwondo Center. We have two locations, both on the Leeward side of Oahu. Aiea & Waipio. See maps for details on how to get to each location. Here at Oahu Taekwondo Centers we take pride in teaching the best Taekwondo, whether you are interested in traditional or sport you have found the right school. Please see our schedule for all classes and times. We have classes for Tiny Tots (4 & 5 yrs old) to adults and for those interested in sport Taekwondo, "Team Training". This Team Training Class is for those interested in competing locally, nationally, and internationally.

EXHIBIT G-1

3/21/2005

Oahv  ekwondo Center

Please call or come by and see us at either
location. This is a family center be sure to ask about our family rates.

Mr. Brian McCutcheon is the owner and Master Instructor. He is currently 4th Dan,
Kukkiwon Certified. All our black belts are Kukkiwon Certified. He fell in love with
Taekwondo at the age of 17 and competed until the age of 29 nationally and internationally.
With years of competition experience and the desire to be the best he could be, he now
leads an incredible team of athletes who all have made their mark on the competition floor.
Since 1996 he has brought home more Junior Olympic Medals than any other school in the
state, along with National, US Open, and Jr. Black Belt Festivals. See the Athletes Profile
for more info on his team.

**EXHIBIT** G 2

P___ 3 of 7

3/21/2005

Oahu ___ ekwondo Center



Team Members: Josh Dillon, Sarah Tsukenjo, Blaise Castagnetti, Payton Nagelmann, Jessie Rosenberg, Siana Siquig, Chris Young, Shayne Tsukenjo* Jace Yamamoto* Keila Ben*, David Hubbard, Jayme Cajimat*, Galen Chang*, Jensen Ishida*, Jaysen Ishida*, David DePonte*, Kyle Bagwell*, Jarred McKee*, Jason Sam*, Kaitlyn Connolly*, Anju Jason*, Casey Sweeney, Jeanelle Ben, Marilyn DePonte, Zack Rosenberg, and Connie Young.

(students with * next to the name as part of the Elite Team that is on the web site)

EXHIBIT G 3

Page 4 of 7

3/21/2005

Oahu Taekwondo Center

All of our instructors are Kukkiwon Certified Black Belts and have experience in National and International competition. Like Mr. Erik Larsen who manages and is the Lead Instructor at our Waipio location. He is currently 3rd Dan Kukkiwon certified. And although he has been the lead instructor in Waipio for a short amount of time, he has already produced several Junior National Medalists in the color belt divisions, and we are confident as time progress he will enjoy the same success in the Black Belt Divisions.

For those not sure what Taekwondo is, it is a Korean Martial Art, literally translated "the way of the hand and foot". It is a dynamic discipline, allowing the students to gain coordination, agility, focus and fun. The benefits of taekwondo are immense from basic fitness to elite level skills. It offers youngsters the ability to learn discipline and perseverance, as well as teach teenagers confidence and physical skills to defend themselves from peer pressure or bodily harm.



Taekwondo is a discipline with roots dating back over 2000 years. It has managed to retain the discipline and respect aspects of a traditional martial art, while evolving into an exciting and modern sport.

"The WTF is an international federation consisting of 174 national Taekwondo governing bodies as its members. Following the recognition of the WTF by the International Olympic Committee in 1980, Taekwondo was staged at the Olympics in Seoul in 1988 and in Barcelona in 1992 as demonstration sport. In 1994, at the Paris 103rd IOC Session, Taekwondo was adopted as an official program of the Sydney 2000 Olympics. Taekwondo was confirmed as an official sport of the 2004 Athens Olympic Games and 2008 Beijing Olympic Games." (WTF)

Taekwondo is a sport-for-all for the training of body and mind. Taekwondo has achieved as much in the past three decades as other sports did in over 100 years. Taekwondo population has been ever growing as more people appreciate the benefits of Taekwondo - sound body and mind.

We invite you to call or come by to see our program. We offer 3 classes at no charge. And look forward to meeting you! Aloha and welcome to Oahu Taekwondo Centers.

http://www.oahutaekwondo.com/home/

EXHIBIT G4

3/21/2005

Oahu ekwondo Center

Mr. Brian McCutcheon (4th Dan) Aiea

Mr. Erik Larsen (3rd Dan) Waipio

## Oahu Open 2005
## February 20, 2005 at Pearl City High School



**Brassie Anderson (OTC) & Dyon Nakamura (Dixon TKD)**

Black Belt Sparring Divison
Brassie Anderson -Gold
Kaitlyn Connolly-Silver
Shayne Tsukenjo-Bronze



**230 Athletes 12 Participating Schools**

Great Turn Out!

EXHIBIT G 5

3/21/2005

Oahu Taekwondo Center



**Mandy McCutchoen-Gold**
**Hannah Connelly-Silver**



**Ryan Anderson -OTC gold**
**Kim Rueda-OTC Silver**
**Jae Sun Brown-OTC Bronze**

# The Tenets of Taekwondo

*Courtesy - Integrity - Perseverance*

*Self Control - Indomitable Spirit*

http://www.oahutaekwondo.com/home/

**EXHIBIT** G-6

Page 7 of 7.

3/21/2005

Oahu Taekwondo Center





Junior's 2004!

*Call Us Today!*

**Email Us at: oahutkd@cchono.com**

Welcome | Program | Schedule of Classes | Athlete Profiles | Maps & Locations

POWERED BY VERIZON SUPERPAGES. COM®

SIGN IN ●

http://www.oahutaekwondo.com/home/

**EXHIBIT** *G -7*

Smith Taekwondo Center - Master Smith

# SMITH TAEKWONDO CENTER

*where quality and integrity are more than just words*

**Smith TaekwonDo Center**

45-934 Kamehameha Hwy. #D-1
Kaneohe, Hawaii 96744
www.smithtaekwondo.com

| About Smith Taekwondo |
| About Taekwondo |
| Events |
| Photo Albums |
| Links & Resources |
| On Line Store |
| Contact Us |
| Search |
| Students Only |

- Master Smith
- Classes & Programs
- Meet the Instructors
- Our Black Belts
- Demo Team

## Master Smith

"If I could have only one wish it would be for my students to truly understand what a gift Taekwondo can be. It has made me who I am and influences everything I do every day of my life. I am eternally grateful to Master Mark Doran and Grand Master Kang Ik Mu for teaching me, believing in me and insisting that I become all that I could be".

Kwan Jang nim Bob Smith









3/21/2005

EXHIBIT G-8

3/21/2005



**EXHIBIT** G-9

Smith Taekwondo Center - Master Smith

In 1983, Master Bobby Smith opened the doors of Smith Taekwondo Center.

# Master Smith's Biographical Data

**Taekwondo**

1973 Started Taekwondo
1979 Received Black Belt - 1st Dan
1980 Received Black Belt - 2nd Dan
1982 Received Black Belt - 3rd Dan
    International Taekwondo Federation, Odokwan
1984 Received Black Belt — 4th Dan
    World Taekwondo Federation,
    Government of South Korea
1985 Opened Smith Tae Kwon-Do Center
2000 Received Black Belt - 5th Dan
    World Taekwondo Federation,
    Government of South Korea

**Role Models**

Master Mark Doran
Chuck Norris
Bill Wallace
Dennis Alexio
Grand Master Kang Ik Mu

**Titles & Awards**

1985, 1986, 1987, 1988, 1989, 1990, 1991
State Champion in Taekwondo
1985, 1986, 1987 Lt. Heavy Weight Kickboxing Champion,
World Karate Assoc.
1987 Honolulu Marathon - finished in 3:17
1991 International Cup Gold Medalist
1992 United States National Bronze Medalist
1992 United States Olympic Team Trials Qualifier
    (couldn't compete due to broken left foot)

3/21/2005

EXHIBIT G-10

Smith Taekwondo Center - Master Smith

1997 North American Champion, Mui Thai Kickboxing
I.S.K.A. Pacific Lt. Heavy Weight Champion
W.K.A. State Champion
P.K.C. Super Middle Weight Champion

**Affiliations & Memberships**

United States Army:
- Served with 25th Combat Aviation Battalion, 25th Infantry Division, 169 Combat Aviation Battalion,
- Served with 271 Inn Keepers and 282 Black Cats while in Korea
- Served with 101st Airborne Screaming Eagles

Vice President, Hawaii State Taekwondo Association, 1999
President, Hawaii State Taekwondo Association, 2000-2002

**Quotes**

Chuck Norris:
"Best display of kicking I've ever seen in real competition".
Dennis Alexio:
"You're better than Trimble, Roufus, and Wallace put together".

**Education**

Lexington University, BA Asian Studies, May 2000

**Consulting/Training Services**

Personal Security for:

- Dave Parman, John Cougar Band
- John Cougar Mellencamp
- Army; General Kicklighter
- Army; Former Secretary of State, George Shultz
- Army; Col. Steve Bauman

Personal Training to:

- Drug Enforcement Agency Agents
- Honolulu Police Officers
- Supermodel Patricia Ford
- 25th Infantry division soldiers of 147th Combat aviation unit

http://www.smithtaekwondo.com/master_smith.htm

3/21/2005

EXHIBIT G-11

3/21/2005

Smith Taekwondo Center - Master Smith

<u>Security and Risk Management Training & Consulting</u> **to:**
- The Honolulu Medical Group, Inc.

<u>Rappelling Classes</u>
- Private Instruction through "On Rappel"





http://www.smithtaekwondo.com/master_smith.htm

**EXHIBIT** G-12

DAE SING LEE V USTM AND USOC
Martial Arts-Instruction, GTE Hawaiian Tel - Oahu

| COMPANY | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AAKF/JKA International Karate | | | | | | | X | X | X | | | |
| APC Martial Arts Instruction | | | | | | | | | | | | X |
| Advances Kempo Karate System | | | | | | | | | | | | X |
| Aerobic Boxercise/Kickboxing | | | | | | | | | | | | |
| Alea Hongwanji Judo Club | | | | X | | X | | X | X | X | | X |
| Aikido Hawaii | X | | | | | | | | | | | |
| Aikido of Honolulu | | | | | | X | X | X | X | X | X | X |
| Aloha Karate Academy | | | | | | | | | | | | |
| American Karate Kai | | | X | | X | X | X | X | X | X | X | X |
| Au's Shaolin Arts Society | | | | | X | X | X | X | X | X | X | X |
| Bama Professional Training Center | | | | | | | X | X | X | X | X | X |
| Bishaw's Academy of Tae Kwon Do | | | X | | X | | X | X | X | X | X | X |
| Brazilian Freestyle Jiu-Jitsu | | | | | | | | | | | | X |
| CDT-Oahu | | | | | | | | | | | | X |
| C H A 3 Kempo Karate Assn | X | X | X | X | X | X | X | X | X | X | X | X |
| Capoeira Batuque | | | | | | | X | X | X | X | X | X |
| Chinese Lion Dance Assn | | | X | X | X | X | X | X | X | X | X | X |
| Chinese Physical Culture Assn | | | X | X | X | X | X | X | X | X | X | |
| College of Positive Human Development Sciences | | | | | | | | | | | | |
| College of Tenjinkan-Tech | X | X | | | | | | | | | | |
| Combat Systems Hawaii | | | | | | X | X | X | X | | | X |
| Danny Kim's Taekwondo Academy | | | | | | | | | | | | |
| Dave Wheaton's Martial Arts Fitness Center | | | | | X | X | X | | | | X | X |
| Del Mar School Filipino Martial Arts | | | | | | | | | | | | X |
| Dixon's Taekwondo | | | | | | | | | | | | X |
| Dong's International Tai Chi Chuan | | X | X | X | X | X | X | X | X | X | X | X |
| Downtown Karate Dojo Inc | | | | X | X | X | X | X | X | X | X | X |
| Family Martial Arts Center | | | | | | | X | X | X | | | X |
| Funakoshi Kevin | | | | | | X | X | X | X | | | X |
| Funakoshi Shotokan Karate-Do | | X | | X | X | X | X | X | X | X | X | X |
| Gee Yung Sil Lum Fut Ga Kuen | | | | | | | X | X | X | | X | X |
| Giraldi Muay Thai Academy | | | | | | | | | | | | X |
| Gracie Jiu-Jitsu | | | X | X | X | X | X | X | X | X | X | X |
| Grandmaster Hee Il Cho Taekwondo Center | | | | | | | | | | | X | X |
| Grappling Unlimited Hawaii | | | | | | | | | | | | X |
| Han-Mi Martial Arts Center (TKD) | X | | | | X | X | X | X | X | X | X | X |
| Hapkido International (TKD) | | X | X | | | | | | | | | |
| Happy-I Culture Center (TKD) | | X | X | X | | | | | | | | |
| Hawaii Bujinkan Taijutsu Shibu-Ninja Training | | | X | | | | | | | | | |
| Hawaii Jujitsu Kodenkai | | | | | | | | | | | | |
| Hawaii Kendo Federation | | | | | | | | X | X | X | X | X |
| Hawaii Martial Arts Academy | | | | | | | | | | X | X | X |

EXHIBIT G·13

| COMPANY | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hawaii Martial Arts Referral Service | X | | | X | | | | | | | | |
| Hawaii Muay Thai Assn | | | | | | | | | | | | |
| Hawaii Shin Budo Kai | | X | X | X | X | | | | | | | |
| Hawaii Shoot Fighting Assn | | X | X | X | | | | | | | | |
| Hawaii Sin Moo Hapkido Assn | X | X | X | X | X | X | X | X | X | X | X | X |
| Hawaii State Taekwon-Do Assn | X | X | X | X | X | X | X | X | X | X | X | X |
| Hawaii Tae Kwon Do Academy | | | | | | | | X | X | | | X |
| Hawaiian Kajukenbo Association | | | | | | X | X | X | | | | |
| Hawaiian Self Defense | | | | | | X | X | | | | | |
| Hodokan Judo Club | | | | | | | | | | | X | X |
| Honolulu Academy of Martial Arts | X | | | | | | X | X | X | X | X | X |
| Honolulu Karate & Thai Chi Chuan | X | X | | | | | | | | | | |
| Honolulu Ki Society | X | X | X | X | X | X | X | X | X | X | X | X |
| Honolulu Tai Chi Chuan | | | | | X | X | X | | | | | |
| Hwarang-Do | X | X | | | | | | | | | | |
| Hwarangdo | X | X | X | X | X | X | X | X | X | X | X | X |
| International Karate Federation | X | X | X | X | X | X | X | X | X | X | X | X |
| JSECT Hawaii | | | | | X | X | X | X | X | X | X | |
| Japan International Karate Center | X | X | | | | X | X | X | X | X | X | |
| Japan Karate Association Hawaii | X | X | X | X | X | X | X | X | X | X | X | X |
| KR Martial Arts Academy | | | | | | X | X | X | X | X | X | X |
| Kaimuki Judo Club | | | | | | | | | | | | |
| Karate Hawaii-American Karate-Do Assn | X | X | X | X | X | X | X | X | X | X | X | X |
| Karate Kids | | | | | X | X | X | X | X | X | X | |
| Kebo Academy Inc. | X | X | X | X | X | X | X | X | X | X | X | X |
| Keiki Martial Arts | X | X | X | X | X | X | | | | | | |
| Kenpo Unlimited Hawaii | X | | | | | X | X | X | X | X | X | |
| Ken Shu Kan Butoku-Kai Karate Dojo | X | X | X | X | X | X | X | X | X | X | X | X |
| Kong's Siu Lum Pai Kung Fu Assn | X | X | X | X | X | X | X | X | X | X | X | |
| Kyokushin Karate-Hawaii Headquarters | X | X | X | X | X | X | X | X | X | X | X | X |
| Leeward Kenpo Karate | X | X | X | X | X | X | X | X | X | X | X | |
| Living Tai Chi and Shotokan Karate | X | | | X | X | X | X | X | X | X | X | X |
| Lokahi Ki & Akido Society | X | X | | X | X | X | X | X | X | X | X | |
| Lowe Bobby | | | | | | | | | | | X | X |
| Luk Tung Kuen World Wide | | | | X | | X | X | X | X | X | X | X |
| Martial Arts Center | | | | | | | | | | | | |
| Marx Victor Keichu-Do/Christian Karate Ju-Jitsu | | | | X | X | X | | | | | | |
| Mililani Taekwondo Center | | | | | X | X | X | X | X | X | X | |
| Minakami Karate-Sean Roberts | | | | | | | X | X | X | X | X | X |
| Miyahara Curtis RA | | | | | X | | | | | | | |
| Muay Thai Kickboxing | | | | | | | | | | | | X |
| Oahu Tae Kwon-Do Center | | | | | | | | | | | | X |
| Okinawa Kenpo Karate | X | X | X | X | X | X | X | X | X | X | X | X |
| Oriental Martial Arts Society-Omas | | | | X | | X | X | X | X | X | X | X |
| Pacific Taekwondo | | | | | | | | | | | | |
| Pearl City Honwanji Judo & Aikido Club | | | | | | X | X | X | X | X | X | X |

EXHIBIT G-14

| COMPANY | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pedoy School of Escrima | X | X | X | X | X | X | X | X | X | X | X | X |
| Pohnei's Ron Karate Academy | X | X | X | X |  |  |  |  |  |  | X |  |
| Professional Training Center |  |  |  |  |  |  |  |  |  |  | X |  |
| Recreation Unlimited |  |  |  |  |  |  |  |  |  |  |  |  |
| Richardson Burton Jeet Kune Do Unlimited |  | X | X |  | X | X | X | X | X | X | X | X |
| Samson Tae Kwondo |  |  |  |  |  |  |  |  |  |  |  | X |
| Sherman Yoshimishinki Ryugi Ju Jitsu |  | X | X |  |  |  |  |  |  |  |  |  |
| Shorinjin Ryu  Saito Ninjitsu Academy |  |  |  |  |  |  |  |  |  |  |  |  |
| Sholokan Karate Center |  |  |  |  | X | X | X | X | X | X |  |  |
| Siou Lily PhD | X |  |  |  |  |  |  |  |  |  |  |  |
| Smith Tae Kwon-Do Institute |  | X | X | X | X | X | X | X | X | X | X | X |
| Suzu's Shootfighting Hawaii |  | X | X | X | X | X | X | X | X | X |  | X |
| Tai Chi |  |  |  |  | X | X | X | X | X |  |  |  |
| Tai Chi in Paradise Productions |  |  |  | X | X |  |  |  |  |  |  |  |
| Tai Hsuan Foundation Collge & Clinic | X | X | X | X | X | X | X | X | X |  |  |  |
| Tavares Chinese Kempo |  |  |  | X | X |  |  |  |  |  |  |  |
| Team Tiger |  |  |  |  |  |  |  | X | X | X | X |  |
| Templo Kick Boxing Academy |  |  | X | X | X |  |  |  |  |  |  |  |
| Tetsubu Kan International |  |  |  |  |  |  |  | X | X | X | X |  |
| Tropic Lighting Taekwondo Hawaii |  |  |  |  |  |  |  |  |  |  |  | X |
| US Taekwondo Center Inc. |  | X | X | X | X |  | X | X | X | X | X | X |
| United Goju-Kan Karate Hawaii |  |  |  |  |  |  |  |  |  |  |  | X |
| Universal Kempo Karate Schools Assn | X | X | X | X | X | X | X | X | X | X | X | X |
| Vierra's International Kempo Schools of Self Defense | X | X | X | X | X | X | X | X | X | X | X | X |
| WWH Tae Kwon Do & Sidekick |  |  |  | X |  |  |  |  |  |  |  | X |
| Wing Chun Gung-Fu |  |  |  | X |  |  |  |  |  | X | X |  |
| Yuen, Greg, M.D. |  |  |  |  |  |  |  |  |  |  |  | X |
| TOTAL | 30 | 35 | 39 | 43 | 49 | 50 | 56 | 60 | 60 | 51 | 56 | 60 |

EXHIBIT G-15

5/4/2005 14:17

## Dae Sung Lee
### Analysis of Alleged Lost Profits
### Based on Reported Revenue

| 1 Period | Year | 2 No. Months | 3 Work year at end of period | 4 Age at end of period | 5 But For Earnings 2004 $ | 6 Expected Earnings 2004 $ | 7 Lost Earnings 2004 $ | 8 Inflation factor at 3.0% | 9 Lost Earnings current $ | 10 Income taxes 0.0% | 11 After tax earnings | 12 NPV factor at 4.5% | 13 NPV after tax earnings | 14 Cumul. NPV after tax earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01 - 12/31 | 2004 | 5.32 | 0.4 | 45.4 | 0 | 0 | 0 | 1.000 | 0 | 0 | 0 | 1.000 | 0 | 0 |
| 01/01 - 12/31 | 2005 | 12 | 1.4 | 46.4 | 59,703 | 54,161 | 5,542 | 1.030 | 5,708 | 0 | 5,708 | 1.045 | 5,463 | 5,463 |
| 01/01 - 12/31 | 2006 | 12 | 2.4 | 47.4 | 61,286 | 54,161 | 7,125 | 1.061 | 7,559 | 0 | 7,559 | 1.092 | 6,923 | 12,386 |
| 01/01 - 12/31 | 2007 | 12 | 3.4 | 48.4 | 62,645 | 54,161 | 8,484 | 1.093 | 9,270 | 0 | 9,270 | 1.141 | 8,126 | 20,511 |
| 01/01 - 12/31 | 2008 | 12 | 4.4 | 49.4 | 63,764 | 54,161 | 9,603 | 1.126 | 10,808 | 0 | 10,808 | 1.192 | 9,067 | 29,578 |
| 01/01 - 12/31 | 2009 | 12 | 5.4 | 50.4 | 64,629 | 54,161 | 10,468 | 1.126 | 11,781 | 0 | 11,781 | 1.246 | 9,459 | 39,037 |
| 01/01 - 12/31 | 2010 | 12 | 6.4 | 51.4 | 65,228 | 54,161 | 11,067 | 1.159 | 12,829 | 0 | 12,829 | 1.302 | 9,857 | 48,894 |
| 01/01 - 12/31 | 2011 | 12 | 7.4 | 52.4 | 65,555 | 54,161 | 11,394 | 1.194 | 13,605 | 0 | 13,605 | 1.360 | 10,004 | 58,898 |
| 01/01 - 12/31 | 2012 | 12 | 8.4 | 53.4 | 65,555 | 54,161 | 11,394 | 1.230 | 14,013 | 0 | 14,013 | 1.421 | 9,861 | 68,759 |
| 01/01 - 12/31 | 2013 | 12 | 9.4 | 54.4 | 65,555 | 54,161 | 11,394 | 1.267 | 14,433 | 0 | 14,433 | 1.485 | 9,721 | 78,479 |
| 01/01 - 12/31 | 2014 | 12 | 10.4 | 55.4 | 65,555 | 54,161 | 11,394 | 1.305 | 14,866 | 0 | 14,866 | 1.551 | 9,582 | 88,061 |
| 01/01 - 12/31 | 2015 | 12 | 11.4 | 56.4 | 65,555 | 54,161 | 11,394 | 1.344 | 15,312 | 0 | 15,312 | 1.621 | 9,445 | 97,506 |
| 01/01 - 12/31 | 2016 | 12 | 12.4 | 57.4 | 65,555 | 54,161 | 11,394 | 1.384 | 15,771 | 0 | 15,771 | 1.694 | 9,311 | 106,817 |
| 01/01 - 12/31 | 2017 | 12 | 13.4 | 58.4 | 65,555 | 54,161 | 11,394 | 1.426 | 16,245 | 0 | 16,245 | 1.770 | 9,178 | 115,995 |
| 01/01 - 12/31 | 2018 | 12 | 14.4 | 59.4 | 65,555 | 54,161 | 11,394 | 1.469 | 16,732 | 0 | 16,732 | 1.849 | 9,047 | 125,042 |
| 01/01 - 12/31 | 2019 | 12 | 15.4 | 60.4 | 65,555 | 54,161 | 11,394 | 1.513 | 17,234 | 0 | 17,234 | 1.933 | 8,918 | 133,960 |
| 01/01 - 12/31 | 2020 | 12 | 16.4 | 61.4 | 65,555 | 54,161 | 11,394 | 1.558 | 17,751 | 0 | 17,751 | 2.019 | 8,791 | 142,750 |
| 01/01 - 12/31 | 2021 | 12 | 17.4 | 62.4 | 65,555 | 54,161 | 11,394 | 1.605 | 18,283 | 0 | 18,283 | 2.110 | 8,665 | 151,416 |
| 01/01 - 12/31 | 2022 | 12 | 18.4 | 63.4 | 65,555 | 54,161 | 11,394 | 1.653 | 18,832 | 0 | 18,832 | 2.205 | 8,542 | 159,958 |
| 01/01 - 12/31 | 2023 | 12 | 19.4 | 64.0 | | | | | | | | | | |
| **Total** | | | | | **1,163,915** | **974,904** | **189,011** | | **251,033** | | **251,033** | | **159,958** | |

EXHIBIT H

# Dae Sung Lee

Analysis of Alleged Lost Profits
Based on Possibly Unreported Revenue

5/4/2005 14:32

| | 1 Period | 2 No. Months | 3 Work year at end of period | 4 Age at end of period | 5 But For Earnings 2004 $ | 6 Expected Earnings 2004 $ | 7 Lost Earnings 2004 $ | 8 Inflation factor at 3.0% | 9 Lost Earnings current $ | 10 Income taxes 0.0% | 11 After tax earnings | 12 NPV factor at 4.5% | 13 NPV after tax earnings | 14 Cumul. NPV after tax earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01 - 12/31 | 2004 | 5.32 | 0.4 | 45.4 | 0 | | 0 | 1.000 | 0 | 0 | 0 | 1.000 | 0 | 0 |
| 01/01 - 12/31 | 2005 | 12 | 1.4 | 46.4 | | | 0 | 1.000 | 0 | 0 | 0 | 1.000 | 0 | 0 |
| 01/01 - 12/31 | 2006 | 12 | 2.4 | 47.4 | 59,703 | 93,206 | (33,503) | 1.030 | (34,508) | 0 | (34,508) | 1.045 | (33,025) | (33,025) |
| 01/01 - 12/31 | 2007 | 12 | 3.4 | 48.4 | 61,286 | 93,206 | (31,920) | 1.061 | (33,864) | 0 | (33,864) | 1.092 | (31,016) | (64,041) |
| 01/01 - 12/31 | 2008 | 12 | 4.4 | 49.4 | 62,645 | 93,206 | (30,561) | 1.093 | (33,395) | 0 | (33,395) | 1.141 | (29,272) | (93,314) |
| 01/01 - 12/31 | 2009 | 12 | 5.4 | 50.4 | 63,764 | 93,206 | (29,442) | 1.126 | (33,137) | 0 | (33,137) | 1.192 | (27,798) | (121,112) |
| 01/01 - 12/31 | 2010 | 12 | 6.4 | 51.4 | 64,629 | 93,206 | (28,577) | 1.159 | (32,164) | 0 | (32,164) | 1.246 | (25,822) | (146,934) |
| 01/01 - 12/31 | 2011 | 12 | 7.4 | 52.4 | 65,228 | 93,206 | (27,978) | 1.194 | (33,017) | 0 | (33,017) | 1.302 | (24,278) | (171,855) |
| 01/01 - 12/31 | 2012 | 12 | 8.4 | 53.4 | 65,555 | 93,206 | (27,651) | 1.230 | (32,434) | 0 | (32,434) | 1.360 | (24,920) | (196,132) |
| 01/01 - 12/31 | 2013 | 12 | 9.4 | 54.4 | 65,555 | 93,206 | (27,651) | 1.267 | (34,007) | 0 | (34,007) | 1.421 | (23,932) | (220,064) |
| 01/01 - 12/31 | 2014 | 12 | 10.4 | 55.4 | 65,555 | 93,206 | (27,651) | 1.305 | (35,028) | 0 | (35,028) | 1.485 | (23,590) | (243,655) |
| 01/01 - 12/31 | 2015 | 12 | 11.4 | 56.4 | 65,555 | 93,206 | (27,651) | 1.344 | (36,078) | 0 | (36,078) | 1.551 | (23,254) | (266,909) |
| 01/01 - 12/31 | 2016 | 12 | 12.4 | 57.4 | 65,555 | 93,206 | (27,651) | 1.384 | (37,161) | 0 | (37,161) | 1.621 | (22,922) | (289,831) |
| 01/01 - 12/31 | 2017 | 12 | 13.4 | 58.4 | 65,555 | 93,206 | (27,651) | 1.426 | (38,276) | 0 | (38,276) | 1.694 | (22,596) | (312,427) |
| 01/01 - 12/31 | 2018 | 12 | 14.4 | 59.4 | 65,555 | 93,206 | (27,651) | 1.469 | (39,424) | 0 | (39,424) | 1.770 | (22,273) | (334,700) |
| 01/01 - 12/31 | 2019 | 12 | 15.4 | 60.4 | 65,555 | 93,206 | (27,651) | 1.513 | (40,606) | 0 | (40,606) | 1.849 | (21,956) | (356,656) |
| 01/01 - 12/31 | 2020 | 12 | 16.4 | 61.4 | 65,555 | 93,206 | (27,651) | 1.558 | (41,825) | 0 | (41,825) | 1.933 | (21,643) | (378,299) |
| 01/01 - 12/31 | 2021 | 12 | 17.4 | 62.4 | 65,555 | 93,206 | (27,651) | 1.605 | (43,079) | 0 | (43,079) | 2.019 | (21,334) | (399,633) |
| 01/01 - 12/31 | 2022 | 12 | 18.4 | 63.4 | 65,555 | 93,206 | (27,651) | 1.653 | (44,372) | 0 | (44,372) | 2.110 | (21,030) | (420,663) |
| 01/01 - 12/31 | 2023 | 12 | 19.4 | 64.0 | 65,555 | 93,206 | (27,651) | | (45,703) | 0 | (45,703) | 2.205 | (20,730) | (441,393) |
| | | | | | 1,163,915 | 1,677,709 | (513,794) | | (668,077) | | (668,077) | | (441,393) | |

EXHIBIT I

# Dae Sung Lee
## Supporting Schedules and Assumptions

4-May-05

**Assumptions:**

| | | | |
|---|---|---|---|
| Date of birt | 08/06/59 | | |
| Date of incident: | 07/21/04 | | |
| Age at incident: | 45.0 | | |
| Present value as of: | 03/31/05 | | |
| Age as of 'now': | 45.2 | | |
| Retirement age | 64.0 | | J of Legal Econ, Vol. II, No.1 |
| Retirement date: | 0000/24 | | |
| Age at normal life expectancy | ncn | | |
| Expected remaining years of life: | ncn | | |
| Estimated fringe benefits: | 0.0% | | |
| 'But For' compensation, 2006 | | | |
| Actual compensation, 2004 | 54,161 | | |
| Possible actual compensation, 2004 | 93,206 | | |

| | | | |
|---|---|---|---|
| Inflation rate: | 3.0% | | |
| Federal tax rate: | ncn | 0.25 | IRS table, marr filing jointly |
| Hawaii tax rate: | ncn | 0.06 | State tables |
| Discount rate | 4.5% | 4.5% | 4.49 |
| Post-tax discount rate: | ncn | 3.1% | Calculated |

| | But for | | |
|---|---|---|---|
| Loudat's assumed compensation: | Low | Median | Actual |
| 2006 | 59,703 | 63,290 | 44,086 |
| 2007 | 61,286 | 86,776 | 45,821 |
| 2008 | 62,645 | 143,321 | 47,425 |
| 2009 | 63,764 | 143,880 | 48,880 |
| 2010 | 64,629 | 144,313 | 50,169 |
| 2011 | 65,228 | 144,612 | 51,276 |
| 2012 | 65,555 | 144,776 | 52,188 |
| 2013 | " | 144,776 | 52,892 |
| 2014 | " | 144,776 | 53,381 |
| 2015 | " | 144,776 | " |
| " | " | " | " |

Calculation of discount rate:

| | | |
|---|---|---|
| Risk free rate | 4.50% | |
| Equity risk premium | 12.00% | Ibbotson Associates |
| Specific company risk | 3.00% | See below |
| Total | 19.50% | |

Specific company risks:
- Competition for customers
- No support employees
- Dependent on key employee

**EXHIBIT J**