1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2                    DISTRICT OF HAWAII
 3    ---------------------------------------------
 4   DAE SUNG LEE,
 5              Plaintiff,
 6      vs.                    CIVIL NO. 04-00461 SOM LEK
 7   UNITED STATES TAEKWONDO UNION, a Colorado nonprofit
 8   Corporation, UNITED STATES OLYMPIC COMMITTEE, a
 9   federally chartered nonprofit corporation; JOHN DOES
10   1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
11   CORPORATIONS 1-10,
12              Defendants.
13   ---------------------------------------------
14
15      VIDEOTAPED DEPOSITION OF THOMAS A. LOUDAT, PH.D.
16                         VOLUME I
17         Taken on behalf of the Defendants, at the
18   office of Roeca Louie & Hiraoka, Suite 900, Davies
19   Pacific Center, 841 Bishop Street, Honolulu, Hawaii
20   96813, commencing at 9:11 a.m., on June 22, 2005,
21   pursuant to Notice.
22
23
24   BEFORE:    DENNIS J. YANKEE, CSR NO. 285
25             Certified Shorthand Reporter
```

EXHIBIT

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090    Fax: (808)524-2596

2

```
 1  APPEARANCES:
 2
 3  For Plaintiff:      WARD D. JONES, ESQ.
 4                      Bervar & Jones
 5                      1400 Pauahi Tower
 6                      1001 Bishop Street
 7                      Honolulu, Hawaii  96813
 8
 9
10  For Defendants:     MARK S. LEVINSTEIN, ESQ.
11                      Williams & Connolly LLP
12                      725 Twelfth Street, N.W.
13                      Washington, D.D.  20005
14       and
15                      APRIL LURIA, ESQ.
16                      Roeca Louie & Hiraoka
17                      Suite 900
18                      Davies Pacific Center
19                      841 Bishop Street
20                      Honolulu, Hawaii 96813
21
22
23  Videographer:       Justin Langlais
24
25                            -oOo-
```

09:47

1  assumption. I just looked at the total net in the
2  analysis that I did from the corporation to him.
3      Q.  Well, so the only change you postulated in
4  the business was that it would make more profits, and
5  that amount would be paid through to him?
6      A.  Exactly.
7      Q.  So you didn't assume any change in his base
8  compensation, you simply assumed the company would
9  make more money and it would pay, be paid to him.
10         Whether they called it lost profits or they
11 called it salary didn't really matter, it was all
12 ordinary income that would be paid from him?
13     A.  That's correct.
14     Q.  And it was all based on the amount that you
15 believe or that you estimated the business would have
16 had higher profits?
17     A.  Correct.
18     Q.  So your report's high-loss scenario is
19 focused entirely on estimating the lost profits to
20 the U.S. Taekwondo Centers, Inc., the business
21 entity, as a result of Mr. Dae Sung Lee not being the
22 Olympic coach in 2004?
23     A.  That's correct.
24     Q.  You concluded that his business would have
25 done better if he had been the Olympic coach?