IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,              )<br>                            )<br>           Plaintiff,      )<br>                            )<br>   vs.                     )<br>                            )<br>UNITED STATES TAEKWONDO     )<br>UNION, a Colorado nonprofit )<br>Corporation, UNITED STATES  )<br>OLYMPIC COMMITTEE, a federally )<br>chartered nonprofit corporation; )<br>JOHN DOES 1-10; JANE DOES 1- )<br>10; DOE PARTNERSHIPS 1-10;  )<br>DOE CORPORATIONS 1-10,      )<br>                            )<br>Defendants.                 )<br>_____ ) | Civil No. 04—00461 SOM LEK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on January 13, 2006:

|  | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | ( ) | ( x ) |

|  | Mail | Hand Delivery |
|---|---|---|
| GLENN H. UESUGI<br>345 Queen Street, 2nd Floor<br>Honolulu, HI 96813 | ( ) | ( x ) |
| MICHAEL GREEN<br>345 Queen Street, 2nd Floor<br>Honolulu, HI 96813 | ( ) | ( x ) |

Attorneys for Plaintiff
Dae Sung Lee

DATED: Honolulu, Hawaii, January 13, 2006.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

2