**ORIGINAL**

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES   2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile:  (808) 550-4991
E-mail:        wdj@bervar-jones.com

MICHAEL J. GREEN    4451-0
GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com
E-mail: puunui@aloha.net

Attorneys for Plaintiff
Dae Sung Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | CIVIL NO. 04-00461-SOM-LEK |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
|  | ) | RE: PLAINTIFF DAE SUNG |
| UNITED STATES TAEKWONDO | ) | LEE'S RESPONSE TO |
| UNION, a Colorado nonprofit | ) | DEFENDANT UNITED |
| Corporation, UNITED STATES | ) | STATES OLYMPIC |
| OLYMPIC COMMITTEE, a | ) | COMMITTEE'S SECOND |
| Federally chartered nonprofit | ) | REQUEST OF PRODUCTION |
| Corporation, JOHN DOES 1-10; | ) | OF DOCUMENTS |

| | |
|---|---|
| JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) |
| Defendants. | ) ) ) ) ) |

Trial Date: April 6, 2004

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that an original copy to Roeca, Louie & Hiraoka and a copy to Williams & Connolly LLP, of "Plaintiff Dae Sung Lee's Response to Defendants United States Taekwondo Union's First Request for Production of Documents was duly served via U.S. Mail, postage prepaid on the 9th day of January, 2006, to the following:

DAVID M. LOUIE, ESQ.
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

///

///

///

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January 10, 2006.

_____
WARD D. JONES
MICHAEL J. GREEN
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE