ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:        wdj@bervar-jones.com

MICHAEL J. GREEN    4451-0
GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:   michaeljgreen@hawaii.rr.com
E-mail:   puunui@aloha.net

Attorneys for Plaintiff
Dae Sung Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 17 2006
at ___ o'clock and 45 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | CIVIL NO. 04-00461-SOM-LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | RE: PLAINTIFF DAE SUNG LEE'S RESPONSE TO |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a Federally chartered nonprofit | DEFENDANT UNITED STATES TAEKWONDO UNION'S FIRST SET OF INTERROGATORIES TO PLAINTIFF |

| | |
|---|---|
| JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) Trial Date: April 4, 2006 |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that an original copy to Roeca, Louie & Hiraoka and a copy to Williams & Connolly LLP, of "Plaintiff Dae Sung Lee's Response to Defendants United States Taekwondo Union's First Set of Interrogatories to Plaintiff duly served via U.S. Mail, postage prepaid on the 13th day of January, 2006, to the following:

      DAVID M. LOUIE, ESQ.
      APRIL LURIA, ESQ.
      Roeca, Louie & Hiraoka
      841 Bishop Street, Suite 900
      Honolulu, Hawaii 96813

///

///

///

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
c/o Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January __16__, 2006.

_____
WARD D. JONES
MICHAEL J. GREEN
GLEN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE