

ORIGINAL

MICHAEL JAY GREEN    4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES    2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI    4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 3 o'clock and 51 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　　　Plaintiff,<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | Civil No. 04-00461 SOM LEK<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF DAE SUNG LEE'S MOTION TO COMPEL DISCOVERY OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S FINANCIAL CONDITION FILED ON JANUARY 4, 2006; and CERTIFICATE OF SERVICE |

|  |  |  |
|---|---|---|
| Defendants. | ) | Hearing Date January 23, 2006 |
|  | ) | Time: 9:30 a.m. |
|  | ) | Honorable Leslie E. Kobayashi |
|  | ) |  |
|  | ) | Trial Date:  April 4, 2006 |
|  | ) |  |

NOTICE OF WITHDRAWAL OF PLAINTIFF DAE
SUNG LEE'S MOTION TO COMPEL DISCOVERY OF
DEFENDANTS UNITED STATES TAEKWONDO UNION AND
UNITED STATES OLYMPIC COMMITTEE'S FINANCIAL CONDITION

COMES NOW, Plaintiff DAE SUNG LEE, by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby gives notice of his withdrawal of PLAINTIFF DAE SUNG LEE'S MOTION TO COMPEL DISCOVERY OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S FINANCIAL CONDITION filed on January 4, 2006 in the above captioned action.

DATED: Honolulu, Hawaii, JAN 1 8 2006

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid or by hand delivery on the date indicated below.

    DAVID M. LOUIE, ESQ.               HAND DELIVERY
    APRIL LURIA, ESQ.
    Roeca, Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

    and

MARK S. LEVINSTEIN, ESQ.               U.S. MAIL
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, JAN 1 8 2006 _____.

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE