# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00461SOM0LEK |
| CASE NAME: | Dae Sung Lee vs. US Taekwondo Union, et al. |
| ATTYS FOR PLA: | Ward Jones |
| | Glenn Uesugi |
| ATTYS FOR DEFT: | Mark Levinstein |
| | April Luria |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/23/2006 | TIME: | 10:20 - 11:00 |

COURT ACTION:  EP:

Defendants United States Taekwondo Union's and United States Olympic Committee's Motion to Preclude the Testimony of Thomas Loudat Pursuant to Daubert and Federal Rules of Evidence 702 and 403;

Defendants United States Taekwondo Union's and United States Olympic Committee's Motion to Strike Plaintiff's Claim for Damages to the Taekwondo School Owned by Non-Plaintiff United States Taekwondo Center, Inc., and to Strike All Evidence Related to Alleged Lost Profits or Other Damages Suffered by Non-Plaintiff United States Taekwondo Center, Inc.;

Motion to Strike Witnesses -

Arguments.

All motions taken under advisement.

Court to issue a written ruling this week.

Parties to send confidential settlement positions for the settlement conference next week

by 1/30/06.

Parties may fax the letters to chambers at 541-1724.


Submitted by: Toni Fujinaga, Courtroom Manager.