Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE                2162-0
dlouie@rlhlaw.com
APRIL LURIA                   4687-0
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE OF |
| | ) | SERVICE |
| vs. | ) | |
| | ) | [RE: NOTICES OF TAKING |
| UNITED STATES TAEKWONDO | ) | DEPOSITION UPON WRITTEN |
| UNION, a Colorado nonprofit | ) | INTERROGATORIES (RE: SANG |
| Corporation, UNITED STATES | ) | LEE - 1/30/06 AND SAMUEL PEJO |
| OLYMPIC COMMITTEE, a | ) | - 1/31/06] |
| federally chartered nonprofit | ) | |
| corporation, JOHN DOES 1-10; | ) | |
| JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; | ) | |
| | ) | |
| Defendants. | ) | Trial Date: April 4, 2006 |
| _____ | ) | |

601-1/p.am cos re lee & pejo dwi.al.sh.wpd

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notices of Taking Depositions Upon Written Interrogatories (Re: Sang Lee - 1/30/06 and Samuel Pejo - 1/31/06) was duly served on the following by hand-delivery on January 12, 2006:

    WARD D. JONES, ESQ.
    Bervar & Jones
    1400 Pauahi Tower
    1001 Bishop Street
    Honolulu, HI  96813
    --and--
    GLENN H. UESUGI, ESQ.
    345 Queen Street, 2nd Floor
    Honolulu, Hawaii 96813
    --and--
    MICHAEL J. GREEN, ESQ.
    345 Queen Street, 2nd Floor
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff DAE SUNG LEE

JAN 2 3 2006

DATED:  Honolulu, Hawaii, _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE

-2-