Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA             4687-0
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>               Defendants. | Civil No. 04-00461-SOM-LEK<br><br>CERTIFICATE OF SERVICE<br><br>[RE: NOTICES OF TAKING DEPOSITION (RE: EDWARD H. FORD - 1/19/06; JOHN SEIBER - 1/20/06; STEVEN LOPEZ - 1/26/06; JEAN LOPEZ - 1/27/06; CHANG KIL KIM - 2/1/06; STEPHEN DRING - 2/2/06 AND JOHN HOLLOWAY - 2/3/06)]<br><br>Trial Date: April 4, 2006 |

601-1/p.cos re mainland depos.al.sh.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notices of Taking Deposition (Re: Edward H. Ford - 1/19/06; John Seiber - 1/20/06; Steven Lopez - 1/26/06; Jean Lopez - 1/27/06; Chang Kil Kim - 2/1/06; Stephen Dring - 2/2/06 and John Holloway - 2/3/06)] was duly served on the following by hand-delivery on January 12, 2006:

WARD D. JONES, ESQ.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
--and--
GLENN H. UESUGI, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
--and--
MICHAEL J. GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE           JAN 2 3 2006

DATED: Honolulu, Hawaii, _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE