Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE            2162-0
dlouie@rlhlaw.com
APRIL LURIA              4687-0
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE:  NOTICE OF TAKING |
| | ) | DEPOSITION UPON ORAL |
| UNITED STATES TAEKWONDO | ) | EXAMINATION (RE: HEON MI |
| UNION, a Colorado nonprofit | ) | LEE - 1/26/06)] |
| Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice

of Taking Deposition Upon Oral Examination (Re: Heon Mi Lee - 1/26/06) was

duly served on the following by hand-delivery [HD], facsimile transmission [F] and/or by depositing the same in the United States Mail, first class mail, postage prepaid [M] on ___JAN 2 3 2006___:

| | |
|---|---|
| WARD D. JONES, ESQ.<br>Bervar & Jones<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>--and– | [HD] |
| GLENN H. UESUGI, ESQ.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii 96813<br>--and– | [HD] |
| MICHAEL J. GREEN, ESQ.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii 96813 | [HD] |

Attorneys for Plaintiff DAE SUNG LEE

DATED: Honolulu, Hawaii, ___JAN 2 3 2006___.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE