Case 1:04-cv-00461-SOM-LEK     Document 139     Filed 01/31/2006     Page 1 of 1

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00461DAE-LEK |
| CASE NAME: | Dae Sung Lee vs. United States Taekwondo Union, a Colorado nonprofit Corporation, et al. |
| ATTYS FOR PLA: | Ward D. Jones<br>Glenn H. Uesugi |
| ATTYS FOR DEFT: | April Luria<br>Robert L. Moore |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/31/2006 | TIME: | 9:34-10:00 |

COURT ACTION:  EP: Plaintiff Dae Sung Lee's Motion to Strike Defendants' Witnesses- Robert L. Moore participated by phone.

Arguments heard.  Motion Denied and terminated.

Defendants are to give Plaintiff updated addresses for non party witnesses by 2/6/06.

Plaintiff is to give Defendants dates when counsel are available for deposition by 2/606.

Plaintiff's Motion for Leave to Amend Complaint and for Modification of Scheduling Order set for 9:30 2/3/06, LEK is Withdrawn and Vacated

Submitted by: Warren N. Nakamura, Courtroom Manager