ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES         2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

MICHAEL J. GREEN     4451-0
GLENN H. UESUGI       4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 1 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | NOTICE OF WITHDRAWAL OF PLAINTIFF DAE SUNG LEE'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MODIFICATION OF SCHEDULING ORDER FILED JANUARY 4, 2006 |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | Hearing Date: February 3, 2006 |

|  |  |  |
|---|---|---|
| Defendants. | ) | Time: 9:30 a.m. |
|  | ) | Honorable Leslie E. Kobayashi |
|  | ) |  |
|  | ) | New Trial Date: April 4, 2006 |
|  | ) |  |
|  | ) |  |

NOTICE OF WITHDRAWAL OF PLAINTIFF DAE SUNG LEE'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MODIFICATION OF SCHEDULING ORDER FILED ON JANUARY 4, 2006

COMES NOW, Plaintiff DAE SUNG LEE, by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby gives notice of his withdrawal of PLAINTIFF DAE SUNG LEE'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MODIFICATION SCHEDULING ORDER filed on January 4, 2006 in the above captioned action.

DATED: Honolulu, Hawaii, JAN 3 0 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the foregoing ducument was duly served via upon the following:

    DAVID M. LOUIE, ESQ.          HAND DELIVERY
    APRIL LURIA, ESQ.
    Roeca, Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

    MARK S. LEVINSTEIN, ESQ.     U.S. MAIL
    ROBERT L. MOORE, ESQ.
    Williams & Connolly LLP
    725 12th Street, N.W.
    Washington, D.C. 20005

    Attorneys for Defendants
    UNITED STATES TAEKWONDO UNION and
    UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, January 30, 2006.

/s/ Ward D. Jones
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
Dae Sung Lee