Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE        2162-0
dlouie@rlhlaw.com
APRIL LURIA          4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
mlevinstein@wc.com
TODD F. BRAUNSTEIN
tbraunstein@wc.com
ROBERT L. MOORE
rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
|---|---|---|
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) | [Re: Notice of Taking Depositions |

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ) ) ) ) ) ) ) ) ) ) ) | Upon Written Interrogatories; Interrogatories] <br><br> [Deponents: COR for Ronald Lee, M.D. and Howard Minami, M.D., 2/15/06] |
| Defendants.                          ) | Trial Date: None |

601-1/DWI.Lee&Minami.al.jsk.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the 'Notice of Taking Depositions Upon Written Interrogatories; Interrogatories" was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on _____FEB - 2 2006_____:

| | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES, ESQ.<br>Bervar & Jones<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br>--and-- | ( ) | (X) |
| GLENN H. UESUGI, ESQ.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii 96813 | ( ) | (X) |

--and--
MICHAEL J. GREEN, ESQ.        ( )        (X)
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE         FEB - 2 2006

DATED: Honolulu, Hawaii, _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE