# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
2/2/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00461SOM-LEK |
| CASE NAME: | Dae Sung Lee vs. US Taekwondo Union, et al. |
| ATTYS FOR PLA: | Ward Jones<br>Glenn Uesugi<br>Michael Green |
| ATTYS FOR DEFT: | April Luria<br>Jeffrey Benz<br>Arthur Roeca |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | No Record |
| DATE: | 2/2/2006 | TIME: | 4:00 - 6:30 |

COURT ACTION: EP: Settlement Conference -

No settlement.

Submitted by: Toni Fujinaga Courtroom Manager.