ROECA LOUIE & HIRAOKA

| | |
|---|---|
| DAVID M. LOUIE | 2162-0 |
| Email: dlouie@rlhlaw.com | |
| APRIL LURIA | 4687-0 |
| Email: aluria@rlhlaw.com | |

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

1

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING MOTION; |
| | ) | DEFENDANTS UNITED STATES |
| vs. | ) | TAEKWONDO UNION'S AND |
| | ) | UNITED STATES OLYMPIC |
| UNITED STATES TAEKWONDO | ) | COMMITTEE'S MOTION FOR |
| UNION, a Colorado nonprofit | ) | RECONSIDERATION OF ORDER |
| Corporation, UNITED STATES | ) | DENYING DEFENDANTS' |
| OLYMPIC COMMITTEE, a federally | ) | MOTION TO PRECLUDE EXPERT |
| chartered nonprofit corporation; | ) | TESTIMONY; CERTIFICATE OF |
| JOHN DOES 1-10; JANE DOES 1- | ) | SERVICE |
| 10; DOE PARTNERSHIPS 1-10; | ) | |
| DOE CORPORATIONS 1-10, | ) | Hearing Date: _____ |
| | ) | Time: _____ |
| Defendants. | ) | Honorable Susan Oki Mollway |
| | ) | |
| _____ | ) | Trial Date: April 4, 2006 |

601-1/Lee v USOC_USTU Daubert Reconsideration.DOC

## NOTICE OF HEARING MOTION

TO:   WARD D. JONES
      1400 Pauahi Tower
      1001 Bishop Street
      Honolulu, Hawaii 96813

      GLENN H. UESUGI
      345 Queen Street, 2nd Floor
      Honolulu, HI 96813

      MICHAEL Green
      345 Queen Street, 2nd Floor
      Honolulu, HI 96813

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the

above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ p.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____FEB - 6 2006_____

/s/ April Luria
_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants United States Olympic Committee and United States Taekwondo Union