ROECA LOUIE & HIRAOKA

DAVID M. LOUIE                2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA                   4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants.<br><hr>601-1/Lee v USOC_USTU No Damages Reconsideration.DOC | Civil No. 04—00461 SOM LEK<br><br>NOTICE OF HEARING MOTION; DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO STRIKE CLAIM BY TAEKWONDO SCHOOL AND TO PRECLUDE EVIDENCE REGARDING THE TAEKWONDO SCHOOL'S DAMAGES; CERTIFICATE OF SERVICE<br><br>Hearing Date: _____<br>Time: _____<br>Honorable Susan Oki Mollway<br><br>Trial Date: April 4, 2006 |

## NOTICE OF HEARING MOTION

TO:    WARD D. JONES
          1400 Pauahi Tower
          1001 Bishop Street
          Honolulu, Hawaii 96813

          GLENN H. UESUGI
          345 Queen Street, 2nd Floor
          Honolulu, HI 96813

          MICHAEL Green
          345 Queen Street, 2nd Floor
          Honolulu, HI 96813

        NOTICE IS HEREBY GIVEN that the above-identified Motion shall

come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ p.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, _____ FEB - 6 2006 _____

/s/ April Luria
_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants United States Olympic Committee and United States Taekwondo Union

3