Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE            2162-0
dlouie@rlhlaw.com
APRIL LURIA              4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |
| vs. | ) | UNITED STATES OLYMPIC |
| | ) | COMMITTEE'S EX PARTE |
| UNITED STATES TAEKWONDO | ) | APPLICATION FOR ADMISSION |



| | | |
|---|---|---|
| UNION, a Colorado nonprofit Corporation, et al., | ) ) ) | PRO HAC VICE; DECLARATION OF COUNSEL; DECLARATION OF PATRICK J. HOULIHAN; ORDER |
| Defendants. | ) ) | PERMITTING UNLICENSED ATTORNEY TO APPEAR *PRO* |
| | ) ) | *HAC VICE* FOR DEFENDANTS UNITED STATES TAEKWONDO |
| | ) ) | UNION AND UNITED STATES OLYMPIC COMMITTEE; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Trial:  April 4, 2006 |

601-1/P.App.Pr.Hac.Vice re Houlihan.al.sh.wpd

DEFENDANTS UNITED STATES TAEKWONDO UNION
AND UNITED STATES OLYMPIC COMMITTEE'S
<u>EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE</u>

COMES NOW, Defendants UNITED STATES TAEKWONDO

UNION and UNITED STATES OLYMPIC COMMITTEE, by and through their

counsel, Roeca, Louie & Hiraoka, and hereby moves this Honorable Court for an

order permitting Patrick J. Houlihan of Washington D.C. to be admitted to appear

in this matter *pro hac vice* for UNITED STATES TAEKWONDO UNION and

UNITED STATES OLYMPIC COMMITTEE.

This Motion is brought pursuant to L.R. 83.1(e) and Rule 7 of the

Federal Rules of Civil Procedure and is supported by the Declaration of Counsel,

the Declaration of Patrick J. Houlihan, and the records and files herein.

DATED:  Honolulu, Hawaii, _____FEB 1 5 2006_____.

_____

DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

APRIL LURIA hereby states and declares that:

1.     She is an attorney licensed to practice in the State of Hawaii and a partner in the law firm of ROECA, LOUIE & HIRAOKA representing Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE (hereafter "Defendants") in the above-captioned action;

2.     Patrick J. Houlihan is with the law firm of Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 and seeks to associate himself with the law firm of Roeca, Louie & Hiraoka, specifically limited to representation before this court of Defendants United States Taekwondo Union and United States Olympic Committee in the above-captioned action.

3.      Mr. Houlihan is well versed in this action and will provide valuable assistance in the defense of Defendants before the jury and court in the action filed by Plaintiffs.

4.      As set forth in his Declaration, Mr. Houlihan is of good moral character and competent to practice before this Court.

5.      The attorneys of the firm Roeca, Louie & Hiraoka will continue to serve herein with the authority and responsibility to act as attorneys of record;

6.      Patrick J. Houlihan is a member in good standing of the State Bar of New York;

7.      The admission of Patrick J. Houlihan as co-counsel will neither hinder nor delay the prosecution of the case;

8.      The participation of Patrick J. Houlihan in this matter will be beneficial to the Court and all parties in the presentation of the evidence and Defendants' defense;

9.      The involvement by Mr. Houlihan is needed to assist in presenting the important and complex issues in this case;

10.     The participation of Mr. Houlihan in this case furthers the purposes behind Rule L.R. 83.1, Rules of the District Court for the District of Hawai`i.

I DECLARE UNDER PENALTY OF LAW THAT THE

-2-

I DECLARE UNDER PENALTY OF LAW THAT THE

FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY

INFORMATION AND BELIEF.

DATED:  Honolulu, Hawai`i, FEB 1 5 2006 _____.

_____

APRIL LURIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff | ) | DECLARATION OF PATRICK J. |
| | ) | HOULIHAN |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, et al., | ) | |
| | ) | Trial Date: April 4, 2006 |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF PATRICK J. HOULIHAN

PATRICK J. HOULIHAN hereby states and declares that:

1.      I am an attorney licensed to practice before all Courts in the state of New York.  I am an associate with the law firm of Williams & Connolly, LLP 725 Twelfth Street, N.W., Washington, D.C.  20005.

2.      I reside at 2401 Pennsylvania Avenue, NW, Apartment 705, Washington, DC 20037.

3.      I am a graduate of the Boston College and the Georgetown University Law Center.

4.      I am a member in good standing of the Bar of the State of New York, and was admitted to such bar on January 25, 2006.

5.      I have never been disciplined in any way by any court to which I am admitted.

6.      Both Mark S. Levinstein and Robert L. Moore of my law firm have already been admitted *pro hac vice* on this matter.

7.      I have read and familiarized myself with the Court Rules and Federal Statutes with respect to this action.

8.      I, and my firm, shall be associated with April Luria and the firm of Roeca, Louie & Hiraoka, 900 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawaii  96813, in this action and counsel for all parties may serve any papers in this action upon Roeca, Louie & Hiraoka.

9.      I am not currently, nor have I been, suspended or disbarred in any other court.

10.      I have not within the past year made any *pro hac vice* application to this court.

11.      I respectfully request this Court grant me admission *pro hac vice* to the Federal District Court of the District of Hawaii for the purposes of this action.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMTION AND BELIEF.

DATED:  Washington, D.C., February 8, 2006.

PATRICK J. HOULIHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | ORDER PERMITTING |
| | ) | UNLICENSED ATTORNEY TO |
| vs. | ) | APPEAR *PRO HAC VICE* FOR |
| | ) | DEFENDANTS UNITED STATES |
| UNITED STATES TAEKWONDO | ) | TAEKWONDO UNION AND |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, et al., | ) | COMMITTEE |
| | ) | |
| Defendants. | ) | |
| | ) | |

601-1/P.App.Pr.Hac.Vice re Houlihan.al.sh.wpd

ORDER PERMITTING UNLICENSED
ATTORNEY TO APPEAR *PRO HAC VICE* FOR
DEFENDANTS UNITED STATES TAEKWONDO UNION
AND UNITED STATES OLYMPIC COMMITTEE

Based upon Defendants United States Taekwondo Union and United States

Olympic Committee's Ex Parte Motion to Permit Unlicensed Attorney to Appear

*Pro Hac Vice* and the Declarations attached hereto, and good cause appearing

therefore,

IT IS HEREBY ORDERED that Patrick J. Houlihan with the law firm of

Williams & Connolly, LLP, and licensed to practice in the State of Maryland, shall

be permitted to appear *pro hac vice* before this Court in the above-captioned

action for the specific and limited purpose of representing Defendants United

States Taekwondo Union and United States Olympic Committee.

DATED: Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Civil No. 04-00461-SOM-LEK, U.S. District Court, District of Hawaii
Dae Sung Lee v. United States Taekwondo Union, et al.
ORDER PERMITTING UNLICENSED ATTORNEY TO APPEAR *PROHAC VICE* FOR DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served

by depositing the same in the United States Mail, postage prepaid [M], hand-

delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to

the following at their last known address:

WARD D. JONES, ESQ.                    [ HD  ]
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
--and–
GLENN H. UESUGI, ESQ.                  [ HD  ]
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
--and–

MICHAEL J. GREEN, ESQ.          [ HO ]
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

                                        FEB 1 5 2006

DATED:  Honolulu, Hawaii, _____.


                         _____
                         DAVID M. LOUIE
                         APRIL LURIA
                         Attorneys for Defendants UNITED
                         STATES TAEKWONDO UNION and
                         UNITED STATES OLYMPIC
                         COMMITTEE

-2-