Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE                 2162-0
dlouie@rlhlaw.com
APRIL LURIA                    4687-0
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461-SOM-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE; |
| ) | EXHIBITS "A" - "B" |
| vs. ) | |
| ) | [RE: PROOF OF SERVICE ON |
| UNITED STATES TAEKWONDO ) | SANG LEE AND SAMUEL PEJO] |
| UNION, a Colorado nonprofit ) | |

| | |
|---|---|
| Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>) Trial Date: April 4, 2006<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

601-1/p.cos re subpoena for lee & pejo.al.sh.wpd

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the Proof of Service of a Subpoena was served on Sang Lee on January 14, 2006 whose deposition is set for January 30, 2006 at 9:00 a.m. at Holme Roberts & Owen, 90 South Cascade Avenue, Suite 1300, Colorado Springs, CO 80903, attached hereto as Exhibit "A", and on Samuel Pejo on January 15, 2006 whose deposition is set for January 31, 2006 at 9:00 a.m. at Holme Roberts & Owen, 90 South Cascade Avenue, Suite 1300, Colorado Springs, CO 80903, attached hereto as Exhibit "B".  A copy of this certificate of service will be served on the foregoing by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

WARD D. JONES, ESQ.                     [ HO ]
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
--and--
GLENN H. UESUGI, ESQ.                   [ HO ]
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
--and--
MICHAEL J. GREEN, ESQ.                  [ HO ]
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

DATED:  Honolulu, Hawaii, _____FEB 1 6 2006_____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE

-3-