# PLAINTIFF'S REVISED WITNESS LIST

## I.    LAY WITNESSES

Abdallah, Nia
6218 Lonesome Bayou
Houston, TX 77088
Tel. 713.937.3174

Will testify to quality of coaching and team leadership by Jean Lopez during 2004 and events at the Olympics and her prior experience with plaintiff.

Au, Laurie
c/o Honolulu Star-Bulletin
7 Waterfront Plaza #500
500 Ala Moana Blvd.
Honolulu, HI 96813
Tel. 808.529.4700

Will testify to articles written by her about plaintiff.

Borg, Jim
c/o Honolulu Star-Bulletin
7 Waterfront Plaza #500
500 Ala Moana Blvd.
Honolulu, HI 96813
Tel. 808.529-7000

Will testify to newspaper articles and USTC Newsletter articles he wrote about plaintiff.

Brunner, Mary
c/o McHenry Taekwondo Academy
908 Front Street
McHenry, IL 60050
Tel. 815.344.2027



Will testify to statements made by Robert Gambardella during 2004 which were racially discriminatory and the effect of his referee selection policies on racial mix.

Chalmers, Jill
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903
Tel. 719.473.3800

Will testify to USTU decertification process during the time her firm represented USTU in 2003 and statements made by members of the USOC membership and credentials committee which were racially discriminatory

Cheon, Young In
c/o Olympian Taekwondo
2815 Diamond Bar Blvd.
Diamond Bar, CA 91765
Tel. 909.578.8028

Will testify to his experience as Olympic coach and coaching Steven Lopez at the 2000 Olympics and to growth in his taekwondo school in California following the 2000 Olympics and to USTU Olympic coach selection process in which plaintiff was selected in 2003.

Gambardella, Robert
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 719.578.4632

See deposition; removal of plaintiff, new coach selection, and management of USTU.

Harris, Bruce
303090 Richmond Drive
Colorado Springs, CO 80922

2

Tel. 719.866.4632

Will testify to the financial status, management, procedures of USTU during 2002 thru 2003; the decertification action brought by USOC against USTU and various correspondence and records related to that action; observed racially discriminatory conduct and attitudes toward referees under new governance; plaintiff's qualifications as Olympic coach.

Kang, Byung Won
26012 Marguerite Parkway #A
Mission Viejo, CA 92692

Will testify to 2003 USTU Olympic Coach selection process in which plaintiff was selected.

Kim, Chul Ho
3319 Sand Flower Pl.
Colorado Springs, CO 80920
Tel. 719.659.4400

Testify to his tenure at the Olympic Training Center as a taekwondo coach; his experience up to and during the 2004 Olympics with the U.S. team as a trainer for Nia Abdallah; treatment of him by Robert Gambardella during and after the 2004 Olympics including his firing and racially discriminatory comments against him by Mr. Gambardella.

Lee, Dae Sung
820 Hind Drive
Honolulu, HI 96821
Tel. 808.377.5040

Will testify to his experience and credentials as a taekwondo athlete and later a taekwondo coach; his taekwondo school in Aina Haina; his appointment as Olympic Coach in 2003; his preparation for the 2004 Olympics; his removal as coach; the damage to his professional reputation, embarrassment and mental distress and loss of face resulting from his removal as coach; the loss of business opportunity due to his removal as coach; the track record of taekwondo athletes

3

under both the previous coach selection criteria and the new coach selection criteria.

Lee, Han Wan
703 Wilcox Street-Suite #J
Castlerock, CO 80104
Tel. 303.814.0281

Testify to his experience and credentials as a taekwondo athlete and later a taekwondo coach and Olympic taekwondo coach in 2000; the effect on his taekwondo school following his Olympic coaching experience; the similarities and differences between his school and plaintiff's school; plaintiff's qualifications as an Olympic coach; the 2000 Olympic coach selection process; the track record of taekwondo athletes under both the previous coach selection criteria and the new coach selection criteria.

Lee, Heon Mi
c/o Bervar & Jones
1001 Bishop Street
Pauahi #1400
Honolulu, HI 96813
Tel. 808.550.4990

Wife of plaintiff will testify to the years of effort by plaintiff to earn experience and qualification for coach selection, 2003 coach selection of plaintiff, removal of plaintiff as coach, emotional damage and embarrassment to plaintiff arising from his removal as Olympic coach upon plaintiff and effect on his family.

Lee, Sang
c/o USTC
1332 North Academy Blvd.
Colorado, Springs, CO 80909
Tel. 719.598.8000

Past President of USTU will testify to history of the organization; growth, finances and experiences of USTU under his management; the decertification action in 2003 including the claimed reasons put forth and USTU's responses to the

criticism; the prior Olympic coach selection process; the selection of plaintiff as Olympic coach in 2003; plaintiff's qualifications to be Olympic coach; his experience with plaintiff as a competitor and as a coach; various communications with members of the USOC.

Lee, Stanley
c/o Honolulu Advertiser
600 Kapiolani Blvd.,
Honolulu, HI 96814
Tel. 808.525.8000

Will testify to articles written by him about plaintiff.

Locke, Steven
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 719.473.0219

Chairman of the new USTU governance will testify to his tenure with USTU during 2004 thru to the present; the creation of new coach selection criteria; the removal and replacement of plaintiff; the finances and status of USTU during his tenure.

Lopez, Jean
c/o Elite Taekwondo
9421 Highway 6 South
Houston, TX 77083
Tel. 818.960.9887

Testify to his qualifications to be Olympic coach; his selection as 2004 Olympic coach and the process leading up to his selection; his experience as 2004 Olylmpic coach; his experiences since that time; his experience with plaintiff as a coaching peer.

Lopez, Stephen
c/o Elite Taekwondo
9421 Highway 6 South
Houston, TX 77083
Tel. 281.960.7441

Testify to his career as an Olympic competitor; his various coaches including his
brother, plaintiff, and others; his various Olympic experiences; his current status.

Love, Lynette
6125 Sea Lion Place
Waldorf, MD 20603

Testify to her experiences as a competitor and coach and removal as team leader
for the 2004 Olympics.

Luis, Cindy
c/o Star-Bulletin
7 Waterfront Plaza #500
500 Ala Moana Blvd.
Honolulu, HI 96813
Tel. 808.529.4700

Will testify to articles written by her about plaintiff.

Masuoka, Brandon
c/o Honolulu Advertiser
600 Kapiolani Blvd.
Honolulu, HI 96814
Tel. 808.525.8000

Will testify to article written by him about plaintiff.

Moreno, Juan
14260 SW 136th Street #15
Miami, FL 33186
Tel. 305-525.4309

6

Will testify to his experience as a taekwondo competitor and coach; his experience as a peer with plaintiff both as a competitor and coach; plaintiffs qualifications as a coach; his experience as an AAC member; the appointment of plaintiff in 2003 under the previous criteria; his experience as a member of the new USTU governing body; the creation of new Olympic coach selection criteria; the removal and replacement of plaintiff as Olympic coach; his own racial attitudes.

Paet, Caesar
332 North School Street
Honolulu, Hawaii 96813
Tel. 808.531.6487

Will testify to statements made by Lawrence Reznik which repeat statements by Robert Gambardella which were racially discriminatory.

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919
Tel. 719.574.8782

Testify to his own experiences as taekwondo competitor, coach, and member of AAC; the qualifications of plaintiff to be Olympic Coach; USTU Olympic coach selection process used in selecting plaintiff in 2003; the effect of remediation on USTU and removal of virtually all Koreans; conflict of interest for Jean Lopez to coach Nia Abdallah.

Picariello, Jeannie
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Testify to statements she made directed at Koreans during hearings conducted by the USOC Membership and Credentials Committee in 2003.

Satrom, Thomas
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Testify to letters he wrote to USTU on behalf of USOC during the USOC
decertification action against USTU and the decertification process leading up to
the remediation agreement including the various negotiations.

Skinner, Kelly
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Testify to his tenure with USOC/Sports Management as the person assigned to
USTU during 2003 to the present; his involvement with creating the new coach
selection criteria and reasons; his communications with various members of
USTU; his observations at the USTU board meeting in 2003 regarding selection of
plaintiff as Olympic coach.

Smith, Steve
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903
Tel. 719.473.3800

Will testify to USTU decertification process during the time her firm represented
USTU in 2003 and statements made by members of the USOC membership and
credentials committee which were racially discriminatory

Warwick, Jay
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center

841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to finances, status, procedures and management of USTU under his management as executive director up to 2002; Olympic coach selection process during his involvement with USTU; his career as taekwondo competitor.

Witte, Virginia
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to her tenure as auditor for USOC as a person responsible for monitoring USTU and the various results, reports and investigations for the period up to and including 2003; her experience as a member of the new governing body for USTU from 2004 to present; the creation of new coach selection criteria and reasons; the removal and replacement of plaintiff; the status of USTU under her tenure.

Custodian of Records for USTC -Honolulu
820 Hind Drive
Honolulu, HI 96821
Tel. 808.377.5040

Authentication of documents.

Custodian of Records for USTC -Castle Rock
703 Wilcox Street-Suite #J
Castlerock, CO 80104
Tel. 303.814.0281

Authentication of documents.

9

Custodian of Records of USTU
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Authentication of documents.


Custodian of Records of USA Taekwondo
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Authentication of documents.

Custodian of Records of USOC
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Authentication of documents.

Plaintiff reserves the right to name additional expert and non-expert witnesses as appropriate pending discovery results.  Plaintiff reserves the right to name expert and non expert witnesses named by any other party in this action or as may be appropriate for impeachment, rebuttal or authentication purposes.

Rebuttal witnesses as are necessary

Witnesses discovered after generation of this list

## II.   EXPERT WITNESSES

Lee, Han Wan
703 Wilcox Street-Suite #J
Castlerock, CO 80104
Tel. 303.814.0281

Testify to his experience and credentials as a taekwondo athlete and later a taekwondo coach and Olympic taekwondo coach in 2000; the positive effect on his taekwondo school following his Olympic coaching experience; the similarities and differences between his school and plaintiff's school; plaintiff's qualifications as an Olympic coach; the 2000 Olympic coach selection process; the track record of taekwondo athletes under both the previous coach selection criteria and the new coach selection criteria.

Loudat, Thomas
46-281 Auna Street
Kaneohe, HI 96744
Tel. 808.235.0575

Testify to his opinions as an economist regarding economic damages suffered by plaintiff as a result of his removal a Olympic Coach in 2004.

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919
Tel. 719.574.8782

Testify to his own experiences as taekwondo competitor, coach, and member of AAC; the qualifications of plaintiff to be Olympic Coach; USTU Olympic coach selection process used in selecting plaintiff in 2003; the effect of remediation on USTU and removal of virtually all Koreans; conflict of interest for Jean Lopez to coach Nia Abdallah.

Plaintiff reserves the right to name additional expert and non-expert witnesses as appropriate pending discovery results. Plaintiff reserves the right to name expert

and non expert witnesses named by any other party in this action or as may be appropriate for impeachment, rebuttal or authentication purposes.

Rebuttal witnesses as are necessary.

Witnesses discovered after generation of this list.