AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## District of Hawaii

| | | |
|---|---|---|
| DAE SUNG LEE<br>v.<br>UNITED STATES TAEKWONDO UNION, et al. | | EXHIBIT AND WITNESS LIST<br>CASE NUMBER: 04-00461 SOM LEK |

| PRESIDING JUDGE<br>Susan Oki Mollway | PLAINTIFF'S ATTORNEY<br>Ward D. Jones, Bervar & Jones | DEFENDANT'S ATTORNEY<br>David M. Louie, Roeca, Louie |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Resume of Dae Sung Lee |
| 2 | | | | | Bylaws of the United States Taekwondo Union, Inc. (USTU), revised as of 4/03 |
| 3 | | | | | Articles of Incorporation of the USTU |
| 4 | | | | | Letter dated 8/4/03 by the USOC to USTU |
| 5 | | | | | Letter dated 9/5/03 from USOC Membership and Credentials Comm. to USTU |
| 6 | | | | | Memo dated 10/9/03 from Bruce Harris, USTU Officer, to Sang Lee, USTU Pres. |
| 7 | | | | | Email dated 10/8/03 from USOC to Bruce Harris confirming Dae Sung Lee |
| 8 | | | | | Letter dated 11/26/03 from USTU with Ntc & Ballot for USOC Remediation Plan |
| 9 | | | | | Letter dated 3/18/04 from Dae Sung Lee to Bob Gambardella, CEO, USTU |
| 10 | | | | | Letter dated 4/8/04 from Bob Gambardella to Dae Sung Lee |
| 11 | | | | | Email dated 6/2/04 from Dae Sung Lee to Bob Gambardella |
| 12 | | | | | Letter dated 7/19/04 from Ward D. Jones to Bob Gambardella, via fax |
| 13 | | | | | Letter dated 7/21/04 from Bob Gambardella to Ward D. Jones via fax |
| 14 | | | | | USTU Board of Governors, revised 1/7/04 |
| 15 | | | | | Fax dated 2/3/04 from USTU to Dae Sung Lee: Urgent Ballot on Remediation Plan |
| 16 | | | | | Fax dated 2/3/04 from Tim Connolly, USTU to Dae Sung Lee with USTU Govern. |
| 17 | | | | | Fax from Bob Gambardella to USTU Board of Governors: Mail Ballot |
| 18 | | | | | Answer and Motion to Dismiss by USTU, dated 12/10/03 |
| 19 | | | | | Resume of Han Won Lee |
| 20 | | | | | Resume of Sang Lee |
| 21 | | | | | United States Olympic Committee Business Name Search Results |
| 22 | | | | | Letter dated 10/27/03 from Steven Smith to Pres. Sang Lee, USTU re-Draft Ltr. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 12 Pages


EXHIBIT "B"

AO 187A (Rev. 7/87)    EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.    CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Fax 11/17/03 with letter dated 11/12/03 to Colorado Senator Ben N. Campbell |
| 24 | | | | | Fax 1/30/04 from Tim Connolly to USTU Exec. Comm: Mail Ballot Remediation |
| 25 | | | | | Article: 2/3/04: Committee named to oversee US Taekwondo Restructuring |
| 26 | | | | | Article: 2/5/04: Garmbardella to Lead Taekwondo during Restructuring by USOC |
| 27 | | | | | Article: 1/28/03: USOC Under the Microscope |
| 28 | | | | | Jean Lopez, Competition Record |
| 29 | | | | | USOC Bylaws |
| 30 | | | | | Resume of Samuel Pejo |
| 31 | | | | | 4/15/03 News Article about Dae Sung Lee |
| 32 | | | | | USOC Selection Procedure Manual |
| 33 | | | | | USTU News Article re Progress of Team |
| 34 | | | | | 7/30/04 Honolulu Advertiser Article denying racism |
| 35 | | | | | Letter dated 1/31/00 from S. DiMatteo to R. J. Warwick |
| 36 | | | | | Letter dated 11/29/01 from V. Witte to R. J. Warwick |
| 37 | | | | | Memo dated 9/25/02 from V. Witte to Membership and Credentials Committee |
| 38 | | | | | Letter dated 8/29/03 from V. Witte to B. Harris |
| 39 | | | | | USOC Audit Division 11/14/02 audit report of USTU |
| 40 | | | | | Letter dated 1/6/04 from V. Witte to T. Connolly |
| 41 | | | | | AP news article 12/17/03 re USOC's decertification of USTU |
| 42 | | | | | 1/27/04 USOC Remediation Plan for USTU |
| 43 | | | | | 2/4/04 USOC Press Release |
| 44 | | | | | 2/5/04 USTU Webpage |
| 45 | | | | | 2/5/04 USTU Governance & Management Committee Minutes of Meeting |
| 46 | | | | | 2/6/07 USOC Press Release |
| 47 | | | | | 2/13/04 USOC Press Release |
| 48 | | | | | 2/18/04 USTU Webpage |
| 49 | | | | | 2/13/04 USTU Webpage |

AO 187A (Rev. 7/87)     EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE    v.    UNITED STATES TAEKWONDO UNION, et al.    CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | 2/7/04 USTU Webpage |
| 51 | | | | | 2/27/04 USTU Press Release |
| 52 | | | | | 3/11/04 USTU Webpage |
| 53 | | | | | 3/22/04 USTU Webpage |
| 54 | | | | | 4/29/04 USTU Webpage |
| 55 | | | | | 4/5/04 USTU Webpage |
| 56 | | | | | 4/29/04 USTU Webpage |
| 57 | | | | | 2/26/04 Minutes of USTU Governance and Management Committee Meeting |
| 58 | | | | | 3/8/04 Memo from Bob Gambardella and Steve Locke to USOC Exec. Commttee |
| 59 | | | | | 3/25/04 Minutes of the Governance and Management Committee |
| 60 | | | | | 6/9/04 Memo from Bob Gambardella to Members Governance & Managment Committee USTU |
| 61 | | | | | 6/04 E-mails from Steven Locke to Bob Gambardella |
| 62 | | | | | 7/19/04 Letter to Mr. Gambardella from Mr. Lee |
| 63 | | | | | 7/1/04 USTU Governance and Management Committee Minutes |
| 64 | | | | | 7/27/04 USTU Webpage |
| 65 | | | | | 9/1/04 Open Letter, USTU Webpage |
| 66 | | | | | 6/24/04 Letter to Mr. Gambardella from Chul Ho Kim |
| 67 | | | | | 6/25/94 E-mail to Coach Kim from Bob Gambardella |
| 68 | | | | | 7/19/04 Letter for Coach Chul Ho Kim |
| 69 | | | | | 9/8/04 Letter to Mr. Kim from Bob Gambardella |
| 70 | | | | | 12/9/04 Letter to Mr. Scherr from Chul Ho Kim |
| 71 | | | | | 11/26/04 E-mail |
| 72 | | | | | Chul Ho Kim Career Summary |
| 73 | | | | | 7/1/04 E-mail from Steve Locke |
| 74 | | | | | Juan Moreno's CV |
| 75 | | | | | 2004 Olympic Qualification Fight Off 5/8/04 Colo. Springs, Bates USTU00036 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST - CONTINUATION**

DAE SUNG LEE
V. UNITED STATES TAEKWONDO UNION, et al.    CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 76 | | | | | Selection Procedures for Coaches |
| 77 | | | | | Richard Jay Warwick's CV |
| 78 | | | | | Article entitled "USTU Executive Director Jay Warwick Leads a New Generation of Taekwondo Champions into the 21st Century" |
| 79 | | | | | 9/2/03 memo from Bruce Harris to Thomas Satrom |
| 80 | | | | | 9/1/03 memo from Bruce Harris to Christopher Telli |
| 81 | | | | | 9/12/03 letter from Jill Goodwin to Virginia Witte, with attached audit report |
| 82 | | | | | 8/21/03 letter to Bruce Harris from Kelly Skinner |
| 83 | | | | | 7/24/03 memo from Bruce Harris to Kelly Skinner |
| 84 | | | | | Responses to 16 Questions Submitted by Tom Satrom in 9/5/03 Letter, Bates USOC00784-USOC00797 |
| 85 | | | | | 10/30/03 letter from James Scherr to Bruce Harris |
| 86 | | | | | United States Taekwondo Union, Inc. Financial Statements For the Year Ended 12/31/02, Bates USOC00422-USOC00432 |
| 87 | | | | | Selection Procedures for Coaches signed by Bruce Harris 1/20/03 |
| 88 | | | | | 8/25/03 memo from Dr. Cha Sok Park to William Martin and James Scherr, Bates USOC00039-USOC00042 |
| 89 | | | | | Article entitled "USTU in Turmoil" by Ginny Lopez, Bates USOC00171-USOC00172 |
| 90 | | | | | 9/2/93 and 9/1/93 exchange of e-mails between Kay Burton and Larry Voorhees, Bates USOC00186-USOC00188 |
| 91 | | | | | 4/30/03 e-mail from Kay Burton to the M&C Committee, forward a 4/30/03 e-mail from Diana Dunlap to Kay Burton, Bates USOC00124-USOC00125 |
| 92 | | | | | Prinout from LadyTKD.com, Bates USOC00070-USOC00071 |
| 93 | | | | | 11/29/03 e-mail from Bob Gallagher to USOC Executive Committee, Bates USOC00147-USOC00148 |
| 94 | | | | | 9/1/03 e-mail from Bob Kestenbaum to Kay Burton, Bates USOC00048 |

AO 187A (Rev. 7/87)       EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE  V.  UNITED STATES TAEKWONDO UNION, et al.      CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 95 | | | | | 9/1/03 letter from Guy Poos to Kay Burton, Bates USOC00189-USOC00190 |
| 96 | | | | | 9/2/03 e-mail from Kay Burton to M&C Committee, forwarding 8/31/03 e-mail from "jjstkd@aol.com" to the USOC, Bates USOC00192-USOC00193 |
| 97 | | | | | Letter from Larry Voorhees to Ms. Burton, Bates USOC00174-USOC00176 |
| 98 | | | | | 4/12/04 letter from Philip Acosta to Jim Scherr, Bates USOC00001-USOC00002 |
| 99 | | | | | 9/16/03 e-mail from Kay Burton to M&C Committee, forwarding 9/16/03 e-mail from Larry Cain to Kay Burton, Bates USOC00178 |
| 100 | | | | | 5/29/03 letter from Kim Sol to Thomas Satrom, Bates USOC00143-USOC00146 |
| 101 | | | | | 1/1/98 cover letter from Josiah Henson to the USOC, with attached 1/2/98 letter from Josiah Henson to Richard Schultz, Bates USOC00004-USOC00014 |
| 102 | | | | | 9/12/03 memo from Steve Smith and Jill Chalmers to USOC Membership and Credentials Committee, Bates HRO001 |
| 103 | | | | | Responses to 12 Problems Outlined by Tom Satrom in 8/4/03 Letter, Bates HRO002-HRO017 |
| 104 | | | | | Responses to 16 Questions Submitted by Tom Satrom in 9/5/03 Letter, with attachments A-G, Bates HRO018-HRO059 |
| 105 | | | | | 9/12/03 letter from Jill Goodwin to Virginia Witte, with attached audit report, Bates HRO060-HRO065 |
| 106 | | | | | United States Taekwondo Union Financial Policies and Procedures, Bates HRO0066-HRO0077 |
| 107 | | | | | 2/13/04 fax cover sheet from Steve Smith to Gary Johansen, with attached USTU Board of Governors as of 9/11/03, Bates HRO078-HRO084 |
| 108 | | | | | 11/22/03 e-mail from Steven Smith to Judi Cope, forwarding 10/22/03 exchange of e-mail between Judi cope and Gary Johansen, Bates HRO085-HRO086 |
| 109 | | | | | 10/22/03 exchange of e-mail between Judi Cope and Gary Johansen, with attached remediation plan, Bates HRO145-GRI149 |

Page 5 of 12 Pages

AO 187A (Rev. 7/87)       EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE          UNITED STATES
              V.   TAEKWONDO UNION, et al.    CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 110 | | | | | 11/23/03 e-mail correspondence between Steve Smith and Gary Johansen, with attached 11/20/03 leetter from Stephen Bull to The Honorable Ben Campbell, and attached press release, Bates HRO087-HRO098 |
| 111 | | | | | 10/31/03 and 10/30/03 exchange of e-mail between Steven Smith and Gary Johansen, Bates HRO0099 |
| 112 | | | | | 10/30/03 letter from Kenneth Waugh to Sang Lee, Bates HRO100-HrO101 |
| 113 | | | | | 10/30/03 and 10/29/03 exchange of e-mail between Gary Johansen and Steve Smith, with attachments, Bates HRO102-HRO111 |
| 114 | | | | | 10/29/03 letter from Steven Smith to Gary JOhansen, Bates HRO112-HRO114 |
| 115 | | | | | 10/28/03, 10/13/03 and 10/12/03 exchange of e-mail among Steven Smith, Gary Johansen, and Jim Cahn, with attached Implementation of a Remediation Plan for the United States Taekwondo Union, Bates HRO0115-HRO120 |
| 116 | | | | | 10/28/03 e-mail from Steven Smith to Jeff Benz and Gary Jahansen, Bates HRO121 |
| 117 | | | | | Printout of PowerPoint presentation prepared for USOC Membership and Credentials Committee 9/13/03, Bates HRO122-HRO130 |
| 118 | | | | | 10/27/03 letter from Steven Smith to Jeffrey Benz, Bates HRO131-HRO134 |
| 119 | | | | | 10/27/03 e-mail from Steven Smith to Jeff Benz and Gary Johansen, with attached 10/27/03 letter from same, Bates HRO135-HRO137 |
| 120 | | | | | 10/24/03 letter from Kelly Skinner to Bruce Harris, with attached Draft Press Release, Bates HRO138-HRO141 |
| 121 | | | | | 10/24/03 e-mail correspondence among Steven Smith, Gary Johansen and Jill Chalmers, Bates HRO142 |
| 122 | | | | | 10/24/03 letter from Mark Bryant to Sang Lee and Bruce Harris, Bates HRO143--HRO144 |
| 123 | | | | | 10/22/03 e-mail from Gary Johansen to Judi Cope, with attached Remediation Plan for USTU, Bates HRO150-HRO154 |

AO 187A (Rev. 7/87)

EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE
V.  UNITED STATES TAEKWONDO UNION, et al.

CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 124 | | | | | 10/22/03 e-mail from Gary Johansen to Judi Cope, with attached Remediation Plan for USTU, Bates HRO155-HRO159 |
| 125 | | | | | 10/25/03 exchange of e-mail between Gary Johansen and Judi Cope, Bates HRO160-HRO162 |
| 126 | | | | | 10/22/03 exchange of e-mail between Gary Johansen and Judi Cope, with attached Summary of USOC's Position and Proposed Plan to Remedy USOC's Concerns, Bates HRO163-HRO168 |
| 127 | | | | | 10/7/03 letter from Kelly Skinner to Bruce Harris, Bates HRO169 |
| 128 | | | | | 10/7/03 e-mail from Gary Johansen to Steven Smith and Jill Chalmers, with attached e-mail correspondence between Dedra McClay and Ronda Sweet, Bates HRO170-HRO-171 |
| 129 | | | | | 10/3/03 exchange of e-mail between Steven Smith and Gary Johansen, Bates HRO172 |
| 130 | | | | | 9/26/03 and 9/25/03 exchange of e-mail between Steven Smith and Gary Johansen, Bates HRO173 |
| 131 | | | | | 9/22/03 e-mail from Jill Chalmers to Kay Burton, Bates HRO174 |
| 132 | | | | | 9/19/03 and 9/18/03 exchange of e-mail between Jill Chalmers and Gary Johansen, Bates HRO175-HRO176 |
| 133 | | | | | 9/19/03 e-mail from Gary Johansen to Steven Smith and Jill Chalmers, with attached 9/16/03 letter from Bruce Harris to Member USTU School and sample Letter to Honorable Ben Campbell, Bates HRO177-HRO179 |
| 134 | | | | | 9/12/03 exchange of e-mail between Steven Smith and Gary Johansen, with attached Proposed Remediation for USTU, Bates HRO180-HRO189 |
| 135 | | | | | 9/12/03 exchange of e-mail between Steven Smith and Jeff Benz, et al., Bates HRO190-HRO191 |
| 136 | | | | | 9/11/03 exchange of e-mail between Jill Chalmers and Jeff Benz, et al., Bates HRO192-HRO195 |


AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE  V.  UNITED STATES TAEKWONDO UNION, et al.

CASE NUMBER: _____

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 137 | | | | | 9/11/03 letter from Thomas Satrom to Steven Smith, Bates HRO196-HRO198 |
| 138 | | | | | 9/9/03 letter from Steven Smith to Gary Johansen, Bates HRO204-HRO207 |
| 139 | | | | | 9/11/03 e-mail from Steven Smith to Gary Johansen, et al., with draft Proposed Remediation for USTU, Bates HRO199-HRO203 |
| 140 | | | | | 9/9/03 e-mail from Steven Smith to Gary Johnsen, et al., Batets HRO208 |
| 141 | | | | | 8/26/03 letter form Thomas Satrom to Bruce Harris, Bates HRO214-HRO217 |
| 142 | | | | | 8/26/03 and 8/21/03 exchange of e-mail between Gary Johansen and Steven Smith, Bates HRO218-HRO220 |
| 143 | | | | | 8/21/03 e-mail from Steven Smith to Gary Johnsen, Bates HRO221 |
| 144 | | | | | 9/12/03 resignation letter from Bruce Harris, Bates HRO232-HRO233 |
| 145 | | | | | Various e-mails, Numbers USTU00100 |
| 146 | | | | | E-mail to Mr. Lee from Bob Gambardella dated 4/9/04, Numbered USTU00116 |
| 147 | | | | | Memorandum to Gary Johnsen, Jennifer Gabrius, Bob Foth from Kelly Skinner, Remediation for USTU, Bates HRO199-HRO203 |
| 148 | | | | | Taewondon Review |
| 149 | | | | | Declaration of Kelly Skinner dated 8/6/04 |
| 150 | | | | | Resume of Samuel Pejo |
| 151 | | | | | Declaration of Samuel Pejo |
| 152 | | | | | Declaration of Virginia Witte |
| 153 | | | | | Declaration of Robert Gambardella |
| 154 | | | | | Declaration of Steven Lopez |
| 155 | | | | | Declaration of Nia Abdallah |
| 156 | | | | | Testimony of Thomas Satrom |
| 157 | | | | | Declaration of Dae Sung Lee |
| 158 | | | | | Affidavit of Dae Sung Lee |
| 159 | | | | | Resume of Dae Sung Lee |

AO 187A (Rev. 7/87)           EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE                    UNITED STATES
                          V.    TAEKWONDO UNION, et al.      CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 160 | | | | | Photographs of Dae Sun Lee (Various) |
| | | | | | 1988 US Olympic Mens Team |
| | | | | | 1992 US Taekwondo Team |
| 161 | | | | | Declaration of Mary Brunner |
| 162 | | | | | Resume of Mary Burnner |
| 163 | | | | | 4/12/04 Mary Brunner Letter to Scherr |
| 164 | | | | | 6/22/04 Mary Brunner Letter to Sang Lee |
| 165 | | | | | 2/26/04 Mary Brunner Letter to Garbardella |
| 166 | | | | | 8/10/00 Complaint to USTU by Ford |
| 167 | | | | | 8/7/00 Complaint in Illinois Court by Ford |
| 168 | | | | | 9/27/00 State of Illinois Child Protective Department of Notice re Ford |
| 169 | | | | | Declaration of Caesar Paet |
| 170 | | | | | Website Resume of Dr. Lawrence Reznik |
| 171 | | | | | Report to USOC (5/2/03) Anonymous Authors |
| 172 | | | | | Declaration of Byung Won Kang |
| 173 | | | | | Transcript of (2003) USTU Annual Meeting re Coach Selection |
| 174 | | | | | Korean Ad for USTC |
| 175 | | | | | Korean Ad for USTC |
| 176 | | | | | Honolulu Advertiser, 6/30/00 "The Journey from Champion to Coach" |
| 177 | | | | | Star Bulletin, 4/15/93 "Hawaii's Lee Excited to be Olympic Coach" |
| 178 | | | | | US Taekwondo Center Newsletter - 5/03 |
| 179 | | | | | US Taekwondo Center Newsletter - 8/03 |
| 180 | | | | | Honolulu Advertiser - 8/5/93 - "Taekwondo Coach Reaches Pinnacle of Career - Olympics" |
| 181 | | | | | Honolulu Advertiser 7/29/04 - Deposed US Taekwondo Coach Sues Olympic Groups" |
| 182 | | | | | Honolulu Advertiser - 7/30/04- "Taekwondo Coach Lee Won't Be Reinstated" |

AO 187A (Rev. 7/87)          EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE    v.   UNITED STATES TAEKWONDO UNION, et al.    CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 183 | | | | | Honolulu Advertiser -8/4/04 - "Taekwondo Coach's Hearing Next Week" |
| 184 | | | | | Star Bulletin - 8/14/04, "Tae Kwon Do Coach Not Reinstated" |
| 185 | | | | | USOC Website - "Judge Refuses to Reinstate Ousted Taekwondo Coach" |
| 186 | | | | | Associated Press - 8/14/03 |
| 187 | | | | | USOC 2004 Annual Financial Report |
| 188 | | | | | USOC 2004 IRS Form 990 Income Tax Return |
| 189 | | | | | USTU 2004 IRS Form 990 Income Tax Return |
| 190 | | | | | LOUDAT, THOMAS - Economic Loss Report (3/05) |
| 191 | | | | | USTC (HI) 2001 IRS Form 1120 Income Tax Return |
| 192 | | | | | USTC (HI) 2002 IRS Form 1120 Income Tax Return |
| 193 | | | | | USTC (HI) 2003 IRS Form 1120 Income Tax Return |
| 194 | | | | | Printout from Master Han Won Lee's websit |
| 195 | | | | | U.S. Taekwondo Center ad entitled "Fall in Love with Fitness!" |
| 196 | | | | | U.S. Taekwondo Center ad entitled "Kick It ... Our Way" |
| 197 | | | | | U.S. Taekwondo Center ad entitled "What a Gift!" |
| 198 | | | | | U.S. Taekwondo Center ad entitled "Do This! Improve This!" |
| 199 | | | | | Photocopy of U.S. Taekwondo Center's brochure |
| 200 | | | | | U.S. Taekwondo Center ad entitled "The Building Blocks to Your Child's Future" |
| 201 | | | | | Photocopy of U.S. Taekwondo Center's schedule effective 1/3/05 |
| 202 | | | | | U.S. Taekwondo Center's Student List - 2005 |
| 203 | | | | | U.S. Taekwondo Center's Program Pricing |
| 204 | | | | | Declaration of Han Won Lee |
| 205 | | | | | U.S. Taekwondo Center ad entitled "Dads Train Free This Month!" |
| 206 | | | | | U.S. Taekwondo Center "V.I.P. Guest Pass" |
| 207 | | | | | U.S. Taekwondo Center Summer Camp Plan Calendar 6/27 - 7/1/05 |
| 208 | | | | | Photocopy of photo entitled "1988 Seoul Olympic Games Team Members" |
| 209 | | | | | D.S. Lee 2001 IRS Form 1040 Income Tax Return |

AO 187A (Rev. 7/87)     EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE    v.    UNITED STATES TAEKWONDO UNION, et al.     CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 210 | | | | | D.S. Lee 2002 IRS Form 1040 Income Tax Return |
| 211 | | | | | D.S. Lee 2003 IRS Form 1040 Income Tax Return |
| 212 | | | | | 2004 USTC Gross Income Tally |
| 213 | | | | | USTC Records of New Students 2001-2004 |
| 214 | | | | | Declaration of Han Wan Lee |
| 215 | | | | | Declaration of Young In Cheon |
| 216 | | | | | Second Declaration of Young In Cheon |
| 217 | | | | | H.W. Lee 1999 IRS Form 1040 Income Tax Return |
| 218 | | | | | H.W. Lee 2000 IRS Form 1040 Income Tax Return |
| 219 | | | | | H.W. Lee 2002 IRS Form 1040 Income Tax Return |
| 220 | | | | | H.W. Lee 2003 Form 1040 Income Tax Return |
| 221 | | | | | USTC (CO) 2001 IRS Form 1120 Income Tax Return |
| 222 | | | | | USTC (CO) 2002 IRS Form 1120 Income Tax Return |
| 223 | | | | | USTC (CO) 2003 IRS Form 1120 Income Tax Return |
| 224 | | | | | USTC (CO) 9/30/04 Financial Statement |
| 225 | | | | | 2002 Metropolitan Area Occupational Employment and Wage Estimates - Hono. |
| 226 | | | | | Hawaii MSA - Coaches and Scouts; ERI |
| 227 | | | | | BLS CPI Detailed Report - 6/90 - CEA 12/04 |
| 228 | | | | | Economic Indicators - CEA 11/04 |
| 229 | | | | | IRS, Statistics of Income Bulletin, Fall 2001 |
| 230 | | | | | Hawaii Income Patterns, Department of Taxation 7/02 |
| 231 | | | | | Partial Transcript of Proceeding 7/04 - Injunction Hearing |
| 232 | | | | | Documents recently produced by USOC |
| 233 | | | | | Candon, John Report re Economic Losses 5/11/05 |
| 234 | | | | | Candon, John Resume |
| 235 | | | | | Candon Billings |
| 236 | | | | | Map of Colorado |

AO 187A (Rev. 7/87) — EXHIBIT AND WITNESS LIST - CONTINUATION

DAE SUNG LEE  V.  UNITED STATES TAEKWONDO UNION, et al.   CASE NUMBER: _____

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 237 | | | | | USTU's minutes dated 3/25/04 draft (2nd version) |

Page 12 of 12 Pages