

# ORIGINAL

MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES     2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at 9 o'clock and 07 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING OF |
| | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MOTION FOR PROTECTIVE |
| UNITED STATES TAEKWONDO | ) | ORDER TO ENFORCE THE |
| UNION, a Colorado nonprofit | ) | DISCOVERY CUTOFF AND FOR |
| Corporation, UNITED STATES | ) | OTHER RELIEF; PLAINTIFF |
| OLYMPIC COMMITTEE, a federally | ) | DAE SUNG LEE'S MOTION |
| charged nonprofit corporation, JOHN | ) | FOR PROTECTIVE ORDER TO |

-1-

| | |
|---|---|
| DOES 1-10; JANE DOES 1-10;<br>DOE PARTNERSHIPS 1-10; DOE<br>CORPORATIONS 1-10,<br><br>                  Defendants. | ENFORCE THE DISCOVERY<br>CUTOFF FOR OTHER RELIEF;<br>MEMORANDUM IN SUPPORT<br>OF MOTION; DECLARATION<br>OF GLENN H. UESUGI;<br>EXHIBITS "A"-"I"; and<br>CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Honorable Leslie E. Kobayashi<br><br>New Trial Date:  April 4, 2006 |

NOTICE OF HEARING OF PLAINTIFF DAE SUNG LEE'S
MOTION FOR PROTECTIVE ORDER TO
ENFORCE THE DISCOVERY CUTOFF FOR OTHER RELIEF

TO:   DAVID LOUIE, ESQ.
      APRIL LURIA, ESQ.
      Roeca, Louie & Hiraoka
      841 Bishop Street, Suite 900
      Honolulu, Hawaii 96813

      MARK S. LEVINSTEIN, ESQ.
      ROBERT L. MOORE, ESQ.
      Williams & Connolly LLP
      725 12th Street, N.W.
      Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Leslie E. Kobayashi, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at ____ ___.m., or as soon thereafter as counsel bay be heard.

DATED: Honolulu, Hawaii, FEB 17 2006 _____

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MOTION FOR PROTECTIVE |
| | ) | ORDER TO ENFORCE THE |
| UNITED STATES TAEKWONDO | ) | DISCOVERY CUTOFF |
| UNION, a Colorado nonprofit | ) | ANDFOR OTHER RELIEF |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| charged nonprofit corporation, JOHN | ) | |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER
TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi, and hereby move this Honorable Court for a Protective Order enforcing the discovery cutoff.

Plaintiff further moves to quash any and all Notice of Depositions Upon Oral Questions and Subpeonas relating to said Oral Depositions.

In the alternative, Plaintiff moves for leave to orally depose Ms. Virginia Witte for good cause beyond the discovery cut off.

Plaintiff further moves for attorney's fees and costs associated with the filing of this motion and also for the costs of attempting to comply with Defendants unreasonable, unduly burdensome discovery past the discovery cut off.

This Motion is based on Rules 7, 11, 37 and 45 of the Federal Rules of Civil Procedure and Rule 16 of the Rules of the United States District Court for the District of Hawaii and is based on the attached Memorandum in Support of Motion, the Declaration of Glenn H. Uesugi, and the records and files contained herein.

DATED: Honolulu, Hawaii, FEB 17 2006 _____

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

-2-