IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | GLENN H. UESUGI |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| charged nonprofit corporation, JOHN | ) | |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ———————————————— | ) | |

DECLARATION OF GLENN H. UESUGI

Declarant GLENN H. UESUGI, swears and affirms as follows:

1.    I am counsel for Plaintiff DAE SUNG LEE in the above captioned

matter, and have personal knowledge of the matters contained herein, am

competent to testify to the same, and am duly authorized to make this Declaration.

2.    Attached hereto as Exhibit "A" is a true and correct copy of

Declarant's letter dated January 16, 2006 to Mark S. Levinstein, Esq.

3.      Attached hereto as Exhibit "B" is a true and correct copy of April Luria, Esq.'s letter dated January 19, 2006 to Declarant.

4.      Attached hereto as Exhibit "C" is a true and correct copy of Mark S. Levinstein's letter dated January 24, 2006 to Declarant;

5.      Attached hereto as Exhibit "D" is a true and correct copy of Declarant's letter dated February 6, 2006 to Mark S. Levinstein, Esq.

6.      Attached hereto as Exhibit "E" is a true and correct copy of Mark S. Levinstein's letter dated February 6, 2006 to Ward D. Jones, Esq.

7.      Attached hereto as Exhibit "F" is a true and correct copy of Mark S. Levinstein's letter dated February 8, 2006 to Declarant.

8.      Attached hereto as Exhibit "G" is a true and correct copy of Declarant's letter dated February 15, 2006 to Mark S. Levinstein, Esq.

9.      Attached hereto as Exhibit "H" is a true and correct copy of Robert Moore's letter dated February 16, 2006 to Declarant.

10.     Attached hereto as Exhibit "I" is a true and correct copy of Defendants' Notice of Taking Deposition upon Written Interrogatories dated February 2, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii _____ FEB 1 7 2006 _____

GLENN H. UESUGI