# GLENN H. UESUGI
Attorney at Law

345 Queen Street, Second Floor
Honolulu, Hawai'i 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

January 16, 2006

**VIA FAX:(202) 434-5029**
Mark S. Levinstein, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Re: Dae Sung Lee v. USTU/USOC
Civil No.: 04-00461 SOM LEK

Dear Mr. Levinstein,

Given the pending motion to strike witnesses as well as the motion to amend complaint, it would be prudent if we postponed the oral depositions that you currently have scheduled for the mainland. We already have a full schedule for the upcoming weeks with motions, oral depositions in Hawaii and a settlement conference to keep us busy. Therefore Plaintiff will be unable to complete such depositions prior to the discovery cutoff. These mainland depositions may be moot as well, if Magistrate Kobayashi grants the Motion to Strike Witnesses. If Magistrate Kobayashi denies said Motion, then we would be agreeable to extending the discovery cutoff to complete the oral depositions that you have already noticed. In any event, please postpone the oral depositions that you have already scheduled for the mainland and we can reschedule on a more reasonable and agreeble time frame for February.

Another consideration is your hint of moving for a continuance of trial should the Motion to Amend Complaint be granted.

Plaintiff is also looking to schedule the oral deposition of Virginia Witte, which can and should be done at the same time in Colorado Springs as Mr. Sang Lee and Mr. Samuel Pejo. My understanding is that Mr. Lee and Mr. Pejo will be unavailable in Colorado Springs on the 30th and 31st.



EXHIBIT "A"

Mark S. Levinstein, Esq.
January 16, 2006
page two of two

       Plaintiff is also considering the withdrawal of Mr. Sang Lee as a witness. If that is the case, are you still interested in deposing him?



Very truly yours,

Glenn H. Uesugi

GHU: ll

cc:    April Luria, Esq. (808) 521-9648
       Ward D. Jones, Esq. (808) 550-4991