

Arthur F. Roeca
David M. Louie
Keith K. Hiraoka
April Luria

Jodie D. Roeca
Tedson H. Koja
James R. Ferguson
Brian A. Bilberry
James Shin
Jennifer B. Lyons
Anne Sylvester
Rhonda L. Ching

Counsel:
Adrian Y. H. Chang

# ROECA, LOUIE & HIRAOKA
A LIMITED LIABILITY LAW PARTNERSHIP, LLP

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917

Writer's e-mail:
*aluria@rlhlaw.com*

January 19, 2006

JAN 2 0 2006 Telephone:
(808) 538-7500

Writer's Extension No. 540

Facsimile:
(808) 521-9648

RL&H File No.
601.001

Glenn H. Uesugi, Esq.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

    Re:   Dae Sung Lee v. United States Taekwondo Union, et al.
            <u>Civil No. 04-00461-SOM-LEK, U. S. District Court/Hawaii</u>

Dear Mr. Uesugi:

    Please allow this letter to confirm our telephone conference of this date wherein we agreed to continue to the month of February, 2006 the mainland depositions previously noticed by Defendants in the above-referenced case. You have agreed that Plaintiff will stipulate to extend the discovery cut-off for purposes of conducting these depositions.

    Should the above not conform with your understanding of our agreement, please contact me immediately.

                      Very truly yours,

                      ROECA, LOUIE & HIRAOKA
                      A Limited Liability Law Partnership, LLP

                      April Luria

c.Uesugi.02.al.wpd



EXHIBIT "B"