LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D.C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARK S. LEVINSTEIN
ATTORNEY AT LAW
(202) 434-5012
mlevinstein@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

RECEIVED
JAN 27 2006

January 24, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Glenn H. Uesugi, Esq.
345 Queen Street, Second Floor
Honolulu, Hawaii 96813

Re: **Lee v. USOC and USTU, Civ. No. 04-00461 SOM**

Dear Mr. Uesugi:

I am writing to respond to a couple of issues raised in your letter to me dated January 16, 2006.

First, Virginia Witte is no longer employed by the USOC and no longer holds any position with the USTU. She does not live in Colorado. If you nevertheless want to take her deposition, we will probably want her deposition to be conducted in our offices in Washington, D.C.

Second, we remain interested in conducting a deposition of Mr. Sang Lee and while we have agreed to continue his deposition, as well as his production of documents, we want to arrange for the production of his documents and Mr. Samuel Pejo's documents in advance of the dates when they will be deposed.

Very truly yours,

Mark S. Levinstein

MSL:emm
cc: Ward D. Jones, Esq.
    April Luria, Esq.

EXHIBIT "C"