# GLENN H. UESUGI
Attorney at Law

345 Queen Street, Second Floor<br>
Honolulu, Hawai'i 96813<br>
Telephone: (808) 521-3336<br>
Facsimile: (808) 566-0347

February 6, 2006

**VIA FAX:(202) 434-5029**
Mark S. Levinstein, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

    Re: <u>Dae Sung Lee v. USTU/USOC</u>
       Civil No.: 04-00461 SOM LEK

Dear Mr. Levinstein,

    Magistrate Kobayashi ordered that we give you dates of availability for oral depositions. We can do the oral depositions of Mr. Sang Chul Lee and Mr. Samuel Pejo in Colorado Springs on March 6 and 7. The rest of the oral depositions (Mr. Edward Ford, Mr. John Seiber, Mr. Chang Kil Kim and Ms. Virginia Witte) we would prefer to do during the week of February 27. How long do you anticipate these oral depositions will be? Also, given the fact that Ms. Witte lives in Las Vegas, Nevada, what is your reasoning for having her oral deposition in Washington, D.C.?

Very truly yours,<br><br>
Glenn H. Uesugi

GHU: ll

cc:    April Luria, Esq. (808) 521-9648
        Ward D. Jones, Esq. (808) 550-4991


EXHIBIT "D"