LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

MARK S. LEVINSTEIN
ATTORNEY AT LAW
(202) 434-5012
mlevinstein@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 6, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Re: <u>Lee v. USOC and USTU, Civ. No. 04-00461 SOM</u>

Dear Mr. Jones

Pursuant to Magistrate Kobayashi's instructions, we have amended our preliminary witness list to include, where possible, addresses and phone numbers for each witness. We have been unable to obtain such information for every witness but will amend this list as such information is obtained. We reserve the right to amend this list or to call additional witnesses, and as detailed below we also reserve the right to call any witness listed by any other party in this action, or any witness who might become necessary for rebuttal or might be necessary if another witness cannot attend the trial in Hawaii.

We also ask that you comply with Magistrate Kobayashi's instructions, as many witnesses on your own list were missing addresses or had incomplete addresses, and you failed to provide any phone numbers. If we have not received an updated witness list from you within a week with this information, we will seek appropriate sanctions from the Court.

## Defendants' Witness List

| Witness | Potential Issues to be Addressed |
|---|---|
| Abdallah, Nia<br>6218 Lonesome Bayou<br>Houston, TX 77088<br>Tel: 713.937.3174 | 2, 4, 5, 7, 10 |


EXHIBIT "E"

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 2 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Baggiano, Tony<br>8632 Wynford Place<br>Montgomery, AL 36117<br>Tel: 334.538.8776 | 2, 4, 5, 7, 8, 9, 10 |
| Bender, Rich<br>6155 Lehman Drive<br>Colorado Springs, CO 80918<br>Tel: 719.598.8181 | 2, 4, 5, 7, 8, 9, 10 |
| Candon, John*<br>Candon Consulting Group, LLC<br>ASS Tower, Suite 955<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br>Tel: 808.533.1270 | 11 |
| Chalmers, Jill<br>c/o Holmes Robert & Owen LLP<br>90 South Cascade Avenue<br>Suite 1300<br>Colorado Springs, CO 80903<br>Tel: 719.473.3800 | 1, 3, 4 |
| Choi, Ji Ho<br>4901 Bergenline Avenue<br>West New York, NJ 07093<br>Tel: 201.863.8282 | 1, 2, 4 |
| Dring, Steven<br>5 Laurel Leaf Court<br>Potomac, MD 20854<br>301.299.2489 | 1, 2, 4 |
| Ford, Ed<br>1733 Espanola Drive<br>Coconut Grove, FL 33133<br>Tel: 305.859-8194 | 12 |
| Gambardella, Robert<br>One Olympic Plaza<br>Colorado Springs, Colorado 80909<br>Tel: 719-578-4632 | 2, 4, 5, 7, 8, 9, 10 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 3 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Holloway, John<br>8749 Flower Ave.<br>Silver Spring, MD 20901<br>Tel: 808.538.7500 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Kim, Chang Kil<br>3280 El Camino Real<br>Santa Clara, CA 95051<br>Tel: 408.246.7000 | 1, 2, 4 |
| Locke, Steve<br>19 E Columbia Street<br>Colorado Springs, CO 80907<br>Tel: 719.473.0129 | 2, 4, 5, 7, 8, 9, 10 |
| Lopez, Jean<br>13511 Sarento Village<br>Sugarland, TX 77478<br>Tel: 281.960.9887 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11 |
| Lopez, Steven<br>13511 Sarento Village<br>Sugarland, TX 77478<br>Tel: 281.960.7441 | 1, 2, 3, 4, 5, 7, 8, 9, 10 |
| Mendoza, Jeanna<br>One Olympic Plaza<br>Colorado Springs, Colorado 80909<br>Tel: 719-578-4632 | 1, 2, 3, 4, 5, 6, 7, 10 |
| Moreno, Juan<br>15759 SW 149 Terrace<br>Miami, FL 33196<br>Tel: 305.525.4309 | 2, 4, 5, 7, 8, 9, 10, 11 |
| Padilla, Kevin<br>610 Newark Street<br>Hoboken, NJ 070030<br>Tel: 210.459.4904 | 1, 2, 3, 4, 5, 6, 7, 10 |
| Park, Cha Sok<br>7423 Elgar Street<br>Springfield, VA 22151<br>Tel: 703.333.3261 | 1, 2, 4 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 4 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Satrom, Thomas<br>Parker Satrom Law Firm<br>33113 Helium Street NW<br>Cambridge, MN 55008<br>Tel: 763.689.3000 | 1, 2, 3, 4 |
| Seiber, John<br>308 Hagaman Lane<br>Andersonville, TN 37705<br>Tel: 865.494.3969 | 4, 12 |
| Skinner, Kelly<br>United States Olympic Committee<br>1 Olympic Plaza<br>Colorado Springs, CO 80909<br>Tel: 719.866.4794 | 2, 4, 5, 7, 8, 9, 10 |
| Smith, Steve<br>c/o Holmes Robert & Owen LLP<br>90 South Cascade Avenue<br>Suite 1300<br>Colorado Springs, CO 80903<br>Tel: 719.473.3800 | 1, 3, 4 |
| Sweet, Ronda<br>c/o Roeca Louie & Hiraoka<br>900 Davis Pacific Center<br>841 Bishop Street<br>Honolulu, HI 96813<br>Tel: 808.538.7500 | 1, 2, 3, 4, 5, 6, 7, 8, 10 |
| Telli, Christopher<br>1535 Winnebago Road<br>Colorado Springs, CO 80915<br>Tel: 719.574.3918 | 1, 2, 3, 4 |
| Toles, Perry<br>The Toles Company<br>400 Penn Plaza, Suite 950<br>Roswell, NW 88201<br>Tel: 505.622.5863 | 1, 2, 3, 4 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 5 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Wakefield, Barbara<br>PO Box 449<br>1172 Marion Lane<br>Park Falls, WI 54552<br>Tel: 715.762.1131 | 4 |
| Warwick, Jay<br>Director Sport Partnerships<br>United States Olympic Committee<br>1 Olympic Plaza<br>Colorado Springs, CO 80909<br>Tel: 719.866.4063 | 1, 2, 3, 4, 5, 6, 7 |
| Witte, Virginia<br>3683 Haverhill Street<br>Las Vegas, NV 89121<br>Tel: 702.737.0066 | 1, 2, 4, 5, 7, 8, 9, 10 |
| **USOC Former Executive Committee Members Not Named Above**<br><br>Carlin, Will<br>12 Remsen Street, #1R<br>Brooklyn, NY 11201<br>Tel: 917 439 4625<br><br>Ctvrtlik, Bob<br>610 Newport Center Drive<br>Suite 1060<br>Newport Beach, CA 92660<br>Tel: 949.760.5307<br><br>DeFrantz, Anita<br>2141 West Adams Blvd.<br>Los Angeles, CA 90018<br>Tel: 323.730.9614<br><br>Duplanty, Chris<br>2716 Hilltop Drive | 1, 2, 3, 4 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 6 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Newport Beach, CA 92660<br>Tel: 949.300.3213<br><br>Easton, James<br>7855 Haskell Avenue<br>Suite 202<br>Van Nuys, CA 91406-1902<br>Tel: 818.782.6445<br><br>Frazier, Herman<br>Athletic Director<br>University of Hawaii at Manoa<br>1337 Lower Campus Road<br>Honolulu, HI 96822-2370<br>Tel: 808.956.7301<br><br>George, Paul<br>Kellogg & George<br>Eight Grove Street<br>Suite 400<br>Wellesley, MA 02482<br>Tel: 781.237.5400<br><br>Godino, Rachel<br>812 Lincoln Court<br>Palm Beach Gardens, FL 33410<br>Tel: 561.691.7067<br><br>Johnson, Stacey<br>President<br>U.S. Fencing Association<br>20030 Bluehill Pass<br>Helotes, TX 78023<br>Tel: 210.921.5543<br><br>Joy, James<br>2 Wembly Drive | |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 7 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Rogers, AR 72758<br>Tel: 479.273.5801 | |
| Kanaby, Robert<br>Executive Director<br>NFHS<br>P.O. Box 690<br>Indianapolis, IN 46206<br>Tel: 317.972.6900 | |
| Marbut, Robert<br>5415 Bandera Road, Suite 512<br>San Antonio, TX 78238<br>210.229.2004 | |
| Marshall, Frank<br>The Kennedy/Marshall Company<br>619 Arizona Avenue<br>Santa, Monica CA 90401<br>Tel: 310.656.8400 | |
| Martin, William<br>Director of Athletics<br>University of Michigan<br>1000 South State Street<br>Ann Arbor, MI 48109-2201<br>Tel: 734.764.9416 | |
| McCagg, Mary<br>12 Fayette Street, #2<br>Cambridge, MA 02139<br>Tel: 617.588.4434 | |
| McCarthy, Jim<br>20 N. Clark Street, Suite 1725<br>Chicago, IL 60602<br>Tel: 312.782.4567 | |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 8 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Monaco, Albert<br>35 South G Street<br>Lakeview, OR 97630<br>541.947.3355<br><br>Stapleton, Bill<br>Capital Sports & Entertainment<br>98 San Jacinto Boulevard<br>Suite 430<br>Austin, TX 78701<br>Tel: 512.4778.7211<br><br>Stull, Rob<br>The Biltmore, Suite 140<br>1200 Anatasia Avenue<br>Coral Gables, FL 33134<br>Tel: 239.340.0640<br><br>Voight, Lisa<br>1818 N. Cascade<br>Colorado Springs, CO 80907<br>Tel: 719.473.6967 | |
| **USOC Former Membership and Credentials Committee Members Not Named Above**<br><br>Andrews, Jeri<br>2037 Rosebay<br>Westlake Village, CA 91361<br>Tel: 805.379.2768<br><br>DePace, Paul<br>1125 Middle Road<br>East Greenwich, RI 02818-1608<br>Tel: 401.874.2725<br><br>Foth, Bob | 1, 2, 3, 4 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 9 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| 2221 Tesla Drive<br>Colorado Springs, CO 80909<br>Tel: 719.637.8404 | |
| Maxson, Bill<br>12702 Wynfield Pines Ct.<br>St. Louis, MO 63131<br>Tel: 314.616.2800 | |
| McCagg, Mary<br>12 Fayette Street #2<br>Cambridge, MA 02139<br>Tel: 617.588.4434 | |
| Picariello, Jeanne<br>5689 Forbes Ave.<br>Pittsburgh, PA 15217<br>Tel: 412.521.2523 | |
| Smith, Barbara<br>2900 Hillview<br>Austin, TX 78703<br>Tel: 512.452.4807 | |
| Sobel, Stephen<br>18 Beverly Road<br>Cedar Grove, NJ 07009<br>Tel: 973.239.7606 | |
| Wightman, Nancy<br>10946 W. Lake Road<br>Hammondsport, NY 14840<br>Tel: 315.279.5691 | |
| Wiley, Tim<br>852 Massachusetts Avenue<br>Apt 6 | |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 10 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Cambridge, MA 02139<br>Tel: 617.454.4677 | |
| Harris, Bruce<br>3390 Richmond Dr<br>Colorado Springs, CO 80922<br>Tel: 719.574.4107 | 1, 2, 3, 4, 5, 6, 7 |
| Perez, Herb<br>662 34th Avenue<br>San Francisco, CA 94121<br>Tel: 415.378.7764 | 4, 5, 7, 10 |
| Tom Paulsen [**Current USTU/USAT Chief Financial Officer**]<br>One Olympic Plaza<br>Colorado Springs, Colorado 80909<br>Tel: 719-578-4632 | 1, 4 |
| **USTU Former Coaching Science Committee Members Not Named Above**<br><br>Hwang, Sun Doo<br><br>Cheon, Young In<br>c/o Olympian Taekwondo<br>2815 Diamond Bar Blvd.<br>Diamond Bar, CA 91765<br><br>Evans, Liz<br>Lee, Dae Sung<br>Lee, Seung Hyung<br><br>Pejo, Samuel<br>6323 Colony Circle<br>Colorado Springs, CO 80919<br><br>Kim, Chul Ho<br>Limas, Arlene<br>Clayton, Bobby | 1, 2, 3, 4, 5, 6, 7 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 11 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Lee, Han Won<br>703 Wilcox Street-Suite J<br>Castlerock, CO<br><br>Kang, Byung Won<br>26012 Marguerite Parkway #A<br>Mission Viejo, CA 92692 | |
| Cho, Hee [**Competing taekwondo school owner**]<br>7192 Kalanianaole Hwy.<br>Ste. C-200<br>Honolulu, Hawaii 96825<br>(808) 396-8900 | 11 |
| **USTU Former Executive Committee Members Not Named Above**<br><br>Lee, Sang<br>c/o USTC<br>North Academy Blvd.<br>Colorado Springs, CO  80909<br><br>Love, Lynnette<br>Silz, Stephen<br>Lee, Sun Heesup<br>Kim, Soon Ho<br>Kim, Ki Hong<br>Mayes, Myong<br>Park, Yeon Hwan<br>Chung, Jin Song<br>Lee, Dae Sung<br>Hernandez, Tom<br>Lee, Eui Bin<br><br>Kang, Byung Won<br>26012 Marguerite Parkway #A | 1, 2, 3, 4, 5, 6, 7 |

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 12 of 14

| Witness | Potential Issues to be Addressed |
|---|---|
| Mission Viejo, CA 92692<br><br>Pejo, Sammy<br>6323 Colony Circle<br>Colorado Springs, CO 80919<br><br>Kunkel, Barbara<br>Spence, May Pejo | |
| All witnesses identified by Plaintiff in deposition testimony by Plaintiff or Plaintiff's witnesses, in documents produced by Plaintiff, and/or in Plaintiff's answers to interrogatories, all witnesses for whom Plaintiff submitted declarations. | |

*Expert witness

**Potential Issues to be Addressed**

1.  The USTU under its former management was not in compliance with its obligations as a national governing body.

2.  The USTU rules and procedures under former management worked to the detriment of United States athletes.

3.  The USOC and the Membership and Credentials Committee had been trying for many years to get the USTU to come into compliance, and they acted properly.

4.  The USOC, the USTU, and the Membership and Credentials Committee did not discriminate against Plaintiff, Korean-Americans, or anyone else alleged by Plaintiff on the basis of race.

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 13 of 14

5. The coach selection criteria under the USTU's former management were subjective, were not based upon merit, and worked to the detriment of USTU athletes.

6. Plaintiff was not properly selected as the Head Coach at the 2004 Olympic Games because the coach selection procedures were not followed.

7. United States athletes and others desired coach selection criteria that were objective and athlete centered.

8. The USTU Governance and Management Committee adopted facially-neutral, objective coach selection criteria.

9. The USTU Governance and Management Committee properly applied the new objective coach selection criteria and selected Jean Lopez as the Head Coach for the 2004 Olympic Games.

10. The new coach selection criteria benefited United States athletes.

11. Plaintiff did not suffer any damages from the USTU's withdrawal of his selection as Head Coach for the 2004 Olympic Games and/or damages Plaintiff alleges are without basis.

WILLIAMS & CONNOLLY LLP
Ward D. Jones, Esq.
February 6, 2006
Page 14 of 14

12.  Rebuttal witness to Mary Brunner.

Very truly yours,

Mark S. Levinstein

cc: All Counsel of Record