LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

MARK S. LEVINSTEIN
ATTORNEY AT LAW
(202) 434-5012
mlevinstein@wc.com

WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 8, 2006

### VIA FAX AND FIRST-CLASS MAIL

Glenn H. Uesugi, Esquire
345 Queen Street, Second Floor
Honolulu, Hawaii 96813

Re:  Dae Sung Lee v. USTU/USOC

Dear Mr. Uesugi:

In response to your letter dated February 6, 2006, concerning deposition dates, we will check with Mr. Ford, Mr. Seiber, and Mr. Kim for their availability during the week of February 27. I do not expect that the depositions of Mr. Ford and Mr. Seiber will each take a full day, but I cannot be sure. I do, however, expect the deposition of Mr. Kim to take a full day.

With respect to the depositions of Mr. Sang Lee and Mr. Pejo, I am unavailable March 2-10, 2006. Please provide me with a list of additional dates within the next few days. You had also raised the question of whether we would want to take Mr. Sang Lee's deposition if you agreed to withdraw him as a witness. As already explained, we cannot evaluate that question until we have reviewed the documents that we are still waiting for Mr. Lee to produce and those documents are overdue. Please let us know when we can expect those documents and let us know if you want to withdraw him as a witness.

Furthermore, as you should be aware from the recent hearing before Magistrate Kobayashi, the parties are limited under the Federal Rules of Civil Procedure to ten (10) depositions. We have not stipulated to additional depositions, nor do we intend to in light of the approaching trial date. Therefore, because you have already taken ten (10) depositions, you cannot take the deposition of Ms. Witte without leave of the Court. Ms. Witte already testified and was subject to cross-


EXHIBIT F

WILLIAMS & CONNOLLY LLP
Glenn H. Uesugi, Esq.
February 8, 2006
Page 2

examination in the TRO hearing. Given Magistrate Kobayashi's statements during the recent hearing, it is unlikely that such leave would be granted.

Sincerely,

Mark S. Levinstein

MSL:emm
cc: All Counsel of Record