# GLENN H. UESUGI
Attorney at Law

---

345 Queen Street, Second Floor
Honolulu, Hawai'i 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

February 15, 2006

**VIA FAX:(202) 434-5029**
Mark S. Levinstein, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

      Re: <u>Dae Sung Lee v. USTU/USOC</u>
      Civil No.: 04-00461 SOM LEK

Dear Mr. Levinstein,

    You are correct in stating that Magistrate Kobayashi stated that parties are generally limited to ten oral depositions in a case, unless they can show good cause. We note that you are holding us to this limit of ten.

    What you failed to recognize in your letter was Magistrate Kobayashi's further ruling that mainland oral depositions require 30 days notice for opposing parties. This is so the parties are able to obtain 14 or 21 day advance purchase prices on airline tickets. Your original scheduling of the January mainland depositions failed to meet this requirement, which means that even if you went forward with those, they would have been stricken. In this regard, our Motion was granted by Magistrate Kobayashi.

    It is also true that we did agree to continue those January oral depositions until February pending the outcome of the Motion to Strike Witnesses (see my letter dated January 16, 2006 and April Luria's letter dated January 19, 2006). The extension was NOT an open one. Accordingly, you had until January 30, 2006 in which to reschedule those January depositions in order to fulfill the 30 day notice requirement. This was two weeks from the date of my faxed letter to you, which is more than enough time. For reasons only you know, you failed to do this.

    We will be holding you to Magistrate Kobayashi's ruling at our Motion to Strike Witnesses for 30 days notice of mainland depositions (in the same way that you hold us to the ten oral deposition limit). Therefore, you are not entitled to take any oral depositions on the mainland, since any depositions would have be scheduled in March in order to give the parties 30



EXHIBIT "G"

Mark S. Levinstein, Esq.
February 15, 2006
Page two of two

days notice. This, as you know, would be past the agreed upon extension of the discovery cutoff of February 28, 2006.

With respect to your Subpeona of Mr. Sang Chul Lee's records, it is unclear whether said subpeona complied with the time requirements of the Federal Rules of Civil Procedure and/or the Local Rules. I do not believe you ever forwarded to us the Return of Service for said Subpeona. If you feel that you have complied with the applicable Rules, then I would be happy to review any materials you have in support, including but not limited to the Return of Service.

Very truly yours,

Glenn H. Uesugi

GHU: ll

cc:    April Luria, Esq. (808) 521-9648
       Ward D. Jones, Esq. (808) 550-4991