Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP



DAVID M. LOUIE      2162-0
dlouie@rlhlaw.com
APRIL LURIA        4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
mlevinstein@wc.com
TODD F. BRAUNSTEIN
tbraunstein@wc.com
ROBERT L. MOORE
rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF TAKING |
| | ) | DEPOSITIONS UPON WRITTEN |
| vs. | ) | INTERROGATORIES; |

EXHIBIT "I"

| | |
|---|---|
| UNITED STATES TAEKWONDO ) <br> UNION, a Colorado nonprofit ) <br> Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a ) <br> federally chartered nonprofit ) <br> corporation, JOHN DOES 1-10; ) <br> JANE DOES 1-10; DOE ) <br> PARTNERSHIPS 1-10; DOE ) <br> CORPORATIONS 1-10; ) <br> ) <br> Defendants. ) <br> _____ ) | INTERROGATORIES; EXHIBIT "A" <br><br> [Deponents: COR for Ronald Lee, M.D. and Howard Minami, M.D., 2/15/06] <br><br><br> Trial Date: None |

601-1/DWI.Lee&Minami.al.jsk.wpd

## NOTICE OF TAKING
## DEPOSITIONS UPON WRITTEN INTERROGATORIES

TO:   WARD D. JONES, ESQ.
      Bervar & Jones
      1400 Pauahi Tower
      1001 Bishop Street
      Honolulu, HI  96813
      --and--
      GLENN H. UESUGI, ESQ.
      345 Queen Street, 2nd Floor
      Honolulu, Hawaii 96813
      --and--
      MICHAEL J. GREEN, ESQ.
      345 Queen Street, 2nd Floor
      Honolulu, Hawaii 96813

      Attorneys for Plaintiff DAE SUNG LEE

   PLEASE TAKE NOTICE that on behalf of Defendants UNITED

STATES TAEKWONDO UNION and UNITED STATES OLYMPIC

-2-

COMMITTEE, above named, the depositions will be taken at the date, times and addresses given below, upon written interrogatories attached hereto, and such cross, redirect and recross interrogatories as may be duly served herein at the offices of Ralph Rosenberg Court Reporters, ASB Tower, Suite 2460, Bishop Square, 1001 Bishop Street, Honolulu, Hawaii 96813, before a Notary Public duly authorized to administer oaths, of the following:

| NAME/ADDRESS | DATE/TIME |
|---|---|
| Custodian of Records for<br>Ronald Lee, M.D.<br>1329 Lusitana Street, Suite 303<br>Honolulu, Hawaii 96813 | Wednesday, February 15, 2006 at<br>9:00 a.m. |
| Custodian of Records for<br>Howard Minami, M.D.<br>1329 Lusitana Street, Suite 605<br>Honolulu, Hawaii 96813 | Wednesday, February 15, 2006 at<br>9:30 a.m. |

Said deponents will be required by Subpoena Duces Tecum to bring with him/her and have available for production any and all records, including but not limited to, medical and treatment records, progress notes, nurses' notes, physical therapy, occupational therapy, vocational service and social service notes, diagnostic tests and results, hospital and clinical billing statements, ambulance service billings and reports, x-rays, CT scans, MRI films and/or any other diagnostic films, consultation reports, physician's orders,

psychiatric/psychological notes and/or evaluations, correspondence, memoranda, notes and writings of any sort containing entries pertaining, in any fashion, to **Dae Sung Lee** whose date of birth is August 6, 1959.

The depositions are taken pursuant to the provisions of Rule 31 of the Federal Rules of Civil Procedure.

FEB - 2 2006

DATED: Honolulu, Hawaii, _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO UNION
and UNITED STATES OLYMPIC
COMMITTEE

## INTERROGATORIES

1. Please state your name.

2. What is your residence address?

3. Are you employed?

4. What is your employer's name?

5. What is your employer's address?

6. What is your job or position with your employer?

7. In that position do you have under your care, custody and control any and all records kept by your employer pertaining to your employer's business?

8. In that position do you have under your care, custody and control any and all records, including but not limited to, medical and treatment records, progress notes, nurses' notes, physical therapy, occupational therapy, vocational service and social service notes, diagnostic tests and results, hospital and clinical billing statements, ambulance service billings and reports, x-rays, CT scans, MRI films and/or any other diagnostic films, consultation reports, physician's orders, psychiatric/psychological notes and/or evaluations, correspondence, memoranda, notes and writings of any sort containing entries pertaining, in any fashion, to **Dae Sung Lee** whose date of birth is August 6, 1959?

9. Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's above-mentioned records?

10. Do you have all of those records and statements complete?

11. Are those records and statements complete?

12. Has any portion of those records and statements ever been removed from your care, custody and control prior to this time?

13. If so, when and by whom?

14. Has any portion of those records and statements ever been altered prior to this time?

15. If so, when and by whom?

16. What identifies those records and statements as pertaining to the above-mentioned person?

17. Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of your employer's records pertaining to the above-mentioned documents, which you have brought with you pursuant to the requirements of the subpoena with which you were served.

18. Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-mentioned documents, which you have turned over to the notary public.

19. Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-mentioned documents, which you have not turned over to the notary public, including both those records and statements which you have brought with you and those records and statements which you have not brought with you.

20. Will you waive your signature to your deposition?