# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00461SOM-LEK |
| CASE NAME: | Dae Sung Lee vs. United States Taekwondo Union, a Colorado nonprofit Corporation, et al. |
| ATTYS FOR PLA: | Ward D. Jones<br>Glenn H. Uesugi |
| ATTYS FOR DEFT: | April Luria |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 2/21/2006 | TIME: | 9:10-9:20 |

COURT ACTION:  EP: Final Pretrial Conference held.

Trial Days: Plaintiff - 7 to 8; Defendant - 6.
Witnesses: Plaintiff - 20 live, 4 by deposition, 1 by video conference; Defendant - 15 live, 2 by deposition, 2 by video conference.
Exhibits: Plaintiff - 1 to 300; Defendant - 400 series.
Motions In Limine: Plaintiff - 15 to 20; Defendant - 10.

Korean Interpreters needed for 2 to 3 live witnesses.

Submitted by: Warren N. Nakamura, Courtroom Manager