IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | ORDER PERMITTING |
| | ) | UNLICENSED ATTORNEY TO |
| vs. | ) | APPEAR *PRO HAC VICE* FOR |
| | ) | DEFENDANTS UNITED STATES |
| UNITED STATES TAEKWONDO | ) | TAEKWONDO UNION AND |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, et al., | ) | COMMITTEE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

601-1/Houlihan Order.wpd

ORDER PERMITTING UNLICENSED
ATTORNEY TO APPEAR *PRO HAC VICE* FOR
DEFENDANTS UNITED STATES TAEKWONDO UNION
AND UNITED STATES OLYMPIC COMMITTEE

Based upon Defendants United States Taekwondo Union and United States

Olympic Committee's Ex Parte Motion to Permit Unlicensed Attorney to Appear

*Pro Hac Vice* and the Declarations attached hereto, and good cause appearing

therefore,

IT IS HEREBY ORDERED that Patrick J. Houlihan with the law firm of

Williams & Connolly, LLP, and licensed to practice in the State of Maryland, shall

be permitted to appear *pro hac vice* before this Court in the above-captioned

action for the specific and limited purpose of representing Defendants United

States Taekwondo Union and United States Olympic Committee.

DATED: Honolulu, Hawai`i, February 21, 2006.



_Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge

Civil No. 04-00461-SOM-LEK, U.S. District Court, District of Hawai`i
Dae Sung Lee v. United States Taekwondo Union, et al.
ORDER PERMITTING UNLICENSED ATTORNEY TO APPEAR *PRO HAC VICE* FOR DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE