ORIGINAL

MICHAEL J. GREEN   4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES   2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI   4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

LODGED
FEB 17 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF; DECLARATION OF GLENN H. UESUGI; ORDER GRANTING EX PARTE MOTION |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | |

|  |  |
|---|---|
| CORPORATIONS 1-10, ) | TO SHORTEN TIME FOR |
| ) | HEARING ON PLAINTIFF DAE |
| Defendants. ) | SUNG LEE'S MOTION FOR |
| ) | PROTECTIVE ORDER TO |
| ) | ENFORCE THE DISCOVERY |
| ) | CUTOFF AND FOR OTHER |
| ) | RELIEF; and CERTIFICATE OF |
| ) | SERVICE |
| ) | |
| ) | Hearing Date: 3/2/06 |
| ) | Time: 9:10 a.m. |
| ) | Honorable: Leslie E. Kobayashi |
| ) | |
| ) | New Trial Date:   April 4, 2006 |
| ) | |

EX PARTE MOTION TO SHORTEN TIME
FOR HEARING ON PLAINTIFF DAE SUNG
LEE'S MOTION FOR PROTECTIVE ORDER TO
ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby move this Honorable Court for ex parte, for an order shortening time for hearing on PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF, which is submitted herewith. Plaintiff Dae Sung Lee respectfully requests that the hearing on PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR

OTHER RELIEF , be held on **Friday, February 24, 2006.**

This Motion is made pursuant to Local Rule 7.2(a)(b) of the Rules of the United States District Court for the District of Hawaii, and Rule 65, Federal Rules of Civil Procedure, and is based upon the Declaration of Glenn H. Uesugi, stating the reasons why it is necessary to shorten the time for hearing on PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF, attached hereto and incorporated by reference.

DATED: Honolulu, Hawaii, FEB 17 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | GLENN H. UESUGI |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| charged nonprofit corporation, JOHN ) | |
| DOES 1-10; JANE DOES 1-10; ) | |
| DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## DECLARATION OF GLENN H. UESUGI

Declarant WARD D. JONES, swears and affirms as follows:

1.  I am counsel for Plaintiff DAE SUNG LEE in the above captioned matter, and have personal knowledge of the matters contained herein, am competent to testify to the same, and am duly authorized to make this Declaration.

2.  A shortening of time to allow a hearing on the PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE

DISCOVERY CUTOFF AND FOR OTHER RELIEF to take place no later than **Friday, February 24, 2006**, is respectfully requested for the following reasons:

A)  The discovery cutoff was February 3, 2006.

B)  In January 2006, he parties by agreement extended discovery cut-off until February 28, 2006.

C)  Defendants were supposed to reschedule certain oral depositions originally set in January 2006 to February 2006.

D)  Defendants failed to do so.

E)  On February 16, 2006, Defendants noticed two depositions for February 27, 2006 and February 28, 2006 to be held in Miami, Florida and Nashville, Tennessee.

F)  Defendants have informed Plaintiff of their intention to set even more oral depositions on the mainland at their convenience, probably in March 2006.

G)  Said scheduling of mainland oral depositions on ten days notice is an unreasonable time frame for Plaintiff to comply, unduly prejudices Plaintiff, and subjects Plaintiff to an undue burden.

H)  Trial in this matter is currently set for April 4, 2006.

I)  The parties have much preparation to do before trial and many

deadlines relating to the case is set in March.

    J)    Plaintiff believes that Defendants are engaging in said course of conduct for improper motives, to overly burden Plaintiff with oral depositions that could have been scheduled much earlier, in an effort to distract Plaintiff and waste Plaintiff's time and financial resources.

    K)    In order for the issues to be resolved before the discovery cutoff, hearing should be had on or before February 24, 2006 in order to give parties time to comply in the event discovery is ordered produced.

    3.    This ex parte motion to shorten time is made in the interest of justice, to save resources, and to expedite litigation, and not for the purpose of unfair advantage or delay.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii   FEB 17 2006



GLENN H. UESUGI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>Defendants. | Civil No. 04-00461 SOM LEK<br><br>ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE DISCOVERY CUTOFF AND FOR OTHER RELIEF |

ORDER GRANTING EX PARTE MOTION TO SHORTEN
TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION FOR
PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR
OTHER RELIEF

Upon review of Plaintiff Dae Sung Lee's Ex Parte Motion to Shorten Time for Hearing on PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF filed herein, and the Declaration of Glenn H. Uesugi, and good cause appearing therefor,

IT IS HEREBY ORDERED that PLAINTIFF DAE SUNG LEE'S

MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY

CUTOFF AND FOR OTHER RELIEF may be heard before the Honorable

_Leslie E. Kobayashi_, Judge of the above-entitled Court, in her courtroom in the

United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96813, at

__9__ o'clock, on __3/2/06__, or as soon thereafter as

counsel may be heard.

DATED: Honolulu, Hawaii, __2/17/06__.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Dae Sung Lee vs. United States Taekwondo Union, et al.; Civil No. 04-00461
SOM LEK; United States District of Hawaii
ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR
HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE
ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER
RELIEF.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid or by hand delivery upon filing.

| | |
|---|---|
| DAVID M. LOUIE, ESQ.<br>APRIL LURIA, ESQ.<br>Roeca, Louie & Hiraoka<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii  96813 | HAND DELIVERY |

MARK S. LEVINSTEIN, ESQ.                    U.S. MAIL
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, FEB 17 2006

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
Dae Sung Lee