IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER PERMITTING |
| | ) | UNLICENSED ATTORNEY TO |
| vs. | ) | APPEAR *PRO HAC VICE* FOR |
| | ) | DEFENDANTS UNITED STATES |
| UNITED STATES TAEKWONDO | ) | TAEKWONDO UNION AND |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, et al., | ) | COMMITTEE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

601-1/Houlihan Amended Order.wpd

AMENDED ORDER PERMITTING UNLICENSED
ATTORNEY TO APPEAR *PRO HAC VICE* FOR
DEFENDANTS UNITED STATES TAEKWONDO UNION
AND UNITED STATES OLYMPIC COMMITTEE

Based upon Defendants United States Taekwondo Union and United States Olympic Committee's Ex Parte Motion to Permit Unlicensed Attorney to Appear *Pro Hac Vice* and the Declarations attached hereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that Patrick J. Houlihan with the law firm of Williams & Connolly, LLP, and licensed to practice in the State of New York, shall be permitted to appear *pro hac vice* before this Court in the above-captioned action for the specific and limited purpose of representing Defendants United

States Taekwondo Union and United States Olympic Committee.

DATED: Honolulu, Hawaii, February 24, 2006.



Leslie E. Kobayashi
United States Magistrate Judge

Civil No. 04-00461-SOM-LEK, U.S. District Court, District of Hawaii
Dae Sung Lee v. United States Taekwondo Union, et al.
ORDER PERMITTING UNLICENSED ATTORNEY TO APPEAR *PROHAC VICE* FOR DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE