Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE            2162-0
dlouie@rlhlaw.com
APRIL LURIA              4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email: mlevinstein@wc.com
ROBERT L. MOORE
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: AMENDED NOTICE OF |
| | ) | TAKING DEPOSITION FOR |

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al.,<br><br>          Defendants. | ) EDWARD H. FORD - 2/27/06 @<br>) 10:30 A.M.; AND AMENDED<br>) NOTICE OF TAKING DEPOSITION<br>) FOR JOHN SEIBER - 2/28/06 @<br>) 5:00 P.M.]<br>)<br>) Trial Date: April 4, 2006 |

601-1/p.cos re amended notice of ford & seiber depos.al.sh.wpd

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Notice of Taking Deposition for Edward H. Ford (set for February 27, 2006 at 10:30 a.m.); and Amended Notice of Taking Deposition for John Seiber (set for February 28, 2006 at 5:00 p.m.) was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

| | |
|---|---|
| WARD D. JONES, ESQ.<br>Bervar & Jones<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br>--and-- | [ F/M ] |
| GLENN H. UESUGI, ESQ.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii 96813<br>--and-- | [ F/M ] |

MICHAEL J. GREEN, ESQ.          [ F/M ]
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

FEB 2 3 2006

DATED:  Honolulu, Hawaii, _____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE