Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

| | |
|---|---|
| DAVID M. LOUIE | 2162-0 |
| dlouie@rlhlaw.com | |
| APRIL LURIA | 4687-0 |
| aluria@rlhlaw.com | |

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |

|  |  |  |
|---|---|---|
| vs. | ) | [RE: AMENDED NOTICE OF |
|  | ) | TAKING DEPOSITION OF SANG |
| UNITED STATES TAEKWONDO | ) | LEE - 3/20/06 @ 10:30 A.M.; AND |
| UNION, a Colorado nonprofit | ) | AMENDED NOTICE OF TAKING |
| Corporation, et al., | ) | DEPOSITION OF SAMUEL PEJO - |
|  | ) | 3/21/06 @ 10:30 A.M.] |
| Defendants. | ) |  |
|  | ) | Trial Date: April 4, 2006 |
|  | ) |  |

601-1/p.cos re amended notice of lee & pejo
depos.al.sh.wpd

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Notice of Taking Deposition of Sang Lee (set for March 20, 2006 at 10:30 a.m.); and Amended Notice of Taking Deposition of Samuel Pejo (set for March 21, 2006 at 10:30 a.m.) was duly served by First Class mail and by facsimile transmission to the following at their last known address on February 27, 2006:

    WARD D. JONES, ESQ.
    Bervar & Jones
    1400 Pauahi Tower
    1001 Bishop Street
    Honolulu, HI   96813
    --and--
    GLENN H. UESUGI, ESQ.
    345 Queen Street, 2nd Floor
    Honolulu, Hawaii 96813
    --and--

MICHAEL J. GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

MAR - 1 2006

DATED: Honolulu, Hawaii, _____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE