# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00461SOM-LEK |
| CASE NAME: | Dae Sung Lee vs. United States Taekwondo Union, a Colorado nonprofit Corporation, et al. |
| ATTYS FOR PLA: | Ward D. Jones<br>Glenn H. Uesugi |
| ATTYS FOR DEFT: | April Luria |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 3/2/2006 | TIME: | 9:10-9:36 |

COURT ACTION:  EP: Plaintiff's Motion for Protective Order to Enforce the Discovery Cutoff and for Other Relief - Arguments heard.

Motion Granted in Part and Denied in Part.

Court to produce Order.

Submitted by: Warren N. Nakamura, Courtroom Manager