ROECA LOUIE & HIRAOKA

DAVID M. LOUIE        2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA          4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
Patrick J. Houlihan
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | AMENDED NOTICE OF TAKING |
| | ) | DEPOSITION DUCES TECUM OF |
| vs. | ) | SAMUEL PEJO |
| | ) | |
| UNITED STATES TAEKWONDO | ) | Tuesday, 03/21/2006 @ 10:30 a.m. |
| UNION, a Colorado nonprofit | ) | |



EXHIBIT 2

Corporation, UNITED STATES )
OLYMPIC COMMITTEE, a federally )
chartered nonprofit corporation; )
JOHN DOES 1-10; JANE DOES 1- )
10; DOE PARTNERSHIPS 1-10; )
DOE CORPORATIONS 1-10, )
                                               )
                        Defendants. )
                                               )

## AMENDED NOTICE OF TAKING
## DEPOSITION DUCES TECUM OF SAMUEL PEJO

TO:        WARD D. JONES, ESQ.
              Bervar & Jones
              1400 Pauahi Tower
              1001 Bishop Street
              Honolulu, Hawaii 96813

              —and—

              GLENN H. UESUGI, ESQ.
              345 Queen Street, 2nd Floor
              Honolulu, Hawaii 96813

              —and—

              MICHAEL JAY GREEN, ESQ.
              345 Queen Street, 2nd Floor
              Honolulu, Hawaii 96813

              Attorneys for Plaintiff
              Dae Sung Lee

      PLEASE TAKE NOTICE that Defendants United States Taekwondo Union and United States Olympic Committee will take the deposition of the

-2-

following person at the date and time indicated at the Antlers Hilton Colorado Springs, 4 S. Cascade Avenue, Colorado Springs, CO. 80903, or such other place as agreed by the parties:

| NAME/ADDRESS | DATE/TIME |
|---|---|
| Samuel Pejo<br>6323 Colony Circle<br>Colorado Springs, CO 80919 | Tuesday, March 21, 2006, 10:30 a.m. or such other time as agreed by the parties |

or

c/o U.S. Taekwondo Center
1316 North Academy Blvd.
Colorado Springs, CO 80909

The deposition will be taken before a notary or other officer authorized to administer oaths pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, and shall be recorded by videographic and/or stenographic means. The deposition will be used for the purposes of discovery or for use as evidence at trial, or both. The deponent is instructed to produce all the documents requested in Schedule A hereto at the offices of the United States Olympic Committee, One Olympic Plaza, Colorado Springs, CO 80909 on or before Wednesday, March 1, 2006 or by Federal Express delivery on that date to the law offices of Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 (we will provide a Federal Express number upon request).

The examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Washington, D.C., February 27, 2006.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *[signature]*
Mark S. Levinstein
Robert L. Moore
Patrick J. Houlihan
725 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461-SOM-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Taking Deposition Duces Tecum of Samuel Pejo was duly served on the following, by fax and first-class mail on February 27, 2006:

| | Fax | First-Class Mail |
|---|---|---|
| WARD D. JONES, ESQ.<br>Bervar & Jones<br>1400 Pauahi Tower, 1001 Bishop Street<br>Honolulu, HI  96813<br>—and— | ( X ) | (X) |
| GLENN H. UESUGI, ESQ.<br>MICHAEL JAY GREEN, ESQ.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii  96813<br><br>Attorneys for Plaintiff<br>DAE SUNG LEE | ( X ) | (X) |

-5-

DATED: Washington, D.C., February 27, 2006.

*Mark S. Levinstein*
MARK LEVINSTEIN
ROBERT L. MOORE
Attorneys for Defendant
UNITED STATES TAEKWONDO UNION

-6-