ROECA LOUIE & HIRAOKA

DAVID M. LOUIE     2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA     4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
Patrick J. Houlihan
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
United States Taekwondo Union

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM TEK |
| | ) | |
| Plaintiff, | ) | AMENDED NOTICE OF |
| | ) | SUBPOENA DUCES TECUM FOR |
| vs. | ) | SAMUEL PEJO |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |

```
Corporation, UNITED STATES              )
OLYMPIC COMMITTEE, a federally          )
chartered nonprofit corporation;        )
JOHN DOES 1-10; JANE DOES 1-            )
10; DOE PARTNERSHIPS 1-10;              )
DOE CORPORATIONS 1-10,                  )
                                        )
                    Defendants.         )
                                        )
```

## NOTICE OF SUBPOENA DUCES TECUM FOR SAMUEL PEJO

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure:

>   Samuel Pejo
>   6323 Colony Circle
>   Colorado Springs, CO 80919

is hereby requested to produce all the documents requested in Schedule A hereto at the offices of the United States Olympic Committee, One Olympic Plaza, Colorado Springs, CO 80909 on or before Wednesday, March 1, 2006 or by Federal Express delivery on that date to the law offices of Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 (we will provide a Federal Express number upon request). The deposition of Mr. Pejo will take place at the date and time indicated at the Antlers Hilton Colorado Springs, CO 80903, or such other place and time as agreed by the parties.

The documents to be produced are indicated in the Attachment to the subpoena attached hereto as Schedule A.

                      Respectfully submitted,

                      WILLIAMS & CONNOLLY LLP

                      By: *[signature]*
                      Mark S. Levinstein
                      Robert L. Moore
                      725 Twelfth Street, NW
                      Washington, DC  20005-5901
                      Telephone: (202) 434-5000
                      Facsimile: (202) 434-5029

                      ROECA LOUIE & HIRAOKA

                      David M. Louie
                      April Luria
                      900 Davies Pacific Center
                      841 Bishop Street
                      Honolulu, Hawaii  96813-3917
                      Telephone: (808) 538-7500
                      Facsimile: (808) 521-9648

                      Attorneys for Defendants United States
                      Taekwondo Union and United States
                      Olympic Committee

Dated: February 27, 2006

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Subpoena Duces Tecum was duly served on the following, by fax and first-class mail on February 27, 2006:

| | Fax | First-Class Mail |
|---|---|---|
| WARD D. JONES, ESQ.<br>Bervar & Jones<br>1400 Pauahi Tower, 1001 Bishop Street<br>Honolulu, HI  96813<br>—and— | ( X ) | (X) |
| GLENN H. UESUGI, ESQ.<br>MICHAEL JAY GREEN, ESQ.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii  96813 | ( X ) | (X) |

Attorneys for Plaintiff
DAE SUNG LEE

-4-

DATED: Washington, D.C., February 27, 2006.

*Mark Levinstein*
MARK LEVINSTEIN
ROBERT L. MOORE
Attorneys for Defendant
UNITED STATES TAEKWONDO UNION
AND UNITED STATES OLYMPIC
COMMITTEE

-5-