ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES    2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 07 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | CERTIFICATE OF SERVICE RE: PLAINTIFF DAE SUNG LEE'S EXHIBIT EXCHANGE |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; | Trial Date: April 4, 2006 |

| | |
|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) |
| Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE RE: PLAINTIFF DAE SUNG LEE'S EXHIBIT EXCHANGE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of PLAINTIFF DAE SUNG LEE'S EXHIBIT EXCHANGE was duly served on the following, via U.S. Mail postage prepaid or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.  
APRIL LURIA, ESQ.  
Roeca, Louie & Hiraoka  
841 Bishop Street, Suite 900  
Honolulu, Hawaii  96813

HAND DELIVERY

MARK S. LEVINSTEIN, ESQ.  
ROBERT L. MOORE, ESQ.  
Williams & Connolly LLP  
725 12th Street, N.W.  
Washington, D.C.  20005

U.S. MAIL

Attorneys for Defendants  
UNITED STATES TAEKWONDO UNION and  
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, MAR 0 7 2006 _____

_____  
MICHAEL JAY GREEN  
WARD D. JONES  
GLENN H. UESUGI  
Attorneys for Plaintiff  
DAE SUNG LEE