ROECA LOUIE & HIRAOKA

DAVID M. LOUIE              2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA                 4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
Patrick J. Houlihan
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANTS UNITED STATES |
| vs. | ) | TAEKWONDO UNION'S AND |
| | ) | UNITED STATES OLYMPIC |
| UNITED STATES TAEKWONDO | ) | COMMITTEE'S FINAL |

|  |  |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>            Defendants. | UNITED STATES OLYMPIC COMMITTEE'S FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial Date: April 4, 2006 |

## DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S FINAL COMPREHENSIVE WITNESS LIST

Pursuant to the direction of Magistrate Judge Leslie E. Kobayashi's Final Pretrial Order filed on June 30, 2004, Defendants United States Taekwondo Union and United States Olympic Committee hereby identify witnesses who may testify at the trial scheduled for April 4, 2006 in the above-referenced matter.

DATED:   Honolulu, Hawaii, March 14, 2006.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants United States Olympic Committee and United States Taekwondo Union

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>                Defendants. | Civil No. 04—00461 SOM TEK<br><br>DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S FINAL COMPREHENSIVE WITNESS LIST<br><br>Trial Date: April 4, 2006 |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf.<br>No. | Def.<br>No. | Date<br>Offered | Marked | Admitted | **DESCRIPTION OF EXHIBITS AND WITNESSES** | |
| | | | | | Abdallah, Nia<br><br>This witness was a silver medalist at the 2004 Olympic Games and testified at the TRO hearing in August 2004. She is expected to testify live or by prior testimony regarding issues of liability.<br><br>The estimated time required for the direct testimony of Nia Abdallah is 1 hour. | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | **DESCRIPTION OF EXHIBITS AND WITNESSES** | |
| | | | | | Baggiano, Tony<br><br>This witness was a member of the USTU Nominating and Governance Committee in 2004-2005 and is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Tony Baggiano is 4 hours. | |
| | | | | | Bender, Rich<br><br>This witness was a member of the USTU Nominating and Governance Committee in 2004 and 2005 and is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Rich Bender is 4 hours. | |
| | | | | | Candon, John<br><br>This expert witness is expected to testify regarding lack of causation and lack of any damages. This witness will also be used to rebut the testimony of Plaintiff's expert on damages.<br><br>The estimated time required for the direct testimony of John Candon is 6 hours. | |
| | | | | | Chalmers, Jill<br><br>This witness was an attorney representing the USTU during 2003. She is expected to testify live or by deposition regarding issues of liability. | |

-4-

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | The estimated time required for the direct testimony of Jill Chalmers is 2 hours. | |
| | | | | | Cho, Hee<br><br>This witness owns and operates a taekwondo school in Hawaii. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Hee Cho is 2 hours. | |
| | | | | | Dring, Steven<br><br>This witness is a taekwondo coach and referee and has held various international taekwondo positions. He is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Steven Dring is 4 hours. | |
| | | | | | Duplanty, Christopher<br><br>This witness was a member of the USOC Executive Committee during 2001-2004. He is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Chris Duplanty is 2 hours. | |
| | | | | | Frazier, Herman<br><br>This witness was a member of the USOC Executive Committee during 2001-2004. He is expected to testify regarding issues of liability. | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | \multicolumn{2}{l}{DESCRIPTION OF EXHIBITS AND WITNESSES} |
| | | | | | \multicolumn{2}{l}{The estimated time required for the direct testimony of Herman Frazier is 2 hours.} |
| | | | | | \multicolumn{2}{l}{Gambardella, Robert<br><br>This witness was the Interim CEO of the USTU in 2004-2005 and testified at the 2004 TRO hearing. He is expected to testify live or by prior testimony regarding issues of liability.<br><br>The estimated time required for the direct testimony of Robert Gambardella is 4 hours.} |
| | | | | | \multicolumn{2}{l}{Godino, Rachel<br><br>This witness was a member of the USOC Executive Committee during 2001-2004. She is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Rachel Godino is 2 hours.} |
| | | | | | \multicolumn{2}{l}{Harris, Bruce<br><br>This witness was an active member of the USTU, a taekwondo referee, and served as the USTU Executive Director during 2002-2003. He is expected to testify live or by deposition regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Bruce Harris is 4 hours.} |
| | | | | | \multicolumn{2}{l}{Holloway, John<br><br>This witness is a member of the USTU and is} |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | **DESCRIPTION OF EXHIBITS AND WITNESSES** | |
| | | | | | expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of John Holloway is 4 hours. | |
| | | | | | Jang, Soonmin<br><br>This witness is a member of the USTU. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Soonmin Jang is 2 hours. | |
| | | | | | Kim, Chang Kil<br><br>This witness is a taekwondo referee and is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Chang Kil Kim is 3 hours. | |
| | | | | | Kim, Chul Ho<br><br>This witness was Nia Abdallah's coach and was a United States taekwondo coach at the 2004 Olympic Games. He is expected to testify live or by deposition regarding issues of liability.<br><br>The estimated time required for the direct testimony of Chul Ho Kim is 2 hours. | |
| | | | | | Kim, Seung Hwan<br><br>This witness is a member of the USTU. He is | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | **DESCRIPTION OF EXHIBITS AND WITNESSES** | |
| | | | | | expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Seung Hwan Kim is 2 hours. | |
| | | | | | Lee, Dae Sung<br><br>Plaintiff. This witness is expected to testify regarding issues of liability and damages live or by deposition.<br><br>The estimated time required for the direct testimony of Dae Sung Lee is 4 hours. | |
| | | | | | Lee, Han Won<br><br>This witness was a United States taekwondo coach at the 2000 Olympic Games. He is expected to testify live or by deposition regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Han Won Lee is 3 hours. | |
| | | | | | Lee, Heon Mi<br><br>This witness is the wife of the plaintiff. She is expected to testify live or by deposition regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Heon Mi Lee is 2 hours. | |
| | | | | | Lee, Sang<br><br>This witness was the President of the USTU and he is expected to testify live or | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | **DESCRIPTION OF EXHIBITS AND WITNESSES** | |
| | | | | | deposition regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Sang Lee is 4 hours. | |
| | | | | | Locke, Steve<br><br>This witness was a member of the USTU Nominating and Governance Committee and is expected to testify live or by deposition regarding issues of liability.<br><br>The estimated time required for the direct testimony of Steve Locke is 4 hours. | |
| | | | | | Lopez, Diana<br><br>This witness is a taekwondo athlete. She is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Diana Lopez is 3 hours. | |
| | | | | | Lopez, Jean<br><br>This witness was the Head United States Taekwondo Coach at the 2004 Olympic Games and is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Jean Lopez is 3 hours. | |
| | | | | | Lopez, Mark<br><br>This witness is a taekwondo athlete. He is | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | \multicolumn{2}{l}{DESCRIPTION OF EXHIBITS AND WITNESSES} |
| | | | | | \multicolumn{2}{l}{expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Mark Lopez is 3 hours.} |
| | | | | | \multicolumn{2}{l}{Lopez, Steven<br><br>This witness was a Gold Medalist in taekwondo at the 2004 Olympic Games and testified at the 2004 TRO Hearing. He is expected to testify live or by prior testimony regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Steven Lopez is 3 hours.} |
| | | | | | \multicolumn{2}{l}{McCarthy, James<br><br>This witness was a member of the USOC Executive Committee during 2001-2004. He is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of James McCarthy is 2 hours.} |
| | | | | | \multicolumn{2}{l}{McNeill, Kathy<br><br>This witness is a USOC employee in the area of Information Technology. She is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Kathy McNeill is 1 hour.} |
| | | | | | \multicolumn{2}{l}{Mendoza, Jeanna<br><br>This witness is an employee of the USTU. She} |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Jeanna Mendoza is 3 hours. | |
| | | | | | Moreno, Juan<br><br>This witness is a three-time Olympian, a two-time Silver medalist, and a taekwondo coach. He was a member of the USTU Governance and Management Committee in 2004-2005. He is expected to testify live or by deposition regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Juan Moreno is 4 hours. | |
| | | | | | Nam, Joong<br><br>This witness is a member of the USTU. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the testimony of Joong Nam is 2 hours. | |
| | | | | | Padilla, Kevin<br><br>This witness is a taekwondo athlete. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Kevin Padilla is 2 hours. | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | Park, Cha Sok<br><br>This witness is a taekwondo coach and referee and has held various international taekwondo positions. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the testimony of Cha Sok Park is 4 hours. | |
| | | | | | Paulsen, Tom<br><br>This witness is an employee of the USTU who deals with financial issues. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Tom Paulsen is 3 hours. | |
| | | | | | Perez, Herb<br><br>This witness was a Gold Medalist in taekwondo at the 1992 Olympic Games. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Herb Perez is 3 hours. | |
| | | | | | Satrom, Thomas<br><br>This witness was the Chair of the USOC Membership & Credentials Committee in 20021-2004. He is expected to testify regarding issues of liability. | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | The estimated time required for the direct testimony of Thomas Satrom is 4 hours. | |
| | | | | | Seiber, John<br><br>This witness is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of John Seiber is 2 hours. | |
| | | | | | Skinner, Kelly<br><br>This witness is a USOC employee. He is expected to testify live or by deposition regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Kelly Skinner is 4 hours. | |
| | | | | | Smith, Steve<br><br>This witness was an attorney representing the USTU during portions of 2003. He is expected to testify live or by deposition regarding issues of liability.<br><br>The estimated time required for the direct testimony of Steve Smith is 3 hours. | |
| | | | | | Sobel, Steve<br><br>This witness was a member of the USOC Membership & Credentials Committee during 2001-2004 and was a former Chair of that committee. He is expected to testify regarding issues of liability. | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | **DESCRIPTION OF EXHIBITS AND WITNESSES** | |
| | | | | | The estimated time required for the direct testimony of Steve Sobel is 4 hours. | |
| | | | | | Stapleton, Bill<br><br>This witness was a member of the USOC Executive Committee during 2001-2004. He is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Bill Stapleton is 2 hours. | |
| | | | | | Sweet, Ronda<br><br>This witness has been actively involved as a member of the USTU. She is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Ronda Sweet is 4 hours. | |
| | | | | | Telli, Christopher<br><br>This witness was an auditor employed by the USOC. He is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Christopher Telli is 3 hours. | |
| | | | | | Toles, Perry<br><br>This witness is expected to testify regarding issues of liability. This witness was a member of the USOC's Membership and Credentials Committee in 2001-2004. | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| Trial Date:<br>April 4, 2006 | | | | | Court Reporter | Courtroom Deputy |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | The estimated time required for the direct testimony of Perry Toles is 4 hours. | |
| | | | | | Wakefield, Barbara<br><br>This witness is a taekwondo referee. She is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Barbara Wakefield is 3 hours. | |
| | | | | | Warwick, Jay<br><br>This witness served as the USTU Executive Director during portions of 1998-2002. He is expected to testify regarding issues of liability and damages.<br><br>The estimated time required for the direct testimony of Jay Warwick is 4 hours. | |
| | | | | | Washburn, Kory<br><br>This witness is a USOC employee in the area of Information Technology. He is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Kory Washburn is 1 hour. | |
| | | | | | Witte, Virginia<br><br>This witness was employed as a USOC auditor and served as a member of the USTU Nominating and Governance Committee during | |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Susan Oki Mollway | | | | | Ward D. Jones, Esquire<br>Bervar & Jones | David Louie & April Luria<br>Roeca Louie & Hiraoka |
| **Trial Date:**<br>April 4, 2006 | | | | | **Court Reporter** | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | 2004-2005. She is expected to testify regarding issues of liability.<br><br>The estimated time required for the direct testimony of Virginia Witte is 4 hours. | |

DATED: Honolulu, Hawaii, March 14, 2006

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants United States
Olympic Committee and United States
Taekwondo Union

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,  )<br> )<br>           Plaintiff,   )<br> )<br>   vs.   )<br> )<br>UNITED STATES TAEKWONDO  )<br>UNION, a Colorado nonprofit   )<br>Corporation, UNITED STATES   )<br>OLYMPIC COMMITTEE, a federally )<br>chartered nonprofit corporation; JOHN)<br>DOES 1-10; JANE DOES 1-10; DOE  )<br>PARTNERSHIPS 1-10; DOE   )<br>CORPORATIONS 1-10,   )<br> )<br>           Defendants.   )<br>_____ ) | Civil No. 04—00461 SOM TEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on March 14, 2006:

|  | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | ( ) | ( x ) |

GLENN H. UESUGI                     ( )      ( X )
345 Queen Street, 2nd Floor
Honolulu, HI 96813
and
MICHAEL GREEN                       ( )      ( X )
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorneys for Plaintiff
Dae Sung Lee


DATED: Honolulu, Hawaii, March 14, 2006.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee