

# NEWS RELEASE

## USA TAEKWONDO ATHLETE ACCEPTS SANCTION FOR DOPING VIOLATION

**COLORADO SPRINGS (February 13, 2006)**
The United States Anti-Doping Agency (USADA) announced today that Steven Lopez of Sugarland, Texas, an athlete in the sport of taekwondo, tested positive for a prohibited substance and accepted a suspension for his first doping offense.

*Board of Directors*

*Ralph W. Hale, MD*
*Chair*

*Richard W. Cohen, MD*
*Vice Chair*

*Barry Axelrod*
*Treasurer*

*Kate Hendrickson Borg, CHMM*
*Secretary*

*Evelyn Ashford*

*Lawrence Brown, Jr., MD, MPH*

*Jean Fourcroy, MD, PhD, MPH*

*Andrew Mecca, Dr PH, MPH*

*Annette Salmeen, DPhil*

Lopez, 27, tested positive for the L-isomer of methamphetamine (L-methamphetamine) at the Round Robin Fight Off on January 7, 2006. The L-methamphetamine is listed as a "specified substance" and is prohibited under the USADA Protocol and the rules of the World Taekwondo Federation (WTF), the international federation for the sport of taekwondo, which have adopted the World Anti-Doping Code and the World Anti-Doping Agency (WADA) Prohibited List.

L-methamphetamine is listed as a "specified substance" because it is particularly susceptible to unintentional violations because of its presence in medicinal products. The use in this case was shown not to be for performance enhancing reasons.

Lopez accepted a 3-month suspension. As part of his sanction, Lopez agreed to participate in an anti-doping educational program. Upon completion of the program, he is eligible for a three-month period of deferment, allowing for a return to competition as of the completion date.

As a result of the doping violation, Lopez has been disqualified from the final match of the Round Robin Fight Off and forfeits his results from the final match.

USADA is responsible for the testing and results management process for athletes in the U.S. Olympic and Paralympic Movement. USADA is equally dedicated to preserving the integrity of sport through research initiatives and educational programs.

**CONTACT:**
Communications & Public Affairs
Phone: (719) 785-2009
e-mail: media@usantidoping.org

*United States Anti-Doping Agency*
*1330 Quail Lake Loop, Suite 260, Colorado Springs, CO 80906*
*Tel: 719.785.2000 ■ Fax: 719.785.2001*
*usada@usantidoping.org ■ www.usantidoping.org*

EXHIBIT 1