BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES   2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone:   (808) 550-4990
Facsimile:   (808) 550-4991

Attorney for Plaintiff
Dae Sung Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF SAMUEL PEJO; |
| | ) | EXHIBITS "1" AND "2" |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally) | | |
| chartered nonprofit | ) | |
| corporation, JOHN DOES 1-10; | ) | |
| JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; | ) | |
| | ) | |
| Defendants. | ) | |

<u>DECLARATION OF SAMUEL PEJO</u>

EXHIBIT 2

## DECLARATION OF SAMUEL PEJO

1.  Declarant's name is SAMUEL PEJO.  His address is 6323 Colony Circle, Colorado Springs, Colorado 80919. He makes this declaration based upon personal knowledge.

2.  Declarant has been involved with the sport of Taekwondo since age 11 and has been a successful competitor nationally and internationally as well as a successful coach. Attached hereto as Exhibit 1 is a true and correct copy of his resume.

3.  Declarant has been a resident athlete at the U.S. Olympic Training Center and National team member since 1991.  He has been assistant coach at OTC since 1995. Since 2000, Declarant has also been the Athlete Advisory Committee (AAC) chairperson whose function is to represent the more than 30,000 Taekwondo athletes in the United States who are members of the accredited national Taekwondo governing body called United States Taekwondo Union (USTU).  Roughly half of the members compete.

4.  As a successful competitor and coach, Declarant believes he is competent to give opinions on what traits are necessary to be a successful Olympic Coach in Taekwondo.  The traits to look for include: knowledge of the Olympic games format; knowledge of the sport; be aware of political considerations internationally within the sport; have good relationships with referees; have knowledge of both the U.S. athletes and their competition.

2

5.  In the first part of 2004 there was a conflict between the United States Olympic Committee (USOC) and the USTU over alleged financial mis-management as well as other criticisms.  As a result most of USTU upper level management was required to resign or the positions deleted. Declarant was not required to leave as part of the settlement, which was labeled a remediation plan.

6.  During the USOC conflict, Declarant did work with USTU's legal counsel and Executive Director Tim Connolly and did attend meetings regarding the status of settlement.  At one such meeting with legal counsel, Declarant was told that members of the USOC membership and Credentials Committee referred to USTU management as the Korean Mafia.

7.  In Spring 2003 Master Dae Sung Lee, was selected by the USTU to be the United States Olympic Team Coach.  Everyone at USTU respected his qualifications and ability and was happy for him.

8.  Master Dae Sung Lee's selection as Olympic coach, and which Declarant participated in, followed normal procedures set forth in the USOC bylaws and USTU bylaws as follows:

    The 2004 Olympic coach selection criteria were decided upon by USTU and then submitted in written form to USOC for approval over one year ago.  The persons signing the criteria were Juan Moreno-USTU Athlete Representative to the USOC, Han Won Lee-National Team Director of USTU, and Bruce Harris-Executive Director of USTU.

3

The USOC Delegation Review Committee went over the criteria with USOC Sports Partnerships and approved of the criteria.

In March, the USTU Coaching Sciences Committee submitted several names to the USTU Executive Board for consideration and the Board by majority voted for Dae Sung Lee.  The Board at that time had about 20 members including 5 from AAC.  Therefore the athletes had a strong voice in the selection process.

9.   Thereafter, Master Dae Sung Lee did all things expected of an Olympic Coach including: USTU sent him to Athens for an Olympic Games site visit in April 2003; he was also asked to and did attend all relevant National and International Taekwondo competitions such as the 2003 Pan Am Games, several different Olympic Trials, Asian Qualifications for Olympic Teams, World Qualifications for Olympic Teams, which all lead up to the Olympics.

10.   Declarant is aware that the USOC approved of Master Dae Sung Lee's nomination in October 2003.  At that point it is considered final.

11.  Following the above-referred to removal of USTU management under the remediation plan, USTU management was replaced by appointees of the USOC.  The Chief Executive Officer is now Mr. Bob Gambardella, an executive on loan from USOC, who oversees day to day management.  The new board of directors or governance as it is called is:  Steve Locke Triathlon; Rich Bender Wrestling; Tony Baggiano Water-skiing; Virginia Witte USOC audit dept.; Juan Moreno Taekwondo.

All of these individuals come from within USOC or work very closely with USOC. Mr. Locke is a past National Governing Body (NGB – a quasi USOC entity) Counsel member to USOC; Mr. Bender is still an NGB counsel member; Mr. Baggiano is a member of the USOC Membership and Credentials Committee; Ms. Witt is a paid USOC employee as is Mr. Gambardella; Mr. Moreno was a USTU athlete representative to USOC and therefore worked closely day to day with USOC.

12. Following installation of new management at USTU, coach selection matters became secretive and no one outside the governance knew what was going on as information was not shared or published. When Jean Lopez was selected, this too was hardly publicized.

13. Declarant only heard from Master Dae Sung Lee's nomination was withdrawn but does not know the reasons or who suggested this in the first place.

14. Declarant was an Olympic Training Center Volunteer Assistant Coach during 2002 to 2004. He assisted in training of Ms. Nia Abdallah, a 2004 U.S. Olympic team member, after Han Won Lee, the Olympic Training Center Head Coach, left the training center in March 2003. Mr. Chul Ho Kim then replaced Han Won Lee as OTC Head Coach, an employee of USTU, in April 2003. Chul Ho Kim beginning in April 2003 for the first time trained Ms. Abdallah. Ms. Abdallah was discovered and recruited by Han Won Lee in 2002.

15 Declarant believes that there is a conflict of interest by Jean Lopez coaching Nia Abdallah. This is because just prior to the 2004

Olympics, Jean Lopez unsuccessfully coached his sister Diana Lopez at the Olympic Final Team Trials at San Jose, California.  His sister Diana was also an Olympics hopeful who had a match against Nia Abdallah and Nia won and got onto the Olympic Team instead of Diana. Because of the family relationship, significance of the loss, closeness of coach to student, and the fact that Diana Lopez is the Olympic Team Alternate to Nia, Nia would now conceivably be very uncomfortable at the 2004 Olympics with the coach whose sister lost against Nia.

16. Declarant heard that USTU governance, after being advised of Mr. Lopez's conflict, would send Chul Ho Kim as an uncredentialed trainer only so that there would be a familiar face to be with Nia Abdallah during the Olympic competition.

17. Attached as Exhibit 2 hereto and identified as Plaintiff's Exhibit 32, is a true and correct copy of the United States Olympic Committee Selection Procedures Manual.  This Manual was the one given to USTU in or before 2003 for use in the 2004 Olympic Games selection process. This Manual has Athlete and Coach Selection Criteria and Forms that USTU was required to fill out and submit to USOC.  Declarant helped fill in the form on his computer with regard to coach selection criteria based upon criteria approved by USTU for 2003 and believes that this Exhibit is substantially the one that was submitted to USOC for its approval.  The USOC did approve these procedures in early 2003. Dae Sung Lee was selected by USTU and appointed by USOC based upon these same procedures.

6

18.  Declarant, SAMUEL PEJO, does declare under
     penalty of law that the foregoing is true and
     correct.

Date: 6 Aug '04

SAMUEL PEJO

Samuel S. Pejo

6323 Colony Circle
Colorado Springs, CO 80919

Home: (719) 264-8673
Email: sspjr@aol.com

**EUDCATION:** Bachelor's of Arts
Binghamton University, Binghamton, NY
Major: BA – Spanish

**WORK EXPERIENCE:**

4/1998 to 12/2000
National Events Director
U.S. Taekwondo Union, Colorado Springs, CO
- Responsible for the organization and execution of all National Events, including the National Championships, Junior Olympics, National and Olympic Team Trials and any international events hosted by the USTU.
- Coordinated staff responsibilities for all USTU National Events from Olympic Team Trials (80 athletes) to Junior Olympics (5,000 athletes).
- Report to and execute all USTU Board of Directors resolutions related to National Events.
- Oversee the athletes' application/registration process beginning with verification of the registration packet to awards ceremonies following competition.
- Negotiating contracts with vendors, Local Organizing Committee and other business partners/clients.
- Marketing and publication of event information.

1995 to Present
Senior Instructor
U.S. Taekwondo Center, Colorado Springs, CO
- Responsible for developing Taekwondo Curriculum, training, testing and promoting Taekwondo Students.
- Working with children throughout the local community for personal development and physical fitness.

1995 to 1998
National Events Staff
U.S. Taekwondo Union, Colorado Springs, CO
- To assist in the preparation, execution, and continuation of all events the U.S. Taekwondo Union organizes and produces.

1997
Coordinator
5th U.S. Open Taekwondo Championships
U.S. Taekwondo Union, Olympic Training Center, Colorado Springs, CO
- Responsible for organizing and execution of Championship
- 1,000 athletes and over 30 countries represented.

1996
Local Organizing Committee Chairman
4th U.S. Open Taekwondo Championships
U.S. Taekwondo Union, Olympic Training Center, Colorado Springs, CO
- Responsible for Local organization of Championship at 2 separate venues

1996
Local Organizing Committee Chairman
22nd U.S. National Taekwondo Championships
U.S. Taekwondo Union, Olympic Training Center, Colorado Springs, CO
- Responsible for Local organization of Championship
- Over 1000 participants from United States



## VOLUNTEER WORK EXPERIENCE:

| | |
|---|---|
| 1995 to Present | Resident Team Coach – Colorado Springs Olympic Training Center<br>U.S. Taekwondo Union |

- Train and develop programs for elite, full-time athletes. Train Junior National Team Athletes as well as grass-roots athletes. Direct all short-term and long-term training sessions.

1990 to 2004      Athlete Representative<br>
U.S. Taekwondo Union

- Responsible for representing U.S. Taekwondo Union athletes
- Addressing Athletes' Rights Issues in accordance with the United States Olympic Committee

1997 to 2004      Executive Committee Member<br>
U.S. Taekwondo Union

- Serve as the Board of Directors of the Corporation

2001 to 2004      Chairman, Athletes Advisory Council<br>
U.S. Taekwondo Union

- Responsible for representing U.S. Taekwondo Union Athletes in accordance with the U.S. Olympic Committee
- Preside at all Athlete Advisory Council Meetings
- Official spokesperson on behalf of Athlete Advisory Council
- Take the initiative in promoting the purposes and development of the Athlete Advisory Council

2001 to 2004      Nomination and Election Committee<br>
U.S. Taekwondo Union

- Review and determine eligibility of individuals wishing to be considered as a candidate for a position as an officer of the Corporation.
- Select slate of candidates and issue suitable election procedures and monitor election

2001 to 2004      Technical Rules and Referee Certification Committee<br>
U.S. Taekwondo Union

- Research, study, promote and teach the competition rules of the Corporation and the World Taekwondo Federation.

1997 to 2000      Secretary, Athletes Advisory Council<br>
U.S. Taekwondo Union

- Responsible for representing U.S. Taekwondo Union Athletes in accordance with the U.S. Olympic Committee
- Recording, disseminating and archiving notes and activities of U.S. Taekwondo Union Athlete Advisory Council

1997 to 2000      National Training Committee Member<br>
U.S. Taekwondo Union

- Plan and schedule National Training Camps.
- Establish and organize Regional Training Camps.
- Coordinate the selection of special training camp locations.

1997 to 2004      National Collegiate Committee Member<br>
U.S. Taekwondo Union

- Plan and execute a program for the development of Collegiate Taekwondo in the Unites States.

1997 to 2000          Junior Olympic Committee Member
                      U.S. Taekwondo Union
                      ♦  Develop a Junior Olympic program in accordance with the high ideals of
                         the United States Olympic Committee and of the Corporation.

## COACHING EXPERIENCE:

| | |
|---|---|
| 1996 | World University Taekwondo Championships, St. Petersburg, Russia |
| 1998 | World University Taekwondo Championships, Manzanillo, Mexico |
| 1998 | Junior World Taekwondo Championships, Istanbul, Turkey |
| 2000 | World Cup Taekwondo Championships, Lyon, France |
| 2000 | Junior World Taekwondo Championships, Killarney, Ireland |
| 2001 | World Cup Taekwondo Championships, Ho Chi Min City, Viet Nam |
| 2001 | Junior Pan American Taekwondo Championships, Vina del Mar, Chile |
| 2002 | Junior World Taekwondo Championships, Heralkion, Greece |
| 2002 | USOC Taekwondo Developmental Coach of the Year |
| 2003 | Junior Pan American Taekwondo Championships, Rio de Janeiro, Brazil (Best Coach Award) |
| 1995-Present | Olympic Training Center Resident Taekwondo Coaching Staff |

## ACHIEVEMENTS:

| | |
|---|---|
| 1995 | Pan American Games, Mar del Plata, Argentina<br>Silver Medallist |
| 1994-1995 | U.S. National Taekwondo Team<br>Team Captain |
| 1990 | World University Taekwondo Championships, Santander, Spain<br>Gold Medallist |
| 2002 | US Olympic Committee<br>Developmental Coach of the Year |
| 2003 | Jr. Pan American Taekwondo Championships, Rio de Janeiro, Brazil<br>Best Coach Award |

# United States Olympic Committee

## SELECTION PROCEDURES MANUAL



### for the

### Olympic Games (Summer and Winter), the Paralympic Games (Summer and Winter) and the Pan American Games

USOC Delegation Review Committee
Version 1.0 (December 2001)

EXHIBIT 1
2

# Selection Procedures Manual:
# Version 1.0

This Selections Procedures Manual shall be used for the Olympic Games (Summer & Winter), the Paralympic Games (Summer & Winter) and the Pan American Games. Version 1.0 (December 2001) is in effect until revised by the USOC.

All selection information and forms should be sent to:

Gary Moy
United States Olympic Committee
International Games Division
One Olympic Plaza
Colorado Springs, CO 80909-5760

gary.moy@usoc.org

Selection Procedures shall be submitted by mail in hardcopy form or electronically by e-mail, with the following requirements, 1) submit in MS-Word for Windows; 2) date-stamp all pages of the document; 3) submit fax copies of all signature pages in the exact format from the Manual.

The FINAL approved selection criteria must be submitted both electronically and in hard copy, and published on the NGB web site within 30 days of approval.

# Selection Procedures Manual
# Table of Contents

ATHLETE SELECTION PROCEDURES
Guidelines for Nominating Athletes ............................................................5
Proposal for Approval of Athlete Selection Method ...................................11

SELECTION OF TEAM LEADERS
Job Description for Position of Team Leader ..............................................20
Selection Procedures for Team Leader(s) ...................................................21
Nominees for Team Leader(s) .....................................................................22
Biographical Information for Team Leader(s) .............................................23

SELECTION OF COACHES
Guidelines for Nominating Coaches............................................................25
Selection Procedures for Coaches...............................................................26
Nominees for Coaching Positions...............................................................27
Biographical Information for Coaches ........................................................28

SELECTION OF EXTRA STAFF
Guidelines for Nominating Extra Staff........................................................30
Selection Procedure for Extra Staff ............................................................31
Nominees for Extra Staff Positions ............................................................32
Biographical Information for Extra Staff......................................................33

# Athlete Selection Procedures

# Guidelines for Athlete Selection Procedures

### Selection System

All selection procedures are approved by the USOC Executive Committee, after review and recommendation by the USOC Delegation Review Committee. Procedures must be approved prior to dissemination and published at least twelve (12) months prior to the trials or prior to the beginning of any selection competitions for any Games to which the USOC, in partnership with NGBs and/or PSOs, sends teams to compete.

### Selection Guidelines

- Athletes should be selected through a primarily objective system. Any discretion or subjectivity allowed will be required to be supported with objective criteria.

- Selection procedures based on retroactive criteria will not be considered.

- If discretionary choices are to be recommended as a part of the procedure, a committee of more than one person must be involved in making the selections. Twenty percent of all committees involved in the selection process must be non-participating athletes who meet the USOC definition of an athlete.

Any procedure to qualify for a final trials must be included and approved by the USOC. If additional trials will be used as the basis of final selection for start positions, these must all be included as a part of the original selection proposal.

### Athlete Nomination

All athlete nominations must be submitted on an NGB and/or PSO Certification of Athletes Form following the conclusion of the selection procedure for positions on USOC teams. Under the terms of the USOC Code of Conduct, this form can be submitted no earlier than 45 days prior to the Opening Ceremonies unless superceded by an IOC, IPC, PASO or LOC deadline.

Prior to the announcement of any team member, an unaltered USOC Code of Conduct and General Release Form must be individually signed by the athlete.

As long as there are no active complaints the USOC can authorize the NGB and/or PSO to release names to the press as nominees from that sport for the team to attend the Games. Final selection to the team is approved by the USOC Executive Committee. In sports that do not employ a final trial system, the USOC International Games Division must be notified at least 24 hours prior to the official nomination of any team members.

2. A competitor who has represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognized by the relevant IF, and who has changed his nationality or acquired a new nationality, may participate in the Olympic Games to represent his new country provided that at least three years have passed since the competitor last represented his former country. This period may be reduced or even canceled, with the agreement of the NOCs and IF concerned, by the IOC Executive Board, which takes into account the circumstances of each case.

3. If an associated State, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, or if a new NOC is recognized by the IOC, a competitor may continue to represent the country to which he belongs or belonged. However, he may, if he prefers, choose to represent his country or be entered in the Olympic Games by his new NOC if one exists. This particular choice may be made only once.

4. In all cases not expressly addressed in this Bye-law, in particular in those cases in which a competitor would be in a position to represent a country other than that of which he is a national, or to have a choice as to the country which he intends to represent, the IOC Executive Board may take all decisions of a general or individual nature, and in particular issue specific requirements relating to nationality, citizenship, domicile or residence of the competitors, including the duration of any waiting period.

\* This is an excerpt from the IOC Charter, including amendments approved at the July 16, 2001 IOC Session. www.olympic.org

2.      All disputes relating to the determination of the country which a competitor may represent in the Olympic Games shall be resolved by the IOC Executive Board.

## BYE-LAW TO RULE 46, PARAGRAPH 2 *

1.      A competitor who is a national of two or more countries at the same time may represent either one of them, as he may elect.  However, after having represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognized by the relevant IF, he may not represent another country unless he meets the conditions set forth in paragraph 2 below that apply to persons who have changed their nationality or acquired a new nationality.

## USOC Citizenship Policy

The USOC Constitution under Chapter XXVI, Section 5 states that "Any tryouts organized directly or indirectly under authority of any National Governing Body shall be open only to athletes who are citizens of the United States at the time of selection and eligible under the international rules of the International Olympic Committee, Pan American Sports Organization or International Paralympic Committee for selection for membership on the United States Olympic, Pan American or Paralympic Games Team.

*" The USOC has established "time of selection" as the initial event of a trials process."*

At present, the International Olympic Committee (IOC) is setting a deadline date prior to each of it's Olympic Games when all requests for a change of athlete nationality must reach their offices, in order for the IOC Executive Board to decide on each case.

It is highly recommended that an NGB and/or PSO notify the USOC as early as possible, should it have a citizenship issue or question of any kind.

## USOC Games Participation Policy

Attached for your reference and review is the USOC Games Participation Philosophy, which was approved at the November 1997 USOC Board of Directors Meeting.

# UNITED STATES OLYMPIC COMMITTEE

## USOC GAMES PARTICIPATION PHILOSOPHY

(As recommended by the Games Preparation and Services Committee and Review Committee for
International Games, 1997 and approved by the USOC Board of Directors, November 1997)

The U.S. Olympic Committee (USOC) has traditionally sent full teams, or entered as many athletes as they are eligible for, in Olympic and/or Pan American Games. However, beginning in this past quadrennium (1993-1996), the International Olympic Committee (IOC) required that the International Federations (IF) devise qualifying procedures (i.e. quotas) and/or standards for such Games in Order to ensure world-class participation. These standards were also enacted to ensure that the Olympic Games have reasonable athlete numbers in order to conduct elite competition in a multi-sport environment.

Based on these changing times in international sport, the ability of National Olympic Committees (NOCs) to set their own policies to enter athletes at Olympic Games and/or hemispheric Games (i.e., Pan Am Games) on their own has changed dramatically. Therefore, it is suggested that the USOC as an organization needs to re-evaluate its participation and funding requirements for its National Governing Bodies (NGBs) according to international standards compared to current Constitution and By-Laws language that was developed several decades ago when participation at Games was done as an entitlement and decisions regarding levels of participation could be more independently by the NOCs.

Specifically, it is the recommendation of the Games Preparation and Services Committee (GPSC) and International Games Review Committee (IGRC) and those NGBs whose IFs do not have a required qualifying process (i.e. quotas via World Championships), or impose specific qualifying performances (i.e. distance and/or mark in sports such as Track and Field and Swimming), be allowed to include additional performance criteria in their selection process in order to ensure their best possible representation at a Games.

Both committees support the above scenario, provided that all NGBs guarantee minimum representation in each event to ensure that no U.S. athlete would be denied the right to compete for an opportunity to make an Olympic team. Also, all Games selection procedures must be carefully submitted and reviewed by GPSC and properly disseminated to an NGB's athlete membership well in advance.

In addition, the Committees would also mandate that the U.S. always be represented in all relay/team events in which we are eligible for regardless of what the team's level of ability might be. This should include any reserve personnel that IOC and IF regulations allow (at least one person per event) in order to protect against illness and/or injury so that U.S. participation will occur in these events.

Very few USOC NGBs are actually afforded the ability to select athletes, as most have qualification processes to the Games strictly defined by their International Federations. However, due to the fact that the USOC is a limited resources organization and that NGBs are now held accountable for their High Performance Plan, it is recommended that NGBs be allowed to submit selection criteria with additional requirements other than what are published by their International Federation where allowed.

# Proposal for Approval of
# Athlete Selection Method

SPORT:_____DISCIPLINE:_____

NGB and/or PSO:_____

SUBMITTED BY:_____

President or Executive Director

I certify that the information provided regarding team selection represents the method approved by the NGB and/or PSO.

SIGNED                        PRINTED                        DATE


_____    _____    _____
President or Executive Director   Name


_____    _____    _____
National Team or Head Coach      Name


_____    _____    _____
USOC AAC Athlete Representative  Name

### (* PLEASE NOTE THAT <u>ALL</u> THREE SIGNATURES ARE REQUIRED)

All selection information due to USOC should be sent to:

*Gary Moy*
*UNITED STATES OLYMPIC COMMITTEE*
*International Games Division*
*One Olympic Plaza*
*Colorado Springs, CO 80909-5760*

DIRECTIONS: Provide detailed information regarding the proposed selection procedure for this sport by completing a written summary on the form provided.

If the system varies for disciplines within the sport, provide a separate and complete description for the selection of athletes in each discipline. Please keep the selection criteria for each discipline separate. Include a copy of the signature form as the cover for your submission. The signature form must be signed by either the President or Executive Director of the NGB and/or PSO, National Team or Head Coach (if applicable) and USOC AAC athlete representative as an indication of approval by the NGB and/or PSO of this proposal. All three signatures also indicate that the procedures have been reviewed by athletes, coaches and the NGB and/or PSO.

# I. SELECTION SYSTEM

Describe the method to be employed in selecting athletes for participation on the team(s), which will attend the Games. If these procedures will be used to select athletes for more than one event, list all those events and their priority.

In outlining the selection method be sure to cover, if appropriate:

A.  Procedures for selecting competitors to attend selection events (include all qualifying events and requirements).

B.  Procedures by which athletes will be selected for nomination to the team.

C.  Procedures for replacement of athletes initially named to the team following final trials.

D.  If applicable, procedures for naming athletes for start positions in specific events at the Games.

E.  International Federation minimum standards for participation that apply to the sport.

## II. DISCRETIONARY SELECTIONS

If you are requesting the use of discretion or subjectivity in you selection process, describe specifically the manner in which you would propose to use discretionary choices for:

A.   Selection of athletes to participate in trials,

B.   Nomination of athletes to the team,

C.   Replacement of athletes named to the team, or

D.   Designation of athletes to participate in events at the Games.

Also, include a complete list of the members of the selection committee that will have the responsibility for discretionary selection, and the method by which they were selected.

## III. TRYOUT SITES AND EVENTS

A.   Provide a list of all events, which will be used as a basis for inviting athletes to participate in trials competitions.  List place, date and title of event.

B.   List location, date, and title of competitions of all events to be used for athlete selection.  Attach a competition schedule for each event.

C.   After the completion of all trials, ensure that a complete set of trials results are sent to the USOC International Games Division.

D.   All supporting documents and data from all selection processes must be retained by the NGB and/or PSO until at least the date of the Closing Ceremonies of those Games.

## IV. PUBLICITY/DISTRIBUTION OF PROCEDURES

Indicate the manner in which you plan to publicize and distribute information on the trials system and the publications that will be used to inform all interested athletes.  It is required that all selection criteria be published on the NGB and/or PSO web site within 30 days after being approved.

A.   Copies of all publications summarizing the selection system must be sent to the USOC when published.

---

B.  The NGB and/or PSO grievance procedure or NGB and/or PSO Bylaws must be posted on the web site.

C.  The following statement is required to be published in each NGB's Athlete Selection Procedures:  "If you have questions regarding your opportunity to compete that are not answered by your (name of NGB and/or PSO), you may contact the USOC Athlete Ombudsman:  John W. Ruger by telephone at (888) ATHLETE, or by e-mail at john.ruger@usoc.org.

## V.  DATE OF NOMINATION

Indicate when athletes will be nominated to the team.  The USOC must authorize the release of the official athlete nominations before announcements are made to the press and public.

## VI.  MANDATORY TRAINING

Do you propose to have mandatory training sessions prior to the Games for all team members?  If yes, outline the schedule of mandatory training.

## VII.  ATHLETE REPRESENTATION

A.  How have athlete representatives been involved in the development of these selection procedures?

B.  The primary USOC AAC athlete representative is the athlete who must sign the NGB signature page.  The USOC AAC Alternate's signature is acceptable in cases where the primary AAC athlete is unavailable or is a competing athlete in the selection process.  If the primary USOC AAC athlete representative knows that he/she is going to be unavailable (i.e. out of the country) for several weeks, he/she may delegate the authority to the USOC AAC Alternate to sign.  The primary AAC athlete must confirm this in writing.

## VIII.  INTERNATIONAL DISCLAIMER

It is recommended that a disclaimer clause be included in your procedures.  For example:

" These procedures are based on IOC, IPC, PASO and/or (your IF) rules and regulations as presently known and understood.  Any change in the selection procedures caused by a change in IOC, IPC, PASO and/or (your IF) rules and regulations will be distributed to the affected athletes immediately.  The selection criteria are based on the latest information available to (your NGB).  However, the selections are always subject to unforeseen, intervening circumstances, and realistically have not accounted for every possible contingency."

# NGB AND/OR PSO ATHLETE SELECTION PROCEDURES

*Sport* _____ **TAEKWONDO** _____

## I.    Selection System

PHASE I. Pan Am Team Selection
Step One
- Open Pan American Qualifying Tournament (March 2003)
- Competition will take place in the 4 Pan Am Weight Categories, Male and Female.
- Top 4 Winners in each weight class will make up the Pan Am TKD Pool.

Step Two
- The Pan Am TKD Pool will have a Fight-Off in April to determine the USA Participant at the 2003 Pan Am Games (Aug 1 – 17, 2003) in each of the 4 Pan Am Weight Classes, Male and Female.

PHASE II. World Championship Selection Procedure

Step One
- Qualify for US National Team Trials via State Championships, Armed Forces Team Qualifier or Collegiate National Team Trials OR
- Participate at the USTU National Championships and qualify for National Team Trials (1st through 4th Place)– May 2003

Step Two
- Compete at US National Team Trials
- Winners at Team Trials will:
  - Compete at World Championships 2003 in the 8 Official Weight Categories (Sep 24 – 28, 2003)

PHASE III. Olympic Qualifying Tournament Selection

Step One.
- An Ad Hoc Committee will review competition record of World Championship (8 Weight Categories) and Pan Am Games competitors (4 Weight Categories)and determine the two Weight Classes Male and two Weight Classes Female to be contested at the World Olympic Qualification Tournament in Dec 2003
- Weight Categories will be selected no later than October 1, 2003 and athletes will be notified of the Weight Categories at least 30 days prior to the Olympic Qualification Fight-Off.

Step Two.

- A Fight-Off will take place at least 30 days prior to the World Olympic Qualifying Tournament to select the athletes who will compete in the two Olympic Weight Categories Male and Female. Competition Pool will consist of the Pan Am Games competitors and the top two finishers at the National Team Trials that selected the World Championship Competitors. One or two Wild Cards may be selected by an Ad Hoc Committee based on performance record in the respective Weight Classes.
- The winner of each weight division will qualify to participate at the World Olympic Qualification Tournament (Dec 2 - 5, 2003).
  - Should a competitor be successful in qualifying a weight class at the World Olympic Qualification Tournament, that competitor will be seeded first of the final two athletes in the USA Olympic Team Selection Process (step six). If a competitor is not successful in qualifying the weight class at the World Olympic Qualification Tournament, they return to the USA Olympic TKD Competition Pool and

will fight the remaining Round Robin
Competitions as scheduled.

Step Three (Based on the results of the World
Qualification Tournament)
- Round Robin Competition #2 (date TBD) with the
  winner qualifying to compete at the Pan American
  Regional Olympic Qualification Tournament.
  o Should a competitor be successful in qualifying
    a weight class at the Pan American Regional
    Olympic Qualification Tournament, that
    competitor will be seeded first of the final
    two athletes in the USA Olympic Team Selection
    Process (step six).  If the competitor is not
    successful in qualifying the weight class at
    the Pan Am Regional Olympic Qualifying
    Tournament, the U.S. will not have a
    representative in that weight category.

PHASE IV

Step One
- The US will host an Open Olympic Qualification
  Tournament in January 2004 and March 2004. This
  event will take place with only the weight
  divisions that the USA is eligible to compete in at
  the 2004 Olympic Games.
- Top two winners at each event will enter the USA
  Olympic Taekwondo Pool, along with the competitors
  that earned eligibility based on the 2003
  competitions (World Olympic Qualification
  participants). The World Olympic Qualification
  Tournament participants, if successful in
  qualifying the Weight Class, are seeded to the
  Final Competition and will not participate in this
  Fight-Off.

Step Two
- In April 2004 a Round Robin competition will be
  held from among the competitors in the USA Olympic

Taekwondo Pool. The winners are seeded second to the competitors who were successful in qualifying the respective Weight Classes.

- If the USA did not qualify in either the World Olympic Qualifier or the Pan Am Regional Olympic Qualifier, then the US will not have a representative in that division at the 2004 Olympic Games.
- Only the top two seeds will remain in the USA Olympic Taekwondo Pool

Step Three

- The Winner of the Single Elimination Competition will represent the USA   at the 2004 Athens Olympic Games.

  Ø    In the event that the U.S. does not qualify all four (4) weight divisions, the World Taekwondo Federation may allow for a Wild-card into the Olympic Games.  In the event that a Wild-card is awarded to the U.S. in one of the divisions previously attempted, there will be a fight-off between the top two (2) finalist (best 2 out of 3)

  Ø    In the event that the World Taekwondo Federation awards the U.S. A Wild-card in a division not previously attempted, then a separate Olympic Team Fight-Off will be held between the original four or five members of the USA Olympic Pool.

II.   **Discretionary Selection**

   N/A to USTU

III.   **Tryout Sites and Events**

   Olympic Team Qualifiers and Final Olympic Team Trials: TBD

IV.   Publicity/Distribution of Procedures

Web site:  www.ustu.org
The team selection procedure will be posted on
the USTU Website, announcements will be made by
direct mail to all USTU Registered clubs, and
USTU will publish it in the USTU journal which
goes out to all members, and by the club
newsletter.

V.    Date of Nomination

First qualifying event:    March 21 – 23, 2003
Second qualifying event:        April, 2003
World Olympic Qualifier Fight-off: October, 2003
World Olympic Qualifier:      Dec 2 – 5, 2003
Regional Olympic Qualifier Fight-off: Dec 03/Feb 04
Open Olympic Qualifier:       January 2004
Open Olympic Qualifier 2: March 2004
Olympic Fight-Off:            April 2004
The Olympic Games Final Team Fight-off will be
held between June and August, 2004 (exact date
TBD).

NOTE:   Participants must be US Citizens at the time of the competition in order to
        preclude ineligible competitors from eliminating eligible competitors.

VI.   Mandatory Training

Mandatory training camp of up to four weeks
duration prior to departure to the Olympic Games.

VII.  Athlete Representation

Trial procedures drafted by:
Ad Hoc Committee Voting Members
Lynnette Love, USTU Vice-president

---

USOC Delegation Review Committee                    19
Version 1.0 (December 2001)

Byung Won Kang, Coaching Science Committee Chair
Eui Bin Lee, Referee Committee Chair
Sammy Pejo, AAC Chair
Juan Moreno, AAC/USOC Rep
May Pejo-Spence, AAC Secretary
Arlene Limas, USTU Board Member
Ji Ho Choi, USTU Board Member

Ad Hoc Committee Non-voting Members
Dae Sung Lee, Junior Olympic Committee Chair
Han Won Lee, National Team Director
Mark Bryant, Law and Legislation Chair

If you have questions regarding your opportunity to compete
that are not answered by the US Taekwondo Union you may
contact the USOC Athlete Ombudsman:  John W. Ruger by
telephone at (888) ATHLETE, or by e-mail at
john.ruger@usoc.org.

## VIII. INTERNATIONAL DISCLAIMER

These procedures are based on IOC, IPC, PASO and/or WTF rules
and regulations as presently known and understood. Any change
in the selection procedures caused by a change in IOC, IPC,
PASO and/or WTF rules and regulations will be distributed to
the affected athletes immediately.  The selection criteria are
based on the latest information available to the USTU.
However, the selections are always subject to unforeseen,
intervening circumstances, and realistically have not
accounted for every possible contingency."