# Selection of Team Leader

# Job Description for Team Leader
## At Events to Which the USOC Sends Teams

This job description is intended to outline the responsibilities, which the USOC expects would be performed by a Team Leader at any Games to which the USOC sends teams. This job description should be used as the basis for selection criteria.

This description and position title is intended to define the position, which is sometimes called Team Manager, Team Captain or Chef d'Equipe. The title of Team Leader should be used in reference to the people placed in the position of fulfilling the responsibilities outlined below:

1. The Team Leader is the primary coordinator from the NGB and/or PSO for planning for participation and for coordination at the Games site with the USOC International Games Division.
2. The Team Leader is required to attend all administrative meetings before and during the Games as scheduled by the USOC.
3. The Team Leader is responsible for appropriate conduct of the NGB's and/or PSO's athletes in that sport at the Games.
4. The Team Leader's duties include coordination of:
   A. Transportation arrangements
   B. Uniforming
   C. Housing
   D. Meals
   E. Tickets
   F. Attendance by appropriate delegation personnel at all technical meetings for their sport
   G. Accreditation of personnel
5. The Team Leader must be on hand, at a minimum, one-day before the team processes with USOC until the departure of the last athlete on their team from the Games site.
6. The Team Leader will be responsible, as necessary, for all follow-throughs after the Games regarding submission of reports and accounting information.
7. In order to be selected to the position of Team Leader, an individual must have:
   A. Experience and proven ability leading teams at the national and international levels.
   B. Proven ability to establish harmonious relationships with athletes and other team personnel.
   C. Proven ability to handle crisis management situations as well as routine administrative duties.

# Selection Procedures for Team Leaders

NGB and/or PSO: _U.S. Taekwondo Union_

DIRECTIONS: Procedures for selection of Team Leaders must be approved and actual appointment of persons in these positions for the Games submitted 12 months prior to the start of the Games. These positions at the Games are especially important in providing a liaison between the USOC and NGB and/or PSO teams. NGBs and/or PSOs should select individuals with strong interest in the positions, an appropriate background with this type of support function and the ability to meet the USOC job description requirements as listed.

1. What are your NGB and/or PSO prerequisites for Team Leader positions?

Prior experience with traveling to International Competitions with the U.S. National Taekwondo Team.

2. Describe the intended method of screening and selecting staff for Team Leader positions.

USTU Officers will recommend the Team Leader, and the Executive Committee will approve.

3. What group or committee within your NGB and/or PSO will select the staff assigned to your sport?

USTU Coaching Science Committee will recommend with approval from USTU Executive Committee.

| SIGNED | PRINTED | DATE |
|---|---|---|
| | | |

President or Executive Director

NGB / PSO: _____

## Nominees for Team Leader Positions

DIRECTIONS: The NGB and/or PSO must submit the names of an appointee and an alternate for each Team Leader position to be designated as a part of the official delegation for the Games. The Biographical Information Form on page 23 <u>must</u> be submitted for each person listed.

Nominees must be reviewed and approved by the USOC. In addition, the USOC must be notified before any public announcements are made naming staff for the Games. The USOC must also be notified before Team Leaders, once named, are replaced with alternates.

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


SIGNED                    PRINTED                    DATE

_____  _____  _____
President or Executive Director

NGB/PSO: _____

# Nominee Biographical Information for Team Leader Positions

DIRECTIONS: Provide one completed sheet for each candidate for a Team Leader position listed on the form.

NAME OF NOMINEE:
_____
HOME MAILING ADDRESS: _____
_____
DAYTIME PHONE: (    ) _____
EVENING PHONE: (    ) _____
E-MAIL ADDRESS: _____  FAX: (    ) _____
DATE OF BIRTH: _____
CITIZENSHIP: _____

List below qualifications and experience that relate directly to the tasks to be performed with the delegation, i.e. Team Leader at World Championships, that qualify the applicant for consideration for the position above:




I confirm that all of the selection procedures for team leaders, as submitted to the USOC, have been followed.

---

USOC Delegation Review Committee                                25
Version 1.0 (December 2001)

SIGNED                          PRINTED                          DATE

_____         _____          _____
President or Executive Director

NGB /PSO: _____

# Selection of Coaches

USOC Delegation Review Committee                                              26
Version 1.0 (December 2001)

# Guidelines for Coach Selections

1. Show how the selection process proposed will ensure that the coaches selected is consistent with the USOC/USPC approved high performance plan.

2. Include job descriptions and requisite experiences

3. Nominations should not be used as rewards for service to the NGB AND/OR PSO, but are for the best possible individuals to support the team at the Games. Experience with the athletes and the coaching staff on the team and consistency with the NGBs and/or PSOs plan to prepare the team over the previous four years is a major prerequisite.

# Selection Procedures for Coaches

NGB AND/OR PSO: _____ TAEKWONDO _____

DIRECTIONS: Procedures for selection of coaches for the Games must be approved at least 12 months prior to the start of the Games. Names of specific coaches must be submitted, with biographical information requested on forms attached, within seven (7) days after final trials.

1. What are your NGB and/or PSO prerequisites for coaching positions?

Previous coaching experience at the Olympic Games, Pan Am Games, World Championships, World Cup, or Pan Am Championships for Taekwondo.

2. Describe the intended method of screening and selecting staff for coaching positions.

USTU Coaching Science Committee will recommend coaches, and USTU Executive Committee will approve.

3. What group or committee within your NGB and/or PSO will nominate the staff assigned to your sport?

USTU Coaching Science Committee will recommend coaches, and USTU Executive Committee will approve.

SIGNED                         PRINTED                         DATE

_____        _____        _____
President or Executive Director

NGB / PSO: _____

# Nominees for Coach Positions

**DIRECTIONS:** Submit the names of an appointee and an alternate for each coaching position to be designated as a part of the official delegation for the Games. The Biographical Information Form on page 28 must be submitted for each person listed.

Nominees must be reviewed and approved by the USOC. Nominees for coaching positions can be submitted as late as seven (7) days after final team selection. However, the USOC <u>must</u> be notified before any public announcements are made naming staff for the Games. The USOC must also be notified before an alternate is named to replace an approved coach.

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____


SIGNED                    PRINTED                    DATE


_____    _____    _____
President or Executive Director

NGB / PSO: _____

# Nominee Biographical Information for Coaching Positions

DIRECTIONS: Provide one completed sheet for each candidate for a coaching position listed on the Nominee form.

POSITION TITLE: _____

NAME OF NOMINEE:

_____

HOME MAILING ADDRESS: _____

DAYTIME PHONE: ( ) _____
EVENING PHONE: ( ) _____
E-MAIL ADDRESS: _____ FAX: ( ) _____
DATE OF BIRTH: _____
CITIZENSHIP: _____


List below qualifications and experience that relate directly to the tasks to be performed with the delegation, i.e. Coach at World Championships, that qualify the applicant for consideration for the position above:




I confirm that all of the selection procedures for coaches, as submitted to the USOC have been followed.

SIGNED                    PRINTED                    DATE


_____    _____    _____
President or Executive Director

NGB / PSO: _____


_____    **31**
USOC Delegation Review Committee
Version 1.0 (December 2001)

# Selection of Extra Staff

# Guidelines for Extra Staff Selections

1. Show how the selection process proposed will ensure that the extra staff selected is consistent with the USOC/USPC approved high performance plan.

2. Include job descriptions and requisite experiences

3. Nominations should not be used as rewards for service to the NGB and/or PSO, but are for the best possible individuals to support the team at the Games. Experience with the athletes and the coaching staff on the team and consistency with the NGBs and/or PSOs plan to prepare the team over the previous four years is a major prerequisite.

# Selection Procedures for Extra Staff

NGB AND/OR PSO: __U.S. Taekwondo Union__

DIRECTIONS: Procedures for selection of extra staff positions for the Games must be approved at least 12 months prior to the start of the Games. The USOC will assign accreditations for this group when the final number and type of accreditations available from the LOC is known. Priority will be given to staff providing full team support for athletes based on performance enhancement. Names of individuals must be submitted, with biographical information requested on forms attached, within seven (7) days after final selection.

1. What are your NGB and/or PSO prerequisites for extra staff positions?

Ability to assist team with all necessary requirements.

2. Describe the intended method of screening and selecting staff for extra staff positions.

USTU Coaching Science Committee will recommend extra staff based on their prior experience and ability, and USTU Executive Committee will approve.

3. What group or committee within your NGB and/or PSO will nominate the staff assigned to your sport?

USTU Coaching Science Committee will nominate extra staff.

SIGNED                    PRINTED                    DATE

_____
President or Executive Director

NGB / PSO: _____

34

USOC Delegation Review Committee
Version 1.0 (December 2001)

# Nominees for Extra Staff Positions

**DIRECTIONS:** Submit the names of all nominees for extra staff positions at the Games. The Biographical Information Form on page 33 must be submitted for each person listed.

Nominees must be reviewed and approved by the USOC. Nominees for these positions can be submitted as late as seven (7) days after final team selection. However, the USOC **must** be notified before any public announcements are made naming staff for the Games.

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____

POSITION TITLE: _____
NOMINEE: _____
ALTERNATE: _____

SIGNED                     PRINTED                     DATE

_____
President or Executive Director

NGB / PSO: _____

35

# Nominee Biographical Information
# For Extra Staff Positions

DIRECTIONS: Provide one completed sheet for each candidate for an extra staff position listed on the Nominee form.

POSITION TITLE:_____

JOB DESCRIPTION: _____
_____

NAME OF NOMINEE: _____

HOME MAILING ADDRESS: _____
_____

DAYTIME PHONE:(    )_____
EVENING PHONE:(    )_____
E-MAIL ADDRESS: _____ FAX: (    )_____
DATE OF BIRTH: _____
CITIZENSHIP: _____

List below qualifications and experience that relate directly to the tasks to be performed with the delegation, i.e. Coach at World Championships, that qualify the applicant for consideration for the position above:




I confirm that all of the selection procedures for extra staff, as submitted to the USOC have been followed.

SIGNED                    PRINTED                    DATE

_____
President or Executive Director

NGB / PSO: _____

                                                              36

USOC Delegation Review Committee
Version 1.0 (December 2001)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>    Defendants. | Civil No. 04-00461-SOM-LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2004, a true and correct copy of the foregoing document was duly served upon the following via U.S. Mail, postage prepaid:

DAVID M. LOUIE, ESQ.
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

and

    MARK S. LEVINSTEIN, ESQ.
    GABRIEL A. FELDMAN, ESQ.
    ROBERT L. MOORE, ESQ.
    Williams & Connolly LLP
    725 12th Street, N.W.
    Washington, D.C. 20005

    Attorneys for Defendants
    UNITED STATES TAEKWONDO UNION and
    UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, August 10, 2004.

                                    /s/ Ward D. Jones
                                    WARD D. JONES
                                    Attorney for Plaintiff Dae Sung Lee