Page 1

1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF HAWAII
2        CIVIL ACTION NO. 04-00461-SOM-LEK

3        _____

   DEPOSITION OF HAN WON LEE
4  EXAMINATION DATE: Wednesday, June 29, 2005

5  _____

   DAE SUNG LEE,
6
   Plaintiff,
7
   v.
8
   UNITED STATES TAEKWONDO UNION,
9  a Colorado nonprofit corporation, et al.,
10 Defendants.

11 _____

12         PURSUANT TO NOTICE, the deposition of HAN WON
   LEE, was taken at 9:00 a.m. on Wednesday, June 29,
13 2005, at 90 South Cascade Avenue, Suite 1500, Colorado
   Springs, Colorado, before Valorie S. Mueller,
14 Registered Professional Reporter and Notary Public in
   and for the State of Colorado, said deposition being
15 taken pursuant to the Federal Rules of Civil Procedure.
16
17
18              Valorie S. Mueller
            Registered Professional Reporter
19
20
21
22
23
24              **EXHIBIT 3**
25

DEPOSITION OF HAN WON LEE
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION

6/29/2005

Page 6

```
 1   wait until you're done, just say I'm not finished --
 2        A     Okay.
 3        Q          and I'll stop talking.
 4              Would you please state your full name and
 5   spell your last name.
 6        A     Han Won Lee.  L-e-e is the last name.
 7        Q     And could you briefly describe your
 8   educational background?
 9        A     I went through high school, some college,
10   but never graduated college.
11        Q     And where did you go to college?
12        A     Eastern Michigan University and Michigan
13   State University.
14        Q     And did you come close to graduating?
15        A     What's close?  I'm not sure.  No.  I'm
16   about halfway done.
17        Q     But your major was in what?
18        A     Business.
19        Q     Did you take courses in accounting?
20        A     Well, very low level, intro to accounting
21   type of stuff, yes.
22        Q     And marketing?
23        A     Some, yes.
24        Q     Finance?
25        A     I don't remember, you know.  A long time
```

1   ago.
2        Q    And this was in the '81 to '86 time frame?
3        A    Yes, sir.
4        Q    And did you ever go full-time to school?
5        A    Yes, sir.
6        Q    And what years was that?
7        A    '81. Geez. I can't remember. It's a
8   long time ago.
9        Q    And were you born in the United States?
10       A    No, sir.
11       Q    Were you born in Korea?
12       A    Korea.
13       Q    And how old were you when you came to the
14   United States?
15       A    I came to the United States when I was 13.
16       Q    And what year were you born?
17       A    1962.
18       Q    When did you start competing in Taekwondo?
19       A    Oh, geez.
20       Q    Well, when did you start engaging in
21   Taekwondo or being trained in Taekwondo?
22       A    Soon after I got here.
23       Q    And what's the first you can remember when
24   you were involved in significant competitions?
25       A    I competed in nationals. It was in Ohio.

1   it.
2       Q    But the main message you're trying to get
3   across here is about parents looking out for their
4   children's future?
5       A    Right.
6       Q    And the focus is on what they're looking
7   for as opposed to who you are?
8       A    Yes.
9       Q    And that's part of what you have learned
10  in all these seminars, that the focus of that --
11      A    Trying to grab their attention, yes.
12      Q    And the focus of the ads should be on what
13  they're looking for, not you and what's important about
14  you?
15      A    Well, obviously it helped being an Olympic
16  Coach because I wasn't doing so well in just
17  advertising as '88 and '92 Olympian and bronze
18  medalist. And I was an Olympic Training Center team
19  coach and all that previously, and my numbers will tell
20  you, since 2000 Olympics, and I am putting down 2000
21  Olympic Coach, numerous people have come and said to
22  me, you know, that's what made me -- you know, deciding
23  factors.
24      Q    But you have done no survey of your
25  students?

```
 1      A      No.
 2      Q      And the marketing materials still are all
 3   about focusing on attracting people based on their
 4   needs and what they're looking for?
 5             MR. JONES:  Objection; argumentative.
 6      A      But -- okay.
 7      Q      (BY MR. LEVINSTEIN)  Well, you have no way
 8   to quantify how much of your students came from which
 9   characteristics --
10      A      I know this thing, that nobody has --
11   there's only been three Olympic coaches in the history
12   of Taekwondo official sport.  2000 Olympic coach and
13   the year 2004 Olympic coach and I can tell you that my
14   competitors don't have that.  So that is definitely an
15   edge, and people look over that when they're choosing a
16   school between myself versus somebody that doesn't have
17   that kind of credentials.
18      Q      But none of your competitors are two-time
19   Olympians, are they?
20      A      No.
21      Q      And none of them medaled in the Olympics?
22      A      But they say they're champions of
23   something else.  But I think that what distinguishes
24   them from me is the official Olympic coach.
25      Q      And the fact that you were the head coach
```

1   at the training center for ten years?

2       A    Like I said, I have advertised that
3   previously like that, and my numbers weren't very good
4   compared to after 2000 Olympic coach, so . . .

5       Q    But starting after 2000, there came a time
6   when you were able to focus a lot more time on your
7   school?

8       A    Yes, sir, after I stopped coaching at the
9   Olympic Training Center.

10      Q    And you have expand your hours
11  significantly?

12      MR. JONES:  Objection; argumentative;
13  asked and answered.

14      A    Not significantly.

15      (Deposition Exhibit No. 8 was marked
16      for identification.)

17      Q    (BY MR. LEVINSTEIN)  I just want you to
18  identify this document.

19      A    This is my schedule.

20      Q    And this schedule talks about the classes
21  you offer, and there are now classes at 4:00 for Little
22  Dragons?

23      A    Yes.

24      Q    And did you not have a Little Dragon
25  program before?

```
 1   been beneficial?
 2        A    Yes, sir.
 3        Q    Have you attempted to find out when people
 4   have come in whether they came in because of the
 5   advertising?
 6        A    You know, I wish I did.  I think that's
 7   one of the things that I'm trying to put in the system.
 8   That's what I mean by being more systematic and
 9   understand exactly what's going on with my dollars, for
10   example, so that I know what advertising works best for
11   my dollar.  I don't do that, so I'm trying to put that
12   in the system.
13        Q    For example, with these ads that we have
14   looked at and the brochure and so on, you don't know to
15   which extent which ads have brought people in and which
16   ones have not?
17        A    Well, I mean, not specific numbers.  But I
18   do know that people come in from that.  Like I said,
19   because it's not like I do one publication, so I do
20   multiple publications, so . . .
21        Q    You don't know to what extent people come
22   in because of word of mouth versus advertising?
23        A    I don't know.
24        Q    You don't track to what extent people come
25   in because of referrals versus a suggestion from a
```

1  this Declaration in Hawaii. So that's when I really
2  first time seen that paper.
3     Q    So you didn't know about the new 2004
4  Olympic coach criteria until after they had been
5  applied --
6     A    Right.
7     Q    and Jean Lopez had been selected?
8     A    I believe so, yes.
9     Q    So you didn't discuss with Herb -- strike
10 that.
11           So you didn't discuss with Juan Moreno that
12 he had an athlete who was competing in the fight-off
13 and that coaches were going to be picked based on which
14 athletes were selected?
15    A    I don't recall. We may have not. But,
16 you know, what I'm saying is I haven't seen the written
17 paper until about a week before my Declaration, and
18 so . . .
19    Q    Okay. Do you run one of the top schools
20 in the country?
21    A    I'm not sure.
22    Q    Well, it's your opinion.
23    A    Not yet. I would like to one day.
24    Q    Well, are you generally recognized as one
25 of the best in the business at running Taekwondo

1    schools?
2         A    I don't think so.  Not yet.  I would like
3    to some day.
4         Q    At any of these seminars that you went to
5    about how to run a Taekwondo school, did you speak or
6    teach at any of those programs?
7         A    None.
8         Q    Are there people who speak at those who
9    are generally considered to be the leading people at
10   running the schools?
11        A    I suppose so.  But no one really truly
12   knows because we don't see their income tax returns.
13   Because we always say and pretend sometimes we really
14   are not, so . . .
15        Q    I'm sorry.  You all pretend what?
16        A    Who we are not.  We are -- I'm not saying
17   that right.
18        Q    Let me just ask, do you pretend that
19   you're better than you are or do you pretend that
20   you're not as good as you are?
21        A    Sometimes both.  All depends on what
22   situation, I suppose.
23        Q    Well, have you spent any time as a
24   consultant or going to other people to help them with
25   their schools?

```
 1   an athlete, and traveled to Korea because at the time
 2   Korea was best in athletes training.
 3              And my philosophy is the same in business.  I
 4   apply that exactly the same way.  Even coaching.  When
 5   I was coaching, nothing has changed.  I hope to improve
 6   every day.
 7        Q     And as compared to your friends who are in
 8   schools, how --
 9        A     In schools?
10        Q     Sorry.  As compared to your friends who
11   are running schools --
12        A     Yes, sir.
13        Q     -- the close friends you stay in touch
14   with, are you one of the best at running a school?
15        A     No.  There's some people that are better
16   than me as far as organizational skills.  So I'm
17   learning from them.
18        Q     Do you consider yourself an expert on
19   running a school?
20        A     No.  I'm learning every day.  I try to do
21   better than yesterday.
22        Q     Why don't you focus on your Declaration.
23        A     Yes, sir.
24        Q     Would you look at Paragraph 8?
25        A     What page?  Oh, 3.
```

```
 1   suffered in damages?  Do you have any view on that?
 2        A     I think --
 3              MR. JONES:  Objection; calls for
 4   speculation.
 5        A     It's hard for me to -- I mean, all I know
 6   is what I did.  I cannot tell you how he will do, but
 7   there's so much similarity between Dae Sung Lee and I,
 8   when I look at the records.  We grew up in America.  We
 9   went through the school systems.  Some college.  He
10   graduated from college.  I didn't.
11   And also same type of competitor.  At the
12   competition of the World Team Members, he was the
13   Olympic Training Center coach -- excuse me -- the
14   National Team Coach.  I was the same thing.
15              Even though teaching and college wise, we are
16   very similar, I have learned a lot from him, and I have
17   implemented a lot of his curriculums in the way he
18   teaches things to my school.
19              So in a way, that's very similar.  But I
20   really can't tell you how he will do.  But all I know
21   is I can tell you how I did.  And after the 2000
22   Olympic Games, then my business has boomed.
23        Q     (BY MR. LEVINSTEIN)  Did there come a time
24   when you were able to focus full time on your business?
25        A     I think that's from 2003, yes.
```

```
 1      A    It's in my drawer.
 2      Q    And are you telling me that your parents
 3  and your students don't know you got a bronze medal in
 4  1988?
 5      A    I'm sure they do.
 6      Q    And it's also important that you are a 6th
 7  degree black belt, and you promote that as well?
 8      A    Yes, I do.
 9      Q    And how many competing schools are there
10  in Castle Rock?
11      A    Quite a bit.
12      Q    How many?
13      A    To be exact, one, two, three, four.  Four
14  other schools, five including mine.
15      Q    How big is Castle Rock?
16      A    Castle Rock is a very small town.
17      Q    How many people?
18      A    Again, I think what separates me from
19  those guys, and I have the biggest school in town, is
20  because of me being the official Olympic coach.
21      Q    But you have no study or analysis or
22  anything that quantifies the extent to which your
23  success is due to --
24      A    True.  It qualifies in my income tax.
25      Q    You can't tell me how much of that
```

1  increase was due to being the Olympic coach and how
2  much was due to being an Olympian and how much was due
3  to your focusing more time on your school?
4       A    Again, it's my opinion, but I think it's
5  because I was the 2000 coach.
6       Q    It's your opinion?
7       A    Yes, sir.
8       Q    And you don't have any numbers to quantify
9  that part of it?
10      A    No, I don't.
11           MR. LEVINSTEIN:  Take one short break.
12                (Recess taken from 11:57 a.m. to 12:01
13                p.m.)
14      Q    (BY MR. LEVINSTEIN)  Who was the head
15 coach at the 2000 Olympic games?
16      A    Master Young In Cheon.
17      Q    Are you familiar with how his school did
18 after the Olympics?
19      A    Not really, no.  I think he had
20 difficulties.  But that's all I know about him.
21      Q    Were you aware that he went bankrupt?
22      A    I guess I did, yeah.
23      Q    So it's hard to say what benefit being the
24 Olympic coach would be to different people?
25           MR. JONES:  Objection.