ROECA LOUIE & HIRAOKA

DAVID M. LOUIE            2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA              4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE:  STIPULATION OF THE |
| | ) | PARTIES CONCERNING |
| UNITED STATES TAEKWONDO | ) | AUTHENTICITY AND |
| UNION, a Colorado nonprofit | ) | ADMISSIBILITY OF EXHIBITS |
| Corporation, UNITED STATES | ) | (FILED MARCH 14, 2006)] |

OLYMPIC COMMITTEE, a federally )
chartered nonprofit corporation;        )        Trial Date:  April 4, 2006
JOHN DOES 1-10; JANE DOES 1-       )
10; DOE PARTNERSHIPS 1-10;           )
DOE CORPORATIONS 1-10,                 )
                                                         )
                            Defendants.    )
                                                         )
_____)

601-1/Stipulation re Exhibits

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the

Stipulation of the Parties Concerning Authenticity and Admissibility Of

Exhibits (filed March 14, 2006)was duly served by depositing the

same in the United States Mail, postage prepaid on March 14,

2006 and by hand-delivery on March 15, 2006 to the following at

their last known address:

WARD D. JONES, ESQ.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
--and--

GLENN H. UESUGI, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii  96817
--and--
MICHAEL J. GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

     Attorneys for Plaintiff
     Dae Sung Lee

                              MAR 1 4 2006

DATED:  Honolulu, Hawaii, _____.


                        _____
           DAVID M. LOUIE
           APRIL LURIA
           Attorneys for Defendants
           UNITED STATES TAEKWONDO
           UNION and UNITED STATES
            OLYMPIC COMMITTEE