IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES TAEKWONDO ) <br> UNION, a Colorado nonprofit ) <br> Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a federally ) <br> chartered nonprofit corporation; ) <br> JOHN DOES 1-10; JANE DOES 1- ) <br> 10; DOE PARTNERSHIPS 1-10; ) <br> DOE CORPORATIONS 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 04—00461 SOM LEK <br><br> DECLARATION OF APRIL LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE VARIOUS NEWSPAPER ARTICLES |

## **DECLARATION OF APRIL LURIA**

I, April Luria, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii. I am an associate with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2. I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of an April 15, 2003 article in the Honolulu Star-Bulletin by Cindy Luis entitled "Hawaii's Lee excited to be Olympic coach: The 10-time national champion will lead the U.S. squad into the Athens Games."

4. Attached hereto as Exhibit "2" is a true and correct copy of a July 30, 2004 article in the Honolulu Advertiser by Stanley Lee entitled "Taekwondo coach Lee won't be reinstated: U.S. Olympic Committee denies racial allegations."

5. Attached hereto as Exhibit "3" is a true and correct copy of a December 17, 2003 Associated Press article in the Colorado Springs Gazette by John Marshall entitled "Taekwondo to USOC: Stop Decertification."

6. Attached hereto as Exhibit "4" is a true and correct copy of a May 2003 article in the US Taekwondo Center Newsletter by Cindy Luis entitled "Master Lee will coach Olympics."

7. Attached hereto as Exhibit "5" is a true and correct copy of an August 2003 article in the US Taekwondo Center Newsletter by Brandon Masuoka entitled "Tae kwon do coach reaches pinnacle of career - Olympics."

8. Attached hereto as Exhibit "6" is a true and correct copy of an August 5, 2003 article in the Honolulu Advertiser by Brandon Masuoka entitled "Isle Profile: Dae Sung Lee."

9. Attached hereto as Exhibit "7" is a true and correct copy of a July 29, 2004 article in the Honolulu Advertiser entitled "Deposed U.S. taekwondo coach sues Olympic groups."

10. Attached hereto as Exhibit "8" is a true and correct copy of a n August 4, 2004 article in the Honolulu Advertiser by Stanley Lee entitled "Taekwondo coach's hearing next week."

11. Attached hereto as Exhibit "9" is a true and correct copy of an August 14, 2004 article in the Honolulu Star-Bulletin by Stanley Lee entitled "Judge rules Lee won't be reinstated as coach."

12. Attached hereto as Exhibit "10" is a true and correct copy of an August 14, 2004 Associated Press announcement on the USOC website entitled "Judge refuses to reinstate ousted Olympic taekwondo coach."

13. Attached hereto as Exhibit "11" is a true and correct copy of a January 28, 2003 article in the Colorado Springs Gazette by Meri-Jo Borzilleri entitled "USOC under the microscope."

14. Attached hereto as Exhibit "12" is a true and correct copy of a Martial Arts Industry Association article entitled "USTU Executive Director Jay Warwick Leads a New Generation of Taekwondo Champions into the 21st Century."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 14, 2006   _____
                               APRIL A. LURIA