The Gazette
gazette.com
COLORADO SPRINGS

Colorado Springs [Cinema Guide ▼] [Go]

LATEST NEWS
Top Stories
U.S.
World
Business
Personal Finance
Technology
Sports
Entertainment
Health
Politics
Offbeat
Weather
NEWS SEARCH
[Search] [Go]
Text Archive
SPECIAL SECTIONS
Hourly News Summary (AUDIO)
Today in History
Washington in Depth
Video of the Day
The Day in Photos
PhotoWeek
SportsWeek
MULTIMEDIA
Portrait of War
Destination Mars
Homeland Security
Struggle for Peace
U.S. Oil Addiction
U.S. Crime Database
U.S. Census Database

Dec 17, 10:37 PM EST

# Taekwondo to USOC: Stop Decertification

By JOHN MARSHALL
AP Sports Writer

DENVER (AP) -- The U.S. Olympic Committee should halt decertification proceedings against the U.S. Taekwondo Union because the decision was based on an anti-Korean sentiment and proper procedures were not followed, according to a USTU report obtained by The Associated Press.

The report, sent to the USOC's executive committee last weekend, said the USOC no longer has the jurisdiction to strip USTU of its Olympic charter because it didn't adhere to its own bylaws. It also said anti-Korean bias was the reason the USOC turned down a compromise between lawyers on both sides last month.

The report was in response to a USOC complaint that recommended USTU be dropped as the governing body of taekwondo in the United States and lose the ability to select the U.S. team for the 2004 Athens Games.

Lawyers for the USOC and USTU reached a compromise last month, but the USOC's executive committee turned it down because it allowed for president Sang Lee to remain with the organization in a lesser capacity.

USTU officials have threatened legal action against the USOC if it goes through the decertification process.

"It appears that the USOC lawyers are in conflict with their executive committee," USTU spokesman Bill Schechter said. "They seem to agree with attorneys on the USTU side that there was a resolution that made sense, but for whatever reasons they've determined that they want to take another route."

The USOC's board of directors recommended in October that USTU be stripped of its membership after an investigation found management and financial irregularities. The USOC's executive committee will vote on the proposal as early as this week, and the matter will be sent back to the board for a final vote.

The USTU report said the USOC lost the right to take away its membership because its complaint did not specifically say how USTU failed to comply with USOC rules. It also said the USOC called a meeting of USTU's executive committee without telling Lee.

"Of course the USOC has jurisdiction to determine matters concerning its membership," USOC general counsel Jeff Benz said. "If it can't determine its own membership, no one can."

The USTU report also said USOC members should be provided federal discrimination protections because the organization receives large amounts of money from the U.S. Government.

The report said the USOC's anti-Korean bias was apparent in an Aug. 4 letter, which said USTU showed "An allegiance to Korea to the detriment of U.S. programs and the interest of U.S. athletes." It also took a passage within the USOC's complaint and substituted African-American basketball players for Korean martial artists to illustrate the prejudice.

Taekwondo's international governing body is based in South Korea and many of USTU's members are Korean-American.

"Simply because taekwondo, due to its cultural beginnings and interest in the sport as a largely Asian sport, makes the statements of the USOC no less offensive," the report said. "No matter the cultural or ethnic group that is slurred, statements such as those made by the USOC are offensive not only to the United States constitution, but also to the dignity of sport and the Olympic ideal."

USOC spokesman Darryl Seibel said the complaints were just a smoke screen.

"Pure fiction," Seibel said. "This is just another attempt to try and divert attention from the issue that led to the initiation of the decertification process."

The USOC said it audited USTU eight times in the past 11 years and repeatedly found breaches in internal controls and adopted policies. That includes repayment of over $244,000 in USOC funding due to unsubstantiated or inappropriate expenditures.

USTU also has gone through four executive directors and five finance directors since 1997, and the USOC said it failed to make scheduled support payments to eligible athletes.

Copyright 2003 Associated Press. All rights reserved.

Content for the Information Age  digital The Associated Press

Copyright 2003 Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten or redistributed.
Comments and questions