

# US Taekwondo Center

# newsletter

**August 2003**

# Taking taekwondo principles to heart



## Advertiser profiles Master Lee

Alex Kidani executes a back kick as Master Dae Sung Lee holds paddles during a recent sparring workout. Read The Advertiser's profile of Master Lee, the U.S. Olympic coach, on page 3.

*Wes Lum earns his certification and a city job as an emergency medical tech*

At times during his studies at Kapiolani Community College, Wes Lum feared he would never get through the curriculum.

Mr. Lum, associate instructor at the U.S. Taekwondo Center, was working toward his certificate as an emergency medical technician. He found the course work grueling — anatomy, physiology, medical terminology, prehospital emergency care.

"There were times in school when I thought I would fail because the study was intense," Mr. Lum recalls. "Basically, they are cramming a two-year program into eight

*continued on page 2*

EXHIBIT 5

EXHIBIT 179

# Mr. Lum takes TKD principles to heart

*continued from page 1*

**US Taekwondo Center**
820 Hind Drive Suite 123
Aina Haina, HI 96821
Phone (808) 377-5040
Web site: ustchawaii.com

**Master Dae Sung Lee**
Master Instructor
and Founder
6th-degree black belt

**Master Jin Hong Ahn
Mr. Wes Lum
Mr. Donald Chisum
Mr. Ken Bambico
Mr. John Quiroga**
Associate Instructors

**Casey Lee**
Office Manager

**Jim Borg**
Newsletter editor

**Affiliation**

The USTC, founded in 1993, is affiliated with the United States Taekwondo Union, with headquarters in Colorado Springs, Colo.

**Philosophy**

Our instructors teach taekwondo, a martial art developed in Korea, to encourage students to develop high levels of physical and mental fitness. Just as important are the spiritual elements of respect, courtesy, integrity and perseverance. Learning taekwondo carries the responsibility to use its principles for self-improvement and the benefit of others and — only when necessary — for self-defense.

months because they wanted us in the field."

That's when his commitment to perseverance paid off.

"Indomitable spirit — fall down 100 times, get back up," Mr. Lum says. "That has probably carried me the most."

Mr. Lum earned his EMT certificate earlier this year and in April went to work for the city's Emergency Services department. As a member of an ambulance crew, he responds to all kinds of injuries and sudden sickness all over the island.

"The self-confidence I developed in taekwondo enables me to work with patients in a much more professional manner," he says. "It helps me keep a cool, calm head. And leadership I learned in taekwondo has helped me take control of situations out in the field."

Mr. Lum still finds time for USTC, where he began as a student in 1994. A McKinley High School graduate, Mr. Lum says he was not drawn to competitive athletics in school. After graduation, he worked in the graphics arts and construction trades and for a while was active in body-building.

He recalls he visited the dojang not long after Master Lee opened it in 1993.

"I was looking for a type



martial art to do," he recalls. He considered kung fu, karate and aikido, but was impressed with the curriculum and atmosphere that Master Lee had established with his partner at the time, Tim Connolly.

"I decided taekwondo was more exciting, more challenging," he recalls.

Even before he earned his first-degree black belt in 1997, Mr. Lum was helping teach at USTC. As a full-time instructor, he received his second-degree belt in December 1999 and will test for his third-degree this December.

His ambulance shifts have cut into his schedule at USTC, but Mr. Lum continues as a tireless advocate of taekwondo's five tenets: courtesy, integrity, perseverance, indomitable spirit and self-control.

# Tae kwon do coach reaches pinnacle of career — Olympics

*By Brandon Masuoka*
*Advertiser Staff Writer*



Advertiser photo by Rebecca Breyer

As Hawai'i's first Olympic tae kwon do head coach, Dae Sung Lee has inherited some huge expectations.

One of those will be to continue the U.S. team's gold-medal winning streak at the 2004 Olympics in Athens, Greece.

The U.S. team won a total of six gold medals in 1988 and 1992 when tae kwon do was a demonstration sport. In 2000, the United States won one gold when tae kwon do was named a medal sport.

"So far we always had a gold medal," said Lee, who was an assistant coach for the U.S. team in 1988 and 1992, and a technical coach in 2000.

"Everyone knows that I'm one of the top coaches in the world. So they are expecting at least two gold. But winning two gold in the Olympic Games is like grabbing a star in the sky."

For a sport such as tae kwon do, being selected as an Olympic coach is quite an achievement, according to Sammy Pejo, who coaches the Pan Am Games team with Lee and is one of the resident coaches at the U.S. Olympic Training Center.

"In our sport, there's no higher pinnacle than Olympic coach," Pejo said. "Obviously we don't have the opportunities professional coaches in high-profile sports have like basketball, football or baseball. For us, this is it. This is as good as gets. It's a huge honor." The 2004 Olympics are Aug. 13-29 with the tae kwon do competition scheduled for Aug. 26-29 at the 8,000-seat Faliro Costal Zone Olympic Complex, Sports Pavilion. There will be 124 competitors from five continents taking part at the competition. The United States team can have a maximum of two men and two women.

Pejo said the "stars have to be aligned right" to win a gold medal at the Olympics. But Lee's coaching ability gives the team the best chance, he said. "The Olympics, I'm not going to kid you, it's a tough venue to be successful at," said Pejo, who won the World University Championships in 1990 and won a silver medal at the 1995 Pan Am Games.

"But nevertheless, our Olympic hopefuls are very familiar with coach Lee. He's been the national coach for probably more than 10 years and he's interacted with these same athletes for quite a long time. They're very comfortable with him and he's very comfortable with the games at the international level."

Lee said he believes Texas' Steven Lopez, who won a gold medal at the 2000 Olympics in Sydney, has one of the best shots of winning another medal. "Steve Lopez has a very good chance," Lee said. "He won the (2001) world championship, too."

The U.S. team will face challenges from several countries that have adopted the Korean-born martial art and have become prolific. In the men's competition, Iran and France are really tough, Lee said. In women's competition, China, the United States and Turkey are contenders, he said.

"Korea dominated when I was competing in the '70s and '80s," Lee said. "But as soon as we reached the '90s, it's all spread out now. I think it's very good."

Lee was born in Seoul, Korea and moved to Hawai'i in 1971. In 1993, he opened the U.S. Taekwondo Center at the 'Aina Haina Shopping Center, where he coaches about 300 students ranging in age from 3 1/2 to 60.

*Tuesday, Aug. 6, 2003*
*Reprinted with permission*