



Archive Search > Buy > Print

» New Search    » Pricing    » Help    » FAQ

Return to results    Printer Friendly

**Account Information**
You have purchased articles, and you have remaining before the subscription expires on .

August 5, 2003
**Section:** Sports
**Page:** 1D

### ISLE PROFILE: DAE SUNG LEE
*Masuoka Brandon*
*Staff*
*Advertiser Final*

**Tae kwon do coach reaches pinnacle of career - Olympics**

By Brandon Masuoka, ADVERTISER STAFF WRITER

As Hawai'i's first Olympic **tae kwon do** head coach, Dae Sung Lee has inherited some huge expectations.

One of those will be to continue the U.S. team's gold-medal winning streak at the 2004 **Olympics** in Athens, Greece.

The U.S. team won a total of six gold medals in 1988 and 1992 when **tae kwon do** was a demonstration sport. In 2000, the United States won one gold when **tae kwon do** was named a medal sport.

"So far we always had a gold medal," said Lee, who was an assistant coach for the U.S. team in 1988 and

EXHIBIT 180

http://nl.newsbank.com/nl-search/we/Archives?p_action=doc&p_docid=0FCC4B0752E789... 8/5/2005

EXHIBIT 6

1992, and a technical coach in 2000. "Everyone knows that I'm one of the top coaches in the world. So they are expecting at least two gold. But winning two gold in the Olympic Games is like grabbing a star in the sky."

For a sport such as **tae kwon do**, being selected as an Olympic coach is quite an achievement, according to Sammy Pejo, who coaches the Pan Am Games team with Lee and is one of the resident coaches at the U.S. Olympic Training Center.

"In our sport, there's no higher pinnacle than Olympic coach," Pejo said. "Obviously we don't have the opportunities professional coaches in high-profile sports have like basketball, football or baseball. For us, this is it. This is as good as it gets. It's a huge honor."

The 2004 **Olympics** are Aug. 13-29 with the **tae kwon do** competition scheduled for Aug. 26-29 at the 8,000-seat Faliro Costal Zone Olympic Complex, Sports Pavilion. There will be 124 competitors from five continents taking part at the competition. The United States team can have a maximum of two men and two women.

Pejo said the "stars have to be aligned right" to win a gold medal at the **Olympics**. But Lee's coaching ability gives the team the best chance, he said.

"The **Olympics**, I'm not going to kid you, it's a tough venue to be successful at," said Pejo, who won the World University Championships in 1990 and won a silver medal at 1995 Pan Am Games. "But nevertheless, our Olympic hopefuls are very familiar with coach Lee. He's been the national coach for probably more than 10 years and he's interacted with these same athletes for quite a long time. They're very comfortable with him and he's very comfortable with the game at the international level."

Lee said he believes Texas' Steven Lopez, who won a gold medal at the 2000 **Olympics** in Sydney, has one of the best shots of winning another medal.

"Steve Lopez has a very good chance," Lee said. "He won the (2001) world championship, too."

The U.S. team will face challenges from several countries that have adopted the Korean-born martial art and have become prolific. In the men's competition, Iran and France are really tough, Lee said. In women's competition, China, the United States and Turkey are contenders, he said.

"Korea dominated when I was competing in '70s and '80s," Lee said. "But as soon as we reached the '90s, it's all spread out now. I think it's very good."

Lee was born in Seoul, Korea and moved to Hawai'i in 1971. In 1993, he opened the U.S. Taekwondo Center at the 'Aina Haina Shopping Center where he coaches about 300 students ranging in age from 3 1/2 to 60.

Reach Brandon Masuoka at 535-2458 or bmasuoka@hono luluadvertiser.com.

Drop-in:

Dae Sung Lee

› Born: Aug. 6, 1958 in Seoul, Korea

› EDUCATION: Moanalua High School, Class of 1977, University of Hawai'i

› AWARDS: Nine-time U.S. national champion four-time gold medalist at Pan American Taekwondo Championships.

› FACTS ON 2004 **OLYMPICS**: There will be 28 sports. ... An Olympic sport must be widely practiced by men in at least 75 countries and on four continents, and by women in at least 40 countries and on three continents.