He rolled a hard "4," followed by a hard "6." 10 San Jose St   87
Source: Associated Press

One man won eight green chips — $200 — on a Chang roll, then raced over to offer a high-five of thanks.

A chant of "Tim! ... Tim! ..." echoed.

The dealer called him by his first name.

"It's all about the aloha spirit," said Chang, who spent the time between shoots imploring the bystanders to spend their next vacation in Hawai'i. "It's the most beautiful place in the world. We'd love to have you come over."

Two men, on the spot, pledged to become Warrior football fans.

The pit boss told Chang she enjoyed the way he danced.

"When did you see me dance?" he asked.

"On the (security) camera," she said.

Later, he said, "You always hear the cheers when you're putting the red chips in people's pockets. Sometimes you feel the love, sometimes you get booed. You can't worry about the bad times. Life has to be fun. If life is stressing you out, you're doing something wrong."

These days, Chang is Mr. Right. The Western Athletic Conference is undergoing an-

SEE CHANG, D4



Advertiser library photo
at for the league," says a WAC coach.

# Deposed U.S. taekwondo coach sues Olympic groups

### Hawai'i's Lee says Korean heritage reason for removal

*Advertiser Staff*


Lee

Dae Sung Lee, who was removed as U.S. Olympic taekwondo coach in April, has filed a $1 million federal lawsuit against the sport's governing body and Olympic committee, claiming he was removed because of his Korean heritage.

Lee's attorney, Ward D. Jones of the firm Bervar & Jones, said Lee will seek reinstatement to the position in time for the Olympic Games, as well as unspecified compensatory damages and punitive damages in the suit filed against the United States Taekwondo Union and United States Olympic Committee.

No one with the U.S. Taekwondo Union nor the U.S. Olympic Committee could be reached for comment yesterday.

The Olympic Games in Athens will be held Aug. 13 to 29, with the taekwondo competition being held Aug. 26.

The suit was filed yesterday

SEE LEE, D4

## COLLEGE

### Alcorn State's logo must go, mascot next?

Alcorn State University has stopped using its logo featuring a profile of an American Indian and may phase out the "Braves" mascot.

The new logo is a letter "A" with the word "Alcorn" written through it.

There are no current plans to change Alcorn State's "Braves" nickname, athletic director Robert Raines said, but the next target may be the school's mascot, a student dressed as an Indian warrior.

B.J. Batts, Bronson Carvalho and Oren Long of Honolulu's Saint Louis School will attend Alcorn State.

## END QUOTE

**KARL DORRELL** | UCLA football coach on his team's No. 8 preseason ranking in the Pac-10 conference:

**"We've got to start somewhere. Don't be surprised if we're in the top two or three. We're going to be a very good football team."**

EXHIBIT 181

EXHIBIT 7

back West Keli'ikipi to
lved by this weekend.
leaves Friday night for a
to work with the U.S.
c committee.
kipi was suspended be-
his alleged involvement
theft of money from a
l insurance account.
nk he has a chance to be
ted, a real good chance,"
said.

Stephen Tsai at
honoluluadvertiser.com
8051.

---

h reporter by name.
eel very lucky, very
l," he said. "It felt like the
s aligned when I signed
JH. If you told me four
ago I would be in the po-
I'm in today, I would have
you a liar. I can't believe
is has become a big thing."
're all rooting for him,"
se State quarterback Dale
s said. "Records are made
proken."
no State quarterback Paul
ar added: "It's time for a
areer pass leader."
e linebacker Terry Holley
his event was his first off-
eld meeting with Chang.
lways get the speech from
oaches: 'You've got to kill
blah, blah, blah,'" Holley
'It's great to meet him. He's

ck in Texas, we've got a
urant called 'Timmy
ig's.' It's a pretty good
urant. It has pretty good
p fried rice. Now I can tell
body, 'This is the restau-
but I know the real Timmy
ig.'"

h Stephen Tsai at
@honoluluadvertiser.com
5-8051.

---

Diego Heat 5
Kahalu'u 14, Kāne'ohe 0
Santa Barbara Stampede nilip-
pines Alabang 0
Commerce Yankees 5, Kilauea 3
Santa Margarita Rattlers 7, Kaui
Dragons
**12-under**
So. Cal Redhawks 4, Hana Hou 3
Mililani 8, Arizona Baseball 2
Kaua'i 9, Kāne'ohe Knights 0
**11-under**
Kāne'ohe Knights 10, Hawai'i Wind-
ward 2
Mānoa 11, Philippines Alabang 1
**10-under**
Mānoa All-Stars 10, Moraga Mud
Dogs 3
HI Warriors 12, Philippines Alabang 0
Hawai'i Westside 8, Hawai'i Warriors 2
Mānoa All-Stars 10, Central O'ahu 9
**18-under Softball**
Wailu 12, New Jersey Maddogs 0
Ho Omana 3, Philippines Alabang 1
Wailu 3, Sunflower 2
Pacific Pride 4, Ho Omana 0
**16-under Softball**
Cal Breakers 8, Lady Knights 7
Kamikaze 4, Cal Breakers 0
Kauila 2, Ho Omana 0

## BASKETBALL
**Women's National Basketball Association**

| Eastern Conf. | W | L | Pct | GB |
|---|---|---|---|---|
| Charlotte | 12 | 11 | .522 | — |
| New York | 12 | 11 | .522 | — |
| Connecticut | 13 | 12 | .520 | — |
| Detroit | 12 | 13 | .480 | 1 |
| Indiana | 12 | 14 | .462 | 1½ |
| Washington | 10 | 14 | .417 | 2½ |

Diatta 0-1 0-0 0, C.Brown 3-5 0-0 7.
Totals 20-60 8-12 53.
3-Point Goals—Charlotte 14 (Feast-
er 2-6, Powell 2-6, Mazzante 1-1,
Staley 0-1), Indiana 5-13 (White 3-4,
Miller 1-2, C.Brown 1-3, N.Williams 0-
1, Catchings 0-3). Fouled out—None.
Rebounds—Charlotte 33 (Sutton-
Brown, Powell 7), Indiana 40 (Catch-
ings 8). Assists—Charlotte 14 (Feast-
er, Smith-Taylor 3), Indiana 16
(Catchings 6). Total fouls—Charlotte
16, Indiana 15. A—7,171 (8,829).

| | | | |
|---|---|---|---|
| SAN ANTONIO | 23 | 30 | 53 |
| MINNESOTA | 34 | 32 | 66 |

SAN ANTONIO—Goodson 5-7 0-0
10, Thomas 3-5 0-0 6, Dydek 0-2 0-
0 0, Bibrzycka 1-1 0-0 3, To.Williams
2-6 1-2 5, Hicks 2-4 0-0 4,
A.Williams 3-6 0-0 6, Dillard 3-10 0-0
7, Randall 3-9 4-4 10, Stevenson 1-2
0-0 2. Totals 23-52 5-6 53.
MINNESOTA—Abrosimova 3-7 1-1
9, T.Williams 5-6 3-4 13, Ohlde 3-6
4-8 10, Edwards 3-5 0-0 6, Darling
2-8 5-8 9, Hayden 3-6 0-2 6, Lassiter
1-4 1-1 3, Jacobs 2-4 1-1 6, Van
Gorp 0-0 0-0 0, Butts 2-2 0-2 4,
Lovelace-Tolbert 0-2 0-0 0. Totals
24-50 15-27 66.
3-Point Goals—San Antonio 2-6
(Bibrzycka 1-1, Dillard 1-3, Goodson
0-1, Randall 0-1), Minnesota 3-13
(Abrosimova 2-3, Jacobs 1-3, Ed-
wards 0-2, Darling 0-2, Lassiter 0-3).
Fouled out—None. Rebounds—San
Antonio 25 (Thomas, A.Williams 5),
Minnesota 43 (Abrosimova 6). As-
sists—San Antonio 13 (Dillard 5), Min-
nesota 18 (Darling 4). Total fouls—
San Antonio 26, Minnesota 12. A—
8,111 (10,206).

---

Pete Alminas, Mass. 75—221
Brandon Detweiler, Pa. 76—222
Michael McRae, Uta
Jesse Massie, Ky. 29—223
Travis Toyama, Kāne'ohe 78—223
**Also**
T.J. Kua, Lihu'e 82—234

## Girls Junior America's Cup
**Yesterday**
At Shaughnessy Golf & Country Club
Vancouver, B.C.
**Second Round**

| | |
|---|---|
| British Columbia | 222-225—447 |
| San Diego | 222-226—448 |
| Hawai'i | 219-230—449 |
| So. California | 227-224—451 |
| No. California | 231-221—452 |
| Washington | 227-230—457 |
| Colorado | 234-225—459 |
| Arizona | 232-228—460 |
| Alberta | 241-223—464 |
| Oregon | 236-230—466 |
| Mexico | 233-237—470 |
| Sun Country | 237-242—479 |
| So. Nevada | 246-244—490 |
| Idaho | 248-250—498 |
| Utah | 255-247—502 |
| Montana | 262-251—513 |
| No. Nevada | 261-258—519 |
| Wyoming | 295-321—616 |

## Casey Nakama Jr. Tour
**Sunday**
At Turtle Bay Resort Golf Club
**A-Flight (Par: 72)**
80—Hayley Young. 83—Lance Hori-
uchi. 85—Travis Sonomura, Ty Yasu-
da. 86—Brent Aratani. 89—Nicholas
Olinski. 90—Christopher Lum. 92—
Evan Nagano. 93—Jaymie Nakama,
David Gans. 97—Clinton Haioka. 99—
Jay Kishi.

---

Greece, 6-1, 6-4. Gisela Dulko, Ar-
gentina, def. Mary Pierce, France, 6-
7-6 (1) Fabiola Zuluaga, Colombia, def.
Amelie Mauresmo (2), France, 7-5, 3-
6, 6-3. Lindsay Davenport (4), United
States, def. Karolina Sprem, Croatia,
6-4, 6-0.

## Kailua Racquet Club
**Men's Night Doubles**
**Yesterday**
At Kailua
**Round of 32**
M. Burger/K. Obuchi def. J.
Carstenn/D. Story 6-2, 6-1.
R. Baldemor/R. Laws def. M. Walk-
er/A. Yuen 6-4, 6-3.

## TRANSACTIONS
**Football**
**National Football League**
**Dallas Cowboys**—Signed OL
Stephen Peterman.
**Houston Texans**—Signed CB Vontez
Duff and S Glenn Earl.
**Indianapolis Colts**—Signed QB Jim
Sorgi, LB Kendyll Pope, DB Jason
David, DT Jake Scott, DB Von
Hutchins and K David Kimball.
**New England Patriots**—Signed OL
James Williams.
**New York Giants**—Waived TE Dar-
nell Dinkins and OL Mathias Nkwenti.
Claimed DT Willie Blade off waivers
from Dallas.
**Philadelphia Eagles**—Waived T
Damian Lavergne.
**Pittsburgh Pirates**—Signed LB James
Harrison to a one-year contract.
**Tennessee Titans**—Agreed to terms
with S Scott McGarrahan and DT
Randy Starks.

---

# Lee
CONTINUED FROM D1

in U.S. District Court and Jones said he will be asking for an accelerated hearing.

"I'm just waiting patiently for the court's decision," Lee said yesterday. "They (U.S. Tae kwondo Union and U.S. Olympic Committee) really did wrong. If you look at my resumé, I'm pretty good at coaching."

Jones said following Lee's removal, the position remained open until July 19.

"He was told July 19 someone else got the job," Jones said.

Jones said in October of 2003, the U.S. Olympic Committee approved the nomination of Lee as the team's coach. Lee was an uncertified coach on the 2000 Olympic team and coached the U.S. Pan American team last year.

According to Jones, a new management group assumed control of the sport's governing body — U.S. Taekwondo Union — in February and removed all Korean Americans (10 in all) from management.

The U.S. Taekwondo Union oversees 30,000 members nationally, including coaches and competitors.

Jones said the new group also removed each state president; of those, 23 were Korean Americans.

Lee, a local instructor and owner of the U.S. Taekwondo Center in 'Aina Haina, said he hasn't told many students about his situation.

"Just a handful of students know," Lee said. "Probably, after today, now everybody will know."

Lee, who will turn 46 a week before the opening ceremonies in Athens, was born in Seoul, South Korea and moved to Hawai'i in 1971. He is a Moanalua High School and University of Hawai'i alum.

Lee is a nine-time U.S. national champion and four-time gold medalist at the Pan American taekwondo championships.

In 1993, he opened the U.S. Taekwondo Center, where he coaches about 300 students.