

United States is unbeaten at the Summer and in Olympic qualifying since NBA players were allowed in 1992, taking four straight gold medals. It will seek a fifth in a row at the Athens Olympics.

But the United States is sending its youngest team to the Olympics — the average age is 23½ — since the door opened for

by Giacomo Galanda's in-your-face defense. Duncan scored 15 ...nda, who led all scorers with 28 points.

Associated Press

SEE ITALY, D5

...elie to ...ason



Advertiser library photo

says he will be ...ctive this year after ...hes in 2003.

## Taekwondo coach's hearing next week

### Honolulu's Lee seeks reinstatement to U.S. Olympic post

**BY STANLEY LEE**
*Advertiser Staff Writer*



Lee

Dae Sung Lee of Honolulu could find out Aug. 12 whether he will be reinstated as head coach of the U.S. Olympic taekwondo team.

U.S. District Judge Susan Oki Mollway is scheduled to hear in Federal Court at Honolulu at 10 a.m. a request for an injunction that would reinstate Lee.

Lee, owner of U.S. Taekwondo Center in 'Āina Haina, filed a $1 million federal lawsuit on July 28 against the sport's governing body — the U.S. Taekwondo Union — and the U.S. Olympic Committee, claiming he was removed because of his Korean heritage. The suit seeks reinstatement in time for the Olympic Games, as well as unspecified compensatory and punitive damages.

"He's handling it as well as it could be for him," said Lee's attorney, Ward D. Jones of Bervar & Jones. "It's stressful to manage his school and be an instructor."

Jeff Benz, general counsel of the USOC, denied Lee's allegations and said the USOC has no intention of reinstating him.

SEE LEE, D5

### GOLF

#### Endorsements battle for space

John Daly's endorsements don't always go hand-in-hand.

During the "Battle at the Bridges" competition Monday at Rancho Santa Fe, Calif., Daly wore a shirt with a logo for Trim Spa on his lapel. On the sleeve was his latest endorsement — Dunkin' Donuts. The divergent sponsorship was not lost on Daly.

"That's like having Miller Lite and AA," he said with a laugh.

### END QUOTE

**DWIGHT PERRY** | Seattle Times writer, on President Bush taking his second tumble off his mountain bike in two months:

**"Speculation, at least among Democrats, is that Dubya must've been leaning too far to the right."**

EXHIBIT 183

EXHIBIT 8

ams play together for years, and we have to put it together a couple of weeks."

At the 2002 World Championships, an American team with NBA players was beaten for the first time, 87-80, by Argentina. The United States went on to lose twice more in that tournament and finished sixth.

In an effort to avoid a similar display, the current U.S. squad is touring Europe before heading to Greece. Today, it will face Dirk Nowitzki-led Germany, which beat Italy, 85-?, Sunday.

Yesterday, Iverson's jump shot trimmed Italy's lead to 56-? with just under three minutes left in the third quarter. But the Americans never got closer. On Italy's next two trips down the floor, Basile made 3-pointers that stretched the underdogs' lead to 62-52.

Iverson winced when Masmo Bulleri made a 3-pointer despite falling down and hav-

ral traveling calls in front of 14,831 spectators.

The Italians were 15 of 35 from behind the line, while the Americans went just 4 for 13, justifying Brown's fears that his team might be short on pure shooters.

Word of the stunning result spread quickly.

"That was a surprise," said Houston Rockets center Yao Ming, who watched the game on TV after China lost to Argentina in Belgrade, Serbia-Montenegro. "I think they will get better in a few weeks, few days. So no problem."

At Belgrade Arena, the crowd at the Diamond Ball Tournament for Olympic teams let out a loud cheer when the score was announced over the public address system.

"The competition out here is a lot tougher than people think it is," said Del Harris, China's Olympic coach and an assistant with the Dallas Mavericks.

## Lee
CONTINUED FROM D1

The Olympics start Aug. 13, with taekwondo scheduled to begin competition Aug. 26.

The U.S. Taekwondo Union in Colorado Springs, Colo., approved Lee as head coach in March 2003 and later sent him to Athens on a site visit. The USOC, also located in Colorado Springs, approved Lee's nomination as coach in October.

In February, a new management group appointed by the USOC assumed control of the union to clean up years of alleged fiscal mismanagement and misappropriation of money by the union.

The group reevaluated the coach selection criteria and suggested Lee be replaced. Lee was removed from his position in April.

Jean Lopez was appointed as head coach and Chul Ho Kim as his assistant in July. They coach the only two U.S. athletes to qualify for the Games. Lopez is the brother and coach of Steven Lopez, a 2000 gold medalist, and Kim coaches Nia Abdallah.

The team finished a four-day mini training camp at the U.S. Olympic Training Center in Colorado Springs last week and is currently training in Salina, Malta.

Lee, a nine-time U.S. national champion and four-time gold medalist at the Pan American Games, claims he is more qualified for the position. The Moanalua High and University of Hawai'i alum coached the U.S. Pan American team last year, and was an uncertified coach on the 2000 Olympic team.

*Reach Stanley Lee at slee@honoluluadvertiser.com or 535-8533.*

## Lewis
CONTINUED FROM D1

As the embarrassing sixth-place finish in the World championships two years ago underlined, the days when the U.S. can just show up and win gold medals on talent alone are over. The memories of the 1992 Dream Team blowing out teams by an average of 40 points have gone the way of $1-a-gallon gasoline. In 2000 at Sydney the margins were closer and the games competitive.

Yes, this is a young (average age 23½ years) team that hasn't spent a whole lot of

time together. And, with 14 players having either backed out or declined to go to Athens, this isn't the complete NBA varsity.

But they aren't tomato sauce, either. Certainly not the kind that should absorb a 17-point loss to Italy that was the most lopsided setback since the U.S. began using pros 12 years ago?

The rest of the world, it seems, has learned its basketball lessons all too well. Now, it is up to us to do some learning. Past time, really. It is time for

the U.S. team to dust off and examine a copy of Basketball 101. Not just the international game with its nuances, but what was once thought to be basic fundamental U-S-of-A basketball.

You know, outside shooting, defense, rebounding and team work. All the things that have suffered in the shadow of a preponderance of monster dunks.

"Tonight was a wake-up call for us," Iverson said. "We understand we have to get better."

You sure hope so, because otherwise the U.S. is in danger of going from "Dream Team" to Olympic nightmare.

*Reach Ferd Lewis at flewis@honoluluadvertiser.com or 525-8044.*



**CHINA SPA**
Relaxation
BEAUTIFUL LADIES
Open 24 Hours
825 Keeaumoku St. #1-207
Ph. 942-0928

**New Rakuen**
Private Rooms
Open 24 Hours • Free Parking
593-0666
1334 Young St, Ste 214, Young Street Center

**ADULT VIDEO/DVD SPECIAL**
2-Hr. & 4-Hr. DVD's — 3 or more for $4.98 ea.
4-8 Hr. DVD's — 3 or more for $8.98 ea.
Parking available on new Queen St. at merge with Waimanu. Go past "Road Closed" sign and enter open gate. Park on the right side.
**DISCOUNT VIDEO 597-8256**
1160 WAIMANU ST. OPEN EVERYDAY 11-7
EWA SIDE OF ALA MOANA CENTER BETWEEN PENSACOLA & KAMAKEE STS.



Hawaii's *largest* selection of ADULT toys, novelties, magazines, VHS + DVD'S