

**USA us team**
The Official Site of the U.S. Olympic Team

latest news | getting started | bios | photos | tips | q & a

Judge refuses to reinstate ousted Olympic taekwondo coach
// Associated Press // August 14, 2004
Visit U.S. Taekwondo

HONOLULU (AP) _ A federal judge has rejected the discrimination lawsuit filed by the dismissed coach of the U.S. Olympic taekwondo team and turned down his request to be reinstated.

Dae Sung Lee, who was dismissed in April, filed a $1 million lawsuit two weeks ago claiming he was removed because of his Korean heritage.

U.S. District Judge Susan Oki Mollway ruled Friday that he failed to show that the U.S. Taekwondo Union and the U.S. Olympic Committee discriminated against him.

The union approved him as head coach in March 2003 and later sent him to Athens on a site visit. His nomination was approved by the USOC in October 2003.

Based on new selection criteria, Jean Lopez, older brother and coach of team member **Steven Lopez**, was appointed as the taekwondo coach on July 19.

Visit U.S. Taekwondo

Frida

u.s. oly
Wear
athle
Chec
gear
Olym

**Free eNewsletter**
Enter your e-mail;
get free U.S. Olym
News

More News/Featur

Judge refuses to rei
ousted Olympic tae
coach
- Associated Press/
2004
Kay Poe on how to
move on from disa
- April 21, 2004
Spotlight on taekw
Han
- USOC Media
Services/January 2
U.S. Taekwondo si
new sponsors for 2
- February 27, 200
Gambardella to lea
Taekwondo during
restructuring
- February 5, 2004
More Headlines...

Taekwondo Releas
More Press Release

Related Links
Join the U.S. Olym

EXHIBIT 105

http://www.usoc.org/11590_23718.htm                          8/20/2004

EXHIBIT 10