

- AFA
- USOC
- CC Hockey









### USOC under the microscope (1/28/03)

Senate hearings to examine how Olympic Committee governs itself

MERI-JO BORZILLERI THE GAZETTE

WASHINGTON - U.S. senators today will begin to examine just how the world's biggest a Olympic committee has sunk to an all-time low.

At the heart of the matter is how the U.S. Olympic Committee governs itself. Lately, the ar well.

Conflicts of interest appear around every corner. Power is not clearly defined so some pe what they can. Others work for their favorite sport, but not the greater Olympic glory. Som organization say its structure is as much to blame as the fighting among the people trying

"I've been here 12 years," said Steve Locke, the USA Triathlon executive director and on members of the board of directors. "I've never seen a mess like this in any organization I'

The USOC got its stamp of approval from Congress in 1978 and the Senate Committee c Science, and Transportation will hold hearings today. Sen. John McCain (R.-Ariz) will pre Ted Stevens (R-Alaska), who helped write the Amateur Sports Act, and Sen. Ben Nighthc (R-Colo.), a former Olympian, are scheduled to join the committee.

The hearing probably will last no more the three hours because of President Bush's State address, set for 7 p.m.

Not even the Salt Lake bribery scandal made the USOC look this bad, said one Olympic i

That scandal, which exposed a culture of corruption unseen in Olympic history "involved t Olympic Committee and the Salt Lake Organizing Committee," he said. "This is us. Nobo involved."

Well, not quite. Before the explosion of USOC turmoil in the last month, there was disagre discussion about chief executive officer Lloyd Ward's membership in the all-male August; Club. Senators may question Ward on whether he has made any progress in his self-des the scenes attempts to have a woman admitted to club and, if not, how he can remain a r the Olympic ideals of diversity.

But even without that element, USOC leaders are bracing for criticism and questions rega the most tumultuous months in USOC history.

Ward is embroiled in an ethics controversy because he was accused of trying to help a pc with ties to his brother land a deal to supply generators to Dominican Republic officials ru Pan American Games.

USOC president Marty Mankamyer, a Colorado Springs real estate agent, has been aske her own officers. Five USOC officials have quit their posts, saying the organization doesn ethics code.

Ken Duberstein, head of the USOC'S Ethics Oversight Committee that investigated Warc be a paid lobbyist for General Motors. Ward sits on the GM board, creating a conflict of in Duberstein, in some people's minds.

Even McCain, who led the Congressional investigation into the Salt Lake scandal, is not i chairs today's inquiry, but employed Duberstein, a key figure in Ward's case, as a consul presidential campaign.

Mankamyer heads the 22-member executive committee and 123-member board of direct volunteers who make policy. Ward is in charge of the 500-plus member paid staff at the L

Roles aren't defined, resulting in at least one territorial dispute. Soon after Mankamyer to August, she and Ward clashed over the USOC's international relations department. Manl it came under her domain as the USOC's international ambassador; Ward believed it was leader. The dispute was a sign of things to come.

http://usoc.gazette.com/fullstory.php?id=184

EXHIBIT 11

EXHIBIT 27

7/19/2004



"I think the USOC has ... almost forgotten it's a public trust," said one former USOC leade at it as a public trust, then you set aside your own individual agendas."

The turmoil has reached far beyond Colorado Springs. Not only has Congress noticed, bt have, too. So has the International Olympic Committee, which selects Olympic host cities candidate for the 2012 Games, and the USOC's current turmoil could hurt the city's efforl Olympics.

"This is just going to remind them of the incompetence of Atlanta, the scandal of Salt Lak David Wallechinsky, Olympic historian. "It's just a third nail."

The structure of the organization is a labyrinth.

The 123-member board of directors consists of the USOC's officers and executive comm IOC members; representatives of national governing bodies, such as USA Cycling, which provide coaching and training for athletes; athlete representatives; public sector member based sports organizations; education-based sports organizations; the Armed Forces; sta disabled sports organizations and other affiliated organizations.

The board of directors sets policy and elects the president. The board also picks the six o 22-member executive committee, which supervises the conduct of USOC business affair executive committee also hires the CEO.

And, in the opinion of many people, it's all too much.

The system, they say, is one flawed by size and, in attempting to be all-inclusive, wound ( many diverse interests it is neither efficient nor effective.

Divergent interests have morphed into self-interest.

"You come to meetings trying to further the interests of whoever sent you," said an ex-US

The executive committee has taken matters into its own hands to the distress of the boar( board members complained about being kept out of the loop as seven members of the e> committee called for Mankamyer's resignation.

"We've been cut out of the action in all this," said Locke. "We have no clue what the hell': We're frustrated."

Bill Hybl, two-time USOC president (Sept. 1991-Oct. 1992 and Oct. 1996-Dec. 2000), thir directors with no more than 25 members and an executive committee of no more than 10 would work. Other constituents would comprise a congress.

"It's essential, as a federally-chartered organization and not just a (non-profit) to maintain confidence of the members of the House and Senate," Hybl said.

At least the USOC appears united on one front. Restructuring is necessary. If it has to co! Congress, so be it.

Bill Stapleton, the executive committee vice president who led the attempt to oust Mankai resign if the organization did not undergo substantial restructuring from Congress.

Former Olympic swimmer government relations committee committee member Donna de looking at a silver lining amid the gloom.

"Usually out of crisis," she said, "something good comes."

CONTACT THE WRITER: 636-0259 or merijo@gazette.com

**DYSFUNCTION JUNCTION**

**USOC STRUCTURE**

The U.S. Olympic Committee leadership is in turmoil because of accusations of conflict ol the organizations structure that creates conflicts over jurisdiction will also be part of the d( U.S. Senate Commerce Committee hearing in Washington.

Created in 1978 by Congress, the Amateur Sports Act specifically named the USOC as tr body for athletic activity in the United States directly relating to international Olympic and competition. However, the mandate also gives responsibility for promoting and supportinc fitness and public participation in athletic activities by encouraging developmental prograr member organizations. That means everybody from USA Track and Field to the Boy Sco! voice in a cumbersome organization with many factions and ambitions. The volunteer bra board of directors, whose 123 members often conflict with the paid staff of more than 500

volunteer branches Executive Committee chooses the Chief Executive Officer, which is L akin to having a Congress that hires the President of the United States, except sometime of this Congress fight more among themselves.

PROFESSIONAL STAFF

Chief Executive Officer Lloyd Ward, hired by the Executive Committee, manages the 500 professional staff and is responsible for the day-to-day operation of the USOC, and strate initiatives.

The CEO will have the status of a voting member of the Executive Committee and Board Section 3 of the constitution says the CEO shall devote his/her entire time and service to the USOC and shall not engage in any other profession or employment.

VOLUNTEER SIDE

The 123-member Board of Directors has ultimate authority over the business, policies, afl activities of the USOC. The Board is responsible for electing the officers of the USOC anc amendments to the USOC Constitution and Bylaws. The 22-member Executive Committe has the primary responsibility for establishing USOC policies and for overseeing the cond business and affairs of the USOC. Additionally, the Executive Committee hires the Chief I Officer.

OFFICERS OF THE BOARD OF DIRECTORS

Marty Mankamyer, President (Colorado Springs)

Herman R. Frazier, Vice President (Birmingham, Ala.)

Paul E. George, Vice President (Wellesley, Mass.)

Bill Stapleton, Vice President (Austin, Texas)

William C. Martin, Vice President Secretariat (Ann Arbor, Mich.)

Frank Marshall, Vice President Treasurer (Santa Monica, Calif.)

COMMITTEES

The USOC has 17 committees that make recommendations to the Board of Directors anc Committee. Committees are divided into:

Oversight Committees (Audit, Ethics Oversight, Anti-Doping Policy, Membership and Cre Legislation).

Governance Committees (Budget, International Relations, Compensation and the Delega

Operating Committees.

EXECUTIVE COMMITTEE OF THE BOARD OF DIRECTORS

The Executive Committee, under the chairmanship of the President of the USOC, has the for supervising the conduct of the business affairs of the USOC according to the policy gu prescribed by the Board of Directors. The Executive Committee is comprised of the follow

6 USOC Officers

4 IOC members from the United States

5 Olympic and Pan American sports organization representatives elected by the NGB Co one shall represent a winter sport)

1 Member elected by the directors representing the education-based multisport organizat

1 Member elected by the directors representing community-based multi-sport organizatio Armed Forces

6 additional individuals to ensure that not less than 20 percent of the total membership ar shall consist of athletes who have competed on a U.S. national team in the Olympic or Pa Games or other major international competitions.

BOARD OF DIRECTORS

The Board of Directors meets two times annually, unless otherwise decided by the constit Board of Directors is comprised of:

The USOC officers

Past presidents

IOC members

Representatives from the Olympic and Pan American Games sport organizations.

Community-based multisport organizations

Armed Forces

Affiliated sport organizations

Education-based multisport organizations

Public sector

State Olympic organizations

Disabled sports organizations

Active athletes who have competed in major international competitions within the past de· USOC Constitution and Bylaws, at least 20 percent of the total Board and other appointe( members must be athletes with 20 percent of the total votes.

## USOC MEMBER ORGANIZATIONS

## OLYMPIC SPORT ORGANIZATIONS (39)

National Archery Association

USA Badminton

USA Baseball

USA Basketball

U.S. Biathlon Association

U.S. Bobsled and Skeleton Federation

USA Boxing

USA Canoe and Kayak

USA Curling

USA Cycling, Inc.

United States Diving, Inc.

USA Equestrian/U.S. Equestrian Team

U.S. Fencing Association

U.S. Field Hockey Association

U.S. Figure Skating Association

USA Gymnastics/USA Trampoline & Tumbling

USA Hockey, Inc.

USA Judo

U.S. Luge Association

U.S. Modern Pentathlon Association

United States Rowing Association (U.S. Rowing)

United States Sailing Association (U.S. Sailing)

USA Shooting

U.S. Skiing and Snowboard Association

U.S. Soccer Federation

Amateur Softball Association (USA Softball)

U.S. Speedskating

USA Swimming

U.S. Synchronized Swimming, Inc.

USA Table Tennis

U.S. Taekwondo Union

U.S. Team Handball Federation

U.S. Tennis Association

USA Track and Field

USA Triathlon

USA Volleyball

United States Water Polo

USA Weightlifting

USA Wrestling

PAN AMERICAN SPORT ORGANIZATIONS (6)

USA Bowling

United States of America National Karate-Do Federation, Inc.

United States Racquetball Association

USA Roller Sports

U.S. Squash Racquets Association

USA Water Skiing

**AFFILIATED SPORT ORGANIZATIONS (5)**

United States Amateur Ballroom Dancers Association (USA Dancesport)

U.S. Orienteering Federation

USA Rugby (United States of America Rugby Football Union)

United States Sports Acrobatics Federation

Underwater Society of America

COMMUNITY-BASED MULTISPORT ORGANIZATIONS (13)

Amateur Athletic Union (AAU)

American Alliance for Health, Physical Education, Recreation and Dance (AAHPERD)

American Legion

Boys and Girls Clubs of America

Catholic Youth Organization (CYO)

Jewish Community Centers Association

National Association of Police Athletic Leagues, Inc.

National Congress of State Games

National Exploring Division, Boy Scouts of America

Native American Sports Council

National Senior Games Association

YMCA of the USA

YWCA of the USA

EDUCATION-BASED MULTISPORT ORGANIZATIONS (4)

National Association of Intercollegiate Athletics (NAIA)

National Collegiate Athletic Association (NCAA)

National Federation of State High School Associations (NFSHSA)

National Junior College Athletic Association (NJCAA)

**DISABLED SPORTS ORGANIZATIONS (7)**

U.S. Association for Blind Athletes

United States Cerebral Palsy Athletic Association

USA Deaf Sports Federation

Disabled Sports USA

Dwarf Athletic Association of America

Special Olympics International

Wheelchair Sports USA

**ARMED FORCES (4)**

U.S. Air Force

U.S. Army

U.S. Marine Corps

U.S. Navy

Copyright 2003, The Gazette, a Freedom Communications, Inc. Company. All rights reserv-