🖨 **Print This Article** 🖨

## USTU Executive Director Jay Warwick Leads a New Generation of Taekwondo Champions into the 21st Century

Jay Warwick is a trailblazer in the Olympic sport of taekwondo. Not only did he enjoy an illustrious career in international competition, but he has risen from the ranks of instructor to coach, and onto the position of Executive Director for the United States Taekwondo Union – the lifeblood of America's quest for Olympic gold.

"From my years of experience I had developed a good eye for competitive taekwondo. I was postured well and was able to keep my place on the national team for many years."

"My job as Executive Director means that I am the chief operating officer...I oversee all of our programming for athlete development – from grass roots programs to the elite athlete."

"Our mission is to foster excellence in all aspects of taekwondo, to encourage participation in taekwondo, and finally, to win gold medals in the Olympics."

"We have developed and are just launching a series of events that focuses on different aspects of taekwondo other that sparring. Friendly competition where the objectives are "learning, development and interaction with peers," and the focus is not only based on winning but can be very productive in a martial artists education."

"We have implemented a very systematic approach to developing all levels of athletes, from the grass-root athlete to the emerging athlete to the elite athletes that represent the U.S. on national teams. Our Educational Division has programming for referees, coaches, and a Master Instructor Licensing program that essentially provides all skills necessary for operating a taekwondo school."

"I really want to tell people that we are not here to compete against any other organization. We are here to augment, provide programming and services to any martial arts school which teaches taekwondo."



In the world of the modern martial arts, organizational affiliation is king. If a teacher can not turn to a higher governing body to certify his student's promotion and to be geared towards worldwide events, then they become a lonely ship lost in a vast sea.
Throughout the years, an untold number of privately formed martial art organizations have come and gone. This is predominately due to the fact that just as the lone instructor is by himself, if an organization does not possess a governing body made up of competent world class martial art masters and a precise financial program in place guiding the organization towards the future, then they too become isolated from the rest of the world-wide martial art community. Though the lone organization may hold a vision for the future of the martial arts, they have no way to disseminate that vision to the world unless a precise game plan is laid out.
Which brings us to the United States Taekwondo Union. Founded in 1974, the USTU is the United States representative for Olympic taekwondo. The USTU draws its heritage from the World Taekwondo Federation (WTF), the largest governing body of taekwondo in the world. The WTF is the organization that has guided taekwondo into the Olympic Games. With this foundational history as a backbone, the USTU has moved forward and become the essential player in American's quest for the Gold. At the essence of the USTU is their plan for the future.
When we view the essence of the USTU's gameplan we see that first, and perhaps most importantly, the USTU does not set itself up as an adversary to the rest of the taekwondo community or any other system of martial arts for that matter. It exists solely as a means for its members to gain teaching and school management resources, while guiding its taekwondo practitioners towards competitive events such as the USTU Junior Olympics and the Olympic Games. It is perhaps best worded in the USTU Mission Statement, "To Foster excellence in taekwondo in the United States. Provide resources for all taekwondo Athletes and supporters, to achieve their goals and dreams. And, to win Gold Medals in the Olympic Games."
In order to continue its evolution, the USTU has recently teamed up with MAIA, (Martial Art Industry Association). MAIA is designed to help the martial art studio owner guide his or her business towards greater success. To gain a deeper insight into the USTU and how they have gone about taking their place in taekwondo history, we will talk with Jay Warwick, a man who began his training in taekwondo as a child, advanced through the ranks, emerged victorious in an untold number of taekwondo competitions, became an instructor and world-class Olympic coach, and finally became the Executive Director of the United States

Taekwondo Union – the governing body which leads U.S. taekwondo athletes towards Olympics Gold.

**Martial Arts Success:** Let's start from the beginning. Tell us about your early training?

**Jay Warwick:** I actually started practicing the martial arts when I was seven years old. Back then there was only one martial art school per town. So, you normally didn't have a lot of choice in what style or system you studied. Back then, the martial art industry did not come close to approaching what it has evolved into today.

**MA Success:** What actually was the impetus of your martial art training?

**Warwick:** Well, my mother enrolled my brother and myself in the local school for the same reason people start their kids today – for discipline and confidence.

**MA Success:** Was your first style taekwondo?

**Warwick:** No, my first style was Judo. I didn't begin training in taekwondo until 1971 when I was twelve. We had moved to a new area and the local school taught taekwondo.

**MA Success:** Beginning the martial arts so young, what has kept your interest in training peaked?

**Warwick:** For me it was the competition. As a young boy I really enjoyed going to tournaments and competing.

**MA Success:** You have competed and won bronze, silver and gold medals in many world-class events, including the Olympics. What marked the beginning of your road to becoming a champion?

**Warwick:** First and foremost, I would say that being fortunate enough to have a mother that would haul me to tournaments every weekend and support my goals was key. I made my first team in 1977 when the U.S. was hosting the World Championships. It was a great experience and really opened my eyes to the world of international competition.
Additionally, being on that team with the likes of Ernie Reyes, Senior and John Holloway forged lifelong relationships that I enjoy today. When taekwondo was placed on the program for the 1988 Games, I made the decision to make that my goal for the athletic phase of my career.

**MA Success:** Being older, what was your training like? How did it differ from your younger contemporaries?

**Warwick:** The training was exactly the same. The only difference was there was just more of it.

**MA Success:** Did your years of competition help you in competing against younger opponents?

**Warwick:** By that point in time I had about ten years of international competitive experience. At that level it is more how you make a point.

**MA Success:** So, you believe that your age gave you a competitive maturity?

**Warwick:** Yes, that is a nice way of framing that up. By that point I was both coaching and competing. From my years of experience I had developed a good eye for competitive taekwondo. I was postured well and was able to keep my place on the national team for many years.

**MA Success:** What was your last competitive match?

**Warwick:** That would be the 1988 Olympics. From there I made the transition and focused my career upon teaching and coaching.

**MA Success:** During your period of intense competition, did you have time to teach taekwondo?

**Warwick:** Yes, I had two schools in Sacramento, California.

**MA Success:** As a world-class competitor by this point, did you focus the training at your schools upon the competitive or the self-defense aspects of taekwondo?

**Warwick:** We had a competitive program of about twenty or thirty kids that would meet on weekends and a couple of times a week after school. Then, we had a hard-core group of a dozen or so that would meet at 6:00 AM Monday through Friday. But, these competitors were students who came out of our regular taekwondo program.

**MA Success:** What set these students apart form the average person off the street who just wanted to learn a little self-defense?

**Warwick:** The level of intensity is quite different between those who are training for self-defense or local tournaments as opposed to those who have their eye's set on being an Olympic champion.

**MA Success:** As a teacher, what do you believe are the differences between self-defense-orientated taekwondo and the more competitive aspects of the art?

**Warwick:** I would not say that they are mutually exclusive. I think they complement each other very well. I believe the successful athlete is the athlete that works the hardest, is the most disciplined, and is the most committed to success. Those aren't awful virtues to install in a regular martial art student.

**MA Success:** Who was your personal instructor or coach during that period of time?

**Warwick:** My coach on the Olympic team was Master Sang Lee.

**MA Success:** What was training with Master Lee like?

**Warwick:** I was initially trained by Master Lee on the National Team in 1980. I tell you, his level of discipline was higher than any coach I had ever been with. His level of confidence was equal to that. When you have the chance to train with a person who has that strong of a personality and is that focused on winning. . . I mean, it was a wonderful experience.

**MA Success:** What were some of your training regiments?

**Warwick:** Oh, man! Training with him is like something you've never experienced. It was very intense. He was very strict. He was very focused on fundamentals. The training took place three times a day, for approximately two hours per session. His style of training was full bore – give it one hundred percent for shorter periods of time as opposed to hanging out in the gym for four or five hours and seeing how long you can last.

**MA Success:** What were some of his actual training methods?

**Warwick:** In the mornings, practice began at about 6:00 AM and lasted until about 7:30 or so. This was made up of conditioning training: roadwork and leg conditioning exercises. The next two practices of the day would focus on stepping drills, footwork, and basic kicking exercises. I mean, here you have world-class athletes, who have been practicing taekwondo for over twenty years, doing five count roundhouse kicks. Just breaking them down, doing them slow, and trying to carve out a perfect kick every time. Finally, we would train in contact drills where we would put on pads and do drills or actual sparring.

**MA Success:** When you made the transition into coaching did you take the Sang Lee method with you?

**Warwick:** I'd say about eighty percent – which is a lot.

**MA Success:** What are some of the things that you did a little differently?

**Warwick:** I think I factored in the specific athletes a little bit more. Are they tall or short for their division? Are they strong, fast, or slow? Do they have long legs or short legs? Are they more offensive minded or defensive minded? From there, I just individualize things.

**MA Success:** How did you take your competitive experience and transition it to coaching?

**Warwick:** Coaching is really about communicating your experience. A lot of times those kids don't know what to expect. They never act like that. But, they really don't know. I think one of the most valuable things that a coach can bring to any team is their experience. They have been there, so they know what an athlete can expect, what they are going for, and what they are up against.

**MA Success:** After your long and illustrious competitive and coaching career you were hired as the Executive Director of The United States Taekwondo Union (USTU). Tell us about the USTU.

**Warwick:** The USTU is the national governing body for taekwondo in the United States, recognized by the United States Olympic Committee (USOC). The USOC recognize one national governing body for each Olympic sport. My job as Executive Director means that I am the chief operating officer. What that means is that I am in charge of the business side of our sport. I oversee all of our programming for athlete development – from grass roots programs to the elite athlete. I oversee all of our event planning. I oversee all of our business and sponsor partnerships. And, I oversee our selection procedures for National and Olympic teams.

**MA Success:** As the Executive Director, tell the world a little bit about the USTU, what are your programs and what you are attempting to achieve?

**Warwick:** Our mission is to foster excellence in all aspects of taekwondo, to encourage participation in taekwondo, and finally, to win gold medals in the Olympics.

**MA Success:** Is your primary focus Olympic competition?

**Warwick:** Though a primary objective of the USTU is to select and train athletes to represent the United States in international competition, I believe that it may mislead people's understanding of what the scope of our mission is. We dedicate a great deal of energy and resources in developing programs for the regular taekwondo practitioner that trains for personal development. Our idea is to provide activities for people to participate and interact in events that are organized and sanctioned by the National Olympic Taekwondo organization. We have developed and are just launching a series of events that focuses on different aspects of taekwondo other that sparring. Friendly competition where the objectives are "learning, development and interaction with peers," and the focus is not only based on winning but can be very productive in a martial artists education.

**MA Success:** What are the USTU's future plans?

**Warwick:** Our strategic plan is designed to give taekwondo the means to grow in the United States at every level. Of course, one of those elements is athlete development. We have implemented a very systematic approach to developing all levels of athletes, from the grass-root athlete to the emerging athlete to the elite athletes that represent the U.S. on national teams. Our Educational Division has programming for referees, coaches, and a Master Instructor Licensing program that essentially provides all skills necessary for operating a taekwondo school. The Martial Arts Industry Association [MAIA], a martial art

management company, is a new partner that is assisting us in providing business resources for our club members.

**MA Success:** Tell us about MAIA.

**Warwick:** Our relationship with MAIA is that they are going to help us bring business and marketing resources to our members. They are going to create specific marketing pieces for our club members and help conduct some of our educational programs.

**MA Success:** Who can join the USTU and take part in this training?

**Warwick:** As an Olympic organization, we are open to everybody. We have created programs and resources for all taekwondo practitioners. If you are a ten year old yellow belt, a fifty year old green belt, a Master Instructor, or if you are a multi school owner. Mostly, what we do is invite our members to become part of the Olympic movement.

**MA Success:** Politically, there are two large governing bodies for taekwondo: the World Taekwondo Federation (WTF), which the USTU is associated with, and the International Taekwondo Federation (ITF). How do you interact with the ITF?

**Warwick:** You know what, that is a very good question. First of all, yes, we are associated with the WTF, which is recognized by the IOC (International Olympic Committee). But, it is important for ITF members and other taekwondo practitioners to understand that to participate in a USTU event or at an Olympic competition they simply need to be a member of the USTU. They do not have to become a member of the WTF. I really want to tell people that we are not here to compete against any other organization. I know there are some organizations out there that try to make us an adversary, but that is not accurate. We are here to augment, provide programming and services to any martial arts school that teaches taekwondo. We want to help them with education and technical assistance. Really, that is what we are all about, helping the taekwondo practitioner.

**MA Success:** What growth do you see for the Olympic sport of taekwondo?

**Warwick:** I believe it is unlimited. There are an estimated fifty million practitioners throughout the world. You know, every single taekwondo event that has taken place at the Olympics has sold out. The growth potential for how popular taekwondo can become is unlimited.

**MA Success:** Tell us a little about the USTU Junior Olympics which is the largest junior event in the world.

**Warwick:** You know what, I think it may be the largest martial art event in the world – not just the largest junior event in the world. Do you know of another event in the United States that has over five thousand competitors?

**MA Success:** Tell us a little bit about how this event was started.

**Warwick:** First of all, arguably it is the largest martial art event in the world. The USTU has always had a junior program. It has simply continued to grow. Obviously with taekwondo's inclusion in the Olympic Games, more and more kids are exposed to the Olympic sport of taekwondo and develop those Olympic dreams. If I can just throw in one more plug for the USTU here, that is another good reason for clubs to become affiliated with us – it creates the opportunity for kids to pursue those Olympic dreams.

**MA Success:** Tell us about the age ranges of the kids who can take part in the USTU Junior Olympics.

**Warwick:** The USTU Junior Olympics are for kids from the age of six to seventeen. What we really hope to do is provide them with a safe and enjoyable

competitive environment where they can meet other taekwondo practitioners from around the country and, in fact, around the world. In the fourteen to seventeen-year-old Junior Black Belt Division, those are our tryouts for our Junior National Team. So, the fourteen to seventeen-years-old's – those guys are serious.

In the other divisions we want kids to compete, do as well as they can, and hopefully win. But, they are designed more around participation.

**MA Success:** How do you go about planning the USTU Junior Olympics?

**Warwick:** When we plan these events, we fully understand and plan for the fact that mom and dad are going to come with their kids – probably the little brother or sister – maybe even an uncle or aunt. So, when we get everybody, we are estimating an extra twelve or fifteen thousand people, in addition to the five thousand junior competitors. So, though the event is the main focus, we try to make sure the experience outside of the competition is also a good one.

**MA Success:** Did Steven Lopez, who is a very hot competitor right now, begin in the Junior Olympics?

**Warwick:** Yes, he did. To just say that kid is hot is an understatement. We are billing him as, "The Grand Slam Winner." He's a Junior World Champion. He has won the World Cup. He has won a World Championship, and he has won an Olympic Gold Medal.

**MA Success:** Is he gearing up for the 2004 Olympics?

**Warwick:** Yes, he is. He is in top form. He looks as good as ever. And, he is very focused on '04. You know, we have won a lot of Gold medals at the Olympics. I added them up the other day and we have won a total of eighteen medals in three Olympic Games. The United States' success rate at the Olympic Games is quite good. So, with Steven, and the other great competitors, we are looking forward to 2004.

# The USTU Taekwondo Junior Olympics

The USTU Taekwondo Junior Olympics is the largest junior athletic event in the world. It is focused around junior taekwondo competitors, between the age of six and 17, competing in forms and sparring matches with the winners being awarded the traditional bronze, silver, or gold medals.

Safety is foremost in the minds of the organizers of this event. As such, the sparring participants wear taekwondo body and head guards to protect against serious injury.

With safety as a focal point, the rules for this event have been slightly changed at the recent USTU Board of Governors meeting held in Los Angeles, California. First, and perhaps most importantly, head contact has been eliminated from the sparring matches for those competitors between the ages six and 11.

Though the traditional taekwondo rules of full contact will be allowed for those taekwondo players 12 and older The USTU Junior Olympics follows similar standards to that of Olympic taekwondo rules. The competitors are divided by age and weight divisions and each bout is scored by USTU certified referees.

More than simply organized sparring matches, the USTU Junior Olympics gives the young competitors the ability to meet and interact with their taekwondo contemporaries from around the country and for the entire family to be emerged in the history and sport of taekwondo.

This year's USTU Junior Olympics will be from June 30 to July 6 in Minneapolis, Minnesota at the Greater Minneapolis Convention & Visitors Association.

# Taekwondo Superstar Steven Lopez

Steven Lopez is the most decorated United States male athlete in the history of taekwondo. In 2001 Lopez completed the "Grand Slam" of the sport of

taekwondo by winning the World Championship title in Jeju, South Korea. His win in the World Championships, following his Olympic gold medal in Sydney, his Pan American Games gold medal in Winnipeg, Canada, his World Cup title and his World Junior Championships gold medal, makes him the first American to accomplish this sweep of major events and earned him the U.S. Taekwondo Union's Male Athlete of the Year for 2001. Lopez is the USTU's Athlete of the Year for the year 2001 and also was USTU's Athlete of the Year for the year 2000.

In addition to winning the world title in 2001, Lopez won the prestigious Argentina Open and he defended his U.S. National Team Title in the lightweight division. The Sugarland, Texas native who began learning the sport in his garage at age five, is one of the hottest athletes in the world, having won gold medals in 26 of his last 29 major tournaments. He won two bronzes and a silver in his only non-gold medal finishes since 1995. Lopez trains at the Elite Taekwondo Center in Houston, Texas, and is coached by his brother Jean, a former member of the U.S. National Team who was
recently honored by the U.S. Olympic Committee and the Sporting Goods Manufacturing Association as "Rings of Gold Person of the Year."

# USTU President Sang Lee

The USTU President, Sang Lee, has had a celebrated career in taekwondo. After being a thirteen time World Champion in his native South Korea, he relocated
to the United States and began to teach the art of taekwondo. As the Olympic Sport of taekwondo began to take hold, he played a pivotal role in its
acceptance as an Olympic event.
Recently, Sang Lee became the Vice-President of the World Taekwondo Federation. Not only is this an essential role in the ongoing evolution of
taekwondo. But, it is a position never held by any other US immigrant. This gives credence to his true contribution to the art of taekwondo.
Born in Kimje, South Korea, in 1944, Master Sang Chul Lee began practicing the system of self-defense which would later come to be universally known as
taekwondo at the age of six. He studied under Jidokwan master, Il Sup Chun. Master Sang Lee became a staunch taekwondo competitor during his Junior
High School years. For the decade of 1960 to 1970 he was the undefeated Korean Taekwondo Middleweight Champion. In 1975 he immigrated to the United States and set up a taekwondo studio in New York. Due to taekwondo's growing popularity and his essential role in its development, he eventually relocated to Colorado Springs, Colorado, where he could coach the U.S. taekwondo teams that would represent U.S. taekwondo to the world.
President Lee was the U.S. National Team coach for ten consecutive years from 1979-88 – the longest of any USTU coach to this day. In 1987 he was the
head coach of the U.S. Pan American team and in 1988 he was the head coach of the U.S. Olympic team. Due to his long hours of intense coaching, the U.S. team
finished second place at the 1988 Olympics in Seoul, South Korea – a feat that was never expected.
USTU President Sang Lee has not only helped to define modern taekwondo but has given the United States a prominent voice in its evolution. He continues
his role, not only as USTU president, but also as Vice President of the World Taekwondo Federation. With his guidance, the USTU hopes to move forward and
achieve even new, unexpected heights.

arwick believes the successful athlete is the athlete that works the hardest, is the most disciplined, and is the most committed to success.

Warwick's mother enrolled his brother and himself in the local school for the same reason people start their kids today – for discipline and confidence.

The USTU dedicate a great deal of energy and resources in developing programs for the regular taekwondo practitioner that trains for personal development.
Their idea is to provide activities for people to participate and interact in events that are organized and sanctioned by the National Olympic Taekwondo
organization.

http://www.maaskanexpert.com/print_article.asp?article_id=122                                              10/20/2004