IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION OF APRIL A. |
| vs. | ) | LURIA IN SUPPORT OF |
| | ) | DEFENDANTS UNITED STATES |
| UNITED STATES TAEKWONDO | ) | TAEKWONDO UNION AND |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, UNITED STATES | ) | COMMITTEE'S MOTION *IN* |
| OLYMPIC COMMITTEE, a federally | ) | *LIMINE* TO EXCLUDE HAN WON |
| chartered nonprofit corporation; | ) | LEE'S OPINION TESTIMONY |
| JOHN DOES 1-10; JANE DOES 1- | ) | THAT COACH SELECTION |
| 10; DOE PARTNERSHIPS 1-10; | ) | CRITERIA WERE CHANGED TO |
| DOE CORPORATIONS 1-10, | ) | EXCLUDE PLAINTIFF |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>DECLARATION OF APRIL A. LURIA</u>

I, April A. Luria, depose and state as follows:

1.    I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2.    I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3.    Attached hereto as Exhibit "1" is a true and correct copy of the portions of the oral deposition of Han Won Lee Han Won Lee (taken June 29, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  March 14, 2006    _____

APRIL A. LURIA