IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, <br><br>  Plaintiff, <br><br> vs. <br><br> UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, <br><br>  Defendants. | Civil No. 04—00461 SOM LEK <br><br> DECLARATION OF APRIL A. LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF STATEMENTS ALLEGEDLY MADE BY ROBERT GAMBARDELLA TO CHUL HO KIM REGARDING THE CLOSING OF THE OLYMPIC TRAINING CENTER |

## **DECLARATION OF APRIL A. LURIA**

I, April A. Luria, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2. I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of the portions of the oral deposition transcript of Chul Ho Kim (taken April 5, 2005).

4. Attached hereto as Exhibit "2" is a true and correct copy of the portions of the oral deposition transcript of Robert Gambardella (taken April 5, 2005).

5. Attached hereto as Exhibit "3" is a true and correct copy of a letter from Robert Gambardella dated July 19, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 14, 2006   _____
                              APRIL A. LURIA