DEPOSITION OF CHUL HO KIM
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

4/5/2005

Page 1

1             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
2             CIVIL ACTION NO. 04-00461-SOM-LEK

3       _____

4   DEPOSITION OF:  CHUL HO KIM
    EXAMINATION DATE:  April 5, 2005

5       _____

6   DAE SUNG LEE,

7   Plaintiff,

8   v.

9   UNITED STATES TAEKWONDO UNION, a Colorado
    nonprofit Corporation, et al.,

10

    Defendants.

11      _____
               PURSUANT TO SUBPOENA, the deposition of
12  CHUL HO KIM, was taken at 4:26 p.m. on April 5,
    2005 at the Double Tree Hotel at 1775 E. Cheyenne
13  Mountain Boulevard, Colorado Springs, Colorado,
    before Susan L. Sims, Registered Professional
14  Reporter and Notary Public in and for the State
    of Colorado, said deposition being taken pursuant
15  to the Federal Rules of Civil Procedure.

16

17

18               Susan L. Sims
           Registered Professional Reporter
19 20 21 22 23 24 25

VSM REPORTING, LLC                                      vsmreporting.com
P.O. Box 186           Larkspur, CO 80118              (303)681-9939

EXHIBIT 1

DEPOSITION OF CHUL HO KIM                                            4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 12

1              MR. LEVINSTEIN:  Did you say how you

2    knew you weren't there?  Did you explain how you

3    knew your name wasn't there?  Did someone tell

4    you?

5              THE DEPONENT:  Yes.

6              MR. LEVINSTEIN:  I don't want to

7    interrupt your questions, I just can't hear what

8    he's saying.  Go ahead.

9              Q     (BY MR. UESUGI)  Then what

10   happened?  You found out that Jean Lopez was the

11   Olympic coach?

12             A     Yes.

13             Q     Then what happened?

14             A     Then Nia mommy's call, make some

15   letter, send to USOC, complain about that because

16   Nia is more comfortable with me.  So she makes

17   some letter.  And they send it to USOC.  Not USOC

18   or USTU, govern community.

19             Q     Management and governance

20   committee?

21             A     Yeah, Steve Locke is the

22   president.

23             MR. LEVINSTEIN:  He's the chair of the

24   committee?

25             **A     Yeah, yeah.  So they received the**

1    letter.  And then they going to support as my
2    plane ticket to Olympic.
3              Q    (BY MR. UESUGI)  When was this?
4              A    July 1st.
5         MR. LEVINSTEIN:  If he's going to refer
6    to documents, you ought to get them marked and
7    put on the record.
8         MR. UESUGI:  Yes, I know how to take a
9    depo.  You don't have to instruct me.
10        MR. LEVINSTEIN:  Could have fooled me.
11        MR. UESUGI:  To each his own.
12             Q    (BY MR. UESUGI)  Okay.  We're
13   going to mark this as the exhibit next in order.
14   I'm sorry, I don't have copies of that for
15   everyone.
16             (Exhibit 73 was marked.)
17        MR. LEVINSTEIN:  Whose underlining is
18   on that?
19        MR. JONES:  It's mine.
20             Q    (BY MR. UESUGI)  Can you look at
21   that exhibit, please?
22             A    Yes.
23             Q    What is that?  Can you tell me
24   what that is?
25             A    This one?

DEPOSITION OF CHUL HO KIM                                        4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 56

```
1              A      I don't know.   I think he busy.
2              MR. LEVINSTEIN:   Objection.
3              Q      (BY MR. UESUGI)   Did you ask him
4       about it?
5              A      No.
6              Q      Were there any other incidents or
7       were there any incidents, if any, with respect to
8       you personally where you felt you were racially
9       discriminated against because you were Korean
10      born?
11             MR. LEVINSTEIN:   Objection.
12             A      Yes.   When he say -- when he fire
13      me, he said, hey -- I never forgot this one --
14      hey, Coach Kim, why don't you go back to Korea?
15      Korea's a beautiful country.   So I feel like
16      because I'm Korean, I have to go back to Korea,
17      something like that.   You know, actually, my
18      family is here.   I have my house.   My son is born
19      in USA, he's an American.   How can I come back to
20      Korea, you know.
21             Q      (BY MR. UESUGI)   If you go back to
22      Korea with your son who was born in the United
23      States, what would happen?
24             MR. LEVINSTEIN:   Objection.
25             A      It's not going to help him, you
```

DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

```
 1    know.  Because a lot of, you know, problems there

 2    if he American, there's a lot of things change

 3    that.

 4              Q    (BY MR. UESUGI)   He cannot get

 5    medical benefits?

 6              A    Right.

 7              MR. LEVINSTEIN:  Objection.

 8              Q    (BY MR. UESUGI)   That kind of

 9    thing?

10              A    Right.

11              Q    Do you know Dae Sung Lee?

12              A    Yes.

13              Q    How long have you known him?

14              A    Since long time ago when I was

15    athlete in Korea National Team member.  And then

16    sometimes we'd train together.  I know him

17    because he famous guy in USA.

18              Q    He was an athlete at that time,

19    too?

20              A    Yes, he was an athlete.  And then

21    he was national, US National Team coach.

22              Q    Do you know about his

23    qualifications as a coach?

24              A    Yeah, he's high level coaching

25    world, but I know him.  And also he knows many
```

Page 68

```
 1    coach, that might hurt her performance?

 2              A    Yes.

 3              Q    So you went to Nia's mom,

 4    complained, and the USOC gave a grant -- or,

 5    well, Nia's mom complained and a decision was

 6    made that your expenses would be paid to go to

 7    Athens?

 8              A    Yes.

 9              Q    And you were a National Team

10    coach?

11              A    Yes.

12              Q    And you were an Olympic coach?

13              A    Yes.

14              Q    But you didn't have a credential?

15              A    Yes.

16              Q    Were you aware that the

17    credential that Bob Gambardella got was not a

18    coaching credential?

19              A    It is not a coaching credential.

20              Q    The credential that Bob

21    Gambardella got didn't let Bob go up ringside,

22    did it?

23              A    I'm not sure.  He just -- he can

24    get in the Olympic team area, but I don't know.

25    I have no idea what his credential is.
```

Page 87

```
 1    I have to go.  So I called Herb Perez, hey,
 2    what's happened.  He say I have to go.  He said,
 3    you know, why, why you sitting with this Dae Sung
 4    Lee, because he upset?
 5              Q      But Bob Gambardella never told
 6    you that if you got an Olympic medal, you would
 7    be kept?
 8              A      He never told me, but he sent
 9    back e-mail that he would save your job.
10              Q      He said in the e-mail that he
11    would honor your contract through 2004?
12              A    Yes.
13              Q      And he did that?
14              A    Yeah.
15              Q      And it's only Herb Perez that
16    says you should win an Olympic medal in order to
17    keep your job?
18              A    Yes.
19              Q      And when you met with
20    Mr. Gambardella, did you tell him that if the
21    USTU didn't give you more employment, that you
22    would have to go back to Korea?
23              A      Yeah, he said that.
24              Q      Did you tell him that you needed
25    a green card?
```

DEPOSITION OF CHUL HO KIM
DAE SUNG LEE v UNITED STATES TAEKWONDO UNION, et al.

4/5/2005

1          A     Yeah.  I said, okay, if you fire

2     me, I cannot stay here, I have to go back to

3     Korea.  Because, you know, I don't have green

4     card, you know, I don't have job.  He say, why

5     don't you go back to Korea?  Korea's a beautiful

6     country.

7          Q     You first said if you didn't get

8     your green card, you'd have to go back to Korea?

9          A     Yeah.

10         Q     And then he said, there's a lot

11    of good things about Korea and it's a beautiful

12    country?

13              MR. UESUGI:  Objection, the testimony

14    speaks for itself.  If you want to know what he

15    said, read the record.

16         Q     (BY MR. LEVINSTEIN)  The record's

17    clear.  You first said if you don't get your

18    green card, you'll have to go back to Korea?

19              MR. UESUGI:  Objection, asked and

20    answered.

21         A     If I don't have green card, I

22    cannot stay USA.

23         Q     (BY MR. LEVINSTEIN)  And you'd

24    have to go back to Korea?

25         A     Anyways, I cannot stay USA, I

Page 89

```
 1      have to go back to Korea.

 2              Q      You made reference to seeing

 3      people at Athens and their being your seniors?

 4              A      Pardon me?

 5              Q      You being junior and they were

 6      senior.  Do you recall that?

 7              A      Who said?

 8              Q      You saw Mr. Dae Sung Lee and

 9      other people?

10              A      Dae Sung Lee my senior, yeah.

11              Q      They're your seniors?

12              A      Yes.

13              MR. UESUGI:  Can we take a break just

14      to go to the bathroom?  I'm sorry.

15              MR. LEVINSTEIN:  Yeah, we can take a

16      break.

17              (A recess was taken from 6:11 p.m. to

18              6:16 p.m.)

19              Q    (BY MR. LEVINSTEIN)  You mentioned

20      juniors and seniors?

21              A      Seniors.  Dae Sung Lee, senior.

22              Q      What makes someone junior in your

23      case and someone else senior?

24              A      We go to their and then bow and

25      then respect.
```