Case 1:04-cv-00461-SOM-LEK   Document 181-4   Filed 03/14/2006   Page 1 of 3

DEPOSITION OF ROBERT GAMBARDELLA                                    4/5/2005
DAE SUNG LEE V. UNITED STATES TAEKWONDO UNION, et al.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL ACTION NO. 04-00461-SOM-LEK

DEPOSITION OF: ROBERT GAMBARDELLA
EXAMINATION DATE: April 5, 2005

DAE SUNG LEE,

Plaintiff,

UNITED STATES TAEKWONDO UNION, a Colorado
nonprofit Corporation, et al.,

Defendants.

    PURSUANT TO SUBPOENA, the deposition of ROBERT GAMBARDELLA, was taken at 8:19 a.m. on April 5, 2005 at the Double Tree Hotel at 1775 E. Cheyenne Mountain Boulevard, Colorado Springs, Colorado, before Susan L. Sims, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Susan L. Sims
Registered Professional Reporter

EXHIBIT 2

VSM REPORTING, LLC                              vsmreporting.com
P.O. Box 186        Larkspur, CO  80118         (303) 681-9939

3e05b8e2-b56f-11d9-8c78-8ad5ae61b25c

Case 1:04-cv-00461-SOM-LEK   Document 181-4   Filed 03/14/2006   Page 2 of 3

DEPOSITION OF ROBERT GAMBARDELLA                          4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 249

```
 1        Q    He works for the USOC?
 2        A    Yes, he does.
 3        Q    And what did he say?
 4        A    He said that there's nothing
 5   available, coaching credentials.
 6        Q    When did you have this
 7   conversation with him?
 8        A    I don't know.  It was at some
 9   time before the games.
10        Q    Was it before you left for Malta?
11        A    There might have been an
12   instance, but I can't remember.
13        Q    Any other efforts to secure a
14   coaching pass for Coach Kim?
15        A    Yes.  During when we arrived into
16   Athens, I would check with sport partners, sport
17   partnership division, to see if there was
18   anything available.
19        Q    Who, Kelly Skinner?
20        A    Sport partner, yes.  Kelly
21   Skinner, yes.
22        Q    What did he say?
23        A    They said they're going to check
24   on it.
25        Q    Did he get the coaching pass?
```

Case 1:04-cv-00461-SOM-LEK   Document 181-4   Filed 03/14/2006   Page 3 of 3

DEPOSITION OF ROBERT GAMBARDELLA                          4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 250

1     A     No coaching pass. No coaching
2  credential.
3     Q     What happened? Why not?
4     A     I don't know. I can't speculate
5  as to why.
6     Q     Anything else you did?
7     A     Excuse me?
8     Q     Anything else you did to secure a
9  coaching credential for Coach Kim?
10    A     Well, based on everything that we
11 tried to do, I think we exhausted every avenue
12 while we were there.
13    Q     Were you keeping Nia informed of
14 the progress of getting the coaching pass for
15 Coach Kim?
16    A     I think we've had conversations,
17 yes. To what extent, I don't remember.
18    Q     So you never promised that she
19 would get -- you would get a coaching pass for
20 Coach Kim?
21    A     I don't think I would put myself
22 in that position to promise her, no. But I
23 cannot remember.
24    Q     I'm going to show you what will
25 be marked as exhibit next in order.