IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>    Defendants. | Civil No. 04—00461 SOM LEK<br><br>DECLARATION OF APRIL A. LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO STATEMENTS ALLEGEDLY MADE BY JEANNIE PICARIELLO REFERRING TO THE UNITED STATES TAEKWONDO UNION AS A "KOREAN MAFIA-RUN ORGANIZATION" |

## **DECLARATION OF APRIL A. LURIA**

I, April A. Luria, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2. I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of a memorandum written by Bruce Harris dated October 9, 2003.

4. Attached hereto as Exhibit "2" is a true and correct copy of the portions of the oral deposition transcript of Bruce Harris (taken April 6, 2005).

5. Attached hereto as Exhibit "3" is a true and correct copy of the portions of the transcript of the September 12th, 2004 Temporary Restraining Order hearing.

6. Attached hereto as Exhibit "4" is a true and correct copy of the portions of the oral deposition transcript of Jill Chalmers (taken April 8, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 14, 2006      _____
                                 APRIL A. LURIA