Member — United States Olympic Committee



9 October 2003

TO:      Mr. Sang Lee
         President,
         United States Taekwondo Union

FROM:    Mr. Bruce Harris
         Executive Director,
         United States Taekwondo Union

RE:      Minutes of Meeting with Holme Roberts and Owen

Dear President Lee,

Here is a recap of the meeting of USTU representatives President Lee, Executive Director Bruce Harris and USTU AAC Chair Sammy Pejo with Jill Chalmers, Steve Smith, and Richard Young of Holme Roberts and Owen. This meeting took place on Wednesday October 8, 2003 from 9:30 am to 12:00 noon MST.

The purpose of the meeting was to discuss the status of the USTU with regards to the USOC Memberships and Credentials meeting to determine our NGB Status.

Our meeting began with just Jill Chalmers and our USTU representatives. She discussed the end of the September Membership and Credentials meeting that was held in Denver, CO. that served as our final chance to present the USTU case for not being de-certified. Jill mentioned that several members of the M&C Committee had referred to the USTU as a Korea Mafia-run organization. She further specified that Jeannie Picariello, a member of that committee, was one of the more vocal persons using the racially derogatory language.

Further, Jill expressed her feeling that the Membership and Credentials Committee was running amok, and that they did not give us a fair hearing on September 13, 2003.

The discussion turned to options for the USTU to pursue, given the notice that M&C Committee Chair Tom Satrom was recommending that the USTU be decertified at the upcoming USOC Board of Directors meeting on October 18, 2003.

Steve Smith joined our discussion and offered that we should consider the Remediation Plan that was submitted to the USOC by the Reform Group to see if there were parts of their plan that we could mutually agree upon. Jill provided all members of the discussion with copies of the Reform Group Plan. Jill gave us an overview of the Reform Group Plan and asked for our comments.

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 866-4632
Fax (719) 866-4642
E-mail: USTUGOLD@mailsnare.net
Website: www.USTU.org

"Values for Sport, Values for Life"



EXHIBIT 1                                    EXHIBIT  6