8-12-04 TRO Proceeding

1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
 4   DAE SUNG LEE,                ) CIVIL NO.04-00461SOM
                                  )
 5              Plaintiff,        )
                                  )
 6        vs.                     )
                                  )
 7   UNITED STATES TAEKWONDO UNION,)
     etc., et al.,                )
 8                                )
                Defendants.       )
 9   _____)
10
11           PARTIAL TRANSCRIPT OF PROCEEDINGS
12        The above-entitled matter came on for hearing on
13   Thursday, August 12, 2004, at 11:30 a.m., at Honolulu, Hawaii,
14   BEFORE:       THE HONORABLE SUSAN OKI MOLLWAY
                   United States District Judge
15
     REPORTED BY:  STEPHEN B. PLATT, RMR, CRR
16                 Official U.S. District Court Reporter
17   APPEARANCES:  WARD D. JONES, ESQ.
                   Bervar & Jones
18                 1001 Bishop Street, Suite 1400
                   Honolulu, Hawaii  96813
19
                                Attorney for the Plaintiff
20
                   ARTHUR F. ROECA, ESQ.
21                 APRIL LURIA, ESQ.
                   Roeca Louie & Hiraoka
22                 841 Bishop Street, Suite 900
                   Honolulu, Hawaii  96813
23
                                Attorneys for the Defendants
24
25
```

2

```
 1                         I N D E X
```

Page 1

EXHIBIT 3

8-12-04 TRO Proceeding

22   MR. ROECA: Thank you.
23   THE COURT: Okay.
24   And, then, looking at Exhibit 6, any objection?
25   MR. ROECA: Yes. We have already stated our

134

1  objections for the record, Your Honor.
2  THE COURT: Did we look at this already? Would you
3  remind me what the objection was?
4  MR. ROECA: Hearsay, Your Honor. We objected on the
5  grounds that it was hearsay. It was during the prior dispute.
6  And, at that time, they were adversaries, and at the current
7  time we have a different group. And I understand the court's
8  position, but that is our objection. And it's double hearsay.
9  THE COURT: Okay, but this is an internal
10 communication, as opposed to the other...
11 MR. ROECA: Your Honor, what we're objecting to is
12 the statement that is being referred to in the body of the
13 document, which is being referred to someone else. And,
14 again, it's hearsay within hearsay.
15 MR. JONES: Your Honor, we've also laid some
16 foundation, I think, through the witnesses that several
17 witnesses have heard the same exact statement, sat in on the
18 same meeting.
19 THE COURT: Okay.
20 Well, I'm going to overrule the objection, and
21 receive Exhibit 6.
22 And you also asked for Exhibit 27?
23 MR. JONES: Yes, Your Honor. We have several
24 newspaper articles.
25 MR. ROECA: Objection. They are not

Page 117