DEPOSITION OF JILL J. CHALMERS, ESQUIRE                               4/8/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL ACTION NO. 04-00461-SOM-LEK

DEPOSITION OF JILL J. CHALMERS, ESQUIRE
EXAMINATION DATE: Friday, April 8, 2005

DAE SUNG LEE,

Plaintiff,

v.

UNITED STATES TAEKWONDO UNION,
a Colorado nonprofit corporation, et al.,

Defendants.

PURSUANT TO SUBPOENA, the deposition of JILL J. CHALMERS, ESQUIRE, was taken at 8:11 a.m. on Friday, April 8, 2005, at the Double Tree Hotel at 1775 E. Cheyenne Mountain Boulevard, Colorado Springs, Colorado, before Valorie S. Mueller, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.


Valorie S. Mueller
Registered Professional Reporter


**EXHIBIT 4**

DEPOSITION OF JILL J. CHALMERS, ESQUIRE
DAE SUNG LEE V. UNITED STATES TAEKWONDO UNION, et al.
4/8/2005

Page 25

1  expressed your feeling that the Membership and
2  Credentials Committee was running amuck.  Did --
3           MR. LEVINSTEIN:  Let's take them one at a
4  time and separate them out because they present
5  different issues.
6       Q    (BY MR. JONES)  Did you hear Jeannie
7  Picariello state that she felt USTU -- or refer to USTU
8  as a Korea Mafia-run organization during any portion of
9  the meeting in Denver?
10      A    No.
11      Q    Did you hear anyone on the USOC side use
12  language similar in reference to the USTU -- language
13  similar, I mean, "Korea Mafia" or words to that effect?
14      A    No one from the USOC Membership and
15  Credentials Committee or from the USOC.
16      Q    Who, if anyone, did you hear use that kind
17  of language?
18      A    Sammy Pejo.
19      Q    Your best memory of what Sammy Pejo said
20  at the Denver meeting?
21      A    I didn't hear Sammy use that term during
22  the Denver meeting.
23      Q    It was at a different time?
24      A    Yes.
25      Q    When, if you can say?