Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE             2162-0
dlouie@rlhlaw.com
APRIL LURIA               4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email:  phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |

|  |  |
|---|---|
| vs. ) | UNITED STATES OLYMPIC |
| ) | COMMITTEE'S DEPOSITION AND |
| UNITED STATES TAEKWONDO ) | TESTIMONY DESIGNATIONS OF |
| UNION, a Colorado nonprofit ) | HEON MI LEE (TAKEN ON |
| Corporation, et al., ) | JANUARY 26, 2006); EXHIBIT "A"; |
| ) | CERTIFICATE OF SERVICE |
| Defendants. ) | |
| ) | Trial Date: April 4, 2006 |

601-1/HMLeeDesig.al.chi.wpd

### DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S DEPOSITION AND TESTIMONY DESIGNATIONS OF HEON MI LEE (TAKEN ON JANUARY 26, 2006)

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants UNITED STATES TAEKWONDO UNION and the UNITED STATES OLYMPIC COMMITTEE ("Defendants"), by their undersigned counsel, hereby designate the following testimony of Heon Mi Lee to be introduced at trial. Ms. Lee's deposition was taken on January 26, 2006. A highlighted copy of her deposition testimony is attached as Exhibit "A".

Defendants reserve the right to supplement and/or amend these designations as otherwise made appropriate before or during trial. Defendants by the submission of this designation of testimony, do not waive the right to call witnesses to present live testimony. Defendants reserve the right to designate further testimony from these or other witnesses, including further designations in response to the deposition designations of Plaintiff.

START/END PAGE AND LINE (Heon Mi Lee, taken January 26, 2006):

8:6 - 8:12
9:9 - 9:15
9:20 - 10:6
15:1 - 15:5
18:5 - 19:11
26:3 - 26:13
31:1 - 31:15
35:16 - 35:25
36:12 - 36:15
38:12 - 41:6
42:20 - 43:9

DATED: Honolulu, Hawaii, _____MAR 14 2006_____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE

1/26/2006 Lee, Heon Mi

0001
1              IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF HAWAII
3    DAE SUNG LEE,              )CIVIL NO. 04-00461-SOM-LEK
4              Plaintiff,       )
5         vs.                   )
6    UNITED STATES TAEKWONDO    )
7    UNION, a Colorado          )
8    nonprofit corporation;     )
9    UNITED STATES OLYMPIC      )
10   COMMITTEE, a federally     )
11   charted nonprofit          )
12   corporation JOHN DOES      )
13   1-10; JANE DOES 1-10; DOE  )
14   PARTNERSHIPS 1-10; DOE     )
15   CORPORATIONS 1-10,         )
16             Defendants.      )TRIAL:  April 4, 2006
17             DEPOSITION OF HEON MI LEE
18       Taken on behalf of Defendants UNITED STATES TAEKWONDO
19   UNION and UNITED STATES OLYMPIC COMMITTEE, at the
20   offices of Roeca Louie & Hiraoka, 900 Davies Pacific
21   Center, 841 Bishop Street, Honolulu, Hawai`i 96813,
22   commencing at 10:07 a.m., on Thursday, January 26, 2006,
23   pursuant to Notice.
24   BEFORE:    JOY C. TAHARA, RPR, CSR 408
25              Notary Public, State of Hawai`i

                                                              1

1/26/2006 Lee, Heon Mi

1                         A P P E A R A N C E S
2
3
     FOR PLAINTIFF DAE SUNG     GLENN H. UESUGI, ESQ.
4    LEE:                       Attorney at Law
                                345 Queen Street
5                                  2nd Floor
                                Honolulu, Hawai`i 96813
6
     FOR DEFENDANTS UNITED      APRIL LURIA, ESQ.
7    STATES TAEKWONDO UNION, a  Roeca, Louie & Hiraoka
     Colorado nonprofit         900 Davies Pacific Center
8    corporation; UNITED STATES 841 Bishop Street
     OLYMPIC COMMITTEE, a       Honolulu, Hawai`i 96813
9    federally charted
     nonprofit corporation:
10
11
12
13   Also present:    MR. DAE SUNG LEE
14                    MS. ESTHER CHO, Korean Interpreter
15
16
17
18
19
20
21
22
23
24
25

                                                              2

1/26/2006 Lee, Heon Mi

1                          I N D E X
2
3    EXAMINATION BY:                                    PAGE
4
5    MS. LURIA                                          4
6
7
8                          E X H I B I T S
9
10   No.       Description                              Page
11
12             (None)
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                              3

1/26/2006 Lee, Heon Mi

1         (Ms. Esther Cho was sworn as the Korean interpreter.)
2                      HEON MI LEE,
3    called as a witness by Defendants UNITED STATES TAEKWONDO UNION
4    and UNITED STATES OLYMPIC COMMITTEE, being first duly sworn, was
5    examined and testified as follows:
6                      EXAMINATION
7    BY MS. LURIA:
8         Q.   Mrs. Lee, I'd introduced myself earlier.  But for the
9    record, my name is April Luria.  I represent the United States
10   Olympic Committee and the United States Taekwondo Union.  We're
11   here for your deposition in connection with that lawsuit.  Do
12   you understand?
13        A.   Yes.
14        Q.   Now, for the record, we do have here at the deposition
15   Esther Cho to provide translation so that you can understand all
16   my questions; is that correct?
17        A.   Yes.
18        Q.   Are you most comfortable having Ms. Cho interpret my
19   questions to you in Korean?
20        A.   Yes.
21             MR. UESUGI:  I don't have any objection to Ms. Cho
22   translating.  We worked before with her.  I feel comfortable
23   with her translations.
24        Q.   Have you ever been deposed before?
25        A.   This is my very first time.

EXHIBIT "A"
                                                              4

1    Q.  I'm going to go through some of the guidelines of a
2    deposition that will make the process easier for both of us.
3    A.  Yes.
4    Q.  The way this will work is I will ask you a question;
5    Ms. Cho will interpret the question exactly as I've asked it;
6    and then you will answer and Ms. Cho will interpret your answer
7    exactly as you have answered it.  Okay?
8    A.  Yes.
9    Q.  For that reason, you've got to make sure that you
10   speak up so that Ms. Cho can hear you.
11   A.  Yes.
12   Q.  If I ask you a question that you don't understand, you
13   ask me to rephrase it or clarify it for you.  Okay?
14   A.  Yes.
15   Q.  This isn't a test.  So if I ask you a question and you
16   don't know the answer to it, that's a perfectly fine answer.
17   Okay?
18   A.  Yes.
19   Q.  I would like for you to make a distinction between a
20   response where you say, "I don't know," as opposed to, "I don't
21   remember."
22   A.  Yes.
23   Q.  Because if you tell me that you don't remember
24   something, I will make an assumption that at some point in time
25   you knew the answer, but as we sit here today, you don't.  Okay?

5

1    MR. UESUGI:  Can I interject an objection.  With
2    respect to your assumption that, you know, you assume things at
3    your own risk.  That will be our position.
4    MS. LURIA:  I'm sorry?
5    MR. UESUGI:  If you're going to make assumptions, that
6    it's at your own risk.
7    Q.  (By Ms. Luria)  Ms. Lee, do you understand the
8    distinction that I made?
9    A.  Yes.
10   Q.  Even though we're just in an office conference room,
11   do you understand that you are under oath, the same as if you
12   were in a court of law, and that you have promised by giving to
13   oath, to tell the truth?
14   A.  Yes.
15   Q.  After the deposition, the court reporter will prepare
16   basically a booklet of everything that is said today, and you
17   will have an opportunity to review that.  In that connection, I
18   have some questions.
19   A.  Yes.
20   Q.  Do you read English?
21   A.  Yes.
22   Q.  So when you get the booklet, you'll be able to read
23   through it.  And if you need to make any changes or corrections
24   to what has been typed, you're able to do so at that point in
25   time.  You understand?

6

1    A.  You know, I do read.  However, it's not sufficient for
2    me to go through that kind of document, so I will consult my
3    lawyer then.
4    Q.  And that's fine.  You can consult with whomever you
5    need to, to review it.  I want you to understand, though, that
6    if you today give me a response to a question and then later you
7    make a change on the transcript, to either change the answer or
8    to provide more information, I can question you in court later
9    as to why you did not provide that information to me today.
10   A.  Yes.
11   Q.  You understand?
12   A.  Yes.
13   Q.  If at any point in time during the deposition, you
14   need to take a break, you want some more coffee, you just want
15   to relax for a few minutes, just let me know.  Okay?
16   A.  Yes.
17   Q.  Do you have any health problems today that would
18   prevent you from spending the next couple of hours answering my
19   questions?
20   A.  No.
21   Q.  Have you taken any medication today that would affect
22   your ability to recall events?
23   A.  I had a headache, so I took two tablets of Tylenol.
24   Q.  Does Tylenol tend to affect your memory at all?
25   A.  I don't think it will affect me.

7

1    Q.  Has the headache gone away now?
2    A.  It's okay now.
3    Q.  Is there any reason you can think of that we should
4    not proceed with your deposition today?
5    A.  No.
6    Q.  For the record, could you state your full name and
7    spell it for me.
8    A.  (Through the Interpreter)  Heon Mi Lee.
9        (By the witness, in English)  H-e-o-n.  M-i  L-e-e.
10   Q.  What is your current address?
11   A.  (By the witness, in English)  2333 Kapi'olani
12   Boulevard, Apartment No. 1111, Honolulu, Hawai'i 96826.
13   Q.  Who do you live with at the apartment at
14   2333 Kapi'olani Boulevard?
15   A.  My husband, two children.  So four of us.
16   Q.  Could you give me your children's names.
17   A.  (By the witness, in English.)  N-i-k-i --
18       THE INTERPRETER:  That's the daughter.
19   A.  (By the witness, in English)  L-e-e.  Other name is
20   Daven Lee.  D-a-v-e-n.
21       (Everyone speaking at once.)
22       MR. UESUGI:  D-a-v-e-n.  Nikita.
23   Q.  How old is Nikita?
24   A.  11.
25   Q.  How old is Daven?

8

1/26/2006 Lee, Heon Mi

```
1    A.   10.
2    Q.   How long have you lived at the address at Kapi'olani
3  Boulevard?
4    A.   About seven years.
5    Q.   Is there a name for that apartment building?
6    A.   Marco Polo.
7    Q.   How long have you lived in Hawai`i?
8    A.   It's been 14 years.
9    Q.   Were you born in Korea?
10   A.   Yes.
11   Q.   When did you first move to the United States?
12   A.   January 4, '92.
13   Q.   What was the reason that you moved to the United
14 States?
15   A.   My wedding date was set on January 11th.
16   Q.   And that was your wedding to Dae Sung Lee?
17   A.   Yes.
18   Q.   Did you leave Korea and move to Hawai`i first?
19   A.   Yes.
20   Q.   Other than Hawai`i, since 1992 have you lived in any
21 other states other than Hawai`i?
22   A.   My recollection is since that '92 September to March
23 of '93, we lived in Colorado because of my husband's -- because
24 he was working at the training center for Olympic.
25   Q.   So until March of '93 you lived in Colorado Springs?
```

9

1/26/2006 Lee, Heon Mi

```
1    A.   Yes.  That's my recollection.
2    Q.   Then you moved from Colorado Springs to Hawai`i?
3    A.   Yes.
4    Q.   And you've lived in Hawai`i ever since; is that
5  correct?
6    A.   Yes.
7    Q.   Your daughter Nikita; did I pronounce that correctly?
8    A.   Yes.
9    Q.   What school does she attend?
10   A.   Star of the Sea.
11   Q.   Is she in, what, 5th grade?
12   A.   6th grade.
13   Q.   What school does Daven attend?
14   A.   Same school.
15   Q.   Is he in 5th grade?
16   A.   5th grade.
17   Q.   Star of the Sea is a private school?
18   A.   Yes, it is.
19   Q.   Are either of your children involved in Taekwondo?
20   A.   Yes.
21   Q.   Both of them?
22   A.   Yes.
23   Q.   What does Nikita's involvement in Taekwondo include?
24   A.   He's been doing ever since he was 3 1/2 and he's
25 continuing on till this day.
```

10

1/26/2006 Lee, Heon Mi

```
1    Q.   I'm sorry, that was for Nikita.
2    A.   Yes.
3    Q.   Nikita is your daughter, correct?
4    A.   Yes.
5         MS. LURIA:  (To the interpreter.)  Just for
6  clarification, I think you referred to Nikita as he.
7         THE INTERPRETER:  Oh.
8         THE WITNESS:  (In English.)  She.
9         THE INTERPRETER:  She.
10   Q.   I'm sorry.  When did she start with Taekwondo?
11        THE INTERPRETER:  3 1/2, she mentioned.
12   Q.   What about Daven?  How old was he when he started?
13   A.   He started when he was 2 1/2, and he's still doing it.
14   Q.   Is Nikita continuing with Taekwondo?
15   A.   Yes.
16   Q.   Do they take instructions from your husband?
17   A.   Yes, my husband.  Also from volunteers.  There are
18 quite a few.
19   Q.   Is that at the Taekwondo school that your husband
20 runs?
21   A.   Yes.
22   Q.   So they're in classes with other students?
23   A.   Yes.
24   Q.   What about you?  Are you involved in the sport of
25 Taekwondo?
```

11

1/26/2006 Lee, Heon Mi

```
1    A.   I did before my children's birth.  But after that and
2  I got a job, so.  And also I'm taking care of children, so I no
3  longer do.
4    Q.   Do your children participate in Taekwondo competitions
5  outside of the State of Hawai`i?
6    A.   They are still young, so they participated in Hawai`i
7  only.
8    Q.   Currently, do you work, outside of housework and
9  taking care of your children?
10   A.   Yes.
11   Q.   What type of work do you do?
12   A.   I work at a jewelry shop.
13   Q.   What's the name of that shop?
14   A.   Maui Divers.
15   Q.   Where is it located?
16   A.   On Kapi'olani.  No, on Ke`eaumoku.
17   Q.   Is the brooch you have on something from there?
18   A.   No.
19   Q.   It's beautiful.
20   A.   (By the witness, in English.)  Thank you.
21   Q.   How far did you go in school?
22   A.   I finished high school.
23   Q.   How long have you worked at Maui Divers?
24   A.   It's over four years.
25   Q.   So would you have started in about 2002?
```

12

1/26/2006 Lee, Heon Mi

```
 1    A.   Yes.  Either 2001 or -- it's been four years and three
 2  months.
 3    Q.   Did you work anywhere prior to working at Maui Divers?
 4    A.   I worked for my auntie who has a jewelry shop at
 5  Hilton Hawaiian Village and also at the duty-free shop.
 6    Q.   What's your position at Maui Divers?
 7    A.   Sales.
 8    Q.   So you're a sales representative or you sell within
 9  the shop?
10    A.   Yes.
11    Q.   Your home at Marco Polo; is that a condominium?
12    A.   Yes.
13    Q.   And you're buying that?
14    A.   We are renting.
15    Q.   I understand that your husband's employment consists
16  of operating the United States Taekwondo Center in Aina Haina;
17  is that correct?
18    A.   Yes.
19    Q.   Other than that, does he have any other employment?
20    A.   No.
21    Q.   What are your husband's work hours at the United
22  States Taekwondo Center?
23         MR. UESUGI:  Are you talking about presently?
24         MS. LURIA:  Yes.
25    A.   He's there from morning to until he finishes.
```

13

1/26/2006 Lee, Heon Mi

```
 1    Q.   Is there a typical time when he completes his work for
 2  the day?
 3    A.   Tuesday, Thursday, he finishes at 10:00 p.m.  Monday,
 4  Wednesday, Friday, at 8:00 p.m.  Saturday, 1:30 p.m.
 5    Q.   On Sunday he's off?
 6    A.   Yes.  That's correct.
 7    Q.   Are you also off on Sundays?
 8    A.   Sometimes I do.
 9    Q.   What type of family activities do you and your husband
10  and children like to do when neither of you have to work on a
11  Sunday?
12    A.   Saturday, my husband finishes early at 1:30 and I
13  finish at 1 o'clock.  Therefore we go outing with all family
14  together at the Ala Wai Golf Course.  We golf.  We enjoy going
15  to movies, and also we do swimming together.
16    Q.   When your children participate in competitions in
17  Hawai`i, does your husband serve as their coach?
18    A.   My husband coaches black belt and also he just do the
19  whole general running.  He oversees that.
20    Q.   Do your children understand the extent of your
21  husband's accomplishments in the Taekwondo sport?
22    A.   They always so proud of their dad.
23    Q.   When did you learn that your husband's selection as
24  the U.S. Olympics Taekwondo coach had been vacated?
25    A.   I do not understand your question clearly.
```

14

1/26/2006 Lee, Heon Mi

```
 1    Q.   I'll rephrase it.  At some point in time, you knew
 2  that your husband had been selected to serve as the U.S. Olympic
 3  coach for Taekwondo; is that correct?
 4    A.   My understanding is in 1992 when he went to Barcelona
 5  Olympic Games he was selected as an assistant coach.
 6    Q.   Then at some point in time, did you learn that he had
 7  actually been selected to serve as the U.S. Olympic coach for
 8  the Greece Olympics?
 9    A.   My recollection is in April of 2003, he went to
10  observe at Athens.  So I thought that since he went to that
11  Olympic game in Greece, Athens, I thought he was in the capacity
12  of coach.  That was my understanding.
13    Q.   Was it in April that he was in Athens?
14    A.   My understanding, yes, he went with all the members to
15  observe.
16    Q.   At some point in time, were you made aware or did you
17  learn that your husband was not going to be the coach of the
18  Olympic Taekwondo team?
19    A.   Few months prior to leaving for that Olympic game,
20  there was some problem, so he was not selected as a coach.
21  There was some change.
22    Q.   Did you learn this from your husband?
23    A.   Yes.
24    Q.   Can you recall what your husband told you about the
25  change that had occurred?
```

15

1/26/2006 Lee, Heon Mi

```
 1    A.   Because of racial discrimination.
 2    Q.   Can you recall exactly what your husband said to you
 3  when he learned that he was not going to be the Olympic coach?
 4    A.   Please repeat your question.
 5    Q.   Sure.  Let me strike that question and start fresh.
 6         You testified that you were told that he was not the
 7  Olympic coach because of racial discrimination?
 8    A.   Yes.
 9    Q.   Was that what your husband told you?
10    A.   Yes.
11    Q.   Did he give you any specific information concerning
12  the racial discrimination?
13         THE INTERPRETER:  Wait a minute.  It's getting so
14  long.
15    A.   There was some problems -- the officers of that U.S.
16  Taekwondo Union, there was some problems.  So the team, the
17  leader or representative, he was going to kick out all the
18  Korean Mafia.  So they change all the officers of that U.S.
19  Taekwondo Union.  My husband, Korean American, was the only one
20  who remained.  Then they changed a certain rule to deprive my
21  husband of that selection process.
22    Q.   What was your husband's reaction when he learned that
23  that rule was changed so that he could not be the coach?
24    A.   For a few days I thought he was losing his mind.
25    Q.   Can you explain to me why you thought that.
```

16

1/26/2006 Lee, Heon Mi

1    A.   It was so hard on him, he refused to eat.  He was very
2   embarrassed because the media found out and publicized about
3   that.  And all the students as well as their parents found out,
4   and they initially expected him to be the U.S. Olympic coach,
5   and that was very embarrassing.  It was very difficult for him
6   to explain the situation to them, and he was unable to go back
7   to his Taekwondo place.
8        And also it affected my kids because at school they
9   knew that their father would be the Olympic coach and it didn't
10  turn out that way.  It was very difficult for us to explain to
11  my children.  I was at a loss for words when my children asked
12  me, what is the meaning of racial discrimination?
13   Q.   Let me just stop you here.  Did your children ask you
14  what the meaning of racial discrimination was when they learned
15  that your husband was no longer the U.S. Olympic coach?
16   A.   I explained to my children that it was not daddy's
17  fault, but there was certain problems for that situation.  And I
18  instructed my kid to respond in that manner to teachers or
19  others in school.
20   Q.   I'm sorry.  In what manner?
21   A.   I explained to my children to respond at school that
22  there was some problems at the union level and not their daddy's
23  fault.  But then through media, such as TV and newspapers, it
24  was covered over a period of more than one week, and somehow my
25  children heard about it, about the racial discrimination issue.

17

1/26/2006 Lee, Heon Mi

1    Q.   Do you think that it was the racial discrimination
2   issue that was most upsetting to your children?
3    A.   Not only that, but then most saddest thing was that my
4   husband was not going to be the Olympic coach.
5    Q.   I want to just back up a little bit.  You said that
6   there was some type of newspaper story about your husband no
7   longer being the Olympic coach.
8    A.   After we filed the suit, then they had continuous
9   coverage.
10   Q.   Before you filed the lawsuit, was there any media
11  coverage about the fact that your husband was no longer the U.S.
12  Olympic coach?
13   A.   Prior to filing the suit, only family knew about it.
14   Q.   This would be your immediate family in Hawaii?
15   A.   My husband's family.
16   Q.   Is your husband's family here in Hawaii?
17   A.   Yes.
18   Q.   So the students at your husband's school and their
19  parents would not have known about this until the media coverage
20  of the lawsuit, is that correct?
21   A.   Before we were too embarrassed to talk about it.
22   Q.   And your children, before the lawsuit, weren't
23  questioned at school about your husband's position as a coach,
24  is that correct?
25   A.   Yes.

18

1/26/2006 Lee, Heon Mi

1    Q.   You mentioned that you explained to your children that
2   if they were questioned, they should respond that there was
3   trouble at the union and that that was the reason that their
4   father was not going to be the coach.  And that's what I
5   understand to be the situation.  What problems did you know were
6   occurring at the union?
7    A.   I heard that the officers, the board, or board of
8   officers, had some kind of mishandling of finances.  That's what
9   I heard, where somebody informed that confidentially.
10   Q.   Do you remember who you heard that from?
11   A.   From my husband.
12   Q.   You mentioned earlier that your children were always
13  very proud of their father's accomplishments in the Taekwondo
14  sport.
15   A.   Yes.
16   Q.   Are they still today very proud of him for that?
17   A.   Yes.
18   Q.   When your husband first learned that there were these
19  problems that resulted in him no longer being the U.S. Olympic
20  coach, you said that he didn't go to the school, he didn't eat.
21  How long did that last?
22   A.   It's been very difficult until this day.
23   Q.   But am I correct he started eating again?
24   A.   Before we filed the suit, he had awfully difficult
25  time to cope with.  He didn't eat.  When I woke up middle of the

19

1/26/2006 Lee, Heon Mi

1   night, he wasn't there, he was out, awake, because our family's
2   dream shattered.
3    Q.   You earlier said that at one point immediately after
4   he learned that he wouldn't be the coach, you thought he was
5   losing his mind.
6    A.   What I meant was he was having that much difficulty.
7    Q.   Because of that difficulty he was having dealing with
8   this, did you recommend that he go see a doctor or counselor?
9    A.   Yes.  He had a sudden stomach upset and I suffered
10  from irregular heartbeat.  So both of us went to see doctors for
11  that conditions.
12   Q.   How long was it after your husband learned that he
13  would not be the coach, that he went to see the doctor for the
14  stomach upset?
15   A.   He did have some stomach problems, but then he was
16  drinking, so that made it, aggravated his condition.  And in
17  fact, it's been not healing well.  So two days ago, he had an
18  appointment for the endoscopy.  Yes, just appointment is made.
19   Q.   The appointment was made two days ago?
20   A.   Before that, he tried medication from his own
21  physician, not the specialist.  He tried that for one month, the
22  medication.  And then he had other medication for two weeks.
23   Q.   What was the name of the physician that he saw for the
24  stomach problems?
25   A.   Dr. Ronald Lee at the Queen's physician's office.

20

1/26/2006 Lee, Heon Mi

1    Q.    Office building?  POB?
2    A.    (By the witness, in English.)  Yes.  POB.
3    Q.    Was Dr. Ronald Lee your family physician?
4    A.    Yes.
5    Q.    Do you know the name of the specialist that the
6    endoscopy will be performed by?
7    A.    I have a card with me.  (Looking in handbag.)
8          MR. UESUGI:  We don't we just take a five-minute
9    break.
10         MS. LURIA:  Okay.
11         (Recess taken from 10:54 a.m. to 11:02 a.m.)
12         MS. LURIA:  Did you have something?
13         THE INTERPRETER:  During the break, Mr. Uesugi
14   mentioned something about for me to clarify the translation I
15   did about the informant informed that the U.S. Olympic union,
16   about mishandling of finances.  That was a certain informant did
17   that confidentially.
18         MS. LURIA:  Why don't we do this?  Ms. Cho, why don't
19   you place on the record what Mr. Uesugi said to you exactly.
20         MR. UESUGI:  Why don't I just say it for the record?
21         MS. LURIA:  No.  I would like to hear it from Ms. Cho.
22         THE INTERPRETER:  My understanding was that it was he
23   wants me to clarify my translation regarding that question --
24         MS. LURIA:  And how --
25         THE INTERPRETER:  -- about mishandling of finances, to

21

1/26/2006 Lee, Heon Mi

1    make it clear that it was the informant who reported the
2    mishandling.  Not -- you know.
3          MR. UESUGI:  Just for the record, let me just state
4    what I said so I can be on the record as well.
5          MS. LURIA:  Are you going to be a witness in the case,
6    Glenn?
7          MR. UESUGI:  Okay.  No.
8          MS. LURIA:  I didn't think you wanted to do that.
9    That's why I'm trying to get it through Ms. Cho.
10         Can you explain what the discrepancy was that
11   Mr. Uesugi pointed out to you?
12         THE INTERPRETER:  It was not a discrepancy, but then
13   he wants to be sure that my translation states such that it was
14   an informant who reported mishandling.
15         MS. LURIA:  Let's go back to the witness and maybe I
16   can get this clarified.  Okay?
17    Q.   (By Ms. Luria)  Mrs. Lee, were you present when
18   Mr. Uesugi and Ms. Cho discussed a clarification of the prior
19   translation of your testimony?
20    A.   I asked my lawyer, Mr. Uesugi, whether that certain
21   word was translated correctly or not.  That was my concern.  I
22   raised that concern.
23    Q.   What word was that?
24         (The witness speaks in Korean.)
25         THE INTERPRETER:  She mentioned this certain word.  My

22

1/26/2006 Lee, Heon Mi

1    translation was, someone informed confidentially.  That was my
2    answer, my translation.
3          MS. LURIA:  I'm sorry.  "My," meaning the witness's or
4    yours, Ms. Cho?
5          THE INTERPRETER:  That's the way I translated.
6          MS. LURIA:  Now, you're not translating; you're
7    telling me what your recollection is, correct?
8          (Break in proceedings.)
9     Q.   (By Ms. Luria)  Other than that clarification that you
10   just explained to us and that Ms. Cho raised, was there anything
11   that we've asked you so far that you are concerned about that
12   translation?
13    A.   Because my English is not that adequate enough, I
14   trust that the translation is correct.
15    Q.   Having taken a short break here, is there anything
16   that you want to add or change about the testimony you provided
17   so far?
18    A.   No.
19         MR. UESUGI:  I'm gonna object to that because she just
20   stated that her English is not that good, so she has to trust
21   the translation.  Now you're asking her to add, so I think
22   that's an unfair question.
23         MS. LURIA:  Just for clarification purposes, for your
24   clarification, Glenn, I'm assuming that when I asked the
25   question about changes or clarifications, it's in Korean that

23

1/26/2006 Lee, Heon Mi

1    she can provide those clarifications.  I'm just asking if
2    there's anything more she wants to provide in response to the
3    questions asked earlier.  It doesn't matter if it's translated
4    one way or another.  It's what the witness is comfortable with.
5          MR. UESUGI:  Right.  But we're left with the English
6    translation and the transcript, so again, I'm just going to
7    restate my objection.
8          MS. LURIA:  Just so that we're clear, do you have any
9    objection to Ms. Cho's continued translation of this deposition?
10         MR. UESUGI:  No.  All it was that -- it was brought to
11   my attention by Mr. Lee and Mrs. Lee that there was a little
12   issue about one aspect of the translation.  So that's all we're
13   talking about.  So --
14         MS. LURIA:  -- confidential, that confidential
15   informed --
16         MR. UESUGI:  It was just a phrasing of the answer was,
17   they were uncomfortable with the phrasing of the translation.
18   And so that was the main issue.
19         MS. LURIA:  But I just want to make sure we're all
20   comfortable with Ms. Cho being here translating.
21         MR. UESUGI:  Yes.
22    Q.   (By Ms. Luria)  Before we took the break, I had asked
23   you the doctor's names that your husband has seen.  And you
24   provided me with Dr. Lee's name and then I think you or your
25   husband were able to find the card for the gastroenterologist.

24

*1/26/2006 Lee, Heon Mi*

1  And for the record, am I correct that was Dr. Howard Minami?
2      A.   (Bringing out card.) Yes.
3      Q.   Other than Dr. Minami and Dr. Lee, does your husband
4  have any other doctors' appointments scheduled that are the
5  result of any kind of stress he has encountered due to him being
6  removed from the position of the Olympic coach?
7      A.   No.
8           MR. UESUGI:  I want to just state something.  Can you
9  just break it up?  Because you've gone to these long things and
10 it's difficult for the translator to get it all in one crack.
11 So if you can just do, like, one sentence or two sentences at a
12 time, stop, and then continue and then ask your question.  I
13 think we'll get a better, the translator will be able to get a
14 better translation of your comments and questions.  I just want
15 to make that little --.
16          MS. LURIA:  Sure.  And, Ms. Cho, if I'm talking in a
17 manner that makes it difficult for you, just let me know also.
18 Okay?
19          THE INTERPRETER:  I will.
20          (Question read by the reporter.)
21          MR. UESUGI:  Did you see how long it was?
22          MS. LURIA:  After 25 years, somebody's teaching me how
23 to take a depo again.
24          MR. UESUGI:  No, I'm not saying that.  I'm not
25 criticizing that.  But it is a translated deposition and we're

25

*1/26/2006 Lee, Heon Mi*

1  shooting for accuracy.  So I just wanted to state that.  I'm
2  not -- you know.
3      Q.   (By Ms. Luria)  Mrs. Lee, has your husband ever seen,
4  at any point in time, a psychiatrist or mental health counselor?
5      A.   No.
6      Q.   Did you ever recommend, because of the difficulties he
7  was having emotionally after this coaching change, that he see a
8  psychologist, psychiatrist, or mental health counselor?
9      A.   I haven't thought about it.  My husband is a very
10 strong-willed person and I believe that he would overcome.  And
11 ever since we filed a lawsuit, he's much stabilized.
12     Q.   So he's better since he filed his lawsuit?
13     A.   Yes.
14     Q.   Do you understand that you've been listed as a witness
15 to testify at the trial in the lawsuit?
16     A.   You mean, is there any other proceeding beside this
17 deposition?
18     Q.   Yes.  At some point there will be a trial.
19     A.   You mean to say that this deposition will be used at
20 the time of the trial?
21     Q.   Possibly.  But what I want you to understand is that
22 when there's a trial in the courthouse, you may be called as a
23 witness.  Do you understand that?
24     A.   As far as I'm concerned, I thought I knew about this
25 deposition.  That's all.

26

*1/26/2006 Lee, Heon Mi*

1      Q.   So you weren't aware that your husband had listed you
2  as a witness to testify at trial?
3      A.   I'm willing to testify if my husband needs me.
4      Q.   In the listing of witnesses that your husband
5  provided, you were named as a witness to testify about his
6  mental anguish and embarrassment because of the coaching
7  situation.
8      A.   You mean, I heard about it?
9      Q.   One of the reasons you're here today is so that you
10 can explain to me the emotional aspect --.
11          MR. UESUGI:  Is this really an important point?
12          MS. LURIA:  Yeah, because I'm trying to find out what
13 she understands her testimony is going to be at trial.
14          THE WITNESS:  Yes.  I know about today's proceeding.
15     Q.   We'll just deal with today's proceedings.  Other than
16 your husband, who did you talk with about today's proceedings?
17     A.   This is my very first experience being deposed.  So
18 yesterday I met with my lawyer and asked about it.
19     Q.   So when you refer to your lawyer, is that Mr. Uesugi?
20     A.   Yes.
21     Q.   Other than your lawyer, did you speak with anyone
22 else?
23     A.   I met with another lawyer together, Mr. Jones.
24     Q.   Now did you retain Mr. Jones and Mr. Uesugi for
25 purposes of this deposition?

27

*1/26/2006 Lee, Heon Mi*

1      A.   We met together and I was explained about what is the
2  deposition and what will be going on and so forth.
3      Q.   Earlier this morning you described for me the
4  emotional impact this situation, the coaching situation, had on
5  your husband.  Do you recall?
6      A.   Yes.  I answered what I recalled.
7      Q.   Do you recall any other incidences where your husband,
8  as a result of the coaching situation, has demonstrated any
9  emotional difficulties?
10          MR. UESUGI:  Relating to the coaching situation or?
11          MS. LURIA:  Yes.
12     A.   Olympics sports --
13          THE INTERPRETER:  Well, wait a minute.  She has to
14 answer me again.
15          MS. LURIA:  Okay, that's fine.
16     A.   Ever since the Taekwondo sport became an official
17 sport in the Olympic, our family, my husband and I, my family's
18 dream was for him to become an Olympic coach.  That dream was
19 not realized; and that agony we went through, I cannot describe
20 properly.
21     Q.   Why was that a dream of your husband's?
22     A.   When I first met my husband, my husband's dream was to
23 be a 1988 Olympic -- competitor.
24     Q.   Competitive athlete or?
25     A.   Yes.  But that was not realized.  So after we got

28

1/26/2006 Lee, Heon Mi

```
1  married, his dream was to become an Olympic coach.  At the time
2  that Taekwondo sport became an official one in the Olympic, he
3  said his goal is to become an Olympic coach.
4       Q.   Do you know why becoming an Olympic coach was
5  important to your husband?
6       A.   Each person has their own dream.  Some people aspire
7  to become a lawyer.  As for my husband, he was completely
8  devoted to that Taekwondo and he loved it.  And that was his
9  dream.
10      Q.   So it was his love of that sport that caused him to
11 have that dream of becoming an Olympic coach; is that correct?
12      A.   It's the other way around.  Because he wanted to
13 become a coach, he devoted himself.
14      Q.   What things did your husband have to do or what things
15 did he do to devote himself to Taekwondo in order to attain that
16 dream?
17      A.   He followed according to the union schedules, Olympic
18 union.  U.S. Taekwondo Union, he followed that rigidly.
19      Q.   What are those schedules?
20      A.   Too numerous to mention, but there were at least
21 couple of trips he had to make.
22      Q.   So these would be trips off of the islands of Hawai`i?
23      A.   Yes.
24      Q.   Did the schedules consist of meetings or activities he
25 had to participate in?
```

29

1/26/2006 Lee, Heon Mi

```
1       A.   Even minor or major competition, he went.  And also as
2  well as meetings.
3       Q.   So did it require him to be away from the home more
4  when he was trying to meet this goal of becoming a coach?
5       A.   So my children understood and I supported him fully.
6       Q.   Were you ever able to attend the trips with him?
7       A.   Several times, yes, I did.
8       Q.   Did you go on any Taekwondo-affiliated trips with him
9  to other countries?
10      A.   Not the foreign country, but Florida while we were in
11 Colorado.
12      Q.   Do you and your husband and children as a family take
13 trips off-island together?
14      A.   Usually once a year.
15      Q.   Is there a particular place that you would go to
16 visit?
17      A.   I have my mom in Korea, so we visit.  Or we want to
18 show my kids snow, so we go to Mainland.
19      Q.   Does your family ski?
20      A.   Yes.
21      Q.   All of you?
22      A.   Not well, but we do.
23      Q.   In your opinion, does your husband still love the
24 sport of Taekwondo?
25      A.   I think he will do it until death.
```

30

1/26/2006 Lee, Heon Mi

```
1       Q.   Am I correct that your husband actually went to Greece
2  for the 2004 Olympics?
3       A.   Yes.
4       Q.   Do you recall how long he was gone?
5       A.   About two, three days.
6       Q.   Am I correct you did not go with him?
7       A.   Correct.
8       Q.   Do you know what the reason was for your husband to go
9  on to those Olympics?
10      A.   Even though the coach was a different one, he really
11 wanted to witness, even from the distance, that his own student
12 will attain a gold medal.
13      Q.   What was the name of his student?
14      A.   I did not recall all of them.  I remember one, a name
15 Lopez.
16      Q.   Currently, does your husband have to travel off-island
17 for purposes of his work?
18      A.   It's reduced quite a bit.
19      Q.   What's the reason that it was reduced?
20      A.   My understanding, he no longer belong to that Olympic
21 union.
22      Q.   The U.S. Taekwondo Union?
23      A.   My understanding is Taekwondo union.
24      Q.   When was the last time that your husband travelled
25 off-island?
```

31

1/26/2006 Lee, Heon Mi

```
1       A.   I don't remember.
2       Q.   Do you think it was within the last six months?
3            MR. UESUGI:  Are you asking about the
4  Taekwondo-related trips or any trips?
5            MS. LURIA:  Any trips.
6       A.   We took a trip, family took a trip to Lake Tahoe in
7  last December.
8       Q.   How long did you all go to Lake Tahoe?
9       A.   My brother-in-law lives in San Jose, so we visited him
10 and so it took about ten days.
11      Q.   Your children went with you?
12      A.   Yes.
13      Q.   How long ago did your husband's stomach problems
14 start?
15      A.   While he was competing.  But because of this incident,
16 it became aggravated.  So this test will involve upper endoscopy
17 and also lower too, because he often has diarrhea.
18      Q.   When you say because of this incident it's been
19 aggravated, are you referring to the lawsuit?
20      A.   Yes.  I heard that stress will cause a worsening of
21 the condition.  Doctor say.
22      Q.   But is the stress the result of this lawsuit?
23           MR. UESUGI:  Objection.  She already testified about
24 his stress and that he was going out of his mind and all of that
25 stuff.  So I don't know how you can separate out this stress
```

32

1  from that stress.
2      MS. LURIA: Objection noted.
3   Q. Do you remember the question?
4   A. He's been suffering from stress ever since he was
5  deprived of that position of being a coach.
6   Q. When you testified earlier that when your husband
7  first learned he would not be the coach, you and your husband
8  only shared that information with your family, correct?
9   A. My understanding is he told me, first of all.
10  Q. Then after he told you, did he tell his family about
11 the situation?
12  A. Yes.
13  Q. Were you there when he let his family know that he
14 would not be the coach?
15  A. Yes.
16  Q. Did he explain why he was not going to be the coach
17 for the U.S. Olympic team?
18  A. He was very candid to his family.
19  Q. What did he tell them?
20  A. He explained that because of U.S. Olympic Committee
21 had a racial discrimination, that was the cause of his not being
22 a coach.
23  Q. What is your understanding as to the racial
24 discrimination that caused him not to be a coach?
25  A. They had a problem at the U.S. union, so all the

33

1  Koreans were removed. So according to the leader or director of
2  that team, they were gonna kick out all the Korean Mafia. And
3  only my husband, Korean American, remained. But my guess is
4  finally they changed the certain rules to remove him.
5   Q. Who was the leader that was removed?
6      MR. UESUGI: That misstates the witness's testimony.
7   A. I do not know the name, but someone informed my
8  husband that, according to the leader of that.
9   Q. I'm sorry. The leader of the United States Taekwondo
10 Union?
11  A. U.S. Olympic Committee.
12  Q. Do you have any involvement in your husband's
13 Taekwondo school?
14  A. No.
15  Q. You don't do any work for the school at all?
16  A. No.
17  Q. Do you attend any classes there?
18  A. No. I have my own job. Plus I have to take care of
19 my children. They have a lot of extracurricular activities.
20  Q. But your children do attend classes at your husband's
21 school, correct?
22  A. Yes.
23  Q. Do you know if either of your children aspire to be in
24 the Olympics participating in Taekwondo?
25  A. Yes, especially my daughter. She excels in that

34

1  sport, so she has good potential.
2   Q. Since your husband's position as U.S. Olympic coach
3  was vacated, did he spend more or less hours at his school?
4   A. He spend more time at the center when he's not away.
5   Q. When he does have to go away, is that for work
6  activities?
7   A. My understanding is confined to Taekwondo union
8  matters.
9   Q. Is he still involved with the U.S. Taekwondo Union, to
10 your knowledge?
11     MR. UESUGI: All of these are asked and answered. I'm
12 just gonna object saying this has been asked and answered. We
13 already went over this.
14     MS. LURIA: Objection noted.
15  A. That, I'm not sure.
16  Q. If your daughter makes it to the Olympics, would you
17 want to see your husband coaching her?
18  A. Yes.
19  Q. You think your husband would know your daughter's
20 abilities and strengths better than anyone?
21     MR. UESUGI: I'm gonna object to all of this as
22 speculations.
23     MS. LURIA: Fine. Objection noted.
24  A. Yes. Not only that, my daughter loves the sport so
25 much and we think she has good potential.

35

1   Q. I hope she does make it.
2      Did you have any expectation that your husband's
3  school would profit financially if he were a U.S. Olympic coach?
4   A. Yes.
5   Q. Why did you think it might financially profit?
6   A. First of all, my opinion is those who operate a
7  Taekwondo center after just getting a black belt, but the
8  recognition will be higher if you are a Olympic coach. And
9  according to Mr. Han Won Lee, who was a U.S. Olympic coach, he
10 mentioned that after being a coach, his business thrived much
11 more.
12  Q. Did your husband want to be a coach in order to
13 improve his business?
14  A. Being a coach is not a paid job. It's an honorary
15 job, so we were seeking that honor.
16  Q. Do you have any knowledge of a grievance that your
17 husband filed against the United States Taekwondo Union?
18  A. Are you referring to union?
19  Q. Yes.
20  A. Are you asking me question regarding this case or some
21 other case?
22  Q. Another case.
23  A. I don't know for sure.
24  Q. Is your husband involved in any activities that are
25 not related to Taekwondo?

36

1/26/2006 Lee, Heon Mi

```
1    A.   Golf.
2    Q.   Anything else?
3    A.   Swimming and running and football with the kids.
4    Q.   Does he belong to any clubs?
5    A.   As far as the golf is concerned, yes, with the Korean
6  group.
7    Q.   It's a Korean golfing club?
8    A.   Yes.
9    Q.   Do you know who sponsors that?
10   A.   It's just a fellowship gathering, and they do it every
11 week.
12   Q.   These are just friends that get together?
13   A.   Yes.
14   Q.   Any particular golf course that they use?
15   A.   My understanding is because of the group, they go
16 various courses.
17   Q.   What about church affiliations?  Does your husband
18 have any affiliations to any particular church?
19   A.   We are Buddhists.
20   Q.   Do you attend a particular temple in Hawai`i?
21   A.   Once in a while.
22   Q.   Nothing regular?
23   A.   His parents.  They do.
24   Q.   What temple do Mr. Lee's parents attend?
25   A.   Jung Bup Sa.
```

37

1/26/2006 Lee, Heon Mi

```
1    Q.   Does your husband still receive awards and recognition
2  in the Taekwondo sport?
3    A.   So far, you mean?
4    Q.   Since the coaching situation, has he continued to
5  receive awards in Taekwondo?
6    A.   Are you talking about after he was removed from the
7  coach?
8    Q.   Yes.
9    A.   No.
10   Q.   Do you know a woman named Mary Brunner?
11   A.   No.
12   Q.   You mentioned, I believe, the name of Han Won Lee?
13   A.   Yes.
14   Q.   Do you know him?
15   A.   Yes.
16   Q.   What is your husband's relationship with Han Won Lee?
17   A.   My understanding is they've been doing Taekwondo
18 together quite long time.
19   Q.   Are they friends?
20   A.   Han Won Lee is younger than my husband, but still they
21 are friends.
22   Q.   Do you know Mr. Sang Lee?
23   A.   Yes.
24   Q.   Who is Mr. Sang Lee?
25   A.   He was the chairperson of the U.S. Taekwondo Union.
```

38

1/26/2006 Lee, Heon Mi

```
1    Q.   What do you understand Sang Lee's relationship to be
2  with your husband?
3    A.   Mr. Sang Lee lives in Colorado Springs and we were
4  living there too, so I think, my understanding is they were
5  close.
6    Q.   You've met with Mr. Sang Lee before?
7    A.   Yes.
8    Q.   Is Mr. Sang Lee married?
9    A.   Yes.
10   Q.   When you lived together in Colorado, did you socialize
11 with Mr. Sang Lee's family?
12   A.   Yes.
13   Q.   What about Mr. Han Won Lee?  Does he have family?
14   A.   Yes.
15   Q.   Do you and your family socialize with his family?
16   A.   Yes.  We met for the first time at Sammy Pejo's
17 wedding.
18   Q.   So you didn't meet Han Won Lee's family until Sammy
19 Pejo's wedding?
20   A.   Because I live here and Han Won Lee lives in Colorado,
21 we didn't have a chance to meet.
22   Q.   But you did meet at Sammy Pejo's wedding?
23   A.   Yes.
24   Q.   Who is Sammy Pejo?
25   A.   My husband and he work together, the Taekwondo union.
```

39

1/26/2006 Lee, Heon Mi

```
1    Q.   Where was his wedding at?
2    A.   San Francisco.
3    Q.   You went to that with your husband?
4    A.   Yes.
5    Q.   Was your husband part of the wedding party?
6    A.   Yes.
7    Q.   Had you met Mr. Pejo prior to his wedding?
8    A.   Yes.
9    Q.   Do you know Mr. Juan Moreno?
10   A.   Yes.
11   Q.   How do you know him?
12   A.   He came to my own wedding.
13   Q.   So is Mr. Moreno and your husband friends?
14   A.   Yes.
15   Q.   Do you know Herb Perez?
16   A.   Yes.
17   Q.   Who is Mr. Perez?
18   A.   He does Taekwondo too and he was my husband's groom --
19 maid -- or what you call that?
20   Q.   Groomsman?  At your wedding?
21   A.   Yeah.
22   Q.   Are your husband and Mr. Perez still friends?
23   A.   Since this case, I'm not sure.  I don't know.
24   Q.   Do you know Jay Warwick?
25   A.   Yes.
```

40

1/26/2006 Lee, Heon Mi

```
 1      Q.   Who is he?
 2      A.   My husband's friend.
 3      Q.   Did your family ever do any social activities with
 4   Mr. Warwick's family?
 5      A.   Yes.  We did socialize when Warwick's family's wife
 6   came to Hawai`i for some competition.
 7      Q.   Do you know John Holloway?
 8      A.   Yes.
 9      Q.   Who is he?
10      A.   My understanding is he's the one who works at the U.S.
11   Taekwondo Union.
12      Q.   Currently works there?
13      A.   That, I do not know for sure.
14      Q.   Do you know if he is a friend of your husband's?
15      A.   He was his friend.  I don't know about now.
16      Q.   These people that we've discussed -- strike that.  Did
17   the litigation, this lawsuit, result in some changes in
18   relationships between your husband and other members of the
19   Taekwondo family?
20      A.   Yes.
21      Q.   Did you observe your husband upset over those changes?
22      A.   Yes.  They were very close friends, even attending
23   weddings.  That close.  He's very agonized over the alienation
24   between these people.
25      Q.   I don't know much about Taekwondo.  But my impression
```

41

1/26/2006 Lee, Heon Mi

```
 1   is that it was a very close, almost family-like group; is that
 2   correct?
 3      A.   My understanding is when they make trip, they become
 4   very intimate, that they share the same room.  So my opinion is
 5   yes, very close relationship.
 6      Q.   Close friendships among the different competitors and
 7   the coaching staffs?
 8      A.   Yes.
 9      Q.   One last person.  Do you know Mr. Chang Kil Kim?
10      A.   It seems like I heard the name, but I don't know for
11   sure.
12      Q.   You don't remember meeting him yourself?
13      A.   No.
14      Q.   Do you know when your husband might have last spoken
15   with Mr. Chang Kil Kim?
16      A.   That, I don't know for sure.
17           MS. LURIA:  Give me one moment and we might be
18   finished.
19           (Break in proceedings, 11:59 a.m. to 12:00 p.m.)
20      Q.   Just a few more, Mrs. Lee, were you ever with your
21   husband when anyone made a mean remark to him about no longer
22   being the U.S. Olympic coach?
23           THE INTERPRETER:  Mean remark?
24           MS. LURIA:  Yes.  Is that translatable?
25           THE INTERPRETER:  Yes.
```

42

1/26/2006 Lee, Heon Mi

```
 1      A.   I haven't heard.
 2      Q.   When you were with your husband and there were
 3   discussions about his coaching position being vacated, were most
 4   people sympathetic to him?
 5      A.   Yes.
 6      Q.   Would I be correct that regardless of whether or not
 7   he was the 2004 Olympic coach, you continue to love him and be
 8   as proud of him as you always were?
 9      A.   Yes.  Because he's my husband.
10           MS. LURIA:  Signature through your office.
11           MR. UESUGI:  Yes.
12           MS. LURIA:  I believe that's all.  Thanks so much.
13           (The deposition concluded at 12:02 p.m.)
```

43

1/26/2006 Lee, Heon Mi

```
 1           I, HEON MI LEE, hereby certify that I have read the
 2   foregoing typewritten pages 1 through 46, inclusive, and
 3   corrections, if any, were noted by me, and the same is now a
 4   true and correct copy of my testimony.
 5           Dated at,            , Hawai`i, this _____ day of
 6   _____, 2006.
 7
 8
 9                               HEON MI LEE
10
11   Signed before me this _____ day
12   of _____, 2006.
13
14   _____
15   Witness to Deponent's Signature
16
17
18   CIVIL NO. 04-00461-SOM-LEK, DAE SUNG LEE v. UNITED STATES
19   TAEKWONDO UNION, a Colorado nonprofit corporation; UNITED STATES
20   OLYMPIC COMMITTEE, a federally charted nonprofit corporation,
21   taken on January 26, 2006, by Joy C. Tahara, RPR, CSR
```

44

1/26/2006 Lee, Heon Mi

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF HAWAI`I          )
 4                              ) ss.
 5    CITY AND COUNTY OF HONOLULU  )
 6              I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7    of Hawai`i, hereby certify:
 8              That on Thursday, January 26, 2006, at 10:07 a.m.,
 9    before me appeared HEON MI LEE, the witness whose deposition is
10    contained herein; and that prior to being examined was duly
11    sworn;
12              That I am neither counsel for any of the parties
13    herein nor interested in any way in the outcome of this action;
14              That the deposition herein was by me taken down in
15    machine shorthand and thereafter reduced to print via
16    computer-aided transcription; that the foregoing represents, to
17    the best of my ability, a complete and accurate transcript of
18    the testimony of said witness.
19              DATED:  Honolulu, Hawai`i,  January 28, 2006 .
20
21
22                        Notary Public, State of Hawai`i
23                        My commission expires: 10/11/06
24
25
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

WARD D. JONES, ESQ.      [ HD ]
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

--and–

GLENN H. UESUGI, ESQ.  [ HD ]
MICHAEL J. GREEN, ESQ.
 345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

DATED: Honolulu, Hawaii, \_\_\_\_\_MAR 1 4 2006_____.

_____/s/ April Luria_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE