6/30/2005 Skinner, Kelly

1  there were immediate cash needs of USTU of $350,000.
2  Do you remember that discussion generally?
3      A.   I remember a general discussion around
4  the financial health of the organization once we were
5  in place.
6      Q.   Were you familiar with the financial
7  health of the organization at this point in time?
8      A.   I had been given some information
9  regarding some challenges there may be, but I could
10 not tell you as indicated in other documents we've
11 looked at exact balances, the overall picture, but I
12 had an idea.
13     Q.   Okay.  Last paragraph of page 1 states
14 that "a discussion ensued concerning the team leader
15 and coach appointments for the Athens games.
16 Eligibility requirements are being written --
17 rewritten by the USOC and the earlier appointments
18 may have to be rescinded as soon as those new
19 requirements are clarified by the USOC.  Further
20 discussion will wait until the new information is
21 available."
22          Is that paragraph generally correct as
23 to content, as far as you can remember?
24          MR. LEVINSTEIN:  Objection.
25          THE WITNESS:  There was a general

93

6/30/2005 Skinner, Kelly

1  conversation regarding selection procedures, what was
2  going to happen with them.  There was concern being
3  expressed by these people in U.S. Taekwondo and
4  others about the procedures and the process that was
5  used as outlined in my June 3rd memo to others may
6  have to be looked, may have to be rescinded.  Let's
7  have an ongoing discussion about it and see what
8  happens.
9      Q.   BY MR. JONES:  Okay.  Just the first
10 sentence, discussion ensued.  Were specific -- first
11 of all, were the old criteria discussed?
12     A.   I don't recall what was discussed
13 verbatim.
14     Q.   Okay.  You testified earlier that you
15 had not seen the old criteria.
16          MR. LEVINSTEIN:  Objection.  That's not
17 what he testified to.
18     Q.   BY MR. JONES:  Let's clarify that.  As
19 of this meeting, did you have the old criteria?
20     A.   As of this meeting?
21     Q.   Yes.
22     A.   I would have had the criteria, correct.
23     Q.   What did you do with them?  Did you
24 share them with the other attendees?
25     A.   I don't recall ever presenting the

94

6/30/2005 Skinner, Kelly

1  Governance and Management Committee with the previous
2  criteria, but that is entirely possible when they're
3  looking at several documents as I was.
4      Q.   Were there any discussions on February
5  5, 2004, about possible new criteria?
6      A.   There was a discussion about reviewing
7  what it is that wasn't -- that I was to be working
8  with -- again, within all the groups had expressed
9  interest in reopening or looking at that issue; that
10 I was to work with Mr. Gambardella on seeing if we
11 needed to recreate, rewrite, review whatever it may
12 be, the criteria, we were directed to look at those.
13     Q.   Before today, did you discuss anyone
14 else's -- anyone else's testimony that had been taken
15 in this case thus far?
16     A.   Before today?
17     Q.   Yes.
18     A.   No.
19     Q.   Are you aware of what anyone else has
20 said in their depositions in this case?
21     A.   In regard to this particular issue or
22 just period?
23     Q.   Period.
24     A.   I have had -- I have made it a point to
25 not have conversations with other people that have

95

6/30/2005 Skinner, Kelly

1  been deposed about this deposition process.
2      Q.   You stated that you were going to work
3  with Bob Gambardella on coach selection criteria?
4      A.   The Governance and Management Committee
5  had asked, but everything was to be worked with the
6  entire group, but they understand that their job was
7  not to micromanage the process that Bob was going to
8  undertake with myself.  Therefore, we were to report
9  back to them, but they were not going to be involved
10 in every single step of the process.  They would
11 review comments when needed, but it was Bob and
12 mine's job to write those procedures.
13     Q.   You said something about other people
14 having input into that process as well.
15     A.   I said at the June 3rd -- I'm
16 sorry -- at the May 23rd meeting we had heard on the
17 floor athletes had expressed concern about the
18 process.
19     Q.   Was it your intent to or intention --
20 well, was it your understanding that you were also
21 supposed to consult with any of those groups when you
22 were working on this project that has been discussed
23 on February 5, 2004?
24     A.   It was my understanding that based on a
25 remediation plan that had been signed we did not have

96

6/30/2005 Skinner, Kelly

1  to work with those groups.
2     Q.  Okay.  And at Sports Partnerships was it
3  only you working on coach -- new coach selection
4  criteria or were others in your department involved?
5     A.  It was -- I was a lead.  I would include
6  Michelle Farrell if I needed her to be included.
7  Michelle Farrell was our representative of the Team
8  Selection Working Group, so she would take forward
9  whatever it was that had been created.  But it was my
10 job to work with Bob.
11    Q.  So is it correct that on February 5
12 there was no specific concept in place as far as
13 coach selection criteria or no specific criteria that
14 were to be used as a result of this February 5, 2004,
15 you and Mr. Gambardella were going to create some?
16    MR. LEVINSTEIN:  Objection.
17    THE WITNESS:  What we had been asked to
18 do was to look at what was existing and see if there
19 was better criteria out there that was more
20 performance impactful, which is exactly what we did.
21    Q.  BY MR. JONES:  All right.  And who asked
22 you to do this?
23    A.  The Governance and Management Committee.
24    Q.  All of them?
25    A.  Well, you're in a group with them.  I

97

6/30/2005 Skinner, Kelly

1  don't know which ones are members.
2     Q.  Was a vote taken?
3     A.  I do not recall if a vote was taken.  It
4  wouldn't have been an approval.  The only time an
5  approval would have been needed would have been these
6  are what we want to go with type of situation, not
7  should we look at them.
8     Q.  Okay.  And that hadn't happened as of
9  February 5?
10    A.  On February 5th we did not walk in the
11 room with criteria.
12    Q.  Okay.  Let's see.  Exhibit 57.
13    A.  Okay.
14    Q.  Have you seen these before?
15    A.  I'm sure that I was sent copies of these
16 minutes, but I don't recall off the top of my head.
17    Q.  They purport to be the minutes of the
18 GMC for a meeting on February 26th, 2004.  Is that
19 correct?
20    A.  That's correct.
21    Q.  And as -- your name is again listed as
22 also present.  Were you there?
23    A.  Apparently, I was there, yes.
24    Q.  And again, do the minutes appear
25 generally correct as to content from what you can

98

6/30/2005 Skinner, Kelly

1  recall?
2     MR. LEVINSTEIN:  Objection.
3     THE WITNESS:  Since I -- to the best of
4  my recollection, to the best of what I can recall,
5  these appear to be the correct minutes.
6     Q.  BY MR. JONES:  Paragraph 2 talks about
7  some votes being needed from the USTU board of
8  governors to ratify the remediation plan that the
9  USTU Executive Committee had approved.  Do you know
10 if and when these seven votes were eventually
11 obtained?
12    A.  I do not know.
13    Q.  Was it your understanding that they were
14 needed to make the remediation plan a done deal?
15    MR. LEVINSTEIN:  Objection.
16    MR. JONES:  If you know.
17    THE WITNESS:  Yeah.  I do not know.
18    Q.  BY MR. JONES:  Last -- the very last
19 sentence on page 1 carrying over to page 2 talks
20 about loss of two credentials for the officials at
21 the Athens games.  Other than what's stated in this
22 paragraph, do you remember any other details about
23 what was discussed?
24    A.  Details, no, I do not recall any other
25 details.

99

6/30/2005 Skinner, Kelly

1     Q.  Do you have any understanding of the
2  process of obtaining credentials?
3     A.  I have a general understanding of the
4  process of obtaining credentials, yes.
5     Q.  I mean, as it existed then.  I don't
6  know what it is now, but --
7     A.  Yes.
8     Q.  -- as it existed then.
9     Can you just summarize in your own words
10 what you think the process involves?
11    A.  We are -- every national Olympic
12 committee is assigned a number of credentials based
13 on the size of the team that actually qualifies for
14 the Olympic games.  As teams do not qualify or do not
15 qualify a full-time team, such as USTU did not
16 qualify two women and qualified more than one,
17 everytime we don't fill our maximum, our numbers of
18 credentials go down.
19    So what happens is the USOC has a number
20 of credentials that they can have.  We also have
21 spots that we need to fill with USOC staff and other
22 critical staff to make the game -- help the games
23 function.  A decision then was made or needs to be
24 made about how to best maximize the use of those
25 credentials to make the most of those credentials

100

6/30/2005 Skinner, Kelly

1 because we're there to win medals. Reality.
2     A decision was made that one way to do
3 that would be one credential per two athletes. In
4 the team setting you can adjust it a little bit
5 different. Therefore, we were not in a position
6 where three credentials were going to be assigned to
7 a sport with two athletes. That happened to sports I
8 work with of taekwondo, badminton, weightlifting.
9 They all had credentials removed that they originally
10 thought they were going to have based on the reality
11 of team size.
12     Badminton got one credential as well for
13 two athletes. They had previously approved number of
14 two. Every sport went through a review. We as a
15 sport partnership team tried to maximize what we
16 thought we could, but the bottom line is this. We
17 can only deal with what's available to us from the
18 IOC.
19   Q.  Who makes the decision on the number of
20 credentials given the time -- the size of the team
21 you just described? Is that a --
22   A.  The U.S. Olympic Committee by formula
23 gets us an overall allotment of credentials.
24   Q.  Do you know the rationale? Is it a
25 budgetary one or are there other reasons?

101

6/30/2005 Skinner, Kelly

1   A.  I would not want to guess as to how the
2 IOC does their business, but I would imagine there's
3 a little bit of budget, a little bit of game size,
4 keeping credential access to a minimum.
5   Q.  It states on page 2, "Various ideas of
6 methods of regaining at least one of the credentials
7 were discussed." Any recollection of what kinds of
8 ideas were discussed on regaining --
9   A.  I recall two. One was to actively lobby
10 the managing director of international games, Doug
11 Ingram, to free one up from another sport. The other
12 one was for Bob to work with the WTF to try to find
13 another credential. Both of those efforts did not
14 work.
15   Q.  As you sit here today, other than the
16 credential discussion, was there any further
17 discussion on coach selection criteria?
18     MR. LEVINSTEIN: At the February --
19     MR. JONES: At the February 26th, 2004,
20 meeting.
21     THE WITNESS: Not that I recall. I
22 don't see it reflected here, and I just don't recall.
23   Q.  BY MR. JONES: Okay. Exhibit 58. Have
24 you had a chance to look at that?
25   A.  Uh-huh.

102

6/30/2005 Skinner, Kelly

1   Q.  I'm sorry. Is that a "yes"?
2   A.  That's yes. I'm sorry.
3   Q.  Your name isn't anywhere on this
4 document, I realize, but did you recall seeing a
5 document like it around March 8, 2004?
6   A.  I don't recall at this point in time.
7   Q.  The document states at page -- or
8 paragraph 3, "Accordingly, we are submitting to you
9 revised selection procedures for coach and team
10 leader positions for 2004 Summer Olympic Games."
11     Do you recall if as of March 8th, 2004,
12 a set of new criteria had been generated with your
13 participation?
14   A.  Had to have been created by this time
15 because apparently by reading this memo only and by
16 not knowing if I saw it or not, the words "we are
17 submitting to you" are in there. So apparently,
18 something had been created and was going forward to
19 the executive committee.
20   Q.  All right. In other words, you have no
21 reason to dispute that one wasn't --
22   A.  correct.
23   Q.  -- completed by March 8th, 2004, to go
24 along with this memo?
25   A.  Right. Correct.

103

6/30/2005 Skinner, Kelly

1   Q.  Now, we've gone through meeting minutes
2 of which at least I am aware leading up to this March
3 8th memorandum.
4   A.  Okay.
5     MR. LEVINSTEIN: Objection.
6   Q.  BY MR. JONES: And my question to you
7 is: Did you participate in any GMC meetings of the
8 entire group in which your procedures were presented
9 and they discussed and voted on those procedures?
10   A.  Did I participate? Not that I recall,
11 but I wouldn't have to be there. Bob could do that
12 role without me. So not that I recall.
13   Q.  So the answer is no?
14   A.  Correct. The answer would be not that I
15 recall.
16   Q.  Okay. And as you sit here today, you
17 cannot recall any minutes submitted to you of such a
18 meeting that took place without your participation?
19   A.  I received minutes from numerous
20 meetings of the Governance and Management Committee
21 that I did not attend. I think I'm on their courtesy
22 minute list, but I have been at very few of those
23 meetings.
24   Q.  Is it your practice to keep those
25 minutes in a file somewhere in your office when

104

6/30/2005 Skinner, Kelly

1  they're given to you?
2      A.  It is -- it was my practice until the
3  amount of paper became overwhelming and then no
4  longer was my practice.
5      Q.  Have you gotten rid of such files?
6      A.  To the best of my knowledge, I've gotten
7  rid of as much as I could.  I don't know what all
8  I've gotten rid of.
9      Q.  Well, because we feel it's highly
10 relevant, if you can find any minutes between --
11 well, any minutes that we haven't gone over between
12 the first meeting, February 5, through March 8
13 concerning meetings of the whole GMC board regarding
14 your coach selection criteria, I'd appreciate it.
15     A.  I understand and I will definitely go
16 look and see what I may have.
17     MR. LEVINSTEIN:  For the record, there
18 was a meeting on February 12th.  The February 5th
19 document says the minutes were approved on February
20 12th.
21     MR. JONES:  Okay.
22     MR. LEVINSTEIN:  Are you with me?
23     MR. JONES:  Yeah.  Do we have minutes of
24 February 12?
25     MR. LEVINSTEIN:  I don't know.  I don't

105

6/30/2005 Skinner, Kelly

1  know.  And I'm guessing there was a meeting on the
2  19th as well.  I'm guessing that was every week, but
3  I'm just -- I don't know.
4      THE WITNESS:  I will look.
5      MR. JONES:  Are you telling me there's
6  more minutes out there that we haven't been provided?
7      MR. LEVINSTEIN:  No.  I think there were
8  more meetings that minutes were not made.
9      MR. JONES:  Okay.
10     MR. LEVINSTEIN:  But I don't know if
11 there's minutes on those dates, but I just --
12     MR. JONES:  Interesting.
13     MR. LEVINSTEIN:  There was a meeting on
14 the 12th.  And actually, if you see on the February
15 5th document it says it was decided the whole week of
16 conference calls each Thursday morning at 10:00 a.m.,
17 Mountain Standard Time.  And I'm assuming that
18 happened.  Are you with me?
19     MR. JONES:  Yeah.
20     MR. LEVINSTEIN:  That's all.  I'll stop
21 talking.  I didn't mean to interrupt.  I don't know
22 if that changes anything.
23     Q.  BY MR. JONES:  As you sit here today,
24 other than the meeting that we discussed, which was
25 the first meeting given the job --

106

6/30/2005 Skinner, Kelly

1      A.  Right.
2      Q.  -- to meet with your job, do your thing
3  with the criteria, can you recall any meetings that
4  were had where your -- or these new coach selection
5  criteria were discussed and voted upon either in a
6  face-to-face meeting or by telephone conference?
7      A.  I don't recall any meetings right now,
8  but as was just discussed, there was a number of
9  meetings happening, but I don't recall when the issue
10 may have been talked about or the process that --
11 when exactly dates happened.  I do not recall.
12     Q.  Okay.  Outline as best or chronologize
13 as best you can the process of writing the new
14 criteria.  What happened after the February 5th
15 meeting when you began the project?
16     A.  More than likely what happened is I went
17 back instead of asking Bob to create the wheel, I
18 gave him samples of procedures that were used by
19 other national governing bodies that were seen as
20 effective that were performance oriented and athlete
21 centered, which is what the USOC is about.  From that
22 point, we would have talked about procedures that may
23 or may not work for taekwondo.
24           We would have continued writing and
25 revising and going back and forth.  And at some

107

6/30/2005 Skinner, Kelly

1  point -- I'm not sure when -- Governance and
2  Management Committee would sign off on whatever new
3  procedures were presented.
4      Q.  Can you remember any of the sports that
5  you might have given him samples from?
6      A.  Definitely weightlifting.
7      Q.  Do you still have them in a file
8  somewhere?
9      A.  We have copies of all former selection
10 procedures, yes, we do.
11     Q.  And who did the first draft of a new
12 USTU coach selection criteria, if you know?
13     A.  It was more of a collaboration, so
14 whether we were sitting in my office or sitting in
15 Bob's office, I don't recall, but it would have been
16 the two of us together.  I would have had with me the
17 other wheels as I've referred to them before, but how
18 we actually drafted them, I don't know if it was at
19 my desk or his desk.
20     Q.  I'm sorry.  The other --
21     A.  The wheels, the other samples.  We
22 create a better wheel.
23     Q.  As you sit here today, you don't know
24 who put pen to paper?
25     A.  It would have been -- I -- I do not know

108

6/30/2005 Skinner, Kelly

1  who typed the first words.  I would have imagined
2  that it would be -- it could have been either one of
3  us.  We were meeting in each other's offices daily at
4  that point in time.
5      Q.  As you sit here today, do you know
6  whether they were done on a computer or just a piece
7  of paper?
8      A.  I'm sure -- I'm fairly confident that
9  they were -- everything was done on computer, but
10 it's entirely possible we were at that point still
11 pen and paper.
12     Q.  If they were done on a computer, was it
13 your practice to use a laptop or carry around one to
14 do something like this?
15     A.  I don't carry my laptop and neither does
16 Bob for meetings, so we would have been at someone's
17 desk.
18     Q.  And what became of the first draft, if
19 you know?
20     A.  I don't know, actually.  That's an
21 excellent question.  I'm sure there was a great
22 discussion regarding is this the direction to go, but
23 I do not recall off the top of my head what became of
24 the first draft.  And based on the -- the cut and dry
25 nature of the procedures, I don't know how many

109

6/30/2005 Skinner, Kelly

1  drafts there were.  There may have been only two or
2  three drafts.
3      Q.  As you sit here today, do you know
4  any -- can you recall any of the differences as the
5  criteria evolved into a final draft?
6      A.  The -- the first criteria point of
7  number of athletes that make the team was there from
8  the beginning and never wavered.  The second criteria
9  point was the one that how do you break a tie.
10 Because at the time we were doing this we clearly
11 knew that we're going to have one man and one woman.
12 So that was the -- one of the most conversation, how
13 do you most effectively break that tie.
14     Q.  So we're talking about a time frame
15 between February 5 and March 8.  Is that -- is that
16 correct?
17     A.  Apparently, yes.
18     Q.  And you were already contemplating that
19 there would be one man and one woman on the team?
20     A.  It was a -- it was a known deal.  We had
21 had our final qualifier -- well, we hadn't.  The
22 final qualifier at the end of January, we knew that
23 we had qualified one man and one woman.  We had no
24 idea who those athletes would be, but we knew we'd
25 only be sending two athletes to the games.

110

6/30/2005 Skinner, Kelly

1      Q.  It sounds like early on you and
2  Mr. Gambardella decided that a change was needed from
3  the old criteria.  Is that fair?
4      A.  No.  What we discussed was that we
5  needed to make sure whatever criteria was put in
6  place needed to be the criteria that would be the
7  most performance impactful criteria possible.
8  Whether that meant a change or not, we didn't know
9  when we first started discussing it.  That's why the
10 bullets from that meeting say review slash recreate.
11 We were not sure.
12     Q.  Within a month, I believe, yeah, March
13 5 -- pardon me -- February 5 to March 8, it was
14 decided, though, to change the criteria from the old
15 ones.
16     A.  Correct.
17     Q.  And do you have any idea where the old
18 drafts are?
19         MR. LEVINSTEIN:  Objection.  I don't
20 know if there were any old drafts, but --
21         THE WITNESS:  If there were any, I -- I
22 would have to look, but I don't know if there ever
23 were any that were actually produced.  It would just
24 probably be a constant revision.  No, I do not know
25 where they may be.

111

6/30/2005 Skinner, Kelly

1          MR. JONES:  If you find them --
2          THE WITNESS:  Absolutely.
3          MR. JONES:  -- I'd appreciate it.
4          THE WITNESS:  No problem.
5      Q.  BY MR. JONES:  Because they're certainly
6  relevant.
7          And it's your testimony that the number
8  of athletes that are placed on the U.S. team was a
9  criteria, you said, that was there from the beginning
10 of the first draft?
11     A.  The first point of review was the number
12 of athletes that an individual has on the team would
13 be the first consideration, correct.
14     Q.  So that was one of those that you came
15 up with early on --
16     A.  Very early on.
17     Q.  -- and stayed on.
18     A.  Yes.
19     Q.  And that idea came from weightlifting
20 or --
21     A.  Weightlifting was the -- was the sport
22 that I went to first because I knew that one the
23 best.  I knew they utilized it and I had seen it pay
24 dividends for them in 2000 and hopefully again in
25 2004.

112

1  Q. When you say "pay dividends," you mean
2  translate to medals?
3  A. After 2000, we did a review with the
4  sports that we worked with, and we asked the athletes
5  what made a difference, and the overwhelming comment
6  was "having my personal coach or my coach there as I
7  was participating." So I knew it paid dividends in
8  terms of winning medals or maximizing performance.
9  Q. And for those of us who are unaware with
10 how well the U.S. team did in weightlifting in
11 2000 --
12 A. First two medals ever.
13 Q. First two medals --
14 A. Ever by women. First time women ever
15 lifted and won the first gold in those games. So
16 they did very well. Two women won medals. But it
17 wasn't just the weightlifting athletes. It was other
18 athletes as well, but I knew that weightlifting had
19 paid a dividend.
20 Q. So the women's team got a total of two
21 medals?
22 A. Correct. Four athletes.
23 Q. And the men's team?
24 A. In weightlifting?
25 Q. Yes.

1  A. They didn't win any medals.
2  Q. Pardon?
3  A. They did not win any medals in 2000.
4  Q. How many men on the men's team?
5  A. There were four. I'm sorry. There were
6  three women on the women's team and four men on the
7  men's team to the best of my recollection in 2000.
8  Q. So seven athletes came home with two
9  medals?
10 A. Correct.
11 Q. And they had coaches who were appointed
12 using a pairing of home coaches with athletes?
13 A. The number one criteria for the men's
14 coach was that the national team coach would be the
15 coach. Assistant coaches would be filled with number
16 one criteria would be number of athletes placed on
17 the team. The number one criteria for the women's
18 team because there was not a national coach was the
19 person with the most athletes on the team would be
20 the coach. And then things fell behind that.
21 Q. I'm sorry. Can you explain the national
22 coach part one more time on the men's side?
23 A. U.S.A. Weightlifting employs a men's
24 national team coach, at least they did at that time.
25 That person was automatically, which is very common

1  with the governing bodies, the coach at the Olympic
2  games. He would then have assistant coaches.
3  Assistant coaches spots would be filled by the coach
4  that had the most athletes on the team.
5        The women did not have a women's
6  national team coach, therefore, the women's coach at
7  the Olympic games was the coach that had the most
8  athletes on the team, women athletes on the team.
9  Q. Was there a different coaching criteria
10 for the women's weightlifting coach versus the men's?
11 A. The only difference was that the men's
12 team had a national team coach. In the absence of a
13 national team coach, everything is the same.
14 Q. Same as the new --
15 A. Most athletes on the team.
16     MR. LEVINSTEIN: Men and women.
17     MR. JONES: All right.
18 Q. BY MR. JONES: National team coach, what
19 is the national team coach?
20 A. It varies by governing body to governing
21 body.
22 Q. But with respect to weightlifting.
23 A. He was -- he is no longer, but he was a
24 gentleman employed. He lived and trained -- lived
25 here in Colorado Springs, trained with the resident

1  athletes. He was identified as the national team
2  coach. His job was to coach the athletes, the men's
3  athletes at all major international events, and he
4  did that. World championships, junior world
5  championships, that was his job.
6  Q. You're familiar with coach Chul Ho Kim?
7  A. Yes, I am.
8  Q. Would he be the equivalent of the
9  national team coach in taekwondo?
10 A. Everybody -- everyone identified their
11 national team coaches differently. U.S. Taekwondo at
12 that time did not have someone identified to my
13 knowledge as a national team coach.
14 Q. Would he have similar duties, though, to
15 a national team coach living and working here and
16 training the athletes who trained here?
17 A. Well, there's a -- there's a -- and I
18 understand what you're asking me, but this is apples
19 to oranges conversation because, frankly, your U.S.
20 Olympians in weightlifting, the men are coming out of
21 the Colorado Springs program. I do not believe you
22 can say that about taekwondo. Completely different
23 resident programs. U.S.A. Weightlifting resident
24 program leading up to 2000 and 2004 was a very high
25 level, elite, the best of the best, they were here

1  ~~One person in 2000 made the team that~~
2  ~~was not living here, a woman. We wanted to make sure~~
3  ~~that woman was with her coach when she went to the~~
4  ~~Olympic games. She was because we know that personal~~
5  ~~coaches are the most effective way to get the end~~
6  ~~result.~~
7  ~~So taekwondo is a completely different~~
8  ~~situation. Mr. Kim in what he was doing with the~~
9  ~~athletes here, excellent stuff. Was he a true~~
10 ~~national team coach? I don't know. He was not~~
11 ~~labeled that. That was not his job title. But that~~
12 ~~resident program and the U.S.A. Weightlifting program~~
13 ~~completely different animals.~~
14     Q.   Besides you and Bob Gambardella, did
15 anybody else have input into the actual coach
16 selection criteria before they were submitted to the
17 USOC, if you know?
18          MR. LEVINSTEIN:  Objection.
19          THE WITNESS:  I'm not sure everybody
20 that Mr. Gambardella talked to.  I would have talked
21 with Michelle, who could have been possibly talking
22 to the Team Selection Working Group, but I do not
23 recall.
24          MR. LEVINSTEIN:  Are we not including
25 the GMC?

117

1           MR. JONES:  I'm asking him.
2           THE WITNESS:  Again, I don't recall
3  speaking with the GMC, but who Bob talked to, I do
4  not recall and I do not know.
5           MR. JONES:  Okay.  Let's take a break.
6           (Recess taken from 4:03 p.m. to
7  4:10 p.m.)
8      Q.   BY MR. JONES:  Mr. Skinner, we're
9  talking about the process you went through in writing
10 new coach selection criteria for USTU.  Would you
11 agree with me that weightlifting is not a --
12 considered a combat sport?
13     A.   I would agree.
14     Q.   Is there any reason why you didn't look
15 to perhaps your coworkers in other NGB's, for
16 example, boxing, to take a look at coaching selection
17 criteria there before writing the USTU coach
18 selection criteria?
19     A.   Is there any reason I didn't?
20     Q.   Yeah.
21     A.   No.  I wanted to create with
22 Mr. Gambardella -- it wasn't me creating this.  With
23 Mr. Gambardella the most effective athlete-centered,
24 performance-oriented criteria that we could create.
25 That's what we did.

118

1      Q.   Is it correct that as of the time you
2  were writing these coach selection criteria between
3  February 5 and March 8 you did not know how many
4  medals USTU had brought home using the old coach
5  selection criteria?
6           MR. LEVINSTEIN:  Objection.
7           THE WITNESS:  It was irrelevant to me.
8      Q.   BY MR. JONES:  It was irrelevant?  Why
9  was it irrelevant?
10     A.   Because how they had done in the past is
11 not a guarantee necessarily indicating how we're
12 going to do in the future.  I -- is it the most
13 effective way?  Possibly.  I don't know.  But if you
14 talk to the athletes, they will say that the coach
15 had no impact on their performance in 2000.  I don't
16 know if you've talked to the athletes, but I would
17 suggest that.
18     Q.   Which athletes had you talked to?
19     A.   Talk to any one of them that were on
20 that Olympic team.
21     Q.   On --
22     A.   Particularly, I talked to Steven Lopez
23 about it.
24     Q.   So you can think of Steven Lopez for
25 sure as one example.  Who else?

119

1      A.   Again, I said I've talked to a variety
2  of athletes, so --
3      Q.   Can you think of any other names in
4  particular of athletes you talked to?
5      A.   I've talked to Juan Moreno about the
6  best way to get a coach, to get the best coaches.
7      Q.   And this -- these talks were during the
8  process of writing new criteria?
9      A.   Not at all.
10     Q.   Before?
11     A.   Before, during.  Before and after.  Is
12 this the best criteria?  Absolutely.
13     Q.   For purposes of this area right now, I
14 have to focus on your thought process in writing
15 these new criteria and who had influence and who
16 didn't.  Steve Lopez had influence.
17          MR. LEVINSTEIN:  Objection.
18          THE WITNESS:  No.
19     Q.   BY MR. JONES:  No?
20     A.   He did not have influence.  What I heard
21 on the floor on May 23rd had influence.  That's
22 athletes saying, "We had no involvement in this
23 process."  That's a huge influencer on me.
24     Q.   That was a huge influence.
25     A.   The athletes, absolutely.

120

6/30/2005 Skinner, Kelly

1  Q. I mean, what -- what occurred on the
2  floor in that earlier meeting in May of the previous
3  year?
4  A. And that they had no involvement in the
5  process was an influence on me without a doubt.
6  Q. In what way?
7  A. Is the process that's been outlined the
8  best process?
9  Q. Did that translate to what, a more
10 objective criteria? Is that how that influenced you
11 when you actually sat down to write new criteria
12 because the athletes were saying they weren't
13 involved with the voting process back in May 2003?
14 How did that translate to your thought process when
15 you sat down to write something else?
16         MR. LEVINSTEIN: Objection.
17         MR. JONES: I just want to make sure I
18 understand the rationale and the logic here. Because
19 under the new criteria, it looks like the athletes
20 don't vote at all.
21         THE WITNESS: They do vote. They vote
22 on the competition area. That's where they should
23 vote.
24         Q. BY MR. JONES: Pardon me?
25         A. They vote when they go compete.

121

6/30/2005 Skinner, Kelly

1  Q. But I mean, they don't -- they don't
2  vote in the selection process. Their home coach
3  either makes it or he doesn't if they make it.
4  A. If there's an athlete -- absolutely.
5  That's one way. But there's an athlete on the
6  Governance and Management Committee who would approve
7  these procedures as being the procedures that are
8  going to be used. But ultimately, if I am in the mix
9  -- and remember, in February, March, there is several
10 athletes still in the mix. We have no idea who the
11 two athletes are going to be. We didn't know until
12 the end of June 5th who the athletes were going to
13 be. We had no idea who our coaches were going to be.
14         These were not written for any
15 individual. These were written to make sure the
16 athletes that got there had their coach with them.
17 That's it. If you want your coach to be there, get
18 in the system, win it.
19         Q. Okay. As you sit here today,
20 weightlifting is the only example you can --
21         A. As I sit here today, there are several,
22 but that's the only one I'm going to talk about right
23 now.
24         Q. Okay. That's because that's the only
25 one you can recall?

122

6/30/2005 Skinner, Kelly

1  A. No, that's just because that's the only
2  one that I have the most familiarity with because I
3  used to work there.
4  Q. Okay.
5         (A discussion was held off the record
6  between Mr. Levinstein and Mr. Johansen.)
7  Q. BY MR. JONES: You said that you've
8  talked with Steven Lopez?
9  A. I talked with Steven Lopez, absolutely.
10 I tried talking to several athletes.
11 Q. How many times, if you can remember?
12 A. I do not recall.
13 Q. Was it before you started writing the
14 criteria?
15 A. I talked with them -- I wouldn't be
16 doing my job if I was not talking to athletes from
17 the day I was the director through today. So
18 absolutely. I talked to him and others before the
19 criteria was written.
20 Q. Did he have any thoughts on what kind of
21 criteria would be good?
22 A. Not at all. He did not offer any
23 thoughts. I did not ask him for his thoughts.
24 Q. Did he ask you that his brother be
25 allowed to be his coach?

123

6/30/2005 Skinner, Kelly

1  A. No.
2  Q. He never asked you that?
3  A. He did not ask me for his brother to be
4  his coach in the Olympic games. Absolutely not.
5  That's not something I could control.
6  Q. Did any other athlete ask that their
7  home coach be their coach at the Olympic games?
8  A. Again, I think you think we had a lot
9  more conversation with the athletes about this issue
10 than we did, but no. Nobody said, "I want my coach
11 to be the coach." The theme that we heard -- the
12 theme that we heard was "we would like our coaches to
13 be with us at these competitions coaching us when it
14 matters."
15         MR. LEVINSTEIN: Other than Nia. We've
16 had testimony about her asking for her coach.
17         THE WITNESS: But that was after.
18         MR. LEVINSTEIN: I understand. Your
19 question was so general, I just want to be clear.
20 Okay?
21         MR. JONES: Okay.
22         MR. LEVINSTEIN: Because if any athlete
23 had asked, I just wanted to be clear we've already
24 had testimony about that.
25         THE WITNESS: Your question was before I

124

6/30/2005 Skinner, Kelly

```
1   started writing the criteria.
2           MR. JONES:  Just focusing on who --
3           MR. LEVINSTEIN:  I apologize.
4       Q.  BY MR. JONES:  Whose comments were in
5   mind when we're writing this stuff out.  Okay?
6           And what did Steve -- what was Steven's
7   comments about coach selection, if anything?
8       A.  He had no comments regarding the Olympic
9   coach selections.
10      Q.  What did he talk to you about then?
11      A.  All he said to me was that in 2000 it
12  was a shame that he was not able to have his brother
13  with him at the mat, but it had no impact on the 2004
14  coaches.
15      Q.  Okay.  Steven won a gold medal, though,
16  at the 2000 Olympics.  Didn't he?
17      A.  Yeah.  Absolutely.
18      Q.  So as far as results go, it was a great
19  result.
20      A.  Sure it was.  Was it the most efficient
21  way to get the gold medal?  I have no idea.
22      Q.  Did you do any research specifically in
23  taekwondo to see what the experience of taekwondo
24  athletes were with respect to having their home
25  coaches versus not having their home coaches in their
```

125

6/30/2005 Skinner, Kelly

```
1   corner at the critical time when they're in the
2   critical matches?
3       A.  No, I did not.
4       Q.  You don't know whether taekwondo
5   athletes have been successful in winning medals with
6   their home coach or without their home coach other
7   than what Steven Lopez told you?
8       A.  That's a very incorrect assessment.
9   What I do know is this:  Those athletes get to those
10  games through a qualifying process, and throughout
11  that qualifying process they're with their coaches.
12  Then we take them away from their coaches at the most
13  critical games of a four-year period.
14      Q.  Which qualifying matches are you
15  speaking of when they're with their own coaches?
16      A.  Any.  Any event that they qualify for.
17      Q.  What about the major international
18  competitions?
19      A.  To me, if they qualified to make a team,
20  they're with their personal coach.
21      Q.  Are they --
22      A.  At that point, then they're removed from
23  their coach and given to somebody else.  Absolute
24  ineffective way to run a business.
25      Q.  Are they with their personal coach at
```

126

6/30/2005 Skinner, Kelly

```
1   the world competition?
2       A.  Personal coaches can go.  Are they mat
3   side?  Not always.
4       Q.  Not always sitting in the chair.  Right?
5       A.  Not always sitting in the chair.
6       Q.  Same goes for the Pan Am games?
7       A.  Correct.  Not always sitting in the
8   chair.
9       Q.  What did Juan Moreno say about --
10      A.  I don't recall any --
11      Q.  -- coach selection?
12      A.  -- of the exact conversations with any
13  person, so --
14      Q.  Okay.
15      A.  -- you can ask me about every single one
16  of them, but I don't recall the exact conversation.
17          (A discussion was held off the record
18  between Mr. Levinstein and Mr. Johansen.)
19          MR. JONES:  If we could turn to Exhibit
20  63.
21          MR. LEVINSTEIN:  Is that one you gave me
22  before?
23          MR. JONES:  Yeah.
24          MR. LEVINSTEIN:  I got it.
25          MR. JONES:  Minutes of July 1.
```

127

6/30/2005 Skinner, Kelly

```
1           MR. LEVINSTEIN:  I'm sorry.  We have not
2   discussed this with him yet.  I apologize.
3           MR. JONES:  I was thinking --
4           MR. LEVINSTEIN:  I thought it was with
5   him.  I'm sorry.  I'm sorry.  I lost track of that in
6   the last deposition.  It's all the same exhibits.
7   It's hard to remember which is what and who said
8   what.
9           THE WITNESS:  Okay.
10      Q.  BY MR. JONES:  It's the minutes of the
11  July 1, 2004, meeting for the GMC.  Is that correct?
12      A.  That's correct.
13      Q.  Is this one of those minutes that was
14  sent to you or probably sent to you?
15      A.  Probably was sent to me.
16      Q.  And we're asking you about it because
17  you're listed as a person present.  Do you remember
18  being at this one, this meeting?
19      A.  I don't recall being there on July 1st,
20  but it's -- apparently, I was.
21      Q.  As best as you can tell from the
22  substance of what's summarized, does it appear to
23  cover the general areas that were covered in that
24  meeting?
25      A.  Apparently, but again, I don't recall
```

128

1  exactly what was spoken about there, so I do not
2  know.
3       Q.  All right.  Focusing on page 1, last
4  paragraph, a discussion was had regarding Olympic
5  athlete Nia Abdullah.
6       A.  Okay.
7       Q.  Do you know whether she came out of the
8  Olympic Training Center or not?
9       A.  She was a resident athlete, yes.
10      Q.  And her coach was Mr. Chul Ho Kim --
11      A.  right.
12      Q.  -- who we've discussed a few minutes
13 ago.
14      Do you know anything about the
15 background of what happened between her and Jean
16 Lopez's sister that triggered this discussion?
17      A.  I do not.
18      MR. LEVINSTEIN:  Objection.  Assumes
19 facts not in evidence.
20      Q.  BY MR. JONES:  You weren't aware that
21 she and Jean Lopez's sister had a particularly tough
22 match to determine who would be on the U.S. team and
23 Jean Lopez's sister lost?
24      A.  Was I aware that they had competed
25 against each other or was I aware that there was a

6/30/2005 Skinner, Kelly

1  problem with the competition?
2       Q.  Were you -- first question:  Were you
3  aware that they competed against each other?
4       A.  I was aware they competed against each
5  other on June 5th, yes.
6       Q.  And were you aware that Jean Lopez
7  coached his own sister in that match?
8       A.  I believe I remember seeing Jean there
9  coaching his sister, yes.
10      Q.  And do you remember anything about what
11 happened in that match?
12      A.  Outside of the fact that Nia won, I do
13 not recall anything.
14      Q.  You don't remember having seen Nia get
15 her head stomped by Jean's sister?
16      A.  I do not recall anything of that.
17      Q.  And did you know on the July 1 meeting
18 that as a result of that match that you observed that
19 Jean's sister would be runner-up if something
20 happened to Nia before the Olympics?
21      A.  As a result of that competition, was I
22 aware that --
23      Q.  Jean's sister would be first runner-up
24 to replace Nia if something happened to her and she
25 couldn't --

6/30/2005 Skinner, Kelly

1       A.  Yes --
2       Q.  -- compete?
3       A.  -- I was aware of that.
4       Q.  Do you know if those facts led to any of
5  the concerns of -- voiced concerns of Nia Abdullah?
6       A.  Well, based on my recollection, I don't
7  know if those are facts.  But I do not know -- I do
8  not recall of anything being voiced of a concern
9  regarding what happened on the mat at that particular
10 event.
11      Q.  Anyhow, is it correct that on July 1 the
12 GMC tried to accommodate Nia by allocating money to
13 send Chul Ho Kim to assist her at the Olympics?
14      A.  They did much more than try.  They sent
15 him and provided for all his accommodations,
16 everything from the time the team left the United
17 States.
18      Q.  It was understood, however, that he
19 would not be able to sit with her ringside.
20      A.  That is correct.  There was only one
21 credential.
22      Q.  And when you only have one credential
23 and more than one team member, somebody is going to
24 get what they want and somebody is not going to get
25 what they want --

6/30/2005 Skinner, Kelly

1       A.  Correct.
2       Q.  -- when you use the, quote, unquote,
3  objective coach selection criteria.  Isn't that true?
4       A.  That is --
5       MR. LEVINSTEIN:  Objection.
6       MR. JONES:  Go ahead.
7       THE WITNESS:  That is entirely possible
8  that somebody may not be happy with the outcome.
9  It's entirely possible.
10      Q.  BY MR. JONES:  And if you define
11 athletes as being unhappy, that would be seen as a
12 possible weakness in the new coach selection
13 criteria?
14      MR. LEVINSTEIN:  Objection.
15      THE WITNESS:  No, I would not find that
16 particular -- athletes being unhappy with criteria,
17 absolutely right.
18      MR. JONES:  No.
19      THE WITNESS:  Athletes wanting
20 their -- athletes wanting their coach to be with
21 them, that's unfortunate that you cannot always make
22 that happen.  But you can do your best to at least
23 get somebody there with them that has been there with
24 them.
25      Q.  BY MR. JONES:  But you'd agree with me

1   that if athletes are unhappy with the coach they've
2   got or call it concerned, as it's been phrased here,
3   concerned with the coach they've got, that
4   performance might not be enhanced?
5           MR. LEVINSTEIN: Objection. What are
6   you quoting from about concern? It doesn't say
7   anything about concern. I don't see anything like
8   that. Maybe I missed it.
9           MR. JONES: It might have come from Mr.
10  Locke's e-mail.
11          MR. LEVINSTEIN: I don't think it came
12  from anywhere, but you can go ahead.
13          THE WITNESS: Sorry. What was the
14  question?
15      Q.  BY MR. JONES: If an athlete on a
16  multiple team situation like we've got here --
17      A.  Uh-huh. Yes.
18          MR. LEVINSTEIN: A multiple team
19  situation.
20      Q.  BY MR. JONES: Multiple person team
21  situation, as we've got here, two people --
22      A.  Okay.
23      Q.  -- one coach, the athlete that does not
24  get to bring her home coach is maybe unhappy with the
25  situation.

6/30/2005 Skinner, Kelly

1           THE WITNESS: Correct. It was
2   unrelated. You could -- they -- the NGB could send
3   whoever it is they want to send to be there. Several
4   of the sports sent extra coaches to the Olympic games
5   to be around their athletes leading up to --
6   realizing only that there are so many credentials
7   that can be had. It was the NGB being responsible.
8       Q.  BY MR. JONES: How can an NGB send extra
9   coaches without credentials?
10      A.  We had a housing unit at the American
11  College of Greece. We could house whoever we wanted
12  to house there. The credential only gets you into
13  the field of play and into the -- into the -- this --
14  acronym for Athens was ATOC, okay, the Athens
15  Organizing Committee. And then ATOC controlled areas
16  is what the credential got you. Outside of that, it
17  doesn't take a credential to land in the Athens
18  airport and drive around.
19      Q.  I guess I'm misunderstanding as to what
20  you mean by coach. I'm talking about a credential
21  coach and you're talking about someone who's a coach
22  who is not allowed onto the --
23      A.  Competition --
24      Q.  -- competition area.
25      A.  But he had access to her. They did all

6/30/2005 Skinner, Kelly

1           MR. LEVINSTEIN: Objection.
2       Q.  BY MR. JONES: Is that true?
3       A.  I'm not Nia, so I can't speak for Nia.
4       Q.  Well, do you think Nia was happy with
5   the selection of Jean Lopez?
6       A.  I did not talk to Nia about the
7   selection of Jean Lopez.
8       Q.  Why then do you think the committee
9   spent money that they didn't have to spend to send
10  Chul Ho Kim to the Olympics?
11      A.  Well, apparently, she had expressed
12  something to somebody within the committee or to Mr.
13  Gambardella, but I think the reason that the
14  committee spent money that the USOC provided for them
15  to spend was to give her her coach as much as
16  possible so she could maximize her performance. And
17  might I add, she had not done much on the
18  international level and she brought home a silver
19  medal from the Olympic games. I would say it was
20  effective.
21      Q.  But again, strictly following the coach
22  selection criteria, the committee should not have
23  sent Chul Ho Kim.
24          MR. LEVINSTEIN: Objection. Criteria
25  about the head coach.

6/30/2005 Skinner, Kelly

1   of their training almost exclusively at the American
2   College of Greece. Taekwondo did. Chul Ho Kim was
3   with her the entire time. The only time he was not
4   with her was when she went to actually compete. And
5   again, I will hold up -- I know it doesn't really
6   matter to some, but it matters greatly to me.
7   Somebody who had not done much internationally came
8   home with a silver medal from the Olympic games. I
9   would say she was not traumatized by coach Kim not
10  being the head coach who was ringside.
11      Q.  Okay.
12      A.  But you'd have to ask her for her exact
13  thoughts.
14      Q.  Exhibit 73, you have it. Have you seen
15  Exhibit 73 before?
16      A.  I'm sure that I did. I was copied on
17  the e-mail.
18      Q.  First sentence, "Nia, this letter is in
19  response to your concern regarding the nomination of
20  Jean Lopez as to the taekwondo Olympic coach." Have
21  I read that correctly?
22      A.  Well, the sentence continues, but up to
23  that point, absolutely.
24      Q.  And that's from Steve Locke to Nia -- or
25  to firstlady0422@aol.com. Salutation, Nia, dated

6/30/2005 Skinner, Kelly

1  July 1, 2004, same date as that meeting that we just
2  went over. Is that right?
3      A.  Yes.
4          MR. JONES: Okay. Next exhibit, I
5  think, we're going to have to mark as a new one.
6          (Exhibit No. 149 was marked for
7  identification by the court reporter.)
8          THE WITNESS: Okay.
9      Q.  BY MR. JONES: First of all, what is
10 that document that I've shown you that's been
11 previously marked as Exhibit 2 and it's been remarked
12 as 149?
13     A.  It's a Declaration of Kelly Skinner.
14     Q.  Did you write this?
15     A.  Did I write this document? Yes, I did
16 in cooperation with our legal team, but it was my
17 words.
18     Q.  Somebody else actually typed it out,
19 though?
20     A.  Yes. I was in Athens at the time and
21 not able to do it.
22     Q.  But you read it and signed it and
23 adopted it as your --
24     A.  I spoke it.
25     Q.  -- true and correct --

137

6/30/2005 Skinner, Kelly

1      A.  Read it.
2      Q.  -- testimony?
3      A.  Absolutely correct.
4      Q.  Paragraph number 8, skim that one once
5  more. One of the statements is there -- in there is
6  that speaking U.S. team's new leadership, second
7  sentence. "They sought to transform the USTU from a
8  reward-based organization to a performance-based
9  organization with a single goal, winning Olympic
10 medals."
11         What was -- first of all, what do you
12 mean by reward-based organization?
13     A.  You're rewarded for what you may have
14 done in the past. You are given what comes to you
15 based on what is happening on the performance of your
16 athletes at this time.
17     Q.  So you say not rewarded based upon what
18 you've done in the past?
19     A.  What that says there, there was -- the
20 system before was a reward-based organization.
21 Whether or not you had athletes actively
22 participating at the time did not matter. What
23 matters is what you had done in your past. What we
24 are changing the philosophy to be and a change
25 amongst the USOC that it matters what you're doing

138

6/30/2005 Skinner, Kelly

1  today.
2      Q.  Okay. Then what was your basis for
3  saying that that was -- the past nature of the USTU
4  that it was previously a reward-based organization?
5      A.  In looking at past coaches and looking
6  at past assignments, it wasn't always going --
7  positions were not always going to people who are
8  actively coaching athletes that were on the mat. It
9  was people that had been put there through some other
10 process.
11     Q.  Was Han Wan Lee one of those people you
12 were referring to?
13     A.  I wasn't referring to anybody in
14 particular.
15     Q.  How do you know what you're saying in
16 this sentence is correct or true? What was your
17 basis -- what was your factual basis for saying that
18 then?
19     A.  The factual basis for saying that was
20 strictly based on looking to who had coached the past
21 teams.
22     Q.  Okay. Who had coached the past teams?
23     A.  Sitting here today, I don't know. I'm
24 not looking at their coaching run-down. I knew then.
25 I don't know today.

139

6/30/2005 Skinner, Kelly

1      Q.  And your testimony is that you knew then
2  at the time you did this declaration that there were
3  coaches who had coached in past Olympics that were
4  not coaching at the time that they were selected to
5  go to the Olympics?
6          MR. LEVINSTEIN: Objection.
7      Q.  BY MR. JONES: Is that what you're
8  saying?
9      A.  I'm saying across the board of all
10 events in which taekwondo was involved in. I was not
11 focused on one of them.
12     Q.  And so as you sit here today, you can't
13 give me any examples then?
14     A.  That's correct.
15     Q.  And when you say performance-based
16 organization, are you talking about coach selection
17 in particular?
18     A.  No. I'm talking about across the board.
19 Athlete performance, coach performance, staff
20 performance, everybody.
21     Q.  And when you wrote or participated in
22 writing paragraph 8 then and made these assertions,
23 you did not know what medals USTU had achieved in the
24 Olympics it had participated in.
25         MR. LEVINSTEIN: Objection. Comes from

140

6/30/2005 Skinner, Kelly

1  the testimony.
2      MR. JONES: He's talked about coaches.
3  He hasn't talked about medals yet.
4      MR. LEVINSTEIN: You're talking about
5  medals in 2000.
6      Q.  BY MR. JONES: Is that correct?
7      A.  That's not what I testified to.
8      Q.  Do you know what medals were won in 2000
9  by the USTU team?
10     A.  I don't know every single medal that was
11 won at every single Olympic games by the USTU, but I
12 do know that medals were won.
13     Q.  And you also know that medals were won
14 using the old coach selection criteria.
15     MR. LEVINSTEIN: Objection.
16     THE WITNESS: I don't know what the old
17 coach selection criteria was. I know medals were
18 won.
19     MR. JONES: Okay.
20     (A discussion was held off the record
21 between Mr. Levinstein and Mr. Johansen.)
22     Q.  BY MR. JONES: And you're -- pardon me.
23 Paragraph 10, if you'd let me know when you're done
24 skimming that.
25     A.  I'm fine.

141

6/30/2005 Skinner, Kelly

1      Q.  Okay. Sentence -- beginning with
2  sentence number two, "One component of the USTU
3  process for ensuring that the USTU fulfills its
4  mission involved the implementation of new criteria
5  for the selection of Olympic coaches. The new USTU
6  leadership believed strongly that coaching decisions
7  should be based on performance. Because a taekwondo
8  coach sits next to the competition ring and is
9  responsible for advising the competitors throughout
10 each match, the coaches who work on a daily basis
11 with each individual athlete and who are thus
12 familiar with the athlete's strengths, abilities, and
13 weaknesses generally provide the greatest chance of
14 victory."
15     And what's your basis for saying that?
16     A.  The basis for saying that is that the
17 coach that coaches an athlete every single day knows
18 that athlete's strengths and weaknesses better than
19 anybody who is not -- that is not around that athlete
20 every single day without a doubt.
21     Q.  That's something you've heard?
22     A.  I'm a coach. I coach high school
23 basketball. Okay? It's not elite stuff, but you
24 talk to a coach. I happen to be one of the high
25 school players. I know my strengths and weaknesses

142

6/30/2005 Skinner, Kelly

1  of my players better than any other varsity coach
2  knows because I'm with those guys every single day.
3      And if there's a coach out there who
4  will testify or state that someone besides himself or
5  herself knows the strengths and weaknesses of his
6  athletes better than he does or she does, that coach
7  is not doing their job.
8      Q.  And so when you stated that just now,
9  you were basing that on your experience --
10     A.  No.
11     Q.  -- as a basketball coach?
12     A.  No, not at all. Not at all. I'm basing
13 it on the reality of any coach you talk to, any coach
14 that I've talked to -- excuse me -- and athletes that
15 I've talked to, their coaches, their personal coaches
16 know them the best. That's what I'm basing it on.
17 Has nothing to do with my perception of anything.
18     Q.  Again, though, it's based upon, my first
19 question, people you've talked to.
20     A.  When I talked to athletes and coaches, I
21 don't know who better subject matters are if I'm
22 talking about athletes and coaches.
23     Q.  It does not come from personal
24 experience coaching or competing in taekwondo, this
25 statement. Is that true?

143

6/30/2005 Skinner, Kelly

1      A.  That's true.
2      Q.  And the coaches that have told you this,
3  again, that support your statement here are --
4      A.  I have -- we have not talked about them.
5  I'm not going to run through the litany of coaches
6  that I know.
7      Q.  No. I'm talking about taekwondo
8  coaches. Which taekwondo coaches have told you --
9      A.  It is not a sport-specific issue.
10 You're trying to make it that way. I know that's
11 your job, but it's not. The best coaches are the
12 personal coaches no matter what the sport is.
13     Q.  If I could just have an answer to the
14 question, though. Have you talked with any
15 taekwondo --
16     A.  I don't recall it was taekwondo coaches
17 I talked to about this issue.
18     Q.  Last couple of lines of paragraph 10 on
19 page 3, "The Olympians, who have worked closely with
20 their coaches as they succeeded at the Olympic trials
21 and other major events," comma, "will not be willing
22 to suddenly switch coaches as they train for the
23 Olympic games."
24     Who is not willing to suddenly switch
25 coaches at U.S. Taekwondo, if you know?

144

6/30/2005 Skinner, Kelly

```
1      A.   Who was not willing to suddenly switch
2  coaches?
3      Q.   Switch coaches as they train for the
4  Olympic games.
5      A.   Hasn't this whole conversation been
6  about the preferences of athletes to have their
7  personal coach with them the entire time?  So
8  athletes that I've talked to.
9      Q.   Any particular Olympic -- members of the
10 U.S. Olympic team --
11     A.   Two Olympic athletes at this time, Lopez
12 and Abdullah, had no desire to switch their coaching.
13     Q.   Did they say they would not be willing
14 to switch?
15     A.   I don't recall exactly what the comments
16 were, but they testified in court that they wanted to
17 stay with the way it was.  So I would assume that
18 that was their feeling about, but I do not know that.
19     Q.   If they didn't state words that
20 strongly, this statement would be incorrect then,
21 right, "not be willing"?
22          MR. LEVINSTEIN:  Objection.  It's
23 forward looking and it was about Olympic trials and
24 other major events.  It wasn't aimed at those
25 particular people.
```

145

6/30/2005 Skinner, Kelly

```
1      Q.   BY MR. JONES:  Those two athletes never
2  told you that they would not be willing to suddenly
3  switch coaches.  Did they?
4      A.   I don't recall every single conversation
5  with them.
6      Q.   The paragraph goes on to state, "The
7  USTU was not willing to continue selecting and paying
8  expenses for Olympic coaches whose sole role would be
9  to show up at the Olympic competition."
10         What was your basis for that statement?
11 Was that --
12     A.   If they're not the personal coach of the
13 athlete and they show up at the Olympic games and
14 they train them before going to competition and coach
15 them during the Olympic games.  That's what that's
16 all about.
17     Q.   When you say the USTU, were you talking
18 about Robert Gambardella?
19     A.   I was talking about the United States
20 Taekwondo Union, who was Bob Gambardella as CEO, the
21 staff of the USTU, and the Governance and Management
22 Committee.  It's not Bob Gambardella, otherwise, I
23 would have said Bob Gambardella.
24     Q.   Can you point to any -- anything in the
25 minutes we've gone through so far that says that the
```

146

6/30/2005 Skinner, Kelly

```
1  USTU decided it would not continue selecting and
2  paying expenses for Olympic coaches whose sole role
3  would be to show up at the Olympic competition?
4          MR. LEVINSTEIN:  Objection.
5          MR. JONES:  Because I have not seen
6  anything like that.
7          THE WITNESS:  I don't have all the
8  minutes in front of me, so I can't show you anything
9  from the minutes.  But from the minutes we've
10 reviewed, I don't remember seeing that statement.
11     Q.   BY MR. JONES:  Okay.  Going on to
12 paragraph 11, if you take a look at that one.
13     A.   Okay.
14     Q.   "The USTU's prior criteria for selecting
15 Olympic coaches focused on the applicant's prior
16 coaching experience in major international
17 competitions, including the Olympic games, the Pan
18 American games, the World Championships, the World
19 Cup, and the Pan American Championships.  The coaches
20 selected under these criteria, although potentially
21 having achieved some measure of success coaching at
22 the international level, did not necessarily have any
23 familiarity with the individual taekwondo competitors
24 who were training for the Olympic games."
25          Were you -- did you have any particular
```

147

6/30/2005 Skinner, Kelly

```
1  coaches in mind when you made this statement?
2      A.   No.  I'm just saying generally the way
3  coaches have been selected.  There's no guarantee
4  that there's familiarity.
5      Q.   What did you mean when you said,
6  "Although potentially having achieved some measure of
7  success coaching at the international level"?  Do you
8  mean having achieved past success?
9      A.   That's exactly what it means.  Maybe
10 they would have coached in some of these events and
11 had some success.
12     Q.   Notwithstanding the fact that the
13 athletes they coach bring home medals because they
14 don't have familiarity with the individual
15 competitors, that's still not good enough?  Is that
16 what you're saying?
17         MR. LEVINSTEIN:  Objection.
18         THE WITNESS:  I'm saying that eventually
19 that lack of working with an athlete day to day is
20 going to catch up with the sport and we're not going
21 to be as successful maybe as we have been in the
22 past.  If we don't put the right people in the right
23 seats, meaning the personal coaches, eventually
24 there's going to be that day where we don't bring
25 home anything.
```

148

6/30/2005 Skinner, Kelly

1  Q. BY MR. JONES: That was your projection?
2  A. It's a possibility. Last thing in the
3  world I want to see happen. And again, I'll state it
4  so it continues to be in the record. Two athletes,
5  two medals, gold, silver. I don't think we failed in
6  what we did. This was not about individual. This
7  was about getting the athletes what they needed, and
8  we got it to them, and they delivered big time.
9  Q. But you didn't know what was going to
10 happen when you wrote this declaration. Right?
11 A. No, but I knew the best way to maximize
12 the opportunity for success was to put the personal
13 coaches there with them.
14 Q. And again, that was not based upon
15 personal experience in taekwondo. That was based
16 upon people you had talked to. Right?
17     MR. LEVINSTEIN: Objection.
18 Q. BY MR. JONES: Is that fair?
19 A. That was based on ten years of
20 experience in sport management, who I've seen, what
21 I've talked -- who I've talked to, what I've seen.
22 Q. Okay.
23 A. It wasn't a close my eyes and hope type
24 of a situation.
25 Q. Hypothetically, you've got a

149

6/30/2005 Skinner, Kelly

1  three-person team. Three athletes have made it to
2  the U.S. team, and you've got one coaching
3  credential. You can't send three coaches. You can
4  send one coach. Is that right?
5  A. Correct.
6  Q. So you follow this new criteria. The
7  person with the best record and who has the best
8  chance of getting a metal -- I guess the best chance
9  of getting the highest medal, his coach goes. Right?
10 A. That --
11     MR. LEVINSTEIN: Objection.
12     THE WITNESS: -- has nothing to do with
13 the criteria. Sorry.
14     MR. LEVINSTEIN: These criteria were
15 developed in a particular circumstance. You're
16 talking about when they knew how many athletes were
17 going and all the rest. Whether these were the right
18 criteria if the facts were different is a whole
19 different issue. So you're dealing with
20 hypotheticals. You know, it's an incomplete
21 hypothetical. You can go ahead and ask him these
22 things, but they're not admissible. They're not
23 relevant. Go ahead.
24     THE WITNESS: That doesn't accurately
25 reflect what the criteria states. The criteria

150

6/30/2005 Skinner, Kelly

1  states number of athletes on the team. If we have
2  three with three different coaches, then it looks at
3  the overall record with the first look being at 2003
4  World Championships. Whoever finished best there,
5  their coach goes.
6       If we're still tied, then it would be
7  the 2003 Pan American games. If we all are tied
8  there, what would have happened next? I am not clear
9  on that. But it had nothing to do with we're going
10 to pick the coach who we think has the -- whose
11 athlete has the best chance of the medal. It's very
12 clearly stated. If we have two, three, four and we
13 have four different coaches, first tiebreaker is
14 this. Clearly stated. It's based on performance.
15 Q. BY MR. JONES: But if you have only one
16 coaching credential, only one coach goes. Only one
17 credentialed coach goes.
18 A. And that's what this -- that's why these
19 procedures address that. Otherwise, there would only
20 be one bullet point. If your athlete makes the team,
21 you go. But you know what? The reality of it is we
22 only have one credential, therefore, there's another
23 bullet point. Here's how we figure out who gets the
24 credential.
25 Q. But at the Olympics there's only one

151

6/30/2005 Skinner, Kelly

1  coach.
2       MR. LEVINSTEIN: Credentialed.
3  Q. BY MR. JONES: One credentialed coach
4  who sits with all three of those athletes. Right?
5  A. I have no idea of three. We had two
6  athletes go to the games.
7  Q. But I'm talking about a hypothetical
8  now.
9  A. See, it's when you work in hypothetical
10 that you have grievances and you end up in lawsuits.
11 I will not go hypothetical.
12 Q. So you're refusing to answer the
13 hypothetical.
14 A. You can ask the question. I will do my
15 very best.
16 Q. What I'm saying is: If you've got one
17 credentialed position, three athletes, two out of the
18 three do not get to bring their coach as a
19 credentialed coach. Am I wrong?
20     MR. LEVINSTEIN: No matter what the
21 criteria are.
22 Q. BY MR. JONES: Am I wrong? Two out of
23 three do not get to bring their home coach.
24     MR. LEVINSTEIN: Do not get them to sit
25 in their chair.

152

1           MR. JONES:  Right.
2           THE WITNESS:  Right.  Two out of three
3   could not have their coach sitting in the chair.
4   Absolutely right.
5       Q.  BY MR. JONES:  And so those people are
6   not going to have the benefit of the guy who they're
7   most comfortable with.
8       A.  First of all, I don't know if all the
9   coaches are men, so there could be women involved.
10  But their coach would have been -- if it was
11  taekwondo, in this instance and based on what U.S.
12  Taekwondo did, they would have made every situation
13  available for their coach to be with their athlete up
14  until the time of their competition.  So they would
15  have been with their athlete up until they got on the
16  mat.
17      Q.  So you're assuming that sending home
18  coaches as trainers along with the Olympics or
19  support people to be with the athlete corrects any
20  problems?
21          MR. LEVINSTEIN:  Objection.  Go ahead.
22          THE WITNESS:  I'm assuming nothing.
23      Q.  BY MR. JONES:  Am I correct then -- and
24  you may have stated this, but I want to make it very
25  clear that when you were writing these new coaching

153

1   criteria you wrote them with Steven Lopez and Nia
2   Abdullah in mind?
3       A.  Absolutely not.
4       Q.  You wrote them with one male member of
5   the U.S. team and one female member of the U.S. team
6   in mind?
7       A.  That we would eventually have one and
8   one.  That's all we knew.  We had no idea who they
9   would be.  There were still several athletes
10  competing for those two spots.
11      Q.  And so you might change the criteria in
12  the future if the circumstances are different.
13      A.  I don't know why we would or
14  what -- it's up to taekwondo.  It's their criteria.
15  My suggestion would be to stay with what is there.
16  Weightlifting has used it for a couple of games.
17  Other NGB's are using it for more games.  It works.
18  Two athletes, two metals, gold, silver.  It worked.
19      Q.  Number 11, an incident is referred to in
20  which you state, "In one memorable incident in 2000,
21  Steven Lopez, a competitor from the United States,
22  was forced to move his figurehead coach out of the
23  way during the gold medal match so that he could hear
24  the instructions and advice that his own coach, Jean
25  Lopez, was shouting from the stands."

154

1           Did you observe that?
2       A.  I didn't observe it, but I had enough
3   people relay the exact same story to me that I
4   believed it to be true.
5       Q.  Okay.  So this statement was not based
6   on personal knowledge then.  Was it?
7       A.  I was not there to see that, so no.
8           MR. LEVINSTEIN:  Could we take a break?
9           MR. JONES:  Okay.
10          MR. LEVINSTEIN:  How much longer do you
11  think?
12          MR. JONES:  I'm very close.
13          (Recess taken from 5:08 p.m. to
14  5:12 p.m.)
15      Q.  BY MR. JONES:  Paragraph 12 states, "On
16  February 11, 2004, the Sports Partnership Division
17  received the first draft of these criteria."
18          Is that correct?  I mean, is that a true
19  statement?
20      A.  It would not be in there if it was not a
21  true statement.
22      Q.  Okay.  That is -- correct me if I'm
23  wrong, but that is six days after the -- seven days
24  after the first meeting of the USTU that we took a
25  look at?

155

1       A.  February 5th meeting?
2       Q.  Yeah.
3       A.  It would be six days.
4       Q.  Six days after.  So within six days of
5   that meeting you had come up with a first draft?
6       A.  Absolutely.
7       Q.  And not to be overly technical here, but
8   it says, "On February 11, 2004, the Sports
9   Partnerships Division received the first draft of
10  these criteria."
11          Does that mean -- what do you mean by
12  that?
13      A.  That's where I work, so --
14      Q.  You wrote it and gave it to the Sports
15  Partnership?
16      A.  I am one part of the Sport Partnership
17  Division.  I'm one member of that division.
18      Q.  So this suggests then that Bob did the
19  first draft and gave it to you?
20      A.  Bob and I -- it was a collaborative
21  effort, but they officially have to be submitted from
22  the governing body to me.  I can't just say, okay,
23  here it is.  It has to be officially submitted.  So
24  Bob and I would have worked on it.  It would have
25  officially come.  Here it is.

156

6/30/2005 Skinner, Kelly

1  Q. Okay.
2  A. Let's take it from here.
3  Q. That's why it's phrased like that?
4  A. Correct.
5  Q. "After various discussions and
6  revisions, the division signed off on the criteria on
7  March 4."
8      The "division" being partnerships
9  division?
10 A. That's correct.
11 Q. "The criteria were then approved by the
12 USOC Delegation Review Committee on March 24."
13     And we've seen one memo that suggests
14 that it was sent over around March 8. Is that fair?
15 A. Based on that memo we looked at from
16 Bob, it seems to be.
17 Q. Bob and Steve Locke?
18 A. That's correct. It seems to be that's
19 when that happened, but I don't recall.
20 Q. Okay. Even though you helped write
21 these, is it correct that your division still has to
22 sign off on it?
23 A. It's the Team Selection Working Group,
24 which is comprised of several members from our
25 division as well as a couple other divisions has to

157

6/30/2005 Skinner, Kelly

1  sign off on it. So yes, our division has to accept
2  it and then willing to go to the Team Selection
3  Working Group. They then process it the rest of the
4  way.
5  Q. Okay. Number 14, paragraph 14, "The
6  USTU coach selection procedures also require the USTU
7  Chief Executive Officer to screen candidates to
8  ensure that they meet the defined criteria and to
9  forward the nominees to the USTU Governance and
10 Management Committee, which must then vote on
11 approval of the nominee."
12     Why does it say the CEO needs to screen
13 candidates in plural? Is that intentional or not?
14 A. You have more than one -- like we talked
15 about, you have more than one coach who has an
16 athlete on the team. There's candidates.
17 Q. And in your understanding, what does he
18 then do after screening the candidates?
19 A. All he's doing in here is he's saying,
20 okay, who are the coaches of the athletes that have
21 made the team? Then he lines them up against the
22 criteria. Whichever coach would be the one that most
23 satisfies the criteria. The one that satisfies the
24 criteria is the coach of the team. That's all that
25 process is.

158

6/30/2005 Skinner, Kelly

1  Q. And then what? He --
2  A. He makes the recommendations to the
3  Governance and Management Committee, who then
4  approves or disapproves.
5  Q. And it's always to be one name submitted
6  by the CEO to the --
7  A. This --
8  Q. -- GMC?
9  A. This was one -- this was one instance --
10 you know what? In 2008, we may have 12 credentials
11 for taekwondo. I have no idea. In 2004, we had one.
12 So in this instance, it was one.
13 Q. So does that mean only one name then
14 should be submitted to the --
15 A. Only --
16 Q. -- GMC?
17 A. -- one name, that's correct.
18 Q. Not two?
19 A. Not two names. One name for who should
20 be going forward as the coach.
21 Q. And the GMC in your understanding then
22 does what?
23 A. They vote to approve or not to approve.
24 Q. And so the phrase "forward the nominees
25 to the USTU Governance and Management Committee"

159

6/30/2005 Skinner, Kelly

1  really would change to "nominee"?
2  A. Yes, I would change it to nominee.
3      MR. JONES: I think I'm about done.
4  Let's take a short break.
5      (Recess taken from 5:19 p.m. to
6  5:24 p.m.)
7      MR. JONES: I'm done.
8      (The deposition concluded at 5:25 p.m.)

160

6/30/2005 Skinner, Kelly

```
 1              SIGNATURE OF WITNESS
 2
 3         I, KELLY SKINNER, the witness in the above
 4    deposition, have read the within transcript of my
 5    testimony.  I have made _____ changes in said
 6    testimony and have stated such changes, if any, and
 7    the reason for each change on a separate sheet
 8    attached to this transcript.  My testimony as given
 9    herein is true and correct to the best of my
10    knowledge and belief.
11
12
13              _____
                     KELLY SKINNER
14
15         Subscribed and sworn to before me this
16    _____ day of _____, 2005.
17
18              _____
                     Notary Public
19
20    My Commission Expires:
21
22    _____
23
24
25
```

6/30/2005 Skinner, Kelly

```
 1              REPORTER'S CERTIFICATE
 2         I, JANICE L. DOYLE, Certified Court Reporter
 3    and Notary Public within Colorado, appointed to take
 4    the deposition of KELLY SKINNER, do certify that
 5    before the deposition he was duly sworn to testify to
 6    the truth; that the deposition was taken by me on
 7    June 30, 2005; then reduced to typewritten form
 8    consisting of 160 pages herein; that the foregoing is
 9    a true and accurate transcript of the questions
10    asked, testimony given, and proceedings had.
11         I further certify that I am not related to
12    any party herein or their counsel and have no
13    interest in the result of this litigation.
14         In witness hereof, I have hereunto set my
15    hand this _____ day of July, 2005.
16
17    _____
      Janice L. Doyle, Certified Court
18    Reporter and Notary Public
19
20
21
22    My Commission Expires:
23    January 6, 2007
24
25
```