IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served

by depositing the same in the United States Mail, postage prepaid [M], hand-

delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to

the following at their last known address:

WARD D. JONES, ESQ.            [ HD ]
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

--and–

GLENN H. UESUGI, ESQ.            [ HD ]
MICHAEL J. GREEN, ESQ.
 345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

                                    MAR  1 4  2006
DATED:  Honolulu, Hawaii, _____.


                        _____
                        DAVID M. LOUIE
                        APRIL LURIA
                        Attorneys for Defendants UNITED
                        STATES TAEKWONDO UNION and
                        UNITED STATES OLYMPIC
                        COMMITTEE