0001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL ACTION NO. 04-00461-SOM-LEK

---

DEPOSITION OF JUAN MIGEL MORENO
EXAMINATION DATE: Wednesday, April 6, 2005

---

DAE SUNG LEE,

Plaintiff,

v.

UNITED STATES TAEKWONDO UNION,
a Colorado nonprofit corporation, et al.,
Defendants.

---

PURSUANT TO SUBPOENA, the deposition of JUAN MIGEL MORENO was taken at 9:02 a.m. on Wednesday, April 6, 2005, at the Double Tree Hotel at 1775 E. Cheyenne Mountain Boulevard, Colorado Springs, Colorado, before Valorie S. Mueller, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Valorie S. Mueller
Registered Professional Reporter

A P P E A R A N C E S

For the Plaintiff:

WARD D. JONES, ESQ.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
(808) 550-4990

For the Defendants:

MARK LEVINSTEIN, ESQ.
TODD BRAUNSTEIN, ESQ.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 44-5171

Also present: Dae Sung Lee
Gary Johansen, Deputy General Counsel,
United States Olympic Committee

I N D E X

EXAMINATION BY: PAGE

Mr. Jones .................................... 4
Mr. Levinstein ............................... 155
Mr. Jones .................................... 160
Mr. Levinstein ............................... 165
Mr. Jones .................................... 167
Mr. Levinstein ............................... 168

I N D E X O F E X H I B I T S

DEPOSITION EXHIBIT NO. DESCRIPTION PAGE FIRST APPEARS

4* August 4, 2003 letter from Thomas Sattrom to Bruce Harris ......................... 75

5* 9/5/2003 letter from Thomas Sattrom to Bruce Harris ............................ 78

6* 10/9/03 memo from Bruce Harris to Sang Lee 95

57* 2/26/04 Minutes of USTU Governance and Management Committee Meeting, Bates USTU00002 and USTU00003 ................. 110

58* 3/8/04 memo from Bob Gambardella to USOC Executive Committee, Bates USTU00001 ..... 116

60* 6/9/04 memo from Bob Gambardella to Members re: Mail Ballot, Bates USTU00019-USTU00020 ..................... 135

61* June 7-9, 2004 exchange of e-mails between Steven Locke and Bob Gambardella and others, regarding Olympic Coach, Bates USTU00012-USTU00016 ..................... 128

74** Juan Moreno's CV .......................... 7

75 2004 Olympic Qualification Fight Off May 8, 2004 Colorado Springs, Bates USTU00036 . 36

76 Selection Procedures for Coaches ......... 146

*Exhibits previously marked.
**Exhibit to be marked.

I N D E X O F
I N F O R M A T I O N R E Q U E S T E D

DESCRIPTION OF ITEM REQUESTED PAGE REQUESTED

Mr. Moreno's CV to be marked as Exhibit 74 ....... 7

Mr. Moreno's e-mail correspondence relating to coach selection .......................... 121

P R O C E E D I N G S

JUAN MIGEL MORENO

The deponent herein, having first duly affirmed to testify to the truth in the above cause, was examined and testified on his oath as follows:

E X A M I N A T I O N

BY MR. JONES:

Q Good morning, Mr. Moreno. If you could just state your full name and home address for the record, please.

A Juan Migel Moreno, 15759 Southwest 149 Terrace, Miami, Florida, 33196.

Q And what is your occupation, sir?

A I am a coach and a martial arts business owner, and I am a seminar presenter for sport Taekwondo.

Q Is sport Taekwondo your -- is that the business title?

A No, not the business title. You mean the name of my business?

Q Yes.

A No.

Q What's the name of your business?

A Peak Performance Martial Arts.

Q Thank you. What is your age, sir?

EXHIBIT "A"

A I am 34.

Q Just briefly, did you have any formal education after high school?

A No.

Q Can you tell us a little bit about your background in Taekwondo? When did you start and how did you progress in that field?

MR. LEVINSTEIN: Do you have enough hours?

Q (BY MR. JONES) Just briefly.

MR. LEVINSTEIN: No. Sorry. All these guys can talk for hours.

A I have been involved in martial arts since I was eight years old. Started because it was something unique, something different. Quickly got into the competition side of martial arts and began competing shortly after beginning.

Went all the way to 17, with the Olympic Games in 1988. Finished in 1992 at the age of 21. Retired after my second Olympic Games and became a coach and instructor. And at that time, I decided to come back and compete again up until the 2000 Games and made the Olympic team in 2000. After that, I retired. And, currently, I just coach full-time.

Q (BY MR. JONES) So 2000 was the last year

that you competed internationally?

A Yes.

Q And you have been coaching since that time?

A I coached before then, but I mean as primarily, yes.

Q You have been to a couple of Olympics, you said?

A Three Olympics. Actually, four.

Q Did you medal in the Olympics for the U.S. team?

A Twice.

Q What medals did you earn?

A 1988 I won a silver. In 1992, I won a silver, or lost a silver.

Q After becoming a coach, can you just tell us any notable accomplishments as a coach?

A No. I'm just a coach. The athletes win the medals.

Q Have you coached any competitors that have gone on to the Olympics?

A No.

(Whereupon, Mr. Johansen joined the deposition proceedings.)

Q (BY MR. JONES) You were asked, pursuant

to a Notice of Deposition, just to bring your files today. Did you bring any files for refresher purposes?

A No. I didn't have any.

Q Do you have a professional resume, by chance, if we request one?

A I can get you one, yes.

Q I appreciate it.

MR. JONES: Maybe we could mark it as exhibit next in order and leave a space for that.

Q (BY MR. JONES) Turning to --

MR. LEVINSTEIN: I've never done that, marked an exhibit that we didn't even have.

MR. JONES: We do it all the time. I didn't think it was a controversial document.

MR. LEVINSTEIN: No problem.

Q (BY MR. JONES) Turning now to the United States Taekwondo Union, have you ever heard of that organization?

A Yes.

Q Have you ever been associated with the U.S. Taekwondo Union?

A Yes, I have.

Q How are you associated with it?

A As a general member, as an athlete and competitor, as a business owner, and as a -- currently

as a coach.

Q Roughly, what year did you become a member of the USTU?

A I was --

Q Mid-'80s?

A Mid-'80s for sure. '86 was my first adult nationals, but before that, I was in the junior nationals. So I'm sure I was a member at that time. As a kid, I never really filled that stuff out.

Q Did you get appointed to any positions within the USTU organization beyond just being a member?

A Never appointed. Elected.

Q Why don't you tell us what elected --

A On the AAC, the Athletes Advisory Committee, the U.S. Executive Committee, and U.S. Olympic Athlete Representative for Taekwondo.

Q For those of us that aren't familiar with USTU, what does AAC stand for?

A AAC is the Athletes Advisory Committee.

Q That is part of the USTU --

A Yes.

Q -- organization?

A Yes, it's the athlete group that represents the athletes to the USTU.

Q And in that capacity, why don't you describe a little bit what you do as a representative for the athletes.

A We just -- I mean, obviously, there's a -- the committee will represent the athletes as a whole; athletes' concerns, athletes' rights, issues, making sure that we look out for the best interest of them.

Sometime that involves, you know, competitions. Sometimes that involves coaching selections or procedures, hopefully. Just anything that has to do with the development of the athlete -- Taekwondo athletes.

Q Does that carry over into situations where you vote on matters or decisions --

A Sure.

Q -- that are coming up for vote? You get to vote your vote for the athletes whom you represent?

A Absolutely. I mean, any vote that happens within the organization, we have 20 percent of that vote, so the athletes have to be represented.

Q Have you ever had any positions or appointments in the USOC, or the United States Olympic Committee?

A Again, never appointed. I was elected by our sport, our athletes, to represent them on the U.S.

Olympic Committee level for the U.S. Olympic Committee's Athletes Advisory Council.

So every sport will have one athlete -- well, actually, two athletes; one representative and one alternate. And I was the athlete that was representing Taekwondo.

Q And just roughly, when did you get that?

A 2000/2004, between 2000 and 2004, that quad.

Q This is 2005 now. Do you no longer have that position?

A Actually, no. I mean, according to -- there should be another Taekwondo athlete representative to the USOC, but because of the bylaw situation, because of the changing over of the organization, we haven't had that election yet to present a new representative.

Q So you're a carryover until a new one is represented?

A There's some debate about that, but yes.

Q Okay. Are you currently in a position of management or leadership with USTU with respect to its governance?

A Yes.

Q What would you call yourself?

A I'm one of five members on the Governance and Management Committee.

Q And just briefly, what do you understand your duties to be in that function?

A Just briefly helping with the restructure of the governance of the sport.

Q I've heard some people refer to it as the GMC?

A GMC, yes.

Q Is that okay to use that term?

A Uh-huh.

Q Does the GMC determine overall policy and direction as far as which way the USTU or USA Taekwondo is going to go?

A Not necessarily.

Q We heard from Mr. Robert Gambardella yesterday, who was telling us that he's basically the CEO or chief executive officer of the organization. Is that correct?

A Yes.

Q About when did you become a member of the GMC?

A After the remediation plan was accepted by the USTU executive committee, which was -- I don't know an exact date. I know it was in early 2004, January or

something.

Q Thank you. Turning now to another area, do you know Mr. Dae Sung Lee?

A Yes.

Q How do you know him?

A From my ties to the former USTU.

Q Roughly, when do you recall meeting him?

A The first time I met him was 1986.

Q Was that as a competitor?

A As a competitor.

Q And what was his role with the USTU in those days?

A Actually, in those days, I couldn't tell you. I just knew him as an athlete, as a competitor.

Q So he was another competitor?

A Yes.

Q And were you both ever on the same team?

A No. Well, I mean, yes. Him as a coach, but not as athletes together.

Q Were you rivals?

A Absolutely.

Q Did you fight in the same weight class?

A Absolutely.

Q Over time, did you ever become friends with him?

A Very good friends.

Q What notable competitions did you go up against each other in?

A We started out at National Championships. And, obviously, it led up to kind of a pinnacle, the Olympic trials in 1988, where I was fortunate enough to win. And that was probably the most notable.

Q About when did Dae Sung Lee retire from competition, do you recall?

A Actually, he retired the following year, after '88. In 1989, he fought in the U.S. team trials to fight me one more time.

Q And after he retired, did he coach, like you?

A Yes. He was the coach at the Olympic Training Center. And then shortly after that time, I actually moved to Colorado Springs and became part of the Olympic Training Center team, which he was a coach of.

Q So he was your coach then?

A Yes.

Q And about how long was he your coach at the Olympic Training Center?

A Until 1992.

Q So you were at the Olympic level already

when he was coaching you?

A Yes.

Q And he coached you for how many years roughly?

A '89, '90, '91, '92, so three and a half years.

Q Do you feel he did a competent job as a coach to you?

A For me, yes.

Q Have you ever had any financial relationships with Dae Sung Lee?

A No. He took my money in gambling a couple of times. Just playing.

Q You don't hold that against him, though?

A No.

Q As your coach, did you win -- when he was your coach, did you win any notable titles in competition, either national or international?

A I guess you'd have to define as my coach. Was he sitting in my chair?

Q Yes.

A Unfortunately, he wasn't able to sit in my chair very often, so, no.

Q Why is that? Was there someone else appointed coach?

A There was, yes, somebody else appointed.

Q I'd like to turn to another area now. If you know, was one of USTU's functions to select Olympic coaches for the United States team?

A Yes.

Q And it still has that function, as far as you know?

A Yes.

Q And is it correct that USTU is what's known as a National Governing Body for Taekwondo?

A Correct.

Q Did it select an Olympic coach for the 2004 Athens Games back in 2003?

A That was the procedure set in motion, yes.

Q Who did it select in 2003?

A Originally, Dae Sung Lee.

Q Do you know -- well, at that time, you had your title as AAC chair, was it?

A No. I was a rep, AAC rep.

Q AAC rep.

A It wasn't a chair.

Q And were you involved at all in the coach selection process of Dae Sung Lee?

A I wasn't involved as far as the selection. I mean, I did -- there was a mail ballot vote with his

name on it, yes.

Q Did you --

A As far as a procedure or anything like that, no.

Q Did you vote for him?

A Yes.

Q And you talked about your credentials. Why did you think that Dae Sung Lee was suited for the job back in 2003?

MR. LEVINSTEIN: Objection; assumes facts not in evidence.

Q (BY MR. JONES) Why did you vote for him?

A Because it was the only name on the ballot at the time.

Q Did you feel he was qualified?

A Define qualified.

Q Had the experience necessary to do the job?

A Possibly, yes.

Q Possibly?

A I'd say possibly.

Q Who was the AAC chair in those days?

A Sammy Pejo.

Q Did you talk with Sammy Pejo about how he felt about Dae Sung Lee being the --

A I'm sure I may have at some point.
Q Did you support Dae Sung Lee in your conversations with Sammy Pejo?
A I don't recall.
Q Were Taekwondo coaches or former coaches involved in the selection process, if you know?
A I wouldn't know.
Q Do you know anything about the selection process in effect in 2003 at USTU for Olympic coaches?
A The process or procedures were supposed to come through the Coaching Science Committee which would then send that to the Executive Committee, which if approved at that point would go to the Board of Governors.
So it originally should have come from the Coaching Science Committee, which I was a member of, which I was never a member -- or never involved in any meeting concerning the pool of coaches that could be considered. It was just a -- the chair just put out a name, and that was the name that was on the list, and then it was voted on.
Q I see. You are saying the Coaching Science Committee only saw one name?
A No. I'm saying that the coaching chair -- even though there was a committee, there was no

involvement from the committee, i.e., people like myself, athlete representation; just the chairman submitted a name, and that was submitted to the Executive Committee.
Q As a member of the Coaching Science Committee, did you see other names submitted?
A No, no.
Q You had that position only in 2003?
A What position?
Q Coaching Science Committee?
A No. I have been on the Coaching Science Committee for the whole quad, 2000/2004, for sure. And I can't remember if I was actually in '96 to 2000. But I know for sure from 2000 to 2004, I was on the Coaching Science Committee.
Q How about in the earlier selection processes that you observed for the 2000 Olympics, for example; were you involved in that selection process?
A No. Actually, I take that back. I was a member of the AAC at that time, so I would have had a vote on it at some point of who the Olympic coaches would be in 2000. So in the voting, yes, but in the procedures to get to those coaches, no.
Q Just for the record, do you recall who the 2000 coaches for the U.S. team were?

A Young In Cheon and Han Won Lee.
Q Did you support either of those individuals when the ballots came up?
A Either one of them?
Q Both.
A For sure Han Won Lee. Young In Cheon, I like the guy, but I don't know that I supported him.
Q Just as an aside, how do you know Han Won Lee?
A Han Won Lee was a very good friend of mine, a coach of the Olympic Training Center, he was a member of my wedding party, and we were teammates together. And in 2000, when I had been coming back for a few years -- in early 2000, I actually came to Colorado Springs to train with him at the Olympic Training Center to prepare myself for the Olympic trials and the Olympic Games.
Q Do you remember if Dae Sung Lee's name came up during the 2000 selection process?
A I don't remember.
Q After Dae Sung Lee was appointed in 2003 to be the Olympic team coach for the U.S. team, did you stay in contact with him?
A I'm sure I have. I mean, we're friends, so I'm sure we spoke on the phone or saw each other at

events.
Q Did he seem excited and happy to be selected?
MR. LEVINSTEIN: Objection. You can answer.
Q (BY MR. JONES) Did he ever voice how he felt about being selected?
MR. LEVINSTEIN: Objection; you can answer.
A I'm sure he was excited, yes.
Q (BY MR. JONES) Were you happy for him?
A I mean, as a friend, yeah.
Q Do you know if he did what coaches do in that position? By that, I mean, did he appear to be preparing himself for the upcoming Olympics?
A We didn't speak on those matters, so I don't know.
Q Do you know if he was going to the various competitions that precede the Olympic Games?
A I don't know that, no.
Q You're aware, of course, that Dae Sung Lee at some point was removed from his position as Olympic coach for the 2004 Olympics?
A Yes.
Q Do you know why?

A Yes.
Q Tell us in your own words why.
A There was some concern that the procedures were not in the best interest of the athletes. There was some concern by the Governance and Management Committee that the procedures weren't fair.
And quite honestly, the direction was the organization was trying to have the concerns of the athlete first and foremost. And we wanted to decide -- or choose a coach that was going to -- that had some direct affiliation with some of the athletes, especially only having two people qualify for the Olympic Games.
Q I think you mentioned four things. First, that the concern that the procedures were not in the best interest of the athletes?
A Of the athletes.
Q Second, that the procedures weren't fair?
A Possibly weren't fair, yes. They were too subjective. That's what I'm trying to say. They were too subjective and not objective.
Q Third, I think you said concern of the athletes?
A Yeah. We wanted to be more of an athlete-first organization. It kind of goes back to my

first point.
MR. LEVINSTEIN: It was the concern of the organization.
MR. JONES: Concern of the organization?
MR. LEVINSTEIN: That athletes' concerns would be first and foremost, I think is what he said, as opposed --
A Right. The organization wanted to make sure that they were going to take care of the athletes, so listen to the athletes first and foremost. So the concern of the organization to make sure they listened and took the concern of the athletes.
Q (BY MR. JONES) And then the last thing you mentioned was the factor of only two people being qualified for the U.S. team?
A Uh-huh.
Q Sorry. Is that a yes?
A Yes.
Q You are doing fine by the way. I just forgot to go over ground rules.
A I'm sorry.
Q I'm sure your counsel told you a little bit about what to expect today. But first of all, have you ever had a deposition taken before?
A No.

Q You're doing fine. It's just basically an interview, but it is an under-oath interview to be used in court. So we have to respond orally with words whenever possible, because "uh-huh," "huh-uh," shakes of the head don't translate.
A I'm sorry.
Q But you're doing fine.
Taking the last item first, the fact that only two people were qualified, when did it become known, if you can recall, that there would only be two people on the team?
A After the final Olympic qualifier -- the first Olympic qualifier is the world qualifier, and the second one is the regional qualifier. And the regional qualifier was in Mexico City I believe at the end of 2003. And so at that point, we knew that there was only going to be two.
Actually, we knew before that that the most that could be -- we only had three chances to qualify people because we only qualified one at the world level.
Q So your best estimate is end of 2003 when that was known?
A Yes.
Q But did you know who those two people

would be already at that point?
A At the end of 2003? No, we didn't know the people.
Q You just knew there was only going to be two persons?
A Two spots, yes.
Q How did that affect the coach selection process? What did that mean?
A Again, we were just trying to -- at that point, we were trying -- the remediation plan was not even in play yet. But there was some concern by the athletes that were going to be involved in those two categories of who the coach may be.
So as an athlete representative, I'm hearing why is this -- you know, are we sure that we want this person to be the Olympic coach? Are we sure that this person is the best person for the Olympic team? So I think that had some initial effect on it also.
Q Can you be more specific as to people that were saying these things?
A No. I mean, again, I speak with all of the athletes on a continual basis, especially at events. The athletes I'm specifically talking about are the athletes that were in the pool in those two weight divisions, being the women's Bantam/Feather and

the men's Light Welter Weight.
So the people that were in that pool, they were concerned that, hey, if I make the team, is this the best coach for the team.
Q Let's go back to that period around the end of 2003, the Mexico City competition you were talking about --
A Uh-huh.
Q -- where the pool is small now and you had some idea that there was only going to be two slots.
Do you recall who the people were in those two pools that would eventually rise to the top?
A The top two?
Q I know the top two weren't --
A Picked yet.
Q I mean, who were the athletes in those pools that you just spoke of?
A I don't know all of them. I know a few of them.
Q Was --
A The top two were Steven Lopez, who qualified in one spot, and Nia Abdullah, who qualified at the other spot in Mexico. After that, I mean, there was just a number of American athletes that we had to fight off.

4/6/2005 Moreno, Juan Miguel

Q Can you think of any other people in those weight divisions who were candidates?
A Sure. In the women's?
Q Yes.
A Simona Hradil, Danielle Holmquist, Diana Lopez, Elizabeth Mahamed, Lynda Laurin, Sanaz Shahbazi. How many is that right there?
Q I've got seven.
A Seven. There's more.
MR. LEVINSTEIN: The documents we produced yesterday have long lists of these people. Would that help you? I'm not trying to take the deposition. Do you know what I'm talking about?
MR. JONES: It would be fine if you can show it to him, maybe, if it would refresh him.
MR. LEVINSTEIN: These are lists, I think, from the qualifiers in March and April. I'm referring, just for the record, to USTU0034 and -35 and -36 and -37.
THE DEPONENT: Here we go right here. This should be the Fight Off. Those are coaches.
MR. LEVINSTEIN: The athletes are here.
THE DEPONENT: Here we go. So I'm looking for the women. There you go.
A Jennifer Middleton, she was there. Diana

4/6/2005 Moreno, Juan Miguel

Lopez I said already. Simona Hradil. Nicolette Bourne.
Q (BY MR. JONES) Okay.
A I forgot her. Yelena Pisarenko. Taylor Stone. I don't remember her being there. That's it. And then you want the guys?
Q Yeah. Why don't you identify the page you're reading from the bottom?
A -0036.
Q So are all the men identified on this page in the pool you were speaking of?
A They were in the pool, yes. Not all of them competed, but they were in the pool, yes.
Q Now, when you told us a few minutes ago that you had spoken with people in these pools toward the end of 2003 that had concerns about who the coach was going to be, can you -- looking at these names, can you name any --
A Sure.
Q -- that you specifically recall had concerns?
A Sure. Daniel Holmquist, Lynda Laurin, Simona Hradil on the women's side. On the men's side, Mark Lopez, Tony Graf, Ryan Klonek. And I'm sure there's some other ones. Those are the ones I can

4/6/2005 Moreno, Juan Miguel

pinpoint for sure.
Q And let me ask it this way: Were any of these people, these six people you just named, concerned about Dae Sung Lee being their coach?
A Yes.
Q Who in particular?
A All of them.
Q Concerned in what way?
A Concerned that they didn't think he would be the best coach for them.
Q Did any of them voice who they felt would be the best coach for them?
A Sure.
Q Let's look at Daniel first. Who did she voice that she wanted?
A Me.
Q And how about Lynda Laurin, was it?
A Me.
Q And Simona?
A Her own coach in California.
Q And Mark Lopez?
A His brother Jean Lopez.
Q And how about Tony Graf?
A Me.
Q And Ryan?

A Jean Lopez.

Q In your experience -- first of all, let's look at it as a competitor. Is that an unusual thing for a competitor to want their home coach?

A As a competitor, no, I don't think it's unusual.

Q Because they're comfortable with them?

A Of course.

Q Now, switching over to your role as a coach now.

A Uh-huh.

Q What do you think about that, when an athlete comes to you and wants their own coach to be their coach? Obviously, you have situations with teams of people, all with different home coaches in some instances. Is that fair?

A Yeah.

Q I mean, that happens?

(Whereupon, there was an interruption in the deposition proceedings.)

MR. LEVINSTEIN: Just one thing, the question was fine at the end. But you're sort of asking multiple questions, and then he's answering the last one.

MR. JONES: I'll try --

MR. LEVINSTEIN: It's okay. I think he knew which question he was answering, but it's starting to be a dialogue.

Q (BY MR. JONES) We were talking about after your role changed from athlete to coach, seeing things from the other side. When you have a team of multiple members, each with a different home coach, would you agree with me that it's not possible for everybody to bring their own coach?

A It's not possible, but in the best-case scenario, that would be the best-case scenario.

Q Sure. It's correct, is it not, that in past Olympics, where the U.S. Taekwondo team has participated, that the head coach was commonly not the home coach for the athletes on the team?

A Yes.

Q I mean, look at 2000, for example.

A Uh-huh.

Q Young In Cheon, he was the head coach; is that correct?

A That's correct. But Han Won Lee was also the coach, and he had two athletes on the team.

Q Were they people that he'd brought to the team?

A Yes.

MR. LEVINSTEIN: I'm sorry. The "he," I wasn't sure.

Q (BY MR. JONES) I'm talking about Han Won Lee.

A Yes. Actually, the third one was a member of his team for many years and had just recently went back to her home town, so pretty close to having three out of the four people on the team.

Q How did Han Won Lee's athletes do in the 2000 Olympics?

A We lost. Two of them lost.

Q ** So as it turns out, at least in Han Won Lee's case, the fact that you were pairing up Olympic athlete with home coach did not necessarily translate to success, i.e., medals, is that fair? **

MR. LEVINSTEIN: Objection, because there is an issue about him being a coach at the Games versus who sat in the chair as well. So just for the record. Whether Han Won Lee was the coach for the athletes in the competitions is unclear.

MR. JONES: Can you read back the question?

(Whereupon, the marked question was read back by the Reporter.)

A It's accurate. I won't say it's fair.

Q (BY MR. JONES) Okay. Counsel brought up a point about who was sitting in the chair. To the extent you can recall Han Won Lee's athlete and who was sitting in the chair, why don't you describe that?

A Han Won Lee sat in my chair. I was his athlete. And he sat in Barb Kunkel's chair, who was his athlete.

Q And who -- I'm sorry. You were one of Han Won Lee's athletes?

A Uh-huh.

Q Yes?

MR. LEVINSTEIN: Yes?

A Yes. Sorry.

Q (BY MR. JONES) And he was not sitting in your chair?

A He was sitting in my chair.

Q And did you win a medal?

A Not that time, no.

Q And so with Han Won Lee sitting in your chair, you still were not successful?

A That's what I said.

Q Did the fact that the management and athletes at USTU knew that there would only be two athletes going to the 2004 Olympics as of late 2003, or at least perceived that way, did it affect the coach

selection process; by that, I mean, the number of credentialed people that would be going?

A At that time, we didn't know. At the end of December, we didn't know exactly that we would have one credentialed or two credentialed or three credentialed; we didn't know that until later on.

Q Because in the past, it's happened that there were more than one coach; isn't that true?

A Yes, because we had more athletes qualify.

Q The more athletes you had the more positions --

A Exactly.

Q -- credentialed positions for staffing coaches?

A Generally, yes.

Q Focusing on some of these other rational or reasons for altering, or shall I say, removing Dae Sung Lee from his position --

MR. LEVINSTEIN: Objection. That's not . . . go ahead. Misstates the record.

Q (BY MR. JONES) Two of the reasons you gave, one of them was concern that procedures were not in the best interest of the athlete. The third one sounded similar. By that, I mean it said concerns of the organization that the athletes' interests would be

promoted, something along those lines. Are they similar, or are they different in your mind? If they're different, I would just like to know --

A I think one comes from the athletes. I think my initial one is from the athletes saying that we have some concerns, and we want to be heard and we think we should have some input.

The second one kind of follows along that the administration was saying, okay, we are going to listen to your athlete, we are going to be concerned with some of your thoughts and ideas, and so we're going to take those into consideration.

Q Okay. Tell me what about the previous procedures were not in the best interest of the athlete, if you can?

A Quite honestly, there was -- I never seen the procedures. And if there was procedures, from my understanding, they were very subjective.

There was no objective criteria, i.e., how many people do you have on the team; i.e., how many people are you coaching in the team trials, those type of things; and i.e., how have your current athletes been faring in the international competitions?

And that was very important to the athletes. As an athlete body, that was a major concern, because

we felt as -- I can't say as a group. Myself and the people that I spoke with were concerned that that was a reflection on the job that you could possibly do when you're coaching the current athletes.

Q Is it correct that under the old procedures, coach selection procedures for Olympic coach -- by that, I mean, the ones that were in effect in 2003 -- that at least the written procedures kind of focus in on one thing, which is prior coaching experience?

A Again, I never seen the procedures written out. They were never placed in front of me where I could tell you what they were.

Q Ah. So when you just testified just now, it was with no understanding of what the written old procedures were?

A The procedures that I understood were given to us by the Coaching Science Committee was just a name. There was not an identification of this is what we're looking for, this is the person that we're looking for, this is the pool of people.

Q So as you sit there today, you don't know what those old written coach selection procedures said about what their criteria were?

A Not specifically, no.

Q We've been going about 45 minutes. Do you want to take a short break?

MR. LEVINSTEIN: Anyone gets to ask for a break, my general rule.

(Deposition Exhibit No. 75 was marked for identification.)

(Recess taken from 9:46 a.m. to 9:54 a.m.)

(Whereupon, the deposition proceedings reconvened without the presence of Mr. Lee.)

MR. JONES: While we were off the record, we went ahead and marked as Exhibit 75 the list of names, and the document is described as "2004 Olympic Qualification Fight Off, May 8, 2004 - Colorado Springs," identified as USTU Document No. 00036.

Q (BY MR. JONES) Before we went off the record, Mr. Moreno, we were talking about the reasons for Master Dae Sung Lee being removed from his position as U.S. Olympic coach in two thousand -- the appointment being in 2003, and focusing on one or two of those factors that involved concern for athletes; is that fair?

A Yes.

(Whereupon, Mr. Lee rejoined the

deposition proceedings.)

Q (BY MR. JONES) Do you recall that?

A Uh-huh.

Q Can you just state one more time what about the old procedures that you felt were not in the best interest of the athletes, if I can phrase it in that way?

A Being a member of a few Olympic teams, as an athlete, the concerns were that they weren't in the best interest of the athletes. The athlete had no voice in it, and the athletes were just given a coach. So it seemed that it was very subjective instead of objective.

Q There was a ballot system in effect with voting; is that correct --

A Yeah.

Q -- in 2003?

A On the Executive Committee level, yes.

Q And there was an AAC chair whom you identified as Sammy Pejo; is that correct?

A Yes.

Q And he exercised 20 percent voting power?

A No. He was one of -- I mean, there was -- if I'm not mistaken, there's three athletes on the -- that represented 20 percent on the Coaching Science

Committee.

Q I'm sorry. So actually you had three people who constituted 20 percent voting power?

A On the Coaching Science Committee.

Q On the Coaching Science Committee?

A Correct.

Q And they voted on the ballot, but the ballot, you said, had one name?

A No. The ballot was given -- recommended to the Executive Committee by the coaching chair. So what I told you is that the athletes -- I can't speak for the other two, but myself being one of those 20 percent never had input on who we were going to nominate to the Executive Committee.

So now the coaching chair gives a name to the Executive Committee, and at that point, a different group of 20 percent on the Executive Committee voted on that. On that, yes, I did vote. There was more than three.

Q Okay. And at the next level, is there a 20-percent athlete representation?

A On every vote on any committee there should be 20 percent minimum.

Q And so the vote, to use that term loosely, would be over what at the first level? Let's talk

about the Coaching Science level.

MR. LEVINSTEIN: He just said there was no vote.

A There was no vote.

Q (BY MR. JONES) Okay. Was there any discussion?

A Not that I was a part of.

Q All right. And at the level, the next level, which would be the Executive --

A Executive Committee.

Q -- Executive Committee level, what do you know about what happened there?

A Then there was a name on the list, i.e., Mr. Dae Sung Lee; and then it was voted on by the Executive Committee.

Q Would a certain number of people have to approve --

A Yes.

Q -- of that name?

A Yes.

Q And was it a majority, if you know?

A I don't know.

Q And those persons representing athletes' 20-percent interest on that committee could choose to vote or not vote for Dae Sung Lee; is that true?

A That's true.

Q And if the requisite percentage majority, or whatever you want to call it that was required to successfully appoint an Olympic coach, was not obtained, then that person, including Dae Sung Lee, would not have been selected; is that fair or is that correct?

A Close. It would be, once it was approved by the Executive Committee, it still had to go to the board of directors. So it wouldn't be done yet. It would just be one step closer.

Q Now, which of those two levels do you think are not in the athletes' best interest, or do you think both levels that we've just discussed under the old system of selection was not fair?

A I think both. But I was more concerned with the Coaching Science Committee.

Q And that's because there wasn't a vote?

A That's because there was never a meeting with all the committee members, there was never a discussion ever. I was on the Coaching Science Committee for four years and never went to or attended or ever heard of one meeting ever. So that was a big concern, as an athlete advocate, for me, in any coaching capacity.

Q So your understanding, at least at the first level, the Coaching Science Committee level, is that the chair of that committee would be the person that got to do the decision making, if you will?

A That was my understanding.

Q And how did he get the names to make that decision, if you know?

A I don't know.

Q Do you know if he was given more than one name to choose from?

A I don't know.

Q Looking at the last factor or reason you gave, procedures possibly weren't fair, too subjective I think is what I have in my notes, is that a fair summary of what you said?

A A fair summary.

Q Were you talking about something else about the coach selection process when you said that, or the same thing that we just went over?

A The same thing we went over. I mean, it wasn't fair because athletes didn't have input in the initial procedure.

Q Let's focus on 2003 for just a second. Who was the chair of the Coaching Science Committee that sat when Dae Sung Lee's name was submitted by --

A A gentlemen by the name of Byung Won Kang.

Q Why don't you describe what relation you had with him, if any?

A Not much. Just knowing him from the organization.

Q What is his background, if you know?

A What do you mean background?

Q Coaching, competitor?

A I'm sure -- he coached on a domestic level a few times, and he was a referee, I'm sure, at some -- I shouldn't say for sure. I don't know for sure. That's it. State president.

Q And would it be fair that you do not know who he talked to before he made his decision to submit Dae Sung Lee's name to the next level?

A I have no idea who he spoke with.

Q You don't know whether he consulted with persons who had athletes' interests in mind?

A He may have or he may not have. But, again, all I was concerned with was my 20-percent representation on that committee. So his obligation was to talk with us as a committee member, which he didn't.

Q I'm sorry. Were you one of five people on the committee?

A Three.

Q One of three. And so there were 15 people on the committee?

A Quite honestly, I'm not sure.

Q Somehow, though, the athletes were represented by 20 percent on that committee?

MR. LEVINSTEIN: Or more.

A Or more. Which they never gave us more. You guys know that. At any level.

Q (BY MR. JONES) Before I forget, we talked about the kind of feedback you were getting from the athlete pool in late 2003, you know, about them preferring their home coach, if possible?

A Yes.

Q Did you hear any more of that type of feedback as the pool got smaller during subsequent competitions?

A More, more so.

Q Would it be the same people that we talked about or different people?

A After that -- after those people, we narrowed it down to four athletes.

Q And tell us who those four athletes --

A Those were, on the women's side, Nia Abdullah, Diana Lopez; on the men's side, Steven Lopez

and Antony Graf.

Q And Nia Abdullah's feedback to you, if you recall?

A Her feedback was that she would like her own coach.

Q And who was that?

A At that time, it was the OTC resident coach.

Q Do you remember his name?

A Kim Chul Ho -- Chul Ho Kim.

Q We are talking early 2004, by now?

A Oh, no. We're talking in June of 2004. Actually, I should say -- no, it would be right after the first -- the final qualifier, which was in -- was this May? In May.

Q In May 2004?

A Uh-huh.

Q And Diana Lopez said what in the form of feedback on coaching selection?

A Her coach, Jean Lopez. That would be the same for Steven.

Q And Mr. Graf requested you again?

A Yes.

Q Now, you were appointed to the GMC in February 2004?

A Roughly.
Q Roughly. I'm not sticking you to exact dates here. But by May 2004, you already had a position as GMC member, right?
A Yes.
Q And when these four athletes from the final pool voiced their concerns, their desires to have their home coaches, how were they voiced? Were they voiced directly to you?
A Yes.
Q Did they know you were on the GMC?
A I don't know.
Q Did they know you were in a position of greater authority than you had before?
A I can speak for Tony Graf, but I can't speak for the other three.
Q What do you believe Tony knew about the changed situation?
A Tony is my athlete. So he knows where I live, what I eat, what I do on a daily basis. So he knows that I was on the Governance Management Committee.
Q During this period between late 2003 and, let's say, May 2004, were you contacted by any of the coaches -- home coaches for these people --





A I can't --
Q -- about coach selection specifically?
A Late -- yes, I'm sure at the end of 2003 and absolutely positively towards the end, by May and June.
Q 2004?
A 2004, sorry.
Q Which coaches contacted you about coach selection?
A Jean Lopez. I'm trying to think of the earlier -- Georgie Martinez. Of course, Paris Amani. Those are the ones off the top of my head that I can remember.
Q Let's take them one at a time. Jean Lopez first. Did he contact you by telephone, in person?
A More in person at events.
Q And to the best of your knowledge, what did he say to you about coach selection in this period?
MR. LEVINSTEIN: Just one clarification. In the middle of that period, criteria are issued that everyone knows about that makes it clear that the home coach has to be selected. So before and after is different time frames.
I mean, once the rules were in place, they were talking about how the procedures worked as





opposed to what they should be. So it's a broad time frame.
MR. JONES: Fair enough. I'll try to narrow it down and establish more precise time frames for these conversations.
MR. LEVINSTEIN: Sure.
Q (BY MR. JONES) Let's take Jean Lopez first. Best of your knowledge, how many times did he talk to you about the coach selection before the actual selection took place for the new coach?
A I can't remember. We've had numerous conversations in passing here and there. I couldn't give you a number.
Q Why don't you just summarize the kinds of conversations and kinds of statements he made to you about the position?
A Steven Lopez was definitely one of the athletes that was projected to make the Olympic team. He was a two-time world champion and a current reigning Olympic champion. And he was very concerned with who was going to sit in his chair and who was going to help him out and who was going to help prepare him. So he wanted to be considered for that coaching spot. That was the general topic.
Q And roughly when did Jean Lopez first





voice those kinds of desires to you?
A I don't remember.
Q Would it be as early as late 2003 at the Mexico City event?
A I don't recall. I couldn't give you that -- I couldn't say for sure.
Q Was it before the new coaching selection criteria were discussed?
A Again, that time frame was so hazy. Jean Lopez has desired to be a coach for a long time and had athletes on the national team for quite a few years. So I can't remember if it was exactly at that time or before that or after that. I couldn't tell you.
Q When you say Jean Lopez has voiced a desire to have the position for a long time, how far back are we talking?
A Not just that position. Just being a member of the coaching staff.
Q So it might have happened before the new coaching selection criteria, or it might not have?
A It might have.
Q Okay. Did he ever put those desires into writing in the form correspondence, e-mail to you?
A I don't know. Not to me personally.
Q Was he more in the habit of just talking

to you about those sorts of things?

MR. LEVINSTEIN: Objection.

THE DEPONENT: Answer?

MR. LEVINSTEIN: (Counsel nodded.)

A I won't say he was in the habit of talking to me. We weren't the best of friends and we're not the best of friends. But he would voice his concerns to me on different occasions.

Q (BY MR. JONES) Let's jump down to Paris Amani. He is a Taekwondo teacher from the same school as Jean Lopez; is that right?

A They have a business together.

Q In Texas?

A In Texas.

Q What did Paris Amani say to you about the coach selection?

A Very similar to what Jean said. His concern was for his athletes, who he directly helps train, and wanted to make sure that they were taken care of to the best possible scenario.

Q And Paris' statements to you were what, that he felt Jean was the person to protect Steven's interest in competition?

A I wouldn't even say that he used Jean's name, per se. He just was not real confident in the

current selection of who the coach was. He may have mentioned that he would like to be the coach.

Q Really?

A Uh-huh. He was part of the coaching staff.

Q Coaching staff of?

A Oh, I mean Jean and Paris worked together. They considered themselves equal.

Q He wasn't affiliated with USTU. When you say coaching staff, you mean the Texas school?

A Yeah, their own program.

Q So he might have lobbied for himself?

A He may have.

Q Again, time frame? Are we talking before or after the new coaching selection criteria when Paris Amani approaches you?

A More than likely before.

Q And George (sic), is it Martinez?

A Uh-huh.

Q I'm sorry. I don't know who he is.

A Should you?

Q Who is George (sic) Martinez?

A He's a coach for Taylor Stone, one of the athletes in the pool.

MR. LEVINSTEIN: He is on Document -36.

Q (BY MR. JONES) He was before the final four?

A Before the final four.

Q What did he say?

A Similar -- similar to what all my conversations were with different coaches and athletes. They just wanted to make sure whoever was on the team, they were going to be comfortable and have the best possible chance to win and the best possible training environment. And if his athlete got there, he would like to be considered for a coaching position because he knew that she would be more comfortable with him than anybody else in the country. A similar thing among all the coaches.

Q And would it be correct that he talked to you sometime in between the end of 2003 and coach selection?

A Again --

Q The passage of the new coach selection criteria?

A After it was passed? I don't think he talked to me after that, because then he knew the objective criteria. He knew by then he wasn't in the mix.

Q Okay. We've gone over the reasons why Dae

Sung Lee was withdrawn. I'd like to just retrace with you, as best you can recall, the chronology of how that happened.

A Okay.

Q First of all, do you recall when Dae Sung Lee's name was withdrawn?

A No.

Q Do you remember whether it was in 2004?

A Officially in 2004? I would assume. I don't know the exact date or the exact month.

Q Do you remember when it was first even discussed among the GMC, assuming you got appointed in February?

MR. LEVINSTEIN: Objection. "It was discussed"? Removing Dae Sung Lee or new selection criteria?

Q (BY MR. JONES) I'm talking about removing Dae Sung Lee.

A I don't think we ever specifically talked about removing an individual. We talked about making -- having a new coaching selection criteria.

Q So as you sit here today, you cannot recall ever specifically discussing the removal of Dae Sung Lee in your capacity as a GMC person?

A I think I would say that because we

were -- by virtue of maybe changing the criteria or the procedures to objective criteria, that involved possibly removing him or possibly changing him -- changing the coaching position.

So did we single out Dae Sung Lee and say we are thinking about removing Dae Sung Lee? No. Were we thinking about changing the procedures to a more objective criteria? Yes. By virtue of that . . .

Q Turning over to that topic, the changing of the prior coaching selection criteria to something else, your best memory as to when that was first discussed?

A Had to be probably in one of my first couple of meetings on the Governance Management Committee. So February, March.

Q Do you remember who brought up the topic?

A No, I don't remember who brought it up.

Q Do you recall it was brought up by -- did Mr. Gambardella attend that meeting, the first meeting?

A The first meeting? So many meetings, I don't remember.

Q Do you remember if he was the one who brought up the topic?

A No.

Q And anyhow, it came up and was introduced

by somebody?

A At some point, yes.

Q And what was the gist of the first discussion that you can remember?

A We were -- one of our jobs was to restructure the governance of the sport and to look at all the phases of that, coaching criteria, referee criteria, all those types of things.

So we were bombarded with a huge task. And because the Olympic Games was fast approaching us, that became one of our major concerns at the beginning. Was the coaching criteria objective or subjective? Is it in the best interest of the athletes?

So we started having a dialogue on that. Of course, our job was restructuring the governance. So both of those was mixed, but that was the -- the gist of the conversation was, was the criteria subjective or was it objective? Does it serve the best interest of the athletes, yes or no?

Q When you say the criteria, are you talking about the old criteria? Was the old criteria subjective or objective?

A Uh-huh.

Q Yes?

A Yes. Sorry.

Q It's all right. Did the committee -- pardon me. Did GMC have the old criteria in front of it when they were making those kinds of -- having those kinds of discussions?

A I'm not sure if they had it in front of them. But they were aware. They were looking for the criteria. They were -- we were starting in this discovery phase of how this person was selected, in what form or fashion were they appointed or selected as a coach and team leader.

Q Do you remember saying anything in those initial discussions amongst the GMC about coach selection?

A I'm sure I did. I wasn't just quiet.

Q What sorts of points do you recall bringing out?

A So many conversations. Again, I'm an athletes' advocate. And whether someone is my friend or not, I want to make sure that the athletes are taken care of first and foremost.

So on that committee, that's where I served best, is as an athletes' voice. So my concerns were with whoever makes this Olympic team, knowing that there's only going to be possibly two people, there is going to be two athletes, we need to make sure that the

athletes are comfortable and taken care of objectively.

Q So you might have said something along those lines?

A Yes.

Q But as you sit there today, can you remember anything specifically that you said?

A Specifically, no.

Q Because I'll represent to you that the minutes don't say much about what the individual people said.

A Those minutes are also very rough minutes. We had a long conversation, and they're just the general points of topics of what we speak. I don't think everything is recorded verbatim, word for word.

Q And it's correct that nobody recorded meetings; isn't that true?

A Correct.

Q I mean, using a cassette tape or something?

A No. We had someone taking minutes.

Q Who was the person taking minutes, if you remember?

A Generally, Virginia Witte. I don't know on the meeting that you're referring to, but she is generally the one who takes our minutes.

Q Do you have any recollection of how many meetings you had or how many discussions you had within meetings about coach selection?

A No, I don't have a recollection. We had a lot on our plate.

Q So there were discussions. And, you know, earlier you gave four reasons in response to a question about why Dae Sung Lee was removed. Are those reasons you gave your understanding of the GMC's reasons for changing the coach selection criteria?

A Again, I can't speak for the other four members. Those were my concerns. And as sporting people, I'm sure those were their concerns, but we'd have to ask them.

Q All right. So these discussions went on. And at some point, did a consensus arrive as to, yes, we want to change them, or no, we don't, and how did that happen?

A Again, the specific meeting, I'm not sure, but there was a consensus. At the time, then Bob Gambardella was our CEO. We were trying to do -- separate the two bodies as one on governance, and the other one on staffing, on the day-to-day operations.

At some point, I think we asked Bob Gambardella to explore writing some procedures. And

then, of course, we would come back on the committee and discuss them and talk about them and give final approval to be recommended to the USOC.

Q So the committee kind of, as a group, asked Bob Gambardella to --

A Bob Gambardella to start exploring the -- to do some initial ground work on some coaching procedures.

Q Were any suggested criteria given to him by the committee for new coach selection?

A Again, I can't remember it specifically, because we did have a roundtable type of discussion. I know that we also thought that Kelly Skinner, who was a representative on the U.S. Olympic Committee at Sports Partnership, should be involved in it also.

Again, I just remember having a roundtable on a telephone conference talking about different things that could be included. Again, we were just trying to be very objective and very simple, very to the point.

Q Were you ever involved with -- well, you testified earlier that you didn't know what the old coaching selection criteria were; is that true?

A Yes.

Q And is it also fair to assume, then, that you were not involved in writing and -- in writing the

old coach selection criteria for the USTU?

A Writing them?

Q Writing them?

A I didn't write it.

Q And is it also fair to assume that you don't know the precise procedures that coach selection -- coach -- let me rephrase that.

You're not familiar with the normal procedures for passing new coach selection criteria through USTU and then to USOC?

MR. LEVINSTEIN: Objection.

Q (BY MR. JONES) By that, I mean I'm talking about the kinds of procedures provided for in the USOC bylaws.

A You'd have to ask legal on that. I don't concern myself with those.

Q Fair enough. So you do not know whether it's normal for a person like Kelly Skinner, from the USOC, to be brought into the coach selection process for individual NGBs, do you?

MR. LEVINSTEIN: Objection.

A Again, you would have to -- that's a legal thing.

Q (BY MR. JONES) Do you have any recollection of who suggested that Kelly Skinner be a

part of the --

A Uh-huh.

Q -- coach selection writing or formulation process?

A I have been involved -- I don't know who exactly -- exactly who suggested. But I will say this, even in the past administration, Kelly has been super helpful when we were trying to decide who -- what weight divisions we were going to send. He was extremely helpful in making sure that we crossed our Ts and dotted our Is.

So he had been involved in some other things on which Mr. Dae Sung Lee was a member of, on some of those committees and in some of those conversations. So he had served us well in the past. It was common sense to involve him in this stuff.

Q After the GMC asked Bob Gambardella to do some initial ground work on coach selection procedures, what happened next, if you can remember, on coach selection?

A Then it came back to the Governance and Management Committee. We discussed it, all agreed that it looked very objective, and directed him -- him and Steve Locke, who was the chair of the Governance and Management Committee, to send the procedure or proposal