```
 1   to the USOC for approval or non-approval.
 2        Q    And your recollection as to how many
 3   versions of the new coach -- written coach selection
 4   criteria there were, if there were more than one
 5   version?
 6        A    I don't know.  I don't remember.
 7        Q    As you sit here today, you just remember
 8   one written item being looked at and discussed?
 9        A    I remember just a version coming to the
10   Governance and Management Committee; again, us talking
11   about it; and we all thought it looked very clear and
12   to the point and objective.  And that was it.  So to my
13   best recollection, I'll say one.
14        Q    How did voting work when something like
15   coach selection criteria was being voted upon?  Was it
16   majority rules, or did you require a unanimous vote of
17   the GMC before something would go forward?
18        A    Again, I'm not a bylaws and governance
19   kind of person.  I know we were unanimous.  I know it
20   was a 5 and 0.  But I don't know if it needed to be a
21   majority or two thirds.  I'm not sure.
22        Q    Your recollection that when the written
23   coaching selecting criteria were decided upon, that it
24   was a unanimous approval?
25        A    Uh-huh.
```

```
 1   we all have five different personalities, we have five
 2   different views on things, and we didn't always agree
 3   on everything.  So there were some times where we would
 4   go back and forth, back and forth, and try to prove our
 5   points, and then when we vote, we vote.
 6        Q    But as you sit here today, you can't
 7   recall any three-two vote situations?
 8        A    No, I can't recall.
 9        Q    How about any four-one situations?
10        A    I know there were, but I can't remember
11   the exact reason or what we were voting on.
12        Q    Okay.  So getting back to coach selection,
13   there was a unanimous approval of the written criteria?
14        A    Yes.
15        Q    And those were the same criteria that were
16   used with respect to Jean Lopez?
17             MR. LEVINSTEIN:  Objection.
18        A    They weren't for Jean Lopez.  They were
19   the ones posted and the ones that we followed, yes.
20        Q    (BY MR. JONES)  What I mean is, the
21   process by which Jean Lopez became --
22        A    The coach.
23        Q    -- the coach of the U.S. team?
24        A    Yes.
25        Q    And roughly, do you recall the time frame
```

```
 1        Q    Yes?
 2        A    Yes.
 3        Q    Was there ever any decisions of the GMC
 4   where there was not unanimous approval, but there was
 5   still approval?  In other words, three out of five or
 6   something?
 7        A    For the coaching?
 8        Q    No, just --
 9        A    Anything?
10        Q    -- other situations?
11        A    Oh, sure, yes, there was.
12        Q    I'm just trying to understand --
13        A    There was some times.
14        Q    And if there was three out of five, was
15   that considered an affirmative?
16             MR. LEVINSTEIN:  Objection.
17        A    Honestly, like I said, I can't remember.
18   I don't know if you needed three out of five or if you
19   needed two-thirds, or whatever the case may be.  Quite
20   honestly, I don't think we have ever been three to two,
21   but I can't be 100 percent sure on that.
22        Q    (BY MR. JONES)  So would it be fair to say
23   that -- it sounds like the style of the GMC committee
24   was to try and arrive at a consensus on issues?
25        A    I won't say that it was a style.  I think
```

```
 1   or the month when new coach selection criteria were
 2   unanimously approved by the --
 3        A    When it was approved, just the procedures?
 4        Q    Yes.
 5        A    Late March, April.
 6        Q    Now, what were the new criteria for coach
 7   selection that were passed by the GMC, just in your own
 8   understanding?
 9        A    I know we have a document somewhere.  Off
10   the top of my head, I know it was how many members on
11   the team, what their -- those athlete members' record
12   was over a certain time frame.  I can't remember
13   exactly.  I know we have a document.  I know it's been
14   produced.
15        Q    Assuming your summary just now was
16   correct, and it sounded pretty good, given that one of
17   the key -- or the key criteria was number of athletes
18   placed on the Olympic team, is it correct that coach
19   selection could not really happen until the actual U.S.
20   Olympic team was determined?
21        A    Yes.
22        Q    Were any prospective coaches' names
23   discussed by the GMC before coach selection criteria
24   were unanimously approved?
25        A    Before it was approved?
```

**Page 65**

```
1        Q    Before the new coach selection criteria,
2   were new coach names discussed?
3        A    I don't believe so.  I don't recall.
4        Q    Was Jean Lopez's name ever discussed
5   before the new coach selection criteria were
6   unanimously approved?
7        A    Again, I don't recall.  I mean, Steven
8   Lopez is a high profile athlete.  We spoke about him
9   and his accomplishments, and it could have been brought
10  up.  I don't recall.
11       Q    Do you recall bringing up Jean Lopez's
12  name?
13       A    Me?
14       Q    (Counsel nodded.)
15       A    Probably not.  I don't recall.
16       Q    I'm talking about before the new coach
17  selection criteria.
18       A    No.  I don't recall.
19       Q    After coach selection criteria were
20  unanimously approved, what happened next with respect
21  to coach selection?  Did the committee wait for the
22  finals -- final qualifiers or --
23            MR. LEVINSTEIN:  Just for the record,
24  there's also approval by the USOC.  So I'm just -- I
25  just want to be --
```

**Page 66**

```
1            MR. JONES:  Sorry.
2            MR. LEVINSTEIN:  That's okay.
3        Q    (BY MR. JONES)  Let's walk through that.
4            MR. LEVINSTEIN:  What happened next is
5   kind of a confusing question.
6        Q    (BY MR. JONES)  Do you know what happened
7   after the committee approved of the final -- the new
8   coach selection criteria?
9        A    Well, the GMC approved of it and directed
10  Bob to -- Bob Gambardella to send it to the USOC for
11  their approval.  Once that was approved, then we just,
12  I think -- you want to ask your question again, then
13  what happened?
14       Q    Yeah.  Then what happened then?
15       A    Then we had nothing to do until after --
16  according to the criteria, to wait until after the
17  final Olympic trials was finished and the athletes
18  were -- had won their spot on the team.  Then after
19  that, then we started putting the -- see who met the
20  criteria.
21       Q    The final team selection and final
22  qualifiers happened when?
23       A    June -- it was in San Jose.  June 5th or
24  June 4th, 2004.  June 5th.
25       Q    June 5th, 2004, your counsel is showing
```

**Page 67**

```
1   you --
2            MR. LEVINSTEIN:  I'm just referring to
3   USTU00037, the page with the four names and the fight
4   off.  And the top says, "2004 Olympic Trials June 5,
5   2004, San Jose."
6            MR. JONES:  All right.
7        Q    (BY MR. JONES)  And was coach selection
8   discussed again after the team was selected?
9        A    Yes.
10       Q    At the next meeting or before that, or in
11  some other fashion?
12       A    I believe the next meeting.
13       Q    And what do you recall was discussed at
14  the next meeting?
15       A    There was obviously only two coaches that
16  were -- according to the criteria, that fit the
17  definition.  And we went through the first phase.  If
18  they both met the criteria, good; then we just kept on
19  going down until it was narrowed down to the one.
20       Q    Did the GMC committee discuss two names
21  then?
22       A    Yes.
23       Q    And what were the two names?
24       A    Jean Lopez and Chul Ho Kim.
25       Q    Why was Chul Ho Kim's name considered?
```

**Page 68**

```
1        A    Because of his athlete, Nia Abdullah.
2        Q    Is it your understanding that Chul Ho Kim
3   discovered Nia Abdullah?
4        A    Discovered her?
5        Q    (Counsel nodded.)
6        A    I don't know what that means.
7        Q    When you say Nia Abdullah was his athlete,
8   what do you mean by that?
9        A    She trained at the Olympic Training Center
10  with him.  She was on his team.
11       Q    Okay.  Did she have any other coaches
12  during the same period that she had Chul Ho Kim?
13       A    I'm not sure.  I know she was a member of
14  the Olympic Training Center.  And I don't know if Han
15  Won Lee was a coach during that time frame or not.  I
16  think so, but I'm not 100 percent sure.  She was
17  already out here at the time.
18       Q    Why would Han Won Lee's name not be
19  considered if he was training her at the Olympic
20  Training Center at the same time?
21       A    Because by then the Olympic Training
22  Center removed him as their head coach, so he was
23  eliminated from the coaching position.  And Chul Ho
24  Kim, who was assistant coach, was elevated to the
25  interim coach of the Olympic Training Center.  He ran
```

1    the program.
2        Q    So how does that work when you're trying
3    to determine who is the training coach; is it the last
4    coach to train an athlete?
5        A    It was who she put on the application, who
6    was coaching her at that time.  And according to her,
7    Chul Ho Kim was her coach.
8        Q    So it's determined by what the athlete
9    puts on the application; is that correct?
10       A    Yes.  I mean, yes.
11       Q    In your understanding?
12       A    Yeah, yes.  Makes sense.
13       Q    And as best you can recall, what kinds of
14   things were discussed about these two individuals?
15       A    Nothing more than the criteria that we had
16   in front of us.
17       Q    And what happened when you had these two
18   names in front of you?  Was there a vote?
19       A    There really wasn't a need for a vote.  It
20   was who met the criteria, and there was one name
21   apparent.  So there was nothing to vote on.
22            We objectively put a procedure and a
23   criteria.  One name surfaced.  And that was the one for
24   official capacity.  We voted on it to say he has met
25   the criteria, and then we passed the name on.

1        Q    (BY MR. JONES)  So when the actual voting
2    happened, there was one name?
3        A    After going through the criteria, there
4    was one name.  We voted.
5        Q    And that name was Jean Lopez?
6        A    Yes, sir.
7        Q    And what was the vote on Jean Lopez's
8    selection?
9        A    Unanimous, five to zero.
10       Q    How many votes were there?
11       A    Five.
12       Q    I know.  I mean -- let me rephrase.  How
13   many times did the committee vote?
14       A    Once.
15       Q    Did you abstain from voting for Jean Lopez
16   initially?
17       A    No.
18       Q    You, at the very first instance, when
19   presented with a ballot with Jean's name on it, voted
20   for him?
21       A    From the Governance and Management
22   Committee, yes.
23       Q    And you never told anyone that you
24   abstained from voting for Jean Lopez in the first
25   instance and then later decided to support him?

1        Q    Did Bob Gambardella submit two names to
2    you or one name to the committee for consideration?
3        A    There were two names.
4        Q    And when the vote came up, was there two
5    names?
6        A    There were no need for two names, because
7    as a committee, we had two names in front of us.  We
8    went through the criteria.  The criteria said it was
9    one individual, and then that was it.  That was the
10   person who was going to be the coach because we knew we
11   only had one credential at that point.
12       Q    So you felt that there was no need for
13   voting as between two individuals; is that right?
14       A    That was the reason for having the
15   objective criteria.  We didn't want to put ourselves in
16   a subjective situation, where we were choosing someone
17   based on nothing other than objective criteria.
18       Q    Do you feel it's subjective to vote on
19   more than one name?  I'm not sure I understand.
20       A    No, I don't feel it's . . .
21       Q    Okay.
22            MR. LEVINSTEIN:  If you show him the
23   criteria, he can explain it to you.
24            MR. JONES:  We'll get into that, Counsel.
25            MR. LEVINSTEIN:  Okay.

1        A    No, not that I recall.
2            MR. JONES:  We've been going about 45
3    minutes.  Let's take another break.
4            (Recess taken from 10:46 a.m. to 10:57
5            a.m.)
6            MR. JONES:  Back on the record.
7        Q    (BY MR. JONES)  We were talking about the
8    voting process for Jean Lopez, and I believe we
9    completed that, that he was unanimously approved --
10       A    Uh-huh.
11       Q    -- by the GMC.
12            As you know, this case alleges that there was
13   racism involved as a motivating factor in Dae Sung
14   Lee's replacement as coach of the U.S. Olympic team.
15   Did you ever hear or observe comments by anyone on the
16   United States Olympic Committee, either a staff member
17   or a volunteer member, that you felt was racially
18   insensitive toward people of Korean heritage?
19       A    I wouldn't say it was racially.  I heard
20   something at one point that I thought was insensitive.
21       Q    What did you hear?
22       A    It was a comment about a letter that was
23   written, and I can't remember exactly who made the
24   comment, but the comment was in the nature of, I've
25   heard that person speak before, and that is a very

1    eloquent letter, and I find it hard to believe that he
2    wrote that letter.  And I just thought it was
3    unnecessary at that time.
4        Q    Do you remember the person you are
5    thinking of?
6        A    Who said it?
7        Q    Who wrote the letter, first of all?
8        A    I believe it was -- if my memory serves me
9    correctly, I believe that the letter was written by Han
10   Won Lee, submitted by Han Won Lee.
11       Q    So there was a letter written by Han Won
12   Lee?
13       A    Uh-huh.
14       Q    Sorry.  Yes?
15       A    Yes.
16       Q    And there was something in the letter that
17   was racially insensitive?
18       A    No.  He wrote a letter.  And someone made
19   a comment that it was a very well-written letter.  And
20   the comment was, I've heard that individual speak, and
21   it didn't sound like the same manner that he would
22   speak.  And I just thought it was inappropriate.  I
23   didn't think it was necessary.
24       Q    Okay.  Do you know the person who was
25   commenting on the letter by Han Won Lee?

1        A    It was a member of the Membership and
2    Credentials Committee, one of the members, a female.  I
3    can't remember her name.
4        Q    Other than that instance, can you think of
5    any other instances where you heard or read something
6    from either a volunteer or a staff member of the USOC
7    that you thought was racially insensitive toward people
8    of Korean heritage?
9            MR. LEVINSTEIN:  Objection.  He
10   specifically said that he did not think that that one
11   was racial.  He thought it was insensitive, so the
12   "other" suggesting a fact not in evidence.
13       A    That was the only time that I thought
14   something was insensitive.  And racial, that was
15   nothing else.
16       Q    (BY MR. JONES)  You, of course, were aware
17   that an action to decertify USTU was brought by USOC
18   sometime in 2003?
19       A    Yes.
20       Q    Did you watch those proceedings or try to
21   follow them as they went along?
22       A    A few of them, yes.
23       Q    Were you ever given letters or
24   correspondence from the USOC as they were sent to USTU
25   regarding decertification?

1        A    Yes, I'm sure I was.  I'm sure I have
2    received a few of them.
3        Q    Do you recall reading anything in those
4    letters that you thought was racially insensitive
5    toward people of Korean heritage?
6        A    I don't remember reading anything that I
7    thought was -- that was directed towards Korean
8    Americans or anything, no.
9        Q    I'm going to show you an exhibit.  It's
10   been previously marked in another proceeding as Exhibit
11   4.
12           (Deposition Exhibit No. 4 was re-marked
13               for identification.)
14       Q    (BY MR. JONES)  You may read the whole
15   document, or you can read just the portions I want you
16   to focus in on, which is Page 2, page 5.
17           MR. LEVINSTEIN:  It might be good at
18   least to read the first page --
19           MR. JONES:  That's fine.
20           MR. LEVINSTEIN:  -- so you at least get
21   some idea before you start . . .
22       A    Okay.  That's fine.  I think I remember
23   this vaguely.
24       Q    (BY MR. JONES)  Okay.  Focusing on Page 2,
25   first of all, do you recall seeing this letter before?

1        A    I do.
2        Q    It is a letter written by -- or at least
3    signed by Mr. Thomas L. Satrom, chairman of the USOC
4    Membership and Credentials Committee, dated August 4,
5    2003; is that correct?
6        A    As it appears, yes.
7        Q    Do you know Mr. Satrom?
8        A    I know that he was the USOC Membership and
9    Credentials chairman, but that's the only way I know
10   him.
11       Q    You never had any conversations with him?
12       A    No.
13       Q    Beginning on Page 1, it says, "The
14   following are examples of some of these problems."
15       A    Yes.
16       Q    No. 5, he says, "An allegiance to Korea
17   to the detriment of U.S. programs and the interests of
18   U.S. athletes."
19           Did you feel that -- do you have a feeling as
20   to whether that statement there is racially insensitive
21   or might be thought of as racially insensitive to
22   people of Korean heritage?
23           MR. LEVINSTEIN:  Objection.  You can
24   answer.
25       A    First off, I believe that he was saying

**Page 77**

```
1   that some of these were concerns that were brought to
2   him, or brought to the committee by other people, not
3   necessarily from himself or the committee.  Secondly,
4   no, I don't find that racist or discriminatory just a
5   question.
6       Q    (BY MR. JONES)  You don't think that
7   Korean Americans would find that offensive?
8       MR. LEVINSTEIN:  Objection.
9       Q    (BY MR. JONES)  U.S. citizens of Korean
10  heritage?
11      A    I'm an ethnic person.  If someone asked me
12  about that about my ethnic background, I would say no.
13  I don't find it offensive.  I just see it as a
14  question.
15      Q    You wouldn't find it -- first of all, let
16  me ask you, since you mentioned you're a person of
17  ethnic background.  What ethnic background?
18      A    Mexican American.
19      Q    You wouldn't find it offensive if someone
20  questioned your allegiance to the United States and
21  said you had stronger feelings for Mexico than the
22  United States?
23      A    I'm very, very proud of my heritage, but
24  if someone questioned that, I would do everything in my
25  power to show them of my allegiance to the United
```

**Page 78**

```
1   States.  So I wouldn't find it offensive at all.
2   Personally, I would try to prove to them how my
3   allegiance is to the United States first and foremost.
4       Q    Because you love this country?
5       A    Of course.
6       Q    And you would expect other U.S. citizens
7   who had other ethnic backgrounds to do the same?
8       A    I wouldn't expect.  I would hope.
9       Q    Let me show you another one previously
10  marked as Exhibit 5.
11          (Deposition Exhibit No. 5 was re-marked
12          for identification.)
13      MR. LEVINSTEIN:  So this is one month
14  later.
15      MR. JONES:  Yes.
16      MR. LEVINSTEIN:  Just as I take a look.
17      A    Okay.  Is there a question?
18      Q    (BY MR. JONES)  Yes.  First of all, this
19  is a letter dated September 5, 2003, again, from Thomas
20  Satrom, chairman of the Membership and Credentials
21  Committee, addressed to Bruce Harris.  Is that correct?
22      A    Yes.
23      Q    And the last page says it was courtesy
24  copied to you; is that correct?
25      A    Yes.
```

**Page 79**

```
1       Q    And you recall seeing this or reading it
2   about the time it was sent out --
3       A    Yes.
4       Q    -- or dated?
5       I just wanted to focus you on Page 3, No. 8.
6   I'll just go ahead and read it into the record.
7       It states, "How does USTU respond to the
8   perception that the USTU is governed by cultural values
9   emanating from Korea, which may not be in harmony with
10  American values.  The perception seems to be that
11  loyalty to one's instructor or superior is all
12  important, that 'respect' means subservience, and that
13  competitions are often based on 'political
14  determinations,' not on who is the best athlete on the
15  mat.  As an individual stated to the Committee, '[l]ong
16  ago I realized the USTU leadership could never be held
17  accountable.  For the most part, they did not
18  understand our American culture of sport nor embrace
19  its underlying values of un-biased officiating, a level
20  playing field, and fair play.'  As another individual
21  stated to the Committee, 'Korean culture places a
22  higher value on loyalty to one's family, friends,
23  school, [et cetera] than it does on honesty and fair
24  play.  The result is that the best man usually doesn't
25  win, but the favorite son does.'  As a third individual
```

**Page 80**

```
1   stated, 'the 'Korean good ol' boy' system of
2   promotions, certifications, and selections of who
3   attends what's [what] has got to go.'"
4       MR. LEVINSTEIN:  "Who attends what has
5   got to go."
6       THE DEPONENT:  "Who attends what has got
7   to go."
8       Q    (BY MR. JONES)  Yeah, "Who attends what
9   has got to go."  I'm sorry.
10      When you first read that, what did you think
11  of it?  What did you think of those allegations?
12      A    First of all, there's a number of
13  different things in that paragraph.  I think there's
14  three individual ideas or philosophies.  I won't say
15  that they're mine.  So they're just three ones that
16  they quoted in there.
17      Again, I look at it as just the first
18  question, how does the USTU respond to the perception?
19  If it's just a perception, I felt that we probably
20  needed to address that.  I mean, if there's people out
21  there thinking that, whether it be within our
22  membership or within the USOC, or within the world,
23  then we should address that.  We should address and
24  show people why that may not be true.  That was my
25  first instinct.
```

4/6/2005 Moreno, Juan Miguel

1    Q    Did you think anything in here was true?
2    A    Did I think anything was true?
3    Q    No, 8, what I read?
4    A    For me, personally, yes, there's a few
5    things in there that I thought were true.
6    Q    Such as?
7    A    Again, this is just my interpretation, but
8    I believe that the not being held accountable, I think,
9    was very accurate.  I think that the American culture
10   of sport is a little bit different, in my opinion, than
11   maybe an Asian or Korean, to be more specific,
12   interpretation.
13        And I definitely believe from being around in
14   the martial arts and Taekwondo, specifically, and in
15   sports specifically, that the word respect and loyalty
16   have been used to the benefit of certain people and not
17   what the words literally mean.  Again, those are my
18   interpretations.
19   Q    Can you give examples of situations where
20   respect and loyalty --
21   A    Absolutely.  Loyalty and respect, where
22   somebody knows they should do something, and they know
23   they should stand up for something, but they don't
24   because their coach or their instructor won't let them
25   or has told them to do otherwise.

4/6/2005 Moreno, Juan Miguel

1    So, therefore, they will vote a certain way
2    or judge a certain way or attend a certain event or not
3    a certain event.  And that's done out of the respect
4    and loyalty for their seniors.
5    Q    Can you give any examples that come to
6    mind?  I know there's been a lot of competitions.
7    A    I can give you a great example.
8    Q    Okay.
9    A    It's not going to be a very nice example.
10   Q    All right.
11   A    I had conversations even with my friend
12   and my former coach that told me that when there was a
13   time when the remediation plan was going on, and I was
14   one of the only people who voted to accept it, and the
15   whole Executive Committee didn't accept it, having a
16   phone conversation saying, he should be the one doing
17   the things that I'm doing but he just couldn't, he just
18   couldn't.  He expressed to me that maybe he should have
19   been the one doing the things I'm doing.  And that hurt
20   me.
21   Q    Can you identify who these people were
22   that you are talking about in the conversation?
23   A    Me and Mr. Lee, myself and Mr. Lee.
24   Q    Mr. --
25   A    Dae Sung Lee.

4/6/2005 Moreno, Juan Miguel

1    Q    He was the one that you were talking to?
2    A    Yes.
3    Q    And who did he say should be doing things
4    and not you?
5    A    Himself.  I was a guy kind of standing out
6    and not agreeing with the current leadership, and he
7    expressed to me that maybe he should have been the one
8    doing that also.
9    Q    Not agreeing with current leadership?
10   A    Yes.
11   Q    What were we talking about, the vote on
12   the approval of the pending remediation plan?
13   A    Yes.
14   Q    Was that the same remediation plan that
15   was eventually passed, or are we talking about a
16   different version?
17   A    I think it was the one that was passed.
18   Q    And so the gist of it was that he felt he
19   should support it, but couldn't?
20   A    Right.  That was my interpretation.
21   Q    And the time frame as to when that
22   discussion took place?
23   A    January or whenever the first remediation
24   vote was in front of the USTU Executive Committee.
25   Q    That would be January of '04?

4/6/2005 Moreno, Juan Miguel

1    A    '04, yes.
2    Q    Can you give any other examples where you
3    think that the allegations or perceptions summarized in
4    No. 8 are perhaps correct?
5    MR. LEVINSTEIN:  Just for the record, he
6    said there's some truth, and he identified certain
7    things.  We're in the ballpark, but let's -- okay.
8    Thanks.  I don't want to characterize what he already
9    said.  He can keep giving you examples of things that
10   are consistent with what he said before.
11   A    Just being a coach and an athlete, I think
12   I've been in both realms, I've felt very much that the
13   officiating wasn't unbiased and the level of playing
14   field was not fair.  And I know in sport there's
15   decisions and there's tough calls and there's
16   interpretation of whether it was a point or not a
17   point.
18        But when another coach would be seen eating
19   dinner, buying dinner, giving gifts and staying out all
20   night drinking alcoholic beverages the night before a
21   national team trials with a referee chairman and
22   referees that will be officiating the matches the next
23   day, I don't believe that's fair play.
24        And I don't believe that that would be looked
25   on in a positive manner in any sporting event in the

1    world, any professional sporting event, any amateur
2    sporting even, and especially a judgmental supporting
3    event.  And that was the case that I personally
4    witnessed recently.  I don't think that's fair play, my
5    interpretation.
6         Q    (BY MR. JONES)  And was this situation one
7    in which it was both parties at this dinner were of
8    Korean heritage?
9         A    In my -- yes.
10        Q    You believe them to be?
11        A    No, I know they were.
12        Q    Can you name names?
13        A    I can.  I can name Chul Ho Kim and Chang
14   Ho Kim, who was a referee at the time.  And also the --
15   there was actually -- there was one other Asian referee
16   I can't remember, and also an American referee.
17        Q    And Chul Ho Kim, you identified who he is.
18   He was having dinner with these referees?
19        A    Uh-huh.
20        Q    Is that yes?
21        A    Yes.
22        Q    And it's your understanding that he was
23   buying them dinner?
24        A    Yes.
25        Q    It's your understanding that he was

85

1    drinking alcoholic beverages with them?
2         A    Yes.
3         Q    And you observed this?
4         A    Yes.
5         Q    And just for the record, what
6    establishment are we talking about?
7         A    It was a restaurant.  I couldn't tell you
8    which one it was.
9         Q    And also for the record, what competition
10   was pending the next morning?
11        A    Pan American Team Trials.
12        Q    And what were the results the next day in
13   the Pan American?
14        A    The results were in favor of a few of
15   Mr. Kim's athletes, over a couple of my athletes and a
16   couple of other people's athletes.  I mean, obviously,
17   I'm concerned with all athlete situations, but more
18   specifically my own athletes.
19        Q    And did you file a complaint when you saw
20   that behavior?  Did you file a complaint the next
21   morning?
22        A    On the event?
23        Q    Yes.  At the event, after the event,
24   before the event?
25        A    There is -- again, there's nothing in the

86

1    rules that says you can't go and have dinner with a
2    referee or drink with a referee or talk with a referee.
3    There's nothing in the rules that say you can't do
4    that.  My interpretation of fair play and an unlevel
5    playing field, that was my interpretation.
6         At the event, I'm not a novice to the sport.
7    And there was many more competitions coming up that
8    year that were as equally as important.  And I put my
9    chin up and talked to my athletes and said, you know,
10   we have other battles to fight this year, and the
11   Olympic year is coming soon.  I know it's a judgmental
12   sport.  I know people watch your actions.  And instead
13   of judging what happens on the mat, they take into
14   consideration other things.
15        So at that time, I elected not to protest,
16   but there was times coming up in the near future that I
17   did protest.
18        Q    Why don't you tell me about those
19   situations where you did protest.
20        A    Very similar situation at the national
21   team trials, where my athlete in the middle weight
22   division had a very, very difficult day.  And, again,
23   it's a judgmental sport, so I kind of took it on the
24   chops and said, okay, we have more matches to compete
25   against.

87

1         And we competed, and we got back to the
2    final, and there was another referee decision that was
3    inconsistent with the rules and interpretations that
4    were given to every single one of the coaches, and very
5    coincidentally came out on the wrong side of the stick
6    again.
7         Mr. Lee was there at that time and
8    understands and knows what I'm talking about, knows
9    exactly what I'm speaking of.
10        Q    The referee in question was Korean
11   American, the one that you felt did not follow the
12   instructions?
13        A    I can't remember that one.  It was a long
14   day.  There was many matches, and there was -- I can't
15   remember who was actually in the center at the time.
16        Q    Well, I think this inquiry started with
17   looking at Paragraph 8, and I was trying to just
18   catalog the situations that you had observed, in your
19   experience, where you felt Korean culture might have
20   played a role.
21        MR. LEVINSTEIN:  Objection.  You asked
22   him to talk about the paragraph.  He said he knew of
23   situations where there was biased officiating and not
24   fair play.  He didn't necessarily embrace it as limited
25   to being Korean American.  So that's where the

88

1  confusion comes, I think.
2      Q     (BY MR. JONES)  Okay.  Let's separate the
3  two, you know, taking into consideration what our case
4  is about --
5      A     Right.
6      Q     -- and focusing in on situations where you
7  thought there might have been biased officiating by
8  Korean American individuals and give examples of that.
9            You gave, the first example was the dinner
10  with Chul Ho Kim?
11      A     That's not the first example.  The first
12  was the loyalty and respect thing.  That was the first
13  thing.
14      Q     All right.
15      A     Then we moved into the -- again, just an
16  interpretation or a perception, just my interpretation
17  or perception.  I'm not saying it was right or wrong.
18  I'm saying that was my perception.
19      Q     Okay.  So that was the Pan Am --
20      A     The first one was the Pan Am trials.
21      Q     Trials.  And you said that that was two
22  Korean individuals eating the night before?
23      A     Uh-huh.
24      Q     And did you believe that there was biased
25  officiating the next day on the part of the Korean

1  individual who judged your team members?
2      A     I thought there was some irregularities.
3      Q     And you attributed that to Korean cultural
4  considerations?
5      A     I attributed that to seeing a coach
6  fraternizing with a referee who had a direct effect in
7  a match.  It could have been two Americans.  I just
8  thought -- it just happened to be two Asian Americans,
9  and there was a perception, according to this
10  paragraph, and that's what I'm addressing.  I don't
11  care if it was two American referees; it would be the
12  same thing to me, but it wasn't right.
13      Q     All right.  Can you give any other
14  examples where you think Korean culture has played a
15  role and affected refereeing, for example?
16      A     Again, I could probably go on and on and
17  on.  I have been in this sport for years and years and
18  years, and I've seen some good things and some bad
19  things.
20            There's been a perception that the referees
21  are appointed, not on merit, but on favors, to friends
22  and seniors of a certain ethnic background.  Same thing
23  with coaching.  I mean, I have been on a number of
24  American teams, and some of those individuals didn't
25  speak the language.  Some of them have never met us

1  before, but yet they were national team coaches.
2            So there was a perception that some of this
3  Asian culture was kind of perpetuated within the
4  coaching ranks and the refereeing ranks.
5      Q     And is that a perception by me?
6      A     That was one of my perceptions.  And I'll
7  say that that was just an objective perception, because
8  I'm not being a racist or discriminatory, because I
9  have many, many Korean friends and many other ethnic
10  friends, some that were at my wedding and some that are
11  very close to me to this day.  So it was just a
12  sport-related view of things.
13      Q     Do you believe that Koreans do not embrace
14  fair play?
15            MR. LEVINSTEIN:  Objection.
16      A     No, I don't believe that.  I don't believe
17  that.
18      Q     (BY MR. JONES)  Do you believe that
19  competitions are often based on political
20  determinations under USTU's old management?
21      A     I would say no.
22      Q     Do you believe that USTU's old management
23  was governed by cultural values emanating from Korea?
24      A     Personally, I do.
25      Q     And do you believe those cultural values

1  emanating from Korean were not in harmony with American
2  values?
3      A     I mean, I guess we would have to define
4  Korean values and American values.  I just think that
5  it's -- again, going back to what I said, that certain
6  things were aligned for certain people that happened to
7  be in the same family or in the same school system.  To
8  me, that seemed a little odd, from my personal
9  perspective.  Not earned, but given.
10      Q     So you had personal experiences where you
11  felt a Korean athlete -- are we talking athletes?
12      A     I'm talking about leadership.  I'm talking
13  about governance and management.  I'm talking about
14  coaching.  Just generally speaking.
15      Q     With respect to USTU?
16      A     With respect to USTU.
17      Q     Are we talking about people of culture,
18  other than Korean, who perhaps didn't get chosen for a
19  position within USTU management?  Is that what you're
20  referring to?
21      A     Repeat the question.  I'm not sure I
22  understand.
23      Q     I'm not sure I understood the response, I
24  guess.
25            You were talking about management selection

1  just now?

2              MR. LEVINSTEIN:  That was one of the

3  things.

4      Q    (BY MR. JONES)  At USTU?

5      A    Uh-huh.

6      Q    Yes?

7      A    Yes.

8      Q    And by management selection, we're talking

9  about like --

10     A    Staff.

11     Q    -- staff?  Okay.  Let's focus on staff

12 just for a second.

13     A    I'd love to.

14     Q    Is there anybody you know that you felt

15 should have got picked for staff but didn't because of

16 Korean culture considerations?

17     A    I don't know who should have, but I'll

18 give you someone who should not have, a gentleman by

19 the name of Mike Weintraub.

20          He was our Executive Director a number of

21 years ago.  Left with some very cloudy allegations over

22 him, hanging over himself, and was reinstated for a

23 very short period of time shortly after that, a couple

24 of Executive Directors later, who happened to be one of

25 the main students of a certain individual of stature

1  within our organization, who clearly proved that he

2  didn't do a good job in the time before; mismanaged

3  funds, mismanaged a lot of different things, and all of

4  a sudden was back in the mix.

5      Q    So your opinion of Weintraub was that he

6  should not have been reappointed?

7      A    That's my opinion.

8      Q    And your belief or perception is that he

9  was reappointed because of Korean cultural

10 considerations?

11     A    Because he was a student of someone -- of

12 the board.

13     Q    And can we name --

14     A    Sang Lee was the president, and Mike

15 Weintraub was one of his top students.

16     Q    And were these allegations against

17 Mr. Weintraub, you know, of mismanagement of money and

18 other things, was that proven somewhere, or were they

19 just that, allegations?

20     A    I don't know.  I think he resigned or they

21 removed him.  I'm not sure.

22     Q    Initially?

23     A    Initially.

24     Q    Any other situations that come to mind?

25     A    No.

1          Q    And I appreciate the examples.  Do you

2  believe that Korean culture places a higher value on

3  loyalty to one's family, friends, school, et cetera,

4  than it does on honesty and fair play?

5          A    I don't know enough about the Korean

6  culture to make that assessment.  I have too many

7  Korean people that I think too highly of to generalize

8  that.  That would be like saying Americans are ugly and

9  all we do is win at all costs.  I wouldn't generalize

10 Koreans like that.

11     Q    Moving on, the next exhibit would be No.

12 6.  Actually, this one is not addressed to you, but

13 I'll just ask if you recall seeing it before.

14          (Deposition Exhibit No. 6 was re-marked

15          for identification.)

16     A    I don't remember seeing this.

17          MR. LEVINSTEIN:  You don't remember or

18 you do remember?

19     A    I don't remember.

20     Q    (BY MR. JONES)  Just focus on Paragraph 3

21 for a moment, if you could.

22     A    Uh-huh.

23     Q    Where it says that "Jill," meaning Jill

24 Chalmers, counsel for USTU, "mentioned that several

25 members of the M&C Committee had referred to the USTU

1  as a Korea Mafia-run organization."

2          Had you ever heard anything like that or

3  alleged name calling, Korea Mafia, things to that

4  effect, during this period when you were monitoring the

5  decertification?

6      A    During the decertification?

7      Q    During that period.

8      A    I was at this meeting in Denver.  And this

9  is probably the -- Jeannie Picariello, that was the

10 member that maybe used something that I considered

11 insensitive.

12          The Korea Mafia-run thing, the only thing I

13 had heard about that was what I read in that document.

14 And I didn't take it that it was coming from them.  I

15 took it that it was brought to them by certain people

16 within the membership.  So they were -- they felt

17 obligated to ask the USOC to respond to that.

18          That's the only thing I can remember about

19 that, even in that one document that you presented to

20 me earlier.

21     Q    Okay.  Now, this letter is a letter from

22 Bruce Harris to Sang Lee dated October 9, 2003; is that

23 correct?

24     A    Yes.

25     Q    And it says regarding "Minutes of Meeting

1  with Holme Roberts and Owen," and the very first
2  paragraph says it's a recap of a meeting of USTU
3  representatives, President Lee, Harris, Pejo, Chalmers,
4  Steve Smith, and Richard Young.  This meeting took
5  place on Wednesday, October 8, 2003, from 9:30 a.m. to
6  12 noon, Mountain Standard Time.
7       This meeting that's referred to in the first
8  paragraph taking place on October 8, you did not attend
9  that meeting?
10      A    No.
11      Q    But you attended the meeting that
12  Ms. Chalmers refers to --
13           MR. LEVINSTEIN:  Objection.
14      Q    (BY MR. JONES)  -- in a later paragraph,
15  October --
16           MR. LEVINSTEIN:  Ms. Chalmers doesn't
17  refer to anything.  This is a Bruce Harris memo.
18           THE DEPONENT:  Uh-huh.
19           MR. JONES:  Right.  But --
20           MR. LEVINSTEIN:  His claim about what she
21  said to him about a meeting?
22           MR. JONES:  Right.  That's what I'm
23  trying to get across.
24      Q    (BY MR. JONES)  Anyhow, you attended the
25  meeting in Denver --

1      A    I believe so.
2      Q    -- of the USOC?
3           MR. LEVINSTEIN:  Membership and
4  Credentials Committee.
5      A    Membership and Credentials Committee.
6      Q    It's a subcommittee of the USOC?
7      A    Yes.
8      Q    And was there anybody else from the USTU
9  at that meeting?
10      A    There was a number of people.
11      Q    Just name a few, if you can remember any
12  of them.
13      A    Sang Lee, Sam Pejo, Barb Kunkel, John
14  Holloway.  I can't remember -- there was quite a few.
15  June Pichay (phonetic) was there.  I think he was
16  there.  There was a number of people.
17      Q    And your attorneys were there?
18           MR. LEVINSTEIN:  I'm sorry.  He's saying
19  other names.
20           MR. JONES:  Sorry.
21      A    That's fine.  That's fine.  My attorneys?
22      Q    (BY MR. JONES)  Well, the attorneys from
23  USTU were there?
24      A    I believe so.
25      Q    Ms. Chalmers or Mr. Smith?

1      A    I don't recall.
2      Q    What happened at that meeting, if you
3  recall?
4           MR. LEVINSTEIN:  Objection.  Go ahead and
5  answer.
6      A    I don't remember specifically.  I mean,
7  they were just going through their questions that they
8  had presented to us, I think, in prior documents for us
9  to answer.  That was about it.
10      Q    (BY MR. JONES)  So these points that we
11  just went over in Exhibits 4 and 5, or at least 4, were
12  being brought up at that meeting?
13           MR. LEVINSTEIN:  I think specifically 5.
14           THE DEPONENT:  Yeah, we brought up 5.
15           MR. LEVINSTEIN:  Because 5 talks about a
16  September 13 compliance meeting, and the letter is
17  specifically in advance of that meeting.
18      Q    (BY MR. JONES)  Well, your counsel has
19  tried to explain that.  Do you agree with what he is
20  saying?
21      A    That these questions were asked at this
22  meeting?  I believe, if I'm recalling -- yeah, I'm
23  sorry, Exhibit 5, some of those concerns were again
24  addressed at that meeting.
25      Q    All right.  And was there like a

1  moderator, a person from the USOC, sitting there kind
2  of reading through them, or was there a group?
3      A    The whole Membership and Credentials
4  Committee kind of forms like a horseshoe type thing,
5  and the USTU membership or the people that were there
6  were sitting in just regular seats.  And some were
7  voicing -- some were answering, some were voicing
8  concern.  There was a number of different people from
9  the USTU memberships.
10      Q    So as points came up, anybody could stand
11  and speak?
12      A    I don't recall.  I really don't recall.
13      Q    But you do recall a lot of people --
14  various people speaking from the USTU?
15      A    There was various people speaking both for
16  the USTU, against the USTU, within the membership.  It
17  was a pretty chaotic meeting.
18      Q    And do you have a specific recollection of
19  somebody on the USOC side using the phrase "Korean
20  Mafia"?
21      A    No, I don't have that recollection.
22      Q    Do you have a specific recollection of
23  that phrase even being said -- uttered by anyone during
24  that meeting?
25      A    Not that the meeting.  I really can't say.

```
1        Q    As you sit here today, you're not even
2   sure if the attorneys for the USTU were there?
3        A    I would assume they were, but I can't say
4   for sure.
5        Q    Was there anything that came up during
6   that meeting, statements by either USOC or USTU people,
7   that you thought sounded racially insensitive to people
8   of Korean heritage?
9        A    I talked about that earlier.  I think you
10  asked me that question already, and I thought that
11  someone made an insensitive remark.  I didn't think it
12  was racial at all.  I thought it was insensitive about
13  someone's ability to write a letter.  I didn't think it
14  was necessary.
15       Q    So it was actually at that meeting that
16  the discussion about Sang Lee's letter --
17       A    Not Sang Lee.  Han Won Lee's.
18       Q    Han Won Lee's letter.
19       A    (Deponent nodded in the affirmative.)
20       Q    All right.  Have you ever heard any of the
21  other members of the GMC committee say something that
22  you felt was racially insensitive toward people of
23  Korean heritage?
24       A    No.  I haven't personally, no.
25       Q    Have you ever heard Mr. Gambardella say
```

```
1   anything that you felt was racially insensitive toward
2   people of Korean heritage?
3        A    No.
4        Q    Same question for Kelly Skinner; have you
5   ever heard him -- I realize he is not with the USTU.
6        A    No.  I haven't.
7        Q    -- ever heard him say anything that could
8   be interpreted as racially insensitive toward Korean
9   people?
10       A    Not at all.
11       Q    Before I go through another set of
12  documents, I just wanted to clear up one thing about
13  this concept of pairing home coaches with athletes in
14  international competitions.
15            In 1988, at the 1988 Olympics, you were a
16  member of the USTU?
17       A    Yes.
18       Q    You won a silver medal?
19       A    Yes.
20       Q    In the final competition, when you won
21  that silver medal, Sang Lee was the head coach?
22       A    Yes.
23       Q    Sang Lee was sitting in your chair?
24       A    Yes.
25       Q    Similarly, in 1992, you were again a
```

```
1   member of the U.S. Olympic team?
2        A    Yes.
3        Q    Again, won a silver medal?
4        A    Yes.
5        Q    At that time, who was your -- who was the
6   coach sitting in your chair?
7        A    There was two coaches for that team, Dae
8   Sung Lee being one and Dong Gun Park, number two.
9        Q    Dae Sung Lee was an assistant coach?
10       A    Yes.
11       Q    But he was not sitting in your chair?
12       A    Unfortunately not.
13       Q    Would you agree with me that you did
14  pretty well in those two Olympic Games without your
15  home coach sitting there in your chair?
16       A    No.  I wouldn't agree with you.
17       Q    Why not?
18       A    In 1988, the coaching staff didn't like me
19  because I was this young kid from Chicago that they
20  knew nothing about and didn't think I deserved to be
21  there because Dae Sung Lee was the much better athlete
22  at the time, and I happened to be good enough to beat
23  him on that day.
24            They didn't trust me and they didn't think
25  that I was going to do well.  And, quite honestly, I
```

```
1   couldn't care less who sat in my chair at that time.
2   That's nothing bad against Sang Lee.  He could have
3   been a good coach, maybe not.  But I was there for
4   myself.
5            In '92, conversely, I begged Dae Sung Lee to
6   sit in my chair.  I pleaded with him on numerous
7   occasions to do that.  But, unfortunately, he couldn't
8   because -- I don't know why.  He couldn't.  Whether the
9   head coach didn't let him, the head coach knew better
10  than him, or whatever.  But I believe that if he was
11  sitting in my chair, I could have done even better.
12  And that was my hope and my dream that he would sit
13  there in that chair with me.  We spoke about that dream
14  a number of times leading up to the Olympics, and we
15  were denied.
16       Q    Okay.  When you say do better, you think
17  you could have gotten a gold medal with him?
18       A    I could have done better than with that
19  guy sitting in my chair.
20       MR. JONES:  Could we have the document
21  that was previously marked, which is the minutes of the
22  GMC meeting on February 5th.
23       MR. LEVINSTEIN:  447.  45?  This document.
24       MR. JONES:  Yes.  Thank you.
25       A    Okay.
```

```
 1        Q     (BY MR. JONES)  First of all, have you
 2   seen that before?
 3        A     Yes.
 4        Q     What is it?
 5        A     What is this?
 6        Q     Yeah.  Is the document minutes of the
 7   meeting of the U.S. --
 8        A     I think it's a very general version of the
 9   minutes from that meeting that Ms. Virginia (sic) took,
10   more than likely.
11        Q     That would be the meeting of February 5,
12   2004 of the GMC?
13        A     Yes.
14        Q     And in attendance were Mr. Locke,
15   Mr. Baggiano, Mr. Bender, yourself, and Ms. Witte?
16        A     Yes.
17        Q     Along with Bob Gambardella, Mr. Benz,
18   Mr. Johansen and Kelly Skinner?
19        A     Correct.
20              MR. LEVINSTEIN:  Just for the record, two
21   are indicated to be there by conference call.
22        A     Myself and Tony.
23        Q     (BY MR. JONES)  Okay.  You were
24   participating by call.  Where were you located?
25        A     At my home, in Miami, Florida.
```

```
 1        Q     Thank you.  Focusing on paragraph -- I
 2   guess the last paragraph.
 3        A     Uh-huh.
 4              MR. LEVINSTEIN:  On the first page?
 5        Q     (BY MR. JONES)  The first page.
 6        A     Yeah.
 7        Q     "Discussion ensued concerning the team
 8   leader and coach appointments for the Athens Games.
 9   Eligibility requirements are being rewritten by the
10   USOC and the earlier appointments may have to be
11   rescinded as soon as those new requirements are
12   clarified by the USOC."
13              Do you recall those topics being discussed at
14   that meeting?
15        A     I do -- I mean, again, there's so many
16   meetings and there was so much going on at that time
17   that I don't remember this specific meeting, but I do
18   remember talking about it around that time frame.  So I
19   would imagine that it was in this February 5th meeting.
20        Q     This appears to be the earliest set of
21   minutes that we've been provided.  Do you have any
22   reason to believe there was a meeting of the GMC before
23   February 5?
24        A     No, I don't.
25        Q     So this could have been your first
```

```
 1   meeting?
 2        A     It could have been.
 3        Q     And as you sit here today, other than
 4   seeing these words here, do you have any specific
 5   recollections of what was discussed?
 6        A     No.  Other than probably us just
 7   introducing ourselves and doing a friendly little
 8   introduction.
 9        Q     Do you have any specific recollection of
10   what was discussed on the topic of coach selection at
11   that first meeting?
12        A     No, I don't.
13        Q     It says here that "Eligibility
14   requirements are being rewritten by the USOC and the
15   earlier appointments may have to be rescinded," et
16   cetera.
17        A     Uh-huh.
18        Q     That doesn't exactly say what you said
19   earlier, which was that you -- the committee had gotten
20   together and kind of handed the job to Bob Gambardella
21   to start an initial draft or get that process going.
22        A     Yeah.
23        Q     Does seeing this make you want to change
24   any of your previous testimony?
25        A     No, it doesn't.  When I read that, I don't
```

```
 1   remember us saying, we're going to let the USOC do it.
 2   I don't remember.  This could be an error.  It could be
 3   maybe that just Virginia wrote something in there
 4   that -- I mean, I don't know.
 5              I don't remember saying, let the USOC give us
 6   the requirements, I don't remember that.  I remember
 7   us knowing that we had to put something together to get
 8   it to the USOC for approval.  Maybe there was just --
 9   quite honestly, we go through minutes all the time and
10   there's always corrections, and I'm sure there's some
11   things that got through on other times anytime we have
12   a meeting.  I don't remember saying, we're going to let
13   the USOC dictate that to us.
14        Q     Turning to Page 2 just for a second at the
15   bottom there --
16        A     Uh-huh.
17        Q     -- it says, "Minutes approved February
18   12 --
19        A     Yeah.
20        Q     -- 2004," which is a week later?
21        A     Yeah, probably the next meeting.
22        Q     Which is consistent with what you just
23   said, that you had the opportunity to review previous
24   minutes and put in your comments, suggestions for
25   corrections?
```

```
1      A    Yes.
2      Q    You were given the opportunity to do that
3  with respect to these February 5 minutes, as best you
4  can recall?
5      A    Yes.
6      Q    Did you take your opportunity to make that
7  correction to the last paragraph of Page 2?
8      A    I mean, I was one of the persons that
9  approved it, I'm sure.  And did I look through all this
10 and say yeah, it was approved.  I'm sure I did.  If I
11 missed that, I missed that.
12     Q    As you sit here today, do you feel that
13 that second sentence of the last paragraph of Page 1 is
14 inaccurate?
15     A    Inaccurate?  I believe so, because in my
16 thought process, it was that we were -- that Bob
17 initiated it, and then we talked about it, and then we
18 sent it to the USOC.  I don't ever remember the USOC
19 giving it to us, then we approving it, and then giving
20 it back to them.  Not at all.
21     Q    Just as an aside, Paragraph 2 on Page 1
22 says that "Membership renewals are lagging as many
23 members and clubs are apparently waiting to see if the
24 restructure succeeds."  Was prior membership unsure as
25 to whether they wanted to continue to be affiliated
```

109

```
1  with USTU?
2      A    I don't think that was the case.  My
3  interpretation was that we weren't sure if there was
4  even going to be a USTU.  So I don't think people
5  wanted to spend their membership dollars and all of a
6  sudden it's gone, there's nothing left.
7      Q    I see.
8      A    Even myself.  I mean, my athletes, at the
9  time, we were holding off before we sent in our
10 membership and our school membership type application.
11 We didn't know what was going on.  We didn't know what
12 was going to happen.  It was a lot of indecision.
13     Q    It's an annual membership?
14     A    It's an annual membership.  And you can
15 sign up at any time.
16     Q    And the fee annually was how much?
17     A    $35.00.  $35.00 for a competitor.
18     Q    And because of that, less money was coming
19 in apparently, and you were aware of that?
20     A    According to -- yes, according to the
21 records, we didn't have as many memberships in those
22 initial months.
23     Q    Thank you.  Next Exhibit, February 26, and
24 it's . . .
25          MR. LEVINSTEIN:  57 perhaps?
```

110

```
1          MR. JONES:  That's what I've got.
2      A    Okay.
3      Q    (BY MR. JONES)  This is the minutes of the
4  GMC committee meeting dated February 26, 2004?
5      A    Yes.
6      Q    And like the other minutes, it too on the
7  second page has a statement that says, "Minutes were
8  approved at March 3, 2004 meeting"; is that correct?
9      A    Yes.
10     Q    And did you have a chance to make any
11 changes or corrections to this one, as best you can
12 recall?
13     A    The best I can recall, yes.
14     Q    You again participated by conference call
15 at this meeting?
16     A    Yes.
17     Q    And many of the same people were there.
18 Just a couple questions on this one.  The fourth
19 paragraph, first sentence, says, "Bob noted that he
20 wants to redesign the sport program to develop a
21 seamless athlete development pipeline."
22     A    Uh-huh.
23     Q    Other than that statement, was anything
24 else elaborated on what he meant by a seamless athlete
25 development pipeline?
```

111

```
1      A    I don't recall.  I had a few different
2  conversations with different people, and Bob being one
3  of them.  But I don't remember, other than that.
4          Again, this is just a general -- I'm sure we
5  spoke.  I'm sure he just didn't say that and that was
6  it and we moved on.  I'm sure we spoke about it for a
7  couple minutes.
8      Q    But as you sit here today, you can't
9  remember anything specific as to what the big plan was,
10 as far as a seamless athlete development pipeline?
11     A    No, I mean, other than there is new --
12 there's different models of this 21st sports
13 development and athletes.  There's different studies
14 and different programs that are being implemented
15 around the world.  And Bob had some resources that he
16 could utilize, and he was interested in trying to
17 establish those within the sport of Taekwondo.
18         MR. LEVINSTEIN:  Is that the 21st
19 century?
20         THE DEPONENT:  The 21st century.
21         MR. LEVINSTEIN:  It's just the word
22 wasn't in there.
23     Q    (BY MR. JONES)  Just as an aside, to
24 understand how athletes rise up to the international
25 elite level competition, the normal career track is
```

112

4/6/2005 Moreno, Juan Miguel

1  people learn Taekwondo from private schools, for
2  instance; is that correct?
3      A    Depends what country you're talking about.
4      Q    Let's talk about U.S.
5      A    Uh-huh.
6      Q    Would that be fair?
7      A    That would be fair.
8      Q    And from these private schools, I guess if
9  they're good enough, then they compete?
10     A    Yes.
11     Q    That's a little different from, say, the
12 way one would progress through elite level track?  What
13 I'm saying is, athletes start young in their schools in
14 many other sports; isn't that true?
15     A    Yes.
16     Q    So that's a different aspect of Taekwondo,
17 when you talk about developing athletes?
18     A    No different than gymnastics or something
19 like that, or wrestling club.  But I see what you're
20 getting at.  In the public school system, probably.
21 Like Little League, probably.
22     Q    Were those differences ever addressed in
23 any of your meetings when you were talking about a
24 seamless athlete development pipeline?
25     A    No.  I mean, we understood that most --

113

4/6/2005 Moreno, Juan Miguel

1  the majority of the people that come through the USA
2  Taekwondo, the whole pipeline, start at some local
3  school.  Some home town, little town somewhere just
4  like most of us did.  So we recognize that.
5      Q    Okay.  Moving down to the last paragraph
6  on Page 1, it says, "Discussion was held concerning the
7  loss of 2 credentials for officials at the Athens
8  Games.  USTU originally were allocated 3 credentials:
9  Team Leader, Coach, Team official," going on to the
10 next page.  "Because of the decline in the sports that
11 have qualified, the USOC had to cut the number of
12 credentials allocated to a number of sports, one of
13 which was taekwondo.  Various ideas on methods of
14 regaining at least one of the credentials were
15 discussed.  Bob Gambardella will discuss with the WTF
16 and this item will be placed on the agenda for
17 discussion with Jim Scherr during the conference call
18 next Wednesday."
19          Other than what I have just read, do you
20 remember anything else being discussed about the loss
21 of credentials?
22     A    I was very concerned.  I mean, I had never
23 been on a team that didn't have a team leader or
24 anything like that.  So I had thought earlier that,
25 wow, only gaining two athletes, that might cut down on

114

4/6/2005 Moreno, Juan Miguel

1  the number of coaches that we get.
2          And knowing how big the Olympic Games is, I
3  know that the Olympic movement is trying to cut sports
4  and cut just the number, the shear size of it.  So I
5  wasn't -- it didn't surprise me that we were going to
6  get a position cut.
7          But we were all concerned about that, and we
8  wanted to make sure we could do anything to try to get
9  another credential, whether it be a coaching credential
10 or a team leader credential.  And we were all going to
11 go out there -- I mean, I'm not so big into the USOC as
12 maybe some of the other people are at having contacts.
13 They were all going to see if we could squeeze another
14 credential from some other sport, or if some other
15 sport could give us one or loan us one or something
16 like that.  So everyone was in their best interest
17 trying to get more credentials for us.
18          Q    Just for you, speaking as an individual
19 with your background and a voting member on the GMC,
20 what would you -- if another credential could be
21 obtained, where do you think it would have best been
22 used in the Athens Olympics?
23          A    Well, with two athletes, it would best be
24 used on another coaching position.
25     Q    Was February 26th the time that you were

115

4/6/2005 Moreno, Juan Miguel

1  first advised that there would only be one credential
2  or likely only be one credential?
3      A    Probably officially, yes; I mean, within
4  that meeting, I would think.
5      Q    Thank you.  Next exhibit, March 8 minutes.
6          MR. LEE:  58?
7          MR. JONES:  Yeah, 58.
8          MR. LEVINSTEIN:  That makes it easy.
9  Thank you.  59 is the minutes.  The March 8th memo you
10 are talking about?  This?
11          MR. JONES:  I stand corrected.  The March
12 8 memo, please.
13          MR. LEVINSTEIN:  You want the March 8
14 memo.  He does want 58.  The date is right.  They're
15 not minutes.
16     A    Okay.
17          Q    (BY MR. JONES)  Have you ever seen this
18 document before?
19          A    Yes.
20          Q    What is it?  Please identify it?
21          A    It's a letter to the U.S. Executive
22 Committee by Bob Gambardella, Steve Lock, and of course
23 the Governance and Management Committee, concerning the
24 future of the Olympic team coach and team leader.
25          Q    And that one is dated March 8, 2004?

116

1    A    Yes.
2    Q    First paragraph, third sentence, "One of
3    the agenda items of the Government (sic) and Management
4    Committee and the CEO was to review the selection
5    procedures and nominations for coach and team leader
6    positions for the 2004 Athens Summer Olympic Games.
7    These procedures (approved [February 28, 2003]), as
8    well as the nominations (approved [August 20, 2003]),
9    had been submitted [to] the USOC's previous
10   administration" --
11       MR. LEVINSTEIN:  "By the."
12       Q    (BY MR. JONES)  Pardon me.  "... by the
13   USTU's previous administration and were approved by the
14   USOC Executive Committee on the dates mentioned."
15       "After our review, we determined that
16   amending the procedures at this time is paramount to
17   the success that we will have in Athens.  First, USTU
18   needs to be a performance-oriented organization.
19   Accordingly, selection procedures and nominations must
20   be based on objective standards that endeavor to meet
21   that goal.  Second, it appears that because only two
22   taekwondo athletes have qualified for the 2004 Summer
23   Olympic Games, the number of credentials that are
24   allotted to USTU may be limited.  Thus, we must ensure
25   that the candidate for coach can also fulfill team

117

1    A    Maybe.  Sometimes.
2    Q    It goes on to say, "Accordingly, we are
3    submitting to you revised selection procedures for
4    coach and team leader positions for the 2004 Summer
5    Olympic Games.  We ask that you vacate your earlier
6    approval of the coach and team leader selection
7    procedures, as well as the nominations to fill those
8    positions, and adopt the new procedures in their place.
9    By doing so, the coach and team leader positions will
10   be vacated until such time as the USTU completes its
11   athlete selection process for nomination to the Olympic
12   team, thereby opening the coach and team leader
13   positions to any individual who meets the new selection
14   criteria.  After completion of the athlete selection
15   process, new nominations for coach and team leader will
16   be submitted to the USOC Executive Committee for
17   approval."
18       This document suggests, does it not, that
19   revised selection procedures for coach were attached or
20   submitted with it?
21       A    That's what it says, we are submitting a
22   selection procedure.
23       Q    As you sit here today, do you recall going
24   over the revised selection procedure as well as at the
25   same time you were having these telephone

119

1    leader duties if called upon."
2    Q    Did you review this document before it went
3    to the USOC Executive Committee?
4    A    This document, I can't recall.  I know in
5    one of our meetings, we spoke.  And we, again, directed
6    Bob and Steve to draft a letter and send it to the --
7    after our discussions to send it to the USOC.  That's
8    generally how we do things.
9       We don't see every single document once it's
10   written.  Some of them we do that are -- that we see
11   fit or whatever.  But at this point, we talked.  We had
12   a gist of what we needed to say, and we directed them
13   to do that.
14   Q    So you have a specific recollection of
15   going over something like this before it went in on
16   March 8, 2004 to the USOC?
17   A    I believe so.
18   Q    And that conversation was not had with --
19   well, that conversation was by telephone?
20   A    I was always on telephone conference call.
21   Q    And if they went over this with you, would
22   they might have faxed it to you so you could see it?
23   A    Usually we do everything via e-mail.  And
24   they'll fax it later.
25   Q    All right.

118

1    conversations?
2    A    I would believe that yes, we had talked
3    about the certain points and certain criteria.
4    Q    Because --
5    A    I don't think I would just let someone
6    say, that's good.
7    Q    I ask that because there's no other
8    mention of the revised selection procedures being voted
9    upon, other than that initial February 5 reference in
10   those first meeting minutes.  Is that fair?
11   A    I mean, within our conversation today,
12   yes, that is fair.
13   Q    Is there any reason you can think of that
14   was not noted in the minutes, that the revised
15   selection procedures are now here, we discussed them,
16   we voted on them?
17   A    Maybe that it was done via e-mail.  We had
18   corresponded back and forth, as we did on a number of
19   different things.  It wasn't personally at a certain
20   meeting.  That's the only thing I can think of.
21   Q    As you sit there today, the only
22   brainstorming, then, on the selection procedures -- the
23   new selection procedures, prior to them going to the
24   USOC, once they were created into written form was
25   probably by e-mail --

120