4/6/2005 Moreno, Juan Miguel

1  MR. LEVINSTEIN: Objection.
2  Q  (BY MR. JONES) -- before this March 8
3  memo went in?
4  MR. LEVINSTEIN: Objection. You can
5  answer.
6  A  Via phone, e-mail. I'm sure we had more
7  than one -- I'm not a computer type guy too much, to be
8  honest with you, so I'm sure I did a lot of things by
9  phone.
10  Q  (BY MR. JONES) Would you have kept your
11  e-mails covering these discussions somewhat?
12  A  Sometimes I have. I mean, I can check my
13  records. I delete a lot. I have some. I can check
14  for you.
15  MR. JONES: Counsel, I'd just like to
16  request those. Obviously, they're within the scope of
17  what we have requested. Highly relevant.
18  MR. LEVINSTEIN: If they're responsive to
19  the request. We're not giving you all e-mail.
20  MR. JONES: I understand.
21  MR. LEVINSTEIN: We'll look and see if
22  there's something that's responsive.
23  Q  (BY MR. JONES) Is there anything in this
24  March 8th letter from Bob Gambardella and Steve Locke
25  which you feel is inaccurate --

121

4/6/2005 Moreno, Juan Miguel

1  MR. LEVINSTEIN: Objection.
2  Q  (BY MR. JONES) -- with respect to the
3  GMC's feelings on all these topics?
4  MR. LEVINSTEIN: Objection. It's just
5  there's, you know, 40 sentences in there. If there's
6  anything -- it's an awfully broad and compound
7  question.
8  MR. JONES: It's an easier way to ask it,
9  though, isn't it?
10  MR. LEVINSTEIN: Exactly. Go ahead.
11  A  No, I don't object to anything.
12  Q  (BY MR. JONES) Okay. Now the March --
13  MR. LEVINSTEIN: 59?
14  Q  (BY MR. JONES) -- March 25 minutes.
15  A  Can I use the bathroom real fast?
16  (Recess taken from 12:14 p.m. to 12:23
17  p.m.)
18  MR. JONES: Back on the record.
19  Q  (BY MR. JONES) We were looking at -- or
20  beginning to look at the next document in order, or not
21  next document in order, but prior document number --
22  MR. LEVINSTEIN: 59.
23  MR. JONES: 59?
24  MR. LEVINSTEIN: It's actually in order
25  from the last one.

122

4/6/2005 Moreno, Juan Miguel

1  Q  (BY MR. JONES) And you've had a chance to
2  look at it. That is the minutes of the GMC of March
3  25, 2004; is that correct?
4  A  Correct.
5  Q  And one thing about this one is that,
6  unlike the other minutes, it doesn't have a phrase at
7  the end of the document saying that the minutes had
8  been approved at a later meeting?
9  A  Hmmm.
10  Q  So the first question is, anything come to
11  mind as to whether this one was approved, not approved?
12  A  Hmmm. I don't know, other than I saw
13  somewhere in here that we won't be having a meeting the
14  next time, so I don't know if it just got skipped or if
15  we just missed it.
16  Q  Do you remember seeing this before?
17  A  This document?
18  Q  Yes. And I'm talking about prior to this
19  litigation.
20  MR. LEVINSTEIN: You mean sometime in
21  March of 2004 or April?
22  Q  (BY MR. JONES) Yeah, roughly around the
23  time that it was generated?
24  A  Not necessarily -- no, I can't remember
25  per se. We've had so many meetings and so many

123

4/6/2005 Moreno, Juan Miguel

1  minutes.
2  Q  Just out of curiosity, there's one
3  reference here at the bottom of the first page
4  discussing an effort to change the state of
5  incorporation of USTU from Ohio to Colorado.
6  A  Uh-huh.
7  Q  Do you remember what the reason for that
8  was?
9  A  I don't remember the reason, per se, but I
10  do remember, even in the former administration, that
11  there was always a thing that the national office is in
12  Colorado; we should have everything here in Colorado.
13  So I remember speaking on that, thinking it would be
14  the right thing to do since everything is there --
15  here, I should say.
16  Q  It didn't have anything to do with
17  litigation?
18  A  Not that I remember.
19  Q  Turning to Page 2, second sentence from
20  the bottom -- or third sentence from the bottom. "The
21  Committee ratified the appointment of Jean Lopez as the
22  Olympic Coach since USTU has only one coach
23  credential."
24  Now, we're talking about March 25, 2004;
25  isn't that correct?

124

1    A    Right.
2    Q    And this is well before the final
3  qualifiers for the Olympic Games, true?
4    A    Right, true.
5    Q    Well before the Olympic team has been
6  selected, true?
7    A    True.
8    Q    And well before a coach could be selected
9  under the new coach selection criteria; isn't that
10 true?
11   A    True.
12   Q    And also well before the time that it was
13 represented to the USOC that a coach would be
14 selected -- and turning back a moment to Exhibit 58, it
15 says, "After completion of the athlete selection
16 process, new nominations for coach and team leader will
17 be submitted," et cetera, et cetera.
18        Do you have any explanation as to what that
19 sentence means?
20   A    Quite honestly, I'm not -- I don't
21 remember ratifying or anything like that, because if
22 I'm not mistaken, that means I would be eliminating
23 myself from a coaching position, and I'm an ambitious
24 guy too. I would like to be an Olympic coach.
25        So I don't see myself approving that and just

125

1    Q    So as you sit here today, you think it's a
2  little inaccurate or just wrong?
3    A    I think it's wrong.
4    Q    Okay. Secondly, is it correct that Jean
5  Lopez's name was even discussed at that meeting?
6    A    I don't remember that. Again, because of
7  Steven, a high profile athlete, I'm sure Jean's name
8  had been brought up at some point. But I don't
9  remember, per se, at this meeting. This is strange to
10 me.
11   Q    Could someone -- I'm not saying you. I'm
12 saying could someone at that meeting have brought up
13 his name and started lobbying a little early for Jean
14 Lopez?
15        MR. LEVINSTEIN: Objection.
16   A    They could have. I don't remember if they
17 did. And based on the criteria, there was no lobbying
18 necessary, in my estimation, as a member, a committee
19 member. It was strictly criteria. So lobbying
20 wouldn't have made a difference one way or the other.
21   Q    (BY MR. JONES) So as you sit here today,
22 your best response to whether Jean Lopez's name was
23 discussed at this meeting was maybe?
24   A    No. Oh, was it discussed?
25   Q    You can't say yes or no?

127

1  eliminating myself like that, knowing that I still have
2  athletes in the pool. So I don't remember that, the
3  committee ratifying the appointment of Jean Lopez,
4  especially so early after we knew that we weren't going
5  to do it until -- we weren't going to have any
6  appointments or any voting on anything until after the
7  Olympic trials.
8    Q    Which was?
9    A    In June. So I'm not quite sure on why
10 this is there, because I know I wouldn't do it if I
11 knew I had an opportunity to be a coach, which at the
12 time I thought was a real possibility.
13   Q    Is it your understanding that Ms. Witte
14 generated these minutes?
15   A    Sometimes Ms. -- most the time, Ms. Witte,
16 but I also know, if I'm not mistaken, that Molly -- I
17 don't know her last name -- from the USTU; she was an
18 assistant there. She would sometimes sit in on the
19 meetings and do it. But that would probably be
20 reflected, and I don't see her name here, so I don't
21 know.
22        Molly Shook. But I don't see her name here.
23 But to me it just seems a little inaccurate just
24 because I know that I would be still in the coaching
25 pool, possibly.

126

1    A    Oh, discussed. Maybe, maybe. Discussed.
2    Q    And that discussion might have been with
3  respect to the Olympic coaching selection?
4    A    It might have been.
5    Q    But as you pointed out, you had people in
6  the pool --
7    A    Yeah.
8    Q    -- at this point?
9    A    Yes.
10   Q    And you had ambitions to be a coach at the
11 Olympics as well?
12   A    Quite honestly, up until to that point, I
13 didn't think that I was even considered for the Olympic
14 coach; but then with the new criteria, there was a
15 chance that if my athlete wins and another athlete
16 beats the other Lopez, then I might have an opportunity
17 to be there.
18   Q    Next exhibit would be --
19        MR. LEVINSTEIN: Another former exhibit?
20        MR. JONES: Yeah. Looking at these
21 e-mails, June 7?
22        MR. LEVINSTEIN: The collection --
23        MR. JONES: Did we do that as a
24 collective --
25        MR. LEVINSTEIN: 61? Does it look like

128

4/6/2005 Moreno, Juan Miguel

1  it compared to what you have?
2      MR. JONES: Yeah. It's collective.
3      Q  (BY MR. JONES) Why don't you take a look
4  at those, Mr. Moreno. They might be out of order. I
5  apologize if they are.
6      MR. LEVINSTEIN: For the record, they're
7  in reverse order of how they were produced, but that
8  may be the right date order.
9      THE DEPONENT: Is it?
10     MR. LEVINSTEIN: Most e-mails go from
11 most recent to the end, and this is from the beginning
12 to the end, which is a probably more intelligent way to
13 put them together.
14     Just for the record, yeah, sometimes the
15 time suggests a different order than they're in, but
16 who cares. Just whatever happens.
17     A  Okay.
18     Q  (BY MR. JONES) Do you recall seeing this
19 Exhibit 61 or parts of it before?
20     A  Yes.
21     Q  Did you see it in electronic form or
22 printed like this?
23     A  Electronic form, I'm sure.
24     Q  And your name is listed as a recipient on
25 several of these e-mails, is it not?

129

4/6/2005 Moreno, Juan Miguel

1      A  Yes.
2      Q  Looking at the substance of the e-mails,
3  do you recall receiving these and reading these about
4  the time they were sent?
5      A  I do.
6      Q  I'll just try and go through them in
7  reverse order --
8      A  Okay.
9      Q  -- which would be USTU00016 for the first
10 page.
11     A  Okay.
12     MR. LEVINSTEIN: That's the order he has
13 it too.
14     MR. JONES: Yeah.
15     Q  (BY MR. JONES) The first e-mail on
16 there -- it looks like there's two. The first one is
17 directed to you, Rich Bender, Tim Yount, Tony Baggiano,
18 and Virginia Witte, courtesy copy to Bob Gambardella,
19 Gary Johansen, Jeff Benz, from Steven Locke dated June
20 7, 2004; is that correct?
21     A  Yes.
22     Q  And what do you -- what was your
23 interpretation of what this e-mail was for?
24     A  My interpretation, it was almost like a
25 formality, because there was only two coaches left. We

130

4/6/2005 Moreno, Juan Miguel

1  put their names next to the criteria, just go down the
2  checklist, and see which one is in. It became apparent
3  that it was Jean Lopez. So it was almost like a
4  formality, I thought.
5      Q  Was this e-mail sent a few days after the
6  final qualifiers?
7      A  Yes.
8      MR. LEVINSTEIN: Two days.
9      A  Two days, Monday.
10     Q  (BY MR. JONES) And as you put it, you
11 felt the die was cast, and it was down to two people,
12 and really one, is that right?
13     A  The objective all along was to have an
14 objective criteria, and once you put in the names,
15 whoever fit the bill, yes, one name would surface,
16 unless for some reason there was an equal tie, and then
17 we, as a committee, would have to make a decision.
18     Q  At the bottom of that same page, it says,
19 "Steve, I hereby nominate Jean Lopez as the USA 2004
20 Olympic Taekwondo Coach. As per the Selection
21 procedures see below I will need the approval from the
22 USTU G&M committee, please see below selection
23 procedures ([number] 3). Could you send this request
24 out to the G&M for their approval? Thanks!"
25     This was from Mr. Gambardella?

131

4/6/2005 Moreno, Juan Miguel

1      A  Yes.
2      Q  And he made the formal nomination; is that
3  right? "I hereby nominate Jean Lopez"?
4      A  Yes.
5      Q  And so this ballot, this vote was
6  attempted electronically?
7      A  Right. And then we figured out we
8  couldn't do that, I guess.
9      Q  All right. Moving on to the second page,
10 to 00015, just the last -- the only sentence there,
11 "Bob, I should have checked first, but (even though I
12 have now sent that piece out having to do with the
13 Olympic coach) can we even vote electronically on
14 resolutions (per the bylaws?)? Steve."
15     Mr. Locke was concerned with the proper
16 formalities?
17     A  Yes.
18     Q  Were there any phone conversations going
19 on during this period that you remember about this
20 vote, or was it all done electronically?
21     A  It was done, I believe, electronically.
22     Q  Okay. Then we come up on Page 00014, the
23 third page. You were sent another e-mail from Steve
24 Locke dated June 7?
25     A  Uh-huh.

132

```
1       Q    Is that a yes?
2       A    Yes.
3       Q    And this is it? And, again, the topic of
4  voting on the coach is discussed. And what was your
5  interpretation of what this e-mail was for?
6            MR. LEVINSTEIN: Objection. You can
7  answer.
8       A    It was just -- my interpretation was that
9  we were just seeing if we could vote electronically or
10 couldn't we vote electronically. That's it.
11      Q    (BY MR. JONES) Okay.
12      A    The time frame we needed to respond back
13 if we couldn't vote electronically.
14      Q    There was a statement here just before the
15 name Steve, it says, "My first question to Bob is:
16 Should we wait until the final fight off to see who is
17 determined to be on the team?"
18      A    Yeah.
19      Q    What's that about, do you know?
20      A    It looks like he didn't realize that the
21 fight off was two days prior. I mean, I don't think
22 Steve claims to be a Taekwondo guru of what's going on
23 every single day within our sport. So I think he
24 probably lost track of dates. But I don't know. It's
25 pretty comical.
```

```
1  rest of the committee, and cc'd to Bob and legal
2  counsel.
3            "Juan, Virginia, Rich and Tony, As we have
4  not had much (or any) discussion forthcoming through
5  email [regarding] Bob's nomination of Jean Lopez to
6  serve as the Olympic coach, I will call the question."
7            Last two sentences. "Last weekend, Steven
8  Lopez and Nia Abdullah were selected to be nominated as
9  Olympic team members through their performances at the
10 Olympic fight off in San Jose. Also, and fyi, this
11 morning, Bob departed for Korea to attend IF meetings."
12           So he was going ahead and asking everyone to
13 vote by calling the question?
14      A    Uh-huh.
15      Q    Yes?
16      A    Yes. Sorry.
17      Q    And then the final one, Page -12, an
18 e-mail from Virginia Witte saying basically she votes
19 for Jean Lopez; is that right?
20      A    Yes, it appears.
21      Q    Next exhibit would be the June 9 --
22           MR. LEVINSTEIN: The ballot?
23           MR. JONES: The ballot, yeah.
24           MR. LEVINSTEIN: Exhibit 60.
25           MR. JONES: I'm sorry. I don't think I
```

```
1       Q    All right. So you think somebody clued
2  him in?
3       A    Obviously.
4       Q    Hopefully before the vote?
5       A    Yes. I believe so.
6            MR. LEVINSTEIN: On Page 13 he knew.
7       Q    (BY MR. JONES) And then the second part,
8  or it looks like maybe a reply, same page --
9            MR. LEVINSTEIN: No, it's an attachment.
10           MR. JONES: I'm sorry. It's an
11 attachment.
12           MR. LEVINSTEIN: It says, "Please see
13 Bob's note below."
14      Q    (BY MR. JONES) It says, "Steve, On Page
15 14 of the By-laws it states that yes sent out by email
16 however it needs to be signed by the EXCOM members."
17           Was it your understanding that eventually you
18 would have to sign --
19      A    Sign.
20      Q    -- sign the ballot?
21      A    Yes, that was my understanding.
22      Q    Okay. Last page.
23           MR. LEVINSTEIN: No. There's two more.
24      Q    (BY MR. JONES) Sorry. Second-to-last
25 page. June 9 e-mail from Steve Locke, again, to the
```

```
1  have an extra copy of that one.
2            MR. LEVINSTEIN: It's okay. I've got
3  one.
4       Q    (BY MR. JONES) You recall seeing Exhibit
5  60?
6       A    Yes.
7       Q    And it is a cover letter from Bob
8  Gambardella to the G&M Committee; is that right?
9       A    Yes.
10      Q    Dated June 9, 2004, regarding "Mail
11 Ballot," in which he attaches the mail ballot, and that
12 is the ballot that has Jean Lopez's name on it and only
13 Jean Lopez's name on it, correct?
14      A    Yes.
15      Q    And it gives you a choice to agree,
16 disagree, or abstain?
17      A    Yes.
18      Q    And it's your testimony that you checked
19 off the agreed?
20      A    Yes.
21      Q    Signed it?
22      A    Yes.
23      Q    Sent it in?
24      A    Yes.
25      Q    Last -- or not last, but --
```

```
1           MR. LEVINSTEIN:  We can hope.
2      Q    (BY MR. JONES)  July 1, 2004 minutes?
3           MR. LEE:  63.
4           MR. LEVINSTEIN:  Thank you.
5      Q    (BY MR. JONES)  I want to focus you in on
6  the last paragraph of Page 1.
7      A    Uh-huh.
8           MR. LEVINSTEIN:  Yes?
9      A    Yes.  I'm getting worse.  I'm sorry.
10 You're wearing me down.  You're wearing me down.
11 Never.
12     Q    (BY MR. JONES)  These are the July 1, 2004
13 minutes of the USTU GMC committee; is that right?
14     A    Yes.
15     Q    And like the last one, this one doesn't
16 appear to have an approval at the subsequent meeting.
17     A    Correct.
18     Q    At least that I see.
19     A    I don't see it.
20     Q    And you participated by conference call,
21 and again the same basic participants were there?
22     A    Yes.
23     Q    Fourth paragraph, Page 1, "Juan Moreno
24 joined the call and discussion began on the letter from
25 Olympic athlete Nia Abdullah asking that her current
```

137

```
1  coach be available to coach her in Athens.  Kelly
2  pointed out that Jean Lopez had qualified to be the
3  USTU Olympic Coach under the USOC Coaches Selection
4  procedure and had been recommended to the USOC Board of
5  Directors for approval.  There is only one coaching
6  credential available for USTU.  The Committee voted
7  unanimously to 'direct USTU to allocate the funds
8  necessary to send Coach Chul Ho Kim to the Malta
9  training camp and the Athens games to work with Nia
10 Abdullah.'  She will be advised that he will not be
11 able to coach her at ringside during her competition,
12 but they will have access to the training facility at
13 the American College of Greece.  Bob will work with Nia
14 to make sure she has training partners at the OTC
15 leading up to the Games."
16      Sorry.  Carry over to the next page.  "Kelly
17 noted that the coaching selections were to be ratified
18 today at the USOC Board meeting in Chicago and
19 hopefully would be formally announced by Friday July
20 2."
21      First of all, what I have just read to you,
22 is it accurate?
23           MR. LEVINSTEIN:  Objection.
24      Q    (BY MR. JONES)  As to the discussions?
25           MR. LEVINSTEIN:  Objection.
```

138

```
1      A    Best of my recollection.
2      Q    (BY MR. JONES)  And just to understand how
3  this question involving Nia came up, who was the first
4  person to come forward with an issue regarding Nia and
5  her need for Coach Chul Ho Kim or some coach besides
6  Jean Lopez?
7      A    I couldn't tell you.  I would assume Nia,
8  but not -- I couldn't tell you.
9      Q    Are you sure it was not Sam Pejo?
10     A    I don't know.
11          MR. LEVINSTEIN:  For the record,
12 yesterday's testimony was it was her mom.
13          MR. JONES:  I know that.
14          MR. LEVINSTEIN:  Okay.
15     A    I don't know.
16     Q    (BY MR. JONES)  So as far as you know, it
17 was a letter from her parents or a phone call from her
18 parents or mom, in particular; is that true?
19     A    That's what I would assume.
20     Q    And in your own words, what was the
21 problem with her just going with Jean Lopez as her
22 coach?
23     A    There was only two athletes.  There was
24 only one coach selected.  She was upset that her coach
25 wasn't selected.  Quite honestly, there was also
```

139

```
1  concern that the runner up, who happened to be Jean
2  Lopez's athlete, happened to be his sister.
3       So I'm sure as an athlete in combative sport,
4  there's always some concern about their safety and
5  their well-being.  And she had been very adversarial
6  with Jean and his sister, Diana.  So it wasn't -- it
7  was going to be a little bit of a difficult situation
8  for them.
9       That's why -- and we understood that.  That
10 is why -- I mean, I was on the committee, and I was
11 very adamant that we do everything in our power.  I
12 understood that we could only have one coaching
13 credential.
14      Meanwhile, let me say, I wasn't best friends
15 with Jean Lopez, so I couldn't care one way or the
16 other.  But I was also concerned with both athletes.
17 So I was very pro helping Nia out in any form or
18 fashion, getting her coach to both the training session
19 and to the Olympic Games without any expense to himself
20 so that Nia could feel as comfortable as possible.
21     Q    Just to understand the implications here
22 with Jean Lopez's sister being an alternate.  Are you
23 saying that if Nia got injured in elimination rounds in
24 the Olympics, let's call them semi-finals, Jean Lopez's
25 sister would be --
```

140

```
 1      A    No.  Once you're in the Olympic Games,
 2  you're at the Olympic Games.  Once you're competing, if
 3  you get hurt the first match or last match, there's no
 4  one that can replace you.
 5           Up until that point -- which quite honestly,
 6  I know there's a certain point that you can only
 7  register certain athletes, and then there's a cutoff
 8  date, so even if she got hurt the day after that,
 9  there's nothing you can do; you just lose that spot.
10      Q    So we're talking more about something that
11  might happen, say, during training up until the
12  Olympics?
13      A    Correct.
14      Q    So if she got hurt in training, Jean's
15  sister would replace her?
16      A    Correct.
17           MR. LEVINSTEIN:  Before the cutoff date.
18      A    Before the cutoff date.
19      Q    (BY MR. JONES)  Before the cutoff date,
20  whenever that is.
21      A    Uh-huh.
22      Q    Did you see the letter from Nia's parents?
23      A    I believe I did.
24      Q    What kinds of things did they say, because
25  we've not seen a copy of the letter?
```

141

```
 1      A    I can't remember specifically.  The same
 2  kind of concerns I just mentioned to you.  They just
 3  were concerned why her home coach wasn't selected, and
 4  I'm sure they weren't privy to the procedures.
 5      Q    Did they state that they felt that there
 6  are bad relations between Jean Lopez and Nia?
 7           MR. LEVINSTEIN:  Objection.
 8      A    I don't remember.  I don't remember the
 9  nature of the letter.  I mean, I remember the nature,
10  but I don't remember the exact content.
11      Q    (BY MR. JONES)  You've heard the phrase
12  "conflict of interest"?
13      A    Sure.
14      Q    Do you believe there's a code that applies
15  to coaches, as far as a code of ethics?
16      A    Sure.
17      Q    Do you think there's any -- was any
18  conflict of interest for Jean Lopez to be handling Nia
19  in the Olympics?
20      A    According to the criteria, no.  From a
21  personal standpoint, if I was Nia, and I don't have my
22  coach there and I'm competing, sure.
23      Q    So the committee, notwithstanding that
24  there was only one coaching position, got together and
25  decided what?
```

142

```
 1           MR. LEVINSTEIN:  Objection; only one
 2  credential.
 3           THE DEPONENT:  Answer?
 4           MR. LEVINSTEIN:  Yeah.
 5      A    We didn't decide anything.  I mean, again,
 6  we have to go back to the procedures.  They were
 7  objective.  This is the person that met all the
 8  requirements.  He was the one -- whether we liked it or
 9  not, he was the one.
10           But we also took it under consideration, like
11  I said, that there was another athlete, so let's try to
12  do what we can do, within our capabilities, the best
13  possible scenario for Nia Abdullah, which was training
14  partners and coaches coming along.
15      Q    (BY MR. JONES)  And that is specifically
16  the action taken was to --
17      A    Because up until to this point, there was
18  no -- there was nothing said that said we had to bring
19  her coach, but we thought it was in the best interest
20  to show that we are an athletes-based organization,
21  that we want to help her to the best of our
22  capabilities.
23      Q    And that action translated to setting
24  aside funds necessary to send Coach Chul Ho Kim to
25  Malta and the Olympics to help Nia in the capacity as a
```

143

```
 1  trainer?
 2           MR. LEVINSTEIN:  Objection.
 3      A    Trainer slash coach, you know.
 4      Q    (BY MR. JONES)  Uncredentialed coach?
 5      A    Uncredentialed.
 6      Q    But also with the understanding that
 7  because he was uncredentialed, he couldn't sit with her
 8  ringside?
 9      A    Sit with her where?
10      Q    Ringside?
11      A    Of course.  The Olympics are a very
12  protected event.  You just don't walk on the floor.
13      Q    So any coaching he could do for her during
14  actual competition would have to be from wherever he
15  was allowed to sit?
16      A    From wherever he bought a ticket.
17      Q    Wherever he bought a ticket?
18      A    Yeah, wherever he sat in the auditorium.
19      Q    Did you go to the 2004 Games?
20      A    Yes, I worked.
21      Q    Where was Coach Kim allowed to sit with
22  respect to where Nia was fighting?
23      A    I mean, I couldn't tell you.  I was
24  working the event.  I was an announcer, so I had a job
25  to do.  So I know he was somewhere in the area, but I
```

144

4/6/2005 Moreno, Juan Miguel

1  don't know.  I couldn't tell you whether it was the
2  first row, fourth row, eighth row.  I couldn't tell you
3  at all.  I mean, I know where some Americans were
4  sitting, but that's it.
5      Q     He testified yesterday it was kind of
6  noisy in there and difficult to communicate with Nia
7  when she was actually fighting.  Do you have any reason
8  to dispute that?
9      A     No.  I mean, it's the Olympics Games.
10 People are cheering and people are going crazy.  And
11 his job wasn't the Olympic coach.
12           MR. LEVINSTEIN:  He's not the loudest man
13 either.  It's hard to imagine him yelling, after
14 yesterday.  He's hard to hear.  I guess he does, but
15 very soft spoken.
16     Q     (BY MR. JONES)  I just wanted to show you
17 the new coaching selection criteria.  I think we had a
18 premarked exhibit.
19           MR. JONES:  Was it attached to the letter
20 to Master Lee?
21           MR. LEVINSTEIN:  Correct.  Exhibit 10
22 maybe.
23           MR. JONES:  Yeah, something like that.
24           MR. LEVINSTEIN:  Yes, Exhibit 10.
25     Q     (BY MR. JONES)  I just wanted to show you

145

4/6/2005 Moreno, Juan Miguel

1  is, "Position of head coach will be selected based on
2  the following criteria, in priority order:"
3           First item, "Number of athletes the coach has
4  placed on the 2004 Olympic Team."  The second item,
5  "Competition record (from June, 2003 to June, 2004) of
6  the athletes placed on the 2004 Olympic Team.  Priority
7  consideration will be given to results from, in
8  priority order," first item, "2003 World Championships,
9  2003 Pan [Am] Games."
10          Focusing in on the first two-line items,
11 number of athletes the coach has placed and then the
12 one right after that, do you interpret this criteria to
13 mean that unless someone places athletes on the 2004
14 Olympic team, the GMC can't even look at the second
15 line item?  In other words, one has to satisfy the
16 first line item before you could even look at the
17 second line item as to the quality of these athletes?
18          MR. LEVINSTEIN:  Before you go on, the
19 second one includes the same requirement, because it
20 has in it athletes placed on the 2004 teams.  So you
21 couldn't meet either criteria if you didn't meet the
22 first.
23          MR. JONES:  I just want to get his
24 interpretation.
25          MR. LEVINSTEIN:  Sorry.

147

4/6/2005 Moreno, Juan Miguel

1  not so much the letter, but the last page of Exhibit
2  10.
3           MR. JONES:  Let's go ahead and have a
4  copy made of that same thing and make it a separate
5  exhibit next in order.
6           (Deposition Exhibit No. 76 was marked
7           for identification.)
8           MR. LEVINSTEIN:  Exhibit 76 is the last
9  page of Exhibit 10, and it doesn't have a Bates number.
10 But it's "Selection Procedures for Coaches" with a fax
11 cover line at the top.
12     Q     (BY MR. JONES)  Have you had a chance to
13 look at that one?
14     A     Yes.
15     Q     Just to verify for the record that that's
16 the one, is that Exhibit 76 the new coaching selection
17 criteria that was approved by the GMC in 2004?
18     A     Yes.
19     Q     Is that the same coaching selection
20 criteria that was used to select Jean Lopez as the
21 coach of the U.S. Olympic team in 2004?
22     A     Yes.
23     Q     And just to understand how you interpret
24 this criteria, No. 1 says, "What are your NGB
25 prerequisites for coaching positions?"  And the answer

146

4/6/2005 Moreno, Juan Miguel

1      A     Yes, my interpretation is that yes, you
2  have to be -- you have to have an athlete that you're
3  coaching on the Olympic team 2004.
4      Q     (BY MR. JONES)  And then from the pool of
5  coaches that have athletes that have made it to the
6  team, you then evaluate the quality of those athletes
7  based upon the rest of these line items; is that right?
8      A     Yes.
9      Q     Now, at the top -- I know this isn't
10 particularly your area, but at the very top, it says
11 "Directions"?
12     A     Uh-huh.
13     Q     "Procedures for selection of coaches for
14 the Games must be approved at least 12 months prior to
15 the start of the Games."  It says that, correct?
16     A     Yes.
17     Q     And it's true, is it not, that these
18 criteria were not approved at least 12 months prior to
19 the start of the Games?
20     A     Yes.
21     Q     So these criteria did not follow at least
22 the written directions at the top when they were
23 approved; isn't that true?
24     A     I think -- yes.
25     Q     Do you know the source of this 12-month

148

**Page 149**

```
 1   rule that's listed in the directions, if it is a rule?
 2       A   I don't know if that's a USOC mandate or
 3   rule.  I really don't know.
 4       Q   And you don't have any reason to dispute
 5   that it's contained in the USOC bylaws?
 6       A   Again, I'm not a legal person.
 7       Q   Thank you.
 8           MR. JONES:  Let me just check my notes
 9   real fast.  I think I'm done.  A short lunch break?
10           MR. LEVINSTEIN:  I may ask one or two
11   questions.
12           MR. JONES:  Okay.  I had one question.
13       Q   (BY MR. JONES)  Did you attend a USTU
14   meeting on November 3rd, 2004?
15       A   Where was it at?
16       Q   At the Sheraton, Colorado Springs --
17       A   Yes, yes.
18       Q   -- hotel.
19       A   Yes, I was.
20       Q   Was that a Board of Governors meeting?
21       A   Yes.
22       Q   Did that meeting invite people more than
23   just the GMC committee?  In other words --
24       A   Yes.
25       Q   -- it invited the Board of Governors?
```

**Page 150**

```
 1       A   Uh-huh.
 2       Q   Who was the Board of Governors?
 3       A   The Board of Governors would have been the
 4   former administration, state presidents, appointed
 5   people that were supposed to be removed.
 6       Q   There were various items voted on at that
 7   meeting; is that true?
 8       A   Yes.
 9       Q   Or considered?
10       A   Considered, yes.
11       Q   Some possibly big changes for USTU or USA
12   Taekwondo?
13       A   Uh-huh.
14       Q   Is that fair?
15       A   Correct.
16       Q   USA Taekwondo, by the way, was the new
17   name for USTU?
18       A   Yes.
19       Q   At any time, do you recall standing to
20   address any part of the group or a subgroup of the
21   group that was in attendance?
22       A   Absolutely.
23       Q   Do you remember what you said?
24       A   There was -- I mean, I spoke on a number
25   of different topics.  Just talked about the state of
```

**Page 151**

```
 1   the union, almost, kind of, about the athletes and the
 2   direction that we were going, those types of things.
 3   Had a couple of questions from a couple of people.  I
 4   tried to answer them to the best of my ability.
 5       Q   Was it a heated meeting, in the sense that
 6   there were strong opposing views?  Is that fair?
 7       A   Yeah, that's fair.
 8       Q   Sometimes prior management had strong
 9   views?
10       A   Prior management?  There was no management
11   there.
12       Q   You said prior --
13       A   Board of directors.
14       Q   Prior board of directors?
15       A   There was a few there that had some views.
16       Q   Did you ever stand to address them on any
17   issues?
18       A   I'm sure I did.  Again, there was -- the
19   Governance and Management Committee were kind of
20   fielding questions back and forth, back and forth.
21       Q   Do you remember ever standing and
22   addressing them and saying something to the effect that
23   we passed this motion, despite you, not because of
24   you --
25       A   No.
```

**Page 152**

```
 1       Q   -- or we succeeded on this despite you,
 2   something along those lines?
 3       A   The question was raised to me, Juan,
 4   you're a product of the USTU, and people supported you
 5   and helped you come up through the ranks and blah,
 6   blah, blah, blah.  And my response to them was that the
 7   USTU never did anything for me.  They never brought me
 8   to a camp.  They never took me to a junior camp.
 9           So the people that have excelled in our
10   sport, the Herb Perezs, the Arline Limases, the Lynette
11   Loves, the Juan Morenos, the Steven Lopezes, we have
12   achieved certain things not because of you, but despite
13   you guys.
14           I mean, the coaching didn't help us.  Most of
15   the resources didn't help us.  We didn't utilize a lot
16   of things that we could have utilized.  And most of us
17   did it on our own from our own home little gyms.
18           So that was me speaking from my own
19   perspective and having conversations with other
20   different people.  And I was very forthcoming.  I said,
21   I'm not going to say that I don't appreciate being
22   involved in this organization and appreciate some of
23   the people that have helped me along the way, but their
24   content of the question to me was, you're only there
25   because of us.  I was like no, I'm not.  I never did
```

1  one thing.
2         Right before I made my first Olympic team, I
3  never had one coach ever talk to me. I never was
4  invited to one camp, never even looked at.
5         So, no, I did that stuff by myself.
6  Subsequently later on, people like Mr. Lee here, helped
7  me with some of my development, of course.
8     Q   When you used the phrase "you guys" just
9  now, to whom were you referring?
10    A   I was just generizing (sic) to the USTU.
11 I mean the USTU organization, not any one individual or
12 one type of people. Just the organization, because I'm
13 sure you're aware of, there's many different people
14 from different places in our organization, not just one
15 type of people.
16    Q   This group that you were addressing,
17 though, is it fair to say it was the old guard, the
18 USTU?
19    A   It was both, because there was some old
20 guard that was there. There were some people that were
21 in support of our organization. There was athletes
22 there. It was a pretty good mix.
23    Q   When you stood to speak, though, was the
24 topic that you were talking about voting on -- well,
25 let me back up a moment.

153

1         When you say you succeeded, were you just
2  talking about you individually as an athlete, not about
3  any pending matter that was being voted upon?
4     A   No. I wasn't asking questions for voting
5  or anything. I was simply giving a state of the union.
6  That question was presented to me, and that's when it
7  became a little bit personal. I wasn't giving facts
8  anymore. I was getting personal, saying, for me, this
9  is how I succeeded, and this is the things that were
10 given to me or were not given to me. So I was going
11 very directly with the person that asked me the
12 question.
13    Q   You would agree that there were a high
14 percentage of Korean Americans, though, in the old
15 management?
16    A   In the old management? Define --
17    Q   The old executive --
18    A   Absolutely. There was a definitely a
19 high --
20    Q   -- board?
21    A   Yeah.
22    Q   But when you stood to address them, you
23 weren't addressing Korean Americans in particular?
24    A   Absolutely not. Just anybody that was on
25 the old board and that was fighting the change that was

154

1  being productive.
2         MR. JONES: All right. I think that's it
3  for direct.
4         MR. LEVINSTEIN: I just want to ask a
5  couple of questions.
6             E X A M I N A T I O N
7  BY MR. LEVINSTEIN:
8     Q   Focusing on 1991, who was your coach?
9     A   Dae Sung Lee.
10    Q   And were you invited to go to the 1991
11 World Championships?
12    A   I wasn't invited. I won my spot at the
13 team trials and was a member of that team.
14    Q   You earned the right to go to the World
15 Championships?
16    A   Yes.
17    Q   And what happened at that World
18 Championships?
19    A   I didn't go to that World Championships.
20    Q   And why not?
21    A   Prior to the World Championships, we had a
22 training camp in Colorado Springs, and there was a
23 couple of coaches brought in. But the one who was
24 running the coaching was my coach, Dae Sung Lee, which
25 obviously I was very happy about. There was a couple

155

1  of coaches that came, and they ended up leaving because
2  they didn't think they could handle us, and they didn't
3  think they were at our level.
4         All the meanwhile, Dae Sung Lee was not one
5  of the coaching staff members. And I had a very heated
6  argument with a few people on why he wasn't on the
7  coaching staff, when he was the one who had a number of
8  people on the team; quite a few members on the team --
9  I could actually probably go through and count, but
10 quite a few men and a few women -- who was running all
11 the trainings, getting up with us at 6:00 and training
12 us at 10:00 and training us at 3:00, and was just doing
13 all the work, who had the confidence of all the
14 athletes, why he wasn't being a member of that coaching
15 staff.
16        And they just said, oh, wait, wait, wait. So
17 I elected to boycott. I elected to boycott and say, if
18 you're not going to take my coach, and you're not going
19 to take the coach who is doing all the work, then I'm
20 not going to go through the hardest tournament in the
21 world and sit with some guy that I don't know anything
22 about who is going to tell me what to do and when to do
23 it and how to do it. I have no faith in him and no
24 confidence in him.
25        So I decided that I was going to boycott. I

156

1  stepped out and removed myself. And they ended up
2  getting the second-place person to go in my spot.
3  Subsequently, at the last minute, they included
4  Mr. Lee, but only after I was gone.
5       So he ended up making the trip, but not until
6  the last second, when all they had to do was take care
7  of the athletes and do the right thing, and everything
8  would have been fine. And I wouldn't have lost, like
9  he lost. Maybe. Just kidding.
10      Q    When you selected -- withdrawn.
11      When you, the Government and Management
12 Committee -- I'm switching time frame totally. When
13 the Government and Management Committee decided to
14 allocate the resources to send Chul Ho Kim to Malta and
15 Athens, was there a hope that he would become a
16 credentialed coach?
17      A    There was a slight hope. I mean, we had
18 talked about it even in our previous meetings that,
19 hey, we're going to get over there and we're going to
20 try to pull some strings and talk to people and see
21 what we can do. There was definitely a little bit of
22 hope.
23      We knew what we were up against. We knew it
24 wasn't going to be easy, but we were going to try to
25 do -- when I say we, I wasn't in an official capacity

157

1  would have done everything in my power to make sure
2  that the athlete, Nia, was taken care of.
3       Q    And would a coaching credential have
4  allowed someone who had it to go into the Olympic
5  Village?
6       A    I'm sorry?
7       Q    Would a coaching credential have given a
8  person who had one access to the Olympic Village, if
9  you know?
10      A    If you're a coach? Hmmm. I'm not sure.
11 From previous Olympic Games, I remember we actually --
12 that was the case. I have heard of other coaches that
13 had field of play passes that weren't -- like track and
14 field coaches that weren't allowed in the athlete
15 village.
16      I remember even 1992 -- or I'm sorry -- 2000,
17 Han Won Lee was the Olympic coach, but he didn't have
18 full access to all of the Olympic Village. He stayed
19 there and lived there, but he couldn't go to the dining
20 halls.
21      So I know there's some restrictions on some
22 of that stuff.
23      Q    Nothing else?
24      MR. JONES:  Just a couple of follow-up.
25 [LINE INTENTIONALLY LEFT BLANK.]

159

1  there, but I knew Bob was going to try to the best of
2  his ability to get another credential.
3       Q    Were you aware that Bob Gambardella got a
4  credential at some point during Athens?
5       A    Yes, I was aware.
6       Q    What kind of credential did Bob get?
7       A    I don't know what his credential was. I
8  think it gave him access to probably the playing -- or
9  the venue. I don't know if he was even available to
10 go -- or able to go down to the holding area. I'm
11 almost positive it wasn't a field of play.
12      Q    So in your understanding, if he had given
13 that credential to Chul Ho Kim, could Chul Ho Kim have
14 sat in Nia's chair?
15      MR. JONES:  Objection; calls for
16 speculation.
17      A    Answer?
18      Q    (BY MR. LEVINSTEIN)  (Counsel nodded.)
19      A    It's my understanding, no, that it was not
20 that credential. It was not a coaching credential.
21      Q    And if the USOC had -- or the USTU had
22 been able to get a second credential, was it your view
23 that that credential should go to a coach or a team
24 leader?
25      A    I mean, it was absolutely a coach, and I

158

1            E X A M I N A T I O N
2  BY MR. JONES:
3       Q    This incident with Dae Sung Lee not being
4  able to go with you for the World Championship --
5       A    World Championships in Greece. Kind of
6  funny, ironic.
7       Q    How big was the team to go, the U.S. team?
8       A    Sixteen players.
9       Q    So he had a 16 U.S. team --
10      A    Eight men and eight women.
11      Q    And how many coaches were allowed for a
12 U.S. team?
13      A    Back in those days, whoever paid got to
14 go. But generally, it was three men and three women
15 coaches. So usually six coaches. Of those six, none
16 of them had athletes on the team, except for him.
17      Q    And so all three of the men that were
18 selected to fill the coaching positions, at least in
19 the first round, until you said something --
20      A    Uh-huh.
21      Q    -- were from outside the OTC?
22      A    Yes. I mean, they were from around the
23 country.
24      Q    He was working at the -- meaning Dae Sung
25 Lee -- was working at the Olympic Training Center at

160

```
 1  the time?
 2      A    He was the coach of the Olympic Training
 3  Center. I'm not sure if he was paid at that time or
 4  not.
 5      Q    But you identified him as being --
 6      A    The coach, absolutely.
 7      Q    -- a coach at the Olympic Training Center?
 8           Were any other coaches of the Olympic
 9  Training Center going?
10      A    We only had one.
11      Q    Understanding that you were more
12  comfortable with Dae Sung Lee because you were working
13  with him, were these other three coaches less qualified
14  than him?
15      A    Again, because there was no coaching
16  standards at the time, I would say absolutely less
17  qualified. I mean, he was a recent athlete that
18  excelled in this country. He was an athlete that had
19  the confidence -- or I'm sorry -- a coach that had the
20  confidence of the majority of the team because they
21  were his athletes. And the ones that weren't his
22  athletes were either former teammates of his, i.e.,
23  Herb Perez, or had known him for years and years and
24  trusted his ability to coach and help the team.
25      Q    But using the old coaching criteria, which
```

161

4/6/2005 Moreno, Juan Miguel

```
 1  is the one --
 2      A    Use that loosely.
 3      Q    Yeah. That was in effect, at least,
 4  during this earlier situation that you had --
 5           MR. LEVINSTEIN: Objection. We don't
 6  know if there were criteria or what they were.
 7      Q    (BY MR. JONES) Assuming prior coaching
 8  experience was the criteria that they were using in
 9  those days --
10      A    Okay.
11      Q    -- do you have any reason to believe that
12  these three men that were sent did not have prior
13  coaching experience in international competitions?
14      A    I can't remember all of the individuals,
15  but I would say some of them may, some of them may not.
16      Q    Can you name any that did not have prior
17  international coaching competition experience?
18      A    I'm trying to think. Pre-'91. I can't,
19  per se, right now. It was a long time ago, 13 years
20  ago.
21           I mean, I could probably guess, but I would
22  have to look at the names -- or put the names down and
23  then go back to some records and stuff like that. But
24  nothing of any significance. Put it that way. Nothing
25  of any significance with a U.S. national team. And at
```

162

4/6/2005 Moreno, Juan Miguel

```
 1  that time, I had been on the team for three years,
 2  including the Olympics Games.
 3      Q    Do you think that decision was driven
 4  because of a Korean cultural thing?
 5      A    I think it was based on there was no
 6  procedures because it wasn't a USOC event, so we didn't
 7  have to provide procedures to World Championships. We
 8  could do whatever we wanted.
 9           It was very well known at that time that
10  people could make a donation to the national team to be
11  a coach or assistant coach or head of team or team
12  leader, and that was prevalent at the time. So I took
13  all those as factors into that. Just leave it at that.
14      Q    Somehow, though, Dae Sung Lee's name was
15  reconsidered, and he replaced one of those three men
16  that you were referring to?
17      A    I'm not sure if he replaced him or he just
18  was added. I'm not quite sure of that. I was a young
19  athlete at the time and very straightforward. And I
20  wasn't hip to all the procedures and what could be done
21  and what couldn't be done and how many credentials they
22  could have at a World Championship. I didn't know
23  anything about that stuff.
24      Q    That bothered you, though, that they did
25  not send -- that they did not pick Dae Sung Lee in the
```

163

4/6/2005 Moreno, Juan Miguel

```
 1  initial round?
 2      A    Very much so.
 3      Q    And was this something that you brought to
 4  the powers that be, the persons that select coaches
 5  early on before?
 6      A    Yes.
 7      Q    And who did you specifically bring your
 8  concern to?
 9      A    Sang Lee.
10      Q    What are your feelings towards Sang Lee?
11      A    You know, a lot of people have their own
12  personal feelings. Personally, he has always been very
13  nice to me, very friendly to me, very fair to me.
14           And even in our private conversations, you
15  know, non-Taekwondo related, he has been very
16  complimentary to me, very supportive of my family and
17  the endeavors that I wish to do, and we just spoke on a
18  lot of different life type situations. For me,
19  personally, I have nothing against him. He was always
20  a very good man to me.
21      Q    But in this particular situation, you
22  disagreed with his decision?
23      A    It wasn't like I didn't (sic) disagree
24  with his authority. It was just I disagreed with his
25  philosophy. That's it.
```

164

4/6/2005 Moreno, Juan Miguel

1  Q   And what was that philosophy?
2  A   He told me that Dae Sung Lee had to wait
3  his turn. Juan, don't worry; later, later, later.
4  Again, as a young aggressive person, I was like, later?
5  Why later? Why not now? What's wrong with now? That
6  was -- I remember that conversation.
7  Q   Okay.
8      MR. LEVINSTEIN: I'll ask one more thing.
9  Sorry.
10           E X A M I N A T I O N
11 BY MR. LEVINSTEIN:
12 Q   There was a time in 2003 when you learned
13 that the Coaching Science Committee had nominated Dae
14 Sung Lee to the USTU Executive Committee. You
15 testified about that?
16 A   To the USTU Executive Committee?
17 Q   Is that where the nomination went or to
18 the Board of Governors?
19     MR. JONES: As coach.
20 A   As a coach. Okay, yes.
21 Q   (BY MR. LEVINSTEIN) I'm just trying to,
22 out of nowhere, bring you to a time frame.
23     Was there a time, prior to 2003, when you had
24 a conversation with Mr. Dae Sung Lee about who was
25 going to be selected to be the Olympic coach for 2004?

165

4/6/2005 Moreno, Juan Miguel

1  A   Prior -- so you mean like in 2002? I
2  don't know if it was 2002, but I do remember having
3  conversations that it looked like Dae Sung Lee was
4  going to be the coach of the Olympic team.
5  Q   Who told you that?
6  A   We had that conversation together, me and
7  Mr. Lee.
8  Q   So Mr. Lee told you that?
9  A   Uh-huh.
10 Q   And was that before he had been nominated
11 by the Coaching Science Committee?
12 A   Yes.
13 Q   And did he tell you it looked like he was
14 going to get it or he was going to get it?
15 A   I mean, he was never brash enough to say,
16 oh, I'm going to be it. That's not his character or
17 his nature. But he gave me the indications that he had
18 been the national team coach for a few years and then a
19 couple of big competitions leading up to that and was
20 being named as the Pan American coach so that he would
21 more than likely be the Olympic coach.
22 Q   Did he discuss with you a possible
23 position for you?
24 A   We did.
25 Q   And what position did he discuss?

166

4/6/2005 Moreno, Juan Miguel

1  A   Possibly being an assistant coach.
2  Q   And did he indicate that he would have the
3  power to select you as an assistant coach?
4  A   Not that he would appoint me or select me;
5  that he was going to highly recommend me to whoever.
6  Q   Is there a thought that, by his
7  recommendation, that would have a significant impact on
8  whether you became the assistant coach?
9  A   I believe so.
10 Q   That's it.
11           E X A M I N A T I O N
12 BY MR. JONES:
13 Q   Your thought was that you might get the
14 position if he highly recommended you; is that correct?
15 A   Yes, that was my thought.
16 Q   You understood that he couldn't promise
17 that though?
18 A   No, he didn't promise it, but he said,
19 I'll take care of you.
20 Q   You also understood, though, that there
21 would be a vote at the second committee level,
22 executive board level?
23 A   I didn't know for sure. I didn't know if
24 it was only for the head coach and then assistant
25 coach -- or he picked his assistant coach. I really

167

4/6/2005 Moreno, Juan Miguel

1  didn't know.
2  Q   So this is all impressions, then, on how
3  that would work?
4  A   Yes.
5  Q   Thank you. No further questions.
6      MR. LEVINSTEIN: One last question.
7           E X A M I N A T I O N
8  BY MR. LEVINSTEIN:
9  Q   The impressions were based on what he told
10 you?
11 A   Yes.
12     MR. JONES: Thank you.
13     (The deposition concluded at 1:24 p.m.)

168

4/6/2005 Moreno, Juan Miguel

```
 1                A F F I D A V I T
 2   STATE OF COLORADO     )
                           ) ss.
 3   COUNTY OF             )
 4          I have read my deposition, and the same is
 5   true and accurate, save and except for changes and/or
 6   corrections, if any, as indicated by me on the
 7   amendment sheet(s) attached hereto as indicated.
 8
 9   Amendment sheet(s) attached [ ]
10   No changes; no amendment sheet attached [ ]
11
12
             _____
13                  JUAN MIGEL MORENO
14
15       SUBSCRIBED AND SWORN TO before me on this
16   _____ day of _____, 2005.
17   My commission expires: _____
18
19
             _____
                    NOTARY PUBLIC
20
        in and for the State of _____
21
22
23
24
25
```

4/6/2005 Moreno, Juan Miguel

```
 1                C E R T I F I C A T E
 2
     STATE OF COLORADO   )
                         ) ss.
 3   COUNTY OF DENVER    )
 4
 5
             I, VALORIE S. MUELLER, Registered
 6   Professional Reporter and Notary Public in and for the
     State of Colorado, duly appointed to take the
 7   deposition of JUAN MIGEL MORENO, certify that prior to
     the examination the deponent was duly sworn to testify
 8   to the truth in the matters in controversy between the
     parties herein; that the deposition was taken in
 9   shorthand by me at the time and place aforesaid and was
     thereafter reduced to typewritten form by me and
10   processed under my supervision, the same consisting of
     169 pages, and that the same is a full, true and
11   complete transcription of my shorthand notes.  I
     further certify that I am not related to, employed by,
12   or counsel to any of the parties herein, or otherwise
     interested in the events of the within cause.
13
14       A transcript review of this deposition was
     requested and is available to the deponent as notified
15   by me.
16
         IN WITNESS WHEREOF, I have affixed my notarial
17   seal this 25th day of April, 2005.  My commission
     expires December 11, 2006.
18
19
             _____
                    VALORIE S. MUELLER
20              Registered Professional Reporter
21
22
23
24
25
```