4/5/2005 Gambardella, Robert

```
1   that's why we're asking him.
2           MR. LEVINSTEIN:  If he remembers.
3       A   I don't remember, because there
4   could be some, you know, something to do with the
5   USOC EXCOM voting on approving the nomination of
6   a coach.
7       Q   (BY MR. UESUGI)  It's just
8   confusing.  I'm just trying to clear it up.  I'm
9   not trying to trap you or attack or anything like
10  that.  I just want to know what happened, this
11  process of approving the Olympic coach, okay?
12          MR. LEVINSTEIN:  We're not going to say
13  okay as to what your intentions were.  We heard
14  your representations.  Go ahead.
15      Q   (BY MR. UESUGI)  Was the ballot
16  filled out?
17      A   Yes.
18      Q   Where are they?  Why weren't
19  those produced?
20      A   I don't know.
21      Q   Do you still have them?
22      A   I think I have them, yes, I do.
23  I can go back and look for them.
24      Q   Signed, dated, with the printed
25  name and the date of the ballot?
```

237

4/5/2005 Gambardella, Robert

```
1       A   Again, I would have to go back
2   and look.  I don't know.  But I'll be more than
3   happy to go back and look.
4           MR. LEVINSTEIN:  We will look for the
5   ballots.  We produced everything that was found
6   that was responsive, but we didn't see the
7   ballots.
8       Q   (BY MR. UESUGI)  At what point did
9   you bring in -- strike that.
10          When did you tell Mr. Dae Sung Lee
11  about Jean Lopez being selected for the coach
12  position?
13      A   I cannot remember, so I don't
14  know.
15      Q   I'm going to show you exhibit
16  next in order.
17          (Exhibit 62 was marked.)
18      Q   (BY MR. UESUGI)  Do you remember
19  receiving this letter?
20      A   Yes, I do.  July 19th, yes.
21      Q   And this letter you responded to,
22  did you?
23      A   I believe I did, but I can't be
24  certain.
25      Q   You don't remember?
```

238

4/5/2005 Gambardella, Robert

```
1       A   I don't remember.
2       Q   But you do remember responding to
3   Dae Sung Lee's inquiries about his Olympic
4   coaching position?
5       A   What dates are you talking about?
6   Earlier correspondence?
7       Q   Do you remember responding to
8   Mr. Dae Sung Lee about Jean Lopez being selected?
9   Did you ever tell him?  Do you remember that?
10      A   I cannot remember.
11          MR. LEVINSTEIN:  Is this third page
12  attached to this exhibit on purpose?
13          THE DEPONENT:  It doesn't make sense.
14          MR. LEVINSTEIN:  You gave me three
15  pages and the last one is some e-mails.
16          MR. UESUGI:  Right.  If you read the
17  letter, it refers to this e-mail.  And on the
18  bottom of the page 2, it says enclosures.  That's
19  the enclosure.
20          MR. LEVINSTEIN:  I'm sorry.  Okay.  Let
21  me look.  The e-mail from Michelle Farrell to
22  Mr. Harris.  Okay.  It's not at this time, it's
23  an old e-mail.
24          MR. UESUGI:  Right.  It was an old
25  e-mail attached to the July 19, 2004 letter.
```

239

4/5/2005 Gambardella, Robert

```
1           MR. LEVINSTEIN:  Okay.
2       Q   (BY MR. UESUGI)  At what point did
3   you consider Chul Ho Kim to be an additional
4   coach?
5       A   Our committee, we talked about
6   that there were certain issues with Nia.  And
7   apparently again, this is before my time,
8   something happened with Nia and Diana.  I don't
9   know what happened, but there was some bad
10  feelings that existed.  And there was some
11  potential problem with Nia's mother and Jean
12  Lopez.  And so at that point we felt that it
13  would be important to fund another position to
14  try to help us along with smoothing that out.
15      Q   Nia's mom and Jean Lopez didn't
16  get along, they were having some problems?
17          MR. LEVINSTEIN:  Objection.
18      A   Again, that's, you know -- I
19  didn't experience it or witness it.  It's just
20  kind of what I've heard, there was some
21  questions.
22      Q   (BY MR. UESUGI)  You didn't
23  receive an e-mail from Nia's mom expressing
24  concern about the selection of Jean Lopez as head
25  coach?
```

240

4/5/2005 Gambardella, Robert

1  A   I had a conversation with her on
2  the phone.
3  Q   What did she say?
4  A   We talked about just that there
5  were some problems in the past with Diana and
6  Nia. And she had some concerns. I believe I was
7  in the airport, the Chicago O'Hare airport, and
8  we had a long conversation. And I don't remember
9  where I was going on that trip. And I said that
10 we would talk about it. And I maybe was going to
11 the Junior Olympics. I believe it was the Junior
12 Olympics, and we would talk about it and we'd
13 bring it forward with the governance and
14 management committee.
15 Q   At that point, did you recognize
16 that there was a potential conflict of interest
17 with Jean Lopez being selected as the coach due
18 to Nia's mom's --
19 A   No.
20 Q   -- concerns as expressed to you?
21 A   No.
22 Q   In your opinion, is there a
23 conflict? Does a conflict of interest exist with
24 Jean Lopez coaching Nia Abdallah?
25 A   No.

241

4/5/2005 Gambardella, Robert

1  Q   Why not?
2  A   Because I felt that it was
3  something that we would be able to work out.
4  Q   What standard is used in deciding
5  whether a conflict of interest exists; do you
6  know?
7      MR. LEVINSTEIN: Objection.
8  A   I don't know. I don't know how
9  to answer.
10     MR. LEVINSTEIN: Conflict of interest
11 doesn't apply at all, just for the record.
12 Q   (BY MR. UESUGI) Well, if there's
13 an appearance of impropriety, would you take that
14 into consideration?
15     MR. LEVINSTEIN: Objection, there's
16 nothing in the record that suggests that there's
17 any impropriety in the fact that a coach may have
18 had some prior problem with an athlete, doesn't
19 create a conflict of interest or any impropriety.
20 Lots of coaches have had disputes with athletes
21 and none of it has anything to do with conflict
22 of interest.
23     THE DEPONENT: Can we take a break,
24 please?
25     MR. UESUGI: Yes.

242

4/5/2005 Gambardella, Robert

1      (A recess was taken from 2:23 p.m. to
2      2:34 p.m.)
3      MR. UESUGI: Back on the record.
4  Q   (BY MR. UESUGI) I'm sorry for
5  skipping around, but I have to go back to
6  something in the selection procedures, Exhibit
7  10. It's attached to your letter of April 8th,
8  2004.
9      MR. LEVINSTEIN: You can look at my
10 copy. Is that the same one? Let's not separate
11 it from the exhibit, because she's eventually
12 going to have to have it.
13     THE DEPONENT: I think it's up more.
14 It's right around this one here.
15     MR. LEVINSTEIN: Let's keep it together
16 for the court reporter later.
17 Q   (BY MR. UESUGI) When we're
18 talking about the criteria, you stated that you
19 had empirical evidence. And based on that
20 empirical or experience, you felt that the
21 selection procedure was the way to go as far as
22 the USTU; is that correct?
23 A   Well, you brought up the word.
24 Q   Empirical?
25 A   Empirical, exactly.

243

4/5/2005 Gambardella, Robert

1  Q   What empirical evidence did you
2  have when you were reviewing or approving the
3  selection procedure process?
4  A   Basic just general principles of
5  whatever experience over the years, so there
6  isn't anything in particular per se. As it
7  states, we're selecting a coach, okay. And based
8  on the number of athletes that have placed on the
9  2004 Olympic team, and if there's a tie there,
10 then we're going to look at the competition
11 records based on the 2003 World Championships and
12 the Pan American Games. So it's fairly -- it's
13 fairly -- outlined very simply right there.
14 Q   We're looking at the basis of
15 creating these criteria. Do you have any
16 empirical evidence with respect to Taekwondo?
17 A   No. As I said, just generally
18 speaking, there's not one thing I could pull
19 from.
20 Q   How about in volleyball, do you
21 have any empirical evidence that shows that a
22 coach paired with their athlete results in a gold
23 medal?
24     MR. LEVINSTEIN: Objection.
25 A   No. Actually, you cannot really

244

```
1    compare a team ball sport with an individual
2    combative sport.  They're just two different
3    sports altogether.
4        Q    (BY MR. UESUGI)  Okay.  So the
5    athlete pipeline is completely different for
6    volleyball?
7        A    You're talking about a coach.
8        Q    Okay, coaching.
9        A    We're not talking about an
10   athlete pipeline.
11       Q    Okay.
12       A    So in these two instances,
13   they're totally different.  But if you'd like to
14   offer an opinion to me, I'd like to hear it.
15       Q    Okay.  So the selection -- so
16   there's no crossover between volleyball and
17   Taekwondo as far as selecting coaches criteria?
18       A    Again, I will state here that
19   volleyball is a team ball sport and Taekwondo is
20   an individual combative sport.
21       Q    Were you ever involved in any
22   individual sports?
23       A    My only involvement, as I say,
24   was at US Olympic Committee sport partnership.
25   And I was working with figure skating.
```

245

```
1        Q    Okay.  In figure skating do they
2    pair athletes with their coaches at the Olympics?
3        A    I cannot remember exactly how
4    they do their selection criteria, but that's
5    something that you would have to talk to the US
6    Figure Skating about.
7        Q    Okay.  So that wasn't a factor
8    when you were reviewing this, what figure skating
9    did?
10       A    No.
11       Q    Any other individual sports that
12   you were associated with?
13       A    No.
14       MR. LEVINSTEIN:  You're talking about
15   Olympic sports?  Clearly he was involved in
16   teaching boxing and so on.
17       Q    (BY MR. UESUGI)  How about in
18   boxing?  To your knowledge, do they pair coaches
19   with their athletes?
20       A    One, I can't speculate on that
21   because I don't know anything about how they do
22   their selection procedures.
23       Q    Okay.  Fair enough.  Let's get
24   back to Nia and the appointment of Chul Ho Kim.
25   I'm going to give you exhibit next in order.
```

246

```
1        (Exhibit 63 was marked.)
2        Q    (BY MR. UESUGI)  Can you read the
3    last paragraph for me on page 1?
4        A    Juan Moreno joined the call and
5    discussion began on the letter from Olympic
6    athlete Nia Abdallah asking that her current
7    coach be available to coach her at Athens.  Kelly
8    pointed out that Jean Lopez is qualified to be
9    Olympic coach under the US's coaches selection
10   procedure and has been recommended to the USOC
11   board of directors for approval.
12       There is only one coaching credential
13   available for USTU.  The committee voted
14   unanimously to direct USTU to allocate funds
15   necessary to send coach Chul Ho Kim to the Malta
16   training camp and the Athens games to work with
17   Nia Abdallah.  She will be advised that her,
18   meaning Coach Kim, will not be able to coach her
19   at ringside during the competition, but they will
20   have access to the training facility at the
21   American College of Greece.  Bob will work with
22   Nia to make sure she has training partners at the
23   OTC leading up to the games.
24       Q    Is that what Nia was told, that
25   Coach Chul Ho Kim won't be able to coach her at
```

247

```
1    the Athens games because there's only one
2    coaching pass?
3        A    I think so.
4        MR. LEVINSTEIN:  At ringside.
5        A    At ringside, yes.
6        Q    (BY MR. UESUGI)  When was she told
7    that?
8        A    I don't know.
9        Q    Was she told that in Athens?
10       A    I don't know.
11       MR. LEVINSTEIN:  He said he didn't
12   know.
13       Q    (BY MR. UESUGI)  Did you
14   subsequently tell her that you were working on
15   getting Coach Chul Ho Kim a coaching credential?
16       A    We tried through the US Olympic
17   Committee to get other credentials.
18       Q    What steps did you take to get
19   Coach Kim a coaching credential for Athens?
20       A    Well, I went to Doug Ingram.
21       Q    Who's that?
22       A    He's the managing director of
23   international games, who actually has the
24   knowledge of the number of credentials that could
25   be available throughout the games.
```

248

4/5/2005 Gambardella, Robert

1  Q   He works for the USOC?
2  A   Yes, he does.
3  Q   And what did he say?
4  A   He said that there's nothing
5  available, coaching credentials.
6  Q   When did you have this
7  conversation with him?
8  A   I don't know.  It was at some
9  time before the games.
10 Q   Was it before you left for Malta?
11 A   There might have been an
12 instance, but I can't remember.
13 Q   Any other efforts to secure a
14 coaching pass for Coach Kim?
15 A   Yes.  During when we arrived into
16 Athens, I would check with sport partners, sport
17 partnership division, to see if there was
18 anything available.
19 Q   Who, Kelly Skinner?
20 A   Sport partner, yes.  Kelly
21 Skinner, yes.
22 Q   What did he say?
23 A   They said they're going to check
24 on it.
25 Q   Did he get the coaching pass?

249

4/5/2005 Gambardella, Robert

1  A   No coaching pass.  No coaching
2  credential.
3  Q   What happened?  Why not?
4  A   I don't know.  I can't speculate
5  as to why.
6  Q   Anything else you did?
7  A   Excuse me?
8  Q   Anything else you did to secure a
9  coaching credential for Coach Kim?
10 A   Well, based on everything that we
11 tried to do, I think we exhausted every avenue
12 while we were there.
13 Q   Were you keeping Nia informed of
14 the progress of getting the coaching pass for
15 Coach Kim?
16 A   I think we've had conversations,
17 yes.  To what extent, I don't remember.
18 Q   So you never promised that she
19 would get -- you would get a coaching pass for
20 Coach Kim?
21 A   I don't think I would put myself
22 in that position to promise her, no.  But I
23 cannot remember.
24 Q   I'm going to show you what will
25 be marked as exhibit next in order.

250

4/5/2005 Gambardella, Robert

1       (Exhibit 64 was marked.)
2  Q   (BY MR. UESUGI)  It is a document
3  from the USTU web page written by Kevin Wilson,
4  USTU intern, dated July 27, 2004, announcing that
5  the US Olympic Taekwondo team is starting a
6  four-day mini-camp for Athens, Greece.  Do you
7  recognize this?
8  A   I recognize Kevin Wilson, who
9  wrote it.  It must have been on our website.  I
10 don't remember it specifically.
11 Q   I'm more concerned about page 2.
12 It lists Jean Lopez, National Team head coach.
13 Do you see that?
14 A   Right.
15 Q   Is this the first time that the
16 USTU had announced that Jean Lopez was the
17 National Team coach, July 27, 2004?
18 A   What we had to wait for was the
19 USOC giving their approval on announcing a coach.
20 So whenever that was, then that probably was
21 announced right after.  We cannot, you know, give
22 any details as a who's, what and where, until
23 it's been approved by the US Olympic Committee.
24 Q   So you cannot keep the membership
25 informed, you wouldn't say the G&MC committee

251

4/5/2005 Gambardella, Robert

1  voted on Jean Lopez on June 9 and his name was
2  submitted?  So that would be inappropriate in
3  your opinion?
4       MR. LEVINSTEIN:  Objection.
5  A   Yes.
6  Q   (BY MR. UESUGI)  Until the final
7  approval from the USOC executive committee came
8  through, you weren't going to announce it?
9  A   Correct.
10      MR. LEVINSTEIN:  Objection.  Just to
11 correct the record, it wasn't the executive
12 committee, because it was July 2.  There was no
13 executive committee by then, but just to clarify.
14 Q   (BY MR. UESUGI)  When did the USOC
15 approve of Jean Lopez's selection as the Olympic
16 coach?
17 A   I don't know that.
18      MR. LEVINSTEIN:  For the record,
19 there's some suggestion it was anticipated in
20 Exhibit 63, if that helps.
21 Q   (BY MR. UESUGI)  Right.  In the
22 minutes of the G&MC committee dated July 1?
23      MR. LEVINSTEIN:  It says it may happen.
24 A   Just may happen.  I don't think
25 it happened on that date.  I don't know.

252

4/5/2005 Gambardella, Robert

```
1      Q    (BY MR. UESUGI)  When did it
2  happen, do you know?
3      A    I don't know.
4      Q    So from your personal knowledge,
5  this is the first time that Jean Lopez was
6  formally recognized as the Olympic coach,
7  July 27?
8      MR. LEVINSTEIN:  Before you go on, I
9  may interrupt.  There is a letter in which he
10 indicates to Dae Sung lee the date of approval.
11 So there's some document that you have that
12 answers that question in case.
13     A    Yeah, I believe there is.
14     MR. UESUGI:  Okay.  Sometimes documents
15 have mistakes in them.
16     MR. LEVINSTEIN:  I understand.  But you
17 did suggest this wasn't a memory test and wasn't
18 an attempt to confuse him.  I just wanted to
19 suggest that there is a document that answers
20 that question.
21     Q    (BY MR. UESUGI)  It says here, the
22 last line, team leader, Colorado Springs,
23 Colorado.  Do you see that?
24     A    Yes, I do.
25     Q    When were you selected as the
```

253

4/5/2005 Gambardella, Robert

```
1  team leader of the US Taekwondo Olympic team?
2      A    Well, I wasn't selected as the
3  team leader for the US Olympic team.  I was the
4  team leader for the trip of getting athletes to
5  Malta, getting them on the planes and organizing
6  those types of things prior to the competition.
7      Q    So you weren't the team leader
8  for the Taekwondo?
9      A    No, I was not named the team
10 leader.  As I said, the head coach had to assume
11 those duties as a team leader.  However, I did --
12 when we went to Malta, you know, I made all the
13 arrangements.  And then I kind of led the team,
14 you know, to Malta and tried to help pave the way
15 for having a good camp prior to the Olympic
16 Games.  And once we hit the ground in Athens,
17 then it was Jean Lopez that took over those
18 duties.
19     Q    So Jean Lopez functioned as the
20 team leader in Athens, Greece?
21     A    Yes.
22     Q    Do you know what was his
23 experience as team leader prior to his
24 appointment as the Olympic coach 2004?
25     A    I don't know what his experiences
```

254

4/5/2005 Gambardella, Robert

```
1  were.  As I said, we named him based as a head
2  coach and due to the situation that occurred with
3  less credentials, he had to double up as a team
4  leader.
5      Q    Whether or not he had any prior
6  team leader experience or not?
7      A    Yes.
8      Q    You don't think experience as a
9  team leader is important?
10     A    I think, depending on knowing how
11 to organize and keep things moving in a positive
12 direction, I think is important.  And as we were
13 going through this, we had several conversations
14 about certain logistical things because I
15 couldn't get into the athlete --
16     Q    Athlete village?
17     A    -- athlete village, either.  And
18 that's where a lot of the team leader functions
19 would happen is inside the village.
20     Q    Well, it says here on the
21 document, the 2004 US Olympic team consists of,
22 and then the last line says, Bob Gambardella,
23 team leader?
24     A    Yeah.
25     Q    What about that?
```

255

4/5/2005 Gambardella, Robert

```
1      MR. LEVINSTEIN:  It's the article about
2  the mini-training camp.  It's him playing intern.
3  You want to ask more questions, he answered them.
4      Q    (BY MR. UESUGI)  So you weren't
5  the team leader, right?  Okay.
6      MR. LEVINSTEIN:  Couldn't get into the
7  village.
8      A    No, I wasn't the team leader for
9  the Olympic Games.
10     MR. LEVINSTEIN:  Couldn't be the team
11 leader because he couldn't get into the village.
12     Q    (BY MR. UESUGI)  Let's talk about
13 the Malta trip.  How was that arranged?
14     A    Talk about what?  I'm sorry.
15     Q    Malta, trip to Malta.
16     A    How was that arranged?
17     Q    Yes.
18     A    Which aspect?  What do you want
19 to know specifically?
20     Q    Why Malta?
21     A    Why Malta?
22     Q    Yeah.
23     A    Well, let's see, No. 1, same time
24 zone as Athens.  Pretty much the same
25 temperature, you know, the environment.  Thirdly,
```

256

4/5/2005 Gambardella, Robert

1  what happened was that one of my students in my
2  IOC program works for the Malta Olympic Committee
3  and was gracious enough to help us put something
4  together as a pre-staging for the Olympic Games.
5      Q    Do you know if anybody from Malta
6  participated at the Olympic venue in Athens as a
7  competitor?
8      A    Don't think so.  I don't know.
9      Q    When you went to Malta, you
10 didn't train with the Malta Olympic team?
11     A    No, we didn't.
12     Q    Why not?
13     A    Why?  Because the coach wanted to
14 have opportunity just to get in the same time
15 zone and environment and just train with no
16 distractions prior to the Olympic Games.
17     Q    Who was that, Jean Lopez?
18     A    Jean Lopez, yes.
19     Q    How much input did Chul Ho Kim
20 have in making decisions with regard to the
21 Olympic team?
22     MR. LEVINSTEIN:  Objection, vague and
23 ambiguous.
24     Q    (BY MR. UESUGI)  Did Jean Lopez
25 make all the coaching decisions?

257

4/5/2005 Gambardella, Robert

1      A    At the end of the day, yeah, I
2  mean, he made all final decisions with input from
3  Chul Ho Kim.
4      Q    What did you do in Malta as far
5  as what type of training was done in Malta?
6      A    Some of the same training we see
7  going on right now with the world championship
8  team, lots of line drills, some sparring, those
9  types of activities.
10     Q    Did you observe those practices?
11     A    Yes, I did.
12     Q    All of them?
13     A    Yes, I did.
14     Q    Okay.  There was mention about a
15 seminar with the Malta Taekwondo Association.
16 What was that about?
17     A    Oh, well, as part of our trip
18 there, we wanted to give, I don't know, maybe a
19 two-, three-hour clinic to the Taekwondo
20 Federation in Malta as a way of basic Olympic
21 solidarity.
22     Q    Who showed up from the Malta
23 Taekwondo Association?
24     A    I don't remember.  I believe the
25 executive director or the president.

258

4/5/2005 Gambardella, Robert

1      Q    No, no, I'm talking about the
2  participants.
3      A    Athletes, I think there might
4  have been a handful of athletes.  I can't quite
5  remember the exact number, but maybe six, seven,
6  eight athletes.
7      Q    And in your opinion that enhanced
8  the probability of winning medals at the Olympic
9  Games?
10     A    No.  It was an Olympic solidarity
11 effort to try to build a relationship with
12 another Olympic committee, that's all it was.
13     Q    Were you aware of any complaints
14 about the Malta trip, people were asking why
15 Malta amongst the Olympic team members?
16     A    Not that I was aware of.
17     Q    Would there be -- was there any
18 discussion about training with any other
19 countries, Germany, France, a team that would be
20 sending competitors to the Olympics?
21     A    No.
22     Q    Why not?
23     A    It has never, never, never
24 occurred, we never talked about it.  This was
25 just an ideal situation, get as close to the

259

4/5/2005 Gambardella, Robert

1  proximity of Greece and we wanted to acclimate
2  ourselves from that perspective.
3      MR. LEVINSTEIN:  For the record,
4  there's no talk about training with Malta, so the
5  other words assumes facts not in evidence.  They
6  simply went to a country and trained there.
7      A    That's all we did.
8      Q    (BY MR. UESUGI)  Did the training
9  camp in Malta result in a unified team?
10     A    In my opinion, yes.
11     Q    How so?  How did the Malta trip
12 unify the team?
13     A    Well, I mean, you can't focus on
14 everything, however, you can just watch and see
15 the interactions between different team members
16 and see them be positive.  Based on my opinion,
17 you know, what I saw, and then the feedback that
18 I would get from the head coach.
19     Q    You weren't getting any feedback
20 from Nia Abdallah that she was having some
21 conflicts with Jean Lopez as her head coach?
22     A    No.
23     Q    You didn't get any feedback from
24 Chul Ho Kim about the situation with Jean Lopez
25 and Steve Lopez?

260

1   A   No, no.
2   Q   Everything was fine, according to
3   you?
4   A   Yes.
5   Q   You stayed there for how long?
6   A   Maybe nine days.
7   Q   And then you went to Athens?
8   A   Yes.
9   Q   When was that?
10  A   I think I want to say August 8th,
11  but I can't be for sure. 8th or 9th, I don't
12  know.
13  Q   And you stayed there until?
14  A   Till the end of Olympic Games, so
15  whenever the closing ceremonies were.
16  Q   You left the next day or that
17  same day?
18  A   I think the next day.
19  Q   Okay. How was the training in
20  Athens? Did you have an opportunity to observe
21  the training in Athens?
22  A   I went to all practices, yes.
23  Q   How was it?
24  A   I thought it went well.
25  Q   No conflicts between Nia and

261

1   Jean?
2   A   Not to my knowledge. Not to
3   my -- I never saw anything like that.
4   Q   No conflicts between Nia and
5   Steven?
6   A   No.
7   Q   No conflicts between Chul Ho Kim
8   and Steven Lopez?
9   A   No.
10  Q   No conflicts between Chul Ho Kim
11  and Jean Lopez?
12  A   No.
13  Q   Were you ever informed that on
14  one occasion or at least one occasion Nia
15  Abdallah requested that she stay with Jamie
16  Houston, her training partner, rather than stay
17  in the Olympic Village? Do you remember that?
18  A   I vaguely remember something
19  along that line, yes.
20  Q   Do you know why Nia wanted to
21  stay outside of the village?
22  A   No.
23  Q   It had nothing to do with either
24  Jean or Steven Lopez?
25  A   Tell me. I don't know.

262

1   Q   Okay. Did you have a
2   conversation with Nia about that?
3   A   I can't remember.
4   Q   Did you let her stay outside of
5   the village?
6   A   No, she stayed in the athletes
7   village, yes.
8   Q   Why is that?
9   A   Just security reasons overall,
10  basic security reasons.
11  Q   Is that what the Olympic handbook
12  says, that athletes may not stay outside of the
13  village?
14  A   I don't know.
15  Q   Are you aware of any other
16  athletes that stayed outside of the village?
17  A   No. I don't know that.
18  Q   Where did you stay?
19  A   I stayed at the American College
20  of Greece, in a kitchen.
21  Q   In the kitchen?
22  A   Yeah.
23  Q   Who else stayed with you?
24  A   Chul Ho Kim and Mark Lopez roomed
25  together. And Jamie Houston had her own room.

263

1   Q   Were they in a room or -- were
2   you in the kitchen of the college or --
3   A   I was in the kitchen of the
4   apartment, yes.
5   Q   By choice?
6   A   By choice, yes, to give the
7   athletes and them, you know, the best rooms
8   there.
9   Q   And where were the practices
10  conducted?
11  A   The practices were conducted at
12  the American College of Greece.
13  Q   Where you were staying?
14  A   Yes.
15  Q   Was there someone staying with
16  you in your room during the Olympics?
17  A   Yes, Pano.
18  Q   Who is that?
19  A   He was a young athlete who was in
20  Athens. And I -- his parents called me to see if
21  there was anything we could do for this young
22  man. I didn't know any hotels, so we offered him
23  the couch in the apartment.
24  Q   Why didn't you take the couch?
25  Why were you in the kitchen?

264

1    A    Because.
2         MR. LEVINSTEIN:  Please don't answer
3    that question.
4         MR. UESUGI:  I was joking.
5    Q    (BY MR. UESUGI)  Is he an athlete?
6    Is he an Olympic athlete?
7    A    No, he's not an athlete.
8    Q    Just a tourist?
9    A    He was a young kid who's
10   participated in US Taekwondo events, yeah.
11   Q    Did you manage to secure a
12   credential for yourself?
13   A    Yes, a GT credential.
14   Q    What does that mean?
15   A    That means that you can get into
16   a competition site, but you have no other access
17   anywhere else.
18   Q    The competition site meaning?
19   A    Meaning getting into the --
20   getting in.  If there's a seat available, you can
21   sit there.
22   Q    In the venue?
23   A    Yes.
24   Q    It's not a VIP pass?
25   A    No.

265

1    Q    How did you get that pass?
2    A    Well, about 11 days into the
3    Olympic Games, or I don't know exactly, but it
4    was a number of days, because everywhere we had
5    to go, we walked to the practices and things of
6    that sort.  And then one came available because
7    it's a GT, which means -- T means it's
8    transferable.  And apparently one came up and
9    they saw that we needed some help and they gave a
10   GT credential to me.
11   Q    Why didn't you give it to Chul Ho
12   Kim?
13   A    Because basically he had tickets
14   and his tickets were going to get him the same
15   place they got me.
16   Q    Did the coaches -- did Chul Ho
17   Kim receive a per diem?
18   A    What we did was we paid actual
19   expenses on all meals that was for everybody.  So
20   basically throughout the whole time.  And anyone
21   wanted anything, I gave them the money and they
22   gave me a receipt.  And that's how we handled it
23   and it's all documented.
24   Q    And this was in Athens?
25   A    Yes, it was in Athens, yes.

266

1    Q    Why wasn't Jean Lopez handling
2    that responsibility?
3    A    Because it was the people who
4    were not in the village, so I was the point of
5    contact staying there.  And it would be better
6    managed by myself, you know, outside at the
7    American College of Greece.
8    Q    What team leader functions did
9    Jean Lopez do while in Athens?
10   A    Checked on scheduling, just all
11   of the things that occurred.  Meetings with, you
12   know, delegation meetings, you know, things of
13   that sort.
14   Q    Anything else?
15   A    I don't remember.
16   Q    What did you do while in Athens
17   with respect to the US team?  You reimbursed them
18   for their --
19   A    Right.
20   Q    -- actual expenses?
21   A    Right.
22   Q    Anything else?
23   A    I would help.
24        MR. LEVINSTEIN:  You want to know what
25   he did for 21 days while in Athens?

267

1    Q    (BY MR. UESUGI)  In general.  In
2    general, what was your function?
3    A    Basically to try to keep the
4    non-credentialed athletes and coaches and staff
5    just on schedule, basically what was going on.
6    So it was just a constant communication of all,
7    you know, all the credentialed folks and the
8    non-credentialed working together and getting
9    people to certain areas, you know, throughout the
10   time we were there.
11   Q    Actual expenses.  So they would
12   have to go out and buy something, give you the
13   receipt and then you would reimburse them?
14   A    No, no.
15   Q    How did it go?
16   A    I always gave them the money
17   upfront and they can have whatever they want.
18   Q    Did you give them money upfront
19   every day or weekly?
20   A    Whenever they wanted money, okay,
21   I would sit down and give it to them.  The only
22   proviso was please get me a receipt back.
23   Because if I don't get a receipt, then I've got
24   to pay for it.
25   Q    Did you get them also tickets?

268

**Page 269**

1  Did you provide tickets to the venue?
2      A    Yes.  One of the things that did
3  happen with the USTU prior to my arrival was that
4  they did reserve tickets, yes.
5      MR. LEVINSTEIN:  He means prior to
6  coming to the games.
7      A    Something that was already in
8  place.
9      MR. LEVINSTEIN:  Not before Athens.
10     Q    (BY MR. UESUGI)  So tickets were
11 available for Chul Ho Kim?
12     A    Yes.  Friends, family.  Yes, yes.
13     Q    The two training partners?
14     A    Yes.
15     Q    How were those tickets doled out?
16 Did they just give them the three days, all the
17 tickets?
18     A    We just give them to them as
19 needed.  It was pretty much just give them the
20 tickets.
21     Q    Was the ticket good for morning
22 session, afternoon session?  Was there separate
23 tickets for that?
24     A    I honestly don't remember.  But I
25 think that they were tickets for morning session

**Page 270**

1  and afternoon session.  But again, I just
2  can't --
3      Q    Would you give the tickets for
4  the morning and the afternoon session in advance?
5      A    I don't remember what I did.
6      Q    Because there was some -- were
7  you aware of some disappointment, I guess, in the
8  fact that some of the Olympic team members or the
9  training partners stated that you would give them
10 the ticket in the morning, then you disappeared
11 in the afternoon and they were stuck outside the
12 venue; they couldn't even get in?
13     A    I don't know.
14     Q    Were you aware of that?
15     A    No, I wasn't aware of that.  I
16 know one instance where I'm standing up on some
17 sort of a pole trying to find Jamie Houston,
18 saying, Jamie, where are you?  And she's saying,
19 I'm over here.  And I'm looking over where I
20 think she is and she's not there.  And she was
21 already inside the venue.  So there was just a
22 communication error that existed.  But if that's
23 the one that you're talking about, I think that
24 we handled it as best as we could.
25     Q    Okay.  Were you aware that some

**Page 271**

1  people were needing tickets and they didn't have
2  them in the afternoon sessions?
3      A    No.
4      Q    That didn't come up to you?
5      A    No.
6      Q    Okay.  Who fought first at the
7  Olympics, Nia or Steven?
8      A    I believe Nia did.
9      Q    And Jean coached Nia?
10     A    Yes.
11     Q    At the venue, was it possible for
12 Chul Ho Kim to coach Nia from the stands?
13     A    I couldn't tell you.  I don't
14 know.  I don't know.
15     Q    Were you aware that Chul Ho Kim
16 attempted to coach Nia from the stands?
17     A    No, I was not aware of that.
18     Q    After the competition was
19 completed, there was an interview with
20 television, American television.  Were you aware
21 of that?
22     A    There were several interviews
23 throughout the whole time, but I'm not aware of,
24 you know, specifics, yeah.
25     Q    Was there a press conference with

**Page 272**

1  the US Taekwondo team?
2      A    No, each athlete had their own
3  press conferences individually.  I believe that
4  that's how it went.
5      Q    Did everybody attend the press
6  conferences?
7      A    I don't know.
8      MR. LEVINSTEIN:  Everybody?
9      Q    (BY MR. UESUGI)  Well, I mean,
10 when I say everybody, I'm talking about the US
11 Taekwondo team?
12     A    That, I can't remember.
13     Q    Did you make sure that everyone
14 was informed about the --
15     A    Well, what it was, was that Cecil
16 Bleiker was one that was handling all the PR for
17 Taekwondo and badminton.  So he was the direct
18 link right to the coaching staff and the
19 athletes.
20     Q    So it wasn't you who told people?
21     A    There were a lot of times when
22 they were at one place and I was someplace else.
23 Like take, for instance, we're at the America
24 College of Greece and the credentialed staff and
25 athletes were at the Olympic Village.  So Cecil

4/5/2005 Gambardella, Robert

```
1   was the one that would have the direct interface
2   with the coach.
3       Q    Cecil Bleiker, you mean the
4   person who used to work for the USTU?
5       A    Yes.
6       Q    Did you see Dae Sung Lee at the
7   Olympic Taekwondo venue?
8       A    I did.
9       Q    Did you talk to him?
10      A    No.
11      Q    Why not?
12      A    We exchanged, you know, a little
13  hello, you know, just wave to each other and that
14  was it.
15      Q    Did you happen to see Dae Sung
16  Lee sitting with Chul Ho Kim?
17      A    I honestly don't remember. I
18  don't remember. But yeah, well, he was sitting
19  with John Holloway. I remember John Holloway at
20  one point, because I think I was sitting behind
21  him, yeah.
22      Q    So I take it you don't remember
23  any conversations relating to Chul Ho Kim sitting
24  with Dae Sung Lee?
25      A    No, I do remember John Holloway
```

273

4/5/2005 Gambardella, Robert

```
1   sitting with him.
2       Q    You don't remember telling Chul
3   Ho Kim that you were upset with him for sitting
4   with Dae Sung Lee?
5       A    No, I don't remember that.
6       Q    You don't remember --
7       A    No.
8       Q    -- telling Jean Lopez you were
9   upset with Chul Ho Kim because he sat with Dae
10  Sung Lee at the Olympic venue?
11      A    I don't remember that.
12      Q    Do you remember telling Herb
13  Perez that you were upset with Chul Ho Kim
14  because he was sitting with Dae Sung Lee at the
15  Olympic venue in Athens?
16      A    I don't remember saying that to
17  Herb Perez.
18      Q    Do you remember -- that's okay.
19  Then you came back from the Olympic Games and you
20  wrote this letter which we'll mark exhibit next
21  in order.
22           (Exhibit 65 was marked.)
23      Q    (BY MR. UESUGI) Do you remember
24  this letter?
25      A    Yes.
```

274

4/5/2005 Gambardella, Robert

```
1       Q    And it's addressed to all six of
2   the Olympic team participants?
3       A    Yes.
4       Q    It says here that, again, we
5   extend our congratulations, our thanks and best
6   wishes to you for the future. Did you mean that
7   for everyone listed on the letter or only certain
8   people?
9       A    Everyone. Everyone.
10      Q    When you came back to the OTC,
11  did you change the locks on Chul Ho Kim's office?
12      A    No, I didn't change the lock on
13  Chul Ho Kim's office. It was basically an office
14  that -- you know, he may say it's his, but what
15  happened was there was another person using that
16  office and they were asked to leave I think like
17  June 20th. So I wanted to make sure that there
18  were new locks on the door so that someone else
19  wouldn't have access.
20      Q    Who was that other person, Sammy
21  Pejo?
22      A    Sammy Pejo, yes.
23      Q    Why was Sammy Pejo asked to
24  leave?
25      A    Because the resident team program
```

275

4/5/2005 Gambardella, Robert

```
1   was suspended and there was no need for volunteer
2   services at that point.
3       Q    Why was -- or when was the OTC
4   resident athlete program for Taekwondo canceled
5   or suspended?
6       A    It was sometime in late June.
7       Q    Why?
8       A    Why?
9       Q    Why was the program suspended?
10      A    We were evaluating the entire
11  program.
12      Q    What does that mean?
13      A    That means you're looking at the
14  entire program and what type of features that you
15  want to put in in the future.
16      Q    Did you have -- when you first
17  started as the executive director in February,
18  did you watch any practices of the OTC athletes?
19      A    Yes.
20      Q    How many?
21      A    I really don't know. I can't
22  remember.
23      Q    More than ten?
24      A    I would say probably about ten,
25  maybe.
```

276

```
 1      Q    And all those practices were run
 2   by Chul Ho Kim?
 3      A    I don't remember that.  I think
 4   it was a combination of maybe Sammy and Chul Ho
 5   Kim.
 6      Q    Was Chul Ho Kim there all the
 7   time that you -- whenever you visited the OTC
 8   training?
 9      A    I cannot remember every time that
10   I went there.
11      Q    Okay.  Did Chul Ho Kim,
12   subsequent to finding out that the office that he
13   was using, the locks were changed, did he come
14   talk to you?
15      A    Yes.
16      Q    And what did he say during that
17   conversation?
18      A    I said I believe I sent him a
19   letter stating that his contract was not going to
20   be renewed as per the contract, the covenants in
21   the contract.
22      Q    Okay.  Why was that?
23      A    There's no need for a coach when
24   there's no athletes training full time.
25      Q    And what did he say to you?
```

277

4/5/2005 Gambardella, Robert

```
 1      A    I don't remember what he said to
 2   me.
 3      Q    Did he inform you that if he
 4   doesn't have the position at OTC, that he would
 5   lose his visa?
 6      A    We did have that conversation,
 7   yes.
 8      Q    And what did you tell him?
 9      A    I told him that we would write a
10   letter of support to help him.
11      Q    But the fact that if there was no
12   job, that he would -- one of the requirements for
13   his visa was that he be employed?
14      A    Well, basically, as I remember it
15   correctly when I wrote the letter, it was -- and
16   I can't remember when the date was, but it was
17   currently what he was getting paid and, you know,
18   that was it.
19      Q    Did he say that if he didn't have
20   the job at OTC as the resident coach that he
21   would have to go back to Korea?
22      A    He mentioned that, yes.
23      Q    What was your response?
24      A    My response -- he made it sound
25   like it was such a negative thing.  And I said,
```

278

4/5/2005 Gambardella, Robert

```
 1   Chul Ho, I was there in June and I think that
 2   Korea's a really great place.  I mean, what's
 3   wrong, you know?  And apparently he took it the
 4   wrong way.  And I was trying to be positive and
 5   he just took it and turned it around in a
 6   negative manner.
 7      Q    So did you tell him that Korea's
 8   a great place, why don't you go back to Korea?
 9   Did you say that to him?
10      A    No, I said if you have to go back
11   to Korea, there's lots of opportunity, I would
12   think, for a person like yourself who has many
13   years of experience as a world champion athlete,
14   so on and so forth.  So I was trying to make it a
15   positive type of thing in the fact that I'm not
16   just talking from -- you know, I've been there
17   and I've seen it and I've experienced the culture
18   and I thought it was a great place.
19      Q    So you never told him that maybe
20   he should go back to Korea?
21      A    No, not in that context.
22      Q    You never -- what did you say?
23   What context?  Did you say that in another
24   context?
25      A    What I just said, was that I
```

279

4/5/2005 Gambardella, Robert

```
 1   think that Korea's a great place and I think
 2   there could be opportunity for him.  But I did
 3   not say that you can go back to Korea.  It's been
 4   taken out of context, I can tell you that.
 5      Q    What has, the statement?
 6      A    What he said to other people.
 7      Q    Did you actually say that, why
 8   don't you go back to Korea?
 9      A    No, I didn't.
10      Q    Did you say something
11   substantially similar to that?
12           MR. LEVINSTEIN:  He just told you what
13   the conversation was.  You want to do it all over
14   again?  Read it back.
15      A    I just said what I just said, is
16   that I think Korea's a great place and there
17   could be opportunities.  But I did not say, why
18   don't you just go back?  I wouldn't do that.  I
19   wouldn't say that.  I was trying to be positive
20   with him and try to help him.
21      Q    (BY MR. UESUGI)  There was an
22   incident at the Titan games involving one of his
23   athletes, Jason Han.  Do you know who Jason Han
24   is?
25      A    Yes, I do.
```

280

4/5/2005 Gambardella, Robert

```
 1      Q    Do you remember sitting next to
 2  Jason Han at the Titan games?
 3      A    No.
 4      Q    Apparently Jason Han was cheering
 5  for one of the US players competing at the Titan
 6  games, and you allegedly told him to sit down and
 7  be quiet.  Is that true?
 8      A    I don't think that's exactly
 9  true.  I believe what was happening in the
10  situation was that the coach who was coaching,
11  and I think it was -- I'm almost positive it was
12  Kevin Padilla -- was trying to coach her and she
13  was actually just not listening to what he had to
14  say and it was causing a disruption.
15      Q    Who was the athlete in question?
16      A    I can't remember.
17      Q    It was a female athlete?
18      A    I believe it was.
19      Q    Was Kevin -- Jason Han a resident
20  athlete at the time?
21      A    When were the Titan games?  I
22  don't know but probably, yes.
23      Q    Did you tell him to sit down and
24  be quiet?
25      A    I don't remember what I said.
```

281

4/5/2005 Gambardella, Robert

```
 1      Q    But you do remember that?
 2      A    Talking to him about it, yes.
 3      Q    Talking to Jason Han?
 4      A    Yeah.
 5      Q    At the venue?
 6      A    Yes, at that venue.
 7      Q    But you don't remember the
 8  specifics?
 9      A    No.
10      Q    Jason Han is Asian?
11           MR. LEVINSTEIN:  Is that a question?
12      Q    (BY MR. UESUGI)  Yes.  Is Jason
13  Han Asian?
14      A    I imagine he might be.  His last
15  name is Han.  He may be Asian.
16      Q    But you don't know?
17      A    No, I don't know.  All I know is
18  that he's a graduate of University of
19  California-Berkeley and has done exceptionally
20  well.  And that's what I know about him.
21      Q    Did you become aware of a letter
22  written by Chul Ho Kim to Jim Scherr in late
23  2004?
24      A    Yes.
25      Q    Do you remember what the letter
```

282

4/5/2005 Gambardella, Robert

```
 1  said?
 2           MR. LEVINSTEIN:  Don't guess.
 3      A    No.
 4      Q    (BY MR. UESUGI)  You don't
 5  remember?
 6      A    I don't remember it.
 7      Q    Okay.  Well, I'm going to show it
 8  to you then.
 9      A    Okay.
10      Q    Why don't we take this in order.
11           (Exhibits 66 and 67 were marked.)
12      Q    (BY MR. UESUGI)  Do you recognize
13  this letter?
14      A    Yes, I do.
15      Q    It's a letter from Chul Ho Kim
16  dated June 24, 2004 requesting an update for his
17  status as a USTU staff member?
18      A    (Nodded.)
19      Q    Do you remember responding to
20  this letter?
21      A    Yes, I responded June 25th, 2004.
22      Q    That's this letter.  Actually an
23  e-mail?
24      A    Yes, via e-mail, it says here in
25  black and white.  We have someone out there.  You
```

283

4/5/2005 Gambardella, Robert

```
 1  may want to close the doors.
 2      Q    Speak of the devil.  In the first
 3  paragraph, the last sentence, it says, In
 4  addition, I am willing to help you with your
 5  green card, so please do not worry about that?
 6      A    Right.
 7      Q    What did you mean by that
 8  sentence?
 9      A    That I would write him a letter,
10  that I would write a letter in his behalf.
11      Q    And on behalf of his family?
12      A    I can't remember that.  I don't
13  know.
14      Q    And this help that you were going
15  to give him with his green card, did it come with
16  any conditions?
17      A    No.  I just said I would help
18  write a letter for his green card.  Maybe I
19  should have written it, but, hey, this is what we
20  have and my intention was to write him a letter,
21  a letter on his behalf.
22      Q    And in fact, you did write a
23  letter on July 19.
24           (Exhibit 68 was marked.)
25      Q    (BY MR. UESUGI)  This letter is in
```

284

4/5/2005 Gambardella, Robert

```
 1   support of his wife and children?
 2      A   Yes, that's what it seems, yes.
 3      Q   And you wrote this letter without
 4   conditions attached; is that correct?
 5      A   I wrote this letter on his
 6   behalf.
 7      Q   Okay.  And you subsequently wrote
 8   this letter to him on September 8th, which we'll
 9   mark as exhibit next in order.
10          (Exhibit 69 was marked.)
11      Q   (BY MR. UESUGI)  Informing him,
12   Chul Ho Kim, that you were not going to renew his
13   employment agreement for the year 2005?
14      A   Right.
15      Q   Because the US Taekwondo will not
16   sponsor resident program in 2005; is that
17   correct?
18      A   I think what it says -- actually,
19   I received some help from -- legal help on this
20   one.  And basically, I just -- it says what it
21   says.  Pursuant to the employment agreement, I
22   must give a person notice and we were not
23   renewing his employment agreement.
24      Q   What is the plans for the
25   resident program for 2005?
```

285

4/5/2005 Gambardella, Robert

```
 1      A   We're still working on that and
 2   we would like to be able to incorporate the new
 3   leadership once that gets in, just to kind of get
 4   a project going with them so they feel that
 5   there's some, you know, ownership as we move
 6   forward.
 7      Q   Are you aware of the fact that
 8   the OTC resident athlete program is by far the
 9   most successful Taekwondo athlete development
10   program that the USTU has ever promulgated?
11      A   That, I'm unaware of.
12      Q   That almost every single National
13   Team member or national coach presently competing
14   has either been a resident athlete or enjoyed the
15   benefits of a training under a coach who trained
16   at OTC as an athlete?
17      A   You said two things just then.
18      Q   Okay.  Are you aware that the
19   vast majority of our National Team members have
20   at one point trained at OTC?
21      A   No, I'm not aware of that.
22      Q   Were you aware that in 2000 -- at
23   the time that you canceled the program,
24   50 percent of our National Team members were
25   resident athletes at OTC?
```

286

4/5/2005 Gambardella, Robert

```
 1          MR. LEVINSTEIN:  Objection, just made
 2   reference to 2000 and canceling the program.  And
 3   I don't know that's what you meant.
 4      Q   (BY MR. UESUGI)  In 2004 when you
 5   canceled the program or when you suspended the
 6   program, were you aware of the fact that
 7   50 percent of the athletes on the US National
 8   Team were resident athletes at OTC?
 9      A   Fifty percent of the National
10   Team athletes were resident.  What class -- I
11   mean, you got to kind of give me a little bit
12   more on that one.
13      Q   National Team members, there were
14   eight National Team members at OTC when the
15   program was suspended.  Were you aware of that?
16      A   What I was aware of was the fact
17   that we took a look and see who was qualified,
18   who would be qualified to go to the next Olympic
19   Games.  And that's what we looked at.  And we
20   felt that there was a point in time if we're
21   going to take -- if we're going to suspend a
22   program, that we do it after we got to a certain
23   point prior to the Olympics because a lot of
24   these athletes would not have been able to go to
25   the Olympic Games and qualify for whatever
```

287

4/5/2005 Gambardella, Robert

```
 1   reasons they didn't qualify.  So there was a
 2   conscious decision at that point to suspend the
 3   program.
 4      Q   Because?
 5      A   After a certain point, because
 6   No. 1, there was not going to be anyone around to
 7   coach these athletes.  And we're looking at, you
 8   know, developing -- we're looking at how -- what
 9   we do going forward.
10      Q   Why wouldn't there be anyone to
11   coach the athletes at the OTC program?  Wasn't
12   Chul Ho Kim here?
13      A   If you remember correctly, he was
14   on his way -- would be on his way going to Malta
15   and to the Olympic Games, so there would be no
16   one there coaching them.
17      Q   Han Won Lee was the OTC resident
18   athlete coach in 2000 and he participated at the
19   Olympic Games.  The program wasn't shut down.
20   Were you aware of that?
21      A   No, I wasn't aware of that.
22      Q   Were you aware that Mr. Dae Sung
23   Lee was the resident athlete coach in 1992 and he
24   participated in the Olympic Games and the program
25   wasn't shut down?
```

288

1  A   No, I was not aware of that.
2  Q   If you were aware of such
3  information, would that have affected your
4  decision to suspend the OTC program?
5  A   I don't think so.
6  Q   Why not?
7  A   Because there were other inherent
8  problems that were -- that existed.
9  Q   Such as?
10 A   Behavior types of things.
11 Q   Behavior of who?
12 A   Of some athletes.
13 Q   Was it -- how many athletes, who
14 are you specifically speaking of?
15 A   I was just giving you a general
16 overview of one of the conditions.  That's all.
17     MR. LEVINSTEIN:  You can just say he
18 shut down the program, but I don't know what it
19 has anything to do with this case.  He made
20 business decision to shut down the resident
21 program.
22 Q   (BY MR. UESUGI)  That's what we're
23 trying to find out.  Was it a business decision?
24 A   Yes, it was.
25 Q   What was the business of?  What

1  was the business decision?  Was it a financial
2  decision?
3  A   Yes, it was.
4  Q   How much does it cost to fund the
5  OTC resident athlete program per year?
6  A   I'd have to ask the USOC per
7  year.
8  Q   You don't know?
9  A   I imagine it's $60 per day per
10 athlete per room and board.
11 Q   Is that what the USTU has to pay?
12 A   If it's a resident program, they
13 don't have to pay.  However, there are now in the
14 provisions that, again, programs have to have
15 impact.  And if you've watched what's happened in
16 the past couple months, you can see that programs
17 have been moving off because of the fact that
18 they may not have the impact that the US Olympic
19 Committee has.
20 Q   Nia Abdallah, who made the US
21 Olympic team in 2004, she was a resident athlete;
22 isn't that correct?
23 A   Yes.
24 Q   Isn't that an impact?
25 A   Yeah, certain percentage of the

1  athletes, small percentage.
2  Q   In spite of that, you closed the
3  program?
4  A   Yes.  We as a group,
5  collectively, talked about it and then made a
6  decision to close the program.
7  Q   After she made the US Olympic
8  team?
9  A   It was -- basically the program
10 was shut, I want to say, was suspended like
11 June 20th just to give everyone an opportunity to
12 go to the qualification -- last qualification
13 tournament and then give them some time, rather
14 than just throwing them out on the street.  We
15 didn't want to do that.  So we gave them some
16 time to prepare to move on to different cities.
17 Q   When was this decision made?
18 A   I don't know the exact dates, but
19 it was early, early on.
20 Q   In February?
21 A   I can't remember, but it was
22 early.
23 Q   Was this a GMC committee
24 decision?
25 A   Yes, collectively it was a

1  management committee decision.
2  Q   Okay.  And that would have been
3  documented in the minutes?
4  A   I would think so.
5  Q   I don't remember seeing it.  Was
6  it -- did you produce it?
7  A   I don't know.
8  Q   Okay.  This is the letter to Jim
9  Scherr from Mr. Kim, which we will mark as the
10 exhibit next in order.
11     (Exhibit 70 was marked.)
12 Q   (BY MR. UESUGI)  In the third
13 paragraph, it says, I strongly believe that sense
14 of mutual trust and respect is a crucial part of
15 any organization, especially in Taekwondo.
16 Unfortunately, when I attempted to access my
17 office after returning from Olympics, I was
18 shocked to find that my door locks has been
19 changed without prior notice.  Certainly not the
20 type of welcome I had expected.  Is that what
21 happened?
22 A   Well, whenever you have change in
23 personnel, I think it's a common practice that
24 you do change locks on doors.  And I did offer
25 Mr. Kim the opportunity to come and work within

```
1   our office area.  We did have an office area
2   within there, in that area.  So again, it may be
3   just hearing half of the story.
4        Q    Next paragraph, when I visited
5   Mr. Bob Gambardella, the acting CEO of USTU for
6   an explanation, I was coldly told that my service
7   was no longer needed and was ask to leave the OTC
8   and US when my visa expires.  Is that what
9   happened?
10       A    No, not at all.
11       Q    What did happen?
12            MR. LEVINSTEIN:  He's already testified
13  to this.
14       A    Here, right here.  This is the
15  letter.  This is what happened.  We had that
16  meeting and I talked to you about what
17  transpired.
18       Q    (BY MR. UESUGI) My youngest of
19  three children was born in the US in July 2003
20  and Mr. Gambardella had previously promised to
21  assist our family attain our visa to stay in the
22  US.  Do you understand the significance of
23  Mr. Kim's son or child being born in the US?
24       A    No, I don't know exactly what you
25  mean, but maybe you might want to tell me.
```

293

4/5/2005 Gambardella, Robert

```
1        Q    If a child is born in the US from
2   Korean-born parents and if they move back to
3   Korea, like it has been alleged that you
4   suggested, that child would be ineligible for
5   such things as medical benefits, schooling, or
6   those kinds of things that are offered to
7   citizens that are born in Korea.
8            So the fact that Mr. Kim's youngest was
9   born in the US meant that he couldn't get many
10  benefits that other Korean-born children were
11  able to attain.  Did he explain that to you?
12       A    No.
13       Q    There's a statement here, among
14  our mutual agreements he had also assured --
15           MR. LEVINSTEIN:  Among other.
16       Q    (BY MR. UESUGI) Among other
17  mutual agreements, he had already assured me --
18           MR. LEVINSTEIN:  Reassured.
19       Q    (BY MR. UESUGI) Reassured me,
20  sorry, the continued OTC coaching position
21  contingent upon winning an Olympic medal,
22  promises I kept.  Was that your mutual agreement?
23       A    It's not an agreement that I came
24  up with.
25       Q    Did you have any agreement with
```

294

4/5/2005 Gambardella, Robert

```
1   Chul Ho Kim with respect to performance at the
2   Olympics?
3        A    No, nothing.  I would never put
4   myself in a position like this.
5        Q    Whose agreement was that, do you
6   know?  Do you know if anyone made this type of
7   agreement to Chul Ho Kim?
8        A    You'd have to ask Mr. Kim.
9        Q    Did Mr. Herb Perez approach you
10  about Chul Ho Kim's situation and talk to you
11  about whether he could stay if he -- contingent
12  upon him helping Nia Abdallah win a medal at the
13  Olympics?
14       A    No, we never had that
15  conversation.
16       Q    Did you have any conversations
17  with Herb Perez about Chul Ho Kim?
18       A    He asked me about him.  And I
19  said I would take a look at it, you know,
20  afterwards.  We want to focus on the Olympic
21  Games.  And based on, you know, the contract, I
22  mean, we've got to make a decision when we get
23  back.  And that's the conversation I had with
24  Herb Perez.
25       Q    When did you have this
```

295

4/5/2005 Gambardella, Robert

```
1   conversation with him?
2        A    I don't know.  I don't remember.
3        Q    Was it in Athens?
4        A    I don't remember, no.  I don't
5   think it was, but I don't remember.
6        Q    Because you stated when you got
7   back you had to make a decision?
8        A    Well, because of the contract.
9   If you look at the contract, I can't remember how
10  many days out that you have to provide a notice.
11  And so that's what I meant by getting -- when I
12  get back afterwards.
13       Q    Did you let Chul Ho Kim know
14  other than that letter?
15       A    This letter here?
16       Q    Right.
17       A    Yes.
18       Q    Was that the only form in which
19  you communicated to Mr. Kim about?
20       A    Yes, I was told that I should
21  write a letter stating, you know, what the future
22  is.  I was advised, I should say.
23       Q    In your e-mail to Coach Kim on
24  the 6-25-2004, you blind carbon copy
25  Gold92@aol.com.  Do you know who that is?
```

296

4/5/2005 Gambardella, Robert

1  A   That's Herb Perez.
2  Q   Why did you blind carbon copy
3  Herb Perez?
4  A   Because I know that they were
5  friends and he was helping him and supporting
6  him.  So I just wanted to keep Herb in the loop
7  of what was going on.
8  Q   Why a blind carbon copy, why not
9  just a cc?
10 A   I don't remember.
11 Q   Did you subsequently receive a
12 copy of this letter?
13 A   Which letter?
14 Q   Exhibit 70, the letter from Chul
15 Ho Kim to Jim Scherr?
16 A   Yes.
17 Q   How did you get a copy of that
18 letter?
19 A   His secretary sent it to me.
20 Q   What was your response?
21 A   I just tried to answer it as best
22 as I could on my recollection of what had
23 happened.
24 Q   Did you subsequently write a
25 letter on his behalf to the immigration and

297

4/5/2005 Gambardella, Robert

1  Q   This is different from your
2  June 2004 e-mail in which you said, don't worry
3  about it, I'm going to help you with your green
4  card; is that correct?
5  A   Yes.
6  MR. LEVINSTEIN:  Objection.  It's a
7  different document you mean?
8  A   Right.  It's when this came
9  forward.
10 Q   (BY MR. UESUGI)  That changed
11 things?
12 A   It was a little bit
13 disheartening, to tell you the truth.
14 Q   In what way?
15 A   Just some of the things that he
16 alleged in that letter, which we've already gone
17 over.
18 Q   You felt hurt by the letter?
19 A   I don't know if I was hurt, but
20 it was a little bit of just a shock that, you
21 know, he, you know, says a couple of things in
22 this letter.  I would never reassure anyone, you
23 know, based on an Olympic medal.  You know, the
24 whole aspect of trust and respect, you know, I
25 was -- I'm just taken aback a little bit.

299

4/5/2005 Gambardella, Robert

1  naturalization service?
2  A   At one point I did.  Yes, I did.
3  Q   Did you attach any conditions to
4  that letter?
5  A   I don't believe I did.
6  Q   Did you tell Mr. Kim that if he
7  signed the release, and only if he signed the
8  release, that you would sign -- write a letter
9  for him?
10 A   Oh, that is true.
11 Q   That you would only sign a letter
12 to INS if he had signed a release?
13 A   Yeah.  We were getting complaints
14 and getting sued by so many people.  We wanted to
15 try to eliminate, you know, just another lawsuit.
16 Q   If he didn't sign that release,
17 would you have signed his INS letter?
18 A   I don't know.  I would have to
19 sit and think about it, because I did have
20 discussions with Mr. Hurley, his immigration
21 lawyer, we did talk.  And he agreed to the fact
22 that this was -- the timing wasn't the greatest
23 in trying to help him.  And I couldn't figure out
24 why he would, you know, sent this letter when he
25 did.

298

4/5/2005 Gambardella, Robert

1  Q   Okay.  I want to show you an
2  exhibit that we're going to mark next in order.
3  It is an e-mail from a World Champion TKD.
4  (Exhibit 71 was marked.)
5  MR. UESUGI:  What exhibit is this?
6  THE REPORTER:  71.
7  Q   (BY MR. UESUGI)  Do you remember
8  receiving this e-mail?
9  A   I think you sent it to me.
10 Q   No, I didn't.  Do you remember
11 receiving this letter from World Champion TKD?
12 A   Okay, yeah.  As I read the line,
13 yes.
14 Q   That's your e-mail address,
15 bob.gambardella@usoc.org?
16 A   It sure is.
17 Q   What did you do when you received
18 this e-mail?
19 A   What I did was I read it and then
20 I just deleted it.  Because I'm not going to get
21 in between you and John and anyone else's fights.
22 So I felt that it's ridiculous that your e-mails,
23 which would perpetuate somebody writing something
24 like this, would bring it to this level.
25 Q   So you didn't conduct --

300

4/5/2005 Gambardella, Robert

```
 1         MR. LEVINSTEIN:  I don't know what the
 2    relevance of this document is.  It's completely
 3    an outrageous document.  It has no relevance to
 4    this case.  I don't want to have to send this to
 5    the court and explain to them, these are the
 6    kinds of things you're asking the witness about
 7    that has nothing to do with this case.
 8         MR. UESUGI:  All right.  That's fine.
 9         MR. LEVINSTEIN:  But I will if we have
10    to.
11         MR. UESUGI:  Okay.
12    Q    (BY MR. UESUGI)  Did you conduct
13    an investigation with respect to this e-mail?
14    A    No.  It's none of my -- this is
15    none of my business.  This is not my business.
16    This is from some guy to Xplosive.  What do I got
17    to do, check every e-mail that someone sends me
18    that I got to go through and do an investigation
19    on it?
20    Q    Did you talk to Herb Perez about
21    this e-mail?
22    A    He talked to me about it, because
23    basically this guy sent it to him.  Let me read
24    it.  I got this e-mail from Herb Perez.  Well, I
25    don't think it's Herb Perez.  You should have
```

301

4/5/2005 Gambardella, Robert

```
 1    seen the e-mails I got from him the last time.
 2    So I have asked him who Chinesey is.  He doesn't
 3    know anyone named Chinesey.
 4    Q    What steps have you taken to
 5    ascertain whether chinesey@aol.com is, in fact,
 6    one of Herb Perez's e-mail --
 7    A    I haven't done a thing.
 8    Q    In fact, subsequent to this
 9    e-mail, you went to Herb Perez's wedding, isn't
10    that true, in January?
11    A    Yes, I did.  Yes, I did.
12    Q    And you also appointed him head
13    of teams for the world championship teams in
14    2005?
15    A    Yes, as one of the team leaders
16    exactly, yes, I did.
17         MR. UESUGI:  Why don't we take a break?
18         (A recess was taken from 3: 42 p.m. to
19         3:46 p.m.)
20         MR. UESUGI:  Back on the record.
21    Q    (BY MR. UESUGI)  When Jean Lopez
22    became the 2004 Olympic coach, what did that
23    entitle him to?
24         MR. LEVINSTEIN:  Objection.  I don't
25    know what that means.
```

302

4/5/2005 Gambardella, Robert

```
 1    A    I don't know what that means
 2    either.
 3    Q    (BY MR. UESUGI)  Did he get his
 4    airfare paid from Houston to Colorado Springs for
 5    the four-day camp?
 6    A    I believe so, yes.
 7    Q    Did you give him per diem?
 8    A    No, I think they had all their
 9    meals and room and board.
10    Q    With OTC?
11    A    Yes.
12         MR. LEVINSTEIN:  He's talking about the
13    Olympic Village, weren't you?
14    A    No, training in Colorado Springs,
15    yeah.
16    Q    (BY MR. UESUGI)  From Colorado
17    Springs to Malta, who paid for that airfare?
18    A    We received a grant from the
19    United States Olympic Committee, Athens training
20    grant and that incorporated that, yeah.
21    Q    That covered Jean Lopez's
22    expenses?
23    A    Yes.
24    Q    Did he get a per diem in Malta?
25    A    All our meals were at a hotel.
```

303

4/5/2005 Gambardella, Robert

```
 1    And I believe, and I think we have the
 2    documentation backing this, that we gave everyone
 3    like $20, you know, for travel, you know, if they
 4    wanted to get something in the airport.  And
 5    everyone received that.
 6    Q    And also being part of the US
 7    Olympic team, you get goodies, right?  Warm-up,
 8    T-shirt, hat, shorts?
 9    A    Yes.
10    Q    And also his trip from Malta to
11    Athens, Greece was also paid for?
12    A    Yes.  Yes, it was, as was
13    everyone else's.
14    Q    As was everyone else's?
15    A    Yeah.
16    Q    And he got to stay in the Olympic
17    Village?
18    A    Yes.
19    Q    And he got his meals?
20    A    Yes.
21    Q    Was there a per diem involved
22    also?
23    A    I don't believe so, no.
24    Q    And he didn't have to pay an
25    entry fee for the coaching credential?
```

304

4/5/2005 Gambardella, Robert

```
 1        A     To the Olympic Games?
 2        Q     Yes.
 3        A     No.
 4        Q     And then for his airfare back
 5   from Athens to Houston, that was also covered; is
 6   that correct?
 7        A     Yes.
 8        Q     Did he receive anything else?
 9        A     Not that I'm aware of.
10        MR. UESUGI:  I guess that's it.  No
11   more questions from me.
12        MR. LEVINSTEIN:  Before we leave, I
13   just want to put on the record that the gentlemen
14   who is asking questions does not appear as
15   counsel in this case, and is apparently a named
16   counsel in another proceeding involving Dae Sung
17   Lee in front of the USOC.
18        And there's been a representation by
19   Mr. Jones that he is going to enter his
20   appearance as counsel.  And we will take action
21   as soon as we get confirmation that he is
22   counsel.
23        MR. UESUGI:  I would like to get a
24   clarification, that I am not representing Dae
25   Sung Lee in any other matter before the USOC or
```

305

4/5/2005 Gambardella, Robert

```
 1   any other -- if you look at any of the -- I know
 2   what you're talking about, there's an Article 26
 3   complaint filed.  But you don't see my name on
 4   there, I've never made an appearance for him, I
 5   never --
 6        MR. LEVINSTEIN:  Did you participate in
 7   writing or editing any of the documents he
 8   submitted?
 9        MR. UESUGI:  I'm not going to answer
10   that question.
11        MR. LEVINSTEIN:  You need to, because
12   as an attorney in Colorado, if you enter -- if
13   you prepare legal documents and submit them on
14   someone's behalf without disclosing your identity
15   that you're counsel, it has ethical implications.
16   So I'd like to ask you now, did you prepare the
17   materials on his behalf that he submitted in what
18   are legal proceedings before the USOC?
19        MR. UESUGI:  I'm not a Colorado
20   attorney, so I don't have to answer that
21   question.  I've reviewed the documents that
22   you're talking about.  I know what you're talking
23   about.
24        MR. LEVINSTEIN:  Did you draft them?
25        MR. UESUGI:  Again, I'm not going to
```

306

4/5/2005 Gambardella, Robert

```
 1   answer.  I reviewed the documents and that was
 2   it.  Okay.  As a matter of procedure,
 3   Mr. Johansen has been participating in this
 4   proceedings.  I'd like to clarify in what
 5   capacity?
 6        MR. LEVINSTEIN:  He's a representative
 7   of the client.  And he's on papers as of counsel
 8   to the proceedings.
 9        MR. UESUGI:  He's of counsel.  He's
10   made an appearance.
11        MR. LEVINSTEIN:  He doesn't have to
12   make a formal appearance.  He's a representative
13   of the client.
14        MR. UESUGI:  Excuse me?
15        MR. LEVINSTEIN:  He's a representative
16   of one of the defendants in this case.  He
17   doesn't need to make an appearance to
18   participate.
19        MR. UESUGI:  That's not what he told
20   me.  He said that -- he told me that he was
21   participating as an attorney for the USOC.
22        MR. LEVINSTEIN:  He is an attorney for
23   the USOC.  And as inside counsel, he doesn't need
24   to make an appearance under the rules of Hawaii.
25   But you can deal with that with the judge if you
```

307

4/5/2005 Gambardella, Robert

```
 1   like.  But it's got nothing to do with -- he's
 2   clearly been identified in papers as who he is
 3   and on pleadings filed in court in this case.
 4        MR. UESUGI:  As an attorney on the
 5   case?
 6        MR. LEVINSTEIN:  As an attorney for the
 7   United States Olympic Committee.
 8        MR. UESUGI:  On this case?
 9        MR. LEVINSTEIN:  As an attorney for the
10   United States Olympic Committee.
11        MR. UESUGI:  On this case?
12        MR. LEVINSTEIN:  On every case that the
13   US Olympic Committee is involved in, yes.
14        MR. UESUGI:  Has he made an appearance
15   in this case?
16        MR. LEVINSTEIN:  He's not filed a
17   motion pro hac vice.  But, yes, he has appeared
18   in this case.
19        MR. UESUGI:  As counsel?
20        MR. LEVINSTEIN:  Yes.
21        (The deposition concluded at 3:52 p.m.)
22
23
24
25
```

308

4/5/2005 Gambardella, Robert

```
 1             A F F I D A V I T
 2
 3   STATE OF COLORADO    )
                         ) ss.
 4   COUNTY OF DENVER    )
 5          I have read my deposition, and the same
 6   is true and accurate, save and except for changes
 7   and/or corrections, if any, as indicated by me on
 8   the amendment sheet(s) attached hereto as
 9   indicated.
10
11   Amendment sheet(s) attached [ ]
12   No changes; no amendment sheet attached [ ]
13
14
15        _____
                ROBERT GAMBARDELLA
16
17      SUBSCRIBED AND SWORN TO before me on this
18   _____ day of _____, 2005.
19      My commission expires: _____.
20
21
          _____
22                NOTARY PUBLIC
23   in and for the State of _____.
24   ss
25
```

309

4/5/2005 Gambardella, Robert

```
 1           C E R T I F I C A T E
 2
 3
 4   STATE OF COLORADO    )
                         ) ss.
 5   COUNTY OF DENVER    )
 6
 7         I, Susan L. Sims, Registered
     Professional Reporter and Notary Public in and
 8   for the State of Colorado, duly appointed to take
     the deposition of ROBERT GAMBARDELLA, certify
 9   that prior to the examination the deponent was
     duly sworn to testify to the truth in the matters
10   in controversy between the parties herein; that
     the deposition was taken in shorthand by me at
11   the time and place aforesaid and was thereafter
     reduced to typewritten form by me and processed
12   under my supervision, the same consisting of 309
     pages; and that the same is a full, true, and
13   complete transcription of my machine shorthand
     notes.  I further certify that I am not related
14   to, employed by, nor counsel to any of the
     parties herein, nor otherwise interested in the
15   events of the within cause.
16         A transcript review of this deposition
     was requested and is available to the deponent as
17   notified by me.
18         IN WITNESS WHEREOF, I have affixed my
     notarial seal this 25th day of April, 2005.  My
19   commission expires December 21, 2006.
20
21
22     _____
              Susan L. Sims
23       Registered Professional Reporter
24
25
```

310