IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants. | Civil No. 04—00461 SOM LEK<br><br>DECLARATION OF APRIL A. LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENTS RELATING TO ANY PHYSICAL OR MENTAL INJURIES ALLEGEDLY SUFFERED BY PLAINTIFF |

## **DECLARATION OF APRIL A. LURIA**

I, April A. Luria, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2. I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of portions of Defendant United States Olympic Committee's First Set of Interrogatories.

4. Attached hereto as Exhibit "2" is a true and correct copy of portions of Defendant United States Taekwondo Union's First Set of Interrogatories.

5. Attached hereto as Exhibit "3" is a true and correct copy of portions of Plaintiff's Responses to Defendant United States Olympic Committee's First Set of Interrogatories.

6. Attached hereto as Exhibit "4" is a true and correct copy of portions of Plaintiff's Responses to Defendant United States Taekwondo Union's First Set of Interrogatories.

7. Attached hereto as Exhibit "5" is a true and correct copy of a letter from Glenn H. Uesugi dated March 10, 2006.

8. Attached hereto as Exhibit "6" is a true and correct copy of the portions of the oral deposition transcript of Heon Mi Liee (taken January 26, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  March 14, 2006  _____
APRIL A. LURIA