Of Counsel:
ROECA LOUIE & HIRAOKA
A Limited Liability Partnership, LLP

DAVID M. LOUIE            2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA              4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Todd F. Braunstein
Email: tbraunstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM TEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED STATES |
| | ) | OLYMPIC COMMITTEE'S FIRST |
| vs. | ) | SET OF INTERROGATORIES TO |
| | ) | PLAINTIFF |

EXHIBIT 1

**RESPONSE:**

**INTERROGATORY NO. 17:**

Please describe in detail, including an item-by-item quantification, of all damages Plaintiff claims to have suffered as a result of the alleged discrimination by the USTU and/or USOC.

**RESPONSE:**

**INTERROGATORY NO. 18:**

Please provide, on a month-by-month basis from January 1, 1997 to the present, the revenues of, expenses of (including salary payments to Plaintiff), profits of (including distributions to Plaintiff), Plaintiff's taekwondo school, as well as the median number of students enrolled at the school during each month

**RESPONSE:**