ROECA LOUIE & HIRAOKA

DAVID M. LOUIE    2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA     4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
United States Taekwondo Union

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM TEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED STATES |
| | ) | TAEKWONDO UNION'S FIRST |
| vs. | ) | SET OF INTERROGATORIES TO |
| | ) | PLAINTIFF |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| chartered nonprofit corporation; | ) | |

EXHIBIT 2

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please describe in detail the all facts that support Plaintiff's claim in the Complaint that he "suffered general damages resulting from public embarrassment, humiliation, mental anguish, damage to his character, [and] damage to his professional reputation which has taken decades to build."

### RESPONSE:

### INTERROGATORY NO. 2:

Please identify all documents that support Plaintiff's claim in the Complaint that he "suffered general damages resulting from public embarrassment, humiliation, mental anguish, damage to his character, [and] damage to his professional reputation which has taken decades to build."

### RESPONSE:

### INTERROGATORY NO. 3:

Please identify all individuals (including the information required by Definition and Instruction (b), above) whom Plaintiff contends have knowledge