BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES     2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone:   (808) 550-4990
Facsimile:   (808) 550-4991
E-mail:      wdj@bervar-jones.com

Attorney for Plaintiff
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | CIVIL NO. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF DAE SUNG LEE'S |
| vs. | ) | RESPONSE TO DEFENDANT |
| | ) | UNITED STATES OLYMPIC |
| UNITED STATES TAEKWONDO | ) | COMMITTEE'S FIRST SET OF |
| UNION, a Colorado nonprofit | ) | INTERROGATORIES TO PLAINTIFF; |
| Corporation, UNITED STATES | ) | ATTACHMENT |
| OLYMPIC COMMITTEE, a | ) | |
| Federally chartered nonprofit | ) | |
| Corporation, JOHN DOES 1-10; | ) | |
| JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; | ) | |
| | ) | No Trial Date |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLAINTIFF DAE SUNG LEE'S RESPONSE
TO DEFENDANT UNITED STATES OLYMPIC COMMITTEE'S
FIRST SET OF INTERROGATORIES TO PLAINTIFF

EXHIBIT 3

## INTERROGATORY RESPONSE NO. 17

1. SPECIAL DAMAGES

LEE has retained the services of economist Tom Loudat. Dr. Loudat has opined that LEE has suffered gross future economic loss of $1.9 Million in pretax dollars. Dr. Loudat uses as his foundation actual economic increases enjoyed by Master Han Wan Lee, the taekwondo coach who was selected to be the 2000 U.S. Olympic Taekwondo coach for the Olympic Games held in Sydney, Australia.

2. GENERAL DAMAGES

LEE has suffered tremendous embarrassment, mental distress and loss of face as a result of the Defendants' unjustified actions. His appointment was highly publicized in the local media in mid 2003 and quickly known by his 300 plus students, their families, and his hundreds of former students and his many colleagues nationally and internationally. He will forever live with a stigma that he was not good enough or that something derogatory was discovered which prompted the USTU or USOC to change their minds about his qualifications even though he was more qualified and experienced than Jean Lopez, the person who replaced him.

3. PUNITIVE DAMAGES

The removal was done in a malicious, secretive and intentional manner. It was motivated by racial considerations and a desire to remove all Koreans from the organization. It was done on the eve of the Olympic Games after having selected LEE a year before, congratulating him and encouraging him to travel and prepare which he did do over approximately three months during 2003 and 2004. The defendants therefore face exposure for punitive damages. LEE will ask for a $1 million in punitive damages.