BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:          wdj@bervar-jones.com

MICHAEL J. GREEN    4451-0
GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com
E-mail: puunui@aloha.net

Attorneys for Plaintiff
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a Federally chartered nonprofit | CIVIL NO. 04-00461-SOM-LEK<br><br>PLAINTIFF DAE SUNG LEE'S RESPONSE TO DEFENDANT UNITED STATES TAEKWONDO UNION'S FIRST SET OF INTERROGATORIES TO PLAINTIFF; ATTACHMENT |

EXHIBIT 4

## Responses of Plaintiff Dae Sung Lee to
## Defendant United States Taekwondo Union's
## First Set of Interrogatories

#1    This was already covered in my deposition which I hereby incorporate to the extent that there isn't space to repeat every detail. I did tell Mr. Jim Borg, a newspaper writer and member of my TKD school, that I was going to Athens in April 2004. He asked why and I mentioned my probable Olympic coach selection and shortly after articles began to come out in the media. I advised my students in 10/04 that I had email approval by United States Olympic Committee (USOC) to be a U.S. Olympic Coach. My family and students were happy for me and I continued to travel to tournaments to prepare for the Olympics. I hereby incorporate by reference my declaration which gives more detail about the chronology. In March 2004, I found out about the new selection procedure. The selection criteria were ambiguous and I did not know for sure that I could not qualify or was not going to be coach until June 2004. A decision was made to file an immediate lawsuit because the Olympics were coming up very fast. The press published the contents of the lawsuit including the fact that the United States Taekwondo Union (USTU) and United States Olympic Committee replaced me with Jean Lopez and did not give a reason for removing me. When this news came out it was front page news locally and seemed to get wide coverage on television. Everyone I knew asked me about my status. It was extremely embarrassing, humiliating, and mentally painful to face my students and their families, my family, my peers, and my friends. The USOC and USTU made me feel like a failure and made me feel that I was not good enough to coach, even though I was and still am and made me appear as a failure in the public light. Since that time my TKD peers now all say 'you got cheated [by USOC]' when they see me, which makes me feel like a victim. Similarly, my peers in coaching circles don't even want to discuss TKD coaching with me for fear that it will upset me and be an unpleasant topic for me.

#2    This appears to be identical to #1, therefore see response to #1.