# GLENN H. UESUGI
Attorney at Law

345 Queen Street, Second Floor
Honolulu, Hawai'i 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

March 10, 2006

**VIA FAX: (202) 434-5029**
Mark S. Levinstein, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Re: <u>Dae Sung Lee v. USTU/USOC</u>
Civil No.: 04-00461 SOM LEK

Dear Mr. Levinstein,

Please note that Plaintiff's mental and/or physical condition may be an issue for damages at trial. However, Plaintiff does not intend to use medical records from Dr. Lee or Dr. Minami at trial.

Very truly yours,

Glenn H. Uesugi

GHU: ll

cc: April Luria, Esq. (808) 521-9648
Ward D. Jones, Esq. (808) 550-4991

EXHIBIT 5