page 1

```
    0001
1           IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF HAWAII
3    DAE SUNG LEE,          )CIVIL NO. 04-00461-SOM-LEK
4         Plaintiff,   )
5       vs.            )
6    UNITED STATES TAEKWONDO   )
7    UNION, a Colorado         )
8    nonprofit corporation;    )
9    UNITED STATES OLYMPIC     )
10   COMMITTEE, a federally    )
11   charted nonprofit         )
12   corporation JOHN DOES     )
13   1-10; JANE DOES 1-10; DOE )
14   PARTNERSHIPS 1-10; DOE    )
15   CORPORATIONS 1-10,        )
16        Defendants.   )TRIAL: April 4, 2006
17              DEPOSITION OF HEON MI LEE
18     Taken on behalf of Defendants UNITED STATES TAEKWONDO
19   UNION and UNITED STATES OLYMPIC COMMITTEE, at the
20   offices of Roeca Louie & Hiraoka, 900 Davies Pacific
21   Center, 841 Bishop Street, Honolulu, Hawai`i 96813,
22   commencing at 10:07 a.m., on Thursday, January 26, 2006,
23   pursuant to Notice.
24   BEFORE:   JOY C. TAHARA, RPR, CSR 408
25             Notary Public, State of Hawai`i
```

EXHIBIT 6

page 16

1   A.  Because of racial discrimination.
2   Q.  Can you recall exactly what your husband said to you
3  when he learned that he was not going to be the Olympic coach?
4   A.  Please repeat your question.
5   Q.  Sure.  Let me strike that question and start fresh.
6       You testified that you were told that he was not the
7  Olympic coach because of racial discrimination?
8   A.  Yes.
9   Q.  Was that what your husband told you?
10  A.  Yes.
11  Q.  Did he give you any specific information concerning
12 the racial discrimination?
13      THE INTERPRETER:  Wait a minute.  It's getting so
14 long.
15  A.  There was some problems -- the officers of that U.S.
16 Taekwondo Union, there was some problems.  So the team, the
17 leader or representative, he was going to kick out all the
18 Korean Mafia.  So they change all the officers of that U.S.
19 Taekwondo Union.  My husband, Korean American, was the only one
20 who remained.  Then they changed a certain rule to deprive my
21 husband of that selection process.
22  Q.  What was your husband's reaction when he learned that
23 that rule was changed so that he could not be the coach?
24  A.  **For a few days I thought he was losing his mind.**
25  Q.  **Can you explain to me why you thought that.**

page 17

1    A.  It was so hard on him, he refused to eat.  He was very
2  embarrassed because the media found out and publicized about
3  that.  And all the students as well as their parents found out,
4  and they initially expected him to be the U.S. Olympic coach,
5  and that was very embarrassing.  It was very difficult for him
6  to explain the situation to them, and he was unable to go back
7  to his Taekwondo place.
8         And also it affected my kids because at school they
9  knew that their father would be the Olympic coach and it didn't
10 turn out that way.  It was very difficult for us to explain to
11 my children.  I was at a loss for words when my children asked
12 me, what is the meaning of racial discrimination?
13   Q.  Let me just stop you here.  Did your children ask you
14 what the meaning of racial discrimination was when they learned
15 that your husband was no longer the U.S. Olympic coach?
16   A.  I explained to my children that it was not daddy's
17 fault, but there was certain problems for that situation.  And I
18 instructed my kid to respond in that manner to teachers or
19 others in school.
20   Q.  I'm sorry.  In what manner?
21   A.  I explained to my children to respond at school that
22 there was some problems at the union level and not their daddy's
23 fault.  But then through media, such as TV and newspapers, it
24 was covered over a period of more than one week, and somehow my
25 children heard about it, about the racial discrimination issue.

page 20

1  night, he wasn't there, he was out, awake, because our family's
2  dream shattered.
3      Q. You earlier said that at one point immediately after
4  he learned that he wouldn't be the coach, you thought he was
5  losing his mind.
6      A. What I meant was he was having that much difficulty.
7      Q. Because of that difficulty he was having dealing with
8  this, did you recommend that he go see a doctor or counselor?
9      **A. Yes. He had a sudden stomach upset and I suffered**
10 **from irregular heartbeat. So both of us went to see doctors for**
11 **that conditions.**
12     Q. How long was it after your husband learned that he
13 would not be the coach, that he went to see the doctor for the
14 stomach upset?
15     A. He did have some stomach problems, but then he was
16 drinking, so that made it, aggravated his condition. And in
17 fact, it's been not healing well. So two days ago, he had an
18 appointment for the endoscopy. Yes, just appointment is made.
19     Q. The appointment was made two days ago?
20     A. Before that, he tried medication from his own
21 physician, not the specialist. He tried that for one month, the
22 medication. And then he had other medication for two weeks.
23     Q. What was the name of the physician that he saw for the
24 stomach problems?
25     A. Dr. Ronald Lee at the Queen's physician's office.

page 25

```
 1  And for the record, am I correct that was Dr. Howard Minami?
 2     A.  (Bringing out card.) Yes.
 3     Q.  Other than Dr. Minami and Dr. Lee, does your husband
 4  have any other doctors' appointments scheduled that are the
 5  result of any kind of stress he has encountered due to him being
 6  removed from the position of the Olympic coach?
 7     A.  No.
 8        MR. UESUGI:  I want to just state something.  Can you
 9  just break it up?  Because you've gone to these long things and
10  it's difficult for the translator to get it all in one crack.
11  So if you can just do, like, one sentence or two sentences at a
12  time, stop, and then continue and then ask your question.  I
13  think we'll get a better, the translator will be able to get a
14  better translation of your comments and questions.  I just want
15  to make that little --.
16        MS. LURIA:  Sure.  And, Ms. Cho, if I'm talking in a
17  manner that makes it difficult for you, just let me know also.
18  Okay?
19        THE INTERPRETER:  I will.
20        (Question read by the reporter.)
21        MR. UESUGI:  Did you see how long it was?
22        MS. LURIA:  After 25 years, somebody's teaching me how
23  to take a depo again.
24        MR. UESUGI:  No, I'm not saying that.  I'm not
25  criticizing that.  But it is a translated deposition and we're
```

page 32

1   A.  I don't remember.
2   Q.  Do you think it was within the last six months?
3       MR. UESUGI: Are you asking about the
4  Taekwondo-related trips or any trips?
5       MS. LURIA: Any trips.
6   A.  We took a trip, family took a trip to Lake Tahoe in
7  last December.
8   Q.  How long did you all go to Lake Tahoe?
9   A.  My brother-in-law lives in San Jose, so we visited him
10 and so it took about ten days.
11  Q.  Your children went with you?
12  A.  Yes.
13  Q.  How long ago did your husband's stomach problems
14 start?
15  **A.  While he was competing. But because of this incident,**
16 **it became aggravated.** So this test will involve upper endoscopy
17 and also lower too, because he often has diarrhea.
18  Q.  When you say because of this incident it's been
19 aggravated, are you referring to the lawsuit?
20  A.  Yes. I heard that stress will cause a worsening of
21 the condition. Doctor say.
22  Q.  But is the stress the result of this lawsuit?
23      MR. UESUGI: Objection. She already testified about
24 his stress and that he was going out of his mind and all of that
25 stuff. So I don't know how you can separate out this stress

page 33

```
 1  from that stress.
 2          MS. LURIA: Objection noted.
 3     Q. Do you remember the question?
 4     A. He's been suffering from stress ever since he was
 5  deprived of that position of being a coach.
 6     Q. When you testified earlier that when your husband
 7  first learned he would not be the coach, you and your husband
 8  only shared that information with your family, correct?
 9     A. My understanding is he told me, first of all.
10     Q. Then after he told you, did he tell his family about
11  the situation?
12     A. Yes.
13     Q. Were you there when he let his family know that he
14  would not be the coach?
15     A. Yes.
16     Q. Did he explain why he was not going to be the coach
17  for the U.S. Olympic team?
18     A. He was very candid to his family.
19     Q. What did he tell them?
20     A. He explained that because of U.S. Olympic Committee
21  had a racial discrimination, that was the cause of his not being
22  a coach.
23     Q. What is your understanding as to the racial
24  discrimination that caused him not to be a coach?
25     A. They had a problem at the U.S. union, so all the
```