IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　Defendants. | Civil No. 04—00461 SOM LEK<br><br>DECLARATION OF APRIL A. LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S MOTION *IN LIMINE* TO EXCLUDE IMPROPER OPINION TESTIMONY OF NONPARTIES AS TO WHETHER OR NOT ALLEGED STATEMENTS WERE RACIST AND/OR HOW THEY MADE THEM FEEL |

## **DECLARATION OF APRIL A. LURIA**

I, April A. Luria, depose and state as follows:

1.　I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2.　I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of the portions of the oral deposition transcript of Bruce Harris (taken April 6, 2005).

4. Attached hereto as Exhibit "2" is a true and correct copy of the portions of the oral deposition transcript of Jay Warwick (taken April 6, 2005).

5. Attached hereto as Exhibit "3" is a true and correct copy of the portions of the oral deposition transcript of Jill Chalmers (taken April 8, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 14, 2006      _____
                                  APRIL A. LURIA