DEPOSITION OF BRUCE C.K.W. HARRIS, VOLUME I                                4/6/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL ACTION NO. 04-00461-SOM-LEK

DEPOSITION OF BRUCE C.K.W. HARRIS, VOLUME I
EXAMINATION DATE: Wednesday, April 6, 2005

DAE SUNG LEE,

Plaintiff,

v.

UNITED STATES TAEKWONDO UNION,
a Colorado nonprofit corporation, et al.,

Defendants.

     PURSUANT TO SUBPOENA, the deposition of BRUCE C.K.W. HARRIS, VOLUME I, was taken at 4:47 p.m. on Wednesday, April 6, 2005, at the Double Tree Hotel at 1775 E. Cheyenne Mountain Boulevard, Colorado Springs, Colorado, before Valorie S. Mueller, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

                  Valorie S. Mueller
          Registered Professional Reporter

**EXHIBIT 1**

Valorie S. Mueller, RPR                                            303-681-9939
VSM REPORTING, LLC    P.O. BOX 186    LARKSPUR, CO 80118-0186         vsmreporting.com
3e05b8ea-b56f-11d9-8c78-8ad5ae61b25c

DEPOSITION OF BRUCE C.K.W. HARRIS, VOLUME I
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.
4/6/2005

Page 13

1      A      I'm not certain, but I think it was around
2   October of 2002, somewhere in that time frame.
3      Q      Focusing in on Page 2, the Sentence No. 5,
4   one of the problems that Mr. Satrom was listing was "An
5   allegiance to Korea to the detriment of U.S. programs
6   and the interest of U.S. athletes."
7             Did you find that sentence to be racially
8   insensitive when you first read it?
9             MR. LEVINSTEIN:  Objection.  You can
10  answer.
11     Q      (BY MR. JONES)  You can go ahead.
12     A      I found it to be racially motivated by
13  its -- well, inherently, primarily because Taekwondo is
14  a Korean martial art.  It's still the home of -- the
15  birthplace of Taekwondo.
16            The international governing body is still in
17  Korea.  Many of our programs are tied directly to that
18  international governing body and Korea.  And this was
19  one that was answered each time it came up in the other
20  two instances.
21            I didn't understand "to the detriment of U.S.
22  programs" because the way the structure is nationally
23  and internationally, we had to go through the
24  international body for just about everything.  For
25  instance, when we pick a national team, they have to

DEPOSITION OF BRUCE C.K.W. HARRIS, VOLUME I
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.
4/6/2005

Page 14

1  meet the international requirements to compete at a
2  world championships, Olympic games, Pan Am games, et
3  cetera.
4        So we couldn't do it without some allegiance
5  to the international body.  And that included a
6  requirement for Kukkiwon black belt, which is a black
7  belt certification from the World Taekwondo
8  Federation's arm called Kukkiwon.  And they're the ones
9  that certify black belt.
10       Q    That's in Korea?
11       A    Yes.  So it was impossible to meet the
12 requirements for participating at World Championship,
13 World Cup, Olympic Games, et cetera, without doing
14 that.
15            Our referees are certified, again, through
16 the international body, which is in Korea.  So all
17 international referees are certified through them.  So
18 to say it was a detriment to our U.S. programs was, I
19 thought, misleading in the very least.
20       Q    Okay.  You mentioned that you attempted to
21 respond in writing to the points listed in that letter?
22       A    Yes, sir.
23       Q    Let me show you a document.
24            MR. JONES:  If you could mark this one
25 next in order.

Page 39

1   getting a national level certification, that's done
2   in-house by your instructor.  But to become, for
3   instance, a national coach, there was a coaching
4   certification program that's open to anyone who meets
5   the criteria.
6           It's not like if 100 people apply, there was
7   a group of Koreans that got together and picked five of
8   the best.  No.  It was a matter of meeting the
9   standards of the program.
10          Same thing with referee certification.  Those
11  were the only things that we certified nationally,
12  coaches and referees.
13      Q   Did you find this paragraph to be racially
14  insensitive --
15      A   Yes.
16      Q   -- to people, especially U.S. citizens of
17  Korean heritage?
18      A   Yes, not only them, but to me as well.  My
19  background was in the military where when I first went
20  in, it was -- racial differences were abounding.  And
21  even as child, it was during the civil rights era.
22          So I have a sensitivity anytime somebody
23  tries to spin something as being racist.  To me, I
24  mean, those who know me know that I wouldn't be a part
25  of anything that perpetuated that, nor would I stand

DEPOSITION OF BRUCE C.K.W. HARRIS, VOLUME I  
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.  
4/6/2005

Page 40

1   for it.  And to say that this was de facto and
2   something that I allowed to happen just isn't true.
3   So, yeah, it did rub me as being racially insensitive.
4         Q     Did you respond in writing to this letter,
5   as well, like you did the August letter?  Because I'm
6   not aware of any written responses that I have.
7         A     I'm pretty certain I did because I
8   responded to every letter that was sent by the
9   Membership and Credentials Committee without fail.  I
10  don't know what the date on it was.  If there was a
11  deadline for response -- this was in advance of the
12  meeting on the 13th.  It might have been discussion
13  items for that meeting.  But I'm pretty sure I drafted
14  written responses to everything from Membership and
15  Credentials.
16        Q     If you can check your files and provide us
17  with a copy of that.
18        A     When I left the office, I left everything
19  there.
20        Q     All right.
21        A     And I had a witness that I took nothing
22  from the office.
23        Q     Okay.
24        A     And she is still there.
25        Q     So you wouldn't have a copy then?

Valorie S. Mueller, RPR                                          303-681-9939
VSM REPORTING, LLC    P.O. BOX 186    LARKSPUR, CO 80118-0186    vsmreporting.com