Page 1

1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF HAWAII
2        CIVIL ACTION NO. 04-00461-SOM-LEK

3    _____

     DEPOSITION OF RICHARD JAY WARWICK
4    EXAMINATION DATE:  Wednesday, April 6, 2005

     _____
5

     DAE SUNG LEE,
6
     Plaintiff,
7
     v.
8
     UNITED STATES TAEKWONDO UNION,
9    a Colorado nonprofit corporation, et al.,
10   Defendants.

     _____
11
12        PURSUANT TO SUBPOENA, the deposition of
     RICHARD JAY WARWICK was taken at 2:20 p.m. on
13   Wednesday, April 6, 2005, at the Double Tree Hotel at
     1775 E. Cheyenne Mountain Boulevard, Colorado Springs,
14   Colorado, before Valorie S. Mueller, Registered
     Professional Reporter and Notary Public in and for the
15   State of Colorado, said deposition being taken pursuant
     to the Federal Rules of Civil Procedure.
16
17
18
                  Valorie S. Mueller
19           Registered Professional Reporter
20
21
22
23
24
25                   EXHIBIT 2

DEPOSITION OF RICHARD JAY WARWICK                                4/6/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 22

```
 1                    for identification.)
 2              MR. LEVINSTEIN:  Would it help you to
 3   keep -- I got the one from the last deposition.
 4              MR. JONES:  Oh, thanks.
 5         Q    (BY MR. JONES)  Have you had a chance to
 6   read that?
 7         A    Yes.
 8         Q    The first question is, have you ever seen
 9   that document before?
10         A    No.
11              MR. JONES:  For the record, it's the
12   letter dated August 4th, 2003 from Thomas Satrom to
13   Bruce Harris, Mr. Satrom identifying himself as the
14   chairman of the USOC Membership and Credentials
15   Committee.
16         Q    (BY MR. JONES)  Focusing in a moment to
17   Page 2, the Item No. 5, there's a carryover from Page 1
18   which says that "The following are examples of some of
19   these problems" with USTU, No. 5 reading, "An
20   Allegiance to Korea to the detriment of U.S. programs
21   and the interests of U.S. athletes."
22              First of all, do you, just as an individual
23   person, find that statement to be racially insensitive
24   towards people of Korean heritage, specifically
25   Korean -- American citizens of Korean heritage?
```

DEPOSITION OF RICHARD JAY WARWICK                                          4/6/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 23

```
 1                 MR. LEVINSTEIN:  Objection.
 2        A     Do I find it --
 3        Q     (BY MR. JONES)  Racially insensitive
 4  towards U.S. citizens of Korean heritage?
 5                 MR. LEVINSTEIN:  Objection.
 6                 THE DEPONENT:  Do I answer?
 7                 MR. LEVINSTEIN:   (Counsel nodded.)
 8        A     No.
 9        Q     (BY MR. JONES)  You don't feel that
10  individuals with USTU who are American citizens and
11  happen to be of Korean heritage would find that
12  offensive?
13                 MR. LEVINSTEIN:  Objection.
14        A     I don't know if they would.
15        Q     (BY MR. JONES)  In your years at USTU, did
16  you ever question the allegiance to this country of
17  people associated with USTU who were American citizens
18  and of Korean heritage?
19                 MR. LEVINSTEIN:  Objection.
20        A     I guess could you rephrase that?
21        Q     (BY MR. JONES)  In your years while you
22  were with USTU --
23        A     Right.
24        Q     And let me settle a foundation here.
25              It's true, is it not, that there are many
```

DEPOSITION OF RICHARD JAY WARWICK
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.
4/6/2005

Page 24

```
 1   people of Korean heritage associated with USTU?
 2        A     During my tenure, yes.  I don't know what
 3   it looks like now.
 4        Q     In your associations with those people,
 5   did you ever question their allegiance or support for
 6   this country?
 7              MR. LEVINSTEIN:  Objection.
 8        A     No, I didn't.
 9        Q     (BY MR. JONES)  I'd like to now show you
10   Exhibit 5 -- what's been previously marked as Exhibit
11   5.
12                 (Deposition Exhibit No. 5 was re-marked
13                  for identification.)
14        A     They're getting longer.
15        Q     (BY MR. JONES)  Feel free to read the
16   whole thing, but I'm just going to focus in on the
17   first paragraph, Page 1.
18        A     First paragraph, Page 1?  Okay.
19        Q     And Page 3, Paragraph No. 8.
20        A     You're not going to ask any questions
21   beyond Item No. 8?
22        Q     No.
23        A     Okay.
24        Q     You've had a chance to look at that
25   document?
```

Valorie S. Mueller, RPR
VSM REPORTING, LLC   P.O. BOX 186   LARKSPUR, CO 80118-0186
303-681-9939
vsmreporting.com

DEPOSITION OF RICHARD JAY WARWICK                           4/6/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 25

1           MR. JONES:  For the record, it's a letter
2   dated September 5, 2003, again from Thomas Satrom to
3   Bruce Harris of the USTU.
4        Q   (BY MR. JONES)  Have you ever seen this
5   letter before?
6        A   You know, I don't recall seeing this
7   letter.
8        Q   You have had a chance to read Paragraph
9   No. 8 on Page 3?
10       A   Yes.
11       Q   Do you, as an individual, find that
12  paragraph to contain allegations which would seem
13  racially insensitive towards U.S. citizens of Korean
14  heritage?
15          MR. LEVINSTEIN:  Objection.
16       A   Insensitive?  Do I find it to be --
17       Q   (BY MR. JONES)  Racially insensitive.
18       A   To those --
19       Q   People of Korean heritage who are U.S.
20  citizens.
21       A   I don't know.  I'm not of Korean heritage.
22       Q   Pardon?
23       A   I'm not one of those people.
24          MR. LEVINSTEIN:  In case you didn't hear,
25  he said I'm not of Korean heritage.

Valorie S. Mueller, RPR                                303-681-9939
VSM REPORTING, ULC    P.O BOX 186    LARKSPUR, CO 80118-0186    vsmreporting.com

DEPOSITION OF RICHARD JAY WARWICK                                    4/6/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 26

```
 1                MR. JONES:  I understand.
 2        Q    (BY MR. JONES)  But as an individual, do
 3   you think they might find it offensive?
 4                MR. LEVINSTEIN:  Objection.
 5        A    I suppose all things are possible,
 6   Mr. Ward -- or Jones, excuse me.
 7        Q    (BY MR. JONES)  It's all right.  If I
 8   might ask, sir, what heritage are you?
 9        A    Chinese Hawaiian.
10        Q    If someone were to make these same
11   allegations toward you, but substitute China for all of
12   the words where Korea is stated, how would you feel
13   about that?
14                MR. LEVINSTEIN:  Objection.
15        A    When it's happened in the past, it wasn't
16   a big deal to me.  And I shared with you I lived in
17   Montana for awhile.  And there's not a lot of Asians in
18   Montana.  And I mean, it wasn't a big deal.
19        Q    (BY MR. JONES)  When you say it wasn't a
20   big deal, though, is that in the spirit of getting
21   along with other cultures?
22                MR. LEVINSTEIN:  Objection.
23        A    No.  It just wasn't a big deal.
24        Q    (BY MR. JONES)  Do you think it's
25   appropriate for someone in Mr. Satrom's position to be
```

DEPOSITION OF RICHARD JAY WARWICK                                      4/6/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 27

```
 1   making or repeating allegations like this of a racial
 2   nature and then using them as at least a partial basis
 3   for possible decertification of an NGB?
 4              MR. LEVINSTEIN:  Objection.  There's
 5   nothing racial in this document.  It's national
 6   heritage.
 7        A    I don't know.  I haven't served in that
 8   capacity or on that committee.
 9        Q    (BY MR. JONES)  Do you know what happened
10   to USTU after this decertification action was brought?
11   Do you know anything about what happened to it?
12        A    The USOC put an executive on loan in -- or
13   assigned a USOC executive to be the acting CEO.  And
14   there was a five person management panel assigned to
15   address governance issues, and I think that's how it
16   operates today.
17        Q    Prior to that, there were some meetings,
18   one of which I think was set up by the USOC Membership
19   and Credentials Committee -- Membership and Credentials
20   Committee.  Do you know anything about that, or had you
21   heard anything about meetings set up by the Membership
22   and Credentials Committee to address some of the things
23   in these letters?
24        A    I may have been aware of the meetings,
25   just because it makes sense that they would have been
```