**ORIGINAL**

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE            2162-0
dlouie@rlhlaw.com
APRIL LURIA              4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |

|  |  |  |
|---|---|---|
| vs. | ) | UNITED STATES OLYMPIC |
|  | ) | COMMITTEE'S TESTIMONY AND |
| UNITED STATES TAEKWONDO | ) | DECLARATION DESIGNATIONS |
| UNION, a Colorado nonprofit | ) | OF VIRGINIA WITTE FROM |
| Corporation, et al., | ) | AUGUST 12, 2004 HEARING; |
|  | ) | EXHIBITS "1"-"2"; CERTIFICATE |
| Defendants. | ) | OF SERVICE |
|  | ) |  |
|  | ) | Trial Date: April 4, 2006 |

601-1/WitteDecDesig.al.chi.wpd

## DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S TESTIMONY AND DECLARATION DESIGNATIONS OF VIRGINIA WITTE FROM AUGUST 12, 2004 HEARING

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants UNITED STATES TAEKWONDO UNION and the UNITED STATES OLYMPIC COMMITTEE ("Defendants"), by their undersigned counsel, hereby designate the following testimony of Virginia Witte to be introduced at trial. See Exhibit "1". Ms. Witte's declaration of August 6, 2004, was submitted at the August 12, 2004 hearing in this matter. A copy of Ms. Witte's declaration is attached as Exhibit "2".

Defendants reserve the right to supplement and/or amend these designations as otherwise made appropriate before or during trial. Defendants by the submission of this designation of testimony, do not waive the right to call witnesses to present live testimony. Defendants reserve the right to designate

further testimony from these or other witnesses, including further designations in response to the deposition designations of Plaintiff.

Declaration of Virginia Witte, Paragraphs 1-37, 38 (except "on June 22, 2004"), 39-41 and
START/END PAGE AND LINE:

110:18 - 110:21
111:5 - 111:24
112:6 - 112:15
116:21 - 117:24
122:1 - 122:23
124:13 - 130:7

    DATED: Honolulu, Hawaii, MAR 14 2006 _____.

*(signature)*
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE