```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
 2             CIVIL ACTION NO. 04-00461-SOM-LEK

 3   _____

     DEPOSITION OF HAN WON LEE
 4   EXAMINATION DATE:  Wednesday, June 29, 2005

 5   _____

     DAE SUNG LEE,
 6
     Plaintiff,
 7
     v.
 8
     UNITED STATES TAEKWONDO UNION,
 9   a Colorado nonprofit corporation, et al.,

10   Defendants.

     _____

12          PURSUANT TO NOTICE, the deposition of HAN WON
     LEE, was taken at 9:00 a.m. on Wednesday, June 29,
13   2005, at 90 South Cascade Avenue, Suite 1500, Colorado
     Springs, Colorado, before Valorie S. Mueller,
14   Registered Professional Reporter and Notary Public in
     and for the State of Colorado, said deposition being
15   taken pursuant to the Federal Rules of Civil Procedure.
16
17
18              Valorie S. Mueller
              Registered Professional Reporter
19
```

Page 1

```
 1                  A P P E A R A N C E S
 2   For the Plaintiff:
 3
        WARD D. JONES, ESQ.
 4      Bervar & Jones
        1400 Pauahi Tower
 5      1001 Bishop Street
        Honolulu, Hawaii 96813
 6      (808) 550-4990
 7
     For the Defendants:
 8
        MARK LEVINSTEIN, ESQ.
 9      Williams & Connolly, LLP
        725 Twelfth Street, N.W.
10      Washington, D.C.  20005
        (202) 434-5000
11
12   Also present:  Dae Sung Lee
                    Gary Johansen, Deputy General Counsel,
13                  United States Olympic Committee
14
                           I N D E X
15
     EXAMINATION BY:                                  PAGE
16
     Mr. Levinstein ................................. 4
17
              I N D E X   O F   E X H I B I T S
18
     DEPOSITION                                PAGE FIRST
19   EXHIBIT NO.    DESCRIPTION                   APPEARS
20
     1    Printout from Master Han Won Lee's website . 8
21
     2    U.S. Tae Kwon Do Center ad entitled "Fall
22        in Love with Fitness" ..................... 55
23   3    U.S. Taekwondo Center ad entitled "Kick It
          ... Our Way" .............................. 59
24
     4    U.S. Taekwondo Center ad entitled "What a
25        Gift!" .................................... 61
```

Page 2

```
 1   5    U.S. Taekwondo Center ad entitled "Do
          This!  Improve This!" ..................... 73
 2
     6    Photocopy of U.S. Taekwondo Center's
 3        brochure .................................. 74
     7    U.S. Taekwondo Center ad entitled "The
 4        Building Blocks to Your Child's Future" ... 76

 5
     8    Photocopy of U.S. Taekwondo Center's
 6        schedule effective January 3, 2005 ........ 80
     9    U.S. Taekwondo Center's Student List -
 7        2005 ...................................... 90

 8
     10   U.S. Taekwondo Center's Program Pricing .. 109
 9
     11   Declaration of Han Won Lee ............... 111
10
     12   U.S. Taekwondo Center ad entitled "Dads
11        Train Free This Month" ................... 139
     13   U.S. Taekwondo Center "V.I.P. Guest Pass"  140
12
     13   U.S. Taekwondo Center Summer Camp Plan
14        Calendar June 27 - July 1, 2005 .......... 141

     15   Photocopy of photo entitled "1988 Seoul
15        Olympic Games Team Members" .............. 147
```

Page 3

```
 1                  P R O C E E D I N G S
 2                        HAN WON LEE
 3          The deponent herein, being first duly
 4   sworn to testify to the truth in the above cause, was
 5   examined and testified on his oath as follows:
 6                       E X A M I N A T I O N
 7   BY MR. LEVINSTEIN:
 8        Q    Have you ever had your deposition taken
 9   before?
10        A    No.
11        Q    Okay.  I'm going to go over some things
12   just to make it easier for the court reporter and for
13   you.
14        A    Okay.
15        Q    You sound like a quiet person sometimes.
16        A    I could be.  And I could be loud.
17        Q    Okay.
18        A    You know, my voice is pretty loud
19   actually, because I'm used to teaching large classes.
20        Q    So we're close to each other, but make
21   sure you talk loud enough that she can hear you.
22        A    Okay.
23        Q    It's helpful in a deposition if you
24   verbalize, as opposed to nod or shake your head --
25        A    Got you.
```

EXHIBIT "A"

Page 4

```
1      Q   -- or that sort of thing, because if you
2   say uh-huh, she'll right "uh-huh." But "huh-uh" and
3   "uh-huh" look pretty similar when you type them out.
4      A   So yes or no.
5      Q   Or just some words as opposed to that.
6      A   Okay.
7      Q   If at any point you want to take a break
8   for any reason, just say, could we stop.
9      A   Sure.
10     Q   No problem. And I'm going to try to ask
11  you questions that make sense to you. If they don't --
12     A   I'll ask you.
13     Q   -- just say, I don't get that question, or
14  that's a bad question, or that makes no sense, or
15  that's not how it works, could you try again?
16     A   Sure.
17     Q   She's going to be creating a transcript.
18  That's all we're going to have at the end of this. So
19  it's important that the question and the answer match
20  each other.
21         Lastly, in a conversation, people tend to
22  speak at the same time.
23     A   Okay.
24     Q   I make the mistake as much as anyone.
25  Wait until I'm done before you start. And if I don't
```

5

```
1   wait until you're done, just say I'm not finished --
2      A   Okay.
3      Q   -- and I'll stop talking.
4      Q   Would you please state your full name and
5   spell your last name.
6      A   Han Won Lee. L-e-e is the last name.
7      Q   And could you briefly describe your
8   educational background?
9      A   I went through high school, some college,
10  but never graduated college.
11     Q   And where did you go to college?
12     A   Eastern Michigan University and Michigan
13  State University.
14     Q   And did you come close to graduating?
15     A   What's close? I'm not sure. No. I'm
16  about halfway done.
17     Q   But your major was in what?
18     A   Business.
19     Q   Did you take courses in accounting?
20     A   Well, very low level, intro to accounting
21  type of stuff, yes.
22     Q   And marketing?
23     A   Some, yes.
24     Q   Finance?
25     A   I don't remember, you know. A long time
```

6

```
1   ago.
2      Q   And this was in the '81 to '86 time frame?
3      A   Yes, sir.
4      Q   And did you ever go full-time to school?
5      A   Yes, sir.
6      Q   And what years was that?
7      A   '81. Geez. I can't remember. It's a
8   long time ago.
9      Q   And were you born in the United States?
10     A   No, sir.
11     Q   Were you born in Korea?
12     A   Korea.
13     Q   And how old were you when you came to the
14  United States?
15     A   I came to the United States when I was 13.
16     Q   And what year were you born?
17     A   1962.
18     Q   When did you start competing in Taekwondo?
19     A   Oh, geez.
20     Q   Well, when did you start engaging in
21  Taekwondo or being trained in Taekwondo?
22     A   Soon after I got here.
23     Q   And what's the first you can remember when
24  you were involved in significant competitions?
25     A   I competed in nationals. It was in Ohio.
```

7

```
1          THE DEPONENT: Do you remember?
2          MR. DAE SUNG LEE: '79.
3      A   So '79. See, that? It's a long time ago.
4      Q   (BY MR. LEVINSTEIN) And you had been
5   competing before the nationals in '79?
6      A   Well, local tournaments, yes, sir.
7      Q   And you lived in Michigan?
8      A   Yes, sir.
9      Q   And when did you stop competing?
10     A   After the '92 Olympic Games.
11         (Deposition Exhibit No. 1 was marked
12         for identification.)
13     Q   (BY MR. LEVINSTEIN) I give you what's
14  been marked as your Deposition Exhibit 1. And just to
15  make it easier, so it's not a guessing game or a memory
16  test as to your background.
17     A   Yes.
18     Q   So could you just take us through your
19  competition record?
20     A   Okay. 1982, I won a gold in the National
21  Championships. '83, silver. In '83, I competed in the
22  Collegiate Taekwondo Championships.
23     Q   So when you were in college, there was
24  some sort of collegiate championships?
25     A   Yes, sir.
```

8

6/29/2005 Lee, Han Won

1  Q  This wasn't the NCAA?
2  A  No. Even now, it's not NCAA. It's called
3  NCTA.
4  Q  But this was international. So you
5  represented the United States in an international
6  competition that involved other people who were in
7  college?
8  A  That's correct.
9  Q  Is that now called the World University
10 Games, or is that different?
11 A  No, it's different. It's the World
12 University Championship, I think. This is different.
13 Q  So the International Collegiate Taekwondo
14 Championships, you got a silver medal?
15 A  Actually, bronze. It's a misprint.
16 Q  Okay. I won't tell. And in '84?
17 A  Yes, sir.
18 Q  I'm just trying to get this into a
19 transcript. I don't need you to read this in, but in
20 '84, you won the silver medal --
21 A  Silver, uh-huh.
22 Q  -- in the U.S. National Taekwondo
23 Championships? And in '85, you won the bronze in the
24 same event? And '85 -
25 A  Yes.

9

6/29/2005 Lee, Han Won

1  Q  -- you went to the Olympic Festival?
2  A  Yes, sir.
3  Q  And what was the Olympic Festival.
4  A  The Olympic Festival was a multi-sport
5  that was organized by the USOC, and they don't have it
6  anymore. It's extinct now. But I think '85 was in
7  Baton Rouge.
8  Q  Louisiana?
9  A  Like I said, all the sports came together
10 and competed. And they divided the east, west, south,
11 north teams and competed on four teams.
12 Q  And you won the Taekwondo event in the
13 Bantam weight division?
14 A  Yes, sir.
15 Q  And in '86, you went to the U.S. National
16 Taekwondo Championships and got a gold medal?
17 A  Yes, sir.
18 Q  And the Olympic Festival, you got a gold
19 medal again that year?
20 A  Yes, I believe so. Again, yeah.
21 Q  I assume that except for where you
22 remember, that these are correct?
23 A  Right.
24 Q  Just for the record, this document that's
25 Exhibit 1 is a printout from your personal website?

10

6/29/2005 Lee, Han Won

1  A  Right, uh-huh. I can see it.
2  Q  That's what I'm asking. Make sure.
3  A  Yeah.
4  Q  And in '86, you went to the World Cup
5  Taekwondo Championships?
6  A  Yes, sir.
7  Q  And won the silver medal?
8  A  Yes, sir.
9  Q  And in '86, you also went to the Pan Am
10 Taekwondo Championships?
11 A  Yes, sir.
12 Q  And earned a bronze?
13 A  Yes, sir.
14 Q  In '87, at the U.S. Nationals, you got a
15 gold medal?
16 A  Yes, sir.
17 Q  In '88, you went to the U.S. National
18 Taekwondo Team Trials, and that is the event to qualify
19 for the Olympics?
20 A  Yes, sir.
21 Q  And you won your weight class?
22 A  Yes, sir.
23 Q  And you went to the Olympic Games in
24 Seoul, Korea --
25 A  Yes, sir.

11

6/29/2005 Lee, Han Won

1  Q  -- in 1988, and you were a bronze
2  medalist?
3  A  Yes, sir.
4  Q  At any point in these years, were you a
5  resident at the training center in Colorado Springs,
6  through '88?
7  A  No, but I went out -- I trained with them.
8  But, no, I was not.
9  Q  In '89, you were in the U.S. National
10 Taekwondo Team Trials and got a gold medal?
11 A  Yes, sir.
12 Q  In '90, again, you won the U.S. Taekwondo
13 Team Trials; got a gold medal again?
14 A  Yes, sir.
15 Q  In '90, you got a silver medal in the Pan
16 Am Taekwondo Championships?
17 A  Yes, sir.
18 Q  In '91, you again won the U.S. gold medal
19 in the Bantam weight for the Taekwondo Team Trials?
20 A  Yes, sir.
21 Q  In '91, you went to the Pan Am Games?
22 A  Yes, sir.
23 Q  But did not medal?
24 A  No.
25 Q  In '92, you went to the team trials to

12

6/29/2005 Lee, Han Won

1  qualify for the Olympics in Barcelona?
2  A    Yes, sir.
3  Q    And you won that event?
4  A    Yes, sir.
5  Q    And went to the Olympic Games?
6  A    Yes, sir.
7  Q    And you competed in the Bantam Weight
8  division --
9  A    Yes, sir.
10 Q    -- in the Olympic Games in Barcelona?
11 A    Yes, sir.
12 Q    So you're a two-time Olympian?
13 A    Yes, sir.  Demonstration sport.
14 Q    But you describe yourself as a two-time
15 Olympian?
16 A    Yes.
17 Q    And you describe yourself as a bronze
18 medalist, even though it was a demonstration sport?
19 A    Uh-huh.
20 Q    And there was a medal ceremony and you got
21 a medal just like everybody else did?
22 A    Right.  But I think the medal doesn't
23 count.  The USOC doesn't count as a medal count, does
24 it?
25 Q    It doesn't count -- in the team medal

13

6/29/2005 Lee, Han Won

1  count, it doesn't count.  But your medal wasn't any
2  different than the other people's medals?
3  A    It is.
4  Q    It says somewhere on it "demonstration
5  sport"?
6  A    No.  But it's different.  I know for a
7  fact that the medals are not the same.
8  Q    In any of the advertising materials that
9  you put out, though, none of them mention the fact that
10 it's a demonstration sport, do they?
11 A    No.  Are you done with this?
12 Q    For now.  You can put it down.  I may have
13 other things to refer to.
14      Did there come a time when you started school
15 in Michigan?
16 A    Yes, sir.
17 Q    And when was that?
18 A    '89.  Shortly after '88.  Well, the
19 following years.
20 Q    So after you got the bronze medal in '88
21 in Seoul, Korea, you came home to Michigan and you
22 opened up a Taekwondo school?
23 A    Yes, sir.
24 Q    By yourself?
25 A    Yes, sir.

14

6/29/2005 Lee, Han Won

1  Q    And had you worked at Taekwondo schools
2  before?
3  A    No.  That was my first ever.  So I didn't
4  know anything about the business.
5  Q    Did you do any research or
6  A    Nope.  I jumped right in.
7  Q    Okay.  And how long did you operate that
8  school?
9  A    Until -- you know, I'm not sure.  I think
10 '95 maybe.  I became a coach in '93, and I had my
11 student run it, and it wasn't working out, so I had to
12 give it to a friend.
13 Q    You became a coach at the Olympic Training
14 Center in '93?
15 A    '93.
16 Q    And that required you to move to Colorado?
17 A    Yes, sir.
18 Q    While you were running your school, did
19 you spend time at the Olympic Training Center in
20 Colorado Springs?
21 A    A little bit, from time to time, because I
22 was still competing.
23 Q    When you were competing, you would come in
24 for training camps sometimes in the week, two weeks
25 before a competition?

15

6/29/2005 Lee, Han Won

1  A    Yes, sir.
2  Q    In addition to that, did you simply come
3  and train as a nonresident?
4  A    Yes, sir.
5  Q    And was Dae Sung Lee one of your coaches?
6  A    Yes, sir.
7  Q    Was he your primary coach when you were at
8  the training center?
9  A    Yes, sir.
10 Q    And what years were you going to the
11 training center?
12 A    I guess '89 through '92, from time to
13 time.
14 Q    So from '89 to '92, you were at the
15 training center as an athlete.  And was Dae Sung Lee in
16 charge of the training -- was he the head coach at that
17 time?
18 A    Yes, sir.
19 Q    And in 1993, you had retired from
20 competing?
21 A    Yes, sir.
22 Q    And at that point in time, did you become
23 a full-time employee of the training center?
24 A    Yes, I was, uh-huh.
25 Q    And you continued to operate your school

16

```
 1  as your school until '95?
 2       A    I tried.  It didn't work out.
 3       Q    And why not?
 4       A    Well, I'm not there.  I mean, my student
 5  was running it, and he had no business experience
 6  either, so it didn't work out.
 7       Q    What kind of programs did you have at the
 8  school from '89 to '92 when you were still actively
 9  involved?
10       A    Very -- how do you say -- not
11  sophisticated programs.  Basic programs, I suppose.
12       Q    Did you have a Black Belt Club?
13       A    I don't remember.
14       Q    Do you remember how much it cost a student
15  a month to train with you?
16       A    You know, maybe $70 a month, 70 to 90 a
17  month.  I'm not sure exactly.
18       Q    Did you just have classes in the
19  afternoons?
20       A    I think we had midday classes maybe a
21  couple times a week, and then evening classes mostly.
22       Q    And who were your primary students?  Was
23  it children?
24       A    Actually, all mixed.  Adults and kids.
25       Q    Was the school successful during the years
```

17

```
 1  from '89 to '92?
 2       A    Maybe -- I mean, you know, '92, I was
 3  doing better.  But in '89, I don't think I was
 4  successful.  I only had probably about 75 to 100 --
 5  probably less than 100 students consistently.  So we
 6  don't call that a successful school in the industry.
 7       Q    While you were running the school from '89
 8  to '92, did you attempt to learn more about the
 9  business of running a school?
10       A    Of course.
11       Q    And what did you do besides --
12       A    We networked.  I networked with friends
13  who were doing better than me, trying to get ideas from
14  them.
15       Q    Like anyone in particular come to mind?
16       A    Oh, Juan Moreno.  He was running a school
17  at the time in Chicago.  Chul Kim.  People like that.
18       Q    Juan ran a school in Chicago?
19       A    He had a school in Chicago, yes.
20       Q    And did you visit his school?
21       A    No, never have.
22       Q    But you talked?
23       A    We talk over the phone, of course.
24       Q    Did he give you suggestions and ideas?
25       A    Sure.
```

18

```
 1       Q    Did you attend any seminars or meetings of
 2  people in the business?
 3       A    No.
 4       Q    Did you know about those kinds of
 5  meetings?
 6       A    No.  I don't think they had meetings like
 7  that back then, to tell you the truth.  I know MAI has
 8  recently -- I'm not sure.
 9       Q    We're just here to get your recollection.
10       A    I believe it's about the last four or five
11  years that they started business seminars.
12       Q    Did you learn a lot the first time from
13  running the school that helped you when you started
14  again?
15       A    Yes.  I hope so.  I mean, that's how you
16  get better, right?
17       Q    Well, by '92, about how much were you
18  making in profit from running your school, if you
19  recall?
20       A    I really don't recall.  It's such a long
21  time ago.
22       Q    But you took a paycut to come and work at
23  the training center?
24       A    Yes.
25       Q    How much were you getting paid in '93 to
```

19

```
 1  become a full-time coach?
 2       A    30,000 a year.
 3       Q    So you were making more than that in
 4  Michigan before you came?
 5       A    Yes, I believe so.
 6       Q    Any idea; 50-, 60,000 a year?
 7       A    It could be.  Again, I've got to look at
 8  the papers.  I really can't tell you.
 9       Q    I just saw some article somewhere where it
10  said that it was a significant hardship financially to
11  come to Colorado.
12       A    It was.  I mean, so . . .
13       Q    So I assumed it was a significant decrease
14  in income.
15       A    Okay.
16       Q    When you started at the Olympic Training
17  Center in '93, what was your position?
18       A    In '93?  I was Olympic Training Center
19  team coach, a resident team coach.
20       Q    Were you the head coach?
21       A    I was the only coach, so whatever you want
22  to call it, you know.
23       Q    And were you the only coach from then
24  until 2000?
25       A    Yes, sir.
```

20

6/29/2005 Lee, Han Won

1   Q   Actually, from then until 2004, or 3?
2   A   No. I'm not sure when Assistant Coach
3   Chul Ho Kim was hired. He was hired as my assistant,
4   so I got to look it up. I think it could be 2002 or
5   two thousand -- 2002, yes, he was hired as an assistant
6   coach.
7   Q   I don't want to make it an exhibit,
8   because it's not worth going through that trouble, but
9   the first page, Bates No. 10001 that I gave you today
10  from your personnel file is a memo from Jay Warwick
11  that says, Beginning with pay period 4/16/01 please
12  adjust Coach Han Won Lee's salary to an annual base
13  salary of $20,000. Thank you for your attention to
14  this matter.
15      Was that a decrease?
16  A   Yes, it was.
17  Q   Did you go to part-time as of that date?
18  A   No, I did not.
19  Q   Why did your salary decrease as of April
20  2001?
21  A   I don't know.
22  Q   You don't remember?
23  A   Administrative people thought that -- so
24  that's the administrative people's decision.
25  Q   So in 2002, Chul Ho Kim was hired as an

21

6/29/2005 Lee, Han Won

1   assistant coach?
2   A   Yes.
3   Q   Beginning of the year?
4   A   I don't recall. It could be March or
5   April. I don't recall.
6   Q   And why was he hired?
7   A   To help me as my assistant coach.
8   Q   Was that to give you more free time to
9   work on your school?
10  A   No.
11  Q   Had they increased the number of
12  students -- or the number of athletes training at the
13  center?
14  A   Could be. I mean, you know, we had a
15  large number of athletes then. We had about 16
16  athletes there training.
17  Q   Let's talk about the USTU. What positions
18  did you hold with the USTU?
19  A   I had a position as chair from 1996 to
20  2000.
21  Q   Before 1996?
22  A   I was athletes' rep.
23  Q   When is the first time you were an
24  athletes' rep? It's by quadrennium?
25  A   Yes. So it could be one quadrennium

22

6/29/2005 Lee, Han Won

1   before that.
2   Q   But you weren't while you were competing?
3   A   Yes. I was -- I think I was. Again, I
4   can't remember. I think I was. It could be ninety --
5   excuse me -- '88 to '92.
6   Q   Or '89 to '92?
7   A   Right. '89 to '92. Could be, again.
8   Q   Let's start at the beginning. In the
9   quadrennium leading up to the '88 Games, so '85 to '88,
10  you don't believe you were an athletes' rep during
11  those years?
12  A   I don't remember.
13  Q   But you think you might have been an
14  athlete rep '89 to '92?
15  A   Yes, sir.
16  Q   And when you say athletes' rep, does that
17  mean that you were a member of the U.S. Olympic
18  Committees' Athletes' Advisory Council?
19  A   No. USTU's Athletes' Advisory Council. I
20  was never on USOC's Athletes' Advisory Council.
21  Q   So you were never on the U.S. Olympic
22  Committee Athletes' Advisory Council?
23  A   No. Excuse me. It's hard for me to talk
24  because of my cold and sinus infection.
25  Q   But you believe it might have been as

23

6/29/2005 Lee, Han Won

1   early as '89 that you were one of the athletes on the
2   USTU's Athletes' Advisory Council?
3   A   Yes.
4   Q   And you think that might have continued
5   both in '93 to '96 and '96 to 2000?
6   A   Yes, could be. Yeah. Well, again, I'm
7   vague about '89 to '92, so about '93 to '96; '96 to
8   2000 --
9   Q   '97?
10  A   '97 to 2000, yes.
11  Q   Okay. As an athletes' rep, were you also
12  on USTU committees?
13  A   I was on the Coaching Science Committee.
14  I think it was in '97 through 2000 maybe, if my
15  recollection serves me right.
16  Q   Were you on any other USTU committees?
17  A   I don't recall.
18  Q   Were you on the board of the USTU at any
19  time?
20  A   Yes, sir.
21  Q   Because of another position you held or as
22  an athlete's rep?
23  A   No. As an athlete's rep. Other than as
24  an athlete's rep, I was never on the board.
25  Q   Were you ever on the Executive Committee?

24

1  A    As an athlete's rep, yes, I was.
2  Q    You were on that as well. And in '97 to
3  2000, you were the chair --
4  A    Yes, sir.
5  Q    -- of the Athletes' Advisory Council of
6  the USTU?
7  A    Yes, sir.
8  Q    And in that position, you were on the
9  executive board?
10 A    Yes, sir.
11 Q    And the board was 100, 120 people?
12 A    That's the general board. Executive
13 Committee is smaller than that.
14 Q    Right. So with the 20 percent athlete
15 representation requirement, with 100 to 120, they had
16 to have 20 to 24 athletes?
17 A    Yes, that is correct.
18 Q    So prior to '97, you were on the board as
19 one of those athletes?
20 A    Right.
21 Q    And you continued in that position from
22 '97 to 2000, but you were also on the Executive
23 Committee?
24 A    That's correct.
25 Q    Do you recall that in 2001 to 2004, you

25

1  were a nonvoting member of the Coaching Science
2  Committee?
3  A    I don't recall. I don't.
4  Q    You never attended any meeting of the
5  Coaching Science Committee after 2000?
6  A    No.
7  Q    Ever get notice of a meeting of the
8  Coaching Science Committee after 2000?
9  A    No. I don't recall, because I don't know
10 if I was a member. I had no vote anyway, so . . .
11 Q    Do you recall why you would have been on
12 there as a nonvoting member?
13 A    Maybe perhaps to give advice, because I
14 was the national teach coach slash OTC coach, perhaps.
15 Q    So you were the national team coach from
16 '93 until 2003?
17 A    Yes, sir.
18 Q    And when in 2003 did you stop working at
19 the training center?
20 A    I believe the end of April.
21 Q    In 2003 -- actually, in 2002 and 2003,
22 there were meetings and hearings of the Membership and
23 Credentials Committee of the U.S. Olympic Committee
24 concerning Taekwondo. Did you attend any of those
25 meetings?

26

1  A    Maybe one or two, I think.
2  Q    Do you recall those meetings?
3  A    I remember one being in the Broadmoor
4  Hotel. You know, I'm not sure if that was a meeting
5  or -- we met with, I think, USOC people.
6  Q    Did you have an official role in that
7  process?
8  A    No. As the Olympic Training Center coach
9  and past athlete, I suppose.
10 Q    Did you speak at any of those meetings?
11 A    I'm not sure if I did or not. If I did,
12 it was probably very brief.
13 Q    When did you open your school in Castle
14 Rock?
15 A    In '96, I think.
16 Q    And had you worked at any school in
17 Colorado prior to that?
18 A    Not really, no.
19 Q    Had you worked at Sang Lee's school?
20 A    I helped out, you know, when he had
21 special events or whatever. But no.
22 Q    Had you talked to Sang Lee about his
23 school? Well, in preparation for opening your school
24 in '96, had you continued to talk to people about
25 business ideas in connection with planning a new

27

1  school?
2  A    Yes. I talked to friends, like Chul Kim,
3  Juan Moreno, Jay Warwick, Dae Sung Lee, people like
4  that.
5  Q    Did you attend any seminars or business
6  meetings or educational programs?
7  A    Like I said, those programs weren't
8  available back then.
9  Q    When did you first attend one of those
10 kinds of meetings?
11 A    It's got to be three years ago.
12 Q    So in 2001, 2002?
13 A    Maybe 2001.
14 Q    And have you attended more than one of
15 those programs?
16 A    Yes.
17 Q    Have you attended them every year?
18 A    Yes.
19 Q    What research or study did you do before
20 deciding where to open your school?
21 A    Just a gut feeling, I guess.
22 Q    Did you look at a number of potential
23 sites?
24 A    Yes.
25 Q    Why did you pick Castle Rock? Did you

28

6/29/2005 Lee, Han Won

1  live in Castle Rock?
2      A    No.
3      Q    Where do you live?
4      A    I live in Monument.
5      Q    And how far is Monument from Castle Rock?
6      A    About a 25 minutes', 30 minutes' drive.
7      Q    And how far is Monument from the training
8  center?
9      A    Monument to the training center?
10     Q    Where you live to --
11     A    Right now, where I live?
12     Q    Okay.  Hold on.  Where did you live in
13 1996?
14     A    I lived in Colorado Springs.
15     Q    Okay.  When did you move to Monument?
16     A    Recently, very recently.  2000, I think,
17 or 2001.  Either 2000 or 2001.
18     Q    How far a drive was it -- let's start, how
19 close was your home in Colorado Springs to the training
20 center?
21     A    '96, I lived -- I think I lived in the
22 dorms.
23     Q    Oh, okay.  When did you start living in
24 the dorms, in '93?
25     A    '93, yes.

29

6/29/2005 Lee, Han Won

1      Q    And when did you stop living in the dorms?
2      A    I don't recall.  I don't recall.
3      Q    Did you have a house between '93 and when
4  you moved to Monument?
5      A    Yes, yes.
6      Q    And where was that house?
7      A    Where was that house?  In Colorado
8  Springs.
9      Q    Okay.  And how long did you live in the
10 house?
11     A    Until 2000 -- hold on now.  Maybe '99.
12     Q    '99 you moved in, you think, to that
13 house --
14     A    Yes.
15     Q    -- in Colorado Springs?
16     A    Uh-huh.
17     Q    And you think you moved out --
18     A    Wait, wait, wait.  Let's go back.  I
19 bought the house in '97.  Now, this is complicated.
20 Let me explain.
21     Q    Before you go on.  In '97, you bought a
22 house in Colorado Springs?
23     A    Right.
24     Q    Go ahead.
25     A    I lived there.  Then I brought my parents

30

6/29/2005 Lee, Han Won

1  out from Michigan to take care of them.  So we lived
2  together.  Then I got married, and we bought a house in
3  '99, and I moved out of the house, my parents' house.
4      Q    The '99 house was also in Colorado
5  Springs?
6      A    Yes.
7      Q    Okay.  And then in 2000 or 2001, you moved
8  out of the Colorado Springs house and went to Monument?
9      A    Right.  The '99 home.  I still have the
10 '97 home.  My parents still live there.
11     Q    Had you bought the '99 house, or did you
12 rent?
13     A    Bought it.
14     Q    And held onto it for just one year?
15     A    Yes, sir.  About a year and -- I remember
16 this one because I paid penalties when I sold it and
17 made a profit.  I guess the law states that you have to
18 hold onto it for two years before you sell it and make
19 a profit and pay taxes or whatever.
20          So I had to pay a lot of taxes because of
21 that.  So I think I owned that house for a year and
22 nine months, so I was about three months shy of
23 twenty-four months.
24     Q    And in just a year and nine months, it
25 went up a lot in value?

31

6/29/2005 Lee, Han Won

1      A    Yes, sir.
2      Q    Was the economy booming at that time?
3      A    I don't know.
4      Q    All right.  The '97 house, how far was
5  that from the Olympic Training Center?
6      A    Ten, fifteen minutes.
7      Q    Drive?
8      A    Yes, sir.
9      Q    And how far was it from the school in
10 Castle Rock?
11     A    From that house?
12     Q    Yes.
13     A    Thirty-five minutes, forty minutes.  More
14 like forty minutes.
15     Q    And the '99 house in Colorado Springs was
16 how far from the training center?
17     A    Twenty, twenty-five minutes.  It all
18 depends on the day, I guess, the traffic.
19     Q    And how far was it from Castle Rock?
20     A    Thirty, thirty-five minutes.
21     Q    Okay.  And in 2000 or 2001, you moved to
22 Monument?
23     A    Excuse me.  Let me blow my nose here.
24     Q    Okay.
25     A    Sorry.

32

6/29/2005 Lee, Han Won

1  Q   In 2000 or 2001, you moved to Monument.
2  And how far was that from the training center?
3  A   Thirty minutes.
4  Q   And how far from the school?
5  A   Thirty minutes.
6  Q   Do you remember when in '96, what month
7  you opened the school?
8  A   I don't. I don't remember. It's '96
9  sometime.
10 Q   End of the year? No idea whether you
11 opened in the spring or the fall?
12 A   I don't remember.
13 Q   Okay. Were you working full-time at the
14 training center in '96?
15 A   Yes, I was.
16 Q   Who ran the school?
17 A   I did.
18 Q   How did you do that?
19 A   Well, we had practice at the Olympic
20 Training Center in the morning. We had 6:00 in the
21 morning til 4:00. And then when the practice is done,
22 I drive over there and taught classes in the evening,
23 because my classes were all in the evenings.
24 Q   And that continued through 2000?
25 A   Yes, sir.

33

6/29/2005 Lee, Han Won

1  Q   Classes were only in the evenings?
2  A   Uh-huh.
3  Q   As a result, did you tend to have more
4  adult students than other schools, as a percentage of
5  your total students?
6  A   I really can't tell you about that.
7  Q   But classes didn't start until 5:00?
8  A   Right.
9  Q   And they went until how late?
10 A   You know, at the beginning, like 8:00 or
11 9:00. My last class now is 9:00.
12 Q   So you finished about the same time, but
13 you started much later than you do now?
14 A   Right.
15 Q   Were you at the training center on
16 Saturdays in '96 to 2000?
17 A   No.
18 Q   Or Sundays?
19 A   Sundays, yes.
20 Q   So did the athletes have Saturday off?
21 A   They have Saturday and Sunday off.
22 Q   But on Sundays, you were at the training
23 center?
24 A   Sometimes. Well, I lived there in '96,
25 remember, so

34

6/29/2005 Lee, Han Won

1  Q   Okay. Are you in the same space now --
2  A   Yes, sir.
3  Q   -- for your school that you were when you
4  opened in '96?
5  A   Yes, sir.
6  Q   How many square feet is that space?
7  A   Right now, I am not sure. I think about
8  4600 maybe, 4700. I don't know the exact measurements.
9  Q   Do you own the building?
10 A   No.
11 Q   So did you enter into a lease in '96?
12 A   Yes, sir.
13 Q   Is it part of a strip mall?
14 A   Yes, sir.
15 Q   When you opened the school in '96, did you
16 do anything significantly different at that time than
17 what you had been doing in Michigan?
18 A   Yes.
19 Q   Okay. What kinds of things?
20 A   Well, I implemented like a black belt
21 program and stuff like that.
22 Q   What else did you implement back then?
23 A   I think that's the biggest thing. But I
24 think I was a little bit smarter because I have some
25 experience. And, again, I have been talking with a lot

35

6/29/2005 Lee, Han Won

1  of friends who are successful in the dojo business. So
2  I had chance to visit a lot of people via coaching.
3  Q   And you kept up with evening classes
4  through 2000?
5  A   Yes, sir, I believe so.
6  Q   And what year did you start having classes
7  earlier than the evening?
8  A   Exactly, I don't recall. Maybe 2001. I
9  don't recall.
10 Q   So perhaps around 2001?
11 A   Or 2002. I don't know. I don't recall.
12 Q   Okay. You expanded your hours?
13 A   Uh-huh.
14 Q   A yes is better.
15 A   Yes, sir, I'm sorry.
16 Q   It's okay. Everybody does it.
17     So around 2000 or 2001, you expanded the
18 hours of your school?
19 A   If I did, just one class. It wasn't a
20 significant increase.
21 Q   But what time was that class?
22 A   I believe it was a 1:00 to 1:45 p.m.
23 class, so midday class. And, again, like I said, I
24 don't remember exactly when I implemented that.
25 Q   How did you -- did you leave for lunch and

36

```
 1   come back?
 2       A    No.  I had people that helped.
 3       Q    So when did you first employ other people
 4   to help out?
 5       A    Probably when I implemented that.
 6       Q    2001 or 2002?
 7       A    Yes.
 8       Q    Let's take the '96 to 2000 time period.
 9   Did any students or the athletes who were with you at
10   the training center help out at your school in Castle
11   Rock?
12       A    Yes.
13       Q    When did that start?
14       A    '96.
15       Q    And was there one or two people in
16   particular, or did lots of the athletes help out?
17       A    Barbara consistently.
18       Q    Kunkel?
19       A    Uh-huh.
20       Q    And was she an employee?
21       A    No.  She was not on the payroll.  She was
22   not.
23       Q    She was a volunteer?
24       A    Uh-huh.
25       Q    She worked out, and you trained with her
```

37

```
 1   there too?
 2       A    Yes.
 3       Q    Besides having a -- well, withdraw.
 4            Let's take the present.  At present, how many
 5   employees do you have?
 6       A    I have -- okay.  One full-time, basically
 7   two full-time.
 8       Q    One full-time?
 9       A    One full-time.
10       Q    And then basically two full-time?
11       A    It's going to be, because we agreed in
12   principles.  But she just had a baby, so we are waiting
13   for her to come back from that.
14            Then, you know, she is going to move up from
15   part-time to full-time, so then it becomes five
16   part-time employees.
17       Q    So you have one full-time and five
18   part-time?
19       A    Uh-huh.
20       Q    And you might have four part-time and two
21   full-time?
22       A    No.  One full-time, six part-time.  And
23   it's going to change it to two full-time, five
24   part-time.
25       Q    In the '96 to 2000 time period, how many
```

38

```
 1   other employees did you have besides you?
 2       A    None.
 3       Q    Besides Barbara Kunkel, did any other
 4   Taekwondo black belts help teach your classes in '96 to
 5   2000?
 6       A    Sometimes.  Very rare occasions.
 7       Q    Did some of your students teach classes?
 8       A    You mean my athletes?
 9       Q    No.  Well, let's start with the athletes.
10   Did some of your athletes teach classes?
11       A    Very rare occasions, yes.
12       Q    Were they there to cover when you couldn't
13   make it?
14       A    Yes, sir.
15       Q    Did some of your students at your school,
16   once they became black belts, help teach classes?
17       A    Yes, sir.
18       Q    And they were not paid for that?
19       A    No.  You have to understand the
20   structures.  We have what we call a STORM team or a
21   SWAT team.  And if you want to be on the team, you have
22   to have teaching experience.  So that's part of the --
23   so those people help me.
24       Q    Do you have a demonstration team?
25       A    Yes.  Not a very good one, but yes we do.
```

39

```
 1       Q    That's something different than the SWAT
 2   team?
 3       A    Right.
 4       Q    And what does SWAT team stand for?
 5       A    Special Winning Attitude Team.  I think
 6   you know that, sir.
 7       Q    I heard it once before, but I don't
 8   remember that.  I didn't remember.
 9            Are some of those Special Winning Attitude
10   Team students not black belts?
11       A    Yes.
12       Q    And they just teach people who are junior
13   to them?
14       A    Absolutely.
15       Q    When did you first attend a seminar -- a
16   business seminar about new ideas for Taekwondo?  Is
17   that 2000?  Is that what you said?
18       A    I think it's 2001 or 2000, yeah, somewhere
19   around there.
20       Q    Did you get a lot of new ideas from those
21   seminars?
22       A    Some.
23       Q    And did you implement some of those new
24   ideas?
25       A    Some.
```

40

6/29/2005 Lee, Han Won

1  Q    Did you come to a view about what product
2  you are selling to consumers?
3  A    Of course.
4  Q    And what is that product?
5  A    I'm selling the product of Taekwondo and
6  what Taekwondo teaches.
7  Q    Well, have you focused on different
8  categories of student and what they're looking for out
9  of Taekwondo?
10 A    Such as?
11 Q    Such as moms, dads, kids?
12 A    Anybody. I mean, Taekwondo is good for
13 anybody. Everybody can benefit from Taekwondo.
14 Q    But have you focused your advertisings and
15 your materials on fitness and losing weight and things
16 like that?
17 A    Of course. I do that. I do the character
18 development for kids.
19 Q    I'm sorry?
20 A    Character development for kids. Exercise
21 for adults. Of course. Again, like I said, all of the
22 people can benefit from exercising and Taekwondo
23 training, so I state those things, of course.
24 Q    Well, you do more of that now than you did
25 in your Michigan school, for example?

41

6/29/2005 Lee, Han Won

1  A    Probably more, yes.
2  Q    Well, you've had lot of discussions about
3  how to market?
4  A    Right.
5  Q    Tell me how you market your business.
6  A    How I market my business?
7  Q    Yes.
8  A    Well, I -- we have referral contests
9  in-house.
10 Q    Referral contests?
11 A    Uh-huh.
12 Q    And what does that mean?
13 A    That means ask our current student bodies
14 to refer somebody about our school.
15 Q    Did they get some benefit if they refer
16 someone?
17 A    Yes.
18 Q    What kind of a benefit?
19 A    Right now, we give out dojon dollars. So,
20 for example, their testing fee can be waived if they
21 refer somebody to us, and stuff like that.
22 Q    Equipment?
23 A    Equipment. They can purchase anything
24 they want. Again, it's dojon dollars. It's fake
25 money, right. But it works in our school, so they can

42

6/29/2005 Lee, Han Won

1  purchase whatever they want.
2  Q    When did you create dojon dollars?
3  A    Oh, that's been around forever.
4  Q    But this referral contest is a new focus
5  of your business?
6  A    That's been around forever too. We've
7  been doing it for a while.
8  Q    Okay. What other kinds of --
9  A    Then we advertise, of course. I'm in the
10 Yellow Pages.
11 Q    What other programs do you have? What
12 other things do you use in marketing your business?
13 A    I don't understand the question.
14 Q    Okay. Do you have child safety seminars?
15 A    Yes. I did that the first time this year.
16 Q    Tell me what your child safety seminar is.
17 A    A child safety seminar is basically
18 teaching children to be aware and what to say if a
19 stranger comes and tries to grab you and what to do to
20 prolong that as long as possible so they can get the
21 attention of other adults or whatever to help out.
22      I think it's a great program. We had the
23 police department that came down and talked about
24 safety. We had the fire department that came down and
25 talked about fire safety. Then, of course, I did

43

6/29/2005 Lee, Han Won

1  common sense self-defense for children, more of what to
2  say in a situation if that kind of a situation would
3  arise. So trying to prepare children for safety,
4  so...
5  Q    Is that part of a program you promote to
6  try to convince parents that this is a good school for
7  their kids to come to?
8  A    Absolutely. I do everything I can to
9  promote my school, of course.
10 Q    And do parents attend the child safety
11 seminar?
12 A    Yes, sir, they do.
13 Q    And do you have a plan to try to get
14 parents involved in all aspects of what's going on in
15 the school?
16 A    As much as I can. Yes. I ask those
17 things.
18 Q    What's a child/parent coaching seminar?
19 A    Child/parent coaching seminar is basically
20 how to help your child and what to look for when they
21 home practice.
22 Q    And when did you start that?
23 A    Actually, I haven't. It's in the program,
24 and we just haven't done it yet.
25 Q    But you promote the idea that you're going

44

1  to be teaching parents how to work with their kids
2  outside of class?
3      A    Yes. But that is for after they have
4  joined the school. It's not somebody who is from
5  outside. We don't talk about that. It's a service, I
6  guess.
7      Q    It's to retain the kids?
8      A    Sure.
9      Q    And to try and get their parents, perhaps,
10 interested in Taekwondo so they enroll?
11     A    Sure.
12     Q    What about Buddy Day?
13     A    Same idea as a referral type of thing.
14 Bring a buddy and buddy tries it, he likes it, then
15 hopefully they join. But it's not a, you know, a
16 heavy-duty sell. It's just for fun for kids. Bring
17 your friend and show their stuff.
18     Q    And the purpose is to get more referrals?
19     A    Yes.
20     Q    And how long have you been doing that?
21     A    Oh, I have been doing that forever. I was
22 doing that in Michigan, so . . .
23     Q    What's Board Breaking Day?
24     A    Same thing. They bring a friend, and they
25 get to break a board. Same concept, I guess.

45

1      Q    Who proposed that idea to you? Where did
2  you hear that one?
3      A    I don't know. Maybe Chul. Again, Chul
4  Kim is pretty successful in Cleveland, Ohio. So I talk
5  to him a lot. I talk to Chong Park in Florida. Again,
6  I've got a lot of friends.
7      Q    And you spend a lot of time trying to come
8  up with new ways to make your business successful?
9      A    Yes.
10     Q    I can go through the list, but any other
11 programs that come to your mind?
12     A    That kind of stuff you're talking about?
13     Q    Yes.
14     A    Well, we have a sleepover, but we haven't
15 done it in, like, three, four years. It's too much
16 work. Movie nights type of thing.
17     Q    What's movie night?
18     A    Bring your kids in for a movie. We show a
19 martial art movie that -- kid-safe movies, obviously.
20 That way parents can have a night off. So we watch the
21 babies -- or watch their kids for them for three or
22 four hours, and they get to go out to dinner and
23 perhaps have a romantic evening.
24     Q    In addition to movie night, you have
25 parents' night out?

46

1      A    Yeah, that's the same type of concept.
2      Q    And that's near Valentine's Day?
3      A    Yes. I haven't done it yet.
4      Q    It's on the calendar for this year.
5      A    I know, sir. I don't do everything that
6  is on the calendar, unfortunately. I wish I could.
7      Q    The calendar is filled with all sorts of
8  family friendly activities?
9      A    Yes, sir.
10     Q    And --
11     A    I try to stick with that schedule, but
12 things come up, and sometimes we can't do that.
13     Q    What do you do in your school to encourage
14 good performance by the kids in school?
15     A    We have what we call the Academic
16 Achievements Club.
17     Q    What's that?
18     A    They bring report cards with good grades,
19 B and above, and they get a patch and get acknowledged
20 in front of the class. Everybody wants acknowledgement
21 in front of their peers.
22     Q    What do you do to encourage the kids to
23 read?
24     A    Oh, we ask them to read. We've got a list
25 of books that they can read.

47

1      Q    Is it part of the curriculum?
2      A    No, it's not a mandatory, if that's what
3  you're asking, for color belts. But for black belt
4  testing, we have implemented -- there's a list of
5  reading materials they can choose from, and we
6  encourage them to read. If they don't read, it's not
7  mandatory.
8      Q    And you promote to parents that reading is
9  implemented as part of a -- all through the curriculum.
10 At each belt level, there's a book they're suggested to
11 read?
12     A    Right. Suggested. It's not mandatory.
13     Q    But the idea is to promote to parents that
14 the focus of your school is on making the kids do
15 better --
16     A    Absolutely.
17     Q    -- in grade school?
18     A    School, academics.
19     Q    Academic school, whatever you want to call
20 it.
21     A    Yeah.
22     Q    Okay. What's the Mother's Day Letter
23 Contest?
24     A    You did some research on my school. We
25 haven't done it this year, but we did it last year for

48

1  the first time. Basically, kids who write a letter,
2  you know, how much they appreciate their mom, mothers.
3  So we are teaching our children the need for
4  appreciation of their parents.
5       Q    Tell me about how the Black Belt Club
6  works.
7       A    How does the Black Belt Club work. Just
8  it's changed over time, obviously. It's continuing to
9  change, I'm sure. But it's a three- to four-year
10 program. So it's a longer commitment.
11           But being on the commitment, again, we try to
12 teach our children what the commitment is about. And
13 adults, as well, of course. And once they have
14 committed to stick with it, stick-to-itiveness type of
15 thing that we try to teach. And there's benefits of
16 being in the Black Belt Club versus basic club.
17      Q    What are the benefits?
18      A    The benefits are we have, you know, like a
19 10 percent discount on everything we do in dojon.
20      Q    Is there a prepayment plan?
21      A    Yes, sir, there is.
22      Q    So the idea of the Black Belt Club is to
23 get them to prepay for the three- to four-year program?
24      A    No, not necessarily. The majority of
25 people don't have that kind of money. I would say 95

49

1  percent and above pays monthly.
2       Q    But they sign a contract committing to
3  the --
4       A    Yes, sir, to the duration of that program.
5       Q    Do you have any group that helps parents
6  finance their payments to you?
7       A    I have a group that collects money for me,
8  if that's what you're asking.
9       Q    What's that?
10      A    It's called AMS.
11      Q    How does that work?
12      A    Let's say, for example, you come into my
13 school and you sign up for the Black Belt Club. Then I
14 will send the information to my company. Just like a
15 health club that has a company that collects membership
16 for them. So then they collect the monthly fees from
17 you. Then at the end of the month, they send me the
18 whole collection to me.
19      Q    Do you run a summer camp?
20      A    Yes, sir. Just one, one week. Matter of
21 fact, that's going on right now. So I could be
22 appreciative if I can get out of here by 3:30 to take
23 care of those kids.
24      Q    Tell me about the summer day camp.
25      A    Just one week kids come and train.

50

1       Q    And what else do they have? What other
2  activities?
3       A    What other activities? Well, we teach
4  them self-defense. We teach them demonstration stuff.
5  We teach them about the bully -- how to stand up to a
6  bully, how to handle bullies. Some character
7  development type of programs we do.
8            Matter of fact, today, they are going to the
9  swimming pool to go swim and have fun and have watergun
10 fights. They are all looking forward to soaking me,
11 but I am here.
12      Q    We saved you from being soaked.
13           Also reading involved in the summer camp?
14      A    Yes, sir. We read to them.
15      Q    Do you have after-school programs?
16      A    I do not.
17      Q    Did you at one point?
18      A    I never have.
19      Q    What's a paddle kicking seminar?
20      A    Same thing. Just like the parent/coaching
21 day. We basically teach the parents how to hold the
22 targets so that the children can kick the target
23 properly and basically how to hold a paddle properly.
24 Even Olympic athletes don't know how to hold the paddle
25 properly, so . . .

51

1       Q    Then I guess you sell them paddles so they
2  can then train with their kids at home?
3       A    You know, that's the idea, but I have
4  never sold one. So I'm a bad businessman on that.
5       Q    They can buy those other places?
6       A    I believe so, yes.
7       Q    What's the haunted house?
8       A    The haunted house is a fun thing that --
9  actually, I learned it from Master Dae Sung Lee. He
10 said he did it in Hawaii and got rave reviews. So I
11 thought it was a fun thing to do. So I transform my
12 school into a haunted house so that kids come and get
13 scared.
14      Q    Bring their parents?
15      A    Yes, of course. Especially for younger
16 ones, they have to come.
17      Q    What's the leadership program?
18      A    The leadership program is -- I haven't
19 really implemented yet. It's still in the works. I've
20 still got to work on that.
21           But the leadership program is like STORM team
22 members. I have a SWAT team and a STORM team, those
23 types of members. And basically teaching them the
24 leadership skills.
25      Q    What's the STORM team? I got the SWAT

52

6/29/2005 Lee, Han Won

1  team. What's the STORM team?
2      A    Special Team of Role Models.
3      Q    And what are the requirements to get on
4  the STORM team?
5      A    The STORM team, you have to be red belt or
6  above. Okay? And 12 years and up. SWAT team is blue
7  belts and above, same age.
8      Q    Can you be on both?
9      A    Actually, once you get a red belt, you get
10 automatically transformed to a STORM team member.
11     Q    And STORM team members also help teach
12 classes?
13     A    Yes, same as SWAT team. Same criteria.
14     Q    Do you have special programs to try to get
15 dads into your adult -- parents into your school?
16     A    In June, Father's Day. Dads train free
17 for a month. I don't have very high success with that.
18 People try.
19     Q    Okay. Have you tried to increase your
20 involvement in the community?
21     A    Yes, sir.
22     Q    And what kinds of things have you been
23 doing?
24     A    I'm a Kiwanis Club member.
25     Q    What else?

53

6/29/2005 Lee, Han Won

1      A    That's it.
2      Q    Have you contacted the local schools and
3  offered to come in and do programs?
4      A    Yes.
5      Q    And when did you start doing that?
6      A    A long time ago. But it's not working.
7      Q    Well, when you were in the training
8  center --
9      A    I couldn't do it anyway.
10     Q    Right. So until you were done with the
11 training center, you didn't have the time to go and do
12 that?
13     A    Right.
14     Q    Are you building a new facility?
15     A    Yes, I am.
16     Q    Can you tell me about that?
17     A    I'm building a building to move, and --
18 well, expansion. I'm expanding because after the 2000
19 Olympic Games, I mean, I have to tell you, I advertise
20 as an Olympic coach, an official Olympic coach.
21         And my business is booming. And so I'm
22 expanding -- I'm building a 14,400 square feet
23 building. 7200 square feet is going to be a dojon type
24 of space. My wife is going to use the space there for
25 her offices. Then the other 7200 square feet, I am

54

6/29/2005 Lee, Han Won

1  renting it to merchants to help me pay for the
2  mortgage.
3      Q    And who is helping you finance this?
4      A    A local bank and a SBA loan. Again,
5  through a SBA loan and a Castle Rock bank.
6      Q    And are some of your students involved in
7  this project?
8      A    Former student.
9      Q    Tell me about your former student.
10     A    He is a builder. He is a developer, so he
11 is helping me with the project.
12         (Deposition Exhibit No. 2 was marked
13          for identification.)
14     Q    (BY MR. LEVINSTEIN) Let me show you
15 what's been marked as Exhibit 2. And can you tell me
16 what that is?
17     A    It's my ad.
18     Q    And what's the focus of the ad?
19     A    Exercise. Fall in love with exercise,
20 fitness.
21     Q    And it's aimed at adults?
22     A    I suppose so.
23     Q    And who helped you design the ad, or did
24 you do it yourself?
25     A    No. This is one of the professional

55

6/29/2005 Lee, Han Won

1  consulting type of companies that I'm involved with.
2      Q    Okay. Tell me about the professional
3  consulting company that you're involved with.
4      A    It's called NAPMA, N-A-P-M-A, I believe.
5      Q    N-A-P-M-A?
6      A    Yes. National Association of Professional
7  Martial Artists is what it stands for. National
8  Association of Professional Martial Artists. But I am
9  no longer a member of that.
10     Q    When did you join that?
11     A    I don't remember. Maybe 2000, 2001. I
12 don't recall.
13     Q    And where were they located?
14     A    In Florida, I believe.
15     Q    And how did you find out about them?
16     A    Just through friends.
17     Q    Did you talk to them on the phone?
18     A    Hardly. Hardly.
19     Q    What role did they play in your business?
20     A    What role?
21     Q    Well, they helped you prepared ads?
22     A    That's it. That's about it.
23     Q    Okay.
24     A    But this is not the only ad I get from
25 those guys. I get ads from different friends and

56