6/29/2005 Lee, Han Won

1 different collection companies, so to speak, membership
2 companies. UP type of things, called United
3 Professional Martial Artists. And just through the
4 Internet. This is available through the Internet.
5    Q    You got in touch with them through the
6 Internet?
7    A    No, no, no. This type of advertising is
8 available for all martial artists through the Internet.
9 You can get downloaded.
10   Q    Okay. By becoming a member of these
11 organizations?
12   A    You don't have to be a member to get that.
13   Q    But you have talked to NAPMA people?
14   A    Well, I joined them, yes. That's when I
15 talked to them. And when I quit, that's when I talked
16 to them. Other than that, I think I talked to them
17 once or twice. That's it.
18   Q    Did they send you materials?
19   A    Yes, they do.
20   Q    Are they a manual with advice, suggestions
21 about how to improve your business?
22   A    Yes.
23   Q    Specifically about martial arts
24 businesses?
25   A    Yes.

57

6/29/2005 Lee, Han Won

1    Q    Specifically about how to broaden the
2 appeal of your school?
3    A    Yes.
4    Q    And how to reach people who are looking
5 for fitness training?
6    A    Yes.
7    Q    And this is one of the ads that you got
8 from them?
9    A    Yes.
10   Q    And the focus here is on trying to find a
11 way to get people who might not otherwise be interested
12 in martial arts as fighting?
13   A    Sure.
14   Q    But might see it as a fitness and exercise
15 vehicle?
16   A    Right. I mean, unfortunately, the general
17 public gets a misconception about what martial arts is.
18 So I'm trying to reeducate them or educate them about
19 martial arts.
20   Q    In what way are you doing that?
21   A    Just through this and talking to parents
22 and teaching -- doing the referral contests.
23   Q    And when you identify yourself in this ad,
24 the first thing you emphasize is that you are a
25 two-time Olympian. That's the thing that appears on

58

6/29/2005 Lee, Han Won

1 the ad.
2    A    I'm not sure if that's the emphasis. I
3 just did it. I don't think it has any emphasis on it
4 for me.
5    Q    In your advertising materials, that's the
6 No. 1 thing that you point out about yourself, is you
7 are a two-time Olympian and a bronze medalist?
8    A    Like I said, that wasn't the first thing
9 that I was trying to get across.
10   Q    But you understand in this ad, that's
11 something that you would read before you would read
12 2000 Olympic Coach?
13   A    I suppose so, yeah.
14   Q    Didn't you design this ad in order to try
15 to make it as effective as possible?
16   A    No. You know what? When I wrote this, I
17 just wrote the things that stand out, so . . .
18              (Deposition Exhibit No. 3 was marked
19              for identification.)
20   Q    (BY MR. LEVINSTEIN) I show you what's
21 been marked as Exhibit 3 and ask you to tell me what
22 that is.
23   A    It's like an adult kicking and having --
24 seems like having fun, smiling.
25   Q    It's an advertisement?

59

6/29/2005 Lee, Han Won

1    A    Yes, it is.
2    Q    And you placed it somewhere?
3    A    I believe so. Once or twice.
4    Q    And the focus is on losing weight,
5 learning self-defense, and toning up?
6    A    Yes.
7    Q    And it describes your program as a fitness
8 program?
9    A    Yes.
10   Q    Do you have any different classes that
11 focus on fitness?
12   A    No. It's all Taekwondo classes.
13   Q    No taerobics?
14   A    No. I tried that and it didn't work, so I
15 no longer have that.
16   Q    Any other classes with a different focus
17 from the normal Taekwondo?
18   A    No.
19   Q    And, again, under the identification of
20 who you are, the first thing you emphasize is that
21 you're a two-time Olympian in '88 and '92?
22        MR. JONES: Object to the form of the
23 question as argumentative.
24   Q    (BY MR. LEVINSTEIN) The first item that
25 appears under your name is two-time Olympian, 1988 and

60

1  1992, correct?
2       A    Yes, but I could easily say 2000 Olympic
3  Coach first, or teaching in Castle Rock since '96
4  first. Again, when I wrote it, I didn't put any
5  importance on the order of it.
6       Q    So all of those are things that you
7  emphasize?
8       A    Yes.
9            (Deposition Exhibit No. 4 was marked
10                for identification.)
11      Q    (BY MR. LEVINSTEIN) I show you what's
12 been marked as Exhibit 4. And what's the primary focus
13 of this ad?
14      A    Christmas. Give a gift. Instead of
15 giving a gift that only lasts a couple of weeks, give
16 them something that could be lasting for a lifetime
17 type of thing.
18      Q    And how do you emphasize the lifetime
19 value of your training? What kind of things do you
20 emphasize in this ad?
21      A    We say we teach character development type
22 of stuff, teach them confidence, self-esteem, to
23 succeed in life.
24      Q    Again, is the thought to de-emphasize some
25 of the traditional concepts about Taekwondo as a

1  martial art and focus more on the benefits to a child
2  from being involved in --
3       A    Right.
4       Q    -- training?
5       A    Like I said before, many people have a
6  misconception about what martial arts is. They think
7  it's fighting. It is, but, you know, I heard this
8  somewhere, whether it's true or not, statistics show
9  that the people who are involved in martial arts get
10 into less altercations or conflicts than people who are
11 not in martial arts. So we teach them how to avoid
12 rather than engage in a confrontation.
13      Q    And you promote that to their parents when
14 you talk about martial arts training?
15      A    Yes, sir.
16      Q    And one of the things you try and teach
17 kids is self-control and that they don't need to fight?
18      A    Yes, sir.
19      Q    And you try to emphasize that they don't
20 have to prove anything and they won't prove anything by
21 hitting someone?
22      A    Yes.
23      Q    Is there a focus on telling the parents
24 that you're going to teach them not to hit anyone
25 unless they're attacked first?

1       A    Yes, sir.
2       Q    Are there Taekwondo business school
3  programs? Beyond the programs you have talked about
4  already, are there programs that focus specifically on
5  Taekwondo, or are they general martial arts programs
6  that you have attended?
7       A    I'm sorry. Come again, please?
8       Q    The seminars and the organizations that
9  are about being a professional martial artist --
10      A    Yes, sir.
11      Q    -- are there any that are specific for
12 Taekwondo, or are they general martial arts?
13      A    I think it's general martial arts.
14      Q    Okay. And where have you traveled to
15 attend those kinds of meetings?
16      A    Recently, I was in Florida. And I joined
17 a group that was called MASS Training, M-A-S-S,
18 Training International.
19      Q    And what is MASS Training International?
20      A    It's a consulting business club -- well,
21 let me take that back. Martial arts consulting
22 business. Martial arts business consulting business.
23 So they teach you how to run more efficient schools,
24 business.
25      Q    And joining it, what did that mean?

1       A    I joined a year with them. Not like NAPMA
2  that I was in before. This, I get to talk to them once
3  a week over the phone, listening on their conference
4  calls with all of the martial arts instructor owners.
5  And I can have a one-on-one once a week with them,
6  so . . .
7       Q    And what kinds of things do you talk
8  about?
9       A    Anything regarding business.
10      Q    What kind of business things have you
11 covered in these?
12      A    I just joined. Actually, I'm having a
13 difficult time. I'm getting pretty upset with them
14 actually. I paid them $9,000 for a year upfront, and I
15 can't get ahold of them.
16      Q    But in the times you have talked to them,
17 what kinds of subjects have you covered?
18      A    Everything from curriculum to referrals
19 to, you know, you name it. Whenever I have questions
20 on doing something better, they will give me advice.
21 So like I said, they're a consulting business, a
22 consulting company.
23      Q    Okay. And have they talked about these
24 same kinds of things, about focusing on the consumer
25 and what the consumer is looking for?

1   A   Actually, I haven't talked to them about
2  that yet. But more structure of a business.
3   Q   What kinds of things about structure of
4  business?
5   A   Such as curriculum, employees, type of
6  thing.
7   Q   Okay. What do your employees do?
8   A   All depends on who.
9   Q   Well, you have one full-time. Who is
10 that?
11      MR. JONES: Excuse me, Counsel. Can we
12 take a break? We have been going over an hour.
13      MR. LEVINSTEIN: Sure.
14      (Recess taken from 10:11 a.m. to 10:15
15      a.m.)
16  Q   (BY MR. LEVINSTEIN) Let's go back to your
17 employees. One full-time and six part-time?
18  A   Right. That will change to two full-time
19 and five part-time.
20  Q   Okay. The full-time person, who is that?
21  A   He is my instructor who teaches for me.
22  Q   His name?
23  A   Tim Scott.
24  Q   And when did Tim come to work for you?
25  A   Last year.

65

1   Q   And where did Tim come from?
2   A   From Nebraska. He came to my school to
3  train under me. So he has aspirations to become an
4  Olympian, so I told him I would train him.
5   Q   Had he trained at the Olympic Training
6  Center?
7   A   As a -- when we had our gold team. So we
8  had these developmental camps, and he came from
9  Nebraska once a month to train. And he get to know me
10 then.
11  Q   When did that start, that he was coming to
12 the training center?
13  A   It's got be three years ago maybe, four
14 years ago.
15  Q   So Tim Scott was selected by his
16 performance in competitions to be part of the USTU's
17 gold team?
18  A   Yes, sir.
19  Q   And then he was invited to be a resident
20 athlete at the Olympic Training --
21  A   No, never have.
22  Q   But he came to the Olympic Training Center
23 before big competitions to train?
24  A   No, never have. It's strictly at the
25 developmental camp.

66

1   Q   I see. Okay. When you were running the
2  training center, did you also have developmental camps?
3   A   Yes, sir.
4   Q   And at some point, part of the profits
5  from those were paid to you?
6   A   Twenty-five percent, yes, out of my
7  contract.
8   Q   And were they held at the training center?
9   A   The first couple of years, but it was
10 extremely difficult to get the space at the Olympic
11 Training Center because of the level of camp. The
12 Olympic Training Center, they give priority to World
13 Championship Teams and National Teams and whatnot.
14      By the time they get down to a grassroots
15 level, a developmental program, it didn't work because
16 they waited until the last minute as possible and said,
17 okay, nobody wants it this weekend, and they would
18 notify us two weeks before and say, okay, can you take
19 it? That didn't work.
20      So I started looking outside, and we started
21 doing it at the Deaf and Blind School in Colorado. The
22 Deaf and Blind School.
23  Q   I couldn't hear you.
24  A   You're playing.
25  Q   No, I wasn't. So you found space at the

67

1  Deaf and Blind School in Colorado to hold those
2  developmental camps?
3   A   Yes, sir. In Colorado Springs, actually.
4  But it's called the Deaf and Blind School of Colorado,
5  but it's located in Colorado Springs.
6   Q   And were these several weeks in the
7  summer?
8   A   Just one weekend. Excuse me, one week.
9   Q   And was this promoted to high-level
10 grassroots athletes?
11  A   Yes, sir.
12  Q   And how many people attended,
13 student-wise?
14  A   It ranges from 30 to 100. Maybe close to
15 100. All depends on what year and what is going on
16 that summer. And it's a developmental camp, like I
17 said. A lot of the U.S. National Team, even current
18 National Team members, or very recent National Team
19 members, came to that camp.
20  Q   And the current -- at the time you hold
21 the camp, the athletes training at the training center
22 helped work at the camp?
23  A   Yes, sir.
24  Q   And you ran the camp as the head of the
25 National Team?

68

6/29/2005 Lee, Han Won

```
 1      A    Head of the Olympic Training Center
 2  resident team.
 3      Q    And that made you the National Team coach
 4  as well?
 5      A    Yes, sir.  I mean, you know, the title was
 6  National Team Coach slash Olympic Training Center
 7  Coach.  And I do go on to National Team competitions as
 8  National Team Coach.
 9      Q    So Tim Scott came to you through that
10  Olympic Training Center developmental camp?
11      A    Not the camp that I held week long.  But
12  the gold team is once a month.  Once a month, the
13  weekend camps.  See, there's a lot of activity, weekend
14  camps meaning type of thing.
15      Q    So in addition to the one-week
16  developmental camp, you also had a gold team, which was
17  weekend camps?
18      A    Yes, sir.
19      Q    And how often were those held?
20      A    My recollection, I don't remember.  I
21  think it's once a month, one weekend a month.  And we
22  did that to help the resident athlete team budget.
23      Q    And that started after 2000?
24      A    I believe so.
25      Q    And moving the developmental camps to the
```

69

6/29/2005 Lee, Han Won

```
 1  Deaf and Blind School happened after 2000?
 2      A    No.  Before that.  That happened before.
 3  I think I held developmental camps at the Olympic
 4  Training Center for a couple of years.  So it's got to
 5  be maybe '95 -- until '95 or '96, I held it at the OTC.
 6  But then after that, it was at the Deaf and Blind
 7  School.
 8      Q    So Tim Scott came through the gold team,
 9  which was one of these weekend developmental camps?
10      A    That's right.
11      Q    And was it the same people who came to the
12  once-a-month camps?
13      A    I don't understand your question.
14      Q    You said there was developmental weekend
15  camps about once a month?
16      A    Like a gold team, yes.
17      Q    But did the same athletes come every month
18  once a month?
19      A    No.  Sometimes new athletes come because
20  it's open to the general public, general USTU members.
21      Q    So over the course of the year, were there
22  hundreds of athletes who attended these gold camps,
23  gold team camps?
24      A    I suppose they could, yes.
25      Q    And, again, these were camps you ran as
```

70

6/29/2005 Lee, Han Won

```
 1  the head of the Olympic Training Center?
 2      A    Yes, sir.
 3      Q    And besides Tim Scott, were there other
 4  athletes who you met through the summer developmental
 5  camp or these weekend gold team camps who asked you to
 6  train?
 7      A    Yes.
 8      Q    And are some of those athletes the top
 9  U.S. competitors?
10      A    Yes, sir.  You know, the summer camp was a
11  developmental camp and identification of athletes on
12  the age so that -- for example, Mandy Meloon, you know,
13  we knew she was going to be special the first day she
14  came to our camp in '94.  That was my first camp I ran
15  at the Olympic Training Center, and we knew that she
16  was going to be very special.
17           And she learned the skills that is necessary
18  for her to compete at the next level and made the U.S.
19  National Team shortly after that.
20      Q    Okay.  Focusing on, let's say, 1995 to the
21  present, how many top U.S. competitors have you trained
22  at the training center?
23      A    Oh, geez.  Lots and lots.  I mean, if you
24  want me to put a number, it's hard to tell.  I mean, at
25  some point, I had almost half the National Team
```

71

6/29/2005 Lee, Han Won

```
 1  members.  And sometimes -- it's hard to quantify.  I've
 2  got to look at a list and say, this person trained with
 3  me, this person trained with me.  Over ten years,
 4  there's a lot of people.
 5      Q    Right now, what top competitors are
 6  training with you?
 7      A    What do you mean?  I got one training with
 8  me in my school.
 9      Q    Who is that?
10      A    Andrea Ferkle.
11      Q    And what has Andrea Forker's --
12      A    Andrea Ferkle.  I'm sorry, my
13  pronunciation . . .
14      Q    Can you spell her last name?
15      A    F-e-r-k-l-e, I think.
16      Q    And to what level has Andrea Ferkle
17  achieved in competition?
18      A    She plays in nationals and so on.  And I
19  believe competes in team trials.
20      Q    And does she live in Castle Rock?
21      A    She lives in Colorado Springs.
22      Q    Is she a resident athlete at the training
23  center, or was she?
24      A    She was.
25      Q    And now that program has been suspended,
```

72

## Page 73

1  so she is not training there?
2      A   Right.
3      Q   Let's do a few more of these.
4          (Deposition Exhibit No. 5 was marked
5          for identification.)
6      Q   (BY MR. LEVINSTEIN) I give you what's
7  been marked as Exhibit 5. And this is another example
8  of an advertising that you have placed for your school?
9      A   Yes, sir.
10     Q   And who helped you? Where did you find
11 this ad?
12     A   NAPMA.
13     Q   This National Association of Professional
14 Martial Artists that's identified at the bottom?
15     A   Uh-huh.
16     Q   And this one focuses on the fact that your
17 class can help children learn how to improve
18 relationships with their teachers and their classmates?
19     A   Yes, help improve concentration.
20     Q   It says, "Our classes focus on
21 self-defense and how to improve relationships with
22 teachers and classmates."
23     A   Yes, sir.
24     Q   And, again, it mentions that you're a
25 two-time Olympian and U.S. Olympic Coach?

## Page 74

1      A   Yes.
2      Q   And this ad doesn't specify whether you're
3  a coach at the training center or a coach at the 2000
4  Games?
5      A   Right. I give them that, and they, to
6  make it fit, they must have took things out.
7      Q   Who is "they"?
8      A   For example, newspaper people. They work
9  on it make it fit in that page, so.
10         (Deposition Exhibit No. 6 was marked
11         for identification.)
12     Q   (BY MR. LEVINSTEIN) I show you what's
13 been marked as Exhibit 6. And what is this document?
14     A   This is my brochure.
15     Q   Okay. And is this one side of the
16 brochure?
17     A   Yes, sir.
18     Q   Why don't we put this with it so we don't
19 make it -- is that the other side of the brochure?
20     A   Yes, it is.
21     Q   So these two pages will be a single
22 exhibit.
23         And the first page I gave you talks all about
24 your school of Taekwondo?
25     A   You're talking about this one or this one?

## Page 75

1      Q   The one that's got the exhibit marker on
2  it. That's the inside of the brochure?
3      A   Yes, sir.
4      Q   And it talks about Taekwondo and the
5  benefits of training with world class instructors?
6      A   Yes, sir.
7      Q   And the second page is the outside --
8          MR. JONES: Can I get a copy of Page 2.
9      Q   (BY MR. LEVINSTEIN) The second page is
10 the outside of the brochure?
11     A   You're talking about this one?
12     Q   Yes.
13     A   Yes, sir.
14     Q   And in the biography describing you on the
15 left column, it talks about the fact that you're
16 currently coaching at the U.S. Olympic Training Center
17 in Colorado Springs?
18     A   Yes, sir.
19     Q   And then it mentions that you were the
20 2000 Olympic Team Coach on the right side of the ad?
21     A   Yes, sir.
22     Q   And this is something you give out at your
23 school?
24     A   Yes, sir.
25     Q   Any other use you make of the brochure?

## Page 76

1      A   When people come in for information, we
2  give this out.
3      Q   You don't mail it to anyone --
4      A   No.
5      Q   -- or place this as an ad in anything?
6      A   No. Are you done with this?
7      Q   Yes. Let's just clip those two pages
8  together so they will be a single exhibit.
9          (Deposition Exhibit No. 7 was marked
10         for identification.)
11     Q   (BY MR. LEVINSTEIN) And I show you what's
12 been marked as Exhibit 7. And this is another ad
13 you've placed?
14     A   Yes, sir.
15     Q   And is it intentional that the building
16 blocks on the left are made to look like books?
17     A   Yes, but actually it was -- it's supposed
18 to be building blocks, but our ad, whatever, the
19 newspaper people made it a book. I gave them a sample
20 of how they should do it. This is one of the things
21 that I download from the Internet. This is not from
22 the NAPMA or anything. I just download it from the
23 Internet to use in the ad, and it relays a message.
24     Q   And is part of the message of having books
25 there that it's about being a better person and

6/29/2005 Lee, Han Won

1  building character and learning?
2     A    Yes, sir.
3     Q    And it's focused on children or parents
4  trying to help their children?
5     A    Yes, sir.  As you can see at the top, it
6  says 6th Degree Black Belt is the first line.  So like
7  I said, it was just trying to emphasize all of it,
8  rather than two-time U.S. Olympian in '88 and '92.  So
9  that was just random.
10    Q    So all of those things are featured
11 equally in this ad in your view?
12    A    Yes, sir.
13    Q    But you're familiar with the concept that
14 in advertising, you put the most important things
15 first?  Let's go back to Exhibit 1, your website.
16    A    Yes, sir.
17    Q    Never mind.  It's a different document.
18 I'll find it.  Never mind.
19         So Exhibit 7, again, clearly there is no
20 featuring in this ad or large letters that talk about
21 you being an Olympic Coach or being an Olympian?
22 That's just biographical information underneath your
23 name?
24    A    Right.  I think it's designed that way so
25 that it's not cluttered so that people can read all of

77

6/29/2005 Lee, Han Won

1  it.
2     Q    But the main message you're trying to get
3  across here is about parents looking out for their
4  children's future?
5     A    Right.
6     Q    And the focus is on what they're looking
7  for as opposed to who you are?
8     A    Yes.
9     Q    And that's part of what you have learned
10 in all these seminars, that the focus of that --
11    A    Trying to grab their attention, yes.
12    Q    And the focus of the ads should be on what
13 they're looking for, not you and what's important about
14 you?
15    A    Well, obviously it helped being an Olympic
16 Coach because I wasn't doing so well in just
17 advertising as '88 and '92 Olympian and bronze
18 medalist.  And I was an Olympic Training Center team
19 coach and all that previously, and my numbers will tell
20 you, since 2000 Olympics, and I am putting down 2000
21 Olympic Coach, numerous people have come and said to
22 me, you know, that's what made me -- you know, deciding
23 factors.
24    Q    But you have done no survey of your
25 students?

78

6/29/2005 Lee, Han Won

1     A    No.
2     Q    And the marketing materials still are all
3  about focusing on attracting people based on their
4  needs and what they're looking for?
5         MR. JONES:  Objection; argumentative.
6     A    But -- okay.
7     Q    (BY MR. LEVINSTEIN)  Well, you have no way
8  to quantify how much of your students came from which
9  characteristics --
10    A    I know this thing, that nobody has --
11 there's only been three Olympic coaches in the history
12 of Taekwondo official sport.  2000 Olympic coach and
13 the year 2004 Olympic coach and I can tell you that my
14 competitors don't have that.  So that is definitely an
15 edge, and people look over that when they're choosing a
16 school between myself versus somebody that doesn't have
17 that kind of credentials.
18    Q    But none of your competitors are two-time
19 Olympians, are they?
20    A    No.
21    Q    And none of them medaled in the Olympics?
22    A    But they say they're champions of
23 something else.  But I think that what distinguishes
24 them from me is the official Olympic coach.
25    Q    And the fact that you were the head coach

79

6/29/2005 Lee, Han Won

1  at the training center for ten years?
2     A    Like I said, I have advertised that
3  previously like that, and my numbers weren't very good
4  compared to after 2000 Olympic coach, so . . .
5     Q    But starting after 2000, there came a time
6  when you were able to focus a lot more time on your
7  school?
8     A    Yes, sir, after I stopped coaching at the
9  Olympic Training Center.
10    Q    And you have expand your hours
11 significantly?
12        MR. JONES:  Objection; argumentative;
13 asked and answered.
14    A    Not significantly.
15        (Deposition Exhibit No. 8 was marked
16        for identification.)
17    Q    (BY MR. LEVINSTEIN)  I just want you to
18 identify this document.
19    A    This is my schedule.
20    Q    And this schedule talks about the classes
21 you offer, and there are now classes at 4:00 for Little
22 Dragons?
23    A    Yes.
24    Q    And did you not have a Little Dragon
25 program before?

80

1  A  No. And I don't teach that. My staff
2  teaches that.
3  Q  So you have expanded by adding in this
4  Little Dragons program?
5  A  Right.
6  Q  And that's for the younger children?
7  A  Right.
8  Q  And when did you start having the Black
9  Belt Club have special additional minutes of training?
10  A  This schedule changed. I had actually
11  just a Black Belt Club members only class for 45
12  minutes or so, just designated classes on Tuesdays and
13  Thursdays. I think that's what I did. But, again, I'm
14  trying to -- you know, it's always evolving.
15     The schedule is probably the most difficult
16  thing that I have to work with trying to please
17  everybody. So maybe I thought this would be a good
18  idea to promote to students to upgrade from the basic
19  programs to black belt programs.
20  Q  Black Belt Club members wear different
21  uniforms?
22  A  Yes, sir.
23  Q  And was there a time when you considered
24  actually having a part of class at which the students
25  who were not in the black belt class would turn around

1  A  Some clubs do that, yes. Let me take that
2  back. I'm not sure if other clubs do that. As far as
3  this, I thought I come up with my idea. I mean, you
4  know, obviously talking to friends and they said some
5  schools do that or whatever. I thought maybe this will
6  take care of it.
7  Q  And some schools actually do the thing
8  where students who are not in the Black Belt Club face
9  one way and don't get to see things?
10  A  I don't know that. I haven't heard that.
11  What I heard is if you are on the Black Belt program --
12  no, no, excuse me. Let's say class is an hour. For 45
13  minutes, everybody practices together. Okay? Then
14  they bow out, and the basic program leaves, and the
15  rest of them stay for 15 more minutes. That's what I
16  heard when I went to this last meeting in Florida last
17  month, or -- yeah, last month.
18  Q  Have you looked at issues about how far
19  your students travel to come to your school?
20  A  I have people coming from pretty far, as
21  far as the town of Elizabeth. I think she knows where
22  Elizabeth is from Castle Rock.
23  Q  How far a drive is that?
24  A  I think 20-, 25-minute drive to get there.
25  And I have Andrea Ferkle who drives from Colorado

1  and the Black Belt Club members would be instructed in
2  certain things that the non-Black Belt Club members
3  would not be allowed to see?
4  A  I thought about it, but I haven't done it.
5  Q  But you have considered that as a
6  possibility?
7  A  You know, if that's going to help my
8  business, I will consider it, without compromising my
9  principles, I suppose.
10  Q  But instead what you have done is at a
11  certain point in the class, the students who are not in
12  the Black Belt Club leave and the Black Belt Club
13  students stay for a few extra minutes.
14  A  Right.
15  Q  And those are additional minutes of
16  training that aren't open to the students who aren't in
17  the Black Belt Club?
18  A  That's correct.
19  Q  And this is part of the plan to try to
20  encourage more students to join the Black Belt Club?
21  A  Yes, it is.
22  Q  And where did you get that business idea
23  from?
24  A  Friends.
25  Q  Other clubs do that.

1  Springs to Castle Rock.
2  Q  Most of your students come from Castle
3  Rock?
4  A  Yes. The majority of the people is from
5  Castle Rock.
6  Q  The majority of people are within how many
7  miles of your school?
8  A  I really never checked, but I would
9  imagine within five miles or so.
10  Q  Is that what your business programs talk
11  about, locating a school based on the demographics of
12  the five-mile radius of the school?
13  A  I think that's the standard industry
14  practice.
15  Q  And have you read a lot of standard
16  industry materials?
17  A  I heard and magazines -- and read
18  magazines, yes.
19  Q  Are there organizations with information
20  for business people running martial arts schools?
21  A  Yes, sir.
22  Q  Are there magazines?
23  A  Yes, sir. Everybody who owns or
24  practices, I think, gets martial arts magazines, not
25  only the members.

1  Q  Are there various organizations you can
2  join or you can purchase data from about the business
3  of running martial arts schools?
4  A  Yes.
5  Q  And what are some of those organizations?
6  A  MAI, NAPMA, like I said. And a lot of
7  collection companies also provide information to help
8  their clients succeed. So the more members that they
9  have, the more collection business they have. So such
10 as EFC, UP, ASP, AMS. There's numerous things out
11 there.
12     Q  When you say collection companies,
13 organizations that collect from people who haven't
14 paid?
15     A  No.
16     Q  What's a collection company?
17     A  For example, like I said before, you join,
18 let's say, my black belt program. And you pay one $350
19 a month, let's say, for example. Then I will put that
20 in -- send that to my company. Then they will collect
21 money from you month to month, rather than me dealing
22 directly with you, so that it frees me up time to spend
23 on other things in running the business.
24     Q  What is USTC fund raising?
25     A  USTC fund raising is not my idea. It's

85

1  one of the parents. They do that to help pay for our
2  competition team travel expenses and whatnot. I'm not
3  involved with that.
4     I mean, I'm an advisor, I think, and they can
5  use my facility to do things, and I help out as much as
6  I can so that they can raise money so that they can pay
7  for a portion of their expenses going to tournaments
8  and whatnot.
9     Q  But you help fund the competition, too?
10    A  Yes.
11    Q  And part of that is to promote your
12 school?
13    A  No. I mean, it's got nothing to do with
14 my school. It's just competition teams.
15    Q  So it's a service to students who are in
16 your school?
17    A  Right.
18    Q  And their parents?
19    A  Who are on the competition team, because
20 it's costly to travel across the country to compete, so
21 just trying to offset those expenses.
22    Q  Is there a significant Asian population in
23 Castle Rock?
24    A  No, there isn't.
25    Q  Is there any kind of publication or

86

1  newsletter or something that goes to whatever Asian
2  community there is in Castle Rock?
3     A  I don't think so. I don't believe so. I
4  don't live in Castle Rock, so I don't get those. I
5  don't know whether that exists or not.
6     Q  But you don't advertise in any --
7     A  No, I do not.
8     Q  The employees who work in your school --
9  sorry. Let's go back to that.
10    We got Mr. Scott who works there full time?
11    A  Yes, sir.
12    Q  And what degree black belt is he?
13    A  He is first.
14    Q  And he is still a competitor?
15    A  Yes, sir.
16    Q  And the six part-time people?
17    A  Yes, sir.
18    Q  Do they have different jobs, same jobs?
19 What do they do?
20    A  They have different jobs. Some people
21 have different jobs. Most of them are students.
22    Q  Why don't you tell me who they are.
23    A  Pattie Willis. She is a high school art
24 teacher. She helps me out a couple nights a week.
25    Q  Does she teach classes?

87

1     A  No. She is more of administrative stuff.
2     Q  Okay. Who else?
3     A  Heather Michael.
4     Q  And what does she do?
5     A  She is an instructor, a part-time
6  instructor. She is a college student.
7     Q  Has she been a Taekwondo competitor?
8     A  She hasn't competed, but she would like
9  to, yes.
10    Q  Who else?
11    A  Megan Willis. That's Pattie's daughter.
12 She is a high school student.
13    Q  And what does she do?
14    A  She is an instructor.
15    Q  Is she a black belt?
16    A  Yes, sir. All of those three are black
17 belts.
18    Q  Did they become black belts at your
19 school?
20    A  Yes, sir. Megan is a second-degree black
21 belt.
22    Q  Who else?
23    A  Okay. Hold on now. Cesar Ibarra. And
24 don't ask me how to spell it.
25    Q  Okay.

88

6/29/2005 Lee, Han Won

```
1     A    And he is a part-time.
2     Q    What does he do?
3     A    He teaches, instructs.  Julian -- oh, boy.
4  I forgot her last name.  Sorry.  But she is also a
5  teacher.
6     Q    Are Cesar and Julian also black belts?
7     A    No, they are not.  They are color belts.
8  Obviously, they only teach junior belts.
9     Q    They're getting close?
10    A    Yes.
11    Q    And sixth, the one who is on maternity
12 leave?
13    A    Michelle Callahan.
14    Q    Is she the one on maternity leave?
15    A    Yes, sir.
16    Q    Is she a black belt?
17    A    She is a black belt.
18    Q    What does she do?
19    A    She is a house wife.
20    Q    What does she do for your school?
21    A    Right now, she teaches for me, but she is
22 going to become my program director.
23    Q    And what does a program director do?
24    A    A program director does a lot of things.
25 But the main concern is signing up people to our basic
```

89

6/29/2005 Lee, Han Won

```
1  program.
2     Q    And you actually give free introductory
3  lessons, or is it 19.95?
4     A    19.95.
5     Q    I saw something somewhere about free
6  uniform and --
7     A    That includes a free uniform.
8     Q    I see.  Okay.  Do you give most of the
9  introductory lessons?
10    A    No, I do not.  My staff does it.  I did at
11 the beginning, not anymore.  The way I set up my school
12 is to -- I'm sorry.
13    Q    She can't mark and type at the same time.
14         (Deposition Exhibit No. 9 was marked
15          for identification.)
16    Q    (BY MR. LEVINSTEIN)  Before I get to the
17 exhibit, you said the way you set up your school?
18    A    Is trying to be systematic, system run,
19 rather than personality driven.  So if I'm not there,
20 my staff knows what to do.
21    Q    But in the past, it's been personality
22 driven?
23    A    Yes.
24    Q    Until --
25    A    That's the mistakes that I made.
```

90

6/29/2005 Lee, Han Won

```
1     Q    And part of the way you're growing it and
2  making it bigger is by getting away from that?
3     A    Right.
4     Q    And trying to make the students
5  comfortable that whether you are there or not, they're
6  getting good instruction?
7     A    Right.
8     Q    And that's a recent -- the last few years
9  you have been trying to make that transition?
10    A    Past year -- or past six months, about six
11 months.
12    Q    But you started to be able to do that once
13 you could focus full time on the business?
14    A    Uh-huh.  Yes.  Sorry.
15    Q    I show you -- well, before I show you this
16 document, have the number of your students in your
17 school continued to increase from the beginning of when
18 you opened?
19    A    Yes, sir.
20    Q    Has it always been growing?
21    A    Yes, sir.
22    Q    No year when it declined that you can
23 remember?
24    A    I don't remember.  I don't think so.
25    Q    I show you what's been marked as Exhibit 9
```

91

6/29/2005 Lee, Han Won

```
1  and ask you if you recognize it.
2     A    Yes.
3     Q    Is that your current or close to current
4  student list?
5     A    I would say.
6     Q    It says 2005 at the top.  So it was
7  sometime --
8     A    Uh-huh.
9     Q    -- in this year?
10    A    Yes.
11    Q    And it lists 388 members?
12    A    I don't know.
13    Q    Why don't you look at the last page?
14    A    Okay.
15    Q    Did you produce this document?
16    A    Yes, I did.
17    Q    So I haven't added it, but I'm assuming
18 that it was on some program.
19    A    Yes.
20    Q    So 388 is the total number of students?
21    A    Yes.
22    Q    So that's the highest number you have ever
23 had, I take it?
24    A    I don't know.  I guess so, yeah.
25    Q    It's never declined?
```

92

6/29/2005 Lee, Han Won

1  A  Yeah.
2  Q  It's always been growing?
3  A  Uh-huh.
4  Q  Are there busier times of the year for you
5  than others?
6  A  Yes.
7  Q  When is it slower?
8  A  Summertime is usually slower.
9  Q  Besides the fact the kids are out of
10 school, is there any other reason why it's slower in
11 summer?
12 A  Many people take vacations, so . . .
13 Q  Does it also matter that it's warmer?
14 A  I don't think so. Just that they take a
15 lot of vacations.
16 Q  But do you market your school in some ways
17 as an indoor activity and therefore --
18 A  Isn't all martial arts school an indoor
19 activity?
20 Q  So isn't it advantageous that it's cold a
21 lot of months in Colorado and there's not a lot of
22 things that you can do physically outside?
23 A  Actually, I think it's a disadvantage
24 being in cold weather, because in Colorado, we get
25 snow. I mean, she is from Larkspur, and she can tell

93

6/29/2005 Lee, Han Won

1  you that we get dumped with two feet of snow at a time,
2  and I have to close the school down because it's
3  dangerous for people to drive in the snow. So,
4  actually, it's a disadvantage, I think.
5  Q  Didn't you discuss with Mr. Lee, Mr. Dae
6  Sung Lee, the fact that by having a lot of months where
7  it's cold, that people sign up for fitness training or
8  martial arts training and that they're inside for a lot
9  of months where they can't go outside and do physical
10 activities?
11 A  I don't recall. I don't think so. We
12 don't get into that stuff. I think we discuss more
13 about curriculums. And he is very similar in the way
14 that his curriculum is very similar to mine, along with
15 Jay Warwick, because we are close friends. And I got a
16 lot of ideas from Jay Warwick and Dae Sung Lee, and I
17 promote those things into my curriculum.
18 Q  But the demographics, in terms of Asian
19 population, is very different where he is than where
20 you are, the number?
21 A  I have to agree, yes.
22 Q  And have you and he discussed -- strike
23 that.
24     He has told us that you and he have discussed
25 differences between the mainland and Hawaii, in terms

94

6/29/2005 Lee, Han Won

1  of running a martial arts business. Do you recall
2  those discussions?
3  A  No, I don't.
4  Q  Have you found that being in Colorado
5  Springs, where the home of the Olympic Training
6  Center --
7  A  I'm not in Colorado Springs. I'm in
8  Castle Rock.
9  Q  I understand. But living in Colorado
10 Springs and being in the Colorado Springs -- strike
11 that.
12     Is Castle Rock a suburb of Colorado Springs?
13 A  No, it's not. It's actually more a suburb
14 of Denver.
15 Q  Okay.
16 A  So it's only 15 minutes from Denver, south
17 of Denver.
18 Q  But are there people in Castle Rock who
19 commute to Colorado Springs?
20 A  I have no idea. I'm sorry.
21 Q  Being this close to Colorado Springs,
22 which is the home of the U.S. Olympic Committee and the
23 Olympic Training Center, do you find that people in
24 Castle Rock have a significant awareness of the
25 Olympics?

95

6/29/2005 Lee, Han Won

1  A  Not really. I don't think so. I think
2  people know about me because that's how I advertised,
3  but I don't think it's because of the proximity of
4  Colorado Springs -- I mean of the Olympic Training
5  Center. Even in Colorado Springs, people don't know
6  where the Olympic Training Center was in Colorado
7  Springs, when I was working at the Olympic Training
8  Center, so . . .
9  Q  But people in Colorado Springs knew it was
10 the home of the U.S. Olympic Committee?
11 A  I'm sure some do.
12 Q  There's signs in the airport and on the
13 roads about the U.S. Olympic Committee?
14 A  Yeah.
15 Q  Have you ever spoken to Thomas Loudat?
16 A  No, sir.
17 Q  Do you know who that is?
18 A  Yes, I do.
19 Q  And who do you understand that is?
20 A  He is an economist --
21 Q  And --
22 A  -- who prepared documents on behalf of Dae
23 Sung Lee.
24 Q  Did you see his report?
25 A  I don't know if I did. I don't think so.

96

6/29/2005 Lee, Han Won

1  I read your economist's report, and there are some
2  things that I have to tell you that has wrong
3  information on it.
4      Q    But you have never spoken to Thomas
5  Loudat?
6      A    No.
7      Q    And until recently, in your view, a key
8  component of your business was your individual
9  personality and how people perceived you?
10          MR. JONES:  Objection; vague and
11  ambiguous.
12     Q    (BY MR. LEVINSTEIN)  Well, didn't you say
13  you're trying to change your business so that there is
14  less of a focus of the school on you in particular and
15  more on the school in general?
16     A    I said I've tried to be more systematic in
17  running the business end of it, yes.
18     Q    But you said that you want there to be
19  less emphasis on your individual personality?
20          MR. JONES:  Objection; misstates the
21  testimony.
22     A    I did not say that.
23     Q    (BY MR. LEVINSTEIN)  What did you say
24  about trying to change the focus on you as opposed to
25  on more instructors?

97

6/29/2005 Lee, Han Won

1      A    I said I'm trying to put my school
2  business tactics or business policies in a system so
3  that the systems can run itself.
4      Q    How was it run differently before that?
5      A    Unorganized.  I'm trying to be more
6  organized.
7      Q    Did you used to do all the introductory
8  classes?
9      A    Not all of it, no.
10     Q    Did you used to do the vast majority of
11  the introductory lessons?
12     A    How long ago are you talking about?
13     Q    You tell me.  When did it change?
14     A    It changed about a year, year and a half
15  ago, that I stopped teaching intro lessons.
16     Q    Before a year and a half ago, did you do
17  all of them?
18     A    All of our staff did somewhat.
19     Q    Was there a time when only you did the
20  introductory lessons?
21     A    I don't recall.
22     Q    Was there a time when you did the vast
23  majority of them?
24     A    Yes.
25     Q    And when was that?

98

6/29/2005 Lee, Han Won

1      A    Before 2000.
2      Q    So when 2000 came, you started having
3  other people involved in doing the --
4      A    Right.
5      Q    -- introductories?
6      A    Right.
7      Q    And that was the beginning of this idea of
8  moving toward systematic?
9      A    More organized, yes, systematic.  But like
10  I said, that was about the past six months.  I've been
11  trying to concentrate on that in the past six months,
12  and I'm still trying.
13     Q    But that process had started back in 2000
14  with other people teaching the introductory lessons?
15     A    Right.  But that also tells you that it's
16  not personality driven, because if I'm not teaching the
17  intros and they're signing people up, they are the ones
18  doing it and signing people up.
19     Q    And when did you start advertising?
20     A    I don't remember.
21     Q    Well, are you aware that your tax return
22  indicates no advertising in 2001?
23     A    Umm ...
24     Q    Did you have a view in 2001 that you had
25  not yet communicated sufficiently to the community

99

6/29/2005 Lee, Han Won

1  about these misconceptions about martial arts?
2      A    I don't know.
3      Q    Well, did that idea about the
4  misconceptions about martial arts and trying to get
5  past them, did that start when you started attending
6  these seminars?
7      A    I guess I knew about the vast majority of
8  people having a misconception about martial arts.  It's
9  way before I even opened up the first school.
10     Q    Okay.  But was it your understanding or
11  experience that people from Asian backgrounds tend to
12  have more of an understanding and awareness about
13  martial arts?
14          MR. JONES:  Objection; calls for
15  speculation.
16     A    I really can't tell you that.
17     Q    (BY MR. LEVINSTEIN)  Okay.  Did you find
18  that in the community that you were marketing to, the
19  Castle Rock community, that there wasn't very much
20  knowledge or awareness of martial arts?
21          MR. JONES:  Same objection.
22     A    How do I know?  I don't know.
23     Q    (BY MR. LEVINSTEIN)  Was that your
24  perception?
25     A    No.  I think we had schools there before I

100

6/29/2005 Lee, Han Won

```
 1   got there.  There was martial arts schools there before
 2   I got there.
 3        Q    But a lot of people who came into your
 4   school didn't know anything about martial arts?
 5        A    I don't ask that question, so I don't
 6   know.
 7        Q    You don't discuss with the people coming
 8   in what they're looking for, what their past experience
 9   has been with martial arts?
10        A    I ask them what they are looking for, but
11   I don't ask them about what their past martial arts
12   experiences are.
13        Q    You don't ask whether they've ever taken
14   martial arts before?
15        A    Well, I do that, yeah.
16        Q    So you do ask them if they have had
17   martial arts experience before?
18        A    Yeah. Okay.
19        Q    And in 2002 -- well, so you don't know
20   when you started advertising?
21        A    No.
22        Q    Have you increased the extent of your
23   advertising?
24        A    According to the books, I didn't advertise
25   in 2001.  Then I advertised in 2003.  And then my
```

101

6/29/2005 Lee, Han Won

```
 1   advertising went down in 2004, didn't it?
 2        Q    I can't tell.  I mean, it was $12,000 in
 3   2002, according to your tax return.  It was $15,000 in
 4   2003.  For 2004, it was almost 9,000, but it was only
 5   for nine months.  So I can't tell whether it went up in
 6   2004.
 7             Did you think it went down in 2004?
 8        A    I have no idea.  You need to talk to my
 9   CPA about that.
10        Q    Who places your ads?
11        A    I do.
12        Q    Who makes the decisions about how much
13   you're going to spend on advertising?
14        A    I do.
15        Q    In 2004, did you think you had advertised
16   enough and you were ready to stop advertising?
17        A    In 2004?
18        Q    Yeah.
19        A    I don't recall.  Again, unfortunately, I
20   don't have that systematic way to put things in
21   advertising, you know.  Just I guess I do it when I
22   feel like doing advertising.  You know, when some
23   advertising rep comes in and pitches me a good sale,
24   then I'll advertise, so . . .
25        Q    Have you found that the advertising has
```

102

6/29/2005 Lee, Han Won

```
 1   been beneficial?
 2        A    Yes, sir.
 3        Q    Have you attempted to find out when people
 4   have come in whether they came in because of the
 5   advertising?
 6        A    You know, I wish I did.  I think that's
 7   one of the things that I'm trying to put in the system.
 8   That's what I mean by being more systematic and
 9   understand exactly what's going on with my dollars, for
10   example, so that I know what advertising works best for
11   my dollar.  I don't do that, so I'm trying to put that
12   in the system.
13        Q    For example, with these ads that we have
14   looked at and the brochure and so on, you don't know to
15   which extent which ads have brought people in and which
16   ones have not?
17        A    Well, I mean, not specific numbers.  But I
18   do know that people come in from that.  Like I said,
19   because it's not like I do one publication, so I do
20   multiple publications, so . . .
21        Q    You don't know to what extent people come
22   in because of word of mouth versus advertising?
23        A    I don't know.
24        Q    You don't track to what extent people come
25   in because of referrals versus a suggestion from a
```

103

6/29/2005 Lee, Han Won

```
 1   friend versus --
 2        A    Well, we do a referral contest a couple of
 3   times a year.  When we do that, more members come in
 4   through the referrals, but --
 5        Q    You don't know what percentage of your
 6   overall new people came from referrals versus from
 7   other means?
 8        A    Like I said, I don't have the exact
 9   numbers, but I know that it has increased after 2000.
10   That's what I know.
11        Q    Okay.  I saw in your production financial
12   statements for 2003.
13        A    Yes, sir.
14        Q    Is that the first time you have prepared
15   financial statements separate from tax returns?
16        A    Yes, sir.
17        Q    Why did you start doing that in 2003?
18        A    Because the bank required it to -- because
19   I'm trying to get the loan to build a building, and
20   they want to see the pro forma.
21        Q    And are you using the same CPA that you
22   have used all along?
23        A    No.
24        Q    When did you change CPAs?
25        A    Last year.
```

104

6/29/2005 Lee, Han Won

```
1    Q   Well, did he prepare the 2003 financial
2   returns?
3    A   No.
4    Q   Financial statements?
5    A   No.
6    Q   Who prepared those?
7    A   Oh, go back.  Financial statements or --
8    Q   Financial statements.
9    A   He did, yes.
10       MR. LEVINSTEIN:  Why don't we take a
11  quick break so I can get more organized.
12          (Recess taken from 11:02 a.m. to 11:08
13       a.m.)
14       MR. LEVINSTEIN:  For the record, pursuant
15  to a stipulation with counsel for the Plaintiff, we're
16  not going to make all of your tax returns and financial
17  statements and things you produced as exhibits pursuant
18  to the agreement that all of the documents you have
19  produced, I don't need to have them authenticated.
20       MR. JONES:  Yeah.  As agreed.
21       MR. LEVINSTEIN:  And that they're
22  business records of his business and were produced in
23  the ordinary course of business, just so that I don't
24  have to ask the questions.
25       MR. JONES:  Agreed as well.
```

105

6/29/2005 Lee, Han Won

```
1    Q   (BY MR. LEVINSTEIN)  Has there been any
2   discussions with Mr. Jones or Mr. Dae Sung Lee about
3   you coming to trial in this case?
4    A   Yes.
5    Q   Have you said you would come to trial?
6    A   Yes.
7    Q   Are you close friends with Dae Sung Lee?
8    A   Yes.
9    Q   Is he your master?
10   A   No.
11   Q   Was he your coach?
12   A   At one point, yes.
13   Q   For four years?
14   A   Yes.
15   Q   And have you stayed close friends?
16   A   Yes.
17   Q   Of all the people in the martial arts
18  community, is he perhaps your closest friend?
19   A   One of the.  I'm closest with Juan.  I'm
20  closest with Jay.  You know, we are team members, and
21  we are teammates together.  So we have very close
22  bonding, and I consider them all very close friends of
23  mine.
24   Q   The people you mentioned were Jay Warwick?
25   A   Jay Warwick, Herb Perez, Juan Moreno, Chul
```

106

6/29/2005 Lee, Han Won

```
1   Kim, Tim Connolly, Sammy Pejo.  They're like my
2   brothers.  We went through tough times as training
3   together.
4    Q   And was Sang Lee your master?
5    A   No, sir.
6    Q   Are you close with Sang Lee?
7    A   We are cordial.
8    Q   Not as close?
9    A   I won't say we are close.
10   Q   Not as close as with these other people?
11   A   Absolutely not.
12   Q   The people you've mentioned, Sammy Pejo,
13  Dae Sung Lee, Jay Warwick, Juan Moreno, Herb Perez, do
14  you consider any of them to be racists?
15   A   I don't believe so.
16   Q   Have they ever said anything to you that
17  indicated that they were prejudiced against Korean
18  Americans?
19   A   No.  But Jay Warwick has told me numerous
20  times that USOC thinks that USTU is run by the Korean
21  Mafia.
22   Q   I'm not asking you about what Jay Warwick
23  supposedly told you the USOC thinks.  I'm asking you
24  about what Sammy Pejo, Dae Sung Lee, Jay Warwick, Juan
25  Moreno, Herb Perez --
```

107

6/29/2005 Lee, Han Won

```
1    A   I don't think they are racists.
2    Q   Have any of them said anything to you that
3   suggests that any of those people that I have named are
4   against --
5    A   I heard Herb saying those "damn Koreans."
6    Q   In what context was that?
7    A   Most recently at the annual meeting at --
8   excuse me.  It wasn't at the annual meeting.  At the
9   Sheraton hotel last -- before the USOC took over.  We
10  were voting on something, and the voting didn't go to
11  Herb's way, and he called them the damn Koreans.
12   Q   To whom was he referring?
13   A   To all the Koreans who voted against him,
14  or against his agenda, I suppose.
15   Q   Was it his impression that it was all the
16  Korean-Americans who were voting as a block?
17   A   Yes.
18   Q   And, yet, has Herb Perez ever done
19  anything -- are you a Korean-American?
20   A   Yes, I absolutely am.
21   Q   Do you think Herb Perez has treated you
22  any way differently because you're Korean-American?
23   A   No, but -- no.
24   Q   Have you ever seen Herb Perez treat any
25  person differently because they were Korean-American?
```

108

```
1      A     Let's say no.  I don't want to start
2   getting into bashing people.
3      Q     Well, if there's something, you are under
4   oath.
5      A     Let's not.
6      Q     Is there anything to say?
7      A     Let's not.
8      Q     Not let's not.  You're testifying under
9   oath.
10     A     No.
11           (Deposition Exhibit No. 10 was marked
12           for identification.)
13     Q     (BY MR. LEVINSTEIN)  I show you what's
14  been marked as Exhibit 10.  Is this a document from
15  your school or pages of pricing plans from your school?
16     A     Yes, sir, it is.
17     Q     And --
18     A     But this thing changes all the time,
19  so . . .
20     Q     Do you know when this was in effect?
21     A     I would say the last four months or so.
22     Q     So this is fairly current?
23     A     Yes.  And we are still using this system.
24     Q     And is part of the purpose of these
25  documents in order to show potential students or
```

```
1   current students pricing plans that provide significant
2   benefits for prepayment?
3      A     If you call 10 percent significant, I
4   suppose so.
5      Q     Well, there's also an attempt to quantify
6   how much that amounts to in various options.
7      A     Yes.
8      Q     And at some points, it can even be 25
9   percent or 30 percent?
10     A     30 percent, yes.  Uh-huh.  It can be 30
11  percent, yes.
12     Q     But the goal, again, is to encourage
13  prepayment?
14     A     Yes, absolutely.
15     Q     And your view is that prepayment increases
16  the profitability of the business?
17     A     Okay.  Everybody quits.  There's nothing
18  forever.  So, you know, if -- just from a strictly
19  business point of view, if you pay upfront, the more
20  likely you will come to class rather than paying
21  monthly.
22           If you pay monthly -- I understand your kids
23  did Taekwondo.  And if you paid monthly, and if your
24  kid says, dad, I don't want to go anymore, you pay
25  monthly, so you won't go.  But if you wrote a check for
```

```
1   $15,000 for your family, I'm sure you have a different
2   view about him not going to class.
3            So that's the whole purpose behind that.  You
4   would make him go, wouldn't you?  I don't care
5   whether -- if I signed up and I paid $15,000 cash, and
6   my daughter wants to not go because she's tired, I
7   would say no, you're not, you're going to class.
8   That's the purpose.
9      Q     And if you stop, you don't get a refund?
10     A     No, they don't.  Let me take it back.
11  Generally, no.  But I do sometimes.  Case by case.
12     Q     But in general, the concept is you have
13  paid in advance and gotten the discount, and if you
14  stop taking --
15     A     Right.  They understand that from the
16  get-go that we go over all that case scenarios and say,
17  look, and they understand.  Generally if they quit,
18  they don't come and ask for the money.
19     Q     Are there any laws in Colorado about when
20  you have to refund the money?
21     A     You know, sir, I have no idea.  Nobody has
22  taken me to court yet, so . . .
23           (Deposition Exhibit No. 11 was marked
24           for identification.)
25     Q     (BY MR. LEVINSTEIN)  I show you what's
```

```
1   been marked as Exhibit 11 and ask if you recognize
2   that.
3      A     I recognize it as a declaration.
4      Q     Let's skip past the declaration to the
5   last two pages, and if you could tell me what those
6   are.
7      A     You mean these?
8      Q     Yes.
9      A     These two pages?
10     Q     Yes.
11     A     This is my website.  I assume you got this
12  from my website.
13     Q     Wasn't it attached to the Declaration?  I
14  assumed it was.
15     A     I have no idea.
16     Q     I didn't get it from your website, just so
17  you know.  I don't know where it came from.
18     A     But I mean this is from the website.
19     Q     So your school has a website?
20     A     Yes, I do.
21     Q     And this is the school website?
22     A     Yes, it is.
23     Q     And it's different than the other website
24  we saw?
25     A     Yes, sir.
```