1    Q    So what's the other website that we saw
2    before that's in Exhibit --
3    A    I have two websites.
4    Q    Exhibit 1.
5    A    Yeah.  This is from -- I have an
6    instructional videotape that I sell.
7    Q    Tell me about the instructional videotape
8    first.
9    A    I made instructional videotapes to help
10   the general public be more aware of techniques, and I
11   believe they've helped a lot, actually.  They've
12   brought up the whole national level of competitors to a
13   high level of competition because they have more
14   knowledge of what is out there.
15   Q    Is it a single videotape?
16   A    It's a six-videotape series.
17   Q    Does it go along with your curriculum in
18   your school?
19   A    Some do, yes, sir.  Not all of it.  Most
20   of it, yes.
21   Q    So if you're a student in the school, and
22   you want to know at home what you have been taught in
23   school, do you promote that you could buy the
24   videotapes, and you can --
25   A    I don't do that.  I should, but I don't do

1    that.
2    Q    But some students in your school buy your
3    videotapes?
4    A    I would say very, very few; less than 1
5    percent.
6    Q    But you promote it?  It's on sale in your
7    store?
8    A    I have it on my shelf, but I don't promote
9    it.
10   Q    Okay.
11   A    Actually, I give them it free because I
12   want to help them.  I don't want to charge that.  I
13   want to help them succeed in their competition, so I
14   give them it free.
15   Q    And that's another service that the school
16   provides the students?
17   A    I suppose, yes.
18   Q    And it helps because sometimes when you're
19   a student and you're practicing at home and you can't
20   remember what the moves are in the form, it's helpful
21   to be able to look at the videotape?
22   A    It doesn't have forms.  It's all about
23   performance.  It's all about how to increase their
24   speed.  It's all about conditioning.  It's all about
25   weight training.  It's all about strategies, all about

1    paddle drills, all about the mental skills and getting
2    prepared for the games.
3         In a sense, I use some of the stuff in my
4    classrooms, but it's not, per se, curriculum tapes.
5    Q    Do you teach weight training in your
6    classes?
7    A    I do not.
8    Q    But it's in the tapes?
9    A    Yes, sir.
10   Q    Do you have any workout equipment in your
11   school?
12   A    Yes, sir.  Such as what?  What are you
13   asking?
14   Q    I don't know.  What kind of workout
15   equipment --
16   A    Bags, paddles, focus mitts.
17   Q    But you don't have any weight lifting --
18   A    We don't have weights, no.
19   Q    Who prepared these pages, your biography,
20   for the website?
21   A    I guess I did.
22   Q    Focusing on -- is there any one item in
23   here that's an item that is repeated in your biography?
24   A    I don't know.  Olympic coach, 2000 Olympic
25   coach.

1    Q    If you look, Coach Lee's Competition
2    Biography?
3    A    Yes, sir.
4    Q    At the very top --
5    A    Yes, sir.
6    Q    -- it says 1988, 1992 Olympian, 1988
7    Bronze, correct, right underneath --
8    A    Where?  Oh, right here.  Okay.
9    Q    And then in that chronological list, it
10   also identifies that you were the 1988 Olympic team
11   member and got a bronze, and it also indicates that you
12   were the 1992 U.S. Olympic team member and the captain.
13   A    Okay.
14   Q    You were the captain of the Olympic team
15   in '92?
16   A    Along with Herb Perez, yes.
17   Q    So the fact -- and it's in bold, the fact
18   that you were a 1988 and 1992 Olympian?
19   A    You know, I don't think I did that.  I
20   think I just typed this and gave it to the website guy.
21   I don't know.  Maybe I did.  I don't remember.
22   Q    But it is in bold?
23   A    Yes, it is in bold.
24   Q    And it's the only item in the coach or
25   competition biography in bold?

1  A  Yes. Are you done with this?
2  Q  No. But you can put it in the pile.
3  In 2000, when you went to be the Olympic
4  coach, who was the head coach?
5  A  Master Young In Cheon from L.A.
6  Q  Okay. And you're aware that Dae Sung Lee
7  had been an Olympic coach in 1988 and 1992?
8  A  I think he was a trainer. I don't know if
9  he was a coach.
10  Q  Well, are you aware that on his marketing
11  materials, in the same way that you say you were a
12  coach, his materials say that he is a two-time Olympic
13  coach?
14  A  I don't know --
15  Q  Okay.
16  A  -- how he advertises in his schools.
17  Q  But at the '88 and '92 Games, you were
18  present?
19  A  Yes, I was.
20  Q  And he was present as well?
21  A  Yes.
22  Q  And he helped coach the athletes?
23  A  Yes.
24  Q  And are you aware that he advertised that
25  he was the '88 and '92 coach in his materials since he

117

1  opened his school?
2  A  No. I don't know that. Like I said, I
3  don't know how he advertised.
4  Q  So you don't know what impact his
5  advertising had on his business?
6  A  No.
7  Q  You were not the head coach in 2000?
8  A  No, I was not.
9  Q  How many of the athletes on the 2000
10  Olympic team had you been coaching prior to the
11  Olympics?
12  A  Two.
13  Q  And which two?
14  A  Juan Moreno and Barbara Kunkel.
15  Q  Did you sit in their chair?
16  A  Yes, sir, I did.
17  Q  Throughout the Olympics?
18  A  Yes, sir, I did.
19  Q  For both of them?
20  A  Yes, I did.
21  Q  And did they want you to sit in their
22  chair?
23  A  Yes, they did.
24  Q  And did you want to sit in their chair?
25  A  Yes, I did.

118

1  Q  Slow down. And did you think you were the
2  best person to sit in their chair for the Olympic
3  Games?
4  A  Yes, sir. I wanted to sit in everybody's
5  chair, including Steven Lopez and Kay Poe because I
6  felt that I'm qualified.
7  Q  Have you had discussions with other people
8  involved at the highest levels of Taekwondo about the
9  issue of whether it's better to have your home coach or
10  some other coach sit in your chair at important
11  competitions?
12  A  Yes. But, I mean, my point of view is
13  that it's better to have a neutral team coach, through
14  my experience. I coached two of my athletes, and they
15  both lost in the first round. And, you know, I think I
16  was a little more nervous coaching my home athlete than
17  others.
18  Q  But you're not suggesting that if someone
19  else would have coached them that they would have
20  medaled?
21  A  No, I don't know that.
22  Q  And you do know that some people have the
23  view that it's better to have their home coach?
24  A  I believe so, yes. And some people have a
25  view to have a neutral coach. So that's their personal

119

1  opinion, I guess.
2  Q  And you have heard athletes express the
3  view that it's better to have a neutral coach?
4  A  I don't know that.
5  Q  But you have heard lots of athletes say
6  they prefer to have their home coach?
7  MR. JONES: Objection; misstates the
8  testimony.
9  A  I don't know. I mean, let's go back
10  actually. I think Barbara Kunkel really didn't care
11  who coached.
12  Q  (BY MR. LEVINSTEIN) But you have been
13  around a lot of athletes for a lot of years.
14  A  I was her coach at the Olympic Games. I
15  don't think she really cared who coached her.
16  Q  You were in the Olympic Training Center as
17  the head coach for ten years?
18  A  Yes, sir.
19  Q  And during that time, you heard a lot of
20  athletes express the view that at major competitions,
21  they wanted to have the person who was coaching them
22  sit in their chair?
23  A  Yeah.
24  Q  A lot of athletes expressed the view --
25  that was a yes?

120

6/29/2005 Lee, Han Won

1  A  Yes.
2  Q  And a lot of athletes over those ten years
3  expressed the view that they thought they would do
4  better in competition with their home coach?
5  A  Yes.
6  Q  And that was, in your experience, the
7  prevailing view among the athletes?
8  A  Yes.
9  Q  I'm not saying they're right. I'm just
10 asking that lots of athletes had that view.
11 A  That's what I'm telling you, yes.
12 Q  And you can't say that they were wrong in
13 that view; it's just a difference of opinion?
14 A  That's their opinion. Some people have
15 different opinions.
16 Q  And was one of the people who had a strong
17 view that it should be the home coach Juan Moreno?
18 A  No, I'm not sure.
19 Q  If you don't know, you don't know.
20 A  Yeah, I don't know.
21 Q  You were not involved at all in the
22 selection process -- strike that.
23     You were on the Executive Committee in 2003?
24 A  No, I was not. I was not a board of
25 governor member from 2001 -- for the 2004 quadrennium,

121

6/29/2005 Lee, Han Won

1  I was not a member.
2  Q  Okay. And even though the documents say
3  you were a nonvoting member of the Coaching Science
4  Committee, you have no recollection of that in 2003?
5  A  No. I gave some advice to the Coaching
6  Science Committee, but I don't remember.
7  Q  But you have never attended any meetings?
8  A  I talked to them by phone, but no
9  meetings.
10 Q  And never been on a conference call of the
11 Coaching Science Committee between 2001 and 2004?
12 A  I don't recall.
13 Q  So you weren't involved in the 2003
14 Coaching Science Committee nomination of Dae Sung Lee?
15 A  No.
16 Q  And you don't know what the coaching
17 criteria were in 2003?
18 A  No. But I thought it was pretty similar
19 to the 2000 Olympic coaching criteria.
20 Q  What did you understand the 2000 criteria
21 to be?
22 A  I don't recall. Again, I've got to look
23 at it, but I thought it was very similar at the time.
24 At the time.
25 Q  But as you sit here today, you don't even

122

6/29/2005 Lee, Han Won

1  remember what either of those criteria were?
2  A  Right. I think with the past experience,
3  actually, coaching experience.
4  Q  Okay. What did you understand about past
5  experiences?
6  A  I thought that was one of the criteria,
7  that you had to have past coaching experience.
8  Q  What else? Anything else you recall?
9  A  No.
10 Q  So what you're saying is that you recall
11 that one of the criteria was that you had to have
12 coached before?
13 A  Yes, I believe so.
14 Q  You had to have prior coaching experience
15 at certain events?
16 A  Right.
17 Q  But that's all you can recall about the
18 criteria?
19 A  Yeah. Right.
20 Q  And did you become aware in 2004 that the
21 criteria had been changed?
22 A  Yes.
23 Q  Were you coaching any athletes who were
24 involved in the 2004 fight-offs in order to try to
25 qualify for the two spots the U.S. had in the Olympics?

123

6/29/2005 Lee, Han Won

1  A  No. I was out of that coaching --
2  remember, I was out in 2003, so I was not involved in
3  that.
4  Q  But you knew a lot of the people who were
5  involved in that?
6  A  Yes.
7  Q  Did you become aware --
8  A  A lot of my former players were
9  involved, so . . .
10 Q  Some of your former athletes?
11 A  Yes.
12 Q  I didn't know you could call them players.
13 A  Sorry.
14 Q  No, no.
15 A  Players, athletes.
16 Q  If you call them that, then it's okay to
17 call them that. People from other sports don't call
18 taekwondo people players.
19     So focusing on the spring of 2004 --
20 A  Yes.
21 Q  -- before the final fight-offs, did you
22 become aware of what the criteria were before the final
23 fight-offs?
24 A  Actually, I noticed -- I was shown that
25 paper, I think, a week before we had -- I had to have

124

6/29/2005 Lee, Han Won

1  this Declaration in Hawaii. So that's when I really
2  first time seen that paper.
3      Q   So you didn't know about the new 2004
4  Olympic coach criteria until after they had been
5  applied --
6      A   Right.
7      Q   -- and Jean Lopez had been selected?
8      A   I believe so, yes.
9      Q   So you didn't discuss with Herb -- strike
10 that.
11     So you didn't discuss with Juan Moreno that
12 he had an athlete who was competing in the fight-off
13 and that coaches were going to be picked based on which
14 athletes were selected?
15     A   I don't recall. We may have not. But,
16 you know, what I'm saying is I haven't seen the written
17 paper until about a week before my Declaration, and
18 so . . .
19     Q   Okay. Do you run one of the top schools
20 in the country?
21     A   I'm not sure.
22     Q   Well, it's your opinion.
23     A   Not yet. I would like to one day.
24     Q   Well, are you generally recognized as one
25 of the best in the business at running Taekwondo

125

6/29/2005 Lee, Han Won

1  schools?
2      A   I don't think so. Not yet. I would like
3  to some day.
4      Q   At any of these seminars that you went to
5  about how to run a Taekwondo school, did you speak or
6  teach at any of those programs?
7      A   None.
8      Q   Are there people who speak at those who
9  are generally considered to be the leading people at
10 running the schools?
11     A   I suppose so. But no one really truly
12 knows because we don't see their income tax returns.
13 Because we always say and pretend sometimes we really
14 are not, so . . .
15     Q   I'm sorry. You all pretend what?
16     A   Who we are not. We are -- I'm not saying
17 that right.
18     Q   Let me just ask, do you pretend that
19 you're better than you are or do you pretend that
20 you're not as good as you are?
21     A   Sometimes both. All depends on what
22 situation, I suppose.
23     Q   Well, have you spent any time as a
24 consultant or going to other people to help them with
25 their schools?

126

6/29/2005 Lee, Han Won

1      A   We network. For example, I network weekly
2  with a friend of mine in Denver who has a very -- he
3  has a more successful school than I do.
4      Q   So you talk to him regularly?
5      A   Once a week, yes, sir.
6      Q   And what's his name?
7      A   Kristinski (phonetic).
8      Q   And how many schools does he have?
9      A   Just one.
10     Q   And it's more successful than yours?
11     A   He is doing some things better than me and
12 I am doing some things better than him, so we network.
13     Q   Does he have more students?
14     A   I don't know.
15     Q   What's he doing better than you?
16     A   Organized better than me. So, remember, I
17 said I'm trying to organize my school better so I'm
18 trying to learn that part of the business from him.
19     Q   What do you do better than he does?
20     A   I think perhaps my curriculum is better.
21     Q   What's better about your curriculum?
22     A   For example, kicking sets. Well, I think
23 our -- again, pure Taekwondo-wise, our program is --
24 again, my kicking set is very similar to Master Dae
25 Sung Lee's kicking set and Master Jay Warwick's kicking

127

6/29/2005 Lee, Han Won

1  set, only he had a school in Sacramento.
2      And we networked, and we worked together, and
3  came up with a kicking sets. And three athletes at the
4  highest level of competition that competed, we have
5  come up with a better curriculum.
6      Q   So is it fair to say that you're better at
7  the sort of substance of what the students are being
8  taught, the running the curriculum and teaching them
9  Taekwondo?
10     A   In my opinion, if you are to compare me to
11 Master Kristinski, yes.
12     Q   And you think he is better at the business
13 side?
14     A   Yes.
15     Q   But you have made a lot of improvement on
16 the business side?
17     A   I'm trying. I hope I'm improving every
18 day.
19     Q   And you spend a lot of time trying to
20 identify what other people around the country are doing
21 in order to learn from all the things they're doing?
22     A   Well, my philosophy is if I'm going to be
23 the best in the world as an Olympic athlete, I would
24 want the best training. So that's why I went to the
25 Olympic Training Center to train, even though I wasn't

128

1  an athlete, and traveled to Korea because at the time
2  Korea was best in athletes training.
3      And my philosophy is the same in business. I
4  apply that exactly the same way. Even coaching. When
5  I was coaching, nothing has changed. I hope to improve
6  every day.
7      Q    And as compared to your friends who are in
8  schools, how --
9      A    In schools?
10     Q    Sorry. As compared to your friends who
11 are running schools --
12     A    Yes, sir.
13     Q    -- the close friends you stay in touch
14 with, are you one of the best at running a school?
15     A    No. There's some people that are better
16 than me as far as organizational skills. So I'm
17 learning from them.
18     Q    Do you consider yourself an expert on
19 running a school?
20     A    No. I'm learning every day. I try to do
21 better than yesterday.
22     Q    Why don't you focus on your Declaration.
23     A    Yes, sir.
24     Q    Would you look at Paragraph 8?
25     A    What page? Oh, 3.

129

1      Q    Page 3. It says, "Following the 2000
2  Sydney Olympic Games, declarant did receive measurable
3  financial benefits and enhanced professional
4  reputation. Declarant's taekwondo school is in a small
5  town in Colorado. Before the 2000 Olympics his total
6  student base was about 250 students who typically pay
7  monthly tuition. Following the 2000 Olympics it
8  quickly grew to over 400 students which translates to a
9  60 [percent] increase."
10     In fact, as of 2005, it hasn't grown to 400
11 students yet, has it?
12     A    I guess I was generalizing.
13     Q    So as of 2005, you haven't gotten it to
14 400 students yet?
15     A    I think I might have. I've got some
16 people that was on the scholarship program that I
17 haven't included in here.
18     Q    Those are people who aren't paying?
19     A    Right.
20     Q    But as far as you know --
21     A    So that would make it over 400.
22     Q    But as of 2005 --
23     A    Right.
24     Q    -- that took five years to grow to get to
25 where you are now?

130

1      A    Okay.
2      Q    And it took five years, and you're not
3  quite at 400?
4      A    Paying students, but --
5      Q    How many scholarship students do you have?
6      A    I would say over 20.
7      Q    So if there's 20, you're at 408?
8      A    Yes.
9      Q    And this is talking about --
10     A    And my staff doesn't pay. So they still
11 train. And my staff and staff member's family pay, and
12 they're still students.
13     Q    This Declaration indicates that it was 250
14 students that paid monthly tuition.
15     A    Yes.
16     Q    So we're talking about students who pay
17 tuition?
18     A    Okay.
19     Q    When were you first contacted about this
20 case?
21     A    I guess a little before my first
22 Declaration in Hawaii.
23     Q    And this Declaration is signed July 27th,
24 '04, if you look at Page 4?
25     A    Uh-huh.

131

1      Q    So it was sometime a little before then?
2      A    Yes, sir.
3      Q    And by that point, did you know that Dae
4  Sung Lee was not going to be the head coach at the
5  Olympics?
6      A    I knew he was having difficulties, but I'm
7  not sure if I knew for sure.
8      Q    Well, did you know in June that Jean Lopez
9  had been named the head coach?
10     A    Again, I think shortly before this that I
11 knew, yes.
12     Q    And were you upset?
13     A    Am I upset?
14     Q    Were you upset when you found out that Dae
15 Sung Lee was not going to be the Olympic coach?
16     A    I was disappointed for my friend, because
17 I think the new criteria that is in place is in purpose
18 to exclude him as Olympic coach, because in the year
19 2000 Olympic selection process, Jay Warwick had set up
20 and submitted to USOC, and USOC was satisfied and
21 passed that, and it was virtually the same -- in my
22 opinion, it was the same selection process that was in
23 place, that soon after the remediation plan was going
24 on, and all that stuff, right after the USOC took over
25 the USTU, they changed the selection -- the criteria

132

6/29/2005 Lee, Han Won

```
1        So I thought that was unfair. That's
2  strictly to exclude Dae Sung Lee as an Olympic coach.
3  And in this Declaration, it asked me whether that new
4  selection criteria was applied correctly. And I
5  answered yes, because it did, but it was to exclude
6  him, exclude Dae Sung Lee.
7     Q   The new criteria was applied correctly to
8  pick Jean Lopez?
9     A   Right.
10    Q   And you don't know who was responsible for
11 changing the criteria?
12    A   I don't know. Again, I was out by April
13 of 2003, so I have no idea who changed it.
14    Q   And you don't know what the discussions
15 were that led to changing the criteria?
16    A   No.
17    Q   You were not a party to any of those?
18    A   No.
19    Q   So no one has told you, have they, that
20 the criteria was specifically changed to exclude Dae
21 Sung Lee?
22    A   Again, it's my opinion. Strictly my
23 opinion.
24    Q   But you have no knowledge about the
25 process by which the criteria was changed?
```

133

6/29/2005 Lee, Han Won

```
1  Sung Lee or who. I don't even remember who I heard it
2  from, let's put it that way. But I heard it. Purely
3  speculation, but, yes, I heard.
4     Q   And Mr. Dae Sung Lee asked you or his
5  lawyer asked you to do this Declaration?
6     A   I'm not sure who asked me.
7     Q   Who drafted this Declaration?
8     A   I thought you guys did, or I guess he did.
9  His name is up there, so I guess he did.
10    Q   I don't know who "you guys" were, but I
11 can tell you I didn't draft this. I'm fairly sure that
12 everyone in this room, other than you, would certainly
13 agree that I didn't draft this.
14        All right. You have now seen the criteria
15 that focused on which athletes were selected and the
16 selection of their coaches.
17    A   Yes, sir.
18    Q   And based on your discussion with athletes
19 over the years, you understand that there are a lot of
20 athletes who would believe that that was a good way to
21 select coaches, by focusing on --
22        MR. JONES: Objection; misstates the
23 testimony.
24    A   I don't know that, since I don't talk to
25 too many athletes after '93, because I was
```

135

6/29/2005 Lee, Han Won

```
1     A   No, I don't know how they got changed.
2     Q   And you don't know even which people
3  changed them?
4     A   Well, it was my understanding that it was
5  Bob Gambardella changed it. But that's hearsay.
6  That's what I heard.
7     Q   Do you know who is on the Governance and
8  Management Committee?
9     A   Yes, sir.
10    Q   Is Mr. Moreno on that committee?
11    A   Yes, sir.
12    Q   Do you know if he was involved in changing
13 the criteria?
14    A   I have no idea. Again, I heard that Bob
15 Gambardella changed it. Again, that's hearsay,
16 so . . .
17    Q   Have you spent time with Bob Gambardella?
18    A   Not really. Just cordial.
19    Q   So has Bob Gambardella said anything to
20 you that would suggest --
21    A   Again, it's hearsay.
22    Q   Okay. So some people have told you,
23 people associated with Mr. Dae Sung Lee, that it was
24 changed to exclude him?
25    A   I don't know if he was an associate of Dae
```

134

6/29/2005 Lee, Han Won

```
1  concentrating on the business.
2     Q   (BY MR. LEVINSTEIN) You mean after 2003?
3     A   Yes, I'm sorry.
4     Q   Well, over the years, were there
5  complaints by athletes that at major competitions they
6  were being coached by people who had never worked with
7  them before?
8         MR. JONES: Objection; vague.
9     A   I don't know what that means.
10    Q   (BY MR. LEVINSTEIN) Did you ever hear
11 athletes express unhappiness that the person sitting in
12 their chair was someone that they didn't feel had
13 worked long enough with them?
14    A   Sometimes. But I also heard some athletes
15 say I don't care who sits in my chair.
16    Q   Some say I don't care, but give me some
17 examples of people who said they were unhappy about who
18 was sitting in their chair.
19    A   You know, I guess I don't remember exact
20 instances, so I can't give you examples, but I do.
21    Q   You can't remember any time when that
22 happened?
23    A   No.
24    Q   But you know it happened?
25    A   Yes.
```

136

1    Q    A number of times?
2    A    I guess so. Again, I don't remember
3  exact -- you know what I mean? I don't remember the
4  exact incident or anything.
5    Q    But it was a regular occurrence that there
6  would be people picked, and athletes would be unhappy
7  about who was sitting in their chair?
8         MR. JONES: Objection; misstates the
9  testimony, argumentative, asked and answered.
10   A    I think I answered that already. Some
11 people do, some people don't.
12   Q    (BY MR. LEVINSTEIN) But it wasn't unusual
13 to have that happen?
14        MR. JONES: Same objections.
15   Q    (BY MR. LEVINSTEIN) Okay. You were the
16 coach for ten years, and you don't know whether your
17 athletes were unhappy about who was sitting in their
18 chair or not?
19   A    Some were happy, some were unhappy.
20   Q    And you don't know which ones were
21 unhappy?
22   A    No.
23   Q    You can't think of a single time in ten
24 years?
25   A    No.

137

1    Q    Has Jean Lopez had success as a coach of
2  Taekwondo athletes?
3         MR. JONES: Objection; vague.
4    A    What do you mean "success"?
5    Q    (BY MR. LEVINSTEIN) Have a lot of his
6  athletes that he has coached done well in international
7  competitions?
8    A    Some have, some didn't.
9    Q    Has he had a lot who have done well?
10        MR. JONES: Objection; vague.
11   Q    (BY MR. LEVINSTEIN) Can you name some
12 athletes of Jean Lopez that have done well in
13 international competitions?
14   A    His siblings.
15   Q    And who were they?
16   A    Steven Lopez being the obvious one. And
17 Mark Lopez and Diana Lopez.
18   Q    Have there been other athletes who are not
19 his siblings who have done well in international
20 competitions?
21   A    I believe Peter Lopez and Mandy Meloon.
22 But, again, I coached Mandy Meloon. I developed her as
23 much as he did. So who gets the credit?
24   Q    Who does she consider to be her home
25 coach?

138

1         MR. JONES: Objection; calls for
2  speculation.
3    A    I don't know that. Probably him.
4    Q    (BY MR. LEVINSTEIN) And did she compete
5  in 2004 in the Olympic trials?
6    A    I believe she did.
7    Q    And in those competitions, you were
8  clearly not her coach by that point in time?
9    A    Well, I stopped coaching in 2003, so
10 obviously, yes.
11   Q    And after you stopped coaching, she has
12 continued to have success?
13   A    What's success?
14        MR. LEVINSTEIN: Let's mark these three.
15   A    Actually, her performance went down.
16        MR. JONES: Wait.
17        (Deposition Exhibit Nos. 12 through 14
18        were marked for identification.)
19   Q    (BY MR. LEVINSTEIN) I show you what's
20 been marked as Exhibit 12. And if you could just
21 identify that.
22   A    Yes, sir.
23   Q    What is that?
24   A    Dads train free for the month of June
25 because of Father's Day.

139

1    Q    And that's an ad for your school?
2    A    In-house, yes.
3    Q    Where does that --
4    A    I just give it to parents.
5    Q    Okay. On it, it doesn't mention anything
6  about you or that you're a 2000 Olympic coach, does it?
7    A    Because they all know. Again, this is for
8  my parents, so I don't have to put that in.
9    Q    And I show you what's been marked as
10 Exhibit 13 and ask what that is.
11   A    This is a VIP guest pass.
12   Q    And what does that mean?
13   A    What it is, is that I ask my students to
14 give to their friends or family members who might enjoy
15 training in martial arts Taekwondo. So I ask them to
16 give it to their friends. And if they come in, they
17 can take -- it's exactly the same as this, but they
18 don't have to pay 19.95.
19   Q    So it's a completely free uniform and two
20 weeks?
21   A    That's right.
22   Q    Because you have concluded that a high
23 percentage of the people that take two introductory
24 lessons and get the uniform stay with it?
25   A    I hope so.

140

```
 1      Q    So it's worth having it go from 19.95 down
 2  to zero to get them in the door?
 3      A    Absolutely.
 4      Q    Because there's a good chance that they
 5  will continue?
 6      A    Yes.
 7      Q    And I show you what's been marked as
 8  Exhibit 14.  Is that the current summer camp program?
 9      A    Yes, it is.
10      Q    And so that's --
11      A    See 27th through July 1st?  That's why I
12  need to go quick.  So I hope you can finish this quick.
13      Q    And that's what includes reading to the
14  students and training and things beyond martial arts,
15  safety and various other character education?
16      A    You know, you practice.  Safety is part of
17  martial arts training.  We teach safety.
18      Q    Not in my school.
19           (Discussion off the record.)
20      Q    (BY MR. LEVINSTEIN)  But there's specific
21  things about safety lessons?
22      A    Yes, sir.
23      Q    And character education?
24      A    Yes, sir.
25      Q    And discussions about teasing and name
```

141

```
 1  calling?
 2      A    Yes.
 3      Q    And that's part of the whole program about
 4  developing the full person?
 5      A    Yes.
 6      Q    And having a school that goes much beyond
 7  martial arts?
 8      A    Yes, sir.
 9      Q    And do you understand what this lawsuit is
10  about?
11      A    Yes, sir.
12      Q    And what is, in your understanding, the
13  lawsuit about?
14      A    Master Dae Sung Lee seeking financial --
15  potential financial loss not being named as the 2004
16  Olympic coach.  Potential income.
17      Q    And do you understand how much he is
18  seeking in damages?
19      A    He told me.  Somebody told me like one
20  million or something.
21      Q    Did he ever tell you that there was an
22  expert report that he might have suffered $3 million in
23  damages?
24      A    I have no idea.
25      Q    Do you have any idea how much he has
```

142

```
 1  suffered in damages?  Do you have any view on that?
 2      A    I think --
 3           MR. JONES:  Objection; calls for
 4  speculation.
 5      A    It's hard for me to -- I mean, all I know
 6  is what I did.  I cannot tell you how he will do, but
 7  there's so much similarity between Dae Sung Lee and I,
 8  when I look at the records.  We grew up in America.  We
 9  went through the school systems.  Some college.  He
10  graduated from college.  I didn't.
11           And also same type of competitor.  At the
12  competition of the World Team Members, he was the
13  Olympic Training Center coach -- excuse me -- the
14  National Team Coach.  I was the same thing.
15           Even though teaching and college wise, we are
16  very similar, I have learned a lot from him, and I have
17  implemented a lot of his curriculums in the way he
18  teaches things to my school.
19           So in a way, that's very similar.  But I
20  really can't tell you how he will do.  But all I know
21  is I can tell you how I did.  And after the 2000
22  Olympic Games, then my business has boomed.
23      Q    (BY MR. LEVINSTEIN)  Did there come a time
24  when you were able to focus full time on your business?
25      A    I think that's from 2003, yes.
```

143

```
 1      Q    Did you tell people that that was a huge
 2  benefit to your business, that you could now focus on
 3  it full time?
 4      A    I suppose so, yes.
 5      Q    You told people that?
 6      A    I told my parents that now I'm going to
 7  focus full time on my school.
 8      Q    You told your friends that, as well, that
 9  your business was doing much better now that you could
10  focus full time on it?
11      A    I don't recall.
12      Q    Don't you recall discussing that with Jay
13  Warwick?
14      A    I don't recall.
15      Q    Do you recall discussing with Jay Warwick
16  that you were a much better business person than Dae
17  Sung Lee in terms of marketing and promoting your
18  business?
19      A    I don't recall that.  I might have, I
20  might not have, to tell you the truth.  But I mean --
21      Q    Do you understand that to help Dae Sung
22  Lee's lawsuit, it's helpful if you can say that your
23  business and his were the same?
24      A    Look --
25           MR. JONES:  Objection; calls for
```

144

6/29/2005 Lee, Han Won

1   speculation.
2   A   I want to help him win, but I'm not going
3   to lie to do that.
4   Q   (BY MR. LEVINSTEIN)  Why were you given
5   Mr. Candon's report?
6       MR. JONES:  Objection; calls for
7   speculation.
8   A   I don't know.
9   Q   (BY MR. LEVINSTEIN)  Did you read the
10  report and the discussions of the differences between
11  your school and Mr. Dae Sung Lee's school?
12  A   I did.
13  Q   Did you discuss with counsel that it would
14  be helpful in this deposition the more they could
15  establish that your business is the same as his
16  business?
17  A   Well, it's the same.  I'm telling the
18  truth.  Again --
19  Q   Was there a discussion --
20  A   -- I want him to win this case, but I'm
21  not going to lie and compromise myself to do that.
22  Q   But you understood that it was helpful the
23  more you could identify the things that were similar
24  between your business and his?
25  A   Yes.

145

6/29/2005 Lee, Han Won

1   Q   And you understood that the more you can
2   say that the reason your business did well was because
3   you were the 2000 Olympic coach, the more it helps his
4   lawsuit?
5   A   Well, that's the truth.  I mean, you've
6   seen my numbers, right, and my income tax returns?
7   People are not dumb.  They understand from
8   demonstration sport to official sport.  In my town,
9   people know me as an Olympic coach.  So that made a
10  huge boost on my business revenue, obviously.  And you
11  saw that in my tax return.
12  Q   And they all understand, your parents,
13  that you were, for ten years, the coach at the Olympic
14  Training Center?
15      MR. JONES:  Objection; calls for
16  speculation.
17  A   Some do, some don't.
18  Q   (BY MR. LEVINSTEIN)  A lot of them know
19  that you were the actual coach for lots of the Olympic
20  athletes who did well and went to the Olympic Games?
21      MR. JONES:  Objection; calls for
22  speculation.
23  A   I suppose.  I don't know.
24  Q   (BY MR. LEVINSTEIN)  All over your walls,
25  there's --

146

6/29/2005 Lee, Han Won

1   A   You have been to my school?
2   Q   All over the walls -- I don't even have to
3   have been to your school.  I've never been there, but
4   I'm certain all over your walls are pictures of you
5   with top athletes.
6       MR. JONES:  Objection; calls for
7   speculation.
8   A   There's some pictures up there, yes, with
9   Olympic teams, yes, sir.  There's more and a bigger
10  picture with the Olympic team than any other teams.
11  And I've got a few, but it's not a lot.  Okay.  Let me
12  correct that.  I think I may have one picture -- World
13  Cup Team picture up there with an athlete that's far
14  smaller than with . . .
15      (Deposition Exhibit No. 15 was marked
16      for identification.)
17  Q   (BY MR. LEVINSTEIN)  Now, you are under
18  oath.
19  A   Yes.
20  Q   You are in a deposition.
21  A   Absolutely, I am.
22  Q   And you have covered your walls with every
23  picture you have of you as an athlete on Olympic teams?
24  A   How much do you want to bet?
25  Q   Is this picture on the wall in your

147

6/29/2005 Lee, Han Won

1   school?
2   A   Absolutely not.
3   Q   Okay.  Then the people who have been to
4   your school and said that there are pictures all over
5   the walls of your participation on Olympic teams, that
6   would not be true?
7   A   That would be true as Olympic coach.
8   Q   And as National Team Coach?
9   A   Like I said, I think I have one picture
10  up.  I have more -- I have -- how do I explain it?  I
11  have got a picture about that size, a little bit
12  smaller, with the Year 2000 Olympic Coach.  Another
13  one, same similar size, with President Bush.
14  Q   And you have other pictures that are up on
15  the walls of you with other athletes at the national
16  training center?
17  A   Not really.  Again, I don't recall what's
18  up there.  But I know I have some articles about me
19  being an athlete.
20  Q   And they're up on the wall?
21  A   Yes.  There's more of that than me
22  coaching as National Team coach.
23  Q   And you produced this picture?
24  A   Yes, I did.
25  Q   Where is it?

148

6/29/2005 Lee, Han Won

1   A    It's in my drawer.
2   Q    And are you telling me that your parents
3   and your students don't know you got a bronze medal in
4   1988?
5   A    I'm sure they do.
6   Q    And it's also important that you are a 6th
7   degree black belt, and you promote that as well?
8   A    Yes, I do.
9   Q    And how many competing schools are there
10  in Castle Rock?
11  A    Quite a bit.
12  Q    How many?
13  A    To be exact, one, two, three, four.  Four
14  other schools, five including mine.
15  Q    How big is Castle Rock?
16  A    Castle Rock is a very small town.
17  Q    How many people?
18  A    Again, I think what separates me from
19  those guys, and I have the biggest school in town, is
20  because of me being the official Olympic coach.
21  Q    But you have no study or analysis or
22  anything that quantifies the extent to which your
23  success is due to --
24  A    True.  It qualifies in my income tax.
25  Q    You can't tell me how much of that

149

6/29/2005 Lee, Han Won

1   increase was due to being the Olympic coach and how
2   much was due to being an Olympian and how much was due
3   to your focusing more time on your school?
4   A    Again, it's my opinion, but I think it's
5   because I was the 2000 coach.
6   Q    It's your opinion?
7   A    Yes, sir.
8   Q    And you don't have any numbers to quantify
9   that part of it?
10  A    No, I don't.
11       MR. LEVINSTEIN:  Take one short break.
12       (Recess taken from 11:57 a.m. to 12:01
13       p.m.)
14  Q    (BY MR. LEVINSTEIN)  Who was the head
15  coach at the 2000 Olympic games?
16  A    Master Young In Cheon.
17  Q    Are you familiar with how his school did
18  after the Olympics?
19  A    Not really, no.  I think he had
20  difficulties.  But that's all I know about him.
21  Q    Were you aware that he went bankrupt?
22  A    I guess I did, yeah.
23  Q    So it's hard to say what benefit being the
24  Olympic coach would be to different people?
25       MR. JONES:  Objection.

150

6/29/2005 Lee, Han Won

1   Q    (BY MR. LEVINSTEIN)  Different people
2   could have different outcomes?
3        MR. JONES:  Objection; argumentative,
4   calls for speculation.
5   A    Well, I mean, I think it's because he -- I
6   can't say to him.  He and I are different.  Again,
7   there's no similarity between him and I.
8   Q    Were there other coaches at the Olympics
9   besides you and Mr. Young In Cheon?
10  A    No.  Jean Lopez was there, but I don't
11  think he was there in a coaching capacity.  He was
12  there.
13  Q    The two of you were the only two Olympic
14  coaches?
15  A    Yes, sir.
16  Q    And this Declaration, the exhibit that I
17  showed you, it was drafted by Mr. Jones and sent to
18  you?
19  A    Yes, sir.
20  Q    Did you make any changes in what he sent
21  you?
22  A    No, I did not.  Actually, I just read it
23  this morning.
24  Q    But in July, when he sent it to you, you
25  signed it in the same form he sent it to you?

151

6/29/2005 Lee, Han Won

1   A    Yes.
2   Q    Were there any top athletes who came to
3   you for you to coach them who did not participate in
4   the Olympic Training Center or the developmental camps
5   or the gold camps?
6   A    I don't know.  I don't think so.
7   Q    So all of the athletes that were top
8   competitors that came to you first trained under you at
9   either the Olympic Training Center or in the summer
10  developmental camp or in the gold camp?
11  A    Yes, sir.
12  Q    Were you aware of the USOC reviewing the
13  U.S. Taekwondo Union in 2003 to determine if it was in
14  compliance?
15  A    Yes.
16  Q    And were you aware that there was a
17  remediation plan entered into in January of 2004?
18  A    Yes.
19  Q    Were you consulted about any of that?
20  A    No.  I was completely out of it.
21  Q    Did you have --
22  A    I didn't even want to deal with it.
23  Q    Did you have a view about whether the USTU
24  should or should not enter into the remediation plan?
25  A    I thought they should.

152

```
 1        Q    And why?
 2        A    Just to make a smooth transition and help
 3   the athletes.
 4        Q    Were there a lot of problems that you had
 5   observed during your years involved with the USTU about
 6   the way the USTU was run?
 7             MR. JONES:  Objection; vague.
 8        A    Not really.  I was the Olympic coach.  I
 9   was happy.
10        Q    (BY MR. LEVINSTEIN)  But it was your view
11   that it was a good idea for the USTU to enter into the
12   remediation plan?
13        A    Yes, at that point.
14        Q    Since then, are you unhappy with the way
15   the USTU has been run?
16        A    Yes.
17        Q    And what are you unhappy about?
18        A    They got rid of a lot of stuff that was
19   working previously and changed it completely around.
20   And I don't think it's -- again, this is my opinion.  I
21   have no data to back it up.
22        Q    You disagree with a lot of things they
23   have done since January 2004?
24        A    Some things.  And, again, I'm not really
25   involved, so I don't know enough to give you that
```

```
 1   answer.  Again, it's hearsay, and I hear what people
 2   tell me.  And I have no control over that.
 3             MR. LEVINSTEIN:  One second.  Your
 4   witness.
 5             MR. JONES:  No questions.
 6             (The deposition concluded at 12:06 p.m.)
```

```
 1             A F F I D A V I T
 2   STATE OF COLORADO      )
                            ) ss.
 3   COUNTY OF              )
 4        I have read my deposition, and the same is
 5   true and accurate, save and except for changes and/or
 6   corrections, if any, as indicated by me on the
 7   amendment sheet(s) attached hereto as indicated.
 8
 9   Amendment sheet(s) attached [ ]
10   No changes; no amendment sheet attached [ ]
11
12
                    _____
13                           HAN WON LEE
14
15        SUBSCRIBED AND SWORN TO before me on this
16   _____ day of _____, 2005.
17   My commission expires:  _____
18
19                   _____
                             NOTARY PUBLIC
20
         in and for the State of _____
```

```
 1           C E R T I F I C A T E
 2
     STATE OF COLORADO   )
 3                       ) ss.
     COUNTY OF DENVER    )
 4
 5
           I, VALORIE S. MUELLER, Registered
 6   Professional Reporter and Notary Public in and for the
     State of Colorado, duly appointed to take the
 7   deposition of HAN WON LEE, certify that prior to the
     examination the deponent was duly sworn to testify to
 8   the truth in the matters in controversy between the
     parties herein; that the deposition was taken in
 9   shorthand by me at the time and place aforesaid and was
     thereafter reduced to typewritten form by me and
10   processed under my supervision, the same consisting of
     155 pages, and that the same is a full, true and
11   complete transcription of my shorthand notes.  I
     further certify that I am not related to, employed by,
12   or counsel to any of the parties herein, or otherwise
     interested in the events of the within cause.
13
14        A transcript review of this deposition was
     requested and is available to the deponent as notified
15   by me.
16
          IN WITNESS WHEREOF, I have affixed my notarial
17   seal this 1st day of July, 2005.  My commission expires
     December 11, 2006.
18
19                   _____
                            VALORIE S. MUELLER
20                     Registered Professional Reporter
```