IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants. | Civil No. 04—00461 SOM TEK<br>DECLARATION OF NIA ABDALLAH |

## DECLARATION OF NIA ABDALLAH
## UNITED STATES TAEKWONDO ATHLETE

1. My name is Nia Abdallah. I am currently one of two athletes from the United States Taekwondo Union ("USTU") who have qualified to compete in the 2004 Olympic Games in Athens, Greece.

2. I attended George Washington Carver Magnet High School for applied technology, education and the arts in 2002. I am currently attending Pikes Peak Community College in Colorado Springs, majoring in engineering and education.

3. I have been competing in taekwondo since I was 9 years old. I was the 2003 Pan-American Games bronze medalist and the 2004 Pan-Am Olympic Qualifier silver medalist. I have also won 14 Texas State Championships and 4 Junior National Championships gold medals.

EXHIBIT "B"

4. Chul Ho Kim is my professional taekwondo coach and he has been coaching me for over two years. He is in Malta with me, helping me prepare for the Olympics. He is intimately familiar with every aspect of my training, including my strengths, weaknesses, overall abilities, and preferred training programs. During my career, Mr. Kim has served as my ringside coach during some competitions, while in others the ringside coaching position was reserved for a coach who lacked any familiarity with my fighting ability. The ringside coach is vital to me because he is close enough to instruct and advise me during my matches. I firmly believe that my best chance for competitive success is with Mr. Kim as my coach.

5. When Mr. Kim has not been able to serve as my coach, I have often taken instructions and advice that he has shouted from the stands while completely ignoring the ringside coach who is not familiar with my strengths, weaknesses, and strategies, and is therefore not able to help me.

6. I believe that my performance in the 2004 Olympic Games will be adversely affected if Mr. Kim is not permitted to serve as my coach. It is my understanding that the USOC and the USTU are trying to get an additional coaching credential to permit Mr. Kim to be a ringside coach. I believe it will help my competitive performance if Mr. Kim is permitted to be my ringside coach.

7. Dae Sung Lee has never served as my coach. He is not familiar with my strengths, weaknesses, or training techniques. In the past year, he has not communicated with me regarding the 2004 Olympic Games and he has not attempted to establish any type of coaching relationship with me. It is my understanding that Mr. Lee did not coach any of the elite athletes who were involved in the United States Olympic Trial qualifying events for taekwondo, during which the United States athletes were selected for the 2004 Olympic Games.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 6, 2004

_____
Nia Abdallah