**ORIGINAL**

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA             4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |

vs.                                              )          UNITED STATES OLYMPIC
                                                 )          COMMITTEE'S DEPOSITION AND
UNITED STATES TAEKWONDO      )          TESTIMONY DESIGNATIONS OF
UNION, a Colorado nonprofit          )          MARY M. BRUNNER (TAKEN ON
Corporation, et al.,                           )          JUNE 28, 2005); EXHIBIT "A";
                                                 )          CERTIFICATE OF SERVICE
                         Defendants.        )
                                                 )          Trial Date:  April 4, 2006
_____ )

601-1/BrunnerDesig.al.chi.wpd

### DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S DEPOSITION AND TESTIMONY DESIGNATIONS OF MARY M. BRUNNER (TAKEN ON JUNE 28, 2005)

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure,

Defendants UNITED STATES TAEKWONDO UNION and the UNITED

STATES OLYMPIC COMMITTEE ("Defendants"), by their undersigned counsel,

hereby designate the following testimony of Mary M. Brunner to be introduced at

trial.   Ms. Brunner's deposition was taken on June 28, 2005.  A highlighted copy

of her deposition testimony is attached as Exhibit "A".

Defendants reserve the right to supplement and/or amend these designations

as otherwise made appropriate before or during trial.  Defendants by the

submission of this designation of testimony, do not waive the right to call

witnesses to present live testimony.  Defendants reserve the right to designate

further testimony from these or other witnesses, including further designations in

response to the deposition designations of Plaintiff.

-2-

<u>START/END PAGE AND LINE (Mary M. Brunner, taken June 28, 2005)</u>:

| | |
|---|---|
| 5:7 - 5:11 | 101:2 - 102:9 |
| 12:3 - 13:21 | 110:20 - 111:13 |
| 30:19 - 31:15 | 138:20 - 139:12 |
| 34:7 - 34:15 | 141:4 - 142:2 |
| 43:1 - 46:17 | 142.3 - 142:15 |
| 48:8 - 49:19 | 142:16 - 145:17 |
| 61:17 - 61:22 | 145:18 - 146:11 |
| 62:9 - 62:13 | 146:12 - 147:2 |
| 63:12 - 63:15 | 161:13 - 163:15 |
| 65:16 - 66:9 | 164:8 - 165:19 |
| 71:8 - 71:14 | 168:19 - 171:10 |
| 76:3 - 77:15 | 171:11 - 172:4 |
| 80:12 - 80:19 | 175:17 - 177:21 |
| 82:5 - 82:16 | 181:2 - 181:13 |
| 84:22 - 86:18 | 216:19 - 217:4 |
| 88:6 - 89:4 | 217:5 - 217:10 |
| 89:13 - 90:13 | 217:17 - 217:20 |
| 91:6 - 92:7 | 221:11 - 221:21 |
| 98:4 - 98:14 | 222:8 - 222:10 |
| 99:12 - 99:14 | 229:8 - 231:5 |
| 99:20 - 100:1 | |

DATED:  Honolulu, Hawaii,  MAR 1 4 2006 _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE