FILE No.748 08.08.'04 19:57    D:THE COASTLINE HOTEL    FAX:0    581104    PAGE 1/ 2

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants. | Civil No. 04—00461 SOM TEK<br><br>DECLARATION OF STEVEN LOPEZ |

## DECLARATION OF STEVEN LOPEZ
## UNITED STATES TAEKWONDO ATHLETE

1. My name is Steven Lopez. I am currently one of two athletes from the United States Taekwondo Union ("USTU") who have qualified to compete in the 2004 Olympic Games in Athens, Greece.

2. I graduated from Kempner High School with honors in 1997, and I am presently attending the University of Houston with a major in Finance.

3. I have been competing in taekwondo since I was five years old. I was the 1997-1998 World Cup Champion, the 1999 and 2003 Pan-American Games Champion, the 2000 Olympic Gold Medalist, and the 2001-2003 World Champion.



EXHIBIT "B"

4.   Jean Lopez has been my professional taekwondo coach for the last 20 years. He is intimately familiar with every aspect of my training: strengths, weaknesses, injuries, techniques, and overall abilities. He is now in Malta with me, helping me train and prepare for the Olympics. During my career, I have participated in some competitions where Mr. Lopez served as my ringside coach and other competitions where the ringside coaching position was reserved for another coach who lacked any familiarity with my fighting style or abilities. The ringside coach is vital to me when I am competing because he is available to instruct and advise me throughout each match. I strongly believe that my best chance for success in any given competition is with Mr. Lopez as my ringside coach.

5.   When Mr. Lopez has not been able to participate ringside, I have often taken instructions and advice that he has shouted from the stands while completely ignoring the ringside coach who does not know me well enough to provide meaningful assistance. At one point during my gold medal match in the 2000 Olympics in Sydney, Australia, I had to physically move the ringside coach so that I could see Mr. Lopez and understand the advice he was giving me from the stands.

6.   I believe that my performance in the 2004 Olympic Games will be adversely affected if Mr. Lopez is not permitted to serve as my ringside coach.

7.   Dae Sung Lee has never served as my personal coach. He is not familiar with my strengths, weaknesses, or training techniques. In the past year, he has not communicated with me regarding the 2004 Olympic Games and he has not attempted to establish any type of coaching relationship. It is my understanding that Mr. Lee did not coach any of the elite taekwondo athletes who competed in the United States Olympic Trial qualifying events leading up to the 2004 Olympic Games.

8.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 6, 2004

_____
Steven Lopez