**ORIGINAL**

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE                    2162-0
dlouie@rlhlaw.com
APRIL LURIA                       4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |

| | | |
|---|---|---|
| vs. | ) | UNITED STATES OLYMPIC |
| | ) | COMMITTEE'S DEPOSITION AND |
| UNITED STATES TAEKWONDO | ) | TESTIMONY DESIGNATIONS OF |
| UNION, a Colorado nonprofit | ) | STEVEN MICHAEL LOCKE |
| Corporation, et al., | ) | (TAKEN ON JUNE 30, 2005); |
| | ) | EXHIBIT "A"; CERTIFICATE OF |
| Defendants. | ) | SERVICE |
| | ) | |
| _____ | ) | Trial Date:  April 4, 2006 |

601-1/LockeDesig.al.chi.wpd

**DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S DEPOSITION AND TESTIMONY DESIGNATIONS OF
STEVEN MICHAEL LOCKE (TAKEN ON JUNE 30, 2005)**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants UNITED STATES TAEKWONDO UNION and the UNITED STATES OLYMPIC COMMITTEE ("Defendants"), by their undersigned counsel, hereby designate the following testimony of Steven Michael Locke to be introduced at trial.  Mr. Locke's deposition was taken on June 30, 2005.  A highlighted copy of his deposition testimony is attached as Exhibit "A".

Defendants reserve the right to supplement and/or amend these designations as otherwise made appropriate before or during trial.  Defendants by the submission of this designation of testimony, do not waive the right to call witnesses to present live testimony.  Defendants reserve the right to designate

further testimony from these or other witnesses, including further designations in response to the deposition designations of Plaintiff.

START/END PAGE AND LINE (Steven Michael Locke, taken June 30, 2005):

| | |
|---|---|
| 6:15 - 6:18 | 52:1 - 54:7 |
| 9:7 - 10:11 | 55:9 - 55:17 |
| 10:19 - 10:23 | 57:12 - 57:18 |
| 11:15 - 13:10 | 59:7 - 60:20 |
| 13:25 - 15:8 | 61:10 - 61:20 |
| 15:11 | 78:2 - 78:11 |
| 18:22 - 19:1 | 79:15 - 82:16 |
| 19:9 - 19:11 | 83:12 - 83:14 |
| 20:20 - 20:25 | 83:16 - 83:17 |
| 21:10 - 21:17 | 83:20 |
| 21:21 - 22:2 | 83:22 - 85:14 |
| 22:12 - 22:16 | 87:5 - 87:23 |
| 22:25 - 23:21 | 91:14 - 92:8 |
| 23:23 - 23:25 | 92:10 - 93:23 |
| 27:19 - 27:25 | 98:13 - 98:15 |
| 28:23 - 29:6 | 98:17 - 99:2 |
| 29:10 - 29:13 | 100:12 - 100:15 |
| 50:14 - 51:1 | 102:13 - 102:17 |

DATED: Honolulu, Hawaii, MAR 14 2006 _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE