# ORIGINAL.

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE            2162-0
dlouie@rlhlaw.com
APRIL LURIA               4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email:  phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |

|  |  |  |
|---|---|---|
| vs. | ) | UNITED STATES OLYMPIC |
|  | ) | COMMITTEE'S TESTIMONY AND |
| UNITED STATES TAEKWONDO | ) | DECLARATION DESIGNATIONS |
| UNION, a Colorado nonprofit | ) | OF KELLY SKINNER FROM |
| Corporation, et al., | ) | AUGUST 12, 2004 HEARING; |
|  | ) | EXHIBITS "A"-"B"; CERTIFICATE |
| Defendants. | ) | OF SERVICE |
|  | ) |  |
|  | ) | Trial Date:  April 4, 2006 |

601-1/SkinnerDecDesig.al.chi.wpd

## DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S TESTIMONY AND DECLARATION DESIGNATIONS OF KELLY SKINNER FROM AUGUST 12, 2004 HEARING

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure,

Defendants UNITED STATES TAEKWONDO UNION and the UNITED

STATES OLYMPIC COMMITTEE ("Defendants"), by their undersigned counsel,

hereby designate the following testimony of Kelly Skinner to be introduced at

trial.  See Exhibit "A".  Mr. Skinner's declaration of August 6, 2004, was

submitted at the August 12, 2004 hearing in this matter.  A copy of Mr. Skinner's

declaration is attached as Exhibit "B".

Defendants reserve the right to supplement and/or amend these designations

as otherwise made appropriate before or during trial.  Defendants by the

submission of this designation of testimony, do not waive the right to call

witnesses to present live testimony.  Defendants reserve the right to designate

-2-

further testimony from these or other witnesses, including further designations in

response to the deposition designations of Plaintiff.

Declaration of Kelly Skinner, Paragraphs 1-16, 17 (except for final sentence), 18-
19 (August 6, 2004) and
START/END PAGE AND LINE:

42:23 - 43:21
44:3 - 44:17
44:25 - 47:12
50:19 - 51:10
51:18 - 52:13

                                         MAR 1 4 2006
DATED: Honolulu, Hawaii, _____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE