6/23/2005 Lee, Dae Sung

1  A. Not in '79, though. Seventy-nine I had
2  somebody else sitting down. Master Park at World
3  Championship. And after that -- and most chair -- most
4  event was sit by Mr. Lee.
5  Q. And so in '88 with the Olympics coming and
6  Sang Lee going to be the head coach, Jay Warwick sat in
7  your chair.
8  A. Yes.
9  Q. Is that the only time Jay Warwick sat in your
10 chair?
11 A. Some of the national championship he sit on
12 my chair and I sit his chair.
13 Q. Because Mr. Sang Lee wasn't available or
14 because it was domestic?
15 A. Oh, no, it's not because Master Sang Lee
16 wasn't our coach. He was only coach for international
17 trips.
18 Q. Oh.
19 A. Locally it's different. Mr., like, Warwick
20 was running the Montana Taekwondo Club in Montana
21 University. So he was the head coach for that
22 particular club.
23 Q. Where was this?
24 A. Montana.
25 Q. Oh, Montana.

53

6/23/2005 Lee, Dae Sung

1  A. Montana, yes.
2  Q. Okay.
3  A. Montana.
4  Q. Okay. Did you have another coach besides
5  Sang Lee during 1979 to 1988?
6  A. Coach mean by -- I don't know. It's -- it's
7  hard.
8  Q. Okay.
9  A. The train -- I train by myself. I train
10 either myself, my club and things like that to prepare
11 for the championship. And then --
12 Q. But you had a master and a home school?
13 A. Well, I -- in here?
14 Q. Yes.
15 A. Nineteen seventy-three to 1976 was Master
16 Chung, I already spoke to you, and seventy -- '77 to
17 1980, Master Song. And then Master Song just left.
18 Q. So from '80 to '88, you didn't have a school
19 with a master?
20 A. No.
21 Q. Nobody to do forms --
22 A. Huh?
23 Q. -- except on your own?
24 A. Yes, and UH club. You don't want to go into
25 that because, you know, I schedule so that I can train

54

6/23/2005 Lee, Dae Sung

1  in the morning, go to school and go -- you know, things
2  like that. So, you know, I was -- it's pretty much was
3  all by myself.
4  Q. And then with the university club, you were
5  really training others. They weren't really training
6  you.
7  A. No. If I go to world championship or any
8  international championship, even the white belt, they
9  coming, athlete, and they have to just train with me.
10 I don't do blocking or whatever. Whatever I need to
11 train, they have to just follow. So they have to just
12 follow what I had to do. I don't have to go each
13 individual and train them.
14 Q. And when you were getting ready for a big
15 event --
16 A. Yes.
17 Q. -- you didn't have time to be worrying about
18 what they were doing.
19 A. Yes.
20 Q. You'd be training --
21 A. And then they like --
22 Q. -- and if they wanted to come and watch and
23 try to do it, they were welcome.
24 A. But everybody was participating.
25 Q. I'm with you. I'm just trying to understand

55

6/23/2005 Lee, Dae Sung

1  what you said. I just want to make sure I understood.
2       Okay. Let's talk about the USTU as an
3  organization.
4       THE WITNESS: Can we take some break?
5       MR. LEVINSTEIN: Yes, sure.
6       THE WITNESS: If that's okay.
7       MR. LEVINSTEIN: Absolutely. No
8  problem.
9       THE WITNESS: Thank you. And I need to
10 go to the rest room so.
11      MR. LEVINSTEIN: Yes.
12      THE VIDEOGRAPHER: The time is 10:06
13 a.m. and we are off the record.
14      (A recess was taken.)
15      THE VIDEOGRAPHER: The time is 10:11
16 a.m. and we're back on the record.
17 Q. (Continued by Mr. Levinstein.) Let's talk
18 about the U.S. Taekwondo Union.
19 A. Yes.
20 Q. The first time you had a -- withdrawn. The
21 first time you became a member of the USTU, if you
22 know, do you know when that was?
23 A. Nineteen seventy-seven. Before USTU was
24 established, I think was AAU Taekwondo. In order to
25 compete in national championship, you have to become a

56

6/23/2005 Lee, Dae Sung

1  AAU member. And then -- and then I think 1984 was
2  change name to USTU. I'm not quite sure about the
3  dates so.
4      Q.  Okay. And then you became a member of the
5  USTU from whenever it started in '84 or whatever year
6  that was?
7      A.  Yes.
8      Q.  And did you -- when's the first time you had
9  a position with the USTU besides being a member?
10     A.  I was a AAC member from I think, I believe,
11 1984 to nineteen -- two -- one thousand -- 1996.
12     Q.  Okay. And AAC stands for Athletes Advisory
13 Council?
14     A.  Yes.
15     Q.  And you're referring to the USTU's Athletes
16 Advisory Council.
17     A.  Yes.
18     Q.  Were you ever a member of the U.S. Olympic
19 Committee's Athletes Advisory Council?
20     A.  No.
21     Q.  And you were allowed to be a member of the
22 AAC until ten years after you stopped competing?
23     A.  Yes, because the -- the US -- I think, I
24 believe, USOC guideline was I think you can be actually
25 two terms. So I was -- myself and Mr. Warwick also, he

57

6/23/2005 Lee, Dae Sung

1  did the three term.
2      Q.  How long was the term?
3      A.  I think three terms, from '84 to '88, '88 to
4  '92, '92 to '96.
5      Q.  I see. And you said the USOC's rule was two
6  terms?
7      A.  Two or three. But, see, that's the -- that's
8  when we had problems. So I think we discussed with the
9  USOC law legislation and then they said it was okay so
10 that we could run from '92 to '96.
11     Q.  Okay. So in '92, there was some issue about
12 whether you could have a third term and the USOC --
13     A.  Well, I think we -- previous '92 we only find
14 out. So we could run for third term.
15     Q.  Okay. So you spent 12 years on the USTU AAC.
16     A.  Yes.
17     Q.  And how often did that organization meet?
18     A.  At least twice a year for mid year and annual
19 meeting. Or sometime we meet at the national
20 championship for any -- any particular discussion that,
21 you know, we have. Then Mr. Warwick was the chairman,
22 so he will call the meeting. But other than that it's
23 twice a year.
24     Q.  So Mr. Warwick was the chairman the whole
25 12 years that you were on the AAC?

58

6/23/2005 Lee, Dae Sung

1      A.  I think, no, Mr. John Holloway was the first
2  chairman and then Mr. Warwick was chairman for two
3  terms, I believe. And then Han Won Lee, then Sammy
4  Pejo, I think so, yes, two term.
5      Q.  Okay. Were you a member of the Board of
6  Governors of the USTU because you were on the AAC?
7      A.  I was executive member of AAC. So -- so
8  there's a 20 percent representative. So executive
9  member was like 20. Therefore, from the AAC we have, I
10 think, four executive AAC member and then I was one of
11 them from 1988 to 1996.
12     Q.  So there were 20 people on the Executive
13 Committee.
14     A.  I think before was more, but I'm not too
15 sure, sir. But now they shrink down to 21 before the
16 remediation took place.
17     Q.  Well, let's focus on 1988.
18     A.  Yeah, uh-huh.
19     Q.  There were four Executive Committee members
20 of the AAC.
21     A.  Yes.
22     Q.  And they all were on the board -- they were
23 on the Executive Committee of the USTU.
24     A.  Yes.
25     Q.  And that was in order to satisfy the

59

6/23/2005 Lee, Dae Sung

1  requirement that there would be 20 percent athlete
2  representation on the USTU Executive Committee?
3      A.  USOC requirement. USOC requirement.
4      Q.  USOC requirement that there be 20 percent --
5      A.  Representative.
6      Q.  -- on the USTU --
7      A.  Yes.
8      Q.  -- Executive Committee.
9      A.  Yes.
10     Q.  Okay. So that would suggest that there
11 were 20 people on the USTU Executive Committee; is
12 that --
13     A.  Yes.
14     Q.  Okay.
15     A.  That's why it's 24, I think. That's why
16 total was -- including us was 24. I -- I'm not sure.
17     Q.  Including you, it had to be 20.
18     A.  Yeah, 20.
19     Q.  So it'd be 20 percent. I'm just --
20         MR. JONES: Uh-huh.
21     A.  But if you --
22     Q.  Okay.
23     A.  Yeah, okay, I'll --
24         MR. JONES: Uh-huh.
25     Q.  I'm not -- if there were 24, there would need

60

6/23/2005 Lee, Dae Sung

1  to be five, I think, but --
2      A.   Yes.
3      Q.   Okay.  Whatever they were.  There were 20
4  percent athletes.
5      A.   Representative.
6      Q.   And then you were one of those.
7      A.   Yes.
8      Q.   And as a member of the Executive Board --
9      A.   Yes.
10     Q.   -- was there a bigger Board of Governors or
11 Board of -- Board of Directors?
12     A.   No.  Executive Committee was smaller than
13 Board of Governors.
14     Q.   Okay.
15     A.   Board of Governors was state president.
16     Q.   Well, all the members of the Executive Board
17 were also on the Board of Governors.
18     A.   Yeah, Board of Governors, yes.
19     Q.   And they added additional athletes --
20     A.   Yes.
21     Q.   -- to the Board of Governors --
22     A.   For 20 percent representative, yes.
23     Q.   And starting in '88, was the board a hundred
24 and twenty members?
25     A.   I'm not too sure.

61

6/23/2005 Lee, Dae Sung

1      Q.   But some number in that vicinity, a hundred,
2  a hundred and twenty?
3      A.   I'm not too sure.
4      Q.   Okay.  But you were for certain a member of
5  the Board of Governors because you were a member of the
6  Executive Board.
7      A.   Yes.
8      Q.   Okay.  And the midyear meeting you referred
9  to was just the Executive Board?
10     A.   No, Board of Governors meeting.  So we have a
11 two meeting, Board of Governors meeting and executive
12 meeting in biannual meeting and annual meeting.
13     Q.   So the Board of Governors met twice a year.
14     A.   Yes.
15     Q.   I thought the midyear meeting was somehow
16 smaller than the annual meeting.
17     A.   No.  But usually small participation from the
18 state president.
19     Q.   Okay.  So the whole board met, but some
20 people didn't come.
21     A.   Yes.
22     Q.   Okay.  Besides the AAC, were you on any other
23 councils or committees of the USTU?
24     A.   I was in Tournament Committee member from I
25 think about 1990 to '96, and I become a Tournament

62

6/23/2005 Lee, Dae Sung

1  Committee chair from '97.
2      Q.   And from '96 to '97, you were the vice chair
3  of the Tournament Committee perhaps?
4      A.   No.  I was a vice president -- vice chair
5  from '96 to '97 and then I become a chair.
6      Q.   I think that's what I said but --
7           MR. JONES:  Yeah.
8      Q.   -- it's okay.
9      A.   Okay.
10     Q.   I got it from your -- I'm trying to --
11     A.   Yes.
12     Q.   Ninety-two to '96, you were on the Tournament
13 Committee.  Ninety-six to '97, you were a vice chair
14 of the Tournament Committee.
15     A.   Yes.
16     Q.   And '97 to 2000, you were the chair of the
17 Tournament Committee.
18     A.   Yes.
19     Q.   Okay.  How did you get on the Tournament
20 Committee, who elected you or appointed you?
21     A.   I volunteer and then they accept me.
22     Q.   Okay.
23     A.   And then -- well, beginning -- well, 1990 was
24 the Master Kong was the Tournament Committee chair and
25 then he ask me to be Tournament Committee member.

63

6/23/2005 Lee, Dae Sung

1      Q.   So the chair of the committee picked the
2  members of the committee?
3      A.   Yes.
4      Q.   Was that true for all the USTU committees
5  that the chairman --
6      A.   I don't --
7      Q.   -- picked the members?
8      A.   I don't know about the other committee, but
9  Tournament Committee was, yes.
10     Q.   Okay.  So Master Kong was the chair starting
11 in 1990.  And in 1992, he asked you to be on it or you
12 volunteered to be on it?
13     A.   He asked me first and then after that I
14 volunteer to be accept.
15     Q.   Okay.  And who made you the vice chair?  Was
16 that an election or did Mr. Kong as the chair select
17 you for that?
18     A.   Oh, 1996 --
19     Q.   There was a new chair.
20     A.   -- the new chair was appointed by President
21 Lee, Sang Lee and our new lead chair appoint me as a
22 vice chair.
23     Q.   And the new chair was?  If you remember.  If
24 you don't, it's okay.
25     A.   I forgot his name, I'm sorry.

64

6/23/2005 Lee, Dae Sung

1  Q. I won't -- that's okay. And in '97,
2  President Lee selected you to be the Tournament
3  Committee chair?
4  A. Because he resign.
5  Q. But -- but President Lee is the one who picks
6  the chairs of these committees?
7  A. Yes.
8  Q. As the president, he got to pick the chair of
9  all the major committees.
10 A. I think there's like a program director,
11 program committee. It's not -- that's supposed to be
12 elected. I think there's a few committee is supposed
13 to be elected.
14 Q. Okay. And then what other committees have
15 you got involved on in the USTO?
16 A. Coaching Science Committee.
17 Q. And when did you start being on the Coaching
18 Science Committee?
19 A. Gosh, I think, I believe, from nineteen --
20 1992, '93 because when I was --
21 Q. Maybe '96? It's -- it's okay because that's
22 what you had. It's something I got from you.
23 A. Well, I think, well, yeah, you could say '96,
24 but I'm not -- because when I was A -- AAC member and
25 then same thing, you know, they need a 20 percent

65

6/23/2005 Lee, Dae Sung

1  involving Coaching Committee too.
2  Q. Okay. And who was the chair of the Coaching
3  Science Committee?
4  A. Nineteen ninety-six to 2000 was Master Jong
5  Ching Song from Texas.
6  Q. And he selected you to be a member of that
7  committee.
8  A. No, our AAC, AAC. Because I -- I was still
9  -- I think I -- no, no, I'm sorry, yeah, he selected.
10 I get a little confuse so.
11 Q. Okay.
12 A. Okay. So --
13 Q. You could have gone on and stayed on --
14 A. No, no.
15 Q. -- at the end of '96.
16 A. Yeah, he -- he select, yes.
17 Q. Okay. And you stayed on the Coaching Science
18 Committee how long?
19 A. Until 2000.
20 Q. And when did you get onto the Coaching
21 Science Committee again?
22 A. No, I resign because my name was selected as
23 Olympic coach, assistant Olympic coach for 2000.
24 Q. Well, you were a member of the Coaching
25 Science Committee in 2003.

67

6/23/2005 Lee, Dae Sung

1  representative. So I volunteered to be in --
2  Q. Okay.
3  A. -- that particular -- so --
4  Q. So during --
5  A. -- but you could say.
6  Q. Sorry.
7  A. Yes.
8  Q. During the '84 to '96 period when you were an
9  AAC member --
10 A. Yes.
11 Q. -- you were selected to fill the athlete
12 requirement on certain committees?
13 A. Yes.
14 Q. And you don't remember which ones or do you?
15 A. Coaching Science was one.
16 Q. Okay.
17 A. That's one of them.
18 Q. So at some point in the '84 to '96 time
19 period --
20 A. No, but '84 to '88, I did not participate any
21 coaching because I was still competing. And then I
22 start participating after I retire from my competition.
23 Therefore, I think I start -- I start volunteer to
24 participate in Tournament Committee first and then I
25 think, yeah, I think so, I think like 1996 I start

66

6/23/2005 Lee, Dae Sung

1  A. Yes.
2  Q. Okay. So when did you get back on the
3  Coaching Science Committee?
4  A. I didn't.
5  MR. JONES: Well, do you understand the
6  question?
7  Q. You were a member of the Coaching Science
8  Committee in 2003.
9  MR. JONES: Two thousand three.
10 A. Two thousand three, yes.
11 Q. Yeah, okay. So you resigned in 2000 because
12 you were an assistant coach for the 2000 Olympics.
13 A. Oh, I'm sorry, I'm sorry, can you clear that?
14 Let me -- I was a -- a Coaching Science Committee from
15 1996 to 2000.
16 Q. Okay.
17 A. Two thousand three, that's -- there's not.
18 And then 2000, I have to resign because my name was
19 nominated and it was a conflict of interest to be
20 nominated as assistant coach. So after that I wasn't
21 -- two -- I wasn't Coaching Science Committee at all.
22 I was Junior Committee chair.
23 Q. You were on the Coaching Science Committee in
24 2003.
25 A. No.

68

6/23/2005 Lee, Dae Sung

1  Q.  Okay. Give me a second. Let me mark this as
2  Exhibit 1.
3         (Deposition Exhibit No. 1 was marked for
4         identification.)
5  Q.  I show you what's been marked as Dae Sung Lee
6  Exhibit 1. Do you recognize that document?
7  A.  Yes.
8  Q.  Did you participate in the writing of this
9  Declaration?
10 A.  Participate in --
11 Q.  Did you work with your lawyer in getting this
12 Declaration written?
13 A.  Yes.
14 Q.  And did you -- is that your signature on the
15 next to the last page or two pages from the end,
16 sorry?
17 A.  Yes.
18 Q.  And at the time you signed this on August 11,
19 2004 --
20 A.  Yes.
21 Q.  -- did you believe this to be correct?
22 A.  Yes.
23 Q.  And who drafted this, did Mr. Jones?
24 A.  Yes.
25 Q.  But based on what you told him?

6/23/2005 Lee, Dae Sung

1  yes, but I wasn't too sure.
2  Q.  Okay.
3  A.  Because I -- but I know that I -- okay, I
4  understand, yes. It was -- I guess I was 2003 Coaching
5  Science Committee Member.
6  Q.  Okay. And who was the chair of the committee
7  at that time, if you remember?
8  A.  Master Kang, Byung Won Kang.
9  Q.  How often did the Coaching Science Committee
10 meet?
11 A.  When we have a meetings like a annual meeting
12 and usually telephone conversations.
13 Q.  Did you have conference calls?
14 A.  Sometimes. The -- most of conference call
15 was done in -- during from 1996 to 2000.
16 Q.  In 2003, was Mr. Moreno a member of the
17 Coaching Science Committee?
18 A.  Yes.
19 Q.  Okay. And you were present at his
20 deposition, do you recall?
21 A.  Excuse me?
22 Q.  Yeah, you were present when Mr. Moreno was
23 deposed in this case?
24 A.  Yes.
25 Q.  And you recall him saying that he was on the

6/23/2005 Lee, Dae Sung

1  A.  Yes.
2  Q.  Okay. Would you turn to paragraph 12? It
3  doesn't have page numbers or else they got cut off in
4  the copying. I don't know which. Do you see paragraph
5  12?
6  A.  Yes.
7  Q.  Would you read paragraph 12?
8  A.  As early 2003, the Declarant position were
9  United State Taekwondo were Coaching Science Committee
10 Member, Junior Olympic Committee Chair, an individual
11 registration member, and Declarant taekwondo school has
12 been registered member.
13 Q.  And that was your testimony as of April 11th,
14 correct?
15 A.  Yes, but maybe I was -- you know, it shows,
16 yes, but I believe I wasn't 2003. It was supposed to
17 be 2000. Two thousand -- or 1996 to 2000 I was a
18 member and maybe I made a mistakes but --
19 Q.  I'll tell you that I have other documents --
20 A.  Uh-huh.
21 Q.  -- that show that you were a member of the
22 Coaching Science Committee in 2003. But your, now,
23 testimony today is that this is not true, that you were
24 not a member in 2003.
25 A.  I guess if it says, yes, then I maybe say

6/23/2005 Lee, Dae Sung

1  Coaching Science Committee and it never had a meeting;
2  do you recall that testimony?
3  A.  Yes.
4  Q.  And do you know that to be not true or do
5  you --
6  A.  That's not true because I spoke with Master
7  Kang and he had conference -- he had telephone call
8  with Mr. Moreno at least three -- two to three times
9  personally regarding about the -- the selections
10 that --
11 Q.  Okay.
12 A.  -- he was raising.
13 Q.  But there were no meetings.
14     MR. JONES:  In 2003, I'm sorry?
15 Q.  Yes.
16 A.  Two thousand three?
17 Q.  Yeah. You just said that there were
18 telephone calls.
19 A.  Yes.
20 Q.  Were there any meetings of the Coaching
21 Science Committee in 2003?
22 A.  I don't think so. I -- I have no idea. I --
23 I don't recall. I don't think they had meeting or, you
24 know, I'm -- well, how can I put the word because I
25 don't know they had a meeting or not because I wasn't

1  Coaching Science Committee. That's one of the reason I
2  don't know why I put on this because I wasn't Coaching
3  Science Committee in 2003. In order to be Olympic
4  Coach, you cannot be in Coaching Science Committee
5  member.
6      Q.   Where does it say that?
7      A.   I know. Yes, it says --
8      Q.   No, no, no, no, no.
9           MR. JONES: Don't --
10     Q.   I'm sorry, where does it say that you can't
11 be on the Coaching Science Committee and be considered
12 to be an Olympic coach?
13     A.   I'm sorry, I cannot answer that. But it --
14 it happened on 2000, Mr. Jay Warwick told us that if
15 anybody who participate and who was member of Coaching
16 Science Committee chair and if your name was nominated
17 you had to withdraw. So 2003, when we had meeting for
18 -- I'm sorry, not 2003, 1999 for 2000 Olympic coach, I
19 -- I know that Master Chong Jing Song, he withdrew his
20 name because of his name was nominate. And then I
21 withdraw because my name was nominate.
22     Q.   But once the nominations were over and the
23 decision was made, is there any reason you couldn't be
24 on the committee for 2001 to 2004?
25     A.   Oh, you could, yes, you could.

73

1      Q.   Okay.
2      A.   Yeah, if -- if, you know, the -- the chairman
3  accept your appointment.
4      Q.   So do you know if you were put back on the
5  committee or you stayed on the committee except for
6  that window then you were being nominated?
7      A.   Because tell the truth, I was appointed as a
8  Junior Committee chair.
9      Q.   Yes.
10     A.   And I didn't recollect that I was member of
11 Coaching Science Committee from 2001 to 2003.
12     Q.   But --
13     A.   Yes, but --
14     Q.   But you may have been.
15     A.   I made a maybe make mistakes or I don't --
16 you know.
17     Q.   So as you sit here today, you don't know if
18 you were on the Coaching Science Committee from 2001 to
19 2004.
20     A.   No, I don't remember.
21     Q.   Okay. And as you sit here today, you don't
22 know if there were any meetings of the Coaching Science
23 Committee in 2001 to 2004.
24     A.   I wasn't invited, so I don't know. Means I
25 -- I didn't participate in a meeting, yes.

74

1      Q.   Okay. So you --
2      A.   So maybe --
3      Q.   -- may have been a member and no one got
4  invited or you may not have been a member and then you
5  wouldn't have been invited.
6      A.   No, that's not what I'm saying. Because
7  maybe they might had their own, but I didn't go because
8  -- well, they had maybe conference call but -- which
9  they didn't call me. So I don't know.
10     Q.   Okay. How do you know Mr. Kang was the chair
11 of the committee?
12     A.   Because when you get appoint, everybody
13 received a letter. And then when we have a biannual
14 annual meeting and then the newly appointed committee
15 chair will participate in executive meeting. That's
16 when I find out Master Kang was Coaching Science
17 Committee chair.
18     Q.   Okay. What's the Ad Hoc Committee?
19     A.   Ad Hoc Committee?
20     Q.   Ad Hoc.
21     A.   Hoc, Ad Hoc.
22     Q.   H-O-C?
23     A.   Yeah, Ad Hoc. It's like subcommittee. I
24 don't actually follow through on that. So I -- I don't
25 know, sir. I mean I don't want to say I don't know. I

75

1  -- I don't really actually involved in committee so.
2      Q.   I have documents that show you were a member
3  of the Ad Hoc Committee.
4      A.   Couple. Ad Hoc Committee for revising bylaw
5  and I was Ad Hoc Committee member for US -- USTU
6  Certification Committee. I guess Ad Hoc Committee is
7  the -- like a subcommittee that president appointed to
8  serve.
9      Q.   To do what?
10     A.   Such matter as study on the issuing our own
11 certification as USTU.
12     Q.   Okay.
13     A.   And I was --
14     Q.   Do you recall being on the Ad Hoc Committee?
15     A.   Yeah, I was, yes.
16     Q.   And when were you on the Ad Hoc Committee?
17     A.   That was 2001. No, 2000 to 2001 or 2001 or
18 2002. And then I was By-Law Revising Ad Hoc Committee
19 with Professor Young in 1996. Wait, 1996 to '97.
20     Q.   You don't recall being put on the Ad Hoc
21 Committee in 2003.
22     A.   Oh, 2003. Two thousand -- oh, there was
23 2003, no, I don't remember.
24     Q.   Okay. After you finished being on the AAC --
25     A.   Yes.

76

6/23/2005 Lee, Dae Sung

1  Q. -- in 1996, you became a member of the
2  Executive Committee because you were picked to be the
3  Tournament Committee Chair?
4  A. Yes, in '97.
5  Q. So the Tournament Committee Chair was
6  automatically a member of the Executive Board?
7  A. Yes.
8  Q. And you were selected to the Tournament
9  Committee Chair position by Mr. Sang Lee?
10 A. Yes.
11 Q. And when did you become the Junior Olympics
12 Committee chair?
13 A. Two thousand. Two thousand one, I'm sorry.
14 The -- the quadrum is 1996 to 2000. So 2001.
15 Q. Two thousand one.
16 A. Yes.
17 Q. And at that point, you stopped being the
18 Tournament Committee Chair?
19 A. Yes.
20 Q. And you were picked to be the Junior Olympics
21 Committee chair by Sang Lee?
22 A. Appointed by Sang Lee.
23 Q. He appointed you and he selected you.
24 A. Yes.
25 Q. And as the Junior Olympics Committee chair,

77

6/23/2005 Lee, Dae Sung

1  until my Olympic duty was done in 1992. Then she moved
2  to Colorado Springs in September, 1992.
3  Q. And she lived in Colorado with you from
4  September '92 to March '93?
5  A. Yes.
6  Q. And in March '93, you moved back to Hawaii.
7  A. Yes.
8  Q. And when did you open your taekwondo school?
9  A. U.S. Taekwondo Center?
10 Q. Okay, yes.
11 A. My taekwondo school? Nineteen ninety-three,
12 July, beginning of the July.
13 Q. Why did you call your school United States
14 Taekwondo Center?
15 A. It was the name that use -- many instructor
16 used. And then also Mr. Sang Lee, he's the founder of
17 U.S. Taekwondo Center, and then so I asked him if I can
18 use his name U.S. Taekwondo Center as a my taekwondo
19 school and he grant it.
20 Q. Okay. At that time were there a number of
21 U.S. Taekwondo Centers?
22 A. I think that time at least 22 to 23, I
23 believe.
24 Q. So there were 22 to 23 U.S. Taekwondo Center
25 schools around the United States?

79

6/23/2005 Lee, Dae Sung

1  you were again on the Executive Board.
2  A. Yes.
3  Q. And again, anyone who's on the Executive
4  Board is also on the Board of Governors.
5  A. Yes.
6  Q. Okay. Let's go back to 1993. In 1993, you
7  stopped being a coach at the Olympic Training Center in
8  March?
9  A. Yes. I think I -- yes, 1993, March.
10 Q. And you moved back to Hawaii?
11 A. Yes.
12 Q. And just to fit in, when did you get married
13 so I have some idea of connections here?
14 A. Nineteen ninety-two.
15 Q. Okay. And was your wife from Hawaii?
16 A. She's from Korea.
17 Q. Okay. And you met her in Korea?
18 A. Yes.
19 Q. Okay. And she's been living in the United
20 States since '92?
21 A. Yes.
22 Q. Okay. Did she live with you originally in
23 Colorado Springs?
24 A. No. She -- we got married on January, and
25 then she was living with my parents for nine months

78

6/23/2005 Lee, Dae Sung

1  A. Yes. I think little over 20. I don't want
2  to just put the numbers for this.
3  Q. Around 20.
4  A. Yes.
5  Q. Or more.
6  A. Yes.
7  Q. And all of those were with Mr. Sang Lee's
8  permission?
9  A. Yes.
10 Q. He started this name?
11 A. Yes.
12 Q. And besides using the same name, what other
13 connection did these schools have?
14 A. Oh, we just only using the same name. No
15 connection at all.
16 Q. Did Mr. Sang Lee give you any information to
17 help you start your school?
18 A. No.
19 Q. Okay. Do you know what a trademark is?
20 A. Yes.
21 Q. Did he register U.S. Taekwondo Center as a
22 trademark?
23 A. I believe so, but I'm not too sure.
24 Q. Okay. Were they affiliated, these schools,
25 or connected?

80

6/23/2005 Lee, Dae Sung

1  A. No. It's -- my understanding is that it --
2  just we only, you could say, use his -- the school's
3  name. And then most of all the U.S. Taekwondo Center
4  who use the name just ask President Sang Lee, I mean
5  Mr. Lee that if we can use his name. If he grant it,
6  then we allowed to use his name.
7  Q. Okay.
8  A. But there's no affiliate, no --
9  Q. Why did you want to have the same name as his
10 school?
11 A. It was very unique. Used to -- you know,
12 pre-nineties and, you know, yeah, eighties, if you look
13 there's like Chung's Taekwondo or like, you know, their
14 names and taekwondo or Taekwondo Academy or things like
15 that. But name of center was very unique and, you
16 know, I found that that was proper so.
17 Q. Did you think it would have some value that
18 people who saw the name would know another U.S.
19 Taekwondo Center and --
20 A. No, no, I don't think of that.
21 Q. Okay.
22 A. I think -- just think that as a good name.
23 Q. Did it have a logo?
24 A. Yes, we call hank.
25 Q. H-A-N-K?

81

6/23/2005 Lee, Dae Sung

1  A. Yes.
2  Q. And that's a term that means a identifying
3  mark?
4  A. Yes.
5  Q. Is that a Korean term --
6  A. No.
7  Q. -- no?
8  A. You could ask Mr. --
9  Q. Oh.
10 A. -- Mr. Lee about that.
11 Q. His logo is called the hank.
12 A. Yes.
13 Q. That's the name of his particular logo.
14 A. Well, that's the common word that we use,
15 taekwondo hank.
16 Q. And is it a flag of some kind? I've
17 forgotten what it looks.
18 A. It's a sidekick.
19 Q. Oh.
20 A. Like a flying sidekick, but it's not actual
21 person. It's like a dynamic drawing so that people can
22 see there was kicking.
23 Q. Okay. So it's an artistic depiction of a
24 flying sidekick.
25 A. Yes.

82

6/23/2005 Lee, Dae Sung

1  Q. All right. And red, white and blue colors?
2  I don't remember.
3  A. Just -- just -- just -- just outline is --
4  Q. Oh.
5  A. -- black.
6  Q. Okay. Just black and white.
7  A. Yes.
8  Q. Okay. All right. Was anyone involved in
9  helping you start your school in July of '93?
10 A. Tim Connelly. He was my partner.
11 Q. And did you form an entity called United
12 States Taekwondo Centers Inc.?
13 A. Yes, when I came to Hawaii.
14 Q. Okay. You hired a lawyer to do that?
15 A. An accountant, yes.
16 Q. Okay. Is it a relative of yours?
17 A. Excuse me?
18 Q. Was the accountant a relative of yours?
19 A. He -- he's not -- no longer with me.
20 Q. Okay. It was not one of your relatives.
21 A. No.
22 Q. Okay. I just know your tax preparers are
23 your relatives, right?
24 A. Tax preparer?
25 Q. The people who do your taxes are related to

83

6/23/2005 Lee, Dae Sung

1  you.
2  A. No.
3  Q. Oh.
4  A. It's my accountants.
5  Q. Okay. I thought they were your --
6        MR. JONES: He's asking about whether
7  your current --
8        THE WITNESS: Correct.
9        MR. JONES: -- tax preparers are
10 relatives.
11       THE WITNESS: Yes.
12 Q. Okay. That's -- but this is an accountant
13 who was not a relative.
14 A. No.
15 Q. Okay. And did you and Mr. Connelly each own
16 half of the center?
17 A. I own 51 and he own 49. Well, that time I
18 don't know anything about corporation, but our
19 accountant say, you know, that's how the share divided.
20 Q. Okay. And Mr. Connelly was a taekwondo
21 competitor?
22 A. He was my athlete and he was, I think, three
23 times national light weight champion, and he was also
24 resident program at OTC. Practically he was with me
25 from the beginning to 1993.

84

6/23/2005 Lee, Dae Sung

1  Q. And so was he retiring as an athlete in 1983?
2  A. 1992 he retired.
3  Q. Did he go to the Olympics in '92?
4  A. No.
5  Q. Did he go to the Olympics in '88?
6  A. No.
7  Q. Okay. So Mr. Connelly never went to the
8  Olympics.
9  A. No.
10 Q. Okay. But he was an athlete who three times
11 won the U.S. national championship in the light weight
12 division.
13 A. Yes, national team member. That means he
14 doesn't necessarily that he won the national title,
15 national championship, but he qualified to go to trial
16 and so.
17 Q. So he was a team member means in the old days
18 it meant he had to win the championship, but when they
19 changed the rules he might have just won the team
20 trials.
21 A. Yes.
22 Q. Okay.
23 A. In order to go to national champion.
24 Q. And he had trained with you at the OTC for a
25 number of years.

85

6/23/2005 Lee, Dae Sung

1  A. From '88, yes.
2  Q. From '88 to '93.
3  A. Yes.
4  Q. And what were your -- well, how did you start
5  the business, where did the money come from to start
6  the business?
7  A. The originate, it came from my family and I
8  had a personal loan from my friends in Hawaii.
9  Q. And has the U.S. Taekwondo Center that you
10 run always been in that same shopping center?
11 A. Yes.
12 Q. Has it always been the same location in that
13 shopping center?
14 A. Yes.
15 Q. Has it always been the same size?
16 A. Yes.
17 Q. When you -- I guess you negotiated a lease
18 with the shopping center?
19 A. Yes.
20 Q. And do you remember how long the first lease
21 was for?
22 A. Five years and option.
23 Q. Five years and an option to continue beyond?
24 A. Yes.
25 Q. For how many years?

86

6/23/2005 Lee, Dae Sung

1  A. Well, five -- we signed a contract for five
2  years and five years option.
3  Q. So that took you through July of 2003.
4  A. Yes.
5  Q. And prior to July, 2003, did you sign another
6  lease or stay under the old lease?
7  A. Yes, stay in the old lease.
8  Q. And how long is your lease for now?
9  A. Probably five more years. Two thousand, so
10 2007.
11 Q. To 2008?
12 A. Eight, yes.
13 Q. And same lease terms?
14 A. Yes.
15 Q. And does it go up automatically, the rent,
16 every year?
17 A. Before was when I first signed up and the
18 rent goes up by percentage of, you know, but --
19 Q. Consumer price index or something like that?
20 A. I don't know. They quote it. I'm not --
21 that wasn't my part. That was all Mr. Connelly's
22 part. See, we have a different part when it comes to
23 running the business. I was more concentrating on
24 teaching and he was more like a program director. So
25 he's the one that who signed all the -- well, I signed

87

6/23/2005 Lee, Dae Sung

1  with him and the lease and so on, but he's the one that
2  who knows.
3         And -- but we had a economic impact and we
4  couldn't pay that -- the amount of what Aina Hina
5  Shopping Center was asking. So we talked to the
6  landlord and then landlord was very kindly enough to
7  negotiate our -- our rent.
8  Q. Okay. So if you know --
9  A. Yes.
10 Q. -- you started with a certain amount of rent
11 in '93. Do you remember what that amount was?
12 A. I'm not too sure.
13 Q. Okay. But do you think that the contract
14 said that every year it would go up a little bit?
15 A. Yes. And I think ninety -- '95 right before
16 Mr. Connelly left, I think we set the price. I mean
17 like, you know, we agreed to pay just the set rent.
18 Q. Okay. So by 1995, you had financial
19 difficulty paying the full rent if it kept going up?
20 A. Yes.
21 Q. And you agreed to a set rent for '95 and
22 forward.
23 A. Yes. And then -- then -- then -- then I
24 think that we did that for couple years and then
25 supposed to be go up, but same thing again. So we talk

88

6/23/2005 Lee, Dae Sung

1  to them and then stayed the same rent.
2  Q. So are you still paying the same rent now
3  that you were paying in '95?
4  A. Ninety-five was little higher and then --
5  yes, about the same.
6  Q. So '96 was reduced from '95.
7  A. Ninety-five? No, '95 -- oh, gosh, I don't
8  know, but we went to see our landlord like three times
9  so that we can have adjust our rent.
10 Q. Okay. But your understanding is that
11 sometime around '95, '96, you agreed to not have
12 anymore increases and you've been paying the same
13 rent --
14 A. Yes.
15 Q. -- since you were paying in that '95, '96
16 time frame.
17 A. Yes, yes.
18 Q. With no increases.
19 A. No.
20 Q. And when the lease ended close to July
21 2003 --
22 A. Uh-huh.
23 Q. -- the first five years and that option --
24 A. Yes.
25 Q. -- you then met with the landlord again?

89

6/23/2005 Lee, Dae Sung

1  A. No, we didn't. We just verbally, yes.
2  Q. Just verbally said we'll do another five
3  years, can we keep it the same rent we've been
4  paying --
5  A. Yes.
6  Q. -- and they said okay.
7  A. Yes.
8  Q. All right. So Mr. Connelly was with you from
9  '93 to '95?
10 A. I'm not too sure, '95 or '96.
11 Q. Okay. Was he from Hawaii?
12 A. No, he from -- I don't know where his home
13 from. But he -- right now he lives in L.A.
14 Q. Okay. Is he a stuntman?
15 A. Yes.
16 Q. Okay. Let's talk about these people that you
17 spent a lot of time with during the -- during your
18 competing days and your coaching days.
19 A. Yes.
20 Q. So Tim Connelly you met when you were a coach
21 and he was a competitor.
22 A. Yes, athlete, yes.
23 Q. And maybe at the very end of your competing
24 time but from early '88 to '93, you were coaching
25 him.

90

6/23/2005 Lee, Dae Sung

1  A. From actually '88, yes.
2  Q. So you might have still been an athlete
3  competitor for a short time when he came.
4  A. Yes.
5  Q. But shortly thereafter, you became just
6  focusing on coaching and he was one of your
7  athletes.
8  A. Yes.
9  Q. And you were good friends?
10 A. Yes.
11 Q. And he actually picked up and moved to Hawaii
12 to start a business with you.
13 A. Yes.
14 Q. Mr. Sang Lee was your coach starting in '79?
15 A. Yes.
16 Q. And were you close friends?
17 A. We don't say friend. He's my senior so. And
18 then, well, the meaning of friend in United States I
19 find out I guess you can be a friend too.
20 Q. Okay. I didn't mean to make it less than it
21 is. But you were Mr. Connelly's senior.
22 A. Yes. Well, we are friend.
23 Q. Okay.
24 A. So that's why it's because I'm older than
25 him.

91

6/23/2005 Lee, Dae Sung

1  Q. Right.
2  A. So -- and so I don't -- Mr. Sang -- Mr. Sang
3  Lee is older than me, so I don't want to, you know,
4  offending him by saying he's my friend. But --
5  Q. Okay.
6  A. -- for me, yes, because --
7  Q. And did you --
8  A. But I don't think -- I'm sorry.
9  Q. No, go ahead.
10 A. I don't think Mr. Sang Lee will say to me
11 he's my friend.
12 Q. What would he say to me if I asked him?
13 A. I don't know.
14 Q. Okay, all right. But you hold him in great
15 respect.
16 A. Yes.
17 Q. And you spend time with him outside of
18 taekwondo coaching over the years.
19 A. Meetings.
20 Q. But you met his family.
21 A. Yes.
22 Q. You know his family.
23 A. Yes.
24 Q. And you've spent time with him and his family
25 outside of meetings and coaching.

92

6/23/2005 Lee, Dae Sung

```
 1    A.   Yes.
 2    Q.   Okay.  That's what we call friends, but I
 3  don't want to -- and Mr. Moreno, he started out as a
 4  17-year-old kid who had a lucky day and beat you once.
 5    A.   No, he -- it wasn't lucky day.  He did beat
 6  me, yes.
 7    Q.   And then you waited a year --
 8    A.   Scout him, yes.
 9    Q.   Huh?
10    A.   I scout -- scout him.
11    Q.   You scouted him.
12    A.   Yeah, I talk to the parents because he has a
13  potential.
14    Q.   And you offered to help coach him.
15    A.   Yes.
16    Q.   And he became your student.
17    A.   Athlete.
18    Q.   Your athlete.  And you coached him for --
19  from 1988 in November?
20    A.   Oh, no, not '88, ninety -- eighty-nine about
21  November, not '88.
22    Q.   Okay.  In '88 after you beat him --
23    A.   No, '89, sir.
24    Q.   Oh, I'm sorry, I -- I -- you're right.  I
25  lost my dates.  In '89 after you beat him and you
```
                                                          93

6/23/2005 Lee, Dae Sung

```
 1  resigned and let him fight for the world -- right to go
 2  to the world championships, you then offered to his
 3  parents that you would coach him.
 4    A.   Yes.
 5    Q.   And around November, he decided to come to
 6  the Olympic Training Center.
 7    A.   Either -- either I -- I would like to say
 8  either late '89 or early '90.
 9    Q.   Okay.  And did he become your friend?
10    A.   Yes.
11    Q.   But he was much younger than you.
12    A.   Yes.
13    Q.   Twelve years.
14    A.   Yes.
15    Q.   Thirteen.  Now you heard him tell about --
16  you were -- I don't want to interrupt.  Were you
17  thinking about something else you want to say?
18    A.   Well, I have a -- a -- I have a maybe the
19  definition of friends.  He and I, we are very close
20  like a brother.  In United States, brother can be a
21  friend and be a brotherhood.
22    Q.   Okay.
23    A.   Juan and -- Juan and I, we have a very, very
24  special relationship.  It's like more than a brother
25  and it's more than a friend.
```
                                                          94

6/23/2005 Lee, Dae Sung

```
 1    Q.   Okay.
 2    A.   And including Tim Connelly, Sammy Pejo, Han
 3  Won Lee, and there are few others like Jay Warwick.
 4    Q.   So what you're saying is all these people you
 5  just named --
 6    A.   Yes.
 7    Q.   -- Juan Moreno, Han Won Lee, Sammy Pejo, Jay
 8  Warwick were very close friends to the point that you'd
 9  call them like brothers.
10    A.   Yes.  There's a couple more, yes.
11    Q.   Okay.  John Holloway in that group?
12    A.   Yes, John Holloway, Herbert Perez.
13    Q.   Herb Perez.  When you got married in 1992 --
14    A.   Yes.
15    Q.   -- where was the wedding?
16    A.   In Hawaii.
17    Q.   And of those people you've mentioned, were
18  they all there?
19    A.   Yes.  Herbert was my, what -- what do you
20  call that, he was my --
21    Q.   Best man?
22    A.   Not best man, but part of my groom, bride
23  or --
24    Q.   Bridal party?
25    A.   Yes.
```
                                                          95

6/23/2005 Lee, Dae Sung

```
 1    Q.   He was a groomsman --
 2    A.   Yes.
 3    Q.   -- as we would call it?
 4    A.   Yes.
 5    Q.   Okay.  How many did you have on your side?
 6    A.   Three.
 7    Q.   A best man and two others?
 8    A.   Yes.
 9    Q.   Okay.  And were any of these other gentlemen
10  also in your wedding party?
11    A.   No.
12    Q.   Okay.  Are you still good friends with Herb
13  Perez?
14    A.   Yes.
15    Q.   And when I say good friends, like a brother?
16    A.   Well, we still -- we still communicate, yes,
17  you know.
18    Q.   Okay.  Any falling out or problems with any
19  of those people you've mentioned?
20    A.   Nothing that I know.
21    Q.   Okay.  Let's go back to you started your
22  business in '93 and you got a lease from the Aina Hina
23  Shopping Center.
24    A.   Yes.
25    Q.   And then did you have to spend some money to
```
                                                          96

6/23/2005 Lee, Dae Sung

1  turn it into a dojang? First, is that what you would
2  call it, the school --
3  A. Yes.
4  Q. -- a dojang?
5  A. Dojang, yes.
6  Q. Not a dojo?
7  A. No.
8  Q. That's karate or --
9  A. Yes.
10 Q. -- something else?
11 A. Japanese term.
12 Q. Okay, Japanese term. So what did you have to
13 do to turn the -- I assume what you rented was a
14 rectangular space --
15 A. Yes.
16 Q. -- with a concrete floor?
17 A. Yes.
18 Q. And it had no -- nothing other than a door.
19 A. Yes.
20 Q. Okay. And then what did you have to do to
21 turn it into a --
22 A. I have to --
23 Q. -- a school?
24 A. First of all, I have to remove two foundation
25 pole inside. And we had to build office, shower,

97

6/23/2005 Lee, Dae Sung

1  bathroom, lockers, and workout area.
2  Q. Okay.
3  A. Yes.
4  Q. How many square foot total?
5  A. Three thousand square feet.
6  Q. Is the whole area --
7  A. Yes.
8  Q. -- that you rented. You don't happen to know
9  -- it's a -- it's a straight rectangle, yes?
10 A. Yeah, straight, I think.
11 Q. Thirty-by-a-hundred?
12 A. Thirty-by-hundred, yes.
13 Q. Okay. Just it's always nice when it works
14 out that way, nice easy numbers. And so how much of
15 the square footage is dedicated to the office and the
16 lockers and --
17 A. Our working area is 1,800 square feet.
18 Q. Okay. And the other 1,200 square feet are
19 the entryway and --
20 A. Yes.
21 Q. -- these facilities.
22 A. Yes.
23 Q. The office and the bathroom and the changing
24 rooms.
25 A. Yes.

98

6/23/2005 Lee, Dae Sung

1  Q. Locker rooms, okay. Thirty-by-sixty?
2  A. Yes.
3  Q. Okay. So the front 40 feet are --
4  A. Thirty feet.
5  Q. -- are built out. And did you do all that
6  before you opened?
7  A. Well, we have to -- when we talk to the --
8  our landlord to sign, they give us, I think, two months
9  or three months free rent. So we start building I
10 think May, beginning of the May, and didn't finish
11 until we open. So took about two-and-a-half months.
12 Q. When did you open?
13 A. I believe July, July, very first week of
14 July, right after Independence weekend. So July 6, the
15 6, yeah.
16 Q. Okay. So by July 6, 1993, you'd built the
17 bathrooms and the locker rooms and the office.
18 A. Yes.
19 Q. Any changes in the physical space since 1993?
20 A. We change the mat twice, mat, mat, floor
21 mats.
22 Q. When you started, did you have a floor mat?
23 A. No.
24 Q. It was just on a create concrete floor?
25 A. Concrete. So we put the mat, but when year

99

6/23/2005 Lee, Dae Sung

1  past by you have to change the floor mats because of
2  the, you know, safety.
3  Q. Okay.
4  A. So we did twice other than --
5  Q. So when you started, did you have any mat at
6  all?
7  A. When I started we had the mat, we place, yes.
8  Q. Okay. So in July '93, you'd installed some
9  sort of mat.
10 A. Mat, yes.
11 Q. And then two more times you've had to change
12 that mat.
13 A. Yes.
14 Q. Because it got too worn?
15 A. Yes.
16 Q. Other than that, other than putting down the
17 mat and changing the mat twice, any other changes in
18 the physical space?
19 A. Doors, window. Because we have a jalousie
20 window. The jalousie window. I don't know if that's
21 the term, but that's what they call jalousie window.
22 So window and --
23 Q. A jalousie window. Does that mean half the
24 door is --
25 A. You know like --

100

6/23/2005 Lee, Dae Sung

```
1    Q.   -- window?
2    A.   -- you know -- you know how the window goes
3  like this?
4    Q.   Okay.
5    A.   And you can open.
6         MR. JONES:  Louvers.
7    Q.   I got it, okay.  I don't know why it's called
8  a jalousie window.
9    A.   I don't know.  That's --
10   Q.   I got to look that one up.
11   A.   No, that's what --
12   Q.   Okay.  No, no, I'm sure it is.
13   A.   -- the construction --
14   Q.   Okay.
15   A.   -- name probably.  And then couple time our
16 door.
17   Q.   So you had to fix things that broke.  Is that
18 what you're talking about, basically?
19   A.   Yes.
20   Q.   Replacing windows, replacing a door.  Did you
21 remove the jalousie window and put a different kind of
22 window?
23   A.   No, no, no.
24   Q.   No.  Just had to fix it.
25   A.   Yes.
```

101

6/23/2005 Lee, Dae Sung

```
1    Q.   Yeah, those cranks always get broken and you
2  have to fix it.
3    A.   Matter of fact, we -- if I recall it, we had
4  a two accident that the people drive through our
5  dojang.  So they have to fix that too.
6         MR. JONES:  Drove their car through the
7  front -- front window.
8    Q.   Recently?
9    A.   Oh, yeah.  Well, about -- the first one was
10 like 1997 and the second one was like, I think, 2000 or
11 I -- I'm not too sure, but it was recently.  That was
12 -- it was 89 old man.  He reversed it.
13   Q.   Okay.  We know who did it each time.  They
14 didn't do it and run away.
15   A.   Oh, no.
16   Q.   Okay.  And it was just an accident.
17   A.   Yes.
18   Q.   No one was trying to --
19   A.   No, no.
20   Q.   No jealous wife or --
21        THE VIDEOGRAPHER:  May we do a tape
22 change?
23        MR. LEVINSTEIN:  Sure.  All right.  Take
24 a break.
25        THE VIDEOGRAPHER:  The time is 11:05
```

102

6/23/2005 Lee, Dae Sung

```
1  a.m. and this is the end of tape number one.  We are
2  off the record.
3         (A recess was taken.)
4         THE VIDEOGRAPHER:  The time is now 11:13
5  a.m.  We are back on the record.  This is the start of
6  tape number two.
7    Q.   (Continued by Mr. Levinstein.)  In 1993
8  when you and Tim Connelly relocated to Hawaii to start
9  the U.S. Taekwondo Center, did you look at other
10 locations before you decided on the Aina Hina Shopping
11 Center?
12   A.   Yes.  We were -- we are traveling together
13 for like over a month to look at the space.
14 Practically we went to almost every cities like Kailua,
15 Pearl City, Aiea, Honolulu, you know, something
16 reasonable space.  That space was found by my friend
17 that somebody told me that there's a space available in
18 Aina Hina Shopping Center.  So I went and then we get
19 in touch with our landlord.
20   Q.   Okay.  All those other cities you mentioned,
21 are they all on Oahu?
22   A.   Yes.
23   Q.   And why did you pick Aina Hina Shopping
24 Center?
25   A.   That's the -- that's the only big space for
```

103

6/23/2005 Lee, Dae Sung

```
1  the dojang business.  And then it was a perfect
2  location because martial art business we look at
3  five-mile radius, the population and income, and the
4  ratio of the, you know, age groups such as for the
5  business was and actually find the perfect place.
6    Q.   The only place you found that had a
7  3,000-square-foot space for you?
8    A.   No, we didn't find any space that are
9  available in -- in Honolulu.
10   Q.   Okay.  The only one you found that was
11 available was in the Aina Hina Shopping Center.
12   A.   Yes.
13   Q.   And how did you know about looking at
14 five-mile radiuses?
15   A.   Because I used -- I used to live here.
16   Q.   But you just said when you're starting a
17 small business, the taekwondo center --
18   A.   Yes.
19   Q.   -- you look at the demographics of a
20 five-mile radius.
21   A.   Yes.
22   Q.   How did you know that that's what one should
23 do in starting a taekwondo school?
24   A.   That we -- well, I went to a couple seminar
25 and also the expert of dojang business that that's what
```

104

6/23/2005 Lee, Dae Sung

```
 1   the market that we look for five-miles radius.
 2       Q.   Okay.  Tell me about the seminars you went
 3   to.  These were seminars for people who wanted to run a
 4   martial arts school?
 5       A.   Yes.  That was either ninety -- '98 or, oh,
 6   I'm sorry, not '98.  Either 1989 or '90, I was visiting
 7   my friend in Virginia and then he was participating
 8   this seminar that was introduced.  So myself and him
 9   and about four other masters who dojang business was
10   very success, that's the seminar that I attend.  I
11   attend -- because I was there for like two weeks.
12           So every week they attend for like eight-hour
13   seminar.  I mean not eight hour, like four- to
14   five-hour seminar that it goes over how to build their
15   own dojang business.  That's the couple seminar that I
16   got invite -- invited.
17       Q.   Okay.
18       A.   And then I participate.
19       Q.   Who was your friend?
20       A.   Mr. Kim.
21       Q.   And he lived in Virginia.
22       A.   Yes.
23       Q.   And you were visiting him for two weeks?
24       A.   Yes.
25       Q.   In order to attend the seminar?
```

105

6/23/2005 Lee, Dae Sung

```
 1       A.   No, no, no, just -- just to participate.  His
 2   -- you know, he invited me to come down his school --
 3       Q.   Okay.
 4       A.   -- to see how he runs the business because I
 5   was planning that I was going to open dojang.  It
 6   wasn't just that '92 that I decide.  I was planning
 7   to.  So I -- I visited, you know, some school that are
 8   doing very successful.
 9       Q.   Okay.  So in '89 and '90, you were visiting
10   and attended a seminar.  Who gave the seminar?
11       A.   I forgot the -- the group's name.  My gosh,
12   it -- it was in the Baltimore.  So we drove there.
13   Gosh, it's one -- like a education funding, EFC.  It's
14   very similar groups that they first organize.  I'm not
15   too sure about the names, sir.
16       Q.   There were a bunch of different groups that
17   had these kinds of seminars?
18       A.   No, just the -- just the one company that who
19   start that -- the -- the seminar.
20       Q.   Okay.  So there's one company that had
21   seminars for martial arts school owners.
22       A.   Yes.
23       Q.   And did you get a notebook of materials at
24   this seminar?
25       A.   No, because I was only guest.
```

106

6/23/2005 Lee, Dae Sung

```
 1       Q.   Mr. Kim was attending?
 2       A.   Yes.
 3       Q.   And he let you come with him?
 4       A.   Yes.
 5       Q.   And only he paid for the seminar and got the
 6   notebook?
 7       A.   Well, the seminar was starting from before.
 8   So I think they have some period like, I don't know, 12
 9   class or 12 session.  And then that's when I went and
10   then, you know, I got some ideas and what they are
11   discussion and it was talking about the dojang
12   business.
13       Q.   Okay.  And besides these seminars, did
14   you meet with other people who ran martial arts
15   schools?
16       A.   During when I was giving like a coaching
17   seminar if some school they invite, California, Ernie
18   Ray, Junior, that they call West Taekwondo -- West -- I
19   think that's said West -- what they call, West
20   something.  Anyway, so I give them couple seminar, so
21   yes.  And then if they invite me to give them a
22   seminar, then I usually check out their school and I
23   pick up their informations for my future usage.
24       Q.   Okay.  Coaching seminars, this is part of the
25   USTU?
```

107

6/23/2005 Lee, Dae Sung

```
 1       A.   Coaching seminar?  No.
 2       Q.   Okay.  You were giving coaching seminars.
 3   How did that happen?  They would call you and say would
 4   you come to our school and --
 5       A.   Yes.
 6       Q.   -- and talk to students or coaches?
 7       A.   Students.
 8       Q.   So you'd be like a guest coach at their
 9   school?
10       A.   Yes.
11       Q.   And you would come for one day?
12       A.   Sometime one day or two days, yes.
13       Q.   And teach some taekwondo.
14       A.   Olympic style sparring.
15       Q.   In your experience, is there a lot of
16   taekwondo schools that know a lot about poomse or forms
17   and breaking boards and don't know very much about
18   Olympic sparring?
19       A.   I think most all the taekwondo school doing
20   the sparring too.
21       Q.   They're doing sparring, but --
22       A.   Yes.
23       Q.   -- do some of them not know very much
24   about how to coach?
25       A.   If you are -- if you are involved in WTF,
```

108