6/23/2005 Lee, Dae Sung

1 then everybody do Olympic style sparring. If you are
2 involved in ITF, that's a little different style.
3    Q.   So there's an organization called the --
4    A.   WTF.
5    Q.   -- International Taekwondo Federation.
6    A.   Yes.
7    Q.   That's not involved with the Olympics.
8    A.   No.
9    Q.   That doesn't emphasize Olympic style
10 sparring.
11   A.   That I -- that's what I understand.
12   Q.   Okay. And some schools are affiliated with
13 the ITF in some way?
14   A.   Yes.
15   Q.   Is the I -- well, schools don't become
16 members of the WTF, do they?
17   A.   No, no, no, you have to be member of USTU.
18 USTU registered member is W -- you can say they follow
19 rule and regulation of WTF.
20   Q.   The members of the WTF are the national
21 governing bodies from the various countries.
22   A.   Yes.
23   Q.   But if you're a member of the USTU, you're
24 under the WTF umbrella.
25   A.   Yes.

109

6/23/2005 Lee, Dae Sung

1    Q.   But the ITF is a little different. You
2 actually -- individual schools join the ITF.
3    A.   Yes.
4    Q.   And the USTU is not a member of the ITF.
5    A.   No.
6    Q.   Okay. So before you opened your school, you
7 went around to how many different schools, do you
8 think, in order to plan your business?
9    A.   I don't recall. I don't --
10   Q.   Ten?
11   A.   Oh, I don't know.
12   Q.   Five, 20, many?
13   A.   I mean, you know, from during five years, you
14 know, during those five years of coaching that --
15 particular is -- that's -- that's -- let me give for
16 example. If I go to the national championship and if I
17 have time, then I visit taekwondo school or karate
18 school or martial arts school. I would get their
19 information and look at the structure of dojang because
20 I know that some day I have to open taekwondo school.
21 So you could say, you know, from -- from '89 to, you
22 know, '92, you know, I was very involved in and
23 researching of a martial arts school.
24   Q.   Did you spend a lot of time at Sang Lee's
25 school?

110

6/23/2005 Lee, Dae Sung

1    A.   Sang Lee's school. Well, we used to practice
2 over there --
3    Q.   Okay.
4    A.   -- every day so -- because we didn't had a
5 space like now. Therefore, we went to Mr. Sang Lee's
6 school and we train.
7    Q.   So the Olympic Training Center athletes lived
8 in the Olympic Training Center and trained in Sang
9 Lee's school?
10   A.   Yes.
11   Q.   There wasn't a area at the Olympic Training
12 Center to train?
13   A.   To provide -- that time they couldn't find a
14 space that is available. So we asked them and they
15 said it was okay. So then we went to Master Sang Lee's
16 school.
17   Q.   So you were very familiar with his school and
18 how he ran it?
19   A.   Yes.
20   Q.   Did you help coach at his school?
21   A.   No.
22   Q.   But you saw all the marketing materials and
23 how he ran his school.
24   A.   Yes.
25   Q.   And how big was his school, same 3,000 square

111

6/23/2005 Lee, Dae Sung

1 feet?
2    A.   That was one building. So about, I don't
3 know, about 6,000. So including 6,000 floor and then
4 upstair, maybe 12,000 square feet, yes.
5    Q.   Okay.
6    A.   The one whole building itself is taekwondo
7 school.
8    Q.   And you think the bottom floor is -- is the
9 bottom floor all competitive space?
10   A.   No, bottom floor has a office, locker room,
11 and two bath, I mean bathroom, and then also the weight
12 -- the weight room. That was how they build. And
13 then second floor was a workout room.
14   Q.   Okay. So how much just space like you have,
15 space for people to work out and compete? Not the
16 weight area.
17   A.   Uh-huh.
18   Q.   How big was his facility as far as --
19   A.   Just workout area?
20   Q.   -- the square feet, yes?
21   A.   About 5,000.
22   Q.   Okay.
23   A.   It was big.
24   Q.   And it had a whole weight training area.
25   A.   In downstairs.

112

6/23/2005 Lee, Dae Sung

1  Q. And was that part of the classes or separate
2  from class, you could go and work out in the weight
3  training room?
4  A. I don't -- I don't know.
5  Q. Okay. But just free weights or also --
6  A. The -- the machine, machine.
7  Q. Oh, machines.
8  A. Yes, yeah. There's --
9  Q. And free weights too?
10 A. No, I don't think --
11 Q. Oh.
12 A. -- they had a free weight that time.
13 Q. Was it Nautilus equipment back then or you
14 don't remember?
15 A. I don't remember.
16 Q. Okay. But they had a bunch of --
17 A. Yes, weight training, yes.
18 Q. -- weight training machines.
19 A. Yes.
20 Q. All right. So you'd -- was it at the seminar
21 that you learned about this five-mile radius and the
22 demographics?
23 A. That too and -- and many successful dojang
24 such as -- can I give one name?
25 Q. Sure.

113

6/23/2005 Lee, Dae Sung

1  A. His name is Master -- Mr. Sung Yi Chong.
2  He's from Buffalo, New York. I think he has like four
3  school right now and he's at -- you know, however, he's
4  very successful in dojang business and he was a
5  Tournament Committee chair from I think, I believe,
6  1992 to 1996 when I was Tournament Committee member,
7  and he was vice president of USTU. He always -- he --
8  he's one of the, you know, person that he talk about
9  that where it is and business location. And then he
10 always either go to upper, middle class or high class,
11 the -- the demographic area, you know.
12 Q. Since that time, have you attended any other
13 seminars or received any materials about -- from people
14 who are writing books or giving seminars --
15 A. Oh, yes --
16 Q. -- about how to run a school?
17 A. -- I did. Beginning of the year, I went to
18 Y.K. Kim. Y.K. Kim.
19 Q. Not Waikiki.
20 A. No, Y.K. Kim.
21 Q. Y.K. Kim.
22 A. Yeah.
23 Q. Okay.
24 A. Attended -- attended his seminar and then I
25 still receiving from them for business magazine.

114

6/23/2005 Lee, Dae Sung

1  Q. Is there a taekwondo business magazine?
2  A. Martial art business.
3  Q. Oh, martial arts business magazine.
4  A. And then also I attend Maya Taekwondo
5  Business last five years.
6  Q. Okay. Before we go on, the seminar that
7  Mr. Kim had and since then you've gotten the martial
8  arts business magazine, that was where?
9  A. It was in Florida, I believe, yes. I can't
10 think what year it was.
11 Q. Oh, it wasn't the beginning of this year.
12 A. Huh, this year? No, no, no, not this -- it's
13 -- that was before, way before.
14 Q. In the beginning meaning around 1993?
15 A. Maybe '94, '95.
16 Q. Okay. And --
17 A. And then USC --
18 Q. -- four times you've gone to some Maya
19 Taekwondo business?
20 A. Yes.
21 Q. And -- and that's where?
22 A. In Las Vegas.
23 Q. Was Mr. Connelly involved with that at all?
24 A. No.
25 Q. He lived in -- did he live in Las Vegas at

115

6/23/2005 Lee, Dae Sung

1  some point?
2  A. No.
3  Q. Okay.
4  A. Not -- I don't know. Maybe.
5  Q. All right. So you would attend these annual
6  seminars to learn about running a school? Is that what
7  the Maya --
8  A. Yes.
9  Q. -- business was?
10 A. Yes.
11 Q. And martial arts operators from all around
12 the country would come to the seminar too.
13 A. Yes.
14 Q. And it was multiple days?
15 A. Like three days, from Thursday, Friday,
16 Saturday. And Sunday is -- I'm sorry, Friday,
17 Saturday, Sunday.
18 Q. Okay. And included in these seminars were
19 materials about --
20 A. Yes.
21 Q. -- the business?
22 A. I have that, yes.
23 Q. Okay. And they include analysis of how far
24 students travel to come to schools?
25 A. That particular seminar meeting has the least

116

6/23/2005 Lee, Dae Sung

1  of the seminar schedule and then the instructor. And
2  then so we don't actually -- because there's three
3  rooms and there's three different seminars going on.
4  So what we do is that we just look at the schedule and
5  we just highlight it and then we just participate what
6  -- what we needed for our school, yes.
7       Q.  So there'd be a lot of different topics.
8       A.  Yes.
9       Q.  Different people giving --
10      A.  Different seminar.
11      Q.  -- talks on different topics and you would
12  pick which ones were most valuable to you.
13      A.  Yes.
14      Q.  All right. And since you already have a
15  location, picking a location, isn't that important to
16  you, I guess?
17      A.  Yes.
18      Q.  But in the course of all these different
19  seminars and meetings and business materials, there's
20  been discussion on the fact that students aren't likely
21  to travel more than a certain distance to go to a
22  martial arts school?
23      A.  I'll be frank with you, in Hawaii, if you
24  live in Hawaii for six months, nobody wants to drive
25  after -- after their job is finish. They don't want to

117

6/23/2005 Lee, Dae Sung

1  drive more than five minutes. And that's -- it doesn't
2  matter mentally. But, you know, I have a student, they
3  traveling from Kailua later on that you can ask. I have
4  Kaneohe, I have people from -- before from was
5  Mililani, okay, and they are really rare. But -- but
6  that's how the Hawaii --
7       Q.  So I'm assuming those places you just
8  mentioned are a long way from Aina Hina?
9       A.  Well, if you -- if you -- if you living
10  United State, I mean you know, states --
11          MR. JONES: No, just -- just answer the
12  question, first question first.
13      Q.  You just named four places where there's a
14  student or two that comes from. Were you suggesting
15  those were pretty far away from Aina Hina?
16      A.  Yes.
17      Q.  Yeah, and those are very unusual. The rest
18  of your students are all from within five-minutes drive
19  of your school. Is that what you're saying?
20      A.  No, I didn't say, no.
21      Q.  Oh, okay.
22      A.  No, not five minutes, maybe -- maybe 20 to --
23  twenty minutes.
24      Q.  Okay. But within five miles?
25      A.  Yeah, within a five -- no, I don't know.

118

6/23/2005 Lee, Dae Sung

1  That's I don't know five-miles radius, you know, that
2  I'm trying to say. It's just about -- takes about 20
3  minutes, 25 minutes minimum from, you know, my school
4  to their home.
5       Q.  To these four people you mentioned.
6       A.  No, that's more than 30 minutes.
7       Q.  Okay.
8       A.  Thirty to 45 minutes.
9       Q.  In the analysis you got about the five-mile
10  radius --
11      A.  Yes.
12      Q.  -- did it include X percent of your students
13  are likely to be within one mile, a certain percent
14  within three miles, and 90 percent would be within five
15  miles, is that the kind of analysis you're talking
16  about?
17      A.  No. We just looking at the five-mile -- just
18  simple -- just look at the five-mile radius, the
19  population and then the gross income. That's the --
20  how you look.
21      Q.  Because that's where most of your students
22  would come from.
23      A.  It's not necessary, but that's what they ask
24  us to -- for demo -- demographic-wise.
25      Q.  Did you go to a company and buy something

119

6/23/2005 Lee, Dae Sung

1  that told you the demographics around Aina Hina
2  Shopping Center?
3       A.  No.
4       Q.  Did Aina Hina Shopping Center give you
5  something about that?
6       A.  No.
7       Q.  Okay. But it was the only place available
8  and you thought the five-mile area around it looked
9  pretty good.
10      A.  Yes.
11      Q.  Okay. Who's the landlord?
12      A.  I think -- I don't know who's the landlord.
13  I think it's Hine, belong to Hine. I'm not -- I don't
14  know the landlord, but I know the landlord manager.
15  His name is Mr. Jim Napier.
16      Q.  But you think Hines, H-I-N-E-S, is the --
17      A.  I don't want to say --
18      Q.  -- owner of the shopping center?
19      A.  I don't want to say because I think there
20  must be more than one people who owns the shopping
21  center.
22      Q.  Okay. And Mr. Jim Napier is the one you deal
23  with on lease issues.
24      A.  Yes.
25      Q.  Since you've moved into Aina Hina and been

120

6/23/2005 Lee, Dae Sung

1  operating there since '93 --
2     A.  Yes.
3     Q.  -- have you looked at any other locations to
4  move or add schools or do anything like that?
5     A.  Yes.
6     Q.  And where have you looked?
7     A.  Salt Lake.
8     Q.  Oh.
9     A.  Kapolei, Kailua and Wahiawa.  Wahiawa was the
10 least area.
11    Q.  Okay.  You named four places.  Salt Lake's in
12 Utah.
13    A.  No, Salt Lake --
14    Q.  Oh.
15    A.  -- in Honolulu.
16        MR. JONES:  We have our own.
17    Q.  That's -- okay, sorry.  All these are places
18 in Oahu.
19    A.  Yes.
20    Q.  I'm sorry.  I thought I had one I knew.
21        All right.  So these are four different
22 places in -- and when were you looking at these places?
23    A.  Not particularly look but, you know, just
24 the -- just the area that, you know, we want to open if
25 open second location.  And then -- well, time to time

121

6/23/2005 Lee, Dae Sung

1  we ask our -- the friend realtor if there's a spaces
2  available, and then, you know, well, they call me, then
3  I check it out.  If it's not good location, then I just
4  say no.  But I did it few times.
5     Q.  Okay.  When did you first start looking at a
6  second location?
7     A.  After about 1996, -7, that's the first we are
8  just checking out.
9     Q.  And when was the most recent time you looked
10 at a second location?
11    A.  Last year, you could say beginning of the
12 year.
13    Q.  The beginning of 2004?
14    A.  Yes.
15    Q.  And where was that?
16    A.  Salt Lake.
17    Q.  And what was it about the place, was it good,
18 was it bad?
19    A.  Wasn't good location.
20    Q.  Okay.  And why not?
21    A.  The space was very small, was like only 1,200
22 square feet, and there's no parking.
23    Q.  And the other places weren't very good either
24 that you looked at, the other three?
25    A.  No, that was the location, but I didn't had a

122

6/23/2005 Lee, Dae Sung

1  chance to look at the space because the space wasn't
2  available.
3     Q.  Okay.  Last year in the beginning of 2004 --
4     A.  Yes.
5     Q.  -- you looked at a place in Salt Lake and it
6  was too small.
7     A.  Yes.
8     Q.  Let's take Kailua.
9     A.  Yes.
10    Q.  When was that that you looked in Kailua?
11    A.  I didn't actually look.  And then that's the
12 city that if I want to open second location.
13    Q.  I see.
14    A.  Yes.
15    Q.  So when you were just talking about other
16 parts of Oahu that might have the good five-mile
17 demographics, you thought about Kailua?
18    A.  Yes.
19    Q.  Because it was upper, middle class?
20    A.  Yes.
21    Q.  And met those other requirements we were
22 talking about.
23    A.  Yes.
24    Q.  But you've never really looked at a space or
25 a particular shopping center in Kailua.

123

6/23/2005 Lee, Dae Sung

1     A.  I asked my friends, but I didn't particularly
2  physically visit there.
3     Q.  Okay.  And they haven't identified one that
4  you -- they thought was available and looked good.
5     A.  No.
6     Q.  And why -- what was the last -- fourth one?
7         MS. LURIA:  Kapolei.
8     A.  Kapolei.
9     Q.  Oh, okay.  I -- thanks.  When you can't spell
10 things, you can't write them down.  Kapolei.
11    A.  Uh-huh.
12    Q.  There were four, Salt Lake, Kailua,
13 Kapolei --
14    A.  And Wahiawa.
15    Q.  There was one that started with a Y, Wahiawa.
16    A.  Yes.
17    Q.  Sorry.
18        MS. LURIA:  It starts with a W.
19    Q.  No, no, I meant with a Y sound.  W-A-I
20 have, I'm sorry, like Wailea, but this one's in
21 Oahu.  Wahiawa, let's talk about Wahiawa.  Did you tell
22 your realtor look for somewhere in Wahiawa?
23    A.  That actually I went down and -- to see the
24 space.
25    Q.  And what was wrong that space?

124

6/23/2005 Lee, Dae Sung

1  A. Was nothing but demographic wasn't fitting.
2  The space -- and then they want to divide a space. It
3  was one like a restaurant, but they said that they want
4  to divide the space. The -- the location was good.
5  And then Wahiawa is military residents.
6  Q. And that wasn't very good for your
7  demographics?
8  A. Not -- not demographic, but was too far and
9  it takes from, you know, my place to get there is about
10 one hour.
11 Q. Okay. So it was too hard for you to have two
12 locations that far apart.
13 A. Yes, yes.
14 Q. And Kailua?
15 A. I'm sorry?
16 Q. No, Kapolei.
17 A. Kapolei is a new --
18 Q. Kapolei.
19 A. -- develops. Its been really developed past
20 five years, six years. So that was consideration, but
21 I didn't had a chance to look any spaces.
22 Q. Okay. And Mr. Hee who opened the school?
23 A. Mr. Cho.
24 Q. I'm sorry, Mr. Cho.
25 A. Cho, Hee, yeah, yes.

125

6/23/2005 Lee, Dae Sung

1  Q. Oh, the first name, Mr. Cho. Mr. Cho opened
2  a school. What's the neighborhood that he's in?
3  A. He's three miles away from my -- he's Hawaii
4  Kai, yes.
5  Q. Okay, Hawaii Kai. Did you look at all at
6  opening something there or that was too -- before he
7  did?
8  A. That was too close, yes.
9  Q. Too close.
10 A. Yes.
11 Q. That was still an area at the time. Was that
12 an area that you drew students from?
13 A. Yes.
14 Q. Is it still an area that some of your
15 students come from?
16 A. Most of them.
17 Q. Most of your students come from --
18 A. Not most, I don't want to say most. Lot, you
19 know, lots of students that come from that area.
20 Q. Okay. All right. Why did Mr. Connelly leave
21 in '95?
22 A. The USTU need event director, the job was
23 opening, and then he was, you know, he was interested
24 in job. So he moved to Colorado Spring, took the event
25 director job.

126

6/23/2005 Lee, Dae Sung

1  Q. Okay. Was he -- his only employment in
2  Hawaii with your center?
3  A. Yes.
4  Q. And did the USTU event director job pay more
5  than he was making running the school with you?
6  A. That, I don't know. I don't know how much he
7  was making in USTU event director.
8  Q. Okay. And how much was he making --
9  A. Here.
10 Q. Yeah, here in Hawaii.
11 A. I don't know. I have to go back. We have a
12 salary so.
13 Q. Oh.
14 A. It was a salary base, myself and then he was.
15 Q. But you each split the profits, I assume.
16 A. When it was -- if -- if it was a probable --
17 I mean, you know, if you made money, yes, we split.
18 But as you know the business, first three years, you
19 know, if you break even you'll be fine so.
20 Q. Okay. Were there other taekwondo schools in
21 the area when you opened yours?
22 A. No.
23 Q. Were there other taekwondo schools on Oahu?
24 A. When I opened?
25 Q. Yes.

127

6/23/2005 Lee, Dae Sung

1  A. Yes, there's a -- there was a -- there were
2  three taekwondo school. Actually, four, I'm sorry.
3  Q. And --
4  A. Now there is six.
5  Q. Okay. There were four not counting you.
6  A. No, not counting me.
7  Q. Okay. And where were they?
8  A. Mr. -- you want the name of the school or
9  just --
10 Q. For now just where they were.
11 A. One was in Kailua. No, I'm sorry, Kaneohe,
12 one was in Mililani, and one was in Pearl City. Pearl
13 City.
14 Q. Per City.
15    MR. JONES: Pearl, Pearl.
16 Q. I'm sorry, Pearl City. And of those three,
17 what's the closest to where Aina Hina was, I mean how
18 many miles?
19 A. I don't know, I'm sorry. It's pretty far.
20 Q. At least 20 miles?
21 A. Twenty miles? How --
22    MR. JONES: Yeah, maybe.
23 A. Maybe. I don't know.
24 Q. Okay. Over 15 we're sure and it might be 20
25 miles to any one of us.

128

6/23/2005 Lee, Dae Sung

1   A.   Well, I don't think -- about maybe 15, yes.
2   Q.   Okay.  To which one?
3   A.   And I don't know -- Pearl City is about 15.
4   Mililani is about 20.  Kailua is about 15, 15, yes.
5   Q.   Okay.  And so --
6   A.   Kaneohe, I'm sorry.
7   Q.   -- one of the good things about Aina Hina was
8   you had a 10-mile radius with no competition.
9   A.   I'm sorry, there was one -- one more school
10  at Puck's Alley.  That's -- that's right by University
11  of Hawaii which is about, you could say, about six
12  mile, five mile.  I don't know.  From Aina Hina to --
13  about, yeah, seven mile there's one taekwondo school.
14  And there's one karate school also.
15  Q.   And where was the karate school?
16  A.   Right across the street the taekwondo school.
17  Same, Puck's Alley.
18  Q.   Oh, across the street from the one at the
19  University of Hawaii.
20  A.   Yes.
21  Q.   Were those schools primarily for students or
22  were they for children too?
23  A.   I have no idea, sir.
24  Q.   Okay.  Did you check out the competition
25  before you opened your school?

129

6/23/2005 Lee, Dae Sung

1   A.   No.
2   Q.   Okay.
3   A.   The karate school was there, taekwondo school
4   was after --
5   Q.   Okay.
6   A.   -- when I opened.
7   Q.   Okay.  So let's go back.  The Kaneohe,
8   Mililani and Pearl City schools were already there and
9   there was a karate school --
10  A.   Was already there.
11  Q.   -- in Puck's Alley by the University of
12  Hawaii.
13  A.   Yes, sir.
14  Q.   And she'll make it sound like I pronounced it
15  properly by writing the right word that I was trying to
16  say.  Thank you for that.
17       And then how long later did the taekwondo
18  school go across from the karate school?
19  A.   I think about '97 or '98.
20  Q.   Did you think there was -- as you were
21  getting ready to open your school, how did you promote
22  it, how did you let everyone in the community know you
23  were opening a new taekwondo school?
24  A.   Advertising.
25  Q.   Okay.  And where did you advertise?

130

6/23/2005 Lee, Dae Sung

1   A.   Two newspaper, Honolulu Advertiser and
2   Star-Bulletin.  And then I think we -- we did Penny
3   Saver.  Penny Saver too I think, I believe.
4   Q.   Is the Penny Saver a flier that goes in an
5   envelope with a lot of different businesses advertised
6   that gets delivered to people's houses?
7   A.   Yes, I guess, yes.
8   Q.   So an envelope comes and you open it up?
9   A.   It wasn't envelope that time.  It was just
10  regular newspaper, like a newspaper.
11  Q.   So it was an all advertising newspaper that
12  was delivered.
13  A.   Yes.
14  Q.   And it didn't have articles, it just had
15  businesses advertising.
16  A.   I -- I deal with -- you know, you ask me, so
17  I deal with like only one or twice Penny Saver, but I
18  don't know actually.  They give me the approve,
19  whether, you know, this ad is approve or not, you know,
20  so.
21  Q.   Was this more Mr. Connelly's part of the
22  business?
23  A.   Yes, just the whole -- the -- the advertising
24  was Mr. Connelly.
25  Q.   Okay.  So he was, of the two of you, the one

131

6/23/2005 Lee, Dae Sung

1   who focused more on the business issues?
2   A.   Yes.
3   Q.   So he took care of the advertising.
4   A.   Yes.
5   Q.   And he took care of the lease.
6   A.   Yes.
7   Q.   Did he take care of buying equipment for the
8   school?
9   A.   Yes, the computer and such as.
10  Q.   So the office equipment.  What about
11  taekwondo equipment?
12  A.   I did.
13  Q.   Taekwondo equipment was your expertise.
14       Okay.  And the first couple of years, it was
15  difficult to even break even.  Is that what you were
16  saying?
17  A.   No, that's not what I said.  I -- first
18  couple years, I guess you could say we were -- we were
19  doing good.  Good means, you know, like I don't think
20  we had any debts.
21       (The court reporter asked for a
22       clarification.)
23  A.   Any debt, debt, yeah.
24       MR. JONES:  Debt?
25       THE WITNESS:  Yes.

132

6/23/2005 Lee, Dae Sung

1  Q.  What salary did you each pay yourselves, if
2  you remember, when you started?
3  A.  I don't remember.
4  Q.  About.
5  A.  Sir, I don't remember.  I -- I can produce to
6  you, I mean go back.
7  Q.  Okay.  We may want that, but do you remember
8  if it was 10,000 or 40,000?
9  A.  I know I was taking home like I think, I
10 don't know, like 1,500 to 2,000 a month and including
11 Mr. Tim Connelly.  But I'm not -- I'm not actually
12 sure.
13 Q.  Okay.  Were you deducting taxes, is that a
14 net of tax number?
15 A.  Excuse me?
16 Q.  Did you withhold taxes from your salary
17 checks?
18 A.  Yeah, we did, yeah, yes, sir.
19 Q.  So 1,500 to 2,000 a month would be after --
20 A.  Yes.
21 Q.  -- tax.
22 A.  Yes.
23 Q.  Okay.  And he was getting the same checks you
24 were.
25 A.  Yes.  But I don't -- that's why I'm say, I

133

6/23/2005 Lee, Dae Sung

1  wish I could tell you it was --
2  Q.  It might be a little more, it might be a
3  little --
4  A.  Yes, yes.
5  Q.  You just don't know.  That's fine.  But
6  that's the neighborhood.
7  A.  Yes.
8  Q.  Did you have some particular idea about what
9  made your school special?  I mean was there something
10 in your advertising you tried to communicate or just
11 new taekwondo school?
12 A.  Advertising.  And then also when people comes
13 we giving -- we -- we say we are -- we are taekwondo
14 school of Harvard.  We -- we give them a great
15 services.
16 Q.  Harvard?
17 A.  Harvard.
18 Q.  Harvard University.
19 A.  Yes.
20 Q.  Like -- like you're the best.
21 A.  Yes.
22 Q.  Okay.  And did you emphasize all of
23 Mr. Connelly's and your competitive experience?
24 A.  Yes.
25 Q.  And so the big promotion was about your

134

6/23/2005 Lee, Dae Sung

1  having been at the Olympic games in 1988 and 1992.
2  A.  Yes, I believe.  But I think I put as '92,
3  not '88 too much.  I'm not too sure but --
4  Q.  Okay.
5  A.  -- yes.
6  Q.  But the focus was on your competition
7  achievements?
8  A.  Yes.
9  Q.  And your coaching achievements.
10 A.  Yes.
11 Q.  And Mr. Connelly's achievements were in there
12 as well?
13 A.  Yes.
14 Q.  And the school itself --
15 A.  Yes.
16 Q.  -- did it still have the curriculum of forms,
17 board breaking and sparring?
18 A.  Yes.
19 Q.  Did it have more sparring than other schools
20 or not?
21 A.  Well, average.
22 Q.  Okay.  So the product was similar to other
23 schools in terms what the curriculum was.
24 A.  Yes.
25 Q.  And did you get from some -- the forms that

135

6/23/2005 Lee, Dae Sung

1  you taught --
2  A.  Yes.
3  Q.  -- did you get them from some other school?
4  A.  It's the -- it's the standardized from WTF.
5  Q.  Okay.  And has that changed from time to
6  time?
7  A.  No.
8  Q.  Okay.  Its been the same for 20 years?
9  A.  Yes.
10 Q.  Okay.
11 A.  There's -- there's a two standard -- standard
12 size form called palgue, P-A-L-G-U-E, and taekuk,
13 T-A-E, taekuk, K-U-K or G-U-K.  That's what they say.
14 Q.  Okay.  Was there a different curriculum for
15 little children?
16 A.  Such as, how old you are talking about?
17 Q.  Under eight.
18 A.  Oh, no, they do same curriculum.
19 Q.  Okay.  They don't have easier forms or less
20 forms?
21 A.  No.
22 Q.  Okay.
23 A.  Five and six, yes.
24 Q.  Okay.
25 A.  If you ask me four and five, yes.

136

6/23/2005 Lee, Dae Sung

1  Q. Okay. I didn't know what the cutoff was.
2  Okay. Five or six or four and five, there's a
3  different curriculum. Is that --
4  A. Four and five. From six and up, they do same
5  curriculum.
6  Q. Okay. But four- and five-year-olds
7  have a different curriculum? Does that come from WTF
8  also?
9  A. No, that's mainly by our -- Mr. Connelly and
10 myself.
11 Q. Just took the normal curriculum and made it a
12 little easier for little children.
13 A. Yes.
14 Q. Okay. When you started after, say, two
15 years, how many students did you have?
16 A. About hundred fifty.
17 Q. And has it always increased?
18 A. This is what we notice that, you know, dojang
19 retention is very important, retention, okay?
20 Q. Yes.
21 A. We don't have a number of student join. Our
22 retention was very, very good. So the student-wise was
23 very, you know -- it's not like -- well, it's not like
24 mainland, you know. I mean like, you know, you have 20
25 student, 30 student that joins every month, you know.

137

6/23/2005 Lee, Dae Sung

1  Some school that I talk to them was like 40 student
2  they join last month and in Hawaii is not like that.
3  And that's what we find out. First -- first year, you
4  know, we had a, you know, like regular students shorts
5  (Phonetic.). But after second year, even though we
6  advertise, it was -- it was small amount of students.
7  Q. Okay. And -- and this was different than the
8  schools that you talked to. The owners that you talked
9  to are schools on the mainland.
10 A. Yes.
11 Q. And the retention --
12 A. Yes.
13 Q. -- do you try to measure your retention?
14 A. Measure by means?
15 Q. Quantify, track.
16 A. Yes, we do that, yes.
17 Q. Come up with numbers to measure --
18 A. Yes.
19 Q. -- how well we're doing.
20 A. Yes. About 95 percent.
21 Q. Okay. Now what does that mean, 95 percent
22 each month or each year?
23 A. No, no, no, let's say you -- you have -- one
24 year let's say you have total of ten student join
25 hypothetically, then we have 90 percent stay for one

138

6/23/2005 Lee, Dae Sung

1  year at least.
2  Q. Okay. Do you have a black belt club?
3  A. Yes.
4  Q. Okay. To be in the black belt club, do you
5  have to prepay for the amount of time that it would
6  take to become a black belt?
7  A. Not prepay. You have to stay in taekwondo
8  for at least nine months. We -- we -- we usually
9  notify when they are green belt, which is about nine to
10 ten or, you know, 12 months. It depends when you
11 enroll.
12 Q. Okay. I've just become a green belt. I've
13 been doing it for nine months.
14 A. Uh-huh.
15 Q. You offer me the black belt club?
16 A. Yes.
17 Q. And at that point, I would -- to join it I
18 would prepay through whatever period of time you think
19 it'll take for me to become a black belt?
20 A. Yes.
21 Q. Okay. I can, if I want, keep paying every
22 month.
23 A. Yes.
24 Q. And continue toward a black belt.
25 A. Yes.

139

6/23/2005 Lee, Dae Sung

1  Q. And the reason to join the black belt club is
2  it's a discount of the whole time?
3  A. No, it's the same -- same -- it's -- it's the
4  same tuition.
5  Q. Okay.
6  A. But we just want to have them commitment
7  because you took for one year of martial art and then
8  it takes three year to four years to become a black
9  belt. And then, you know, that's one of the reason
10 that we agree for one year. And then if you want to
11 become a black belt or not, you know, you can tell. So
12 we talk to the parents or the students are you ready to
13 become a black belt. That's what the black belt club
14 means.
15 Q. Do they sign a contract that they will stay
16 for the whole time?
17 A. Agreement. We don't say contract.
18 Q. But it's a written paper where they sign and
19 then they --
20 A. Yes.
21 Q. -- promise to -- do they -- they don't have
22 to prepay or do they?
23 A. No, they don't have to.
24 Q. But if they --
25 A. But there -- there's a system like, you know,

140

1    I think I provide to you our, what is that, a -- you
2    know, the -- the black belt program and then
3    individual. I think I provide to you probably.
4        Q.   Oh, I didn't -- I didn't see it. You may
5    have. I'm not saying --
6        A.   Yeah.
7        Q.   -- you didn't. I -- I don't --
8        A.   Anyway --
9        Q.   -- I couldn't find it.
10       A.   -- well, there's like a Type A if you pay in
11   full. And if you want to go monthly, then they go by
12   monthly.
13       Q.   And it saves you a little money if you pay in
14   full?
15       A.   Yes, we give them a 10 percent discount.
16       Q.   Are there any laws you know of in Hawaii
17   about how long you can prepay and not get a refund? Do
18   you know what I'm talking about?
19       A.   Okay. But my school, it's not like other
20   school. Anybody who -- let's say, for example,
21   Mr. Levinstein join black belt club and you pay me to
22   USTC $3,000 pay in full and you train for one year, and
23   then you say, sir, you know, I'm not ready to continue,
24   I need to -- then what we do is we prorate and then we
25   refund them.

141

1        We don't -- we don't -- we always tell our
2    student they are not obligated to pay. If they want to
3    cancel the agreement, they can cancel the -- anytime,
4    you know. That's -- that's -- that's, you know, that's
5    the service that we give. Some school they don't. If
6    once you sign, no matter even you move, you got to pay.
7    But we don't. We --
8        Q.   Or you paid in full. If you move, that's
9    fine, but you don't get your money back.
10       A.   No, we give them a refund.
11       Q.   You do but --
12       A.   Yes.
13       Q.   -- other schools don't.
14       A.   No.
15       Q.   And that's part --
16       A.   But -- yes.
17       Q.   And that's part of how other schools make
18   more money. At these seminars they tell you that this
19   is a way to make a lot of money, right?
20       A.   No, no, they don't talk about those kind of
21   thing. They -- they don't talk about the contract
22   things. They -- they talk about how you enroll peoples
23   or the staff training or the scheduling curriculum and
24   such and things like that.
25       Q.   They don't talk about different products like

142

1    black belt clubs and taebo classes and things like
2    that?
3        A.   If you go particular seminar, yeah, they
4    probably had.
5        Q.   Okay.
6        A.   But --
7        Q.   But those weren't the kind of things you were
8    going to.
9        A.   No.
10       Q.   Do you have a whole line of fitness classes
11   for --
12       A.   We have --
13       Q.   -- adults?
14       A.   We have a taerobic class.
15       Q.   Aerobic or is it something else?
16       A.   Taerobic.
17       Q.   Okay. T in front of aerobic?
18       A.   Yes.
19       Q.   So taekwondo aerobic. I -- I'm with you.
20   And that's for adults --
21       A.   Yes.
22       Q.   -- mostly?
23       A.   Well, anybody who can come in the morning or
24   evening. It runs one hour.
25       Q.   Okay. Is there a difficulty keeping students

143

1    after they get their black belt?
2        A.   How you could say, 50/50. You know what I
3    notice is that if they start young, let's say you start
4    from seven years old, for them it's -- you know,
5    receiving a black belt is like, you know, the ultimate
6    goal. But if you start from 10 years old and then, you
7    know, you got black belt like 13 and 14, they continue
8    until they go to college. But still we -- our
9    retention is very good. If they -- they receive -- I
10   believe ten people receive black belt, then we have
11   about seven continue for second degree.
12       Q.   And to third degree?
13       A.   Very -- third degree we -- we have very -- we
14   don't have third degree yet. It's -- it has a time
15   limit. So it's not --
16       Q.   How many years between second and third?
17       A.   First, okay, once you become first degree is
18   from three -- we say three-and-a-half to four years.
19       Q.   To second degree?
20       A.   No, first degree.
21       Q.   Oh.
22       A.   And then first degree is -- to second degree
23   it takes two-and-a-half to three years. And I have
24   from second to third degree takes three to four years
25   and so on.

144

6/23/2005 Lee, Dae Sung

```
 1    Q.   So a person would have to be going at least
 2   nine years at the minimum if they hit all those--
 3    A.   Like nine or ten, 11.
 4    Q.   Right.  And that's a long time to stay when
 5   you've only had your school for 11 years.  So --
 6    A.   Yes.
 7    Q.   -- there couldn't be too many of those people
 8   still with you.
 9         Okay.  After Mr. Connelly left, did you
10   change anything because of his departure?
11    A.   No.
12    Q.   Okay.  Let's talk about advertising.  When
13   you first moved in, you did those ads in the newspapers
14   and some Penny Saver.  Did you continue that for the
15   last ten years or did you change that?
16    A.   Well, also Yellow Page too.
17    Q.   Okay.
18    A.   We did just, you know -- we did Yellow Page
19   from, I think, '94 because it was too late.  So '94 to
20   '97.  Ninety-seven or '96.  I'm not too sure.  And
21   then after that we -- we discontinue.  We just had bold
22   line say U.S. Taekwondo Center.
23    Q.   Just what?
24    A.   Bold line, bold, you know like --
25    Q.   In the Yellow Pages book you wouldn't have an
```

145

6/23/2005 Lee, Dae Sung

```
 1   ad, but there'd be a listing under taekwondo schools.
 2    A.   Martial art, yes.
 3    Q.   Martial art schools that would have -- and
 4   you would pay a little extra to have it in bold.
 5    A.   Yes.
 6    Q.   Okay.  Why did you discontinue the
 7   advertising of the ad?
 8    A.   Learn from the seminar.  It says not -- it's
 9   not necessary to ad.  And then, you know, just, you
10   know, once you establish this certain area it doesn't
11   necessary to ad.  And then that's part of the -- and
12   then it was very expensive in Hawaii advertising at,
13   what is that, Yellow Page.
14    Q.   Was the Yellow Pages in English or was there
15   both an English Yellow Pages and a Yellow Pages in
16   other languages?
17    A.   I think in Hawaii Yellow Page is only one
18   language.  I don't know what you're referring.
19    Q.   Well, we've been produced to us Yellow Pages,
20   looks like Yellow Pages, that are in --
21    A.   It's a Korean community, yes.
22    Q.   Yellow Pages.
23    A.   Yes.
24    Q.   Is it called Yellow Pages?
25    A.   No, they don't call Yellow -- Yellow Pages.
```

146

6/23/2005 Lee, Dae Sung

```
 1   They call Korean -- Korean --
 2    Q.   Phone book.
 3    A.   Phone book, yes.
 4    Q.   Or whatever.
 5    A.   Thank you.
 6    Q.   Okay.  It's a book with -- same as the Yellow
 7   Pages, but it's called something else and it's for the
 8   Korean community.
 9    A.   Yes.
10    Q.   And you still advertise in that?
11    A.   Yes.
12    Q.   Has that got a broader -- well, let's talk
13   about the phone book Yellow Pages you were advertising
14   in.  Was that Yellow Pages for the entire Oahu?
15    A.   Yes.
16    Q.   Okay.  And the Korean community is also all
17   of Oahu?
18    A.   Yes.
19    Q.   Is that delivered to everyone or do you pick
20   up the Korean version at certain stores --
21    A.   Yes.
22    Q.   -- that are Korean?
23    A.   Yes, yes.
24    Q.   Okay.
25    A.   They produce maybe 10,000, 15,000, yes.
```

147

6/23/2005 Lee, Dae Sung

```
 1    Q.   And they're free, but they're -- things you
 2   pick up for free at a Korean business.
 3    A.   Yes.
 4    Q.   And that you've continued to this day.
 5    A.   Yes.
 6    Q.   What percent of your students come from the
 7   Korean community?
 8    A.   Before, now?
 9    Q.   Let's start with now.
10    A.   Well, now is little more higher than prior
11   when I first opened.  Before was maybe less than 10
12   percent, but now it's about 20, 25 percent.  And
13   because people intend to move to that area, the Hawaii
14   Kai area, yes.
15    Q.   I'm sorry.
16    A.   They moved from, you know, from one location
17   to other location.  I mean they're moving their home.
18    Q.   But they still come back?
19    A.   Yes.
20    Q.   I see.  So there are people who lived in the
21   Aina Hina area who are Korean-Americans --
22    A.   Uh-huh.
23    Q.   -- have now moved, but their kids still come
24   to your school?
25    A.   Yes.
```

148

6/23/2005 Lee, Dae Sung

1  Q. Okay. And now you have a better retention
2  with Korean students than the others?
3  A. Compared to when I first opened school.
4  Q. Okay. And it's now 20, 25 percent of your
5  students.
6  A. Yes.
7  Q. So when is the last time you advertised in
8  the newspaper?
9  A. I think -- I think that was last year, last
10 year. I think I have that list. If you need I can
11 give it to you, but that was last year we did a Star --
12 Star-Bulletin and there is a one area that --
13 Q. There was an article or you paid for an
14 advertisement?
15 A. Paying advertisement.
16 Q. Okay. I haven't seen that in production.
17 A. I think --
18    MR. JONES: I wasn't aware of it.
19 A. No, but, see, reason why because we was going
20 to do one ad for the summer. And then I don't recall
21 too, but reason why I brought it is because they -- she
22 ask me did you guys did any advertising, I said, no,
23 not for long time, oh, and then she went back and she
24 fax to me that we did some kind of advertising and --
25 but I think we did with taerobic together. It's not

149

6/23/2005 Lee, Dae Sung

1  myself, itself, my --
2  Q. Okay.
3  A. -- yeah.
4  Q. Is taerobic with someone else doing it or do
5  you do the taerobic class?
6  A. Someone else.
7  Q. Okay. It's in your school.
8  A. Yes.
9  Q. But someone else comes in and runs that
10 class.
11 A. Yes. In a way, yes, means, well, she's my
12 black belt. The -- her name is Lani.
13 Q. Okay. So one of your black belt students
14 said can I do --
15 A. Yes.
16 Q. -- a taerobic class in the school in hours
17 when the school isn't otherwise having classes.
18 A. Yes.
19 Q. And I'll pay you some of what I make she
20 said. No?
21 A. No.
22 Q. Okay. You'll pay me to do it?
23 A. She -- she's -- she's entitled to what she's
24 making.
25 Q. Oh, all the money from the taerobic classes

150

6/23/2005 Lee, Dae Sung

1  goes to her.
2  A. Yes.
3  Q. She doesn't even pay you rent?
4  A. No.
5  Q. That's nice of you.
6  A. Thank you.
7  Q. So -- so the taerobic classes that are done
8  there don't affect your income or expenses.
9  A. No.
10 Q. Is it a time when the school otherwise was
11 closed?
12 A. Yes.
13 Q. Okay. So when you say evening, after it's
14 too late to have classes for the --
15 A. Yes.
16 Q. -- like at 8:00 o'clock at night or
17 something?
18 A. Yes, 8:00 to 9:00.
19 Q. All right. When you first opened, about what
20 did it cost to be a member? Did you have different
21 categories of membership?
22 A. I know $100 a month.
23 Q. Okay. Did you have different prices, this
24 is for two times a week, this is for three times a
25 week?

151

6/23/2005 Lee, Dae Sung

1  A. No.
2  Q. But you know about other schools that do
3  those things.
4  A. Oh, yes, I know, sir. But our school, you --
5  you say that you required to come minimum twice a week,
6  but you can attend five times a week.
7  Q. You cannot.
8  A. You do.
9  Q. Oh, you can.
10 A. You can come five times.
11 Q. Anytime there's a class --
12 A. Yes, come.
13 Q. -- you can come.
14 A. Yes. The -- the -- the designate classes.
15 So beginning, yes.
16 Q. Okay. And it's a hundred dollars a month.
17 A. Yes, that's -- that was 1993 when we start.
18 Q. Okay. And what's it now?
19 A. Hundred forty dollars a month.
20 Q. And is that more or less than your
21 competitors charge, do you know?
22 A. No, I don't -- I don't understand.
23 Q. Other taekwondo schools in --
24 A. In Hawaii?
25 Q. -- in Hawaii.

152

6/23/2005 Lee, Dae Sung

1  A.  I know I -- I think Master Cho, I think he's
2  about my price.  I think Mr. Smith is -- that Kaneohe,
3  I don't know, about hundred.  I know Mr. McCutcheon is
4  about hundred.
5      Q.  And how do you know?
6      A.  Oh, we -- we -- we talk about it.
7      Q.  Oh.
8      A.  They ask me.  So I say, yeah, we charge $140
9  a months.
10     Q.  When do you see the masters on your island?
11     A.  Before when we have a state, then when we
12 have a state championship when we have a state
13 meeting.
14     Q.  So when you run into them at a state meeting
15 or state championship, you talk about business and --
16     A.  After the -- after the -- our agenda is done,
17 yes, we talk -- after the meeting is done --
18     Q.  Okay.
19     A.  -- over and then we talk about our business.
20     Q.  Okay.  Do you -- besides doing your tax
21 returns, do your accountants prepare any other
22 financial statements for you?
23     A.  Such as?
24     Q.  Month-to-month statements about how you're
25 doing?

153

6/23/2005 Lee, Dae Sung

1   A.  Sometime, yes.
2   Q.  And now do you have any other -- well, who
3  besides you teaches classes?
4   A.  Right now?
5   Q.  Yes.
6   A.  We -- we have a called SWAT, it's called
7  Special Winning Attitude Team -- Attitude Team.
8   Q.  Okay.  And are those students?
9   A.  Yeah, they are like, you know, ready to
10 become a black belt.  You know like red belt, you know
11 like -- so they are volunteer.  Not volunteer, they,
12 you know, they have to attend the SWAT class and I give
13 each, you know, like twice a -- what's that, like twice
14 a week special classes that -- that I conduct and --
15     Q.  To teach them how to teach?
16     A.  Yeah, teach them how to teach.  And then some
17 people who wants to teacher, so we give them
18 opportunity.  And then they -- and then they come to
19 certain classes and they help me.  They not teaching
20 class, but they assist.  So that's part of the like
21 program.
22     Q.  Okay.  Are they under 20 years old usually?
23     A.  I -- I have a various.  From -- mine is from
24 16 and up.
25     Q.  Okay.  So the SWAT group --

155

6/23/2005 Lee, Dae Sung

1  A.  Yes and no because we provide all the month,
2  you know, check and whatever expense we give to them.
3      Q.  They have it, but do they give back to you an
4  income statement telling you how you did this month and
5  comparing it to how you did in June of last year,
6  things like that?
7      A.  No.
8          MR. LEVINSTEIN:  Okay.  You want to take
9  a break?
10         MR. JONES:  This is a good time, yeah.
11         MR. LEVINSTEIN:  You want to eat, take
12 lunch too?
13         MR. JONES:  Yeah.
14         MR. LEVINSTEIN:  That's fine.
15         MR. JONES:  We've been going about an
16 hour.
17         MR. LEVINSTEIN:  Okay.
18         THE VIDEOGRAPHER:  The time is 12:10
19 p.m. and we are off the record.
20         (A lunch recess was taken.)
21         THE VIDEOGRAPHER:  The time is 12:59
22 p.m. and we are back on the record.
23     Q.  (Continued by Mr. Levinstein.)  In '93 to '95
24 when Tim Connelly was working with you, did he teach
25 classes?

154

6/23/2005 Lee, Dae Sung

1   A.  Yes.
2   Q.  -- Special Winning Attitude Team, is students
3  age 16 and up.
4   A.  Yes.
5   Q.  Who don't have a black belt yet.
6   A.  No, but you have to be red belt.
7   Q.  Okay.  Do the black belts teach classes?
8   A.  I have some volunteer assistant instructor.
9   Q.  But none of them get paid.
10  A.  No.  I had Mr. Lum, Wes Lum.
11  Q.  Wes Lum?
12  A.  Yes.
13  Q.  L-U-M?
14  A.  Yeah, L-U-M, yes.  But now he's a paramedic
15 so.
16  Q.  Was he an employee?
17  A.  Yes, from -- yes.
18  Q.  Was he --
19  A.  Part-time.  Yes, part-time or just --
20  Q.  Was he a taekwondo competitor?
21  A.  No.
22  Q.  Just someone who became a black belt who
23 wanted to work at teaching?
24  A.  Yes.
25  Q.  And how much did he get paid?

156

```
 1      A.   It was just -- he comes like -- I was giving
 2  him about -- each paycheck was, after the tax, about
 3  like 350.
 4      Q.   Is that per month or twice a month?
 5      A.   Twice a month.  I'm not --
 6      Q.   He was getting close to a thousand a month.
 7      A.   Oh, you could say that, sir.
 8      Q.   Seven hundred dollars take home and so maybe
 9  8-, 900, thousand a month.  When you're out of town who
10  teaches your classes?
11      A.   When out of town?  Oh, simply my volunteer
12  instructors.
13      Q.   Okay.
14      A.   Yeah.
15      Q.   So those are the black belts, not the SWAT
16  team.
17      A.   Oh, no.
18      Q.   Okay.  Have any of your students that you've
19  worked with at your home school gone on to become
20  Olympic competitors or national champion competitors?
21      A.   Yes.
22      Q.   Okay.  How many?
23      A.   Couple.
24      Q.   A couple?
25      A.   Few, yes.
```

157

```
 1      Q.   Can you --
 2      A.   His name -- name?
 3      Q.   Why don't you start with names, yeah, if
 4  there are only a few.  If there were 30, I wouldn't
 5  want all their names.
 6      A.   Daniel Kim.
 7      Q.   Daniel Kim.
 8      A.   Gosh, what is her first name.  Kim, gosh,
 9  that was a few years ago, John Kim.
10      Q.   That's the first name?
11      A.   John, John.
12      Q.   J-O-N?
13      A.   Yes, J-O-H-N, John.
14      Q.   That -- that's not the girl --
15      A.   I mean --
16      Q.   -- you were trying to remember.
17      A.   No, no, that is the guy.
18      Q.   Okay.  Daniel Kim, John Kim.
19      A.   And girl, one.  There's -- there's -- well,
20  she's not actually my student, but she came from
21  mainland just to train so that, you know, she can
22  participate.  She was here for about year-and-a-half,
23  but I cannot get her name.  Yeah, she trained with me
24  for about year-and-a-half and then she was second place
25  at the national.  Daniel Kim was a national team
```

158

```
 1  member.
 2      Q.   Okay.  Let's take it one at a time.  Daniel
 3  Kim was a national team member when?
 4      A.   I believe '96, '97.
 5      Q.   Okay.
 6      A.   I think '99.  Ninety-nine one too.  I think
 7  '96 and '97.
 8      Q.   Ninety-six and '97.
 9      A.   Yes.  He was a --
10      Q.   And you said '99.
11      A.   I don't know, but he --
12      Q.   Okay.
13      A.   -- he was a three times national champion.
14      Q.   Okay.  In '96 to '99 time frame, does
15  national champion require winning the championship or
16  are we talking team trial?
17      A.   Team trial.
18      Q.   Okay.
19      A.   Daniel Kim was team trials.
20      Q.   And does that mean he won --
21      A.   Yes.
22      Q.   -- three national champion?
23      A.   Yes.
24      Q.   And what weight class?
25      A.   Fin.
```

159

```
 1      Q.   Your weight class.  Is it still your weight
 2  class?
 3      A.   Huh?
 4      Q.   No.  Probably not anymore, right?  We won't
 5  -- we won't ask what your weight class would be now.
 6  All right.  I apologize for that.
 7           John Kim, is he -- he's no relation to Daniel
 8  Kim?
 9      A.   Oh, no.
10      Q.   Okay.
11      A.   Just, oh, friend.  I'm sorry, friend,
12  friend.  Friend, yeah.
13      Q.   A friend?
14      A.   Yes.
15      Q.   They were friends with each other.
16      A.   Yes.
17      Q.   But they weren't -- both have the last name
18  Kim but --
19      A.   No, no.
20      Q.   -- that's not --
21      A.   Not related.
22      Q.   -- how it works here.
23      A.   Yes.
24      Q.   Okay.  Was he a national team competitor,
25  went to the team trials?
```

160

6/23/2005 Lee, Dae Sung

```
1    A.   He went -- no, he didn't.  He had quarter
2  final at national championship.  So he didn't qualify
3  for team trial.
4    Q.   He qualified to go to the national
5  championship, but he didn't do well enough at the
6  national championship to go to the team trials.
7    A.   Yes.
8    Q.   Okay.  And when was this, when was John Kim's
9  elite competition period?
10   A.   Nineteen ninety-five, '96.
11   Q.   Okay.  And the girl or woman --
12   A.   Yes.
13   Q.   -- age --
14   A.   It's a woman, yes.
15   Q.   -- 15, 16?
16   A.   No, no, she was 21.
17   Q.   Okay.  The woman --
18   A.   Yes.
19   Q.   -- who came from the mainland --
20   A.   Yes.
21   Q.   -- and trained with you for a
22  year-and-a-half --
23   A.   Yes.
24   Q.   -- her last name was Kim.
25   A.   No.
```

161

6/23/2005 Lee, Dae Sung

```
1    Q.   Oh, no --
2    A.   It's not Kim.
3    Q.   -- it wasn't, okay.
4    A.   It's not Kim.  She's --
5    Q.   Okay.
6    A.   -- she has a American last name.
7    Q.   Oh, okay.  It's okay.
8    A.   It's not clicking right now.
9    Q.   How long ago was this?
10   A.   Between that time nineteen -- when Mr. Kim
11  was practicing, Daniel Kim was practicing.
12   Q.   So in the '96, '97 --
13   A.   Yes, yes.
14   Q.   Okay.  Any other athletes that came from your
15  school that have gone on to elite competition?
16   A.   That's the senior level, but I have some
17  junior level that they went to junior championship and
18  I produce like four, five gold medalist, poomse and
19  sparring.
20   Q.   Okay.
21   A.   But they are not black belt class, the red
22  belt class.
23   Q.   So they went to -- we're not talking about
24  the Junior Olympics.  We are.
25   A.   Yes.
```

162

6/23/2005 Lee, Dae Sung

```
1    Q.   Okay.  And the Junior Olympics, they have
2  competitions based on your belt.
3    A.   Yes.
4    Q.   So red belts compete against red belts.
5    A.   Yes.
6    Q.   And four or five of your students went to the
7  junior championships and won?
8    A.   Yes.
9    Q.   In -- in forms or sparring --
10   A.   Yes.
11   Q.   -- at the red belt level.
12   A.   Yes.
13   Q.   Are they still red belts?
14   A.   No, they have -- they all black belt now.
15   Q.   Okay.  So this was how long ago?
16   A.   I think three years ago.
17   Q.   So in 2002 or -1?
18   A.   Two thousand one.
19   Q.   Okay.  As black belts, have they gone on to
20  achieve any elite competitions?
21   A.   No.  They -- they -- right now they -- one
22  girl went to the college and one now practicing
23  basketball.  She's really high recognize in Hawaii.
24  Her name is Linda.  And the other girl is just coming
25  to practice.  Her name is Brandy.
```

163

6/23/2005 Lee, Dae Sung

```
1    Q.   So one went on to college, one's focusing on
2  basketball and not doing taekwondo, and Brandy still
3  comes and --
4    A.   Yes.
5    Q.   -- trains.  But Brandy hasn't yet --
6    A.   Competed.
7    Q.   -- competed at the elite level.
8    A.   After, yes.
9    Q.   Okay.  Have you tried to get any of the
10  elite athletes you've coached -- you would pick to
11  coach at Pan Ams and world championships and things
12  like that --
13   A.   Uh-huh.
14   Q.   -- have you tried to get any of those
15  athletes to come and train at your home school?
16   A.   The reason why I'm laughing because so many
17  people ask me they want to come down Hawaii, but I
18  don't have the financial to support them.  Reason why
19  is because, you know, Hawaii is very, very expensive
20  and then, you know, they want to really come down and
21  train --
22   Q.   Oh, they want you --
23   A.   -- but the financing.
24   Q.   -- to pay for them to come and train with
25  you.
```

164

6/23/2005 Lee, Dae Sung

1  A.  Not paying but at least, you know, find them
2  a job or find a location. It's -- and -- and then it
3  was hard.
4  Q.  I see. So they're not offering to come and
5  train with you and pay for it.
6  A.  No.
7  Q.  No. Have you tried to find anyone else to
8  help like Mr. Connelly did to be a co-owner or a
9  co-teacher?
10  A.  At my school?
11  Q.  Yes.
12  A.  No, I just -- I just concentrate.
13  Q.  You just concentrate on teaching yourself?
14  A.  Yes.
15  Q.  And --
16  A.  And volunteer instructors.
17  Q.  Are you familiar with the idea of a student
18  teacher ratio, how many students are in a class versus
19  how many instructors, is that something you --
20  A.  Average my -- it depends on the class if --
21  but we have at least myself and two other assistant is
22  on the floor.
23  Q.  With how many students up to?
24  A.  I'm sorry, I can't -- it's various. From ten
25  to sometime 30. I have some class that participation

165

6/23/2005 Lee, Dae Sung

1  is about 30 students.
2  Q.  Classes generally go from 3:00 o'clock in the
3  afternoon till --
4  A.  Eight.
5  Q.  -- till 8:00 at night?
6  A.  Yes. Monday, Wednesday, 3:30 to 8:00.
7  Tuesday and Thursday, 3:15 to 8:30. And at 8:30 to
8  10:00 o'clock I have a special training class.
9  Q.  On Thursday?
10  A.  Yeah.
11  Q.  Or Tuesday and Thursday?
12  A.  Yes.
13  Q.  Eight thirty to 10:00, a special training
14  class for black belts or --
15  A.  People who wants to learn Olympic style
16  training. So I have university students and some elite
17  students, not nationally but, you know, award too. But
18  that's my volunteer to teach them. Then Fridays from
19  3:15 to 7:30. Saturday is from 9:15 to 1:30.
20  Q.  And Sunday is closed.
21  A.  Sunday is closed.
22  Q.  And it's Monday and Wednesday that your
23  student does the taerobics?
24  A.  Yeah, 8:00 to 9:00, yes.
25  Q.  On Monday and Wednesday because the other

166

6/23/2005 Lee, Dae Sung

1  days it's too late. I mean you have class going on
2  Tuesday and Thursday, right?
3  A.  Yes.
4  Q.  Okay. Have these been the hours from the
5  beginning?
6  A.  Huh?
7  Q.  Have these been the hours of the school
8  pretty much from the beginning?
9  A.  Yes. No, not first -- not first year, first
10  year, because we -- you know, we -- we only had maybe
11  two -- two class or three class a day because of the
12  student.
13  Q.  How long is the last class?
14  A.  Forty-five minutes.
15  Q.  Okay. Now in the course of these seminars
16  that you've gone to about martial art schools --
17  A.  Yes.
18  Q.  -- have they talked about various things that
19  schools on the mainland do to increase revenue and
20  profitability?
21  A.  Yes.
22  Q.  Have they -- well, what kind of things have
23  you --
24  A.  Oh, like --
25  Q.  -- heard them talk about?

167

6/23/2005 Lee, Dae Sung

1  A.  -- after-school program.
2  Q.  All right. What else?
3  A.  What they call leadership program.
4  Q.  What's that?
5  A.  They call white belt to black belt club to
6  leadership program.
7  Q.  Okay. Is that after you get your black belt?
8  A.  No, before. So then you signing up up till
9  second degree program. So black belt is like a first
10  degree and then --
11  Q.  So you sign up for the leadership program
12  before you even got your first black belt?
13  A.  Yes.
14  Q.  Okay. Is there a thought that people are
15  fired up to get their black belt and they expect to
16  continue?
17  A.  Uh-huh.
18  Q.  And then after they get their black belt,
19  there's a letdown and they stop?
20  A.  No. I mean that's -- well, I guess they're
21  marketing is that you don't -- you don't -- you, you
22  know -- you know, when you reach certain area, then you
23  -- because, you know, you are so fired up to getting a
24  black belt and so then you introduce the second
25  program so they can continue so that we try to teach

168

6/23/2005 Lee, Dae Sung

1  them martial arts, not just -- only just to get a black
2  belt and you quit. We try to teach them extended --
3      Q.  Okay. What --
4      A.  -- program.
5      Q.  -- other kinds of programs?
6      A.  What is that, after program --
7      Q.  Birthday parties?
8      A.  Oh, yes, thank you very much, but I don't do
9  that.
10     Q.  But do you do an after-school program?
11     A.  No.
12     Q.  Okay. And you don't do a leadership program?
13     A.  No.
14     Q.  Okay. And you don't do --
15     A.  We have -- we -- we have a second degree
16 program.
17     Q.  Right. But you don't do birthday parties.
18     A.  We don't have birthday party, no. Oh, then
19 there's a sleepover, buddy day, movie night.
20     Q.  You don't do any of those.
21     A.  We do buddy days. But I didn't do that for
22 little while, but we -- we -- we done buddy days.
23     Q.  What's party days, is that --
24     A.  Buddy, buddy.
25     Q.  Oh, Buddy --

169

6/23/2005 Lee, Dae Sung

1      A.  Buddy.
2      Q.  -- days.
3      A.  Buddy, I'm sorry.
4      Q.  Okay. I thought it was party days. Sounded
5  good to me.
6      A.  Buddy day. And then sleepover.
7      Q.  Do you do that?
8      A.  Yes, once in a while. Very rare, but we do
9  it.
10     Q.  Buddy days are you bring someone who's not --
11     A.  Yes.
12     Q.  -- a student?
13     A.  Non-student and then just practice taekwondo
14 for like 25 minutes. And then we give them
15 certificate.
16     Q.  And has that been successful, a lot of kids
17 sign up after being a buddy?
18     A.  Off -- off and on, yes, yes.
19     Q.  Okay.
20     A.  I guess all the programs where we -- I think,
21 you know, that's a lot of programs that, you know, you
22 -- some other school did follow and they do. And then
23 in my school I check. Some -- some work, some -- you
24 know, like buddy day works, buddy day works.
25 Sleepover, we bring -- ask them to bring friends and it

170

6/23/2005 Lee, Dae Sung

1  really -- you know, that was work too. And then when
2  you sign up a child, we give them a parents to try for
3  month program.
4      Q.  Do you do that?
5      A.  Yes.
6      Q.  But the seminars you've attended --
7      A.  Yes.
8      Q.  -- they promote these much more aggressively
9  than you do, right? I mean they're -- these are viewed
10 by the people who promote them as ways to really
11 increase your revenue dramatically, right?
12     A.  Well, they talk about it, but they don't
13 really push, though. I mean they talk about how --
14 how some schools are very success with doing
15 after-school program, pick-up service program and
16 things like that.
17     Q.  Right. And have you -- you've decided not to
18 do those.
19     A.  After-school program cannot because we have
20 to pick them up from the school. That's the most --
21 but then we check in Hawaii, the liability insurance is
22 very, very high. And then just -- just you know, even
23 though you charge extra, it was too difficult. And
24 then you have to hire a driver and things like that.
25 So it's not --

171

6/23/2005 Lee, Dae Sung

1      Q.  Was it also a concern that your space doesn't
2  really have enough space to have after-school care for
3  a bunch of kids?
4      A.  Yes, in a way. But if I can provide because
5  I have a outside space.
6      Q.  Okay.
7      A.  So -- but -- but we -- we did study about
8  those programs and then what is suitable for our
9  location, as well as our space as well.
10     Q.  Because it does rain occasionally here,
11 right?
12     A.  Huh?
13     Q.  It does rain sometimes in Hawaii.
14     A.  Yes.
15     Q.  So you can only use outside space somewhat.
16     A.  Yes.
17     Q.  Do you need special license to be doing day
18 care if you do an after-school program?
19     A.  I have no idea. I didn't --
20     Q.  Okay. But you looked into it and decided it
21 wasn't something that you could do, the after-school
22 programs or the pick-up services.
23     A.  No.
24     Q.  What about this issue of not refunding money
25 when they signed up for a plan, do they talk about that

172

6/23/2005 Lee, Dae Sung

1  at any of these seminars?
2      A.  No, I didn't participate in that
3  particularly.
4      Q.  Okay.  But do you know --
5      A.  But --
6      Q.  -- that that's what they do at other schools?
7      A.  Yes, all this time.
8      Q.  Are other friends of yours -- are there other
9  friends of yours that -- sorry, I don't know about
10 friends.  Are other people you know when you were --
11 you stay in touch with who run so-called successful
12 schools?
13     A.  Yes.
14     Q.  And have you talked to them about what they
15 do?
16     A.  They do -- couple of them they do
17 after-school program, but now they stop because it was
18 too much headache and then timing concern wasn't right.
19 But they do birthday -- birthday parties, sleepover,
20 buddy -- buddy -- buddy day.
21     Q.  Why don't you do birthday parties?
22     A.  I want to spend time with my kids on
23 every Sunday, but usually birthday parties on every
24 Sunday.
25     Q.  I see.  The other schools on Oahu --

173

6/23/2005 Lee, Dae Sung

1      A.  Yes.
2      Q.  -- do you know which of them do
3  after-school programs and birthday parties and things
4  like that?
5      A.  I'm not too sure, but I know they have a
6  summer program.
7      Q.  Okay.  Do you have a summer program?
8      A.  Summer -- no, I don't.
9      Q.  Okay.  And -- and when you say a summer
10 program, is that because kids are not in school?
11     A.  Yeah.
12     Q.  It's a combination?
13     A.  They -- they do that for like one week --
14     Q.  Okay.
15     A.  -- at a time, yeah.
16     Q.  It's like a camp?
17     A.  Yeah, something like that, yes.
18     Q.  Like a day camp?
19     A.  Yes.
20     Q.  Okay.  And you don't do the summer program?
21     A.  No.
22     Q.  Why not?
23     A.  Huh?
24     Q.  Why not?  I'm just wondering.
25     A.  Why not?

174

6/23/2005 Lee, Dae Sung

1      Q.  Yeah.
2      A.  Because if I was running summer camp, then I
3  cannot come depo.  I'd be -- I'd be doing some other
4  stuff.  And then, you know, it's -- it's -- that --
5  those kind of programs that you really have to stay on
6  and watch and supervise and everything.  You need lot
7  of responsibility.
8      Q.  Okay.  Do the other schools in Oahu have
9  multiple full-time instructors, more than one?
10     A.  I have no idea, sir.
11     Q.  Okay.  Mr. Cho's school, for example, does he
12 have more employees, do you know?
13     A.  What I heard was that he's the only one who's
14 teaching there right now.  That's -- I mean I don't
15 know that's, you know, true.
16     Q.  But -- sorry.
17     A.  Yes.
18     Q.  Does he have other employees who do other
19 functions?
20     A.  I have no idea, sir.
21     Q.  Okay.  Do you take care of the bookkeeping,
22 the signing kids up, the taking the checks, all of the
23 office functions?
24     A.  Yes.
25     Q.  So in addition to teaching, you're also the

175

6/23/2005 Lee, Dae Sung

1  person who handles all the sign-ups and --
2      A.  No.  Well, I'll be truth that my brother
3  volunteer to come and help me about three hours a day.
4  If anybody who wants to sign up, then he comes in and
5  he sign up for me so that I can concentrate my school.
6      Q.  Did you say two to three hours a day?
7      A.  Yeah, two to three hour like from 4:00 to
8  7:00.
9      Q.  Monday through Friday?
10     A.  Not necessary.  If he -- if he needs to go
11 home, he go home.
12     Q.  Okay.  And you'll just say my brother will be
13 here tomorrow, you can sign up tomorrow.
14     A.  No, I just usually say, well --
15     Q.  I can take care of it.
16     A.  Yeah, I would take care of it too.
17     Q.  Okay.  Back to the question of advertising.
18 Do people approach you and ask you to advertise, Penny
19 Saver or --
20     A.  No.
21     Q.  -- newspapers or --
22     A.  No.
23     Q.  -- anyone, radio stations, anyone like that?
24     A.  No.
25     Q.  Okay.  But based on your experience, the only

176

1  advertising that you've found that was cost-effective
2  is the Korean phone book that you still do?
3      A.   No, not necessary, word of mouth.
4      Q.   Okay.  Your newsletter --
5      A.   Yes.
6      Q.   -- do you just send that to students that are
7  enrolled in your school?
8      A.   For -- yes, just our school, yes.  No, not we
9  send it.  They can pick that up, pick them up.  But we
10 discontinue I think from last year because he getting
11 -- he -- he's getting marry and then he doesn't have
12 time to -- yeah, so.
13     Q.   So the guy who did your newsletter works at a
14 newspaper.
15     A.   Yes, Star-Bulletin, yes.
16     Q.   Star-Bulletin.  And he volunteered to --
17     A.   Yes.
18     Q.   -- create the newsletter.
19     A.   Yes.
20     Q.   And he was doing that on his own time?
21     A.   Yes.
22     Q.   And now that he's getting married and busy,
23 he's discontinued the newsletter?
24     A.   No, no, no, he have to do something else --
25     Q.   Oh.

1      A.   -- and then he told me that he cannot
2  continue.
3      Q.   Okay.  So the -- the newsletter isn't -- has
4  been discontinued.
5      A.   Yes.
6      Q.   The primary way you get students is word of
7  mouth?
8      A.   Right now, yes.
9      Q.   When someone comes in to the school with a
10 parent who has a child between the ages of I guess it's
11 three and high school, that's the range --
12     A.   Not three, sir.
13     Q.   -- is it still three?
14     A.   No.
15     Q.   Three-and-a-half?  Okay.  I thought I saw
16 somewhere students at three-and-a-half-years old.
17 That's okay.  What's the youngest?
18     A.   Very rare.
19     Q.   Okay.  Four?
20     A.   Four, yes.
21     Q.   Five?
22     A.   Four.  It depends when we do the trial
23 lesson.  Our program is like this.  Let's say when
24 people come in, we usually ask them to watch the class.
25 We give particular hour.  Like say if you brought four-

1  to five-years-old son, then I ask them can you bring
2  them and watch the class at 3:15, Tuesday and Thursday,
3  view, if your kids like it, let's do the trial lessons.
4  It's two private lessons including free uniform.
5           (The court reporter asked for a
6           clarification.)
7      A.   And then -- and then I usually do one class.
8      Q.   Does that cost $25 or something like that?
9      A.   It depends on the season.  We say 29.95 or
10 39.95.
11     Q.   Okay.
12     A.   If you want all the code, I give it to you.
13 And then after that, we do that for 20 minutes private,
14 one-to-one, the parents watch.  And then for the little
15 ones, we ask them to participate the class.  We just
16 wanted to see.  And then when I decided if he's ready,
17 then I say yes.  If he's not, then I say, okay, sir,
18 why don't you come for one month, that's free, you
19 know, until he likes it because we don't want to give
20 them any bad taste.
21          For the grown-up, we do the trial, two trial
22 lessons, and then the parents sees how we teach the
23 class and it's very productive.  And then they find out
24 that our class is not only just concentrate on kicking
25 and punch, but, you know, character builder.  So they

1  usually sign up for not one year now, we change to six
2  months.
3      Q.   And why did you reduce it to six months?
4      A.   Why?  I think that's more proper.  One year
5  is little long obligation to the parents.  And even
6  though we say that we -- you not -- you are not
7  obligate to agreement.  But six months most -- working
8  more efficiently for our business right now.  We just
9  change that, too, not too long ago.
10     Q.   Was it a concern that -- what the competitors
11 were doing or no?
12     A.   No, no, sir.
13     Q.   Were you afraid the year scared people away?
14     A.   No, we try to do new things.
15     Q.   Okay.  When a parent comes in and they have a
16 child age four to 12 --
17     A.   Yes.
18     Q.   -- is that most of your students are in that
19 range as opposed to high school kids?
20     A.   Yes.
21     Q.   So most are younger than high school.
22     A.   Yes.
23     Q.   Out of your is it 300 students now?
24     A.   About 220, 230.
25     Q.   Two twenty, okay.  Out of your 220, 230

6/23/2005 Lee, Dae Sung

```
 1  students, what percent are in that younger than high
 2  school?
 3       A.   About 60 percent.
 4       Q.   Okay.  What is it that you emphasize to
 5  them?  When they come in the door and they're thinking
 6  about taekwondo, what is it you tell them about your
 7  school and taekwondo and why they should sign up?
 8       A.   Building a character.  That's one of the
 9  reason why we do the trial lesson so that they can see
10  how we teach the class.  The parents can observe so
11  they feel comfortable.
12            Number two, I do the trial lesson so that I
13  can -- what kind of benefit that I can give each child,
14  you know, like character to building or coordination or
15  focus, you know, such as, you know, those thing.  And
16  then after the two trial lesson, we sit down and I go
17  over, analyze, saying, you know, this is the things
18  that I think your child or you needed.  And therefore
19  -- and then we explain our school is to character
20  builder and then same time leadership program, and then
21  therefore, you know, I think this is it.
22            And then for the little kids, maybe if you
23  are 13 or over, I ask them, said, this is not something
24  that your parents gonna decide, this is something that
25  you decide, that's one of the reason you took the two
```

181

6/23/2005 Lee, Dae Sung

```
 1  classes.  If you want to continue, you talk to your
 2  parents.  If it's not -- and then we have a conference
 3  and then that's how we enroll student.
 4       Q.   And the focus is primarily on character,
 5  discipline, exercise, health benefits, things like
 6  that?
 7       A.   Yes.  And then -- or if somebody ask about
 8  the competition, then I will explain about competition.
 9  But I'll always say that our school is related to USTU
10  and we are schools that recognized by U.S. Olympic
11  Committee because we are the umbrella of USTU and we
12  umbrella of WTF.  So our style is WTF.
13       Q.   Okay.  And do you think the most important
14  thing to the parents is getting a comfort level with
15  you?
16       A.   Level with me?
17       Q.   I mean is the most important thing in your
18  mind to convince the parent that their child should
19  take at your school, that they see you with their child
20  and get comfortable that you as a person is someone
21  they trust taking care of their child?
22       A.   Yes.
23       Q.   And that's the reason for the private lessons
24  with you.
25       A.   Yes, I do that too, yes.
```

182

6/23/2005 Lee, Dae Sung

```
 1       Q.   And it's not about training them to be
 2  Olympic champions, it's about that they're comfortable
 3  that their -- their child will benefit from classes
 4  with you.
 5       A.   Yes.
 6       Q.   Okay.  You started with -- you mentioned, I
 7  think, at some point in the nineties you had a hundred
 8  fifty students, but I don't remember when you said that
 9  was by.
10       A.   I think '95.  I think you asked me.  It was
11  '95.  I'm not -- you know, if you check the record.  I
12  think that's what I said, about '95, '96.
13       Q.   So about '95, '96, you were at a hundred
14  fifty students and now its grown to about 220 to 230.
15       A.   Yeah, it goes up and down, sir, yes.
16       Q.   With the economy?
17       A.   And absency of not being there.
18       Q.   Do you think there's a lower retention when
19  you're not around?
20       A.   Of course it's true, sir.
21       Q.   In the last two years, let's say from June of
22  2003 to June of 2005, other than the Star-Bulletin, the
23  one-time ad, you placed one ad in the Star-Bulletin?
24       A.   Uh-huh.
25       Q.   That was -- was that focusing on the
```

183

6/23/2005 Lee, Dae Sung

```
 1  taerobics?
 2       A.   It was, I think, a joint ad.
 3       Q.   With your student?
 4       A.   Yes, I think.  That's I -- I believe so, yes.
 5       Q.   Was it her idea to do an ad?
 6       A.   Because she's -- she does, you know, I think,
 7  you know, the -- the advertising with the
 8  Star-Bulletin.  So she asked me, so I say okay.  So I
 9  think we did it together.  I think that's -- I believe
10  so.
11       Q.   Is that when she started the taerobics?
12       A.   Last year?  No, no, they started taerobic
13  long time ago.
14       Q.   Okay.
15       A.   Its been quite a while, yeah.
16       Q.   But she wanted to put in an ad and let people
17  know that it was available at --
18       A.   Yes.
19       Q.   -- from her at your school.
20       A.   Yes.
21       Q.   And then you somehow split the ad and
22  advertised your --
23       A.   Yes.
24       Q.   -- services as well.
25       A.   Yes.
```

184