6/23/2005 Lee, Dae Sung

1  Q.  And that was in the Star-Bulletin.  Other
2  than that and the Korean phone book --
3  A.  Yes.
4  Q.  -- any other advertising you've done in the
5  last couple years?
6  A.  Nothing that I know.
7  Q.  Okay.  At some point did you think about
8  radio advertising or television advertising?
9  A.  Television, of course, it's very expensive.
10 We work a contact by radio station, but the price was
11 over so it's not.
12 Q.  And the Penny Saver didn't seem to generate
13 enough students to make it worthwhile?
14 A.  That was only first two years that we did in
15 1993 and 1994.
16 Q.  Did you try to track how many people came
17 because they had gotten the Penny Saver?
18 A.  We did that before, Tim Connelly did that,
19 and then finally we -- our final result was best thing
20 was Star-Bulletin and Advertiser newspaper was the best
21 result of drawing the crowd.
22 Q.  But even that you decided it wasn't worth the
23 money, so you stopped doing that.
24 A.  Sometime we can do that, but I guess -- oh,
25 well, the financially-wise we didn't meet that

185

6/23/2005 Lee, Dae Sung

1  requirement, so I didn't.
2  Q.  Now you said in '95 or -6 you had an economic
3  impact, I think those were the terms you used --
4  A.  Uh-huh.
5  Q.  -- and went and met with your landlord?
6  A.  Yes.  I don't know what year, but, yes, we
7  did because we couldn't -- we couldn't draw in people
8  even though we advertise and then the expenses created
9  an income.  So we had a financial difficulty.  It's not
10 only just '96, but, you know, if you look at over the
11 years before 2000, yeah, we did have some financial
12 problems.
13 Q.  And it got better after 2000?
14 A.  Kind of steady, yes, you could say over the
15 -- you know, little better than -- compare to those
16 years.
17 Q.  And as part of your deal with the landlord,
18 if things start going better you'll talk about a higher
19 rent?
20 A.  Well, actually, no, we didn't discuss that,
21 but, you know, he's nice enough to maintain our rent.
22 Q.  How is the vacancy rate in your shopping
23 center, if you know what that means?
24 A.  Hundred percent.  It's -- it's -- every --
25 all shopping center is --

186

6/23/2005 Lee, Dae Sung

1  Q.  Filled?
2  A.  -- occupied, yes.
3  Q.  Oh.  And there's other people probably want
4  to get in?
5  A.  That, I don't know.  But one or two space was
6  vacant for couple years.  But right now, current, if
7  you ask me current, right now, is all the space are --
8  Q.  And has the shopping center declined, the --
9  the quality of the stores that are in there?
10 A.  No, it's the same that ever since I was open,
11 yes.
12 Q.  Sometimes the anchor tenant moves out and
13 then they have -- but its been the same basic tenants.
14 A.  Yes.  Chuck E. Cheese been there for past ten
15 years.
16 Q.  And is that a store that --
17 A.  Right next to me.
18 Q.  -- is consistent with your business?
19 A.  No.  Well --
20 Q.  I mean in the sense that people that come
21 into Chuck E. Cheese are the right age and they'll see
22 your school and maybe they'll come see you?
23 A.  I think seems like we give more business to
24 them than they us.
25 Q.  Have you put newsletters or fliers in Chuck

187

6/23/2005 Lee, Dae Sung

1  E. Cheese?
2  A.  No, we didn't.
3  Q.  You haven't talked to them about that?
4  A.  No.  I don't want four and five years old.
5  Q.  Oh, okay.  Chuck E. Cheese's runs a little
6  too young.
7  A.  Yes, three and up.  No, sir.
8  Q.  Okay.
9  A.  I think I had enough with --
10 Q.  My kids are a little older.  I forgot what
11 the cutoff was for Chuck E. Cheese.
12     Okay.  At any of these seminars that you've
13 been to, have you tried to come up with ideas to
14 improve the profitability of your location?
15 A.  Well, they said advertising.
16 Q.  And -- and it hasn't worked for you.
17 A.  No, I didn't advertise.  So that's -- that's
18 my problem.  But like I said, because of the, you know,
19 financial so.
20 Q.  But in addition, they push all these programs
21 and other ways to make money and those just aren't
22 compatible --
23 A.  Well --
24 Q.  -- with what you --
25 A.  -- it's the same thing.

188

6/23/2005 Lee, Dae Sung

1  Q. -- want to do?
2  A. If you want to run the, let's say,
3  after-school program, then you have to advertise. It's
4  -- you not doing it with your students that you have
5  right now. Like a buddy -- like a buddy day, then,
6  yes, we give the pass out and we do the way. Now is --
7  birthday party I didn't. What is that, sleepover, yes,
8  we do couple times, you know.
9  Q. But taebo classes, for example, that -- that
10 she runs, some of them do them as part of their
11 schools.
12 A. Huh?
13 Q. Some of the other taekwondo schools or
14 martial art schools have fitness classes as part of the
15 business, not someone who does it in their school.
16 A. Not all, but --
17 Q. No.
18 A. -- yeah, I think some school, yes, they do
19 that.
20 Q. And they push that as a way to get people in
21 and --
22 A. Well, if -- if the -- the instructor was the
23 same instructor, yes, probably. But I'm doing this as
24 a -- a favor for her.
25 Q. Right.

189

6/23/2005 Lee, Dae Sung

1  Q. All right. What about your other friends who
2  are on the mainland, are there other things they say
3  they do that makes their business more profitable that
4  just haven't worked for you?
5  A. Advertising, curriculum, program director.
6  Q. What's a program director --
7  A. Just like --
8  Q. -- hiring one?
9  A. Just like what Mr. Connelly was do before.
10 Q. Okay. Hiring a person whose job it is to --
11 A. Yes.
12 Q. -- focus on the business side.
13 A. Yes.
14 Q. And have you considered doing that?
15 A. In future when I have a standard -- my, you
16 know, finance problems, yes, if I meet that, yes. I'm
17 very looking into it right now.
18 Q. Okay. You said when you moved in that the
19 demographics of your area were what you wanted --
20 A. Yeah.
21 Q. -- in '93. Have they changed at all, the
22 area?
23 A. I think it grow more past -- I think past few
24 years like maybe three, four years in Hawaii Kai where
25 Master Cho school is, I think, grow tremendously, not

191

6/23/2005 Lee, Dae Sung

1  A. Okay. And then she do some favor for me so.
2  Q. What about hap ki do, some schools teach hap
3  ki do too?
4  A. No, I don't teach any hap ki do.
5  Q. But other martial -- other taekwondo schools
6  do?
7  A. Not -- nothing that I know.
8  Q. Oh, my kids taekwondo school has hap ki do
9  classes.
10 A. No, they teach, what is that, weapons, but I
11 don't know about -- yeah. Oh, yeah, they do?
12 Q. They have a hap ki do class.
13 A. Well, hap ki do is like a self-defense so.
14 Q. Well --
15 A. Yes.
16 Q. -- holds and --
17 A. Yes, I understand.
18 Q. -- and self-defense and it seems more like
19 what you could do in a fight than taekwondo does
20 sometimes. So they market it as sort of inner-city
21 urban self-defense type classes. But their guys get
22 black belts in hap ki do too.
23 A. Yes, but nothing that I know in Hawaii --
24 Q. Okay.
25 A. -- sir, yes, teach hap ki do.

190

6/23/2005 Lee, Dae Sung

1  to westbound but the eastbound, yes, in my opinion.
2  Q. And if he wasn't there, perhaps you would
3  have gotten that business?
4  A. Yes and no because I have a lot of students
5  still coming from that direct -- you know, from there.
6  Q. But your school hasn't grown that much even
7  though this area has grown a lot.
8  A. My area?
9  Q. Well, that area was your area in the past
10 before Mr. Cho moved in, right?
11 A. I don't consider him as a competitor. So I
12 still think that as my area.
13 Q. Okay. But he's drawn a lot of students from
14 that area, same area you draw students from.
15 A. Well, you could say that, yes, because it's
16 convenient.
17 Q. Right. And on the old five-mile radius, he's
18 closer to a lot of those people than you are.
19 A. Yes.
20 Q. Does he have a bigger school than you do?
21 A. I believe so.
22 Q. And does he have more employees?
23 A. Oh, that I don't know. You already told me.
24 You already ask me, but I don't know.
25 Q. I don't mean instructors. I mean --

192

6/23/2005 Lee, Dae Sung

1   A.   No.
2   Q.   -- does he have a program director and people
3   there?
4   A.   I never been to his school, but I know that
5   he teach other classes which is two class. And if you
6   see that Mr. Candon?
7   Q.   Mr. Candon's report?
8   A.   Report, yeah, it has only two class per day,
9   adults and junior. So I -- I guess he can manage by
10  him -- by himself to teach the class.
11  Q.   Okay. I think he has assistant instructors
12  but --
13  A.   Yes, yes, yes.
14  Q.   -- I don't want to mislead you.
15  A.   Yes, me too, sir. I don't know if --
16  Q.   But I -- I don't want to --
17  A.   Yes.
18  Q.   -- I'm not here to testify. I just don't
19  want to suggest I was saying it was only him.
20       Okay. You were on the board of the USTU
21  since 1988, on the Executive Board.
22  A.   Yes, AAC, AAC executive, yes, AAC.
23  Q.   You were on the AAC and -- since '84, but
24  since '88 you were on the USTU Executive Board as an
25  athlete representative.

193

6/23/2005 Lee, Dae Sung

1   A.   Yes.
2   Q.   And you've been on that Executive Board first
3   as an athlete representative and then as a chairman of
4   committees --
5   A.   Yes.
6   Q.   -- continuously since 1988. From '88 to '96,
7   you were on the Executive Board --
8   A.   Yes, yes, yes, yes.
9   Q.   -- as an AAC person. And from '97 to the
10  present, you'd been on the Executive Board as a
11  committee chair.
12  A.   Yes.
13  Q.   Okay. Did you attend the meetings of the
14  Executive Board?
15  A.   Yes.
16  Q.   Pretty religiously, make all of the meetings?
17  A.   Most, yes.
18  Q.   And were your expenses paid to attend those
19  meetings?
20  A.   When I was AAC, yes. When I was in
21  Tournament Committee chair, yes and no because the
22  media meeting is conjunction with our national on our
23  team trial, so they provide. And November, usually
24  sometime I pay and sometime -- oh, we have our own,
25  what is that, Tournament Committee fund. So -- so we

194

6/23/2005 Lee, Dae Sung

1   use that fund.
2   Q.   So the answer is yes. Whether it came out of
3   the tournament fund or from the USTU, all those
4   meetings you were paid to attend.
5   A.   Yes.
6   Q.   I mean your travel expenses were paid --
7   A.   Yes.
8   Q.   -- to get you there.
9        Since take it from 1988, did you become aware
10  as an Executive Board member that there were lots of
11  disputes in the USTU?
12       MR. JONES: Objection. Vague and
13  ambiguous.
14  A.   I don't know, sir.
15  Q.   Okay. Were there disputes at meetings about
16  who was eligible to vote?
17  A.   Such as?
18  Q.   Such as which person from the state
19  associations were the right person to vote or not to
20  vote?
21  A.   When it comes to election, yes. There is a
22  Credential -- I think -- I don't know the right word,
23  the -- the Credential Committee to check their -- their
24  credential and if they are eligible to vote.
25  Q.   And there were disputes about --

195

6/23/2005 Lee, Dae Sung

1   A.   Especially --
2   Q.   I'm sorry.
3   A.   -- when it comes to election most of time,
4   yes.
5   Q.   Were there various factions within the USTU,
6   this group versus that group and this group complaining
7   about that group?
8   A.   When it goes to -- yeah, when it goes to
9   meeting, yes, I heard this group talk about this and
10  then that group talk about this, some group talk about
11  something else, yes.
12  Q.   And different groups complaining about each
13  other.
14  A.   Yes.
15  Q.   And were there allegations made about
16  improper use of USTU funds?
17       MR. JONES: Objection. Vague and
18  ambiguous.
19  A.   I'm not too sure.
20  Q.   Over the -- oh, sorry.
21  A.   Maybe, but, you know, I wasn't really -- I
22  don't exactly understand what you're --
23  Q.   Okay.
24  A.   -- saying about, you know --
25  Q.   Over the years did you hear people

196

6/23/2005 Lee, Dae Sung

1 complaining that they believe that USTU officers were
2 using USTU funds for their own personal expenses as
3 opposed to benefiting athletes and the organization?
4     A.    I don't know.
5     Q.    Did you hear complaints about how much money
6 President Lee spent on golf and entertaining people
7 from other countries?
8     A.    No, that -- no, that I didn't.
9     Q.    Okay.  Did you hear concerns raised about
10 large amounts of cash being given to people who were
11 supposed to give receipts back later?
12    A.    I -- that I think I heard for some -- some, I
13 think, championship that I heard when we -- or
14 discussed that we have to have a receipt.  So any
15 managers or any officer who attend, they must turn all
16 the receipts to the Treasurer General.  That's --
17 that's what, you know, we discuss.
18    Q.    And before that, that hadn't happened?
19    A.    No.
20    Q.    Do you remember what year that was?
21    A.    Sir, I'm sorry, no.
22    Q.    In the last five years or in the nineties?
23    A.    I think was in the nineties.
24    Q.    Okay.  Rather than talk about the past then,
25 let me jump to 2003.  Did you become aware in 2003 that

197

6/23/2005 Lee, Dae Sung

1     A.    Well, I don't know exactly, you know, but
2 this -- you know, like, say, hey, you know, this is the
3 letter that I received from the -- the financial and
4 then, you know, we doing good.
5     Q.    And in what context did Mr. Warwick share
6 that with you?
7     A.    We're in black.  Black when you make money,
8 where you not --
9     Q.    Oh.
10    A.    -- negative.  But we -- we are in --
11    Q.    Was this at an Executive Board meeting?
12    A.    There was one time in 2001, 2001, yeah, he --
13 in the annual meeting that that year financial is
14 black.  And then --
15    Q.    Well, let's separate out -- I understand he
16 may have been reporting that the organization was now
17 not in the red --
18    A.    Yes.
19    Q.    -- that they had -- they had covered their
20 debts and had some money.
21    A.    Yes.
22    Q.    Can we separate that issue from whether the
23 bookkeeping and financial accounting was proper or did
24 you see those as the same thing?
25    A.    That, I don't know, sir.

199

6/23/2005 Lee, Dae Sung

1 the USOC's Membership and Credentials Committee was
2 reviewing the USTU to see if it was in compliance?
3     A.    Yes.
4     Q.    Did you understand it was the job of the USOC
5 Membership and Credentials Committee to review all the
6 national governing bodies to see if they were in
7 compliance?
8     A.    Yes.
9     Q.    And were you aware that for a large number of
10 years the audits of the USTU had identified problems in
11 how the USTU conducted its finances?
12          MR. JONES:  Objection.  Vague.
13    A.    Yes and no, but I hear really good comments
14 from Virginia with -- when Mr. Warwick was our
15 executive director.  So that -- that was from 1998 to
16 2002.  I -- I heard only good thing about how much we
17 progressed in financial and --
18    Q.    Now who -- who did you hear that from?
19    A.    Huh?
20    Q.    Did you actually speak to Virginia Witte?
21    A.    No, I saw the letter that Mr. Warwick showed
22 to me.
23    Q.    Okay.  Do you recall that those letters said
24 that the USTU still had problems but they made a lot of
25 progress to fix things?

198

6/23/2005 Lee, Dae Sung

1     Q.    Huh?
2     A.    That, I don't know.  I only heard from
3 Mr. Warwick.
4     Q.    That we were in the black.
5     A.    Yes.
6     Q.    Okay.  And you also know he got some letter
7 from Virginia Witte about that the organization was
8 doing better.
9     A.    Yes.
10    Q.    Okay.  So at anytime, though, did the
11 Executive Board discuss the fact that the organization
12 was getting letters from the auditors saying the USTU
13 wasn't in compliance with its financial obligations?
14    A.    Before that usually when we have a executive
15 meeting, they have -- always have a official meeting
16 first and then they do the executive meeting.  And then
17 some material is not cover, all the material is not
18 cover.  That's why I, you know -- you know, because I'm
19 a, you know, you know, what is that, a executive
20 member, but how could you say he don't know anything.
21 But there's some material that it doesn't cover in the
22 executive meeting and Board of Governors meeting.  So I
23 don't know.
24          And then the financial part was, you know,
25 it's -- it's true that Mr. Warwick, that I know, always

200

6/23/2005 Lee, Dae Sung

1  has been executive directors, and then Treasurer
2  General is to handle -- handle all the finance part
3  department and budgeting and whatever. And then so I
4  don't actually -- not actually, but I mean I don't know
5  that much information about financial and, you know,
6  things like that. And then the only reason why I
7  understand is that Mr. Warwick just say, you know,
8  financial we -- we doing really good and then, you
9  know, put -- you know, we have a letter.
10  Q. We're in the black.
11  A. Yeah.
12  Q. Okay.
13  A. Yes.
14  Q. The meeting that comes before the Executive
15  Board meeting, was that a meeting of the officers?
16  A. Yes. They have like a -- it's not -- they
17  usually have a meeting their own, their own.
18  Q. Who's they? I'm just trying to --
19  A. Officers.
20  Q. Okay.
21  A. Officers, yes.
22  Q. So first there's a meeting of the officers.
23  Then there'd be a meeting of the Executive Board. Then
24  there'd be a meeting of the whole Board of Governors.
25  A. Yes.

201

6/23/2005 Lee, Dae Sung

1  Q. And what you're saying is some things that
2  were discussed with the officers were never shared with
3  the Executive Board.
4  A. Yes, sometime, yes.
5  Q. So issues about the financial things that may
6  have been discussed with the officers may not have ever
7  been --
8  A. No.
9  Q. -- discussed with you.
10  A. No. What I'm saying is that some issues, I
11  don't know what issues is, but if it's important, that
12  all the executive member have to -- then they discuss
13  on the -- they usually have agenda. So before I go to
14  any meeting, they already have agenda that what they're
15  going to discuss about this and that and that. And
16  then -- and then we just follow the agenda and then we
17  talk about the problems or, you know, what's coming up.
18  Q. Who set the agenda, President Lee?
19  A. Secretary General, I believe so, sir. And
20  then we have our own bylaw, too, submitted, any agenda
21  items. Then, you know, you have 30 days, 45 days, you
22  know, those kind of thing.
23  Q. At any Executive Board meetings that you were
24  attending, did anyone speak up and say there are
25  important issues that are not on this agenda that we

202

6/23/2005 Lee, Dae Sung

1  should be talking about?
2  A. Not particularly.
3  Q. Okay.
4  A. But there's a lot of issue that is been talk
5  about, you know, but I don't, you know, remember
6  particularly what issue was.
7  Q. Do you remember members of the Executive
8  Board that were unhappy about the way the organization
9  was being run, who were outspoken about --
10  A. No.
11  Q. No?
12  A. No.
13  Q. No athletes, nobody spoke up and said we've
14  got serious problems and we're not doing anything about
15  them?
16  A. I think, you know, I -- I'm not too sure what
17  year is, but it was from either from 2000, 2001, 2002,
18  I think -- I think Mr. Moreno speak regarding about the
19  -- the stipend, the athletes stipend, and also Coach
20  Han Won Lee talk about that.
21      Was -- but most of time I was interested in
22  athletes because I used to be a coach and then, you
23  know, I original coach. So those issue that I, you
24  know, I -- I know. I -- you know, we discuss and then
25  they brought their raise. So they giving a stipend for

203

6/23/2005 Lee, Dae Sung

1  national team member for -- and, you know, if you
2  become certain thing, then they give you so much money,
3  you know. Things like that that we always pass at
4  the -- discuss and then pass at the Board of Member --
5  Board of Governors.
6  Q. Well, do you remember Mr. Moreno speaking out
7  about some issues and after the meeting you were saying
8  to him that you should be speaking out about the same
9  things that he's speaking out about, do you recall
10  that?
11  A. He asked me?
12  Q. No. That -- that he spoke out at the meeting
13  and you were quiet, and after the meeting you said to
14  him that you saw there were problems too and you should
15  be the one, really, who's also speaking out?
16  A. I don't remember.
17  Q. Okay. Do you remember concern expressed
18  about how much control Sang Lee had over the
19  organization?
20  A. Such as?
21  Q. First, do you remember any concern expressed
22  about that?
23  A. I don't know.
24  Q. Do you remember people concerned that term
25  limits were being eliminated so he could stay president

204

6/23/2005 Lee, Dae Sung

1  forever?
2      A.   Yes.
3      Q.   And what was your view on that subject, were
4  you in favor of term limits or in favor of removing?
5      A.   I was favor.
6      Q.   Of removing it?
7      A.   No.
8      Q.   Of keeping them.
9      A.   Yes.  Oh, no, no term.  I'm not -- I'm not
10 favor for keeping him.  I'm talking about the president
11 is no term.
12     Q.   You're in favor that the president could be
13 the president as long as he got elected with no limit
14 on his term.
15     A.   No limit, yes.
16     Q.   Did you hear concern expressed about the fact
17 that Sang Lee appointed a number of state presidents?
18     A.   Yeah, yes, I know.
19     Q.   And did you --
20     A.   Hawaii state is always -- Hawaii state
21 presidents appointed too.
22     Q.   By -- by the president?
23     A.   Yes, Mr. Bob Smith, yes.
24     Q.   Do you remember concern expressed that of the
25 ten delegates at large, Sang Lee appointed five of

205

6/23/2005 Lee, Dae Sung

1  those?
2      A.   That, I don't know, sir.
3      Q.   Okay.  Do you remember concern that he
4  appointed five members of the Executive Committee
5  because he appointed all the Committee Chairs?
6      A.   That I know because he appointed me as one of
7  the committee chair.
8      Q.   Well, you know that he appointed, but do you
9  remember people being unhappy that so many of these
10 members of the board or members of the Executive
11 Committee were being appointed by Sang Lee?
12     A.   No.
13     Q.   Do you remember hearing any concern expressed
14 about that?
15     A.   I don't remember.
16     Q.   Okay.  Do you remember concern expressed that
17 of the hundred or so, hundred and twenty board members,
18 27 were appointed by Sang Lee?
19     A.   I don't remember.
20     Q.   Okay.
21     A.   Hundred twenty-seven appointed by him?
22     Q.   No, 27 were appointed by him out of a hundred
23 or a hundred and twenty.
24     A.   Oh, I don't -- no.
25     Q.   Okay.

206

6/23/2005 Lee, Dae Sung

1      A.   I know Executive Committee, some, you know,
2  appointed by president.  That I know.  Like, you know,
3  Referee Chair, Tournament Committee Chair, you know,
4  like five or six.
5      Q.   And the -- you didn't know that five of the
6  ten delegates at large were appointed by him?
7      A.   No, I cannot say no because when it comes to
8  board, there's a -- but I wasn't really interested on,
9  you know, the -- what -- you know, tell the truth, you
10 know, I don't -- yeah.
11     Q.   That's fine.  If you don't remember, you
12 don't know, I just wanted to know.
13          Well, in 2003 when the USOC started focusing
14 on the governance --
15     A.   Yes.
16     Q.   -- did you attend any of those meetings, the
17 Membership and Credentials Committee meetings?
18     A.   No.
19     Q.   So the meeting that the USOC Membership and
20 Credentials Committee had in the spring of 2003, the
21 open meeting where people could come in and talk about
22 their concerns about the USTU, you didn't attend that
23 meeting.
24     A.   No.
25     Q.   So you never attended any meetings of the

207

6/23/2005 Lee, Dae Sung

1  Membership and Credentials Committee.
2      A.   No.
3      Q.   Never talked to anyone on the Membership and
4  Credentials Committee?
5      A.   No.
6      Q.   So anything you know about that process was
7  told to you by other people?
8      A.   No.  I visit Mr. Smith and Mr. Jill -- I
9  forgot her last name.
10     Q.   Chalmers.
11     A.   Jill Chalmers, yes.  I was there nineteen --
12 2003, September.
13     Q.   Okay.
14     A.   I visited with Mr. -- President Lee and Sammy
15 Pejo and myself to their office to discussion about
16 remediation plan that USOC was going to give to
17 presently.
18     Q.   Okay.  Had you seen remediation plans before
19 then?
20     A.   No, I didn't know.  No, they were just
21 talking about the remediation plan.
22     Q.   Okay.
23     A.   That's the first time I heard about
24 remediation plan was September.
25     Q.   Did they tell you in September that there had

208

6/23/2005 Lee, Dae Sung

```
1   been discussions going on for a month or more about
2   remediation plans?
3       A.  Well, I just attend and all I hear was --
4   well, Ms. Jill was pretty upset and Mr. Smith came in
5   like five, ten minutes before, I mean afterward.  And
6   then I saw Ms. Chalmers first, you know, she was upset
7   about the language that what they brought up and this
8   and that.  So I asked her, you know, actually did you
9   hear about the -- such a language as a Korean mafia,
10  and then she say yes.  And then so then I think Sammy
11  said that, you know, if we -- just in case if we go to
12  court you can -- would you like to be a witness and she
13  said yes, and that's when I heard from her.
14          And then Mr. Smith walked in and then, you
15  know, he -- he also -- he didn't say the word, but
16  he, you know, he also heard.  And then he say if he
17  wants to testify, he will be testifying.  I mean
18  that's, you know, that's what I understand on that
19  particular trip.
20          And then after the meeting I told Sammy that,
21  you know, I was shock.  And --
22      Q.  Well --
23      A.  -- that's -- that's the -- that's the first
24  that I actually involve in remediation plan and things
25  like that.  I saw the letter on -- you know, when they
```

209

6/23/2005 Lee, Dae Sung

```
1   fax when I was in Pan Am.
2       Q.  Which letter?
3       A.  Mr. -- Mr. Satrum?
4       Q.  Yeah.
5       A.  Yes, the first letter.
6       Q.  Okay.
7       A.  I think was dated August 4th.
8       Q.  And -- and what was your reaction to that
9   letter?
10      A.  I was very offensive personally.  I mean, you
11  know, I was -- you know, that's -- it will hurt me.  It
12  was hurt because the -- the particular line I -- you
13  know, I don't remember which, you know --
14      Q.  Allegiance to Korea.
15      A.  Yes.  I mean, you know, sir, all these year I
16  was so proud to be American, okay.  And then, you know,
17  every time I -- when I go to each country, I always try
18  to win best medal, best result, best for myself to
19  serve this country.  And when we did win in Seoul, that
20  means I'm allegiant to Korea?  And then I -- I was -- I
21  just -- I just couldn't believe it.  And I even ask
22  that same day to Mr. Warwick, I took the copy and then
23  I talked to Mr. Warwick because he was --
24      Q.  At the Pan Ams with you.
25      A.  Yes, yes.  And he was in the same hotel, the
```

210

6/23/2005 Lee, Dae Sung

```
1   headquarter office.  And, you know, and then I said
2   what's going on and what is this.  And then even
3   himself he doesn't know what that mean was, you know.
4       Q.  But when you first saw that letter --
5       A.  Yes.
6       Q.  -- were you aware that many pages of
7   documents had been submitted by USTU members
8   complaining that the USTU was run to benefit Koreans to
9   the exclusion of other American citizens?
10      A.  I didn't know until that when I went to that
11  -- the deposition with Mr. Harris and then you guys
12  produced all the paper.  That's the first time.  I
13  didn't, you know, saw the stuff.
14      Q.  Well, do you know Rhonda Sweet?  Do you know
15  who Rhonda Sweet is?
16      A.  Yes.
17      Q.  Well, did you know that Rhonda Sweet had
18  submitted a -- along with some other people a 40-page
19  document that included pages and pages of complaints
20  about issues related to the fact that the USTU was
21  controlled by sort of Korean grandmasters or people of
22  Korean-American descent?
23      A.  When?
24      Q.  In the spring of 2003?
25      A.  I don't know.  I didn't --
```

211

6/23/2005 Lee, Dae Sung

```
1       Q.  Okay.  Did you understand what Mr. Satrum's
2   letter was -- the purpose of his letter was when you
3   saw it?
4       A.  Well, there's a -- there's a -- I guess there
5   was like a 16 or 12.  First letter was like 13 or
6   whatever.  Yes, they wrote it down, whatever, you know.
7       Q.  But did you understand that the purpose of
8   the letter was the USOC Membership and Credentials
9   Committee was advising the USTU what criticisms and
10  complaints had been made to the USOC by members of the
11  USTU about how the USTU was run?
12      A.  That's not how I accept the -- I thought
13  Mr. Tom Satrum himself wrote the letter to USTU to you
14  know, respond.  I didn't know.
15      Q.  Did you know that it was after there had
16  been an open meeting where there'd been hours of
17  people coming in and complaining about problems in the
18  USTU?
19      A.  Yes.  That was -- that was April, 2003 you're
20  talking about or 2003, September 16?
21      Q.  I'm talking about April or May.  I don't
22  remember the date.  So I can't be sure if it's April
23      A.  Oh, well --
24      Q.  But the open meeting that took place in the
25  spring of 2003?
```

212

6/23/2005 Lee, Dae Sung

1  A.  Oh, 2003. I think I remember and then I
2  heard that, yes, I think -- I think so.
3      THE VIDEOGRAPHER: Can we do a tape
4  change?
5      MR. LEVINSTEIN: Sure.
6      THE VIDEOGRAPHER: The time is 2:01 p.m.
7  We are off the record. This concludes tape number two.
8      (A recess was taken.)
9      THE VIDEOGRAPHER: The time is 2:07 p.m.
10 We are back on the record. This is the start of tape
11 number three.
12     Q.  (Continued by Mr. Levinstein.) Okay.
13 Let's -- I'll show a document as soon as it gets copied
14 but --
15     A.  Yes.
16     Q.  -- let's go to that meeting you were at with
17 Jill Chalmers.
18     A.  Yes.
19     Q.  Why were you, Sammy Pejo and Sang Lee the
20 ones meeting with Bruce Harris? You weren't an
21 officer.
22     A.  Who me? I think there was some kind of a --
23 we had some kind of a -- a function. I didn't -- you
24 know, we were -- there was something, so I happen to be
25 there. I wish I, you know, I can tell you. But I -- I

213

6/23/2005 Lee, Dae Sung

1  got invited by President Sang Lee and Mr. Sammy Pejo
2  ask me to go to that meeting because the, I think,
3  afternoon they supposed to have a meeting.
4      Q.  Well, your Declaration says somewhere that it
5  was on September 24th.
6      A.  Yeah, September 16 or 24, yeah, something
7  like -- the -- the -- that's the date.
8      Q.  Mr. Harris testified it wasn't until October
9  8th, and his memo indicates this meeting took place
10 October 8th with Jill Chalmers.
11     A.  When I went, Mr. Harris wasn't there.
12     Q.  You met with Jill Chalmers when Mr. Harris
13 wasn't there.
14     A.  Yes. The --
15     Q.  Okay. And you said in this meeting you
16 asked Jill Chalmers if the term Korean mafia had been
17 used?
18     A.  Yes, that if he heard.
19     Q.  Well --
20     A.  If she heard.
21     Q.  -- who had told you about this term Korean
22 mafia?
23     A.  Well, Mr. -- Mr. Lee and Mr. Sammy Pejo and
24 Mr. Harris, I guess they heard. And -- and -- and then
25 that's the time that I went with Mr. Lee and Mr. Pejo

214

6/23/2005 Lee, Dae Sung

1  and then they have some other discussion. So I heard
2  from them. So I asked her personally if you actually
3  heard and then she say yes.
4      Q.  And this was separate from the meeting with
5  Mr. Harris.
6      A.  No, that -- that time Mr. Harris wasn't
7  there.
8      Q.  Because the meeting with Mr. Harris had
9  already taken place?
10     A.  I don't know.
11     Q.  Okay.
12     A.  But that's what I heard from Mr. Lee and
13 Mr. Sammy Pejo.
14     Q.  When's the first time you heard the term
15 Korean mafia being used and applied to the USTU?
16     A.  From USOC personnel?
17     Q.  Anyone.
18     A.  That was -- I don't know.
19     Q.  Mr. Warwick will tell you that it was a
20 common term during the time he was an executive
21 director. Did you ever hear discussion of the
22 allegation that the USTU was run like a Korean mafia
23 when Mr. Warwick was the executive director?
24     A.  I think I heard that that's the term that --
25 not Mr. Warwick did directly, but Mr. Warwick say that

215

6/23/2005 Lee, Dae Sung

1  some of the -- when he -- during the -- when he goes to
2  meeting, that he heard terms of Korean mafia.
3      Q.  Which meeting? That Mr. Warwick --
4      A.  Meeting or not, but he said he heard the term
5  of Korean mafia.
6      Q.  What year are you talking about?
7      A.  When he was executive director.
8      Q.  So before 2003.
9      A.  Yes.
10     Q.  Before these Membership and Credentials
11 Committee meetings.
12     A.  Yes.
13     Q.  And -- and from whom did he hear these --
14 this term being used?
15     A.  I don't remember.
16     Q.  Was it from members of the USTU?
17     A.  No, that I don't think so, but I'm not -- you
18 know, I don't know -- for sure that he told me that's a
19 member of USOC, okay, sometime use the language of
20 Korean mafia.
21     Q.  Before 2003.
22     A.  Yes.
23     Q.  In what context?
24     A.  See, I don't know when he was --
25     Q.  Okay. Let me show you what's been marked --

216

6/23/2005 Lee, Dae Sung

1  why don't you mark that as Exhibit 2.
2           (Deposition Exhibit No. 2 was marked for
3           identification.)
4     Q.  I show you what's been marked as Exhibit 2 --
5  it's Bates number USOC 493 through maybe 567, I'm not
6  sure if it's consecutive, but it should be -- and ask
7  if you've seen this document before.
8     A.  No.
9     Q.  Let me read you -- well, let me just start
10 with, do you understand that this document is a
11 submission that was made to the Membership and
12 Credentials Committee by members of the USTU at the
13 open meeting on May 2nd, 2003?
14    A.  That's what it say, yes.
15    Q.  Yeah, but no one ever showed you this
16 document.
17    A.  No.
18    Q.  Let me read you -- let me read -- start on
19 page two.  Let me read just some paragraphs so you can
20 -- we're on the same page about what I'm talking
21 about.  Oops, I'm going to have to switch.  This is my
22 highlighted version.  I don't know how that happened.
23    A.  Can I -- can I keep that?
24    Q.  It doesn't matter.
25    A.  No, I --

217

6/23/2005 Lee, Dae Sung

1     Q.  I just don't want to confuse you.
2     A.  So -- so --
3     Q.  We're going to read the same pages.
4     A.  Yeah, so -- so I know what --
5     Q.  It doesn't matter.  Our current leadership
6  has secured a lock on the future governance of our
7  sport.  If you'll look in the middle of -- right here.
8     A.  Yes.
9     Q.  Page two.
10    A.  Uh-huh.
11    Q.  Our current leadership has secured a lock on
12 the future governance of our sport, ensuring that
13 unless they wish to remove someone, that person holds
14 their position forever.  Through a system of bought
15 votes, appointed officers and sheer cronyism, anything
16 the officers of the USTU do not want to happen simply
17 won't.
18         Forty percent of our Executive Committee is
19 appointed.  A hundred percent of our delegates at large
20 are appointed.  Forty-seven percent of our state
21 presidents are appointed.  Where is the democracy in
22 this?  Of the elected Executive Officers, 15 percent of
23 the officers are students of the President.  Of the
24 Delegates at Large, 20 percent of them are students of
25 the President.  Our Executive Committee is 50 percent

218

6/23/2005 Lee, Dae Sung

1  Korean.  Sixty percent of our Delegates at Large are
2  Korean.  Approximately 59 percent of our state
3  presidents are Korean.  Yet our membership is not
4  predominantly Korean; it is not even close to
5  predominantly Korean.
6         Do you recall when you were on the board
7  criticisms or complaints that through the appointment
8  system the board was controlled by a minority of
9  Korean-Americans?
10    A.  You know, so if you read this thing, I don't
11 see any Korean-American.  They all say Korean.  So I'm
12 considered as a Korean too?  I'm not Korean, I'm
13 American.  Why they keep saying they Korean?  I mean
14 that's the one thing that -- that people understand why
15 they emphasize as a Korean.
16    Q.  I understand, but I'm telling you this is
17 what --
18    A.  No, that's --
19    Q.  -- was being said by USTU members.
20    A.  That's the same thing when I received and
21 then when I saw the letter that Mr. Tom Satrum said
22 that it's allegiance to -- to Korea.  No, I'm very
23 dependent on this.  Then they should say something
24 else.  Why they say -- keep Korean, Korean and Korean.
25 And then that's how we divided each groups from Korean

219

6/23/2005 Lee, Dae Sung

1  and non-Korean?  So I'm not -- I'm -- I'm Korean.  So
2  maybe I should go back to Korea instead.  No, it's not,
3  sir.  I mean that's the thing.
4         And then you only looking at the one point of
5  view and you discuss.  Why don't you look at the both
6  side.  I mean if the -- Mr. Tom Satrum really care
7  about our union, then maybe they should say something
8  about good things.  They only talk about bad thing.  We
9  did -- we did great thing.  We brought -- look at the
10 athletes from 1988 till all the way the Olympic Game,
11 we brought gold medal, demonstration sport 1988.  If
12 they'll -- we were medal count, we will become a second
13 place because we won like five, six medals in Olympic
14 in '88.  I mean there's a lot of thing.
15    Q.  Well, were you aware that these were issues
16 being raised by USTU members?
17    A.  No.
18    Q.  No one told you this?
19    A.  No.
20    Q.  Okay.  Were you aware that it was Tom
21 Satrum's job to tell the USTU, here's what your members
22 are complaining about, please tell us the response?
23    A.  Sir --
24         MR. JONES:  Objection.  That misstates
25 the testimony and also contains facts not in

220

6/23/2005 Lee, Dae Sung

```
1   evidence.
2       A.  You know, now I understand more, yes?
3       Q.  Yes.
4       A.  With Tom Satrums trying to say to us, you
5   know, because I -- but that time, no, when I read the
6   letter, it wasn't not like that.  It was like more,
7   okay, if you don't do this, you know, we're gonna do
8   this, so why don't you follow up.  It's not like you
9   hand out all this book nice and then, you know -- when
10  I read the letter was when I was in Dominica Republic.
11  President Lee called me and then say, you know, there's
12  a letter that was send by Tom Satrum.
13      Q.  But the letter from Tom Satrum was to Bruce
14  Harris.
15      A.  Huh?  Yes, from USTU probably, yes.  So I
16  read, yes.
17      Q.  But Bruce Harris had seen this.  Bruce Harris
18  knew all about this.
19      A.  Well, yeah, I guess he's executive director,
20  but it doesn't mean that all the -- I -- I didn't read.
21      Q.  I understand.
22      A.  Yes.
23      Q.  I understand.  When you read the letter you
24  didn't understand the context in which it was being
25  sent.  You didn't know that these allegations had been
```

221

6/23/2005 Lee, Dae Sung

```
1   made by members of the USTU, right?
2       A.  Yes.
3       Q.  And you didn't understand why Tom Satrum was
4   writing a letter to the USTU.
5       A.  No, it's not that.  What do you mean by not
6   understand?
7       Q.  What I mean is you didn't understand that
8   there had been meetings going on and that Tom Satrum
9   had been getting all these complaints about the USTU
10  from USTU members.
11      A.  Sir, you know, I -- can I -- can I just rest
12  little bit?
13      Q.  Sure.
14      A.  You know, I just --
15      Q.  Take a break.
16      A.  Can I -- can I --
17          MR. JONES:  Yeah.
18      A.  -- take a five-minutes break?  I want to
19  breath and I want to, you know -- you know, because --
20      Q.  Relax.
21      A.  Yes, it's -- it's -- it's make me --
22          THE VIDEOGRAPHER:  The time is 2:18 p.m.
23  We're off the record.
24          (A recess was taken.)
25          THE VIDEOGRAPHER:  The time is 2:20 p.m.
```

222

6/23/2005 Lee, Dae Sung

```
1   and we're back on the record.
2       Q.  (Continued by Mr. Levinstein.)  When you
3   saw Mr. Satrum's August letter, you were out of the
4   country.
5       A.  Yes.
6       Q.  And you had not attended the April meeting --
7   the May meeting of the Membership and Credentials
8   Committee.
9       A.  Yes.
10      Q.  Okay.
11      A.  No, I didn't, I didn't.  Yeah, that's what
12  I'm trying to say I didn't.
13      Q.  Yes, you did not.  And you didn't know -- no
14  one had reported to you about what had been said at the
15  May meeting.
16      A.  Nobody, yes.
17      Q.  And no one had told you about documents that
18  have been submitted at the May meeting.
19      A.  That I don't know.
20      Q.  No one had shown you, for example, Exhibit 2.
21      A.  Yes, yes.
22      Q.  And you didn't know that a number of USTU
23  members had shown up at that meeting and criticized the
24  USTU and how it was run.
25      A.  I guess.
```

223

6/23/2005 Lee, Dae Sung

```
1       Q.  You didn't know that or you did?
2       A.  I didn't know.
3       Q.  So you didn't know that was going on.
4       A.  No.
5       Q.  Okay.  And in that context seeing
6   Mr. Satrum's letter without knowing any of the
7   background of his letter --
8       A.  Uh-huh.
9       Q.  -- it upset you.
10      A.  Well, some part, not all the letter.
11      Q.  Okay.
12      A.  I mean that's -- that's one of the
13  concern.  So I -- I took the letter and then talked to
14  Mr. Warwick.
15      Q.  Okay.  Mr. Warwick wasn't working for the
16  USTU at that time.
17      A.  The USOC.
18      Q.  Okay.  And he wasn't involved in taekwondo at
19  all.
20      A.  No.
21      Q.  What's the World Taekwondo Organization?
22      A.  World?
23      Q.  The WTO?  Is there such a thing?
24      A.  World Taekwondo Organization, I think it's
25  some form -- just -- just regular organization.  I
```

224

6/23/2005 Lee, Dae Sung

```
1   think they put my name as a vice chair or something,
2   but I think that's the organization WTO.
3       Q.  You're a member of the WTO.
4       A.  I'm not member but someone else -- if my name
5   is there -- there's one more organization, but I'm not
6   recall.  That's how much I -- I'm not interested, but I
7   think they put me as a like vice chair.  I don't know
8   that's the WTO or some other --
9       Q.  Is there an organization that a requirement
10  to be a member is that you be of Korean ancestor?
11      A.  No, that -- nothing that I know.
12      Q.  Didn't you and Mr. Warwick discuss an
13  organization you're a member of that he couldn't be a
14  member of because he's not Korean?
15      A.  Mr. Warwick?
16      Q.  Correct.
17      A.  I don't remember.
18      Q.  Is there an organization of Korean
19  grandmasters?
20      A.  Yes.
21      Q.  Is it called the WTO?
22      A.  I don't know.  I know they're called the --
23  the Korean, you know, version of like a master club or
24  something like that.
25      Q.  And you were a member of that organization.
```

225

6/23/2005 Lee, Dae Sung

```
1       A.  I am not.
2       Q.  So you don't recall discussing with
3   Mr. Warwick that you were a member of this organization
4   and he was not allowed to be a member because he was
5   not Korean.
6       A.  I don't think so.  I don't remember.
7       Q.  Okay.  But you do know that someone's
8   identified you as a vice chair of an organization
9   called the WTO.
10      A.  No, I -- that's why I'm saying, I -- I don't
11  know -- that's how much -- no, it's not WTO.  I think
12  UST something, T, not TF or not WTO.
13      Q.  Okay.  Do you remember in your positions with
14  the USTU complaints about the fact that Korean
15  grandmasters would have meetings separate from the rest
16  of the taekwondo community?
17      A.  No.
18      Q.  Do you remember allegations that the outcome
19  of events, competitions, depended on the ancestry of
20  the referees and the competitors?
21      A.  No.
22      Q.  You never heard anyone say that an athlete
23  didn't win because he wasn't Korean and the judge was
24  Korean-American?
25      A.  No, sir.  Then if that -- if that's the fact,
```

226

6/23/2005 Lee, Dae Sung

```
1   then I should have won 1988 Olympic team trial.  Do you
2   know there's a four judge out of two, three was
3   Korean-American, center referee was Korean-American.
4   If you -- you think that that's the truth and then I
5   should have won.
6       Q.  Maybe -- not if it was -- maybe if it wasn't
7   close, they couldn't go that way.
8       A.  Sir, it was very close fight, but I told you
9   that I lost the fight, you know.  I'm a -- I'm a -- you
10  know, I don't lie on those kind of thing.  But if you
11  can turn around, who -- who knows.
12      Q.  But you never heard that there were all sorts
13  of complaints throughout the USTU about refereeing and
14  that it was biased based on what -- whether the
15  competitor was Korean-American or not, you never heard
16  that?
17      A.  No, sir.
18      Q.  Did you attend Mr. Harris's testimony?
19      A.  Which one?
20      Q.  Bruce Harris's testimony?
21      A.  At the depo?
22      Q.  Yeah.
23      A.  Yes, I was there.
24      Q.  Did you hear him say that he's heard that for
25  the last 20 years?
```

227

6/23/2005 Lee, Dae Sung

```
1       A.  Well, that I didn't -- I wasn't really
2   concentrate.  But I mean that's -- that's what he said,
3   then maybe that's his opinion, but I didn't hear.  You
4   ask my opinion.
5       Q.  No one ever said anything like that to you?
6       A.  Yeah.  No.
7       Q.  Is that -- no one ever discussed with you the
8   fact that non-Korean-Americans were concerned about
9   whether their bouts would be judged fairly by
10  Korean-Americans and vice versa, that Korean-Americans
11  were concerned that their bouts wouldn't be judged
12  fairly by non-Korean-Americans?
13      A.  No.  Maybe -- okay, oh, what his name,
14  Mr. Perez told me, okay?  Because I don't want to
15  deny.  It seems like I'm lying.  Then Mr. Moreno once
16  said to me, I don't -- I don't know what tournament
17  was, that he didn't say about the Korean-American
18  thing, but he said the judge was unfair.
19      Q.  And the implication was it was because of
20  whether the competitor was Korean-American or not.
21      A.  But, sir, I explain to Mr. Moreno that
22  particular fight -- because the center referee, they
23  were tie, they were tie, the score was 3-3, and that
24  the center referee was American who raised their hand
25  to what you saying about Korean -- the coach --
```

228

6/23/2005 Lee, Dae Sung

1  Korean-American coach. So I told him that's not a
2  racism. Then how can you -- that's -- we had a big,
3  you know, talk between me and, I think, Juan Moreno. I
4  think that was like three, four years ago.
5      Q.  So you and Juan Moreno did have a long
6  conversation about whether fights have been treated
7  unfairly because of who was Korean-American.
8          MR. JONES: Objection. That misstates
9  the testimony. I think he said one fight.
10     A.  One I -- one fight that I -- I -- he was
11 really upset.
12     Q.  And he didn't tell you that this was a common
13 issue.
14     A.  Well, but -- but I tried to explain to him,
15 said that the center referee wasn't Korean.
16     Q.  I understand. But in all the time you've
17 known Herb Perez, Juan Moreno, Jay Warwick, are you
18 telling me you never discussed with them other than
19 this one incident you've mentioned and -- and one
20 conversation with Mr. Perez the concern that
21 Korean-Americans controlled the USTU and the refereeing
22 and that non-Korean-American competitors have concern
23 that their matches won't be judged fairly?
24     A.  No.
25     Q.  Okay. Did there -- in your discussions in

229

6/23/2005 Lee, Dae Sung

1  September of 2004 with Mr. Sang Lee and Mr. Sammy Pejo,
2  sorry, September of 2003, did they tell you that the
3  USTU was not in compliance with its obligations to the
4  national governing body?
5      A.  No, I -- I don't know. I don't know.
6      Q.  Well, you know there was discussion about
7  entering into a remediation plan.
8      A.  Well, that's -- that's -- see, I only got
9  little piece of information. I didn't got piece --
10 like whole information like Mr. Pejo because Mr. Pejo
11 was a AAC and then he was living Colorado. And most
12 work was done and I only find out from --
13     Q.  Okay.
14     A.  -- just, you know, some pieces. And then,
15 you know, like, what do you call, the deal, deal, like
16 the negotiation was going between President Lee and
17 USOC and then, you know, those kind of things. I just
18 have a little information.
19     Q.  Okay. So you don't know the details of those
20 negotiations.
21     A.  No.
22     Q.  You don't know the details of all the ways
23 that the USOC said the USTU was not in compliance.
24     A.  I don't know.
25     Q.  And you don't know the response of the USTU

230

6/23/2005 Lee, Dae Sung

1  to those concerns.
2      A.  I think we did response that Mr. Harris and
3  trying to meet the requirement of what they are asking
4  for.
5      Q.  But you heard Mr. Harris's testimony that,
6  yes, the USTU was not in compliance.
7      A.  Yes, I heard that, yes, that's true.
8      Q.  And you understood that there was some sort
9  of plan needed or else the USTU might not continue to
10 be the national governing body.
11     A.  Yes.
12     Q.  And did you support the USTU entering into a
13 remediation plan?
14     A.  As a executive member, yes.
15     Q.  Okay. Let me show you a new document.
16         (Deposition Exhibit Nos. 3 and 4 were
17         marked for identification.)
18     Q.  Why don't you take a look at Exhibit 3 and
19 Exhibit 4. For the record, Exhibit 3, titled
20 Agreement, is a settlement agreement dated January 27,
21 2004, and Exhibit 4 is titled USOC Remediation Plan for
22 USTU, also dated January 27, 2004.
23     A.  Oh, you got a --
24     Q.  Oh, two copies, I apologize.
25     A.  Yes.

231

6/23/2005 Lee, Dae Sung

1      Q.  And have you seen these documents before?
2      A.  I -- I did --
3      Q.  Oh.
4      A.  -- not see this one, but I saw this one. I
5  think I read. I didn't see this one for this.
6      Q.  Well, didn't you understand that the
7  remediation plan was an attachment to the agreement?
8      A.  Well, you know what, I -- tell the truth, the
9  -- this -- I only got copy of this. They fax to me.
10     Q.  Who faxed to you?
11     A.  US -- USTU office.
12     Q.  Okay. Well, do you recall that there was a
13 resolution that had attached to it both of these
14 documents?
15     A.  Yes.
16     Q.  Okay. Let me show you a new exhibit.
17         (Deposition Exhibit No. 5 was marked for
18         identification.)
19     Q.  Take a look at Exhibit 5 and I ask, is that
20 your signature on Exhibit 5?
21     A.  Yes, I know.
22     Q.  And did you print your name on the first
23 line?
24     A.  Yes.
25     Q.  And did you write your position as junior

232