1    committee chair?

2        A.    Yes.

3        Q.    And did you date it 2/20/04?

4        A.    Yes.

5        Q.    And did you sign it on February 20th, '04?

6        A.    Yes, and I fax to them.

7        Q.    Okay.  And when you signed it, had you read

8    the resolution?

9        A.    The remediation --

10       Q.    No.

11       A.    -- plan?

12       Q.    No, the resolution that's referred to in --

13   in 5.

14       A.    Right here?

15       Q.    You see you voted to approve the attached

16   resolution dated February 6th, 2004?

17       A.    Yes.

18            MR. JONES:  Did we -- I'm sorry, do we

19   have the resolution?

20            MR. LEVINSTEIN:  I don't.  I didn't -- I

21   don't have that with me because I didn't think there

22   would be an issue about that.

23       A.    That I -- yeah, because that's what they

24   faxed to us and then -- yes, yeah.

25       Q.    Okay.  And were you aware the resolution was

1    to approve both the settlement agreement and the

2    remediation plan?

3        A.    Yes.

4        Q.    Okay.  All right.

5        A.    But can I say?

6        Q.    Sure.

7        A.    My understanding was if I don't sign this --

8    because that's one of the reason I think they fax

9    earlier, but I didn't sign until last minute because if

10   I don't sign I think we will destroy USTU.  I think,

11   you know, we get decertification.  It means all this

12   year that I've been work with the athletes, you know,

13   all the times that I share and I had to save the

14   union.  My -- my knowledge from my heart was I have to

15   save it, okay?

16            And same time President Lee call me, I think,

17   January 28 and that was very hard moment.  I said, sir,

18   don't -- he ask me I sign this remediation plan, number

19   one, to save USTU and to save your position as the

20   Olympic coach 2004.  And then I said, you know, I mean

21   that's -- that's really, you know, that's one of the

22   reason he signed it.

23            And then for me when I send this, I want to

24   save my union because I don't want them to get

25   decertified.  And then US -- what is that, the Olympic

1    is coming that year very quickly and same time I work

2    for the -- the position of Olympic coach in 2004.  So I

3    signed it and I fax it in, I think, you know, like

4    almost like 8:00 or 9:00 o'clock.

5        Q.    Okay.

6        A.    But my decision was, number one, I have to

7    save my union.

8        Q.    But prior to February 20th, you'd supported

9    the remediation plan.

10       A.    Excuse me?

11       Q.    You'd -- you'd previously supported there

12   being a remediation plan.

13       A.    Who me?

14       Q.    Yes.

15       A.    Me, well, I didn't -- I told them to fight,

16   if we can talk to them and if we can negotiate them,

17   let's do and then let's keep, you know.  I was not,

18   what is that, wants to follow the remediation plan.

19       Q.    But before January 27th, 2004 --

20       A.    Uh-huh.

21       Q.    -- there'd been a conference call in which

22   you'd approved orally the remediation plan as part of

23   the Executive Committee.

24       A.    Yes, because I have to -- I have -- just like

25   I said, I have -- you know, if I don't, then US --

1    there's no USTU and that's the impression.  I mean

2    regardless they said the remediation plan will be

3    giving you better support for next future USTU, this

4    and that.  And then -- but in that time my

5    understanding, yes, if you don't accept remediation

6    plan, then U -- U -- USTU will be decertified.  There's

7    no choice.

8        Q.    Well, do you understand why the USTU was

9    going to be decertified?

10       A.    I guess you just told me, because they didn't

11   comply or meet the requirement.

12       Q.    Didn't you understand that they had the worst

13   financial record keeping of any national governing body

14   in the history of the Olympic movement?

15            MR. JONES:  Objection.  Assumes facts

16   not in evidence.

17       A.    I heard, I heard from Mr. Warwick that we are

18   much better even though he become Olympic director

19   that, you know --

20       Q.    In 2002?

21       A.    I don't -- after he become a USOC director, I

22   think 2003, I don't know, but numbers time that we talk

23   about he say you think that our union was that bad, he

24   said no.  He said that there's some union or some NGBs

25   much worse than us, but they're -- they are surviving.

6/23/2005 Lee, Dae Sung

1   Well, that's the word.  So, you know, maybe we were,
2   but, you know -- but during the one Mr. Warwick was a
3   executive director, we did fine, we had no problem.
4       Q.   You had no problems?
5       A.   Yes, I don't think --
6       Q.   Okay.
7       A.   -- you know, yeah.
8       Q.   You didn't hear there were members who
9   believed that your entire organization was unfair?
10      A.   There wasn't --
11      Q.   Didn't anyone tell you that?
12      A.   Why don't they brought this --
13           MR. JONES:  Objection.  Asked and
14  answered.
15      Q.   Well, let me ask this.  Why did -- did you
16  ask Mr. Sang Lee and others if the USTU was out of
17  compliance?
18      A.   Out of compliance?
19      Q.   If they hadn't complied, that they weren't
20  performing properly.
21      A.   Well, when I talk to Mr. Bruce Harris, you
22  know, when that letter was and then they said that all
23  the -- most of all the questions are -- can be
24  answered.
25      Q.   Were you aware that the decision had been

237

6/23/2005 Lee, Dae Sung

1   made by the USTU and its lawyers that they really
2   didn't have a defense and that the only option was to
3   enter into a deal?
4       A.   That I don't know.
5       Q.   Okay.  All right.  Let's keep going then.
6   If you were on the Executive Board, why did you
7   just -- and you thought that it was important the USTU
8   not enter into a remediation plan -- well, strike
9   that.
10           Did you not -- was there something about the
11  remediation plan you didn't like?
12      A.   I think that that was the last option that we
13  had to accept.
14      Q.   But did you read it?
15      A.   I didn't -- I didn't go like line to line,
16  but I went read through, yes.
17      Q.   Did you understand it?
18      A.   Most of them, yes.
19      Q.   And was there something in it you didn't
20  like?
21           MR. JONES:  You're talking about Exhibit
22  4 when you say the plan?
23           MR. LEVINSTEIN:  The plan and the
24  settlement agreement, whatever he read.
25           MR. JONES:  He said -- I think he

238

6/23/2005 Lee, Dae Sung

1   said --
2       A.   Not the --
3           MR. JONES:  -- he never got the
4   settlement agreement.
5       A.   I didn't, I didn't.
6           MR. LEVINSTEIN:  He received the
7   settlement agreement, but he can say he doesn't
8   remember it, but that's okay.  It was attached --
9       A.   No, I did --
10          MR. LEVINSTEIN:  -- to the resolution.
11      A.   -- not, I did not receive this.  Only -- so
12  -- I only had fax from our, was it, office, okay.  If I
13  did, sir, then I will say yes.
14      Q.   Okay.  Then look at the remediation plan.
15  Was there something in it you objected to?
16      A.   I think -- well, if I say right now, then
17  it's too late anyway because I signed the paper.
18      Q.   Okay.  And the advice you got was, if you
19  don't sign this --
20      A.   No, that's not --
21      Q.   -- the USOC will hold us not in compliance.
22      A.   Not sign.  Well, that's the one way that we
23  can save our union.
24      Q.   Okay.  All right.  Were you on the phone in
25  conference calls about the remediation plan in which

239

6/23/2005 Lee, Dae Sung

1   people went through what was being agreed?
2       A.   Yes.
3       Q.   And so you were on the conference call with
4   the Executive Board in which all the terms of the
5   settlement agreement and the remediation plan were
6   explained to you?
7       A.   Yes.
8       Q.   And on that phone call, everyone orally
9   agreed that they were going to approve it before
10  January 27?
11          MR. JONES:  Excuse me, you said the
12  question was when all the terms of the settlement
13  agreement were explained?
14          MR. LEVINSTEIN:  And the remediation
15  plan.
16          MR. JONES:  Listen to the question.
17      A.   That I don't know, sir, I don't know.  But I
18  know we had a two phone conference  --
19      Q.   All right.
20      A.   -- okay.  One was from the --
21      Q.   Do you recall being advised that if you
22  agreed to the remediation plan, the USOC wouldn't go
23  ahead with the January 27, 2004 hearing about whether
24  the USTU was in compliance?
25      A.   Could you explain to me little more?  I don't

240

6/23/2005 Lee, Dae Sung

1  understand.
2      Q.   Do you remember there was going to be a
3  hearing on January --
4      A.   Yes, on the 27, yes.
5      Q.   -- 27th in front of the Executive
6  Committee --
7      A.   The USO --
8      Q.   -- of the USOC?
9      A.   In Chicago, yes.
10      Q.   Maybe.  I don't remember where it was.
11      A.   But, yes.
12      Q.   I was there, but I don't remember where it
13  was.
14           Okay.  And do you remember having a
15  conference call with the Executive Committee where it
16  was discussed if you entered into an agreement, that
17  that hearing wouldn't go forward and that instead we'd
18  have the remediation plan?
19      A.   Yes, I think so.
20      Q.   Okay.  And do you recall that if the --
21  agreeing that if the Executive Committee members didn't
22  all sign off and approve --
23      A.   Majority.  Then it will go to
24  decertification.
25      Q.   Right, and that's what it said in the

241

6/23/2005 Lee, Dae Sung

1  agreements.
2      A.   I didn't --
3      Q.   That's what you were told in the meeting was
4  what these agreements said.
5      A.   Yes, they have to be passed by majority.
6      Q.   Right.  And then if they weren't passed by
7  majority, then the USOC could go ahead without a
8  hearing and make a decision about whether to decertify,
9  whether to recommend to the board of the USOC to
10  decertify.
11      A.   Yes.
12      Q.   Okay.
13      A.   But also he said that even though we majority
14  pass this, but they still have to go to board of --
15  board -- board member in order to complete accept of
16  remediation plan.
17      Q.   That the USOC had to send to its board or the
18  USTU had to send to --
19      A.   USTU.
20      Q.   Right, okay.  And did you also understand
21  that there had been complaints back and forth between
22  the USOC and an answer from the USTU and there was
23  -- there were disputes going on?
24      A.   No.
25           MR. JONES:  And when you say answer, you

242

6/23/2005 Lee, Dae Sung

1  mean the formal document called an answer?
2           MR. LEVINSTEIN:  Yes.
3      A.   I don't -- I don't know.
4      Q.   Do you -- were you aware that a complaint was
5  filed by the USOC with the Executive Committee stating
6  that the USTU wasn't in compliance and Mr. Tegmeyer had
7  been hired by the USTU to answer that?
8      A.   I think that was before.  I think after
9  the Mr. Jill Chalmers and then -- that's the meeting
10  that if you don't accept the remediation plan, then
11  there not -- no longer -- that's the -- you know, when
12  I was attend meeting with Mr. Sang Lee and, what his
13  name, Mr. Pejo.
14      Q.   Right.
15      A.   Yeah.
16      Q.   But -- but after that they hired
17  Mr. Tegmeyer.
18      A.   Yeah, they hire.  Yeah, that I know, yes.
19      Q.   Okay.  And you knew that he was defending the
20  USTU against the complaints from the USOC.
21      A.   Yes.
22      Q.   And that this agreement to approve the
23  remediation plan included an agreement that all of that
24  would be over, that all the disputes back and forth
25  would be ended, and it would be replaced by the

243

6/23/2005 Lee, Dae Sung

1  remediation plan.
2      A.   Yeah, I think so.  I'm not too sure.
3      Q.   Okay.
4      A.   I know that there -- its been, you know,
5  going back and forth.
6      Q.   Okay.  Since the remediation plan has been
7  implemented, do you disagree with it, what's been done
8  by the USTU since January 27th of 2004?
9           MR. JONES:  Sorry.  Objection.  Vague
10  and ambiguous.  You mean the way its been performed?
11      Q.   What -- whatever it is that the USTU's done
12  in running the USTU since January 27, 2004, do you have
13  -- do you object to how the USTU is being run now?
14      A.   Until from January last year to now --
15      Q.   Yes.
16      A.   -- you're talking about?
17      Q.   Yes.
18      A.   Not all, but, yes, some areas.
19      Q.   Okay.  What don't you -- is there anything
20  that upset you or that made you very unhappy?
21      A.   It's not unhappy, but it's -- it's concern.
22      Q.   Okay.  And what is it that you disagree with
23  that the USTU's done since January, 2004?
24      A.   During the regional, no, regional, yeah, I
25  don't know, that's not regional qualify.  They -- they

244

6/23/2005 Lee, Dae Sung

```
1    don't use the word regional qualify.  The qualification
2    to go to juniors, the qualification to go to national
3    instead of state.
4         Q.   You think the state associations continue to
5    run tournaments that were qualifiers.
6         A.   As looking at the grass roots.  And then in
7    my opinion right now, this is only my personal opinion,
8    could be wrong, could be right, okay, I think USOC
9    doesn't want grass root like 5,000 athletes participate
10   in tournament, 1,500 tournament.  I think they just
11   wanted to concentrate on just elite athlete that who
12   can perform well in future Olympic Game.  But in my
13   opinion that we're the grass root come from, okay.
14        What if those -- those elite athlete after
15   they done, then who's gonna be next generation to
16   recover.  And then the program right now they have is
17   not, I don't think, in my opinion, providing that as,
18   you know, as a coach and then in the year.
19        The governance, I cannot say anything
20   because, you know, I attended Mr. Jim Scherr's meeting
21   last year November, you know, he express his -- Hawaii
22   about this new governance.  It's not only USTU, it's
23   gonna be whole 28 other NGBs gonna be --
24        Q.   Forty-five.
25        A.   I'm sorry, 45, yeah, that's right.  But the
```

245

6/23/2005 Lee, Dae Sung

```
1    Olympic sport is 28, so that's what I'm say.
2         Q.   Go ahead.
3         A.   Okay.  In excess --
4         Q.   It's more than that.
5         A.   -- okay.  So, you know, to -- you know, he's
6    gonna try to change that, you know.  So I don't have --
7    but --
8         Q.   Do you disagree with the USTU changing its
9    name to U.S.A. Taekwondo?
10        A.   Yes.
11        Q.   Why?
12        A.   I think -- I don't know why they want to
13   change.  I think my -- something, again, personal
14   opinion, because they don't want to have that USTU
15   anymore.  I -- I was very strong against changing name
16   to U.S.A. Taekwondo.  But same thing, they had the
17   right, they can do whatever they want.
18        The other thing is, I was like a found -- not
19   -- I don't want to say founder, but I -- like I was
20   the main person who growth OTC permanent resident
21   program after I quit 1993 and Mr. Han Won Lee, you
22   know, took over until certain year.  Then Mr. Han Won
23   Lee resign, then, you know, Chul Ho Kim.  I mean I --
24   you know, it's not only me, but there's a lot of elite
25   athlete came from that program.  Then I don't know why
```

246

6/23/2005 Lee, Dae Sung

```
1    they cancelled that program, you know.  As soon as the
2    new governance came in, they just cancel the whole
3    program, you know, without saying anything.  They said
4    was suspended, but we find out it was cancelled.  You
5    know, it was --
6         Q.   Well, did you understand that in January,
7    2004 when the remediation plan was implemented, the
8    USTU was dramatically in the red as you would say?
9         A.   Yeah, because USOC did not fund it for -- I
10   mean the -- did not fund it.  I mean was --
11        Q.   Who -- who told you that?
12        A.   What?
13        Q.   Who told you the USTU was in the red?
14        A.   Oh, that was my -- my understanding.
15        Q.   And who told you that?
16        A.   That was my understanding that I heard from
17   the people.
18        Q.   From what --
19        A.   You know, if you be feel --
20        Q.   -- people?
21        A.   Could be any -- any different people.
22        Q.   So you don't know who told you that.
23        A.   Not exactly.
24        Q.   Okay.  What other things did they tell you
25   how the USOC had caused the USTU's problems?
```

247

6/23/2005 Lee, Dae Sung

```
1         A.   This is what I heard from Mrs., also, Jill
2    Chalmers that if -- that's the, you know, when we had a
3    meeting, if we had little more time, then maybe we can
4    solve some problem.
5         Q.   Did anyone --
6         A.   A --
7         Q.   Go ahead.
8         A.   Yes, go ahead, sir.
9         Q.   No, no, if you were not done talking let me
10   know.
11        A.   That's, you know, that's -- that's, you know,
12   that what I heard other people too.  And then --
13        Q.   Did anyone tell you that the USTU had
14   compliance problems for 12 years?
15        A.   Compliance problem?  No.
16        Q.   Okay.
17        A.   I know we had problems during nineteen ninety
18   either ninety-six or ninety-five and then we had -- I
19   know that we had Oversight Committee.  And then I think
20   1998 and when we become Olympic sports status and then
21   we off the hook.  So I -- I know that.
22        Q.   Did anyone till you that the only way that
23   the USOC could allow athletes to compete in 2000 was to
24   approve the USTU whether it was in compliance or not?
25        A.   Oh, no, I don't know.
```

248

6/23/2005 Lee, Dae Sung

1    Q.    Did you understand that in 1998 if the USOC
2    had said these problems are so severe that we're going
3    to hold you not in compliance, no U.S. athletes or
4    coaches could have gone to the 2000 Olympic Games?
5    A.    I didn't know.
6    Q.    Okay.  So didn't Mr. Warwick tell you the
7    reason they said we've met the minimum standard is to
8    give us a chance to come into compliance because we
9    don't want to keep our athletes from being allowed to
10   compete in Sidney?
11   A.    Mr. -- all -- all I heard from Mr. Warwick --
12   I don't know he was director that time.  I think he
13   started from '98, but I -- I don't know what, you know,
14   month.
15   Q.    Do you remember he was hired --
16   A.    As executive director, yes.
17   Q.    -- to try and solve all the problems that
18   existed?
19   A.    Oh, yes, I know that sir, yes.
20   Q.    And you know that was in '98.
21   A.    Yes, I know that.
22   Q.    At the same time that the USOC was --
23   A.    Approved.
24   Q.    -- approved because he'd been hired and
25   there'd been a promise to bring it into compliance.

6/23/2005 Lee, Dae Sung

1    A.    That's to -- that's -- that's to why they
2    approve because we hire somebody that who can solve the
3    problem or is it because we comply on what they ask.
4    Q.    Well, you knew when he was hired --
5    A.    Yes.
6    Q.    -- there were severe problems he was hired to
7    solve.
8    A.    Yes.
9    Q.    So they couldn't be solved at the same time
10   he was being hired.
11   A.    Yes.
12   Q.    Okay.  Mark that as the next exhibit, please.
13          (Deposition Exhibit No. 6 was marked for
14          identification.)
15   Q.    Could you please look at that and tell me
16   what this is?
17   A.    Yes, Complaint letter.
18   Q.    Filed by you?
19   A.    Yes.
20   Q.    And who wrote this?
21   A.    I think this is nothing to do with this
22   case.  I don't know why you're asking.  I mean --
23   Q.    Who wrote this?
24   A.    -- do I have to answer this --
25          MR. JONES:  Are we --

6/23/2005 Lee, Dae Sung

1    A.    -- question, sir?
2          MR. JONES:  Are we going to get into
3    this area now, this case, I mean is this -- is this
4    relevant?
5          MR. LEVINSTEIN:  Yes, totally.
6          MR. JONES:  Okay.  All right.  Answer
7    the question.
8    Q.    Who wrote this document?
9    A.    I did, sir.
10   Q.    You wrote this.
11   A.    Yes.
12   Q.    Okay.  Did a lawyer help you write this?
13          MR. JONES:  Objection.  This calls for
14   attorney-client privilege.
15          MR. LEVINSTEIN:  No, it doesn't.  You
16   want to instruct him not to answer?
17          MR. JONES:  Yeah.
18   Q.    Okay.  Keep going here.  So you're going to
19   tell me that you wrote this document.
20   A.    Yes.
21   Q.    All right.  Well, then why don't you tell me
22   basically without looking at the document what are the
23   allegations in this complaint.
24   A.    About what happened in the meeting --
25   Q.    Well --

6/23/2005 Lee, Dae Sung

1    A.    -- which is USOC did not follow the rule and
2    regulation of what USTU, the -- that meeting that held
3    in 2003, November.  Oh, I'm sorry, not two thousand --
4    2004.
5    Q.    Okay.  And what problems were there with how
6    the USTU meeting was held?
7    A.    Well, such as if you want to change any name,
8    then you have to follow certain rules and regulation of
9    our USTU bylaw such as changing the names and so on.
10   Q.    Not so on.  What else?
11   A.    Well, what was the second that we discussed.
12   Oh, the second -- the -- oh, gosh, because there's a
13   three that we emphasize.
14   Q.    What relief is sought in this complaint?
15   A.    Huh?
16   Q.    What relief is sought in this complaint?
17   A.    What is that?
18   Q.    You don't know what relief sought mean?  Who
19   talked to -- did you talk to all these people who are
20   identified as petitioners before you filed this
21   complaint?
22   A.    There's a one person that we really discuss
23   about this letter and then I wrote it and read back and
24   forth.  We talk about.
25   Q.    Who's we?

6/23/2005 Lee, Dae Sung

1    A.   His name is -- he live in New York right now.
2   Gosh, I -- he's a secretary general of New York state
3   before.  Gosh, I can't -- well, I cannot think -- think
4   of his name right now, okay.
5        Q.   Okay.  And did you discuss this document
6   before you filed it with all the people listed on page
7   one?
8        A.   Yes.
9        Q.   Individually, you discussed it with each one
10  of those people?
11       A.   Yes.
12       Q.   Okay.  And have you written a complaint
13  before?
14       A.   Complaint before?  To legally or -- I don't
15  understand.
16       Q.   This document's called a complaint.
17       A.   I know, I know this document is complaint
18  but --
19       Q.   Have you written a complaint before?
20       A.   No.
21       Q.   Okay.  Did you set up -- okay.  Who did the
22  first draft of this document?
23       A.   The draft?
24       Q.   Yeah.
25       A.   First I wrote it and then I told you there is

253

6/23/2005 Lee, Dae Sung

1   a gentleman that we back and forth read.
2        Q.   Is he a lawyer?
3        A.   No, he's not a lawyer.
4        Q.   Then what lawyer advised you about how to put
5   this document in legal form?
6             MR. JONES:  Objection.  You're asking
7   for attorney-client privilege materials again.
8             MR. LEVINSTEIN:  I'm asking who wrote
9   this document.  And -- and who his counsel is is not
10  attorney-client.
11            MR. JONES:  You're asking --
12            MR. LEVINSTEIN:  Identification of
13  counsel is not attorney-client.
14            MR. JONES:  It is if -- if -- if you're
15  going to get into areas in which an attorney advised
16  him which it --
17            MR. LEVINSTEIN:  I'm not asking --
18            MR. JONES:  -- it sounds like what
19  you're getting into.
20            MR. LEVINSTEIN:  -- what advice was
21  given.  I'm not asking what legal advice was given.
22  I'm asking if he talked to a lawyer or a lawyer helped
23  write the document.  It's not attorney-client
24  privilege.
25            MR. JONES:  It sounds like you're

254

6/23/2005 Lee, Dae Sung

1   getting into it, though.
2             MR. LEVINSTEIN:  I don't care what it
3   sounds like.  I'm asking a question.  Are you going to
4   instruct him not to answer?
5             MR. JONES:  I'm going to instruct him
6   not to answer, and this complaint is not the case we're
7   -- we're in today.
8             MR. LEVINSTEIN:  Well, this is a case
9   about where he's writing because he's unhappy about the
10  USTU.
11       Q.   (Continued by Mr. Levinstein.)  So again, you
12  filed this complaint in order to do what?
13       A.   Sir, this is nothing to do with my case.
14  That's after done.  It's like 2000.  Yeah, I don't
15  understand why you are so --
16       Q.   You're writing this document because you're
17  unhappy with how they run the USTU, right?
18       A.   Yes.
19       Q.   Okay.
20       A.   And you ask me, so I answer to you.
21       Q.   And you're telling me that you wrote this.
22       A.   Yes, first draft and then I --
23       Q.   Do you have the draft of this document in
24  your handwritten draft?
25       A.   I don't know.

255

6/23/2005 Lee, Dae Sung

1        Q.   Well, we're going to ask you to produce the
2   handwritten draft.
3             All right.  Could you explain to me what
4   respondents mean?  On the first page.
5        A.   Respondent is U.S. Taekwondo Union and
6   Olympic Committee.
7        Q.   But what does the word respondent mean?
8        A.   It's -- it's respondent.  I mean like, you
9   know --
10       Q.   What does it mean?
11       A.   Respondent is like -- like, you know, if I
12  send you a letter, you know, respondent, I mean like
13  who receive.
14       Q.   Respondent is someone who receives something.
15       A.   Yes.
16       Q.   Okay.
17       A.   Oh, sorry, okay.
18       Q.   What's a Shell Corporation?
19       A.   Just like I said, I draft the letter, then I,
20  you know, there's a person -- now I know, sir.  There's
21  a person called Joon Mo Nam.  If you looking at the
22  petitioners, there, his name Joon Mo Nam, okay.  I, you
23  know, drafted.  I give it to him, he will -- he give me
24  and then, you know, that's how we draft this letter.
25       Q.   What's a Shell Corporation?

256

1   A.   Shell?

2   Q.   Shell Corporation.

3   A.   I don't know.

4   Q.   Okay.

5        THE WITNESS:   Can I have some coffee?

6        MR. LEVINSTEIN:   Sure.

7        MR. JONES:   Can we take another break?

8   We've been going another hour.

9        THE VIDEOGRAPHER:   The time is 3:03 p.m.

10  and we are off the record.

11       (A recess was taken.)

12       THE VIDEOGRAPHER:   The time is 3:06 p.m.

13  and we are back on the record.

14  Q.   (Continued by Mr. Levinstein.)   What did

15  Mr. Jones tell you when you were out in the hall?

16       MR. JONES:   Objection.   Calls for

17  attorney-client privilege material.   I instruct the

18  witness not to answer.

19       MR. LEVINSTEIN:   Okay.   I told you it

20  wasn't appropriate in the middle of a deposition to

21  talk to the witness about questions pending.

22  Q.   Was Mr. Uesugi involved in drafting this

23  complaint?

24  A.   No.

25  Q.   Did he review it before you filed it?

257

---

1   A.   No.

2   Q.   Was a lawyer involved in drafting that

3   complaint?

4   A.   Yes.

5   Q.   And what lawyer was involved?

6        MR. JONES:   Objection.   Calls for

7   attorney-client privilege material.

8        MR. LEVINSTEIN:   The name of the lawyer

9   is not attorney-client privilege.

10       MR. JONES:   You can let the judge

11  determine that.

12       MR. LEVINSTEIN:   Okay.   We will.

13  Q.   Have you ever heard anyone express the view

14  that a coach who works day to day with an athlete is

15  the athlete who -- is the coach who should coach that

16  athlete at the Olympic games?

17  A.   That's what people say, but in my opinion the

18  neutral coach is -- coach is much -- sometime is

19  better.

20  Q.   Sometime is better.

21  A.   Yes.   And most of -- I -- I -- can I change

22  the word, most of time.

23  Q.   Well, but can reasonable people disagree

24  about that subject or is it you're certain you're

25  right?

258

---

1   A.   Well, that's their own opinion and that's --

2   that's my opinion.   I could be wrong, I could be right,

3   they could be wrong, they could be right, sir.

4   Q.   Okay.   You heard Mr. Moreno testify about the

5   time period that you coached him at his deposition,

6   didn't you?

7   A.   Yes.

8   Q.   Okay.   You were his coach prior to the 1991

9   World Championships?

10  A.   Yes.

11  Q.   And is it true that he refused to go because

12  you were not selected as a coach?

13  A.   You know, that's what the friend is coming.

14  Yes, I just wanted to say yes.

15  Q.   I didn't catch what you said before that.

16  A.   That's what the friends are, friends are,

17  friend.   Juan -- Juan Moreno was my friend and so on.

18  Q.   Juan Moreno was your friend and he felt it

19  was wrong that you were not going to coach at the world

20  championships, yes?

21  A.   That was the what he says.   But now since he

22  told me that, so I will tell too, and he has very, very

23  difficulty to lose weight that time.   The year that he

24  -- we went 1992, we have to -- after he made a weight

25  in, we have to give him IV for two hours.   He was too

259

---

1   big for his weight class.   And then he -- he -- he did

2   -- he say that, you know, if he doesn't -- he -- he's

3   not going to go unless Master Lee is going to world

4   championship, the coach upon agreed, but he still

5   didn't go.   And I know, I don't want to say, but I know

6   that he couldn't lose the weight.   Once you don't, you

7   cannot lose the weight, then you cannot compete.

8   Q.   So when he said that he'd already been

9   replaced as the athlete by the time you were picked as

10  a coach --

11  A.   No.   We -- we -- when we talked with him and

12  he still said he wasn't going to go.

13  Q.   But he'd already been replaced by another

14  athlete.

15  A.   He wasn't replaced.   When we -- we did until

16  that when I was leaving, I was with him, and he say he

17  still cannot go.

18  Q.   So you're telling me he was lying at his

19  deposition.

20  A.   I don't want to say lie or -- that's I don't

21  know.   That's -- same thing, I don't want to tell this

22  -- and which is true, he was stands for me that, you

23  know, I wasn't going to that world championship.

24  Q.   And was it, in your opinion, was it wrong

25  that you weren't going to that world championship?

260

1    A.    In my opinion?
2    Q.    Yes.
3    A.    No, I -- I -- I follow what the decision they
4 were making.
5    Q.    I understand that you were loyal and you did
6 whatever you were told and followed their decision.
7         MR. JONES:  Objection.
8    Q.    But did you --
9         MR. JONES:  Assumes facts not in
10 evidence.
11    Q.    But did you think you were a better coach to
12 go to coach those athletes who were going to the world
13 championship?
14    A.    I believe in the coach who selected that
15 time and they could be a great coach whether I go or
16 not.
17    Q.    But did you believe that given that you were
18 the person working most closely with the most athletes
19 who were going to the world championship, you should go
20 with those athletes to coach them?
21    A.    That doesn't mean that I'm going to bring the
22 best result.
23    Q.    But did you believe that you would because
24 you knew those --
25    A.    No.

261

1 relationship with them.
2    A.    To me once you become a certain level of
3 elite athlete, doesn't need.  As long as the -- the
4 coach is qualify international and elite level, doesn't
5 matter they are home-grown coach or not.  So -- so then
6 what you saying is that all the basketball player
7 should bring their home coach or all the boxers or
8 whatever, they should bring their home coach so they
9 have their performance.  That's not a professional.
10 But I would say Mr. Steven Lopez, I give a lot of
11 credit because he's a professional.  I coached him in
12 world championship, I coached.
13    Q.    Let's stick with the questions.
14    A.    Yes, sir.
15    Q.    Let's stick with the questions.  Do a lot of
16 athletes that you know have the view that the coach who
17 coaches them all the way up through the qualification
18 event is the best person to coach them at the event
19 they've qualified for?
20         MR. JONES:  Objection.  Vague and
21 ambiguous.
22    A.    That's the -- that's -- I -- I don't believe.
23    Q.    You don't agree with that view, but --
24    A.    Me?
25    Q.    -- do people hold that view?

263

1    Q.    -- athletes better than anybody else?
2    A.    No.
3    Q.    You didn't believe that.
4    A.    No.
5    Q.    Did other people believe that?
6         MR. JONES:  Objection.  Calls for
7 speculation.
8    A.    Yes, maybe.
9    Q.    Did the other athletes who you were coaching
10 who were going, were they upset that you weren't going
11 to be there as a coach?
12    A.    Juan Moreno, yes.
13    Q.    But other athletes that you were coaching at
14 the training center who were going to the world
15 championships, weren't they upset as well?
16    A.    I say yes.
17    Q.    And who were they?
18    A.    I don't remember how many at least were
19 qualified, the OTC resident.  Juan Moreno, Tim
20 Connelly.  Who else was it.  I think May Pejo.  No, May
21 Pejo already left to someplace.  Kim Dawson.
22    Q.    And they all expressed the view that it was
23 wrong that you weren't going to be a coach.
24    A.    Few people was.
25    Q.    And the coach that was picked didn't have any

262

1    A.    But you got to -- if you ask me, me it
2 doesn't matter.  As long as President Lee, Sang Lee,
3 sit down I feel comfortable or somebody else sit down.
4 It doesn't matter.  I -- for me, I'm up there.  But as
5 long as somebody who can provide information during our
6 fighting, okay, somebody's doing this, somebody's doing
7 that, you know, you got to do this, either offense or
8 defense or strength or, I don't know, okay, either
9 their level they can do that.  I mean that's fine.  I
10 -- when I was competing, I don't -- I don't care who
11 was sitting down in behind even though Mr. Sang Lee was
12 my coach.  That's my -- my -- that's my personal
13 question.
14    Q.    That's your personal opinion, but are there
15 others who believe --
16    A.    See, that's the others.  How can I talk about
17 the others.
18    Q.    Have you heard others discuss this subject?
19    A.    Yeah, oh, yes.  Oh, yeah, you know, because,
20 what is that, Steven Lopez wants to take his brother.
21    Q.    Well, let's talk about 1992, the Olympic
22 Games.
23    A.    Yes.
24    Q.    Did you and Juan Moreno talk at great length
25 about your mutual dream that you would be sitting in

264

1    his chair when he fought for the gold medal?
2        A.    Yes.
3        Q.    And did you tell him that you would sit in
4    his chair for the gold medal match?
5        A.    No.  I told him I have to discuss, I have to
6    ask Mr. Park who was head coach.
7        Q.    And did you think you were the right person
8    to sit in that chair for Juan Moreno's gold medal
9    match?
10       A.    No.
11       Q.    Because Mr. Park chose Mr. Park?
12       A.    Because Mr. Park was head coach and I know
13   his ability because he was coaching previous when I was
14   athletes.
15       Q.    But Mr. Park may not know what Mr. Moreno is
16   capable of.
17       A.    I think he know because we were spend almost
18   six to eight week.  If you are smart coach, you figure
19   it out in two weeks.  Sir, I mean you asking questions
20   something that you want my answer say yes, but it's not
21   true that, sir, you know.  There's a smart coach knows
22   their ability by just looking at their one athlete.
23             Like, you know, Tim Thackrey, I mean, I'm
24   sorry, but, you know, Tim Thackrey who won gold medal,
25   his a home coach was Scott Fuji that he lives in

1    California, he came down, sir.  Nobody was expecting
2    him to win a gold medal in nineteen -- in 2003 Pan Am
3    Game.  Everybody thought that he's -- that weight
4    division was from the Mexico.  But I -- I -- I made him
5    gold medalist.  I think I contribute lot.
6        Q.    Okay.
7        A.    You know why, because I know this.
8        Q.    You think you contributed a lot.  What
9    athlete from your home school have you coached in the
10   last ten years to the elite level to be a national
11   champion?
12       A.    Champion or team member?
13       Q.    Champion.
14       A.    One, only Daniel Kim.
15       Q.    Okay.  Out of 600 students?
16       A.    Six hundred students?  I don't have 600
17   students --
18       Q.    Over the last ten years?
19       A.    -- 600 in my school.
20       Q.    How many students have come -- well, how many
21   students do you lose a year?
22       A.    That I -- I don't know.  I don't -- you know.
23       Q.    Probably 50?
24       A.    Yeah, you could say, yes.
25       Q.    So in ten years, you've lost 500 students

1    that have been former students.
2        A.    Yeah, that's -- that is correct, yeah.
3        Q.    And there's 220 there now.
4        A.    Yes.
5        Q.    So in the last ten years there's 720
6    students.
7        A.    Yes.
8        Q.    Okay.  When's the last time you coached at
9    the Olympic Training Center?
10       A.    1993, that was last.
11       Q.    Okay.
12       A.    But -- well, yeah.
13       Q.    Was it your understanding that the Coaching
14   and Science Committee was supposed to nominate more
15   than one person for coaching positions to the Executive
16   Committee?
17       A.    It's not necessary because if there's only
18   single nomination, then that's what --
19       Q.    But do you know what effort was made by the
20   Coaching Science Committee to identify a -- sorry,
21   strike that.
22             You heard testimony in these depositions
23   you've attended that a lot of athletes believed that
24   their home coach would be the best person to sit in
25   their chair at major competitions.  Did you hear that

1    testimony?
2        A.    Yes.
3        Q.    Do you think that they don't hold that view?
4        A.    But if you look at the result of past three
5    Olympic game, none of the gold medalists was home
6    coach.
7        Q.    But does that mean there wouldn't have been
8    more if their home coach hadn't been there?
9        A.    I don't think so, sir.
10       Q.    But you don't know, right?
11       A.    No, that's the same thing is opinion is you
12   say that I say --
13       Q.    How many gold medals did we win in 2000?
14       A.    Two thousand?
15       Q.    Yeah.
16       A.    One gold, sir.
17       Q.    Out of how many competitors?
18       A.    Four.
19       Q.    And how many silvers?
20       A.    None.
21       Q.    Okay.  And with home coaches in 2004 with two
22   competitors, how many gold medals did we win?
23       A.    One.
24       Q.    And how many silver medals?
25       A.    Nia is not a home coach for Mr. Lopez.

6/23/2005 Lee, Dae Sung

1     Q.    No, she's home coach for Mr. Kim who sat in
2   her chair.
3     A.    Mr. Kim did not sit in the chair.
4     Q.    Well, Mr. Kim who was there with her training
5   her.
6     A.    With the training, but he did not -- he did
7   not sit down.  Sir, if you went to the game --
8     Q.    Okay.
9     A.    -- I don't want to judge his knowledge for
10  Mr. Lopez --
11    Q.    Okay.
12    A.    -- if I --
13    Q.    Okay.
14    A.    And then year 2000, the home coach sit down
15  for Mr., was it, was that Barbara Konkrel was the home
16  coach for Han Won Lee, she lost.  Juan Moreno home
17  coach lost.
18    Q.    In 2000, you ran against Mr. Han Won Lee --
19    A.    Yes.
20    Q.    -- to be the head coach.
21    A.    Uh-huh.
22    Q.    To be the -- a coach, not the head coach.
23    A.    Oh, yes.
24    Q.    The Coaching Science Committee nominated more
25  than one person?

269

6/23/2005 Lee, Dae Sung

1     A.    Actually, he nominated himself, yes.
2     Q.    Okay.
3     A.    Somebody, I thought somebody is nominate.  I
4   don't know.
5     Q.    And part of the reason he was selected was
6   because he was the coach working at the training
7   center?
8     A.    No.  We had a vote.
9     Q.    I understand.  But was one of the things
10  discussed in the vote that Mr. Han Won Lee was coaching
11  -- had been coaching more of the athletes who were
12  going to the 2000 Games --
13    A.    No, that's --
14    Q.    -- than you?
15    A.    -- that's not the case.  In my understanding
16  was I -- we voted and I lost.  I congratulate him to go
17  to 2000 Olympic Game.
18    Q.    Do you understand --
19    A.    There's -- there's nothing to do with he was
20  Olympic coach at all at Olympic Training Center.
21    Q.    Well, you don't know why the people voted for
22  him instead of you.
23    A.    Instead of him?  Because I had like eight
24  abstain.  So -- well, you know, I say so, well, it's
25  okay.  So, yes, he won, I give him congratulate, so he

270

6/23/2005 Lee, Dae Sung

1   won.  But I don't know anything about because he was
2   the Olympic Training Center Coach, therefore, he went
3   or the people voted for him.
4     Q.    Okay.
5     A.    That I don't know.
6     Q.    How much time have you spent coaching Steven
7   Lopez?
8     A.    Steven Lopez?
9     Q.    Yes.
10    A.    Every international championship.
11    Q.    No, no.  How much time, how many hours have
12  you spent in the same room coaching Steven Lopez?
13    A.    Same coaching -- I -- I don't understand.  I
14  mean every -- every international championship that we
15  went I spend time with him.
16    Q.    How much time?
17    A.    It could be three weeks.  Like for example at
18  the Pan Am, I spend with him six weeks.
19    Q.    But how much of those six weeks did you
20  physically spend in the same room one-on-one coaching
21  Steven Lopez?
22    A.    One-on-one coaching spend time.  I don't know
23  by one-and-one because we use the separate room.  So I
24  mean literally you talking about sit down and talk to
25  him and things like that?

271

6/23/2005 Lee, Dae Sung

1     Q.    Yes.
2     A.    In average day in six weeks?
3     Q.    Yes.
4     A.    About maybe one hour.
5     Q.    An hour a day you spent one-on-one talking to
6   Steven Lopez.
7     A.    Yeah, not --
8           MR. JONES:  In a room.
9     A.    -- training.  In the room talking about --
10  not only the room, but outside, cafeteria.
11    Q.    Coaching him, not talking to him in the halls
12  or chatting with him in that light.
13    A.    What -- what --
14    Q.    I mean talking to him about his moves, his
15  technique, what he's doing.
16          MR. JONES:  Objection.  Argumentative.
17    A.    Sir, he's professional.  I mean he doesn't
18  you know, there's a certain area that I talk to him,
19  not one-to-one.  I mean one-to-one if he needs certain
20  area that I did, but, you know, I don't actually time
21  sit and spend hours with him just talk about coaching
22  because I believe he's -- he's a professionalism that,
23  you know, he was elite athlete.
24    Q.    Well, how much time did you actually spend
25  talking to him one-on-one about his opponents, his

272

1  preparation, you and him one-on-one talking in a
2  six-weeks' period?
3      A.   During the only workout time, I don't know,
4  maybe not every day but spend few times.
5      Q.   A few times over the course of six weeks.
6      A.   Yes.
7      Q.   Under five hours.
8      A.   Yes.
9      Q.   When you were coaching people in the training
10 center --
11     A.   Yes.
12     Q.   -- how much time did you spend coaching them
13 one-on-one?
14     A.   I just train them.  I don't actually talk to
15 them about their things when I was in Olympic Training,
16 even though I train -- I train them like three times a
17 day, that's it.  I don't go inside their room and talk
18 to them how you sit down.
19     Q.   Three times a day you spent training them.
20     A.   Same thing when I was in Pan Am Game, I was
21 coach -- train them three times a day.  I don't know
22 that's the same thing you talking about or --
23     Q.   But for months and months at a time when you
24 were at the training center.
25     A.   Sir, are you talking about same thing?  You

1  English and he doesn't know us at all?
2      A.   No.
3      Q.   You never heard that?
4      A.   No.  Sir, he's a great coach.
5      Q.   Okay.  So I understand you believe that it
6  doesn't matter if you're the home coach or not, but are
7  you aware that there are others in the sport of
8  taekwondo, athletes and coaches, who believe that the
9  home coach is the best person to sit in the chair of an
10 athlete competing in a major competition?
11     A.   That's their opinion.
12     Q.   But are you aware that there are people that
13 hold that opinion?
14     A.   Sir, I don't want to answer that.  That's
15 their opinion.  I don't want to abandon their opinions.
16 I -- you ask my opinion.
17     Q.   I'm not asking your opinion.
18     A.   Okay.
19     Q.   I'm asking if you are aware and if
20 you've heard over the years that view expressed by
21 others.
22     A.   By athletes or coaches?
23     Q.   Pick it.
24     A.   You tell me, sir.
25     Q.   Either one.  Let's start with athletes, have

1  say that one-to-one coaching products, let's say, you
2  know, the -- like, you know, how you coach the elitest
3  fighters and things like that, yes?
4      Q.   Yes.
5      A.   I'm not talk -- we don't do that.  I don't do
6  that in -- when I was coaching for five years at
7  Olympic Training Center.
8      Q.   You don't talk to athletes one-on-one.
9      A.   No, we don't.
10     Q.   Okay.
11     A.   Unless they want to come to me and talk to
12 me, then I talk to them.
13     Q.   How much time have you spent coaching Nia
14 Abdallah?
15     A.   Six weeks at Pan Am.
16     Q.   So the only time that you were coaching Nia
17 Abdallah was one time at the Pan Am Games?
18     A.   And then, yes, yes.
19     Q.   Do you recall people being unhappy in 2000
20 that Young In Cheon was selected to be the head Olympic
21 coach because he didn't know any of the athletes who
22 were going in 2000?
23     A.   No, I didn't know.
24     Q.   No one said to you it's inappropriate to pick
25 a gentleman who we have difficulty understanding his

1  you heard athletes express that view?
2      A.   Athletes?  No.
3      Q.   You never heard an athlete express the view
4  that his home coach would be better than --
5      A.   Not to me, sir.  Maybe he -- he might --
6      Q.   Okay.
7      A.   -- ask to somebody.
8      Q.   And Juan Moreno never said that to you.
9      A.   Juan, no, Juan say that.  That was in 1991,
10 you know, that he was --
11     Q.   So Juan Moreno did say that it was better to
12 have his home coach than someone who didn't work with
13 him.
14     A.   Ninety-one, yes.
15     Q.   And in '92, he thought it would be a lot
16 better for you to sit in his chair, and he was angry
17 when you didn't sit in his chair in '92 at the Olympic
18 Games.
19     A.   No, he wasn't angry.  He understand the
20 situation that we occur.  I told him I will ask him and
21 I will humble to ask him that, you know, if he let me.
22 Then I ask him.  He said no.  So I sit down with Juan
23 and then we discuss and Juan -- sir, it was a long time
24 ago, so maybe he was angry.  But when I was talking to
25 him, he wasn't -- he understood.

**Page 277**

```
 1      Q.   So in '92, you asked the head coach if you
 2  could sit in Juan Moreno's chair.
 3      A.   Yeah, because Juan ask me, so I ask him.
 4      Q.   And you asked because you thought it was best
 5  for Juan Moreno.
 6      A.   No, because Juan -- Juan usually doesn't
 7  actually ask me to sit down, but that's the particular
 8  -- particular case that he ask me.  His elimination, he
 9  did not ask me to sit down.
10      Q.   But you did.
11      A.   I did not sit down his -- sir, his, what is
12  that --
13      Q.   You didn't sit in his chair at all during the
14  Olympics.
15      A.   No, sir.  Only person that I sit down was Han
16  Won Lee Wong.  And then, what is the name, Torres,
17  Torres, she won bronze medal, yes.
18      Q.   So -- and he asked specifically and you
19  asked if you could sit in his chair for the gold medal
20  match.
21      A.   Yes, I asked Mr. Park.
22      Q.   Did you tell Mr. Park you thought it would be
23  better if you did?
24      A.   No, I just said, Mr. Park, is it -- is it
25  okay that I can sit down Juan's chair.
```

**Page 278**

```
 1      Q.   And Mr. Park said no.
 2      A.   No.  I say okay.
 3      Q.   Did he tell you why?
 4      A.   I -- no, I didn't -- I just say he just said
 5  no.  So I don't want -- need to answer or questions.  I
 6  don't -- you know.  So I just -- you know, we work
 7  together.  If he said no, then I will follow.
 8      Q.   Have you ever tried -- nah, never mind, never
 9  mind.
10           We talked earlier about your going to these
11  seminars to talk about issues about martial art schools
12  and how to improve them.
13      A.   Yes.
14      Q.   Have you talked to other martial artists,
15  taekwondo masters about things you could do to make
16  your school more successful?
17      A.   Well, I guess like ideas, yes.
18      Q.   Have you talked to Jay Warwick, asking him
19  for ideas about how you could make your school more
20  successful?
21      A.   Yes, when he was having a taekwondo school in
22  Sacramento.  That was long time yes.  I think he
23  opened before.  I think he opened '90, '89 or '90, and
24  then I opened school three years later, yes.  And then
25  I went to his school for some function too.
```

**Page 279**

```
 1      Q.   Did you ask Han Won Lee for advice about how
 2  to make your school more profitable?
 3      A.   Not profitable, but ideas.
 4      Q.   Did you discuss with Jay Warwick that Han
 5  Won Lee was a better businessman and promoter than you
 6  are?
 7      A.   That I don't know, sir.
 8      Q.   Do you recall discussions with Jay Warwick
 9  about the fact that Han Won Lee is very aggressive as a
10  businessman?
11      A.   I don't think.  Maybe he mention to me, but I
12  never said about him.  I mean I'm -- I'm not recall.
13      Q.   Did you discuss with Mr. Warwick your views
14  about why Han Won Lee's school was successful?
15      A.   To Mr. Warwick?
16      Q.   Yes.
17           MR. JONES:  Excuse me, what -- what time
18  frame are we talking about?
19           MR. LEVINSTEIN:  Anytime.
20           MR. JONES:  Objection.  Vague and
21  ambiguous then.
22      A.   What are you talking about?
23      Q.   Well, was Mr. Han Won Lee's school very
24  successful?
25      A.   Yes.
```

**Page 280**

```
 1           MR. JONES:  Objection.  Vague and
 2  ambiguous as to time frame.
 3      Q.   And did you discuss that with Mr. Warwick?
 4      A.   When you talking about, sir, the -- from the
 5  beginning or what?
 6      Q.   After he realized his school was very
 7  successful.
 8           MR. JONES:  Same objection.  Vague and
 9  ambiguous.
10      A.   I don't know what he -- after he -- he got --
11  he resign from the USOC coaching program or you talking
12  about before?
13      Q.   How about after he resigned from the --
14      A.   Oh, yes, of course, because he was
15  concentrating only dojang.  He wasn't concentrating on,
16  what is that, the coaching anymore.  And he even call
17  me, said that, you know, he was much more less headache
18  and he could do much more business.
19      Q.   Okay.
20      A.   And then that's what we discuss.  I -- I
21  think -- well, I don't know if -- what Jay told you,
22  but we talk about, you know, because now he can focus
23  more on his dojang business and he can, you know --
24      Q.   Okay.
25      A.   So maybe --
```

6/23/2005 Lee, Dae Sung

1     Q.   So you talked to Han Won Lee about why his
2  business had improved.
3     A.   No, I -- no, not -- not -- not business
4  improvement.  I mean the ideas that what, you know, he
5  implement to draw the students, the idea of -- you
6  know, those kind of things.
7     Q.   Okay.
8     A.   We not actually talk about, you know,
9  like --
10    Q.   Mr. Han Won Lee told you that his school
11 hadn't been doing as well because he was the National
12 Training Center coach and that was taking a lot of his
13 time.
14    A.   Yes.
15    Q.   And he told you that when he stopped that
16 position and focused on his school full-time --
17    A.   Yes.
18    Q.   -- it caused his school to do dramatically
19 better.
20         MR. JONES:  Objection.  Assumes facts
21 not in evidence.  It misstates --
22    A.   And also --
23         MR. JONES:  It misstates the testimony.
24    A.   And also he told me that the -- what the
25 community know him as about Olympic coach.

281

6/23/2005 Lee, Dae Sung

1     Q.   And -- but he told you that focusing
2  full-time had caused the performance of the school to
3  improve a lot.
4         MR. JONES:  Same objection.
5     A.   Yes.  And then --
6     Q.   And -- and did he discuss with you his plans
7  to build a bigger school?
8     A.   Well, I just find out like not -- like not
9  too long ago like -- like, I don't know, you could say
10 few months.
11    Q.   Okay.  Did you discuss with him the
12 difference between what works for his business and what
13 works for you in Hawaii?
14    A.   Yes.
15    Q.   Okay.  What kind of things was he doing that
16 you said wouldn't work in Hawaii?
17    A.   That the difference between the -- the
18 mainland and Hawaii, that's my opinion too, I think
19 maybe he might agree or not, martial art in state is
20 different such as like if for the new -- new to them.
21 But in taekwondo, martial is not new to them because --
22 it's because of, you know, a lot of Asian background.
23 So lot of people already experience with the martial
24 art.  So that's the difference.
25         And then -- and then when Han Won Lee came

282

6/23/2005 Lee, Dae Sung

1  down in Hawaii, that's what he said that that's what he
2  notice too.  That's -- I think to me that's the major
3  difference between state and in Hawaii.
4     Q.   What other difference are there between the
5  mainland and Hawaii?
6     A.   The weather too.
7     Q.   And how does the weather affect it?
8     A.   Well, here is all year round so that, you
9  know, there's a lot of activity.  Colorado is cold.  So
10 when you -- when you go to cold place, the winter, the
11 martial art or any indoor activity is very popular.
12    Q.   And you said Han Won Lee came and saw your
13 school?
14    A.   Oh, he came many time, sir.
15    Q.   And the two of you discussed the differences
16 between the mainland and Hawaii?
17    A.   Not all the time.
18    Q.   But -- but these differences are things you
19 and he talked about.
20    A.   Yeah, that and also about the business
21 aspect.
22    Q.   Okay.  What other differences in the business
23 aspects did you talk about?
24    A.   We talk about the like curriculum.
25    Q.   What other things does Han Won --

283

6/23/2005 Lee, Dae Sung

1     A.   We talk about the uniform.
2     Q.   Okay.  What about the uniform?
3     A.   Well, you know, like we -- he and I, we
4  should use the same types of uniform.  This is
5  originally, not talk before, you know, for the, you
6  know, white belt to black belt club to leadership
7  program and, you know, instructors and so on.
8     Q.   Are you aware that some schools on the
9  mainland have shortened the time required to get a
10 black belt?
11    A.   No, that I don't know, sir.  I just had --
12 had a phone call from one of this gentleman who's
13 doing, what is that, ultimate black belt testing.  And
14 then -- well, anyway, it's -- it's getting really
15 popular.  Then we just went to his meeting May.  He
16 just call me.  He -- their black belt testing is
17 year-and-a-half and then -- and then their response is
18 much better.
19         So you training taekwondo for like -- I mean
20 martial for like two to three years and then testing
21 for year-and-a-half for your black belt.  But, you
22 know, you got to do like -- like, I don't know, like
23 20,000 push-up, 30,000, but you do that every day, and
24 then progress check and things like that.  And then you
25 have to do the community service.  What is that, and --

284

6/23/2005 Lee, Dae Sung

```
 1    and they coming down this winter to -- they gonna climb
 2    the -- the Big Island, the, what is that, Halakea,
 3    Halekoa?
 4        Q.    Haleakala?
 5        A.    What is that, Haleako, Hale --
 6        Q.    On the Big Island.
 7        A.    Yes.
 8              MS. LURIA:  Maunakea.
 9        Q.    Not in Maui.
10        A.    Maunakea, oh, yes, Mauna -- they gonna hike
11    the Maunakea to -- part of that processing.  So those
12    kind of thing.  So we discuss those kind of thing and
13    talk to Han Won Lee and say you think what and if he's
14    interested.  And so --
15        Q.    What other kinds of programs, though, of the
16    ones we've talked about does Han Won Lee use that you
17    don't use?  Does he do birthday parties?
18        A.    Oh, that I don't know.  I didn't talk --
19        Q.    Okay.  Does he do after-school care?
20        A.    No.
21        Q.    How was he -- how does his competition
22    compare to his school?
23        A.    Well, I don't understand.
24              MR. JONES:  Calls for speculation.
25        A.    I don't --
```

285

6/23/2005 Lee, Dae Sung

```
 1        Q.    Did he talk to you about his -- who his
 2    competitors are, whether he has any competitors?
 3        A.    Oh, he said that in -- he -- he ask me I'm
 4    very lucky because he has a couple taekwondo school
 5    within three-mile radius.  That's what he told me.  But
 6    he said that to him no competition.  Just like I have
 7    one martial art school bigger but --
 8        Q.    Did he say that he'd been taking people away
 9    from those other schools?
10        A.    I -- I don't hear.
11        Q.    Okay.
12        A.    We didn't talk about that.
13        Q.    Was it you or he who observed that it's
14    easier to attract students to an indoor activity in a
15    cold weather climate?
16        A.    That's me.
17        Q.    That was you.
18        A.    Yes.  Because I live in Colorado and I notice
19    that during the summer it's very less student, during
20    winter it's very --
21        Q.    And has taekwondo grown as it --
22        A.    Tremendous, yes, I think so.
23        Q.    And has it grown more in the mainland than
24    its been growing in Hawaii?
25        A.    I think so because the -- when I first came
```

286

6/23/2005 Lee, Dae Sung

```
 1    we only had, like I said, four schools, but now we have
 2    about six or seven.  So it must grow.
 3        Q.    But on the mainland, taekwondo is growing
 4    around the United States much faster than it's growing
 5    in Hawaii.
 6        A.    Yeah, of course, if -- if you look at it,
 7    yes, I think so, sir.
 8        Q.    Have you been in meetings of Korean
 9    grandmasters in which they've been discussing
10    competition from non-Korean --
11        A.    No.
12        Q.    -- taekwondo schools?
13        A.    No.
14        Q.    Ever been in meetings with those kind of
15    discussions?
16        A.    No.
17        Q.    Okay.  When you started your school, you said
18    it was important to look at the demographics of the
19    area where you were going to place your school.
20        A.    Yes.
21        Q.    Did Mr. Connelly get any documents about the
22    demographics of the Aina Hina -- the area around Aina
23    Hina Shopping center?
24        A.    I -- I don't remember.  But one thing that,
25    you know, that Tim, Mr. Connelly, did not -- you know,
```

287

6/23/2005 Lee, Dae Sung

```
 1    he didn't live here.  But I know, I lived here for so
 2    many years.  So, you know, I don't -- you know, you
 3    don't have to pull out like a record to see the
 4    demographic because I lived here so much, so long.  So
 5    I pretty much I know, you know, how many -- what's the
 6    population.  Not, you know, lot, but, you know, within
 7    the five-mile radius I could --
 8        Q.    Has the community been getting older in the
 9    sense of less children in the area right around your
10    school?
11        A.    The -- the particular Aina Hina is known as a
12    retire homes, but the Hawaii Kai has been grow
13    tremendously, yes.
14        Q.    Okay.  But Aina Hina wasn't as much of a
15    retirement place in 1993 as it is today.
16        A.    It's about the same.
17        Q.    Okay.
18        A.    It's about the same, sir.
19        Q.    Okay.  And the other region is the place
20    where Mr. Cho has set up his school.
21        A.    Well, Mr. Cho set up because that -- that
22    particular space was vacant and he find a space.
23        Q.    Okay.
24        A.    If he -- I don't think he find it he will
25    open there.
```

288

6/23/2005 Lee, Dae Sung

```
1      Q.   Is Mr. Cho part of a chain of schools?
2      A.   Chain?
3      Q.   More than one school.
4      A.   I'm -- I'm pretty sure he has multiple -- I
5   don't know school -- his own school, but his students,
6   you know, open school.  It's like I'm not talking about
7   his school in, you know, some area.  What I understand
8   that his student open many different school around the
9   United State, as well as the world.
10     Q.   Okay.  Before he -- when you heard he was
11  going to be moving in --
12     A.   Uh-huh.
13     Q.   -- you heard he was going to be moving in
14  before he opened his school?
15     A.   No.
16     Q.   Okay.
17     A.   I didn't.
18     Q.   When -- when you heard his school had
19  opened --
20     A.   Yes.
21     Q.   -- did you already know him?
22     A.   Yes.  Everybody knows in taekwondo world that
23  who he is.
24     Q.   And why is that?
25     A.   He -- he -- he appearance in many magazines,
```

289

6/23/2005 Lee, Dae Sung

```
1   especially black belt magazine as, you know -- he known
2   -- he known as a back kick, back kick guy.  He is the
3   guy that everybody like in my age everybody knows
4   because when we were growing up, Bruce Lee and, you
5   know, Chucks (Phonetic.) and everybody.  So he is very
6   famous with the back kick and he rip the bags.
7            And he's one of the -- the Korean --
8   Korean-American master that well-known.  And then
9   you'll see his magazine all the time, his face, his
10  article, kicks, in magazine.  And then only people who
11  watch is, what, martial artist like me.  Then we pick
12  up black belt magazine, you know, karate magazine and
13  you can, you know, and you can see him.
14     Q.   And has he promoted his school by identifying
15  the fact that he's been on the cover of 25 different
16  magazines?
17     A.   I can answer to you if I went to that school.
18     Q.   Oh, you don't know that he has fliers that
19  show 25 different magazine --
20     A.   Sir, if you think --
21     Q.   -- covers all with him --
22     A.   -- this is --
23     Q.   -- on the cover?
24     A.   -- I'm lie to you, but, no, I don't even -- I
25  didn't, anyway, went --
```

290

6/23/2005 Lee, Dae Sung

```
1      Q.   Okay.
2      A.   -- to his school yet.
3      Q.   What involvement did he have in Olympic style
4   sparring?
5      A.   I don't think that he did at all.
6      Q.   But he's still known all throughout the
7   martial arts community.
8            MR. JONES:  Objection.  Vague and
9   ambiguous.
10     A.   Not -- well, in my -- me, I know him, yes.
11     Q.   And the magazines that we're talking about
12  aren't even limited to taekwondo, right, the black belt
13  magazine?
14     A.   Yes.
15     Q.   It's karate, taekwondo, kung fu, all those
16  things.
17     A.   Oh, yes.
18     Q.   And he's been on the cover of that magazine a
19  number of times.
20     A.   I don't know the cover, but as a article too,
21  yes.
22     Q.   Okay.
23     A.   Yes.
24     Q.   Well, you've seen him on the cover.
25     A.   I think I saw couple times, yes.
```

291

6/23/2005 Lee, Dae Sung

```
1      Q.   And you were very concerned when he moved in.
2      A.   I did not.  I told him I didn't know that
3   he was opening taekwondo school in a, what is that,
4   a --
5      Q.   But when he opened it up and you found out he
6   was there, you were very concerned about what effect
7   that would have on your business.
8      A.   No.
9      Q.   You didn't tell Mr. Warwick you were very
10  worried about him moving in three miles away from you
11  right where your customers came from?
12     A.   I think maybe I did.  But I told him
13  afterward, I said, I don't think -- well, you know, I
14  think this is funny, the -- after he opened taekwondo
15  school, my enrollment went actually up because of the
16  advertisement that he was doing and then it covers.
17  And then so that's why I told him, I said -- maybe I
18  did told him that, you know, maybe I was worried, but
19  afterward I said, oh, I'm doing really --
20     Q.   So you think his advertising got him a lot of
21  students but also caused some people to think about
22  taekwondo and come to your school?
23     A.   Yes.  Oh, well, you could say that, yes.
24     Q.   Okay.  But he had no students and now he has
25  hundreds of students.
```

292

1    A.   I don't know.
2    Q.   Okay.  Did you do anything in response to him
3  setting up where he's set up?
4    A.   No.  I just give a better service.
5    Q.   Okay.  All right.
6    A.   I believe in my teaching and instructing my
7  students.
8    Q.   And do you do anything to try and figure
9  out where your students -- why your students come to
10 you?
11   A.   Well, I guess word -- last -- nowadays is lot
12 of word of mouth, you know, like, you know, you know,
13 like student come sit down.  We usually ask, you know,
14 how do you hear about our school and then they say
15 friends, telephone book, Chuck E. Cheese, so walk by
16 or, you know, so on.
17   Q.   Chuck E. Cheese is a leader, is a big one?
18   A.   No, no, no, no.
19   Q.   No.
20   A.   All -- all is -- most of them is friends.
21   Q.   Okay.  But the advertising you do in the --
22   A.   Korean.
23   Q.   -- Korean phone book, you emphasized that you
24 were a two-time Olympic coach.
25   A.   It's not only -- if you look at the Korean

293

1  book, it says everything about my career as I was like
2  a working as record holder nine times, two times, and
3  then, you know, and then some other magazine is
4  Olympic.  But -- okay.
5    Q.   Let me give you an exhibit.
6         (Deposition Exhibit No. 7 was marked for
7           identification.)
8         MR. JONES:  Do you have a translation?
9    Q.   I will attempt to do one.
10   A.   Well, I can translate for you.
11   Q.   Okay.
12   A.   If you don't mind.
13   Q.   I don't mind at all.  Would you please --
14 folks, on the second page of this document --
15   A.   Yes.
16   Q.   -- under where your picture --
17   A.   This is the --
18   Q.   -- is on the left.
19   A.   Yes.
20   Q.   And there are one, two, three, four,
21 five, six, seven, eight, nine bullet points on the
22 right.
23   A.   Yes.
24   Q.   Could you read those to me?
25   A.   Okay.  The first -- in Korean or --

294

1    Q.   That wouldn't help anybody.  I don't even --
2  maybe she could get it down.  I don't know.
3    A.   This was done -- I already explain, this was
4  -- this was draft was done last year and this was -- I
5  think they gave it out, I think, this year May or
6  March, this -- this new one, 2005.
7    Q.   Okay.
8    A.   Okay.  This is -- there's a two -- actually
9  three major Korean guideline.  We called it Korean town
10 guideline, okay.  This is a -- there's -- the other one
11 is a Korean newspaper guideline.
12   Q.   Okay.
13   A.   Okay.  So this is from the Korean community.
14   Q.   This is the Korea town guide.
15   A.   But it's run by the Korean --
16   Q.   The United Korean Association --
17   A.   Yes.
18   Q.   -- of Hawaii.
19   A.   Yes.
20   Q.   It says that on the first page.
21   A.   Okay.
22   Q.   I'm only reading the same thing you are.
23   A.   Okay.
24   Q.   And it's not in Korean, so I can read that.
25   A.   Okay.  First one was I'm Junior Committee.

295

1    Q.   You're the chairman of the U.S. Junior
2  Taekwondo Association.
3    A.   No, no, no, I'm the -- the -- the chairman of
4  U.S. Taekwondo Union Committee, Junior Committee Chair.
5    Q.   Okay.
6    A.   See, then they mistake.  The second line,
7  they -- they just say 1979 and 1989.  It's supposed to
8  be not bolded and -- and then I -- I was Guiness record
9  holder in 1996.
10   Q.   Well, the one that's above 1979 to 1989?
11   A.   Yes, supposed to be --
12   Q.   What does it say around it?
13   A.   In the front just said holding long term, if
14 you direct translation, long term.
15   Q.   And what's the word after championship?
16   A.   This one right here?
17   Q.   Yes.
18   A.   No, just taekwondo.  So that's why I complain
19 to them they made a -- but --
20   Q.   Oh.
21   A.   -- they made a --
22   Q.   Was it supposed to say that you were the
23 champion for --
24   A.   From '79 to 1989, and then it's not supposed
25 to be '89 to '87.

296

1    Q.   Okay.  And the next one says --
2    A.   Therefore, I -- I supposed holding a World
3  Guiness record in 1996.
4    Q.   Okay.  So it says in 1996 Guiness Book of
5  World Records, record holder for the longest serving
6  member of the U.S. National Team?
7    A.   Yes, from '79 to '87, but they put '89.
8    Q.   Okay.
9    A.   Next one they just said 1988 Seoul, 1992
10  Barcelona.
11    Q.   And then under that it says U.S. Olympic Team
12  Coach.
13    A.   Yes, U.S. Olympic Team Coach.
14    Q.   Okay.
15    A.   Next one, 1979 to 1988, which is 1987, I was
16  a Fin Weight Division, Fin Weight Competitor.
17    Q.   Okay.
18    A.   1987, Pan Am Game Gold Medalist.
19    Q.   All right.
20    A.   1979, 1981, 1983, 1985, 1987, I'm the World
21  Taekwondo Championship Medalist.  But same thing, I
22  didn't medal in 1981, I mean '83.  So this supposed to
23  be void, but they put that.
24    Q.   Okay.  Why did you put the Chairman of the
25  Junior Committee of the USTU as the first item?

1    A.   This was -- this was -- this was before the
2  remediation.
3    Q.   Right.  But why did you put that as the first
4  point, because it was a point --
5    A.   No, no.
6    Q.   -- you dealt with kids?
7    A.   No, it's not me.  I -- I just write it down.
8  See, my first was the -- the Guiness record.
9    Q.   Okay.
10    A.   I just wrote it down in English and gave it
11  to them and they translate it.
12    Q.   I see.
13    A.   So it's not in -- this is not my order.
14  That's -- what I'm trying to say is this is not --
15    Q.   Right.  No, no, I'm with you.  I'm just
16  trying to figure -- you wrote it in English and they
17  translated it for you.  I would've thought you would
18  have written it in Korean.  Okay.
19    A.   My Korean is not that --
20    Q.   Okay.
21    A.   -- competitive.
22    Q.   But you thought that the Guiness Book of
23  World Records for the longest serving member of the
24  U.S. National Team was the most important, the one that
25  would go first in the ad.

1    A.   If you ask me, I think they should put '88
2  and '92 Olympic Gold.
3    Q.   Okay.  But you didn't tell them --
4    A.   Now this is --
5    Q.   -- which order?
6    A.   No.  This is just to -- this is just tells my
7  -- like a resume --
8    Q.   Right.
9    A.   -- what I done --
10    Q.   Right.
11    A.   -- during those years that I was practicing,
12  sir.
13    Q.   Okay.  Is there any difference in
14  communicating with the Korean community about taekwondo
15  in your opinion than communicating with the rest of the
16  community in Hawaii?
17    A.   I don't understand.  Such as like --
18    Q.   Do they have more knowledge about taekwondo
19  or less, I mean so that you would advertise differently
20  to them than you would to non-Asian-Americans?
21    A.   If I went to 2004 Olympic Game, I would've
22  advertise I was the 2000 Olympic Game Coach as a full
23  medal sports.
24    Q.   No, I understand that.  But what I'm asking
25  is, this is how you did your ad to the Korean community

1  and I'm just asking if you would do the ad differently
2  if you were doing it not to the Korean community or is
3  the same basic --
4    A.   Oh, oh --
5    Q.   -- information.
6    A.   -- you talking about the newspaper or you
7  talking about the advertise in the newspaper or like,
8  you know -- well, let's say if I put in the Yellow Page
9  like before --
10    Q.   Yes.
11    A.   -- yeah, little different, but you still put
12  down some of your accomplishment, write it down.
13  That's how they do.
14    Q.   Okay.  So the ad looks basically the same
15  just in English that you used in the -- in the American
16  Yellow Pages, not American, the -- the English Yellow
17  Pages.
18    A.   In Hawaii, yes?
19    Q.   Yes.
20    A.   That was -- well, prior 1990, you know, like
21  when I did and then after that I didn't so --
22    Q.   Right.  But when you did it, it looked like
23  this except in English, basically looked the same.
24    A.   But not -- I didn't put too much of this.
25  Yeah, you could say, yes.

1  Q. Okay. Why is there nothing in the ad about
2  -- well -- well, maybe you can tell me.
3  A. Well, this one.
4  Q. What are the bottom three things, yeah, what
5  did those say?
6  A. This is (Korean word.), my concentration,
7  physical fitness, (Korean word.), I don't know that --
8  what -- this is -- I don't know what they put there,
9  something. But if you look at the -- the other --
10  there's a -- I think I give you like before, but this
11  is the most poorly done.
12  Q. Okay. I'm sorry, I didn't pick it because
13  it was the most poorly done. I picked it because it
14  was --
15  A. I think that's the new --
16  Q. -- the first one they gave me. But let me
17  see if I've got another one.
18       (Deposition Exhibit No. 8 was marked for
19       Identification.)
20  Q. Is that a better one?
21  A. Yes.
22  Q. Is that you in the picture?
23  A. Yes, I'm sorry.
24  Q. It just doesn't look like you.
25  A. That was nineteen eighty -- eighty --

301

1  Q. It just looks like somebody else.
2  A. Yeah. Eighty-nine. I know.
3  Q. Okay.
4  A. That's why I change the picture.
5  Q. That's why I didn't pick this one, actually.
6  But does it say the same basic thing as the other one
7  did?
8  A. Yes.
9  Q. Still has '79 to '89?
10  A. But something -- like I don't read the
11  Chinese characters, I don't know, but they put down the
12  taekwondo is to building a character. So this person
13  practically, you know, copy.
14  Q. Okay.
15  A. And then they just put -- and then I should
16  have follow up, but I didn't. That's -- they ask me to
17  just give them a picture, so I just gave it to them.
18  And then --
19  Q. But the same mistakes, 1989, nineteen eighty
20  -- '79 to '88?
21  A. No, but, see, this one doesn't made a mistake
22  because, you know, they dotted and then they skip, you
23  know, like all -- you know. If you look at the second
24  one, it just all dotted, so they don't know which one
25  is what.

302

1  Q. Right, I understand. But where it says 1979
2  to 1989 in this one --
3  A. Yes.
4  Q. -- that's also wrong.
5  A. He -- he copy exactly what --
6  Q. I see.
7  A. This one.
8  Q. So the one we saw the first time has a
9  mistake that it copied straight from --
10  A. Yes.
11  Q. -- this one.
12  A. Yes.
13  Q. So the same mistake appears in both.
14  A. Yes.
15  Q. And he got -- and you gave him this one to
16  use as a sample --
17  A. Previously.
18  Q. -- to make the other.
19  A. Yeah.
20  Q. Okay. And you just didn't remember to tell
21  them that there were mistakes in it.
22  A. I should have, yes, I should have follow up.
23  Q. That's okay.
24  A. I'm sorry, I'm sorry.
25  Q. I don't think it matters --

303

1  A. That's my mistakes.
2  Q. I don't think it matters whether you were the
3  champion from '79 to '87 or '79 to '89. It was still a
4  very long time. I just wanted to understand what you
5  were saying. But this isn't one that you thought was
6  better. This is about the same as the other one?
7  A. Yes.
8  Q. Okay. Is there another one I have that you
9  think is better?
10  A. I think, I don't know, I -- I don't have
11  any.
12  Q. I'm looking. Sorry, I wasn't trying to --
13  is this different? I think that's the same one.
14  A. Same thing, yes. See, what they usually do
15  is -- see, I -- I been doing this from previously. So
16  they just call, do you want to update it, I just say
17  yes. And then, you know, my client is not too many
18  Koreans. So I just update it and they send me the
19  bill, then I just pay it. And then I should have
20  checked but now -- but this one I checked. And then so
21  I went to talk to them and so next year will be little
22  bit more.
23  Q. How much did those cost?
24  A. Four hundred.
25  Q. Each?

304

1    A.   Yes.

2    Q.   The one in the Korean Yellow Pages and the

3  one in the --

4    A.   Yes, the -- the -- the --

5    Q.   The Korean Tour Guide?

6    A.   No, the United Korean Association of Hawaii.

7    Q.   Okay.

8    A.   Yeah, tour guide, yes.

9    Q.   One's called the tour guide.

10    A.   Yeah, that's the one, the --

11    Q.   The -- the town guide, sorry, the town guide.

12    A.   Uh-huh.

13    Q.   And this one's called the Korea Daily.

14    A.   Yes.

15    Q.   And, oh, the Korean Yellow Pages of Hawaii.

16    A.   Hawaii.

17    Q.   Okay.  So -- but each one of those cost about

18  $400.

19    A.   Yes.

20    Q.   And have your studies told you what

21  percentage of your students, the new students that find

22  you, have found you from those publications?

23    A.   Most Korean, most Korean student,

24  Korean-American student comes to our school is they go

25  through there.

305

---

1    Q.   And you said it was about 20 percent of your

2  school, but how many new students are we talking a

3  year?

4    A.   What, last year or -- you -- you got to give

5  me the, you know -- like --

6    Q.   Okay.  Okay, take last year, what percentage

7  of your new students were Korean students?

8    A.   If I have a average let's say six student

9  join a month, maybe one when it comes to end up, yes,

10  maybe.  Then if we just said 72, then maybe 12.

11    Q.   Okay.  So about --

12    A.   Ten percent or, you know, like I--

13    Q.   Sixteen percent.

14    A.   Maybe sixteen.

15    Q.   Sixteen point six-six --

16    A.   Okay.

17    Q.   -- if it's one out of six.  Okay, but, okay,

18  but --

19    A.   Yes, yeah.

20    Q.   -- somewhere in the 10 to 16 percent --

21    A.   But -- yes.

22    Q.   -- of your students are Korean-American.

23    A.   And then out of them, I usually ask them and

24  they said -- some of them said that, you know, from

25  here, some of the Korean community, you know, like

306

---

1  people that who knows me.

2    Q.   Okay.  So even of the 10 to 16 percent that

3  are coming who are Korean-Americans, what percentage

4  of them say it was because of the Yellow Pages ad,

5  half?

6    A.   Little more over half.

7    Q.   Okay.  So six to eight percent, six to nine

8  percent, we're talking total of --

9    A.   Let's say -- let's say -- let's say

10  hypothetically if I have a ten Korean-American student

11  join per year --

12    Q.   Yes.

13    A.   -- then about five, 50 percent they talk

14  about -- but most other 50 is like a word of mouth.

15    Q.   Word of mouth.

16    A.   Yes, like, you know, somebody who knows me.

17    Q.   Right, okay.

18         THE WITNESS:  Can I --

19         MR. LEVINSTEIN:  Take a break, sure.

20         THE WITNESS:  -- go to the bathroom,

21  sir?

22         MR. LEVINSTEIN:  You sure may.

23         THE VIDEOGRAPHER:  The time is 3:58 p.m.

24  We are off the record.  This is the end of tape number

25  three.

307

---

1         (A recess was taken.)

2         THE VIDEOGRAPHER:  The time is 4:06 p.m.

3  We are back on the record.  This is the start of tape

4  number four.

5         MR. LEVINSTEIN:  You said the time

6  already?  I wasn't sure if he -- okay, all right.

7    Q.   (Continued by Mr. Levinstein.)  Did you read

8  Mr. Candon's report in this case?

9    A.   Candon?  Yes.

10    Q.   The expert for the defendants.

11    A.   Yes.

12    Q.   Did you read the discussion of a comparison

13  between the deposits for your school and your tax

14  return?

15    A.   Yes.

16    Q.   And can you explain what deposits there were

17  that were not income for your school?

18    A.   The -- the -- what are you talking about, the

19  difference?

20    Q.   Yes.

21    A.   Okay.  That's -- it's a personal loan that I

22  did and I think I provide, what is that -- well, that's

23  -- first time I only provide, what is that, check,

24  check statement and second time I --

25    Q.   Bank statements?

308

1    A.    Yeah, bank statement.

2    Q.    Okay.  How much money did you borrow?

3    A.    Oh, well, I -- I'm not -- you know, I'm not

4    too sure.  You know, that was -- you know, he say was

5    -- you know, I know say was --

6    Q.    No, no, no, I don't mean the difference in

7    deposits.  Just focus on your personal loan.

8    A.    Uh-huh.

9    Q.    Who did you borrow money from?

10    A.    Friends and family.

11    Q.    And how much in total do you now own -- owe

12    to friends and family?

13    A.    Right now?

14    Q.    Yes.

15    A.    About 15.

16    Q.    Fifteen thousand dollars?

17    A.    Yes.

18    Q.    Well, did you borrow more than that and

19    you've been paying it back?

20    A.    Yes.

21    Q.    Okay.  At the highest, how much was it that

22    you borrowed?

23    A.    What year, I mean just -- just any year.

24    Q.    Whenever it was the highest.

25    A.    About like 35, about 40,000, 45.

1    Q.    And why did you borrow the money?

2    A.    Because I had some financial difficulty and I

3    use it as a -- my -- what is that, my business.

4    Q.    Okay.  And in what year did you have the

5    financial difficulties?

6    A.    You would say from sixty -- '67, '68, '69 --

7    I'm sorry.

8        MR. JONES:  Nineteen sixty-seven?

9    A.    I'm sorry.

10    Q.    It's okay.

11    A.    Ninety-six, '97, '98, '99, and especially

12    2002.

13    Q.    Ninety-six, '97, '98, '99 and 2002?

14    A.    Nineteen sixty, nineteen -- no, 1996 and -7.

15    Q.    Okay.

16    A.    And then 1999 -- 1998 was pretty okay.

17    Nineteen ninety --

18    Q.    Nineteen ninety-eight.

19    A.    Ninety-eight was okay.  Then 1999 not much,

20    but I had -- 2000, yes, I had little difficulty.

21    Q.    Okay.  And what was the cause of the

22    difficulty?

23    A.    The 2000, I host U.S. Open Taekwondo

24    Championship in Hawaii and it was -- it was minus.

25    Q.    And was there an issue about $10,000 that

1    was supposed to be paid to the USTU that didn't get

2    paid?

3    A.    Yes, that was, but Mr. Warwick told me that

4    the -- the officer decide not to, what is that, receive

5    the money because we lost so much money on U.S. Open in

6    2000.

7    Q.    Okay.  But more running the U.S. Open, you

8    were supposed to pay the USTU $10,000.

9    A.    Not pay, deposit.

10    Q.    What's the difference between pay and

11    deposit?

12    A.    Well, that's what they said deposit.  So --

13    but I didn't deposit the money --

14    Q.    Okay.

15    A.    -- the 10,000.

16    Q.    You're supposed to deposit the money in a

17    USTU account.

18    A.    Yes, in -- yes.

19    Q.    And you didn't do that.

20    A.    Yes.

21    Q.    And then the officers decided according to

22    Mr. Warwick that even though you owed the USTU the

23    money, they wouldn't require you to pay it.

24    A.    Yes, that's what they decide because we lost.

25    Q.    And were you aware that there were a number

1    of members who criticized the USTU for not collecting

2    the $10,000 from you?

3    A.    I know one person, but I don't know other

4    people, persons.

5    Q.    Okay.  But the total money you borrowed was

6    only in the range of 40,000 to $50,000.

7        MR. JONES:  You're saying at the highest

8    -- you were saying the highest balance.

9    A.    You ask me highest so --

10        MR. JONES:  Not total borrowed.

11    A.    -- not total borrow.

12    Q.    Well, did you pay it down and borrow more?

13    A.    Yes.

14    Q.    Oh, I see.

15    A.    Whatever it goes -- it goes, yes.

16    Q.    Okay.  Well, focusing on the years Mr. Candon

17    was focusing on, do you think you borrowed those

18    amounts in those years?

19    A.    I have to go check.

20    Q.    Okay.  So you don't know for sure if those

21    amounts --

22    A.    Yes.  I mean --

23    Q.    -- are due to borrowing?

24    A.    Yeah.  And then I don't know how Mr. Candon

25    -- yeah, I mean like I say, I don't want to, you know