MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES    2958-0
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at __9__ o'clock and __18__ min. __A__ M __JP__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING OF |
| | ) | PLAINTIFF'S MOTION IN |
| | ) | LIMINE RE: TO PRECLUDE |
| UNITED STATES TAEKWONDO | ) | THE INTRODUCTION OF |
| UNION, a Colorado nonprofit | ) | DEFENDANTS' TRIAL BY |
| Corporation, UNITED STATES | ) | AMBUSH DOCUMENTS AND |
| OLYMPIC COMMITTEE, a federally | ) | TESTIMONY AT TRIAL; |
| charged nonprofit corporation, JOHN | ) | PLAINTIFF'S MOTION IN |
| DOES 1-10; JANE DOES 1-10; | ) | LIMINE RE: TO PRECLUDE |

| | | |
|---|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) ) | THE INTRODUCTION OF DEFENDANTS' TRIAL BY AMBUSH DOCUMENTS AND TESTIMONY AT TRIAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GLENN H. UESUGI; EXHIBITS "A" - "K"; and CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) ) ) ) ) ) ) | |
| | ) ) ) ) | Date: March 28, 2006<br>Time: 9:45 a.m.<br>Honorable Susan Oki Mollway |
| | ) ) ) ) ) ) ) ) | Trial Date:   April 4, 2006 |

## NOTICE OF HEARING OF
## PLAINTIFF'S MOTION IN LIMINE RE:
## TO PRECLUDE THE INTRODUCTION OF DEFENDANTS'
## TRIAL BY AMBUSH DOCUMENTS AND TESTIMONY AT TRIAL

TO:   DAVID LOUIE, ESQ.
      APRIL LURIA, ESQ.
      Roeca, Louie & Hiraoka
      841 Bishop Street, Suite 900
      Honolulu, Hawaii 96813

      MARK S. LEVINSTEIN, ESQ.
      ROBERT L. MOORE, ESQ.
      Williams & Connolly LLP
      725 12th Street, N.W.

Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on March 28, 2006 at 9:45 a.m., or as soon thereafter as counsel bay be heard.

DATED: Honolulu, Hawaii, MAR 1 4 2006

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> UNITED STATES TAEKWONDO ) <br> UNION, a Colorado nonprofit ) <br> Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a federally ) <br> charged nonprofit corporation, JOHN ) <br> DOES 1-10; JANE DOES 1-10; ) <br> DOE PARTNERSHIPS 1-10; DOE ) <br> CORPORATIONS 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil No. 04-00461 SOM LEK <br><br> PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE INTRODUCTION OF DEFENDANTS' TRIAL BY AMBUSH DOCUMENTS AND TESTIMONY AT TRIAL |

**PLAINTIFF'S MOTION IN LIMINE RE:
TO PRECLUDE THE INTRODUCTION OF DEFENDANTS'
TRIAL BY AMBUSH DOCUMENTS AND TESTIMONY AT TRIAL**

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff

LEE"), by and through his attorneys, Ward D. Jones, Michael Jay Green and

Glenn H. Uesugi, and hereby moves this Honorable Court, in limine to

preclude the introduction of Defendants' Trial By Ambush documents and

testimony at trial identified as USTU 300-357, USTU 400-597, USOC 2000-2481, and USOC 2483-2575.

This Motion is based on Rule 7 and 37 of the Federal Rules of Civil Procedure, and is based on the attached Memorandum in Support of Motion, the Declaration of Glenn H. Uesugi, and the records and files contained herein.

DATED: Honolulu, Hawaii, MAR 1 4 2006

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE