IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | ) Civil No. 04-00461 SOM LEK </br> ) </br> ) </br> ) DECLARATION OF GLENN H. </br> ) UESUGI </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| Plaintiff, | |
| vs. | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | |
| Defendants. | |

## DECLARATION OF GLENN H. UESUGI

I, GLENN H. UESUGI, state that:

1. I am an attorney licensed to practice law in all courts of the State of Hawaii and am one of the attorneys representing Plaintiff in the above captioned action.

2. Attached hereto as Exhibit "A" is a true and correct copy of

Defendant USTU'S Response to Plaintiff's First Request for Production of Documents dated November 13, 2004.

3. Attached hereto as Exhibit "B" is a true and correct copy of Defendant USOC'S Response to Plaintiff's First Request for Production of Documents dated November 13, 2004.

4. Attached hereto as Exhibit "C" is a true and correct copy Defendant USTU'S Response to Plaintiff's Second Request for Production of Documents dated May 27, 2005.

5. Attached hereto as Exhibit "D" is a true and correct copy of Defendant USOC'S Response to Plaintiff's Second Request for Production of Documents dated May 27, 2005.

6. Attached hereto as Exhibit "E" is a true and correct copy of Defendant USTU's Privilege Log dated May 27, 2005.

7. Attached hereto as Exhibit "F" is a true and correct copy of Defendant USOC's Privilege Log dated May 27, 2005.

8. Attached hereto as Exhibit "G" is a true and correct copy of April Luria's February 3, 2006 letter regarding Defendant USTU'S documents #300-357.

9. Attached hereto as Exhibit "H" is a true and correct copy of

Defendants' Exhibit List dated March 10, 2006.

10. Attached hereto as Exhibit "I" is a true and correct copy of Eileen McCauley's letter dated March 3, 2006 regarding Defendant USOC's documents #2000-2481.

11. Attached hereto as Exhibit "J" is a true and correct copy of Robert Moore's letter dated March 6, 2006 regarding Defendant USOC'S documents #2483-2575.

12. Attached hereto as Exhibit "K" is a true and correct copy of April Luria's letter dated March 7, 2006 regarding Defendant USTU'S documents #400-597.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, MAR 14 2006

_____
GLENN H. UESUGI