ROECA LOUIE & HIRAOKA

DAVID M. LOUIE  2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA  4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Todd F. Braunstein
Email: tbraunstein@wc.com
Robert L. Moore
Email rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
United States Taekwondo Union

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM TEK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANT UNITED STATES |
| | ) | OLYMPIC COMMITTEE'S |
| vs. | ) | PRIVILEGE LOG |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |


EXHIBIT "F"

```
OLYMPIC COMMITTEE, a federally )
chartered nonprofit corporation;      )
JOHN DOES 1-10; JANE DOES 1-          )
10; DOE PARTNERSHIPS 1-10;            )
DOE CORPORATIONS 1-10,                )
                                      )
                    Defendants.       )
                                      )
```

## DEFENDANT UNITED STATES OLYMPIC COMMITTEE'S PRIVILEGE LOG

| Item | Document Type | Date | Author | Recipients | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1 | E-mail | 12/20/03 | Jeffrey Benz, Esq. | Barbara Smith, Bill Maxson, Gary Johansen, Esq., Bob Foth, Carol Gross, Esq., Jeanne Picariello | Use of e-mail | Attorney-client |
| 2 | E-mail | 10/30/03 | Gary Johansen, Esq. | Barbara Smith, Bob Foth, Jeanne Picariello, Jennifer Gabrius, Esq., Jeri Andrews, Kay Burton, Mary McCagg, Nancy Wightman, Paul DePace, Perry Toles, Stephen Sobel, Thomas Satrom, Tony Baggiano, Bill Maxson, Tim Wiley | Sang Lee letter to Campbell | Attorney-client |
| 3 | E-mail | 7/15/02 | Thomas Satrom | Gary Johansen, Esq., Stephen Sobel, Jeri Andrews, Bob Foth, | Black belt certification program | Attorney-client |

2

| 4 | E-mail | 7/12/02 | Gary Johansen, Esq. | Martin Mankamyer, Thomas Satrom, Jennifer Gabrius, Esq., Kay Burton, pde8593u@postoffice.uri.edu | | |
|---|---|---|---|---|---|---|
| 4 | E-mail | 7/12/02 | Gary Johansen, Esq. | Jennifer Gabrius, Esq. | USTU voting | Attorney-client |

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Mark S. Levinstein*
Mark S. Levinstein
Gabriel A. Feldman
Todd F. Braunstein
Robert L. Moore
725 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

ROECA LOUIE & HIRAOKA

David M. Louie
April Luria
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendant United States Olympic Committee

Dated: May 27, 2005

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Defendant United States Olympic Committee's Privilege Log was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of the same on May 27, 2005:

|  | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES, ESQ.<br>Bervar & Jones<br>1400 Pauahi Tower, 1001 Bishop Street<br>Honolulu, HI 96813<br>Attorney for Plaintiff DAE SUNG LEE | ( X ) | ( ) |

DATED: Washington, D.C., May 27, 2005.

*/s/ Mark S. Levinstein*
MARK LEVINSTEIN
GABRIEL A. FELDMAN
TODD F. BRAUNSTEIN
ROBERT L. MOORE
Attorneys for Defendant
UNITED STATES TAEKWONDO UNION

4