| | | |
|---|---|---|
| Arthur F. Roeca<br>David M. Louie<br>Keith K. Hiraoka<br>April Luria<br><br>Jodie D. Roeca<br>Tedson H. Koja<br>James R. Ferguson<br>Brian A. Bilberry<br>James Shin<br>Jennifer B. Lyons<br>Anne Sylvester<br>Rhonda L. Ching<br><br>Counsel:<br>Adrian Y. H. Chang | **ROECA, LOUIE & HIRAOKA**<br>A LIMITED LIABILITY LAW PARTNERSHIP, LLP<br><br>900 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii   96813-3917<br><br>Writer's e-mail:<br>*aluria@rlhlaw.com* | Telephone:<br>(808) 538-7500<br><br>Writer's Extension No. 540<br><br>Facsimile:<br>(808) 521-9648<br><br>RL&H File No.<br>601.001 |

February 3, 2006

**HAND DELIVERED**
Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI   96813

Re:  Dae Sung Lee v. United States Taekwondo Union, et al.
<u>Civil No. 04-00461-SOM-LEK, U. S. District Court/Hawaii</u>

Dear Mr. Jones:

In supplementation of earlier disclosures, enclosed are 57 pages of documents (USTU 00300-USTU 00357) which may be used by Defendants' in support of their defenses in the above-referenced case.

Should you have any questions concerning the above, please contact me.

Very truly yours,

ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

April Luria

Enclosures
c.jones.07.al.wpd



EXHIBIT "G"