MAR 1 0 2006

# United States District Court
*District of Hawaii*

**DRAFT**

| DAE SUNG LEE, | ) | CASE NUMBER: 04-00461-SOM-LEK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S EXHIBIT LIST** |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) | |
| Defendants. | ) | |

601-1/Pleadings/Trial/ExhibitList.03.al.jsk.wpd

| PRESIDING JUDGE<br>Susan Oki Mollway | PLAINTIFF'S ATTORNEYS<br>Ward Jones, Esq.<br>Glenn H. Uesugi, Esq.<br>Michael J. Green, Esq. | DEFENDANTS' ATTORNEYS<br>David M. Louie, Esq.<br>April Luria, Esq.<br>Mark S. Levinstein, Esq.<br>Robert L. Moore, Esq.<br>Patrick J. Houlihan, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>April 4, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>Toni Fujinaga |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 400 | | | | New USTU Coach Selection Procedures, 2004 |
| | 401 | | | | Former USTU Coach Selection Procedures, January 20, 2003 |
| | 402 | | | | Fight Off Spreadsheet (USTU00354-00357) |
| | 403 | | | | Gambardella/Locke Memo to USOC Executive Committee re Olympic Team Staff Selection, March 8, 2004 (USTU00001) |
| | 404 | | | | Report to USOC from Select Representatives of USTU, May 2, 2003 (USOC00493-00760) |
| | 405 | | | | USOC Executive Committee Hearing and Exhibits, January 27, 2004 (USOC00343-00861) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

EXHIBIT "H"

Page 1 of 19 Pages

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | CASE NO. 04-00461-SOM-LEK | | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 406 |  |  |  | USOC Executive Committee Complaint and Exhibits, November 11, 2003 (USOC00395-00460) |
|  | 407 |  |  |  | Gambardella Letter to Governance & Management Committee re Mail Ballot, June 9, 2004 (USOC02057-02062) |
|  | 408 |  |  |  | Gambardella Reply Letter to Dae Sung Lee re Olympic Selection Procedures for Coaches, April 8, 2004 |
|  | 409 |  |  |  | Dae Sung Lee's Korean YellowPages of Hawaii Ad for Taekwondo Center, 2004-2005 |
|  | 410 |  |  |  | Dae Sung Lee's Korean YellowPages of Hawaii Ad for Taekwondo Center, 2005 |
|  | 411 |  |  |  | Aina Haina Shopping Center Website - Taekwondo Center Description, 4/19/2005 (USOC02072-02073) |
|  | 412 |  |  |  | Aina Haina Shopping Center Website - Taekwondo Center Description, 3/2/2006 (USOC02074-02084) |
|  | 413 |  |  |  | Han Won Lee's Castle Rock U.S. Taekwondo Center Color Pamphlet |
|  | 414 |  |  |  | Han Won Lee's Castle Rock U.S. Tae Kwon Do Center "Respect, Confidence . . ." Ad |
|  | 415 |  |  |  | Han Won Lee's Castle Rock U.S. Taekwondo Center "Kick It . . . Our Way!" Ad |
|  | 416 |  |  |  | Han Won Lee's Castle Rock U.S. Taekwondo Center "What a Gift!" Ad |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 417 | | | | Han Won Lee's Castle Rock U.S. Taekwondo Center "Do This! Improve This!" Ad |
| | 418 | | | | Han Won Lee's Castle Rock U.S. Tae Kwon Do Center "Fall in Love with Fitness" Ad |
| | 419 | | | | Remediation Plan Proposal (USOC02068-02071) |
| | 420 | | | | Settlement Agreement, January 27, 2004 |
| | 421 | | | | Coach Selection Procedures for USA Gymnastics Women's Artistic, January 30, 2004 (USOC01500-01501) |
| | 422 | | | | Coach Selection Procedures for USA Gymnastics Trampoline and Tumbling, February 25, 2004 (USOC01502-01503) |
| | 423 | | | | Coach Selection Procedures for USA Diving, May 23, 2003 (USOC01504) |
| | 424 | | | | Coach Selection Procedures for USA Weightlifting, March 12, 2003 (USOC01505) |
| | 425 | | | | Coach Selection Procedures for United States Rowing Association, August 12, 2003 (USOC01506) |
| | 426 | | | | Happy China Receipts, July 9, 1994 (USOC02475) |
| | 427 | | | | Article: "Taekwondo union in fight for its life" from Gazette Telegraph, December 14, 1996 (USOC02480-02482) |
| | 428 | | | | Sobel Letter re USTU "Continuous Compliance Review," June 24, 1996 (USOC02136-02139) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 429 |  |  |  | Article: "USOC audits harried taekwondo union" from Gazette Telegraph, January 9, 1997 (USOC02476-02477) |
|  | 430 |  |  |  | Article: "Lee's dreams on hold" from Gazette Telegraph, February 2, 1997 (USOC02478-02479) |
|  | 431 |  |  |  | USTU Audit with Cover Letter from Virginia Witte, September 10, 1997 (USTU00344-00353) |
|  | 432 |  |  |  | Jin Chung Letter to Sang Lee re Selection Procedure for Olympic Coaches, April 18, 2000 (USTU00338-00342) |
|  | 433 |  |  |  | Lynette Love Letter to Jin Chung re 4/18/00 letter to Dae Sang Lee, May 16, 2000 (USTU 00334-0337) |
|  | 434 |  |  |  | Checks/Ireland Expenses, November 19, 2000 (USTU00323-00327) |
|  | 435 |  |  |  | USTU Audit with Cover Letter from Virginia Witte, November 29, 2001 |
|  | 436 |  |  |  | Harris Audit and Receipt Request, August 28, 2002 (USTU00300-00308) |
|  | 437 |  |  |  | Sang Lee Audit and Receipt Request, August 28, 2002 (USTU00309-00312) |
|  | 438 |  |  |  | Ki Hong Kim Audit and Receipt Request, August 28, 2002 (USTU00313-00314) |
|  | 439 |  |  |  | USOC Announcement: "Taekwondo to Host Child Abduction Safety Awareness Seminar," September 16, 2002 (USOC02067) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | CASE NO. 04-00461-SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 440 |  |  |  | Witte memo re USTU Audits, September 25, 2002 |
|  | 441 |  |  |  | USTU Audit Report, November 14, 2002 |
|  | 442 |  |  |  | USTU Financial Statements for year ending December 31, 2002 (USOC00422-00432) |
|  | 443 |  |  |  | USTU Audit Report, January 5, 2003 (USOC00834-00836) |
|  | 444 |  |  |  | Letter to Satrom from Kim Sol, May 29, 2003 (USOC00143-00146) |
|  | 445 |  |  |  | Satrom Letter to Harris/USTU, August 4, 2003 |
|  | 446 |  |  |  | Responses to 12 Problems Outlined in Satrom's 8/4/03 Letter to USTU, August 4, 2003 (USOC00762-00777) |
|  | 447 |  |  |  | Cha Sok Park Letter to USOC, August 25, 2003 (USOC00039-00042) |
|  | 448 |  |  |  | Peabody Hotel Receipts sent to Harris, August 28, 2003 (USTU00315-00322) |
|  | 449 |  |  |  | Summary of USTU Audit Report sent to Harris, August 29, 2003 (USOC00406-00420) |
|  | 450 |  |  |  | Responses to Audit Committee's 19 Recommendations, August 29, 2003 (HRO061-065) |
|  | 451 |  |  |  | Harris Letter to USOC Auditor re Responses to Recommendations, September 1, 2003 (USOC00244-00251) |
|  | 452 |  |  |  | Harris Letter to Satrom re USOC Compliance Review Response, September 2, 2003 (USOC00234-00243) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | CASE NO. 04-00461-SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 453 | | | | Satrom Letter to Harris, September 5, 2003 (USOC00779-00782) |
| | 454 | | | | Responses to 16 Questions Submitted by Satrom's 9/5/03 letter, September 5, 2003 (USOC00784-00828) |
| | 455 | | | | USTU Audit with Cover Letter from Virginia Witte, December 5, 2003 (USOC00275-00278) |
| | 456 | | | | Anti-Doping Report, September 10, 2003 (USOC00434-00435) |
| | 457 | | | | Waugh & Associates Letter to Witte enclosing USTU Response to Audit Report, September 12, 2003 (HRO060-065) |
| | 458 | | | | Demand for Arbitration, October 17, 2003 (USTU00330-00333) |
| | 459 | | | | USOC Resolution for Board of Directors Action, October 18-19, 2003 (USOC00437-00438) |
| | 460 | | | | Scherr Letter to Harris re Decertification, October 30, 2003 |
| | 461 | | | | Waugh & Associates Letter Canceling Services, October 30, 2003 (HRO100-0101) |
| | 462 | | | | Letter from USTU enclosing Remediation Plan and Mail Ballot, November 26, 2003 (USOC00314-00322) |
| | 463 | | | | Gallagher Email re Remediation Plan, November 29, 2003 (USOC00147-00148) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 464 | | | | USTU Audit Report, December 5, 2003 (USOC00830-00832) |
| | 465 | | | | Dring Letter to Kum Hong Lee, December 15, 2003 (USOC00301-00302) |
| | 466 | | | | Scherr Letter to Dring re Pan Am Selection Tournament, December 15, 2003 (USOC00300) |
| | 467 | | | | Kum Hong Lee Letter to Mexico Taekwondo Federation re Hosting Tournament, December 17, 2003 (USOC00849) |
| | 468 | | | | Jopek Letter to Dae Sung Lee re Checks Issued, December 29, 2003 (USTU00328) |
| | 469 | | | | USTU Audit with Cover Letter from Virginia Witte, January 6, 2004 (USOC00327-00330) |
| | 470 | | | | USTU Board of Governors List and Contact Information, January 7, 2004 |
| | 471 | | | | USTU Officers' Resignation Letters, January 26, 2004 (USOC02000-02015) |
| | 472 | | | | Article: "US Taekwondo Union Faces Uncertain Future" from The Korea Times, January 27, 2004 (USOC00068-0069) |
| | 473 | | | | USTU Governance & Management Committee Announcement, February 3, 2004 |
| | 474 | | | | USOC Website Announcing "Committee named to oversee U.S. Taekwondo restructuring," February 3, 2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | CASE NO. 04-00461-SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 475 | | | | USOC Announcement re "Gambardella to lead Taekwondo during restructuring," February 5, 2004 |
| | 476 | | | | USTU Memo re Mail Ballot, enclosing Mail Ballot and Resolution, February 6, 2004 |
| | 477 | | | | Mail Ballot signed by Dae Sung Lee, February 20, 2004 |
| | 478 | | | | Mary Brunner Letter to Gambardella, March 16, 2004 |
| | 479 | | | | Fax Containing Open Letter to USOC and Other Complaints re USTU, March 8, 2004 (USOC00003-00014) |
| | 480 | | | | Dae Sung Lee Letter to Gambardella, March 18, 2004 |
| | 481 | | | | Locke Letters to Chong Woong Kim, et al. re Termination, March 22, 2004 (USOC02016-02056) |
| | 482 | | | | Gambardella Letter to L. Love re Letter concerning team leader position, April 8, 2004 (USOC02505-02506) |
| | 483 | | | | Gambardella Email to Dae Sung Lee re Selection Procedures - Olympic Coach, April 9, 2004 |
| | 484 | | | | Moreno Email to Gambardella re USOC Athlete Support Grant, May 25, 2004 |
| | 485 | | | | Dae Sung Lee Letter to Gambardella, June 2, 2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 486 |  |  |  | Locke Email to Moreno, Witte, et al. re USTU Olympic Coach, June 9, 2004 (USTU00013) |
|  | 487 |  |  |  | Chul Ho Kim Letter to Gambardella, June 24, 2004 |
|  | 488 |  |  |  | Farrell Email to Gambardella re Nomination forms, July 6, 2004 (USOC02064-02066) |
|  | 489 |  |  |  | Gambardella Letter Supporting Chul Ho Kim's Change of Status, July 19, 2004 |
|  | 490 |  |  |  | Howard E-mail to Gambardella, et al., Approving Nominations, July 26, 2004 (USOC02063) |
|  | 491 |  |  |  | Gambardella Letter to Chul Ho Kim, September 8, 2004 |
|  | 492 |  |  |  | US Taekwondo Team Olympic Results 1988-2004 (USOC02085-02092) |
|  | 493 |  |  |  | Olympic Sports Organizations - List of Members (USOC02307-02315) |
|  | 494 |  |  |  | Report to USOC appendix - Income vs. Player Support Chart (USOC00673) |
|  | 495 |  |  |  | Profit and Loss - Junior Olympics 2003 - 2005, February 28, 2006 (USOC02507) |
|  | 496 |  |  |  | USTU Profit & Loss by Class - 2004 Junior Olympics (USOC02483) |
|  | 497 |  |  |  | USTU Financial Results/Management Commentary, June 2, 2004 (USOC02484-02486) |
|  | 498 |  |  |  | USTU Profit & Loss Budget vs. Actual, May 20, 2004 (USOC02487-02488) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 499 | | | | Paulsen email attaching USAT Financial Reports, May 13, 2005 (USOC02489-02498) |
| | 500 | | | | Dennis Memo to USOC-USTU Special Oversight Task Force re USTU Round Table, October 20, 1998 (USOC02499-02504) |
| | 501 | | | | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Selection Procedures, October 2, 2003 (USOC02508-02511) |
| | 502 | | | | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Staff Nominations and Selection Procedures, October 2, 2003 (USOC02512-02519) |
| | 503 | | | | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Selection Procedures, January 16, 2004 (USOC02557-02560) |
| | 504 | | | | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Staff Nominations and Selection Procedures, January 16, 2004 (USOC02551-02556) |
| | 505 | | | | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Selection Procedures, February 26, 2004 (USOC02572-02575) |
| | 506 | | | | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Staff Nominations and Selection, February 26, 2004 (USOC02567-02571) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | CASE NO. 04-00461-SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 507 |  |  |  | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Selection Procedures, March 30, 2004 (USOC02547-02550) |
|  | 508 |  |  |  | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Staff Nominations and Selection, March 30, 2004 (USOC02561-02566) |
|  | 509 |  |  |  | Resolution re Selection Procedures for Executive Committee Action with exhibits, March 30, 2004 (USOC02535-02542) |
|  | 510 |  |  |  | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Selection Procedures, May 10, 2004 (USOC02520-02523) |
|  | 511 |  |  |  | C. Zaleski Letter to W. Martin attaching Voting Sheet and Resolutions re Staff Nominations and Selection Procedures, May 10, 2004 (USOC02524-02530) |
|  | 512 |  |  |  | Dae Sung Lee and Heon Mi Lee Individual Income Tax Return, 2001 (DSL001-005) |
|  | 513 |  |  |  | Dae Sung Lee and Heon Mi Lee Individual Income Tax Return, 2002 (DSL021-028) |
|  | 514 |  |  |  | Dae Sung Lee and Heon Mi Lee Individual Income Tax Return, 2003 (DSL029-037) |
|  | 515 |  |  |  | U. S. Taekwondo Center - Honolulu Tax Returns, 2001 (DSL006-012) |
|  | 516 |  |  |  | U. S. Taekwondo Center - Honolulu Tax Returns, 2002 (DSL038-050) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 517 |  |  |  | U. S. Taekwondo Center - Honolulu Tax Returns, 2003 (DSL051-062) |
|  | 518 |  |  |  | Han Won Lee and Chang Mi Lee Individual Income Tax Return, 1999 (HWL097-103) |
|  | 519 |  |  |  | Han Won Lee and Chang Mi Lee Amended Individual Income Tax Return, 2001 (HWL078-096) |
|  | 520 |  |  |  | Han Won Lee and Chang Mi Lee Individual Income Tax Return, 2003 (HWL020-041) |
|  | 521 |  |  |  | U. S. Taekwondo Center - Castle Rock Financial Statements as of September 30, 2004 (HWL001-004) |
|  | 522 |  |  |  | U. S. Taekwondo Center - Castle Rock Tax Returns, 2001 (HWL066-077) |
|  | 523 |  |  |  | U. S. Taekwondo Center - Castle Rock Tax Returns, 2002 (HWL053-065) |
|  | 524 |  |  |  | U. S. Taekwondo Center - Castle Rock Tax Returns, 2003 (HWL042-052) |
|  | 525 |  |  |  | Diamond Bar Blvd. U. S. Taekwondo Center's Profit or Loss from Business Tax Form, 1999 |
|  | 526 |  |  |  | Young I. Cheon and Mi H. Cheon's Individual Income Tax Return, 2000 |
|  | 527 |  |  |  | Young I. Cheon and Mi H. Cheon's Individual Income Tax Return, 2001 |
|  | 528 |  |  |  | Young I. Cheon and Mi H. Cheon's Individual Income Tax Return, 2003 |
|  | 529 |  |  |  | Ted Stevens Olympic & Amateur Sports Act, dated April 12, 2003 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | Lee v. United States Taekwondo Union, et al.  CASE NO. 04-00461-SOM-LEK |
| | 530 | | | | USOC Constitution, dated April 12, 2003 (USOC02316-2356) |
| | 531 | | | | USOC ByLaws, dated April 12, 2003 (USOC02357-02395) |
| | 532 | | | | Kelly Skinner Profile (USOC00851-00852) |
| | 533 | | | | John Candon's Preliminary Expert Report, May 11, 2005 |
| | 534 | | | | John Candon's Curriculum Vitae, May 11, 2005 |
| | 535 | | | | John Candon's Testimony and Trusteeships, May 11, 2005 |
| | 536 | | | | USTC Aina Haina Operating Statements, May 11, 2005 |
| | 537 | | | | USTC Castle Rock Operating Statements, May 11, 2005 |
| | 538 | | | | Hee Il Cho's Tae Kwon Do Center Business Card, Website Information, Advertising, May 11, 2005 |
| | 539 | | | | USTC Diamond Bar Operating Statements, May 11, 2005 |
| | 540 | | | | Unified Taekwondo, Oahu Taekwondo, and Smith Taekwondo Website Information and Chart, May 11, 2005 |
| | 541 | | | | Dae Sung Lee Analysis of Alleged Lost Profits Based on Reported Revenue Prepared by Candon, May 11, 2005 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



# EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | CASE NO. 04-00461-SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 542 |  |  |  | Dae Sung Lee Analysis of Alleged Lost Profits Based on Possibly Unreported Revenue Prepared by Candon, May 11, 2005 |
|  | 543 |  |  |  | Dae Sung Lee Supporting Schedules and Assumptions Prepared by Candon, May 11, 2005 |
|  | 544 |  |  |  | MapQuest Map of Castle Rock, Colorado, January 27, 2006 |
|  | 545 |  |  |  | Information on Candon Consulting Group from Website |
|  | 546 |  |  |  | Rule 16 Scheduling Order in Lee v. United States Taekwondo Union, et al., November 3, 2004 |
|  | 547 |  |  |  | Olympic Style Taekwondo - About Master Han Won Lee - Website, March 24, 2005 |
|  | 548 |  |  |  | Minutes - Membership & Credentials Committee Meeting, December 8-10, 1995 (USOC02123-02129) |
|  | 549 |  |  |  | Minutes - Membership & Credentials Committee Meeting, May 10-11, 1996 (USOC02130-02135) |
|  | 550 |  |  |  | Minutes - Membership & Credentials Committee Meeting, September 20-21, 1996 (USOC02140-02153) |
|  | 551 |  |  |  | Minutes - Membership & Credentials Committee Meeting, December 6-7, 1996 (USOC02154-02164) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **Lee v. United States Taekwondo Union, et al.** — CASE NO. 04-00461-SOM-LEK |
| | 552 | | | | Minutes - Membership & Credentials Committee Meeting, January 18, 1997 (USOC02165-02169) |
| | 553 | | | | Minutes - Membership & Credentials Committee Meeting, May 31, 1997 (USOC02170-02174) |
| | 554 | | | | Minutes - Membership & Credentials Committee Meeting, January 10-11, 1998 (USOC02175-02179) |
| | 555 | | | | Minutes - Membership & Credentials Committee Meeting, September 12-13, 1998 (USOC02180-02188) |
| | 556 | | | | Minutes - Membership & Credentials Committee Meeting, January 9-10, 1999 (USOC02189-02198) |
| | 557 | | | | Minutes - Membership & Credentials Committee Meeting, December 1-2, 2001 (USOC02199-02207) |
| | 558 | | | | Minutes - Membership & Credentials Committee Meeting, February 24-25, 2001 (USOC02208-02215) |
| | 559 | | | | Minutes - Membership & Credentials Committee Meeting, June 1-2, 2001 (USOC02216-02223) |
| | 560 | | | | Minutes - Membership & Credentials Committee Meeting, September 7-8, 2001 (USOC02224-02233) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | CASE NO. 04-00461-SOM-LEK | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 561 | | | | Minutes - Membership & Credentials Committee Meeting, March 9-10, 2002 (USOC02235-02246) |
| | 562 | | | | Minutes - Membership and Credentials Committee Meeting, April 17, 2002 (USOC02234) |
| | 563 | | | | Minutes - Membership & Credentials Committee Meeting, June 28-29, 2002 (USOC02247-02254) |
| | 564 | | | | Minutes - Membership & Credentials Committee Meeting, September 27-28, 2002 (USOC02255-02260) |
| | 565 | | | | Minutes - Membership & Credentials Committee Meeting, November 1-3, 2002 (USOC02293-02295) |
| | 566 | | | | Minutes - Membership & Credentials Committee Meeting, December 13-14, 2002 (USOC02261-02264) |
| | 567 | | | | Minutes - Membership & Credentials Committee Meeting, January 31-February 1, 2003 (USOC02265-02265) |
| | 568 | | | | Minutes - Membership & Credentials Committee Meeting, May 2-3, 2003 (USOC02273-02280) |
| | 569 | | | | Minutes - Membership and Credentials Committee Meeting, May 29, 2003 (USOC02281-02282) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 570 | | | | Minutes - Membership and Credentials Committee Meeting, June 18, 2003 (USOC02283-02284) |
| | 571 | | | | Minutes - Membership & Credentials Committee Meeting, September 12-13, 2003 (USOC02285-02289) |
| | 572 | | | | Minutes - Membership & Credential Committee Meeting, October 17, 2003 (USOC02290) |
| | 573 | | | | Minutes - Membership and Credentials Committee Meeting, October 31, 2003 (USOC02291-02292) |
| | 574 | | | | Minutes - Membership & Credentials Committee Meeting, November 11, 2003 (USOC02296-02297) |
| | 575 | | | | Minutes - Membership and Credentials Committee Meeting, May 25, 2004 (USOC02298-02306) |
| | 576 | | | | Minutes - Governance & Management Committee, February 5, 2004 (USTU0004) |
| | 577 | | | | Minutes - Governance & Management Committee, February 26, 2004 (USTU0002-0003) |
| | 578 | | | | Minutes of Conference Call - Governance and Management Committee Meeting, March 3, 2004 (USOC02093) |
| | 579 | | | | Minutes - Governance and Management Committee, March 11, 2004 (USOC02094-02096) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 580 | | | | Minutes - Governance and Management Committee, March 18, 2004 (USOC02097-02099 |
| | 581 | | | | Minutes - Governance and Management Committee, March 25, 2004 (USTU00005-00007) |
| | 582 | | | | Revised Minutes - Governance and Management Committee, March 25, 2004 (USOC02103-02105) |
| | 583 | | | | Minutes Revision #2 - Governance and Management Committee, March 25, 2004 (USOC02106-02107) |
| | 584 | | | | Draft Minutes with Witte Email - Governance and Management Committee Meeting, March 25, 2004 (USOC02100-02102) |
| | 585 | | | | Minutes - Governance and Management Committee, May 6, 2004 (USOC02108) |
| | 586 | | | | Minutes - Governance and Management Committee, May 13, 2004 Conference Call (USOC02109-2110) |
| | 587 | | | | Minutes - Governance and Management Committee, May 20, 2004 (USOC02111-02112) |
| | 588 | | | | Minutes - Governance and Management Committee, May 26, 2004 (USOC02113) |
| | 589 | | | | Minutes - Governance and Management Committee, June 3, 2004 (USOC02114) |
| | 590 | | | | Minutes - Governance and Management Committee, June 17, 2004 (USOC02115) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT LIST – CONTINUATION

| Lee v. United States Taekwondo Union, et al. | | | | | CASE NO. 04-00461-SOM-LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 591 | | | | Minutes - Governance and Management Committee, June 24, 2004 (USOC02116) |
| | 592 | | | | Minutes - Governance and Management Committee, July 1, 2004 (USTU00008-00009) |
| | 593 | | | | Minutes - Governance and Management Committee, July 1, 2004 (USOC02117-02118) |
| | 594 | | | | Minutes - Governance and Management Committee, July 15, 2004 (USOC02119-02122) |
| | 595 | | | | Minutes - Governance and Management Committee, September 9, 2004 (USTU00010-00011) |
| | 596 | | | | PDF Analysis, March 26, 2004 |
| | 597 | | | | PDF Analysis, March 26, 2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.