LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W

MARK S. LEVINSTEIN
ATTORNEY AT LAW
(202) 434-5012
mlevinstein@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

RECEIVED
MAR 0 6 2006

March 3, 2006

**VIA FEDERAL EXPRESS**

Ward Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Re:    **Dae Sung Lee v. United States Taekwondo Union, et al.**
       **Civil No. 04-00461-SOM-LEK, U.S. District Court/Hawaii**

Dear Mr. Jones:

Enclosed are documents numbered USOC 0200 – USOC 0481 which may be used by Defendants' in support of their defenses in the above-referenced case.

Should you have any questions concerning the above, please contact Mr. Robert Moore.

Very truly yours,

Eileen McCauley

Eileen McCauley
Assistant to Mark Levinstein

MSL:emm
cc:  Counsel of Record (w/out encs.)

EXHIBIT "I"