LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

ROBERT L. MOORE
(202) 434-5731
rlmoore@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

MAR 0 9 2006

March 6, 2006

**VIA FEDERAL EXPRESS**

Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

    Re:   Dae Sung Lee v. United States Taekwondo Union, et al.
           Civil No. 04-00461-SOM-LEK, U.S. District Court/Hawaii

Dear Mr. Jones:

    Enclosed are documents numbered USOC 02483 – USOC 02575 which may be used by Defendants' in support of their defenses in the above-referenced case.

Very truly yours,

Robert L. Moore

cc:   April Luria, Esq.
       Glenn Uesugi, Esq.



EXHIBIT "J"