Arthur F. Roeca
David M. Louie
Keith K. Hiraoka
April Luria

Jodie D. Roeca
Tedson H. Koja
James R. Ferguson
Brian A. Bilberry
James Shin
Jennifer B. Lyons
Anne Sylvester
Rhonda L. Ching

Counsel:
Adrian Y. H. Chang

# ROECA, LOUIE & HIRAOKA
A LIMITED LIABILITY LAW PARTNERSHIP, LLP

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917

Writer's e-mail:
*aluria@rlhlaw.com*

March 7, 2006

Telephone:
(808) 538-7500

RECEIVED
MAR 0 8 2006

Writer's Extension No.
540

Facsimile:
(808) 521-9648

RL&H File No.
601-1

Hand-Delivered

Ward D. Jones, Esq.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

Re:   Dae Sung Lee v. United States Taekwondo Union, et al.
      Civil No. 04-00461-SOM-LEK, U. S. District Court/Hawaii

Dear Mr. Jones:

Enclosed is a copy of Defendants Exhibits nos. 400 - 597 in the above-referenced matter

Very truly yours,

ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

April Luria

Enclosures

cc:   Glenn H. Uesugi, Esq. (without enclosures)
      Michael Jay Green, Esq. (without enclosures)

c.jones.08.al.sh.wpd



EXHIBIT "K"