

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES    2958-0
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at __9__ o'clock and __18__ min __a__ M__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | NOTICE OF HEARING OF |
| ) | PLAINTIFF'S MOTION IN |
| ) | LIMINE RE: TO PRECLUDE |
| UNITED STATES TAEKWONDO ) | THE TESTIMONY OF |
| UNION, a Colorado nonprofit ) | DEFENDANTS' ECONOMIC |
| Corporation, UNITED STATES ) | EXPERT JOHN CANDON; |
| OLYMPIC COMMITTEE, a federally ) | PLAINTIFF'S MOTION IN |
| charged nonprofit corporation, JOHN ) | LIMINE RE: TO PRECLUDE |
| DOES 1-10; JANE DOES 1-10; ) | THE TESTIMONY OF |

| | |
|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants. | ) DEFENDANTS' ECONOMIC<br>) EXPERT JOHN CANDON<br>) MEMORANDUM IN SUPPORT<br>) OF MOTION; DECLARATION<br>) OF GLENN H. UESUGI;<br>) EXHIBITS "A" - "D"; and<br>) CERTIFICATE OF SERVICE<br>)<br>) Date: March 28, 2006<br>) Time: 9:45 a.m.<br>) Honorable Susan Oki Mollway<br>)<br>) Trial Date:  April 4, 2006 |

NOTICE OF HEARING OF
PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE
TESTIMONY OF DEFENDANTS' ECONOMIC EXPERT JOHN CANDON

TO:    DAVID LOUIE, ESQ.
        APRIL LURIA, ESQ.
        Roeca, Louie & Hiraoka
        841 Bishop Street, Suite 900
        Honolulu, Hawaii  96813

        MARK S. LEVINSTEIN, ESQ.
        ROBERT L. MOORE, ESQ.
        Williams & Connolly LLP
        725 12th Street, N.W.
        Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on <u>March 28, 2006 at 9:45 a.m.</u>, or as soon thereafter as counsel bay be heard.

DATED: Honolulu, Hawaii, MAR 14 2006

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION IN |
| | ) | LIMINE RE: TO PRECLUDE |
| | ) | THE TESTIMONY OF |
| UNITED STATES TAEKWONDO | ) | DEFENDANTS' ECONOMIC |
| UNION, a Colorado nonprofit | ) | EXPERT JOHN CANDON |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| charged nonprofit corporation, JOHN | ) | |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE
TESTIMONY OF DEFENDANTS' ECONOMIC EXPERT JOHN CANDON**

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi, and hereby moves this Honorable Court, in limine to preclude the testimony of Defendants' economic expert John Candon from testifying at trial.

This Motion is based on Rule 7 and 37 of the Federal Rules of Civil Procedure, Rule 702 of the Federal Rules of Evidence and is based on the attached

Memorandum in Support of Motion, the Declaration of Glenn H. Uesugi, and the records and files contained herein.

DATED: Honolulu, Hawaii, MAR 1 4 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE