IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>      Plaintiff,<br><br><br>      vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>      Defendants. | Civil No. 04-00461 SOM LEK<br><br><br>DECLARATION OF GLENN H. UESUGI |

DECLARATION OF GLENN H. UESUGI

I, GLENN H. UESUGI, state that:

1.    I am an attorney licensed to practice law in all courts of the State of Hawaii and am one of the attorneys representing Plaintiff in the above captioned action.

2.    Attached hereto as Exhibit "A" is a true and correct copy of

Mr. John Candon's report dated May 11, 2005 relating to the above captioned action.

      3.      Attached hereto as Exhibit "B" are relevant portions of Mr. John Candon's oral deposition transcript relating to the above captioned action.

      4.      Attached hereto as Exhibit "C" is a true and correct copy of Mr. Han Won Lee's webpage biography.

      5.      Attached hereto as Exhibit "D" is a true and correct copy of Pacific Business News' top 25 list of wealthiest zip codes in Hawaii ranked by 2005 median household income.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _MAR 1 4 2006_____

_____
GLENN H. UESUGI

-2-