Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                      DISTRICT OF HAWAII

 3      -----------------------------------------

 4      DAE SUNG LEE,

 5              Plaintiff,

 6

 7         vs.                    CIVIL NO. 04-00461 SOM LEK

 8

 9      UNITED STATES TAEKWONDO UNION, a Colorado nonprofit

10      Corporation, UNITED STATES OLYMPIC COMMITTEE, a

11      federally chartered nonprofit corporation; JOHN DOES

12      1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE

13      CORPORATIONS 1-10,

14              Defendants.

15      -----------------------------------------

16

17              DEPOSITION OF JOHN CANDON

18                   VOLUME I

19         Taken on behalf of the Plaintiff, at the

20      office of Michael J. Green, Attorney At Law, 345

21      Queen Street, 2nd Floor, Honolulu, Hawaii  96813,

22      commencing at 2:00 p.m., on January 30, 2005,

23      pursuant to Notice.

24      BEFORE:    DENNIS J. YANKEE, CSR NO. 285

25                 Certified Shorthand Reporter
```

EXHIBIT B

Page 14

1  you reviewed your report before you came in today,
2  right?
3       A.   Correct.
4       Q.   You probably looked at it today, didn't
5  you?
6       A.   I did.
7       Q.   And, and I'm assuming, your memory, at
8  least in your opinion, is as good as anyone else's,
9  right?
10      A.   I don't think I can answer that question.
11      Q.   Well, do you have an opinion as to whether
12  your memory is, is, is at least as good as the
13  average person, do you have an opinion on that?
14      A.   I haven't studied the average person's
15  memory, so I don't know.
16      Q.   Well, do you think you have a good memory?
17      A.   I have an adequate memory, sir.
18      Q.   Well, do you remember reading when you read
19  your report today where you said Mr. Lee's school is
20  located?
21      A.   Which Mr. Lee, sir?
22      Q.   Han Won Lee.
23      A.   I may have referred to it as being either
24  Colorado Springs or Castle Rock.  I don't remember
25  specifically.

Page 15

1       MR. GREEN:  Well, you know what, mark
2  it as number 2, your report, and I'll give you a few
3  minutes to go through it.  It may be helpful to you
4  to look at the list of, of, of dissimilarities that
5  you, you opine to regarding why you think the schools
6  were not comparable.
7       And that's a starting place.  And then go
8  anyplace you ever mention Han Won Lee's school ever
9  report you ever mention Han Won Lee's school ever
10  being located in Castle Rock, Mr. Candon.
11      I'll be back.  Take your time.
12  (Break taken from 2:12 p.m. to 2:13 p.m.) is
13  BY MR. GREEN:
14      Q.   Have you had a chance to look at the
15  report?
16      A.   Yes, I have.
17      Q.   Do you notice any comparison between
18  Mr. Han Won Lee's day jang, or day jang, as being
19  located in Castle Rock, Colorado?
20      A.   I, I could not find that.
21      Q.   You couldn't find it?
22      A.   Correct.
23  (Deposition Exhibit 2 marked.)
24      Q.   I mean, we'll go through the report, but
25  when I look at, if you turn to page 12 of your report

Page 16

1  dated May 11th, 2005, you say, last paragraph down:
2  There are additional reasons that these two
3  businesses may not properly being compared to one
4  another, not the least of these is the lack of
5  comparability of Colorado Springs economic
6  environment with Honolulu's economic environment,
7  among other things.
8       Do you see that?
9       A.   I do.
10      Q.   Can you tell me what Colorado Springs has,
11  and their economic environment has to do with this
12  case?
13      A.   I think Colorado Springs is indicative of
14  the, the economic environment in, and the, the
15  surrounding area of Colorado Springs' economic
16  environment is the one in which Han Won Lee must
17  operate his school.
18      MR. GREEN:  You know what, with all
19  due respect to you, I got no idea what you just said.
20  Could you read that back to me?
21  (Reporter read:  I think Colorado Springs is
22  indicative of the, the economic environment in, and
23  the, the surrounding area of Colorado Springs'
24  economic environment is the one in which Han Won Lee
25  must operate his school.)

Page 17

1  BY MR. GREEN:
2       Q.   Are you suggesting as an expert in this
3  case that Castle Rock is a surrounding area of
4  Colorado Springs?
5       A.   I understand it's 40 miles away from
6  Colorado Springs.
7       Q.   When did you make that understanding?
8       A.   I understood that, I believe Han Won Lee
9  testified to that at his deposition.
10      Q.   Well, in fact, the first time you realized
11  that that school, Mr. Han Won Lee's school was in,
12  was in Castle Rock was either after you heard or read
13  the deposition of that gentleman, or the deposition
14  of Mr. Loudat, and that's true, isn't it?
15      A.   Correct.
16      Q.   All the work you've done in this report was
17  predicated on the fact that you believe Han Won Lee's
18  school was in Colorado Springs, is that correct?
19      A.   No.
20      Q.   Do you have worksheets that you prepared
21  that you submitted for billings to your lawyers?
22      A.   I do.
23      Q.   Do you still have them?
24      A.   Yes.
25      Q.   When were they created?

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090  Fax: (808)524-2596

Page 18

1     A.   Monthly, as we rendered invoices.
2     Q.   You got copies with you today?
3     A.   I did.
4          MR. GREEN:  Please turn those over to
5     Ward over there and we'll make copies of them.
6     BY MR. GREEN:
7     Q.   When we look at that page 12 of your
8     report, you talk about the median age of Colorado
9     Springs.  Do you see that?
10    A.   Correct.
11    Q.   Did you do something to determine what the
12    median age of Colorado Springs was when you made this
13    report?
14    A.   I did.
15    Q.   You did?
16    A.   I did.
17    Q.   Did you make any study to find out what the
18    median age of Castle Rock was when you made this
19    report; yes or no?
20    A.   No.
21    Q.   Discretionary income, number 2, the
22    discretionary income, you say:  Discretionary income,
23    which would be necessary to pay for martial arts
24    training, is higher in Colorado Springs than in
25    Honolulu because the cost of living is only

Page 19

1     112 percent of the national average.
2          Is that what the cost of living is in
3     Colorado Springs when you checked, was it?
4     A.   Can I have the question again?
5     Q.   Discretionary income, which would be
6     necessary to pay for martial arts training, is higher
7     in Colorado Springs than Honolulu because the cost
8     of, of housing is only 112 percent of the national
9     average.
10         Is that what it was or is in Colorado
11    Springs when you checked?
12    A.   Yes, it was.
13    Q.   Did you do that, that comparison for Castle
14    Rock?
15    A.   No.
16    Q.   What county is Castle Rock in?
17    A.   I don't know, sir.
18    Q.   What county is Colorado Springs in?
19    A.   I don't know.
20    Q.   When is the first time you actually
21    realized you were talking about the wrong city for
22    Han Won Lee's day jon?
23    A.   I'm not --
24         MR. UESUGI:  Do jang.
25         MR. GREEN:  Do jang.  And I apologize

Page 20

1     for mispronouncing it.
2     BY MR. GREEN:
3     Q.   When's the first time you realized you were
4     working on the wrong city for this comparison?
5     A.   I don't know that I'm working on the wrong
6     city, but I didn't understand that Castle Rock was
7     the actual address of Han Won Lee's school until I
8     read his deposition.
9     Q.   You, you were, you were 40 miles off as far
10    as where Castle Rock was located compared to Colorado
11    Springs, right?
12    A.   Correct.
13    Q.   You assumed that his, that his, his school
14    was, was in Colorado Springs because why?
15    A.   The address for the school's tax returns
16    indicates Colorado Springs.
17    Q.   Yes.  You just made a mistake, right?
18    A.   I think there's a difference.  I don't know
19    that it amounts to a mistake.
20    Q.   Well, you know, part of your opinions in
21    this case, and I'm way ahead of where we need to be,
22    but part of your opinions in this case talk about
23    advertising.  Do you remember that?
24    A.   Correct.
25    Q.   You were talking about advertising that

Page 21

1     Mr. Han Won Lee did to advertise his school, yes?
2     A.   Correct.
3     Q.   Now, I'm assuming you billed your clients
4     for the work you did in reviewing that advertising,
5     yes?
6     A.   May I understand, sir, what you mean by
7     reviewing advertising?
8     Q.   Well, I mean, you'll look at the
9     advertising, right?
10    A.   No, I do not.
11    Q.   Well, did you talk about the, the amount of
12    money expended by Mr. Han Won Lee for advertising?
13    A.   I did.
14    Q.   Did you ever look to see what was contained
15    in those advertisements?
16    A.   No, I did not.
17    Q.   You know, when I look at --
18    A.   May I -- I have to correct that.  I think
19    there was a description of things that he would
20    advertise in his deposition, but I specifically
21    didn't look at the ads themselves.
22    Q.   You know, you're a bright guy, and you can
23    connect, you can correct me if I'm wrong, but, you
24    see, when I look at your CV and I look at your
25    resume, you list a number of things that you say

Page 22

1   about yourself and your business, do you not?
2       A.   Yes.
3       Q.   Things that you believe are important to
4   differentiate yourself from other people in your
5   field, right?
6       A.   In point of fact, I don't write them to
7   differentiate myself, but to describe what my skills
8   and abilities are.
9       Q.   Well, I mean, you put down factors that you
10  think might attract clients, yes?
11      A.   I put -- well, again, not to parse, but,
12  things too finely, but I put things down to help
13  people understand what I can do so that they can
14  understand what to expect from us.
15      Q.   You know, in your work experience, have you
16  come to the opinion that people from time to time put
17  in differentiating factors to attract a client base?
18      A.   Yes.
19      Q.   And the reason they do that is to draw from
20  a larger market, right?
21      A.   That was a, that would be a motivation of
22  some people.
23      Q.   Well, sure.  And for all you know, it was a
24  motivation for Han Won Lee when he did his ads,
25  right?

Page 23

1       A.   I'd have to, have to defer to Mr. Lee for
2   his motivations.
3       Q.   Well, I mean, you're an expert, you've done
4   comparisons in business.  Does that seem reasonable
5   or logical to you, Mr. Candon?
6       A.   And we've been talking about this for a
7   while.  May I ask you to explain what "that" is --
8       Q.   What what is?
9       A.   May I ask you to please be more clear in
10  your last question?
11      Q.   Yeah.  That he would put in factors that
12  might differentiate his school from competing
13  schools.  Seem reasonable to you?
14      A.   Yes.
15           MR. GREEN:  Give me the ads, please.
16  Mark this as first -- as, as next in order, please.
17  (Deposition Exhibit 3 marked.)
18  BY MR. GREEN:
19      Q.   Now, before we get into this ad I want to
20  make sure that I'm not going down the wrong path
21  here, so, so, help me if you will, if you can,
22  Mr. Candon.
23           When you read the depositions of Mr. Loudat
24  or Han Won Lee or anyone else in this case, you
25  learned that his school was in Castle Rock, yes?

Page 24

1       A.   Correct.
2       Q.   As opposed to Colorado Springs, yes?
3       A.   Correct.
4       Q.   When did you plan on telling anyone you
5   made a mistake about the location of the school?
6           MS. LURIA:  Objection.
7           MR. GREEN:  Go ahead.
8       A.   I don't believe that the differences in the
9   town has a, ultimately, a meaningful impact on my
10  conclusion --
11  BY MR. GREEN:
12      Q.   -- is that a --
13      A.   -- in this case --
14      Q.   -- is that a guess, Mr. Candon?
15      A.   No, it's my professional opinion.
16      Q.   Well, if it's your professional opinion
17  that you're willing to testify to in any court room
18  under oath, you tell me if you know based on the
19  studies you've done, what the discretionary income is
20  in Castle Rock.
21      A.   I don't know.
22      Q.   Wasn't the square -- well, what's the
23  median age in Castle Rock?
24      A.   I don't know.
25      Q.   What's the per catty, the income per capita

Page 25

1   in Castle Rock?
2       A.   I don't know.
3       Q.   If you turn to page 13, number 4:  InfoUSA
4   recent study of growth and decline in the number of
5   businesses from 2000 to 2004 found that the number of
6   businesses in Colorado Springs grew by 14.7 percent.
7   Do you see that?
8       A.   Correct.
9       Q.   What did they grow in Castle Rock?
10      A.   I don't know.
11      Q.   Every comparison in here is Colorado
12  Springs vis-a-vis Honolulu, right?
13      A.   Correct.
14      Q.   The two schools, right?
15      A.   Correct.
16      Q.   And, and as you sit here now, you can't
17  give me any opinion, other than a guess, as to the
18  factors, the reasons for these two businesses may,
19  may not be properly compared, you're just opining
20  that you would get the same results regarding median
21  age in Colorado Springs and Castle Rock,
22  discretionary income in both cities, per capita
23  growth in cities, that's what you're doing, right?
24      A.   No.
25      Q.   You tell me how you know whether the

7 (Pages 22 to 25)

Page 26

1  information is the same or different.
2      A.  I'm not saying that it's the same, I'm not
3  saying that it's different.  I'm saying that, that
4  the school's in Castle Rock 40 miles outside of
5  Colorado Springs is not a, a difference that's
6  significant enough to affect my ultimate conclusion.
7      Q.  What schools have you reviewed or analyzed
8  in Castle Rock?
9      A.  None.
10     Q.  None?
11     A.  Well, I analyzed Han Won Lee's, and that's
12  in Castle Rock.
13     Q.  Well, but, but the comparisons you made to
14  his school dealt with information you got about
15  Colorado Springs, yes?
16     A.  Correct.
17         MR. GREEN:  Okay.  Let's take a look
18  at, at next?
19         MR. UESUGI:  Exhibit 3.
20  BY MR. GREEN:
21     Q.  Three.  Now, we're going to go through some
22  of your, your expert opinions that deal with
23  advertising.  Do you remember, do you remember what
24  you wrote about advertising in your report?
25     A.  I think I remarked that Han Won Lee spent

Page 27

1  more on advertising than Dae Sung Lee.
2      Q.  And apparently that was a significant
3  factor to you, right?
4      A.  Among others, yes.
5      Q.  Yes.  I mean that, I guess, meant to you
6  that he was being more aggressive by the advertising
7  budget he had compared to the plaintiff, yes?
8      A.  That, in combination with other things that
9  he did made me feel he was being more aggressive,
10  yes.
11     Q.  Well, I mean, and, and do you have some
12  expertise in this type, type of school that being
13  aggressive or, or more aggressive, less aggressive,
14  is tantamount to being more successful?
15     A.  I don't think I have more experience with
16  this type of school than I do with business in
17  general, other than I've done some reading about
18  martial arts schools, how to start one and how to
19  manage one.
20     Q.  What kind of martial arts schools are you
21  talking about?
22     A.  Asian martial arts schools, including
23  Taekwondo, Kung Fu and others.
24     Q.  What I'm trying to --
25         MR. GREEN:  Give me the question back

Page 28

1  that I asked.  I can't remember my question.
2  (Reporter read:  What kind of martial arts schools
3  are you talking about?)
4         MR. GREEN:  Sorry.  The question
5  before that.  Strike it.  I know where I'm going.
6  BY MR. GREEN:
7      Q.  Are you prepared to say, based on your
8  training and expertise in this case, that being more
9  aggressive as a master of Taekwondo in a school is
10  tantamount to being more successful, are you prepared
11  to offer that opinion?
12     A.  That's not what I said.
13     Q.  Well, I'm just asking you if you were
14  prepared to give that opinion today.
15     A.  I'd have to understand what you mean by
16  more aggressive.  In what areas?
17     Q.  Well, I mean, you, you wrote it in your
18  report, and we'll get to it, that, that Mr. Han Won
19  Lee was more aggressive than the plaintiff in this
20  case.
21         And the inference that I got was being more
22  aggressive means that he would be more successful in
23  his school.  Were you trying to give that opinion, or
24  at least inference?
25     A.  I'm looking at differences in management,

Page 29

1  how they each manage their respective business
2  enterprises.  And Mr. Han Won Lee took many more
3  steps to build his business than Dae Sung Lee.
4      Q.  We'll, we'll, we'll get to that, but give
5  me just two, for example.
6      A.  Han Won Lee would, instituted a summer
7  program to attract students to his school.
8      Q.  And then what was the revenue derived from
9  that summer program?
10     A.  I don't know.
11     Q.  Don't know.  Don't know whether he made or
12  lost money in that summer program, do you?
13     A.  I don't.
14     Q.  What's next?
15     A.  He has hired consultants to advise him
16  in -- oh, he has hired a collection service.  He
17  tries to collect every dollar on every contract.
18     Q.  You know, I'm, I'm glad that you mention
19  that.  Is that a positive for, for Mr. Han Won Lee
20  and a negative for, for this plaintiff here, in your
21  expert opinion?
22     A.  I don't know whether that specific matter
23  is a positive or a negative for either.  It's --
24     Q.  Why did you mention it in your report then?
25     A.  It indicates that Mr. Han Won Lee is more

8 (Pages 26 to 29)

Page 30

1  aggressive, to use a word that's already on the table
2  today, in operating his business, that he treats it
3  as a business.
4      Q.  As, as an expert in giving opinions like
5  the one you just gave, that hiring a collection
6  agency, that is, in your opinion, an inference of
7  being aggressive in how he does his business, do you
8  know how much he paid for the collection agency?
9      A.  I don't.
10      Q.  Well, you have it written down in your
11  report, don't you, the one you just read this
12  morning?  Take a look.  Take a look.  You wrote it
13  down how much he spends for collections.  You can
14  read it into the record, you wrote it.
15      A.  Okay.  During 2002 and 2003, Han Won Lee
16  spent $26,604 on bill collectors.
17      Q.  And how much did he recover for the, for
18  his investment?
19      A.  I don't know.
20      Q.  If you were to find out that the plaintiff
21  had his collections done for free, would that change
22  your opinion?
23      A.  No, not, not that specific item, no.
24      Q.  Well, if, if he was able to get collection
25  work done for free as opposed to Mr. Lee spending

Page 31

1  20-some-thousand dollars, would that at least infer
2  to you that in that area his business acumen was a
3  little bit better than Han Won Lee's?
4      A.  Not necessarily.
5      Q.  All right.  What would it be that would
6  cause you at least to change your opinion that
7  aggressiveness is related to the amount of money you
8  spend on collections?
9      A.  Can I have that question again --
10          MR. GREEN:  Well, he can read it to
11  you -- well, that's okay, just keep telling me if you
12  don't.
13  (Reporter read:  What would it be that would cause
14  you at least to change your opinion that
15  aggressiveness is related to the amount of money you
16  spend on collections?)
17      A.  Aggressiveness is not related to the amount
18  of money you spend on collections.
19  BY MR. GREEN:
20      Q.  Well, you said, I thought you said, and
21  we'll get back to it in a moment, that the fact that
22  he was willing to spend this kind of money to collect
23  debts made him a better businessman than someone who
24  apparently was not willing to spend money to collect
25  debts.

Page 32

1      A.  The central issue there is the intent to
2  collect the monies.  It's not how much you spend to
3  collect them, it's the interest in collecting them.
4      Q.  So that if you found out that the plaintiff
5  collected all of his debts at no charge to him or his
6  company, would that change your opinion in this case
7  as to that aspect?
8      A.  If that were true.
9      Q.  Okay.  Let's assume it is for the sake of
10  the question, and it might change your opinion, at
11  least in that aspect?
12      A.  Well, it's not true.  But if it were true,
13  it would not be, there wouldn't be attributes where
14  there was a disharmony.
15      Q.  Tell me how you know it's not true?
16      A.  Mr. Dae Sung Lee testified that when people
17  opt out of contracts that he let's them go, he
18  doesn't collect the money.
19      Q.  You mean he doesn't sue them?
20      A.  Let's them go, he doesn't collect the
21  money.
22      Q.  Well, I mean, he doesn't sue them, is that
23  what, was that your inference?
24      A.  I don't remember verbatim what he said, but
25  it was that he let them go and he didn't try to

Page 33

1  collect the money.
2      Q.  Well, when you say -- did you, did you
3  assume that that meant that he didn't hire somebody
4  to sue them if they wanted to opt out of contract?
5      A.  That, and other things.
6      Q.  Does opting out of contracts mean to you
7  that they decided to cancel a contract?
8      A.  That they -- that would, would include
9  that, yes.
10      Q.  Yeah, I mean, like people who decided to
11  sign up and then decided that maybe they couldn't
12  afford the school, and asked if they could just
13  simply not attend?
14      A.  Correct.
15      Q.  Yeah.  As opposed to people that went to
16  the school and didn't pay for their lessons or their
17  instruction, do you see a distinction there?
18      A.  Yeah, there is a distinction there, yes.
19      Q.  And are you suggesting in his deposition he
20  testified if people went to my school, or at least
21  inferred by his testimony, if people went to my
22  school and didn't pay, I wouldn't do anything about
23  it, is that your inference?
24      A.  No, that's not my inference.
25      Q.  Okay, good.  Let's take a look at

9 (Pages 30 to 33)

Page 34

1  plaintiff's 3 for identification. And, of course,
2  when you talked about ads and the amount of money
3  that was spent in advertising between these two
4  schools, you, you at least got some information about
5  ads before you completed your report, yes; in other
6  words, your May 11th report, 2005?
7      A.  Yes, sir.
8      Q.  You did some investigation or research
9  regarding ads that, that Mr. Han Won Lee was paying
10  for?
11      A.  I, I knew that Mr. Han Won Lee was spending
12  money for advertising.
13      Q.  Yes. But you never looked to see what he
14  was, what he was saying in these ads, right?
15      A.  Correct.
16      Q.  Well, if you take a look, is there a couple
17  things that you see? This says: Kick It Our Way.
18  And in bold pla -- I'm sorry, I've got the wrong one.
19         This says: Fall in Love with Fitness.
20  This is number 3. Do you see something as you look
21  down to the right that's in bold letters? U.S. Tae
22  Kwon Do Center. What's the address?
23      A.  Castle Rock.
24      Q.  Yeah, Castle Rock, 703 Wilcox Street, yes?
25      A.  Correct.

Page 35

1      Q.  I mean, had you looked at any of the ads
2  during your expert investigation and research you
3  probably would have seen that, right, the address of
4  his school?
5      A.  If I'd seen this ad I would have seen the
6  address.
7      Q.  You don't see anything in, in Colorado
8  Springs on this ad, right?
9      A.  Correct.
10      Q.  Do you also see when he puts down about
11  himself, two time U.S. Olympian 98 -- 1998, 1992, do
12  you see that?
13      A.  Correct.
14      Q.  What's it say under that?
15      A.  2000 Olympic Coach.
16      Q.  Yeah, I mean, at least would you agree it
17  appears that that was something he thought would be
18  significant for the readers to see, yes?
19      A.  Correct.
20  (Deposition Exhibit 4 marked.)
21      Q.  Next, plaintiff's 4, Kick It Our Way is the
22  ad. Learn self-defense, lose weight, tone up, focus
23  your mind. Martial arts can do all this for you and
24  more. Do you see that?
25      A.  I do.

Page 36

1      Q.  You don't have any reason to believe that
2  this was unique about Mr. Han Won Lee's school that
3  studying or training in Taekwondo did not provide
4  self defense to its students, yes?
5      A.  I don't believe this is unique, no.
6      Q.  Yeah. Losing weight might be a similarity
7  between the schools, yes?
8      A.  Correct.
9      Q.  Toning up?
10      A.  Correct.
11      Q.  Focusing their minds? Yes?
12      A.  Correct.
13      Q.  What does it say in bold print right below
14  that, that writing?
15      A.  U.S. Taekwondo Center.
16      Q.  Where is it located?
17      A.  Castle Rock.
18      Q.  703 Wilcox Street, right?
19      A.  Correct.
20      Q.  And then below that, Master Han Won Lee,
21  2000 Olympic coach is one of the things that, that he
22  lists, right?
23      A.  Correct.
24      Q.  Perhaps a differentiating factor between
25  other, other schools, yes?

Page 37

1      A.  Correct.
2      Q.  Yes. I mean, how many, if you know,
3  Olympic coaches, I mean, coaches that coached our
4  Olympic team where medals were given and recorded in
5  Olympic record history, how many, how many coaches
6  were there in the United States?
7      A.  I don't know.
8      Q.  Did you ever try to find out when you made
9  these comparisons?
10      A.  No.
11      Q.  I mean, what you've done, in part, is
12  compare certain schools in Honolulu or on Oahu with
13  this plaintiff's school, right?
14      A.  Can I have that question again?
15      Q.  Well, you talked about competing schools on
16  Oahu, yes?
17      A.  I noted that there are competing schools.
18      Q.  Yeah. And the inference was that, that he
19  was going to lose business because of competing
20  schools, right?
21      A.  It's a change in the, in his economic
22  environment when the number of schools in his area
23  increased.
24      Q.  That just sounds like another way of saying
25  what I just asked you: The change in the economy

Page 50

1    Q.   And you can't tell me how much money,
2   discretionary income, is available for the
3   surrounding area of Castle Rock vis-a-vis Colorado
4   Springs, can you?
5    A.   Correct.
6    Q.   You can't tell me how many young people are
7   in Castle Rock as opposed to, young people, for
8   the sake of the question is, let's say, five to 18,
9   live in, in the, in Castle Rock and the surrounding
10  area as opposed to Colorado Springs, right?
11   A.   No, I can't.
12   Q.   I mean, you can't tell me the kind of, of
13  discretionary income the citizens of Castle Rock or
14  surrounding area have to spend in sports like this,
15  yes?
16   A.   Correct.
17   Q.   All right.  So, when we're talking about
18  the average age of people that, I guess, you believe
19  might be interested in this kind of a facility or
20  program, you just don't know what's in Castle Rock
21  and the surrounding area as opposed to Colorado
22  Springs, right?
23   A.   I don't specifically know the information
24  for Castle Rock, correct.
25   Q.   You see Woodland Park that's right above

Page 51

1   Colorado Springs as the crow flies?
2    A.   I see it, yeah.
3    Q.   Yeah.  Do you know what the population of
4   Woodland Park is?
5    A.   No.
6    Q.   Do you know whether it's, it's the same,
7   more or less, than Colorado Springs?
8    A.   I don't know.
9    Q.   Any reason you didn't do a comparison
10  between Woodland Park and, and the plaintiff's school
11  in Honolulu?  I mean, as opposed to Colorado Springs.
12  Why didn't you do Woodland Park as opposed to
13  Colorado Springs?
14       MS. LURIA:  I'm going to object.
15  Confusing, ambiguous.  If you understand --
16       MR. GREEN:  Strike it.  I, I don't
17  want to be ambiguous and confusing.  And you have one
18  of the best lawyers in town.  If she says it's
19  confusing, I, I agree with her.  Sometimes.
20  BY MR. GREEN:
21   Q.   I just want to understand why you chose
22  Colorado Springs as opposed to Woodland Park for your
23  comparison between the two schools.  Do you
24  understand that question?
25   A.   Well, I do, but I think I've testified as

Page 52

1   to why I chose Colorado Springs.
2    Q.   Well, I understand what you said, that
3   Woodland Park is closer to where this school was in
4   Castle Rock than, than, than Colorado Springs, right?
5    A.   I didn't know there was a Woodland Park
6   until today.
7    Q.   Right.  And you didn't know there was a
8   Castle Rock until when?
9    A.   Well, I've testified that I've known about
10  Castle Rock for a long time.
11   Q.   Just didn't know they had a Taekwondo
12  school there, right?
13   A.   Correct.
14   Q.   This one is entitled Respect -- actually,
15  the bottom is:  The Building blocks to Your Child's
16  Future, Respect, Confidence, Self Discipline,
17  Courtesy, Perseverance, Self Esteem, Safety.  Do you
18  see those things?
19   A.   I to.
20   Q.   No reason to believe that those attributes
21  or factors wouldn't be the same in, in the
22  plaintiff's school as opposed to Mr. Han Won Lee's
23  school, right?
24   A.   No, my understanding is these are
25  attributes one can gain through learning Taekwondo.

Page 53

1    Q.   We have at the right top, he lists again
2   2000 Olympic Coach.  Do you see that?
3    A.   I do.
4    Q.   Have you formed any opinion that this
5   particular sport is, is mainly a sport that is
6   followed by the Korean community as opposed to other
7   ethnicities?
8    A.   Oh, no, I've not.
9    Q.   You don't have an opinion on that?
10   A.   I thought I just answered that, but I must
11  not have answered, understood your question.
12   Q.   Yeah, I mean, have you formed any opinion
13  that this particular sport, Taekwondo, is, is, is a
14  sport that is more closely followed by people of
15  Korean ancestry as opposed to other ethnicities?
16   A.   No, I do not believe that Taekwondo is
17  pursued primarily by folks with a Korean background.
18   Q.   How about an Asian background, do you think
19  it's more, more closely followed by people of Asian
20  ancestry as opposed to non-Asian ancestries?
21   A.   I don't think so.
22   Q.   Don't think so.  Have you done studies in
23  that regard?
24   A.   I have not conducted a formal study.
25   Q.   Well, if you look at the, have you checked

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090  Fax: (808)524-2596

Page 58

1  plaintiff's school and Mr. Han Won Lee's school take
2  students to train them for Olympic competition as
3  opposed to teaching respect, confidence, self
4  discipline, courtesy, perseverance, self esteem and
5  safety?
6      A.  No, that's an entirely different question.)
7          MR. GREEN:  Go back to the question
8  before that, would you.
9  (Reporter read:
10     Q.  Yeah.  And the possibility, and the
11 possibility is based on what, the negatives?
12     A.  That there may be parents who don't want
13 their children at a school that, where they don't
14 expect the students, their children, to be in an
15 environment leading up to Olympic competition.)
16 BY MR. GREEN:
17     Q.  All right.  Are you saying that when you
18 did your comparisons of these schools you came to the
19 conclusion that these two schools train children or,
20 or people who come to the schools for the Olympics?
21     A.  I know Master Lee has, Master Han Won Lee
22 has trained competitors at the Olympics, but it's not
23 my understanding that they take children from the
24 outset and train them to go to, to the Olympics.
25     Q.  Do you have any, any information that

Page 59

1  that's what the plaintiff does in his schools, to
2  train people that, for the Olympics?
3      A.  No.
4      Q.  So I'm trying to understand your expert
5  reasoning that it could be a negative to take a
6  student to train with someone that was an Olympic
7  coach.  I'm trying to understand what you're trying
8  to tell me.
9          How could it be a negative when the schools
10 do not train people for the Olympics unless perhaps
11 they want to be?  Tell me how it's a negative.
12         MS. LURIA:  I'm going to object --
13     A.  -- I answered that question --
14         MS. LURIA:  Yeah.  He's asked -- it's
15 been asked and he's answered.
16 BY MR. GREEN:
17     Q.  Well, you can answer it again, because I
18 don't get it.  So, tell me again how it's a negative.
19         MS. LURIA:  You can answer one more
20 time.
21         MR. GREEN:  Yes.
22         MS. LURIA:  And then that's it.
23         MR. GREEN:  Well, we'll still --
24         MS. LURIA:  I'll direct him not to
25 answer again.

Page 60

1          MR. GREEN:  Well, that's up to you if
2  you want to direct someone not to answer a
3  question --
4          MS. LURIA:  -- okay, I will --
5          MR. GREEN:  Go ahead.
6      A.  Mr. Green, as I recall, as I understand it,
7  you asked me could there be a negative involved in
8  listing that a Master had been an Olympic coach.
9          And I said yes, I think there could be.
10 And you asked me what that was.  And I said with
11 regard to parents who did not want their children in
12 an environment leading up to competition in the
13 Olympics.
14 BY MR. GREEN:
15     Q.  Do you have any information that either
16 school ever solicited or put out ads that our
17 students are trained for the Olympics?
18     A.  No.
19         MR. GREEN:  Okay.  Do you have any
20 more ads?
21         MR. UESUGI:  No.
22 BY MR. GREEN:
23     Q.  Let me go back to where I wanted to be in
24 the beginning of this deposition.  Tell me a little
25 bit about your educational background after high

Page 61

1  school.
2      A.  I have a bachelor --
3          MR. GREEN:  Hold on one second, I
4  apologize.  I just want to get a drink.
5  (Short break in proceedings)
6          MR. GREEN:  I apologize, Mr. Candon
7  and everyone else.  Go ahead.
8      A.  My post high school, first, is a bachelor's
9  of science in business administration with a major in
10 accounting --
11 BY MR. GREEN:
12     Q.  -- well --
13     A.  -- from Temple University --
14     Q.  -- and --
15     A.  -- in Philadelphia.
16     Q.  Apologize for speaking over you.  What year
17 did you graduate with -- your degree was in what?
18     A.  Business with a major in accounting.
19     Q.  You're an accounting major from Temple
20 University, and you got that, your bachelor's degree
21 in what year was it?
22     A.  I graduated in December of '78.
23     Q.  Okay.  You look much younger than that.
24 And after you --
25     A.  You're so kind.

16 (Pages 58 to 61)

Page 62

1    Q.   And after, after getting that bachelor's
2  degree in '78 what did you do, as far as your
3  education?
4    A.   I've had post graduate, I've taken post
5  graduate courses at Temple University while I was
6  there at University of Hawaii.
7    Q.   I'm sorry for interrupting.  You took post
8  graduate courses at Temple University?
9    A.   Correct.
10   Q.   While you were living in Hawaii?
11   A.   While I was living in, in Philadelphia.
12   Q.   Okay.  And, and if you graduated with a
13  degree in '78, when did you begin taking post
14  graduate courses?
15   A.   I took evening courses at Temple
16  University's Center City Campus while I was working
17  for what was then called Touche Ross & Company.
18   Q.   What did they do?
19   A.   It was one of the Big Eight accounting
20  firms.
21   Q.   Okay.
22   A.   It's since merged with Deloitte & Touche.
23   Q.   I've heard of them.  So, while you're
24  working you're, you're taking evening courses, and
25  the kinds of courses you were taking?

Page 63

1    A.   Well, I took a marketing course.  I enjoyed
2  school.  I took an econometrics course.  There was a,
3  an operations research course that I took.  One of my
4  close friends back then was a, an operations research
5  doctoral candidate.
6    Q.   Without going through all of the courses,
7  the reasons that you were going to, you went to night
8  school, right, as opposed to correspondence, or am I
9  wrong?
10   A.   Correct, correct.
11   Q.   The reason you were going, was there a
12  purpose in taking those courses other than just
13  getting additional education, were you taking courses
14  to get another degree, certification or anything of
15  that nature?
16   A.   No.
17   Q.   So you just simply took courses you enjoy
18  taking?
19   A.   Correct.
20   Q.   So we have you with a bachelor's degree in
21  1978.  Have you taken -- after you took those
22  courses -- did you complete those courses?
23   A.   Yes.
24   Q.   Okay.  And after you took those courses,
25  what else did you do if anything regarding your

Page 64

1  education in, in, in your major field?
2    A.   I've had continuing professional training.
3    Q.   What does that mean?
4    A.   Two different kinds, in my mind.  CPAs in
5  Pennsylvania as well as here in Hawaii are required
6  to accumulate 80 hours of continuing professional
7  education every two years to maintain a license.
8    Q.   Okay.  So that that was something you're
9  required to do as opposed to something you did
10  voluntarily?
11   A.   Correct.
12   Q.   After 1978, I don't mean to jump around,
13  when did you sit for your, your certified, your
14  certification?
15   A.   As a public accountant?
16   Q.   Yes.
17   A.   I sat for that exam in the fall of '79.
18   Q.   Okay.  And did you pass the exam --
19   A.   -- yes, I did --
20   Q.   -- the first time?
21   A.   Yes, I did.
22   Q.   So we have you with your bachelor's degree
23  in '78, you got certified as a public accountant in
24  '79, yes?
25   A.   No, I can't let you presume I was

Page 65

1  certified.  I passed the exam.
2    Q.   Yes.
3    A.   Pennsylvania required two years of
4  experience.
5    Q.   Yes.
6    A.   So I didn't have my certification until, it
7  would have been January of '81.
8    Q.   I understand.  But, in other words, you
9  passed the exam, and then in order to be certified
10  you have to take some continuing courses or, or work
11  for an accounting firm or something of that nature?
12   A.   It's not courses.  You need two years of
13  experience working for another CPA.
14   Q.   Okay.  So you're now certified, let's say
15  sometime in '81 or '82 for the, and I don't care if
16  I'm a year or two off, what do you do after that as
17  far as your education, if anything?
18   A.   Well, I continued to take professional
19  education courses as, as was appropriate to the kind
20  of work I, I had at the time.
21   Q.   Which was?
22   A.   It varied.  It varied.  Because at first I
23  was in Philadelphia.  I moved out here to Hawaii in
24  the summer of 1981.  In '86 -- no, '84 I moved to
25  California, had new duties there.

17 (Pages 62 to 65)

Page 82

1      A.   Not more than a year.
2      Q.   Can you think of any other clients, without
3  telling me their names, who you billed $300 an hour,
4  other than this one?
5      A.   Everyone's being billed 300 an hour right
6  now.
7      Q.   Okay.
8      A.   Except for --
9      Q.   I don't need the names.
10     A.   No, no. I can tell you. It's -- I'm the
11  court-appointed master in the Hawaii Cemeteries case.
12     Q.   I see.
13     A.   That matter has 250, and in Transhawaiian
14  Services where I'm the bankruptcy trustee it's a
15  lower rate also.
16     Q.   And the 300 an hour, is that the same rate
17  whether you're, for depositions, trial, research,
18  things of those things?
19     A.   Correct.
20     Q.   And I assume your billable rate includes
21  research that you do, yes?
22     A.   Yes.
23     Q.   It includes time spent on looking at
24  documents and things like that?
25     A.   Correct.

Page 83

1      Q.   And, and to date, do you have an idea what
2  you billed in this case?
3      A.   Yes, I do.
4      Q.   What is it?
5      A.   I just got the, the 1099 from Williams &
6  Connolly. It was about $40,000 last year.
7      Q.   Uh-huh. And what do you think you're owed
8  since the $40,000?
9      A.   Not much, because they're very timely in
10  paying.
11     Q.   I know. But, I mean, what would you say
12  is, is due over and above the $40,000?
13     A.   I don't, I don't -- minimal amount from
14  December, a thousand or something like that.
15     Q.   From, from when you began in 1991, what was
16  the nature of your practice when you became an expert
17  witness, or at least held yourself out to be an
18  expert witness?
19     A.   My work initially was in commercial
20  damages.
21     Q.   And, and over --
22     A.   And also advising small businesses in
23  profit improvement studies or in organizing their,
24  reorganizing their financial departments and
25  accounting departments. I was also an examiner in

Page 84

1  bankruptcy, I think pretty soon after opening up, a
2  trustee in a small bankruptcy soon after opening up.
3      Q.   Okay. Well, as the years went by and you
4  started increasing your hourly rate up to the point
5  of $300, did you notice that you started to be doing
6  more work as an expert as opposed, expert witness, as
7  opposed to other things?
8      A.   I actually think the expert work led me to
9  other assignments. It was how my name got around --
10  actually, bankruptcy trusteeship helped my name get
11  around better than being expert witness.
12         Expert, expert work has helped my name get
13  around law firms, but I have a lot of work helping
14  people in transactions.
15     Q.   What percentage of your income, let's say
16  for last year, was based on being an expert witness?
17     A.   Perhaps a third.
18     Q.   And if I wanted to come in next week and
19  hire you to do an appraisal on my business, and old
20  Glenn over here came in the same day and wanted to
21  hire you as an expert in this case, would your hourly
22  rate be the same?
23     A.   Yes.
24     Q.   So you charge the same hourly rate to all
25  of your clients whether it's a litigation type case

Page 85

1  or not?
2      A.   Right. The differences are where I'm a
3  fiduciary working with the federal government or the
4  state.
5      Q.   Okay. Do you remember over the years, and
6  when I look at your, your CV I notice that you have
7  testified in cases in family court, yes?
8      A.   Yes, I have.
9      Q.   You've testified in, in litigation cases in
10  the circuit court?
11     A.   Yes.
12     Q.   And this is all as an expert witness, you
13  understand, right?
14     A.   Yes.
15     Q.   You've testified in federal court, have
16  you?
17     A.   Correct.
18     Q.   How many times have you actually been hired
19  by plaintiffs in cases such as this one? In other
20  words, when I say "this one", I'm talking about doing
21  comparisons between businesses, in other words, where
22  a plaintiff is suing and asking for damages, and
23  you've compared the demographics of areas or market
24  analysis or things like that, how many times have you
25  been hired by a plaintiff's firm, or a plaintiff's

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090 Fax: (808)524-2596

Page 98

1    A.  I wrote a chapter in the Honolulu Bar
2  Association's book on starting up your own practice,
3  going solo.  I forget the title of the book.
4    Q.  Starting up?
5    A.  Your own practice, for going solo type of
6  thing.
7    Q.  But, but in the areas of, that are listed
8  on your CV, or curriculum vitae, you've listed a
9  number of things.  Do you have your CV in front of
10  you?  Maybe it would be easier.  Have you got that?
11    When I look at your CV, you have over 25
12  years of business experience, and you list some of
13  your accomplishments, valuations for enterprises
14  involved in a variety of areas, including real estate
15  investment.  Do you see that?
16    A.  Yes.
17    Q.  No writings regarding that?
18    A.  Not that I can recall.
19    Q.  Financial services, any writings that deal
20  with that?
21    A.  No.
22    Q.  Acquisition assistance to buyers and
23  sellers of business interests, write any articles
24  that deal with that type of, of work?
25    A.  No.  Oh, but excuse me.  By writing you

Page 99

1  mean published?
2    Q.  Yeah, sure.  Any articles or publications
3  that deal with business evaluations, evaluating
4  competing businesses?
5    A.  No.  To be comprehensive in my answer, none
6  other than the newsletter we occasionally publish
7  from my office.
8    Q.  Right.  And that newsletter goes to who?
9    A.  My mailing list, which --
10    Q.  You just want to stay in touch with your
11  clients, right?
12    A.  And friends, yes.
13    Q.  Sure.  Valuations of intangible assets,
14  never published in that area?
15    A.  No.
16    Q.  Lost profits and earnings, never published,
17  right?
18    A.  No.
19    Q.  Never published in the area of demographics
20  and evaluations of business?
21    A.  Correct.
22    Q.  No publications, anything published in the
23  area of assessing or calculating net profits?
24    A.  Correct.
25    Q.  Any articles that you've published

Page 100

1  conducting, that deal with conducting business
2  evaluations?
3    A.  No.
4    Q.  Publications dealing with any, I think I
5  asked you about methodology of marketing analysis,
6  nothing that deals with marketing analysis, right?
7    A.  Correct.
8    Q.  Have you ever lectured in any of the areas
9  that appear in your CV?
10    A.  Yes, I have.
11    Q.  And what areas, first of all?
12    A.  Business valuation, forensic accounting,
13  accounting, income taxes, and I've been a panelist
14  for business operations.
15    Q.  These lectures were where, what was the
16  audience?
17    A.  Well, I mentioned earlier the, the, the
18  income taxes and the accounting included students at
19  the University of Hawaii and Chaminade.
20    Q.  Let's stop there for one second, and I
21  don't mean to interrupt you 'cause I'll forget the
22  question.  Your teaching experience at the college
23  level, you mentioned Chaminade.
24    A.  Correct.
25    Q.  And what did you teach there?

Page 101

1    A.  I taught advanced accounting.
2    Q.  To who, what level student?
3    A.  Master's in business administration.
4    Q.  Okay.  And you taught, I'm sorry, what was
5  it, what did you teach there?
6    A.  Advanced accounting.
7    Q.  Yes.  And what else did you teach at
8  Chaminade?
9    A.  Income taxes.
10    Q.  Yeah.  What level student in income tax?
11    A.  MBA program.
12    Q.  You know, I just wanted to ask you about
13  in, in your report, and this is really connected, if
14  you'd go to the report of May 11th, there's an area
15  of your report where you discussed income.  Look at
16  page 14.
17    A.  I'm with you.
18    Q.  I may be on the wrong page but, and if you
19  can get me to the right place.  There was, there was,
20  in this report you discuss that there was income, in
21  other words, receipts that were deposited in the
22  plaintiff's bank which were in excess of the taxable
23  income he reported.
24    Can you find that for me?  It's actually on
25  page 15, and I found it for myself.  If you look at

26 (Pages 98 to 101)

Page 154

1 would be a general vicinity that you would accept as
2 being part of a market analysis?
3        MS. LURIA:  Object.  Misstates his prior
4 testimony.
5        You can answer.
6        THE WITNESS:  May I have the question again,
7 please.
8    Q.    (By Mr. Green:)  Are you saying if you
9 drove, you could drive within 24 hours or thereabouts in
10 a car that that would -- assuming you are going the speed
11 limit, that would be a general vicinity that would
12 satisfy you as an expert when you are doing an economic
13 study of towns and cities?
14    A.    Twenty-four hours?
15    Q.    Twenty-four hours doing the speed limit?
16    A.    No, one -- a location that is 24 hours away
17 from another driving is not in the same vicinity.
18    Q.    See, I'm trying to -- I seem to be going
19 over this a lot.  I just want to know when you are giving
20 an expert opinion and doing a market analysis of areas,
21 how far would constitute a general vicinity for a market
22 analysis.  That is all I want to know.
23    A.    Uh-huh.
24    Q.    What would it be?
25    A.    It depends on the situation.  It depends on

Page 155

1 the location.
2    Q.    We are talking about this situation.
3    A.    The dispersion of population.
4    Q.    Let's talk about this situation.  What is
5 the dispersion of population between Colorado city and
6 Castle Rock, what is it -- Colorado Springs and Castle
7 Rock, what is the dispersion of population?
8    A.    Castle Rock is probably only about 4 to
9 6,000 people.  Colorado Springs is greater than a
10 million.
11    Q.    What is the dispersion of population, is
12 that what you are saying, Castle Rock is 4 to 6,000?
13    A.    That is my estimate.
14    Q.    When did you learn that, before or after
15 your report?
16    A.    I have been aware of Castle Rock.
17    Q.    The question is:  When did you learn that?
18    A.    When I first learned that?
19    Q.    Before or after your report?
20    A.    I was aware of its size over 30 years ago.
21    Q.    Talking about population when you did this
22 report in May 2005, when did you have an opinion as to
23 the population size of Castle Rock when you completed
24 your report?
25    A.    I first understood the size of the town

Page 156

1 about over 30 years ago.
2    Q.    Did you have maybe an idea that it grew in
3 size in 30 years?
4    A.    I understand from being in touch with people
5 that live in that area that it has grown some, it's
6 probably doubled from where it was.
7    Q.    When did you have that contact with those
8 people, before or after your report?
9    A.    Before.
10    Q.    You would have no reason to ever discuss
11 Castle Rock with anyone based on what you were hired to
12 do by the defendants in case vis-à-vis a market analysis,
13 right?
14    A.    Vis-à-vis study the economic environment,
15 correct.
16    Q.    Okay.  And you say Denver also would be in
17 the economic vicinity for your purposes in doing your
18 analysis in this case, right?
19    A.    I think that Castle Rock is approximate to
20 Denver as well.
21    Q.    Yeah.  And what about how much further from
22 Denver; would it include cities that you would say would
23 also be in the same vicinity for market analysis?
24    A.    I wouldn't choose -- I'm saying that Castle
25 Rock is within the vicinity of Denver and within the

Page 157

1 vicinity of Colorado Springs because both Denver and
2 Colorado Springs are major cities with substantial
3 influence over their surrounding communities.
4    Q.    Castle Rock is a major city?
5    A.    No, I meant to say -- if I didn't say it, I
6 meant to say Denver and Colorado Springs.
7    Q.    Okay.  What is the next major city past
8 Denver?
9    A.    I don't recall.
10    Q.    Well, take a look at what I'll ask to be
11 marked as next which is another map.  The one you should
12 have in front of you so you are not being misled has
13 Colorado Springs right in the middle with the star, do
14 you see that?
15    A.    No, I don't have that.
16        MS. LURIA:  I don't either.
17    Q.    (By Mr. Green:)  It's the prior one, sorry.
18        Do you see you have Colorado Springs right
19 in the middle?
20    A.    Yes.
21        MR. GREEN:  What number exhibit is this?
22        MS. LURIA:  Eight.
23        MR. GREEN:  Thank you.
24        MR. GREEN:  Actually, this should be 8A,
25 because 8 was shown to him at the last deposition and

Page 158

1  that map 8 would show Colorado Springs and Castle Rock,
2  that is No. 8.
3           THE WITNESS:  This one does, also.
4           (Exhibit No. 14 was marked for
5           identification.)
6           MR. GREEN:  Well, this is just a different
7  map, make this 8A.  This shows Colorado Springs, and if
8  you look down on Route 25 you see Pueblo.
9           THE WITNESS:  I do.
10      Q.     (By Mr. Green:)  Is that in the general
11  vicinity as Colorado Springs for purposes of market
12  analysis?
13      A.     I haven't studied Pueblo.
14      Q.     Well, but you never studied Castle Rock when
15  you did your report either though, right?
16      A.     It could be.  I'm saying could be.
17      Q.     Well, you didn't say that.  You said you
18  can't give me an opinion.  I want to know if it is within
19  40 or 50 miles to Colorado Springs, would this be part of
20  the vicinity that you believe would be comparable for a
21  market analysis, I am talking about Pueblo?
22      A.     Not being familiar with Pueblo, I am not in
23  a position to say it is or is not.
24      Q.     What would you need to know about Pueblo to
25  give me an opinion?

Page 159

1      A.     Personal experience, that would help.
2      Q.     Such as, what would you need to know because
3  personal experience means different things to different
4  people, right?
5      A.     I would want to try to understand the
6  influence that Colorado Springs would have on the Pueblo
7  community.
8      Q.     Just tell me the kinds things you would want
9  to know before you would be willing to render an expert
10  opinion on whether or not you could do a market analysis
11  on Colorado Springs that would include Pueblo?
12      A.     The more you know the better it is.
13      Q.     I'm with you.  I got what you are saying.
14  The more information, the more education you would have
15  about an area for a market analysis, right?
16      A.     Correct.
17      Q.     So as an expert just tell me if you could
18  list maybe five things you would like to know about
19  Pueblo so you can do a market analysis of Colorado
20  Springs to say it would include the vicinity of Pueblo,
21  just tell me some things?
22      A.     Where do the folks living in Pueblo work.
23      Q.     Where do they work.  We can go slow, we have
24  some time.
25           One of the things you would like to know on

Page 160

1  your list is where the people in Pueblo work, right?
2      A.     Correct.
3      Q.     Did you know where they worked in Colorado
4  Springs when you did your report?
5      A.     No.
6      Q.     What else would you like to know?
7      A.     How the government interacts.  Basically I
8  want to understand the resources available to people in
9  Pueblo.
10      Q.     Let's go slow.  What kind of resources?
11      A.     Where do they --
12           MR. GREEN:  The record should show that he
13  is thinking.  I just have to put that on the record.
14           THE WITNESS:  I would just have to know
15  about Pueblo whether it looks to Colorado Springs as an
16  influential sight for business.  Whether there is trade
17  between Pueblo and Colorado Springs.  How the governments
18  interacts.
19      Q.     (By Mr. Green:)  Did you know any of those
20  things about Castle Rock when you did your report?
21      A.     Yeah.
22      Q.     You knew how they interacted Castle Rock and
23  Colorado Springs?
24      A.     As I have testified I have been there.  I
25  have been through that area.  I know people who live

Page 161

1  nearby.
2      Q.     Do you really want to give that answer,
3  Mr. Candon?  Do yourself a favor; do you really want to
4  give that answer?
5           MS. LURIA:  Objection.
6           MR. GREEN:  It is somewhat argumentative.
7           MS. LURIA:  Yes, it is argumentative.
8           So you don't need to answer it.
9      Q.     (By Mr. Green:)  I'm trying to understand
10  you.  See, one of things that you did as an expert you
11  talked about discretionary income as a market analysis,
12  right?
13      A.     Correct.
14      Q.     What was the discretionary income of Pueblo
15  Springs in May of 2005 and before, if you know?
16           MS. LURIA:  Objection.  Irrelevant.
17           You can answer.
18      Q.     (By Mr. Green:)  Go ahead.
19      A.     I don't know.
20      Q.     And you didn't know what it was for Castle
21  Rock either, right?
22      A.     Correct.
23      Q.     What's the per capita income for Pueblo
24  Springs as of the time you did your report?
25           MS. LURIA:  Objection.  Relevance.

Page 162

```
1          MR. GREEN:  I mean Pueblo.
2          MS. LURIA:  You can answer.
3          THE WITNESS:  I don't know.
4     Q.    (By Mr. Green:)  You didn't know what it was
5   for Castle Rock, right?
6     A.    I don't know.
7     Q.    Per capita income, did you know what it was
8   for Pueblo in 2005?
9     A.    No.
10     Q.    Didn't know what it was for Castle Rock
11   either, right?
12     A.    Not for Castle Rock specifically.
13     Q.    Now, as I understand it, if you have your
14   deposition transcript.
15          MR. GREEN:  April, do you have that?
16     Q.    (By Mr. Green:)  I want to go over some of
17   the things that you said to see if I really understand.
18          If you look at page 43, line 14.  Page 43,
19   line 14, your answer is:  "I looked at Colorado Springs
20   as representing the general economy of that area, which
21   would include Castle Rock and the other cities and towns
22   surrounding it."  You said that, right?
23     A.    Yes.
24     Q.    And I guess the other cities and towns
25   surround it would include -- and when you say other
```

Page 163

```
1   cities and to understand surrounding that, does that
2   include Pueblo?
3     A.    It might.
4     Q.    Maybe yes; maybe no; right?
5     A.    It might or might not.
6     Q.    Because you don't have enough information
7   about Pueblo?
8     A.    Correct.
9     Q.    Does it include Woodland Park, which is
10   right above Colorado Springs?
11     A.    Yes, it does.
12     Q.    How do you know that?
13     A.    I believe the proximity of Woodland Park to
14   Colorado Springs made it into the economic environment of
15   Colorado Springs.
16     Q.    Just the sheer distance, right, the
17   closeness of one to the other?
18     A.    Yes.
19     Q.    And do you have an idea how many miles that
20   would be looking as -- the expression you used before "as
21   the crow flies"?
22     A.    I'm not able to tell from this map.
23     Q.    We have Colorado Springs.  What about Denver
24   now, do we know whether that would -- Colorado Springs
25   would be representative of the economy of Denver?
```

Page 164

```
1          MS. LURIA:  I'm sorry.  What was the
2   question again?
3     Q.    (By Mr. Green:)  Whether or not Denver, the
4   location of Denver, would it include the general economy
5   or the general area of economics between Colorado Springs
6   and Denver, just the distance?
7     A.    I think in a general way, yes.  But then
8   they would probably have some distinctions from one to
9   the other.
10     Q.    I think you said that you would consider the
11   40 miles, just the 40 miles itself to be general vicinity
12   for market analysis?
13     A.    In this instance, yes.
14     Q.    I want to be clear that when you did this
15   report -- strike it.
16          When you selected Colorado Spring or the
17   vicinity for your report, you had no idea Castle Rock was
18   even involved as a place where there was a school, that's
19   true?
20     A.    That's true.
21     Q.    It is my understanding that it is your
22   belief that Colorado Springs, as you have said, is in the
23   surrounding area of Castle Rock, yes?
24     A.    I don't believe I said that.
25     Q.    Well, is it, do you believe it to be Castle
```

Page 165

```
1   Rock is the surrounding area of Colorado Springs for
2   market analysis purposes?
3     A.    I don't think that is what you asked me.
4   But I believe that Castle Rock is within the economic
5   environment of Colorado Springs.
6     Q.    Would it follow that Castle Rock, then, was
7   in the economic environment of Colorado Springs?
8     A.    I think that is what I just said.
9     Q.    You said Castle Rock -- I'm sorry.
10          Colorado Springs economic environment of
11   Castle Rock; Castle Rock then I guess would be in the
12   economic environment of Colorado Springs.  If it goes one
13   way it would come back the other way, right?
14     A.    No.
15     Q.    It doesn't, does it?
16     A.    Larger cities tend to have a greater
17   influence on smaller cities.
18     Q.    The discretionary income for Colorado
19   Springs, would that be the discretionary income for
20   Castle Rock?
21     A.    It is my presumption that it is at least as
22   good as Castle Rock as Colorado Springs.
23     Q.    And I want to give the question I asked you
24   and the answer you gave and you can't tell me how much
25   money discretionary income is available for the
```

Page 170

1  meeting of the minds, then, if you think that that answer
2  at the top of page 26 had to do with how far away from
3  Colorado Springs Castle Rock is.
4      Q.    I'm asking you that now.  In other words, if
5  you're standing by this answer, I am saying that the
6  schools in Castle Rock 40 miles outside of Colorado
7  Springs is not a difference that is significant enough to
8  affect my ultimate conclusion, that's what you said.
9      A.    Correct.
10     Q.    This is -- your conclusion based on your
11 analysis, Castle Rock, Colorado Springs is simply
12 distance, how far apart they are.  That's how you arrived
13 at that conclusion, right, 40 miles?
14     A.    My report I did not include anywhere that
15 Castle Rock is 40 miles from Colorado Springs.  I don't
16 understand your question, Mr. Green, can you please help
17 me and ask a question I can understand.
18     Q.    I don't know what else you don't understand,
19 because it seems to me that your entire basis for
20 concluding that your market analysis for Colorado Springs
21 would be not any different if you even knew there was a
22 school in Castle Rock because it is the same economic
23 environment, that's what you are telling me, right?
24     A.    I apologize.  It is very difficult for me to
25 understand what your question is.

Page 171

1      Q.    I am doing the best I can.  It seems to me
2  you're telling me, and I think you've told me, even if
3  you knew the school was in Castle Rock you still would
4  have used Colorado Springs as your market analysis,
5  right?
6      A.    Yes, I would.
7      Q.    And the reason for that I guess is because
8  they would have the same results.  In other words, if you
9  did a market analysis in Castle Rock or market analysis
10 in Colorado Springs, it would be basically the same?
11     A.    No, that's not the reason.
12     Q.    Well, what is the reason?
13     A.    The reliability of the independently
14 prepared data is more persuasive to me.
15     Q.    Tell me what the independently prepared date
16 that persuades you?
17     A.    There is data available prepared by bank
18 economist, others.
19     Q.    What did you read from bank economist and
20 others, let's take one at a time?
21     A.    I don't recall what it is specifically.
22     Q.    Well, take a look at your report and see if
23 it helps you remember.
24     A.    May I have a copy?
25     Q.    Sure.

Page 172

1      Q.    What are you looking at?
2      A.    I am looking at page 2 of my report.
3      Q.    Which is entitled what?
4      A.    This is my report dated May 11, 2005.
5      Q.    I'm sorry, page 2?
6      A.    Page 2.
7      Q.    What are you looking at on page 2?
8      A.    Principals information sources.
9      Q.    Okay.
10     A.    I am just looking through the sources.  At
11 the bottom of page 2 there are references to Sperling's
12 Best Places.
13     Q.    Sperling's Best Places website compare cost
14 of living, that's the third bullet point from the bottom
15 of your report.  What is that, Sperling's Best Places
16 website, compare cost of living?
17     A.    It is a website that is a commercial website
18 studying various attributes of locales around the United
19 States.
20     Q.    Okay.  So how did this help you in this case
21 to form any opinions or conclusions?
22     A.    It helped me understand the cost of living
23 of the Colorado Springs area and the Honolulu area, how
24 they compared.
25     Q.    So when you say "Colorado area," did that

Page 173

1  include Castle Rock?
2      A.    Yes.
3      Q.    Did it include Woodland Park?
4      A.    Yes.
5      Q.    Pueblo?
6      A.    Perhaps.
7      Q.    Why would Pueblo be any different than
8  Castle Rock, they are about the same distance apart on
9  the same highway?
10     A.    They very well could.
11     Q.    You just don't know?
12     A.    I don't have the confidence about Pueblo,
13 but I do about Castle Rock.
14     Q.    And your reason?
15     A.    As I have testified many times previously is
16 I have personal experience with Castle Rock.
17     Q.    When was the last time you were in Castle
18 Rock before you did your report?
19     A.    Oh, I haven't been in Castle Rock in 30
20 years.
21     Q.    When is the last time you did any economic
22 testing or analysis in Castle Rock before you did your
23 report?
24     A.    Well, I mean in answers to all the questions
25 I said I haven't done a specific study of Castle Rock.

Page 174

1    Q.    I'm trying to find out what it is that you
2  say allows you to say Castle Rock would basically be the
3  same economic environment as Colorado Spring, but yet
4  Pueblo would not.  You know more about Castle Rock that
5  you didn't know about Pueblo?
6    A.    Mr. Green, I did not say Pueblo would not.
7    Q.    You just don't know?
8    A.    But you just said that I said that it would
9  not, and I didn't say.
10    Q.    No, you misunderstood me.  Mr. Candon, let's
11  go slow.  You said it may or may not before referring to
12  Pueblo, right?
13    A.    Correct.
14    Q.    But you're confident that Castle Rock would
15  be included, right?
16    A.    Yes.
17    Q.    And I am trying to find out how you make
18  that leap when you haven't been to Castle Rock in over 30
19  years, right?
20    A.    I am comfortable, sir, that it is within the
21  economic environment.
22    Q.    I don't want to jar your comfort level, but
23  I am still trying to find out how you distinguish Pueblo
24  from Castle Rock, and that's where I'm going.  So I want
25  to and what you know about Castle Rock that makes you

Page 175

1  comfortable that it is an economic environment in
2  Colorado Springs where you are unable to say one way or
3  the other about Pueblo; tell me what it is?
4    A.    I have already testified to this several
5  times.
6    Q.    You have not.  You have not told me.  All
7  you told me was you are familiar with Castle Rock, right?
8    A.    Yes, I have told you that I am familiar with
9  Castle Rock.
10    Q.    Now, and that's because you have been there
11  about 30 years ago?
12    A.    Right.
13    Q.    Okay.  When is the last time that you talked
14  to anybody about any -- about per capita income in Castle
15  Rock, if ever, before you did your report?
16    A.    I have never discussed per capita income
17  with anyone in Castle Rock.
18    Q.    Ever discussed discretionary income with
19  anyone at Castle Rock before you did your report?
20    A.    No.
21    Q.    Median age with anybody before you did your
22  report?
23    A.    I don't have any specific statistics about
24  those figures.
25    Q.    And, of course, you have none about Pueblo

Page 176

1  either, right?
2    A.    Correct.
3    Q.    How many -- strike that.
4    My memory is that in part of your report, if
5  you want to turn to the report to find --
6    A.    Do you want me to finish answering the
7  question?
8    Q.    Sure.  I was getting away from that.  Thank
9  you.
10    You told me about Sperling's Best Places
11  website comparing cost of living.  So what cost of living
12  did you compare, if any, from Colorado Springs to any
13  place else?
14    A.    I'm sorry.  I compared the cost of living in
15  Colorado Springs to Honolulu.
16    Q.    To Honolulu.  Okay.
17    And that helped you somehow with the
18  economic environment in Castle Rock?
19    A.    Yes.
20    Q.    How?
21    A.    Because I believe Castle Rock's economic
22  environment of Colorado Springs.
23    Q.    Based on what you testified to?
24    A.    Correct.
25    Q.    No disrespect --

Page 177

1    A.    None taken.
2    Q.    Thank you.  You haven't heard my question
3  yet.
4    Have the attorneys for the defendant
5  discussed with you your billings, vis-à-vis the fact that
6  you were doing a market analysis for the wrong city?
7    A.    No.
8    Q.    They haven't asked for a refund yet?
9    A.    No, not yet.
10    Q.    I shouldn't use the word yet, they may never
11  do that.  You have very classy lawyers.
12    All right.  So we have Sperling's Best
13  Places.  What else we got here that helped you determine
14  the economic environment of Castle Rock?
15    A.    The Colorado Economic Update.
16    Q.    Where is that?
17    A.    Bottom of page 2.
18    Q.    And what did that tell you?
19    A.    I don't know specifically what it told me;
20  it was one of my resources for studying the Colorado
21  Springs economic environment.
22    Q.    What opinions or conclusions did you
23  research, if any, after you reviewed that source?
24    A.    That Colorado Springs is a robust area,
25  welcome many young families, providing job growth and

Page 198

1      A.      I don't know how he calculated that.
2      Q.      So you can't agree or disagree?
3      A.      I'm not even sure in that sentence which
4   place he feels is higher or lower.
5      Q.      Well, I am assuming he would say it's
6   Honolulu that is higher than Castle Rock.  But I mean you
7   have it at I think at 112 percent of the national average
8   as opposed to 241 in Honolulu.  And I'm just
9   suggesting to you that it appears that he is opining that
10   the difference in the cost of living Honolulu relative to
11   Castle Rock with adjustments for income differentials,
12   the difference is 33 percent, and you don't know one way
13   or the other?
14      A.      What you just compared --
15      Q.      Castle Rock to Honolulu.
16      A.      -- statements -- you just compared
17   statements that I wrote in my report to testimony Tom
18   Loudat made in his deposition that were about entirely
19   different bases.
20      Q.      Yes, that's exactly right.
21      A.      My report I spoke the percentage figures
22   you're describing have to do with cost of housing.  And
23   in his oral deposition Thomas Loudat speaks to cost of
24   living.  They are different things.
25      Q.      Do you know what the cost of living was in

Page 199

1   Castle Rock?
2      A.      I don't have a specific measure of the cost
3   of living in Castle Rock to the national average, no.
4      Q.      What is it specific, do you have a general
5   idea?
6      A.      I don't have a statistic.
7      Q.      You don't know at all?
8      A.      I understand it is cheaper to live in Castle
9   Rock than Honolulu.
10      Q.      How much cheaper?
11      A.      I don't have a precise figure.
12      Q.      Okay.  `Ohana, what I asked you about,
13   Hawaii has extended families that oftentimes live
14   together, right?
15      A.      Yes.
16      Q.      Children live with their parents, right?
17      A.      In the best situations, yes, they do.
18      Q.      Aunts and uncles may be sharing the same
19   dwelling or in an 'ohana house behind one another?
20      A.      It certainly happens, yes.
21      Q.      And families oftentimes put money together
22   and help each other out for sports and leisure
23   activities, that wouldn't be unusual to you, right?
24      A.      That's my casual understanding.
25      Q.      Did you factor that casual understanding in

Page 200

1   when you did any of your opinions and conclusions as to
2   discretionary income that might be available for things
3   like Tae Kwondo?
4      A.      I'm not aware of a study that presents data
5   about that.  I did not include it.
6      Q.      I mean it is not unusual for you to believe
7   that extended families here have ways to mitigate the
8   cost of housing or things like that in Hawaii, right?
9      A.      I understand that frequently young people
10   have to stay with their folks because they can't afford
11   to buy a home.
12      Q.      Do you know what the discretionary income is
13   for Aina Haina?
14      A.      No, I do not.
15      Q.      How about the surrounding area?
16      A.      I don't have the specific statistic for the
17   surrounding area of Aina Haina.
18      Q.      What would be the surrounding area of
19   Aina Haina?
20      A.      Well, can you tell me what you mean by
21   surrounding area?
22      Q.      Well, if we are going to do an economic
23   analysis you have got Colorado Springs as your focus
24   point doing an economic area which you say now includes
25   maybe Denver, it includes Castle Rock, may or may not

Page 201

1   include Pueblo.  So I am just trying to figure out based
2   on that opinion what would be the general area or
3   surrounding area of Aina Haina to do a market analysis.
4      A.      Okay.  Generally, I would consider Honolulu
5   to be the predominant influence on the economy of
6   Aina Haina and its neighbor towns.  And I would also look
7   to information about the cost of housing in that area.
8      Q.      What area?
9      A.      Aina Haina.
10      Q.      You certainly know, no disrespect for you,
11   you didn't know Han Wan Lee had a school in Castle Rock,
12   but do you know where Mr. Dae Sung Lee's school is?
13      A.      I do.
14      Q.      Did you ever look at the cost of housing
15   there, Aina Haina?
16      A.      I'm aware of it, yes.
17      Q.      What is it?
18      A.      It's close to one million dollars.
19      Q.      How about median income for Aina Haina where
20   his school is; do you have some idea what that is?
21      A.      I don't recall that specific statistic.
22      Q.      You never looked, right?
23      A.      No.
24      Q.      Hawaii Kai close to Aina Haina?
25      A.      Yes.

Page 202

1    Q.    Do you know what the median household income
2  is for Hawaii Kai?
3    A.    No, I do not.
4    Q.    How about the number of households, total
5  population of Aina Haina when you're doing your report?
6    A.    I don't know that number.
7    Q.    How about Hawaii Kai?
8    A.    I don't know that number.
9    Q.    How about Kailua? Do you know any of the
10 answers -- I mean Kailua is not terribly far.
11    A.    I haven't studied Kailua recently, so I
12 don't know.
13    Q.    Would Kailua be in the surrounding area of
14 Aina Haina?
15    A.    No, it wouldn't.
16    Q.    How far away is Kailua from Aina Haina?
17    A.    I haven't studied this, so I probably
18 shouldn't even say.
19    Q.    When you say it under oath I got to believe
20 you. So I just want to know when you say that Kailua is
21 not in the surrounding area of Aina Haina I am trying to
22 figure out why you say that.
23    A.    I don't think that Kailua and Aina Haina
24 directly influence each other.
25    MR. GREEN:  I am going to ask that this be

Page 203

1  marked as next exhibit.
2    (Exhibit No. 16 was marked for
3    identification.)
4    Q.    (By Mr. Green:) Did you ever look at
5  Pacific News for any information or data for recreation
6  and entertainment expenses?
7    A.    Occasionally.
8    Q.    Do you use it for form some of your opinions
9  occasionally?
10    A.    Yes.
11    Q.    Well, this has the wealthiest ZIP codes
12 ranked by the 2005 median household income, top 25. What
13 is number one?
14    A.    ZIP code 96821, include Aina Haina.
15    Q.    Aina Haina, Nui Valley, Waialae Iki in Oahu,
16 yes?
17    A.    Yes.
18    Q.    Those would be in the surrounding area of
19 this school Mr. Dae Sung Lee has, right?
20    A.    Correct.
21    Q.    Highest income 2005 median household income,
22 102,159, yes?
23    A.    That is the median.
24    Q.    Total population -- why does this have two
25 numbers.

Page 204

1    MR. UESUGI:  Total households and the bottom
2  is population.
3    MR. GREEN:  Thank you very much.
4    Q.    (By Mr. Green:) Total household 6,843.
5  Total population 19,643. Do you see that
6    A.    I do.
7    Q.    How does that relate to Colorado Springs,
8  number of households?
9    A.    I don't know.
10    Q.    How does it relate to Colorado Springs
11 regarding total population?
12    A.    I don't know.
13    Q.    How does it relate to Castle Rock total
14 households?
15    A.    I don't know.
16    Q.    Does it relate to Castle Rock's total
17 population?
18    A.    I don't know.
19    Q.    I think somewhere in your report we'll get
20 to this, that you were talking about the numbers of
21 schools, talking about Tae Kwondo schools that were
22 opened in the general area of Dae Sung Lee; do you
23 remember that during the period of 2002, 3 or 4?
24    A.    I spoke to the numbers of schools that
25 opened -- that existed at different points in time on

Page 205

1  Oahu and that one had opened up in '03, I believe, in
2  Hawaii Kai.
3    Q.    Right. How many schools have opened up in
4  five years in Colorado Springs?
5    A.    I don't know.
6    Q.    Do you know whether Han Wan Lee has the only
7  school?
8    A.    I don't know.
9    Q.    How many schools in Colorado Springs?
10    A.    I don't know.
11    Q.    See, when you are doing a comparison of Han
12 Wan Lee's school and the economic environment, and you
13 are doing one about this gentleman sitting to my right,
14 Dae Sung Lee, and you are put in your report that his
15 economic revenues can be affected or have been affected
16 by new schools, I am just wondering why you didn't do the
17 same thing for Han Wan Lee to determine how many schools.
18    MS. LURIA:  Objection. Narrative by
19 Mr. Green. Move to strike.
20    Q.    (By Mr. Green:) Excuse me, the end of it
21 was I'm wondering why you didn't do that.
22    MS. LURIA:  Same objection. That is not a
23 question. What is your question?
24    Q.    (By Mr. Green:) I'm wondering why you
25 didn't do that.

Page 206

1     MS. LURIA:  That is not a question,
2  Mr. Green.
3     MR. GREEN:  That is a question.  Can you
4  answer it?
5     THE WITNESS:  No.  I don't know what your
6  question is.
7     Q.    (By Mr. Green:)  Why didn't you do a
8  comparison of schools that have opened in the area of Han
9  Wan Lee.
10    A.    My point in the report is that...
11       MR. GREEN:  He's thinking.
12       THE WITNESS:  I'm thinking about how I am
13  going to phrase this.
14    Q.    (By Mr. Green:)  I don't mind.
15    A.    If I could not be interrupted I could get
16  there quicker.
17    Q.    I've got to put in the record.
18    A.    That's fine.
19       My point in the report is to show that it's
20  to rely on Han Wan Lee's school or any other business as
21  a benchmark for measuring and other enterprises expected
22  experience, whether it's loss or growth.  Those two
23  schools or the businesses have to be very comparable to
24  each other.
25       My point in the report was to show that

Page 207

1  there are differences, not to prove that they are
2  similar, but to show that there are enough differences
3  that Han Wan Lee's school is not a good benchmark for
4  measuring Master Dae Sung Lee's experience.
5     Q.    That would be a report to show what deals
6  with potential future loss of revenue, right?
7     A.    Lost income I thought was the measure.
8     Q.    Yeah.  But when you are talking about lost
9  income you give an opinion that his income really would
10  not have been lost to the degree we are suggesting
11  because there were more schools competing with his,
12  right?
13    A.    I'm saying that the record does not support
14  any opinion as to what Master Dae Sung Lee would have
15  experienced.
16    Q.    Did you hear my question?
17    A.    I thought I tried to answer it and if I
18  didn't answer it sufficiently, perhaps, I did not
19  understand it.
20    Q.    All right.  Maybe.  And I appreciate that.
21  You started talking about the number of schools that were
22  competing with him that would affect his revenue stream,
23  right?
24    A.    Correct.
25    Q.    And you didn't put anything in your report

Page 208

1  and don't know how many schools were competing with Han
2  Wan Lee's school, do you?
3     A.    No, I don't.
4     Q.    And you don't know how many schools there
5  are in Colorado Springs that Dae Sung --
6     A.    Not relevant to my report.
7     Q.    I understand.  Okay.
8        Now, let's go to the next, percentage of
9  households with income less than 50,000, 18 percent; do
10  you see that?
11    A.    Can you help me?
12    Q.    Yes.
13    A.    Are we still on the top row?
14    Q.    Yes, we are.
15    A.    Percentage of households with incomes less
16  than 50,000, it's 18.2 percent, yes?
17    A.    Correct.
18    Q.    Fifty thousand to 100,000, 30.3 percent,
19  yes?
20    A.    Right.
21    Q.    And more than 100,000, 51.5 percent; do you
22  see that?
23    A.    Correct.
24    Q.    The number one area on the island of Oahu as
25  far as resources, wealthiest, yes, Aina Haina?

Page 209

1     A.    Correct.
2     Q.    And you don't know those figures as
3  regarding percentage of households with income of less
4  than 50, 50 or 100 more to Castle Rock, do you?
5     A.    Correct.
6     Q.    Average annual amount spent on food; do you
7  see that?
8     A.    I see it.
9     Q.    These kinds of things give us some method of
10  discretionary income, we got to pay for food and things
11  like that.  And depending on the cost of housing and food
12  and things like that, we may have money left over for
13  things like Tae Kwondo, right?
14    A.    Correct.
15    Q.    Average annual amounts spent on food, Aina
16  Haina 14,973, do you see that?
17    A.    I do.
18    Q.    We don't know that answer for Castle Rock,
19  do we?
20    A.    No, we don't.
21    Q.    We don't know it for Colorado Springs, do
22  we?
23    A.    No, we don't.
24    Q.    Food away from home is $6,048.84, we don't
25  know that for Castle Rock, right?

Page 210

1    A.    Right.
2    Q.    And we don't know for it Colorado Springs,
3    right?
4    A.    No.
5    Q.    And we certainly don't know if for Pueblo,
6    do we?
7    A.    No, we don't.
8    Q.    Alcoholic beverages $1,026.89; do you see
9    that?
10    A.    I do.
11    Q.    Let's go to average annual amount spent on
12    apparel and services, entertainment and recreation; do
13    you see that?
14    A.    I do.
15    Q.    That would include Tae Kwondo, perhaps,
16    right?
17    A.    Entertainment and recreation, of course,
18    would, yes.
19    Q.    Highest on our island, yes, Aina Haina, Niu
20    Valley, Waialae Iki, Oahu; do you see that?
21    A.    I do.
22    Q.    $5,379.41 spent on apparel and services; do
23    you see that?  It appears to be apparel and services,
24    yes?
25    A.    Which one are you looking at?

Page 211

1    Q.    $5,379.41.
2    A.    I read that, too.
3    Q.    Do we know what that is in Castle Rock?
4    A.    No.
5    Q.    Colorado Springs?
6    A.    No.
7    Q.    Entertainment and recreation, $6,482.32; do
8    you see that?
9    A.    I do.
10    Q.    Tell me what other cities or areas or
11    vicinities you did a market analysis for this case that
12    gave you that information, comparables to Aina Haina as
13    to recreation and entertainment?
14    A.    I don't have these precise figures.
15    Q.    Okay.  You know, I wanted to ask you about
16    page 13 at the top, Info USA's Recent Study.  Its recent
17    study of growth and decline and the number of businesses
18    from 2000 to 2004; do you see that?
19    A.    Yes.
20    Q.    What kinds of businesses were those?
21    A.    Any business.
22    Q.    Restaurants, I guess, right?
23    A.    It's all businesses.
24    Q.    I mean in your experience, can you tell me
25    whether 1 out of 10 businesses generally survive the

Page 212

1    first year?
2    A.    It's a significant figure, I don't know if
3    it's 1 in 10.  It is not every business that opens up
4    survives.
5    Q.    Well, most don't survive, right?  New
6    businesses, most don't survive.
7    A.    I wouldn't say most, but I would say a
8    significant number don't survive.
9    Q.    How many years has Mr. Lee been in business
10    when you finished the report?
11    A.    At least 10, I believe.
12    Q.    Maybe 13 even, right?
13    A.    That's very likely correct.
14    Q.    Number of businesses from 2000 to 2004 found
15    that the number of businesses in Colorado Springs grew
16    from 14.7 percent.  The same study determined that the
17    number of businesses in Honolulu grew by only seven; do
18    you see that?
19    A.    Yes.
20    Q.    And your reason for writing that was why?
21    A.    It's an indicator of a growing economy.
22    Q.    These businesses that grew by 14.7 percent,
23    how many of those remained in business a second year?
24    A.    Well, these aren't business openings; these
25    aren't business starts.

Page 213

1    Q.    What are these?
2    A.    These are the number of businesses that
3    existed.
4    Q.    I thought it was found in number of
5    businesses -- there's a growth and decline in the number
6    of businesses from 2000 to 2004.  So in other words, the
7    business that are opened are 14.7 percent.
8    A.    Correct.
9    Q.    And the same study in Honolulu grew by only
10    seven?
11    A.    Right.  So it's a measure of how many
12    businesses were existed at 2004 as compared to the
13    earlier date.
14    Q.    What was it in Aina Haina?
15    A.    I don't know.
16    Q.    What was in Castle Rock?
17    A.    I don't know.
18    Q.    What was it in Pueblo?
19    A.    I don't know.
20    Q.    We are getting there.  Hold on.
21    Drop down a few paragraphs, based order the
22    above it is clear that Colorado Springs had a faster
23    growing younger population with much more spending money
24    than did Honolulu and the Colorado Springs business
25    community was thriving; do you see that?