

Business Opportunities  DoJang Ordering



Welcome to the official taekwondo Website of Coach Han Lee. Tae Kwon Do Videos!

## Conditioning, Training, & Techniques for the New Millenium, by USA TKD Coach, Master Han Lee, Official Coach for the 2000 Olympic Games.



### Master Han Won Lee

**Personal:**
Birthdate: May 18, 1962
Birthplace: Korea
Hometown: Colorado Springs, Colorado
Instructor: Mr. Hwa Chong
Address:

US Taekwondo Center-Castle Rock
703 Wilcox, #J
Castle Rock, CO 80104
Telephone: (303) 814-0281

- Began Taekwondo at age 14 under USTU Past President Hwa Chong in Ann Arbor, Michigan.

- Eight time National Team Member.

- 1986 USTU Male Athlete of the Year.

http://www.coachhanlee.com/bio.html

EXHIBIT "C"

EXHIBIT 1 H.W.L.

Candon
EXHIBIT NO. 12
1/30/06

3/24/2005

- WTF International Referee since 1990.

- Has been coaching since 1993, when he assumed the position of US National Coach at the Olympic Training Center in Colorado Springs, Colorado.

- Also has his own US Taekwondo Center in Castle Rock, Colorado.

- Because family is the most important thing in his life, he recently brought his parents from Michigan to Colorado Springs to take care of them.

- Likes to golf in his spare time.

**Competition Record:**
1982: US National Taekwondo Championships (Bantam): GOLD

1983: US National Taekwondo Championships (Bantam): SILVER
1983: International Collegiate Taekwondo Championships (Feather): SILVER

1984: US National Taekwondo Championships (Bantam): SILVER

1985: US National Taekwondo Championships (Bantam): BRONZE
1985: US Olympic Festival (Bantam): GOLD

1986: US National Taekwondo Championships (Bantam): GOLD
1986: US Olympic Festival (Bantam): GOLD
1986: World Cup Taekwondo Championships (Bantam): SILVER
1986: Pan American Taekwondo Championships (Bantam): BRONZE

1987: US National Taekwondo Championships (Bantam): GOLD

1988: US National Taekwondo Team Trials (Bantam): GOLD
1988: Olympic Games (Bantam): BRONZE

1989: US National Taekwondo Team Trials (Bantam): GOLD

1990: US National Taekwondo Team Trials (Bantam): GOLD
1990: Pan American Taekwondo Championships (Bantam): SILVER

1991: US National Taekwondo Team Trials (Bantam): GOLD
1991: Pan American Games (Bantam): Team Member

1992: US National Taekwondo Team Trials (Bantam): GOLD
1992: Olympic Games (Bantam): Team Member

**International Coaching Experience:**

1994: World Cup Taekwondo Championships
1994: Pan American Taekwondo Championships
1994: USTU International Exchange Program

1995: Pan American Games

http://www.coachhanlee.com/bio.html

3/24/2005

1996: World Cup Taekwondo Championships
1996: Pan American Taekwondo Championships

1997: World Cup Taekwondo Championships
1997: Mexico Open Taekwondo Championships
1997: Denmark Open Taekwondo Championships
1997: World Taekwondo Championship

1998: World Cup Taekwondo Championship

1998: Pan American Taekwondo Championships

2000: Official USA TKD Coach for the 2000 Olympic Games

2003: Retired from international coaching to concentrate on local athletes and Dojang development

"I find great satisfaction in helping people to improve their lives through Martial Art training. Working with them and watching them mature with the benefits of Martial Arts is my greatest pleasure." Han Lee

Top of Page

---

Home ❄ Videos ❄ **Order Now!** ❄ Dojang Outlets ❄ Ask the Coach
Business Opportunities ❄ Dojang Ordering ❄ About the Coach

**Call Toll-free: 1-877-4HANLEE**
**or E-MAIL US**

Copyright ©1998 - 2005 Han Lee.
NOTICE TO BUYERS: All video tapes are COPY PROTECTED.
Web services by Max Media Solutions