# WEALTHIEST ZIP CODES
Ranked by 2005 median household income

| Rank (Prior rank) | ZIP Code General location, island | 2005 median household income | No. of households Total population | Percentage of households with income: Less than $50,000 / $50,000-$100,000 / More than $100,000 | Average annual amount spent on: Food / Food away from home / Alcoholic beverages | Average annual amount spent on: Apparel and services Entertainment and recreation | Average annual amount spent on: Housing Transportation |
|---|---|---|---|---|---|---|---|
| 1 (1) | 96821 Aina Haina, Niu Valley, Waialae Iki, Oahu | $102,159 | 6,843 / 19,643 | 18.2% / 30.3% / 51.5% | $14,973.00 / $6,048.84 / $1,026.89 | $5,379.41 / $6,482.32 | $37,965.62 / $19,918.89 |
| 2 (2) | 96825 Hawaii Kai, Portlock, Oahu | $95,417 | 10,691 / 29,846 | 18.4% / 34.1% / 47.5% | $12,416.15 / $5,019.97 / $854.81 | $4,444.93 / $5,300.76 | $31,226.45 / $16,540.16 |
| 3 (3) | 96734 Kailua, Oahu | $80,020 | 16,508 / 51,944 | 28.3% / 33.6% / 38.0% | $11,443.58 / $4,620.37 / $785.86 | $4,134.75 / $4,731.39 | $27,870.16 / $14,875.89 |
| 4 (4) | 96744 Kaneohe, Oahu | $78,701 | 17,623 / 55,541 | 25.2% / 40.3% / 34.5% | $10,141.78 / $4,068.31 / $708.14 | $3,561.03 / $4,304.34 | $25,724.01 / $13,555.72 |
| 5 (5) | 96789 Mililani, Oahu | $78,202 | 16,271 / 47,993 | 24.4% / 42.5% / 33.2% | $9,500.90 / $3,863.55 / $641.90 | $3,360.71 / $3,967.25 | $23,401.03 / $12,988.36 |
| 6 (6) | 96707 Kapolei, Makakilo, Kalaeloa, Oahu | $75,246 | 7,856 / 27,027 | 25.3% / 46.5% / 28.2% | $9,382.57 / $3,846.22 / $625.84 | $3,383.89 / $3,875.58 | $22,587.63 / $12,758.41 |
| 7 (10) | 96701 Aiea, Oahu | $71,129 | 14,067 / 41,831 | 32.6% / 36.0% / 31.3% | $9,645.45 / $3,881.54 / $667.53 | $3,428.56 / $3,933.66 | $23,500.29 / $12,606.83 |
| 8 (8) | 96782 Pearl City, Oahu | $70,848 | 11,273 / 37,709 | 32.6% / 37.7% / 29.7% | $9,094.04 / $3,647.39 / $634.92 | $3,185.35 / $3,745.76 | $22,521.83 / $12,029.79 |
| 9 (14) | 96790 Kula, Maui | $68,768 | 3,106 / 7,889 | 35.8% / 31.8% / 32.4% | $10,533.98 / $4,260.04 / $735.78 | $3,721.19 / $4,389.69 | $26,228.67 / $13,975.42 |
| 10 (9) | 96797 Waipahu, Oahu | $68,730 | 19,190 / 69,388 | 33.2% / 39.9% / 26.8% | $8,859.99 / $3,576.78 / $601.00 | $3,117.80 / $3,638.46 | $21,782.05 / $11,992.58 |
| 11 (11) | 96706 Ewa Beach, Oahu | $67,790 | 13,609 / 49,656 | 30.7% / 45.5% / 23.7% | $8,502.46 / $3,444.95 / $572.75 | $3,008.35 / $3,500.01 | $20,749.14 / $11,592.08 |
| 12 (12) | 96779 Paia, Maui | $65,418 | 976 / 2,995 | 38.7% / 35.9% / 25.4% | $9,827.49 / $3,939.33 / $661.36 | $3,530.12 / $4,099.19 | $23,899.57 / $12,768.09 |
| 13 (15) | 96768 Makawao, Maui | $64,346 | 5,921 / 17,181 | 37.9% / 37.8% / 24.3% | $8,748.83 / $3,544.35 / $575.46 | $3,079.61 / $3,614.49 | $21,080.64 / $11,978.37 |
| 14 (13) | 96816 Kahala, Waialae, Kaimuki, Oahu | $64,144 | 18,124 / 49,524 | 39.1% / 32.3% / 28.6% | $9,541.77 / $3,816.64 / $675.80 | $3,311.09 / $4,037.41 | $24,366.54 / $12,782.90 |
| 15 (16) | 96741 Kalaheo, South Kauai | $64,074 | 2,081 / 5,465 | 38.6% / 35.5% / 25.9% | $8,361.26 / $3,367.53 / $560.09 | $2,978.37 / $3,532.87 | $20,523.12 / $11,194.68 |
| 16 (18) | 96730 Kaaawa, Oahu | $63,088 | 537 / 1,501 | 37.2% / 41.0% / 21.8% | $8,209.12 / $3,319.70 / $573.04 | $2,903.88 / $3,413.98 | $20,373.82 / $10,871.91 |
| 17 (17) | 96761 Lahaina, Maui | $62,966 | 7,085 / 20,677 | 37.9% / 35.2% / 26.9% | $9,675.97 / $3,898.60 / $687.05 | $3,425.74 / $3,894.88 | $23,712.24 / $12,638.84 |
| 18 (19) | 96743 Kamuela, Big Island | $61,055 | 3,432 / 9,501 | 38.8% / 37.9% / 23.3% | $9,047.04 / $3,670.20 / $605.19 | $3,230.51 / $3,799.16 | $21,872.54 / $12,249.20 |
| 19 (7) | 96795 Waimanalo, Oahu | $60,279 | 2,507 / 10,195 | 40.4% / 35.8% / 23.8% | $8,476.52 / $3,368.63 / $573.03 | $2,985.02 / $3,480.24 | $20,904.05 / $11,265.08 |
| 20 (20) | 96738 Waikoloa, Oahu | $58,739 | 2,239 / 6,061 | 40.9% / 39.4% / 19.7% | $7,934.29 / $3,241.82 / $535.83 | $2,862.45 / $3,248.45 | $18,899.33 / $10,607.95 |
| 21 (23) | 96719 Hawi, North Kohala, Big Island | $58,540 | 721 / 2,961 | 41.7% / 36.2% / 22.1% | $8,413.43 / $3,381.30 / $577.44 | $3,023.62 / $3,536.24 | $20,947.41 / $10,979.62 |
| 22 (22) | 96793 Wailuku, Maui | $57,907 | 7,854 / 23,352 | 42.0% / 37.4% / 20.6% | $7,985.67 / $3,189.12 / $559.45 | $2,772.17 / $3,286.10 | $19,765.47 / $10,540.22 |
| 23 (21) | 96762 Laie, Oahu | $57,754 | 1,017 / 4,967 | 43.4% / 35.7% / 20.9% | $7,387.10 / $2,964.95 / $520.29 | $2,579.06 / $3,118.00 | $18,748.37 / $9,868.43 |
| 24 (24) | 96712 Haleiwa, Oahu | $57,567 | 2,936 / 8,408 | 44.1% / 29.9% / 26.0% | $8,772.40 / $3,533.89 / $610.74 | $3,123.83 / $3,554.82 | $21,368.38 / $11,389.08 |
| 25 (28) | 96819 Halawa, Kalihi and Kapalama | $55,906 | 11,853 / 48,492 | 44.3% / 33.0% / 22.7% | $8,082.06 / $3,204.17 / $568.66 | $2,831.90 / $3,281.14 | $20,135.47 / $10,368.06 |

Notes: Data courtesy ESRI, a geographic information system software and data company. Web: www.esri.com; phone: 800-292-2224 or 800-795-7483. Average annual expenditures are the potential available to be spent based on annualized data from the latest release of the U.S. Bureau of Labor Statistics' Consumer Expenditure Survey (2000-2002) combined with ESRI's marketing segmentation system, Community Tapestry.


EXHIBIT "D"