IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF GLENN H. |
| ) | UESUGI |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF GLENN H. UESUGI

I, GLENN H. UESUGI, state that:

1. I am an attorney licensed to practice law in all courts of the State of Hawaii and am one of the attorneys representing Plaintiff in the above captioned action.

2. Attached hereto as Exhibit "A" is a true and correct copy of

relevant portions from Mr. Robert Gambardella's oral deposition transcript relating to this case.

3.    Attached hereto as Exhibit "B" is a true and correct copy of Defendants' Exhibit List dated March 10, 2006.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, MAR 1 4 2006

_____
GLENN H. UESUGI