ORIGINAL

MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES       2958-0
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at 9 o'clock and 16 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | NOTICE OF HEARING OF |
| ) | PLAINTIFF'S MOTION IN |
| ) | LIMINE RE: TO PRECLUDE |
| UNITED STATES TAEKWONDO ) | THE TESTIMONY OF |
| UNION, a Colorado nonprofit ) | PLAINTIFFS' WITNESS DAE |
| Corporation, UNITED STATES ) | SUNG LEE REGARDING HIS |
| OLYMPIC COMMITTEE, a federally ) | PRIOR BAD ACTS; |
| charged nonprofit corporation, JOHN ) | PLAINTIFF'S MOTION IN |
| DOES 1-10; JANE DOES 1-10; ) | LIMINE TO PRECLUDE THE |

| | | |
|---|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) ) | TESTIMONY OF PLAINTIFFS' WITNESS DAE SUNG LEE REGARDING HIS PRIOR BAD ACTS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GLENN H. UESUGI; EXHIBIT "A"; and CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) ) ) ) ) | |
| | ) ) ) | Date: March 28, 2006<br>Time: 9:45 a.m.<br>Honorable Susan Oki Mollway |
| | ) ) | Trial Date: April 4, 2006 |

NOTICE OF HEARING OF
PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE
TESTIMONY OF PLAINTIFFS' WITNESS
<u>DAE SUNG LEE REGARDING HIS PRIOR BAD ACTS</u>

TO:  DAVID LOUIE, ESQ.
     APRIL LURIA, ESQ.
     Roeca, Louie & Hiraoka
     841 Bishop Street, Suite 900
     Honolulu, Hawaii 96813

     MARK S. LEVINSTEIN, ESQ.
     ROBERT L. MOORE, ESQ.
     Williams & Connolly LLP
     725 12th Street, N.W. Washington, D.C. 20005

-2-

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on March 28, 2006 at 9:45 a.m., or as soon thereafter as counsel bay be heard.

DATED: Honolulu, Hawaii, MAR 1 4 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>           Plaintiff,<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>           Defendants. | Civil No. 04-00461 SOM LEK<br><br>PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' WITNESS DAE SUNG LEE REGARDING HIS PRIOR BAD ACTS |

**PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' WITNESS DAE SUNG LEE REGARDING HIS PRIOR BAD ACTS**

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi, and hereby moves this Honorable Court, in limine to preclude the testimony of Plaintiffs' witness Dae Sung Lee regarding his prior bad acts.

This Motion is based on Rule 7 and 37 of the Federal Rules of Civil Procedure, Rule 404 of the Federal Rules of Evidence and is based on the attached

Memorandum in Support of Motion, the Declaration of Glenn H. Uesugi, and the records and files contained herein.

DATED: Honolulu, Hawaii, MAR 1 4 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE