# DEPOSITION OF DAE LEE TAKEN ON 06-23-05

*Page 1 to Page 353*



EXHIBIT "A"

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

**RALPH ROSENBERG COURT REPORTERS, INC.**
1001 Bishop Street
2460 Pacific Tower
Honolulu, HI 96813
Phone: (808) 524-2090
FAX: (808) 524-2596

BSA                          DEPOSITION OF DAE LEE TAKEN ON 06-23-05

### Page 1

(1) IN THE UNITED STATES DISTRICT COURT
(2)         DISTRICT OF HAWAII
(3)
(4) DAE SUNG LEE,          ) CIVIL NO. 04-00461 SOM LEK
(5)     Plaintiff,  )
(6)   vs.              )
(7) UNITED STATES TAEKWONDO  )
(8) UNION, a Colorado nonprofit)
(9) corporation, UNITED STATES )
(10) OLYMPIC COMMITTEE, a    )
(11) federally chartered     )
(12) nonprofit corporation;  )
(13) JOHN DOES 1-10; JANE DOES )
(14) 1-10; DOE PARTNERSHIPS  )
(15) 1-10; DOE CORPORATIONS  )
(16) 1-10,               )
(17)     Defendants. )
(18) _____)
(19)   THE VIDEOTAPED DEPOSITION OF DAE SUNG LEE
(20) Taken on behalf of the Defendants at the offices of
(21) Roeca, Louie & Hiraoka, 900 Davies Pacific Center,
(22) 841 Bishop Street, Honolulu, Hawaii, on June 23, 2005,
(23) pursuant to Notice.
(24)     Reported By:
(25)   Cristina V. Llewellyn, RPR, CSR 343

### Page 2

(1)         APPEARANCES
(2) For Plaintiff:
(3)   WARD D. JONES, ESQ.
(4)   Bervar & Jones
(5)   1400 Pauahi Tower
(6)   1001 Bishop Street
(7)   Honolulu, Hawaii 96813
(8)
(9) For Defendants:
(10)   MARK S. LEVINSTEIN, ESQ.
(11)   Williams & Connolly LLP
(12)   725 Twelfth Street, N.W.
(13)   Washington, D.C. 20005
(14)
(15)   APRIL LURIA, ESQ.
(16)   Roeca, Louie & Hiraoka
(17)   900 Davies Pacific Center
(18)   841 Bishop Street
(19)   Honolulu, Hawaii 96813
(20)
(21) VIDEOGRAPHER:
(22)   JUSTIN LANGLAIS
(23)   Certified Legal Video Services
(24)   1000 Bishop Street, Suite 904
(25)   Honolulu, Hawaii 96813

### Page 3

(1)     INDEX OF EXAMINATION
(2) EXAMINATION BY:              PAGE:
(3) Mr. Levinstein.................... 4
(4)
(5)     INDEX OF EXHIBITS
(6) DEPOSITION EXHIBIT NO.:         PAGE:
(7) 1 - Declaration of Dae Sung Lee................. 69
(8) 2 - Report to: The United States Olympic
(9)     Committee..................... 217
(10) 3 - Agreement..................... 231
(11) 4 - USOC Remediation Plan for USTU............. 231
(12) 5 - Mail Ballot................. 232
(13) 6 - Complaint................... 250
(14) 7 - Korean ad................... 294
(15) 8 - Korean ad................... 301

### Page 4

(1)     THE VIDEOGRAPHER: This is the
(2) deposition of Dae Sung Lee in the matter of Dae Su
(3) Lee versus United States Taekwondo Union, et al.
(4) are located at Roeca, Louie & Hiraoka, Davies Paci
(5) Center, 841 Bishop Street, Suite 900, Honolulu, Hav
(6) 96813. My name is Justin Langlais, Legal Video
(7) Specialist for Certified Legal Video Services.
(8)     Will the counsel please state your
(9) names?
(10)     MR. JONES: Good morning. Ward Jones
(11) appearing on behalf of Plaintiff Dae Sung Lee who i
(12) with us today.
(13)     MR. LEVINSTEIN: Good morning. Mark
(14) Levinstein of the law firm of Williams & Connolly,
(15) counsel for the defendants. And I will give you --
(16) oops, here's a card.
(17)     THE VIDEOGRAPHER: Today is June 23r
(18) the year 2005. We are on the record at 9:06 a.m.
(19)     Will the court reporter please swear in
(20) the deponent?
(21)     DAE SUNG LEE,
(22) called as a witness at the instance of the Defendant
(23) having been duly sworn to tell the truth, the whole
(24) truth and nothing but the truth, was examined and
(25) testified as follows:

Page 337

(1) people who met the first criteria?
(2)     MR. JONES: Objection. Calls for
(3) speculation as to what the -- what the writer
(4) intended.
(5)     Q. Have you had problems -- let me reword
(6) that. Have there been any incidents you've been
(7) involved in in which there were allegations that you
(8) engaged in improper conduct relating to your coaching
(9) of students?
(10)    A. My coaching students when, sir?
(11)    Q. Well, for example, have there been -- was
(12) there a situation in which you got into a car accident
(13) involving your students?
(14)    A. Yes.
(15)    Q. Okay. Why don't you tell me about that.
(16)    A. That was, I think, Tahiti trip, yes, we had
(17) some incident.
(18)    Q. What happened?
(19)    A. Car accident.
(20)    Q. And who was driving?
(21)    A. I was driving.
(22)    Q. And were you under the influence of alcohol?
(23)    MR. JONES: Object to the relevance.
(24)    A. I don't think so, sir. I had one, one or two
(25) beer, but I don't think I was drunk when -- that's if

Page 338

(1) you are implying.
(2)     Q. That's what I'm implying. Weren't you
(3) driving drunk in 1990 in Tahiti with athletes in your
(4) car and you wrecked the car?
(5)     A. No, I wasn't drunk, sir.
(6)     Q. Did you hit a pole?
(7)     A. I had a argument one of the athletes and I
(8) was upset. And then I was talking like, you know, you
(9) know, talking. And then when I saw, there was a pole,
(10) so I couldn't move and I had accident, yes.
(11)    Q. In fact, weren't you punching the athlete
(12) while you were driving?
(13)    A. Yes.
(14)    Q. So while you were driving the car having had
(15) some alcohol, you were punching the athlete and you
(16) drove the car into a pole.
(17)    A. I didn't drove, you know. We had a
(18) conversation, then we had argument with the -- you
(19) know, my athletes and then, yes.
(20)    Q. And you were punching him while you were
(21) driving.
(22)    A. I don't think I punched him. I think I
(23) slapped him.
(24)    Q. You were slapping him while you were driving.
(25)    A. Yeah, yes.

Page 339

(1)     Q. And his head went through the windshield.
(2)     A. Yes.
(3)     Q. Who is Theresa Wong?
(4)     A. Theresa Wong? I don't know.
(5)     Q. Did you have a student named Theresa Wong?
(6)     A. I don't remember, sir. Theresa --
(7)     Q. Do you remember having a sexual relationship
(8) with Theresa Wong who was one of your students?
(9)     A. No.
(10)    Q. Did you ever coach in Binghamton, New York?
(11)    A. Coach?
(12)    Q. Yes.
(13)    A. Binghamton, New York? No, I wasn't coaching
(14) at the Binghamton, New York, sir.
(15)    Q. Never coached anyone in Binghamton, New York
(16)    A. No, I went to train.
(17)    Q. Went to train?
(18)    A. Yeah, for Mr. Lee when Mr. Lee -- that was, I
(19) think, '79.
(20)    Q. Okay. In 1979 you were in Binghamton, New
(21) York training.
(22)    A. Uh-huh.
(23)    Q. In '79.
(24)    A. Yes.
(25)    Q. Okay. You weren't in -- okay, we'll leave

Page 340

(1) that one.
(2)     Were there situations in which you received
(3) per diem checks before events and then the trips were
(4) cancelled?
(5)     A. Yes, I remember.
(6)     Q. Okay. In 2003, was there per diem checks
(7) issued to you for the Junior Pan Am Championships in
(8) the amount of $469?
(9)     A. Yes.
(10)    Q. And for the Team Leadership Meeting in
(11) Athens, were you issued per diem checks in the amount
(12) of $538?
(13)    A. Which one?
(14)    Q. A team Leadership Meeting in Athens.
(15)    A. Yes.
(16)    Q. And did you cash those checks?
(17)    A. Yes.
(18)    Q. And were the trips cancelled?
(19)    A. Yes, when I was in Chicago, when I was in
(20) Chicago already. And then the Jeanna Mendoza call me
(21) and then they said the trip was cancelled. So that was
(22) already left Hawaii. So I --
(23)    Q. And you kept the per diem checks for the
(24) entire trip.
(25)    A. No, I cash the checks.