ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES        2958-0
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING OF |
| | ) | PLAINTIFF'S MOTION IN |
| | ) | LIMINE RE: TO PRECLUDE |
| UNITED STATES TAEKWONDO | ) | THE TESTIMONY OF |
| UNION, a Colorado nonprofit | ) | DEFENDANTS' WITNESS |
| Corporation, UNITED STATES | ) | EDWARD H. FORD |
| OLYMPIC COMMITTEE, a federally | ) | REGARDING THE |
| charged nonprofit corporation, JOHN | ) | CHARACTER OF MARY |
| DOES 1-10; JANE DOES 1-10; | ) | BRUNNER; PLAINTIFF'S |



DOE PARTNERSHIPS 1-10; DOE        )    MOTION IN LIMINE TO
CORPORATIONS 1-10,                )    PRECLUDE THE TESTIMONY
                                  )    OF DEFENDANTS' WITNESS
                    Defendants.   )    EDWARD H. FORD
                                  )    REGARDING THE
                                  )    CHARACTER OF MARY
                                  )    BRUNNER MEMORANDUM IN
                                  )    SUPPORT OF MOTION;
                                  )    DECLARATION OF GLENN H.
                                  )    UESUGI; EXHIBIT "A "; and
                                  )    CERTIFICATE OF SERVICE
                                  )
                                  )    Date: March 28, 2006
                                  )    Time: 9:45 a.m.
                                  )    Honorable Susan Oki Mollway
                                  )
                                  )    Trial Date:   April 4, 2006
                                  )
                                  )

NOTICE OF HEARING OF
PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE
TESTIMONY OF DEFENDANTS' WITNESS EDWARD H. FORD
REGARDING THE CHARACTER OF MARY BRUNNER

TO:    DAVID LOUIE, ESQ.
       APRIL LURIA, ESQ.
       Roeca, Louie & Hiraoka
       841 Bishop Street, Suite 900
       Honolulu, Hawaii  96813

       MARK S. LEVINSTEIN, ESQ.
       ROBERT L. MOORE, ESQ.
       Williams & Connolly LLP
       725 12th Street, N.W.

Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall

come on for hearing before the Honorable Susan Oki Mollway, Judge of the

above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii, on March 28, 2006 at 9:45 a.m.,

or as soon thereafter as counsel bay be heard.

DATED: Honolulu, Hawaii, _____MAR 1 4 2006_____

_____

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION IN |
| | ) | LIMINE RE: TO PRECLUDE |
| | ) | THE TESTIMONY OF |
| UNITED STATES TAEKWONDO | ) | DEFENDANTS' WITNESS |
| UNION, a Colorado nonprofit | ) | EDWARD H. FORD |
| Corporation, UNITED STATES | ) | REGARDING THE |
| OLYMPIC COMMITTEE, a federally | ) | CHARACTER OF MARY |
| charged nonprofit corporation, JOHN | ) | BRUNNER. |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE
TESTIMONY OF DEFENDANTS' WITNESS EDWARD H. FORD
REGARDING THE CHARACTER OF MARY BRUNNER**

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by

and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H.

Uesugi, and hereby moves this Honorable Court, in limine to preclude the

testimony of Defendants' witness Edward H. Ford from testifying at trial regarding

the character of Mary Brunner.

This Motion is based on Rule 7 and 37 of the Federal Rules of Civil

Procedure, Rule 702 of the Federal Rules of Evidence and is based on the attached

Memorandum in Support of Motion, the Declaration of Glenn H. Uesugi, and the

records and files contained herein.

DATED: Honolulu, Hawaii, _____ MAR 1 4 2006 _____

_____

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

-2-