IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF GLENN |
| ) | H. UESUGI |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF GLENN H. UESUGI

I, GLENN H. UESUGI, state that:

1.   I am an attorney licensed to practice law in all courts of the State of Hawaii and am one of the attorneys representing Plaintiff in the above captioned action.

2.   I am one of the attorneys for Plaintiff DAE SUNG LEE in Civil No. 04-00461.

3.  Attached hereto as Exhibit "A" is a true and correct copy of relevant portions of the oral deposition transcript of Edward Ford relating to the above captioned action.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, MAR 1 4 2006

_____
GLENN H. UESUGI