```
 1              IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF HAWAII
 2

 3
    DAE SUNG LEE,                    ) CASE NO.
 4                                   ) 04-00461 SOM TEK
                    Plaintiff,       )
 5                                   )
    vs.                              )
 6                                   )
    UNITED STATES TAEKWONDO UNION, a )
 7  Colorado nonprofit corporation,  )
    UNITED STATES OLYMPIC COMMITTEE, a)
 8  federally chartered nonprofit corp.,)
    JOHN DOES 1-10; JANE DOES 1-10; DOE )
 9  PARTNERSHIPS 1-10; DOE CORPORATIONS )
    1-10,                            )
10                                   )
                    Defendants.      )
11  _____)
12
13
14             E D W A R D   H.   F O R D
15                  February 27, 2006
                       10:27 a.m.
16
17
18  VIDEOTAPED DEPOSITION taken pursuant to Notice at
19  the Offices of Worldwide Video Conferencing, 19
20  West Flagler, Ste. 1020, Miami, Florida, before Ana
21  Reid, a Shorthand Reporter and Notary Public within
22  the State of Florida.
```

```
                                                        2
 1                 A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
 4      MICHAEL JAY GREEN, ESQUIRE (Via Video Conference)
        GLENN H. UESUGI, ESQUIRE
 5           345 Queen Street, 2nd Floor
             Honolulu, Hawaii   96813
 6           (808)521-3336
 7
 8
 9
    FOR THE DEFENDANTS:
10
        WILLIAMS & CONNOLLY, LLP
11         BY:  ROBERT L. MOORE, ESQUIRE
           725 Twelfth Street, N.W.
12         Washington, DC  20005
           (202)434-5000
13
14
15
16
17
18
19  EXAMINATION BY:        PAGE:
20
21     MR. MOORE           4, 189, 218
22     MR. GREEN           13, 207
```

EXHIBIT "A"

```
                                                                3
 1
 2
 3   PLAINTIFF'S EXHIBITS:
 4   NUMBER:  PAGE:    DESCRIPTION:
 5
 6   1        59       Ford v. Brunner
 7                     Brunner's Interrogatories to Ford
 8
 9   2        86       Ford v. Brunner
10                     Complaint & Amended Complaint
11
12   3        98       Newspaper Ad: "Congratulations Luke
13                     Ford"
14
15   4        119      Ford v. Brunner
16                     Stipulation to Dismiss
17
18   5        153      9-7-00 Letter from Ford to Illinois
19                     Department of Criminal Investigations
20
21   6        218      Ford v. Brunner
22                     Article XXVI Complaint
```

```
                                                                4
10:26:45  1              THE VIDEOGRAPHER:  We're on the record.
10:27:06  2   This is Videotape No. 1.  We are here Monday, February
10:27:10  3   27th, 2006 at approximately 10:27 a.m. for the
10:27:14  4   videotaped deposition of Edward H. Ford in the case
10:27:28  5   styled Dae Sung Lee versus United States Taekwondo
10:27:32  6   Union, a Colorado nonprofit corporation, United States,
10:27:35  7   Civil Number 04-00461 SOM TEK.
10:27:42  8              The videographer is Jason Stapleton.
10:27:44  9   The court reporter is Ana Reid.
10:27:46 10              At this time would counsel state their
10:27:48 11   appearances for the record.
10:27:51 12              MR. GREEN:  This is Michael Green and I'm in
10:27:54 13   Honolulu.  Glenn Uesugi, who is with my firm, is in the
10:27:58 14   room with you folks in whatever city you're in.
10:28:00 15              MR. MOORE:  This is Robert Moore on behalf of
10:28:02 16   defendants.
10:28:11 17                       EDWARD H. FORD
10:28:11 18   was called as a witness by the defendants, having been
10:28:11 19   first duly sworn, was examined and testified as follows:
10:28:11 20                         EXAMINATION
10:28:11 21   BY MR. MOORE:
10:28:11 22        Q.    Please state your name and address for the
```

```
                                                                5
10:28:16  1   record.
10:28:17  2        A.    My name is Edward H. Ford.  I live at 1733
10:28:20  3   Espanola Drive, Coconut Grove, Miami, Florida.
10:28:24  4        Q.    Mr. Ford, are you married?
10:28:26  5        A.    I am married.
10:28:27  6        Q.    Just for the record, as long as I'm asking
10:28:29  7   you questions, if you could please try to look into the
10:28:32  8   video camera.
10:28:33  9        A.    Very good.
10:28:33 10        Q.    That would be good so the jury can see.
10:28:35 11        A.    Okay.
10:28:35 12        Q.    What's your wife's name?
10:28:37 13        A.    Rhonda Ford.
10:28:38 14        Q.    How long have you been married?
10:28:39 15        A.    We've been married 20 years.
10:28:42 16        Q.    Do you have any children?
10:28:43 17        A.    I have one boy, Luke Ford.  He's 16.
```

```
10:28:47 18        Q.   Now, Mr. Ford, have you ever studied
10:28:51 19   Taekwondo?
10:28:52 20        A.   I studied Taekwondo only to receive my second
10:28:57 21   degree black belt so I could be on the floor with Luke.
10:29:00 22        Q.   So your son also studies Taekwondo?
```

6
```
10:29:03  1        A.   Luke is the primary Taekwondo person of the
10:29:06  2   family.
10:29:07  3        Q.   And how long has he studied Taekwondo?
10:29:09  4        A.   Luke has been studying Taekwondo since he's
10:29:12  5   been eight years old and he's 16 now so going on nine
10:29:17  6   years.
10:29:17  7        Q.   Has Luke had the chance -- has he competed in
10:29:21  8   national events?
10:29:22  9        A.   He has.
10:29:23 10        Q.   Has he competed in international events?
10:29:25 11        A.   He has.
10:29:26 12        Q.   How has he done in those events generally?
10:29:28 13        A.   He's done quite well for a 16 year old boy.
10:29:31 14   He won the Korean Open in 2002.  He medaled at the
10:29:36 15   German Open in Bonn, Germany two years ago.  He has went
10:29:43 16   to -- at 16 this year he went to the senior nationals
10:29:47 17   for the United States, which was one of the top four
10:29:50 18   boys in featherweight division, so actually he's done
10:29:54 19   quite well.
10:29:55 20        Q.   Mr. Ford, do you know Mary Brunner?
10:29:58 21        A.   I do.
10:29:58 22        Q.   And how do you know Mary Brunner?
```

7
```
10:30:01  1        A.   We went to her dojan, her school, for a short
10:30:07  2   period of time.
10:30:07  3        Q.   When you say "we," do you mean you and your
10:30:11  4   son?
10:30:11  5        A.   Well, my son did.  I accompanied him.
10:30:14  6        Q.   When did he first start?
10:30:16  7        A.   '98 -- our first contract with Mrs. Brunner
10:30:22  8   was from '98 to '99.
10:30:23  9        Q.   And how old was Luke at the time?
10:30:26 10        A.   Luke would have been just over eight years
10:30:30 11   old then.
10:30:30 12        Q.   So you said he started when he was eight
10:30:33 13   years old so this would have been early on in his --
10:30:35 14        A.   Exactly.  We actually started with Jim
10:30:38 15   Ingenio in Key Largo, Florida, and then when we went to
10:30:46 16   Chicago we found Mrs. Brunner's place of practice and
10:30:50 17   then we started there.
10:30:50 18        Q.   And Luke study Taekwondo under her?  Is that
10:30:55 19   the arrangement?  Was she the teacher?  Was she the
10:30:58 20   primary teacher?
10:30:59 21        A.   She was the primary teacher.
10:31:00 22        Q.   Were there any other teachers at that school?
```

8
```
10:31:03  1        A.   Only students that she would incorporate to
10:31:07  2   have -- help.
10:31:07  3        Q.   And you said earlier that Luke -- you said
10:31:08  4   your first contract with her was 1998 to 1999?
10:31:12  5        A.   Yes.
10:31:13  6        Q.   Did Luke continue to train under her after
10:31:16  7   that contract ended?
10:31:17  8        A.   Well, nothing -- yes.  Nothing is that
10:31:21  9   simple, though.  We lived in Chicago.  We had homes in
10:31:23 10   Florida so in the winter months Luke would transfer out
10:31:27 11   of school, come to Florida, and enter in the school
10:31:30 12   here, go back with Master Ingenio, then in the summer
```

```
10:31:35 13    we'd go back with Mary Brunner and that's how it went
10:31:39 14    until the spring of 2000.
10:31:41 15         Q.   So it was approximately two years that he
10:31:42 16    studied under Mary Brunner?
10:31:44 17         A.   Yes, yes.
10:31:45 18         Q.   And in those two years that you knew Mary
10:31:48 19    Brunner, were you able to form any opinion as to her
10:31:51 20    honesty and trustworthiness?
10:31:54 21         A.   Well, not at first but after a while I found
10:31:56 22    her to be extremely dishonest --
```

                                                                    9

```
10:31:59  1              MR. GREEN:  I object to the question first.
10:32:02  2    The question you are asking, the foundation is not
10:32:05  3    proper and I object to the question being asked in the
10:32:08  4    form that it's being asked.  His opinion has to be based
10:32:13  5    on something regarding truth and veracity so that's my
10:32:17  6    objection.  If you want to leave the question the way it
10:32:20  7    is, he can answer it but I object to it.
10:32:22  8    BY MR. MOORE:
10:32:22  9         Q.   Did you have dealings over the course of
10:32:25 10    those two years that Luke studied under her?  Were you
10:32:28 11    able to deal with Ms. Brunner on a regular basis?
10:32:31 12         A.   Yes, I did.
10:32:32 13         Q.   Did you interact with her?
10:32:33 14         A.   I did.
10:32:34 15         Q.   You communicated with her?
10:32:36 16         A.   I did.
10:32:36 17         Q.   You saw how she communicated with other
10:32:39 18    students?
10:32:39 19         A.   Yes.
10:32:39 20         Q.   Did you see how she communicated with other
10:32:42 21    parents?
10:32:43 22         A.   Yes.
```

                                                                    10

```
10:32:45  1         Q.   Based upon all of that -- based upon all of
10:32:49  2    that in those two years -- well, strike that.
10:32:51  3              Have you known Mary Brunner -- have you
10:32:54  4    had any more interactions with Mary Brunner following
10:33:01  5    those two years?
10:33:01  6         A.   Not after those initial two years, I had no
10:33:01  7    interactions with her.
10:33:02  8         Q.   Based upon those two years and your
10:33:04  9    observations of her, have you formed an opinion as to
10:33:07 10    her honesty and trustworthiness?
10:33:09 11         A.   Yes.
10:33:11 12              MR. GREEN:  Same objection, foundation is
10:33:13 13    lacking.
10:33:14 14              You can answer if you'd like.
10:33:15 15    BY MR. MOORE:
10:33:15 16         Q.   You can answer.
10:33:16 17         A.   In my dealings with Mrs. Brunner, I
10:33:19 18    unfortunately found her extremely dishonest and willing
10:33:22 19    and capable to do most anything to get her way or
10:33:25 20    whatever she was trying to achieve.
10:33:26 21         Q.   And during those two years and the ensuing
10:33:30 22    years have you -- you've interacted, as you said before,
```

                                                                    11

```
10:33:34  1    with other parents, other students, other athletes?
10:33:37  2         A.   Yes.
10:33:38  3         Q.   And in that time, have you understood that --
10:33:41  4    strike that.  During that time has Mary Brunner gained a
10:33:47  5    reputation among that group -- among the taekwondo
10:33:51  6    community that you have interacted with?
10:33:53  7         A.   Mary Brunner in the entire taekwondo
```

```
10:33:54  8   family --
10:33:55  9           MR. GREEN: Object to the question. Excuse
10:33:57 10   me for interrupting. I have an objection. The question
10:33:58 11   calls for a yes or no first, but it's still an improper
10:34:01 12   foundation. I object to the question and if you want to
10:34:03 13   leave it that way, he can answer it but it's over my
10:34:06 14   objection.
10:34:06 15   BY MR. MOORE:
10:34:06 16       Q.   You can answer that.
10:34:08 17       A.   Yes, the entire taekwondo community,
10:34:11 18   including other IRs, international referees, find her to
10:34:15 19   be quite distasteful in her judgment, the way she treats
10:34:20 20   people, and the problems that she has created for the
10:34:22 21   old USTU.
10:34:23 22           MR. GREEN: I move to strike the answer based
```

                                                                    12

```
10:34:25  1   on the objection I made initially and the objection, of
10:34:27  2   course, is based on it calls for speculation and God
10:34:31  3   knows how many different types of hearsay.
10:34:33  4   BY MR. MOORE:
10:34:33  5       Q.   I'll just repeat the question again. Putting
10:34:37  6   aside for the moment Ms. Brunner's, the other -- strike
10:34:41  7   that.
10:34:41  8           Putting aside the other aspects of
10:34:43  9   Ms. Brunner's reputation that you just referred to, does
10:34:46 10   she have a particular reputation in the taekwondo
10:34:49 11   community that you've interacted with for honesty and
10:34:52 12   trustworthiness?
10:34:53 13       A.   As I've stated before, she has a reputation
10:34:56 14   for being dishonest.
10:34:57 15           MR. GREEN: Same objection, move to strike.
10:34:59 16   Continue.
10:34:59 17           MR. MOORE: Thank you very much. I have no
10:35:01 18   further questions at this time.
10:35:03 19           MR. GREEN: Are you done with him?
10:35:04 20           MR. MOORE: Yes. Yes, sir.
10:35:05 21   ///
10:35:05 22
```

                                                                    13

```
10:35:05  1                       EXAMINATION
10:35:05  2   BY MR. GREEN:
10:35:05  3       Q.   Mr. Ford, can you see me?
10:35:10  4       A.   Yes, I can see you, but my name is Mr. Ford.
10:35:13  5   I'm not "him."
10:35:14  6       Q.   I beg your pardon?
10:35:14  7       A.   You referred to me as "him." My name is
10:35:18  8   Mr. Ford.
10:35:19  9       Q.   I don't know what you're talking about. I
10:35:22 10   said can you see me, Mr. Ford?
10:35:24 11       A.   I can see you on the screen.
10:35:26 12       Q.   All right. I have a number of questions for
10:35:27 13   you and if you don't understand any of my questions,
10:35:29 14   you'll tell me; won't you?
10:35:30 15       A.   I sure will.
10:35:31 16       Q.   And I'll try to make the questions better so
10:35:37 17   you do understand, okay? Okay?
10:35:38 18       A.   Okay.
10:35:38 19       Q.   And if any of my questions call for you to
10:35:41 20   just make a pure guess, do not do that. Tell me it's a
10:35:44 21   pure guess and we will move on to something else, all
10:35:47 22   right?
```

                                                                    14

```
10:35:47  1       A.   That's all right.
10:35:48  2       Q.   If you answer a question that I ask, I'm
```