**ORIGINAL**

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES    2958-0
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at 9 o'clock and 21 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | NOTICE OF HEARING OF PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE INTRODUCTION OF TESTIMONY AND DOCUMENTS REGARDING DEFENDANT USTU'S DEALINGS BEFORE 2003; PLAINTIFF'S MOTION IN |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; | |

| | |
|---|---|
| DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>    Defendants. | LIMINE RE: TO PRECLUDE THE INTRODUCTION OF TESTIMONY AND DOCUMENTS REGARDING DEFENDANT USTU'S DEALINGS BEFORE 2003; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GLENN H. UESUGI; EXHIBIT "A"; and CERTIFICATE OF SERVICE<br><br>Date: March 28, 2006<br>Time: 9:45 a.m.<br>Honorable Susan Oki Mollway<br><br>Trial Date:  April 4, 2006 |

## NOTICE OF HEARING OF PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE INTRODUCTION OF TESTIMONY AND DOCUMENTS REGARDING DEFENDANT USTU'S DEALINGS BEFORE 2003

TO: DAVID LOUIE, ESQ.
   APRIL LURIA, ESQ.
   Roeca, Louie & Hiraoka
   841 Bishop Street, Suite 900
   Honolulu, Hawaii  96813

   MARK S. LEVINSTEIN, ESQ.
   ROBERT L. MOORE, ESQ.
   Williams & Connolly LLP
   725 12th Street, N.W.
   Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

NOTICE IS HEREBY GIVEN that the above-identified Motion shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on <u>March 28, 2006 at 9:45 a.m.</u>, or as soon thereafter as counsel bay be heard.

DATED: Honolulu, Hawaii, MAR 1 4 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S MOTION IN |
| ) | LIMINE RE: TO PRECLUDE |
| ) | THE INTRODUCTION OF |
| UNITED STATES TAEKWONDO ) | TESTIMONY AND |
| UNION, a Colorado nonprofit ) | DOCUMENTS REGARDING |
| Corporation, UNITED STATES ) | DEFENDANT USTU'S |
| OLYMPIC COMMITTEE, a federally ) | DEALINGS BEFORE 2003 |
| charged nonprofit corporation, JOHN ) | |
| DOES 1-10; JANE DOES 1-10; ) | |
| DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S MOTION IN LIMINE RE:
TO PRECLUDE THE INTRODUCTION OF TESTIMONY
AND DOCUMENTS REGARDING DEFENDANT USTU'S
FINANCIAL DEALINGS BEFORE 2003 AND AFTER 2005**

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H. Uesugi, and hereby moves this Honorable Court, in limine to preclude the introduction of testimony and documents regarding Defendant UNITED STATES TAEKWONDO UNION'S Financial Before 2003.

This Motion is based on Rule 7 and 37 of the Federal Rules of Civil Procedure, and is based on the attached Memorandum in Support of Motion, the Declaration of Glenn H. Uesugi, and the records and files contained herein.

DATED: Honolulu, Hawaii, MAR 1 4 2006

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE