IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461-SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, UNITED STATES ) | |
| OLYMPIC COMMITTEE, a ) | |
| federally chartered nonprofit ) | |
| corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the foregoing ducument was duly served via upon the following:

| | |
|---|---|
| DAVID M. LOUIE, ESQ.<br>APRIL LURIA, ESQ.<br>Roeca, Louie & Hiraoka<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii 96813 | HAND DELIVERY |

1

MARK S. LEVINSTEIN, ESQ.            VIA FACSIMILE
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 14, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee