ORIGINAL

MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | PLAINTIFF DAE SUNG LEE'S MOTION IN LIMINE RE: RELEASE OF 1981 CLAIM; |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit | MEMORANDUM IN SUPPORT OF MOTION IN LIMINE; |

1

| | |
|---|---|
| Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>            Defendants. | EXHIBIT "1"; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:   March 28, 2006<br>Time:   9:45 a.m.<br>Judge: Hon. Susan O. Mollway<br><br>Trial Date:  April 4, 2006 |

### PLAINTIFF DAE SUNG LEE'S MOTION IN LIMINE RE: RELEASE OF 1981 CLAIM

COMES NOW, PLAINTIFF DAE SUNG LEE (hereinafter "Plaintiff"), by and through his attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and hereby submits its Motion in Limine to this Honorable Court regarding Release of 1981 Claim.

This motion is brought pursuant to Local Rule 16.9(b) of the United States District Court and is based upon the attached Memorandum in

2

Support of Motion, and the records and files contained therein.

DATED: Honolulu, Hawaii, March 14, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee