ORIGINAL

MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | PLAINTIFF DAE SUNG LEE'S MOTION IN LIMINE RE: 2003 USTU COACHING SCIENCE COMMITTEE SELECTION OF DAE SUNG LEE/AFTER |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit | |

1

|  |  |
|---|---|
| Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>            Defendants. | ACQUIRED EVIDENCE DOCTRINE; MEMORANDUM IN SUPPORT OF MOTION IN LIMINE; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:    March 28, 2006<br>Time:    9:45 a.m.<br>Judge:   Hon. Susan O. Mollway<br><br><br>Trial Date:  April 4, 2006 |

### PLAINTIFF DAE SUNG LEE'S MOTION IN LIMINE RE: 2003 USTU COACHING SCIENCE COMMITTEE SELECTION OF DAE SUNG LEE/AFTER ACQUIRED EVIDENCE DOCTRINE

COMES NOW, PLAINTIFF DAE SUNG LEE (hereinafter "Plaintiff"), by and through his attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and hereby submits its Motion in Limine to this Honorable Court regarding 2003 USTU Coaching Science Committee Selection of Dae Sung Lee/after Acquired Evidence Doctrine.

This motion is brought pursuant to Local Rule 16.9(b) of the United States District Court and is based upon the attached Memorandum in

Support of Motion, and the records and files contained therein.

DATED: Honolulu, Hawaii, March 14, 2006.

/s/ Ward Jones
_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee