# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Presented by:

Select representatives of

The United States TaeKwondo Union (USTU)

May 2, 2003
Denver, Colorado

USOC 00493

EXHIBIT "I"

CIVIL NO. _04-00461 SOM-LEK_

PLAINTIFFS

(DEFENDANTS) } EXHIBIT _404_

IN EVIDENCE–FOR IDENTIFICATION

REC'D_____ , 20 _____

REC'D _____

CLERK

# TABLE OF CONTENTS

Foreward.................................................... 2

USTU Electoral Process............................... 5

USTU AAC Committee................................ 6

Appointment of State Presidents................... 11

USTU Leadership – On Overview.................. 14

USTU Executive Committee......................... 16

USTU Voting Process................................. 18

USTU Black Belt Dan Certification Program.............. 25

USTU Compliance Issues............................ 27

USTU Corporate Office............................... 33

The Coaching Conundrum........................... 38

Referee Selection Criteria........................... 53

Items and or information requested from USTU
Office but not received............................... 62

USTU Complaint Process............................ 64

Finances................................................. 70

Miscellaneous.......................................... 72

USOC 00494

Appendixes:

1. Incorporation Documents
2. WTF Council Meeting Minutes – July 15, 2002
3. Sammy Pejo Letter to the AAC – Summer 2001
4. 1985 Investigation into Misuse of Union Funds By Executive Director Michael Weintraub
5. Master Instructor Licensing Program
6. 2001 Mid-Year Meeting Minutes
7. Unfulfilled Requests – Backup
8. Dan Certification
9. Delegation Ballots
10. Women's Committee Proposal
11. Appointment Letters
12. Income Versus Support
13. Financial Reports
14. Regional Centers for Excellence
15. USTU Coaching Levels Program
16. USTU State President's Handbook selections
17. Lack of Referee Selection Criterion Letters
18. IDM Corporation
19. Miscellaneous

USOC 00495

# Introduction

Welcome to the Wonderful World of Sport Taekwondo. We would like to thank the USOC Membership & Credentials Committee for their time today to allow us to make this presentation regarding the governance of Olympic Sport Taekwondo.

Nothing remains more sacrosanct to Americans than their sports, unless it is our Olympic sports. We expect politics, discrimination and prejudice to be checked at the gate of the playing field and are outraged when we find our concept of sport corrupted.

Why are we here today? We are here to return the membership of the US Taekwondo Union to that American naivete that sport exists only to prove the best, the fastest, to teach ideals above and beyond cultural and international disputes and borders.

The first thought that crosses your mind must be that we are wasting your time today, as all we have to do if we are unhappy is vote out the current leadership and bring in new. If only it were that simple. Our current leadership has secured a lock on the future governance of our sport, ensuring that unless they wish to remove someone, that person holds their position forever. Through a system of bought votes, appointed officers and sheer cronyism, anything the officers of the USTU do not want to happen simply won't.

40% of our Executive Committee is appointed. 100% of our delegates at large are appointed. 47% of our state presidents are appointed. Where is the democracy in this? Of the elected Executive Officers – 15% of the officers are students of the President. Of the Delegates at Large – 20% of them are students of the President. Our Executive Committee is 50% Korean. 60% of our delegates at large are Korean. Approximately 59% of our state presidents are Korean. Yet our membership is not predominantly Korean; it is not even close to predominantly Korean.

One has only to look at the election of Steven Silz in 2000 to the position of Vice President to know there is no democracy in the USTU and the athletes are not represented. In 1999, Mr. Silz ran for Vice President to fill a 1 year vacancy. He lost resoundingly. In the second round he had two votes. Yet one year later, he won resoundingly in a single round, with six candidates getting a majority vote? Mr. Silz is President Lee's student. Mr. Silz puppets President Lee's thoughts. Mr. Silz is not well liked nor respected by the majority of the athletes or Board of Governors. This is an unpleasant truth. For an intelligent person, he is completely tactless and totally dedicated to President Lee. How did he win? By the way, this was the only election the ballot box was removed from the room and the count not announced.

Using the dictator-like hold the officers have over the course of our organization, this administration has fostered an environment that allows and encourages prejudice, discrimination and cronyism. At the heart of these problems lay the cultural differences between the leadership of the USTU and the membership. The first words spoken by an American child seem to be "no" followed closely by "why." We teach our children to question the motives of adults to protect our children from predators. We teach our teenagers not to be taken in by others. We are a generous group who may naïvely hope to accept everyone at face value, but we reserve the right to question those in leadership positions. Our leadership had better have answers or be replaced.

If USTU Olympic Taekwondo followed American models, we might not be here today. Questions could be asked and answers given. However, Taekwondo, unlike any other sport in the world, clings unnaturally to its history as well as the culture of the country of this sport's ancestry. Do baseball enthusiasts in Japan bow to the American flag? Do fencers salute the French flag before "en garde."?  Of course not, but the first lesson in Taekwondo is respect to the master, obedience to the master – THE BOW. Unlike any other sport, the Taekwondo instructor holds a position of authority unequaled by any other coach in any other sport. Unconditional loyalty, a concept that simply cannot exist in this country is not only accepted, but demanded.

If Americans gestate asking why, our Korean leadership survives on "Obey Your Senior – or else." The USTU's Korean leadership survives by abusing the Junior/Senior relationship. Who your master is and where he fits into this hierarchy determines your place and your status. He who has the highest rank determines who decides all issues, even if that person is not knowledgeable about the subject in question. Being a junior means that if your master tells you to do something with which you disagree, you have two options. Either you do it, or you are cast from the company of your master as disloyal. If you are high enough in the hierarchy to be close to the master, you may make carefully couched suggestions, but in the end, you must do as the master says. If you do not do exactly as told, even knowing that the reasoning is wrong or the end result will not be as planned, you will do it or you will rebel and leave. Leaving means banishment. No more promotions. You betrayed your master. Sounds extreme, but it happens everyday. Until you experience it yourself, it sounds like a co-dependent nightmare, but this is the world of Taekwondo as it exists for many of our members.

This may work in the Art of Taekwondo – those who practice Taekwondo for the ideals espoused by thousands of instructors all over the country – Honesty, Self-Control, Perseverance, Integrity, Indomitable Spirit and Conviction of Ultimate Victory. Great goals. However, while the ideals may remain for Sport Taekwondo, Olympic Sport Taekwondo under the USOC must adhere to the Ted Stevens Amateur Sports Act of 1978. We must adhere to the USOC Code of Ethics and we must adhere to the USOC Constitution and Bylaws.

Until we can achieve the American ideal of democracy in the USTU, this atmosphere of discrimination and cronyism will continue to leave the USTU membership without a voice, without an opportunity to produce the best team possible to represent the United

States. All other goals are secondary, all other projects secondary, our focus as the National Governing Body for Taekwondo in the Olympics and the Pan American Games is to produce the best team, the best coaches and to foster programs to bring up new talent for the future.

USOC 00498

4

## Why the USTU Electoral Process Doesn't Represent the Membership

1. Lack of AAC representation

2. Appointment of Officers and State Presidents

3. Voting Process

**USOC Constitution**
(7) is governed by a board of directors or other such governing board whose members are selected without regard to race, color, religion, national origin or sex, except that in sports where there are separate male and female programs, it provides for reasonable representation of both males and females on such board of directors or other such governing board;

**USOC 00499**

5



- **2000 Election of AAC officers.**

  **Non-AAC members were given plane tickets to come to the meeting to vote for Sammy Pejo.** USTU policy of giving tickets and hotel rooms applies to already elected AAC representatives and not athletes who had never before been at an AAC meeting and have not been elected. (In November of 2000, the USTU was authorized to pay for transportation and lodging of AAC Executive Committee Members, so even current AAC delegates were not entitled to plane tickets from the USTU.) Since the financial accounting is so sketchy, no one knows if the USTU or Sammy Pejo paid the tickets and hotel rooms personally. Again, appearance of impropriety – were those votes bought? Or does it just appear that way? Did the USTU assist with that buying of the vote? Or does it just appear that way? Those voting for George Weissfisch had to pay their own expenses. Additionally, athletes who received tickets were given a list of people to vote for and in which order; they were told to copy the names from this list to the ballot. Athletes were told that the AAC needed to bring in new faces that had no preconceived ideas. They were told Elite wanted to take over the AAC. They were told that they would all "learn" together. One might note that other than the officers, the 2000 AAC election appears to have tossed out all the experienced members and brought in new and naïve athletes who would not question Mr. Pejo or the rest of the officers, people who would not question President Lee. Elite did not take over the AAC, President Lee in the guise of Sammy Pejo did.

- **Mr. Pejo teaches classes at President Lee's school.** Whether he is paid or not, it raises a question of impropriety and favoritism. Since US Taekwondo Center is a private entity, there is no way to prove that he is or is not paid by the USTU President for his efforts. Again, appearance of impropriety.

- **Mr. Pejo has gone on every major international trip with the US team since the 2000 Olympics, at the USTU expense.** Mr. Pejo teaches at Sang Lee's school. This includes the 2000 Olympics, all World Championships, World Cups,

etc... Why? Is there no one else capable? Is this a crony setup to make sure Mr. Pejo is one of the chosen few eligible for plum Olympic and Pan Am coaching assignments, cutting out others who have produced team members? Is it because Mr. Pejo teaches at Sang Lee's school? Again, appearance of impropriety. Additionally, at least one of the trips was out of the AAC budget, according to AAC members – and without the benefit of a vote of the AAC authorizing said expenditure.

- **In 2001, Sammy Pejo was paid for consultant work by the USTU.** When questioned by the USOC, the USTU said he was not on the payroll. Later, it was admitted he had been paid one time. **Why did they lie to the USOC if all was on the up and up?** When personally asked if he had been paid consultant fees by the USTU, Mr. Pejo answered that all work for Mr. Harris and National Events was strictly volunteer. Again, if all was aboveboard, **why did Mr. Pejo lie?** He has never answered if he has been paid for teaching the Licensed Instructor's course.

- At the mid-year meeting in 2001, Mr. Pejo stated he was not included in USTU Budget preparations. He left the meeting with the rest of the AAC. Days later he submitted a letter (see exhibit ?) which stated that he didn't know he had been consulted. Either he knew or he didn't. Either he was at the Officer's Budget meeting or he wasn't. And if he wasn't, why wasn't he called? He states the viewpoint of President Lee regarding the blatant discrimination of USTU instructors wherein 8th & 9th degree Korean Masters were allowed to take the Licensed Instructor Seminar for 2 days and $200, where months later, others had to pay $500+ and stay 5 days for the same benefit.

- **Since the election of Mr. Pejo and his sister May Pejo as AAC officers,** the AAC has not once voted against President Lee in any election. (See minutes of meetings) There was one vote in November of 2002 where the AAC abstained; however, this was because President Lee/Mr. Pejo had told them that this issue would not come to the board. They voted instead on President Lee's alternate proposal that never made it to the table.

- **Prior to the 2002 November Board of Governors meeting, Mr. Pejo and the AAC officers helped sponsor an amendment to eliminate term limits.** Their stated purpose was to keep President Lee in office (see video of USTU BOG meeting, Barbara Kunkel's speech saying just that). While it may be argued that the officers acted as individuals, their positions on the Board of Governors stem from the AAC Committee. It was not until this measure was on the agenda that the AAC members were allowed to discuss or vote on this measure. The implication of the form that went out to the Board of Governors 30 days prior to the meeting was that this was an AAC sponsored amendment, as all AAC officers had signed this. Again, this demonstrates Mr. Pejo as pushing his instructor's agenda over an appearance of impropriety as AAC chair. If the officers were to sign this, it should have been voted on by the AAC prior to submission.

- **AAC representatives complain Mr. Pejo gives them slanted information.** In point of fact, Mr. Pejo has lied to the committee about the status of some amendment proposals. He told them that an issue regarding the Referee Code of Operations was not a fit subject for a vote by the BOG and they should reject this proposal. The USTU bylaws require all Code of Operations items to be approved by the BOG. His facts are frequently incorrect and skewed toward President Lee's viewpoints.

- **Mr. Pejo limits access to the AAC membership.** In November of 2002, President Lee, Mr. Pejo's instructor and master was allowed to speak to the AAC regarding his desire to be WTF president and how he would support the athletes if given unlimited USTU terms. He asked them to pass the elimination of term limits. Mr. Holloway, former AAC chair, was refused an audience with the AAC. The AAC members were not given an opportunity to vote on this issue. No one was allowed to rebut President Lee. Mr. Pejo controls access to the committee and when the athletes question his views, he tells them that the sources of their information either lie or doesn't know what they are talking about. Those sources are never allowed to speak to the committee to rebut Mr. Pejo.

- **Mr. Pejo violated USTU bylaws and meeting notice requirements to do his master's bidding.** In May of 2002, at the USTU Mid-year meeting, the AAC voted to support the 5 clubs to 3 club amendment sponsored by Mr. Holloway to basically abolish the appointment of state presidents, as well as the Code of Operations item to reduce the number of Referees needed to take a seminar before the USTU paid the seminar expenses. The following morning, Sammy Pejo, May Pejo, Kevin Padilla and other AAC members had breakfast with President Lee. 10 minutes prior to the actual BOG meeting, the AAC was hastily recalled – with improper notice, violating all bylaw meeting notice requirements – not notifying all present the previous evening and "more information" was presented to the committee to sway their vote – only on the issues where they were scheduled to vote against President Lee. Supposedly witnesses to this meeting (see Mr. Ruger) say President Lee informed Mr. Pejo to get the vote changed. Those present felt browbeaten and changed their votes. Additionally, the AAC was told that there were only 13 states of 51 with appointed presidents, when in point of fact; there were 26 at that time. There was no one from the other side of this issue allowed to rebut these facts. The committee voted along with President Lee, even though at the legal meeting, they voted to support the athletes of those states whose right to 20% athlete representation had been denied.

- **Mr. Pejo consistently pushes the agenda of President Lee and refuses the AAC access to the other side of the story.** Appearance of impropriety?

- **Lied to USOC Membership & Credential Committee about Representation on Referee Committee.** When asked by the USOC if there is athlete representation on the referee committee, the answer came back that Mr. Pejo,

Mrs. Pejo-Spence and Mr. Moreno are the AAC reps to the Referee Committee. When asked for a list of Referee Committee members, the USTU supplied list does not contain any athlete names. (See exhibit ?) Vice Chairs of the committee contend there have been no meetings. In that another section of this presentation you will find ample evidence of violations of the Ted Stevens Amateur Sports Act of 1978, including blatant discrimination and prejudice. If the AAC committee was represented as they claimed to the USOC Membership & Credentials Committee, then the officers of the AAC Committee are as guilty of this behavior as that of the Referee Committee Chair. Either that or there is no AAC representation on the Referee Committee and not only did the USTU lie to the USOC, but the athletes were denied their rights when their officers refused their duty to the AAC. (Also see exhibit ?, Jason Poos statement that while he was AAC representative to that committee he was never recognized by the Referee Committee as such.)

- **Only AAC officers represent the athletes on the major committees.** See rosters for Referee and Coach and Science Committee, as well as the Ad Hoc Committee to determine wildcards and weight divisions. The AAC officers have created an incestuous monopoly that denies the athletes their say. Example, AAC members are not allowed input into selection of coaches. AAC officers represent the AAC members on the Coach and Science Committee. Until recently both Sammy Pejo and Juan Moreno were on that committee. Both have been appointed to coach or assistant coach at major international events. Both are also on the Executive Committee which makes the final decisions as to who will be Olympic Coach (Dae Sung Lee), supposed Olympic Asst Coach (Juan Moreno), as well as who was to be coaches at previous events. So first they decide whom the AAC will support. Then they recommend on the Coach and Science Committee. Then they vote on the Executive Committee. And if they happen to be voting for themselves, or say a family member... Again, an inherently incestuous relationship.

Until cornered with the truth, he lied about receiving consultant fees. He teaches for President Lee. President Lee has appointed Mr. Pejo to every major international trip at USTU expense. Can these expense paid junkets not appear to be paid vacations? Is there no one else in the USTU capable of doing the jobs Mr. Pejo does on these trips? Is the USTU setting up another discriminatory situation by this to deny others the opportunity to coach at International Events? Does this not smack of cronyism? Exactly which international player has Mr. Pejo developed? Do the athletes have confidence in him as a coach? Most of them say not.

Whether or not President Lee pays him for teaching classes, his presence at that school raises an appearance of impropriety.

**USOC 00503**

9

Is the AAC an autonomous committee representing the athletes, or a puppet organization dancing to the tune of the USTU President, through his loyal students?

USOC 00504

10

# Appointment of State Presidents

- In 2003, 24 out of 51 state presidents were appointed versus elected.
- In an appointment situation, the state AAC has no representation in the selection of the state officers that are appointed by the appointed president.
- Appointments are made in a capricious manner with no criterion.
- Who would know the individuals in a state better than those who volunteer in that state? How can the USTU Officers make a determination, except based on personal prejudice?
- Presidents appointed year after year have no incentive to get 5 schools with a vote as they might lose the election.
- Decisions made on preferences already expressed by President Lee.

Bylaws read President Lee must make the appointment. From an email written by Jeanna Mendoza – here is the list. Ms. Mendoza left off Tennessee and Massachusetts, making the total 24.

| | | | |
|---|---|---|---|
| Alabama | Mr. Bobby Link | Mississippi | Mr. Dan Roberts |
| Arizona | Mr. Jong M. Yi | Missouri | Mr. Young Chul Rho |
| Arkansas | Mr. Miguel Hernandez | Nebraska | Mr. Suk Ki Shin |
| Delaware | Mr. Song Hong Park | New Mexico | Mr. Yong Taek Kim |
| DC | Ms. Gloria Dubissettee | North Dakota | Mr. Randy Waitman |
| Hawaii | Mr. Robert Smith | Rhode Island | Mr. Jin Hong |
| Idaho | Mr. Larry Duke | South Dakota | Mr. Houma Maka |
| Iowa | Mr. Yong Chin Pak | Tennessee | Won Gi Chu |
| Kentucky | Mr. Kwang Sung Lee | Vermont | Mr. Matt Winters |
| Louisiana | Mr. Peter Brudnock Sr. | West Virginia | Dr. Chong Woong Kim |
| Maine | Mr. Raymound Moreau | Wyoming | Mr. Kale Watkins |
| Massachusetts | Mr. Richard An | | |

**USOC 00505**

*x had vote 2002.*

*MINNESOTA - appointed 2002 - 2 votes (581)*
*had election 12/02 - NOT appointed 2003*

11

## From this Year's Appointment of State Presidents by the USTU Officers & AAC:

Nebraska – Suk Ki Shin – reappointed year after year. In 2002, ended the year with 29 members. In fact, State Presidents are required to have a delegate vote. A delegate vote requires 35 members. The USTU received recommendations from members in Nebraska asking that Theresa Guy be appointed President. Mrs. Guy is a very competent woman who was an officer under Shin at one time. She ran the program. After problems, Mrs. Guy began registering her students in Iowa or under the NCTA program to avoid Mr. Shin getting any benefit from her school members. Mrs. Guy has had up to 100+ students registered at one time. Mr. Shin was re-appointed again. 29 members in 2002.

Tennessee – Won Gi Chu – reappointed year after year, nowhere near the state's largest school. Checks for the state championship are made to him personally. There is some doubt as to whether or not the state is a separate tax entity or if the money is co-mingled with his personal funds. Members have never seen a treasurer's report. When the USTU was asked about this, the members in Tennessee were told that even if Mr. Chu had turned in a treasurer's report, per the USTU bylaws, Article XIX, they could not divulge it to Tennessee members.

Missouri – Young Chul Rho – reappointed year after year even though he never shows at the meetings or events. Members have many questions about the treasurer's reports. Mr. Rho sends Mr. Winkler as his delegate for Missouri. When one of the officers suggested that Mr. Winkler who does run the state be appointed, this was voted down and Mr. Rho once again re-appointed. There are a couple of huge schools which do nothing in Missouri because of this. One of those schools is owned by former Team members and Olympian – Terry Poindexter Gautreaux. How sad that an Olympian will not participate because of such partisan politics.

Massachusetts – Richard An – Richard was personally appointed by President Lee in spite of numerous violations of the USTU bylaws. Mr. An did not have a registered school, did not have a delegate vote – and in 2003 Mr. Richard An registered as being a Competitor Member in Minnesota. Although his card reads MA, the Minnesota president had his application pulled and he did submit it as being from Minnesota, where he now lives.

Missippi – Dan Roberts – Mr. Roberts moved to Mississippi as his master told him that this was one of two states without a president. His master in Texas assured him the appointment. Since Mr. Roberts has taken over, Mississippi has only 3 members, all the rest register elsewhere.

Wyoming – Kale Watkins – Mr. Watkins did not have a delegate vote last year and was not from the largest school. Only one school in Wyoming had a delegate vote last year, it was not Mr. Watkin's school.

USOC 00506                    12

*Note: Mr. Bob Gallagher was not appointed in Wyoming because he registered with his Colorado school (he has schools in both states but is allowed delegate status in only one.) Mr. Gallagher has a vote for his school. Mr. Gallagher has had the largest school for many years. Mr. Gallagher was told he could not be president of Wyoming because he is registered in Colorado.

Yet Mr. An is registered in Minnesota and he was appointed to President to MA. Mr. An does not have a delegate vote in MA and his school is not the largest, nor has it been the largest in MA.

Mr. An is Korean. Mr. Gallagher is not. It would appear there is a double standard in regard to appointments.

The USTU says they will be presenting an amendment that instead of appointments, the school with the largest aggregate membership over three years will get the presidency. They have not decided how they will determine which person from that school will be the president. They cannot offer a good reason why these states cannot just vote since this system will simply result in more bought memberships. Of course, bought memberships add to the USTU coffers so ending the policy of allowing bought memberships would be financially detrimental to the USTU.

The USTU also cannot explain why if this is such a great idea, why did the USTU officers who are presenting this amendment to the BOG in May did not use this criterion in selecting the 2003 state presidents. Using that criterion, Mr. Chu and Mr. Watkins among others could never have been appointed.

USOC 00507

13



### Executive Committee*:

20 Members Total
3 Women – 17 Men
10 Koreans – 10 non-Koreans
8 Appointed
4 Sang Lee Students

### Delegates at Large*:

2 Women – 8 Men
2 Sang Lee Students
6 Koreans – 4 Non-Koreans

### State Presidents:

51 State Presidents (includes Washington D.C.)
3 Women – 48 Men
21 Appointed
30 Elected
31 Korean – 20 Non-Korean

### Armed Forces Committee:

3 votes for 124 members
All Class B members get 3 votes

### NCTA:
3 Votes

### AAU:

3 Votes
Not always represented. Or represented by fewer votes than allowed.

USOC 00508

14

## AAC:

20% vote under control of Sang Lee Student Sammy Pejo. Block votes according to decisions made at AAC meetings. See section on the prejudice shown President Lee as far as access to the AAC versus those of opposing viewpoints. All members, other than leadership, are young and were not part of the AAC prior to the 2000 AAC election.

*see appendix for breakdown

USOC 00509

15



**Officers and Executive Committee Members get a vote as a delegate at large**

| | | | |
|---|---|---|---|
| Sang Chul Lee | President | Elected | |
| Steven Silz | Vice President | Elected | Sang Lee Student |
| Heesup Lee | Vice President | Elected | |
| Lynnette Love | Vice President | Elected | Olympic Team Leader |
| K. H. Kim | Treasurer | Elected | |
| Soon Ho Kim | Secretary General | Elected | |
| Sammy Pejo | AAC Chair | Elected | Sang Lee Student – Asst Coa Am |
| May Pejo | AAC Officer | Elected | Sang Lee Student |
| Kevin Padilla | AAC Delegate to EC | Elected | |
| Barbara Kunkel | AAC Officer | Elected | |
| Tom Hernandez | Tournament Committee Chair | Appointed | |
| Eui Bin Lee | Referee Committee Chair | Appointed | *Team Leader Pan Am Games |
| Jin Song Chung | Div. of Operations* | Appointed | |
| Yeon Hwan Park | Div. of Developmental Affairs* | Appointed | |
| John Holloway | Div. of Educational Affairs* | Appointed | |
| Myung Mayes | Women's Committee | Elected** | |
| Dae Sung Lee | Jr. Olympic Committee | Appointed | Olympic & Pan Am Coach |
| Byung Kang | Coach & Science Committee | Appointed | |

| Mark Bryant | Law & Legislation | Appointed | Does not always renew membershi |
| Juan Moreno | AAC Rep | Elected | Olympic Asst Coach |

# ARTICLE VI.

## EXECUTIVE COMMITTEE

**Section 1:**    The Executive Committee shall serve as the Board of Directors of the Corporation, shall discharge the functions of the National Board of Governors on its behalf between meetings of the Board, subject to the general direction and approval of the Board, and shall perform such other duties as assigned to it by the Articles of Incorporation, Bylaws, and Codes of Operation of the Corporation.

(e)    **Section 2:**    The Executive Committee shall consist of the officers of the Corporation, the immediate active Past-President (who shall be a non-voting member), the four (4) Coordinators of the Divisional Affairs, the Chairperson of the Junior Olympic Committee, the Chairperson of the Law and Legislation Committee, the Chairperson of the National Coaching Staff and Technical Research Committee, the Chairperson of the Technical Contest Rules and Referee Certification Committee, the Chairperson of the National Championships, Tournaments and Ceremonial Committee, the Chairperson of the National Athletes' Advisory Council, and four (4) Athlete Representatives elected in accordance with Article VI, Section 3. The Executive Director and the Special Assistant to the President shall be non-voting members of the Executive Committee.

See Exhibit ? – Appointment Letter to John Holloway as the Coordinator of the Division of Educational Affairs. This is supposed to be an elected position; however, elected by the Executive Committee is in essence an appointment by the President.

USOC 00511

17



## State Level

- ➢ **Club Votes**
- ➢ **Unaffiliated Votes**
- ➢ **AAC Votes**

---

## *Club Votes*

If there are *less* than 5 registered clubs with 35 members, the current bylaws read that the USTU President shall appoint the state president.

The state president shall then appoint the rest of the state officers.

Registered Clubs with 35 members get 1 vote, with additional votes for each 40 members. By the bylaws, the members vote for their school delegate. In reality, the school owner takes this vote.

These 35 members can be either:

a). $35.00 competitor memberships or,
b). $20.00 non-competitor memberships.

Most schools find it a major challenge to get 35 members. During election years it is not unusual to see clubs with 35 non-competitor members, all registered on July 31st, strictly registered for voting purposes. Non-competitor members can be the instructor's grandmother in Iowa who has never seen a taekwondo match.

It is also not uncommon to find many members whose home address and phone number match that of the school. Most of these people either do not exist or they don't even know they are members of the USTU.

## *Unaffiliated Votes*

Registered Clubs with *less* than 35 members add to the unaffiliated member pool.

Non-registered schools and members not attached to schools add to the unaffiliated pool.

The State President calls an unaffiliated meeting. For the first 35 adults who show up to vote at this meeting the unaffiliated pool gets 1 vote. If 75 show, there will be two votes. Most states skip this meeting. Those which hold it see less than 35 appear, but still give 1 vote.

### AAC Votes

#### Calculation of AAC delegate numbers from the USTU bylaws:

The State Board of Governors of each State Association must consist of at least twenty percent (20%) Athlete Representatives. The Athlete Representatives shall be elected by individuals satisfying the definition of Athlete Representative who have designated that state as their State Association. In the event that there are no individuals who qualify as Athlete Representatives in that state, then those athletes who finished first (1st), second (2nd), or third (3rd) in the state championships during the preceding ten (10) years shall be eligible to elect and serve as the athlete representatives to the State Board of Governors. The number of Athlete Representatives that must be elected as delegates to the State Board of Governors of each State Association shall be as follows:

USOC 00513

19

| Number of Delegates Representatives | Number of Additional Athletes |
|---|---|
| 1 - 4 | 1 |
| 5 - 8 | 2 |
| 9 - 12 | 3 |
| 13 - 16 | 4 |
| 17 - 20 | 5 |
| 21 - 24 | 6 |
| 25 - 28 | 7 |
| 29 - 32 | 8 |
| 33 - 36 | 9 |
| 37 - 40 | 10 |
| 41 - 44 | 11 |
| 45 - 48 | 12, etc. |

\*AAC Votes at the state level usually degenerate to who has the largest school and who can pack the meeting. The National AAC has never sent down standards and most state presidents are completely unclear on the definition of an athlete. Ask the state presidents whom they notify of the state AAC meeting, and what the bylaws require and you will get 51 different answers. The USTU provides no guidance in this very important matter. Additionally, most states that do not have elite athletes, do not have 10 years of records in order to prove who medalled in the 18-32 Black Belt Divisions.

## Summary

Problems:
- Lack of true AAC representation due to lack of knowledge by the athletes and lack of information provided to the state presidents.
- Buying of memberships to influence votes.
- Calculation of the AAC votes due to ambiguity of how the unattached members are handed.

The problem here develops with the numbers of unaffiliated members. Let's say a state has 300 unaffiliated members. In the year 2000, Ohio had over 800; this is not an unreasonable number. Oklahoma has 17 schools which register and 5-6 which get 35 members.

Our Fictitious State has 5 registered schools with 35 members each and 300 unaffiliated members. Thus there will be 5 Class E delegates.

**USOC 00514**

20

If 3 unattached members show up at the meeting, the USTU bylaws provide for 1 unaffiliated delegate. This also means that while 175 members have 5 delegates representing them, 300 members would have 1 delegate representing their interests.

The USTU has never defined how the mail-in process may be accomplished. In New Jersey and Ohio, USTU officials allowed mail-in ballots for the AAC. In other states, they have not been allowed in protests. There is no consistency to the USTU rulings on this matter.

Based on the way the USTU model works, there would be 2 AAC representatives for our fictitious state. If the 300 members had been in a club – the delegate number to determine the number of AAC reps would be 13, giving the state 4 AAC representatives. Consequently the entire system allows the state membership to be under represented and the athletes of the state to be denied a true 20% representation.

Problems:

The current state system encourages states with appointed presidents to remain small so that the current president remains in office. It also encourages schools to "buy" votes. While schools are required to hold a delegate election, this is a farce. The school owner votes the vote and assigns any other votes to those hand-chosen few. These school owners, plus usually 1 unattached delegate and the AAC – again usually a push to get the delegate of choice elected (Because the true definition of an athlete is rarely used in states where it is applicable, or is impossible in smaller states, the push is to get every warm body who has medalled at state in the last 10 years to vote for an AAC member who will vote for their presidential candidate. This results in AAC candidates not always being the best or highest placing athletes in the state. Additionally, most states don't have 10 years of records.)

Once in office, the state president usually becomes a demi-god in the state making most determinations, as well as voting at the National Board of Governors meeting. While the bylaws say the delegate must be elected, it also says that the state meeting must be between November 1 and December 15th. The USTU BOG meeting is usually the middle of November. Many times the process simply is impossible.

Bottom line: USTU members and athletes really have no say in state affairs, nor in the voting at USTU National Board of Governors meetings by the state delegates.

Years ago the bylaws provided that schools needed only 25 members to have a vote at the state level. When a large number of non-Korean schools starting getting votes, this was changed to 35.

We recommend that this entire system be scrapped in favor of a system which allows one person, one vote. However, to ensure that votes are not simply purchased, only Competitor Memberships of individuals 18 or older would be able to vote. Additionally, to ensure this is a real person, and the people must involved in the process are able to vote, only those who had coached, refereed or competed at State or Nationals in the previous 2 years would have a vote at the state board of governors.

USOC 00515          21

These individuals would then vote for the state officers, with the state AAC remaining intact. This would ensure that athletes have more than a 20% representation.

We then recommend that the National BOG be reduced to a more reasonable number, elected by the state delegates. The number of votes for each state would be commiserate with its membership.

The Executive Committee should include only the officers and AAC Representative to the EC. In all the governing board needs to reduce to no more than 20 individuals – all elected and none appointed.

The present system where large numbers of votes are bought at the state level, large number of delegates are appointed at the national level, and the president who controls these appointments has no term limits, cannot be allowed to continue. This is the heart of the problem with the USTU; too much power is vested in the office of one individual who is a consummate politician who appears to act more out of self interest than love of taekwondo or a desire to promote the US taekwondo program. It denies true democratic representation and denigrates our national governing body.

USTU Violations of:

USOC Constitution:
Article 4C – (4) demonstrates that it is autonomous in the governance of its sport in that it independently determines and controls all matters central to such governance, does not delegate such determination and control, and is free from outside restraint; and demonstrates that it is a member of no more than one international sports federation which governs a sport included on the program of the Olympic or Pan American Games 4 ;

- In spite of USOC direction, the USTU has not implemented a US based dan certification program. The USTU annually send an average of $150,000 to Korea for dan certification. Possible Violation of the USOC Code of Ethics as a Conflict of Interest issue - President Sang Chul Lee is a Vice President of the World Taekwondo Federation of which the Kukkiwon is a part. Violation of Code of Ethics regarding his refusal to implement a US Dan program which would lessen the flow of funds to Korea.

- USTU appears to spend an inordinate amount of money courting Korean officials of the World Taekwondo Federation. Take note of the number of officials the USTU paid to bring just to the US Open this year. (see photo of Head Table at US Open). Note also the expensive dinner spent in Jeju, Korea, just 2 months before President Lee was named WTF Vice President by Un Yong Kim. USTU pays plane tickets and accommodations of WTF officials. (See USOC Code of Ethics - The USOC defines inappropriate hospitality as the offering or receiving of accommodations, tours, event tickets, entertainment, meals or other similar personal benefits except as specifically provided for by applicable policies. )

- In 1997, President Lee gave Un Yong Kim's son John Kim (under indictment in the Salt Lake City Organizing Committee Scandal) and his company IDM the vending rights to USTU concessions in 1997, with a contract that would not normally be as favorable to the vendor. President Lee was subsequently inducted into the WTF Executive Committee and later appointed WTF President. Violation also of the USOC Code of Ethics. Simply doing business with the man whose father would later appoint him to the Executive Committee of the WTF violates the USOC Code of Ethics

- From the World Taekwondo Federation Meeting Minutes – Toyko, Japan July 15th, 2002:
  o Agenda Item 12. Other Matters
  o 1. Establishment of Yungok Foundation

  Vice President William Hybl and Vice President Sang LEE made a presentation on their project to establish Yungok (pseudonym of Dr. Un Yong

Kim) Foundation in the States. Delegates from the States handed out the introductory document of the Foundation to all the Council Members and explained about the purpose, implementation and goals of the body.

Some questions and answers about the location of its office and how to operate its finance and etc. came and went. After that, the Council made a consent to establish the Foundation as proposed by the United States Taekwondo Union.

This matter has never come before the USTU Board of Governors. The Athletes of the USTU have never had an opportunity to vote on whether or not to support this foundation honoring a foreign national. What would the benefit be to the USTU? What would the benefit be to anyone in the United States, except President Lee who wishes to become World Taekwondo Federation President. Again, this also violates the USOC Code of Ethics. How much will this cost? And how much can the NGB president obligate an NGB to pay without asking for approval of the Board of Governors.

At the same meeting, President Lee proposed the Un Yong Kim Cup[1]. This was to be a tournament event in May of 2003. The USTU was to "cover all costs for the participating teams from the moment of their arrival in Colorado Springs.". This would have been 26 teams and 4 wildcards for 4 countries. The event would have included Forms and Board Breaking. The WTF originally rejected this proposal as there are no universal rules for judging these events.

According to the 2002 Board of Governors meeting book, the USTU portion of this budget was $50,000. Again, at what point does the Board of Governors need to be consulted about a $50,000 expense, one the athletes were not happy about when they were told they would have to compete in. This event was not opened to the general membership, even though few on our National Team are known for their forms or

During a Pan American year, with Olympic events already underway, why is the USTU promoting an event that does not encompass only the Olympic Sparring events? Why schedule such an event 2 weeks before Nationals? Again, note the name – Un Yong Kim Cup.

---

[1] This event was cancelled due to SARS. Supposedly Former USOC President and current WTF Vice President Bill Hybl's company would be donating several thousand dollars to this event had it occurred.



The USOC mandated that the USTU begin its own Dan Certification Program to begin in 2001. It is now 2003. That program has <u>not</u> begun and appears no closer to completion than it was in 2000.

*Question*: As President Lee is a World Taekwondo Federation Vice President and the Kukkiwon is part of the WTF, and the USTU sends on average $150,000.00 to the Kukkiwon for certification.

Isn't this a conflict of interest?

By encouraging the Kukkiwon Dan Program, President Lee shows his support for the WTF. He enriches their coffers. Should the USTU establish a US-based Dan Certification Program? This will decrease the amount of money sent to Korea every year by the USTU and increase the income the USTU receives from dan certification.

Clearly, since this program has not been instituted there has to be a reason. What is it? Conversations with those who have worked on the program say that President Lee was not happy with the certificates and wants them designed in Korea. So far the certificates have not met his approval. This is not as far fetched as it seems as in 2002, the reason Member Clubs did not get their packets until later in the year is that President Lee did not like the design of the certificate.

It can only benefit the USTU as it will increase revenue by approximately $100,000.00 a year. There will always be some who prefer to go through Korea for international certification, but most would prefer a home-based black belt system.

So why is this not a priority? Why has this not been implemented? Is President Lee more concerned about his seniors in Korea, than his members in the United States?

### The following is an email I received regarding this issue from someone who knows the truth but cannot write this directly to the committee. The original will be available if any committee member wishes to check the credibility of the author.

Some observations for the upcoming meeting.

Someone might mention at the USOC meeting that USTU still insists on shipping $150,000 a year to the "Kukkiwon" a strictly Korean based organization over which US athletes have no input or benefit, but which USTU promotes for its members. The upshot is that while we require no specific black belt ranking, we lose funding because we can't require the Kukkiwon rank, and we lose funding because we sent a lot of money to the Kukkiwon. What does the Kukkiwon do with it? In the words of its president, "A true internationalization means that other foreign countries accept our traditional things, and try to understand them, and vice versa.

"Now, Taekwondo is in the van of spreading Korean culture and spirit to people all over the world by means of Olympic Spirit."

I'm not really sure the Olympic spirit was meant to be a means of exporting cultural overlays of particular nations, but that's what they admit they are doing. If you look at the calendar of events for the Kukkiwon

http://www.kukkiwon.or.kr/eng/introduce/business.asp?div=1

it's primarily used as a domestic practice, training, and promotion facility for the support and development of Korean Taekwondo. Under the link for "local associations" it lists all the Korean city TKD associations as though they are local branches of the Kukkiwon.

In the meantime, if we in the US 1) required a domestic Dan, increasing the demand for a particular certification and 2) kept the money currently being sent to help support the Korean national team, we could probably double that pathetic athlete support and development budget in the USTU.

Somebody at USOC needs to understand that a US NGB sends money to help support the development of the sport in a foreign nation. They also need to make the connection that this is because the president of the USTU doesn't want to offend his friends who happen to live in that country, who rank higher on his list of priorities than American athletes. His political agenda is directly at odds with the development of US athletes and there is no clearer example of this refusal to institute a US Dan Certification in favor of sending an enormous amount of money to develop Korean Taekwondo.



## Some Thing Never Change:

- **U.S. Taekwondo Olympic Committee Audit & Compliance Divisions**
  - **July 1, 1998**
  - **Section 6. Internal Controls**
  - The purchasing function was not addressed in the policies and procedures implemented in 1997, as there were many more urgent needs at the time. However, with the cash flow problems experienced by USTU, more control of their obligations becomes necessary. Currently team leaders or project organizers can and do obligate USTU for payment for goods and services, usually without a bid process. The national office is often not aware of the purchase until an invoice or request for reimbursement is received asking for payment. This makes it difficult to plan cash flow as well as manage budgets. This system should include escalating approvals for larger purchases.
  - Recommendations:
    - U.S. Taekwondo Union should review their Policies and Procedures and ensure they are practiced on a consistent basis.
    - U.S. Taekwondo Union should explore implementing purchasing policies ensure further control over their obligations.
  - Some things never change at the USTU. 5 years later the USTU still has no purchasing system, no purchase order system and insufficient controls on purchases. Cash flow planning is still a pipe dream. Past due notices hit the Financial Officer's desk before the original invoice. Invoices get bogged in the system and left hidden on desks until creditors call.

USOC 00521          27

Interpersonal conflicts and control issues within the office stymie the system bogging it down until it simply cannot function. Recently, the Finance Officer saw $100,000 worth of invoices that were already 30 days old dumped on her desk for the first time – the day after $55,000 had already been promised to be paid. Backup gets lost with regularity. The Finance Officer has been asked for suggestions to correct the situation, but until her suggestions can be implemented, the issues of the past remain the problems of today:

## Financial Mismanagement since President Lee took Office
A sampling of how our money is managed:

- See above. In 6 years, Ms. Witte's suggestions have still not been implemented.
- The USOC Committee demanded that the USTU move the corporation to Colorado. Because no one was paying attention, the corporation lapsed in 2002 and the USTU reinstated the Ohio corporation. The USTU is still registered in Ohio.
- Rehiring of Michael Weintraub – cost $247,773 in 1997. $38,000 in 1998. We could have had Bruce Harris for 1/5 the cost. Mr. Weintraub was rehired against advice of officers who knew his history of financial abuse. No vote taken by Executive Committee.
- Sprint Phone cards - $30,000. Executive Director Weintraub signed a deal with Sprint for $30,000 in phone cards, which we could not permit as the USOC has an exclusive marketing agreement with AT&T.
- USTU History Book. Still not complete and already dated. Cost approximately $11,000 in 1999, $35,000 in 2000 and $15,020 in 2001. Historian hired in 1999, announced as a one year contract at the November 1999 meeting. No consultation on hiring, even though at the 1999 Midyear meeting, Dr. Yang had been announced as USTU Historian. Contract extended an additional 6 months. Dollar figure costs do not include employee benefits, such as health insurance.
- USTU Dan office sends an average of $150,000 a year to Korea for kukkiwon certification. The USOC had required the USTU to have a dan certification program in the United States in 2001. Had that been accomplished, thousands of dollars would remain in the USTU coffers. Note, one half of all kukkiwon income goes to Korea, but the USTU pays all administration costs out of their half.
- During a period of financial insolvency, Mr. Warwick used money submitted to the USTU for kukkiwon certification for administrative bills. While a kukkiwon certificate normally mails back in 4-6 weeks from Korea, kukkiwons from the USTU were taking 12 months or more. We required students to pay for their certifications upfront and then moved those funds to other uses rather than paying the kukkiwon for the necessary certificates.
- During this same period, the USTU Building Fund was reduced from the $55,514 figure it has sat for years. These are restricted funds. Supposedly the president did not know that these funds were being used until a Board member brought to his attention that the previous treasurer's report showed the fund missing $23,000. The next treasurer's report shows the funds restored. According to USTU Vice

USOC 00522          28

President Silz, these funds were used for administrative purposes without permission and repaid.

- Why does the USTU have a restricted funds Building Fund that never grows a dime? ? Is it not invested in an interest earning account? The total remains $55,514. With the Olympic Training Center, as well as the new Combat Arts facility coming in Miami, why are we raising funds to build something that will not be as comprehensive or up-to-date as either of these other 2 facilties?

- Video Project – approximate cost $29,000. Students were flown to California to tape video. Video was produced but never distributed ..

- Potential Abuse – USTU hired Korean National Dr. Jin Bang Yang to run its Educational and Dan Certification Programs. His proposed salary was $60,000 plus a percentage of the income from his programs. No bidding of this position was done. No other candidates were considered. No Executive Committee vote was taken. Dr. Yang refused the job after political conflicts with WTF President Un Yong Kim. Dr. Yang currently teaches in Korea. Why aren't these jobs opened to the USTU membership? Why was this salary $20,000 higher than that of then USTU National Events Director Bruce Harris? Prejudice? Cronyism?

- During the 3 years that the US Open was contracted out to individuals who were to absorb the cost of the event and keep all the profit, the USTU did not collect the $10,000 sanction fee from Mr. Si Young Jo of California, nor from Mr. Oh of Nevada. Board member was told that while this was the agreement in principal and the receivable appears on the financial reports, nothing was ever put into writing and the dollar amounts are uncollectable.

- Checking the 2001 Treasurer's Report – statement of Revenue and Expense – US Open -- budgeted to take in $10,0000. No dollar amount received. However, we budgeted $30,000 to cover the cost of bringing in officers, and certain other entertaining costs. Because Mr. Oh substantially understated the number of competitors to reduce his costs, the venue was too small and the facilities inadequate for what was the largest US Open in history. The USTU had to fly in extra Tournament Committee and staff, at USTU expense. We budgeted $30,000. We spent $69,596. We made no effort to recoup our expenses and we allowed Mr. Oh to keep all his profit. When questioned about this at the Mid-Year meeting in 2001, President Lee said that the extra money was spent to entertain a visiting team that had hosted our team the previous year.

- The hiring of Sang Lee students without looking for more qualified candidates. [2]

- From the December 2000 - $10,496 in bank charges. Interest & Penalties - $18,377. This is the last detailed treasurer's report we have. One CPA noted this must mean we bounced a lot of checks.

- 1999 Treasurer's Reports- Honorariums $19,000. (1997 - $1000.)

- 2000 Treasurer's Report - $24,617 in miscellaneous expenses. (last quasi detailed, but completely bogus treasurer's report)

---

[2] See next section.

- We send 13+ support staff along with 16 athletes to almost every major international event.

  Example – World Cup – Viet Nam – June 2001:

  *U.S. World Cup Team*

  *Men's Team*

  *Head of Team Chang Kil Kim*
  *Team Manager Sham Khue*
  *Team Coach Sammy Pejo*
  *Head Coach Young Kil*
  *Trainer Dinh Dave*
  *Doctor Dr. Richard Pawl*

  *Women's Team*

  *Head of Team John Holloway*
  *Team Manager Bill Cho*
  *Team Coach Truong Van Hai*
  *Head Coach Dae Sung Lee*
  *Trainer Mark Williams*

  o *Officials: President Sang Lee & Treasurer Ki Hong Kim*
  o Do we really need to give away that many free trips?
  o For the 2000 Olympics, we paid to send 4 athletes, 4 training partners, Head of Team, Coach, All 6 officers, 2 AAC representatives, the Referee Chair, The Tournament Committee Chair, Women's Committee Chair. Extraneous personnel = 11 at USTU expense for a team of 4. President Lee was not even present when Steven Lopez won his gold medal.

- Lack of planning and consultation. Decisions made in a less than business like manner. May 2002 Taekwondo Today Magazine incurred inflated printing costs when the office ordered enough issues to cover the membership plus a few thousand extra copies. After it was printed, President Lee announced he wanted to send copies to a number of additional people. While it was a great idea, had he passed on this information prior to the printing, almost $10,000 could have been saved.

- 2002 saw delay in mailing of School Membership Packets as President Lee did not like the certificates and they had to be redone.

- Additional Costs due to personal vendettas.
  o The Maryland Referee Seminar usually costs the USTU nothing. Because the USTU Referee Chair is unhappy with the Maryland Vice President who has publicly criticized him among other reasons, instead of appointing an instructor from Maryland or the surrounding states (There are at least 6 International Referees with current referee experience within a short drive.), the Referee Chair had the USTU Vice President who lives in Texas flown to Maryland to teach the seminar at a cost of approximately $1000. While Mr. Heesup Lee is an IR, his referee status with the WTF had lapsed as he had not paid his referee dues in 3 years. Mr. Lee is the former referee chair and qualified to teach in the United States, in spite of the fact he has not actively refereed for many years. However, Mr. Dring, Mr. Robinson, Mr. Holloway, Mr. Sullivan, Mr. Faluau and Mr. Pham all live much closer and would have saved the USTU the $1000. The explanation given was that Mr. Dring has taught these seminars for the last few years and it was time for someone new. Please see copies of Mr. Dring's numerous letters complaining about

USOC 00524

30

USTU referee issues. Eui Bin Lee would not explain why he did not appoint Chuang Pham who is the Maryland Referee Chair and hosted the event.

o   This kind of abuse of power is very common in the USTU.

o   Eui Bin Lee does not consider costs. When he appointed referees for the 2000 Olympic Trials, he appointed Sergio Chavez of Texas. Because of the large number of Texas competitors in that competition, the USTU paid to bring a referee to Colorado Springs from Texas to sit and watch the fights as he was forced to bow out of any match with a Texas Competitor. This was all but one match. Eui Bin Lee also appointed Anne Chase to referee this event. She was not allowed to referee or corner judge a single match.

- Lack of oversight on staff contracts:
    o   Resident Team Coach's contract called for an automatic 10% increase per year. This was not discussed or voted on by the Executive Committee.
    o   Interim Executive Director C. Simmons was allowed to promote and sign contracts on her last day employed by the office, giving excessive salaries and promises of bonuses. These contracts were not voted on by the Executive Committee.
    o   Staff members were allowed to set their own hours to generate massive amounts of overtime. Betsy Leibsch was clocking in at 5 am and clocking out at 11 pm, making over half her salary in overtime. Mr. Harris put a stop to this practice.
- President Lee committed the USTU to the Un Yong Kim Cup without approval of the Executive Committee and without 20% athlete representation. (See minutes of the WTF meeting in 2002.) His proposal for this event was to pay all expenses of the 26 teams, plus 4 wildcards and 30 WTF officials once they arrived in Colorado Springs for a week. Had this event not been cancelled by the SARS problems, the budgeted expense for this event was $50,000 from the USTU. (Mr. Lee did solicit additional donations from Former USOC President Bill Hybl's company for this event)The event covered sparring, which is an Olympic event, and forms and board breaking which are not. The USTU Board of Governors that met just prior to the WTF meeting was not consulted on this matter, nor was the AAC committee.
- President Lee and Bill Hybl, also an appointed WTF Vice President, also committed at that same meeting to establishment of the Yungok Foundation. Yungok, according to the minutes of the WTF meeting is a pseudonym of Un Yong Kim, former IOC member and WTF president. The WTF meeting notes mention that the United States Taekwondo Union will be handling this, as well as administration. To date, no notice has gone to the USTU BOG or the AAC to verify the membership wishes to expend money in this manner. The meeting was in 2002 and I see no item for this foundation in the 2003 tentative budget passed out with the 2002 Board of Governors meeting booklet. Even if all costs are

administrative, this is an expensive two years for us and our staff is stretched to the maximum.

- The USTU hosted lavish banquets in Un Yong Kim's honor in Jeju, as well as other banquets in Ecuador and Colorado Springs. Treasurer's reports do not break down the costs. President Lee has told one member that there is corporate sponsorship that defrayed some of the costs of the Jeju dinner as it was a lobbying effort to bring the 2003 World's to Los Angeles. Germany got the nod. Treasurer's reports are unclear as to these costs and we have been unable to determine how much we have spent courting Un Yong Kim and the World Taekwondo Federation. Immediately after this banquet, President Lee became appointed Vice President of the World Taekwondo Federation.

The pattern is clear.

**USOC 00526**

USOC 00527

33

| | | |
|---|---|---|
| | Connolly, Tim | 1st USTU National Events Director |
| 2. | Henry, Lynda | USTU National Events Manager |
| 3. | Losinger-Powers, Lesley | Office Manager |
| 4. | Martin, David | OTC Resident On-campus Babysitter |
| 5. | Pejo, Sammy | USTU National Events Director and Chair AAC Committee |
| 6. | Silz, Steven | USTU Historian and Vice President USTU |
| 7. | Simmons, Christine | Office Manager |
| 8. | Simmons, Tinker | Sister-in-law of Christine Simmons |
| 9. | Weintraub, Michael* | 1st USTU Executive Director. |

*Terminated for cause. Terminated after one year.

Spent $247,000.00 in one year on his own salary and expenses.

Rehired without vote of Executive Committee by President Lee who knew that Michael had originally been terminated for misuse of USTU funds.

**Every** person on this list is a US Taekwondo Center student/business associate of President Sang Chul Lee.

USOC 00528                34

*Michael Weintraub* was rehired, in spite of the cloud under which he was originally terminated. His second termination included allegation of charging escort services to the USTU, as well as his dry cleaning and other personal expenses. The USTU took in approximately $2.2 million the year Mr. Weintraub was in office – more than 10% of the income of the USTU went to support Mr. Weintraub that year.

*Steven Silz* was hired to write a history of the USTU in spite of the fact he had never written anything more than short articles published in the USTU Journal. This position was not posted and his moving expenses were paid by the USTU. Additionally, this job was extended over the original 12 months this job was to take. Six months of this were as Vice President of the USTU. After leaving the USTU, Mr. Silz filed unemployment on the USTU. We still do not have a book.

Violation of the USOC Code of Ethics – Conflicts of Interest?

## Conflicts of Interest

These principles provide a framework of integrity for interactions with or on behalf of the USOC. However, given the unique makeup of the USOC family, more in depth questions may arise regarding conflicts of interest. For this reason the following guidance is provided:

The USOC defines a conflict of interest as any personal or financial relationship that could influence or be perceived to influence your objectivity when representing or conducting business for, or on behalf of the USOC.

USOC 00529

## Major Committees In the US Taekwondo Union:

**AAC Committee Officers[3]:**
Chair – Sammy Pejo (Sang Lee Student)
Vice Chair – Barbara Kunkel
Secretary – May Pejo-Spence (Sang Lee Student)
AAC Delegate to the Executive Committee – Kevin Padilla
AAC Delegate to the USOC – Juan Miguel Moreno

**Coaching Science Committee**
Sun Doo Hwang
Young In Cheon
Liz Evans
Kevin Padilla
Arlene Limas
Bobby Clayton
Non Voting
Han Won Lee

Question: With the removal of Sammy Pejo and Juan Moreno from the committee, does this leave this committee under represented by the AAC? Note, Arlene Limas was removed from the AAC Committee for missing 2 meetings, as was Steven Lopez.

Coach and Science Committee as of 1/2003[4]:

----- Original Message -----

To: 'Florida Sweet'
Sent: Tuesday, April 08, 2003 5:13 PM
Subject: RE: need a list

Here is the list that you requested.
...........(list of referee committee and ad hoc committee deleted for space purposes.

3.   Coaching Science Committee
     Seung Hyung Lee
     Young In Cheon
     **Dae Sung Lee (Olympic & Pan Am Coach)***
     **Juan Moreno (Olympic Asst Coach)***
     **Sammy Pejo (Pan Am Asst Coach)***
     Chul Ho Kim
     Liz Evans
     Kevin Padilla*
     Arlene Limas
     Bobby Clayton
     Han Won Lee – Non Voting Member

---

[3] See Notes on AAC Chair Conflict of Interest
[4] Before the vote for Olympic & Pan Am Coaches.

**Referee Committee** [5]
Eui Bin Lee (Pan Am Head of Team) *
Chang Kil Kim
Barbara Wakefield
Kim Sol
Myung Chan Kim
Yoon Tae Kwak

**Ad Hoc Committee for Selection of Wildcards and Olympic Weights** [6]
Lynnette Love (Olympic Head of Team)*
Byung Won Kang*
Eui Bin Lee (Pan Am Head of Team)*
Sammy Pejo (Pan Am Asst Coach)*
Juan Moreno (Olympic Asst Coach)*
May Pejo-Spence *
Arlene Limas
Ji Ho Choi
Non-Voting
Dae Sung Lee* (Olympic Coach/Pan Am Coach), Han Won Lee, Mark Bryant*

**Education Committee** [7]
Hyeon Kon Lee (Chair)
Dr. Ken Min
Dr. Chong Woong Kim
Dr. Chun Jae Pakr
Eui Bin Lee
Sammy Pejo
Hwa Chong
Dr. Nam Kwon Hyong
Sun Ki Chong
Jin Yong Shi
Allen Walker

*Just a reminder -- the Executive Committee votes on the final selection of Olympic and Pan American coaches and Heads of Teams. Names with * denote Executive Committee members.*

---

[5] Again, note that the official list from the USTU does not include AAC representatives.

4. All those selected for Olympic Head of Team, Olympic Coach, Pan American Head of Team, Pan American Coach are all on this committee, as well as on the Executive Committee.

[5] Education Committee listed as it has such a large budget.

## Cronyism? Lack of AAC Representation? Self Interest?



**Bottom Line:**

Athletes have no input into selection of Coaches.

Coach Selection tainted by Committee Members and Recent Committee Members who are appointed by positions.

Coach Selection tainted by final selection of the Executive Committee which contains many of the same people who make the original recommendations, as well as end up being appointed.

The only say an elite athlete has in his/her coaching career is in their personal instructor. That is the only time an athlete chooses their coach. Otherwise, the USTU and its inherently incestuous system determines this for them.

*Coach and Science Committee as of 1/2003:*

----- Original Message -----

**To:** 'Ronda Sweet'
**Sent:** Tuesday, April 08, 2003 5:13 PM
**Subject:** RE: need a list

Here is the list that you requested.
..........(list of referee committee and ad hoc committee deleted for space purposes.)

4.   Coaching Science Committee
     Seung Hyung Lee
     Soon Doo Hwang

Dae Sun Lee (Olympic & Pan Am Coach)
Young In Cheon
Juan Moreno (Olympic Asst Coach)*
Sammy Pejo (Pan Am Asst Coach)*
Chul Ho Kim
Liz Evans
Kevin Padilla
Arlene Limas
Bobby Clayton
Han Won Lee – Non Voting Member


Sincerely,

Jeanna Mendoza

Administrative Director,

US Taekwondo Union


List after I questioned Executive Director Harris about the citizenship of Chul Ho Kim,
who could not vote on the USTU Board of Governors, so how could he vote on Coach &
Science?


----- Original Message -----

To: 'Ronda Sweet'
Sent: Wednesday, April 09, 2003 10:18 AM
Subject: Correction to the List emailed yesterday

Ms. Sweet,

Here is the Ad Hoc Committee List and a correction to the Coaching Science Committee list, the
list I had was not the updated one, I apologize if there is any confusion.

Ad Hoc Committee
**Lynnette Love – Olympic Head of Team**
Byung Won Kang
**Eul Bin Lee – Pan Am Head of Team**
**Sammy Pejo – Pan Am Asst Coach**
**Juan Moreno – Olympic Asst Coach**
May Pejo-Spence
Arlene Limas
Ji Ho Choi

Non-Voting
**Dae Sung Lee(Olympic & Pan Am Coach)**, Han Won Lee, Mark Bryant


**USOC 00533**          39

Coaching Science Committee
Sun Doo Hwang
Young In Cheon
Liz Evans
Kevin Padilla
Arlene Limas
Bobby Clayton
Non Voting
Han Won Lee

You will notice that Sammy Pejo, Juan Moreno, Dae Sung Lee and Chul Ho Kim were removed. Notice also "was not the updated one".

From a letter from the: COMPLIANCE ISSUES IDENTIFIED BY THE
USOC MEMBERSHIP AND CREDENTIAL COMMITTEE
September 19, 1997

5. Based on the testimony received at the public hearing, the Committee has legitimate reasons to be concerned whether athletes have input in the selection of team coaches. [USOC Bylaws, Chapter XXXIII, Section 1(a)(1)(b)].

USTU process for selection of coaches to major international events:

1. Coaching Science Committee Nominates
2. Executive Committee Votes

While there are AAC members on the Coaching and Science Committee, please see exhibit ? – A submission from Juan Moreno, an AAC representative on that committee, dated April 8, 2002. #1 on his list was to discuss "AAC input on the Coaching/Science Committee." His concern was the lack of AAC input. This agenda item was passed to committee at the 2002 meeting and never heard again.

So if even Mr. Moreno felt that there was no AAC input on this committee, consider how the AAC representatives feel. AAC members say they have never been asked about recommendations. The AAC officers are the representatives to both the Coaching Science Committee and the Executive Committee. They get to recommend and approve. AAC members get to accept who they get as coach, even when it is someone who has little or no coaching experience at this .

What makes this situation more insidious is that they set the stage for the selection of Olympic and Pan American Coaches. In the requirements for an Olympic or Pan American coach, coaches must have experience at the World Cup, World Championship, Pan American or Olympic Games. By controlling who coaches these events, one also *controls* who will get the plum Olympic and Pan American assignments.

Dae Sung Lee, the Olympic and Pan American Coach, was not only on the Coaching Science Committee during all those appointment, he was also on the Executive Committee who made the final approvals. Juan Moreno who was also selected – same thing. Sammy Pejo, who has gone on every major international event in one capacity or another, was also on both. These three names disappeared from the list, right about the time of the actual Coaching/Science candidate submission process. So if they didn't vote for themselves on the Coaching Science Committee, they probably did on the Executive Committee – which had the final vote.

Note also that neither Steven Silz nor John Holloway was given a ballot for this vote.

Looking at the selection process over the years – please see exhibit ?, a spreadsheet on the coaching assignments for 19 different events.

All 19 head coaches were Korean males.

There were 24 Heads of Teams – 23 men/1 woman. 11 Koreans/13 non-koreans. At least one person on this list made a donation to be head of team – Al Cole (1999 Olympic Qualifier in Croatia).

Assistant Coaches – 14 Korean/4 Non-Korean  - all male

Glancing over the spreadsheet, certain names pop out repeatedly – Dae Sung Lee, Han Won Lee, Young In Cheon (2000 Olympic Coach)

Of more interest are some of the names that appear maybe once, but the general USTU membership, including the athletes, don't know who they are or what qualifications they have to coach at this level – Soon Man Lee, Sun Du Hwang, Young Seung Kim, Ki Moon Kwon, Yoon Kak Kim, Yoong Keun Suh. Credentials? Donations?

**Non-appointed coaches who coach:**

Example – World Cup – Viet Nam – June 2001:

*U.S. World Cup Team*

|   |   |
|---|---|
| *Men's Team* | *Women's Team* |
| *Head of Team Chang Kil Kim* | *Head of Team John Holloway* |
| *Team Manager Sham Khue* | *Team Manager Bill Cho* |
| *Team Coach Sammy Pejo* | *Team Coach Truong Van Hai* |
| *Head Coach Young Kil* | *Head Coach Dae Sung Lee* |
| *Trainer Dinh Dave* | *Trainer Mark Williams* |
| *Doctor Dr. Richard Pawl* |  |

*Officials: President Sang Lee & Treasurer Ki Hong Kim*

Please see the photo, provided by Women's Head of Team John Holloway. In it you see Mr. Mark Williams and the team manager, Bill Cho, coaching. Granted the athletes probably preferred to have Mr. Williams coaching, however, this photo begs a couple questions:
1. How did Mr. Williams get a valid coaching pass? (He had one)
2. Why did we pay to send all these other coaches if they were not there to coach?
3. Why is the manager, Bill Cho coaching unless he paid to coach?

## ALL IN THE FAMILY?:

The second way the USTU limits the participation of coaches in these international events is the OFFICIAL USTU Coaching Level System.

Basically anyone can get a level one or two. Take the seminar, pass, pay your money.

From a packet sent to State Presidents 1/2002

Level Three: *

You must be certified as a Level 2 coach, have certification in CPR and First Aid (provide proof), have developed a state champion, and attend and pass the Level 3 Seminar. Once you are certified as a Level 3 Coach, you are eligible to apply for a "Qualified Coach" credential at a USTU National Tournament. Level 3 coaches can also bypass the Coaches Orientation held at the National Junior Olympic Taekwondo Championships each year, as long as you pay your coaches renewal fee each year.

---

* see exhibit ?

USOC 00536

42

Level Four:[*]

You must be certified as a Level 3 coach, have served as an Elite Coach at an international event such as the Olympics, Pan Am Games, World Championships, World Cup, Pan Am Taekwondo Championships, or World University Collegiate. The US Open or any International Open does not apply. You also, must have developed a National Champion, attend and pass the level 4 seminar, and assist in coaching at USTU developmental camp (i.e. Junior/Senior Elite Training Camp).[**]

Level Five:

You must be certified as a Level 4 coach, have served as an Elite Coach at 2 International events (i.e. Olympics, Pan Am Games, World Championships, World Cup or Pan Am Taekwondo Championships). The World Collegiates, US Open, and any International Opens do not apply. You must also attend and pass the level 5 seminar.

Once you are a Certified Coach, you are still required to send in your application and fee for any USTU tournament. Also, even if you meet each requirement for Levels 1-5, you must attend each seminar to obtain certification. **The only way you can by-pass any level is to get "Grandfathered-in". This requires getting the approval of the Coaching Science Committee by sending in ..........**

"The only way you can by-pass any level is to get "Grandfathered-in". This requires getting the approval of the Coaching Science Committee by sending in .........."

Our monopoly here has really extended itself. It can grandfather themselves in, even if they have not met the requirements themselves.

Coaches all over the country consider this system a joke. They realize that they will never get above a Level 3 unless they are part of the inside.

**Bottom Line:**

**Athletes have no input into selection of Coaches.**

**Coach Selection tainted by Committee Members and Recent Committee Members who are appointed by positions.**

---

[*] A check with the coaches reveals that the level four seminar scheduled for 2002 was cancelled. It is impossible to get a level four if you are not part of the clique.
[**] How can the average person get appointed to this if all the appointments are so incestuous? No one outside the "family" can possibly get a Level Four certification.

**USOC 00537**

43

Coach Selection tainted by final selection of the Executive Committee which contains many of the same people who make the original recommendations, as well as end up being appointed.

**USTU Decisions Made for Personal Reasons, not in the Best Interests of Taekwondo**

**All possible Violations of the USOC Code of Ethics**

1. In 1997, against the advice of officers, Sang Chul Lee rehired former Executive Director Michael Weintraub to that same position. This job was not opened to the public, nor was his choice validated with a vote of the Executive Committee. Mr. Weintraub is one of President Lee's first students from New York. Mr. Weintraub was given an extremely generous contract. Please see the attached copy of the Investigatory Committee into the excessive spending Mr. Weintraub indulged in leading to his termination from the USTU. Knowing that Mr. Weintraub had been terminated for misuse of USTU assets, Mr. Lee rehired Mr. Weintraub anyway. Mr. Weintraub was again terminated in February 1998, after months of financial abuse culminating in expenses for his office of over $247,000 in one year (please see the 1997 treasurer's report) during a year the USTU only took in $2.2 million. Over 10% of our income went to Mr. Weintraub's salary, bonuses, dry cleaning and excesses including escort services.

2. When Mr. Steven Silz, another Sang Lee student, was forced to close his San Diego school, President Lee hired him to be the USTU historian. Mr. Silz was reimbursed for his moving expenses and hired for a 6-month term to write the history of the USTU. This job was not opened to the public, was not bid out in anyway, nor were any USTU officers consulted. His original salary was $20,000 a year and was increased to $30,000 a year six months later. At the November 1999 Board of Governors meeting, President Lee announced that Mr. Silz had a one year contract to write this history. He neglected to mention Mr. Silz had already been on the payroll for 6 months at that point. Mr. Silz was employed by the USTU until June of 2001, when he filed unemployment on the USTU. Mr. Silz became a Vice President of the USTU January 1, 2001. Other than a couple of internal articles and a creative writing class, Mr. Silz possessed no special credentials to recommend him to this job. He had never written a book, never had an article published outside the USTU. This situation will come to a head at the May 23rd meeting as the Board of Governors has yet to see a copy of the manuscript.

3. In 1997, Mr. Sang Lee gave John Kim a very favorable contract for the USTU vending concession rights. Mr. Kim is the son of Un Yong Kim and is currently under indictment by the United States Government for his involvement in the Salt Lake City Organizing Scandal. This decision was against the advice of the other officers who felt that President Lee and Mr. Weintraub were deliberately vague about the details of the contract. Ms. Anne Chase, attorney and then vice president, was presented only a small portion of the contract which she told the officers was not in the best interests of the USTU. In November of 1998, Sang Lee was later appointed to the WTF Executive Committee, and finally to vice President of the World Taekwondo Federation by John Kim's father.

4. The USTU contracted to produce a video of Taekwondo techniques and forms. The USTU spent $30K (?) producing this video which has never been seen or

**USOC 00539**

sold. President Lee disagreed with the way one of the talents did a movement and axed the project. There are few movements in Taekwondo in which there is a 100% consensus on how they are done.

5. In 1997, Mr. Sang Lee appointed Lynnette Love to Chair of the Women's *Committee*, against the advice of officers. When an uproar ensued as to the illegal nature of an appointment to that position, an election was hastily held, with no notice. Ms. Love was then "elected." Women's Committee Chair holds a position on the Executive Committee. Immediately after this, an amendment was added to the Board of Governors agenda that would allow officers to appoint the Women's Committee Chair. This amendment was passed from meeting to meeting and finally disappeared off the agendas after 2 years. (See exhibit ?) Additionally, see exhibit ? Showing Ms. Love as being appointed to this position.

6. After the USOC Membership & Credentials Committee ruled that there were too many appointed positions on the Executive Committee, President Lee saw the bylaws changed to have the 4 Division Coordinators elected by the Executive Committee. Please see exhibit ? As you can see, President Lee appoints these positions.

7. The USTU decided to bid out the US Open to private individuals at one point. Those individuals were to pay a $10,000 sanction fee to the USTU and pay all other expenses, but keep all profits. To date at least two of the three masters who held the US Open have not paid the sanction fee. (Note the budgeted income for the US Open - $10,000 and that records no income for those years). All of those owing the sanction fees are Korean masters. The USTU has not pursued Mr. Si Yong Jo or Mr. Oh for this money. The rationale given was that they never placed this in writing. The $10,000 shows as an unpaid receivable for those years.

8. In 2001, the US Open was given to Mr. Oh in Nevada. Mr. Oh deliberately understated the number of competitors, hid assets and caused the USTU to expend an additional $40,000 to make the competition run properly. When questioned by the AAC Committee at the 2001 Mid-Year meeting and in a letter by AAC Chair Sammy Pejo, the over-expenditure was to entertain the team from China. This was simply not true. Additionally, we made no efforts to recoup our losses from Mr. Oh. Nor do any financial reports record receipt of his $10,000 sanction fee.

9. While the officers of the USTU spent over $100,000 in legal expenses to persecute Herb Perez, they made no efforts beyond a couple letters to recoup the $104,000 they proved had been misappropriated by Suk Ko Kang. This was in spite of the fact the USTU had to repay the USOC grant money which had not been properly documented, the same money misappropriated by S.K. Kang.

10. The USTU began a Pro Shop program. Items from the Pro Shop were partially on consignment from the vendor. We were forced to close the Pro Shop program when President Lee used so many of the for sale Pro Shop items as protocol gifts, leaving us with not enough merchandise to recoup the cost of the gifts.

11. When Ms. Love was elected to Vice President in 2000, no one had been elected to replace her as Women's Committee Chair. At the 2001 Cleveland Nationals, the **Women's Committee held the best attended meeting of the Women's Committee** ever. Anne Chase was elected Chair of that committee at that meeting. When President Lee was informed of this decision, suddenly, although no one had

complained and the other Women's Committee officers had been involved in this vote, the ruling came down that this was an invalid election and Ms. Chase could not hold this office. Ms. Love appointed a delegate for the Mid-year meeting and another election was later held, re-electing Myoung Mayes. The Women's *Committee has done nothing since then. It is interesting to note that President Lee* and the USTU have never stepped into any illegality before, even when the violation was blatant. The USTU did not step in when the AAC officers called an illegal meeting with no notice at the Mid-Year 2002 meeting in Detroit. Facts are, this decision appears to be motivated more by the desire to deny Ms. Chase a vote on the Executive Committee, as well as to have this EC vote controlled by a Sang Lee quasi appointee than anything. Again, the voiding of this election is completely unprecedented, and there was no hearing before removing Ms. Chase from office. Again, an Appearance of Impropriety in order to force a decision which was more palatable to the USTU officers who do not want Ms. Chase back on the Executive Committee.

12. Without consultation of the USTU Board of Governors or the USTU Executive Committee or without consultation with the AAC, President Lee commited the USTU to formation of a foundation honoring the WTF president (the same president who appointed him Vice President)

    a. From the World Taekwondo Federation Meeting Minutes – Toyko, Japan July 15th, 2002:

    o Agenda Item 12. Other Matters

    o 1. Establishment of Yungok Foundation

Vice President William Hybl and Vice President Sang LEE made a presentation on their project to establish Yungok (pseudonym of Dr. Un Yong Kim) Foundation in the States. Delegates from the States handed out the introductory document of the Foundation to all the Council Members and explained about the purpose, implementation and goals of the body.

Some questions and answers about the location of its office and how to operate its finance and etc. came and went. After that, the Council made a consent to establish the Foundation as proposed by the United States Taekwondo Union.

This matter has never come before the USTU Board of Governors. The Athletes of the USTU have never had an opportunity to vote on whether or not to support this foundation honoring a foreign-national. What would the benefit be to the USTU? What would the benefit be to anyone in the United States, except President Lee who wishes to become World Taekwondo Federation President. Again, this also violates the USOC Code of Ethics.

At the same meeting, President Lee proposed the *Un Yong Kim Cup. This was to be a* tournament event in May of 2003. The USTU was to "cover all costs for the participating teams from the moment of their arrival in Colorado Springs." This

**USOC 00541**

47

would have been 26 teams and 4 wildcards for 4 countries. The event would have included Forms and Board Breaking. The WTF originally rejected this proposal as there are no universal rules for judging these events. During a Pan American year, with Olympic events already underway, why is the USTU promoting an event that does not encompass only the Olympic Sparring events? Why schedule such an event 2 weeks before Nationals?  Again, note the name – Un Yong Kim Cup.