What's A Coach to Do?

Changing the Interpretation of the Rules from Day to Day.

220524   General Duties of National Governing Bodies

For the sport that it governs, a national governing body shall- .....

(3) keep amateur athletes informed of policy matters and reasonably reflect the views of the athletes in its policy decisions;

(4) **disseminate and distribute to amateur athletes, coaches, trainers, managers, administrators, and officials in a timely manner the applicable rules and any changes to such rules of the national governing body**, the corporation, the appropriate international sports federation, the International Olympic Committee, the International Paralympic Committee, and the Pan-American Sports Organization;

The USTU has no competitor's guide. At times the USTU prints the rules in program books or other places, but these are condensed from the referee handbooks and strictly geared toward those who know the rules. Unless a competitor or coach wants to read the whole Referee Handbook, the only place to get a concise, easy to read Competitor's Guide is to order "The Competitor's Guide to the USTU Competition Rules – English Translation" by Ronda Sweet and pay $10 to Tekno.

This guide was offered free of charge to the USTU as a fund raiser. As Ms. Sweet is neither Korean, nor male, the USTU never bothered to even answer. This book has been endorsed in the past by Executive Director Bruce Harris and currently by a number of top USTU Referees.

The following notes are from Master Steven Dring, PATU Executive Director and high ranking WTF International Referee.

On October 31, 2002 the World Taekwondo Federation revised the Competition Rules with an effective date of July 1, 2002. There were numerous changes to the rules. However, the changes that had the most dramatic effect on sparring competition related to additional ways to score points and enforcement of infractions pertaining to both ring dimensions and the act of falling.

<u>Expanded scoring opportunities</u> – the new rules give the opportunity for a player to score either one, two or three points with a single legal technique. This change has been well

received by players, coaches, officials and especially spectators. There is little, if any, misunderstanding about the application of these changes and they are consistently applied.

## INFRACTIONS and ENFORCEMENT

*Ring Dimension Violation* – The physical dimensions of the ring remain the same. However, the significance of one meter area that borders the ring was changed. Under the old rules this was considered a warning area and when a player entered that area, the player may or may not receive a half point deduction depending on circumstances. The new rules relegated this contrasting color area to a visual warning that the player was approaching the edge of the ring. There was no long any significance relating to deduction of points. Under either version of the rules, if a player crossed the outside dimension of the ring they may or may not receive a full point deduction.

Due to the increase in competition area of the ring and the elimination of the possibility of a half point deduction, the new rules call for a strict enforcement of the violation of the exterior dimension of the ring. The new rule was meant to eliminate the flexibility that the referee had to penalize or not penalize the offending player. Simply put, crossing the boundary line is a "fact" when it occurs. Now the referee's job is to make a determination as to why this occurred. If a player crosses the line due to a prohibited act by the opponent, then the opponent should receive a pre-warning or a half point deduction. If, on the other hand, no illegal act by the opponent causes them to cross the line, then the offending player receives a full point deduction. In either case, the referee cannot simply pretend like it didn't happen and do nothing. The initial interpretation of this rule seemed excessively punitive at first, but it has now become part of the strategy of the game. Players, coaches, referee and spectators understand the interpretation of the rule and the game has adapted to the change. It is universally agreed that it is good that the referee no longer has the option to be excusatory to one player and punitive to another. The WTF has been clear in directing referees that this infraction be strictly enforced. The old rule called for a penalty when a player *"Intentionally crossed the Boundary line"*. The new rule states, *"When one of the feet or both feet of a contestant move out of the Boundary line, the referee shall give a "Kyong-go" penalty immediately"* (Kyong-go = half point deduction). One form of potential bias in officiating was removed by this change.

*Falling Down* – The old rule called for a penalty when a player was *"Intentionally falling down"*. The WTF wanted to change the interpretation of this prohibited act because it was viewed as a negative part of Taekwondo competition. Players would often fall after delivering an offensive technique to avoid a counter technique or to kill time, especially if they were winning the fight. Also, referees had to make a decision as to whether the falling act was intentional or not and elect to penalize or not penalize the player that fell. The referee no longer has the option to be excusatory to one player and punitive to another. A conscious decision was made to remove the element of "intentional" from the interpretation of the rule. When a player falls, it is a fact that they fell. The referee only needs to make a determination of why this occurred and take the appropriate action. The option to do nothing does not exist. The WTF interpretation of the new rule states, *"In case a contestant falls down due to the opponent's prohibited acts, Kyong-go penalty shall not be given to the contestant, and penalty shall be given to the opponent. Although a contestant falls down while performing a technique or attacking, Kyong-go shall be given"*. Again the strict interpretation of this rule has been mandated by the WTF and has been integrated into the modern game of Taekwondo.

*Enforcement* – Since the new rules have been implemented, I have served as an International Referee at nine WTF sanctioned events under the direct supervision of the WTF Technical Delegate. In all events, a very strict interpretation of these rules was successfully used. At six of these events, I served as the Referee Chairman and gave the

instructions and rules interpretations to the International Referees and the Coaches. In fact, the WTF Technical Delegate instructed me at every event when I served as the Referee Chairman, to give the same instructions to the coaches as I gave to the International Referees so that everybody had a clear and universal understanding of the rules. Unfortunately, this is not the procedure used by the USTU. In fact, at the last US Open in February, I attended as a coach and I requested that the Referee Chairman meet with the coaches for the purpose of explaining the rules, especially as they relate to boundary violations and falling. Mr. Leon Preston who was serving as an appointed International Referee for the US Open made the same request at the referee meeting. Both requests were denied. The Referee Chairman said in jest that no meeting was necessary because the coaches were the enemies. During the US Open, the personal interpretations of the rules by the USTU Referee Chairman lead to chaos. Referees were instructed to be careful not to disqualify anyone on penalties and not to call boundary infractions or falling unless they were done intentionally.

I was approached at the US Open by several Team Coaches from other countries and questioned as to what rules were being used at this event. As an International Referee and coach from the USA, they assumed that I could help them clarify the situation. Unfortunately, I had to inform them that it appeared that the USTU was using a modification of the current WFT competition rules. The rules were applied differently from one ring to another and even from one official to another within a ring.

Again at the USA Pan American Selection Tournament for the Pan American Games, the referees were given the same flexibility to penalize these infractions or not depending on the intentional nature of the act. In at least one fight that I observed, which determined who would qualify for the fight-off; the eventual winner was allowed to fall seven times without penalty. Additionally, he crossed the boundary line on three occasions with no penalty. Even though the eventual winner scored more points, he clearly should have been disqualified on deductions.

The new WTF rules are simple in verbal construction to make them easy to apply. The USTU is unique in their practice of allowing the referee to have flexibility in the application of these infractions. This leads to inevitable claims that there is bias on the actions of the referees, which is exactly what the WTF wanted to remove from the sport of Taekwondo when these changes were enacted. When the rules are unknown to the participants, proper preparation and training cannot be done. In effect, the USTU has unilaterally elected to ignore the latest rules.

The consequence of inconsistent enforcement is competitors in the USA are not given an equal opportunity to compete and secure positions on USA Taekwondo Teams. Unfortunately and incorrectly, the USTU referee is given too much flexibility and power in deciding whether or not to evoke deduction penalties. The USTU needs to be consistent and unbiased in the application of the competition rules. Additionally, the USTU Referee Handbook published by the USTU is out of date and contains numerous factual errors and contradictory information. The USTU is fully aware that this publication needs to be updated and has rebuffed offers to assist in updating this publication.

The USTU should adopt and practice the current WTF competition rules and make available a revised and current publication of the competition rules.

Stephen C. Dring
WTF International Referee
Executive Director, Pan American Taekwondo Union

USOC Constitution Article IV, C

(6) provides an equal opportunity to amateur athletes, coaches, trainers, managers, administrators, and officials to participate in amateur athletic competition
without discrimination on the basis of race, color, religion, age, sex, or national origin, and with fair notice and opportunity for a hearing to any amateur athlete, coach, trainer, manager, administrator, or official before declaring such individual ineligible to participate;

USOC Constitution Article 1:

(H) "protected competition" means any amateur athletic competition between any athlete or athletes officially designated by the appropriate Olympic, Pan American or Paralympic Sports Organization member as representing the United States, either individually or as part of a team, and any athlete or athletes representing any foreign country where
(1) the terms of such competition require that the entrants therein be teams or individuals representing the respective nations; and
(2) the athlete or group of athletes representing the United States are organized and sponsored by the appropriate Olympic, Pan American or Paralympic Sports Organization member in accordance with a defined selection or tryout procedure that is open to all and publicly announced in advance, except for domestic amateur athletic competition, which, by its terms, requires that entrants therein be expressly restricted to members of a specific class of amateur athletes such as those referred to in Article VII, Section 4 of this Constitution.
The term "protected competition" shall also include any domestic amateur athletic competition or event organized and conducted by an Olympic, Pan American or Paralympic Sports Organization member in its selection procedure and publicly announced in advance as a competition or event directly qualifying each successful competitor therein as an athlete representing the United States in a protected competition as defined in the immediately preceding sentence of this Subsection.

ARTICLE IX – RIGHT OF OPPORTUNITY TO PARTICIPATE IN CERTAIN INTERNATIONAL AMATEUR ATHLETIC COMPETITIONS
Section 1. No member of the USOC may deny or threaten to deny any amateur athlete the opportunity to participate in the Olympic Games, the Pan American Games, the Paralympic Games, a World Championship competition, or other such protected competition as defined in Article I, Section 2(H); nor may any member, subsequent to such competition, censure, or otherwise penalize, (1) any such athlete who participates in such competition, or (2) any organization which the athlete represents. The USOC shall, by all reasonable means at its disposal, protect the right of an amateur athlete to participate if selected (or to attempt to qualify for selection to participate) as an athlete representing the United States in any of the aforesaid competitions.

USOC 00546

52

Section 7. The rights granted to athletes under Sections 1 through 3 of this Article shall equally apply to any coach, trainer, manager, administrator, or other official seeking to participate in the conduct of any of the international amateur athletic competitions designated, or referred to, in Section 1.

USTU Referee Selection Criterion:

THERE IS NONE!!!

Despite numerous requests by various USTU members, Board members and the Coordinator of the Division of Educational Affairs, Mr. Holloway, Referee Chair Eui Bin Lee refuses to produce a selection criterion for referees.

Our athletes deserve the best referees at our competitions. More importantly they deserve them at Team Trials and other International Events. The USTU system of cronyism selection violates the USOC Constitution.

- There is no AAC input into selection of referees. Violation of the Ted Stevens Amateur Sports Act of 1978.
- Decisions are solely the discretion of the Referee Chair who has demonstrated his propensity for biased decisions. Usual appointment lists read a delegation that is 2/3 Korean and the rest female. In general, WASP and Black male IR's are rarely appointed to any international event outside the United States.
- Referee Chair refuses to release names of appointees, even after the events as he does not want to explain his choices to anyone.
- Referee Chair refuses to consider referee changes due to coaches requests. (Ex. 2001 Team Trials – Jean Lopez requested a change for Mark Lopez final, he was refused. Jean was AAC rep to the Committee.
- A small selection of top International Referees who have had to go to other organizations to get their IR appointments to international events:

  Bruce Harris, Steve Dring, Randy Waitman, Bernard Robinson, Dr. Greg Kailian, John Holloway, Kim Sol, Anne Chase and many others........

USOC 00547

53