**2000 Olympic Selection:**

The WTF send 22 letters to USTU International Referees informing them of their eligibility to apply for the January 2000 IR seminar in Korea. From this IR seminar, the Olympic Referees were to be chosen. Each NGB was to send 3 referees who represented the cultural makeup of their country.

Eui Bin Lee made the appointments to this event. In theory whomever was not chosen to go, would be ineligible to referee in Sydney. He did not consult anyone. There was no AAC representation in this decision. AAC Reps to the Referee Committee in 2000 were Jason Poos and Jean Lopez; he chose to not recognize either of these gentlemen.[8] He chose:

Eui Bin Lee (himself), Ki Hong Kim and Barbara Wakefield.

The WTF stepped in and personally invited Bruce Harris, sidestepping the USTU Referee Chair. Mr. Harris was eventually chosen as our representative. Had they not done so, he never would have been Olympic Referee.

Mr. Lee's choices are generally at least 50% Korean, as evidenced by his recent selection of referees for the Pan American Invitational Team Qualifier. 12 Referees were selected – 6 of them Korean, 5 non-korean. 2 women and 10 men. Our referee pool is not 50% or more Korean.

We have repeatedly asked for the lists of referee appointments for events and Referee Chair Eui Bin Lee refuses to allow this information to be released, even after the event as he does not wish to explain his decision.

**2000 Olympic Team Trials:**

3 Women/9 Men   7 Korean/5 non-Korean. Of the 5 non-Koreans, one was not allowed to referee at all, nor corner judge; the other did one match and was forced to bow out:

From 5/21/00 Ladytkd.com

As I mentioned earlier, the peanut gallery had a wonderful time. At one point we were scrutinizing one ring and watching which chairs were and weren't scoring. One of the chairs consistently scored as we would have - the others - well........ let's say that while the eyes might not be as good as they might have been, and maybe I missed something - and the people next to me might have missed something also, but I could swear that a certain referee didn't punch a button through 3 fights.

Which brings me to the referee selection process.

---

[8] See Jason Poos note stating he was never acknowledged by the Referee Committee during his term as duly elected representative to the Referee Committee.

Appearances are everything. Master Poos' remarks before the tournament only stated what several thought. Knowing that this situation would arise, we needed to be setting the best appearance of propriety and fairness that we possible could. The selection of the referees needed to be not only our best, but they also needed to be referees whose reputations were totally unsullied by any taint.

Anyone out there naïve enough to think that the allegations of set-up were not going to be raised? So why then did we not appoint referees that everyone, and I mean everyone approved?

By the time the referees lined up, we had seven Korean-Americans. Ok, I am going to sound racist here - and it is not meant to be racist. We had three women and nine men. We had some good choices - Bruce Harris, whom I hear WILL BE THE US REFEREE IN SYDNEY!!!!!!!!!! Barbara Wakefield - 2000 Nationals referee of the year. Valerie Long - former team member and incredible referee. We also had Ki Hong Kim who is a world reknown referee.

There were other good choices. But then we made some really bad choices. Knowing going into the event that the greatest majority of competitors were from Texas, and knowing that anytime a player from your home state meant you would have to bow out - WHY WOULD BE APPOINT A TEXAS REFEREE WHO WOULD END UP SITTING OUT ALL BUT MAYBE 1 FIGHT?

Additionally, this referee raised a lot of questions as to why he was appointed. With his dual citizenship, this referee usually represents Mexico and the peanut gallery commented - "When was the last time you saw him refereeing at Nationals and JO's?"

Then we had another referee whose reputation for blatant bias in decisions remains unequaled.

You know, I can't even go on, but even if everything in every match was 100% kosher, how can anyone not understand why different groups are screaming bias as far as decisions? We owed it to our players to provide the best referees. We owed it to their coaches to provide referees that no one could point a finger at and say "He/she is prejudiced towards or against my player." We need to at least match the racial mix of the USTU. What also appears to further paint the pool was the observation that 2 of the non-Korean-American members of the crew simply sat at the rings and didn't get to "work" at all.

Again, I am not saying anyone cheated or displayed bias. In a couple of cases, yes I do wonder. What I am definitely saying is that had the selection criterion been different - no one, myself included, would have a word to say. NO ONE WOULD BE ABLE TO POINT FINGERS AND SAY ??? WAS CHEATED. I am sorry but before a match starts, and the people who know certain other's previous performances can categorically state the outcome of the match should it come to a tie - doesn't that tell anyone anything? Again, maybe in those ties, anyone else would have made te same decision. But it wasn't anyone else - it was someone who had already ........

To make matters worse - two of the best referees, two of the most experienced referees the USTU has, people that NO ONE has ever accused of any bias, sat in the stands. Now they had fun - and so did I, they are great company. But were we serving the team by having them sitting in the stands and not standing in the center of those rings?

There are times appearances are everything - this was one of them. Why did we set ourselves up for the kind of Monday morning quarterbacking that is going on this very minute?

You have heard it a hundred times before, and until things change, you will hear it another hundred or two hundred times - THE REFEREE SELECTION PROCESS HAS TO CHANGE IF WE ARE GOING TO SURVIVE.

Am I the only one who has figured out that the more this happens, the more dissention there is between the referees and the coaches? Am I the only one who sees that referees who are consistently being passed over for assignments, in favor of less talented referees, are using their own connections and getting invited to international events on their own, circumventing the whole selection process? Am I the only one who feels the hostility generated?

Bottom line here - it will be the competitors who suffer in the long run.

## 06/30/00 - LadyTKD

A letter from Guy Poos - fortunately, I had it saved on both computers:

June 29, 2000

*After returning from experiencing my tenth U.S. National Team Trials this June, I was dismayed as usual. In the past I felt a need to vent my frustrations and disclose what had occurred. Unfortunately, at that time the attitude within the United States Olympic Committee (USOC), and USTU precluded any interest in what I had to say. Hardly anyone that was not personally involved in the Trials really cared what took place. Years ago after I had written the USOC to express my outrage, I began to truly understand the saying, "you can't fight City Hall." The deck appeared to be stacked from top to bottom.*

*With the advent of the World Wide Web and this web page, there is an opportunity to express those views that in the past would never see the light of day. Each of us may choose to be exposed to the views of others. We may even share similar experiences. We can even comment on those experiences about which we know nothing. It seems others may even choose to suggest a certain course of action for those they feel are guilty of what they believe are grave infractions to various codes of conduct. I have followed with great interest those comments made after the Olympic and National Team Trials.*

*I had chosen not to comment on the National Team Trials, which I had attended as a coach. I was content to listen to what others had to say. It became apparent that some people were not in attendance, and others were inexperienced in the Olympic-style sport.*

*I still felt it was not necessary to comment at this time. I would have maintained my silence, except that an inane idea to censure Jean Lopez surfaced. This idea demands rebuttal and disclosure.*

*have been waiting for someone to disclose the obvious. In all of my ten coaching experiences at the U.S. Team Trials, I have witnessed on every occasion what appears to be collusion on the part of certain referees and coaches. In not one of these Trials has this influence not been expressed through what appears to be a level of inept scoring beyond belief and bias decisions by the center referee. In some instances, the referee's decisions of superiority could only have been the result of the ingestion of a hallucinogenic substance. I feel it is difficult to attribute what has occurred at all of these Trials to anything but bias, prejudice, and dishonesty in the name of a self-serving agenda shared by certain referees and coaches that represented their own interests and those of the USTU.*

*A few experienced coaches know what occurred at these National Team Trials. It cannot be compared to when an umpire or referee misses a call in other sports. Also it was not a reflection of what is commonly called the home team's advantage. I believe it was out and out in your face cheating and bias. In some cases no effort was even made to disguise what was occurring. In fact, cheating is too mild an epithet for what routinely occurred.*

*From my experience at the June Trials, nothing appears to have changed, except some of the players. Considering what I believe is the Referee Committee's history of ignominy and deceit, how dare any referee, considering their familiarity with the state of morality within their own Committee, dare to suggest*

USOC 00550    56

censuring Jean Lopez. This is the height of hypocrisy and pretension. The senior referees know what has been going on for decades at the Trials. They know my opinion is valid: the U.S. Team has never been chosen honestly and without political consideration. It is about time those of conscience and honor address this situation.

Rather than float a "trial balloon" to see if there is support to censure the premier coach in the USTU, I suggest you begin a campaign to clean your own house. What occurred at the Trials was a travesty and a degradation of the ideals of American sport, not just taekwondo. No one in good conscience could possibly believe that discrimination was not directed at Jean and his students. Why did the referees participate in behavior that is contradictory to their oath? How could those not directly involved condone this behavior by not speaking-up and protesting this inequity?

I have been waiting for over a decade for some senior referees to make a statement of principle. We can applaud the heroes in Braveheart, The Gladiator, and The Patriot without realizing that the value we are applauding is an unswerving commitment and dedication to a code of honor where deceit and dishonesty are not tolerated.

Wakeup referees! Until you find a Hercules to clean your Aegean Stables, none of you are fit to take the high ground in criticizing the behavior of any of my fellow coaches. Your problem has been staring you right in the face forever; it is called lack of moral leadership. Until some of you have the courage to demand a level playing field for all athletes and coaches, I suggest you confine your grousing to important issues like what you're being served for lunch.

Guy Poos, COACH

13 March 2000
TO: Sang Chul Lee
President, US Taekwondo Union
FROM: Bruce C.K.W. Harris
USTU Member/Referee
RE: Recommendations to Improve USTU Referee Operations

Master Lee,

I am writing this letter to address some areas that have become more problematic for US Referees over the past years. We are all concerned that our athletes have the best opportunity at representing our country and doing well in international competitions. In order to do that we must provide a support base around them that gives them an equal playing field so that their talents will be appropriately rewarded.

Quality officiating is an integral part of any competition, Taekwondo or otherwise. More and more our pool of selected officials is being diluted by apparent "political" selections or appointments to elite events. Such appointments are done to the detriment of our athletes who have earned the right to have the highest level of officials at elite competitions. Similarly, those US International Referees who are selected to represent the USA in international competitions bear a burden of being of the highest caliber in the world. We all know that, just because a US referee becomes an International Referee that does not mean that they have the requisite skills to be selected to representing our country. There is a wealth of talented and highly skilled US International Referees to select from for international events. Politics should not be allowed to enter in the selection process; there are other events that could be used for

political rewards.
Complaints regarding the current treatment of US Referees nationally:
• Elite events at OTC:
- Referees should be housed at the Sheraton Hotel and allowed to register at OTC for Breakfast and Lunch Meals. At the most recent Olympic Team Qualifier only one (1) of the US Referees actually resided at the OTC. That meant out of pocket expenses were incurred by all of the other participants. Our country is the best in the world and this should not be occurring.[9]

*************************************************************

The above letter from now Executive Director Harris was written 3 years ago, but it could have been written today.

At the 2002 Board of Governors Meeting, Referee Chair Eui Bin Lee was asked to first provide a Referee Selection Criterion and second provide a Referee Code of Operations as the one printed in the referee handbook was rejected by the 1995 Board of Governors.

In the packet of amendment proposals received on the 30 day mark before the 2003 Mid Year meeting May 23rd in New Orleans, was a letter from Eui Bin Lee. In it he has his CHANGES TO THE CODE OF OPERATIONS. You cannot change what does not exist.

Additionally, he has graciously decided to add two AAC members to his committee, APPOINTED BY THE PRESIDENT. Here is a man who has been on the Executive Committee at least 6 years and he has not clue that AAC is not arbitrary but mandatory and elected and not appointed. Did I mention this man is our Pan American Head of Team?

There was no Referee Selection Criterion. Eui Bin Lee has stated he does not have to provide one as he selects the referees.

How can we provide the best for our athletes when referees are selected on a whim?

**Message from "Guy Poos" <poostkd@ionet.net> on Thu, 17 Apr 2003 15:18:58 -0500

To whom it may concern:

I, Jason Poos former United States Taekwondo Union AAC representative and AAC delegate to the USTU referee committee was never contacted by anyone on any issue pertaining to the said referee committee as long as my term was served on the Athlete Advisory Council for the sport of Taekwondo.

Sincerely,

Jason A. Poos

---

[9] See Steve Dring Letters to President Lee regarding these issues in the appendix 17.

USOC Constitution Article 4, C:

(6) provides an equal opportunity to amateur athletes, coaches, trainers, managers, administrators, and officials to participate in amateur athletic competition without discrimination on the basis of race, color, religion, age, sex, or *national origin, and with fair notice and opportunity* for a hearing to any amateur athlete, coach, trainer, manager, administrator, or official before declaring such individual ineligible to participate;

In October 2002 the WTF held an International Referee Seminar in Quito, Ecuador. US referees were allowed to apply for the spots. The WTF requires that men in the USA have a 4th degree Kukkiwon and women have a 3rd degree. Third world countries have lessor requirements, but there are so many IR's in the United States, they are more restrictive with us.

Jenny Woodward has refereed Nationals for approximately 15 years. Jenny was denied the right to attend this seminar as Jenny is not an A-1 referee. Why she is not one is a totally different story.

Elizabethe Tanzarello is an A1 referee. She is also only a 3rd degree. Elizabethe recently was appointed to teach the referee seminar in Ohio by Eui Bin Lee. Elizabethe was rejected by Eui Bin Lee for the Ecuador Seminar because she is a 3rd degree.

Richard Sacks is a judge. Eui Bin Lee shows very preferential treatment to Richard. He is a good referee who has been coming for approximately 4 years. As of April 6, 2002, he was a B level referee when he refereed Oklahoma State and signed the OK referee sign in sheet.

Larry Voorhees was an A2 – referee.

Larry Voorhees and Richard Sacks took the referee seminar in Ecuador and are IR's today. Jenny Woodward who has more experience than both put together is not. This is blatant discrimination.

This is a note to Ronda Sweet from USTU VP Lynette Love when Ms. Sweet asked Ms. Love to investigate. To date the USTU has not provided a list of who applied and who was rejected and ranks.

----- Original Message -----

To: Rhonda Sweet

Sent: Wednesday, April 16, 2003 10:05 AM

USOC 00553    59

> Subject: Re: follow-up
>
> I talked to Bruce Harris and the AAC. It is something I feel one of those **committees/or persons needs to bring forth.** Have you talked to one of the other females on the referee committee to see if they would be interested in signing something. I know people are not that apt to start a ball rolling and I don't mean to pass the buck. But it just seems to me that the referees getting together and bringing this to Eui Bin Lee's attention would make more sense.
>
> Lynnette

This was Ms. Sweet's Answer:

Lynnette,

I spoke with Barbara Wakefield who knew nothing about Jenny being denied the chance to take the IR seminar, but she mentioned that:

a) Richard Sacks had contacted Barbara Wakefield before the seminar asking to be jumped in rank from B to A for this seminar. She refused to do it. Richard Sacks was allowed to take that IR seminar. As were other men of lessor years and abilities than Jenny Woodward.
b) There was an IR from her state who went and she had no clue he was going and she is on the committee as well as State President. Which proves all appointments for that seminar, are unilateral decisions by the Referee Chair.

Barbara will not rock the boat. Eui Bin Lee has been very clear that he makes appointments and he brooks no interference no questioning of his decisions. I was right there when Eui Bin Lee told John Holloway, the Division Coordinator for his Committee, that he didn't have to explain - it is his decision. He refuses to release the names of referees appointed to events so he does not have to explain why he appointed people who are lessor qualified than those he does not appoint.

No one on that committee will do a thing. The AAC reps will not even stand up for their right to be consulted - so they are as guilty as EBL in the discriminatory nature of that whole committee. Ask them how many Referee Committee Committee meetings the AAC has attended. When Jean Lopez and Jason Poos were the AAC reps, Eui Bin Lee refused to even acknowledge them. And if the AAC tells you they have been in meetings, explain why Barbara Wakefield and others on that committee say there are no meetings.

No one in the USTU will do anything. Eui Bin Lee does not care. He refuses to even write a written criterion of referee selection - which if one reads the USOC Constitution and goes further as far as definition - in protected competitions where it says athlete also means "official" - and thus while no one referee is guaranteed appointment, the USTU must provide a criterion as well as a fair and equitable appointment processes for "Protected Competitions." Which puts the whole mess in violation of the Ted Stevens Amateur Sports Act of 1978. We can produce a long list of good referees who have never been appointed by the USTU and EBL - starting with our own Olympic Referee for 2000 (he was appointed to that seminar not by EBL but by the WTF.)

Did I mention I found another woman who is an A1, that was refused twice because she is only a 3rd dan. As you know, the WTF allows females from the US to be 3rd dan - and from other smaller countries to be 2nd dan. Do I even need to ask why EBL would appoint this woman to

USOC 00554    60

teach a referee seminar, if he felt she was incapable? She can teach it to USTU members, but she can't take the seminar.

Do I even need to tell you what my research into USTU appointments to WTF international events reveals? It doesn't look good - let's put it that way.

I turned the whole mess over to TRUE and I believe that it will be discussed in depth at the USOC Open Forum on TKD on May 2nd as they are the only ones who want to hear about it.

At this point, this is another example of blatant discrimination and how our system exists only for the privileged few and no one is willing to do anything to fix it. Sorry if that sounds defeatist, but those are the facts.

Ronda Sweet


Vice President Lynette Love's answer to blatant sexual discrimination – get someone on the committee that did it to do something.

This would entail admitting that the Committee does not meet. This would entail the AAC admitting that it does not have representation on these issues.

So unless the Right Person complains about yet another in a long line of discrimination issues, nothing will be done. A USTU officer is going to sit back and let another USTU officer continue his pattern of discrimination and do nothing.