## Items and/or Information Requested from the USTU but not Provided:

1. **Accurate and detailed Treasurer's Reports** - Entries are changed to reflect an inaccurate representation of the USTU financial situation. In the 2001 Treasurer's Report, notice negative numbers in prepaid expenses and negative totals in expense categories such as office salaries and Olympic expenses. Coincidentally, these brought the year to date totals closer to budget. Treasurer's Report always include a ludicrously high percentage of expenses under "miscellaneous" or "other" categories which is believed to cover a multitude of sins, including expenses for which receipts were not obtained. Specifically requested for 2002; Ex. Dir. Bruce Harris promised to provide a detailed report two weeks after the Annual Meeting because delegates objected to the one presented. He was unable to do so and has not yet fulfilled this promise.
2. **Treasurer's Reports and Committee Reports** which need to be provided before the meeting (two weeks, at least) to allow delegates time to study them beforehand.
3. **Budgets** with reasonable and accurate figures provided prior to meeting for examination.
4. Written criteria for **selection of referees** for events.
5. **Lists of referees** selected for events. These are not released before or after the events.
   Specifically lists of referees appointed to Olympic Trials (2000), Olympic Qualifiers and Pan American Qualifier (2003)
6. A proposed **Code of Operations for Referees**. The one printed in the USTU Referee Handbook was voted down by the BOG in 1995.
7. List of **US referees who applied for Ecuador International Referee Seminar** and who was ultimately selected.
8. Written criteria for **selection of coaches** for events.
9. List of members of the **Election and Nomination Committee**- 2000 and current
10. **Results of the USOC Audit of USTU** - requested at 2002 Annual Meeting- "not available" at that time, never presented.
11. **Itemized Expense and Income Reports for each USTU Event** including Junior and Senior National Championship, US Open, Coach Seminars, and Licensing Seminars etc.
12. **Copies of Contracts with Martial Arts Suppliers and others.** Including which companies, length of contracts, cost, and benefit to USTU.
13. **Record of travel expenses for Sang Chul Lee** inside and outside of the USTU since 2000. Where, when, and why he traveled. How much it cost us.
14. **List of Delegates to the BOG** for each meeting. What state do they represent, when did they register as members and delegates in order to verify eligibility to vote. Should be provided before all meeting with the agenda. We cannot get it even after the meetings.

15. <u>List of people traveling overseas with the US Senior and Junior National Teams since 2000</u> for which the USTU paid. What were their positions, how much of their expenses did we pay, did they make donations to receive these positions? If so, where are these donations reported?

16. <u>Number of medals ordered by the USTU</u> since 1999. How many, from what company, at what price? It is rumored that Sang Lee makes a profit by ordering large numbers of medals from a Korean company at a very low price.

**USTU Complaint Process –**

**USOC Constitution Article 4, C**

(11) provides procedures for the prompt and equitable resolution of grievances of its members;

USTU does not provide for prompt and equitable resolution of grievances of its members. In fact, complaints can drag out for years. By the time an election complaint is settled, the state championship and all funds from such are usually gone.

**USTU Bylaws – Article XXVI:**

<u>Section 4a:</u>     Review of Complaint

Upon receipt of a complaint, the President of the USTU shall refer the complaint to the Chairperson of the Law and Legislation Committee within thirty (30) days of receipt of the Complaint. The Chairperson of the Law and Legislation Committee shall review the complaint and determine whether the complaint meets the requirements set out in the Bylaws within thirty (30) days

1. Submit to President – 30 days on his desk
2. Law & Legislation has 30 days to determine if it is a valid complaint
3. If complaint has errors, complaintant has 30 days to fix.
4. If complaint does not have errors, respondent has 30 days from receipt to answer.
5. At this point the committee can sit on it forever. There is no time limit for the committee to set a hearing.
6. Committee may investigate – no time limit.
7. Finding of Fact.
8. Everyone has 20 days to comment on the Finding of Fact
9. Decision must be rendered 45 days after Finding of Fact.
10. You have 20 days to appeal.

Even with no time for a hearing or investigation – start to finish = 155 days with no time for delays, investigation, anything. 5 months for just back and forth. Add in months of investigation – a year. Add in delays – more than a year.

Election complaints:

1. Within 30 days of election protest must be filed.
2. There is no time line for Membership & Credentials to valid the complaint – see USTU Bylaws Article XIX, Section 13. Using the guidelines in Article XXVI – 30 days on M&C desk.
3. Respondents have 20 days to answer.

USOC 00558      64

4. Membership & Credentials must answer in writing in 30 days.
5. Appeal – 20 days.

This is not the way these work either.

**Complaint Reality:**

Complaint sits on Law & Legislation desk until someone complains long enough to get it moving. In the case of Dave Ernst versus Elizabethe Tanzarello and the Ohio Board – about 6 months. In the case of PA Appeal – about 8 months (although there are other USTU errors here). In the case of Elizabethe Tanzarello versus Ronda Sweet, John Holloway and Tom Hernandez – although Ms. Tanzarello clearly violated the notification requirements of Article XXVI, and thus this was not a valid complaint, as well as other procedural errors, Ms. Tanzarello was not notified of those errors for about 6 months.

Committee set. Usually someone who will rule the way the President wants it to come out.

If validated – 30 days to answer. Another 30 days for the answer to parties who need the answer if not more.

Months – USTU waits for everyone to get tired of the complaint sitting there.

If someone on the committee is motivated, that person writes a Final Decision, bypassing the Finding of Fact – and gets the others to sign it. Usually never gets to that point.

Or, like the PA Election Complaint of 2002 – the USTU office never mails the decision.

**Election Complaint Reality:**

All elections must be accomplished by December 15th of that year. So if a complaint is going to be filed, it will be by January 15th.

USTU sends copies, gets answers.

USTU rules on all election complaints during US Open – which this year was February 19th-23rd. Hearing was on the 22nd. All parties were informed decisions would be mailed in 10 days. 10 days later, all parties were notified that decision would be another 10 days. Basically all decisions mailed the first of April.

At this point, most state championships had already been held. This means the loser of the complaint could end up with all the money.

Additionally in November 2002, the USTU Board of Governors passed an amendment to this section requiring the Membership & Credentials Committee to appoint a proctor to administer all funds during an election complaint. Although many asked, none were appointed.

Additionally, there is no provision in the USTU bylaws for dealing with anything without a formal complaint. Even the most blatant violations sit until the complaint is filed and the $500 in the bank. Many complaints could be dealt with by the USTU officers or the Membership & Credentials Committee calling the offender and explaining the bylaws.

For example – the Membership & Credential Committee has ruled a new election must take place. The old president schedules an unattached member meeting for the day of Nationals, two weeks before the new election. This violates the M&C ruling which said no new unattached meeting was necessary and it violates Article 1 which says all unattached meetings must be held on the same day as the election – to avoid this nonsense. Instead of dealing with this, the election was allowed to go on, violating USTU bylaws and when Jay Ferguson complained, told him that as Master An walked out of the election, he could not protest a non-event.

Interestingly enough, only one time in the history of the USTU, that I can find, the USTU stepped in and made a ruling without a complaint being filed and with the case in some doubt.

In 2000, Lynette Love, Women's Committee Chair was elected Vice President. In 2001, the Women's Committee at their annual meeting held an election to rectify this problem. This was the best attended meeting the Women's Committee has ever had.

Anne Chase was elected president. President Lee did not want Anne Chase on the Executive Committee. When notified of her election, in spite of the fact no one, including AAC representatives filed a formal complaint on this issue, the election was voided due to "improper notice." This meeting had more notice than any Women's Committee meeting ever held. In fact, there has been no notice of the 2003 meeting and it should be held on May 23rd or there abouts.

With no hearing, no complaint, nothing but the fact that Anne Chase was not welcome on the Executive Committee (I personally was told repeatedly she would never get back on the EC), the election was voided. Lynette Love appointed a delegate for the next meeting and an election, of sorts, was held and Myoung Mayes, was "elected." Since the 2001 meeting, the only use of Women's Committee funds has been to send Lynnette Love and May Pejo-Spence to Korea to represent the United States at an all Women's event.

Even when in 1998, current Oklahoma President Ronda Sweet presented the USTU with 27 pages of documents showing the past president In Hui Won had bought 21 votes, they still refused to stop the election – saying "It's not a crime until he uses them." Dr. Evie Dennis personally stopped that election when shown the same evidence.

USOC 00560        66

### Referee Code of Operations Violates all USOC Mandates on Due Process:

Please reference Appendix 26, page 38.

This Referee Code of Operations was rejected by the USTU Board of Governors in 1995. The pages copied came from the State President's Handbook, distributed January 2002.

Please note the information requires Coaches to have certification which is not required by the Coaching Science Committee.

Especially note page 40 —

111. After the Contest – This section allows referees to sanction coaches for misdeeds. It allows coaches to be suspended for 3 years (page 41). It outlines no hearing procedure. It outlines no appeal procedure.

Page 41 still lists protest fees as $200 even though they are now $40.

Page 42 will be of major interest to the committee as it outlines how the Arbitration Board can deny an athlete his/her rights. Note #4. **"The decision of the Arbitration Board will be final and there will be no means of further appeal."** Page 43.

Of even more concern to the committee, the Arbitration Board may suspend or permanently dismiss a referee from all referee activities – page 43.

Section 5: Actions of the Arbitration Board

1. The Arbitration Board will take the following actions:
    a) in the case of purposeful and intentional misjudgement
        i. Correction of misjudgment
        ii. USTU Referee found guilty of purposeful misjudgment will be permanently dismissed from all referee activities.

In the case of a mistake, the referee can be suspended for up to 3 years – and remember the Arbitration Board will be final and there will be no means of further appeal.

USOC 00561

67

**Master Licensing Program:**

(4) demonstrates that it is autonomous in the governance of its sport in that it independently determines and controls all matters central to such governance, does not delegate such determination and control, and is free from outside restraint; and demonstrates that it is a member of no more than one international sports federation which governs a sport included on the program of the Olympic or Pan American Games ⋅ ;
(5) demonstrates that its membership is open –
(a) to any individual who is an amateur athlete, coach, trainer, manager, administrator, or official active in the sport for which recognition is sought; or
(b) to any amateur sports organization which conducts programs in the sport for which recognition is sought; or

This program instituted in the fall of 2000 provides the clearest demonstration of the prejudice toward the Korean Leadership and Korean Grandmasters in general.

See Appendix 5 – Master Instructor Licensing Program

In this appendix you will find the actual original packet that went to all USTU schools. The first seminar was opened to 69 Grandmasters 8th & 9th degree. The only grandmasters in the United States at that time were Korean. Many of the grandmasters had had nothing to do with the USTU in years. Example: Jack Whang – runs a karate school. Dong Wong Kang – former USTU Tournament Director who was quietly asked to leave after his affair with his 20 year old Olympic Bronze medallist became open in Barcelona, embarrassing the USTU, and Jin Kim, Dragon Kim who has not been a member, doesn't want to be a member and has not renewed since the day he plunked his $200 down. In fact, even though the USTU knew that Mr. Kim was not a member, his name remained on the public advertising for the Licensed Instructors until April 2003 when the Oklahoma delegation sent a letter informing the President that we are boycotting this program for its blatant prejudice.

Grandmasters stayed one weekend and paid $200.00 President Lee (translated from Korean version) **"In accordance with the authority delegated upon an NGB by the 1978 congressional Olympic and amateur sports act by the USOC Constitution, the USTU INC has decided to establish and instructors and school licensing program, but first, to respect your experience and preserve dignity, we are giving you**

first priority and offering the USTU Licensing Seminar to 8th and 9th dan holders."

This program is only open to those 4th degree and higher ignoring the majority of the membership.

Additionally, those who are not grandmasters had to pay $590.00.

Note also the privileges originally set forth in the document. Grandmasters were to get their points and be paid as Regional Coordinators and instructors.

Instructors 5th and below were to be "supervised" by the grandmasters – translation, pay them for their supervision.

The USTU paid WTF Vice President Chung Woo Lee $10,000 to come teach this seminar. He told the attendees while lecturing in Korean:

> That they should all unite and work together in order to protect Korean-American Taekwondo supremacy in the United States through the USTU so that Korean American Taekwondo Instructors would not become victims of non-Korean Taekwondo instructors.

This statement is totally outrageous and violates the spirit and intent of the Olympic Movement.

This program is so discriminatory, reading the documents should be enough to convey the problems.

USOC 00563

69

**Financial Documents:**

Appendix 13 contains a selection of Financial documents presented to the USTU Board of Governors.

Obviously, the USTU books are in terrible condition, or the USTU cooks the books.

The most blatant of this abuse would be the 2000 Treasurer's Report. This report covers only 1-1 to 10-31 of 2000. Since the next report begins at 1-1-01, we never get a real picture of the last two months of 2000.

In this report you will be a -$8017 figure in the prepaid expenses column. Prepaid expenses are either ZERO or they are positive. They can never be negative.

Interesting also to note that budgets include the State President's meetings, although we have not had one of those in years.

Also of note – the 3rd quarter figures show on this report. It is with these figures it is easy to see that the officers or the Executive Director reclassified any expense that would take that category way out of budget for the year. For example – office expenses. This category has no income, only expense. Yet the 3rd quarter of 2000 shows a credit of around $50,000 – which coincidentally took the year to date figure close to the year to date budget, allowing for the last two months. Additionally that year our Olympic expense was budgeted to be $50,000 – the third quarter shows a $75,000 credit – taking it to within a couple dollars of the budget.

It was after I dissected this report that we never saw as detailed report as this ever again. It was also at this meeting the USTU agreed to send the Treasurer's Reports out 2 weeks prior to the meeting. That happened only once and when there were a lot of questions on the report, I was taken in the hallway and had them answered "privately." The answers were not satisfactory.

Please note the 2001 and 2002 audits and reports. Note the deferred revenue and prepaid expense accounts. My CPA told me this means someone is **juggling the books, making late year entries to hide expenses. See the** appendix for these items

USOC 00564                                                              70

We were promised a detailed treasurer's report by December 1st. We still do not have it.

USTU may be audited yearly, but as we have seen, auditors can be instructed to produce the kind of results wanted.

**Miscellaneous:**

- Manipulation of meetings. 2000 election was originally scheduled to be held in Hawaii, which was too cost prohibitive for most to attend. When word leaked out, the outcry forced this meeting to move to Los Angeles.
- 2003 meeting – notice went out on April 14th – giving Board Members less than 2 weeks to submit discussion items and amendment proposals.
- The amendment proposal that President Lee told the committee would be passed, that of giving the school with the most members in states with less than 5 registered clubs was not in the packet.
- The Referee Chair, an Executive Committee member for 5-6 years, submitted a revision to the rejected Code of Operations. One of the items in this revision was the allowing of the appointment of 2 AAC members by the USTU president. USTU president should not be appointing AAC members.
- Another proposal was placed on agenda asking for the removal of Soon Ho Kim – Secretary General. He was the only officer who broke rank on the term limits amendment.
- All business is decided at the Officer's meetings and filtered down. With the exception of the 2001 Mid-year meeting where the athletes walked out and the majority of the BOG could not arrive in time due to an air strike, all votes have gone exactly as the President wants them – see appendix 6 to see what was accomplished at this meeting.
- In conversation with Ronda Sweet, President Lee explained that this is a "Rich Man's Sport," and that participants can afford the higher costs.
- In conversation with Ronda Sweet, President Lee replied to her request to submit a bylaw amendment lowering the number of members needed for a vote – that he wanted it raised to 50.
- Look at the appointment of the Olympic Coaches and Pan American Teams and tell us this is not prejudice and cronyism. We were told Dae Sung Lee would be Olympic coach for 2004 in 2000 – it is his term.

Ways In Which We Believe The Committee Can Assist In Resolution Of Any Such Issues:

1. Removal of the officers and the executive committee.
2. Replacement of the voting structure.
3. Replacement of the bylaws.
4. If the USTU cannot be removed, placing the USTU on probation with an Oversight Committee that contains members of this panel from the USTU who know when the USTU leadership is being less than forthcoming.

After reviewing our own materials, plus all that we simply did not have time to finish accumulating and binding, we can only come to the conclusion that our leadership has placed the interests of the Kukkiwon, the WTF and the Korean culture over the membership of the USTU.

Cronyism has so taken over the committees and the Executive Committee that not one appointment for the Olympics or the Pan American Games includes anyone who is not on the committee.

In that the USOC Membership & Credentials Committee has given the USTU a chance with the first Oversight Committee and then immediately reverted back to form after it was disbanded should tell the committee that they will not change. The fact that the USTU lies to the USOC when answering questions for this committee clearly demonstrates an arrogance, as well as an unwillingness to conform to the USOC Code of Ethics. We see no choice but to remove the officers and Executive Committee, including the AAC chair, ask for a new AAC election on May 23rd and replace the voting structure with something that will allow the USTU to be a jewel in the USOC crown and not a thorn.

Again, we would like to thank the committee for their time and attention.

USOC 00567

73