# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 1

United States Taekwondo Union

Incorporation Documents

USOC 00568

BUSINESS INFORMATION                                     11/11/02 1:29 PM



## Business Services Queries

**Business Information**

| Business Name | Charter / Registration Number | Type | Original Filing Date | Status | Expiration Date | Location / County / State | Agent / Contact Info | Business Filing Info | Prior Business Name Info |
|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES TAEKWONDO UNION, INC. | 630923 | Corporation For Non-Profit | Aug 02 1979 | Active | Sep 25 2006 | Cleveland Cuyahoga Ohio | Click for Details | Click for Details | Click for Details |

Total Row Count in Report- 1
Row(s) 1 - 1

Back to Menu

USOC 00569

Doc ID --> 200126800872



## J. Kenneth Blackwell

## APPLICATION FOR REINSTATEMENT
## AND APPOINTMENT OF AGENT

United States Taekwondo Union, Inc.

(Corporate Charter # 539523 ) whose articles of Incorporation in Ohio were cancelled for 5/10/01

for failure to maintain a statutory agent, hereby makes application for reinstatement pursuant to Section 1701.07(N) or 1702.06(N) of the Ohio Revised Code. The corporation hereby appoints:

CT Corporation System
(Name of Agent)

441 Vine Street
(Street Address)

Cincinnati          Ohio    45202
(City, Village or Township)        (Zip Code)

NOTE: P.O. Box addresses are not acceptable

as agent upon whom any process, notice, or demand required by statute to be served upon the corporation may be served.

This document is signed by an authorized officer of the corporation

Signature: _____

Name: Sang Lee

Title: President

## ACCEPTANCE OF APPOINTMENT

The Undersigned, Joan Randazzo/CT Corporation 5/15/01 named herein, hereby acknowledges and accepts the appointment of statutory agent.

Signature: Joan Randazzo

108-REV         Page 1 of 1         Version: 7/1/01

97%           P.02
              TOTAL P.03

USOC 00570

Doc ID --> 200126800872

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/25/2001 | 200126800872 | DOMESTIC/REINSTATEMENT (REN) | 25.00 | .00 | .00 | .00 | .00 |

Receipt
This is not a bill. Please do not remit payment.

HOLMES ROBERTS & OWEN LLP
90 S CASCADE AVE STE 1300
COLORADO SPRINGS, CO 80903

# STATE OF OHIO

Ohio Secretary of State, J. Kenneth Blackwell

539923

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

UNITED STATES TAEKWONDO UNION, INC.

and, that said business records show the filing and recording of:

Document(s)                                           Document No(s):
DOMESTIC/REINSTATEMENT                                200126800872



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 25th day of September, A.D. 2001.

J. Kenneth Blackwell
Ohio Secretary of State

USOC 00571

**\*200126800872\***

 DOCUMENT ID   DESCRIPTION                          FILING   EXPED   PENALTY   CERT
25/2001  200126800872  DOMESTIC/REINSTATEMENT (REM)         25.00    .00     .00       .00

Receipt
This is not a bill. Please do not remit payment.

HOLMES ROBERTS & OWEN LLP
90 S CASCADE AVE STE 1300
COLORADO SPRINGS, CO 80903

# STATE OF OHIO
## CERTIFICATE

Ohio Secretary of State, J. Kenneth Blackwell

539923

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

UNITED STATES TAEKWONDO UNION, INC.

and, that said business records show the filing and recording of

Document(s):                                              Document No(s):
DOMESTIC/REINSTATEMENT                                    200126800872

USOC 00572



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 25th day of September, A.D.
2001.

J. Kenneth Blackwell
Ohio Secretary of State

Colorado Secretary of State

Page 1 of 2



## Entity Detail

View History and Documents.

| | |
|---|---|
| Name: | **UNITED STATES TAEKWONDO UNION** |
| Entity ID: | **20021035005** |
| Entity Type: | **RS Description** |
| Filing Date: | **02/13/2002** |
| Status: | **DISSOLVED** |
| State of Incorporation: | |
| Term: | **None** |
| Inactive Date: | **07/01/2002** |
| 2002 Report: | **Report not filed** |
| 2002 Report Filing ID: | **none** |
| Name Reservation Expires: | **06/13/2002** |

---

Registered Agent

Name:

**BRYANT MARK L**

Physical Address:

**5299 DTC BLVD STE 215**

**GREENWOOD VILLAGE**   Colorado   **80111**

PO Box:

None

USOC 00573

http://www.sos.state.co.us/cgi-forte/fortecgi/frte_corporationProdAccess16241821211F061725 11/13/02