# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 2

World Taekwondo Federation

Council Meeting

Tokyo, Japan

July 15, 2002

USOC 00574

The Minutes of the WTF Executive Council Meeting
The Hotel Keio Plaza Intercontinental
Tokyo, Japan, July 15, 2002 10:00

Agenda Item 1. Meeting called to order

The meeting was called to order by President Dr. Un Yong KIM.

Agenda Item 2. Remarks by the President

Dr. Kim welcomed the Council members to the meeting in Tokyo, Japan. Before starting the meeting, he indicated some points of development for Taekwondo as a global and Olympic sport. According to him, IOC was reviewing all the Olympic programs including Taekwondo in terms of their Olympic status, which would be decided at the IOC Session to be held in November in Mexico. Thus, 28 Summer Olympic sports appeared to compete with each other to maintain their Olympic status, he said. Also, he added that Wushu was being raised as a very strong competitor to Taekwondo since the Beijing Olympic Organizing Committee was striving to put it into the Beijing 2008 Olympic Games programs. Along this way, the IOC President made a stress to the fact that IOC had preference to place new sports on the Olympic Programs rather than the old sports, Dr. Kim said.

He asked the Council members to reinforce the WTF structure as a unified organization at all levels from national to international and to make efforts for Competition Rules, Rules and Regulations to meet the world standards, ultimately, for the wider globalization of Taekwondo with more frequent public relations activities.

As another topic, Dr. Kim spoke about establishing the WTF liaison office in Lausanne to communicate with the IOC, indicating that already 24 International Sports Federations had their headquarters or region offices in the city close to the IOC Headquarters. He continued to say that he already found a place to rent for the WTF office to be paid by the Lausanne City Council for the beginning year and that the sports hall in Lausanne would be built by 2004 where all the international sports federations would move in. He stressed that the WTF should also move in the building along with other federations, otherwise, Taekwondo should lose its Olympic status to other sport.

USOC 00575

Finally, he concerned about the current organizational split in the frame of Japanese Taekwondo Federation and hoped to settle it down as soon as possible for the ongoing development of Taekwondo in Japan with successful organization of World Cup Taekwondo 2002 scheduled for opening on the next day.

He wished the members to have fruitful meeting and success in the World Cup Taekwondo competition.

**Agenda Item 3. Roll Call**

Roll call was not made separately since all the members present registered their names in the roll book before starting the meeting.

**Agenda Item 4. Approval of the minutes of the Executive Council Meeting in Jeju, Korea on October 30, 2001**

Any comment or objection hadn't been raised since its distribution to all members and Dr. Kim assumed the minutes as approved.

**Agenda Item 5. Proposal for amendment to the Rules and Regulations**

Dr. Kim gave the floor to Vice President Sun Jae PARK to explain major points of amendment proposals for the better understanding among the members.

Vice President Sun Jae PARK began to expound on the background and requirements of amendment article by article, which were as follows.

<u>Article 4    Organization and Membership</u>
- Amendment was made to reinforce the conditions of membership status of member national associations and their obligations to take part in the WTF major events in order to catch up with the harmonious development of Taekwondo Movement.

No question or objection was made on the article and it was duly approved.

USOC 00576

### Article 8   General Assembly

-Main point of amendment to this article was regarding the role of proxy to represent the president of the concerned member national association at the General Assembly.

It was approved unanimously.

### Article 11   Officials

Increase of the Executive Council members in number and the candidature qualifications for the officials were the main proposals for amendment.

Vice President Nat Indrapana pointed out the fact that many Southeast Asian countries subsidize their national sports associations through their national sports authorities, not their National Olympic Committee and thus, he made a motion to add the word " National Sports Authority" in the sentence below.

< 6. ........................ The candidates are also required to present a letter from their National Olympic Committee *or National Sports Authority* verifying that they are executive board members of their National Associations. ........................ >

President Dr. Kim and all the members consented to the motion.

### Article 16   Committees

Regarding No. 2), Vice President Sun Jae PARK put the following part in question and proposed to change its text, indicating that if the chairman of Technical Committee wouldn't be able to participate in both of the two events being held at the same time in different place, he/she should be replaced by other member.

**\* Text in question \***

The Chairman, responsible for all technical matters as a Technical Delegate related to Taekwondo competitions, will also be an ex-officio member of the Arbitration Board.

**\* Proposal change \***

The Technical Committee proposes a Technical Delegate and an ex-officio member of the Arbitration Board to the Secretary General for all the Taekwondo competitions organized by the WTF.

USOC 00577

Vice President Cha Sok PARK made a proposal to add the word " the Executive Council" after " the Secretary General" on No. 4) and concerning No.2. he suggested modifying " two or three vice chairmen" to " four vice chairmen from four continents of Asia, Europe, Pan America and Africa respectively" for the fair composition of the Committees by region.

As to the addition " the Executive Council", President Dr. Kim responded that the Secretary General is representative of the Executive Council and moreover, the Executive Council would be difficult to meet frequently, and therefore, it wouldn't be necessary to add it.

Vice President Indrapana supported his opinion and it was consented by the Council.

President Dr. Kim revealed his view over the matter, saying that other international federations compose their committees by function, not by region.   He encouraged him to recommend any person from his continent considered being capable to the concerned function.

All the attendant members agreed to his comment and the proposal for modifications made by Vice President Cha Sok PARK were withdrawn.

For the last, Dr. Kim said that the WTF Secretariat would send out a letter to member national associations in the near future to receive recommendations of candidates for the Committees.   He also encouraged the Council to recommend anyone whom deemed professional to the certain committee.

Vice President Nat Indrapana said that it seemed no reason to put the word " possible problems in" in No.1) of Section A. Technical Committee and made a motion to delete. It was seconded by President Dr. Kim and accepted by the Council.

Agenda Item 6. Proposal for amendment to standing procedure for World Cup Taekwondo

Deputy Secretary General Young Yeol OH made a brief explanation about the amendment proposals.

USOC 00578

Vice President Sun Jae PARK took his floor and said that many member countries suggested him changing the title of World Cup Taekwondo because their national governments considered the competition as a minor one and didn't give enough subsidies to their national Taekwondo associations for the participation. Following this, he proposed to change the title to " The World Team Taekwondo Championships".

Vice President Indrapana mad a motion to add some words to the existing title " World Cup " instead of change the whole title entirely.

Auditor Dalibor Krpan put his proposal to hold the World Cup Taekwondo for a four-year term basis in the same qualification system with the World Cup Football.

President Dr. Kim asked to decide the term of organization. Unanimously all the members agreed to the motion to hold it every two years in a different year from that one for the World Taekwondo Championships or the Olympic Games.

Regarding the title, Vice President Cha Sok PAR proposed " Elite Taekwondo Championships". Member of Spain Manuel Colmenero Privida told that the ETU once faced the same problem some time ago and finally they changed " European Cup Taekwondo" to "European Taekwondo Championships for Teams".

President Dr. Kim indicated that he misunderstood it with other competition since the Council was talking about the competition for the selected teams only. Dr. Kim suggested a new title " World Cup Taekwondo Team Championships".

Vice President Sang LEE insisted on keeping the original title " World Cup Taekwondo" without any change or modification.

President Dr. Kim reiterated the necessity to change the title and made a final motion to call the title " World Cup Taekwondo Team Championships and to hold it every two years.

It was approved by the Council.

USOC 00579

**Agenda Item 7. Proposal for amendment to regulations for doping control**

Deputy Secretary General Young Yoel OH reported on general background and requirements of amendment to the Regulations for Doping Control.

Dr. Kim said that the WTF had been working closely to the IOC and the WADA (World Anti-Doping Agency) and proposed to accept the amendment to the Council.

No question or objection was made and it was passed as acceptable.

**Agenda Item 8. Report on Taekwondo competition of the Athens Olympic Games-Taekwondo Qualification System**

Deputy Secretary General Man Seek CHOE expounded briefly about the qualification system.

Vice President William Hybl said that he visited Athens recently as a member of the IOC Coordination Commission to inspect the construction progress for facilities and expressed his worrisome about the completion time of Taekwondo venue before the Test Event and the Taekwondo competition of the Athens 2004 Games due to the delay of its progress by the Athens Organizing Committee.

President Dr. Kim agreed to his comment and asked the Secretary General to keep in contact with the Athens Organizing Committee in order to have Taekwondo competition venue duly completed within the deadline.

**Agenda Item 9. Selection of host site and date for the World Taekwondo Qualification Tournament in November 2003**

As to the matter of selection of the host country between two candidates of France and Chinese Taipei, President Dr. Kim asked the Council about their opinion.

Auditor Tae Eun LEE proposed to put it out on secret ballot.

USOC 00580

02/06/2003 10:01   3016229745   SNN   PAGE 07

Dr. Kim asked the Council to think about Taekwondo future in political and Olympic terms, not only the financial terms, when they select the host country. He offered 10 minutes coffee break before going to the vote.

After coffee break, Dr. Kim said that the WTF could have selected the host site at its own discretion as it was supposed to be done by the WTF directly. He went on to say that he didn't like to put it into secret vote personally but felt obliged to accept it for the spirit of friendship among the Council members.

Two auditors Dalibor Krpan and Tae Eun LEE were appointed as scrutineers.

There were total 27 votes with 1 abstention and France was selected by the majority.

By the result, Dr. Kim announced France as the host country of the Taekwondo Qualification Tournament and the Council gave a big hand as a token of congratulations.

Member from France Paul Viscogliosi thanked the Council for their support and promised that French Organizing Committee would provide all the heads of the participating teams with free accommodation of room and board during the competition.

Dr. Kim said that the WTF would give some financial support to the participating countries in the Qualification Tournament and the French Organizing Committee as well.

Agenda Item 10. Approval of the host site and date for the 4th World Junior Taekwondo Championships in 2002

Dr. Kim proposed to accept Greece as the host country since it would be beneficial for them to get more experienced in organizing international Taekwondo competitions before the Athens 2004 Olympic Games.

It was passed unanimously.

USOC 00581

Agenda Item 11. New Membership

Deputy Secretary General Man Seok CHOE summarized the completion of administrative procedures duly done by the applying associations.

Following his explanations, Dr. Kim proposed to approve them as members of the WTF, which was approved by the Council unanimously.

Agenda Item 12. Other Matters

### 1. Establishment of Yungok Foundation

Vice President William Hybl and Vice President Sang LEE made a presentation on their project to establish Yungok (pseudonym of Dr. Kim) Foundation in the States. Delegates from the States handed out the introductory document of the Foundation to all the Council members and explained about the purpose, implementation and goals of the body.

Some questions and answers about the location of its office and how to operate its finance and etc. came and went. After that, the Council made a consent to establish the Foundation as proposed by the United States Taekwondo Union.

### 2. International Taekwondo Team Competition for Dr. KIM

As another topic, the delegate from USTU made a proposal to resume Dr. KIM Cup Taekwondo Competition, 1st one of which was held in England three years ago. International Team Taekwondo Competition for Dr. KIM with the participating teams from the countries of the WTF Executive Council Members, total 26 countries, with 4 wild cards for 4 countries. In its team competition system would have three types of divisions of Kyorugi, Poomse and Kyuckpa (breaking), the delegate added. According to him, the Competition would be held in Colorado Springs, USA from May 12 to 19, 2003 and the Organizing Committee would cover all the local costs for the participating teams from the moment of their arrival at Colorado Springs.

Vice President Sun Jae PARK indicated that the WTF had not yet established Poomse or Kyuckpa Competition Rules and therefore, the Competition could not be sanctioned by the WTF.

USOC 00582

Member from Mexico Dae Won MOON said that no actual competitions on Poomse or Kyuckpa had been held by the WTF so far. In view of the future development of Taekwondo as a martial art in the broader way, the WTF would be required to organize such competitions with its standardized rules, he added. Finally, he proposed to set up a committee to research and bring some proposals for the establishment of such competition rules to the next Council meeting.

Delegate from the USTU thanked the Council members about their concerns and opinions. He said that the USTU had already finished technical preparations for the Competition and therefore, only one thing left in front of them, which was to seek an official approval of the Executive Council on the Competition even though they had not specified the competition rules yet.

The Council advised the delegate to send their proposal along with the draft competition rules to the Technical Committee as a matter of administrative procedure so that the Committee would review and recommend it to the Executive Council when considered effective. The proposal was rejected.

The delegate thanked the Council for their good listening and advice.

Agenda Item 13. Next Meeting

President Dr. Kim said that the next meeting would be held in the afternoon on September 22 in Garmisch-Partenkirchen, Germany on the occasion of the 16th World Taekwondo Championships.

Agenda Item 14. Closing of the meeting

Before closing the meeting, German delegate was allowed to make a brief presentation on their preparation progress report.

Dr. Kim thanked the attendant members for their presence and declared the meeting closed.

USOC 00583