# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 3

Sammy Pejo Letter to the Athlete Advisory Council

After the AAC Walkout of the

2001 Mid-Year Meeting

USOC 00584

Hey All,

I met with Pres. Lee last night and this morning for breakfast and we had very good discussions about things. Here is what we discussed:

First, it was all a big lack of communication. I didn't receive any budget to approve, nor did I attend the budget meeting. The officers were under the impression that I received a budget from Mr. Warwick and approved everything. They weren't purposely trying to deceive me, or the AAC, they just didn't know that we had issues. The 2 main reasons we walked was a) we couldn't support that budget, and b) Mr. Holloway was bringing up some issues that the AAC was going to have to pick one side or the other. After hearing Pres. Lee's explanations of the issues that Mr. Holloway brought up, things make more sense now and I will attempt to explain some of it to you. Don't worry if you have questions, Pres. Lee wants to meet with us Tues. evening in Tampa (dinner or something) so we can ask him about anything and it will give him a chance to explain too.

First things first. As far as VP Steven Siltz is concerned, he was contracted to write a history book. Although it was before he was VP, the officers agreed that he would get paid for 6 months after the election. He will continue to finish the book, and as of the end of this week, he will no longer be paid.

Pres Lee wants us to decide if we want to send the Jr. Team to Chile for the Jr. Pan Am's or with the Sr. Team to Japan, Taipei and Korea for Worlds. There are pros and cons to both.

### Jr. PATU Championships
Pros:
- It is in the PATU Region
- Chance to get good results

Cons:
- 1st tournament – not established yet
- Pan Am countries do not have a lot of money so we don't know how many will participate (just look at the low numbers in Aruba)
- Level of competition may be low

It was discussed that not going to the Jr. PATU will hurt our athletes' chances the other PATU Championships, but Pres. Lee said that no matter what we do – how nice we are to the other PATU Countries – they will always be jealous of USA… that will never change.

### Exchange w/ Sr. Team and World Championships
Pros:
- Will stop in Japan and Taipei before going to Korea (2 exchange opportunities)
- Higher level of competition definitely in Taipei (maybe in Japan too)
- Will be able to experience and support US Team at World Championships

Cons:
- May get in the Sr. Team's way (but that will depend on the Coaches and Managers)

So the debate remains which is more beneficial for our Junior Team: going to a Jr. PATU Championship or going to Asia with a 2-country exchange and World Championships. I plan on asking for input from the Jr. Team once they are selected in Tampa.

USOC 00585

Coach Lee salary issue should be a moot one. Now that Team Trials are over, and he has proven his success, Pres Lee said to write a report and CC it to the officers and they will adjust accordingly.

We talked about the land and future building in Woodland Park. He said that it is for the athletes and training and may be rented out to other NGB's during down time. It is for the future of the USTU – especially for the use of athletes. I didn't get any details about how it will be paid for or if there will need to be another employee to administrate for the building. Also maintenance costs and such... He said he wants to explain to us about the building – I think this would be a good time to bring up such questions.

The Licensing Program also makes sense when explained. For those that don't know, NJ, CA, PA and a couple other states already have put together a committee to License Martial Arts in those states. With these states already done, it will be easy for the other states to follow. These committees are made up of politicians – not martial artists. Therefore, in an effort to get ahead of the game, the USTU decided to do their own Licensing Program so that the States can not force us to follow their Licensing.

Of course it makes sense that 8th and 9th Dan get Licensed first. Once they do it, they will support it and encourage their Juniors to follow. Every school has to be a USTU Registered school, and they all need to have 35 registered members. This will also generate more memberships for the USTU. In an attempt to get the 8th and 9th Dancers to participate, we needed to make it as easy as possible for them. That is why they were charged a different price.

President Lee has a good vision for this program that I think all of you should hear so please have questions ready for him regarding this topic also.

Pres Lee is also open to the idea that our Jr. and Sr. Teams need more competition experience. He would like us to suggest a plan of action for these tournaments and he can appropriate the necessary funds. I think going to Europe is a good start. Have ideas ready so we can discuss among ourselves in Tampa.

The Officers and the AAC have to work together. Things will get done easier that way, and we will be able to move forward faster than the previous years. In an effort to show that Pres Lee willing to work with us, after I suggested the AAC budget be increased to $15,000 he said that maybe that won't be enough so how about $20,000. So that's pretty much a done deal.

*Who voted*

So that's how our meetings went. I leave for Tampa tomorrow – I'm staying at the Marriott Waterside. Lets get together on Mon. night so we can all get on the same page before we meet with Pres Lee. Call my cell when you get in so I can coordinate and get everyone's room numbers. Don't forget to keep Tues. night open for dinner with Pres Lee.

Travel Safe!

Sammy

USOC 00586