# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

### Appendix 5

### USTU Master Licensing Instructor Program

### Prejudice towards

### 8th & 9th Degree Grandmasters

USOC 00592

Member – United States Olympic Committee



EXHIBIT  T

## ANNOUNCEMENT

Based upon U.S. Federal Law, the 1978 Olympic and Amateur Sports Act, and the US Olympic Committee's Constitution, the US Taekwondo Union (USTU) is the sole recognized National Governing Body (NGB) for taekwondo in this country.

As the duly recognized authority governing taekwondo in America, the USTU will host a Special Seminar to issue the official *Master Instructor's Certificate of License*.

Please note the following seminar information:

DATE:           October 6 – 7, 2000
LOCATION:       Hyatt Deerfield Hotel at O'Hare Airport in Chicago, Illinois
ADDRESS:        1750 Lake Cook Road, Deerfield Illinois, 60016
TELEPHONE:      (847) 945-3400
Special Rate:   $89 per night (2 double beds or 1 king size bed)
                *Please reserve as soon as possible*

* Special Seminar Lecturer: Grandmaster Chong Woo Lee & others *

QUALIFICATIONS: Seminar open to Kukkiwon 8th and 9th Dan holders only
SEMINAR FEE:    $200 including lunch and Dinner Reception

As President of the USTU, I cordially invite you to take part in this first-of-its-kind special event. Please join us as history is made.

Sincerely,

Sang Lee

PS:     Further details will follow from USTU Education Committee Chairman Hyun Kon Lee

Olympic Plaza, Suite 405
ado Springs, CO  80909
578-4632
578-4642
USTUTKD1@aol.com
te: www.USTU.com

USOC 00593



United States Taekwondo Union: Licensed Schools

**EXHIBIT** G

## USTU EVENTS

The 6TH-7TH Dan Instructors Licensing Seminar Has Been Rescheduled!

The seminar originally scheduled for March 28-April 1 has been postponed to July 25-29, 2001. We are sorry for any inconvenience caused by this change.

6th -7th Dans Wednesday, July 25 - Sunday, July 29
> Radisson Arlington Heights
75 West Algonquin Rd.
Arlington Heights, IL
847-364-7600
Nearest Airport: Chicago O'Hare
Program Rate: $99
(Rate not guaranteed after registration deadline!)

Hotel and Seminar Registration Deadline: July 4th, 2001

4th - 5th Dans Seminar tentatively planned for August 22-26





# USTU Licensed Schools

| First Name | Last Name | License # | School Name | State | Phone | E-Mail |
|---|---|---|---|---|---|---|
| Byung-Ho | Choi | 001 | Choi's Tae Kwondo & Judo School | FL | 305-266-0330 | |
| Tae-Hong | Choi | 002 | Choi's TKD Academy | OR | 503-252-9833 | |
| Ken | Min | 003 | Golden Bear Martial Arts | CA | 510-643-7800 | |
| Chan-Yong | Kim | 004 | Oriental MooDo School | CA | 562-865-8080 | |
| Chom-Son | Cho | 005 | Cho's Taekwondo Center | WI | 414-464-1060 | |
| Young-Jun | Chang | 006 | Y.J. Chang Tae Kwon Do Center | NY | 718-78-31572 | |
| | | | Yun's Martial | | 206-70- | |

United States Taekwondo Union: Licensed Schools          **EXHIBIT 5**    Page 2 of 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Solomun | Yun | 007 | Arts | WA | 61122 | | |
| Hwa | Chong | 008 | U.S. Taekwondo Academy | MI | 248-47-85459 | | |
| Young-Keun | Lee | 009 | U.S. TaeKwonDo School | CA | 714-256-2000 | | |
| Chang-Soo | Lim | 010 | Lim's Black Belt Academy | MI | 517-79-21470 | | |
| Sun-Hwan | Chung | 011 | Chung's Black Belt-IAMA. Inc. | MI | 616-37-22171 | | GMChung@ |
| Won-Chik | Park | 012 | Won Park Institute of TKD | TX | 817-244-6720 | | |
| Young-Chi | Kim | 013 | TaeKwonDo | GA | 770-97-16911 | | |
| Ju-Hun | Kim | 014 | Kim School of TaeKwonDo Inc. | NC | 704-332-7000 | | |
| Eui-Bin | Lee | 015 | T.K.D. Training Center | CA | 919-882-8000 | | |
| Tae-Rang | Chang | 016 | World Martial Arts P.A.L. | NY | 516-873-8826 | | |
| Jung-Hwan | Park | 017 | J. Park World TaeKwonDo Center | FL | 813-936-7011 | | |
| Joong-Keun | Suh | 018 | U.S.A. TaeKwonDo | FL | 305-382-7858 | | |
| Dong-Sup | Kim | 019 | World TKD School | NV | 702-794-3426 | | |
| Jong-K. | Kang | 020 | Brother's TaeKwonDo-Inc. | AZ | 480-844-1001 | | |
| Woon-Se | Lee | 021 | The World TaeKwonDo Academy | MD | 301-570-1490 | | |
| Won-Keun | Bai | 022 | Bai's TaeKwonDo | NJ | 201-327-1297 | | |
| | | | Kang's | | 918- | | |

**USOC 00595**          6/25/01

Apr 29 03 10:17a    olloway/Weller    20  537-1318    p.5

United States Taekwondo Union: Licensed Schools        EXHIBIT S    Page 3 of 6

| | | | | | |
|---|---|---|---|---|---|
| Dong-Won | Kang | 023 | TaeKwonDo Inc. | OK | 494-9691 |
| Heung-Taek | Hur | 024 | Ben Hur Martial Arts | NY | 718-225-3030 |
| Young-Chul | Rho | 025 | World Martial Arts Academy | MO | 314-892-9000 |
| Sang-Kee | Paik | 026 | US Academy of TaeKwonDo | WI | 608-278-0600 |
| Sae-Jin | Hwang | 027 | Jack Hwang's TaeKwonDo | OK | 405-692-8676 |
| Steven-Soon | Shin | 028 | Shin's TaeKwonDo Academy | WA | 425-402-6900 |
| Chi-Yung | Um | 029 | Tiger Um's TaeKwonDo | IL | 773-523-1408 |
| Moon-Sung | Lee | 030 | Moon S. Lee Taekwondo Inst. | NY | 718-726-9400 |
| Hyok-Kun | Shim | 031 | Shim's Martial Arts Academy | NJ | 908-354-0068 | shimscho |
| Suk-Ki | Shin | 032 | Shin's Academy | NE | 402-3337771 |
| Hyun-Kyu | Choi | 033 | Choi's Institute of TaeKwonDo | CA | 408-238-1666 |
| Hong-Kong | Kim | 034 | Hong Kong Kim's T.K.D. | OH | 513-777-1111 |
| Sam-Jang | Kim | 035 | Master Kim's TaeKwonDo Institute, Inc. | NY | 716-342-5010 | info@mas |
| Richard-Choon | Han | 036 | Han's TaeKwonDo Academy | CA | 661-833-2625 |
| Ho-Yung | Chung | 037 | Tiger Chung's T.K.D. | MI | 810-531-3957 |
| | | | | | 518- |

USOC 00596    6/25/01

United States Taekwondo Union: Licensed Schools

**EXHIBIT** S

| | | | | | | |
|---|---|---|---|---|---|---|
| Byung-Hak | Choi | 038 | Choi's T.K.D. Academy | NY | 453-2393 | |
| Chong-Woong | Kim | 039 | Master Kim's School of Traditional TaeKwonDo | WV | 304-522-2777 | kim@mars |
| Myong-P. | Kim | 040 | U.S. TaeKwonDo College | VA | 804-777-9700 | |
| Chong-Hyon | Choi | 041 | World Taekwondo Center | MI | 810-3233303 | |
| Sang-Sop | Kil | 042 | Kil's TaeKwonDo #1 | MI | 734-454-0660 | ykil@cac |
| In-Kon | Park | 043 | International TaeKwonDo College | CA | 818-776-0258 | taemoo_2 |
| Ju-Ho | Ahn | 044 | Ahn's Martial Arts Academy, Inc. | MO | 314-842-7789 | |
| Sang-Chul | Lee | 045 | U.S. TaeKwonDo Center | CO | 719-596-0866 | |
| Kun-Yoo | Park | 046 | Park Institute of TaeKwonDo | MN | 507-288-9000 | ky2rose@ |
| Jon-Chung | Kim | 047 | Kim's TaeKwonDo | PA | 610-776-7777 | |
| Sung-Bok | Nam | 048 | TaeKwonDo Center | PA | 570-424-1254 | |
| Dong-Kie | Shin | 049 | TaeKwonDo Hwa Rang Kwan | CA | 415-409-5425 | |
| Dae-Kyu | Lee | 050 | Eastern Martial Arts Academy | NJ | 609-641-2424 | |
| Bok-Sung | Choi | 051 | Lion Choi Tae Kwon Do | MD | 410-760-3636 | |
| Hyeon-Kon | Lee | 052 | H.K. Less's Academy of TaeKwonDo | VA | 703-439-5111 | hkltkd@a |

http://www.ustu.com/licensedschools.htm

United States Taekwondo Union: Licensed Schools    **EXHIBIT S**    Page 5 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Byung-Kon | Cho | 053 | Cho's Black Belt Academy. Inc. | WI | 920-339-0911 | cbba@msn |
| Sung-Hoon | Pae | 054 | Pae's Taekwondo Academy | VA | 540-776-8533 | |
| Sun-Hee-Sup | Lee | 055 | Sun Lee TKD Institute | TX | 972-8671122 | |
| Joon-Yong | Kim | 056 | Kim's Academy of TaeKwonDo | KS | 316-686-3272 | mstrkim@ |
| Kyung-Ho | Park | 057 | World Martial Arts Institute | IL | 630-717-1313 | |
| Jong-Bo | Kim | 058 | J.B. Kim's T.K.D. Center | TX | 972-247-1944 | |
| Jin-Song | Chung | 059 | Chung's Taekwondo | TX | 972-960-9999 | jschung@ |
| Yong-Ju | Lee | 060 | Lee's Martial Arts College Inc. | AL | 256-650-5000 | |
| Jae-Hak | Lee | 061 | U.S. TaeKwonDo College | FL | 813-975-9609 | masterle |
| Jung-Kil | Kim | 062 | Lion's TaeKwonDo | IL | 847-253-1161 | |
| Jin-Yong | Shi | 063 | JYS Martial Arts | IL | 630-662-7092 | jystkd@a |
| Jin-Young | Kim | 064 | Dragon Kim's TaeKwonDo | OK | 405-341-1016 | |
| Ki-Hong | Kim | 065 | O.A.T.C. | IL | 847-480-9222 | khkim@oa |
| Joong-Kook | Nam | 066 | Monterey TKD Academy | CA | 831-646-8414 | |
| Myong-S. | NamKung Mayes | 067 | #1 U.S. TaeKwonDo Center | NC | 910-436-8782 | |
| | | | | | 805- | |

6/25/01

United States Taekwondo Union: Licensed Schools    **EXHIBIT** S    Page 6 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Yong-Sub | Shin | 068 | School | CA | 5425 | trtkd@hc |
| Ho-Won | Park | 069 | USTC | CA | 909-597-7758 | |

*Last Updated on 4/19/01*
*By RJ Sweet*



UNITED STATES TAEKWONDO UNIO
One Olympic Plaza, Suite 104C    Pho
Colorado Springs, CO 80909    Fa
Feedk

Information is proprietary property of the USTU and should not be reproduced without permission of the USTU Headquarters.

USOC 00599

Member – United States Olympic Committee



Dear Tae Kwon Do families:

January 1, 2001

Hello. My name is H. K. Lee, and I am the newly appointed USTU Chairman of Education. Also, in the past I have served as the 1978–81 Secretary General of the USTU (formerly called AAU) Potomac Valley Tae Kwon Do Association, in 1982 and 83 as the USTU (formerly called AAU) President of Virginia, in 1983 as the USTU 9th National Championship Co-ordinator and the 1989–92 USTU Vice Chairman of the National Tournament Committee etc.

We are a Tae Kwon Do Family, and although our opinions may differ, I sincerely believe that we all still love Tae Kwon Do very much and want it to be not only the most prominent sport, but the best martial art, exercise, and educational tool for our future generations. That is why I have confidence in you that you will cheerfully join me in working together for the future of Tae Kwon Do.

We desperately need to be united as one. As you know, martial arts exercise programs are starting to dominate the martial arts industry today without any philosophy or discipline training. This type of focus can promote the violent parts of Tae Kwon Do without promoting the discipline of the art.

Therefore, USTU President Sang Lee asked me to develop an educational program that requires more discipline and harmony between mind and body, but also speeds up the unification of all Tae Kwon Do practitioners and helps us continue to receive nourishment from the roots of Tae Kwon Do from the WTF headquarters at Kukkiwon and around world leading Tae Kwon Do associations of other countries.

That is why the USTU decided to offer the official and annual Instructor's and Dojang Licensing Seminar in conjunction with the Leadership and Educational Symposium. The seminar, which will be conducted by the USTU H.Q. is available to all WTF-certified (Until USTU issues official Dan certificate all rank will be determined by WTF rank certificate only) 4th Dan and higher Black Belts.

This seminar is normally held for one to two weeks at many other leading Tae Kwon Do countries. However, for your convenience, the USTU has made a special arrangement for you to have a similar experience closer to home with a curriculum designed to better fit the needs of US Tae Kwon Do dojangs.

The first seminar was held Oct. 2000 at Chicago IL. for 8th and 9th dan black belts, and was a great success, with 102 Grandmaster Instructors participating, and all hoping to return for many more similar seminars in the future.

This seminar is one of the most valuable educational experiences you will ever have as a Tae Kwon Do practitioner. The Tae Kwon Do way of life is to strive for never ending improvement by learning lessons from everything that happens in your daily life. However, you must also seek to expand your horizons with new learning experiences beyond your daily training.

I sincerely hope every Tae Kwon Do practitioner will never miss invaluable opportunities for learning and growing. That is why I strongly suggest that you do not miss this important seminar.

This seminar includes topics such as effective leadership, sports science, proper execution of basics (blocks, punches, kicks, etc.), exam requirements, sparring science, tournament rules and regulation, proper use of terminology, law, insurance, and successful dojang operation. (The detailed information is enclosed.)

After this seminar you will be more proud to be a Tae Kwon Do practitioner and more confident in giving instruction. You will feel more inspired to do your best in mastering Tae Kwon Do. I believe you will feel great joy in instructing and promoting Tae Kwon Do forever.

Make sure to join us for the seminar which follows. I look forward to seeing you in Chicago IL. on 3 /28–4/1 / 2001 for this historic event.

Thank you,

USTU Chairman of Education H.K. Lee

"Please announce this vital symposium to every dojang in your state (Even if they are not a USTU registered member yet.) and strongly encourage that every 6th dan & higher master instructor attends for their own benefit, as well as the future of Tae Kwon Do."

USOC 00600

Member – United States Olympic Committee



## 1ST USTU MASTER INSTRUCTOR'S LICENSING SEMINAR
### General Information

**1. PURPOSE AND GOAL:**

The United States Tae Kwon Do Union (USTU), which is the only national governing body among all martial arts recognized by the U.S. Olympic Committee, has decided to hold the instructor's licensing seminar in conjunction with the Leadership and Educational Seminar.

The seminar is to be conducted by the USTU. Its purpose is to unite all TaeKwonDo practitioners together as a family and provide nourishment from the root of Tae Kwon Do from the WTF H.Q. at Kukkiwon and around world leading the Tae Kwon Do associations of other countries.

Therefore, the USTU president Sang Lee has invited world leading experts to share their knowledge and goals for Tae Kwon Do. We believe that their unique insight in the areas of mental and physical training, philosophy, and especially technical excellence through the study of detailed theory and practical application will benefit all American Tae Kwon Do practitioners.

We also recognize that financial security will free Tae Kwon Do instructors to be able to better focus on promoting Tae Kwon Do. For this reason, president Sang Lee is inviting experts in Dojang promotion, management, marketing, as well as training and motivation for staff and students etc.

In addition, the seminar will work toward building leadership and expanding knowledge in such subjects as teaching methodology, physical education, sports science, emergency treatment, laws, insurance, and more.

The seminar will improve relationships among current and future Tae Kwon Do instructors who will be more successful and will enhance the quality of Tae Kwon Do instruction everywhere.

**2. ELIGIBILITY AND QUALFICATIONS:**

Grandmaster: 1. Must be a member of the USTU and registered as an eighth dan or higher black belt with Kukkiwon and the World Tae Kwon Do Federation.
2. Must earn 2000 or more credit points.

Senior Master: 1. Must be a member of the USTU and registered as a sixth dan or higher black belt with Kukkiwon and the World Tae Kwon Do Federation.
2. Must earn 1100 or more credit points.

**•••••About the Credit Points:**

1. Teaching experience credit points: – (After reaching USTU and/or Kukkiwon fourth dan or higher, instructors may earn credit points, either teaching at their master's or at their own dojang under the supervision of their master (after sixth dan black belt, supervision is not required):)
2-5yrs = 100pts;    6-11 yrs = 200pts.;    12-25 yrs = 400pts.;    26 yrs and up = 800pts.
(All 3rd dans can earn 100pts. with their masters recommendation & approval of their teaching experience).

2. Rank credit points: 3rd-4th dan=100pts., 5th dan=200pts., 6th-7th dan=400pts., 8th-9th dan=800pts.

3. Thesis credit points:
3rd-4th dan=up to 50pts,    5th dan=up to 100pts,    6th-7th dan=up to 200pts,    8th-9th dan=up to 400pts

USOC 00601

Member – United States Olympic Committee



4. Personal Interview (an oral test) credit point: – up to 200 pts.

5. C. P. R., physical therapy, oriental healing technique certification credit pts: – 200pts (1 or all)

6. All education class participants at Instructor's & dojang licensing seminar may earn 200 credit pts. (Accumulated each and every time you participate)

## 3. BENEFITS–DOJANGS:

1). Provide many different events for building better relations between accredited DoJangs

2). Press Releases from USTU HQ for your local media

3). National newspaper advertising listing you as an accredited DoJang

4). Internet access to your location as a nationally accredited DoJang through USTU website.

5). DoJang accreditation certification (when you have fulfilled DoJang & Instructors Physical/Mental Requirements)

6). Eligibility to Become Paid Regional Director, Inspector or Examiner when you reach 2000 credit points and have passed the Grandmaster Level Test.

7) When you have reached grandmaster level you will become eligible to sign official recommendation letters for participants of Master Licensing Seminar.

8). After you have passed the requirements test as a certified instructor, a certified Regional Director will provide assistance and a personal appearance for the presentation of your certificate as a media event.

## 4. TRAINING INFORMATION:

1) Date:    3/29/01 – 4/1/01(3nights 4days)
        If you need CPR certification 3/28/01 – 4/1/01(4 nights 5 days)

2) Time:    Thursday 3/29/00 1pm – Sunday 4/01/01 12pm

3) Place: Radisson Hotel Arlington Heights at 75 West Algonquin Rd., Arlington Heights, Illinois 60005

4) What you must bring: pen and pencil, dobok, warm up suit, TKD shoes.

5) Instructors: 2 to 4 Experts from outside and 6 to 8 Experts from USTU.

6) Divisions of Classes:
    by rank & by English/ Korean, the details will be announced at the door.

## 5. REGISTRATION (First 200 Registration only):

I.  Application Form (must use USTU official form) and fees should be mailed to:
    U. S. Taekwondo Union
    Executive Director Jay Warwick (C/O; USTU Chairman of Education, H.K. Lee)
    One Olympic Plaza, Suite 104C. Colorado Springs, CO 80909
    Phone:(719)578–4632    Fax:(719)578–4642

II. 3 photos 2" by 2"

III. Fees: $ 590.00, includes lunches and dinners for 3 nights, 4 days

    Education class(Non–qualified instructors may earn 200 credit points)-$490.00 includes lunches & dinners

USOC 00602

Member – United States Olympic Committee



IV.  Registration fees should be sent by money order or cashier's check made out to:
"USTU Tae Kwon Do Instructor's License seminar," (USTU I.L.S.).

V.  Application must be postmarked no later than 03 / 20 / 2001

## 6. DOCUMENTS REQUIRED:

1) Current rank certificate (WTF)–•If you don't have a WTF certificate, you must contact the chairman of USTU education committee.•

2) An Essey on Tae Kwon Do Education(At least 5 page on letter sized paper)

3) Copy of latest Instructor license(not for first time applicant)

4) Evidence of instruction (must use USTU official form)

5) Copy of CPR certificate
   (If you don't have one yet make sure to register for the special CPR seminar held 3/38/01 at same location – see details on the attached seminar schedule)

6) Copy of driver's license (show ID at entrance.)

7) Recommendation letters; 6th~7th Dan (Starting from next seminar) – 2 (two) letters from 2 (two) USTU certified 8th Dan and higher Grandmasters (In case your state doesn't have enough USTU certified 8th dans and higher, you may be able to request special permission.)

## 7.  SEMINAR AGENDA:

(If you have a certificate of qualification in any of the subjects below you may not be required to retest, but you must get approval from the chairman of education committee.)

•  M – Mandatory Training and Test (Must Participate and Answer Questions 90% Correctly )

•  S – Supplement or additional necessity Training and Test (Must Participate in 100% of Classes and 70% of Questions must be answered correctly)

1). Poomse:"Kukkiwon" (Proper performance of all Poomse, terminology and basic science etc.)–M

2). Kyurugi: (Sparring science and Sparring strategy etc.)–M

3). Exam:
   (Exam regulations, rules, philosophy of exam & roll play about the exam performance etc.)–M

4). Tournament & Referee: (Competition regulations, rules & newest referee regulations, etc.)–M

5). Instruction: (Instructor's mission, leadership & teaching methodology etc.)–M

6). Introduction of Physical Education: (Philosophy of Sports, Kinesiology (Biomechanics), Pedagogy, sports psychology. sports sociology. etc.) –M

7). Law and Insurance: (Choice of Liability Insurance and Expansion and/or new school opening procedures, Law of Can do or Can not do while giving Tae Kwon Do Instruction, etc. )–M

8). Emergency Care: C.P.R.– M.
   (Emergency treatment, safety management, sports massage, Oriental healing, etc.)–S

9). Tae Kwon Do and USTU History: TKD History, Relationship, jurisdiction, responsibility with/of USTU and/to USOC Present status of U.S.T.U. and Kukkiwon's World TKD movement.–M

10). Tae Kwon Do philosophy (why we say Tae Kwon Do is action philosophy) and custom–M

11). Future of Tae Kwon Do: Collecting opinions and ideas and discussion.–S

12). Successful DoJang Operations: Management & staffing, promotion, marketing, motivation, etc.–S

USOC 00603

Member – United States Olympic Committee

 USTU Master's and Dojang Licensing Seminar Schedule

(Wednsday 3/28/2001)

1PM-6PM    CPR certification Seminar

(Thursday 3/29/2001)

8:00am    Successful DoJang Operations–Dojang management & staffing, Classroom Procedures, Marketing, Promotion, Motivation etc.

12:00pm    Lunch (provided by USTU)

Opening ceremony (by Master of ceremony)

1. welcoming reception by the USTU president–welcome remarks, explanation of the different requirements for qualifications for this level, and introduction of all the speakers and participants.

2. The relationship & jurisdiction between the USTU & USOC along with the responsibilities to the USOC.

1:30pm    Psychology (Emphasis on children and Negotition)

3:30pm    Introduction of Physical Education (Pedagogy, Philosophy of Sports, sports sociology. etc.)

5:30pm    Sports and Health (Physical Conditioning, Weight management etc.)

7:30pm    Dinner (provided by USTU)

9:00pm    Special announcement and rest for the following day.

(Friday 3/30/2001)

8:00am    Practice and learn newest competition regulations, rules & referee signals, etc.

12:00pm    Lunch (provided by USTU)

1:30Pm    Kyurugi (Sparring science and Sparring strategy etc.)

3:30pm    Poomse "Kukkiwon" (Proper performance of all Poomse, terminology and basic science etc.)

7:30pm    Dinner (provided by USTU)

(Saturday 3/31/2001)

8:00am    Tae Kwon Do philosophy (Why we say Tae Kwon Do is action philosophy) and custom.

10:00am    Law and Insurance (Risk management, Law of Can do or Can not do while giving Tae Kwon Do Instruction, etc.)

12:00pm    Lunch (provided by USTU)

1:00pm    Exam# (Exam regulations, rules, philosophy of exam & roll play about the exam performance etc.)

4:00pm    Group study with your own and Rest

7:00pm    Dinner (provided by USTU)

(Sunday 4/1/2001)

8:00am    Tae Kwon Do and USTU History and collecting informations for the Future of Tae kwon Do

10:00am    Instruction (Instructor's mission, Modern teaching methodology and leadership etc.)

12:30pm    Lunch, and Graduation ceremony (by Master of Ceremonies)

1. Master's Oath

2. Special remarks from president of USTU

3. presentation of certificates.

3:00pm    Special accouncement, conclusion of Ceremonies and After lunch, liberal departure.

***This schedule and the above topics are subject to change without notice
***Executive Director must keep this record for future reference and documentation
(If it is necessary, We may divide in to two classes distinguished by English and Korean)

One Olympic Plaza, Suite 405
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.com

USOC 00604



Member – United States Olympic Committee



9.  TEST AND GRADUATION:
Test: All tests will be conducted by each seminar's instructors during or at the end of at their classes, either verbally or written.
Graduation Date: 4/01/2001  10AM–12PM at Hyatt Deerfield Hotel Ballroom

10.  SPECIAL GRANT:
1). All seminar participants who have successfully completed the U.S. Instructor's Licensing Seminar (the certification class) and passed all exams, USTU shall grant qualification Certificate as a Designated Instructor licence, such as senior master or grandmaster.
2). Every Seminar qualified attendee will receive a Participant's Certificate of Merit from USTU.
3). Selected participants will receive awards from President of USTU & Many other special awards.

11.  HOTEL AND AIRLINE INFORMATION:
1.  Hotel – Radisson Hotel Arlington Heights at 75 West Algonquin Rd., Arlington Heights, Il 60005
Tel: 1(800) 333-3333 or (847) 945 – 3400        Contact Person: Patricia Sweenie
*** When you register for your room identify that you are with United States Tae Kwon Do Union. and reserve your room as soon as possible. If hotel rooms are sold out, we are not able to help you stay in the same hotel.
(Shuttles available only from Chicago O' Hare International Airport call Hotel for more information.)
2.  Airline – United Airline

12. For more information:
Executive Director Jay Warwick          phone:(719)578-4632    Fax:(719)578-4642
Chairman of Education, Grandmaster H.K. Lee   phone:(703)437-5111  Fax:(703)437-6143

"Requirements for dojang operation"
1. At least one master at the dojang must be certified from the USTU and present at the dojang at all times.
2. Dojang must not be located in such an environment that can be dangerous to or badly influence our youth.
3. Structure of the building itself must not be hazardous to Tae Kwon Do training.
4. During class, instructors or masters must follow the safety regulations established by the USTU and/or WTF.
5. Basic required equipment needed for Tae Kwon Do training must be available at the dojang.
6. The size of the dojang must be adequate for the number of students.
7. First aid equipment and someone certified in CPR must be available at the location.
8. All instructors must set a good example for others both mentally and physically.
9. All educational programs must not break any Constitutional rights and must follow the USTU and/or WTF rules and regulation, etc.

***All above articles are qualifications for dojang operation and must be carefully inspected before giving permission to operate a dojang. The purpose of inspection is to help potential dojang owners meet all requirements and establish a respectable and trustworthy dojang.

USOC 00605

Member – United States Olympic Committee



안 내 문

2001년 1월 1일

수신: USTU Board of Governors 와 국기원 6단 이상 자 전원
발신: USTU 교육 분과 위원장 이현곤
제목: 6단 이상 자 면허증 세미나 안내 및 육법 지원요청

　　동봉하는 세미나 안내서를 참조하시고 이번에는 장소 관계상 선착순 200명만을 우선하여 면허 교육을 실시하기로 하였사오니 빠른 시일 내에 등록을 필하여 교육이 뒤로 미루어지고 계획에 차질이 오는 불편을 격음은 물론 추후에 불이익 또한 당하는 일이 없으시기 바랍니다

　　하옵고 번거러우시겠사오나 주위에 6단 이상 인분들중 연락을 받지 못하신 분들을 알고계시면 모두에게 연락을 주시여 한 분도 빠짐없이 교육에 참여하셔서 면허증을 받을 수 있도록 해주는 배려와 협조 가 있으시길 바랍니다

감사합니다! 세미나 장소에서 뵙겠습니다

참조: 1. 세미나 안내문 2부( 영문과 한글)
　　　2. 세미나 예정 시간표 2부( 영문과 한글)
　　　3. 교육분과 위원장 편지 2부( 영문과 한글)
　　　4. 세미나 등록원서 1부
　　　5. 지도자 경력 증명서 1부

USTU 교육 분과 위원장 이현곤

One Olympic Plaza, Suite 405
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.com

USOC 00606



Member – United States Olympic Committee



## 태권도 가족 여러분! 안녕하십니까?

저는 약 25년전 태권도 사범으로 이곳 워싱톤 DC의 근로로 이민 와서 태권도 사범이 저의 천직이다 라고 생각하며 지금껏 열심히 태권도만을 지도하며 생활하고 있는 이현군 사범입니다. USTU 에는 1978년도 Potomac Valley Association에서 사무총장으로 시작하여 82~83년도 버지니아 협회장 89~93년도 National 경기분과 부위원장 등을 역임 한 바도 있습니다.

작년 5월 인 USTU 회장이신 이상철 사범 님께서 태권도가 다른 Martial Arts Exercise program에 위협을 당하는 동 현재 NJ주를 비롯 많은 주 에서 정부 태권도인들을 무시하는 것 등 주·가락의 등 타 무도 Instructor 들이 주축이 되어 각종 무도 사범 자격증과 도장 license 제도를 만들겠다고 하며, 정통 태권도인이 아니더라도 영어만 잘하면 쉽게 지도자 자격증을 받을 수 있는 법안을 기안낼 주 의회에 상정해서 심의를 받고있다는 조식을접하고, 활급하게 서둘러 입시방편으로 수습을 해온일도 있습니다.

이러 하다가는 이곳 미국에서도 머지않아 정통 태권도 인들이 태권도의 문의인을 한 데 저버리 통제를 당하는 물론 선배의 어려움이 속수 무책으로 타처에 의해 걸릴 끝에 마다니며 태권도 회 존재야가 흐려동기 하는 상황이 순간에 찾아 올 것 같은 위급합과, 태권도 발전에 필수 불가결인 선도 사범 님들의 공부한 경험과 무게이 보상겠겠이 무시당하고, 처장할 정도로 미령을 받을 수 있는 부끄럽기 짝이 없는 상황이 현실로 찾아올 것 같은 걱정이 생겨 껍질을 다 섭어며 노심 초사 했다고 하며 어려움이 닥칠 줄 앞지만 배우 주요한 사안이고 피할 수 없는 현실이니 안을 사망반지 말고 교수분과 위원장의 보지를 맡아 태권도의 장래를 위해 공헌해 주기를 바란다는 부탁 말씀이 있었습니다.

아무튼 무족한 저의 능력을 높이 평가 해주심에 대해 감사를 드리면서도 겸손 제가 갖고 있던 USTU의 집행부에 대한 부정적인 생각 때문에 안다시고 거절 할 까도 생각 해 보았었읍니다.

그러나 현실을 직시해 볼 때 더 이상 모두가 방관만 하고 있다가는 우리 전체 태권도인들(특히 원로이 끝)의 위치가 쑤락해 곤두박걸치구나 하는 위기감이 생겨 보광 것 없는 능력이지만 저라도 누력을 보태야 될 때가 아닌가 싶어 모든 겸손을 다바쳐 노력으로 일조 해 보겠다는 순수한 마음의 피도로 사명감을 갖고 흔째히 승낙하였습니다.

그리고는 지난 10월7일부 8일 양일간 Deerfield IL에서 미국에서는 처음으로 8-9단 고단자들의 세미나을 개최하여 102명이라는 상상을 초월한 고단자들의 참여로 성황리에 마쳤습니다.

이날은 감격의 연속 이었습니다 상하의 격차를 마지지 않고 과의 없이 진지한 자세로 교육을 받던 모습들하며 수 십년만에 극적으로 만나서들인지 서로를 얼싸안고 저단들끼를 돕이려 모든 등 박을 세우며 정을 나누는 모습들, 태권도의 장례를 서로 염려하고 모든 태권도 인들이 이정게 모여서 화기 애애하고 화목한 분위기 속에서 깊은 줄 후에 태권도 인들에게 꿈고푼 나눠갖겠하며 태권도 발전에 일익을 담당하며 할 수 있도록 하게 하자는 중종, 또 너무나 감동적이었습니다.

친애하는 사범 님 그리고 관장님!

우리들은 서로의 경험과 현격한 성격의 차이 후히 현실을 보는 시각의 차이 때문에 태권도 교육 및 보급 발전은 이렇게 되어야 된다라고 상반된 주장을 할 때가 있습니다 그러나 우리들의 태권도 사망반은 한치도 차이가 없다 라고 저는 믿고 있습니다. 그러기 때문에 오른 일선 지도자들로에게는 피할 수 없는 현실을 실망하며 사명감을 갖고 흔째히 저와 동참하여주시어 앞장서서 어려를 맞대고 태권도가 이 사회에서 가장 인정을 갖는 무도, 우리 후세들을 위한 가장 훌륭한 인성 교육의 도구, 가장 훌륭한 Exercise 프로그램, 가장 인기가 높은 Sports로써 자리 매김을 갖 수 있도록 노력 해 주실 것이며.

또한 존경 과 흉망을 함께 받으며 이 사회에서 절대적으로 필요로 하는 훌륭한 교육시설으로 성장하게 갈 수 있도록 태권도의 장례를 위해서 전 꾸 꾸 퓌두실 것이라 믿어 의심치 않으니다

아무튼 피할 수 없는 현실 속에서 이렇게 하면 조금이라도 태권도의 취계질서를 유지하며 태권도의 맥전대계를 이룩해낼 수 있을까 하고 노심 초사 하시는 이상철 회장님의 가장하고 깊은 뜻을 깊이하시고.

선로 사범 님들께서는 우리의 태권도가 잘못된 방향으로 흐르로 있는 것을 좌시하지 마시고. 앞장서서 튼튼한 방벽이 되어 우리 같은 엘리토 사범 님들에게는 태권도의 오류이 있게하거 천로 및 선배 사범 님들에게 일선에서 헌신을 다하여 전력 꾸꾸 하시며 태권도를 발전시켜 오겠으며, 후배들이 그 분들의 우경훈을 입어 연경 효외호식하고 있음을절코 잊지 말고 선배들을 잘 모시면서 태권도의 영원한 발전과 영구를 위해서 성심 성의껏 노력해주실 것을 당부 드립니다.

그럼 여러분들의 가정 가정에 광신과 행복이 항시 할게 하시며 하시는 도장시의 무궁한 발전과 지도편달을 바라고도 3월 28일부터 4일간 까지 치러저는 교육연수에 직접 만나 뵙고 인사드릴 수 있는 영광이 있기를 기대하면서 일초 여기서 이만 갈 하겠습니다.

2001년 1월 1일  
USTU 교육분과 위원장 이 현 군 드림

"PS" 주위에 6단 이상 저물로써 연락을 받지 못하신 분들을 알고 계시던 저에게 연락을 부탁 드립니다 저 전화 번호는  
(703)437-5111, Fax(703)437-6143, E-mail hkleehod@aol.com 감사합니다.

USOC 00607

Member – United States Olympic Committee



## USTU 주최 제 2회 태권도 지도자 면허교육

### 1. 목적 및 취지

　　　　본 USTU에서는 1978년도 이곳 미국 국회에서 통과된 법안 Olympic and Amateur Sports Act 와 미국 올림픽 위원회(USOC) 헌장에 의거하여 미국을 대표하는 NGB로써 마땅히 지켜야할 본분도 지키고 태권도 인들의 권위와 권익은 물론 미국내의 태권도 지도자와 지도자들의 위계질서를 확립시키며 창구의 일원화를 추구하여 태권도의 이든 및 실기(품새, 경기, 심판) 등을 통일시키고, 이곳 미국의 현실에 맞는 도장 운영방법 (Marketing, Promotion, Management, 교용인 및 학생들의 Motivation 등)을 습득하게 해주는 등 수련 생들을 지도하는데 꼭히 알아야 할 제반사항 (보험 및 법적인 문제, 이곳 사회에 맞는 지도자론, 척육 교육학, 신체 및 심리학, 운동생리학 및 운동상해 및 구급법 등)을 인지도와 형성이 높은 전문인들을 초빙하여 과학적이고 체계적인 교육 및 경영 방법을 습득하게 하여 태권도는 물론 자기 발전을 도모하는데 촉진제가 되게 하고, 태권도 사범들의 위상을 높이게 함은 물론 태권도인들의 위계질서의 초석을 튼튼하게 다져 가는데 목표를 두었으며, 또한 뜻 있는 태권도 인들이 한자리에 모여 진솔한 마음으로 태권도가 영원히 끊임없이 발전할 수 있도록 허심 탄회하게 토론하는 보람된 만남의 장소가 되게끔 하는데 취지가 있음.

### 2. 모집요강

　　1) 모집인원 – 선착순 200명
　　　　1. 심사관 및 관리 감독관 – USTU 가 인정하며 결격 사유가 없는 8~9단 자
　　　　2. USTU 가 인정하며 결격 사유가 없는 6~7단 인자
　　　　　(동일 장소에서 한국어와 영어반 및 현 단별로 나누어 교육 할 수 있음)

<u>…지금까지 국기원 단증을 정기적으로 이수치 못하신 분들을 위하여 본 USTU에서는 단 심사 제도를 신설하여 그 문등의 대외적인 인지도, 경력 등과 관 단증을 근거로 하여 결격 사유가 없는 한 USTU 단증으로 교체해 드린 다음 세미나에 참석할 수 있도록 하는 방법과, 그후 국기원 단 또한 상신 해 드릴 수 있나 을 신중히 연구 검토하고 있습니다.</u>

　　2) 응시자격 – 1. Grandmaster – 현 USTU 회원이며, 국기원 8단 이상으로 Credit 포인트가
　　　　　　　　　　　　　2000점 이상이고, 전형 요강에 결격 사유가 없는 자
　　　　　　　　　　2. Senior Master – 현 USTU 회원이며, 국기원 6단 이상으로 Credit프인트가
　　　　　　　　　　　　　1100점 이상이고, 전형 요강에 결격 사유가 없는 자

### … Credit 포인트 세부내역

　　1. 4단 이상 자로써 도장운영 및 지도경력 Credit 포인트 기준(사범도장 / 또는 본인 도장)
　　　2년~5년=100pts. 　6년에서~11년까지= 200pts. 　12년에서~25년까지= 400pts. 　26년이상= 800pts.
　　　(3단도 처음부터 5년이상 직접 지도한 사범이 특별 추천하면 지도경력 100pts.를 얻을 수 있다)
　　2. 현단 기준의 Credit 포인트– 3~4단= 100pts. 　5단= 200pts. 　6~7단= 400pts. 　8~9단= 800pts.
　　3. 논문 Credit 포인트– 3~4단=50pts. 만점. 　5단= 100pts. 만점. 　6~7단= 200pts. 만점. 　8~9단= 400pts. 만점
　　4. 면접 Credit 포인트 – 200pts. 만점.
　　5. C. P. R. 또는 접골 및 동양의술 자격증 Credit 포인트– 200pts.
　　6. 정규 세미나 수료 Credit 포인트 = 200pts.(매회 포인트가 가산됨)

### 3. 혜택

　　1. 기타 자격을 갖춘 Licensed 도장과의 유대 관계가 돈독하게 맺어 질 수 있도록 각종 이벤트를 만들어준다
　　2. USTU 본부로부터 각종 미디어에 기사 화할 수 있는 기사 물을 준비해 준다.
　　3. 전국을 커버하는 신문에 면허기준에 합격하였고, 추천하는 Licensed 도장으로 리스트 하여 광고해 준다.
　　4. 도장 규격 규정에 합격하고, 사범 연허증을 이수 받은 자가 직접 지도하는 도장은 USTU 웹싸이트에 자격을 갖춘 Licensed 도장이며, 추천하는 도장으로 광고해 준다.
　　5. 도장 규격 규정에 합격하고, 사범 연허증 을 이수 받은 자가 직접 지도하는 도장은 자격기준에 합격한 도장으로 특급 License를 이수해 준다.
　　6. Grandmaster 연허를 얻게 되면 지역 시험관으로 임명될 수 있고 시험관으로 참여 할 때마다 일정한 일당을 지급 받는다.

USOC 00608

Member – United States Olympic Committee



7. Grandmaster 면허를 얻게 되면 지역에서 도장 및 사범들의 자격을 심사할 수 있고 사범 교육에 참여할 수 있는 추천장을 써줄 수 있는 자격을 얻는다.

8. 사범 면허증을 수여할 때는 USTU에서 임명한 Grandmaster 연허 소지자가 수혜자 도장에 직접 가서 미디어들을 불러 놓고 엄숙하게 면허증을 수여하는 Ceremony를 도와준다.

## 4. 원서 교부 및 접수(USTU)

1) 원서 접수(선착순 200명): U. S. Taekwondo Union
   Executive Director Jay Warwick (C/O: USTU Chairman of Education, H.K. Lee)
   One Olympic Plaza, Suite 104C. Colorado Springs, CO 80909    Phone:(719)578-4632    Fax:(719)578-4642

2) 접수 마감: 2001년 03월20일 이전의 우체국 소인이 있어야 함

3) 교육 등록 비; $ 590.00 ( 3박 4일 중, 석식 제공, License fee 포함)
   $ 490.00 (자격증 과 무관하며 교육만 받고자 하는 자의 수강료)
   (등록 비는 money order 나 Cashier's check에 한하여 USTU Master's Licensing seminar 로 제출)

## 5. 제출서류

1) 단증 사본 1부                          2) 지도자 경력 증명서 1부(USTU 소정양식 )
3) 지원서 1통 (USTU 소정양식)            4) 사범 면허증 사본 (이번에는 해당 없음)
5) 논문(제목 은 태권도 교육과 관계되는 한 자유선택 - 400자 참고지 5매 이상)    6) 명함판사진(2x2) - 3매
7) CPR 자격증 사본 1부(면허증 이수를 위해서는 필히 갖추어야 되는 자격증이기 때문에 아직 까지 자격증을 받지 못하신 분들의 번거로움을 덜어들이기 위하여 동년 3월28일 동일장소에서 CPR 자격증 교육을 한국어 와 영어만으로 구분하여 준비하였음을 알려 드리오니 이 기회를 이용하시기 바랍니다)
8) 해당 추천서(다음 교육부터 실시함) 6-7단(USTU에서 인정하는 8단 이상인자 2명의 추천서 1부씩 합계 2부--USTU 소정양식) "단" 본인이 소관 되어있는 State 의 USTU가 인정하는 8단 이상 소유자가 상주하지 않고 있다 거나 부족할 시는 추천서 숫자를 줄일 수 있으나 필히 State 회장 추천서와 이유 서를 첨부해서 허가 받아야 한다
9) 운전 면허증 사본(운전 면허증 원본은 당일 현장에 필히 지참하여 사본과 대조해야 함)

## 6. 교육에 관한 사항

1) 장소: 시카고 Radisson Hotel Arlington Heights, Illinois 소재 교육장( Hotel 안내문 참조)
2) 교육기간: 2001년 3월29일(목)-4월1일(일)-3박 4일간 (세부 스케줄은 별첨하는 세미나 스케줄 참조 바람)
   CPR 자격증이 없는 분들은 3월28일(수)부터 4박 5일간이용 주지해주시기 바랍니다
3) 합격자 발표: 수료회장에서 면허증 신청여부와 시험결과에 따라 자격을 발표하고 동시에 해당 자격증을 수여함
4) 강사: 초빙 강사 3-4명 USTU 내 전문인 강사 5-6명

## 7. 교육과목 -"일반 교육과정은 USTU 가 인정할 수 있는 교육 기관에서 교육을 수료함으로써 Credit 포인트를 주어 자격을 인정받게 할 수 있다"

1) 품새 (강사-국기원)-태극-전 유단자 품세 및 기본동작 용어 해설-3.5시간
2) 겨루기 (강사-USTU)-겨루기 전술 훈련-2시간
3) 심사 (강사-USTU)-심사규정 설명 및 Roll Play (Work shop) - 3.5시간
4) 경기 및 심판 (강사-USTU)-경기규칙 및 심판규정 - 4시간
5) 지도자론 (강사-현지전문인)-지도자의 역할과 사명, 지도법 특강- 2시간
6) 건강 운동학(강사-현지전문인), 체육교육(강사-현지전문인), 스포츠(아동)심리학(강사-현지전문인), 스포츠 사회학(강사-현지전문인)-태권도가 미국사회에 미치는 영향 - 총 7시간
7) 법률 및 보험상식 (강사-현지 전문 변호사 및 보험인)-2시간
8) 태권도사(강사-USTU) -태권도발전사, 국기원 및 전세계 태권도 동향 및 USOC 와의 관계, U.S.T.U 역사-1시간
10) 태권도 철학(강사-USTU)-의 태권도 가 형성철학만가 및 제안 수렴-2시간
***** 강의+필기시험+실기시험 = 27시간 + 개강식(1시간) + 서약식 및 수료식 (2시간) = 총 30시간 (정규 License 세미나)
***** 운동상해 및 구급법 (강사-현지전문인)-C.P.R.(자격증 필수), 스포츠 마사지, 동상 의술 등등. - 최소 4시간
***** 도장 경영론 (강사-현지 전문인)-Marketing, Promotion, Management, 고용인 교육법 등-4시간

USOC 00609

Member – United States Olympic Committee



8. 교육을 위한 반 편성
   2개반 (영어반 과 한국어반) 이상으로 나누어 등록 인원 수 에 따라 세분 하여 담일 개강식장에서 발표함
   (필요에 따라 현단을 가준 하여 세분활수도 있음)

9. 전형방법: 1) 필기 시험 - 교관이 주관 한다 (USTU 가 인정할 수 있는 교육 기관에서 교육을 수료하고 자격 을
   받음으로써 credit를 주어 자격 시험을 먼저받게 할 수 있다)
   A. 건강 운동학,      B. 체육교육학,      C. 사회 체육(태권도가 미국사회에 미치는 영향)
   D. 체육(아동) 심리학      E. 태권도 역사      F. 태권도 철학      G. 태권도 기본용어      H. C.P.R
   2) 실기 시험(수강 태도와 기의 정확도를 근거로 증강과 아울러 교관이 직접 합격여부를 발표한다)
   A. 품세(태극1장~일여)      B. 겨루기-기본 발차기 의 공방전술
   C. 심판 자격 시험      D. 지도자 자세 및 심사관 자격 시험      E. C.P.R

9. 수료식 및 만찬:
   1) 수료식 만찬에서는 전체 면허 교육 수료자들에게 서약 식을 거쳐 지도자 면허교육 수료증 및 시험 결과와 자격증
   신청 여부에 따라 하기와 같른 구분으로 USTU 사범 면허증을 수여함.
   Grandmaster – 8 & 9 Dan,      Senior Master – 6 & 7 Dan,
   2) 본 교육 우수 수료자에게는 및 U. S. T. U. 회장표창 및 다양한 시상이 있음

10. 기타
    1) 준비물: A. 필기 도구,   B. 실내화,   C. 도복,   D. 트레이닝 복
    2) 문의 처: USTU. 본부-Executive Director Jay Warwick   (719) 578-4632,   fax: (719)578-4642
       USTU Chairman of Education, H.K. Lee      (703) 437-5111,   Fax (703)437-6143

11. Hotel 및 항공사 안내
    A. Hotel(자비): Radisson Hotel Arlington Heights at 75 West Algonquin Rd., Arlington Heights, Illinois 60005
       전화번호: 1(800) 333-3333 혹은 (847) 945 – 3400            예약 문의: Patricia Sweenie
              $ 79.00/night (2인 1실 또는 독실 )   Standard Rate are original $138.00
    **** 호텔 예약을 늦게하여 방을 못구시면 저희들이 다른 방법을 찾아드릴수 없을지 모릅니다
    **** 시카고 O' Hare 국제 공항에서 셔틀 버스가 운행되니 호텔 예약시 정확한 운행 시간을 호텔쪽에 문의하여
         하오로 불편을 격는 일이 없으시기 바랍니다.
    B. 추천 항공사(항공료 자비): United (USTU 지정 항공사임.)

***** 도장 시설 합격 기준

1. 최소한 1명의 사범이 USTU로부터 면허증을 받아야 하며, 항시 상주하고 있어야 한다
2. 도장의 위치는 청소년 교육에 지장이 없는 지역 이어야한다
3. 현 도장 위치와 시설은 수련상 안전에 문제가 없어야 한다
4. 수련 중 안전수칙을 이행하고 있으며, USTU 및 WTF의 수련 수칙을 준수해야 한다
5. 기본 운동 시설물의 부착여부 및 필수 도구들이 준비되어 있어야 한다
6. 학생 수에 알맞은 도장의 규격을 갖고 있어야 한다
7. 위생 시설은 격추어 놓아야 하며 CPR 자격증 소지자가 항시 상주 해야한다
8. 사범들의 품행이 방정하고 지도자로서의 자질을 갖추고 있어야 한다
9. 기타 실행되고 있는 교육 내용이나 방법이 미국법과 USTU 규정에 어긋남이 없어야 한다.
   기타 등등 · · · ·

   상기의 사항에 해당되는 내용은 확인 · 검토하여 지정 사항을 지시하거나 합격 여부의 결정 요소로 활용된다.

***** 사범 면허 시험 합격기준: 세미나 내용 참조

USOC 00610

Member – United States Olympic Committee

 USTU 사범 License
세미나 진행순서

3/28/2001 (수요일):
    1PM~6PM    CPR 자격증 교육 및 시험-식사 각자 해결
3/29/2001 (목요일):
    8:00 AM – 도장 경영론 강의 및 Roll Play (Work Shop) – Marketing, Promotion, Management, 고용인 교육법 등등.
    12:00 PM – 점심(USTU 제공).
        1. 개회사(사회자)
        2. 국민의례
        3. USTU 회장 인사(미국에 있는 태권도 고 단자들에게 드리는 부탁말씀 과 이번 세미나가 갖고 있는 의미 그리고 고 단자들을 위한 포부와 장례 계획.
        4. USOC와의 관계, USTU 및 우리 태권도 인들이 지켜야할 임무 및 과제
        5. 상견례
    1:30 PM – 체육 교육학 과 스포츠 사회학
    3:30 PM – 심리학 (아동심리 및 협상 심리)
    5:30 PM – 건강 운동학
    7:30 PM – 만찬(USTU 제공)
    9:00 PM – 폐회
3/30/2001(금요일)
    8:00 AM – 현행 심판 규정 중 특별히 유념 해야할 내규 설명 및 실기 보수 교육
    12:00 PM – 점심(USTU 제공)
    1:30 PM – 겨루기 지도 이론 및 실기 전술 훈련
    3:30 PM – 품세 실기 및 기본 동작 용어해설(초빙 강사)
    7:30 PM – 저녁 식사 (USTU 제공)
3/31/2001(토요일)
    8:00 AM – 미국에서의 도장운영에 관한 제반 법규(특히 사고 처리 방법) 및 보험 상
    10:00 AM – 태권도 철학 및 제언 수렴
    12:00 PM – 점심(USTU 제공)
    1:00 PM – 심사규정 설명 및 심사방법 Roll Play (Work Shop)
    4:00 PM – 휴식 및 소 그룹으로 짝을 지어 지금까지 배운 것을 복습 한다(자유 선택)
    7:00 PM – 저녁 식사 (USTU 제공)
4/01/2001(일요일)
    8:00 AM – 지도자론(지도자의 역할과 사명, 근대 지도법)
    10:00 AM – 태권도 및 USTU 역사
    12:30 PM – 점심(USTU제공) 및 수료식
        1. 서약 식(면접을 대신함)
        2. USTU 회장의 당부 말씀
        3. 수료증 및 면허증(USTU) 증정
    3:00 PM – 공지사항 전달, 폐회후 개별 위향

One Olympic Plaza, Suite 405
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.com

"사무 국장은 모든 기록을 차기 교육에 자료로 쓸 수 있도록 준비하고 철저하게 보관한다."

(***모든 교육은 상황에 따라 영어반 과 한국어 반으로 나눌 수 있으며 상기 스케쥴과 교육 과목은 연락 없이 상황 조정 될 수 도 있음)

USOC 00611

Member – United States Olympic Committee



# USTU Application for Master Instructor Licensing Seminar

## (사범 면허교육 참가 지원서)

Date of this seminar:_____

Name:_____Gender: M F Date of Birth:_____

Name of Dojang:_____

Dojang Address:_____

Phone Number: Dojang_____ Home:_____

Fax:_____ E-Mail Address:_____

Incase of emergency, Name:_____ Phone:_____

Current Dan:____Dan Number:_____ Date of Promotion:__/__/__

USTU Club Number:_____Member Since:_____USTU Registration Number:_____

Name of Supervisor(Grand Master):_(not at this time)_USTU License #_(not at this time)_

Fee: $590.00(License course), $490.00(Non-certification course)

(Application and fee due must be postmarked no later than 3/20/2001)

(등록 비와 지원서는 2001년 3월20일자 우체국 소인이 찍혀야 유효함)

    I would like to humbly request to attend the US Tae Kwon Do Dojang Licensing and Master Instructor's Certification Seminar held by the United States Tae Kwon Do Union. I (영문 성함) sincerely promise to be loyal to Tae Kwon Do and the USTU, to bring only honor and respect to Tae Kwon Do and the USTU, to be fair and impartial to all Tae Kwon Do Do Jangs, Instructors, and students, and to do my best to be responsible and to fulfill my duties successfully as a Tae Kwon Do instructor. Therefore, I have enclosed the necessary documents, photos, and fees. Please accept my application with your confidence.

    I hereby release, discharge and wave any and all responsibility of the Seminar Organizing Committee, Instructors, and members from and against liability for any injury, including death, and for damage to or loss of property which may be suffered by myself arising out of, or in any way resulting from or attributable in whole or in part to my traveling to, training for, being coached in, using any sports equipment, or participating in the USTU Master Instructor License Seminar.

Applicant's Signature:_____ Date:_____

Total credit points I earned: 1)____+2)____+3)____+4)____+5)____=Total_____Pts.

Witness name(Print):_____ Signature:_____

### (Witness must be State President or Licensed Grandmaster from USTU)

### To USTU Chairman of Education and Certification Committee

(ESOC USE ONLY: Approved by:_____ License #:_____ Issue Date:____)

USOC 00612

Member – United States Olympic Committee



# Tae Kwon Do Instructor's
# Career Record and Evidence
## (태권도 지도자 경력 증명서)

Date of this seminar:_____

Name:_____ Date of Birth:_____ Gender: M  F
Address:_____ Home Phone:_____
Dojang Name:_____Dojang Phone/Fax:_____/_____
Dojang Address:_____ Dojang E- mail:_____
Current Dan:_____Dan Number:_____ Date Promotion:_____/_____/_____
USTU Club Number:_____Member Since:_____USTU Registration Number:_____
Name of Supervisor(Grand Master):(not at this time) USTU License #:(not at this time)

Tae Kwon Do Teaching Record(지도 경력):
From:____/___/___ To:____/___/___ Location:_____
From:____/___/___ To:____/___/___ Location:_____
From:____/___/___ To:____/___/___ Location:_____
From:____/___/___ To:____/___/___ Location:_____

Other Experience (include refereeing)–기타 경력 심판 포함:
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____
From:____/___/___To:____/___/___ Notes:_____

Applicant's Signature:_____ Date:_____

## To USTU Chairman of Education and Certification Committee
(If you need more space please use other side. thank you!)
(지면이 더 필요하면 이면을 이용하시 바랍니다)

**USOC 00613**

Member – United States Olympic Committee

 # A written oath for the USTU Masters' Licensing Ceremony

Name:_____
Date of birth:_____Gender:_____
Address:_____
_____

register my USTU club annually and my own individual membership.

USOC 00614

**USTU Instructor Licensing Program**

*2001 ANNUAL meeting*

During the first series of Seminars, 131 Instructors applied to attend the USTU Instructor Licensing Program.

- ◆ 72 Grand Masters — *All Korean*
- ◆ 46 Senior Masters
- ◆ 13 Masters

The following recommendations and modifications have been made to the Division of Education, Certification and Standard Affairs for the Instructor Licensing Program in 2002.

**Recommendations/Modifications:**

- ◆ Instructor Licensing Seminars to be conducted quarterly
- ◆ Instructor Licensing Seminars to be held regionally
- ◆ Each Seminar will include an opportunity for all levels to participate i.e. 4th & 5th Dan, 6th & 7th Dan and 8th & 9th Dan Instructors

**Tentative Schedule and Locations for 2002:**

- ◆ February         Los Angeles, CA
- ◆ May              New York, NY
- ◆ July             Colorado Spring, CO (OTC)
- ◆ October          Dallas, TX

The USTU would like to take this opportunity to express our gratitude to the Seminar Presenters and Volunteer Leadership. These individuals have contributed their time and knowledge to continually improve the educational content as well as the organization of the Instructor Licensing Program.

USOC 00615