# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 6

USTU Mid-Year Meeting

Held June 24, 2001

USOC 00616

<u>The USTU Board of Governors' Meeting
took place on June 24, 2001
at the Sheraton Hotel in Colorado Springs, Colorado.</u>

*This BOG Meeting was opened and began without a roll call of delegates.*

A. Chairperson of the Women's Program Affairs

The USTU Women's Committee (see Article X, Section, the Bylaws; it must be the Division of Women's Program Affairs) had met prior to the BOG Meeting (?) and duly elected as its Chairperson, Ms. Anne Chase, Esq. Upon hearing during the BOG Meeting that Ms. Chase had been elected, President Sang Chul Lee challenged the legality of the election and said that Ms. Chase did not have the right to a seat on the Executive Committee. It was then suggested that she be appointed interim chair of the Women's Program Affairs, but it was pointed out that the bylaws do not allow that chairperson to be appointed. *(Can you remember who suggested and who pointed out this stuff?)* — NO

At that point Ms. Lynnette Love, USTU Vice-President and former Chairperson of the Division of Women's Program Affairs, suggested that she should hold the positions of both Women's Program Affairs Chairperson and USTU Vice-President, thereby having 2 votes. The members of the Executive Committee approved of the idea, but other BOG members disapproved. Upon another reading of the bylaws, it was decided that the Women's Committee Chairperson did not have to necessarily be the Executive Committee member, and finally *Ms. Elizabeth Evans was appointed the Women's Committee delegate.* *(I don't know if she was appointed, but it sounds like it. Check this out.)*

B. Treasurer's Report

During the Treasurer's Report, the USTU stated that it had $200,000 in the bank and owed $50,000. They also discussed plans to purchase property at a cost of $600,000 for a USTU training camp. They had originally planned on bidding $800,000 for 21 acres but discovered that the parcel in question was only 13 acres, so they were submitting a lower bid. The Treasurer's Report was accepted with little further discussion. Shortly thereafter, USTU President Sang Lee introduced John Holloway, former USTU AAC Chair and former Vice President, who had just arrived. Mr. Holloway then asked to return to discussion of the Treasurer's Report, since to his surprise no one had asked any questions about it, and he had many questions. He was told that it would not be possible, but he insisted several times, until the Law and Legislation Chair Mark Bryant, Esq. said that they could entertain a motion to reopen discussion of the Treasurer's Report. After they counted how many people were eligible to vote, they stated that 35 votes were needed to reopen the report. They took the vote by a show of hands and counted 35 votes but then started challenging the eligibility of the

USOC 00617

Page 2, 2001 Midyear BOG Meeting

voters and decided that Ohio could only have one vote instead of 2, defeating the motion by one vote.[1]

President Sang Chul Lee then said that he would address any questions about the Treasurer's Report, saying that they had nothing to hide. However, he refused to take any questions from Mr. Holloway. Ms. Rhonda Sweet, President of the Oklahoma State Taekwondo Association, asked whether the BOG would receive a full Treasurer's Report for the year 2000, since there was a 2-month reporting gap between the last Treasurer's Report and the most recent one just given. They responded that the audited Treasurer's Report would be finished soon, and copies would be distributed. The next question was from Olympian Juan Moreno who asked why the USTU spent $69,000 for the U.S. Open. They responded that the money was used for exchange programs with China. Then discussion of the budget was closed.

### C. Report of Division of Educational Affairs

Mr. Holloway, who is Chair of the Division of Educational Affairs, then asked to give his committee's report. There was some hesitation on the part of President Lee, but Mr. Holloway was finally allowed to give his report. At this time, Mr. Holloway asked the following questions: 1) Why he, as Chair of the Division of Educational Affairs had just learned that the USTU had hired a new employee who was not a U.S. citizen at a salary of between $40,000 to $60,000 per year, and that he was not informed of what the new employee would be doing even though this employee's title was to be Director of Education; 2) Why the USTU History Book project had not been completed; 3) Was there a conflict of interest when a USTU vice-president holds a salaried position in the USTU; 4) Why was the USTU instituting a licensing program with a $100,000 budget taken from USTU funds, and the BOG had not even discussed or voted on the program; 5) Why did members of the BOG not question USTU policies but rather accept whatever they were 'spoonfed' by the USTU leadership (Exact word used?), and 6) How would it look if information about the way this BOG is run were leaked to the media?

President Lee then asked USTU Executive Director Jay Warwick to answer some of Mr. Holloway's questions. Mr. Warwick stood up and said that he had hired the new employee and other office staff positions by himself without the approval of the USTU leadership. Mr. Holloway asked what the Director of Education's salary was to be and whether it included incentives. Mr. Warwick replied that the base salary was $40,000, and it did have incentives tied to performance. President Lee then stepped in and said the licensing program was passed in 1989, and that they had tried before to institute it, and now they were starting again. He said that the money was budgeted, because it was

---

[1] You might want to go through the budget and get some testimony if possible about the referee money they said they collected (about $300) when Sweet says she herself sent in $1500 for Oklahoma. She was told that 8 states never sent in their referee seminar money at all. Also, she says that the USTU is $250,000 in debt, while they say they're in the best shape ever.

USOC 00618

Page 3, 2001 Midyear BOG Meeting

expected to bring in twice the amount taken from the budget for the program; He added that the Executive Committee had voted to approve it.

*[handwritten margin notes: "insert", "First One", "then Second One"]*

At this point, the AAC Chair, Sammy Pejo, stood up and stated that he had not been consulted about the budget nor had he been informed about the program prior to receiving information in the mail. *(Is this accurate? Please rewrite, if not.)* Next, Juan Moreno, AAC Liaison to the USOC, stood up as well and stated that President Lee had violated AAC rights, whereupon the entire USTU AAC walked out of the meeting. Ms. Anne Chase, Esq. then called a point of order to say that any further business conducted would not be valid, since the athletes were not present. Law and Legislation Committee Chair Mark Bryant, Esq. said, "Duly noted", adding that the meeting could continue without the AAC, since they voluntarily walked out.

### D. Proposed Amendments to the USTU Bylaws

The next item on the agenda was a proposal to: (1) increase competitor annual dues to $40.00, giving clubs a rebate of $5.00 for each competitor; (2) increase to $70.00 the maximum entry fee for state competitions; (3) eliminate individual 501(c)(3) status for state Taekwondo associations; and (4) give all states the same amount of money rather than rebates. When the Oklahoma state president asked to speak, Mr. Warwick announced that since she had already spoken, she must wait for others to speak. She raised a point of order, since she had not spoken on this issue, but he called on others to speak first. Questions were raised about any resulting tax concerns, but these were not fully addressed by the USTU leadership. Someone asked whether the rebates from unaffiliated members would go to the state or to the USTU. They were told the money would go to the USTU. BOG members were informed that rebates for unregistered clubs would also go to the USTU, rather than to the states.

Ms. Sweet then stood up and commented that this proposal had not been included in the packet sent to BOG members, so they hadn't had enough time to study it. Furthermore, not all members were present, since the athletes had walked out. She added that there was a credibility issue, because the schools could not be sure they would receive their proper amounts. As state president, she could attest to the fact that her state had not received its rebate. The USTU leadership responded that they would look into the matter.

President Lee told Ms. Sweet that it was necessary to pass the motion during this meeting, so they could publicize the new rates before the next meeting in November. He added that it would be good for the schools, because it would bring in more money for them, and it would not be difficult to administer. Nevertheless, other state presidents said

USOC 00619

<u>Page 4, 2001 Midyear BOG Meeting</u>

that they would also like more time to study the proposal. When USTU Executive Director Jay Warwick was asked why the 3-part proposal was not included in the packet, he admitted that it was an error. When the matter did come up for a voice vote, it was loudly voted down.

### E. Other Matters

Next, several matters were hastily passed over, including a motion to eliminate kicks to the head for junior competition. A discussion about staging the World Cup in the U.S. ensued. Mr. Paris Amani asked why his city, Houston, was not under consideration for a World Cup bid, since he is on the Board of Directors of the organization that would have bid. There was significant argumentative discussion on this question. *(Was there?)* ___yes!___

There were further questions coming from BOG members about additional matters, but since there was a motion on the floor to end the meeting, a vote was taken and the motion passed. ___yes___

---

*(I don't know exactly where the following sections go chronologically in the proceedings.):*

[First one] While discussion about the licensing program was proceeding, one of the USTU officers insinuated that Mr. Holloway had approved of the licensing program when he was a vice-president, so why was he speaking out now that he had lost the vice-presidency. Mr. Holloway responded with his account of what had happened at an Executive Committee Meeting he attended shortly after the licensing program was announced. He stated that he argued so long and hard against the program in the meeting that many members left the room, including Mr. Jay Warwick. Mr. Holloway then asked Mr. Soon Ho Kim, USTU Secretary General, if he remembered that Executive Committee Meeting. When Mr. Kim said he did not remember, Mr. Holloway called him a liar. Next, Mr. Holloway asked Mr. Warwick if he remembered the incident, but Mr. Warwick declined to answer.

[Page 5 Top]

[Second One] Mr. Holloway stated that the proposed licensing program, if adopted, would be a clear case of discrimination. *(Please fix this. Put in exact quotes, if possible.)* According to Mr. Holloway, the 69 grandmasters in the USTU would only have to pay $200.00 for the program, while everyone else would have to pay $590.00 for the same program. Of these 69 grandmasters, only 1 is a non-Korean American. *Male.*
*Mrs Mayes — the only woman.*

USOC 00620