# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 7

**Unfulfilled Requests for**

**Information from the**

**United States Taekwondo Union**

USOC 00621

NELKE                    9088827727



# PENNSYLVANIA STATE TAEKWONDO ASSOCIATION
### MEMBER OF THE UNITED STATES TAEKWONDO UNION

State Governing Body

**President-**
Sung Bok Nam

**Vice Presidents-**
James Monte
Robert Smith
Larry Gunderman

**Treasurer-**
Mark Nelke

**Secretary General-**
Melissa Nelke

**Athlete Rep.-**
Laurence Narcissi III

**Legal Counsel-**
Janet Catina, Esq.
Greg Malaska, Esq.
Teri Miles, Esq.
Mike Eisenberg, Esq.

**Special Assistant To the President-**
R. Forrest Rudnick

**Executive Director-**
Adam Bonadonna

**Referee Chair-**
Dong Oh Park

**Tournament Committee-**
Dong Han Shin

**Collegiate Chairman-**
William Loffredo

Headquarters Office:
1009 N. 9th Street
Stroudsburg, PA 18360
Phone and Fax:
(570) 476-1553

Bruce Harris, Executive Director
US Taekwondo Union
One Olympic Plaza, Suite 104C
Colorado Springs, Co 80909

December 13, 2002

Dear Mr. Harris,

This is to clarify and to expand upon an earlier request made to you by the PA State Taekwondo Union for information concerning the delegates to the USTU Board of Governors who voted at the 2002 Annual Meeting on November 16, 2002. What we require is:

1. A complete list of all delegates who voted at the 2002 USTU Annual Meeting of the Board of Governors. This includes all State Association Delegates, USTU Executive Committee members, Members at Large, NCTA Delegates, Armed Forces Delegates, Committee Chairpersons, and Athlete Representatives.

2. A complete list of what state, committee, or group each delegate represented.

3. The date when and state in which each delegate registered with the USTU for 2002 membership.

A complete delegate list should be provided before the meeting to each delegate. Since this was not done, it is being requested at this time. Your expediency in addressing this matter would be appreciated.

Sincerely,

Sung Bok Nam
PSTA President

cc: Sang Lee, USTU President
Soon Ho Kim, USTU Secretary General
Mark Bryant, USTU Legal Counsel
Jeff Benz, USOC Legal Counsel




Group A Member of the United States Olympic Committee
Member of the World Taekwondo Federation

USOC 00622

Member – United States Olympic Committee



19 December 2002

TO: Mr. Song Bok Nam
President,
Pennsylvania State Taekwondo Association

FROM: Mr. Bruce Harris
Executive Director,
United States Taekwondo Union

RE: 2 Letter Correspondences

Dear Mr. Nam,

I received your two correspondences dated December 13, 2002 and I tried unsuccessfully to call and speak with you on two occasions. I did leave a voice message on your answering machine. Nonetheless, I am writing to respond to those correspondences.

First, regarding the request for the information concerning the delegates to the USTU Board of Governors who voted at the 2002 Annual Meeting, I would ask that you refer that question/request to USTU Secretary-General Soon Ho Kim. He will be able to provide you all of that information.

Second, regarding the question of travel by USTU President Sang Lee I would offer this response: I am unable to clarify such issues regarding the period before I assumed this office in September of 2002. Since then, I can attest that the travel done by President Lee is done in accordance with the USTU Bylaws (See Article V, Section 1 (c)). Likewise, all travel with the US National Team was done without requiring funds in order to participate. Again, this I can attest to since September 2002.

Finally, the USTU budget for all National Events, to include the 2002 US Open is a part of the 2002 Annual Meeting Book that you received in Los Angeles.

I hope that this clarifies your questions.

Sincerely,

Bruce C.K.W. Harris
Executive Director,
United States Taekwondo Union

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.org

USOC 00623

"Values for Sport. Values for Life"





**PENNSYLVANIA STATE TAEKWONDO ASSOCIATION**
MEMBER OF THE UNITED STATES TAEKWONDO UNION

State Governing Body

President-
Sung Bok Nam

Vice Presidents-
James Monte
Robert Smith
Larry Gunderman

Treasurer-
Mark Nelke

Secretary General-
Melissa Nelke

Athlete Rep.-
Laurence Narcissi III

Legal Counsel-
Janet Catina, Esq.
Greg Malaska, Esq.
Teri Miles, Esq.
Mike Eisenberg, Esq.

Special Assistant
To the President-
R. Forrest Rudnick

Executive Director-
Adam Bonadonna

Referee Chair-
Dong Oh Park

Tournament
Committee-
Doog Han Shin

Collegiate Chairman-
William Loffredo

Headquarters Office:
1009 N. 9th Street
Stroudsburg, PA 18360
Phone and Fax:
(570) 476-1553

Soon Ho Kim
Secretary General, USTU
One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909

January 6, 2003

Dear Mr. Kim,

    I have been in contact with the USTU Executive Director, Bruce Harris and requested some information from him concerning the 2002 USTU Annual Meeting of the Board of Governors. Mr. Harris sent me a letter stating that I should contact you for this information. Please send me a copy of the delegate list for the 2002 Annual Meeting of the BOG. I did not receive this information at the meeting although this information should have been sent to all delegates me prior to the meeting.
    Send a list of all the delegates names, the state association or group which they represented, the date of their 2002 USTU registration, and the date which they registered as delegates for the meeting. I thank you very much in advance for this information.

Respectfully,

[signature]

Sung Bok Nam
President, PA State TKD Association

cc: USOC Legal Counsel
    USOC Membership & Credentials Committee
    PSTA Legal Counsel




Group A Member of the United States Olympic Committee
Member of the World Taekwondo Federation

Ki Hong Kim
USTU Treasurer
One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909

January 7, 2003

Dear Mr. Kim,

I am writing to request some information concerning USTU financial matters. The financial reports of the last several years have not been as detailed as they should have been and many members have been left with questions. On behalf of my constituents in the PA State Taekwondo Association, I am seeking answers to some of these questions. I have already queried USTU Executive Director Harris about this information, but he does not have access to all this information so I am asking you directly. Please send this information to me as soon as possible.

1. Copies of all USTU Bank Statements and Credit Card Statements for the years 1999- 2002.

2. Copies of the itemized financial reports for all USTU Tournaments from 1999- 2002. This includes individual reports of itemized income and expense for each US National Championship, US Junior Olympic Championship, US Open, and US Team Trials for this time period.

3. Itemized travel expenses for all individuals traveling outside the US with the US National Team for 1999-2002. Have any funds been collected from individuals who traveled with the team as coaches, managers, or supervisors?

4. Itemized records of Sang Chul Lee's travel expenses for 1999- 2002. Where has he traveled, what as the purpose of these trips, and what expenses were paid by the USTU?

Given the nature of the USTU as a non-profit organization, such information cannot be

USOC 00625

NELKE                    9083627727                    04/26/03  07:08am  P. 006

withheld from the members. As treasurer, this information should be in your keeping. It is your responsibility to inform the USTU members as to how their money is being utilized. This responsibility has not been fulfilled by the financial reports which have been provided to the membership to date. Please send this information to me immediately so that further action can be avoided.

Sincerely,

Sung Bok Nam
President, PSTA

cc: USTU Legal Counsel
    USTU Membership and Credentials Committee.
    PSTA Legal Counsel

USOC 00626



**State Governing Body**

## PENNSYLVANIA STATE TAEKWONDO ASSOCIATION
MEMBER OF THE UNITED STATES TAEKWONDO UNION

President-
Sung Bok Nam

Vice Presidents-
James Motte
Robert Smith
Larry Guhderman

Treasurer-
Mark Nelke

Secretary General-
Melissa Nelke

Athletic Rep.-
Laurence Narcissi III

Legal Counsel-
Janet Catina, Esq.
Mike Eisenberg, Esq.
Greg Mulaska, Esq.
Teri Miles, Esq.
Theodore Hauptman, Esq.

Special Assistant
To the President-
R. Forrest Rudnick

Executive Director-
Adam Bonadonna

Referee Chair-
Dong Oh Park

Tournament Committee-
Dong Han Shin

Collegiate Chairman-
William Loffredo

Headquarters Office:
864-B N. 9th Street
Stroudsburg, PA 18360
Phone and Fax:
(570) 476-1553

Son Ho Kim
Secretary General, USTU
One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909

February 5, 2003

Dear Mr. Kim,

I am writing you again on behalf of the PSTA to request a delegate list for the 2002 USTU Annual Board of Governors Meeting showing the name of each delegate, the group which he/she represented, the date of USTU membership registration for 2002, and whether or not he/she was registered as a delegate 60 days prior to the meeting as required by USTU Bylaws. I have already sent two requests to USTU Executive Director Bruce Harris (12/4/02 and 12/13/02) as well as one prior request to you (1/6/03). To date, no information has been received. This information must have been previously collated by the USTU unless they failed in their responsibility to verify the delegates eligibility. I am only asking for information which should have been provided at the meeting as part of the roll call.

I understand that you are a busy man, but I will expect you to honor this request as soon as possible. It is particularly important in light of the questions on delegate eligibility which have been raised in reference to the 2002 BOG Meeting. I would like you to send me the information for all the executive committee members immediately and then send the information on the other delegates as soon as possible. If this information is not sent, it will be assumed that the USTU is attempting to hide irregularities in the voting at the 2002 BOG Annual Meeting.

Respectfully,

Sung Bok Nam
President, Pennsylvania State Taekwondo Association
Delegate, USTU Board of Governors

cc: Sang Chul Lee, USTU President
    Bruce Harris, USTU Executive Director



Group A Member of the United States Olympic Committee
Member of the World Taekwondo Federation

USOC 00627

Bruce Harris
Executive Director, USTU
One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909

February 11, 2002

Dear Mr. Harris,

I am writing to request some information which I believe you should be able to provide for me. It is a question which I would have liked to have asked at the 2002 Annual USTU Board of Governors Meeting, but given the length of the meeting, I reserved it for another day.

Specifically, as a member of the Board of Governors, I would like to know:

1. What contractual obligations does the USTU currently have with martial arts supply companies? This includes, but is not limited to Century Martial Arts and Tekno.

2. What are the time periods for which these contracts are under effect?

3. What financial, or other, obligations are there on the USTU under these contracts?

4. What are the benefits to the USTU from these contracts?

Certainly, this is information which should be provided to the BOG annually. Many rumors are circulating concerning these matters, and the best way to dispel rumor is with fact. I will appreciate your cooperation in this matter.

Respectfully,


Sung Bok Nam
PSTA President

cc: Sang Chul Lee, USTU President
    USTU Executive Committee Members

USOC 00628

Soon Ho Kim
Secretary General, USTU
One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909

April 8, 2003

Dear Mr. Kim,

    I am writing with two inquiries. The first one concerns information which I requested from you some time ago. In January of 2003, I wrote requesting information regarding the verification of the delegates who voted at the 2002 USTU Annual Meeting. At the same time, I also contacted Mr. Bruce Harris and USTU Treasurer Ki Hong Kim in regard to the more complete financial report which was promised and other financial matters. Would you please see if you can expedite these requests? It has been three months now and I have received nothing. If, for some reason, you are unable to get this information, please let me know so that I can try another approach. Thank you.

    Secondly, I received a letter from Richard Sacks which states that a Hearing Panel has been selected for the formal complaint which Mrs. Nelke and I filed against Sang Lee, Mark Bryant, and Ki Hong Kim et.al. I would like to know who selected the panel members. Clearly the Bylaws state that if the president is named as a defendant, as in this case, administration of the complaint falls to the Secretary General. Can you confirm that the USTU has acted properly in this case? Please let me know as soon as possible.

Respectfully,

Sung Bok Nam
President, PSTA

USOC 00629

NELKE

Bruce Harris
Executive Director, USTU
One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909

December 4, 2002

Dear Mr. Harris,

The PSTA Executive Committee is looking for some information concerning the BOG Meeting held in LA last month; you should be able to provide this without much difficulty. Since a list of the registered delegates was not available at the meeting, the PSTA would like to have one sent to us as soon as possible. We would like to know the name of each delegate, which state he/she was representing, the date of registration as a USTU member for 2002, and whether they registered as a delegate sixty days prior to the meeting, as of November 1st, or not at all. Please send this information to us as soon as possible. The PSTA Executive Committee feels strongly that it is necessary to begin following the proper procedure for delegate registration and verification at this time.

Secondly, I would like to point out that the PSTA is aware that Ji Ho Choi is not eligible to run for the position of president for the New Jersey Taekwondo Association. Actually, he is not eligible to be president currently. We sent a letter to the USTU to this effect in October and have not received a reply. The New Jersey election is this Sunday, December 8th. If Mr. Choi is successful in being re-elected as president, I am certain that there will be an election protest. The USTU will be forced to make a ruling on this matter. It would have been simpler to do this prior to the election and save a lot of confusion. As the petitioners in the formal complaint which makes Mr. Choi ineligible to hold office until August of 2005, we feel that the USTU owes us a written explanation of their behavior on this matter. This has been requested in writing and verbally many times and as yet has not been received. Please refer this matter to the USTU Law and Legislation Committee once again and, if possible, see that this time they take care of their business. Thank you.

Sincerely,

Melissa H. Nelke
Secretary General, PSTA

cc: USTU Executive Committee
    Mark Bryant, USTU Legal Counsel
    USOC Legal Counsel

USOC 00630

NELKE                    9083627727           04/26/03  07:08am  P. 011
04/08/2003  12:07   2153959935        MILLER HAUPTMAN              PAGE  02



# PENNSYLVANIA STATE TAEKWONDO ASSOCIATION
### MEMBER OF THE UNITED STATES TAEKWONDO UNION

*State Governing Body*

**President-**
Sung Bok Nam

**Vice Presidents-**
James Monte
Robert Smith
Larry Gunderman

**Treasurer-**
Mark Nelke

**Secretary General-**
Melissa Nelke

**Athlete Rep.-**
Laurence Narcissi III

**Legal Counsel-**
Janet Catina, Esq.
Mike Eisenberg, Esq.
Greg Malaska, Esq.
Teri Miles, Esq.
Theodore Hauptman, Esq.

**Special Assistant To the President-**
R. Forrest Rudnick

**Executive Director-**
Adam Bonadonna

**Referee Chair-**
Dong Oh Park

**Tournament Committee-**
Dong Han Shin

**Collegiate Chairman-**
William Loffredo

April 8, 2003

Headquarters Office:
864-B N. 9th Street
Stroudsburg, PA 18360
Phone and Fax:
(570) 476-1553

Ki Hong Kim, USTU Treasurer
One Olympic Plaza
Suite 104 C
Colorado Springs, Colorado 80909

RE: Inspection/Copy of Financial Records

Dear Mr. Kim:

We, as counsel for the Pennsylvania State Taekwondo Association, are requesting USTU expenses which were noted in a recent letter written to you on January 7, 2003 by PSTA President Nam. On behalf of the PSTA, we are again requesting information and making the following additional requests. Inspection and copies of the following are immediately requested:

1. Copies of all bank statements and credit card statements for the years 1999 through 2002.

2. Copies of all cancelled checks on all checking accounts of the USTU during the same time periods.

3. Copies of all monthly, quarterly, annual and other bank and financial institution statements, including, but not limited to, savings, money market accounts, certificates of deposit respecting the USTU for the years 1999 through 2002.

4. Inspection and copies of all tax returns and all annual filings of a non-profit corporation filed with the U.S. Department of Treasury/IRS and/or with the Department of

 

Group A Member of the United States Olympic Committee

USOC 00631

RE: USTU
Page Two
April 8, 2003

Revenue and Department of State in any State in which the USTU is required to file same.

5. Itemized travel expenses for all individuals traveling outside the United States with the United States National Team for 1999 through 2002 along with records of all funds collected or contributed from individuals who traveled with the team as coaches, managers, and/or supervisors including a record of where said funds were deposited and distributed.

6. All records and documentation of payments by and demands for payment from the USTU including, but not limited to, check registers, petty cash accounts, expense reimbursements, account payable ledgers, invoices, bills, statements of accounts, expense reimbursement requests and receipts.

7. All audited and un-audited financial statements and reports including, but not limited to, reports of income and expenditures, prepared by or on behalf of the USTU including copies of supporting documentation.

8. All records of accounts receivable.

9. All records relating to the collection of membership dues and records of disbursement and rebates to all state associations.

10. Copies of the Declaration pages and Certificates of Insurance for all insurance policies respecting directors and officers liability.

11. Itemized records of Sang Chul Lee's travel expenses for 1999 through 2002 including trip itineraries, purpose of the trips, expenses paid by the USTU for said travel, records of entrance and exit from the United States, and

USOC 00632

RE: USTU
Page Three
April 8, 2003

records of the destination of such trips.

12. Records of all medals that have been purchased annually by the USTU for the years 1999 through 2002 including the identity of the supplier of said medals, price paid, and copies of invoices.

13. Records of all financial obligations, contracts, letters of intent or understanding and complete records of all financial obligations of the USTU to any and all Martial Arts Supply Companies with which the USTU has done business or with whom the USTU has entered into an agreement or contract.

It is my understanding that the State of Ohio provides disclosure of the above requests and the right to examine records and books of the USTU at reasonable intervals under Ohio Revised Code Section 1702.15. Further, it is my understanding that these records are subject to inspection if the USTU has filed and received tax exempt certification by the Department of Treasury.

If necessary, we reserve the right to employ a copy service to duplicate these records during any inspection if they are not fully provided by the USTU. We also reserve the right to retain a Certified Public Accountant or such other financial professional as may be appropriate to assist in the examination of these records.

Along with the USTU's legal obligation to provide reasonable inspection and duplication of financial documents, it is clearly within the best interest of the USTU and its membership to avoid even the appearance of impropriety by making financial records readily available to inspection and copying. Failure and/or refusal to provide reasonable inspection and copies as requested above

USOC 00633

```
NELKE                         9083627727
04/08/2003  12:07   2153969935          MILLER HAUPTMAN              PAGE  05
```

RE: USTU
Page Four
April 8, 2003

will result in the necessity of legal action to
obtain same causing undue additional expense to the
USTU.

    Thank you for your attention to this matter.

                              Very truly yours,


                              THEODORE HAUPTMAN
                              PSTA Legal Counsel


                              MICHAEL EISENBERG
                              PSTA Legal Counsel


TH:tv
cc:  Sang Chul Lee, USTU President
    Bruce Harris, USTU Exec. Director
    Sung Bok Nam, President - PSTA

*[Handwritten additions:]*
- Thomas Satrom, Chairperson Membership and Credentials Comm. USOC (one USA Olympic Player, Colorado Springs, CO 80909)
- Jeff Benz, Esq - Counsel USOC
- Gary Johanson, Esq, Counsel USOC
- (same USOC)

USOC 00634

FROM : PA STATE TAEKWONDO ASSOCIATION   PHONE NO. : 717 476 1553        APR. 24 2003 10:07AM P2
04/23/03  11:34 FAX
                                                                          ☒ 002/003

# Holme Roberts & Owen LLP

April 23, 2003

<u>VIA FAX (570/476-1553)</u>

Theodore Hauptman, Esq.
Michael Eisenberg, Esq.
Legal Counsel
Pennsylvania State Taekwondo Association
864-B N. 9th Street
Stroudsburg, PA 18360

Re:   Request for Copies of Financial Records

Dear Messrs. Hauptman and Eisenberg:

This firm represents the United States Taekwondo Union ("USTU"). Your letter dated April 8, 2003 has been forwarded to me for response.

Steven B. Smith
smiths@hro.com

Attorneys at Law

90 S. Cascade Avenue
Suite 1300
Colorado Springs, CO
80903-1615
Tel (719) 473-3800
Fax (719) 633-1518
www.hro.com

Colorado Springs
Denver
Boulder
London
Munich
Salt Lake City
San Francisco

As you are aware, the Internal Revenue Code requires an exempt organization to provide copies of its Form 990 to any individual who requests it. The same code, however, allows an organization to be paid for copies and mailing costs associated with that request. To that end, USTU is prepared to submit to you an estimate of the costs, and will forward the requested Forms 990 to you, upon receipt of a check for the requested amount. Before it can compile its estimate, however, USTU needs to know the years for which you are requesting the forms.

With respect to the other information you requested, attached please find a copy of Section 1702.15 of the Ohio Nonprofit Corporation Law that governs the USTU. That statute allows for members (or their agents or attorneys) to <u>examine</u> the books and records of account "for any <u>reasonable purpose</u> at any <u>reasonable time</u>." [Emphasis added] This statute impacts your request in several ways.

First, before you may examine the books and records of account, you must provide to the USTU a statement of the purpose for which you intend to inspect the books and records so that USTU can evaluate your request to determine if it is reasonable.

Second, if your purpose is indeed reasonable, the statute would allow you to examine the books and records, but it would not allow you to make and retain copies of those records. I am sure you will agree, upon further reflection, that this is both logical and appropriate, as an organization should not run the risk of

USOC 00635

FROM : PA STATE TAEKWONDO ASSOCIATION   PHONE NO. : 717 476 1553   APR. 24 2003 10:07AM P3
04/23/03  11:35 FAX                                                  ☒003/003

## Holme Roberts & Owen LLP

Theodore Hauptman, Esq.
Michael Eisenberg, Esq.
April 23, 2003
Page 2

having copies of sensitive financial records and information, including account numbers, account balances, etc., floating around with no control or supervision.

Therefore, please advise at your earliest convenience as to the "proper purpose" for which you intend to examine the books and records. If your request meets the statutory requirements, the USTU would be happy to work out a reasonable time for you to examine its books and records.

Very truly yours,

*[signature]*

Steven B. Smith

SBS:jlc
Enclosure

cc:  President Sang Chul Lee
     Bruce Harris
     Mark Bryant, Esq.

USOC 00636

NELKE



# TABLE OF CONTENTS
## Annual Meeting of the United States Taekwondo Union
### Los Angeles, CA    November 10 & 11, 2000

1. 2001 Tentative Schedule of Events — p.1
2. Meeting Agenda — p.2
    a. Executive Committee — p.3
    b. Board of Governors
3. Roll Call — p.4
    a. Executive Committee — p.5
    b. Board of Governors
4. Minutes from the 2000 Midyear Meeting — p.9
    a. Executive Committee — p.14
    b. Board of Governors
5. Treasurer's Report — p.19
    a. 3rd Quarter Financial Statement 2000
6. Executive Director's Report — p.25
    Mission Statement and Core Objectives — p.26
    *Build our Base* — p.27
    a. Membership (Narrative, Policies, and Sanctions) — p.33
    b. Dan Office (Office Procedures, Income Report, Skip Dan Changes) — p.36
    c. Dojang Insurance — p.40
    d. Taekwondo Han Ma Dang — p.41
    e. Academic All American — p.42
    f. Pursuit of Excellence — p.43
    g. USTU Pro Shop — p.44
    *Achieve Competitive Success* — p.45
    a. Regional Centers for Excellence — p.46
    b. 18-21 Select Team — p.47
    c. Coaching and Referee Certification Programs — p.48
    d. Developmental Camps — p.49
    e. National Events — p.50
    *Promote Our Sport* — p.51
    a. Internet Strategy — p.61
    b. Build our Brand — p.62
    c. USTU Media Report — p.83
    New Business — p.84
    a. Proposal 8.1, Bylaw Changes & Discussion Items – Ronda Sweet — p.87
    b. Proposal 8.2, Bylaw Clean Up Items #1-15 – Mark Bryant — p.94
    c. Proposal 8.5 – Sung Bok Nam, PA State President

USOC 00637

8.6 Proposal to increase Non-Competitor Membership to $20 – presented by Legal Advisor Sunny Whang. Motion to pass the membership increase. Motion seconded. Motion carried.

8.7 Proposals from PA State President Nam – discussion led by Legal Advisor Scott Dickensen.
  a. A State Presidents' Meeting should be held every year in conjunction with and immediately prior to either BOG meeting. Mr. Dickinson stated that the Executive Committee is considering this proposal and clarified that there is no bylaw mandate to hold such meeting annually. Raised issue of extensive cost of running such meeting annually.

  b. Financial Oversight Committee selected by State Presidents should be instituted that will have access to all USTU financial information and would provide a report to all State Presidents.

  Mr. Dickinson suggested that the existing USTU Audit and Financial Committee currently has the capacity to fulfill the need referred to by this proposal, and he reviewed that fact that, as a non-profit organization, USTU records are open to the public.

  c. All reports presented to the Board at Annual and Midyear Meetings should be sent to delegates' two weeks prior to the meeting rather than being distributed at the meetings.

  Mr. Dickinson shared the intention of the USTU to distribute agenda information to Board Members in advance of the meeting, while allowing the flexibility to entertain important items brought by the President at any time. Also raised practical considerations about the cost of copying duplicate books for board members who do not bring booklet to meeting. Statement made that the USTU will make an effort to send meeting booklets to Board Members at least two weeks prior to the meeting.

8.8 Special Awards: It was proposed that the Board approve the following awards:
  a. Col. Don Miller Award – Dr. Ken Min
  b. Founders Award – Mr. Hwa Chong

Motion to approve these awards. Motion seconded. Motion carried.

USOC 00638

**Main Identity**

From: "Jeanna Mendoza" <ustugold@mailsnare.net>
To: "Ronda Sweet" <ronda@broco.com>
Sent: Friday, April 18, 2003 9:31 AM
Subject: RE: information request

Jen,

As per Mr. Harris please send this information to Ronda. Let me know if you need help locating who has refereed at this tournaments.

Sincerely,
Jeanna Mendoza
Administrative Director,
US Taekwondo Union

-----Original Message-----
From: Ronda Sweet [mailto:ronda@broco.com]
Sent: Thursday, April 17, 2003 7:50 AM
To: Jeanna Mendoza
Cc: Bruce Harris; ustutkd1@mailsnare.net
Subject: Information request

Jeanna,

I would like the list of all referees appointed a couple weeks ago to the Pan American Team Qualification event. I also need the list of referees appointed to the 2000 Olympic Qualifier, as well as the 2000 qualification events.

Thanks!

Ronda Sweet
OK State President

USOC 00639

4/29/2003