# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

### Appendix 8

### United States Taekwondo Union

### Dan Certification/

### Kukkiwon Certification

USOC 00640

April 25, 2003

Thomas L. Satrom, Chair                          *Via U.S. Mail*
U.S.O.C. Membership and Credentials Committee     *Via E-Mail: kay.burton@usoc.org*
c/o Office of General Counsel                     *Via Facsimile 719-866-4839*
United States Olympic Committee
One Olympic Plaza
Colorado Springs, CO  80909

Dear Mr. Satrom:

    We, the undersigned individuals and members of the United States Taekwondo Union and Taekwondo practitioners, have received the public notice of the U.S.O.C. Membership and Credentials Committee Taekwondo Forum scheduled to be held on Friday, May 2, 2003, from 2:00 p.m. to 5:00 p.m., at the Denver Airport Marriott at Gateway Park, Aurora, Colorado. Pursuant to that public notice, we cannot attend the meeting but wish to provide commentary and are doing so by sending to you the following.

## SUMMARY

    The Kukkiwon Dan Certification Program compromises the autonomy of the U.S.T.U. as a national governing body of the sport of Tae Kwon Do for the U.S.O.C. and siphons hundreds of thousands of dollars from the U.S.T.U. to the promotion board of Kukkiwon and ultimately to the W.T.F.

## POINT DISCUSSION

1.    The U.S.T.U., Inc. and it's current leadership under Mr. Sang Chul Lee, promotes and enforced exclusively the Kukkiwon Dan certification program of Korea to the U.S. athletes, coaches, and other participants.

2.    The application for promotion to the promotion board of Kukkiwon states that the individual being considered for promotion must be a well qualified applicant under the W.T.F. guidelines for the promotions test.

3.    Through the U.S.T.U. black-belt (Dan) rank certificates are issued only by Kukkiwon and it's exclusive authority (a private entity and in Seoul, Korea).

4.    The Kukkiwon Dan certification program compromises the integrity and autonomy of the national governing board of the sport of Tae Kwon Do (See U.S.O.C. Article IV Section 4 (6 & 7). See also Article IV Section 4 (c) (1). See also U.S.O.C. Code of Ethics and the General Standards of Conduct for directors and officers for non-profit organizations in the state of Colorado, number 7-128-401.)

**USOC 00641**

5.      As an example, Mr. Ian Cyrus, with thirty years training experience in Tae Kwon Do applied for a Kukkiwon 6th Dan and was informed that he would have to go to Korea in order to be tested for his practical exam.

6.      The U.S.T.U. and it's current leadership under Mr. Sang Chul Lee, promotes and enforces the exclusionary policies through the Kukkiwon Dan rank-base program.

7.      To obtain Kukkiwon Dan ranking, U.S.T.U. members must obtain a recommendation from a "grand master." It has widely been rumored as an unofficial standard practice that each of these "recommendations" would include a payment of a fee to the grand master. These practices and policies are a violation of Article IV Section 6, 7 and contrary to the letter, spirit and intent of Article VII, Sections 1 and 3 of the U.S.O.C. Constitution.

8.      The U.S.T.U., Inc. has completely and utterly failed to establish a procedure to issue Dan (black-belt) certificates contrary to it's own bylaws' mandate. The leadership of the U.S.T.U. promised to issue Dan (black-belt) Certificates and establish a procedure for the same in November of 1998 during the U.S.O.C. Article VI - Admission and Re-Classification of Membership process.

9.      For over four and a half years, the leadership of the U.S.T.U. as the N.G.B. of the sport of Tae Kwon Do for the U.S.O.C. has failed to establish this black-belt certification program.

10.     The World Tae Kwon Do federation (W.T.F.) Vice President, Grand Master Chong Woo Lee, spoke at an instructor licensing seminar in Chicago in October of 2000. Lecturing in Korean, Chong Woo Lee, told the assembled grand masters that they should all unite and work together in order to protect Korean-American's Tae Kwon Do supremacy in the United States through the U.S.T.U. so that Korean-American Tae Kwon Do instructors would not become the victims of non Korean-American Tae Kwon Do instructors. This statement is totally outrageous and violates the letter, spirit and intent of the Olympic movement.

11.     The licensing program, by excluding all but eighth and ninth degree Korean Kukkiwon Dan holders, violates Article IV, Section 4 (C) (6). In fact, U.S. Olympian and U.S.O.C.-A.A.C. member, Juan Moreno, stated in a letter to Mr. Sang Chul Lee, "a licensing agreement program concerns me because it initially was open to only eighth and ninth degrees (all of whom are of Korean origin).

12.     Mr. Sang Chul Lee, himself, has written (translated from the Korean) "In accordance with the authority delegated upon an N.G.B. by the 1978 congressional Olympic and amateur sports act by the U.S.O.C. Constitution, the U.S.T.U. Inc., has decided to establish an

instructors and school licensing program; but first, to respect your experience and preserve dignity, we are giving you first priority and offering the U.S.T.U. licensing seminar to eighth and ninth Dan holders. This exclusionary statement violates Article IV, Section 4 (C) (6).

13.    The U.S.T.U. is not an autonomous governing N.G.B. free of outside restraint because of the Kukkiwon Dan Certification Program.  The U.S.T.U., Inc. is in total non-compliance with Article IV, Section 4 (C) (1)(4).

14.    The Kukkiwon Dan Certification Program wrongfully siphons hundreds of thousands of dollars from the United States Olympic Movement for the training of athletes to a private entity based in Seoul, Korea to the unjust enrichment of Mr. Sang Chul Lee, who is now vice president of the W.T.F.

15.    During the quadrennial period, January 1, 1997 to April 2000 under the current president, Mr. Sang Chul Lee, the United States Tae Kwon Do Union, has paid over half a million dollars ($521,614.40) to Kukkiwon in Seoul, Korea for Kukkiwon Dan (black-belt) Certification fees and has shared the revenue with them by retaining $541, 76.40 out of the total Kukkiwon Dan Certification fees of over a million dollars ($1,062,690.00).  This amount was collected and processed through the U.S.T.U., Inc. headquarters in Colorado Springs, Colorado.

16.    The current U.S.T.U., Inc. President, Mr. Sang Chul Lee, has delayed issuing U.S.T.U., Inc. official rank certification for all levels (Dan – black-belts and gup grades), as stipulated in Article XV, Section 1, of the U.S.T.U., Inc. bylaws, adopted by the U.S.T.U., Inc. Board of Governors in November 1998, before the representative (Jeff Benz, Esquire) from the U.S.O.C. Task Force.

17.    This is a breach of an agreement for the U.S.T.U., Inc. to maintain it's national governing body status.  The postponement of the issuing of the U.S.T.U., Inc. official rank certifications reflects a serious degree of administrative incompetence, conflict of interest and lack of exercise of fiduciary duty as a president of a non-profit organization.  The outcome of this delay has caused the U.S.T.U., Inc. to pay the Kukkiwon in Seoul, Korea a total of $743,635.90 for the period of 1996 through 2000.

18.    The failure of the U.S.T.U., Inc. to issue a rank certification program has denied the U.S.T.U., Inc. of a significant portion of the finances it needs to fulfill it's mission as an N.G.B. of the U.S.O.C.  That mission is to develop the amateur sport of Tae Kwon Do in the United States and train American athletes for the Olympic and Pan-American games and officially designated competitions.

**USOC 00643**

19.    A U.S.T.U., Inc. Dan certification program would remove outside influence of the Kukkiwon and the W.T.F. from the affairs of the United States governing body for the amateur sport of Tae Kwon Do free the U.S.T.U., Inc. to perform the duty for which it was incorporated.

20.    Mr. Sang Chul Lee is now vice president of the W.T.F. and benefits directly from his failure to implement a U.S.T.U. certification program. This financial benefit to Mr. Sang Chul Lee is an obvious conflict of interest and demands his removal as President of the U.S.T.U., Inc. and/or the decertification of the U.S.T.U., Inc. as a national governing body of the sport of Tae Kwon Do for U.S.O.C.

**USOC 00644**

FROM : PA STATE TAEKWONDO ASSOCIATION  PHONE NO. : 717 476 1553          APR. 25 2003 11:55AM P5

We, the undersigned, members of the USTU, Taekwondo practitioners, and interested
parties, agree with the above.

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

Name _____     Title _____

**USOC 00645**

April 23, 2003

Thomas L. Satrom, Chair                              *via U.S. Mail*
USOC Membership and Credentials Committee            *via email kay.burton@usoc.org*
c/o Office of General Counsel                        *via facsimile 719-866-4839*
United States Olympic Committee
One Olympic Plaza
Colorado Springs, CO 80909

Dear Mr. Satrom:

We, the undersigned individuals and members of the United States
Taekwondo Union and Taekwondo practitioners, have received the public
notice of the USOC Membership and Credentials Committee Taekwondo Forum
scheduled to be held on Friday, May 2, 2003, from 2:00 pm to 5:00 pm, at the
Denver Airport Marriott at Gateway Park, Aurora, Colorado. Pursuant to that
public notice, we cannot attend the meeting but wish to provide commentary
and are doing so by sending to you the following.

## Introduction

We, the undersigned individuals and members of the United States Taekwondo
Union and Taekwondo practitioners, applaud the decision of the Membership and
Credentials Committee to receive comments from individuals involved in the sport of
Taekwondo and to take those comments as part of a review of the United States
Taekwondo Union ("USTU"). The comments from individuals involved in the sport of
Taekwondo to the Membership and Credentials Committee regarding the governance
of the sport of Taekwondo have come from a broad spectrum of those individuals
involved in the sport of Taekwondo. Our review of the comments forwarded to the
Membership and Credentials Committee reveals that the comments are unilaterally
critical of the present leadership of the United States Taekwondo Union. The
criticism leveled against the United States Taekwondo Union is of the most serious
nature involving the misappropriation of funds, conflicts of interest, arbitrary and
capricious actions by the leadership and a dictatorial approach to the operation of
the USTU, all of which is anathema to the principles of the United States Olympic
Committee, the United States Olympic Committee's directions to the national
governing bodies and contrary to the principles and values set forth in the Ted
Stevens Olympic and Amateur Sports Act.

**USOC 00646**

Mr. Thomas L. Satrom
April 23, 2003
Page 2

<u>Request for Relief</u>

As a result and for the reasons hereinafter set forth, we, the
undersigned, therefore believe that the current leadership of the USTU is
incapable of executing their duties and obligations and acts solely for their self
interests. We respectfully request that the current President of the USTU be
either removed from office and/or that the USTU be de-certified as the national
governing body for the sport of Taekwondo.

<u>Commentary</u>

1.   <u>Financial Improprieties:</u>

The USTU is not operating as an independent organization. The current
leadership under Mr. Sang Chul Lee promotes and exclusively enforces the
Kukkiwon dan certification program of Korea to U.S. athletes, coaches,
instructors and other participants. Expensive black belt rank certificates are
issued only by Kukkiwon and its exclusive authority, a private entity in Seoul,
South Korea, whose organization's president is Dr. Un Yong Kim. This is a
violation of USOC Article IV, Section 4(6) and (7).

To obtain Kukkiwon dan ranking, USTU members must obtain a
recommendation from a grand master. It is widely rumored that an unofficial
standard practice of these "recommendations" includes a payment of a fee to
the grand master. This current practice of the USTU leadership extracts
unjust and exploitative revenues from USTU members and sends these
revenues to a private foreign entity. This practice clearly shows that the USTU
is not an autonomous governing body of its sport free from outside restraint as
required by the USOC in Article IV, Section 4(C)(1)(4). In fact, not including
monies sent to the Kukkiwon Seoul, South Korea, black belt certification
program, the United States Taekwondo Union has paid over $500,000 in fees to
date. This is money that could have well been used to support athletes in the
sport of Taekwondo here in the United States.

The current USTU President, Mr. Sang Chul Lee, has delayed issuing
USTU official rank certifications for all levels as stipulated in Article XV,
Section 1, of the USTU Bylaws adopted by the USTU Board of Governors in
November of 1998 before the representative (Jeff Benz, Esquire) from the USOC
task force. This is now over a four-year delay in the implementation of the
independence of the organization and is a reflection of a serious degree of
administrative incompetence, conflict of interest, and purposeful ignoring of the
fiduciary duty of a U.S. nonprofit organization.

USOC 00647

Mr. Thomas L. Satrom
April 23, 2003
Page 3

We can see from the above that financial improprieties exist. We question why this occurs. We understand that the current USTU President, Mr. Sang Chul Lee, is also Vice President of the WTF. Where does the money go that is sent to the Kukkiwon Seoul, South Korea, black belt certification program? This money ultimately finds its way to the WTF and shows that Mr. Sang Chul Lee has delayed implementation of the independence of the organization due to a readily-apparent conflict of interest.

2.    Stifling Dissent:

We, the undersigned, stand aghast in amazement at the "removal" of Jhoon Rhee from the advisory council of the USTU just minutes before the November 16, 2002 USTU meeting was to be held in Los Angeles, California. The President of the USTU, Mr. Sang Chul Lee, just minutes before the meeting of November 16, 2002 was to begin, gave Grand Master Jhoon Rhee a letter stating that Mr. Rhee's position as a member of the USTU advisory council had not been renewed. The purpose of this letter was to prevent Mr. Rhee from speaking against eliminating term limits for the USTU president even though he had traveled across the country at his own expense for this purpose. We are advised that Mr. Rhee had previously met with President Lee prior to the meeting and told President Lee of his intent to speak against eliminating term limits for the USTU President. According to the letter which Mr. Lee presented to Mr. Rhee at the meeting, Mr. Rhee was removed from his position pursuant to Article XXXIII, Section 3. Our legal review of this removal, however, shows that Article XXXIII, Section 3 refers only to special committees formed by the President and does not govern the advisory council which is controlled under Section 1 of the Article. The Article does not specify that the President can form and disband the committees formed under Section 1 at his discretion. This is nothing more than a dictatorial act on the part of the current President of the USTU, Mr. Sang Chul Lee. We are angered and amazed at the pattern of intimidation and manipulation attempted at the November 16, 2002 USTU meeting by President Mr. Sang Chul Lee and his legal counsel, Mr. Mark Bryant (a paid USTU lawyer acting as parliamentarian).

We, the undersigned, take special interest in this issue since we had previously written to the Honorable Ted Stevens, United States Senator for Alaska, and author of the Ted Stevens Olympic and Amateur Sports Act, objecting to the elimination of term limits for the President of the USTU. We believe the leadership misquoted relevant sections of Article XXXIII to remove Grand Master Jhoon Rhee from the advisory counsel, misapplied Roberts Rules

USOC 00648

Mr. Thomas L. Satrom
April 23, 2003
Page 4

_of Order_ in the meeting itself and denied the audience appropriate Points of Privilege and Points of Fact throughout the meeting.

3.  <u>Historical Failure to Follow USOC Constitution and Bylaws:</u>

On October 2, 1997, a letter was addressed to the United States Taekwondo Union by the USOC Membership and Credentials Committee that determined that the USTU was out of compliance with the USOC Constitution and Bylaws as well as the Amateur Sports Act. Those deficiencies still exist. Under the leadership of President Sang Chul Lee, the USTU has shown that it has no intention of instituting the reforms or following the Bylaws as proposed by the previous task force for the USOC Membership and Credentials Committee. Because the USTU has not followed the Bylaws it has supposedly accepted as a condition of being awarded national governing body status, that national governing body status should be revoked. These historical facts are a matter of previous public record and in and of themselves should require the removal of the present leadership of the USTU and/or the de-certification of the USTU as the NGB of the sport of Taekwondo for the USOC.

4.  <u>The Creation of a Dictatorship at the Top of the USTU:</u>

At the inception of the USTU, the President of the organization was limited to one term in office. This rotating presidency allowed for active participation of all members and practitioners of the sport of Taekwondo and helped to insure openness and fairness in the activities of the USTU as a national governing body for the sport of Taekwondo. Thereafter, the Bylaws of the USTU, specifically Article V, Section 7(e), were amended to allow for the reelection of the President of the USTU for one additional term. The amendment to this Bylaw came during the presidency of Sang Chul Lee, the current President.

On September 23, 2002, in order to secure a dictatorial grip and control of the USTU, an amendment was proposed to the USTU Board of Governors in regard to Article V, Section 7(a) of the USTU Bylaws, which proposed that the Bylaws be changed to state that the officers of the organization may be reelected without term limit. In essence, President Sang Chul Lee was in office and did not want to leave. President Sang Chul Lee wanted to remain the sole auditor of the sport of Taekwondo and its relationship as the national governing body to the United States Olympic Committee.

We, the undersigned individuals and members of the United States Taekwondo Union and Taekwondo practitioners, became aware of this

USOC 00649

Mr. Thomas L. Satrom
April 23, 2003
Page 5

attempted amendment and protested. We protested directly to the Honorable
Ted Stevens, as United States Senator for the State of Alaska, and as author of
the Ted Sevens Olympic and Amateur Sports Act. Senator Stevens directed our
inquiry to Mr. Lloyd Ward, Chief Executive Officer of the United States Olympic
Committee, and told Mr. Ward that he was a long time supporter and
practitioner of the sport of Taekwondo and a member of the United States
Taekwondo Union Advisory Board. Although Senator Stevens had not
familiarized himself fully with all aspects of the issues, he believed that these
complaints had "some merit." He directed Mr. Ward to resolve questions
concerning time limits in a manner that best served the sport and, most
importantly, the athletes who practice it. In spite of these inquiries and the
oversight of the Honorable Ted Stevens, the passage of the amendment to the
Bylaw allowing officers to be elected without term limits was accomplished.
The results of these actions by President Sang Chul Lee have irreparably
harmed the sport of Taekwondo.

     5.    <u>The Membership and Credentials Committee Must Act Against
            the Outrages of the Present Leadership of the United States
            Taekwondo Union to Restore Confidence in the Governance of
            the Sport of Taekwondo.</u>

    A review of the comments already publicly on record to the United States
Olympic Committee and a review of the protests to the USTU in regard to the
governance of the sport of Taekwondo shows that the athletes, the members of
the USTU and other Taekwondo practitioners, as well as the general public,
have lost confidence in the governance of the sport of Taekwondo by the
current President, Sang Chul Lee. The actions of the Membership and
Credentials Committee come at a critical time in the governance of the sport of
Taekwondo in the United States by the USTU. The action of the Membership
and Credentials Committee also comes at a critical time for the United States
Olympic Committee itself.

    According to a February 28, 2003 "USA Today" article, the general public
knows that the USOC is undergoing reforms after allegations of ethical
misbehavior and infighting. Senators John McCain, Republican, Arizona, and
Senator Ted Stevens, Republican, Alaska, prominently pictured in the "USA
Today" article, listened to testimony at the United States Olympic Committee
hearings in mid-February. Resignations and dismissals, allegations of conflicts
of interest and misappropriation of monies, have been in the newspaper for the
last several months. The public has been told that monies have been delayed
to athletes and organizations that train athletes as a result of the US Olympic
Committee setting aside $2.5 million to answer to Congress concerning

USOC 00650

Mr. Thomas L. Satrom
April 23, 2003
Page 6

allegations of questionable ethical practices and infighting within the organization.

In addition, we, as members of the United States Taekwondo Union and Taekwondo practitioners, have received copies of various complaints filed by other individuals and organizations as against the USTU for its practices in governance of the support of the Taekwondo. After reviewing all of the newspaper articles, the individual complaints, the records and history of the organization of the USTU as the national governing body for the sport of Taekwondo for the USOC, we are firmly convinced that the current leadership of the USTU has acted in its own self interest and not to the betterment of the individual athletes and to the sport of Taekwondo as a whole.

<u>Conclusion</u>

As a result, we respectfully request that the USTU current President, Mr. Sang Chul Lee, be removed from office and that the USTU be de-certified as the national governing body for the sport of Taekwondo.

**USOC 00651**

We, the undersigned, members of the USTU, Taekwondo practitioners, and interested parties, agree with the above.

| Name | Title |
|------|-------|
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |

USOC 00652

Apr 27 03 10:54p     Holloway/Weller          202-537-1318          P.11

# USTU GUP CERTIFICATES



## GREEN BELT

## BLUE BELT

## RED BELT

- *OFFICIAL USTU GUP CERTIFICATES AVAILABLE EXCLUSIVELY TO USTU CLUB OWNERS*

- *$3.00 EACH FOR ORDERS UNDER 100*

- *$2.00 EACH FOR ORDERS OF 100 OR MORE*

- *CONTACT THE USTU DAN OFFICE TO PLACE YOUR ORDER*

USTU Taekwondo Union
One Olympic Plaza, Suite 104-C
Colorado Springs, CO  80909

Email: ustudan@aol.com

Phone: 719-578-4632
Fax:    719-578-4642

USOC 00653