# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

**Appendix 9**

**United States Taekwondo Union**

**Delegation Ballots**

USOC 00654

OCT-01-2001 MON 03:45 PM USTU                    FAX NO. 7195784642              P. 01/01

Member — United States Olympic Committee  *Reason*



① *No Women Offic*

② *Jean Lopez — Coach*

*not Train*

## Mail Ballot

To:        USTU Executive Committee
From:      Secretary General, Soon Ho Kim
Re:        World Championships
Date:      October 1, 2001

### Background:

Please find listed below the Delegation as recommended by the Coaching &
Science Committee, for the 15th World Taekwondo Championships to be
held in Jeju, Korea November 1-7, 2001.  Please review the list and vote
accordingly.

| | |
|---|---|
| Men's Head of Team | Hyun K. Choi |
| Men's Manager | Dae Sung Lee |
| Men's Head Coach | Yoon Gak Kim |
| Men's Coach | Ki Soo Jung |
| | |
| Women's Head of Team | President Lee to delegate if necessary |
| Women's Manager | Seung Hyung Lee |
| Women's Head Coach | Sun Doo Hwang |
| Women's Coach | Juan Moreno |
| Team Trainer | Jean Lopez |
| Team Physician | Dr. Kevin McGee |

_____  I approve the above listed names.
  X    I do not approve the above listed names.
_____  I choose to abstain from voting on the above listed names.

Signature                    Print Name  *L. Holloway*      Date  *10/2-10/*

**Please fax and mail original ballot to the USTU by October 15, 2001.**
**One Olympic Plaza, Suite 104C Colorado Springs, CO 80909.**

One Olympic Plaza, Suite 104C      Phe:  719-578-4632          Fax:  719-578-4642
Colorado Springs, CO  80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.org          *"Values for Sport, Values for Life"*



**USOC 00655**

APR-17-2003 THU 10:48 AM US TAEKWONDO UNION    FAX NO. 7198684642    P. 02

Member — United States Olympic Committee



27 March 2003

TO:     Member
        Executive Committee
        United States Taekwondo Union

FROM:   Mr. Soon Ho Kim                    BRUCE HARRIS
        Secretary-General,                 EXECUTIVE DIRECTOR
        United States Taekwondo Union

RE:     Approval of Team Leader/Head Coach Recommendations

Dear Executive Committee Member,

In accordance with the USOC approved Pan Am Games and Olympic Games Selection
Procedures, the USTU Officers are making the following recommendations for your
review and approval:

2003 Pan Am Games Team Leader:     Mr. Eui-Bin Lee

2004 Olympic Games Team Leader:    Ms. Lynnette Love

Additionally, in accordance with the USOC approved Pan Am Games and Olympic
Games Selection Procedures, the USTU Coaching Science Committee has made the
following recommendations for your review and approval:

2003 Pan Am Games Head Coach:      Mr. Dae Sung Lee

2004 Olympic Games Head Coach:     Mr. Dae Sung Lee

Please fill out the attached ballot expressing approval or disapproval of these
recommendations. Please return them to the USTU Office by fax (719.866.4642) no later
than March 31, 2003.

Sincerely,

Soon Ho Kim
Secretary-General,
United States Taekwondo Union

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 866-4632
Fax (719) 866-4642
E-mail: USTUOOLD@mailsnare.net
Website: www.USTU.org                "Values for Sport, Values for Life"

USOC 00656

nber – United States Olympic Committee



## MAIL BALLOT

| | |
|---|---|
| 2003 Pan Am Games Team Leader: | Mr. Eui-Bin Lee |
| 2003 Pan Am Games Head Coach: | Mr. Dae Sung Lee |
| 2004 Olympic Games Team Leader: | Ms. Lynnette Love |
| 2004 Olympic Games Head Coach: | Mr. Dae Sung Lee |

_____ APPROVE                    _____ DISAPPROVE

_____                    _____
         NAME                                      DATE

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 866-4632
Fax (719) 866-4642
E-mail: USTUGOLD@mailsnare.net
Website: www.USTU.org

*"Values for Sport, Values for Life"*



USOC 00657

Apr 27 03 11:03p    Holloway/Weller              202-537-1318        P.1
OCT-01-2001 MON 03:45 PM USTU         FAX NO. 7195784642       P. 01/01

Member – United States Olympic Committee *Reason*



① No Women Offici

② Jean Lopez – Coach

not Train

**Mail Ballot**

To:      USTU Executive Committee
From:    Secretary General, Soon Ho Kim
Re:      World Championships
Date:    October 1, 2001

Background:

Please find listed below the Delegation as recommended by the Coaching &
Science Committee, for the 15th World Taekwondo Championships to be
held in Jeju, Korea November 1-7, 2001. Please review the list and vote
accordingly.

| | |
|---|---|
| Men's Head of Team | Hyun K. Choi |
| Men's Manager | Dae Sung Lee |
| Men's Head Coach | Yoon Gak Kim |
| Men's Coach | Ki Soo Jung |
| | |
| Women's Head of Team | President Lee to delegate if necessary |
| Women's Manager | Seung Hyung Lee |
| Women's Head Coach | Sun Doo Hwang |
| Women's Coach | Juan Moreno |
| Team Trainer | Jean Lopez |
| Team Physician | Dr. Kevin McGee |

X          I approve the above listed names.
           I do not approve the above listed names.
           I choose to abstain from voting on the above listed names.

_____     _____     _____
Signature             Print Name L. Holloway  Date 10/2/01

**Please fax and mail original ballot to the USTU by October 15, 2001.**
**One Olympic Plaza, Suite 104C Colorado Springs, CO 80909.**
Phe  719-578-4632               Fax:  719-578-4642

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.org

*"Values for Sport, Values for Life"*



USOC 00658

Page 1 of 1

## Main Identity

From:      <AndrewBlocker@aol.com>
To:        <CAPTCUP10@aol.com>
Sent:      Tuesday, April 29, 2003 9:01 AM
Subject:   Re: petition

TO MR. JOHN HOLLAWAY CONCERNING USTU OR UNITEDS STATES TAEKWONDO UNION FOF THE PAST TWENTY YEARS I HAVE BEEN A REGISTERED MEMBER OF THE USTU AS COACH I HAVE TRAINED SEVERAL NATIONAL CHAMPIONS US TEAM MEMBERS JR. NATIONALS CHAMPIONS AS WELL AS STATES CHAMPIONS I THINK THERE ARE ONLY A VERY FEW IF ANY COACHES THAT HAS BEEN ACTIVE AS LONG AS MY SELF . MY QUESTION IS WHY AND HOW DO CERTAIN PEOPLE GET PERSONAL PROMOTION IN COACHES LEVELS WITHOUT A FORFILLING ANY OF THE QUALIFICATIONS THAT ARE PUT IN PLACE BY THE NGB AND SOME HAVE NOT EVEN TAKEN A SEMINAR AND ARE ALREADY LEVEL 5 THIS ONLY ONE OF THE ISSUES THAT PERSIST WITH CURRENT NGB FOR TAEWKONDO ONE WOULD THINK THAT IT MAYBE RACIST IF THEY LOOKED AT WHO ALL THE HIGH LEVEL COACHES WERE AS WELL AS EXECUTIVE COMMITTE WE NEED TO HAVE REAL NGB NOT ONE RUN ON IF YOU OF KOREAN ORIGIN OR A STUDENT OF SANG LEE.PLEASE CONVEY MY THOUGHTS TO ANYONE THAT HAS AN FOR A NEW ERA IN SPORT TKD IF WE CAN CALL IT THAT THINK ABOUT IT SPORT MASTER HOW DOES THAT SOUND IT IS WHAT IT IS A RACIST NGB SUPPORTED BY THE USOC IT IS VERY un AMERICAN
ANDREW BLOCKER  CONCERN COACH FOR AMERICAN TKD AND ATHELETES.

**USOC 00659**

4/29/2003

OCT-01-2001 MON 04:37 PM USTU              FAX NO. 7195784642              P. 01/01

Member – United States Olympic Committee



## Mail Ballot

To:        USTU Executive Committee
From:      Secretary General, Soon Ho Kim
Re:        World Championships
Date:      October 1, 2001

Background:

Please find listed below the Delegation as recommended by the Coaching &
Science Committee, for the 15th World Taekwondo Championships to be
held in Jeju, Korea November 1-7, 2001. Please review the list and vote
accordingly.

| | |
|---|---|
| Men's Head of Team | Hyun K. Choi |
| Men's Manager | Dae Sung Lee |
| Men's Head Coach | Yoon Gak Kim |
| Men's Coach | Ki Soo Jung |
| | |
| Women's Head of Team | President Lee to delegate if necessary |
| Women's Manager | Seung Hyung Lee |
| Women's Head Coach | Sun Doo Hwang |
| Women's Coach | Juan Moreno |
| Team Trainer | Jean Lopez |
| Team Physician | Dr. Kevin McGee |

_____     I approve the above listed names.
_____     I do not approve the above listed names.
_____     I choose to abstain from voting on the above listed names.

_____    _____    ___/___/___
Signature                  Print Name                  Date

**Please fax and mail original ballot to the USTU by October 15, 2001.
One Olympic Plaza, Suite 104C Colorado Springs, CO 80909.
Phone 719-578-4632                    Fax: 719-578-4642**

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.org

"Values for Sport, Values for Life"

USOC 00660

| | |
|---|---|
| Walter | Simona Hradil |
| Middle | Sanaz Shahbazi |
| Heavy | Amy Blyth |

Team Officials:

| | |
|---|---|
| Head of Team (MEN) | Chang Ki Kim |
| Head of Team (WOMEN) | John Holloway |
| Manager (MEN) | Pham Khue* |
| Manager (WOMEN) | Bill Cho* |
| Head of Coacher (MEN) | Young Kil* |
| Head of Coaches (WOMEN) | Dae Sung Lee |
| Coach (MEN) | Sammy Pejo |
| Coach (WOMEN) | Truong Van Hai* |
| Trainers (MEN) | Dinh Dave* |
| Trainers (WOMEN) | Jyvonne Paul* |
| Team Doctor | Dr. Richard Paw!* |

*Indicates that I have no address information on this individual. Our Membership data base will be checked 4/30/01.

2

APR-30-2001 MON 08:08 AM USTU        FAX NO. 7185784642        P. 02/02

USOC 00661

**2000 Olympics**
Sang Lee, USTU President
John Holloway, Team Leader
Han Lee, Assistant Coach
Young In Cheon, Coach

## 1999 Pan Am Games - Winnepeg
Mr. John Holloway (MD), Head of Team
Mr. Jin Song Chung (TX), Head Coach
Mr. Tim Connolly (CA), Coach
Mr. Han Won Lee (CO), Coach

## 1995 Pan American Games - Argentina
Mr. Sang Chul Lee (CO), Head of Team
Mr. Sun Ki Chong (NY), Men's Head Coach
Mr. Byung Won Kang (CA), Women's Head Coach
Mr. Han Won Lee (CO), Men's Coach
Ms. Lynette Love (MD), Women's Coach

**1999 Olympic Qualification Tournament – Croatia**

Mr. Al Cole (OH), Head of Team
Mr. Wes Dees (OH), Team Manager
Mr. Young In Cheon (CA), Head Coach
Mr. Dae Sung Lee (HI), Coach
Mr. Jean Lopez (TX), Trainer
Ms. Trish Bare (FL), Medical Coordinator

**1999 Pan Am Qualification - Miami**

Mr. John Holloway (MD), Team Leader
Mr. Dae Sung Lee (HI), Head Coach
Mr. Han Won Lee (CO), Coach
Mr. Jean Lopez (TX), Coach
Ms. Trish Bare (FL), Medical Coordinator

**2001 World Championships – Jeju Korea**

Men's Head of Team  Hyun K. Choi

Men's Manager      Tom Hernandez

Men's Head Coach Mr. Yoon Kak Kim

Men's Coach        Dae Sung Lee

Men's Trainer       Jean Lopez

Women's Head of Team      Lynette Love

Women's Manager    Seung Hyung Lee

Women's Head Coach  Ki Soo Jung

Women's Coach       Juan Moreno

Women's Trainer      May Pejo-Spence

Team Doctor/ Dr. Kevin McGee

## 1998 World Cup

Mr. Jay Warwick (CO), Head of Team
Mr. Young In Cheon (CA), Team Manager
Mr. Jin Song Chung (TX), Head Coach
Ms. Lynnette A. Love (MD), Coach
Mr. Han Won Lee (CO), Coach
Ms. Trish Bare (CO), Trainer

## 1997 World Cup

Mr. Paul George, Men's Head of Team
Dr. Evie Dennis (CO), Women's Head of Team
Mr. Sung Bok Nam (PA), Men's Team Manager
Mr. Chang Kil Kim (CA), Women's Team Manager
Mr. Soon Man Lee (VA), Men's Head Coach
Mr. Joong Keun Suh (FL), Women's Head Coach
Mr. Han Won Lee (C0), Men's Coach
Ms. Lynette A. Love (MD), Women's Coach
Dr. David M. Smith, Team Doctor
Ms. Trish Bare (CO), Team Trainer

## 2002 Jr. Worlds - Athens

Head of Team - Mark Bryant
Manager - Kuk Hyung Han
Head Coach - Dae Sung Lee
Assistant Coaches - Sammy Pejo / David Kang
Medical - Patricia Bare Grounds

Head of Team - Lynnette Love
Manager - Se Young Chang
Head Coach - Arlene Limas

USOC 00662

Assistant Coaches - Juan Moreno / Paris Amani
Medical - Patricia Bare Grounds

### 1998 Jr. Worlds -- Istanbul Turkey

Mr. Sang Chul Lee (CO), USTU President
Mr. Soon Ho Kim (VA), USTU Secretary General

Mr. Soo Se Cho (FL), Men's Head of Team
Mr. Mark Bryant (CO), Women's Head of Team
Ms. Sharon Jewell (MD), Team Manager
Mr. Dae Sung Lee (HI), Men's Head Coach
Mr. Young In Cheon (CA), Women's Head Coach
Mr. Sammy Pejo (CO), Men's Trainer
Mr. Joseph Kim (OH), Women's Trainer
Ms. Trish Bare (FL), Medical Coordinator

Mr. Eui Bin Lee (CA), International Referee

### 2000 Pan Am -- Aruba

Mr. Sang Lee (CO), USTU President

Mr. Soon Ho Kim (VA), USTU Secretary General

Mr. Carlos Alvarez (TX), Head of Team

Mr. Ki Moon Kwon (OH), Men's Head Coach

Mr. Han Won Lee (CO), Men's Coach

Mr. Kyong Hoon Kim (NJ), Women's Head Coach

Mr. Mark Williams (NJ), Women's Coach

### 1998 Pan Am -- Lima Peru

Mr. Joong Kuen Suh (FL), Men's Head of Team

Mr. John Holloway (DC), Women's Head of Team

## Mr. Sun Du Hwang (WA), Men's Head Coach

Mr. Young Seung Kim (CA), Women's Head Coach

Mr. Han Won Lee (CO), Coach

Mr. Kareem Abdul-Jabbar (IL), Coach

Ms. Trish Bare (FL), Medical Coordinator

### 1999 Worlds -- Edmonton Canada

Mr. Sam Jang Kim (NY), Men's Head of Team
Mr. Mr. Carlos Alvarez (CA), Women's Head of Team
Mr. Jae Young Kim (MI), Men's Team Manager
Mr. Mr. Steven Silz (CA), Women's Team Manager
Mr. Young Seung Kim (CA), Men's Head Coach
Mr. Ki Soo Chung (CO), Women's Head Coach
Mr. Han Won Lee (CO), Men's Coach
Ms. Kim Dotson Peck (CO), Women's Coach
Dr. Keith Meredith (CO), Men's Team Doctor
Ms. Trish Bare (FL), Medical Coordinator

Mr. Ji Ho Choi (NJ), International Referee
Mr. Bruce Harris (VA), International Referee
Mr. Bernard Robinson (VA), International Referee

### 1995 -- World Championships

Mr. Soo Se Cho (FL) , Men's Head of Team
Mr. Michael Turner (OH), Women's Head of Team
Mr. Kang Seok Lee (NC), Men's Team Manager
Mr. Yong Sup Shin (CA), Women's Team Manager
Mr. Soon Man Lee (VA), Men's Head Coach
Mr. Byung Min Kim (NY), Women's Head Coach
Mr. Jay Warwick (CA), Men's Coach
Mr. Dae Sung Lee (HI), Women's Coach
Dr. Sam Pejo (NY), Men's Team Doctor
Dr. Jose L. Hinojosa, Women's Team Doctor

USOC 00663

**1997 World Championships**

Mr. Jay Warwick (CA), Head of Team
Mr. Tim Connolly (CA), Team Manager
Mr. Dae Sung Lee (HI), Men's Head Coach
Mr. Han Won Lee (CO), Women's Coach
Ms. Trish Bare (CO), Trainer

Mr. Eui Bin Lee (CA), International Referee


**1992 Olympics**

Dr. Ken Min (CA), Head of Team
Mr. Dong Gun Park (NJ), Head Coach
Mr. Hong Kong Kim (OH), Assistant Coach
Mr. Dae Sung Lee (HI), Coach

Mr. Chan Yong Kim (CA), International Referee
Mr. Koang Woong Kim (WI), International Referee
Mr. Kyu Young Chai (IN), International Referee
Mr. Monte Monroe (TX), International

Referee
Mr. Duk Young Mun, International Referee

**1988 Olympic Team Roster**

Mr. Hwa Chong (MI), Head of Team
Mr. Sang Chul Lee (CO), Head Coach
Mr. Joon Pyo Choi (OH), Coach
Mr. Yeon Hwan Park (NY), Coach
Mr. Dae Sung Lee (HI), Coach

Mr. Young Ihl Lee (MD), International Referee
Mr. Monte Monroe (TX), International Referee


**1991 – Pan Am Games – cuba**

Mr. Chul Koo Yoon (IN), Head of Team
Mr. Yeon Hwan Park (NY), Head Coach
Mr. Kwon Sung Choi (CA), Coach
Mr. Jay Warwick (CA), Coach

Note -- this information was copied and pasted from the USTU Website.

USOC 00664