# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 10

1986 Women's Committee Amendment Proposal

USOC 00665

February 24, 1986

TO: USTU Board of Governors

FROM: Debra Y. Holloway and Lynette A. Love; U.S. Female Team members and Athletes Representatives of the U.S.T.U.

Re: Amendment to U.S.T.U. Bylaws/Eligibility and membership requirements for the Division of Women's Program Affairs and addition of Co-committees.

Dear Sirs:

Enclosed please find a copy of a proposed amendment to the U.S.T.U. Bylaws we would like to submit on behalf of women participants in Taekwondo. This proposed amendment basically seeks to ensure the potential for growing and active membership in the Division of Women's Program Affairs for commitment and advancement of women in Taekwondo for the stability and continued success of the U.S.T.U. as the national governing body for this sport.

The rapid growth of women in Taekwondo over the last ten years has created a strong need for the development and participation of the women's program in the commitment to the advancement of Taekwondo in State, National, and International functions.

It is our belief that the same commitment and attention will be given to the women's program that has been given to the men's program.

Thank you for your anticipated support and assistance in this matter.

Yours Truly,

*Debra Y. Holloway*
Debra Y. Holloway
U.S. Team Member and Athletes' Representative

and

*Lynette A. Love*
Lynette A. Love,
U.S. Team Member and Athletes' Representative

cc/scl
mw
djy
dyh
lal
enclosure

EXHIBIT 3

USOC 00666

Apr 27 03 10:54p      Holloway/Weller

ARTICLE XIII. DIVISION OF WOMEN'S PROGRAM AFFAIRS

PROPOSED AMENDMENTS TO THE BYLAWS OF THE UNITED STATES
TAEKWONDO UNION, INC.

Pursuant to Article XIII, Section 1 of the United States Taekwondo Union (USTU) Bylaws, we as female Athletes' Representatives, as delegated by the Board of Governors of the USTU, propose to amend the Bylaws of the United States Taekwondo Union, Inc. for consideration at the Biannual meeting to be held in Dayton, Ohio on April 3, 1986:

ARTICLE XIII. DIVISION OF WOMEN's PROGRAM AFFAIRS

shall be revised as follows:

Section 1. There shall be a Women's Athletes' Advisory Council (WAAC) consisting of those female athletes who placed first (1st), second (2nd), or third (3rd) in the U.S. National Championships within the last ten (10) years, and additional members who hold the Kukkiwon Dan rank of 4th Dan or a higher degree.

    a. The annual Meeting of the Women's Athletes' Advisory Council shall be held in conjunction with the National Championships.

    b. The Women's Athletes' Advisory Council shall elect officers and establish a code of operation for conducting the business of the WAAC.

Section 2. Women's Committee shall:

    a. consist of 8 selected members from and by the membership of Women's Athletes' Advisory Council, and three (3) additional members who shall be appointed by the President;

    b. promulgate all aspects of Women's Taekwondo program;

    c. recommend the policies and procedures to the Board of Governors and the Executive Committee for the improvement of Women's program;

    d. establish the code of operation as deemed necessary by the Committee, and submit for approval of the Board of Governors; and



    e. elect its' own chairperson from the membership of the Women's Committee.

USOC 00667