# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

### Appendix 11

### Appointment Letters

USOC 00668

Apr 27 03 10:54p    Holloway/Weller    202-337-1318    p.3

Member – United States Olympic Committee



January 24, 2001

Mr. John Holloway
8749 Flower Ave.
Silver Spring, MD 20901

Dear Mr. Holloway,

As President of the United States Taekwondo Union and in accordance with the USTU Bylaws Article X, I am pleased to appoint you as Divisional Coordinator of Education, Certification and Standard Affairs Committee for the 2001-2004 quadrennium. Please forward the list of your committee members by February 5, 2001.

I am confident that you will represent this committee and serve our membership with honor and integrity, as you have demonstrated in the past. Thank you for your contributions and continued support of the USTU.

Sincerely,

Sang Lee
President, USTU

SL/jt

ne Olympic Plaza, Suite 405
orado Springs, CO  80909
) 578-4632
ax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.org

USOC 00669



"Values for Sport, Values for Life"

Apr 27 03 10:54p    Holloway/Weller        202-537-1318        p.10

FROM : M DUBISSETTE MD        PHONE NO. : 359 4813        Mar. 19 2003 10:25PM P1

Member – United States Olympic Committee



10 March 2003

TO:       Ms Gloria Dubissette

FROM:     Mr. Bruce Harris
          Executive Director,
          United States Taekwondo Union

RE:       USTU Appointment as State President

Dear Ms Dubissette,

In accordance with the USTU Bylaws, The USTU National President is authorized to make appointments of state presidents in those states that do not have 5 registered USTU clubs or 100 registered members.

This year President Lee has authorized the United States Taekwondo Union Officers and AAC Chairman to select and appoint the 2003 USTU Appointed State Presidents. The USTU Officers and USTU AAC Chairman have selected you to be appointed as State President.

You are hereby appointed as the District of Columbia State President. Your term of office will expire December 31, 2003.

Congratulations on your appointment as State President. I look forward to a successful working relationship with you as you provide leadership for your state organization and for your athletes.

Sincerely,

Bruce Harris

Bruce C.K.W. Harris
Executive Director,
United States Taekwondo Union

One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.org

*"Values for Sport, Values for Life"*



USOC 00670

# United States Taekwondo Union



One Olympic Plaza, Suite 405
Colorado Springs, CO 80909
Tel: (719) 578-4632
FAX: (719) 578-4642

## Memorandum

May 1, 1997

To:  Officers

From:  Sang Lee
          President, USTU

Re:  Appointed Committee Chairpersons

---

- Division of Operational Affairs
- Division of Developmental Affairs
- Division of Education,
  Certification and Standard Affairs
- Division of Women's Affairs
- National Supreme Board
  of Examiners and Promotion
- National Board of Martial Arts
- Law and Legislation Committee
- Membership and Public Relations Committee
- Pulication Committee
- Collegiate Committee
- Dojang Development Committee
- Interscholastic Committee
- Junior Olympic Committee
- National Coaching Staff Committee
- Educational Seminar Development Committee
- Eligibility Committee
- Protective Equipment Development Committee
- Sport Medicine Committee
- Technical Contest Rules and Referee
- Tournament Committee
- Life Membership Committee
- Finance Committee

Joong Kuen Suh
Byung Won Kang

Kwoang Woong Kim
Lynnette Love

Byung Ho Choi
Won Chik Pak
Mark Bryant
Sydney Reeser
Soo Se Cho
Yong Chin Park
Tim McCarthy
Dr. John Burke
R. Jay Warwick
Jin Chung
Byung Min Kim
Scott Dickinson
Dr. Tom Seaborne
Dr. Keith Meredith
Sun Hee Sup Lee
Young Jin
Bruce Harris
Yong Sup Shin

An Olympic and Amateur Organization
Member of the World Taekwondo Federation

USOC 00671