# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 12

**USTU Income Versus Player Support**

USOC 00672

## USTU Income & Player Support 1996-2002

| | Total Revenue | USOC Grants | Support Services | Player Development | % of Revenue For Player Dev. | % of Revenue Spent on Supporting Services | Dan Income | Pd to Kukkiwon |
|---|---|---|---|---|---|---|---|---|
| 1996 | $2,202,953.00 | $57,487.00 | $764,112.00 | not separated | | 34.69% | 279,299.00 | 139,649.50 |
| 1997 | $2,282,355.00 | $169,195.00 | $930,624.00 | 193,593.00 | 8.48% | 40.77% | 317,716.00 | 158,858.00 |
| 1998 | $2,485,560.00 | $206,451.00 | $729,505.00 | 278,334.00 | 11.20% | 29.35% | 353,438.00 | 176,719.00 |
| 1999 | $2,465,843.00 | $291,993.00 | $278,334.00 | 183,831.00 | 7.46% | 11.29% | 305,237.00 | 152,618.50 |
| 2000 | $2,530,326.00 | $276,859.00 | $513,553.00 | 351,408.00 | 13.89% | 20.30% | 273,290.00 | 136,645.00 |
| 2001 | $2,861,451.00 | $291,993.00 | $533,533.00 | 257,346.00 | 8.99% | 18.65% | 291,993.00 | 145,996.50 |
| *2002 | $2,633,946.00 | $278,776.00 | $446,511.00 | 324,854.00 | 12.33% | 16.95% | 297,802.00 | 148,901.00 |

*2002 - only 9 months

USOC 00673