# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

### Appendix 13

### USTU Financial Reports

USOC 00674

UNITED STATES TAEKWONDO UNION, INC.

Statement of Financial Position

December 31, 2001

(With Comparative Totals for 2000)

## ASSETS

| | 2001 | 2000 |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 150,968 | $ 23,656 |
| Due from USOC | | 33,257 |
| Accounts receivable | 11,954 | 2,595 |
| Prepaid expenses | 19,533 | 1,035 |
| Inventory | 16,993 | 18,822 |
| Total current assets | 199,448 | 79,365 |
| LONG-TERM INVESTMENTS (Note B) | 364,622 | 377,924 |
| FURNITURE AND EQUIPMENT: | | |
| Office furniture and equipment | 144,307 | 142,595 |
| Athletic equipment | 54,894 | 54,894 |
| Less accumulated depreciation | (131,399) | (107,525) |
| Furniture and equipment – net | 67,802 | 89,964 |
| TOTAL ASSETS | $ 631,872 | $ 547,253 |

## LIABILITIES AND NET ASSETS

| | 2001 | 2000 |
|---|---|---|
| CURRENT LIABILITIES: | | |
| Accounts payable | $ 159,561 | $ 452,552 |
| Deferred revenue (Note D) | 161,958 | 15,120 |
| Accrued liabilities | 21,760 | 53,945 |
| Note payable (Note E) | 39,824 | 50,000 |
| Current portion of lease payable (Note G) | 7,913 | 6,485 |
| Total liabilities | 391,016 | 578,102 |
| LONG-TERM LEASE PAYABLE (Note G) | 8,775 | 16,688 |
| NET ASSETS: | | |
| Unrestricted | 176,567 | (103,051) |
| Temporarily restricted (Note H) | 55,514 | 55,514 |
| Total net assets | 232,081 | (47,537) |
| TOTAL LIABILITIES AND NET ASSETS | $ 631,872 | $ 547,253 |

See Notes to Financial Statements

USOC 00675

UNITED STATES TAEKWONDO UNION, INC.

Statement of Activities and Changes in Net Assets

For the Year Ended December 31, 2001

(With Comparative Totals for 2000)

| | Unrestricted | Temporarily Restricted | 2001 Totals | 2000 Totals |
|---|---|---|---|---|
| **REVENUE:** | | | | |
| Membership | $ 1,011,837 | $ | $ 1,011,837 | $ 909,976 |
| Event revenue | 776,027 | | 776,027 | 523,372 |
| Dan Promotions | 323,308 | | 323,308 | 273,290 |
| USOC grants (Note C) | 251,565 | | 251,565 | 291,993 |
| Corporate sponsorships | 185,313 | | 185,313 | 183,075 |
| USOC joint marketing agreement (Note C) | 180,000 | | 180,000 | 192,000 |
| Clinics and seminars | 113,458 | | 113,458 | 90,078 |
| Sanctions | 25,137 | | 25,137 | 27,600 |
| Miscellaneous revenue | 8,258 | | 8,258 | 21,213 |
| Pro shop revenue | 2,273 | | 2,273 | 73,223 |
| Cost of goods sold | (3,275) | | (3,275) | (71,120) |
| Contributions | 813 | | 813 | 11,363 |
| Investment loss | (13,263) | | (13,263) | (4,970) |
| Advertising | | | | 12,238 |
| Loss on asset disposal | | | | (3,005) |
| Total revenue | 2,861,451 | | 2,861,451 | 2,530,326 |
| **EXPENSES:** | | | | |
| Program services: | | | | |
| Competitions & events | 1,155,762 | | 1,155,762 | 1,007,933 |
| Membership | 509,378 | | 509,378 | 568,699 |
| Player development | 257,346 | | 257,346 | 351,408 |
| Coaching development | 99,742 | | 99,742 | 50,099 |
| Referee development | 26,072 | | 26,072 | 23,535 |
| Total program services | 2,048,300 | | 2,048,300 | 2,001,674 |
| Supporting services: | | | | |
| National office | 424,714 | | 424,714 | 396,800 |
| Board of directors | 108,819 | | 108,819 | 116,753 |
| Total supporting services | 533,533 | | 533,533 | 513,553 |
| Total expenses | 2,581,833 | | 2,581,833 | 2,515,227 |
| CHANGE IN NET ASSETS | 279,618 | | 279,618 | 15,099 |
| NET ASSETS, beginning of year | (103,051) | 55,514 | (47,537) | (62,636) |
| NET ASSETS, end of year | $ 176,567 | $ 55,514 | $ 232,081 | $ (47,537) |

See Notes to Financial Statements

USOC 00676

UNITED STATES TAEKWONDO UNION, INC.
Statement of Cash Flows
For the Year Ended December 31, 2001
(With Comparative Totals for 2000)

|  | 2001 | 2000 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Change in net assets | $ 279,618 | $ 15,099 |
| Adjustments to reconcile change in net assets to net cash provided by operating activities: | | |
| Depreciation | 23,874 | 22,855 |
| Changes in assets and liabilities: | | |
| Decrease in accounts receivable | 23,898 | (33,160) |
| Increase in prepaid expenses | (18,498) | 10,238 |
| Decrease in accounts payable | (292,991) | 83,031 |
| Increase in deferred revenue | 146,838 | (29,869) |
| Decrease in accrued liabilities | (32,185) | (52,546) |
| Decrease in inventory | 1,829 | 965 |
| Total adjustments | (147,235) | 1,514 |
| Net cash provided by operating activities | 132,383 | 16,613 |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | |
| Decrease in long-term investments | 13,302 | 5,265 |
| Acquisition of property and equipment | (1,712) | (25,038) |
| Disposals of property and equipment | | 17,007 |
| Net cash provided (used) by investing activities | 11,590 | (2,766) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Decrease in lease payable | (6,485) | 2,175 |
| Decrease in note payable | (10,176) | |
| Net cash provided (used) by financing activities | (16,661) | 2,175 |
| NET INCREASE IN CASH | 127,312 | 16,022 |
| CASH AND CASH EQUIVALENTS, beginning of year | 23,656 | 7,634 |
| CASH AND CASH EQUIVALENTS, end of year | $ 150,968 | $ 23,656 |

See Notes to Financial Statements

USOC 00677

UNITED STATES TAEKWONDO UNION, INC.

Notes to Financial Statements

For the Years Ended December 31, 2001 and 2000

A.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Organization

United States Taekwondo Union, Inc. (the Corporation) is the national governing body for the sport of taekwondo, making it responsible for the conduct and administration of amateur taekwondo in the United States. The Corporation qualifies as a tax-exempt organization under section 501(c)(3) of the Internal Revenue Code and, accordingly, is not subject to federal income tax. The Corporation is not a private foundation.

### Supplemental Cash Flow Disclosures

Cash flows from operating activities reflect interest paid of $17,632 and $18,377 for the years ended December 31, 2001 and 2000, respectively.

### Depreciation

Furniture and equipment are recorded at cost as of the date of acquisition or fair value as of the date of receipt in the case of gifts. Depreciation is recorded for office and athletic equipment using the straight line method over an estimated useful life of five to seven years. Depreciation expense for the years ended December 31, 2001 and 2000 was $23,874 and $22,855, respectively, and includes depreciation on copiers and a fax machine financed with a capital lease.

### Cash and Cash Equivalents

Cash and cash equivalents consist of the Corporation's checking and savings accounts.

### Accounts Receivable

No allowance for doubtful accounts is considered necessary.

### Inventory

Inventory is stated at the lower of cost or market. Cost is determined by the first-in, first-out method.

**USOC 00678**

Notes to Financial Statements

A.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - Continued

Compensated Absences

Employees of the Corporation earn a vested right to compensation for unused vacation. Accordingly, the Corporation has made an accrual for vacation compensation that employees have earned but not taken.

Contributions

Gifts of cash and other assets are reported as restricted support if they are received with donor stipulations that limit the use of donated assets. When a restriction expires, that is, when a stipulated time restriction ends or a purpose restriction is accomplished, temporarily restricted net assets are reclassified to unrestricted net assets and reported in the statement of activities as net assets released from restrictions.

Functional Allocation of Expenses

Certain costs and expenses are allocated among the various programs and supporting service expenses based on salary and related expenses.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent liabilities, and the reported amounts of revenues and expenses. Actual results could differ from those estimates.

B.   LONG-TERM INVESTMENTS

Long-term investments are recorded at market value and consist of the following at December 31, 2001 and 2000:

United States Olympic Foundation
   Investment portfolio:

| | 2001 | 2000 |
|---|---|---|
| At market value | $ 364,622 | $ 377,924 |
| At cost | 364,920 | 427,798 |
| Unrealized (loss) | $ (298) | $ (49,874) |

USOC 00679

Notes to Financial Statements

B.  LONG-TERM INVESTMENTS - Continued

Investment income consists of the following components for the years ended December 31, 2001, and 2000:

|  | 2001 | 2000 |
|---|---|---|
| Unrealized (losses) | $    (298) | $   (49,874) |
| Realized gains (losses) | (23,712) | 31,197 |
| Interest & dividends | 10,747 | 13,707 |
| Investment loss | $   (13,263) | $    (4,970) |

The USOF portfolio is invested in the following types of securities at December 31, 2001:

| | |
|---|---|
| Domestic equities | 31.01% |
| Domestic bonds | 30.43 |
| Limited partnerships | 15.90 |
| International equities | 9.97 |
| Convertible securities | 6.63 |
| Cash and cash equivalents | 5.32 |
| Real estate | 0.74 |
| | 100.00% |

C.  RELATED PARTY TRANSACTIONS

During the years ended December 31, 2001 and 2000, the United States Olympic Committee (USOC) provided base and centralized funding grants to the Corporation of $172,521 and $234,279, respectively.  During the year ended December 31, 2001, the USOC also provided $79,044 in performance pool funding.  The Corporation is economically dependent on the grants it receives from the USOC in order to maintain programs at present levels.

The USOC also provides the Corporation with certain office facilities at no cost.  No amount has been reflected in the financial statements as a cost or revenue for such facilities, other than the partial rent of office space at $76 per month.

In addition, the Corporation entered into a joint marketing agreement with the USOC in 2001.  The term of the agreement is January 1, 2001 through December 31, 2004.  The Association received $180,000 and $192,000 for the years ended December 31, 2001 and 2000, respectively.

Payments to related parties during the year ended December 31, 2001 included consulting fees in the amount of $2,231 to a board member as well as $15,020 to another board member for historian services.

**USOC 00680**

Notes to Financial Statements

D.  DEFERRED REVENUE

Deferred revenue at December 31, 2001 and 2000 consists of the following:

|  | 2001 | 2000 |
|---|---|---|
| Membership dues (athletes) | $    58,004 | $    3,080 |
| Club dues | 12,100 | 1,600 |
| Bid fees | 30,000 | |
| Membership dues (non-competitors) | 4,360 | 440 |
| VIK revenue | 7,494 | |
| USOC - performance pool funding | 50,000 | |
| Corporate sponsorship | | 10,000 |
|  | $    161,958 | $    15,120 |

E.  NOTE PAYABLE

The Corporation has a $100,000 line of credit agreement with a commercial bank.  The agreement provides for interest at 3.75% and is due October 28, 2002.  As of December 31, 2001, the outstanding balance was $39,824.

F.  OPERATING LEASE COMMITMENTS

The Corporation leases storage space under a month to month lease agreement.  Total rent expense related to this operating lease agreement was $3,852 and $3,289 for the years ended December 31, 2001 and 2000, respectively.

G.  LEASE PAYABLE

During 2001, the Corporation renewed a lease for two copiers, and entered into a new lease for an additional copier and fax machine.  Both leases are classified as capital leases. Accordingly, assets have been capitalized with the following net book values at December 31, 2001:

| | |
|---|---|
| Capitalized cost | $    26,696 |
| Accumulated depreciation | (8,511) |
| Net book value | $    18,185 |

Depreciation expense for this equipment for the years ended December 31, 2001 and 2000 was $4,928 and $4,031, respectively. This depreciation is included in the total depreciation expense reflected in Note A.

The lease requires monthly installments of $880, including interest at 20%.  The total outstanding principal balance at December 31, 2001 was $16,688.

USOC 00681

Notes to Financial Statements

G.  LEASE PAYABLE - Continued

The principal portion of future scheduled lease payments is as follows:

| | | |
|---|---|---|
| 2002 | $ | 7,913 |
| 2003 | | 8,775 |

H.  TEMPORARILY RESTRICTED NET ASSETS

Temporarily restricted net assets consist of the following at December 31, 2001:

| | | |
|---|---|---|
| Building Fund - National Training Center | $ | 55,514 |

USOC 00682

UNITED STATES TAEKWONDO UNION, INC.
Schedule of Program Services
For the Year Ended December 31, 2001

| | Competition & Events | Membership | Player Development | Coaching Development | Referee Development | Total |
|---|---|---|---|---|---|---|
| Airfare | $ 271,473 | $ 1,310 | $ 15,126 | $ 15,346 | $ | $ 303,255 |
| Auto allowance | 380 | | 1,042 | 43 | | 1,465 |
| Awards & trophies | 58,111 | | | | | 58,111 |
| Car rental | 9,468 | 100 | 563 | 2,186 | | 12,317 |
| Certification fees | | 118,565 | | | | 118,565 |
| Dues & fees | (12,627) | 6,160 | 1,654 | 622 | | (4,191) |
| Bad debt | | 14,231 | | | | 14,231 |
| Equipment rental | 28,885 | | | | | 28,885 |
| Gifts & protocol | 7,630 | | 3,667 | | | 11,297 |
| Grants & support | | | | 761 | | 761 |
| Graphics & artwork | 5,750 | 31,911 | | | | 37,661 |
| Ground transportation | 1,342 | | 395 | | | 1,737 |
| Insurance | | 150,514 | | | | 150,514 |
| Lodging | 176,522 | 679 | 11,285 | 38,615 | | 227,101 |
| Meals | 47,659 | 488 | 3,720 | 5,495 | | 57,362 |
| Per diem | 84,158 | | 29,413 | 4,920 | | 118,491 |
| Medical expense | 1,722 | | (28) | | | 1,694 |
| Merchandise | | 16,800 | | | | 16,800 |
| Miscellaneous expenses | 44,504 | | 8,956 | | | 53,460 |
| Other program expenses | 34,763 | 15,365 | 15,475 | 2,846 | | 68,449 |
| Other travel expenses | 95,300 | | | | | 95,300 |
| Payroll taxes | 9,354 | 5,808 | 11,263 | 1,432 | 1,432 | 29,289 |
| Postage | 18,097 | 10,519 | | 900 | | 29,516 |
| Printing & duplicating | 19,093 | 27,656 | 655 | 6,178 | 5,579 | 59,161 |
| Professional fees | 73,788 | | 2,708 | 2,295 | | 78,791 |
| Salaries | 118,230 | 74,224 | 142,354 | 18,103 | 18,103 | 371,014 |
| State rebates | | 32,188 | | | | 32,188 |
| Supplies/equipment | 14,804 | 2,770 | 579 | | | 18,153 |
| Telephone | 1,741 | 90 | | | 958 | 2,789 |
| Temporary help | | | 3,144 | | | 3,144 |
| Uniforms | 3,744 | | 5,375 | | | 9,119 |
| Venue rental | 41,871 | | | | | 41,871 |
| | $ 1,155,762 | $ 509,378 | $ 257,346 | $ 99,742 | $ 26,072 | $ 2,048,300 |

USOC 00683

UNITED STATES TAEKWONDO UNION, INC.

Schedule of Supporting Services

For the Year Ended December 31, 2001

| | National Office | Board of Directors | Total |
|---|---|---|---|
| Advertising | $         364 | $ | $         364 |
| Airfare | 2,149 | 30,580 | 32,729 |
| Auto allowance | 468 | | 468 |
| Bad debt expense | 19,077 | | 19,077 |
| Bank charges | 15,168 | | 15,168 |
| Car rental | 262 | 2,101 | 2,363 |
| Depreciation | 23,874 | | 23,874 |
| Dues & fees | 385 | 1,398 | 1,783 |
| Contributions/donations | 100 | | 100 |
| Gifts & protocol | 4,990 | 428 | 5,418 |
| Graphics & artwork | 630 | 639 | 1,269 |
| Ground transportation | 354 | 1,396 | 1,750 |
| Insurance | 122 | | 122 |
| Interest & penalties | 17,395 | 236 | 17,631 |
| Internet | 13,504 | 672 | 14,176 |
| Legal fees | 38,373 | | 38,373 |
| Lodging | 3,453 | 23,477 | 26,930 |
| Meals | 8,641 | 10,422 | 19,063 |
| Per diem | 1,140 | 5,860 | 7,000 |
| Equipment lease | 8,361 | | 8,361 |
| Miscellaneous expenses | 19,998 | 3,953 | 23,951 |
| Other administrative costs | 1,799 | 6,692 | 8,491 |
| Other travel expenses | 5 | | 5 |
| Payroll taxes | 6,426 | | 6,426 |
| Postage | 32,625 | | 32,625 |
| Printing & duplicating | 2,581 | 1,560 | 4,141 |
| Professional fees | 18,996 | | 18,996 |
| Rent — office | 733 | | 733 |
| Salaries | 121,527 | | 121,527 |
| Staff development | 1,274 | | 1,274 |
| Storage rental | 3,852 | | 3,852 |
| Subscriptions | 856 | | 856 |
| Supplies | 30,273 | 1,993 | 32,266 |
| Telephone | 10,977 | 14,526 | 25,503 |
| Temporary help | 13,982 | | 13,982 |
| Venue rental | | 2,886 | 2,886 |
| | $    424,714 | $    108,819 | $    533,533 |

USOC 00684

UNITED STATES
TAEKWONDO UNION, INC.

Financial Statements

For the Nine Months Ended September 30, 2002

USOC 00685

# Waugh & Associates, P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

## ACCOUNTANTS' COMPILATION REPORT

Board of Directors
United States Taekwondo Union, Inc.
Colorado Springs, Colorado

We have compiled the accompanying statement of financial position
of United States Taekwondo Union, Inc. as of September 30, 2002 and
the related statements of activities and changes in net assets and
cash flows for the nine months then ended, in accordance with
Statements on Standards for Accounting and Review Services issued
by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial
statements information that is the representation of management.
We have not audited or reviewed the accompanying financial
statements and, accordingly, do not express an opinion or any other
form of assurance on them.

*Waugh & Associates, P.C.*
November 8, 2002

USOC 00686

4595 Hilton Parkway, Suite 210 • Colorado Springs, Colorado 80907 • (719) 590-9777

UNITED STATES TAEKWONDO UNION, INC.

Statement of Financial Position

September 30, 2002

(See Accountants' Compilation Report)

ASSETS

| | |
|---|---:|
| CURRENT ASSETS: | |
| Cash and cash equivalents | $ 62,961 |
| Accounts receivable | 12,335 |
| Prepaid expenses *what is this? Seems high. Possibly a current expense that is deferred* | 108,209 |
| Inventory | 16,993 |
| Total current assets | 200,498 |
| LONG-TERM INVESTMENTS (Note B) | 317,129 |
| FURNITURE AND EQUIPMENT: | |
| Office furniture and equipment | 144,307 |
| Athletic equipment | 54,894 |
| Less accumulated depreciation | (148,818) |
| Furniture and equipment - net | 50,383 |
| TOTAL ASSETS | $ 568,010 |

LIABILITIES AND NET ASSETS

| | |
|---|---:|
| CURRENT LIABILITIES: | |
| Accounts payable | $ 11,583 |
| Accrued liabilities | 22,678 |
| Deferred revenue (Note D) *why is so much deferred? Is it for next year* | 318,810 *where is cash from the* |
| Current portion of lease payable (Note G) | 9,187 |
| Total liabilities | 362,258 |
| LONG-TERM LEASE PAYABLE (Note G) | 1,716 |
| NET ASSETS: | |
| Unrestricted | 148,522 |
| Temporarily restricted (Note H) | 55,514 |
| Total net assets | 204,036 |
| TOTAL LIABILITIES AND NET ASSETS | $ 568,010 |

See Notes to Financial Statements    USOC 00687

UNITED STATES TAEKWONDO UNION, INC.

Statement of Activities and Changes in Net Assets

For the Nine Months Ended September 30, 2002

(See Accountants' Compilation Report)

| | Unrestricted | Temporarily Restricted | Totals |
|---|---|---|---|
| REVENUE: | | | |
| Event revenue | $ 926,375 | $ | $ 926,375 |
| Membership | 851,873 | | 851,873 |
| USOC grants (Note C) | 278,776 | | 278,776 |
| Dan Promotions | 257,600 | | 257,600 |
| Clinics and seminars | 136,270 | | 136,270 |
| Corporate sponsorships | 108,797 | | 108,797 |
| USOC joint marketing agreement (Note C) | 61,500 | | 61,500 |
| Pro shop revenue | 38,640 | | 38,640 |
| Cost of goods sold | (29,550) | | (29,550) |
| Sanctions | 34,984 | | 34,984 |
| Advertising | 4,770 | | 4,770 |
| Contributions | 3,308 | | 3,308 |
| Miscellaneous revenue | 2,220 | | 2,220 |
| Investment loss | (41,617) | | (41,617) |
| Total revenue | 2,633,946 | | 2,633,946 |
| EXPENSES: | | | |
| Program services: | | | |
| Competitions & events | 1,302,869 | | 1,302,869 |
| Membership | 392,931 | | 392,931 |
| Player development | 324,854 | | 324,854 |
| Coaching development | 156,532 | | 156,532 |
| Referee development | 38,295 | | 38,295 |
| Total program services | 2,215,481 | | 2,215,481 |
| Supporting services: | | | |
| National office | 286,517 | | 286,517 |
| Board of directors | 159,994 | | 159,994 |
| Total supporting services | 446,511 | | 446,511 |
| Total expenses | 2,661,992 | | 2,661,992 |
| CHANGE IN NET ASSETS | (28,046) | | (28,046) |
| NET ASSETS, beginning of year | 176,568 | 55,514 | 232,082 |
| NET ASSETS, end of year | $ 148,522 | $ 55,514 | $ 204,036 |

See Notes to Financial Statements

**USOC 00688**

UNITED STATES TAEKWONDO UNION, INC.

Statement of Cash Flows

For the Nine Months Ended September 30, 2002

(See Accountants' Compilation Report)

| | |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | |
| Change in net assets | $    (28,046) |
| Adjustments to reconcile change in net assets to net cash used by operating activities: | |
| Depreciation | 17,419 |
| Changes in assets and liabilities: | |
| Increase in accounts receivable | (380) |
| Increase in prepaid expenses | (88,676) |
| Decrease in accounts payable | (147,978) |
| Increase in deferred revenue | 156,852 |
| Decrease in accrued liabilities | 918 |
| Total adjustments | (61,845) |
| Net cash used by operating activities | (89,891) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | |
| Decrease in long-term investments | 47,493 |
| Net cash provided by investing activities | 47,493 |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | |
| Decrease in lease payable | (5,785) |
| Decrease in note payable | (39,824) |
| Net cash used by financing activities | (45,609) |
| NET DECREASE IN CASH | (88,007) |
| CASH AND CASH EQUIVALENTS, beginning of year | 150,968 |
| CASH AND CASH EQUIVALENTS, end of year | $    62,961 |

See Notes to Financial Statements

**USOC 00689**

UNITED STATES TAEKWONDO UNION, INC.

Notes to Financial Statements

For the Nine Months Ended September 30, 2002

(See Accountants' Compilation Report)

A.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Organization

United States Taekwondo Union, Inc. (the Corporation) is the national governing body for the sport of taekwondo, making it responsible for the conduct and administration of amateur taekwondo in the United States.  The Corporation qualifies as a tax-exempt organization under section 501(c)(3) of the Internal Revenue Code and, accordingly, is not subject to federal income tax.  The Corporation is not a private foundation.

Supplemental Cash Flow Disclosures

Cash flows from operating activities reflect interest paid of $2,874 for the nine months ended September 30, 2002.

Depreciation

Furniture and equipment are recorded at cost as of the date of acquisition or fair value as of the date of receipt in the case of gifts.  Depreciation is recorded for office and athletic equipment using the straight line method over an estimated useful life of five to seven years.  Depreciation expense for the nine months ended September 30, 2002 was $17,419 and includes depreciation on copiers and a fax machine financed with a capital lease.

Cash and Cash Equivalents

Cash and cash equivalents consist of the Corporation's checking and savings accounts.

Accounts Receivable

No allowance for doubtful accounts is considered necessary.

Inventory

Inventory is stated at the lower of cost or market.  Cost is determined by the first-in, first-out method.

USOC 00690

Notes to Financial Statements

A.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - Continued

Compensated Absences

Employees of the Corporation earn a vested right to compensation for unused vacation. Accordingly, the Corporation has made an accrual for vacation compensation that employees have earned but not taken.

Contributions

Gifts of cash and other assets are reported as restricted support if they are received with donor stipulations that limit the use of donated assets. When a restriction expires, that is, when a stipulated time restriction ends or a purpose restriction is accomplished, temporarily restricted net assets are reclassified to unrestricted net assets and reported in the statement of activities as net assets released from restrictions.

Functional Allocation of Expenses

Certain costs and expenses are allocated among the various programs and supporting service expenses based on salary and related expenses.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent liabilities, and the reported amounts of revenues and expenses. Actual results could differ from those estimates.

B.  LONG-TERM INVESTMENTS

Long-term investments are recorded at market value and consist of the following at September 30, 2002:

United States Olympic Foundation
  (USOF) Investment portfolio:

| | |
|---|---:|
| At market value | $ 317,129 |
| At cost | 347,026 |
| Unrealized (loss) | $ (29,897) |

USOC 00691

Notes to Financial Statements

B.   LONG-TERM INVESTMENTS - Continued

Investment income consists of the following components for the nine months ended September 30, 2002:

|  | 2000 |
|---|---|
| Unrealized (losses) | $    (29,897) |
| Realized (losses) | (25,709) |
| Interest & dividends | 13,989 |
| Investment loss | $    (41,617) |

C.   RELATED PARTY TRANSACTIONS

During the nine months ended September 30, 2002, the United States Olympic Committee (USOC) provided base funding grants to the Corporation of $180,531. During the nine months ended September 30, 2002, the USOC also provided $134,108 in performance pool funding. The Corporation is economically dependent on the grants it receives from the USOC in order to maintain programs at present levels.

The USOC also provides the Corporation with certain office facilities at no cost. No amount has been reflected in the financial statements as a cost or revenue for such facilities, other than the partial rent of office space at $73 per month.

In addition, the Corporation entered into a joint marketing agreement with the USOC in 2001. The term of the agreement is January 1, 2001 through December 31, 2004. The Association received $61,500 for the nine months ended September 30, 2002.

D.   DEFERRED REVENUE

Deferred revenue at September 30, 2002 consists of the following:

| | |
|---|---|
| Membership dues (athletes) | $    213,553 |
| Membership dues (non-competitors) | 37,975 |
| USOC grants | 35,863 |
| Club dues | 23,925 |
| VIK revenue | 7,494 |
| | $    318,810 |

USOC 00692

Notes to Financial Statements

E.  NOTE PAYABLE

The Corporation has a $100,000 line of credit agreement with a commercial bank. The agreement provides for interest at prime plus 2% and is secured by the Corporation's investments in the USOF. As of September 30, 2002, there was no outstanding balance.

F.  OPERATING LEASE COMMITMENTS

The Corporation leases storage space under a month to month lease agreement. Total rent expense related to this operating lease agreement was $3,056 for the nine months ended September 30, 2002.

G.  LEASE PAYABLE

During 2001, the Corporation renewed a lease for two copiers, and entered into a new lease for an additional copier and fax machine. Both leases are classified as capital leases. Accordingly, assets have been capitalized with the following net book values at September 30, 2002:

| | |
|---|---:|
| Capitalized cost | $ 26,696 |
| Accumulated depreciation | (12,207) |
| Net book value | $ 14,489 |

Depreciation expense for this equipment for the nine months ended September 30, 2002 was $3,696. This depreciation is included in the total depreciation expense reflected in Note A.

The lease requires monthly installments of $880, including interest at 20%. The total outstanding principal balance at September 30, 2002 is $10,903.

The principal portion of future scheduled lease payments for the twelve months ended September 30 is as follows:

| | |
|---|---:|
| 2002 | $ 9,187 |
| 2003 | 1,716 |

H.  TEMPORARILY RESTRICTED NET ASSETS

Temporarily restricted net assets consist of the following at September 30, 2002:

| | |
|---|---:|
| Building Fund – National Training Center | $ 55,514 |

USOC 00693