# Report of Officers and Selected Committees

**USOC 00694**

# Publication Committee 2002 End of Year Report

November 2002

2002 marked the most productive year ever for the USTU Publication Committee.

During this year, we saved the USTU $6000 on the USTU website hosting fees by doing the updating of the site by volunteer staff rather than paying Potomac Digitech for this service. We were also able to implement a program allowing members to register for the USTU on-line using their credit cards making the entire process much easier for all. The system automatically deposits the membership fees directly into our bank account thus improving our cash flow as well as freeing USTU personnel from having to prepare deposit slips etc... We believe that this simple system contributed greatly to the increase in USTU memberships in 2002.

Also during the year, once we ironed out the procedural problems with the USTU magazine, *Taekwondo Today* hit the mailboxes close to our target publishing dates for the spring, summer and fall issues. We anticipate that the winter issue will be published the first of January 2003. Overall reaction to the new format and the broader issue spectrum has been tremendous. The greatest compliment the magazine has received this year is that "We have a real Magazine again."

While we are still working out our advertising costs and sales approaches, we are pleased to announce that we have brought in paying advertisers who are helping us defray the cost of printing the magazine, thus saving the USTU even more money.

I would like to thank and complement Mr. Joe Hartman of Brandingiron Media for his work on the magazine. Mr. Hartman designs the magazine, lays it out, as well as comes to the aid of the USTU and the Publication Committee whenever we need pictures taken in the Colorado Springs area. Many times we have called him at the 11th hour and he has leapt into his car with his camera in hand to provide us with pictures and assistance. Without him there could be no magazine. Joe also creates the ads for the USTU to allow us to publicize our USTU programs.

I would also like to thank and complement our regular columnists for the magazine, including one of our National Team members who makes time out from his busy training schedule to write a regular column for the magazine – one of our AAC Reps – Tim Thackrey. His father Dr. Thackrey writes our popular Dear Dr. Thackrey which many dojang owners copy and pass out to their parents. Among others we have Keith Krotish, Randy Waitman, Dr. Diana Dunlap, Dr. Nancy Lewine, Dr. Susan Burroughs, Noreen Thackrey, Jack Platt, Paris Amani, as well as many many others willing to jump in and help out. Many times I have had to call one of them at the last moment to produce a piece at the last minute because another promised article never made either our deadline or the extended deadlines.

I would also like to thank President Lee for giving us this opportunity to serve the membership in this manner. Our magazine is the only contact the USTU itself has with most of its members. The higher quality of our magazine places us in a better light with our membership, as well as increasing the value of the membership itself.

Lastly, this year we implemented a new email system. When the USTU has information of interest to our membership with email, we can immediately send thousands of emails to our members keeping them abreast of the latest results and developments. While this remains the most under-used tool in the USTU arsenal, we hope to make more and better use of it in 2003 and the future.

We are looking forward to 2003 where we plan on keeping the magazine to a quarterly that is published on time and reaches out to all our membership. As always we strive to bring in new writers, issues and photos to spotlight a broader spectrum of the USTU membership and leadership. We have new programs which we will be implementing on the USTU website to make it even more user-friendly and up to date at a minimal cost to the USTU. Lastly, we hope to make the Ezine, our email program, a weekly part of the USTU communication plan.

Thank you for your time and contributions.

**Ronda Sweet**
**USTU Publication Chair**

**USOC 00695**

04 November 2002

TO:        Member,
           Board of Governors,
           United States Taekwondo Union

FROM:      Mr. Bruce Harris
           Executive Director,
           United States Taekwondo Union

RE:        Annual Meeting Executive Director's Report

I am honored and humbled to have the opportunity to serve as one of the stewards of our Taekwondo organization as we hurtle towards 2004 and beyond. As of September, I became the Executive Director of the USTU. I do not take that selection lightly. Indeed, I pledge everything that life's lessons have brought to bear in making me who I am today to the task of serving our membership faithfully and honestly, and to the very best of my ability. I hope to emulate the dutiful gardener who tends this magnificent garden called Taekwondo.

Things that I hope to accomplish include the following:

- Continue to give our USA athletes the best possible chance of reaching the podium in every event that we enter
- Oversee and maintain fiscal responsibility throughout our organization
- Help to unify our Taekwondo family across America
- Re-establishing a better working relationship with our USTU State Associations
- Increase our USTU membership by providing worthy enticements
- Continue to develop and implement our certification and eductaion programs
- Help to secure world leadership for Taekwondo to the USA

All of these things can be accomplished with the help of our USTU members, officers, club members, and Taekwondo students. Alone, none of these things can become a reality.

A further review will be given in my presentation at the Board of Governors' Meeting in Los Angeles, CA.

I thank those who have trusted me to work in this position. I also earnestly solicit help and advice from everyone that cares about Taekwondo and about our Union. Please help me to help all of you to make this the best organization that it can be. Finally, I ask all of you to support our athletes and our administration as we begin "On the Road to Athens" in earnest!

**USOC 00696**

| ACCOUNT NAME | 2002 Budget | 2003 Budget | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|
| **GENERAL EXPENSES** | | | | | | |
| **ACCOUNT NAME** | | | | | | |
| | | | | | | |
| **GENERAL OFFICE(S)** | 685,000 | 691,000 | | | | |
| National Office | 70,000 | 70,000 | 17,500 | 17,500 | 17,500 | 17,500 |
| USTU Staff Salaries | 494,000 | 500,000 | 125,000 | 125,000 | 125,000 | 125,000 |
| Professional Services | 75,000 | 75,000 | 18,750 | 18,750 | 18,750 | 18,750 |
| President's Office | 12,000 | 12,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Secretary General's Office | 16,000 | 16,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Treasurer's Office | 5,000 | 5,000 | 1,250 | 1,250 | 1,250 | 1,250 |
| Other Office Expenses | 3,000 | 3,000 | 750 | 750 | 750 | 750 |
| Media/Public Relations | 10,000 | 10,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| | | | | | | |
| **COMMITTEES** | 151,000 | 151,000 | | | | |
| Jr Olympic Committee | 3,000 | 3,000 | 750 | 750 | 750 | 750 |
| Coaching Committee | 12,000 | 12,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Referee Committee | 5,000 | 5,000 | 1,250 | 1,250 | 1,250 | 1,250 |
| Woman's Committee | 3,000 | 3,000 | 750 | 750 | 750 | 750 |
| Law & Legislation | 5,000 | 5,000 | 1,250 | 1,250 | 1,250 | 1,250 |
| Tournament Committee | 3,000 | 3,000 | 750 | 750 | 750 | 750 |
| Certification Committee | 100,000 | 100,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Athlete Advisory Council | 20,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | |
| **MEETINGS** | 104,000 | 104,000 | | | | |
| Annual Meeting | 30,000 | 30,000 | 7,500 | 7,500 | 7,500 | 7,500 |
| MidYear Meeting | 20,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| International Meetings | 20,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| State Presidents' Meeting | 20,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| State Association Meetings | 10,000 | 10,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| Officers' Meeting | 4,000 | 4,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| | | | | | | |
| **MEMBERSHIP** | 380,000 | 425,000 | | | | |
| Membership Programs | 275,000 | 275,000 | 68,750 | 68,750 | 68,750 | 68,750 |
| TKD Today Magazine | 100,000 | 100,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Rebate Program | 5,000 | 50,000 | 22,500 | 22,500 | 22,500 | 22,500 |
| | | | | | | |
| **DAN OFFICE** | 200,000 | 200,000 | 60,000 | 60,000 | 40,000 | 40,000 |
| | | | | | | |
| **TOTAL OFFICE EXPENSES** | 1,520,000 | 1,571,000 | 412,750 | 412,750 | 392,750 | 392,750 |

**USOC 00697**

| ACCOUNT NAME | 2002 Budget | 2003 Budget | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|
| OPERATING EXPENSES ACCOUNT NAME | | | | | | |
| **PROGRAMS** | | 288,500 | 289,000 | | | |
| Han Ma Dang | 5,000 | 15,000 | 3,750 | 3,750 | 3,750 | 3,750 |
| NCTA | 70,000 | 50,000 | 12,500 | 12,500 | 12,500 | 12,500 |
| Academic All-American | 0 | 4,600 | 1,000 | 1,000 | 1,000 | 1,000 |
| Resident Team | 20,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Coaching Seminars | 2,500 | 7,000 | 1,750 | 1,750 | 1,750 | 1,750 |
| Referee Seminars | 18,000 | 15,000 | 3,750 | 3,750 | 3,750 | 3,750 |
| Junior Camps | 10,000 | 10,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| Senior Camps | 0 | 5,000 | 1,250 | 1,250 | 1,250 | 1,250 |
| Pro Shop | 35,000 | 35,000 | 8,750 | 8,750 | 8,750 | 8,750 |
| International Development | 50,000 | 50,000 | 12,500 | 12,500 | 12,500 | 12,500 |
| Contingency Funds | 78,000 | 78,000 | 19,500 | 19,500 | 19,500 | 19,500 |
| | | | | | | |
| **NATIONAL EVENTS** | | 852,000 | 852,000 | | | |
| US Open | 245,500 | 245,500 | 61,375 | 61,375 | 61,375 | 61,375 |
| Senior Nationals | 230,000 | 230,000 | 57,500 | 57,500 | 57,500 | 57,500 |
| National Team Trials | 20,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Junior Olympics | 356,500 | 356,500 | 89,125 | 89,125 | 89,125 | 89,125 |
| | | | | | | |
| **ATHLETIC PROGRAMS** | | 50,000 | 56,000 | | | |
| Level 1- Grass Roots | | | | | | |
| 1. Regional Centers of Excellence | | 6,000 | 1,500 | 1,500 | 1,500 | 1,500 |
| 2. State Jr Dev Camps (OTC) | | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 3. Gold Team 2000 | | | | | | |
| 4. Jr Natl Dev Camp Series | | | | | | |
| * 2nd-4th 14-17 Yr Old Camp | | 9,000 | 2,250 | 2,250 | 2,250 | 2,250 |
| * 12-13 Yr Old 1st Pl Blk Blt Camp | | 6,000 | 1,500 | 1,500 | 1,500 | 1,500 |
| 5. Junior Summer Camp | | 15,000 | 3,750 | 3,750 | 3,750 | 3,750 |
| | | | | | | |
| Level 2- Natl Team Development | 237,000 | 237,000 | | | | |
| 1. International Prep Camp | | 47,000 | 11,750 | 11,750 | 11,750 | 11,750 |
| 2. World Cup Tour Program | | | | | | |
| * Sr National Team | | 60,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| * Jr National Team | | 60,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| 3. OTC Perm. Res. Program | | 30,000 | 7,500 | 7,500 | 7,500 | 7,500 |
| 4. 18-21 Select | | 40,000 | 10,000 | 10,000 | 10,000 | 10,000 |

**USOC 00698**

| ACCOUNT NAME | 2002 Budget | 2003 Budget | | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|---|
| Level 3- Olympic Team Developmen | 116,000 | | 116000 | | | | |
| 1. National Team Select | | 70,000 | | 17,500 | 17,500 | 17,500 | 17,500 |
| 2. Olympic Pursuit 2004 | | 36,000 | | 9,000 | 9,000 | 9,000 | 9,000 |
| 3. Bonus Medal Program | | 10,000 | | 2,500 | 2,500 | 2,500 | 2,500 |
| | | | | | | | |
| COMPETITION | | 130,000 | 180,000 | | | | |
| World Cup/Wrld Champ 03 | 60,000 | 60,000 | | 15,000 | 15,000 | 15,000 | 15,000 |
| Pan Am Championships | 60,000 | | | 15,000 | 15,000 | 15,000 | 15,000 |
| Gladiator Games | 10,000 | 10,000 | | 2,500 | 2,500 | 2,500 | 2,500 |
| Pan Am Games | | 60,000 | | 15,000 | 15,000 | 15,000 | 15,000 |
| UnYong Kim Cup | | 50,000 | | 12,500 | 12,500 | 12,500 | 12,500 |
| **TOTAL OPERATING EXPENSES** | 1,673,500 | 1,730,000 | | 447,500 | 447,500 | 447,500 | 447,500 |
| **TOTAL OFFICE EXPENSES** | 1,525,000 | 1,651,000 | | 422,750 | 422,750 | 402,750 | 402,750 |

**USOC 00699**

INCOME

| ACCOUNT NAME | 2002 Budget | | 2003 Budget | | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|---|---|
| MEMBERSHIP | | 1,079,000 | | 1,086,000 | | | | |
| *Athlete* | 850,000 | | 850,000 | | 450,000 | 250,000 | 112,500 | 37,500 |
| Non-Athlete | 120,000 | | 120,000 | | 66,000 | 30,000 | 18,000 | 6,000 |
| Coach | 2,000 | | 2,000 | | 1,100 | 500 | 300 | 100 |
| Club/School | 95,000 | | 100,000 | | 25,000 | 25,000 | 25,000 | 25,000 |
| Life Membership | | | 2,000 | | 500 | 500 | 500 | 500 |
| Miscellaneous | 12,000 | | 12,000 | | 6,600 | 3,000 | 1,800 | 600 |
| | | | | | | | | |
| FEES | | 1,451,500 | | 1,465,800 | | | | |
| Sanction | 30,000 | | 30,000 | | 6,750 | 6,750 | 6,750 | 6,750 |
| Junior Olympics | 750,000 | | 800,000 | | 200,000 | 200,000 | 200,000 | 200,000 |
| Senior Nationals | 150,000 | | 150,000 | | 37,500 | 37,500 | 37,500 | 37,500 |
| US Open | 160,000 | | 150,000 | | 37,500 | 37,500 | 37,500 | 37,500 |
| National Team Trials | | | | | | | | |
| Dan/Poom Fees | 200,000 | | 200,000 | | 50,000 | 50,000 | 50,000 | 50,000 |
| Jr Camp | 34,500 | | 35,000 | | 8,750 | 8,750 | 8,750 | 8,750 |
| Sr Camp | 0 | | 0 | | 0 | 0 | 0 | 0 |
| Certification | 40,000 | | 40,000 | | 10,000 | 10,000 | 10,000 | 10,000 |
| Coaching Seminars | 22,000 | | 20,000 | | 5,000 | 5,000 | 5,000 | 5,000 |
| Referee Seminars | 65,000 | | 40,000 | | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | | |
| MARKETING INCOME | | 429,000 | | 508,000 | | | | |
| Marketing Agreements | 170,000 | | 210,000 | | 52,500 | 52,500 | 52,500 | 52,500 |
| USOC Joint Marketing | 78,000 | | 78,000 | | 19,500 | 19,500 | 19,500 | 19,500 |
| Royalties | 20,000 | | 20,000 | | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | |
| Performance Agreement | 161,000 | | 200,000 | | 50,000 | 50,000 | 50,000 | 50,000 |
| | | | | | | | | |
| USOC Base Funding | | 172,521 | | 245,300 | 61,325 | 61,325 | 61,325 | 61,325 |
| | | | | | | | | |
| Pro Shop | | 40,000 | | 40,000 | 10,000 | 10,000 | 10,000 | 10,000 |

**USOC 00700**

```
Date 11/08/00                    US Taekwondo Union              Page    1
10-00-2727                          Balance Sheet               Rept  0010
                                   As of 10/31/00
```

    ASSETS

        CURRENT ASSETS:
          Cash                                      92,926
          Receivables                               62,462
          Prepaid expenses                         (8,017)
          Inventory                                 60,754
                                                ---------------

        TOTAL CURRENT ASSETS                                        208,125

    PROPERTY AND EQUIPMENT:        *They depreciated more*
          Furniture & Fixtures       *than they owned*    45,112
          Accum. Deprec. - F & F                        (74,753)
          Office Equipment                               4,765
          Computer Equipment                           125,188
          Computer Equipment                                35    *no depr.?*
          Computer Equipment                               300
          Athletic Equipment                            54,894
          Accum. Deprec. - A.E.                        (14,779)
                                                ---------------

        TOTAL PROPERTY AND EQUIPMENT                                140,762

    OTHER ASSETS:
          Investments w/USOF                       360,861
                                                ---------------

        TOTAL OTHER ASSETS                                          360,861
                                                              ---------------

        TOTAL ASSETS                                                709,748
                                                              ===============

USOC 00701

23

```
Date 11/08/00                    US Taekwondo Union                Page
10-00-2727                       Balance Sheet                     Rept 001
                                 As of 10/31/00
```

LIABILITES & NET ASSETS

CURRENT LIABILITIES:
　Accounts Payable          277,044    *It would be*
　Year End Accruals          43,855    *interesting to see*
　Credit Line/Bank One       49,531    *the detail*
　Credit Line/Bank One          (725)
　Deferred revenue           24,990
　Payroll taxes payable      23,456   *seems high, are*
　Other withholding payable  11,125   *taxes paid on time*
　Other Current Liabilities  42,134   *Detail*

　TOTAL CURRENT LIABILITIES                                 471,411

LONG TERM DEBT:
　LONG TERM LIABILITIES          (734)
　Leases Payable              36,955

　TOTAL LONG TERM DEBT                                       36,221

　TOTAL LIABILITIES                                         507,63

NET ASSETS
　Unrestricted Net Assets         (20,659)
　Temporarily Restricted Net Assets  32,292
　Year to date change in Net Assets  190,484

　TOTAL NET ASSETS                                          202,117

　TOTAL LIABILITIES AND NET ASSETS                          709,748

**USOC 00702**

24

Date 11/08/00
00-00-2727

US Taekwondo Union
Statement of Revenue and Expense
For the Period 01/01/00 Through 10/31/00

Page    1
Rept 0001

| | Current Period | Year-To-Date | Yearly Budget | Variance $ |
|---|---|---|---|---|
| MEMBERSHIP | | | | |
| ATHLETE | 5,690 | 669,406 | 751,500 | (82,094) |
| NON-ATHLETE | (63) | 115,212 | 120,000 | (4,788) |
| CLUB/SCHOOL | 2,250 | 72,066 | 70,000 | 2,066 |
| LIFE | 0 | 1,965 | 0 | 1,965 |
| SANCTION FEES | 2,100 | 25,100 | 25,000 | 100 |
| TOTAL MEMBERSHIP | 9,977 | 883,749 | 966,500 | (82,751) |
| MARKETING INCOME | | | | |
| MARKETING/VENDOR AGREEMENTS | 31 | 164,428 | 155,000 | 9,428 |
| USOC JOINT MARKETING AGREEMENT | 0 | 144,000 | 192,000 | (48,000) |
| MAGAZINE ADVERTISING | 0 | 5,846 | 30,000 | (24,154) |
| TOTAL MARKETING INCOME | 31 | 314,274 | 377,000 | (62,726) |
| MSC INCOME | | | | |
| CONTRIBUTIONS | 11 | 14,550 | 2,000 | 12,550 |
| INTEREST | 9,146 | 9,146 | 1,500 | 7,646 |
| COPIER INCOME | 0 | 3,690 | 5,000 | (1,310) |
| DAN/POOM FEES | 13,539 | 214,883 | 300,000 | (85,117) |
| MISC INCOME | 365 | 20,170 | 12,000 | 8,170 |
| TOTAL MISC INCOME | 23,061 | 262,439 | 320,500 | (58,061) |
| EVENT INCOME | | | | |
| US OPEN | 0 | 0 | 10,000 | (10,000) |
| US SR NATIONALS | 0 | 48,792 | 55,000 | (6,208) |
| JUNIOR OLYMPICS | 0 | 382,145 | 535,000 | (152,855) |
| US GOLDEN SR | 0 | 22,653 | 15,000 | 7,653 |
| JR BLACK BELT | 0 | 6,310 | 6,550 | (240) |
| OLY PRE QUALIFIER - JAN | 0 | 13,420 | 6,750 | 6,670 |
| OLY PRE QUALIFIER - MAR | 0 | 15,891 | 6,750 | 9,141 |
| OLY TEAM TRIALS - MAY | 0 | 3,122 | 500 | 2,622 |
| NATIONAL TEAM TRIALS | 0 | 493 | 900 | (407) |
| RED BELT COMPETITION | 0 | 7,160 | 7,000 | 160 |
| WORLD CUP FIGHT OFF | 0 | 137 | 0 | 137 |
| TOTAL EVENT INCOME | 0 | 500,123 | 643,450 | (143,328) |
| USOC FUNDED EVENTS/PROJECTS | | | | |
| CENTRALIZED FUNDING | 0 | 161,266 | 238,000 | (76,734) |
| VENTURE GRANT | 0 | 16,000 | 20,000 | (4,000) |
| JR/SR EXCHANGE | 0 | 6,500 | 0 | 6,500 |
| TOTAL USOC FUNDED EVENTS/PROJECTS | 0 | 183,766 | 258,000 | (74,234) |

**USOC 00703**

19

Date 11/08/00                    US Taekwondo Union                          Page    2
10-00-2727                  Statement of Revenue and Expense                 Rept 000F
                        For the Period 01/01/00 Through 10/31/00

|  | Current Period | Year-To-Date | Yearly Budget | Variance |
|---|---|---|---|---|
| **PROGRAMS** | | | | |
| JR CAMP | 0 | 6,190 | 30,000 | (23,810 |
| SR CAMP | 0 | 14,584 | 15,000 | (416 |
| COACHING SEMINARS | 0 | 5,290 | 10,000 | (4,710) |
| REFEREE SEMINARS | 2,178 | 39,864 | 43,000 | (3,136 |
| CERTIFICATION PROGRAMS | 19,200 | 20,000 | 0 | 20,000 |
| GOLD TEAM | 0 | 8,015 | 10,000 | (1,985) |
| PRO SHOP | 544 | 69,799 | 65,000 | 4,799 |
| REGIONAL CENTERS OF EXCELLENCE | 0 | (360) | 0 | (360 |
| TOTAL PROGRAM REVENUE | 21,922 | 163,382 | 173,000 | (9,618) |
| TOTAL REVENUE | 54,991 | 2,307,733 | 2,738,450 | (430,717) |
| **EXPENSES** | | | | |
| NATIONAL OFFICE EXPENSES | (53,354) | 478,627 | 550,000 | (71,373) |
| NATIONAL OFFICE PROFESSIONAL FEES | 2,704 | 52,345 | 50,000 | 2,345 |
| PRESIDENT'S OFFICE | 2,596 | 40,289 | 40,000 | 289 |
| SECRETARY GENERAL'S OFFICE | 441 | 3,954 | 7,000 | (3,046) |
| TREASURER GENERAL'S OFFICE | 498 | 1,498 | 5,000 | (3,502) |
| OTHER OFFICER'S EXPENSES | 0 | 290 | 3,000 | (2,710) |
| MEDIA/PUBLIC RELATIONS | (19,978) | 22,260 | 10,000 | 12, |
| TOTAL OFFICE EXPENSES | (67,103) | 599,263 | 665,000 | (65,737) |
| **COMMITTEES** | | | | |
| EXECUTIVE COMMITTEE | 0 | 0 | 5,000 | (5,000) |
| JR COMMITTEE | 0 | 0 | 3,000 | (3,000) |
| COACHING COMMITTEE | 1,155 | 829 | 12,000 | (11,171) |
| REFEREE COMMITTEE | 1,928 | 1,928 | 20,000 | (18,072) |
| WOMEN'S COMMITTEE | 0 | 1,256 | 3,000 | (1,744) |
| LAW & LEGISLATION COMMITTEE | 509 | 509 | 5,000 | (4,491) |
| TOURNAMENT COMMITTEE | 3,168 | 3,139 | 3,000 | 139 |
| CERTIFICATION COMMITTEE | 18,728 | 25,070 | 10,000 | 15,070 |
| ATHLETE ADVISORY COMMITTEE | 0 | 146 | 5,000 | (4,855) |
| TOTAL COMMITTEES | 25,488 | 32,877 | 66,000 | (33,123) |
| **MEETINGS** | | | | |
| ANNUAL MEETING | 0 | 5,555 | 30,000 | (24,445) |
| MID YEAR MEETING | 178 | 16,124 | 20,000 | (3,876) |
| INTERNATIONAL MEETINGS | 4,689 | 4,689 | 30,000 | (25,311) |
| STATE PRESIDENTS MEETING | 0 | 0 | 20,000 | (20,000) |
| STATE ASSOCIATION MEETINGS | 0 | 373 | 20,000 | (19,627) |

USOC 00704

Date 11/08/00

-00-2727

US Taekwondo Union

Statement of Revenue and Expense

For the Period 01/01/00 Through 10/31/00

Page    3

Rept 0001

| | Current Period | Year-To-Date | Yearly Budget | Variance $ |
|---|---|---|---|---|
| TOTAL MEETINGS | 4,867 | 26,742 | 120,000 | (93,258) |
| MEMBERSHIP | | | | |
| MEMBERSHIP | 40,110 | 202,130 | 377,500 | (175,370) |
| TKD JOURNAL | 12,052 | 51,294 | 50,000 | 1,294 |
| REBATES | 0 | 5,864 | 75,000 | (69,136) |
| TOTAL MEMBERSHIP EXPENSE | 57,029 | 286,030 | 622,500 | (336,470) |
| DAN OFFICE | | | | |
| DAN OFFICE | 3,460 | 200,489 | 150,000 | 50,489 |
| PROGRAMS | | | | |
| RESIDENT TEAM | 12,918 | 75,508 | 63,000 | 12,508 |
| COACHING SEMINARS | 105 | 28 | 7,000 | (6,972) |
| REFEREE SEMINARS | 654 | 7,852 | 19,000 | (11,148) |
| JR CAMP | 0 | 13,296 | 11,000 | 2,296 |
| SR CAMP | 0 | 334 | 9,000 | (8,666) |
| GOLD TEAM | 2,008 | 11,096 | 10,000 | 1,096 |
| PRO SHOP | 0 | 32,451 | 30,000 | 2,451 |
| HISTORY BOOK | 5,851 | 24,093 | 35,000 | (10,907) |
| OLYMPIC TEAM PREP | 62,247 | 64,133 | 70,000 | (5,867) |
| TOTAL PROGRAMS | 83,783 | 228,790 | 254,000 | (25,210) |
| NATIONAL EVENTS | | | | |
| US OPEN | 0 | 13,722 | 15,000 | (1,278) |
| US SR NATIONALS | 3,153 | 66,931 | 15,250 | 51,681 |
| JR OLYMPICS | 1,438 | 326,650 | 300,000 | 26,650 |
| JR BLACK BELT | 0 | 0 | 2,000 | (2,000) |
| OLYMPIC GAMES | (75,417) | 50,300 | 50,000 | 300 |
| OLY PRE QUALIFIER - JAN | (374) | 11,959 | 14,000 | (2,041) |
| OLY PRE QUALIFIER - MAR | (62) | 13,575 | 14,000 | (425) |
| NATIONAL TEAM TRIALS | (1,669) | 35,991 | 18,000 | 17,991 |
| TOTAL NATIONAL EVENTS | 10,851 | 747,919 | 682,250 | 65,669 |
| INTERNATIONAL EVENTS | | | | |
| JR WORLD CHAMPIONSHIPS | 9,138 | 13,993 | 65,000 | (52,007) |
| USOC | | | | |
| OLY TEAM TRIALS - MAY | 92 | 15,165 | 15,000 | 165 |
| 18 - 21 PROGRAM | 4,880 | 4,880 | 30,000 | (25,120) |
| WORLD CUP | 0 | 56,337 | 40,000 | 16,337 |
| WORLD CUP FIGHT OFF | 0 | 9,647 | 15,000 | (5,353) |
| PAN AM TKD CHAMPIONSHIPS | 0 | 13,493 | 50,000 | (36,507) |

**USOC 00705**

Date 11/08/00                              US Taekwondo Union                                    Page    4
10-00-2727                          Statement of Revenue and Expense                             Rept 0001
                                 For the Period 01/01/00 Through 10/31/00

|  | Current Period | Year-To-Date | Yearly Budget | Variance |
|---|---|---|---|---|
| JR/SR EXCHANGE | 2,409 | 14,655 | 50,000 | (35,345) |
| REGIONAL CENTERS OF EXCELLENCE | (6,079) | 0 | 9,000 | (9,000) |
| GRASSROOTS PROGRAMS/HAN MA DANG | 305 | 14,735 | 9,000 | 5,735 |
| WORLD COLLEGIATE/NCTA | 0 | 24,802 | 22,000 | 2,802 |
| WORLD OLYMPIC QUALIFIER/CROATIA | 0 | 19,625 | 0 | 19,625 |
| OLYMPIC TRAINING | 39,300 | 39,273 | 40,000 | (727) |
| VENTURE GRANT | 16,000 | 16,000 | 0 | 16,000 |
| TOTAL USOC PROGRAMS | 56,915 | 228,613 | 280,000 | (51,387) |
| TOTAL EXPENSES | 95,778 | 2,109,183 | 2,530,750 | (421,567) |
| NET INCOME (LOSS) | (40,787) | 198,560 | 207,700 | (9,150) |

USOC 00706

22

*To: Gary Johnson*
*From R. Sweet*

Date 06/07/01
05-01-3307

US Taekwondo Union
Statement of Revenue and Expense
For the Period 01/01/01 Through 05/31/01

Page    1
Rept 0110

| | Year-To-Date | Yearly Budget | Variance $ | Variance % |
|---|---|---|---|---|
| **MEMBERSHIP** | | | | |
| COMPETITOR | 600,251 | 750,000 | (149,749) | (19.97) |
| NON-COMPETITOR | 30,185 | 120,000 | (89,815) | (74.85) |
| REFEREE | 305 | 0 | 305 | 100.00 |
| COACH | 1,120 | 2,000 | (880) | (44.00) |
| CLUB/SCHOOL | 67,500 | 70,000 | (2,500) | (3.57) |
| OTHER | 1,000 | 0 | 1,000 | 100.00 |
| SANCTION FEES | 18,337 | 27,000 | (8,663) | (32.08) |
| | --------------- | --------------- | --------------- | --------------- |
| TOTAL MEMBERSHIP | 718,698 | 969,000 | (250,302) | (25.83) |
| **MARKETING INCOME** | | | | |
| VENDOR AGREEMENTS | 75,090 | 170,000 | (94,910) | (55.83) |
| USOC JOINT MARKETING AGREEMENT | 120,000 | 180,000 | (60,000) | (33.33) |
| | --------------- | --------------- | --------------- | --------------- |
| TOTAL MARKETING INCOME | 195,090 | 350,000 | (154,910) | (44.26) |
| **MISC INCOME** | | | | |
| CONTRIBUTIONS | 1,064 | 0 | 1,064 | 100.00 |
| INTEREST | 39 | 0 | 39 | 100.00 |
| SEMINAR FEES | 129,248 | 250,000 | (120,752) | (48.30) |
| MISC INCOME | 18,786 | 12,000 | 6,786 | 56.55 |
| | --------------- | --------------- | --------------- | --------------- |
| TOTAL MISC INCOME | 149,138 | 262,000 | (112,862) | (43.08) |
| **EVENT INCOME** | | | | |
| US OPEN | 0 | 10,000 | (10,000) | (100.00) |
| SENIOR NATIONALS | 91,614 | 83,500 | 8,114 | 9.72 |
| JUNIOR OLYMPICS | 1,900 | 540,000 | (538,100) | (99.65) |
| NATIONAL TEAM TRIALS | 0 | 500 | (500) | (100.00) |
| | --------------- | --------------- | --------------- | --------------- |
| TOTAL EVENT INCOME | 93,514 | 634,000 | (540,487) | (85.25) |
| **USOC FUNDED PROGRAMS/EVENTS** | | | | |
| BASE FUNDING | 51,587 | 172,521 | (120,934) | (70.10) |
| OTHER USOC GRANTS | 24,800 | 0 | 24,800 | 100.00 |
| | --------------- | --------------- | --------------- | --------------- |
| TOTAL USOC FUNDED EVENTS/PROJECTS | 76,387 | 172,521 | (96,134) | (55.72) |
| **PROGRAMS** | | | | |
| JR CAMP | 8,915 | 20,000 | (11,085) | (55.43) |
| SR CAMP | 0 | 15,000 | (15,000) | (100.00) |
| OTC TRAINING CAMP | 7,102 | 0 | 7,102 | 100.00 |
| COACHING SEMINARS | 26,706 | 50,000 | (23,294) | (46.59) |
| CERTIFICATION PROGRAMS | 2,360 | 200,000 | (197,640) | (98.82) |
| PRO SHOP | 790 | 65,000 | (64,210) | (98.78) |

USOC 00707

Date 06/07/01
05-01-3307

US Taekwondo Union
Statement of Revenue and Expense
For the Period 01/01/01 Through 05/31/01

| | Year-To-Date | Yearly Budget | Variance $ | Variance % |
|---|---|---|---|---|
| TOTAL PROGRAM REVENUE | 45,873 | 350,000 | (304,127) | (86.89) |
| TOTAL REVENUE | 1,278,699 | 2,737,521 | (1,458,822) | (53.29) |
| **EXPENSES** | | | | |
| NATIONAL OFFICE | | | | |
| STAFF SALARIES | 192,449 | 480,000 | (287,551) | (59.91) |
| OFFICE EXPENSES | 107,124 | 70,000 | 37,124 | 53.03 |
| EVENT DIRECTOR'S OFFICE | 3,471 | 0 | 3,471 | 100.00 |
| PROFESSIONAL FEES | 30,701 | 50,000 | (19,299) | (38.60) |
| PRESIDENT'S OFFICE | 10,807 | 12,000 | (1,193) | (9.94) |
| SECRETARY GENERAL'S OFFICE | 7,007 | 16,000 | (8,993) | (56.20) |
| TREASURER GENERAL'S OFFICE | 2,284 | 5,000 | (2,716) | (54.32) |
| OTHER OFFICER'S EXPENSES | 2,223 | 3,000 | (777) | (25.90) |
| MEDIA/PUBLIC RELATIONS | 550 | 10,000 | (9,450) | (94.50) |
| TOTAL OFFICE EXPENSES | 356,618 | 646,000 | (289,383) | (44.80) |
| **COMMITTEES** | | | | |
| JR COMMITTEE | 0 | 3,000 | (3,000) | (100.00) |
| COACHING COMMITTEE | 0 | 12,000 | (12,000) | (100) |
| REFEREE COMMITTEE | 120 | 5,000 | (4,880) | (9) |
| WOMEN'S AFFAIRS COMMITTEE | 0 | 3,000 | (3,000) | (100.00) |
| LAW & LEGISLATION COMMITTEE | 0 | 5,000 | (5,000) | (100.00) |
| TOURNAMENT COMMITTEE | 240 | 3,000 | (2,760) | (92.00) |
| CERTIFICATION COMMITTEE | 2,668 | 100,000 | (97,332) | (97.33) |
| ATHLETE ADVISORY COMMITTEE | 251 | 6,000 | (5,749) | (95.82) |
| TOTAL COMMITTEES | 3,279 | 137,000 | (133,721) | (97.61) |
| **MEETINGS** | | | | |
| ANNUAL MEETING | 0 | 30,000 | (30,000) | (100.00) |
| MID YEAR MEETING | 0 | 20,000 | (20,000) | (100.00) |
| INTERNATIONAL MEETINGS | 3,296 | 20,000 | (16,704) | (83.52) |
| STATE PRESIDENTS MEETING | 0 | 20,000 | (20,000) | (100.00) |
| STATE ASSOCIATION MEETINGS | 0 | 10,000 | (10,000) | (100.00) |
| OFFICER MEETING | 0 | 4,000 | (4,000) | (100.00) |
| TOTAL MEETINGS | 3,296 | 104,000 | (100,704) | (96.8) |
| **MEMBERSHIP** | | | | |
| MEMBERSHIP | 99,231 | 275,000 | (175,769) | (63.5) |
| TKD JOURNAL | 25,069 | 100,000 | (74,931) | (74.9) |
| REBATES | 0 | 90,000 | (90,000) | (100.0) |

*License Pages*

USOC 00708

ate 06/07/01
t-01-3307

US Taekwondo Union
Statement of Revenue and Expense
For the Period 01/01/01 Through 05/31/01

Page    3
Rept 0110

| | Year-To-Date | Yearly Budget | Variance $ | Variance % |
|---|---|---|---|---|
| TOTAL MEMBERSHIP EXPENSE | 124,300 | 465,000 | (340,700) | (73.27) |
| OFFICE | | | | |
| DAN OFFICE | 42,995 | 200,000 | (157,005) | (78.50) |
| GRAMS | | | | |
| RESIDENT TEAM | 17,614 | 20,000 | (2,386) | (11.93) |
| COACHING SEMINARS | 1,275 | 7,000 | (5,725) | (81.79) |
| EFEREE SEMINARS | 569 | 15,000 | (14,431) | (96.21) |
| R CAMP | 2,328 | 10,000 | (7,672) | (76.72) |
| SR CAMP | 0 | 5,000 | (5,000) | (100.00) |
| INTERNATIONAL DEVELOPMENT | 0 | 128,000 | (128,000) | (100.00) |
| RO SHOP | 0 | 35,000 | (35,000) | (100.00) |
| TOTAL PROGRAMS | 21,786 | 220,000 | (198,214) | (90.10) |
| TIAL EVENTS | | | | |
| US OPEN | 69,596 | 30,000 | 39,596 | 131.99 |
| S SR NATIONALS | 78,082 | 65,000 | 13,082 | 20.13 |
| R OLYMPICS | 44,948 | 300,000 | (255,052) | (85.02) |
| OLYMPIC GAMES | 20,080 | 0 | 20,080 | 100.00 |
| NATIONAL TEAM TRIALS | (1,768) | 18,000 | (19,768) | (109.82) |
| RLD CUP FIGHT-OFF | 5,575 | 0 | 5,575 | 100.00 |
| 1 ATHLETE SUPPORT | 0 | 20,000 | (20,000) | (100.00) |
| TOTAL NATIONAL EVENTS | 216,514 | 433,000 | (216,486) | (50.00) |
| FUNDING | | | | |
| FUNDED PROGRAMS/EVENTS | | | | |
| RLD CHAMPIONSHIP | 0 | 80,000 | (80,000) | (100.00) |
| RLD CUP | 62,529 | 60,000 | 2,629 | 4.38 |
| UNIOR EXCHANGE | 0 | 60,000 | (60,000) | (100.00) |
| GIONAL CENTER OF EXCELLENCE | 6,659 | 30,000 | (23,341) | (77.80) |
| RMANCE FUNDING | | | | |
| WORLD CHAMPIONSHIP PREP | 0 | 46,344 | (46,344) | (100.00) |
| ATIONAL TEAM SELECT | 0 | 79,800 | (79,800) | (100.00) |
| - 21 SELECT | 0 | 42,990 | (42,990) | (100.00) |
| GRASSROOTS | 1,957 | 19,000 | (17,043) | (89.70) |
| TA SUPPORT | 0 | 20,000 | (20,000) | (100.00) |
| TAL USOC PROGRAMS | 71,245 | 438,134 | (366,889) | (83.74) |
| TOTAL EXPENSES | 840,034 | 2,643,134 | (1,803,100) | (68.22) |

*handwritten: 16 Athletes , B support*

USOC 00709

Date 06/07/01
05-01-3307

US Taekwondo Union
Statement of Revenue and Expense
For the Period 01/01/01 Through 05/31/01

Page    4
Rept 0110

| | Year-To-Date | Yearly Budget | Variance $ | Variance % |
|---|---|---|---|---|
| NET INCOME (LOSS) | 438,665 | 94,387 | 344,278 | 364.75 |

**USOC 00710**

UNITED STATES TAEKWONDO UNION
2000 BUDGET

|  | 2000 BUDGET |
|---|---|
| **PROGRAMS** |  |
| RESIDENT TEAM | 60,000 |
| COACHING SEMINARS | 18,000 |
| REFEREE SEMINAR | 19,000 |
| JR. CAMP | 11,000 |
| SR. CAMP | 9,000 |
| GOLD TEAM | 10,000 |
| PRO SHOP | 30,000 |
| HISTORY BOOK | 35,000 |
| OLYMPIC TEAM PREP | 70,000 |
|  |  |
| **NATIONAL EVENTS** |  |
| US OPEN | 15,000 |
| US SR NATIONALS | 10,000 |
| JUNIOR OLYMPICS | 300,000 |
| US GOLDEN SENIORS | 5,000 |
| JR. BLACK BELT | 2,000 |
| 2000 OLY GAMES | 50,000 |
| OLY PRE QUAL/JJN | 14,000 |
| OLY PRE QUAL/MAR | 14,000 |
| NAT TEAM TRIALS | 18,000 |
| RED BELT COMPETITION | 250 |
|  |  |
| **USOC** |  |
| OLYMPIC TRIALS | 15,000 |
| 18-21 PROGRAM | 30,000 |
| WORLD CUP/FRANCE | 40,000 |
| WORLD CUP FIGHT OFF | 15,000 |
| PAN AM TKD CHAMP/PR | 50,000 |
| JR WORLD CHAMPIONSHIPS | 40,000 |
| SR EXCHANGE PROGRAM | 50,000 |
| RCE | 8,000 |
| GRASSROOT PROGRAM | 8,000 |
| WORLD COLLEGIATE CHAMP | 20,000 |
| OLYMPIC TRAINING | 40,000 |
|  |  |
| **TOTAL EXPENSES** | 2,586,750 |
|  |  |
| **PROFIT(LOSS)** | 141,700 |
|  |  |
|  | -250000 |

**USOC 00711**

# U.S. TAEKWONDO UNION
## Olympic Team Prep 2000

### 1. Monthly Stipends

| Month | Athletes | Amount | Total |
|---|---|---|---|
| May | 4 | $1,000 | $4,000 |
| June | 4 | $1,000 | $4,000 |
| July | 4 | $1,000 | $4,000 |
| August | 4 | $1,000 | $4,000 |
| September | 4 | $1,000 | $4,000 |
| **Total** | | | **$20,000** |

| Month | Coaches | Amount | Total |
|---|---|---|---|
| 2. Intern: May | 2 | $3,000 | $6,000 |
| June | 2 | $3,000 | $6,000 |
| July | 2 | $3,000 | $6,000 |
| August | 2 | $3,000 | $6,000 |
| September | 2 | $3,000 | $6,000 |
| **Total** | | | **$30,000** |
| **Total** | | | **$50,000** |

### 3. International Training Exchanges

| | | | |
|---|---|---|---|
| Travel | 6 | $1,000 | $6,000 |
| Room and Board | 6 | $1,890 | $11,340 |
| Ground Transportation | 6 | $300 | $1,800 |
| **Total** | | | **$19,140** |

**USOC 00712**

UNITED STATES TAEKWONDO UNION, INC.

Schedule of Supporting Services

For the Year Ended December 31, 2000

| | National Office | Board of Directors | Total |
|---|---:|---:|---:|
| Advertising | $          29 | $ | $          29 |
| Airfare | | 22,707 | 22,707 |
| Bank charges | 10,496 | | 10,496 |
| Car rental | 1,421 | 689 | 2,110 |
| Depreciation | 22,855 | | 22,855 |
| Dues & fees | 2,070 | | 2,070 |
| Employee benefits | 6,238 | | 6,238 |
| Gifts & protocol | 2,067 | 4,504 | 6,571 |
| Graphics & artwork | 15,241 | | 15,241 |
| Ground transportation | 314 | 256 | 570 |
| Insurance | 14,174 | 352 | 14,526 |
| Interest & penalties | 17,767 | 610 | 18,377 |
| Internet | 13,174 | 167 | 13,341 |
| Legal fees | 26,192 | | 26,192 |
| Lodging | 287 | 20,834 | 21,121 |
| Meals | 5,282 | 8,484 | 13,766 |
| Per diem | 1,000 | 5,440 | 6,440 |
| Miscellaneous expenses | 21,967 | 2,650 | 24,617 |
| Other travel expenses | 42 | 690 | 732 |
| Payroll taxes | 7,405 | 3,566 | 10,971 |
| Postage | 24,287 | 45 | 24,332 |
| Printing & duplicating | 9,533 | | 9,533 |
| Professional fees | 6,874 | | 6,874 |
| Rent – office | 806 | | 806 |
| Repairs & maintenance | 491 | | 491 |
| Salaries | 144,143 | 37,500 | 181,643 |
| State rebates | 3,984 | | 3,984 |
| Staff development | 580 | | 580 |
| Storage rental | 3,289 | | 3,289 |
| Subscriptions | 937 | | 937 |
| Supplies | 18,015 | 294 | 18,309 |
| Telephone | 15,840 | 7,965 | 23,805 |
| | $    396,800 | $    116,753 | $    513,553 |

**USOC 00713**

Notes to Financial Statements

B.   LONG-TERM INVESTMENTS - Continued

Investment income consists of the following components for the
years ended December 31, 2001, and 2000:

|  | 2001 | 2000 |
|---|---|---|
| Unrealized (losses) | $    (298) | $   (49,874) |
| Realized gains (losses) | (23,712) | 31,197 |
| Interest & dividends | 10,747 | 13,707 |
| Investment loss | $  (13,263) | $   (4,970) |

The USOF portfolio is invested in the following types of
securities at December 31, 2001:

| | |
|---|---|
| Domestic equities | 31.01% |
| Domestic bonds | 30.43 |
| Limited partnerships | 15.90 |
| International equities | 9.97 |
| Convertible securities | 6.63 |
| Cash and cash equivalents | 5.32 |
| Real estate | 0.74 |
| | 100.00% |

C.   RELATED PARTY TRANSACTIONS

During the years ended December 31, 2001 and 2000, the United
States Olympic Committee (USOC) provided base and centralized
funding grants to the Corporation of $172,521 and $234,279,
respectively.  During the year ended December 31, 2001, the
USOC also provided $79,044 in performance pool funding.  The
Corporation is economically dependent on the grants it receives
from the USOC in order to maintain programs at present levels.

The USOC also provides the Corporation with certain office
facilities at no cost.  No amount has been reflected in the
financial statements as a cost or revenue for such facilities,
other than the partial rent of office space at $76 per month.

In addition, the Corporation entered into a joint marketing
agreement with the USOC in 2001.  The term of the agreement is
January 1, 2001 through December 31, 2004.  The Association
received $180,000 and $192,000 for the years ended December 31,
2001 and 2000, respectively.

Payments to related parties during the year ended December 31,
2001 included consulting fees in the amount of $2,231 to a
board member as well as $15,020 to another board member for
historian services.

**USOC 00714**

MAY-22-2002 WED 10:29 AM US TAEKWONDO UNION       FAX NO. 7198664642       P. 05/23

US Taekwondo Union
Statement of Revenue and Expense
For the Period 03/01/02 Through 03/31/02

Date 05/22/02      Page 4
13-02-3755      Rept 0110

| | Current Mo. Actual | Current Mo. Budget | YTD Actual | YTD Budget | Variance $ | Variance % | Yearly Budget |
|---|---|---|---|---|---|---|---|
| PRO SHOP | 0 | 14,500 | 0 | 14,633 | (14,644) | (100.00) | 38,000 |
| WORLD UNIVERSITY GAMES | | | 0 | 0 | 0 | 0.00 | 36,000 |
| TOTAL PROGRAMS | 18,901 | 25,018 | 38,302 | 62,901 | (24,599) | (39.11) | 296,000 |
| NATIONAL EVENTS | | | | | | | |
| US OPEN | 72,250 | 72,600 | 244,044 | 248,400 | (4,356) | (1.75) | 270,000 |
| US SR NATIONALS | 15,500 | 10,193 | 19,385 | 31,812 | (12,626) | (39.69) | 300,000 |
| JR OLYMPICS | 26,697 | 0 | 78,106 | 2,777 | 75,329 | 2,712.59 | 356,500 |
| NATIONAL TEAM TRIALS | 0 | 0 | 0 | 0 | 0 | 0.00 | 20,000 |
| WORLD CUP FIGHT-OFF | 0 | 0 | 341 | 0 | 341 | 100.00 | 0 |
| PAN AM TKD CHAMPIONSHIP | 0 | 4,792 | 0 | 14,375 | (14,375) | (100.00) | 57,500 |
| SENIOR EXCHANGE | 3,467 | 0 | 16,367 | 0 | 16,367 | 100.00 | 0 |
| WORLD OLYMPIC QUALIFIER | 0 | 3,333 | 0 | 10,000 | (10,000) | (100.00) | 40,000 |
| TOTAL NATIONAL EVENTS | 117,904 | 35,928 | 358,043 | 307,366 | 50,679 | 16.49 | 966,000 |
| BASE FUNDING | | | | | | | |
| SOC FUNDED PROGRAMS/EVENTS | | | | | | | |
| WORLD CHAMPIONSHIP | 1,000 | 0 | 1,000 | 0 | 1,000 | 100.00 | 0 |
| WORLD CUP | 0 | 38,666 | 0 | 38,766 | (38,766) | (100.00) | 87,500 |
| WORLD CUP TOUR PROGRAM-SR. NAT.TEAM | 0 | 4,167 | 0 | 12,500 | (12,500) | (100.00) | 50,000 |
| WORLD CUP TOUR PROGRAM-JR. NAT.TEAM | 0 | 5,000 | 747 | 15,000 | (14,253) | (95.02) | 60,000 |
| JUNIOR EXCHANGE | 0 | 0 | (9,994) | 0 | (9,994) | 100.00 | 0 |
| REGIONAL CENTER OF EXCELLENCE | 0 | 500 | 2,000 | 1,500 | (500) | (33.33) | 6,000 |
| PERFORMANCE FUNDING | | | | | | | |
| WORLD CHAMPIONSHIP PREP | 0 | 0 | 538 | 0 | 538 | 100.00 | 47,000 |
| OLYMPIC PURSUIT 2004 | 500 | 11,313 | 500 | 22,477 | (21,977) | (97.78) | 24,000 |
| BONUS MEDAL PROGRAM | 0 | 0 | 0 | 0 | 0 | 0.00 | 10,000 |
| NATIONAL TEAM SELECT | 6,000 | 6,833 | 7,872 | 17,500 | (9,628) | 155.82) | 70,000 |
| GLADIATOR GAMES | 0 | 0 | 0 | 0 | 0 | 0.00 | 10,000 |
| 18 - 21 SELECT | 0 | 0 | 0 | 0 | 0 | 0.00 | 40,000 |

USOC 00715

| ACCOUNT NAME | 2002 Budget | 2003 Budget | | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|---|---|---|
| OPERATING EXPENSES | | | | | | | |
| ACCOUNT NAME | | | | | | | |
| | | | | | | | |
| PROGRAMS | | 288,500 | 289,000 | | | | |
| Han Ma Dang | 5,000 | | 15,000 | 3,750 | 3,750 | 3,750 | 3,750 |
| NCTA | 70,000 | | 50,000 | 12,500 | 12,500 | 12,500 | 12,500 |
| Academic All-American | 0 | | 4,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Resident Team | 20,000 | | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Coaching Seminars | 2,500 | | 7,000 | 1,750 | 1,750 | 1,750 | 1,750 |
| Referee Seminars | 18,000 | | 15,000 | 3,750 | 3,750 | 3,750 | 3,750 |
| Junior Camps | 10,000 | | 10,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| Senior Camps | 0 | | 5,000 | 1,250 | 1,250 | 1,250 | 1,250 |
| Pro Shop | 35,000 | | 35,000 | 8,750 | 8,750 | 8,750 | 8,750 |
| International Development | 50,000 | | 50,000 | 12,500 | 12,500 | 12,500 | 12,500 |
| Contingency Funds | 78,000 | | 78,000 | 19,500 | 19,500 | 19,500 | 19,500 |
| | | | | | | | |
| NATIONAL EVENTS | | 852,000 | 852,000 | | | | |
| US Open | 245,500 | | 245,500 | 61,375 | 61,375 | 61,375 | 61,375 |
| Senior Nationals | 230,000 | | 230,000 | 57,500 | 57,500 | 57,500 | 57,500 |
| National Team Trials | 20,000 | | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Junior Olympics | 356,500 | | 356,500 | 89,125 | 89,125 | 89,125 | 89,125 |
| | | | | | | | |
| ATHLETIC PROGRAMS | | 50,000 | 56,000 | | | | |
| Level 1- Grass Roots | | | | | | | |
| 1. Regional Centers of Excellence | | | 6,000 | 1,500 | 1,500 | 1,500 | 1,500 |
| 2. State Jr Dev Camps (OTC) | | | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 3. Gold Team 2000 | | | | | | | |
| 4. Jr Natl Dev Camp Series | | | | | | | |
| * 2nd-4th 14-17 Yr Old Camp | | | 9,000 | 2,250 | 2,250 | 2,250 | 2,250 |
| * 12-13 Yr Old 1st Pl Blk Blt Camp | | | 6,000 | 1,500 | 1,500 | 1,500 | 1,500 |
| 5. Junior Summer Camp | | | 15,000 | 3,750 | 3,750 | 3,750 | 3,750 |
| | | | | | | | |
| Level 2- Natl Team Development | | 237,000 | 237,000 | | | | |
| 1. International Prep Camp | | | 47,000 | 11,750 | 11,750 | 11,750 | 11,750 |
| 2. World Cup Tour Program | | | | | | | |
| * Sr National Team | | | 60,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| * Jr National Team | | | 60,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| 3. OTC Perm. Res. Program | | | 30,000 | 7,500 | 7,500 | 7,500 | 7,500 |
| 4. 18-21 Select | | | 40,000 | 10,000 | 10,000 | 10,000 | 10,000 |

USOC 00716

UNITED STATES TAEKWONDO UNION
2001 BUDGET

| ACCOUNT NAME | 2001 Budget | 2002 Budget | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL DEVELOPMENT | 50,000 | 50,000 | | 12,500 | 12,500 | 12,500 | 12,500 |
| World University Games | | 35,000 | | | | | |
| CONTINGENCY FUNDS | 78,000 | 78,000 | | 19,500 | 19,500 | 19,500 | 19,500 |
| | | | | | | | |
| NATIONAL EVENTS | | 413,000 | 775,500 | | | | |
| US OPEN | 30,000 | 200,000 | | 50,000 | 50,000 | 50,000 | 50,000 |
| US SR NATIONALS..... | 65,000 | 200,000 | | 50,000 | 50,000 | 50,000 | 50,000 |
| - RED BELT COMPETITION | | | | - | - | - | - |
| - US GOLDEN SENIORS | | | | - | - | - | - |
| - JR. BLACK BELT | | | | - | - | - | - |
| NAT TEAM TRIALS | 18,000 | 20,000 | | 5,000 | 5,000 | 5,000 | 5,000 |
| JUNIOR OLYMPICS | 300,000 | 356,500 | | 89,125 | 89,125 | 89,125 | 89,125 |
| | | | | | | | |
| ATHLETIC PROGRAMS | | - | 86,000 | | | | |
| | | | | | | | |
| Level 1 - Grass Roots | | | | - | - | - | - |
| 1. Regional Center of Excellence | | 6,000 | | 1,500 | 1,500 | 1,500 | 1,500 |
| 2. State Jr. Dev. Camps (OTC) | | 20,000 | | 5,000 | 5,000 | 5,000 | 5,000 |
| 3.Gold Team 2000 | | | | - | - | - | - |
| 4. Junior National Devel. Camp Series | | | | - | - | - | - |
| * 2nd - 4th 14-17 Year Old Camps | | 9,000 | | 2,250 | 2,250 | 2,250 | 2,250 |
| * 12 -13 Yr Old 1st Place Blk Belt Camps | | 6,000 | | 1,500 | 1,500 | 1,500 | 1,500 |
| 5. Junior Summer Camp | | 15,000 | | 3,750 | 3,750 | 3,750 | 3,750 |
| | | | | | | | |
| Level 2 - Nat'l Team Devel. | | - | 247,000 | - | - | - | - |
| 1. International Prep Camp | | 47,000 | | 11,750 | 11,750 | 11,750 | 11,750 |
| 2. World Cup Tour Program | | | | - | - | - | - |
| * Sr National Team | | 60,000 | | 15,000 | 15,000 | 15,000 | 15,000 |
| * Jr National Team | | 60,000 | | 15,000 | 15,000 | 15,000 | 15,000 |
| 3. OTC Permanent Resident Program | | 40,000 | | 10,000 | 10,000 | 10,000 | 10,000 |
| 4. 18 – 21 Select | | 40,000 | | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | |
| Level 3 - Olympic Team Development | | - | 264,000 | - | - | - | - |
| 1. National Team Select | | 70,000 | | 17,500 | 17,500 | 17,500 | 17,500 |
| 2. Olympic Pursuit 2004 | | 24,000 | | 6,000 | 6,000 | 6,000 | 6,000 |
| 3. Bonus Medal Program | | 10,000 | | 2,500 | 2,500 | 2,500 | 2,500 |
| | | | | | | | |
| COMPETITION | | | | - | - | - | - |
| World Cup | | 90,000 | | 22,500 | 22,500 | 22,500 | 22,500 |
| Pam Am Taekwondo Championships | | 60,000 | | 15,000 | 15,000 | 15,000 | 15,000 |
| Gladiator Games | | 10,000 | | 2,500 | 2,500 | 2,500 | 2,500 |
| | | | | | | | |
| TOTAL OPERATING EXPENSES | 572,000.00 | | 1,617,500 | 255,375.00 | 255,375.00 | 255,375.00 | 255,375.00 |
| TOTAL OFFICE EXPENSES | 1,652,000 | | 1,639,000 | 419,750 | 419,750 | 369,750 | 369,750 |
| **TOTAL EXPENSES** | **2,224,000** | | **3,256,500** | **675,125** | **675,125** | **625,125** | **625,125** |
| | 2,737,521 | | | | | | |
| **PROFIT(LOSS)** | **$ 513,521** | | **$ (1,600)** | | | | |

rev-05/07/01-dme

USOC 00717

MAR-03-00 FRI 05:33 PM    US TAEKWONDO UNION          FAX NO. 7195784642          P. 05/10

UNITED STATES TAEKWONDO UNION
2000 BUDGET

*Revised  Officer Meeting March 1, 2000*

|  | 2000 BUDGET |
|---|---|
| **REVENUE** | |
| | |
| **MEMBERSHIP** | |
| ATHLETE | 750,000 |
| NON-ATHLETE | 120,000 |
| REFEREE | 1,500 |
| COACH | |
| CLUB/SCHOOL | 70,000 |
| LIFE | |
| SUPPORTING | |
| SANCTION FEES | 25,000 |
| PROTEST FEES | |
| | |
| **MARKETING INCOME** | |
| MARKETING AGREEMENTS | 150,000 |
| USOC JOINT MARKETING | 192,000 |
| MAGAZINE ADVERTISING | 20,000 |
| CORPORATE SPONSOR | 5,000 |
| | |
| **MISC INCOME** | |
| CONTRIBUTIONS | 2,000 |
| INTEREST | 1,500 |
| COPIER INCOME | 5,000 |
| DAN/POOM FEES | 300,000 |
| MISC INCOME | 12,000 |
| REFEREE TEXT BOOK | 3,000 |
| | |
| **EVENT INCOME** | |
| US OPEN | 10,000 |
| US SR NATIONALS | 55,000 |
| JUNIOR OLYMPICS | 535,000 |
| US GOLDEN SR | 15,000 |
| JR. BLACK BELT | 8,550 |
| OLY PRE QUAL/JAN | 6,750 |

USOC 00718

UNITED STATES TAEKWONDO UNION
2000 BUDGET

| | 2000 BUDGET |
|---|---|
| OLY PRE QUAL/MAR | 8,750 |
| OLY TEAM TRIALS/MAY | 500 |
| NATIONAL TEAM TRIALS | 900 |
| RED BELT COMPETITION | 7,000 |
| | |
| USOC FUNDED EVENTS/PROJECTS | |
| USOC CENTRALIZED FUNDS | 238,000 |
| VENTURE GRANT | 20,000 |
| | |
| PROGRAMS | |
| JR CAMP | 30,000 |
| SR CAMP | 15,000 |
| COACHING SEMINARS | 10,000 |
| REFEREE SEMINARS | 40,000 |
| GOLD TEAM | 10,000 |
| PRO SHOP | 65,000 |
| | |
| TOTAL REVENUE | 2,728,450 |

USOC 00719

UNITED STATES TAEKWONDO UNION
2000 BUDGET

2000
BUDGET

EXPENSE

OFFICE EXPENSES

| | |
|---|---|
| NATIONAL OFFICE | 550,000 |
| PRESIDENTS OFFICE | 40,000 |
| SECRETARY GENERAL'S OFFIC | 7,000 |
| TREASURER GENERALS OFFIC | 5,000 |
| OTHER OFFICE'S EXPENSES | 3,000 |
| MARKETING | 10,000 |
| INSURANCE | 90,000 |

COMMITTEES

| | |
|---|---|
| JR. COMMITTEE | 3,000 |
| COACHING COMMITTEE | 12,000 |
| REFEREE COMMITTEE | 20,000 |
| WOMAN'S AFFAIRS | 3,000 |
| LAW & LEGISLATION | 5,000 |
| TOURNAMENT | 3,000 |
| CERTIFICATION COMMITTEE | 10,000 |
| ATHLETE ADVISORY | 5,000 |

MEETINGS

| | |
|---|---|
| EXECUTIVE COMMITTEE | 5,000 |
| ANNUAL MEETING | 30,000 |
| MIDYEAR MEETING | 20,000 |
| INTERNATIONAL MEETINGS | 30,000 |
| STATE PRESIDENTS MEETING | 20,000 |
| STATE ASSO. MEETINGS | 20,000 |

MEMBERSHIP

| | |
|---|---|
| MEMBERSHIP PROGRAMS | 377,500 |
| TKD JOURNAL | 85,000 |
| REBATES | 75,000 |

DAN OFFICE

| | |
|---|---|
| DAN OFFICE | 150,000 |

USOC 00720

6. Incentives

Sydney Olympic Games

| | |
|---|---|
| Gold | $20,000 |
| Silver | $10,000 |
| Bronze | $5,000 |

| | |
|---|---|
| Total | $40,000 |

| | |
|---|---|
| Total | $109,140 |

USOC 00721

Apr 27 03 11:04p    Holloway/Weller    202 337 1918    p.2

MAR-03-00 FRI 05:31 PM    US TAEKWONDO UNION    FAX NO. 7195784642    P. 01/10

Member – United States Olympic Committee



### MEMORANDUM.

TO:      Officers, AAC Chairman
FROM:    Jay Warwick
RE:      Conference Call
DATE:    March 3, 2000

I would like to take this opportunity to thank you once again for the very productive phone conference this past Wednesday. The task of growing our organization is daunting, yet, a appropriate endeavor with this being the Olympic Year.

Please find enclosed a copy of the revised budget pursuant to our meeting and also notes from the meeting and other related documentation. I look forward to meeting with you Monday.

One Olympic Plaza, Suite 405
Colorado Springs, CO 80909
(719) 578-4632
Fax (719) 578-4642
E-Mail: USTUTKD1@aol.com
Website: www.USTU.com



**USOC 00722**

Notes from Officer Conference Call, March 1, 2000

1. Discussion regarding 2000 membership drive.

I gave a brief introduction of the membership campaign including, overall goal of 50,000, Officer and key official goals list ( as a matter of discussion), and other information such as contests etc.

President Lee entertained discussion from each officer regarding the project in general and also what each officer feels would be appropriate as a membership goal for each officer.

Officer responses included discussion on:
- State Associations have control of the majority of membership and should be more accountable for the program.
- With limited membership the only way to accomplish the goal would be through donations.
- Focus on accurate enrollment of "all" athletes that enter in state tournaments.
- The goals were not properly balanced amount key officials as stated on list.

I mentioned that the list of goals for USTU officials was meant to be a starting point for discussion, and was not intended to be in carved in stone. I also mentioned that in lieu of the comments made regarding schools size that we possibly consider focusing on registering 100% or a high percentage of a schools student body.

V.P. Holloway mentioned that magazine advertising would be effective.

President Lee refocused the group on a number the officers could collectively agree on as a goal. After more discussion it was agreed upon that the officer goal would be 250 each. The important point being the officers making a "public statement" goal that other officials and school owners could rally behind.

I mentioned that we should focus on the "non-tournament competitor" and that that we need to develop "marketing tools" to help club owners motivate students to register, such as contests, incentives etc.

President Lee wanted to follow up the determination of the officers goals in the form of a letter to the State Presidents encouraging them to join the effort.

USOC 00723

# UNITED STATES TAEKWONDO UNION

## COACHING CERTIFICATION PROGRAM

In 1999 the USTU initiated a Coaching Certification Program. This program has been established to create uniform-coaching standards for the ongoing development of Taekwondo Coaches at all levels. Each year we will continue to expand and develop the program to meet the needs of coaches across the United States.

The objectives of the Coaching Certification Program are:

- To create a system of monitoring the continuous development and advancement of USTU Coaches through education, experience, and results. This information will be maintained and continuously updated in the USTU National Coaching Certification Database. This information is reported to the Coaching Science Committee to help select potential National Team Coaches.
- To eliminate the need for coaches to attend an Orientation at the National Junior Olympics with the exception of the Athlete support position.

 There are six different Coaching Certification levels: Athlete Support, Level 1, Level 2, Level 3, Level 4, and Level 5. Coaches can only obtain one Coaching Certification Level each year. Each level has its own requirements, test, and seminar that you must attend to receive certification for that level (with the exception of the Athlete Support Position). Below is a description and the requirements for each Coaching Certification Level:

### ATHLETE SUPPORT

This position is only available at the National Junior Olympic Taekwondo Championships each year. You must be at least 18 years old, a current USTU competitor member, and send in application and fees for the Junior Olympic Taekwondo Championships, and you must attend the Coaches Orientation held at the Junior Olympic Taekwondo Championships every year.

### LEVEL ONE

You must be at least 18 years old, a USTU competitor member, 1st degree black belt or higher, and you must attend and pass the Level 1 seminar. You must also attend the Coaches Orientation held at the National Junior Olympic Taekwondo Championships each year.

### LEVEL TWO

You must already be certified as a Level 1 Coach and attend and pass the Level 2 seminar. When you are certified as a Level 2 Coach you are eligible to apply for a "Coach" credential at USTU National tournaments. Once you are a Level 2 Coach, you may by-pass the coaches orientation held at the National Junior Olympic Taekwondo Championships each year, as long as you pay your coaches renewal fee every year.



USOC 00724

## LEVEL TWO

You must already be certified as a Level 1 Coach and attend and pass the Level 2 seminar. When you are certified as a Level 2 Coach you are eligible to apply for a "Coach" credential at USTU National tournaments. Once you are a Level 2 Coach, you may by-pass the coaches orientation held at the National Junior Olympic Taekwondo Championships each year, as long as you pay your coaches renewal fee every year.

## LEVEL THREE

You must be certified as a Level 2 coach, have certification in CPR and First Aid (provide proof), have developed a state champion, and attend and pass the Level 3 seminar. Once you are certified as a Level 3 Coach, you are eligible to apply for a "Qualified Coach" credential at a USTU National Tournament. Level 3 Coaches can also by-pass the Coaches Orientation held at the National Junior Olympic Taekwondo Championships each year, as long as you pay your coaches renewal fee every year.

## LEVEL FOUR

You must be certified as a Level 3 coach, have served as an Elite Coach at an international event such as the Olympics, Pan Am Games, World Championships, World Cup, Pan Am Taekwondo Championships or World Collegiate. *The US Open or any International Open does not apply.* You also, must have developed a National Champion, attend and pass the Level 4 seminar, and assist in Coaching at USTU developmental camp (i.e. Junior/Senior Elite Training Camp).

## LEVEL FIVE

You must be certified as a Level 4 coach, have served as an Elite Coach at 2 International events (i.e. Olympics, Pan Am Games, World Championships, World Cup, or Pan Am Taekwondo Championships). *The World Collegiate, US Open and any International Opens do not apply.* You must also attend and pass the Level 5 seminar.

 Once you are a Certified Coach, you are still required to send in your application and fee for any USTU tournament. Also, even if you meet each requirement for Levels 1-5, you must attend each seminar to obtain certification. The only way you can by-pass any level is to get "Grandfathered In". This requires getting the approval of the Coaching Science Committee by sending your request in writing to the USTU office, attention Coaching Certification with a list and proof of your qualifications. You will have to take and pass each test, for each level you are skipping, and provide the necessary documentation that each level requires. *In the future the USTU will require that all coaches have certification to coach at any USTU sanctioned tournament.*

If you would like more information on the Coaching Certification Program or a schedule of Seminars please contact Jeanna Mendoza, Senior Manager of Sports Programs at the USTU Office at (719) 578-4632 or email her at usturef@aol.com.



*2002*
*m.d Year*

## Education and Certification Mid-Year Report

### *Referee Certification Program*

- In 2001 the USTU hosted 44 Referee seminars between January and November. Of these 44 seminars, 41 seminars were held at the State level and 3 seminars at the National Level.

- There has been a considerable increase in Referee seminars scheduled for 2002. In 2001, prior to July 1st there were 36 referee seminars scheduled. This year, the USTU has scheduled 46 referee seminars prior to July 1, 2002.

- The Referee Textbook has under gone three major changes this year. There have been changes made in Competition Rules, Junior Safety Rules, and Hand Signals.

- The USTU would like to thank USTU Referee Chairman, Mr. Eui Bin Lee, for his dedication to the Referee Certification Program. In addition, the USTU values all of the Referees that instruct the seminars at the State and National level, and the State Presidents for their continued support of the USTU and the Referee Certification Program.

### *Coaching Certification Program*

- In 2001, the USTU hosted two Coaching Certification Seminars. We hosted Level 1 and 2 seminars at the Senior Nationals in Cleveland, Ohio with 113 Coaches participating and at the Junior Olympics in Tampa, Florida with 185 Coaches participating

- A Level 1 seminar was held in Massachusetts on May 12, 2002. In addition, a Level 1 seminar was also held in conjunction with the 28th National Taekwondo Championships (the number of coaches that participated in these seminars was not available at the time of this report).

- There will be a Level 2 seminar at Junior Olympics in Minnesota. This seminar will be for Level 1 Certified Coaches that have been certified for at least one year.

- There will be a Level 1 seminar at the Junior Olympics on July 1. This seminar will be for coaches that are at least 18 years old, a first degree black belt or higher, and a 2002 USTU competitor member.

- The USTU will also be hosting a Level 3 seminar (date to be announced). This seminar will be held for Level 2 Certified Coaches that have been certified for at least one year.

*Where is Level 4.??*

USOC 00726