# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 16

Sections of the Rejected Referee Code of Operations

From the USTU State Presidents Handbook

Distributed January 2002

*Note how system allows penalty with no hearing.

USOC 00727

serve in all capacities (Referee or Judge). Class C Referees may participate primarily as judges under supervision and for practical testing purposes.

5) All USTU sanctioned REGIONAL level championships must be officiated by USTU Referees with Class C and higher certification. International, USTU Class A and B referees in any capacity, and C as judges. USTU Class D Referees may participate, primarily at judges' supervision, and for practical testing purposes.

6) All USTU sanctioned STATE level championships must be officiated by International Referees and USTU certified Referees. International and USTU Class A and B referees in any capacity, and Class C as judges. Class D referees may serve as judges, and may serve as referees under supervision and for practical testing purposes.

### ARTICLE 23. OTHER COMPETITION MATTERS

Section 1: Official Decision

Official's decisions made during and at the end of the contest are final and not negotiable.

Section 2: Competition Proceedings

a. All officials, instructors, contestants, and coaches participating in a tournament are required:

i. To satisfy all USTU eligibility requirements.

ii. To observe the decorum code of the USTU and the rules of the tournament. Violators will be disciplined by the USTU.

b. All contestants are required to register with the USTU during the year of the competition.

c. All black belt competitors must submit a copy of the USTU Dan Certificate at the time of registration with the Organization Committee. The appropriate Dan must be indicated on the contestant's ID badge.

d. When summoned, competitors are required to confirm their colors first and then to make necessary preparation for the match. This includes putting on the protective equipment and have his/her coach available.

e. During a contest, any contestant who wishes to leave the ring must request permission from the Referee.

f. Contestants are required to use a designated route for entry into and exit from the contest area.

USOC 00728

g. In case of team contests;

   i. Each team shall submit the pre-determined list of contestants in the order of competition.

   ii. Team competition winners shall be decided on the basis of total number of points accumulated in individual competition; three points for gold, two for silver, and one for bronze.

h. All USTU sanctioned tournaments MUST use the standard USTU Judge's scoring sheet and Score Tally paper. (See Appendix 1 for sample).

Section 3. Coach

ONE Coach may accompany the contestant to the competition ring when the contestant's name is called to compete. The coach MUST meet the following requirements to be eligible to coach.

1) A Coach MUST.

   a. Be a citizen of the United States;

   b. Have the appropriate WTF/USTU Referee Certification;

      i. Only a coach who is a WTF certified International Referee and a USTU certified Class A or B Referee may coach at a USTU sanctioned NATIONAL level championships.

      ii. Only a coach who has a minimum of USTU Class C Referee certification may coach at REGIONAL or STATE level championships.

   c. Have attended at least one Referee Seminar during the current calendar year.

   d. Be a currently registered member of the USTU and have paid dues for the current calendar year.

   e. Have paid the WTF/USTU Referee dues for the current calendar year.

   f. Be currently registered with the Tournament Organizing Committee and wear the appropriate coach's badge.

   g. Complete a coach's seminar conducted by the Coaching Committee during the current calendar year.

USOC 00729

2) To be eligible, a coach should submit the following documents along with the forms and documents required by the Tournament Organizing Committee at the time of registration.

   a. Copy of United States Citizenship

   b. Copy of USTU Dan Certificate

   c. Copy of USTU Registration Card

   d. Copy of the most recent Referee Certification

   e. Copy of the certificate of participation of the most recent Referee Seminar.

3) The coach MUST observe the decorum code of the USTU, the rules and regulations of the Organizing Committee and the rules of the tournament. ALL violators of these rules and/or regulations will have his/her coaching privileges cancelled by the USTU.

4) During the competition, coaches are required to remain seated upright, and NOT allowed to move about the ring during competition. The coach must not enter the ring during competition. If his/her contestant is injured during a contest, then the coach must wait for the Referee to declare Kalyeo before leaving the coach's chair and should wait for the tournament doctor to arrive before touching his/her contestant.

Section 4: Competition Floor

1. Throughout any USTU sanctioned championships, ONLY the following personnel may enter the competition floor;

   a. Referee, Judges, and Ring Coordinators designated by the National Referee Committee.

   b. Members of the National Tournament Committee when necessary.

   c. Members of the Arbitration Board when necessary.

   d. Members of the Medical Team when necessary.

   e. Security Officers when necessary.

   f. Athletes and qualified coaches when the athlete's name is called to compete.

   g. Other essential personnel with the approval of the U.S. National Referees Committee.

Section 5: The Referee and Coach during Contest

I. Before the Start of a Contest

USOC 00730

39

1. The Referee will collect the Coach's and the Contestant's badges from both the Chung (blue) and Hong (red) sides and bring them to the Recorder's table. The Technical Assistant will keep the Coach's and Contestant's badges until the completion of the contest.

2. If the coach does not have a valid Coach's badge, the Referee MUST escort the Coach out of the competition area. The Contestant must then complete the contest without the Coach.

II. During Contest

1. If the Coach leaves the Coach's chair for any reason (including standing up), the Referee will suspend the match, and immediately declare a Kyong-go or a Gamjeom penalty on the Coach's contestant.

2. If the Coach tries to talk or talk back to the Referees, or Judges during a contest, the Referee will suspend the match and immediately declare a Kyong-go or a Gamjeom penalty on the Coach's contestant.

3. If the Coach makes ANY comment about the Referee during a match the Referee will suspend the match and immediately declare a Kyong-go or a Gamjeom penalty on the Coach's contestant.

4. If the Coach is guilty of a serious violation of ANY kind (violent or extreme behavior), the Referee will suspend the match and immediately declare a Gamjeom penalty on the Coach's contestant.



III. After the Contest

1. If the Coach is assessed ANY Kyong-go penalties during a contest, the Referee will keep the Coach's Badge and the coach will have his/her Coach's privileges suspended for one (1) day. The Coach will be reported to the Chairman of the National Referee Committee, and the Secretary General of the USTU.

2. If the Coach is assessed three (3) Kyong-go penalties during a contest, the Referee will keep the Coach's Badge, and the Coach will have his/her Coach's privileges suspended for one (1) day. The Coach's Referee certification will also be suspended for three (3) years. The Coach will be reported to the Chairman of the National Referee Committee, and the Secretary General of the USTU.

3. If the Coach is accessed ANY Gamjeom penalties during a contest, the Referee will keep the Coach's Badge, and the Coach will have his/her Coach's privileges suspended for three (3) years. The Coach's Referee certification will also be suspended for three (3) years. The coach will be reported to the Chairman of the National Referee Committee, and the Secretary General of the USTU.

USOC 00731

4. If the Coach complains about the outcome of a contest, or complains about an individual Referee, or Judge, to anyone other than the Arbitration Board, the Coach will have his/her Coaches privileges suspended for three (3) years. The Coach's Referee certification will also be suspended for three (3) years. The Coach will be reported to the Chairman of the National Referee Committee and the Secretary General of the USTU.

5. If the Coach has his/her coaching privileges suspended twice, the Coach will have his/her coach's privileges suspended permanently. The Coach's Referee certification will be suspended for five (5) years.

6. If the Coach physically touches any USTU officials, the Coach will have his/her coaching and Referee privileges suspended permanently. Neither will be restored at any time.

7. The Referee will make sure that he/she, along with Judges will NOT discuss any aspect of the contest with ANYONE other than the Ring Coordinator and the Arbitration Board. If a Referee or Judge is caught talking about the contest, his/her Referee certification will be suspended for one (1) year. It is the duty of the Referee to report all violators to the Chairman of the National Referee Committee.

## ARTICLE 24. PROTESTS

Section 1: Procedures of Protest

1. In case there is an objection to a decision immediately after the competition, the appointed state coach representing the athlete's state may file a protest to the Chairman of the Arbitration Board or the Chairman of the National Referee Committee through the President of State Association with non-refundable fee of two hundred dollars ($200.00) (see example, official letter of protest page).

2. The appointed state coach MUST meet the requirements listed in Article 24, Section 3.

Section 2: Arbitration Board

1. In case there is an objection to a decision immediately after the competition, the appointed state coach representing the athlete's state may file a protest to the Chairman of the Arbitration Board or the Chairman of the National Referee Committee through the President of State Association with non-refundable fee of two hundred dollars ($200.00) (see example, official letter of protest page).

2. The appointed state coach MUST meet the requirement list in Article 24, Section 3.

Section 3: Arbitration Board

USOC 00732

1. The President of USTU, upon recommendation of the Secretary General of the USTU and the Chairman of the Committee on Technical, Contest Rules, and Referee Certification, will appoint a Board of Arbitration comprised of five or seven International Referees Class 1 or 2 including the Chairman of the National Referee's Committee.

2. The Chairman of the National Referee Committee will preside over the Arbitration Board.

3. Any Arbitration Board members may be temporally substituted, if the President of the USTU deems it necessary, upon recommendation of the Chairman of the National Referee's Committee.

4. All Arbitration Board members who are certified International Referees Class 1 or 2 and certified 6th Dan or higher rank by the WTF shall have voting right in arbitration decision deliberation. Any member who does not meet the above qualification will have the right to question, but shall not have voting rights.

Section 4: Hearing and Deliberation of the Final Ruling

1. Upon receipt of protest, the Chairman of Arbitration Board will, if the contents of the protest is reasonable and justifiable call an immediate meeting, and report the result of the deliberation in writing before the next competition begins. The affected matches will stop competition until the Arbitration Board deliberates the result.

2. The members of the board will deliberate the protest in a fair and impartial manner and may summon the Head of Court, Referee, Judges and/or concerned contestants for inquiry. Videotapes will NOT be admitted as evidence to confirm or disconfirm the protest.

3. Deliberation Process

   1) After reviewing the protest application, the contest of the protest must be arranged according to the criterion of "acceptable" or "unacceptable".

   2) If necessary, the Board can hear options from the Referees and/or Judges.

   3) If necessary, the Board can review the material evidence of the decisions, such as the written data (score sheets). No videotapes can be used.

   4) Errors in determining the match results: Mistakes in calculating the match score or misidentifying a contestant shall result in the decision being reversed.

   5) Error in application of the rules: When it is determined by the Board that the Referee made a clear error in applying the competition rules, the outcome of the error shall be corrected and the Referee shall be disciplined.

USOC 00733

42

6) Errors in factual judgement: When the Board decides that there was clearly an error in judging the facts such as impact of striking, severity of action or conduct, intentionally, timing of an act in relation to a declaration or area, the decision shall not be changed and the officials who have made the error shall be disciplined.

7) After deliberation, the board holds a ballot to determine a majority decision.

8) The Chairman will make a report documenting the outcome of the deliberations and shall make this outcome publicly known.

4. The decision made by the Arbitration Board will be final and there will be no means of further appeal.

Section 5: Actions of the Arbitration Board

1. The Arbitration Board will take the following actions:

   a. In case of purposeful and intentional misjudgment

      i. Correction of the misjudgment.

      ii. USTU Referee found guilty of purposeful misjudgment will permanently be dismissed from all Referee activities.

      iii. If the person holds International Referee Certification, the Arbitration Board shall report the incident and make an official recommendation to revoke his/her International Referee Certification.

      iii. If the person holds USTU Referee Certification, the Arbitration Board shall report the incident and make an official recommendation to revoke his/her International Referee Certification.

   b. In case of any misjudgment, mistake, or miscalculation on the Judge's Paper, or misapplication of the competition rules by the Referee,

      i. Correction of the misjudgments

      ii. Persons found guilty will receive disciplinary suspension of rights for no more that three (3) years, and must attend at least three (3) USTU Referee refresher courses.

      iii. USTU Referees found guilty will receive disciplinary suspension of rights for no more than three (3) USTU Referee refresher courses.

## ARTICLE 26. MATTERS NOT SPECIFIED IN THESE COMPETITION RULES

In the case that any matters not specified in the Rules occur, they shall be dealt with as follows:

USOC 00734

43

1. Matters related to the (specific) competition shall be decided through consensus by the refereeing officials of the pertinent contest.

2. Matters, which are not related to specific contest, shall be decided by the Executive Council or its proxy.

3. In international competitions, the organizing committee shall prepare for a videotape recorder at each court for recording and preservation of the match process.

### ARTICLE 27. ELEGIBILTY FOR AMATEUR ATHLETES

An amateur Taekwondist is one who engages in Taekwondo solely for the physical, mental, and social benefits and the pleasure derived therefrom, and for who Taekwondo is nothing more than a sport, art, or recreation which no remuneration is expected or received.

Section 1: All competitors, male or female, who conform to the criteria set forth in this code and the aforementioned guidelines may participate in all USTU sanctioned championships except those who have:

   a. Registered for participated as professional athletes or professional coaches in any sport;

   b. Received material advantages for their preparation or participation in sports competition without the knowledge and permission of the USTU or by the WTF.

   c. Allowed their person, name, picture, or sports performances to be used for advertising, except in the yellow pages or promotion brochures or similar use for the promotion of Taekwondo schools, Taekwondo exhibitions, or Taekwondo tournaments;

   d. In the practice of sport and in the opinion of the USTU manifestly contravened the spirit of fair play in the exercise of sport, particularly through drug use, violence or poor sportsmanship.

Section 2: All athletes who complied with the eligibility clauses set forth by Article XXI of the USTU Bylaws and Section 1 of this Article are eligible to compete in the USTU sanctioned Taekwondo competition.

### ARTICLE 28. FINAL RULINGS

Matters and situations not covered by these competition rules will be resolved by precedents, interpretation, and the rules set forth by the WTF:

1. If the situation is not covered by the WTF rules, the Chairman of the National Referees Committee will make final rulings.

2. If the situation is not covered by the WTF rules, the President of the USTU will make the final ruling after a joint meeting of the Arbitration Board members and other involved committee members.

USOC 00735