# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 17

**Lack of Referee Selection Criterion Letters**

By Steven Dring & Bruce Harris

USOC 00736

**USTU Annual Meeting**
**Board of Governors**
**Roll Call**

November 16, 2002

100 – 500 = 1 Vote
501 – 1000 = 2 Vote
>1001     = 3 Vote
Cut off date : August 1, 2002

| Executive Committee | Name | | | Present | Not Present |
|---|---|---|---|---|---|
| President | Sang Lee | | | | |
| Vice President | Steven Silz | | | | |
| Vice President | Lynnette Love | | | | |
| Vice President | Sun Heesup Lee | | | | |
| Secretary General | Soon Ho Kim | | | | |
| Treasurer | Ki Hong Kim | | | | |
| Executive Director (non-voting) | Bruce Harris | | | | |
| Past President (non-voting) | Hwa Chong | | | | |
| Special Ass't to President (non-voting) | Yeon Hee Park, Sr. | | | | |
| | | | | | |
| Division of Operations | Jin Song Chung | | | | |
| Development Affairs | Yeon Hwan Park | | | | |
| Education, Certification & Standards | John Holloway | | | | |
| | | | | | |
| Women's Committee | Myong Mayes | | | | |
| Junior Olympic Committee | Dae Sung Lee | | | | |
| Law and Legislation | Mark Bryant | | | | |
| Tournament Committee | Tom Hernandez | | | | |
| Referee Committee | Eui Bin Lee | | | | |
| Coaching Science Committee | Byung Won Kang | | | | |
| AAC Chairman | Sammy Pejo | | | | |
| Vice Chairman AAC | Barbara Kunkel | | | | |
| Secretary AAC | May Pejo Spence | | | | |
| Treasurer AAC | Kevin Padilla | | | | |
| EC Representative AAC-USOC | Juan Moreno | | | | |

| Board of Governors State | Name | Member | Delegates | Present | Not Present |
|---|---|---|---|---|---|
| Alabama | Nam Kyu Yoon | 24 | 0 | | |
| Alaska | Chuck Martin | 661 | 2 | | |
| Arizona | Jong Min Yi | 144 | 1 | | |
| Arkansas | Carl Chafin | 57 | 0 | | |
| California | Byung Won Kang | 4088 | 3 | | |
| Colorado | Ghassan Timani | 947 | 2 | | |
| Connecticut | Ho Soo Hwang | 629 | 2 | | |
| Delaware | Sung Hong Park | 85 | 0 | | |

| | | | | | |
|---|---|---|---|---|---|
| Armed Forces Sports Committee | | | | | |
| Armed Forces Sports Committee | | | | | |
| Armed Forces Sports Committee | | | | | |
| AAU | Michael Friello | | | | |
| AAU | | | | | |
| AAU | | | | | |
| NCTA | Yong Chin Pak | | | | |
| NCTA | Anne Chase | | | | |
| NCTA | | | | | |
| Delegate | Name | | | Present | Not Present |
| Member at Large | Dana Hee | | | | |
| Member at Large | Sam J. Kim | | | | |
| Member at Large | Doug Fuechsel | | | | |
| Member at Large | Hyeon Kon Lee | | | | |
| Member at Large | Ki Soo Jung | | | | |
| Member at Large | Young In Cheon | | | | |
| Member at Large | David Martin | | | | |
| Member at Large | Joong Keun Suh | | | | |
| Member at Large | Sun Ki Chong | | | | |
| Member at Large | Arlene Limas | | | | |
| Legal Council | Sung Chul Whang | | | | |
| AAC | Sammy Pejo | | | | |
| AAC | Barbara Kunkel | | | | |
| AAC | May Pejo-Spence | | | | |
| AAC | Kevin Padilla | | | | |
| AAC | Juan Moreno | | | | |
| AAC | Elizabeth Evans | | | | |
| AAC | Daniel Kim | | | | |
| AAC | Kevin McCullough | | | | |
| AAC | Christina Bayley | | | | |
| AAC | Stewart Gill | | | | |
| AAC | Josh Coleman | | | | |
| AAC | Guillermo Mosquera | | | | |
| AAC | Jennifer Hwang | | | | |
| AAC | Tony Graf | | | | |
| AAC | Glen Lainfiesta | | | | |
| AAC | Jason Han | | | | |
| AAC | Lynda Laurin | | | | |
| AAC | Ruben Gayon | | | | |
| AAC | Tae Kim | | | | |
| AAC | Michael Tang | | | | |
| AAC | Peter Kim | | | | |
| AAC | Linda Buell | | | | |
| Collegiate Committee | Yong Chin Pak | N/A | N/A | | |
| Division of Eligibility | Anne Chase | N/A | N/A | | |
| Dojang Development | Sun Ki Chong | N/A | N/A | | |

USOC 00738

## STATE ASSOCIATION FINANCIAL MATTERS

- All State Associations shall be incorporated as non-profit organizations under state law.
- *All State Associations shall be 501(c)(3) non-profit organizations under federal law.*
- All State Associations shall have a bank account for State Association business
  THERE CAN BE NO CO-MINGLING OF ANY STATE MONEY WITH THAT OF ANY STATE ASSOCIATION OFFICER OR MEMBER
- The State Association shall submit a financial report for all State Tournaments to the United States Taekwondo Union National Office within thirty (30) days of the event

Refer to the State Presidents Handbook for more information on financial matters.

*[handwritten: 1998 mid Year meeting Book]*

USOC 00739

PEAK PERFORMANCE MARTIAL ARTS, INC.



*2002 mid year meeting*

## FACSIMILE TRANSMITTAL SHEET

**TO:** Christie Simmons/
**FAX NUMBER:** 719-578-4642
**COMPANY:** US taekwondo Union
**PHONE NUMBER:** 719-578-4632
**RE:**

**FROM:** Juan Moreno
**DATE:** April 8, 2002
**TOTAL NO. OF PAGES INCLUDING COVER:**
**SENDER'S REFERENCE NUMBER:**
**YOUR REFERENCE NUMBER:**

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☒ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Hey Christie, I wanted to see what I needed to do to get some things added as agenda items for the E.C. meeting.

I have really only three things that I wanted to see if I could get added.

1. AAC input on the Coaching/Science Committee
2. Sport Partnership-coaching development program
3. National Office Employees bonuses.

Thanks, I will see you in Detroit. Tell everyone I said hello.

Juan Miguel Moreno

USOC/AAC

USTU EC

USOC 00740

 

**UNOmaha Black Belt Association**
**Collegiate Taekwondo Team**
6001 Dodge Street, Omaha, NE 68181

Dr. Richard File
Faculty Advisor
CBA 408 J
402-554-3650

To: USTU President and General Officers

Subject: Appointment of USTU State President

The UNOmaha Black Belt Association and collegiate Taekwondo Team were formed in the fall of 1997, at that time and for many previous years this university and our state had been without quality guidance or leadership with set goals in our chosen sport.

That year Master Therese Guy was selected and retained by this college club as our Head coach for this schools NCTA member Taekwondo Team. She was the only qualified candidate that meet our standards, these standards were based on the USTU instructor book guidelines set and published by the NGB as what to look for in an instructor. She still is an active referee and coach at multiple levels in the NCTA & USTU. Mrs. Guy led the Nebraska Junior Olympic Team since 1988 and coached at several Senior National and Pan Am Open events. Her record and accomplishments have maintained and sparked continued interest in what has become a dead if not dieing USTU program in Nebraska under current leadership or lack there of in the past.

As you consider your options for who would be and is a good candidate for the position of Nebraska USTU state president, the players and club Faculty here at UNOmaha would hope you will consider a change in our current direction, of lack of leadership for one of renewal and rejuvenation to our state and college programs. Master Guy has been an outstanding representative for the university and is the primary reason this state even still has any USTU program let alone a college team within the NCTA. She has continued her tireless support of the USTU, its programs and quality Taekwondo instruction in this area.

Please consider Master Instructor Therese Guy, 5thDan, US Referee, Coach for this highly influential position and make Taekwondo better in Nebraska.

Thank you for your time and consideration in this matter.

*A proud member: UNOmaha Student Programs and Organizations ... www.unomaha.edu/~dragon*

USOC 00741



*1998 mid year meeting (ONLY USTU INSTRUCTION)*

## ANNUAL MEETINGS

Each year three meetings must be held. All three meetings should be held on approximately the same date and in the same location so that members may attend all of the meetings for which they are eligible. Generally it is easiest to schedule the Unattached Members Meeting and the AAC Meeting at the same time with the Annual Meeting following. Allow sufficient time for all meetings. The three meetings are:

### STATE ASSOCIATION
### ANNUAL BOARD OF GOVERNORS MEETING

The purpose of the State Association Annual Board of Governors Meeting is to conduct any business necessary to the efficient, effective operation and growth of the Association. Such business includes but is not limited to: election of officers, planning the State Championships, coordinating State events, informing state members of national events and trends in Taekwondo, and developing relationships among the Taekwondo community members at the state level. The meeting is conducted using Robert's Rules of Order to ensure that the meeting will run smoothly and all eligible delegates may express their opinions about the items under discussion.

### STATE ASSOCIATION
### ANNUAL UNATTACHED MEMBERS MEETING

The purpose of the State Association Annual Unattached Members Meeting is to allow those members who are not affiliated with a Group E member school to elect delegates to represent them at the State Association Annual Board of Governors Meeting. In addition the members may consider other business as necessary. The State President will call the meeting to order and immediately call for the election of a chairman to run the meeting. For the first thirty-five (35) members present, they will select one delegate to the State Meeting, for each additional forty (40) members, they will receive one (1) additional vote. The results of this vote will be filed with the Secretary General of that State Association and with the National USTU Headquarters.

### STATE ASSOCIATION
### ANNUAL ATHLETES ADVISORY COUNCIL MEETING

USOC 00742