# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

Appendix 18

IDM Corporation & John Kim

(Son of Un Yong Kim – WTF President)

USOC 00746

13 March 2000

TO: Sang Chul Lee
President,
US Taekwondo Union

FROM: Bruce C.K.W. Harris
USTU Member/Referee

RE: Recommendations to Improve USTU Referee Operations

Master Lee,

I am writing this letter to address some areas that have become more problematic for US Referees over the past years. We are all concerned that our athletes have the best opportunity at representing our country and doing well in international competitions. In order to do that we must provide a support base around them that gives them an equal playing field so that their talents will be appropriately rewarded.

Quality officiating is an integral part of any competition, Taekwondo or otherwise. More and more our pool of selected officials is being diluted by apparent "political" selections or appointments to elite events. Such appointments are done to the detriment of our athletes who have earned the right to have the highest level of officials at elite competitions. Similarly, those US International Referees who are selected to represent the USA in international competitions bear a burden of being of the highest caliber in the world. We all know that, just because a US referee becomes an International Referee that does not mean that they have the requisite skills to be selected to representing our country. There is a wealth of talented and highly skilled US International Referees to select from for international events. Politics should not be allowed to enter in the selection process; there are other events that could be used for political rewards.

Complaints regarding the current treatment of US Referees nationally:

- Elite events at OTC:
    - Referees should be housed at the Sheraton Hotel and allowed to register at OTC for Breakfast and Lunch Meals. At the most recent Olympic Team Qualifier only one (1) of the US Referees actually resided at the OTC. That meant out of pocket expenses were incurred by all of the other participants. Our country is the best in the world and this should not be occurring.

USOC 00747

- Transportation was not provided for the Referee Committee and the referees selected to participate at this prestigious event. The oversight is one that should not be ignored. A dollar savings does not always translate into a benefit to the Union. Should we not be working to make our Olympic Team Trials the model for the world to follow in every aspect?
- A merit system should be in place to select Referees for this event; our athletes deserve the best officials available. Elite athletes recognize and know who the better US Referees are. Armed with that knowledge they are very hesitant to compete in a ring that has a lower level referee that may affect the outcome of their match.
- Treatment of US International Referees selected to participate at international events is much less than desirable. Every other country in the world treats its participating IR as a complete member of its national team. That includes airfare paid by the NGB, Team Warm-Ups, Team pins, etc. This has not been the case in the recent past even though the Board of Governors passed legislation including the International Referees selected as an integral US Team Member. The slight here is egregious and without cause. If US Team members are provided for and subsidized so should the International Referees that go and represent our country.

General matters to improve our USTU product:
- Olympic Team Trials should be restored to the prestige that they deserve. That means that greater emphasis should be placed on the theater of the event. In 1988 we had a competition venue that allowed for two elevated stages on which to stage the semi-final and final matches. This gave a great sense of theater and drama to the event. Further, it was appreciated by all spectators as being something out of the ordinary for our UST competitions. Thus far, the Olympic Selection Tournaments have been along the same order as a state tournament. We must make more of the most elite event that we hold in this country- our Olympic Team Selection Tournament. More attention should be paid to coming up with surrounding protocol that captures the significance of the event. The two tournaments this year fell far short of delivering theater for the audience or significance to the competitors. We still have one more chance to improve upon these shortfalls.
- Referees selected to participate at elite events such as Team Trials where airfare is provided should be held responsible for the cost of those tickets should they suddenly change their mind or not show up. At the very least such action should preclude their inclusion at upcoming elite events for some specified period of time. The shortage of referees at the March Qualifier was the result of several referees canceling at the last minute. The USTU Referee Committee Chairman should always have the right to appoint at least one extra referee per competition ring in order to insure an adequate number of referees for

USOC 00748

May 23, 1998

Master Sang Lee
President, USTU
One Olympic Plaza
Suite 405
Colorado Springs, CO

Dear President Lee,

I would like to provide you with written feedback regarding the breakfast meeting that you hosted. Once again you have broken new ground in providing a vehicle for members to effectively communicate with the leadership of the USTU. It took courage and genuine concern for the USTU membership to invite such a diversified group of members to a roundtable discussion with no limits on subject matter. The participants spoke from the heart about a myriad of concerns and you clearly expressed your intent to address all issues. I am extremely optimistic about the future for the USTU under the direction of you and Jay Warwick.

I spoke about the issue that I believe effects all members of the USTU whether those members are competitors or not. That issue is staffing competitions with highly qualified honest referees. As I pointed out, if we want to be assured that the best athlete is chosen to represent the US, we must also focus the USTU's attention on the referee training, certification and selection process. Too often we don't have the best-qualified referees available to assist in competitions. Reasons for this are too numerous and complex to detail in this correspondence. You have made a major step in the right direction with your appointment of the current Referee Chairman, Master Lee. He is extremely knowledgeable and highly respected in the world referee ranks. However, I have several specific suggestions that I believe would rapidly upgrade the quality of referee participation and performance, which I have enumerated below.

- Referee seminars need to be offered on a more frequent basis. The current chairman has made great progress in this area with the naming of approximately seven vice-presidents authorized to perform referee instruction and certification. However, there are many additional resources that could and should be employed. There is a group of about twenty International Referees that are very active in their support of the USTU who maintain a high level of competency by officiating all major TKD events. By using these resources, seminars could be conducted more frequently and provide a substantial savings to the USTU and the state associations. In many cases there would be no travel expenses incurred. Even if those IR's were only authorized to

USOC 00749

certify at the "D" and "C" level it would provide a way for new referees to be recruited, trained and certified quickly. Many new referees are disheartened and drop out because of a lack of rapid feedback.
- The Referee Committee should jointly develop a standardized Referee Seminar test and a minimum passing grade should be established and published in the registration application.
- Standards should be established for promotion eligibility. This is in place by the WTF for International Referee promotion but this doesn't exist for the USTU.
- National events employ the use of "D" and "C" level referees even though the rule book clearly states that in order to serve at that level one must be "B" level or higher. We often use unqualified referees and turn away referees certified as "IR", "A" and "B". This should never occur. National level and higher should automatically be accepted provided they apply within the required time frame.
- The selection process for International and National events should be structured to reward service and recognize the quality of that service. There should be a written selection policy, a criteria for evaluation and adherence to policy.
- The Referee Committee should have two positions filled by an election. All certified referees in good standing with the USTU should be eligible to vote.

I would be happy to continue to assist in any way to help the USTU produce a better referee product. It is a challenge this has received mostly lip service in the past. However, I believe that you have put the right people in place that can aggressively move forward on these issues if instructed to do so. Referees, competitors, coaches, parents and Tae Kwon Do supporters are all demanding better refereeing. Delivering this would be a major accomplishment as part of your legacy as President of the USTU.

As an active member of the USTU, I want to compliment you and your staff, especially Mr. Jay Warwick on the positive direct of the USTU. Thank you again for asking me to participate in the opportunity to provide direct involvement in crafting some of the direction of the "new" USTU. Keep up the good work!

Sincerely,

Stephen C. Dring
5 Laurel Leaf Ct.
Potomac, MD 20854

USOC 00750

  

5 LAUREL LEAF CT
POTOMAC, MD 20854

# Regency Taekwondo

June 10, 1999

President Sang Lee
United States Taekwondo Union
One Olympic Plaza, Ste. 405
Colorado Springs, CO. 80909

Dear President Lee,

As you know, I have been extremely active as a referee for the USTU for many years. In fact I began refereeing at a national level in 1985 and served as a referee for all national events up until this year. Unfortunately business commitments prevented me from serving as a referee at this years Senior Nationals and do to the lage number of my students who will be competing at Juniors year year I will not be able to serve as a referee in Las Vegas. Few USTU referees have supported the USTU as often as I have. I have aslo served as the Maryland State Referee Chairman for the past five years. I know that there is no question about my loyalty to the USTU and my expertise as a referee.

My reason for writing to you pertains to the selection process and appointment process to represent the US at prestigious events such as World Championships, PanAm, World Cup and other events. Despite my experience and contribution of time to our NGB, I am continually overlooked and excluded when referees are appointed to International events.

*MD State Referee Chairman ♦ Kukkiwon 4th Dan ♦ WTF International Referee*
*VP of MD State TKD Association ♦ USTU Referee of the Year*

USOC 00751

I was selected to attend the IR Seminar this year in Venezuela which was a great honor. At that seminar, the attendees were told that we represented the best referees from our respective countries. We were told that we would be selected to referee the major Taekwondo events in 1999 and 2000. However, for me that has not happened! When I inquire about the selection process I am told that the USTU has little if any control. However, the actual selection proceedure appears not to have a process at all. Most events see the same referees selected over and over again. I have asked Referee Chairman Lee what I need to do to be appointed, but there is apparently no clear answer.

I am extreemley frustrated and very disappointed to never make the list when it comes to International appointments. Perhaps you can give my some advice and guidance, as I have great respect for you and your leadership. I will continue to referee all appointed events and work hard to refine my referee skills in hopes that some day I may receive a coveted appointment.

I look forward to seeing you in Las Vegas. Thank you for your time and consideration of my request for your advice.


Sincerely,


Master Stephen C. Dring

USOC 00752

  

5 LAUREL LEAF CT
POTOMAC, MD 20854

# Regency Taekwondo

January 7, 2000

Master Sang Lee
President, USTU
One Olympic Plaza
Suite 405
Colorado Springs, CO 80909

Dear President Lee,

I have written to you several times over the past couple of years regarding the issue of referee selection and problems associated with the current procedures. Unfortunately, little or nothing has been done to enable US Referees to understand the selection procedure.

I would like to bring to your attention two recent examples of referee appointments that clearly demonstrates that the USTU does not have an established fair appointment procedure and illuminates the need for the USTU to take some positive action to establish processes and procedures for selection.

> For the past year US International Referees have been working and competing with each other to be selected for the 2000 Sydney Olympics. This began with the seminar in Venezuela when twenty-five US Referees were selected to attend the IR Refresher Course. After that seminar, most of us were appointed by the WTF to referee at major world events. We were told by the WTF that we would be closely evaluated by the WTF for the final selection.
> Then in late November of 1999, twenty-two US Referees were sent letters by the WTF stating that we were eligible to attend the IR Refresher course to be held in Korea in January, 2000. The letter instructed us to contact our National Governing Body for an application to the seminar. I contacted Mr. Jay Warwick and he told me to contact the Referee Chairman, which I promptley did. However, when talking with Master Eui Bin Lee he informed me that only three US Referees out of the twenty-two would be appointed by him. I asked him who he was appointing and he told me that if a received an appointment letter in the mail from the USTU, then I was appointed and if I didn't receive a letter then I wasn't appointed. I asked him

*MD State Referee Chairman ♦ Kukkiwon 5th Dan ♦ WTF International Referee
VP of MD State TKD Association ♦ USTU Referee of the Year*

USOC 00753

what process and criteria would be used for the selection and he told me that it would just be his decision.

It is patently unfair and unjust to allow US Referees to spend so much time and money in persuit of an Olympic spot and then allow one person to simply appoint three persons without any written policy and procedure that details the selection process. Additionally, the the three persons that were "appointed", Eui Bin Lee, Ki Hong Kim and Barbara Wakefield do not reflect a fair mix of persons to represent the US. The entire process is absurd to allow the person doing the appointing to appoint himself!

> Chairman Lee has made his final "appointments" for the upcoming US Open and they are posted on the US Open Web site. There are thirty-five referees appointed for this event. However, there is only one woman appointed. This is a huge oversight! Additionally, the US Referees are composed of seven Korean Americans, one white Non-Korean woman and three black males. Not even one Non-Korean, white male was appointed from the US! The Chairman's appointments were totally insensitive to the apperance of fairness.

A National Governing Body of any Olympic sport should always strive to present a public image of being fair and reasonable and I think that the USTU has made great improvements under the direction of yourself and Mr. Jay Warwick. Perhaps there are simply much bigger issues to deal with then something that appears to some people to be minor and petty. However, at high profile events the composition of the US team including the athletes, coaches and referees are the face of the USTU. The selection of those persons who will represent the US in each of these areas should mandate that there be a fair, written and understandable process. There is no process for referee selection and when there is no process, there is opportunity for misunderstandings at best and corruption at worst. This is not a small issue and it is not a petty issue and it demands a closer examination by the USTU Executive Members.

I appreciate your consideration of the points that I, once again, bring to your attention.


Sincerely,



Master Stephen C. Dring


Cc: Mr. Jay Warwick

USOC 00754

  

5 LAUREL LEAF CT
POTOMAC, MD 20854

# Regency Taekwondo

March 19, 2000

Master Sang Lee
President, USTU
One Olympic Plaza
Suite 405
Colorado Springs, CO 80909

*Personal and Confidential*

Dear President Lee,

I would like to follow up with you regarding the conversation that we had last January about the referee selection process. Additionally, I would request that this correspondence not be forwarded to anybody else. I have a great deal of respect for you and everything that you have done to make the USTU a better organization. I am very pro-USTU and I don't want anybody to misinterpret my position on issues regarding referee selection.

When I talked to you last time, I told you that I was concerned about retribution for the letter that I sent to you regarding the lack of a formal referee selection process. You told me that the Referee Chairman was not that kind of person and there would be no retribution. I believed and trusted your statement and I continue to do so. However, I continue to have concerns on this matter. Since our discussion, I have not been appointed to any event in the United States. I was not invited to the 2nd Olympic Weight Tournament or the upcoming Olympic Team Trials. Last year I was invited to all three events. At the same time less experienced and less senior referees are appointed.

I know that I am not being appointed because I lack the skills or experience. I believe that you have received or will soon receive a letter from Carlos Colmenero, President of Spain Taekwondo Federation commending me on my referee assistance at the recent 3rd Spain Open. I was recognized by Master Chong Woo Lee of the WTF as the "Best Referee" at the Regional Qualification Tournament for Olympic Games in South Africa. I have received recognition from the USTU as "Referee of the Year" and have received two WTF Citations for my contribution to Taekwondo. Additionally,

*MD State Referee Chairman ♦ 5th Dan ♦ 2nd Class WTF International Referee
VP of MD State TKD Association ♦ USTU Referee of the Year*

USOC 00755

I'm a 2nd class International Referee. Despite all of the above, I get appointed to nothing from the United States. I am using my personal experience only as an example of what myself and many other referees are experiencing. It is embarassing, disheartening and unfair.

I have been forced to seek my own appointments from other countries as I did in Spain. While in Spain, myself and one other US referees that attended this event were treated better than we have ever been treated in the United States. We were provided with first class accomodations, wonderful choices of food and sincere appreciation for our work. Becauce of our referee skills and impartiality, we were invited to referee the next Spain Open, as well as, upcoming International events in Korea, Mexico, Germany, Poland, Greece and several other countries. But still, no appointments by the United States!

There is clearly something very wrong with how this process operates and I know that I am not the only person telling you this. Despite this unequitable situation, I remain committed to helping make the USTU a better organization. As you know, I am a Lifetime Member of the USTU and intend to work vigilantly to improve the process of referee selection. When can US referees anticipate a change to this system and a correction to the continued inequities?

I appreciate your consideration of the points that I, once again, bring to your attention. If I can assist in any way to help resolve this problem, please call on me. I look forward to talking with you further at the upcoming Board of Governors meeting.


Sincerely,



Master Stephen C. Dring

USOC 00756

## Main Identity

**From:** "Stephen Dring" <sdring@worldnet.att.net>
**To:** "RHONDA SWEET" <ronda@broco.com>
**Sent:** Friday, April 25, 2003 8:37 AM
**Attach:** May 23_1998 Letter to Sang Lee regarding Selections.zip; June 10_1999 Letter to Sang Lee regarding Selections.zip; January 7_2000 Letter to Sang Lee regarding Selections.zip; March 19_2000 Letter to Sang Lee regarding Selections.zip; March 13_2000 Letter from Bruce Harris regarding Selections.zip
**Subject:** Referee Selection

As you can see from the attached letters, I have been writing to President Lee since 1998 about this issue. I have never received any written response from President Lee or any other representative of the USTU regarding my correspondence. However, President Lee did follow up with me in person in Colorado Springs chastising me for putting criticism of him in writing. He said since we are such old friends it is better that I just pick up the phone and call him so that nothing is in writing. Obviously, I didn't heed his advice. On another occasion after my correspondence was received by President Lee, I was threatened by Referee Chairman Lee that he would "get me" if I persisted in writing letters to "get him". Chairman Lee made it clear to me that he had the power to make sure that I was never appointed to anything if I continued with these types of letters. I informed him that this was not an indictment of him personally, just of the system or lack of a system. I also reminded him that the USTU had never appointed me to anything anyway except for an occasional appointment to the US Open, so his threats fell on deaf ears.

All of my correspondences were attempts to work within the system for the betterment of all USA Referees. The USTU clearly has no intention of putting a written selection process in place because it would mean an end to cronyism which is the core value system of the USTU. It's interesting that Bruce Harris also was writing to the USTU around this time about referee issues. I have attached one of his letters as well.

Feel free to share these documents with anyone that can provide assistance in correcting this situation. As the Executive Director of PATU, I'm in a position where the USTU can't hurt me anymore and they never have helped me in any way. It would be nice to finally see opportunities given to others that were always denied to me and many other hard working and qualified referees.

<<...>> <<...>> <<...>> <<...>> <<...>>

Master Stephen C. Dring
Executive Director and Vice-Referee Chairman, PATU
PanAm Games Liaison, PATU
sdring@nmsimaging.com
301.622.4300 X231 office
301.526.7456 mobile
603.807.0369 fax
301.738.9094 dojang

USOC 00757

***************Confidentiality Statement***************

The information contained in this email communication and all

4/30/2003

attachments hereto are intended to be confidential, privileged and are for the sole use of the intended recipient. Any retention, dissemination or distribution of this communication and any attachments is strictly prohibited. If you have received this email in error, please notify the sender and delete this communication and all attachments.

USOC 00758

4/30/2003



# THE WORLD TAEKWONDO FEDERATION

835 YUKSAM-DONG, KANGNAM-KU, SEOUL, KOREA 135-080 TEL: 82-2)566-2505,557-6446 FAX: 82-2)553-4728
Internet Web Site: http://www.wtf.or.kr   E-mail: wtf@unitel.co.kr

Ref. No. 98/689                                      November 2, 1998

Mr. Sang LEE
Member
The WTF Executive Council


Re: New Executive Council of the WTF


Dear Mr. Lee,

   I am pleased to inform you that you have been appointed as a member of the WTF Executive Council.

   Your continued cooperation for the World Taekwondo Federation will be appreciated.




                                        Sincerely,



                                        Un Yong KIM
                                        President




Official Sport in 2000 Sydney Olympic Games                USOC 00759

## Taekwondo uniforms have USOC kicking

BY LARRY SIDDONS -- Associated Press NEW YORK --

A company run by the son of an Olympic leader implicated in the Salt Lake bribery scandal is the target of a U.S. Olympic Committee investigation involving taekwondo uniforms.

The USOC wants to see if IDM Industries Ltd., violated federal trademark law by distributing uniforms in the United States carrying the Olympic rings without authorization.

"We are going to take action, injunctive action, against any corroborated use of the rings," committee general counsel Scott Blackman said. Federal law gives the USOC the sole right to license the use of the Olympic rings in the United States, and IDM has no such agreement. IDM, headquartered in Albertson, N.Y., is headed by John Kim, the son of Kim Un-yong, a member of the International Olympic Committee's executive board from South Korea and president of the World Taekwondo Federation. Kim Un-yong also was the highest-ranking official cited in the Salt Lake scandal, a case that involved other business dealings by his son and daughter, concert pianist Kim Hae-jung.

The South Korean official, one of the most powerful people in international sports, received a severe warning from an IOC investigation but escaped expulsion when the international committee closed his case this week.

The WTF limits competitors in international events to uniforms and protective gear manufactured by a handful of companies worldwide, with a licensing fee of $300,000-$400,000. IDM is the only American company on that list, which also includes Adidas Korea and Kwon, a German firm.

The USOC is monitoring the WTF limits to see if they violate rules that say American athletes can use any equipment in competition. Taekwondo joins the Olympics as a full medal sport in Sydney next year.

"An IF (international sports federation) cannot interfere with the ability of the athlete to train and perform at an optimum level," said Jeff Benz, a former figure skater and now a member of the USOC's athletes advisory council.

A spokesman for Kim's family, William Schechter, said IDM had imported 200 uniforms bearing the rings for "test marketing" that were not intended for sale. He said the uniforms were properly licensed in South Korea under agreement with that nation's Olympic committee.

Schechter also said that WTF licensing of competition products was intended to assure that the equipment provided adequate safety for athletes.

The Los Angeles Times, which first reported the IDM-WTF connection last week, said it had obtained an IDM uniform that carried the Olympic rings and the taeguk, a red-and-blue yin-yang symbol that is part of the South Korean flag.

Herb Perez, who won a gold medal when taekwondo was a demonstration sport in the 1992 Olympics and is considered the best athlete the sport has produced in America, said he had provided the Times with the uniform and had seen other IDM uniforms with the rings as well.

Other members of the U.S. taekwondo community, speaking on the condition of anonymity, said they also had seen IDM uniforms bearing the rings and taeguk distributed in the United States.

Blackman said he had not seen the uniforms but had read the Times story and spoken with Perez.

USOC 00760