# REPORT TO:

# THE UNITED STATES OLYMPIC COMMITTEE (USOC)

**Appendix 19**

**Miscellaneous Letters**

USOC 00743

<u>EXHIBIT</u> P

May 10, 2001

Mr. Soon Ho Kim
Secretary General / USTU
1 Olympic Plaza, Suite #405
Colorado Springs, CO 80909

Dear Mr. Kim:

Greetings and many thanks for all your hard work on behalf of the USTU. I just received the minutes of the November 11, 2000 Board of Governors Annual Meeting and wanted to clarify some points, for the record.

1. Among the list of delegates, Army, Air Force, and Navy are listed as having, "No delegate" present. This should be corrected in the interests of accuracy. As the U.S. Navy delegate, I had occasion to speak with both the Army delegate as well as the Air Force delegate. All three of us attended the meeting and the election.

2. Just before the election took place, I was told by former vice-president John Holloway that at the executive committee meeting held the night before, it was decided that Navy would not be allowed to vote, but that I would be appointed a delegate-at-large and, thereby authorized a vote. I was further informed that the although Army and Air Force fell into the same "disqualified" status as Navy, the Army delegate would be allowed to vote on a "one-time only basis". When Master Holloway informed me of the executive committee action I protested, but without success. Therefore, your minutes need to be amended to reflect these situations.

3. I think it's important that the USTU standardize its procedures, especially when it affects the rights of the delegates on important matters such as representation and voting; otherwise, the membership will continue losing confidence in the ability of the leadership to properly and fairly manage the affairs of the USTU. For example, my position is now unclear: as a delegate-at-large, I am appointed for a two-year period; however, unless I am replaced through coordination with USTU president Sang Lee and Mr. John Hickok, the director of the Navy taekwondo sports program, I remain the U.S. Navy representative. With the upcoming mid-year meeting approaching, I await your clarification as to my status.

Thank you for your consideration and good luck with your many responsibilities.

Sincerely,

Gregory S. Kailian
U.S. Navy Representative

285 South Kalorama Street
Ventura, CA 93001
805-377-1728
gregkailian@hotmail.com

cc: Mr. John Hickok / U.S. Navy Sports Office
    Master Jay Warwick USTU/XO
    Mr. Mark Bryant / USTU legal counsel
    Master John Holloway / past vice-president

USOC 00744

elite events. The extra cost is worth the insurance of having an adequate number of highly qualified referees conducting our elite events. Again, our country should be the showcase for the world in all of our elite events.

It is not my intent to cast aspersions or assess blame in this letter. Moreover, it is my intent to give voice to a situation that has been festering for a number of years. The lack of redress of these grievances is the main reason that highly skilled and respected referees leave the USTU and decide to watch from the sidelines instead of continuing to actively participate in USTU events. I hope that we will either legislate rules that will address these shortcomings or that our consciences will be awakened to the true plight of our athletes: qualified officials for elite events. It is understandable to live within budget constraints. However, the red ink in the USTU should not be addressed by penalizing the US Referees. If it is sincerely our goal to allow the best US competitors a level playing field so that we can have the best qualified athletes representing us in international competitions then the seriousness of the expressed concerns in this letter will be addressed.

As you well know, I am a stalwart supporter of USTU and its endeavors. I am not a maverick who seeks to tear down our Union; I only want to point out deficiencies that keep us from becoming the truly premiere National Governing Body in the world. Many other countries are far ahead of the US in their treatment of one of their greatest assets- the National and International Referees and the nation's elite events.

Yours for a better US Taekwondo,

Bruce C.K.W. Harris

USOC 00745