Thomas L. Satrom
Chairman
USOC Membership
and
Credentials Committee

August 4, 2003

Bruce Harris
Executive Director
U.S. Taekwondo Union
One Olympic Plaza
Colorado Springs, CO 80909

Re:    USOC Membership and Credentials Committee
       Member Compliance Review

Dear Bruce:

As you are aware the USOC Membership & Credentials Committee (the "Committee") has been conducting a review of U.S. Taekwondo Union's ("USTU") compliance with the requirements for membership as an Olympic Sport Organization and for recognition as a National Governing Body ("NGB"). As part of the review process, the Committee reviewed the compliance form submitted by USTU, the Committee met with USTU on two occasions, the Committee made written inquiries of USTU to which USTU responded, the Committee held a public forum for individuals who were interested in the sport of Taekwondo to present their observations and comments on the governance of Taekwondo, and the Committee requested that the USOC Audit Division conduct an audit of USTU's financial records.

As a result of the Committee's review, it has become evident to the Committee that serious problems exist with USTU. These problems are numerous, but result from 1) USTU's governance structure, 2) USTU's inability to effectively manage its sport, including the inability to plan and execute its obligations as an NGB, and 3) USTU's failure to operate in a fiscally sound manner with financial controls and accountability, including the failure to devise a budget and execute a plan to ensure its financial wellbeing.

The following are examples of some of these problems.

        A governance system that is based on club membership and control of state organizations, which results in continual disputes between USTU and its membership.
2.    Presidential control of appointments to the Board of Directors.

United States Olympic Committee
One Olympic Plaza
Colorado Springs, Colorado 80909-5760

EXHIBIT ___4___

Jul 26 04 10:04a    Jay   e                                715    -0866                    p.10
NOV-17-2003 MON 09:58 AM US TAEKWONDO UNION        FAX NO. 71  34642              P. 10/17

Bruce Harris
Executive Director
U.S. Taekwondo Union
August 4, 2003
Page 2

3. A Board of Directors that is too large and divisive to effectively oversee the management of USTU, to perform long-range strategic planning or to take decisive action in times of crisis.

4. Micromanagement of staff and day-to-day activities by USTU officers and Board members.

5. An allegiance to Korea to the detriment of U.S. programs and the interests of U.S. athletes.

6. An adherence to the Kukkiwon certification process and a failure to develop a U.S. Dan Certification program.

7. The lack of any financial standards or controls.

8. The complete disarray of financial records.

9. The failure to timely develop and implement a budget.

10. Large cash transactions without an adequate process for safeguarding assets.

11. Questionable use of funds (such as providing loans to employees, payment of questionable volunteer expenses and chartering aircraft to deliver medals from Korea).

12. Failure to fully utilize USOC grants in 2002 and 2003.

Because of the serious nature of these problems, the Committee has determined that USTU is not in compliance with the requirements for membership as an Olympic Sport Organization or for recognition as an NGB, as set forth in the USOC Constitution and Bylaws and in the Ted Stevens Olympic and Amateur Sports Act. The Committee is prepared to send a Resolution to the USOC Board of Directors requesting that the Board 1) find that USTU is not in compliance with the requirements for membership as an Olympic Sport Organization or for recognition as an NGB, and 2) direct the Executive Committee to initiate action pursuant to Chapter IV, Section 5 of the USOC Bylaws to revoke USTU's membership in the USOC and recognition as an NGB.

Accordingly, the Committee has placed USTU on its meeting agenda for September 12-13, 2003 in Denver, Colorado. The Committee will notify the USTU of the exact day and time at a later date. USTU should be prepared to explain why the Committee should not proceed with a resolution to the USOC Board of Directors. The Committee will consider any information that USTU wishes to submit regarding its governance structure, managerial capabilities, financial well being and fiscal competence.

USTU is welcome to have any representative it sees fit to attend the Committee's meeting. However, USTU's USOC AAC member, or alternate, should attend the meeting. If the AAC representative or alternate cannot attend the meeting, the Committee should be notified why that person is not attending and who will attend, with a statement from the AAC representative that the person attending is doing so as the AAC representative's designee. Please let the Committee know, at your earliest convenience, the names of those individuals who will be attending the meeting on behalf of USTU.

All correspondence should be sent to Thomas L. Satrom, Chair of the Membership & Credentials Committee, c/o Office of General Counsel, United States Olympic Committee, One Olympic

Bruce Harris
Executive Director
U.S. Taekwondo Union
August 4, 2003
Page 3

Plaza, Colorado Springs, CO 80907-5760.  If you have any questions, please contact Gary L.
Johansen, USOC Deputy General Counsel, Jennifer Gabrius, USOC Counsel or Kay Burton,
Legal Assistant at 719/866-4563.

Sincerely,

Thomas L. Satrom/kee   per his direction

Thomas L. Satrom

TLS/kmb

cc:    Sang Lee, USTU President
       Juan Moreno, USOC AAC Representative
       USOC Membership & Credentials Committee
       Jim Scherr, USOC Chair, Sport Performance
       Virginia Witte, USOC Director Audit
       Chris Telli, USOC Auditor
       Jeffrey G. Benz, USOC General Counsel and Director of Legal Affairs
          and Government Relations
       Gary L. Johansen, USOC Deputy General Counsel
       Jennifer Gabrius, USOC Counsel
       Kelly Skinner, Director of Sport Partnerships
       Michelle Farrell, Manager, Sport Partnerships