```
Jul 26 04 10:04a      Jay  e                      719    0866            p.12
   NOV-17-2003 MON 09:58 AM US  AEKWONDO UNION     FAX NO. 719  4642      P. 12/17
```



Thomas L. Satrom
Chairman
USOC Membership
and
Credentials Committee

September 5, 2003

Bruce Harris
Executive Director
U.S. Taekwondo Union
One Olympic Plaza
Colorado Springs, CO 80909

Dear Bruce:

The USOC Membership and Credentials Committee (the "Committee") has compiled a number of questions, which it is submitting to U.S. Taekwondo Union ("USTU") in advance of the September 13, 2003 compliance meeting. The Committee requests that USTU respond to these questions prior to the meeting. The Committee's inquiries at the meeting will not necessarily be limited or confined to the issues raised in these questions. Committee members may, and in all probability will have other issues that they will wish to discuss.

1. Please provide a list of all grievances filed pursuant to the USTU grievance procedures since January 1, 2000. For each grievance, please provide a brief description of the matter complained of, indicate the date the grievance was filed and indicate when the grievance was resolved or if not resolved provide the current status of the grievance proceeding.

2. The Committee understands that individuals from various Pan Am Regions were invited to attend the 2003 USTU Junior Olympic Taekwondo Championships, at no expense to the attendee. How many persons were invited, how many attended and who paid for the cost of their attendance? What was the total cost associated their attendance? What was the purpose of inviting these individuals to the 2003 USTU Junior Olympic Taekwondo Championships?

3. Please explain how the 2003 USTU Junior Olympic Taekwondo Championships are organized and administered. More specifically, the Committee would like to know whether USTU runs this event itself or contracts with a third party to run the event. The Committee would also like to know how receipts and expenditures for the event are handled. That is, does USTU accept participant fees and spectator fees in cash, check or credit card? If cash is accepted, how does USTU account for the cash receipts? Are expenditures paid for in cash? If so, how are these expenditures accounted for? Also, what were the total gross receipts for the Championships, total expenditures for the Championships and net revenue for the Championships? Finally, please provide the

United States Olympic Committee
One Olympic Plaza
Colorado Springs, Colorado 80909-5760
web site: www.usolympicteam.com

EXHIBIT 5

Bruce Harris
U.S. Taekwondo Union
September 5, 2003
Page 2 of 4

number of individuals who participated at the Championships, with a schedule of fees for participating. That is, is there a one time fee, or does a participant pay multiple fees depending on the competitions entered. Also, provide the total number of individuals who paid spectator fees, with a schedule of fees for attending. That is, are different fees collected for children, adults, parents of participants, etc? Lastly, what were the total revenues collected for participant fees and for spectator fees?

4. It has been reported that USTU chartered an airplane to deliver medals from Korea for the 2003 USTU Junior Olympic Taekwondo Championships. Please explain why medals were ordered from Korea, the cost of the medals and, if true, why an airplane was chartered to deliver the medals. What was the cost of chartering the airplane? Where was the airplane flown from and what was the final destination of the airplane? Did any individuals fly on the airplane with the medals? If so, please provide a list of those individuals. Who made the decision to charter the airplane? How did USTU pay for this charter? From what part of USTU's budget was this expense allocated to?

5. The Committee has requested information in the past from USTU regarding the number of delegates that are appointed to the USTU Board of Governors by the USTU President. The Committee has gotten various responses regarding this question. Please provide an accurate and complete accounting of the number of appointments. How many delegates are on the Board of Governors? How many of these delegates are appointed by USTU's President? Please provide a list of delegates, the organization that they represent, and indicate whether they were elected or appointed. Also, please provide a list of Executive Committee members, what category they fill on the Executive Committee and whether or not they are appointed by the President. Is it true that an appointment to the Executive Committee is in effect also an appointment to the Board of Governors?

6. Please provide a detailed summary of the Kukkiwan program. The Committee would like a complete understanding of this program. What is its history, who runs it, what is its purpose? Is the Kukkiwan program connected to the IF? Do competitors have to be Kukkiwan certified to compete in international competitions? How about the Olympics or the Pan American Games? Is this an IF rule? If so, what is the purpose of such a rule? Is there a standard ability level an athlete must attain through some sort of testing program to be certified, or is certification the result of a recommendation from an athlete's instructor? Please provide a complete explanation of the fee schedule for Kukkiwan certification. Are different fees paid for different levels of certification? Who gets these fees? That is, does the athlete's instructor get a fee, does USTU get a fee, and does the IF get a fee? How much of each fee goes to each entity, including the Kukkiwan organization. What was the total revenue to USTU as a result of the Kukkiwan certification program in the years 2001 and 2002?

7. Please provide a summary of the USTU Dan Certification program? When was this program implemented? How many individuals have been certified under this program? Is there a standard ability level an athlete must attain through some sort of testing

Bruce Harris
U.S. Taekwondo Union
September 5, 2003
Page 3 of 4

program to be certified, or is certification the result of a recommendation from an athlete's instructor? What is the fee schedule for certification under this program? Are any of these fees shared with other persons or organizations? Is this program being supported by Taekwondo clubs? Are there any negatives to having a USTU Dan Certification program?

8. How does USTU respond to the perception that the USTU is governed by cultural values emanating from Korea, which may not be in harmony with American values. The perception seems to be that loyalty to one's instructor or superior is all important, that "respect" means subservience, and that competitions are often based on "political determinations," not on who is the best athlete on the mat. As an individual stated to the Committee, "[l]ong ago I realized the USTU leadership could never be held accountable. For the most part, they did not understand our American culture of sport nor embrace its underlying values of un-biased officiating, a level playing field, and fair play." As another individual stated to the Committee, "Korean culture places a higher value on loyalty to one's family, friends, school, etc. than it does on honesty and fair play. The result is that the best man usually doesn't win, but the favorite son does." As a third individual stated, "the 'Korean good ol' boy' system of promotions, certifications, and selections of 'who attends what' has got to go."

9. USTU recently sent a proposal to amend its bylaws to its Board of Governors. What was this proposal? Why was it sent at this time, when the Board of Governors is scheduled to meet in November? Was the proposal sent to the entire Board of Governors or was there a problem with the mailing? If so, please explain. Does the USTU have a current list of who is on the Board of Governors? Will the individuals on the Board of Governors change at the November meeting, that is, will there be a new Board elected at that meeting?

10. Describe USTU's Coaching Certification Program and its Referee Certification Program. Describe USTU's Master's Instructor's Licensing Program. What is the purpose of these programs? Do individuals have to meet certain qualifications to participate in these programs? Who runs these programs? Are they run by USTU or are they contracted to a third party?

11. How are coaches and staff selected for the Olympic Games, Pan American Games, World Championships and other major international events? What criteria are used? Are appointments made for political purposes or as a basis of rewarding certain individuals? Do the coaches who are chosen have a recent record (last two Quadrennium) of developing athletes at he highest international levels? Does USTU give any consideration to a coach who places a large number of athletes on a team?

12. Are athletes ever required to assist with clinics, seminars or training programs offered by USTU, USTU's coaches, USTU members or other individuals or organizations associated with USTU? If so, what are the particulars of this arrangement? Is the athlete

Bruce Harris
U.S. Taekwondo Union
September 5, 2003
Page 4 of 4

penalized if he or she does not assist? Is the athlete paid for his or her services. Are these clinics a source of revenue for USTU, USTU's coaches, USTU members or other individuals or organizations associated with USTU?

13. When is the next annual meeting of USTU scheduled for? When was the meeting date set? Has a location, city and meeting place (hotel or other site), for this meeting been determined? If so, when was the location, city and meeting place (hotel or other site) determined? Where is that location? Please provide both the city and the meeting place (hotel or other site). When was the date for the meeting made known the USTU membership/delegates who will be attending the meeting. When was the location, city and meeting place (hotel or other site) made known to USTU membership/delegates who will be attending the meeting? How was the date and location made known to the USTU membership/delegates?

14. What specifically has USTU done to address those compliance issues raised by the Committee, to communicate with its members about USTU's compliance review status, to provide its Board of Governors and Executive Committee with accurate financial information and to provide the USOC auditors with the documents and financial records they requested?

15. What evidence can USTU point to in order to indicate to the Committee that it now has the managerial and financial capability to run the sport of Taekwondo?

Sincerely,

*Thomas L. Satrom/kb*
*per his direction*

Thomas L. Satrom

TLS/kmb

cc: Sang Lee, USTU President
Juan Moreno, USOC AAC Representative
USOC Membership and Credentials Committee
Jim Scherr, USOC Chief, Sport Performance
Jeff Benz, USOC General Counsel
Gary Johansen, USOC Deputy General Counsel
Jennifer Gabrius, USOC Assistant General Counsel
Kelly Skinner, USOC Director, Sport Partnership
Michelle Farrell, USOC Manager, Sport Partnership