# ORIGINAL

MICHAEL JAY GREEN          4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES          2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI          4865
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 4 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | ) CIVIL NO. 04-00461 SOM/LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S DESIGNATION OF |
| | ) DEPOSITION TESTIMONY OF |
| vs. | ) ROBERT GAMBARDELLA, JUAN |
| | ) MIGUEL MORENO, JOHN SEIBER, |
| UNITED STATES TAEKWONDO | ) CHUL HO KIM, KELLY SKINNER, |
| UNION, a Colorado nonprofit | ) AND MARY M. BRUNNER; |
| corporation, UNITED STATES | ) CERTIFICATE OF SERVICE |
| OLYMPIC COMMITTEE, a federally | ) |
| chartered nonprofit corporation; | ) Trial Date: April 4, 2006 |

JOHN DOES 1-10; JANE DOES 1-10;  )
DOE CORPORATIONS 1-10,              )
                                             )
                    Defendants.         )
_____ )

### PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF ROBERT GAMBARDELLA, JUAN MIGUEL MORENO, JOHN SEIBER, CHUL HO KIM, KELLY SKINNER, AND MARY M. BRUNNER

Plaintiff Dae Sung Lee hereby designates the following depositions for use at

the trial in the above matter:

| Deponent | Date | Page/Line | to | Page/Line |
|---|---|---|---|---|
| Robert Gambardella | 4/5/05 | 1/1 | | 5/17 |
| | | 5/20 | | 5/23 |
| | | 12/11 | | 15/19 |
| | | 15/22 | | 17/6 |
| | | 17/11 | | 18/18 |
| | | 18/23 | | 21/15 |
| | | 22/7 | | 26/25 |
| | | 27/5 | | 30/3 |
| | | 30/21 | | 40/3 |
| | | 40/21 | | 43/7 |
| | | 47/21 | | 48/16 |
| | | 48/25 | | 50/6 |
| | | 50/9 | | 50/23 |
| | | 51/1 | | 51/7 |
| | | 51/13 | | 57/19 |
| | | 57/24 | | 58/10 |
| | | 58/16 | | 61/15 |
| | | 61/21 | | 62/6 |
| | | 62/19 | | 63/3 |
| | | 63/10 | | 63/19 |
| | | 65/15 | | 74/12 |
| | | 74/18 | | 76/7 |
| | | 76/14 | | 78/5 |

| Page/Line | to | Page/Line |
|-----------|-----|-----------|
| 79/7 | | 83/16 |
| 83/18 | | 85/11 |
| 85/21 | | 86/19 |
| 86/22 | | 87/18 |
| 88/12 | | 91/25 |
| 92/6 | | 98/12 |
| 98/17 | | 100/3 |
| 100/8 | | 100/25 |
| 101/17 | | 102/15 |
| 103/25 | | 112/2 |
| 113/25 | | 115/19 |
| 116/3 | | 116/15 |
| 116/17 | | 117/2 |
| 117/9 | | 125/8 |
| 126/2 | | 127/18 |
| 129/24 | | 136/15 |
| 136/22 | | 157/12 |
| 158/3 | | 158/6 |
| 158/23 | | 166/1 |
| 166/9 | | 166/12 |
| 166/15 | | 171/20 |
| 172/24 | | 176/4 |
| 176/14 | | 177/14 |
| 178/8 | | 181/22 |
| 181/24 | | |
| 184/9 | | 186/7 |
| 186/15 | | 187/16 |
| 188/4 | | 188/15 |
| 188/18 | | 188/19 |
| 188/23 | | 190/9 |
| 190/11 | | 192/14 |
| 193/11 | | 193/19 |
| 194/9 | | 196/10 |
| 196/25 | | 198/8 |
| 198/16 | | 199/13 |

| Page/Line | to | Page/Line |
|---|---|---|
| 199/23 | | 207/10 |
| 207/25 | | 213/7 |
| 213/25 | | 215/6 |
| 216/14 | | 216/18 |
| 216/20 | | 217/19 |
| 218/4 | | 225/4 |
| 225/7 | | 226/9 |
| 226/20 | | 227/24 |
| 228/1 | | 228/24 |
| 229/4 | | 229/8 |
| 229/10 | | 229/23 |
| 230/2 | | 230/10 |
| 231/1 | | 231/11 |
| 231/15 | | 232/8 |
| 232/10 | | 232/13 |
| 232/21 | | 234/20 |
| 235/3 | | 235/19 |
| 236/1 | | 236/16 |
| 237/15 | | 238/3 |
| 238/10 | | 239/10 |
| 240/2 | | 240/16 |
| 240/18 | | 242/6 |
| 242/8 | | 242/9 |
| 243/4 | | 243/8 |
| 243/17 | | 244/23 |
| 244/25 | | 246/13 |
| 246/17 | | 248/10 |
| 248/13 | | 252/3 |
| 252/5 | | 252/9 |
| 252.14 | | 252/17 |
| 252/21 | | 252/22 |
| 252/24 | | 253/7 |
| 253/13 | | |
| 253/21 | | 255/24 |
| 256/4 | | 256/5 |

| Page/Line | to | Page/Line |
|---|---|---|
| 256/8 | | 257/18 |
| 257/24 | | 260/2 |
| 260/8 | | 264/23 |
| 265/5 | | 267/23 |
| 268/1 | | 269/4 |
| 269/10 | | 272/7 |
| 272/9 | | 280/11 |
| 28/15 | | 282/9 |
| 282/12 | | 283/1 |
| 283/4 | | 286/21 |
| 287/4 | | 289/16 |
| 289/22 | | 293/11 |
| 293/14 | | 294/12 |
| 294/16 | | 294/17 |
| 294/19 | | 299/5 |
| 299/10 | | 299/25 |
| 302/21 | | 302/23 |
| 303/3 | | 303/11 |
| 303/16 | | 305/11 |

| Deponent | Date | Page/Line | to | Page/Line |
|---|---|---|---|---|
| Juan Migel Moreno | 4/6/05 | 1/1 | | 4/16 |
| | | 4/23 | | 5/7 |
| | | 5/13 | | 7/7 |
| | | 7/16 | | 11/9 |
| | | 11/12 | | 16/9 |
| | | 16/12 | | 17/7 |
| | | 18/16 | | 20/1 |
| | | 20/6 | | 20/7 |
| | | 20/10 | | 22/1 |
| | | 22/8 | | 24/6 |
| | | 29/12 | | 29/18 |

| Page/Line | to | Page/Line |
|-----------|----|-----------|
| 30/4 | | 30/25 |
| 31/3 | | 31/15 |
| 31/25 | | 32/11 |
| 32/13 | | 33/15 |
| 33/21 | | 35/25 |
| 36/12 | | 36/24 |
| 37/14 | | 38/1 |
| 38/20 | | 39/1 |
| 39/8 | | 40/11 |
| 47/7 | | 49/1 |
| 49/5 | | 50/17 |
| 51/25 | | 52/13 |
| 52/17 | | 59/10 |
| 59/12 | | 59/20 |
| 59/22 | | 62/15 |
| 62/17 | | 65/18 |
| 66/6 | | 68/1 |
| 68/7 | | 70/20 |
| 71/1 | | 72/1 |
| 72/7 | | 74/8 |
| 74/13 | | 75/16 |
| 75/22 | | 76/22 |
| 76/25 | | 77/7 |
| 77/9 | | 78/12 |
| 78/18 | | 80/3 |
| 80/6 | | 84/4 |
| 84/11 | | 88/15 |
| 89/2 | | 91/14 |
| 91/16 | | 93/1 |
| 93/4 | | 95/16 |
| 95/20 | | 97/10 |
| 97/24 | | 98/2 |
| 98/5 | | 98-16 |
| 98/22 | | 99/3 |
| 99/6 | | 99/12 |

| | | Page/Line | to | Page/Line |
|---|---|---|---|---|
| | | 99/14 | | |
| | | 99/25 | | 106/3 |
| | | 106/5 | | 116/7 |
| | | 116/17 | | 120/25 |
| | | 121/2 | | 121/3 |
| | | 121/6 | | 121/14 |
| | | 121/23 | | 121/25 |
| | | 122/2 | | 122/3 |
| | | 122/8 | | 122/14 |
| | | 122/19 | | 128/17 |
| | | 129/18 | | 131/7 |
| | | 131/9 | | 133/5 |
| | | 133/8 | | 134/5 |
| | | 134/7 | | 134/8 |
| | | 134/14 | | 134/21 |
| | | 134/24 | | 135/21 |
| | | 136/4 | | 138/22 |
| | | 139/1 | | 139/10 |
| | | 139/15 | | 141/16 |
| | | 141/19 | | 142/6 |
| | | 143/5 | | 144/1 |
| | | 144/3 | | 145/11 |
| | | 145/25 | | 147/17 |
| | | 148/1 | | 149/7 |
| | | 149/13 | | 158/14 |
| | | 158/18 | | 159/21 |
| | | 160/1 | | 162/2 |
| | | 162/7 | | 165/6 |
| | | 165/10 | | 168/13 |
| John Seiber | 2/28/06 | 1/1 | | 5/6 |
| | | 5/24 | | 11/18 |
| | | 11/24 | | 12/8 |
| | | 12/10 | | 15/18 |
| | | 17/13 | | 17/22 |

7

|  |  | Page/Line | to | Page/Line |
|---|---|---|---|---|
|  |  | 19/8 |  | 21/5 |
|  |  | 21/8 |  | 25/21 |
|  |  | 25/25 |  | 29/14 |
|  |  | 29/17 |  | 30/17 |
|  |  | 30/20 |  | 31/17 |
|  |  | 31/20 |  | 36/3 |
|  |  | 36/10 |  | 36/22 |
|  |  | 36/25 |  | 40/9 |
|  |  | 40/12 |  | 40/17 |
|  |  | 40/20 |  | 40/23 |
|  |  | 41/5 |  | 42/19 |
|  |  | 42/21 |  | 48/10 |
|  |  | 48/21 |  | 51/13 |
|  |  | 51/22 |  | 54/21 |
|  |  | 54/24 |  | 56/2 |
|  |  | 56/7 |  | 56/8 |
|  |  | 56/22 |  | 58/14 |
|  |  | 59/4 |  | 59/5 |
| Chul Ho Kim | 4/5/05 | 1/1 |  | 7/3 |
|  |  | 7/9 |  | 7/12 |
|  |  | 7/20 |  | 10/2 |
|  |  | 10/7 |  | 10/17 |
|  |  | 10/20 |  | 10/25 |
|  |  | 11/2 |  | 11/16 |
|  |  | 12/9 |  | 13/4 |
|  |  | 13/12 |  | 13/16 |
|  |  | 13/20 |  | 14/1 |
|  |  | 14/24 |  | 16/5 |
|  |  | 16/7 |  | 16/19 |
|  |  | 16/21 |  | 19/3 |
|  |  | 19/9 |  | 20/9 |
|  |  | 20/12 |  | 20/24 |
|  |  | 21/1 |  | 21/7 |
|  |  | 21/9 |  | 22/12 |

| Page/Line | to | Page/Line |
|---|---|---|
| 22/14 | | 24/2 |
| 24/4 | | 24/12 |
| 24/14 | | 24/15 |
| 24/17 | | 25/19 |
| 25/21 | | 25/22 |
| 25/24 | | 26/7 |
| 26/9 | | 27/8 |
| 27/10 | | 27/12 |
| 27/14 | | 27/16 |
| 27/18 | | 29/5 |
| 29/7 | | 30/5 |
| 30/7 | | 30/25 |
| 21/2 | | 31/11 |
| 31/13 | | 31/22 |
| 31/24 | | 32/11 |
| 32/13 | | 32/15 |
| 32/17 | | 33/14 |
| 33/16 | | 33/19 |
| 33/21 | | 34/16 |
| 34/18 | | 34/24 |
| 35/1 | | 35/10 |
| 35/12 | | 35/14 |
| 35/16 | | 36/6 |
| 36/9 | | 36/25 |
| 37/2 | | 37/17 |
| 37/19 | | 38/16 |
| 38/18 | | 39/5 |
| 39/7 | | 40/5 |
| 40/7 | | 40/9 |
| 40/11 | | 40/22 |
| 40/24 | | 41/8 |
| 41/12 | | 42/10 |
| 42/12 | | 42/13 |
| 42/15 | | 43/1 |

|  |  | Page/Line | to | Page/Line |
|---|---|---|---|---|
|  |  | 43/4 |  | 47/21 |
|  |  | 47/23 |  | 48/3 |
|  |  | 48/5 |  | 51/6 |
|  |  | 51/8 |  | 52/14 |
|  |  | 52/16 |  | 53/14 |
|  |  | 53/16 |  | 53/17 |
|  |  | 53/19 |  | 56/1 |
|  |  | 56/3 |  | 56/10 |
|  |  | 56/12 |  | 56/23 |
|  |  | 56/25 |  | 57/6 |
|  |  | 57/8 |  | 58/4 |
|  |  | 58/6 |  | 58/8 |
|  |  | 58/10 |  | 58/18 |
|  |  | 58/20 |  | 59/10 |
|  |  | 59/12 |  | 59/18 |
|  |  | 59/20 |  | 59/24 |
|  |  | 60/1 |  | 63/9 |
|  |  | 63/16 |  | 82/12 |
|  |  | 82/21 |  | 90/5 |
|  |  | 90/12 |  | 97/8 |
|  |  | 97/11 |  | 102/8 |
| Kelly Skinner | 6/30/05 | 1/1 |  | 6/12 |
|  |  | 7/1 |  | 7/9 |
|  |  | 7/18 |  | 12/5 |
|  |  | 12/7 |  | 13/6 |
|  |  | 13/14 |  | 17/13 |
|  |  | 17/15 |  | 18/25 |
|  |  | 19/6 |  | 19/11 |
|  |  | 20/8 |  | 20/18 |
|  |  | 20/24 |  | 21/9 |
|  |  | 21/17 |  | 22/20 |
|  |  | 23/6 |  | 24/5 |
|  |  | 24/12 |  | 25/2 |

| <u>Page/Line</u> | to | <u>Page/Line</u> |
|---|---|---|
| 25/17 | | 26/23 |
| 27/17 | | 28/17 |
| 28/20 | | 29/4 |
| 29/7 | | 29/18 |
| 29/20 | | 30/1 |
| 30/4 | | 31/1 |
| 31/17 | | 32/16 |
| 32/23 | | 32/24 |
| 33/11 | | 34/20 |
| 34/23 | | 38/5 |
| 38/14 | | 39/7 |
| 39/9 | | |
| 39/19 | | 39/21 |
| 40/7 | | 42/10 |
| 42/12 | | 42/14 |
| 43/7 | | 43/16 |
| 43/19 | | 44/10 |
| 44/15 | | 44/22 |
| 45/1 | | 46/15 |
| 46/18 | | 48/7 |
| 48/11 | | 48/19 |
| 49/1 | | 49/15 |
| 55/13 | | 55/16 |
| 55/22 | | 58/13 |
| 59/18 | | 60/8 |
| 60/10 | | 60/16 |
| 60/18 | | 60/25 |
| 61/5 | | 64/3 |
| 64/12 | | 64/20 |
| 65/11 | | 65/22 |
| 65/24 | | 67/3 |
| 67/12 | | 69/2 |
| 69/12 | | 70/4 |
| 70/11 | | 71/2 |

| Page/Line | to | Page/Line |
|---|---|---|
| 71/7 | | 72/6 |
| 73/8 | | 73/19 |
| 73/21 | | 77/9 |
| 77/13 | | 89/21 |
| 89/25 | | 90/4 |
| 90/10 | | 90/14 |
| 90/19 | | 90/21 |
| 90/24 | | 91/20 |
| 91/22 | | 91/25 |
| 92/10 | | 93/23 |
| 93/25 | | 94/15 |
| 94/18 | | 97/15 |
| 97/17 | | 99/1 |
| 99/3 | | 99/14 |
| 99/16 | | 102/17 |
| 102/19 | | 104/4 |
| 104/6 | | 111/18 |
| 111/21 | | 117/17 |
| 117/19 | | 117/23 |
| 118/2 | | 119/5 |
| 119/7 | | 120/16 |
| 120/18 | | 121/15 |
| 121/17 | | 123/4 |
| 123/7 | | 124/14 |
| 125/4 | | 127/20 |
| 127/25 | | |
| 128/10 | | 129/17 |
| 129/20 | | 132/4 |
| 132/7 | | 132/13 |
| 132/15 | | 132/24 |
| 133/15 | | 133/17 |
| 133/20 | | 133/25 |
| 134/2 | | 134/23 |
| 135/1 | | 140/5 |

|  |  | Page/Line | to | Page/Line |
|---|---|---|---|---|
|  |  | 140/7 |  | 140/20 |
|  |  | 141/8 |  | 141/14 |
|  |  | 141/16 |  | 141/19 |
|  |  | 141/22 |  | 145/18 |
|  |  | 146/1 |  | 147/3 |
|  |  | 147/7 |  | 148/16 |
|  |  | 148/18 |  | 149/16 |
|  |  | 149/18 |  | 150/10 |
|  |  | 150/12 |  | 150/13 |
|  |  | 150/24 |  | 152/1 |
|  |  | 152/3 |  | 152/19 |
|  |  | 152/22 |  | 152/23 |
|  |  | 153/2 |  | 153/20 |
|  |  | 153/22 |  | 155/7 |
|  |  | 155/15 |  | 160/8 |
| Mary M. Brunner | 6/28/05 | 1/1 |  | 5/8 |
|  |  | 5/11 |  |  |
|  |  | 56/8 |  | 57/9 |
|  |  | 107/5 |  | 110/7 |
|  |  | 110/20 |  | 111/13 |
|  |  | 121/17 |  | 124/3 |
|  |  | 124/22 |  | 125/7 |
|  |  | 175/17 |  | 180/1 |
|  |  | 180/19 |  | 185/20 |
|  |  | 185/22 |  | 186/4 |
|  |  | 186/7 |  | 188/8 |
|  |  | 188/12 |  | 191/18 |
|  |  | 191/20 |  | 192/7 |
|  |  | 192/9 |  | 192/11 |
|  |  | 192/13 |  | 196/17 |
|  |  | 196/19 |  | 198/5 |
|  |  | 198/8 |  | 198/18 |
|  |  | 198/20 |  | 198/22 |

| Page/Line | to | Page/Line |
|---|---|---|
| 199/2 | | 200/1 |
| 200/3 | | 200/22 |
| 201/2 | | 201/17 |
| 201/19 | | 202/6 |
| 202/8 | | 203/20 |
| 203/22 | | 205/9 |
| 205/20 | | 206/8 |
| 206/10 | | 207/12 |
| 207/14 | | 208/14 |
| 208/16 | | 209/15 |
| 209/18 | | 210/1 |
| 210/3 | | 211/1 |
| 211/3 | | 211/8 |
| 211/10 | | 212/8 |
| 212/10 | | 213/2 |
| 213/9 | | 213/12 |
| 213/14 | | 213/16 |
| 213/18 | | 214/3 |
| 214/5 | | 214/15 |
| 214/17 | | 215/3 |
| 215/9 | | 215/10 |
| 215/16 | | 216/6 |
| 216/11 | | 21/12 |
| 216/14 | | 216/15 |
| 234/3 | | 236/3 |

Dated: Honolulu, Hawaii, March 14, 2006.

_____

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff

14

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | CIVIL NO.  04-00461 (SOM/LEK |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| corporation, UNITED STATES | ) | |
| Olympic COMMITTEE, a federally | ) | |
| chartered nonprofit corporation; | ) | |
| JOHN DOES 1-10; JANE DOES 1-10; | ) | |
| DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly served on the

following by means of hand delivery or by depositing same in the U.S. Mail, postage

prepaid, to their last known addresses on the date indicated below:

DAVID M. LOUIE, ESQ.
APRIL LURIA, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
PATRICK J. HOULIHAN, ESQ.
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

Dated: Honolulu, Hawaii, March **14**, 2006.

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff

2