ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES    2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 1 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | DESIGNATION OF |
| | ) | DEPOSITION TESTIMONY OF |

-1-

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>            Defendants. | STEVEN MICHAEL LOCKE TO BE USED AT TRIAL; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial Date: April 4, 2006<br>Judge: Hon. Susan O. Mollway |

## PLAINTIFF DAE SUNG LEE'S DESIGNATION OF DEPOSITION TESTIMONY OF STEVEN MICHAEL LOCKE TO BE USED AT TRIAL

COMES NOW, PLAINTIFF DAE SUNG LEE, by and through its attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and hereby designates excerpts of the oral testimony of Steven Michael Locke, taken on June 30, 2005, to be used at trial, as follows:

Page(s)/Line(s)

1/1 thru 6/21

7/2 thru 7/6

9/7 thru 13/24

15/12 thru 19/1

Page(s)/Line(s)

19/9 thru 20/2

20/20 thru 20/25

21/10 thru 26/24

27/17 thru 34/6

34/24 thru 44/21

47/9 thru 57/18

59/7 thru 63/5

64/12 thru 70/3

71/12 thru 71/19

72/17 thru 85/21

86/21 thru 97/14

DATED: Honolulu, Hawaii, March 14, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid, facsimile and/or by hand delivery on the date indicated below.

    DAVID M. LOUIE, ESQ.               HAND DELIVERY
    APRIL LURIA, ESQ.
    Roeca, Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.                    VIA FAX
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 14, 2006.

*/s/ Ward D. Jones*

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee