ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES    2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 1 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | DESIGNATION OF |
| | ) | DEPOSITION TESTIMONY OF |

| | |
|---|---|
| UNITED STATES TAEKWONDO ) <br> UNION, a Colorado nonprofit ) <br> Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a federally ) <br> charged nonprofit corporation, JOHN ) <br> DOES 1-10; JANE DOES 1-10; ) <br> DOE PARTNERSHIPS 1-10; DOE ) <br> CORPORATIONS 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | BRUCE HARRIS TO BE USED <br> AT TRIAL; CERTIFICATE OF <br> SERVICE <br><br><br><br> Trial Date:  April 4, 2006 <br> Judge: Hon. Susan O. Mollway |

## PLAINTIFF DAE SUNG LEE'S DESIGNATION OF DEPOSITION TESTIMONY OF BRUCE HARRIS TO BE USED AT TRIAL

COMES NOW, PLAINTIFF DAE SUNG LEE, by and through its attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and hereby designates excerpts of the oral testimony of Bruce Harris, taken on April 6, 2005 and April 7, 2005, to be used at trial, as follows:

PAGES(S)/LINES(S)

1/1 thru 15/14

15/20 thru 44/7

45/2 thru 48/21

49/13 thru 50/18

PAGES(S)/LINES(S)
---

51/3 thru 59/14

65/1 thru 122/16

123/4 thru 123/8

124/16 thru 125/11

126/14 thru 127/4

144/3 thru 144/21

150/2 thru 150/16

159/10 thru 159/20

160/6 thru 160/14

163/5 thru 163/25

173/18 thru 174/15

179/18 thru 180/24

186/5 thru 187/10

190/1 thru 190/15

190/24 thru 192/12

192/20 thru 193/16

197/23 thru 198/12

200/2 thru 200/24

PAGES(S)/LINES(S)
---

226/22 thru 227/16

237/25 thru 239/9

241/2 thru 241/23

243/14 thru 244/12

251/17 thru 252/4

252/5 thru 252/6

253/13 thru 253/21

254/2 thru 254/19

254/25 thru 255/13

256/4 thru 256/8

263/6 thru 264/6

266/7 thru 267/4

269/6 thru 270/7

291/6 thru 291/8

292/12 thr 292/19

297/12 thru 297/18

297/19 thru 298/11

300/3 thru 301/20

<u>PAGES(S)/LINES(S)</u>

343/20 thru 344/14

344/25 thru 345/24

346/5 thru 347/17

348/5 thru 368/6

374/3 thru 374/10

375/4 thru 375/8

    DATED: Honolulu, Hawaii, March 14, 2006.

                                                /s/ Ward D. Jones
                                  MICHAEL J. GREEN
                                  WARD D. JONES
                                  GLENN H. UESUGI
                                  Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy

of the foregoing document was duly served on the following, via U.S. Mail

postage prepaid, facsimile and/or by hand delivery on the date indicated below.

    DAVID M. LOUIE, ESQ.               HAND DELIVERY
    APRIL LURIA, ESQ.
    Roeca, Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.                VIA FAX
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 14, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

-2-