MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES    2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  puunui@aloha.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | DESIGNATION OF |
| | ) | DEPOSITION TESTIMONY OF |

-1-

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, <br><br> Defendants. | JILL CHALMERS TO BE USED AT TRIAL; CERTIFICATE OF SERVICE <br><br><br><br><br><br><br><br> Trial Date: April 4, 2006 <br> Judge: Hon. Susan O. Mollway |

## PLAINTIFF DAE SUNG LEE'S DESIGNATION OF DEPOSITION TESTIMONY OF JILL CHALMERS TO BE USED AT TRIAL

COMES NOW, PLAINTIFF DAE SUNG LEE, by and through its attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and hereby designates excerpts of the oral testimony of Jill Chalmers, taken on April 8, 2005, to be used at trial, as follows:

PAGE(S)/LINE(S)

1/1 thru 7/1

8/1 thru 10/5

11/5 thru 24/3

27/5 thru 30/15

PAGE(S)/LINE(S)

32/1 thru 34/25

39/2 thru 51/11

53/9 thru 89/3

      DATED: Honolulu, Hawaii, March 14, 2006.

                              _____
                              MICHAEL J. GREEN
                              WARD D. JONES
                              GLENN H. UESUGI
                              Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

<u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid, facsimile and/or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.                              HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813

MARK S. LEVINSTEIN, ESQ.                    VIA FAX
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 14, 2006.


_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee