ORIGINAL

CC:SOM

MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES        2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at __1__ o'clock and __50__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | DESIGNATION OF |
| | ) | DEPOSITION TESTIMONY OF |
| UNITED STATES TAEKWONDO | ) | STEVEN SMITH TO BE USED |
| UNION, a Colorado nonprofit | ) | AT TRIAL; CERTIFICATE OF |

Corporation, UNITED STATES                    )          SERVICE
OLYMPIC COMMITTEE, a federally                )
charged nonprofit corporation, JOHN           )
DOES 1-10; JANE DOES 1-10;                     )
DOE PARTNERSHIPS 1-10; DOE                     )
CORPORATIONS 1-10,                             )
                                               )
                        Defendants.            )
                                               )
                                               )          Trial Date:  April 4, 2006
_____                )          Judge:  Hon. Susan O. Mollway


## PLAINTIFF DAE SUNG LEE'S DESIGNATION OF DEPOSITION TESTIMONY OF STEVEN SMITH TO BE USED AT TRIAL

COMES NOW, PLAINTIFF DAE SUNG LEE, by and through its

attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and hereby

designates excerpts of the oral testimony of Steven Smith, taken on April 8, 2005,

to be used at trial, as follows:

Page(s)/Line(s)

1/1 - 44/24

DATED: Honolulu, Hawaii, March 14, 2006.


_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee
2

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | |
| Defendants. | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid, facsimile and/or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.    HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.                    VIA FAX
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 14, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

2