ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  puunui@aloha.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF DAE SUNG LEE'S** |
| | ) | **FINAL COMPREHENSIVE** |
| | ) | **WITNESSES LIST;** |
| UNITED STATES TAEKWONDO | ) | **CERTIFICATE OF SERVICE** |
| UNION, a Colorado nonprofit | ) | |

Corporation, UNITED STATES )
OLYMPIC COMMITTEE, a federally )
charged nonprofit corporation, JOHN )
DOES 1-10; JANE DOES 1-10; )
DOE PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10, )
)
     Defendants. )
)
           ) Trial Date: April 4, 2006
_____ ) Judge: Hon. Susan O. Mollway

## PLAINTIFF DAE SUNG LEE'S FINAL
## COMPREHENSIVE WITNESSES LIST

  COMES NOW, Plaintiff DAE SUNG LEE, by and through his undersigned

attorneys MICHAEL J. GREEN, WARD D. JONES, and GLENN H. UESUGI,

hereby respectfully submits his Final Comprehensive Witness List in accordance

with the Amended Rule 16 Scheduling Order filed on June 30, 2005 and states as

follows:

I. Abdallah, Nia
  6218 Lonesome Bayou
  Houston, TX 77088
  Tel. 713.937.3174

  Will testify as to the quality of coaching and team leadership by Jean Lopez

during the 2004 events at the Olympics and her prior experience with plaintiff.

(Estimated time required for testimony on direct examination is one (1) hour.)

2

Au, Laurie
c/o Honolulu Star-Bulletin 7
Waterfront Plaza #500
500 Ala Moana Blvd.
Honolulu, HI 96813
Tel. 808.529.4700

Will testify to the articles written by her about plaintiff. (Estimated time

required for testimony on direct examination is fifteen (15) minutes.)

Blocker, Laura
c/o Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
Tel. 815.363.3976

Will testify to hearing Brunner repeat at the competition what Robert P.

Gambardella had told her at competition about wanting Koreans out of USTU.   .

(Estimated time required for testimony on direct examination is thirty (30)

minutes.)

Borg, Jim
c/o Honolulu Star-Bulletin
7 Waterfront Plaza #500
500 Ala Moana Blvd,
Honolulu, HI 96813
Tel. 808.529.7000

Will testify to newspaper articles and USTC Newsletter articles he wrote

about plaintiff. (Estimated time required for testimony on direct examination is

thirty (30) minutes.)

Brunner, Mary
c/o McHenry Taekwondo Academy
908 Front Street
McHenry, IL 60050
Tel. 815.344.2027

Will testify to statements made by Robert P. Gambardella during 2004

which were racially discriminatory and the effect of his referee selection policies

on racial mix. (Estimated time required for testimony on direct examination is two

(2) hours.)

Chalmers, Jill
c/o Holmes Robert & Owen LLP
90 South Cascade Ave., Suite 1300
Colorado Springs, CO 80903
Tel. 719.473.3800

Will testify to USTU decertification process during the time her firm

represented USTU in 2003 and statements made by members of the USOC

membership and credentials committee which were racially discriminatory.

(Estimated time required for testimony on direct examination is one (1) hour.)

Cheon, Young In
c/o Olympian Taekwondo
2815 Diamond Bar Blvd.
Diamond Bar, CA 91765
Tel. 909.578.8028

Will testify as to his experience as an Olympic coach and as to the coaching

of Steven Lopez at the 2000 Olympics, and as to the growth in his taekwondo

school in California following the 2000 Olympics and as to the USTU Olympic

coach selection process in which plaintiff was selected in 2003. (Estimated time

required for testimony on direct examination is two (2) hours.)

> Cline, Mike
> c/o Bervar & Jones
> 1400 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> Tel. 815.363.9556

Will testify to hearing Brunner repeat at the competition what Robert

P. Gambardella had told her at competition about wanting Koreans out of USTU.

(Estimated time required for testimony on direct examination is thirty (30)

minutes.)

> Davis, Kimberly
> 300 Appling Dr.
> Grapevine, TX 76051
> Tel. 817.329.7824

Will testify to hearing Brunner repeat on the day of competition what

Robert P. Gambardella had told her at competition about wanting Koreans out of

USTU. (Estimated time required for testimony on direct examination is thirty (30)

minutes.)

> Gambardella, Robert P.
> c/o Roeca Louie & Hiraoka
> 900 Davies Pacific Center
> 841 Bishop Street
> Honolulu, HI 96813

Tel. 719.578.4632

See deposition transcript of Robert P. Gambardella; removal of plaintiff; new coach selection, and management of USTU. (Estimated time required for testimony on direct examination is eight (8) hours.)

> Harris, Bruce
> 303090 Richmond Drive
> Colorado Springs, CO 80922
> Tel. 719.866.4632

Will testify as to the financial status, management, procedures of USTU during 2002 thru 2003; the decertification action brought by USOC against USTU and various correspondence and records related to that action; observed racially discriminatory conduct and attitudes toward referees under new governance; plaintiff's qualifications as Olympic coach. (Estimated time required for testimony on direct examination is four (4) hours.)

> Kang, Byung Won
> 26012 Marguerite Parkway #A
> Mission Viejo, CA 92692
> Tel. 649.874.7000

Will testify to the 2003 USTU Olympic coach selection process in which plaintiff was selected. (Estimated time required for testimony on direct examination is thirty (30) minutes.)

> Kim, Chul Ho
> 3319 Sand Flower Pl.
> Colorado Springs, CO 80920

Tel. 719.659.4400

Will testify to his tenure at the Olympic Training Center as a taekwondo coach; his experience up to and during the 2004 Olympics with the U.S. team as a trainer for Nia Abdallah; treatment of him by Robert P. Gambardella during and after the 2004 Olympics including his firing and racially discriminatory comments against him by Mr. Robert P. Gambardella. (Estimated time required for testimony on direct examination is one (1) hour.)

Kim, Myung Chan
4114 hard Scrabble Road
Columbia, SC 29223
Tel. 803.957.8480

Will testify to hearing Brunner repeating at the competition what Mr. Robert P. Gambardella had told her at competition about wanting Koreans out of USTU. (Estimated time required for testimony on direct examination is thirty (30) minutes.)

Lee, Dae Sung
820 Hind Drive
Honolulu, HI 96821
Tel. 808.377.5040

Will testify to his experience and credentials as a taekwondo athlete and later a taekwondo coach; his taekwondo school in Aina Haina; his appointment as Olympic coach in 2003; his preparation for the 2004 Olympics; his removal as coach; the damage to his professional reputation, embarrassment and mental

distress and loss of face resulting from his removal as coach; the loss of business

opportunity due to his removal as coach; the track record of taekwondo athletes

under both the previous coach selection criteria and the new coach selection

criteria. (Estimated time required for testimony on direct examination is eight (8)

hours.)

> Lee, Han Wan
> 703 Wilcox Street, Suite #J
> Castlerock, CO 80104
> Tel. 303.814.0281

Will testify to his experience and credentials as a taekwondo athlete and later a

taekwondo coach and Olympic taekwondo coach in 2000; the effect on his

taekwondo school following his Olympic coaching experience; the similarities and

differences between his school and plaintiff's school; plaintiff's qualifications as

an Olympic coach; the 2000 Olympic coach selection process; the track record of

taekwondo athletes under both the previous coach selection criteria and the new

coach selection criteria. (Estimated time required for testimony on direct

examination is four (4) hours.)

> Lee, Heon Mi
> c/o Bervar & Jones
> 1001 Bishop Street, Pauahi Tower, #1400
> Honolulu, HI 96813
> Tel. 808.550.4990

Wife of plaintiff will testify to the years of effort by plaintiff to earn experience and qualification for coach selection, 2003 coach selection of plaintiff, and removal of plaintiff as coach, emotional damage and embarrassment to plaintiff arising from his removal as Olympic coach upon plaintiff and effect on his family.  (Estimated time required for testimony on direct examination is two (2) hours.)

Lee, Sang
c/o USTC
1332 North Academy Blvd.
Colorado, Springs, CO 80909
Tel. 719.598.8000

Past President of USTU will testify to history of the organization; growth, finances and experiences of USTU under his management; the decertification action in 2003 including the claimed reasons put forth and USTU's responses to the criticism; the prior Olympic coach selection process; the selection of plaintiff as Olympic coach in 2003; plaintiff's qualifications to be Olympic coach; his experience with plaintiff as a competitor and as a coach; various communications with members of the USOC.  (Estimated time required for testimony on direct examination is two (2) hours.)

Lee, Stanley
c/o Honolulu Advertiser
600 Kapiolani Blvd.
Honolulu, HI 96814
Tel. 808.525.8000

Will testify to the articles written by him about plaintiff. (Estimated time required for testimony on direct examination is fifteen (15) minutes.)

Litchford, Linda
4114 Hard Scrabble Road
Columbia, SC 29223
Tel. 808.957.8480

Will testify to hearing Brunner repeat at the competition what Robert P. Gambardella had told Brunner at competition about wanting Koreans out of USTU. (Estimated time required for testimony on direct examination is thirty (30) minutes.)

Locke, Steven
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 719.473.0219

Chairman of the new USTU governance will testify to his tenure with USTU during 2004 through to the present; the creation of new coach selection criteria; the removal and replacement of plaintiff; the finances and status of USTU during his tenure. (Estimated time required for testimony on direct examination is two (2) hours.)

Lopez, Jean
c/o Elite Taekwondo
9421 Highway 6
South Houston, TX 77083

Tel. 818.960.9887

Testify to his qualifications to be Olympic coach; his selection as 2004

Olympic coach and the process leading up to his selection; his experience as 2004

Olylmpic coach; his experiences since that time; his experience with plaintiff as a

coaching peer.  (Estimated time required for testimony on direct examination is

one (1) hour.)

> Lopez, Stephen
> c/o Elite Taekwondo
> 9421 Highway 6
> South Houston, TX 77083
> Tel. 281.960.7441

Will testify as to his career as an Olympic competitor; his various coaches

including his brother, plaintiff; and others; his various Olympic experiences; his

current status.  (Estimated time required for testimony on direct examination is one

(1) hour.)

> Love, Lynette
> 6125 Sea Lion Place
> Waldorf, MD 20603
> Tel. 301.645.9125

Will testify as to her experiences as a competitor and coach and removal as

team leader for the 2004 Olympics.  (Estimated time required for testimony on

direct examination is thirty (30) minutes.)

> Luis, Cindy
> c/o Star-Bulletin

7 Waterfront Plaza #500
500 Ala Moana Blvd.
Honolulu, HI 96813
Tel. 808.529.4700

Will testify to the articles written by her about plaintiff.   (Estimated time required for testimony on direct examination is fifteen (15) minutes.)

Masuoka, Brandon
c/o Honolulu Advertiser
600 Kapiolani Blvd.
Honolulu, HI 96814
Tel. 808.525.8000

Will testify to the article written by him about plaintiff.  (Estimated time required for testimony on direct examination is fifteen (15) minutes.)

Moreno, Juan
14260 SW 136th Street #15
Miami, FL 33186
Tel. 305.525.4309

Will testify to his experience as a taekwondo competitor and coach; his experience as a peer with plaintiff both as a competitor and coach; plaintiff's qualifications as a coach; his experience as an AAC member; the appointment of plaintiff in 2003 under the previous criteria; his experience as a member of the new USTU governing body; the creation of new Olympic coach selection criteria; the removal and replacement of plaintiff as Olympic coach; his own racial attitudes. (Estimated time required for testimony on direct examination is two (2) hours.)

Paet, Caesar

332 North School Street
Honolulu, Hawaii 96813
Tel. 808.531.6487

Will testify to statements made by Lawrence Reznik which repeat statements

by Robert P. Gambardella which were racially discriminatory.  (Estimated time

required for testimony on direct examination is thirty (30) minutes.)

Pejo, Samuel
6323 Colony Circle
Colorado Springs, CO 80919
 Tel. 719.574.8782

Will testify to his own experiences as taekwondo competitor, coach, and

member of AAC; the qualifications of plaintiff to be Olympic coach; USTU

Olympic coach selection process used in selecting plaintiff in 2003; the effect of

remediation on USTU and removal of virtually all Koreans; conflict of interest for

Jean Lopez to coach Nia Abdallah.  (Estimated time required for testimony on

direct examination is one (1) hour.)

Picariello, Jeannie
c/o Rocca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to statements she made directed at Koreans during hearings

conducted by the USOC Membership and Credentials Committee in 2003.

(Estimated time required for testimony on direct examination is one (1) hour.)

Satrom, Thomas
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to letters he wrote to USTU on behalf of USOC during the

USOC decertification action against USTU and the decertification process leading

up to the remediation agreement including the various negotiations. (Estimated

time required for testimony on direct examination is two (2) hours.)

Skinner, Kelly
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to his tenure with USOC/Sports Management as the person

assigned to USTU during 2003 to the present; his involvement with creating the

new coach selection criteria and reasons; his communications with various

members of USTU; his observations at the USTU board meeting in 2003 regarding

selection of plaintiff as Olympic coach. (Estimated time required for testimony on

direct examination is three (3) hours.)

Seiber, John
Yale Avenue
Lenior City, TN  37771

Will testify to advertising practices of taekwondo school owners; taekwondo referees and complaints against referees. (Estimated time required for testimony on direct examination is thirty (30) minutes.)

> Smith, Steve
> c/o Holmes Robert & Owen LLP
> 90 South Cascade Ave., Suite 1300
> Colorado Springs, CO 80903
> Tel. 719.473.3800

Will testify to USTU decertification process during the time her firm represented USTU in 2003 and statements made by members of the USOC membership and credentials committee which were racially discriminatory. (Estimated time required for testimony on direct examination is thirty (30) minutes.)

> Warwick, Jay
> c/o Roeca Louie & Hiraoka
> 900 Davies Pacific Center
> 841 Bishop Street
> Honolulu, HI  96813
> Tel.  808.538.7800

Will testify to finances, status, procedures and management of USTU under his management as executive director up to 2002; Olympic coach selection process during his involvement with USTU; his career as taekwondo competitor. (Estimated time required for testimony on direct examination is one (1) hour.)

> Witte, Virginia
> c/o Rocca Louie & Hiraoka

15

900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel, 808.538.7800

Will testify to her tenure as auditor for USOC as a person responsible for monitoring USTU and the various results, reports and investigations for the period up to and including 2003; her experience as a member of the new governing body for USTU from 2004 to present; the creation of new coach selection criteria and reasons; the removal and replacement of plaintiff; the status of USTU under her tenure. (Estimated time required for testimony on direct examination is three (3) hours.)

Custodian of Records for USTC
Honolulu 820 Hind Drive
Honolulu, HI 96821
Tel. 808.377.5040

Will testify to the authentication of documents.   (Estimated time required for testimony on direct examination is fifteen (15) minutes.)

Custodian of Records for USTC
Castle Rock 703 Wilcox Street,Suite #.J
Castlerock, CO 80104
Tel. 303.814.0281

Will testify to the authentication of documents. (Estimated time required for testimony on direct examination is fifteen (15) minutes.)

Custodian of Records of USTU
c/o Roeca Louie & Hiraoka

16

900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel 808.538.7800

Will testify to the authentication of documents. (Estimated time required for

testimony on direct examination is fifteen (15) minutes.)


Custodian of Records of USA Taekwondo
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to the authentication of documents. (Estimated time required for

testimony on direct examination is fifteen (15) minutes.)

Custodian of Records of USOC
c/o Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Tel. 808.538.7800

Will testify to the authentication of documents. (Estimated time required for

testimony on direct examination is fifteen (15) minutes.)

Plaintiff reserves the right to name additional expert and non-expert

witnesses as appropriate pending discovery results.   Plaintiff reserves the right to

name expert and non expert witnesses named by any other party in this action or as may be appropriate for impeachment, rebuttal or authentication purposes.

Rebuttal witnesses as are necessary.

Witnesses discovered after generation of this list.

II.     EXPERT WITNESSES

Lee, Han Wan
70.3 Wilcox Street,Suite #J
Castlerock, CO 80104
Tel. 303.814.0281

Will testify to his experience and credentials as a taekwondo athlete and later a taekwondo coach and Olympic taekwondo coach in 2000; the positive effect on his taekwondo school following his Olympic coaching experience; the similarities and differences between his school and plaintiff's school; plaintiff's qualifications as an Olympic coach; the 2000 Olympic coach selection process; the track record of taekwondo athletes under both the previous coach selection criteria and the new coach selection criteria.  (Estimated time required for testimony on direct examination is four (4) hours – see above.)

Loudat, Thomas
46-281 Auna Street
Kaneohe, HI 96744
Tel. 808.235.0575

Will testify to his opinions as an economist regarding economic damages suffered by plaintiff as a result of his removal as an Olympic Coach in 2004. (Estimated time required for testimony on direct examination is four (4) hours.)

> Pejo, Samuel
> 632.3 Colony Circle
> Colorado Springs, CO 80919
> Tel. 719.574.8782

Will testify to his own experiences as taekwondo competitor, coach, and member of AAC; the qualifications of plaintiff to be Olympic Coach; USTU Olympic coach selection process used in selecting plaintiff in 2003; the effect of remediation on USTU and removal of virtually all Koreans; conflict of interest for Jean Lopez to coach Nia Abdallah.  (Estimated time required for testimony on direct examination is one (1) hour.)

Plaintiff reserves the right to name additional expert and non-expert witnesses as appropriate pending discovery results.  Plaintiff reserves the right to name expert and non-expert witnesses named by any other party in this action or as may be appropriate for impeachment, rebuttal or authentication purposes.

DATED: Honolulu, Hawaii, March 14, 2006.

_Ward D. Jones_
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | )    Civil No. 04-00461 SOM LEK |
|      Plaintiff, | )    CERTIFICATE OF SERVICE |
| vs. | ) |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) |
|      Defendants. | ) |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid, facsimile and/or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.             HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.          VIA FAX
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 14, 2006.


_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee