ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA             4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email: mlevinstein@wc.com
ROBERT L. MOORE
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2006

at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

LODGED

MAR 1 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |
| vs. | ) | UNITED STATES OLYMPIC |
| | ) | COMMITTEE'S EX PARTE |
| UNITED STATES TAEKWONDO | ) | APPLICATION FOR ADMISSION |

| | |
|---|---|
| UNION, a Colorado nonprofit Corporation, et al., <br><br>               Defendants. | )  PRO HAC VICE; DECLARATION <br> )  OF COUNSEL; DECLARATION OF <br> )  WILLIAM J. BACHMAN; ORDER <br> )  PERMITTING UNLICENSED <br> )  ATTORNEY TO APPEAR *PRO* <br> )  *HAC VICE* FOR DEFENDANTS <br> )  UNITED STATES TAEKWONDO <br> )  UNION AND UNITED STATES <br> )  OLYMPIC COMMITTEE; <br> )  CERTIFICATE OF SERVICE <br> ) <br> )  Trial:  April 4, 2006 |

601-1/P.App.Pr.Hac.Vice re Bachman.al.sh.wpd

### DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE

COMES NOW, Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE, by and through their counsel, Roeca, Louie & Hiraoka, and hereby moves this Honorable Court for an order permitting William J. Bachman of Washington D.C. to be admitted to appear in this matter *pro hac vice* for UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE.

This Motion is brought pursuant to L.R. 83.1(e) and Rule 7 of the Federal Rules of Civil Procedure and is supported by the Declaration of Counsel,

the Declaration of William J. Bachman, and the records and files herein.

DATED: Honolulu, Hawaii, _____MAR 1 4 2006_____.

_____/s/ April Luria_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE