IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

DECLARATION OF COUNSEL

APRIL LURIA hereby states and declares that:

1. She is an attorney licensed to practice in the State of Hawaii and a partner in the law firm of ROECA, LOUIE & HIRAOKA representing Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE (hereafter "Defendants") in the above-captioned action;

2. William J. Bachman is with the law firm of Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 and seeks to associate himself with the law firm of Roeca, Louie & Hiraoka, specifically limited to representation before this court of Defendants United States Taekwondo Union and United States Olympic Committee in the above-captioned action.

3.   Mr. Bachman is well versed in this action and will provide valuable assistance in the defense of Defendants before the jury and court in the action filed by Plaintiffs.

4.   As set forth in his Declaration, Mr. Bachman is of good moral character and competent to practice before this Court.

5.   The attorneys of the firm Roeca, Louie & Hiraoka will continue to serve herein with the authority and responsibility to act as attorneys of record;

6.   William J. Bachman is a member in good standing of the State Bars of Virginia and District of Columbia;

7.   The admission of William J. Bachman as co-counsel will neither hinder nor delay the prosecution of the case;

8.   The participation of William J. Bachman in this matter will be beneficial to the Court and all parties in the presentation of the evidence and Defendants' defense;

9.   The involvement by Mr. Bachman is needed to assist in presenting the important and complex issues in this case;

10.  The participation of Mr. Bachman in this case furthers the purposes behind Rule L.R. 83.1, Rules of the District Court for the District of Hawai`i.

I DECLARE UNDER PENALTY OF LAW THAT THE

FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY

INFORMATION AND BELIEF.

DATED: Honolulu, Hawai`i, _MAR 1 4 2006_____.

_____
APRIL LURIA