IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff | ) | DECLARATION OF |
| | ) | WILLIAM J. BACHMAN |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, et al., | ) | |
| | ) | Trial Date: April 4, 2006 |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF WILLIAM J. BACHMAN

WILLIAM J. BACHMAN hereby states and declares that:

1. I am an attorney licensed to practice before all courts in the State of Virginia and the District of Columbia. I am a partner with the law firm of Williams & Connolly, LLP 725 Twelfth Street, N.W., Washington, D.C. 20005.

2. I reside at 9200 Bexleywood Court, Fairfax Station, Virginia 22039.

3. I am a graduate of West Chester University and the Georgetown University Law Center.

4. I was admitted to practice before the Bar of the State of Virginia in 1995 and the Bar of the District of Columbia in 1997. I have also previously been admitted to practice before the United States District Court for the District of Columbia and the United States District Court for the Eastern District of Virginia.

5. I have never been disciplined in any way by any court to which I am admitted.

- 2 -

6. Mark S. Levinstein, Robert L. Moore, and Patrick J. Houlihan of my law firm have already been admitted *pro hac vice* on this matter.

7. I have read and familiarized myself with the Court Rules and Federal Statutes with respect to this action.

8. I, and my firm, shall be associated with April Luria and the firm of Roeca, Louie & Hiraoka, 900 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawaii 96813, in this action and counsel for all parties may serve any papers in this action upon Roeca, Louie & Hiraoka.

9. I am not currently, nor have I been, suspended or disbarred in any other court.

10. I have not within the past year made any *pro hac vice* application to this Court.

11. I respectfully request this Court grant me admission *pro hac vice* to the Federal District Court of the District of Hawaii for the purposes of this action.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMTION AND BELIEF.

DATED: Washington, D.C., March 13th, 2006.

_____
WILLIAM J. BACHMAN