# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 234265 |
|---|---|
| Trans | 138765 |

Received From: **WILLIAM BACHMAN**
Case Number:
Reference Number:  CV 04-461

| | | |
|---|---|---|
| Check | | 225.00 |
| Total | | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
| | | **Total** | **225.00** |
| | | Tend | 225.00 |
| | | Due | 0.00 |

03/14/2006 03:42:59 PM        Deputy Clerk: et/DT