# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00461SOM-LEK |
| CASE NAME: | Dae Sung Lee vs. US Taekwondo Union, et al. |
| ATTYS FOR PLA: | Michael Green (by phone) <br> Glenn Uesugi (by phone) |
| ATTYS FOR DEFT: | April Luria (by phone) <br> Mark Levinstein (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | No Record |
| DATE: | 3/20/2006 | TIME: | 10:00 - 10:15 |

COURT ACTION:  EP: Status Conference by Telephone -

Discussion held re: trial date of 4/4/06.

Court continues trial from 4/4/06 @ 9:00 a.m. to 5/17/06 @ 9:00 a.m. - no objection by the parties.

All other deadlines to remain the same except submission of jury instructions and special verdict form are extended to 4/11/06.

Parties to discuss with their clients consenting to have the trial conducted by a Magistrate in order to obtain a firm trial date.

Counsel to notify the Court as soon as possible.

Motions in Limine set for 3/28/06 @ 9:45 a.m. SOM are continued to 4/11/06 @ 9:00 a.m.

Submitted by: Toni Fujinaga Courtroom Manager.