ROECA LOUIE & HIRAOKA

DAVID M. LOUIE               2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA                  4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | FIRST AMENDED STIPULATION |
| | ) | OF THE PARTIES CONCERNING |
| vs. | ) | AUTHENTICITY AND |
| | ) | ADMISSIBILITY OF EXHIBITS |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | Trial Date: April 4, 2006 |
| Corporation, UNITED STATES | ) | |

```
OLYMPIC COMMITTEE, a federally )
chartered nonprofit corporation;     )
JOHN DOES 1-10; JANE DOES 1-         )
10; DOE PARTNERSHIPS 1-10;           )
DOE CORPORATIONS 1-10,               )
                                     )
                  Defendants.        )
                                     )
_____)
```

601-1/Stipulation re Exhibits

### FIRST AMENDED STIPULATION OF THE PARTIES REGARDINGAUTHENTICITY AND ADMISSIBLITY OF EXHIBITS

Plaintiff Dae Sung Lee and Defendants United States Olympic Committee and United States Taekwondo Union, by and through their respective attorneys, hereby stipulate as to the authenticity and admissibility of certain exhibits as follows, subject to removal of any markings that occurred subsequent to production of the document (as noted by Defendants at the meet and confer):

1. The parties agree to the authenticity of the following exhibits:

    a. Plaintiff's 4-8, 11, 15, 18, 35, 36, 48, 49, 50, 55, 56, 61, 62, 66, 67, 69, 70, 72, 73, 79, 80, 83, 84, 103, 104, 117, 118, 119, 121, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 143, 148, 163, 164, 166, 167, 168, 185, 187-193, 235, 244, 245, 268, 269, 270, 271, 273, and 274.

    b. Defendants' 406.

2. The parties agree to the admissibility of the following Exhibits:

   a. Plaintiff's 1, 2, 3, 4, 5, 8, 9, 10, 11, 13, 14, 16, 19, 25, 26, 29, 30, 33, 36, 37, 38, 39, 40, 42, 43 44, 45, 46, 47, 51, 52, 53, 54, 57, 58, 59, 60, 63, 64, 65, 66, 67, 68, 69, 73, 76, 79, 80, 81, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 103, 102, 104, 105, 107, 109, 112, 113, 114, 115, 120, 121, 123, 124, 134, 139, 142, 143, 145, 146, 147, 163, 165, 191-203, 205, 206, 207, 208, 209, 210, 211, 217-223, 234, 240, 241, 242, and 250-267.

   b. Defendants' 400, 401, 402, 403, 407-418, 420, 424, 435, 440, 441, 442, 443, 445, 446, 449, 450, 451, 452, 453, 454, 455, 456, 457, 459, 460, 461, 462, 464, 466, 468, 469, 470, 473, 474, 475, 476, 477, 478, 480, 483, 484, 485, 487, 489, 491, 512-532, 536, 537, 538, 539, 547, 569, 571, 576, 577, 581, 582, 583, 592, and 595-597.

3. Plaintiff withdraws Plaintiff's Exhibits 20, 74, 77, 159, 162, 170, 171, and 175.

DATED: Honolulu, Hawaii, _____ MAR 2 1 2006

_____
APRIL LURIA
Attorneys for Defendants United
States Olympic Committee and
United States Taekwondo Union

_____
WARD JONES
GLENN H. UESUGI
MICHAEL JAY GREEN
Attorneys for Plaintiff
Dae Sung Lee

[Stipulation of the Parties Concerning Authenticity and Admissibility of Exhibits; Lee v. U.S. Olympic Committee, et al., Civil No. 04—00461 SOM LEK, United Stated District Court, District of Hawaii]