# Exhibit A

*Lee v. USTU, et al.* **Defendants' Counter Designations and Objections to Plaintiff's Deposition Designations** *March 21, 2006*

| | Chul Ho Kim | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| | | None |
| 1:1 - 4:8 | NT | |
| 4:14 - 4:15 | R | |
| 4:21 - 6:17 | R, NT | |
| 7:1 - 7:3 | Q (Leading, Assumes facts not in evidence) | |
| 7:9 - 7:12 | NT | |
| 11:6 - 11:16 | F, Q (Speculation), H | |
| 16:4 - 16:5; 16:7 - 16:8 | Q (Assumes facts not in evidence, Leading), F | |
| 16:9 - 16:19 | Q (Assumes facts not in evidence, Misstates the evidence, Leading), H, F, R | |
| 17:20 - 19:3 | R, NR, F | |
| 20:9; 20:12 - 20:18 | Q (Asked and answered, Leading), R | |
| 20:19 - 20:23 | H, R, F | |
| 20:24; 21:4 | H, R | |
| 21:5 - 21:7 | H, R | |
| 21:21 - 22:8 | R, B, Q (Leading) | |
| 22:12; 22:14 - 22:21 | Q (Assumes facts not in evidence), R | |
| 24:22 - 25:17 | R, H, B | |
| 25:18 - 25:19; 25:21 | R, Q (Speculation), F | |
| 25:22; 25:24 - 26:4 | R, Q (Speculation), F | |
| 26:5 - 26:7; 26:9 - 26:11 | Q (Leading), R | |
| 26:12 - 26:15 | Q (Leading) | |
| 26:16 - 27:1 | R | |
| 27:6 - 27:8; 27:10 | F, Q (Speculation), R | |
| 27:11 - 27:12; 27:14 | F, R | |
| 27:15 - 27:16; 27:18 - 27:23 | R, Q (Vague) | |
| 27:24 - 28:4 | R | |
| 28:14 - 29:1 | R, B, O | |
| 29:2 - 29:5 | Q (Vague), R | |
| 29:7 - 30:3 | R | |
| 30:4 - 30:5; 30:7 | F, R, Q (Speculation, Leading) | |
| 30:8 - 9 | R | |
| 30:10 - 30:21 | H, R | |
| 30:22 - 30:25; 31:2 - 31:8 | Q (Speculation), H, R | |
| 31:9 - 31:11; 31:13 - 31:16 | R, H | |
| 31:17 - 31:22 | R, H, Q (Assumes facts not in evidence, Leading) | |
| 31:24 - 32:1 | H, R | |
| 32:2 - 32:9 | R, H | |
| 32:10 - 32:11; 32:13 | R, B, F, O | |
| 32:14 - 32:15; 32:17 - 33:4 | R, B, F, Q (Speculation) | |
| 33:5 - 33:10 | R | |

*Lee v. USTU, et al.*     **Defendants' Counter Designations and Objections to Plaintiff's Deposition Designations**     *March 21, 2006*

| \ | Chul Ho Kim | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 33:24 - 34:9 | R, B, O | |
| 34:13 - 34:16; 34:18 | R, Q (Assumes facts not in evidence, Speculation) | |
| 34:24; 35:1 | Q (Speculation), R | |
| 35:9 - 35:10; 35:12 | Q (Leading, Assumes facts not in evidence), H, R | |
| 35:13 - 35:14; 35:16 - 36:4 | H, R, B, Q (Leading, Assumes facts not in evidence) | |
| 36:5 - 36:6; 36:9 - 36:23 | R, H, B, F | |
| 36:24 - 36:25; 37:2 - 37:5 | R, B, H | |
| 37:6 - 37:14 | H, R | |
| 37:15 - 37:17; 37:19 - 38:5 | R, B, Q (Assumes facts not in evidence, Leading) | |
| 38:6 - 38:15 | F, H, R | |
| 39:4 - 39:5; 39:7 - 39:10 | Q (Assumes facts not in evidence), F, R | |
| 39:11 - 39:17 | H, R | |
| 39:18 - 40:3 | R | |
| 40:4 - 40:5; 40:7 | Q (Assumes facts not in evidence, Speculation), R | |
| 40:8 - 40:9; 40:11 - 40:18 | Q (Assumes facts not in evidence, Speculation), R, H | |
| 40:19 - 40:21 | H, R | |
| 40:22; 40:24 - 41:5 | R, H, B | |
| 41:6 - 41:8 | H, R | |
| 41:12 - 41:21 | H, R | |
| 41:22 - 42:8 | R, B | |
| 42:9 - 42:10; 42:12 - 42:13; 42:15 - 42:16 | Q (Vague), R | |
| 42:23 - 43:1; 43:4 - 43:7 | R, NR | |
| 43:8 - 44:5 | R, H, B | |
| 44:6 - 45:16 | R, B | |
| 45:17 - 45:23 | R, H, B | |
| 45:24 - 46:4 | R, B | |
| 46:5 - 43:14 | R, B, H | |
| 46:15 - 47:16 | R, B | |
| 47:17 - 47:21; 47:23 - 48:1 | R, B, H | |
| 48:2 - 48:3; 48:5 | Q (Speculation), R, B | |
| 48:6 - 48:10 | R | |
| 49:4 - 50:10 | R, Q (Speculation) | |
| 50:11 - 51:1 | R, H, B | |
| 51:2 - 51:6 | R, F, H, B | |
| 51:8 - 52:14; 52:16 - 53:12 | R, B | |
| 53:13 - 53:14; 53:16 - 53:17; 53:19 - 53:11 | R, B, H, F | |

*Lee v. USTU, et al.*      **Defendants' Counter Designations and Objections**      *March 21, 2006*
**to Plaintiff's Deposition Designations**

| | Chul Ho Kim | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 54:12 - 54:24 | Q( Misstates the evidence, Improper characterization), R, B, H, F | |
| 54:25 - 55:4 | R, H, B, F | |
| 55:5 - 55:23 | R | |
| 55:24 - 56:1 | Q (Speculation), F, R | |
| 56:6 - 56:10; 56:12 - 20 | R, B, Q (Assumes facts not in evidence, Leading) | |
| 56:21 - 56:23; 56:25 - 57:3 | R, B, Q (Vague, Leading) | |
| 57:4 - 57:6 | R, B | |
| 57:22 - 58:2 | F, R | |
| 58:3 - 58:4; 58:6 - 58:8; 58:10 - 58:12 | Q (Assumes facts not in evidence, Speculation), F, R | |
| 58:13 - 58:15 | F, R, B | |
| 58:16 - 58:18; 58:20 | F, R, B, Q (Speculation) | |
| 58:21 - 59:4 | R, B, O | |
| 59:9 - 59:10; 59:12 | R, B, Q (Assumes facts not in evidence, Leading) | |
| 59:16 - 59:18; 59:20 | Q (Leading), R | |
| 59:21 - 59:24; 60:1 - 60:6 | O, R, F, B, NR | |
| 60:7 - 60:12 | F, R, B | |
| 83:15 - 84:16 | R | |
| 86:3 - 87:4 | H, R, B | |
| 87:15 - 87:18 | R, B, H | |
| 96:4 - 97:8 | R, H, B, F | |
| 97:16 - 98:3 | R, O, B, H | |
| 98:4 - 98:8 | Q (Speculation, Leading), R, O | |
| 98:9 - 98:19 | Q (Speculation, Leading), R, F | |
| 98:24 - 99:6 | Q (Speculation, Leading), R, F, B | |
| 101:10 - 102:8 | R, B | |

*Lee v. USTU, et al.* *March 21, 2006*

**Defendants' Deposition Designations Objection Chart**

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |