# Exhibit A

*Lee v. USTU, et al.*  **Defendants' Counter Designations and Objections**  *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Steven Smith, Esq. | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 4:7 | NT | |
| 8:8 - 8:11 | F, O | |
| 8:14 - 9:15 | O, B, R, P, NT | |
| 10:7 - 10:15 | O, B, R, P, NT | |
| 14:9 - 14:18 | P, NT | |
| 16:6 - 17:1 | H | |
| 17:2 - 17:20 | R, B, H | |
| 17:21 - 18:4 | H | |
| 18:5 - 18:12 | Q (Misstates the evidence), H | |
| 18:13 - 18:17 | Q (Misstates the evidence), H | |
| 18:18 - 18:21 | H | |
| 18:23 - 19:7 | Q (Misstates the evidence), NT | |
| 19:8 - 19:20 | F, R, NR | |
| 19:21 - 19:24 | NT, R | |
| 22:13 - 23:3 | P, NT | |
| 23:4 - 23:16 | P, NT | |
| 23:17 - 23:24 | NT | |
| 24:4 - 24:6 | M | |
| 24:7 - 24:11 | F, M | |
| 26:8 - 26:12 | NT, Q (Vague, Ambiguous) | |
| 29:22 - 30:12 | P, NT | |
| 31:16 - 31:23 | O, B, R, P, NT | |
| 33:11 - 33:16 | NT | |
| 41:22 - 42:2 | Q (Misstates the evidence), H, NT | |
| 43:3 - 43:17 | P, R, F, Document not in evidence | |
| 43:18 - 43:22 | R | |
| 43:23 - 44:1 | Q (Leading), NT, R | |
| 44:2 - 44:24 | F, O, R, Document not in evidence | |
| | | 46:17 - 46:25 |

*Lee v. USTU, et al.*                                                                                *March 21, 2006*

## Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |