# Exhibit A

*Lee v. USTU, et al.* **Defendants' Counter Designations and Objections to Plaintiff's Deposition Designations** *March 21, 2006*

| Bruce Harris | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 4:6 | NT | |
| 4:16 - 5:19 | NT, R | |
| 13:3 - 14:9 | R, B, O | |
| 31:22 - 32:7 | H, R | |
| 32:8 - 32:10 | Q (Asked and answered), R | |
| 32:11 - 32:25 | R, H | |
| 33:19 - 36:22 | R, B, O | |
| 39:13 - 40:3 | R, B, O | |
| 41:7 - 41:24 | E | |
| 42:3 - 43:8 | E, H, R | |
| 46:6 - 46:13 | H, R, B, Q (Assumes facts not in evidence, Misstates the evidence) | |
| 68:8 - 68:17 | E | |
| 68:24 - 69:12 | F | |
| 69:13 - 69:19 | Q (Speculation), F, R | |
| 69:20 - 70:2 | F | |
| 70:6 - 70:12 | F | |
| 71:16 - 71:24 | F | |
| 72:18 - 74:10 | E, R, H | |
| 74:11 - 74:17 | H, R | |
| 74:18 - 75:2 | Q (Speculation), R | |
| 75:3 - 75:22 | R | |
| 75:23 - 76:5 | Q (Assumes facts not in evidence), R, H | |
| 76:6 - 76:25 | R | |
| 87:16 - 88:5 | R | |
| 97:6 - 97:15; 97:17 - 97:19 | H | |
| 113:19 - 114:2 | Q (Speculation), F, R | |
| 114:24 - 115:6 | F | |
| 115:7 - 115:21 | F, Q (Speculation) | |
| 115:22 - 116:9 | F | |
| 116:10 - 117:4 | F, H | |
| 117:5 - 119:6 | F | |
| 119:7 - 119:18 | F, R< B | |
| 119:19 - 121:3 | F, B, H, R | |
| 121:4 - 121:16 | F, B, H, R, Q (Improper characterization) | |
| 121:20 - 122:5 | R, B, F | |
| 122:6 - 122:14 | R, B, H, F, Q (Speculation) | |
| | | 122:19 - 122:25 |
| | | 123:9 - 123:15 |
| 124:16 - 125:11 | R, H, B, F | |
| | | 125:12 - 126:13 |
| | | 127:5 - 128:10 |
| | | 129:19 - 129:23 |
| | | 130:10 - 131:11 |

Case 1:04-cv-00461-SOM-LEK    Document 243-2    Filed 03/21/2006    Page 3 of 6

*Lee v. USTU, et al.* **Defendants' Counter Designations and Objections to Plaintiff's Deposition Designations**  March 21, 2006

| Bruce Harris | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| | | 131:22 - 132:25 |
| | | 133:13 - 134:23 |
| | | 136:16 - 138:25 |
| | | 140:3 - 140:13 |
| | | 141:5 - 142:3 |
| | | 142:14 - 143:13 |
| | | 143:16 - 144:2 |
| 144:3 - 144:21 | R | |
| | | 147:5 - 149:2 |
| | | 149:7 - 150:1 |
| | | 150:17 - 151:4 |
| | | 152:22 - 153:16 |
| | | 154:7 - 159:9 |
| | | 159:21 - 160:5 |
| | | 161:23 - 163:4 |
| | | 164:1 - 168:24 |
| | | 170:9 - 171:10 |
| | | 172:9 - 173:17 |
| | | 174:16 - 174:24 |
| | | 176:16 - 177:7 |
| | | 178:1 - 178:15 |
| | | 180:25 - 183:16 |
| | | 185:8 - 186:4 |
| | | 188:3 - 189:25 |
| 190:24 - 191:23 | H, F | |
| | | 193:17 - 193:23 |
| | | 194:8 - 196:14 |
| | | 197:14 - 197:22 |
| | | 198:13 - 200:1 |
| | | 200:25 - 201:7 |
| | | 202:7 - 202:20 |
| | | 203:10 - 205:4 |
| | | 205:23 - 206:5 |
| | | 207:11 - 208:13 |
| | | 210:2 - 215:9 |
| | | 216:13 - 217:2 |
| | | 220:2 - 220:22 |
| | | 221:14 - 224:22 |
| | | 225:13 - 226:21 |
| | | 227:17 - 227:25 |
| | | 229:15 - 231:5 |
| | | 232:13 - 234:24 |
| | | 235:5 - 236:8 |
| | | 246:11 - 249:21 |
| | | 250:21 - 251:16 |
| 251:17 - 251:20 | R, H, B | |

*Lee v. USTU, et al.*     **Defendants' Counter Designations and Objections**     March 21, 2006
**to Plaintiff's Deposition Designations**

| Bruce Harris | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 252:1 - 252:4 | R, H, B | |
| | | 252:7 - 253:12 |
| | | 253:22 - 254:1 |
| 254:25 - 255:13 | R, B, O | |
| | | 256:9 - 257:24 |
| | | 260:7 - 260:11 |
| | | 260:24 - 261:21 |
| | | 262:7 - 263:5 |
| | | 264:7 - 266:4 |
| | | 267:14 - 268:14 |
| | | 270:10 - 274:6 |
| | | 275:10 - 282:8 |
| | | 283:16 - 286:1 |
| | | 287:20 - 288:21 |
| | | 289:1 - 291:5 |
| | | 291:9 - 292:11 |
| | | 292:20 - 296:8 |
| | | 298:12 - 300:2 |
| | | 301:21 - 302:5 |
| | | 302:9 - 303:24 |
| | | 304:2 - 304:24 |
| | | 305:22 - 308:1 |
| | | 310:7 - 312:25 |
| | | 315:19 - 316:21 |
| | | 317:1 - 324:8 |
| | | 330:10 - 332:11 |
| | | 333:10 - 333:16 |
| | | 333:23 - 334:14 |
| | | 335:12 - 339:10 |
| | | 341:10 - 343:19 |
| 343:20 - 344:14 | R, B, O | |
| | | 344:15 - 344:24 |
| | | 345:25 - 346:2 |
| 348:5 - 350:8 | R, B | |
| 350:9 - 350:15 | H, R, F | |
| 350:16 - 350:20 | F, R, Q (Speculation) | |
| 350:21 - 351:20 | R | |
| 351:21 - 352:3 | R, F | |
| 352:4 - 352:6 | R | |
| 354:7 - 354:13 | Q (Leading) | |
| 356:4 - 356:7 | Q (Misstates the evidence, Assumes facts not in evidence) | |
| 357:2 - 357:8 | Q (Improper characterization, Speculation, Assumes facts not in evidence), R, F | |
| 358:1 - 358:7 | Q (Legal Conclusion), O, F, R | |

*Lee v. USTU, et al.*  **Defendants' Counter Designations and Objections**  *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Bruce Harris | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 358:18 - 359:3 | R | |
| 359:4 - 359:25 | R, F | |
| 360:13 - 361:10 | R, B, F | |
| 361:11 - 361:24 | Q (Improper characterization), R | |
| 361:25 - 362:14 | R, F | |
| 362:15 - 362:20 | Q (Speculation, Assumes facts not in evidence, improper characterization), F, R | |
| 363:7 - 363:12 | F, R, Q (Improper characterization) | |
| 363:13 - 363:18 | F, R, Q (Speculation) | |
| 363:21 - 364:5 | R | |
| 364:6 - 364:13 | F, R, Q (Speculation) | |
| 365:12 - 365:17 | R | |
| 365:18 - 365:21 | Q (Improper characterization) | |
| 366:3 - 366:9 | R, F, B | |
| 366:10 - 19 | F, R, Q (Improper characterization, Leading) | |
| 366:20 - 367:5 | R, F, B | |
| 367:6 - 367:8 | Q (Improper characterization), R, F, B | |
| 367:9 - 367:13 | Q (Misstates the evidence, Assumes facts not in evidence), R, F, B | |
| 367:14 - 367:17 | Q (Improper characterization), R, F, B | |
| | | 368:7 - 368:9 |
| | | 370:13 - 370:22 |
| 374:3 - 374:10 | F, R, Q (Legal Conclusions) | |
| 375:4 - 375:8 | R, F | |

*Lee v. USTU, et al.*                                                                                                  *March 21, 2006*

## Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |