# Exhibit A

*Lee v. USTU, et al.*     **Defendants' Counter Designations and Objections**     *March 21, 2006*
                         **to Plaintiff's Deposition Designations**

| John Seiber | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 5:1 | NT | |
| | | 11:19 - 11:23 |
| | | 16:1 - 17:12 |
| 17:16 - 17:22 | NT, Q (Improper characterization) | |
| 20:7 - 20:16 | NT, Q (Improper characterization) | |
| 21:3 - 21:5; 21:8 - 21:11 | Q (Assumes facts not in evidence) | |
| 21:12 - 21:19 | Q (Assumes facts not in evidence), F | |
| 21:20 - 22:8 | Q (Assumes facts not in evidence), F, H | |
| 25:16 - 25:21 | Q (Assumes facts not in evidence, Improper characterization) | |
| 29:11 - 29:14; 29:17 - 29:25 | Q (Speculation) | |
| 30:15 - 30:17 | Q (Misquotes the witness) | |
| 31:13 - 31:17; 31:20 - 32:7 | Q (Speculation) | |
| 35:17 - 35:18 | H | |
| 35:22 - 36:3; 36:10 - 36:15 | Q (Assumes facts not in evidence), F, H | |
| 36:17 - 36:22; 36:25 - 37:5 | Q (Assumes facts not in evidence), H | |
| 37:7 - 37:18 | R | |
| 37:19 - 38:7 | NT, R | |
| 38:8 - 39:2 | R, H | |
| 40:7 - 40:9; 40:12 - 40:17; 40:20 - 40:23 | Q (Assumes facts not in evidence), R | |
| 41:5 - 41:13 | R | |
| 41:21 - 42:19; 42:21 - 47:7 | R | |
| 47:8 - 47:24 | R, B | |
| 47:25 - 48:10; 48:21 - 49:4 | R, B, Q (Speculation, Assumes facts not in evidence) | |
| 49:9 - 50:1 | R, B | |
| 52:16 - 52:20 | Q (Assumes facts not in evidence, Improper characterization) | |
| 53:4 - 53:8 | R | |
| 54:2 - 54:17 | R, B | |
| 54:18 - 54:21; 54:24 - 55:7 | F, R, B, Q (Speculation) | |
| 55:22 - 56:2 | R, B, F | |
| 56:22 - 57:14 | R, B | |

*Lee v. USTU, et al.* *March 21, 2006*

## Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |