IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES TAEKWONDO ) <br> UNION, a Colorado nonprofit ) <br> Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a federally ) <br> chartered nonprofit corporation; ) <br> JOHN DOES 1-10; JANE DOES 1- ) <br> 10; DOE PARTNERSHIPS 1-10; ) <br> DOE CORPORATIONS 1-10, ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 04—00461 SOM LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served on March 21, 2006 by depositing the same in the United States Mail, postage prepaid [M], hand delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address on:

WARD D. JONES                                    [HD]
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

And

GLENN H. UESUGI                              [HD]
MICHAEL GREEN
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorneys for Plaintiff Dae Sung Lee

DATED: Honolulu, Hawaii, March 21, 2006.

                         _____
                         DAVID M. LOUIE
                         APRIL LURIA
                         Attorneys for Defendants
                         UNITED STATES TAEKWONDO UNION
                         and UNITED STATES OLYMPIC
                         COMMITTEE