# Exhibit A

*Lee v. USTU, et al.*  **Defendants' Counter Designations and Objections**  *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Juan Miguel Moreno | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 4:7 | NT | |
| 6:25 - 7:7 | NT | |
| 16:7 - 16:9 | Q (Assumes facts not in evidence), NT | |
| | | 17:8 - 18:15 |
| 22:19 - 23:7 | NT | |
| | | 24:7 - 25:4 |
| | | 25:11 - 26:9 |
| | | 26:25 - 28:10 |
| | | 29:2 - 29:8 |
| 29:18 | NT | |
| 31:12 - 31:15; 31:25 | Q (Assumes facts not in evidence), R, B | |
| 32:1 - 32:21 | R, B | |
| | | 37:2 - 37:13 |
| | | 39:4 - 39:7 |
| | | 40:12 - 41:5 |
| | | 41:12 - 41:16 |
| | | 41:23 - 42:23 |
| | | 43:10 - 44:23 |
| 59:8 - 59:10; 59:12 - 59:20; 59:22 - 59:23 | Q (Assumes facts not in evidence), F | |
| 63:15 - 63:19 | Q (Assumes facts not in evidence, Improper characterization) | |
| | | 68:2 - 68:6 |
| 72:12 - 74:3 | R, B, H | |
| 74:4 - 74:8; 74:13 - 74:15 | R, B, H, Q (Assumes facts not in evidence, Misstates the evidence) | |
| 91:13 - 91:14; 91:16 - 91:17 | R, B, Q (Assumes facts not in evidence) | |
| 95:20 - 97:10 | F, B, H, R | |
| 101:5 - 101:19 | R, B | |
| 120:21 - 120:25; 121:2 - 121:3 | Q (Assumes facts not in evidence, Misstates the evidence) | |
| 139:9 - 139:10 | Q (Assumes facts not in evidence), F | |
| 149:4 - 149:7 | F, Q (Legal conclusion) | |

*Lee v. USTU, et al.*                                                                                                   *March 21, 2006*

## Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |