# Exhibit B



0001
```
 1             IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII
 2                 CIVIL ACTION NO. 04-00461-SOM-LEK

 3       _____

         DEPOSITION OF JUAN MIGEL MORENO
 4       EXAMINATION DATE:  Wednesday, April 6, 2005

 5
         DAE SUNG LEE,
 6
         Plaintiff,
 7
         v.
 8
         UNITED STATES TAEKWONDO UNION,
 9       a Colorado nonprofit corporation, et al.,
10       Defendants.
11
12            PURSUANT TO SUBPOENA, the deposition of JUAN
         MIGEL MORENO was taken at 9:02 a.m. on Wednesday, April
13       6, 2005, at the Double Tree Hotel at 1775 E. Cheyenne
         Mountain Boulevard, Colorado Springs, Colorado, before
14       Valorie S. Mueller, Registered Professional Reporter
         and Notary Public in and for the State of Colorado,
15       said deposition being taken pursuant to the Federal
16       Rules of Civil Procedure.
17
18
19                 Valorie S. Mueller
                   Registered Professional Reporter
20
21
22
23
24
25
```

```
 5*    9/5/2003 letter from Thomas Sattrom to
       Bruce Harris ............................. 78
 6*    10/9/03 memo from Bruce Harris to Sang Lee  95
57*    2/26/04 Minutes of USTU Governance and
       Management Committee Meeting, Bates
       USTU00002 and USTU00003 ................. 110
58*    3/8/04 memo from Bob Gambardella to USOC
       Executive Committee, Bates USTU00001 ..... 116
60*    6/9/04 memo from Bob Gambardella to
       Members re: Mail Ballot, Bates
       USTU00019-USTU00020 ..................... 135
61*    June 7-9, 2004 exchange of e-mails between
       Steven Locke and Bob Gambardella and
       others, regarding Olympic Coach, Bates
       USTU00012-USTU00016 ..................... 128

74**   Juan Moreno's CV ......................... 7

75     2004 Olympic Qualification Fight Off May
       8, 2004 Colorado Springs, Bates USTU00036 . 36
76     Selection Procedures for Coaches ....... 146
```

*Exhibits previously marked.
**Exhibit to be marked.

```
                    I N D E X   O F
        I N F O R M A T I O N   R E Q U E S T E D
    DESCRIPTION                               PAGE
    OF ITEM REQUESTED                    REQUESTED
```
```
    Mr. Moreno's CV to be marked as Exhibit 74 ....... 7

    Mr. Moreno's e-mail correspondence relating to
    coach selection ......................... 121
```

```
 1              A P P E A R A N C E S
 2       For the Plaintiff:
 3
 4           WARD D. JONES, ESQ.
             Bervar & Jones
             1400 Pauahi Tower
 5           1001 Bishop Street
             Honolulu, Hawaii 96813
 6           (808) 550-4990
 7
         For the Defendants:
 8
 9           MARK LEVINSTEIN, ESQ.
             TODD BRAUNSTEIN, ESQ.
             Williams & Connolly, LLP
10           725 Twelfth Street, N.W.
             Washington, D.C.  20005
11           (202) 44-5171
12       Also present:  Dae Sung Lee
             Gary Johansen, Deputy General Counsel,
13           United States Olympic Committee
14
                      I N D E X
15
         EXAMINATION BY:                      PAGE
16
         Mr. Jones  .........................   4
17       Mr. Levinstein .....................  155
         Mr. Jones  .........................  160
18       Mr. Levinstein .....................  165
         Mr. Jones  .........................  167
19       Mr. Levinstein .....................  168
20
21           I N D E X   O F   E X H I B I T S
         DEPOSITION                      PAGE FIRST
22       EXHIBIT NO.    DESCRIPTION        APPEARS
23       4*   August 4, 2003 letter from Thomas Sattrom
              to Bruce Harris ........................ 75
24
25
```

```
 1              P R O C E E D I N G S
 2              JUAN MIGEL MORENO
 3              The deponent herein, having first duly
 4  affirmed to testify to the truth in the above cause,
 5  was examined and testified on his oath as follows:
 6              E X A M I N A T I O N
 7  BY MR. JONES:
 8  Q     Good morning, Mr. Moreno.  If you could
 9  just state your full name and home address for the
10  record, please.
11  A     Juan Migel Moreno, 15759 Southwest 149
12  Terrace, Miami, Florida, 33196.
13  Q     And what is your occupation, sir?
14  A     I am a coach and a martial arts business
15  owner, and I am a seminar presenter for sport
16  Taekwondo.
17  Q     Is sport Taekwondo your -- is that the
18  business title?
19  A     No, not the business title.  You mean the
20  name of my business?
21  Q     Yes.
22  A     No.
23  Q     What's the name of your business?
24  A     Peak Performance Martial Arts.
25  Q     Thank you.  What is your age, sir?
```

1    A    I am 34.

2    Q    Just briefly, did you have any formal

3    education after high school?

4    A    No.

5    Q    Can you tell us a little bit about your

6    background in Taekwondo?  When did you start and how

7    did you progress in that field?

8        MR. LEVINSTEIN:  Do you have enough

9    hours?

10    Q    (BY MR. JONES)  Just briefly.

11        MR. LEVINSTEIN:  No.  Sorry.  All these

12    guys can talk for hours.

13    A    I have been involved in martial arts since

14    I was eight years old.  Started because it was

15    something unique, something different.  Quickly got

16    into the competition side of martial arts and began

17    competing shortly after beginning.

18        Went all the way to 17, with the Olympic

19    Games in 1988.  Finished in 1992 at the age of 21.

20    Retired after my second Olympic Games and became a

21    coach and instructor.  And at that time, I decided to

22    come back and compete again up until the 2000 Games and

23    made the Olympic team in 2000.  After that, I retired.

24    And, currently, I just coach full-time.

25    Q    (BY MR. JONES)  So 2000 was the last year

1    to a Notice of Deposition, just to bring your files

2    today.  Did you bring any files for refresher purposes?

3    A    No.  I didn't have any.

4    Q    Do you have a professional resume, by

5    chance, if we request one?

6    A    I can get you one, yes.

7    Q    I appreciate it.

8        MR. JONES:  Maybe we could mark it as

9    exhibit next in order and leave a space for that.

10    Q    (BY MR. JONES)  Turning to --

11        MR. LEVINSTEIN:  I've never done that,

12    marked an exhibit that we didn't even have.

13        MR. JONES:  We do it all the time.  I

14    didn't think it was a controversial document.

15        MR. LEVINSTEIN:  No problem.

16    Q    (BY MR. JONES)  Turning now to the United

17    States Taekwondo Union, have you ever heard of that

18    organization?

19    A    Yes.

20    Q    Have you ever been associated with the

21    U.S. Taekwondo Union?

22    A    Yes, I have.

23    Q    How are you associated with it?

24    A    As a general member, as an athlete and

25    competitor, as a business owner, and as a -- currently

1    that you competed internationally?

2    A    Yes.

3    Q    And you have been coaching since that

4    time?

5    A    I coached before then, but I mean as

6    primarily, yes.

7    Q    You have been to a couple of Olympics, you

8    said?

9    A    Three Olympics.  Actually, four.

10    Q    Did you medal in the Olympics for the U.S.

11    team?

12    A    Twice.

13    Q    What medals did you earn?

14    A    1988 I won a silver.  In 1992, I won a

15    silver, or lost a silver.

16    Q    After becoming a coach, can you just tell

17    us any notable accomplishments as a coach?

18    A    No.  I'm just a coach.  The athletes win

19    the medals.

20    Q    Have you coached any competitors that have

21    gone on to the Olympics?

22    A    No.

23        (Whereupon, Mr. Johansen joined the

24        deposition proceedings.)

25    Q    (BY MR. JONES)  You were asked, pursuant

1    as a coach.

2    Q    Roughly, what year did you become a member

3    of the USTU?

4    A    I was --

5    Q    Mid-'80s?

6    A    Mid-'80s for sure.  '86 was my first adult

7    nationals; but before that, I was in the junior

8    nationals.  So I'm sure I was a member at that time.

9    As a kid, I never really filled that stuff out.

10    Q    Did you get appointed to any positions

11    within the USTU organization beyond just being a

12    member?

13    A    Never appointed.  Elected.

14    Q    Why don't you tell us what elected --

15    A    On the AAC, the Athletes Advisory

16    Committee, the U.S. Executive Committee, and U.S.

17    Olympic Athlete Representative for Taekwondo.

18    Q    For those of us that aren't familiar with

19    USTU, what does AAC stand for?

20    A    AAC is the Athletes Advisory Committee.

21    Q    That is part of the USTU --

22    A    Yes.

23    Q    -- organization?

24    A    Yes, it's the athlete group that

25    represents the athletes to the USTU.

1    Q    And in that capacity, why don't you
2  describe a little bit what you do as a representative
3  for the athletes.
4    A    We just -- I mean, obviously, there's a --
5  the committee will represent the athletes as a whole;
6  athletes' concerns, athletes' rights, issues, making
7  sure that we look out for the best interest of them.
8        Sometime that involves, you know,
9  competitions.  Sometimes that involves coaching
10  selections or procedures, hopefully.  Just anything
11  that has to do with the development of the athlete --
12  Taekwondo athletes.
13    Q    Does that carry over into situations where
14  you vote on matters or decisions --
15    A    Sure.
16    Q    -- that are coming up for vote?  You get
17  to vote your vote for the athletes whom you represent?
18    A    Absolutely.  I mean, vote that happens
19  within the organization, we have 20 percent of that
20  vote, so the athletes have to be represented.
21    Q    Have you ever had any positions or
22  appointments in the USOC, or the United States Olympic
23  Committee?
24    A    Again, never appointed.  I was elected by
25  our sport, our athletes, to represent them on the U.S.

1    A    I'm one of five members on the Governance
2  and Management Committee.
3    Q    And just briefly, what do you understand
4  your duties to be in that function?
5    A    Just briefly helping with the restructure
6  of the governance of the sport.
7    Q    I've heard some people refer to it as the
8  GMC?
9    A    GMC, yes.
10    Q    Is that okay to use that term?
11    A    Uh-huh.
12    Q    Does the GMC determine overall policy and
13  direction as far as which way the USTU or USA Taekwondo
14  is going to go?
15    A    Not necessarily.
16    Q    We heard from Mr. Robert Gambardella
17  yesterday, who was telling us that he's basically the
18  CEO or chief executive officer of the organization.  Is
19  that correct?
20    A    Yes.
21    Q    About when did you become a member of the
22  GMC?
23    A    After the remediation plan was accepted by
24  the USTU executive committee, which was -- I don't know
25  an exact date.  I know it was in early 2004, January or

1  Olympic Committee level for the U.S. Olympic
2  Committee's Athletes Advisory Council.
3        So every sport will have one athlete -- well,
4  actually, two athletes; one representative and one
5  alternate.  And I was the athlete that was representing
6  Taekwondo.
7    Q    And just roughly, when did you get that?
8    A    2000/2004, between 2000 and 2004, that
9  quad.
10    Q    This is 2005 now.  Do you no longer have
11  that position?
12    A    Actually, no.  I mean, according to --
13  there should be another Taekwondo athlete
14  representative to the USOC, but because of the bylaw
15  situation, because of the changing over of the
16  organization, we haven't had that election yet to
17  present a new representative.
18    Q    So you're a carryover until a new one is
19  represented?
20    A    There's some debate about that, but yes.
21    Q    Okay.  Are you currently in a position of
22  management or leadership with USTU with respect to its
23  governance?
24    A    Yes.
25    Q    What would you call yourself?

1  something.
2    Q    Thank you.  Turning now to another area,
3  do you know Mr. Dae Sung Lee?
4    A    Yes.
5    Q    How do you know him?
6    A    From my ties to the former USTU.
7    Q    Roughly, when do you recall meeting him?
8    A    The first time I met him was 1986.
9    Q    Was that as a competitor?
10    A    As a competitor.
11    Q    And what was his role with the USTU in
12  those days?
13    A    Actually, in those days, I couldn't tell
14  you.  I just knew him as an athlete, as a competitor.
15    Q    So he was another competitor?
16    A    Yes.
17    Q    And were you both ever on the same team?
18    A    No.  Well, I mean, yes.  Him as a coach,
19  but not as athletes together.
20    Q    Were you rivals?
21    A    Absolutely.
22    Q    Did you fight in the same weight class?
23    A    Absolutely.
24    Q    Over time, did you ever become friends
25  with him?

**Page 13**

1    A    Very good friends.

2    Q    What notable competitions did you go up

3  against each other in?

4    A    We started out at National Championships.

5  And, obviously, it led up to kind of a pinnacle, the

6  Olympic trials in 1988, where I was fortunate enough to

7  win.  And that was probably the most notable.

8    Q    About when did Dae Sung Lee retire from

9  competition, do you recall?

10    A    Actually, he retired the following year,

11  after '88.  In 1989, he fought in the U.S. team trials

12  to fight me one more time.

13    Q    And after he retired, did he coach, like

14  you?

15    A    Yes.  He was the coach at the Olympic

16  Training Center.  And then shortly after that time, I

17  actually moved to Colorado Springs and became part of

18  the Olympic Training Center team, which he was a coach

19  of.

20    Q    So he was your coach then?

21    A    Yes.

22    Q    And about how long was he your coach at

23  the Olympic Training Center?

24    A    Until 1992.

25    Q    So you were at the Olympic level already

**Page 14**

1  when he was coaching you?

2    A    Yes.

3    Q    And he coached you for how many years

4  roughly?

5    A    '89, '90, '91, '92, so three and a half

6  years.

7    Q    Do you feel he did a competent job as a

8  coach to you?

9    A    For me, yes.

10    Q    Have you ever had any financial

11  relationships with Dae Sung Lee?

12    A    No.  He took my money in gambling a couple

13  of times.  Just playing.

14    Q    You don't hold that against him, though?

15    A    No.

16    Q    As your coach, did you win -- when he was

17  your coach, did you win any notable titles in

18  competition, either national or international?

19    A    I guess you'd have to define as my coach.

20  Was he sitting in my chair?

21    Q    Yes.

22    A    Unfortunately, he wasn't able to sit in my

23  chair very often, so, no.

24    Q    Why is that?  Was there someone else

25  appointed coach?

**Page 15**

1    A    There was, yes, somebody else appointed.

2    Q    I'd like to turn to another area now.  If

3  you know, was one of USTU's functions to select Olympic

4  coaches for the United States team?

5    A    Yes.

6    Q    And it still has that function, as far as

7  you know?

8    A    Yes.

9    Q    And is it correct that USTU is what's

10  known as a National Governing Body for Taekwondo?

11    A    Correct.

12    Q    Did it select an Olympic coach for the

13  2004 Athens Games back in 2003?

14    A    That was the procedure set in motion, yes.

15    Q    Who did it select in 2003?

16    A    Originally, Dae Sung Lee.

17    Q    Do you know -- well, at that time, you had

18  your title as AAC chair, was it?

19    A    No.  I was a rep, AAC rep.

20    Q    AAC rep.

21    A    It wasn't a chair.

22    Q    And were you involved at all in the coach

23  selection process of Dae Sung Lee?

24    A    I wasn't involved as far as the selection.

25  I mean, I did -- there was a mail ballot vote with his

**Page 16**

1  name on it, yes.

2    Q    Did you --

3    A    As far as a procedure or anything like

4  that, no.

5    Q    Did you vote for him?

6    A    Yes.

7    Q    And you talked about your credentials.

8  Why did you think that Dae Sung Lee was suited for the

9  job back in 2003?

10        MR. LEVINSTEIN:  Objection; assumes facts

11  not in evidence.

12        (BY MR. JONES)  Why did you vote for him?

13    A    Because it was the only name on the ballot

14  at the time.

15    Q    Did you feel he was qualified?

16    A    Define qualified.

17    Q    Had the experience necessary to do the

18  job?

19    A    Possibly, yes.

20    Q    Possibly?

21    A    I'd say possibly.

22    Q    Who was the AAC chair in those days?

23    A    Sammy Pejo.

24    Q    Did you talk with Sammy Pejo about how he

25  felt about Dae Sung Lee being the --

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

| | |
|---|---|
| 1 | A    I'm sure I may have at some point. |
| 2 | Q    Did you support Dae Sung Lee in your |
| 3 | conversations with Sammy Pejo? |
| 4 | A    I don't recall. |
| 5 | Q    Were Taekwondo coaches or former coaches |
| 6 | involved in the selection process, if you know? |
| 7 | A    I wouldn't know. |
| 8 | Q    Do you know anything about the selection |
| 9 | process in effect in 2003 in USTU for Olympic coaches? |
| 10 | A    The process or procedures were supposed to |
| 11 | come through the Coaching Science Committee which would |
| 12 | then send that to the Executive Committee, which if |
| 13 | approved at that point would go to the Board of |
| 14 | Governors. |
| 15 | So it originally should have come from the |
| 16 | Coaching Science Committee, which I was a member of, |
| 17 | which I was never a member -- or never involved in any |
| 18 | meeting concerning the pool of coaches that could be |
| 19 | considered.  It was just a -- the chair just put out a |
| 20 | name, and that was the name that was on the list, and |
| 21 | then it was voted on. |
| 22 | Q    I see.  You are saying the Coaching |
| 23 | Science Committee only saw one name? |
| 24 | A    No.  I'm saying that the coaching chair -- |
| 25 | even though there was a committee, there was no |

17

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

| | |
|---|---|
| 1 | A    Young In Cheon and Han Won Lee. |
| 2 | Q    Did you support either of those |
| 3 | individuals when the ballots came up? |
| 4 | A    Either one of them? |
| 5 | Q    Both. |
| 6 | A    For sure Han Won Lee.  Young In Cheon, I |
| 7 | like the guy, but I don't know that I supported him. |
| 8 | Q    Just as an aside, how do you know Han Won |
| 9 | Lee? |
| 10 | A    Han Won Lee was a very good friend of |
| 11 | mine, a coach of the Olympic Training Center, he was a |
| 12 | member of my wedding party, and we were teammates |
| 13 | together.  And in 2000, when I had been coming back for |
| 14 | a few years -- in early 2000, I actually came to |
| 15 | Colorado Springs to train with him at the Olympic |
| 16 | Training Center to prepare myself for the Olympic |
| 17 | trials and the Olympic Games. |
| 18 | Q    Do you remember if Dae Sung Lee's name |
| 19 | came up during the 2000 selection process? |
| 20 | A    I don't remember. |
| 21 | Q    After Dae Sung Lee was appointed in 2003 |
| 22 | to be the Olympic team coach for the U.S. team, did you |
| 23 | stay in contact with him? |
| 24 | A    I'm sure I have.  I mean, we're friends, |
| 25 | so I'm sure we spoke on the phone or saw each other at |

19

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

| | |
|---|---|
| 1 | involvement from the committee, i.e., people like |
| 2 | myself, athlete representation; just the chairman |
| 3 | submitted a name, and that was submitted to the |
| 4 | Executive Committee. |
| 5 | Q    As a member of the Coaching Science |
| 6 | Committee, did you see other names submitted? |
| 7 | A    No, no. |
| 8 | Q    You had that position only in 2003? |
| 9 | A    What position? |
| 10 | Q    Coaching Science Committee? |
| 11 | A    No.  I have been on the Coaching Science |
| 12 | Committee for the whole quad, 2000/2004, for sure.  And |
| 13 | I can't remember if I was actually in '96 to 2000.  But |
| 14 | I know for sure from 2000 to 2004, I was on the |
| 15 | Coaching Science Committee. |
| 16 | Q    How about in the earlier selection |
| 17 | processes that you observed for the 2000 Olympics, for |
| 18 | example; were you involved in that selection process? |
| 19 | A    No.  Actually, I take that back.  I was a |
| 20 | member of the AAC at that time, so I would have had a |
| 21 | vote on it at some point of who the Olympic coaches |
| 22 | would be in 2000.  So in the voting, yes, but in the |
| 23 | procedures to get to those coaches, no. |
| 24 | Q    Just for the record, do you recall who the |
| 25 | 2000 coaches for the U.S. team were? |

18

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

| | |
|---|---|
| 1 | events. |
| 2 | Q    Did he seem excited and happy to be |
| 3 | selected? |
| 4 | MR. LEVINSTEIN:  Objection.  You can |
| 5 | answer. |
| 6 | Q    (BY MR. JONES)  Did he ever voice how he |
| 7 | felt about being selected? |
| 8 | MR. LEVINSTEIN:  Objection; you can |
| 9 | answer. |
| 10 | A    I'm sure he was excited, yes. |
| 11 | Q    (BY MR. JONES)  Were you happy for him? |
| 12 | A    I mean, as a friend, yeah. |
| 13 | Q    Do you know if he did what coaches do in |
| 14 | that position?  By that, I mean, did he appear to be |
| 15 | preparing himself for the upcoming Olympics? |
| 16 | A    We didn't speak on those matters, so I |
| 17 | don't know. |
| 18 | Q    Do you know if he was going to the various |
| 19 | competitions that precede the Olympic Games? |
| 20 | A    I don't know that, no. |
| 21 | Q    You're aware, of course, that Dae Sung Lee |
| 22 | at some point was removed from his position as Olympic |
| 23 | coach for the 2004 Olympics? |
| 24 | A    Yes. |
| 25 | Q    Do you know why? |

20

```
 1        A     Yes.
 2        Q     Tell us in your own words why.
 3        A     There was some concern that the procedures
 4   were not in the best interest of the athlete.  There
 5   was some concern by the Governance and Management
 6   Committee that the procedures weren't fair.
 7             And quite honestly, the direction was the
 8   organization was trying to have the concerns of the
 9   athlete first and foremost.  And we wanted to decide --
10   or choose a coach that was going to -- that had some
11   direct affiliation with some of the athletes,
12   especially only having two people qualify for the
13   Olympic Games.
14        Q     I think you mentioned four things.  First,
15   that the concern that the procedures were not in the
16   best interest of the athletes?
17        A     Of the athletes.
18        Q     Second, that the procedures weren't fair?
19        A     Possibly weren't fair, yes.  They were too
20   subjective.  That's what I'm trying to say.  They were
21   too subjective and not objective.
22        Q     Third, I think you said concern of the
23   athletes?
24        A     Yeah.  We wanted to be more of an
25   athlete-first organization.  It kind of goes back to my
```

```
 1        Q     You're doing fine.  It's just basically an
 2   interview, but it is an under-oath interview to be used
 3   in court.  So we have to respond orally with words
 4   whenever possible, because "uh-huh," "huh-uh," shakes
 5   of the head don't translate.
 6        A     I'm sorry.
 7        Q     But you're doing fine.
 8             Taking the last item first, the fact that
 9   only two people were qualified, when did it become
10   known, if you can recall, that there would only be two
11   people on the team?
12        A     After the final Olympic qualifier -- the
13   first Olympic qualifier is the world qualifier, and the
14   second one is the regional qualifier.  And the regional
15   qualifier was in Mexico City I believe at the end of
16   2003.  And so at that point, we knew that there was
17   only going to be two.
18             Actually, we knew before that that the most
19   that could be -- we only had three chances to qualify
20   people because we only qualified one at the world
21   level.
22        Q     So your best estimate is end of 2003 when
23   that was known?
24        A     Yes.
25        Q     But did you know who those two people
```

```
 1   first point.
 2             MR. LEVINSTEIN:  It was the concern of
 3   the organization.
 4             MR. JONES:  Concern of the organization?
 5             MR. LEVINSTEIN:  That athletes' concerns
 6   would be first and foremost, I think is what he said,
 7   as opposed --
 8        A     Right.  The organization wanted to make
 9   sure that they were going to take care of the athletes,
10   so listen to the athletes first and foremost.  So the
11   concern of the organization to make sure they listened
12   and took the concern of the athletes.
13        Q     (BY MR. JONES)  And then the last thing
14   you mentioned was the factor of only two people being
15   qualified for the U.S. team?
16        A     Uh-huh.
17        Q     Sorry.  Is that a yes?
18        A     Yes.
19        Q     You are doing fine by the way.  I just
20   forgot to go over ground rules.
21        A     I'm sorry.
22        Q     I'm sure your counsel told you a little
23   bit about what to expect today.  But first of all, have
24   you ever had a deposition taken before?
25        A     No.
```

```
 1   would be already at that point?
 2        A     At the end of 2003?  No, we didn't know
 3   the people.
 4        Q     You just knew there was only going to be
 5   two persons?
 6        A     Two spots, yes.
 7        Q     How did that affect the coach selection
 8   process?  What did that mean?
 9        A     Again, we were just trying to -- at that
10   point, we were trying -- the remediation plan was not
11   even in play yet.  But there was some concern by the
12   athletes that were going to be involved in those two
13   categories of who the coach may be.
14             So as an athlete representative, I'm hearing
15   why is this -- you know, are we sure that we want this
16   person to be the Olympic coach?  Are we sure that this
17   person is the best person for the Olympic team?  So I
18   think that had some initial effect on it also.
19        Q     Can you be more specific as to people that
20   were saying these things?
21        A     No.  I mean, again, I speak with all of
22   the athletes on a continual basis, especially at
23   events.  The athletes I'm specifically talking about
24   are the athletes that were in the pool in those two
25   weight divisions, being the women's Bantam/Feather and
```

**Page 25**

1  the men's Light Welter Weight.
2         So the people that were in that pool, they
3  were concerned that, hey, if I make the team, is this
4  the best coach for the team.
5         Q    Let's go back to that period around the
6  end of 2003, the Mexico City competition you were
7  talking about --
8         A    Uh-huh.
9         Q    -- where the pool is small now and you had
10  some idea that there was only going to be two slots.
11         Do you recall who the people were in those
12  two pools that would eventually rise to the top?
13         A    The top two?
14         Q    I know the top two weren't --
15         A    Picked yet.
16         Q    I mean, who were the athletes in those
17  pools that you just spoke of?
18         A    I don't know all of them.  I know a few of
19  them.
20         Q    Was --
21         A    The top two were Steven Lopez, who
22  qualified in one spot, and Nia Abdullah, who qualified
23  at the other spot in Mexico.  After that, I mean, there
24  was just a number of American athletes that we had to
25  fight off.

**Page 27**

1  Lopez I said already.  Simona Hradil.  Nicolette
2  Bourne.
3         Q    (BY MR. JONES)  Okay.
4         A    I forgot her.  Yelena Pisarenko.  Taylor
5  Stone.  I don't remember her being there.  That's it.
6  And then you want the guys?
7         Q    Yeah.  Why don't you identify the page
8  you're reading from the bottom?
9         A    -0036.
10         Q    So are all the men identified on this page
11  in the pool you're speaking of?
12         A    They were in the pool, yes.  Not all of
13  them competed, but they were in the pool, yes.
14         Q    Now, when you told us a few minutes ago
15  that you had spoken with people in these pools toward
16  the end of 2003 that had concerns about who the coach
17  was going to be, can you -- looking at these names, can
18  you name any --
19         A    Sure.
20         Q    -- that you specifically recall had
21  concerns?
22         A    Sure.  Daniel Holmquist, Lynda Laurin,
23  Simona Hradil on the women's side.  On the men's side,
24  Mark Lopez, Tony Graf, Ryan Klonek.  And I'm sure
25  there's some other ones.  Those are the ones I can

**Page 26**

1         Q    Can you think of any other people in those
2  weight divisions who were candidates?
3         A    Sure.  In the women's?
4         Q    Yes.
5         A    Simona Hradil, Danielle Holmquist, Diana
6  Lopez, Elizabeth Mahamed, Lynda Laurin, Sanaz Shahbazi.
7  How many is that right there?
8         Q    I've got seven.
9         A    Seven.  There's more.
10         MR. LEVINSTEIN:  The documents we
11  produced yesterday have long lists of these people.
12  Would that help you?  I'm not trying to take the
13  deposition.  Do you know what I'm talking about?
14         MR. JONES:  It would be fine if you can
15  show it to him, maybe, if it would refresh him.
16         MR. LEVINSTEIN:  These are lists, I
17  think, from the qualifiers in March and April.  I'm
18  referring, just for the record, to USTU0034 and -35 and
19  -36 and -37.
20         THE DEPONENT:  Here we go right here.
21  This should be the Fight Off.  Those are coaches.
22         MR. LEVINSTEIN:  The athletes are here.
23         THE DEPONENT:  Here we go.  So I'm
24  looking for the women.  There you go.
25         A    Jennifer Middleton, she was there.  Diana

**Page 28**

1  pinpoint for sure.
2         Q    And let me ask it this way:  Were any of
3  these people, these six people you just named,
4  concerned about Dae Sung Lee being their coach?
5         A    Yes.
6         Q    Who in particular?
7         A    All of them.
8         Q    Concerned in what way?
9         A    Concerned that they didn't think he would
10  be the best coach for them.
11         Q    Did any of them voice who they felt would
12  be the best coach for them?
13         A    Sure.
14         Q    Let's look at Daniel first.  Who did she
15  voice that she wanted?
16         A    Me.
17         Q    And how about Lynda Laurin, was it?
18         A    Me.
19         Q    And Simona?
20         A    Her own coach in California.
21         Q    And Mark Lopez?
22         A    His brother Jean Lopez.
23         Q    And how about Tony Graf?
24         A    Me.
25         Q    And Ryan?

1     A    Jean Lopez.
2     Q    In your experience -- first of all, let's
3 look at it as a competitor. Is that an unusual thing
4 for a competitor to want their home coach?
5     A    As a competitor, no, I don't think it's
6 unusual.
7     Q    Because they're comfortable with them?
8     A    Of course.
9     Q    Now, switching over to your role as a
10 coach now.
11     A    Uh-huh.
12     Q    What do you think about that, when an
13 athlete comes to you and wants their own coach to be
14 their coach? Obviously, you have situations with teams
15 of people, all with different home coaches in some
16 instances. Is that fair?
17     A    Yeah.
18     Q    I mean, that happens?
19     (Whereupon, there was an interruption
20     in the deposition proceedings.)
21     MR. LEVINSTEIN: Just one thing, the
22 question was fine at the end. But you're sort of
23 asking multiple questions, and then he's answering the
24 last one.
25     MR. JONES: I'll try --

29

1     MR. LEVINSTEIN: I'm sorry. The "he," I
2 wasn't sure.
3     Q    (BY MR. JONES) I'm talking about Han Won
4 Lee.
5     A    Yes. Actually, the third one was a member
6 of his team for many years and had just recently went
7 back to her home town, so pretty close to having three
8 out of the four people on the team.
9     Q    How did Han Won Lee's athletes do in the
10 2000 Olympics?
11     A    We lost. Two of them lost.
12     Q    ** So as it turns out, at least in Han Won
13 Lee's case, the fact that you were pairing up Olympic
14 athlete with home coach did not necessarily translate
15 to success, i.e., medals, is that fair? **
16     MR. LEVINSTEIN: Objection, because there
17 is an issue about him being a coach at the Games versus
18 who sat in the chair as well. So just for the record.
19 Whether Han Won Lee was the coach for the athletes in
20 the competitions is unclear.
21     MR. JONES: Can you read back the
22 question?
23     (Whereupon, the marked question was
24     read back by the Reporter.)
25     A    It's accurate. I won't say it's fair.

31

1     MR. LEVINSTEIN: It's okay. I think he
2 knew which question he was answering, but it's starting
3 to be a dialogue.
4     Q    (BY MR. JONES) We were talking about
5 after your role changed from athlete to coach, seeing
6 things from the other side. When you have a team of
7 multiple members, each with a different home coach,
8 would you agree with me that it's not possible for
9 everybody to bring their own coach?
10     A    It's not possible, but in the best-case
11 scenario, that would be the best-case scenario.
12     Q    Sure. It's correct, is it not, that in
13 past Olympics, where the U.S. Taekwondo team has
14 participated, that the head coach was commonly not the
15 home coach for the athletes on the team?
16     A    Yes.
17     Q    I mean, look at 2000, for example.
18     A    Uh-huh.
19     Q    Young In Cheon, he was the head coach; is
20 that correct?
21     A    That's correct. But Han Won Lee was also
22 the coach, and he had two athletes on the team.
23     Q    Were they people that he'd brought to the
24 team?
25     A    Yes.

30

1     Q    (BY MR. JONES) Okay. Counsel brought up
2 a point about who was sitting in the chair. To the
3 extent you can recall Han Won Lee's athlete and who was
4 sitting in the chair, why don't you describe that?
5     A    Han Won Lee sat in my chair. I was his
6 athlete. And he sat in Barb Kunkel's chair, who was
7 his athlete.
8     Q    And who -- I'm sorry. You were one of Han
9 Won Lee's athletes?
10     A    Uh-huh.
11     Q    Yes?
12     MR. LEVINSTEIN: Yes?
13     A    Yes. Sorry.
14     Q    (BY MR. JONES) And he was not sitting in
15 your chair?
16     A    He was sitting in my chair.
17     Q    And did you win a medal?
18     A    Not that time, no.
19     Q    And so with Han Won Lee sitting in your
20 chair, you still were not successful?
21     A    That's what I said.
22     Q    Did the fact that the management and
23 athletes at USTU knew that there would only be two
24 athletes going to the 2004 Olympics as of late 2003, or
25 at least perceived that way, did it affect the coach

32

**Page 33**

1  selection process; by that, I mean, the number of
2  credentialed people that would be going?
3      A    At that time, we didn't know.  At the end
4  of December, we didn't know exactly that we would have
5  one credentialed or two credentialed or three
6  credentialed; we didn't know that until later on.
7      Q    Because in the past, it's happened that
8  there were more than one coach; isn't that true?
9      A    Yes, because we had more athletes qualify.
10     Q    The more athletes you had the more
11 positions --
12     A    Exactly.
13     Q    -- credentialed positions for staffing
14 coaches?
15     A    Generally, yes.
16     Q    Focusing on some of these other rational
17 or reasons for altering, or shall I say, removing Dae
18 Sung Lee from his position --
19         MR. LEVINSTEIN:  Objection.  That's
20 not . . . go ahead.  Misstates the record.
21     Q    (BY MR. JONES)  Two of the reasons you
22 gave, one them was concern that procedures were not
23 in the best interest of the athlete.  The third one
24 sounded similar.  By that, I mean it said concerns of
25 the organization that the athletes' interests would be

**Page 35**

1  we felt as -- I can't say as a group.  Myself and the
2  people that I spoke with were concerned that that was a
3  reflection on the job that you could possibly do when
4  you're coaching the current athletes.
5      Q    Is it correct that under the old
6  procedures, coach selection procedures for Olympic
7  coach -- by that, I mean, the ones that were in effect
8  in 2003 -- that at least the written procedures kind of
9  focus in on one thing, which is prior coaching
10 experience?
11     A    Again, I never seen the procedures written
12 out.  They were never placed in front of me where I
13 could tell you what they were.
14     Q    Ah.  So when you just testified just now,
15 it was with no understanding of what the written old
16 procedures were?
17     A    The procedures that I understood were
18 given to us by the Coaching Science Committee was just
19 a name.  There was not an identification of this is
20 what we're looking for, this is the person that we're
21 looking for, this is the pool of people.
22     Q    So as you sit there today, you don't know
23 what those old written coach selection procedures said
24 about what their criteria were?
25     A    Not specifically, no.

**Page 34**

1  promoted, something along those lines.  Are they
2  similar, or are they different in your mind?  If
3  they're different, I would just like to know --
4      A    I think one comes from the athletes.  I
5  think my initial one is from the athletes saying that
6  we have some concerns, and we want to be heard and we
7  think we should have some input.
8          The second one kind of follows along that the
9  administration was saying, okay, we are going to listen
10 to your athlete, we are going to be concerned with some
11 of your thoughts and ideas, and so we're going to take
12 those into consideration.
13     Q    Okay.  Tell me what about the previous
14 procedures were not in the best interest of the
15 athlete, if you can?
16     A    Quite honestly, there was -- I never seen
17 the procedures.  And if there was procedures, from my
18 understanding, they were very subjective.
19         There was no objective criteria, i.e., how
20 many people do you have on the team; i.e., how many
21 people are you coaching in the team trials, those type
22 of things; and i.e., how have your current athletes
23 been faring in the international competitions?
24         And that was very important to the athletes.
25 As an athlete body, that was a major concern, because

**Page 36**

1      Q    We've been going about 45 minutes.  Do you
2  want to take a short break?
3          MR. LEVINSTEIN:  Anyone gets to ask for a
4  break, my general rule.
5          (Deposition Exhibit No. 75 was marked
6          for identification.)
7          (Recess taken from 9:46 a.m. to 9:54
8          a.m.)
9          (Whereupon, the deposition proceedings
10         reconvened without the presence of
11         Mr. Lee.)
12     MR. JONES:  While we were off the record,
13 we went ahead and marked as Exhibit 75 the list of
14 names, and the document is described as "2004 Olympic
15 Qualification Fight Off, May 8, 2004 - Colorado
16 Springs," identified as USTU Document No. 00036.
17     Q    (BY MR. JONES)  Before we went off the
18 record, Mr. Moreno, we were talking about the reasons
19 for Master Dae Sung Lee being removed from his position
20 as U.S. Olympic coach in two thousand -- the
21 appointment being in 2003, and focusing on one or two
22 of those factors that involved concern for athletes; is
23 that fair?
24     A    Yes.
25         (Whereupon, Mr. Lee rejoined the

**Page 37**

1   deposition proceedings.)

2   Q   (BY MR. JONES) Do you recall that?

3   A   Uh-huh.

4   Q   Can you just state one more time what

5 about the old procedures that you felt were not in the

6 best interest of the athletes, if I can phrase it in

7 that way?

8   A   Being a member of a few Olympic teams, as

9 an athlete, the concerns were that they weren't in the

10 best interest of the athletes. The athlete had no

11 voice in it, and the athletes were just given a coach.

12 So it seemed that it was very subjective instead of

13 objective.

14   Q   There was a ballot system in effect with

15 voting; is that correct --

16   A   Yeah.

17   Q   -- in 2003?

18   A   On the Executive Committee level, yes.

19   Q   And there was an AAC chair whom you

20 identified as Sammy Pejo; is that correct?

21   A   Yes.

22   Q   And he exercised 20 percent voting power?

23   A   No. He was one of -- I mean, there was --

24 if I'm not mistaken, there's three athletes on the --

25 that represented 20 percent on the Coaching Science

**Page 39**

1 about the Coaching Science level.

2   MR. LEVINSTEIN: He just said there was

3 no vote.

4   A   There was no vote.

5   Q   (BY MR. JONES) Okay. Was there any

6 discussion?

7   A   Not that I was a part of.

8   Q   All right. And at the level, the next

9 level, which would be the Executive --

10   A   Executive Committee.

11   Q   -- Executive Committee level, what do you

12 know about what happened there?

13   A   Then there was a name on the list, i.e.,

14 Mr. Dae Sung Lee; and then it was voted on by the

15 Executive Committee.

16   Q   Would a certain number of people have to

17 approve --

18   A   Yes.

19   Q   -- of that name?

20   A   Yes.

21   Q   And was it a majority, if you know?

22   A   I don't know.

23   Q   And those persons representing athletes'

24 20-percent interest on that committee could choose to

25 vote or not vote for Dae Sung Lee; is that true?

**Page 38**

1 Committee.

2   Q   I'm sorry. So actually you had three

3 people who constituted 20 percent voting power?

4   A   On the Coaching Science Committee.

5   Q   On the Coaching Science Committee?

6   A   Correct.

7   Q   And they voted on the ballot, but the

8 ballot, you said, had one name?

9   A   No. The ballot was given -- recommended

10 to the Executive Committee by the coaching chair. So

11 what I told you is that the athletes -- I can't speak

12 for the other two, but myself being one of those 20

13 percent never had input on who we were going to

14 nominate to the Executive Committee.

15   So now the coaching chair gives a name to the

16 Executive Committee, and at that point, a different

17 group of 20 percent on the Executive Committee voted on

18 that. On that, yes, I did vote. There was more than

19 three.

20   Q   Okay. And at the next level, is there a

21 20-percent athlete representation?

22   A   On every vote on any committee there

23 should be 20 percent minimum.

24   Q   And so the vote, to use that term loosely,

25 would be over what at the first level? Let's talk

**Page 40**

1   A   That's true.

2   Q   And if the requisite percentage majority,

3 or whatever you want to call it that was required to

4 successfully appoint an Olympic coach, was not

5 obtained, then that person, including Dae Sung Lee,

6 would not have been selected; is that fair or is that

7 correct?

8   A   Close. It would be, once it was approved

9 by the Executive Committee, it still had to go to the

10 board of directors. So it wouldn't be done yet. It

11 would just be one step closer.

12   Q   Now, which of those two levels do you

13 think are not in the athletes' best interest, or do you

14 think both levels that we've just discussed under the

15 old system of selection was not fair?

16   A   I think both. But I was more concerned

17 with the Coaching Science Committee.

18   Q   And that's because there wasn't a vote?

19   A   That's because there was never a meeting

20 with all the committee members, there was never a

21 discussion ever. I was on the Coaching Science

22 Committee for four years and never went to or attended

23 or ever heard of one meeting ever. So that was a big

24 concern, as an athlete advocate, for me, in any

25 coaching capacity.

1    Q    So your understanding, at least at the
2  first level, the Coaching Science Committee level, is
3  that the chair of that committee would be the person
4  that got to do the decision making, if you will?
5    A    That was my understanding.
6    Q    And how did he get the names to make that
7  decision, if you know?
8    A    I don't know.
9    Q    Do you know if he was given more than one
10  name to choose from?
11    A    I don't know.
12    Q    Looking at the last factor or reason you
13  gave, procedures possibly weren't fair, too subjective
14  I think is what I have in my notes, is that a fair
15  summary of what you said?
16    A    A fair summary.
17    Q    Were you talking about something else
18  about the coach selection process when you said that,
19  or the same thing that we just went over?
20    A    The same thing we went over.  I mean, it
21  wasn't fair because athletes didn't have input in the
22  initial procedure.
23    Q    Let's focus on 2003 for just a second.
24  Who was the chair of the Coaching Science Committee
25  that sat when Dae Sung Lee's name was submitted by --

1    A    Three.
2    Q    One of three.  And so there were 15 people
3  on the committee?
4    A    Quite honestly, I'm not sure.
5    Q    Somehow, though, the athletes were
6  represented by 20 percent on that committee?
7        MR. LEVINSTEIN:  Or more.
8    A    Or more.  Which they never gave us more.
9  You guys know that.  At any level.
10    Q    (BY MR. JONES)  Before I forget, we talked
11  about the kind of feedback you were getting from the
12  athlete pool in late 2003, you know, about them
13  preferring their home coach, if possible?
14    A    Yes.
15    Q    Did you hear any more of that type of
16  feedback as the pool got smaller during subsequent
17  competitions?
18    A    More, more so.
19    Q    Would it be the same people that we talked
20  about or different people?
21    A    After that -- after those people, we
22  narrowed it down to four athletes.
23    Q    And tell us who those four athletes --
24    A    Those were, on the women's side, Nia
25  Abdullah, Diana Lopez; on the men's side, Steven Lopez

1    A    A gentlemen by the name of Byung Won Kang.
2    Q    Why don't you describe what relation you
3  had with him, if any?
4    A    Not much.  Just knowing him from the
5  organization.
6    Q    What is his background, if you know?
7    A    What do you mean background?
8    Q    Coaching, competitor?
9    A    I'm sure -- he coached on a domestic level
10  a few times, and he was a referee, I'm sure, at some --
11  I shouldn't say for sure.  I don't know for sure.
12  That's it.  State president.
13    Q    And would it be fair that you do not know
14  who he talked to before he made his decision to submit
15  Dae Sung Lee's name to the next level?
16    A    I have no idea who he spoke with.
17    Q    You don't know whether he consulted with
18  persons who had athletes' interests in mind?
19    A    He may have or he may not have.  But,
20  again, all I was concerned with was my 20-percent
21  representation on that committee.  So his obligation
22  was to talk with us as a committee member, which he
23  didn't.
24    Q    I'm sorry.  Were you one of five people on
25  the committee?

1  and Antony Graf.
2    Q    And Nia Abdullah's feedback to you, if you
3  recall?
4    A    Her feedback was that she would like her
5  own coach.
6    Q    And who was that?
7    A    At that time, it was the OTC resident
8  coach.
9    Q    Do you remember his name?
10    A    Kim Chul Ho -- Chul Ho Kim.
11    Q    We are talking early 2004, by now?
12    A    Oh, no.  We're talking in June of 2004.
13  Actually, I should say -- no, it would be right after
14  the first -- the final qualifier, which was in -- was
15  this May?  In May.
16    Q    In May 2004?
17    A    Uh-huh.
18    Q    And Diana Lopez said what in the form of
19  feedback on coaching selection?
20    A    Her coach, Jean Lopez.  That would be the
21  same for Steven.
22    Q    And Mr. Graf requested you again?
23    A    Yes.
24    Q    Now, you were appointed to the GMC in
25  February 2004?

**Page 45**

1     A     Roughly.

2     Q     Roughly.  I'm not sticking you to exact

3  dates here.  But by May 2004, you already had a

4  position as GMC member, right?

5     A     Yes.

6     Q     And when these four athletes from the

7  final pool voiced their concerns, their desires to have

8  their home coaches, how were they voiced?  Were they

9  voiced directly to you?

10    A     Yes.

11    Q     Did they know you were on the GMC?

12    A     I don't know.

13    Q     Did they know you were in a position of

14  greater authority than you had before?

15    A     I can speak for Tony Graf, but I can't

16  speak for the other three.

17    Q     What do you believe Tony knew about the

18  changed situation?

19    A     Tony is my athlete.  So he knows where I

20  live, what I eat, what I do on a daily basis.  So he

21  knows that I was on the Governance Management

22  Committee.

23    Q     During this period between late 2003 and,

24  let's say, May 2004, were you contacted by any of the

25  coaches -- home coaches for these people --

---

**Page 46**

1     A     I can't --

2     Q     -- about coach selection specifically?

3     A     Late -- yes, I'm sure at the end of 2003

4  and absolutely positively towards the end, by May and

5  June.

6     Q     2004?

7     A     2004, sorry.

8     Q     Which coaches contacted you about coach

9  selection?

10    A     Jean Lopez.  I'm trying to think of the

11  earlier -- Georgie Martinez.  Of course, Paris Amani.

12  Those are the ones off the top of my head that I can

13  remember.

14    Q     Let's take them one at a time.  Jean Lopez

15  first.  Did he contact you by telephone, in person?

16    A     More in person at events.

17    Q     And to the best of your knowledge, what

18  did he say to you about coach selection in this period?

19    MR. LEVINSTEIN:  Just one clarification.

20  In the middle of that period, criteria are issued that

21  everyone knows about that makes it clear that the home

22  coach has to be selected.  So before and after is

23  different time frames.

24    I mean, once the rules were in place,

25  they were talking about how the procedures worked as

---

**Page 47**

1  opposed to what they should be.  So it's a broad time

2  frame.

3     MR. JONES:  Fair enough.  I'll try to

4  narrow it down and establish more precise time frames

5  for these conversations.

6     MR. LEVINSTEIN:  Sure.

7     Q     (BY MR. JONES)  Let's take Jean Lopez

8  first.  Best of your knowledge, how many times did he

9  talk to you about the coach selection before the actual

10  selection took place for the new coach?

11    A     I can't remember.  We've had numerous

12  conversations in passing here and there.  I couldn't

13  give you a number.

14    Q     Why don't you just summarize the kinds of

15  conversations and kinds of statements he made to you

16  about the position?

17    A     Steven Lopez was definitely one of the

18  athletes that was projected to make the Olympic team.

19  He was a two-time world champion and a current reigning

20  Olympic champion.  And he was very concerned with who

21  was going to sit in his chair and who was going to help

22  him out and who was going to help prepare him.  So he

23  wanted to be considered for that coaching spot.  That

24  was the general topic.

25    Q     And roughly when did Jean Lopez first

---

**Page 48**

1  voice those kinds of desires to you?

2     A     I don't remember.

3     Q     Would it be as early as late 2003 at the

4  Mexico City event?

5     A     I don't recall.  I couldn't give you

6  that -- I couldn't say for sure.

7     Q     Was it before the new coaching selection

8  criteria were discussed?

9     A     Again, that time frame was so hazy.  Jean

10  Lopez has desired to be a coach for a long time and had

11  athletes on the national team for quite a few years.

12  So I can't remember if it was exactly at that time or

13  before that or after that.  I couldn't tell you.

14    Q     When you say Jean Lopez has voiced a

15  desire to have the position for a long time, how far

16  back are we talking?

17    A     Not just that position.  Just being a

18  member of the coaching staff.

19    Q     So it might have happened before the new

20  coaching selection criteria, or it might not have?

21    A     It might have.

22    Q     Okay.  Did he ever put those desires into

23  writing in the form correspondence, e-mail to you?

24    A     I don't know.  Not to me personally.

25    Q     Was he more in the habit of just talking

4/6/2005 Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

1    to you about those sorts of things?

2        MR. LEVINSTEIN:  Objection.

3        THE DEPONENT:  Answer?

4        MR. LEVINSTEIN:  (Counsel nodded.)

5       A    I won't say he was in the habit of talking

6    to me.  We weren't the best of friends and we're not

7    the best of friends.  But he would voice his concerns

8    to me on different occasions.

9       Q    (BY MR. JONES)  Let's jump down to Paris

10   Amani.  He is a Taekwondo teacher from the same school

11   as Jean Lopez; is that right?

12      A    They have a business together.

13      Q    In Texas?

14      A    In Texas.

15      Q    What did Paris Amani say to you about the

16   coach selection?

17      A    Very similar to what Jean said.  His

18   concern was for his athletes, who he directly helps

19   train, and wanted to make sure that they were taken

20   care of to the best possible scenario.

21      Q    And Paris' statements to you were what,

22   that he felt Jean was the person to protect Steven's

23   interest in competition?

24      A    I wouldn't even say that he used Jean's

25   name, per se.  He just was not real confident in the

49

---

1       Q    (BY MR. JONES)  He was before the final

2   four?

3      A    Before the final four.

4      Q    What did he say?

5      A    Similar -- similar to what all my

6   conversations were with different coaches and athletes.

7   They just wanted to make sure whoever was on the team,

8   they were going to be comfortable and have the best

9   possible chance to win and the best possible training

10   environment.  And if his athlete got there, he would

11   like to be considered for a coaching position because

12   he knew that she would be more comfortable with him

13   than anybody else in the country.  A similar thing

14   among all the coaches.

15      Q    And would it be correct that he talked to

16   you sometime in between the end of 2003 and coach

17   selection?

18      A    Again --

19      Q    The passage of the new coach selection

20   criteria?

21      A    After it was passed?  I don't think he

22   talked to me after that, because then he knew the

23   objective criteria.  He knew by then he wasn't in the

24   mix.

25      Q    Okay.  We've gone over the reasons why Dae

51

---

4/6/2005, Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

1    current selection of who the coach was.  He may have

2    mentioned that he would like to be the coach.

3       Q    Really?

4      A    Uh-huh.  He was part of the coaching

5    staff.

6      Q    Coaching staff of?

7      A    Oh, I mean Jean and Paris worked together.

8    They considered themselves equal.

9       Q    He wasn't affiliated with USTU.  When you

10   say coaching staff, you mean the Texas school?

11      A    Yeah, their own program.

12      Q    So he might have lobbied for himself?

13      A    He may have.

14      Q    Again, time frame?  Are we talking before

15   or after the new coaching selection criteria when Paris

16   Amani approaches you?

17      A    More than likely before.

18      Q    And George (sic), is it Martinez?

19      A    Uh-huh.

20      Q    I'm sorry.  I don't know who he is.

21      A    Should you?

22      Q    Who is George (sic) Martinez?

23      A    He's a coach for Taylor Stone, one of the

24   athletes in the pool.

25       MR. LEVINSTEIN:  He is on Document -36.

50

---

1    Sung Lee was withdrawn.  I'd like to just retrace with

2    you, as best you can recall, the chronology of how that

3    happened.

4      A    Okay.

5      Q    First of all, do you recall when Dae Sung

6   Lee's name was withdrawn?

7      A    No.

8      Q    Do you remember whether it was in 2004?

9      A    Officially in 2004?  I would assume.  I

10   don't know the exact date or the exact month.

11      Q    Do you remember when it was first even

12   discussed among the GMC, assuming you got appointed in

13   February?

14       MR. LEVINSTEIN:  Objection.  *It was

15   discussed*?  Removing Dae Sung Lee or new selection

16   criteria?

17      Q    (BY MR. JONES)  I'm talking about removing

18   Dae Sung Lee.

19      A    I don't think we ever specifically talked

20   about removing an individual.  We talked about

21   making -- having a new coaching selection criteria.

22      Q    So as you sit here today, you cannot

23   recall ever specifically discussing the removal of Dae

24   Sung Lee in your capacity as a GMC person?

25      A    I think I would say that because we

52

1   were -- by virtue of maybe changing the criteria or the
2   procedures to objective criteria, that involved
3   possibly removing him or possibly changing him --
4   changing the coaching position.
5       So did we single out Dae Sung Lee and say we
6   are thinking about removing Dae Sung Lee?  No.  Were we
7   thinking about changing the procedures to a more
8   objective criteria?  Yes.  By virtue of that . . .
9       Q    Turning over to that topic, the changing
10  of the prior coaching selection criteria to something
11  else, your best memory as to when that was first
12  discussed?
13      A    Had to be probably in one of my first
14  couple of meetings on the Governance Management
15  Committee.  So February, March.
16      Q    Do you remember who brought up the topic?
17      A    No, I don't remember who brought it up.
18      Q    Do you recall it was brought up by -- did
19  Mr. Gambardella attend that meeting, the first meeting?
20      A    The first meeting?  So many meetings, I
21  don't remember.
22      Q    Do you remember if he was the one who
23  brought up the topic?
24      A    No.
25      Q    And anyhow, it came up and was introduced

1       Q    It's all right.  Did the committee --
2   pardon me.  Did GMC have the old criteria in front of
3   it when they were making those kinds of -- having those
4   kinds of discussions?
5       A    I'm not sure if they had it in front of
6   them.  But they were aware.  They were looking for the
7   criteria.  They were -- we were starting in this
8   discovery phase of how this person was selected, in
9   what form or fashion were they appointed or selected as
10  a coach and team leader.
11      Q    Do you remember saying anything in those
12  initial discussions amongst the GMC about coach
13  selection?
14      A    I'm sure I did.  I wasn't just quiet.
15      Q    What sorts of points do you recall
16  bringing out?
17      A    So many conversations.  Again, I'm an
18  athletes' advocate.  And whether someone is my friend
19  or not, I want to make sure that the athletes are taken
20  care of first and foremost.
21      So on that committee, that's where I served
22  best, is as an athletes' voice.  So my concerns were
23  with whoever makes this Olympic team, knowing that
24  there's only going to be possibly two people, there is
25  going to be two athletes, we need to make sure that the

1   by somebody?
2       A    At some point, yes.
3       Q    And what was the gist of the first
4   discussion that you can remember?
5       A    We were -- one of our jobs was to
6   restructure the governance of the sport and to look at
7   all the phases of that; coaching criteria, referee
8   criteria, all those types of things.
9       So we were bombarded with a huge task.  And
10  because the Olympic Games was fast approaching us, that
11  became one of our major concerns at the beginning.  Was
12  the coaching criteria objective or subjective?  Is it
13  in the best interest of the athletes?
14      So we started having a dialogue on that.  Of
15  course, our job was restructuring the governance.  So
16  both of those was mixed, but that was the -- gist
17  of the conversation was, was the criteria subjective or
18  was it objective?  Does it serve the best interest of
19  the athletes, yes or no?
20      Q    When you say the criteria, are you talking
21  about the old criteria?  Was the old criteria
22  subjective or objective?
23      A    Uh-huh.
24      Q    Yes?
25      A    Yes.  Sorry.

1   athletes are comfortable and taken care of objectively.
2       Q    So you might have said something along
3   those lines?
4       A    Yes.
5       Q    But as you sit there today, can you
6   remember anything specifically that you said?
7       A    Specifically, no.
8       Q    Because I'll represent to you that the
9   minutes don't say much about what the individual people
10  said.
11      A    Those minutes are also very rough minutes.
12  We had a long conversation, and they're just the
13  general points of topics of what we speak.  I don't
14  think everything is recorded verbatim, word for word.
15      Q    And it's correct that nobody recorded
16  meetings; isn't that true?
17      A    Correct.
18      Q    I mean, using a cassette tape or
19  something?
20      A    No.  We had someone taking minutes.
21      Q    Who was the person taking minutes, if you
22  remember?
23      A    Generally, Virginia Witte.  I don't know
24  on the meeting that you're referring to, but she is
25  generally the one who takes our minutes.

**Page 57**

1    Q   Do you have any recollection of how many
2  meetings you had or how many discussions you had within
3  meetings about coach selection?
4    A   No, I don't have a recollection. We had a
5  lot on our plate.
6    Q   So there were discussions. And, you know,
7  earlier you gave four reasons in response to a question
8  about why Dae Sung Lee was removed. Are those reasons
9  you gave your understanding of the GMC's reasons for
10  changing the coach selection criteria?
11    A   Again, I can't speak for the other four
12  members. Those were my concerns. And as sporting
13  people, I'm sure those were their concerns, but we'd
14  have to ask them.
15    Q   All right. So these discussions went on.
16  And at some point, did a consensus arrive as to, yes,
17  we want to change them, or no, we don't, and how did
18  that happen?
19    A   Again, the specific meeting, I'm not sure,
20  but there was a consensus. At the time, then Bob
21  Gambardella was our CEO. We were trying to do --
22  separate the two bodies as one on governance, and the
23  other one on staffing, on the day-to-day operations.
24    At some point, I think we asked Bob
25  Gambardella to explore writing some procedures. And

**Page 58**

1  then, of course, we would come back on the committee
2  and discuss them and talk about them and give final
3  approval to be recommended to the USOC.
4    Q   So the committee kind of, as a group,
5  asked Bob Gambardella to --
6    A   Bob Gambardella to start exploring the --
7  to do some initial ground work on some coaching
8  procedures.
9    Q   Were any suggested criteria given to him
10  by the committee for new coach selection?
11    A   Again, I can't remember it specifically,
12  because we did have a roundtable type of discussion. I
13  know that we also thought that Kelly Skinner, who was a
14  representative on the U.S. Olympic Committee at Sports
15  Partnership, should be involved in it also.
16    Again, I just remember having a roundtable on
17  a telephone conference talking about different things
18  that could be included. Again, we were just trying to
19  be very objective and very simple, very to the point.
20    Q   Were you ever involved with -- well, you
21  testified earlier that you didn't know what the old
22  coaching selection criteria were; is that true?
23    A   Yes.
24    Q   And is it also fair to assume, then, that
25  you were not involved in writing and -- in writing the

**Page 59**

1  old coach selection criteria for the USTU?
2    A   Writing them?
3    Q   Writing them?
4    A   I didn't write it.
5    Q   And is it also fair to assume that you
6  don't know the precise procedures that coach
7  selection -- coach -- let me rephrase that.
8    You're not familiar with the normal
9  procedures for passing new coach selection criteria
10  through USTU and then to USOC?
11    MR. LEVINSTEIN: Objection.
12    Q   (BY MR. JONES) By that, I mean I'm
13  talking about the kinds of procedures provided for in
14  the USOC bylaws.
15    A   You'd have to ask legal on that. I don't
16  concern myself with those.
17    Q   Fair enough. So you do not know whether
18  it's normal for a person like Kelly Skinner, from the
19  USOC, to be brought into the coach selection process
20  for individual NGBs, do you?
21    MR. LEVINSTEIN: Objection.
22    A   Again, you would have to -- that's a legal
23  thing.
24    Q   (BY MR. JONES) Do you have any
25  recollection of who suggested that Kelly Skinner be a

**Page 60**

1  part of the --
2    A   Uh-huh.
3    Q   -- coach selection writing or formulation
4  process?
5    A   I have been involved -- I don't know who
6  exactly -- exactly who suggested. But I will say this,
7  even in the past administration, Kelly has been super
8  helpful when we were trying to decide who -- what
9  weight divisions we were going to send. He was
10  extremely helpful in making sure that we crossed our Ts
11  and dotted our Is.
12    So he had been involved in some other things
13  on which Mr. Dae Sung Lee was a member of, on some of
14  those committees and in some of those conversations.
15  So he had served us well in the past. It was common
16  sense to involve him in this stuff.
17    Q   After the GMC asked Bob Gambardella to do
18  some initial ground work on coach selection procedures,
19  what happened next, if you can remember, on coach
20  selection?
21    A   Then it came back to the Governance and
22  Management Committee. We discussed it, all agreed that
23  it looked very objective, and directed him -- him and
24  Steve Locke, who was the chair of the Governance and
25  Management Committee, to send the procedure or proposal

1  to the USOC for approval or non-approval.
2      Q     And your recollection as to how many
3  versions of the new coach -- written coach selection
4  criteria there were, if there were more than one
5  version?
6      A     I don't know.  I don't remember.
7      Q     As you sit here today, you just remember
8  one written item being looked at and discussed?
9      A     I remember just a version coming to the
10 Governance and Management Committee; again, us talking
11 about it; and we all thought it looked very clear and
12 to the point and objective.  And that was it.  So to my
13 best recollection, I'll say one.
14     Q     How did voting work when something like
15 coach selection criteria was being voted upon?  Was it
16 majority rules, or did you require a unanimous vote of
17 the GMC before something would go forward?
18     A     Again, I'm not a bylaws and governance
19 kind of person.  I know we were unanimous.  I know it
20 was a 5 and 0.  But I don't know if it needed to be a
21 majority or two thirds.  I'm not sure.
22     Q     Your recollection is that when the written
23 coaching selecting criteria were decided upon, that it
24 was a unanimous approval?
25     A     Uh-huh.

1  we all have five different personalities, we have five
2  different views on things, and we didn't always agree
3  on everything.  So there were some times where we would
4  go back and forth, back and forth, and try to prove our
5  points, and then when we vote, we vote.
6      Q     But as you sit here today, you can't
7  recall any three-two vote situations?
8      A     No, I can't recall.
9      Q     How about any four-one situations?
10     A     I know there were, but I can't remember
11 the exact reason or what we were voting on.
12     Q     Okay.  So getting back to coach selection,
13 there was a unanimous approval of the written criteria?
14     A     Yes.
15     Q     And those were the same criteria that were
16 used with respect to Jean Lopez?
17           MR. LEVINSTEIN:  Objection.
18     A     They weren't for Jean Lopez.  They were
19 the ones posted and the ones that we followed, yes.
20     Q     (BY MR. JONES)  What I mean is, the
21 process by which Jean Lopez became --
22     A     The coach.
23     Q     -- the coach of the U.S. team?
24     A     Yes.
25     Q     And roughly, do you recall the time frame

1      Q     Yes?
2      A     Yes.
3      Q     Was there ever any decisions of the GMC
4  where there was not unanimous approval, but there was
5  still approval?  In other words, three out of five or
6  something?
7      A     For the coaching?
8      Q     No, just --
9      A     Anything?
10     Q     -- other situations?
11     A     Oh, sure, yes, there was.
12     Q     I'm just trying to understand --
13     A     There was some times.
14     Q     And if there was three out of five, was
15 that considered an affirmative?
16           MR. LEVINSTEIN:  Objection.
17     A     Honestly, like I said, I can't remember.
18 I don't know if you needed three out of five or if you
19 needed two-thirds, or whatever the case may be.  Quite
20 honestly, I don't think we have ever been three to two,
21 but I can't be 100 percent sure on that.
22     Q     (BY MR. JONES)  So would it be fair to say
23 that -- it sounds like the style of the GMC committee
24 was to try and arrive at a consensus on issues?
25     A     I won't say that it was a style.  I think

1  or the month when new coach selection criteria were
2  unanimously approved by the --
3      A     When it approved, just the procedures?
4      Q     Yes.
5      A     Late March, April.
6      Q     Now, what were the new criteria for coach
7  selection that were passed by the GMC, just in your own
8  understanding?
9      A     I know we have a document somewhere.  Off
10 the top of my head, I know it was how many members on
11 the team, what their -- those athlete members' record
12 was over a certain time frame.  I can't remember
13 exactly.  I know we have a document.  I know it's been
14 produced.
15     Q     Assuming your summary just now was
16 correct, and it sounded pretty good, given that one of
17 the key -- or the key criteria was number of athletes
18 placed on the Olympic team, is it correct that coach
19 selection could not really happen until the actual U.S.
20 Olympic team was determined?
21     A     Yes.
22     Q     Were any prospective coaches' names
23 discussed by the GMC before coach selection criteria
24 were unanimously approved?
25     A     Before it was approved?

4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue) Case 1:04-cv-00461-SOM-LEK Document 245-3 Filed 03/21/2006 Page 18 of 44

4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)

**[Page 65]**

1    Q    Before the new coach selection criteria,
2  were new coach names discussed?
3    A    I don't believe so.  I don't recall.
4    Q    Was Jean Lopez's name ever discussed
5  before the new coach selection criteria were
6  unanimously approved?
7    A    Again, I don't recall.  I mean, Steven
8  Lopez is a high profile athlete.  We spoke about him
9  and his accomplishments, and it could have been brought
10 up.  I don't recall.
11   Q    Do you recall bringing up Jean Lopez's
12 name?
13   A    Me?
14   Q    (Counsel nodded.)
15   A    Probably not.  I don't recall.
16   Q    I'm talking about before the new coach
17 selection criteria.
18   A    No.  I don't recall.
19   Q    After coach selection criteria were
20 unanimously approved, what happened next with respect
21 to coach selection?  Did the committee wait for the
22 finals -- final qualifiers or --
23        MR. LEVINSTEIN:  Just for the record,
24 there's also approval by the USOC.  So I'm just -- I
25 just want to be --

**[Page 67]**

1  you --
2        MR. LEVINSTEIN:  I'm just referring to
3  USTU00037, the page with the four names and the fight
4  off.  And the top says, "2004 Olympic Trials June 5,
5  2004, San Jose."
6        MR. JONES:  All right.
7    Q    (BY MR. JONES)  And was coach selection
8  discussed again after the team was selected?
9    A    Yes.
10   Q    At the next meeting or before that, or in
11 some other fashion?
12   A    I believe the next meeting.
13   Q    And what do you recall was discussed at
14 the next meeting?
15   A    There was obviously only two coaches that
16 were -- according to the criteria, that fit the
17 definition.  And we went through the first phase.  If
18 they both met the criteria, good; then we just kept on
19 going down until it was narrowed down to the one.
20   Q    Did the GMC committee discuss two names
21 then?
22   A    Yes.
23   Q    And what were the two names?
24   A    Jean Lopez and Chul Ho Kim.
25   Q    Why was Chul Ho Kim's name considered?

**[Page 66]**

1        MR. JONES:  Sorry.
2        MR. LEVINSTEIN:  That's okay.
3    Q    (BY MR. JONES)  Let's walk through that.
4        MR. LEVINSTEIN:  What happened next is
5  kind of a confusing question.
6    Q    (BY MR. JONES)  Do you know what happened
7  after the committee approved of the final -- the new
8  coach selection criteria?
9    A    Well, the GMC approved of it and directed
10 Bob to -- Bob Gambardella to send it to the USOC for
11 their approval.  Once that was approved, then we just,
12 I think -- you want to ask your question again, then
13 what happened?
14   Q    Yeah.  Then what happened then?
15   A    Then we had nothing to do until after --
16 according to the criteria, to wait until after the
17 final Olympic trials was finished and the athletes
18 were -- had won their spot on the team.  Then after
19 that, then we started putting the -- see who met the
20 criteria.
21   Q    The final team selection and final
22 qualifiers happened when?
23   A    June -- it was in San Jose.  June 5th or
24 June 4th, 2004.  June 5th.
25   Q    June 5th, 2004, your counsel is showing

**[Page 68]**

1    A    Because of his athlete, Nia Abdullah.
2    Q    Is it your understanding that Chul Ho Kim
3  discovered Nia Abdullah?
4    A    Discovered her?
5    Q    (Counsel nodded.)
6    A    I don't know what that means.
7    Q    When you say Nia Abdullah was his athlete,
8  what do you mean by that?
9    A    She trained at the Olympic Training Center
10 with him.  She was on his team.
11   Q    Okay.  Did she have any other coaches
12 during the same period that she had Chul Ho Kim?
13   A    I'm not sure.  I know she was a member of
14 the Olympic Training Center.  And I don't know if Han
15 Won Lee was a coach during that time frame or not.  I
16 think so, but I'm not 100 percent sure.  She was
17 already out here at the time.
18   Q    Why would Han Won Lee's name not be
19 considered if he was training her at the Olympic
20 Training Center at the same time?
21   A    Because by then the Olympic Training
22 Center removed him as their head coach, so he was
23 eliminated from the coaching position.  And Chul Ho
24 Kim, who was assistant coach, was elevated to the
25 interim coach of the Olympic Training Center.  He ran

1    the program.

2        Q    So how does that work when you're trying

3    to determine who is the training coach; is it the last

4    coach to train an athlete?

5        A    It was who she put on the application who

6    was coaching her at that time.  And according to her,

7    Chul Ho Kim was her coach.

8        Q    So it's determined by what the athlete

9    puts on the application; is that correct?

10       A    Yes.  I mean, yes.

11       Q    In your understanding?

12       A    Yeah, yes.  Makes sense.

13       Q    And as best you can recall, what kinds of

14    things were discussed about these two individuals?

15       A    Nothing more than the criteria that we had

16    in front of us.

17       Q    And what happened when you had these two

18    names in front of you?  Was there a vote?

19       A    There really wasn't a need for a vote.  It

20    was who met the criteria, and there was one name

21    apparent.  So there was nothing to vote on.

22        We objectively put a procedure and a

23    criteria.  One name surfaced.  And that was the one for

24    official capacity.  We voted on it to say he has met

25    the criteria, and then we passed the name on.

1        Q    Did Bob Gambardella submit two names to

2    you or one name to the committee for consideration?

3       A    There was two names.

4        Q    And when the vote came up, was there two

5    names?

6       A    There were no need for two names, because

7    as a committee, we had two names in front of us.  We

8    went through the criteria.  The criteria said it was

9    one individual, and then that was it.  That was the

10    person who was going to be the coach because we knew we

11    only had one credential at that point.

12       Q    So you felt that there was no need for

13    voting as between two individuals; is that right?

14       A    That was the reason for having the

15    objective criteria.  We didn't want to put ourselves in

16    a subjective situation, where we were choosing someone

17    based on nothing other than objective criteria.

18       Q    Do you feel it's subjective to vote on

19    more than one name?  I'm not sure I understand.

20       A    No, I don't feel it's . . .

21       Q    Okay.

22       MR. LEVINSTEIN:  If you show him the

23    criteria, he can explain it to you.

24       MR. JONES:  We'll get into that, Counsel.

25       MR. LEVINSTEIN:  Okay.

1        Q    (BY MR. JONES)  So when the actual voting

2    happened, there was one name?

3       A    After going through the criteria, there

4    was one name.  We voted.

5       Q    And that name was Jean Lopez?

6       A    Yes, sir.

7       Q    And what was the vote on Jean Lopez's

8    selection?

9       A    Unanimous, five to zero.

10       Q    How many votes were there?

11       A    Five.

12       Q    I know.  I mean -- let me rephrase.  How

13    many times did the committee vote?

14       A    Once.

15       Q    Did you abstain from voting for Jean Lopez

16    initially?

17       A    No.

18       Q    You, at the very first instance, when

19    presented with a ballot with Jean's name on it, voted

20    for him?

21       A    From the Governance and Management

22    Committee, yes.

23       Q    And you never told anyone that you

24    abstained from voting for Jean Lopez in the first

25    instance and then later decided to support him?

1       A    No, not that I recall.

2       MR. JONES:  We've been going about 45

3    minutes.  Let's take another break.

4       (Recess taken from 10:46 a.m. to 10:57

5    a.m.)

6       MR. JONES:  Back on the record.

7       Q    (BY MR. JONES)  We were talking about the

8    voting process for Jean Lopez, and I believe we

9    completed that, that he was unanimously approved --

10       A    Uh-huh.

11       Q    -- by the GMC.

12       As you know, this case alleges that there was

13    racism involved as a motivating factor in Dae Sung

14    Lee's replacement as coach of the U.S. Olympic team.

15    Did you ever hear or observe comments by anyone on the

16    United States Olympic Committee, either a staff member

17    or a volunteer member, that you felt was racially

18    insensitive toward people of Korean heritage?

19       A    I wouldn't say it was racially.  I heard

20    something at one point that I thought was insensitive.

21       Q    What did you hear?

22       A    It was a comment about a letter that was

23    written, and I can't remember exactly who made the

24    comment, but the comment was in the nature of, I've

25    heard that person speak before, and that is a very

**Page 73**

1  eloquent letter, and I find it hard to believe that he
2  wrote that letter.  And I just thought it was
3  unnecessary at that time.
4      Q    Do you remember the person you are
5  thinking of?
6      A    Who said it?
7      Q    Who wrote the letter, first of all?
8      A    I believe it was -- if my memory serves me
9  correctly, I believe that the letter was written by Han
10 Won Lee, submitted by Han Won Lee.
11     Q    So there was a letter written by Han Won
12 Lee?
13     A    Uh-huh.
14     Q    Sorry.  Yes?
15     A    Yes.
16     Q    And there was something in the letter that
17 was racially insensitive?
18     A    No.  He wrote a letter.  And someone made
19 a comment that it was a very well-written letter.  And
20 the comment was, I've heard that individual speak, and
21 it didn't sound like the same manner that he would
22 speak.  And I just thought it was inappropriate.  I
23 didn't think it was necessary.
24     Q    Okay.  Do you know the person who was
25 commenting on the letter by Han Won Lee?

**Page 75**

1      A    Yes, I'm sure I was.  I'm sure I have
2  received a few of them.
3      Q    Do you recall reading anything in those
4  letters that you thought was racially insensitive
5  toward people of Korean heritage?
6      A    I don't remember reading anything that I
7  thought was -- that was directed towards Korean
8  Americans or anything, no.
9      Q    I'm going to show you an exhibit.  It's
10 been previously marked in another proceeding as Exhibit
11 4.
12          (Deposition Exhibit No. 4 was re-marked
13          for identification.)
14     Q    (BY MR. JONES)  You may read the whole
15 document, or you can read just the portions I want you
16 to focus in on, which is Page 2, No. 5.
17          MR. LEVINSTEIN:  It might be good at
18 least to read the first page --
19          MR. JONES:  That's fine.
20          MR. LEVINSTEIN:  -- so you at least get
21 some idea before you start . . .
22     A    Okay.  That's fine.  I think I remember
23 this vaguely.
24     Q    (BY MR. JONES)  Okay.  Focusing on Page 2,
25 first of all, do you recall seeing this letter before?

**Page 74**

1      A    It was a member of the Membership and
2  Credentials Committee, one of the members, a female.  I
3  can't remember her name.
4      Q    Other than that instance, can you think of
5  any other instances where you heard or read something
6  from either a volunteer or a staff member of the USOC
7  that you thought was racially insensitive toward people
8  of Korean heritage?
9          MR. LEVINSTEIN:  Objection.  He
10 specifically said that he did not think that that one
11 was racial.  He thought it was insensitive, so the
12 "other" suggesting a fact not in evidence.
13     A    That was the only time that I thought
14 something was insensitive.  And racial, that was
15 nothing else.
16     Q    (BY MR. JONES)  You, of course, were aware
17 that an action to decertify USTU was brought by USOC
18 sometime in 2003?
19     A    Yes.
20     Q    Did you watch those proceedings or try to
21 follow them as they went along?
22     A    A few of them, yes.
23     Q    Were you ever given letters or
24 correspondence from the USOC as they were sent to USTU
25 regarding decertification?

**Page 76**

1      A    I do.
2      Q    It is a letter written by -- or at least
3  signed by Mr. Thomas L. Satrom, chairman of the USOC
4  Membership and Credentials Committee, dated August 4,
5  2003; is that correct?
6      A    As it appears, yes.
7      Q    Do you know Mr. Satrom?
8      A    I know that he was the USOC Membership and
9  Credentials chairman, but that's the only way I know
10 him.
11     Q    You never had any conversations with him?
12     A    No.
13     Q    Beginning on Page 1, it says, "The
14 following are examples of some of these problems."
15     A    Yes.
16     Q    No. 5, he says, "An allegiance to Korean
17 to the detriment of U.S. programs and the interests of
18 U.S. athletes."
19          Did you feel that -- do you have a feeling as
20 to whether that statement there is racially insensitive
21 or might be thought of as racially insensitive to
22 people of Korean heritage?
23          MR. LEVINSTEIN:  Objection.  You can
24 answer.
25     A    First off, I believe that he was saying

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 77**

```
1    that some of these were concerns that were brought to
2    him, or brought to the committee by other people, not
3    necessarily from himself or the committee.  Secondly,
4    no, I don't find that racist or discriminatory; just a
5    question.
6         Q    (BY MR. JONES)  You don't think that
7    Korean Americans would find that offensive?
8              MR. LEVINSTEIN:  Objection.
9         Q    (BY MR. JONES)  U.S. citizens of Korean
10   heritage?
11        A    I'm an ethnic person.  If someone asked me
12   about that about my ethnic background, I would say no.
13   I don't find it offensive.  I just see it as a
14   question.
15        Q    You wouldn't find it -- first of all, let
16   me ask you, since you mentioned you're a person of
17   ethnic background.  What ethnic background?
18        A    Mexican American.
19        Q    You wouldn't find it offensive if someone
20   questioned your allegiance to the United States and
21   said you had stronger feelings for Mexico than the
22   United States?
23        A    I'm very, very proud of my heritage, but
24   if someone questioned that, I would do everything in my
25   power to show them of my allegiance to the United
```

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 78**

```
1    States.  So I wouldn't find it offensive at all.
2    Personally, I would try to prove to them how my
3    allegiance is to the United States first and foremost.
4         Q    Because you love this country?
5         A    Of course.
6         Q    And you would expect other U.S. citizens
7    who had other ethnic backgrounds to do the same?
8         A    I wouldn't expect.  I would hope.
9         Q    Let me show you another one previously
10   marked as Exhibit 5.
11             (Deposition Exhibit No. 5 was re-marked
12             for identification.)
13             MR. LEVINSTEIN:  So this is one month
14   later.
15             MR. JONES:  Yes.
16             MR. LEVINSTEIN:  Just as I take a look.
17        A    Okay.  Is there a question?
18        Q    (BY MR. JONES)  Yes.  First of all, this
19   is a letter dated September 5, 2003, again, from Thomas
20   Satrom, chairman of the Membership and Credentials
21   Committee, addressed to Bruce Harris.  Is that correct?
22        A    Yes.
23        Q    And the last page says it was courtesy
24   copied to you; is that correct?
25        A    Yes.
```

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 79**

```
1         Q    And you recall seeing this or reading it
2    about the time it was sent out --
3         A    Yes.
4         Q    -- or dated?
5              I just wanted to focus you on Page 3, No. 8.
6    I'll just go ahead and read it into the record.
7              It states, "How does USTU respond to the
8    perception that the USTU is governed by cultural values
9    emanating from Korea, which may not be in harmony with
10   American values.  The perception seems to be that
11   loyalty to one's instructor or superior is all
12   important, that 'respect' means subservience, and that
13   competitions are often based on 'political
14   determinations,' not on who is the best athlete on the
15   mat.  As an individual stated to the Committee, '[l]ong
16   ago I realized the USTU leadership could never be held
17   accountable.  For the most part, they did not
18   understand our American culture of sport nor embrace
19   its underlying values of un-biased officiating, a level
20   playing field, and fair play.'  As another individual
21   stated to the Committee, 'Korean culture places a
22   higher value on loyalty to one's family, friends,
23   school, [et cetera] than it does on honesty and fair
24   play.  The result is that the best man usually doesn't
25   win, but the favorite son does.'  As a third individual
```

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 80**

```
1    stated, the 'Korean good ol' boy' system of
2    promotions, certifications, and selections of who
3    attends what's [what] has got to go.'"
4              MR. LEVINSTEIN:  "Who attends what has
5    got to go.
6              THE DEPONENT:  "Who attends what has got
7    to go."
8         Q    (BY MR. JONES)  Yeah, "Who attends what
9    has got to go."  I'm sorry.
10             When you first read that, what did you think
11   of it?  What did you think of those allegations?
12        A    First of all, there's a number of
13   different things in that paragraph.  I think there's
14   three individual ideas or philosophies.  I won't say
15   that they're mine.  So they're just three ones that
16   they quoted in there.
17             Again, I look at it as just the first
18   question, how does the USTU respond to the perception?
19   If it's just a perception, I felt that we probably
20   needed to address that.  I mean, if there's people out
21   there thinking that, whether it be within our
22   membership or within the USOC, or within the world,
23   then we should address that.  We should address and
24   show people why that may not be true.  That was my
25   first instinct.
```

**Page 81**

1    Q    Did you think anything in here was true?

2    Q    Did I think anything was true?

3    Q    No. 8, what I read?

4    A    For me, personally, yes, there's a few

5 things in there that I thought were true.

6    Q    Such as?

7    A    Again, this is just my interpretation, but

8 I believe that the not being held accountable, I think,

9 was very accurate. I think that the American culture

10 of sport is a little bit different, in my opinion, than

11 maybe an Asian or Korean, to be more specific,

12 interpretation.

13    And I definitely believe from being around in

14 the martial arts and Taekwondo, specifically, and in

15 sports specifically, that the word respect and loyalty

16 have been used to the benefit of certain people and not

17 what the words literally mean. Again, those are my

18 interpretations.

19    Q    Can you give examples of situations where

20 respect and loyalty --

21    A    Absolutely. Loyalty and respect, where

22 somebody knows they should do something, and they know

23 they should stand up for something, but they don't

24 because their coach or their instructor won't let them

25 or has told them to do otherwise.

**Page 82**

1    So, therefore, they will vote a certain way

2 or judge a certain way or attend a certain event or not

3 a certain event. And that's done out of the respect

4 and loyalty for their seniors.

5    Q    Can you give any examples that come to

6 mind? I know there's been a lot of competitions.

7    A    I can give you a great example.

8    Q    Okay.

9    A    It's not going to be a very nice example.

10    Q    All right.

11    A    I had conversations even with my friend

12 and my former coach that told me that when there was a

13 time when the remediation plan was going on, and I was

14 one of the only people who voted to accept it and the

15 whole Executive Committee didn't accept it, having a

16 phone conversation saying, he should be the one doing

17 the things that I'm doing but he just couldn't; he just

18 couldn't. He expressed to me that maybe he should have

19 been the one doing the things I'm doing. And that hurt

20 me.

21    Q    Can you identify who these people were

22 that you are talking about in the conversation?

23    A    Me and Mr. Lee, myself and Mr. Lee.

24    Q    Mr. --

25    A    Dae Sung Lee.

**Page 83**

1    He was the one that you were talking to?

2    A    Yes.

3    Q    And who did he say should be doing things

4 and not you?

5    A    Himself. I was a guy kind of standing out

6 and not agreeing with the current leadership, and he

7 expressed to me that maybe he should have been the one

8 doing that also.

9    Q    Not agreeing with current leadership?

10    A    Yes.

11    Q    What were we talking about, the vote on

12 the approval of the pending remediation plan?

13    A    Yes.

14    Q    Was that the same remediation plan that

15 was eventually passed, or are we talking about a

16 different version?

17    A    I think it was the one that was passed.

18    Q    And so the gist of it was that he felt he

19 should support it, but couldn't?

20    A    Right. That was my interpretation.

21    Q    And the time frame as to when that

22 discussion took place?

23    A    January or whenever the first remediation

24 vote was in front of the USTU Executive Committee.

25    Q    That would be January of '04?

**Page 84**

1    A    '04, yes.

2    Q    Can you give any other examples where you

3 think that the allegations or perceptions summarized in

4 No. 8 are perhaps correct?

5    MR. LEVINSTEIN: Just for the record, he

6 said there's some truth, and he identified certain

7 things. We're in the ballpark, but let's -- okay.

8 Thanks. I don't want to characterize what he already

9 said. He can keep giving you examples of things that

10 are consistent with what he said before.

11    A    Just being a coach and an athlete, I think

12 I've been in both realms, I've felt very much that the

13 officiating wasn't unbiased and the level of playing

14 field was not fair. And I know in sport there's

15 decisions and there's tough calls and there's

16 interpretation of whether it was a point or not a

17 point.

18    But when another coach would be seen eating

19 dinner, buying dinner, giving gifts and staying out all

20 night drinking alcoholic beverages the night before a

21 national team trials with a referee chairman and

22 referees that will be officiating the matches the next

23 day, I don't believe that's fair play.

24    And I don't believe that that would be looked

25 on in a positive manner in any sporting event in the

**Page 85**

1  world, any professional sporting event, any amateur
2  sporting even, and especially a judgmental supporting
3  event. And that was the case that I personally
4  witnessed recently. I don't think that's fair play, my
5  interpretation.
6      Q  (BY MR. JONES) And was this situation one
7  in which it was both parties at this dinner were of
8  Korean heritage?
9      A  In my -- yes.
10      Q  You believe them to be?
11      A  No, I know they were.
12      Q  Can you name names?
13      A  I can. I can name Chul Ho Kim and Chang
14  Ho Kim, who was a referee at the time. And also the --
15  there was actually -- there was one other Asian referee
16  I can't remember, and also an American referee.
17      Q  And Chul Ho Kim, you identified who he is.
18  He was having dinner with these referees?
19      A  Uh-huh.
20      Q  Is that yes?
21      A  Yes.
22      Q  And it's your understanding that he was
23  buying them dinner?
24      A  Yes.
25      Q  It's your understanding that he was

**Page 86**

1  drinking alcoholic beverages with them?
2      A  Yes.
3      Q  And you observed this?
4      A  Yes.
5      Q  And just for the record, what
6  establishment are we talking about?
7      A  It was a restaurant. I couldn't tell you
8  which one it was.
9      Q  And also for the record, what competition
10  was pending the next morning?
11      A  Pan American Team Trials.
12      Q  And what were the results the next day in
13  the Pan American?
14      A  The results were in favor of a few of
15  Mr. Kim's athletes, over a couple of my athletes and a
16  couple of other people's athletes. I mean, obviously,
17  I'm concerned with all athlete situations, but more
18  specifically my own athletes.
19      Q  And did you file a complaint when you saw
20  that behavior? Did you file a complaint the next
21  morning?
22      A  On the event?
23      Q  Yes. At the event, after the event,
24  before the event?
25      A  There is -- again, there's nothing in the

**Page 87**

1  rules that says you can't go and have dinner with a
2  referee or drink with a referee or talk with a referee.
3  There's nothing in the rules that say you can't do
4  that. My interpretation of fair play and an unlevel
5  playing field, that was my interpretation.
6      At the event, I'm not a novice to the sport.
7  And there was many more competitions coming up that
8  year that were as equally as important. And I put my
9  chin up and talked to my athletes and said, you know,
10  we have other battles to fight this year, and the
11  Olympic year is coming soon. I know it's a judgmental
12  sport. I know people watch your actions. And instead
13  of judging what happens on the mat, they take into
14  consideration other things.
15      So at that time, I elected not to protest,
16  but there was times coming up in the near future that I
17  did protest.
18      Q  Why don't you tell me about those
19  situations where you did protest.
20      A  Very similar situation at the national
21  team trials, where my athlete in the middle weight
22  division had a very, very difficult day. And, again,
23  it's a judgmental sport, so I kind of took it on the
24  chops and said, okay, we have more matches to compete
25  against.

**Page 88**

1      And we competed, and we got back to the
2  final, and there was another referee decision that was
3  inconsistent with the rules and interpretations that
4  were given to every single one of the coaches, and very
5  coincidentally came out on the wrong side of the stick
6  again.
7      Mr. Lee was there at that time and
8  understands and knows what I'm talking about, knows
9  exactly what I'm speaking of.
10      Q  The referee in question was Korean
11  American, the one that you felt did not follow the
12  instructions?
13      A  I can't remember that one. It was a long
14  day. There was many matches, and there was -- I can't
15  remember who was actually in the center at the time.
16      Q  Well, I think this inquiry started with
17  looking at Paragraph 8, and I was trying to just
18  catalog the situations that you had observed, in your
19  experience, where Korean culture might have
20  played a role.
21      MR. LEVINSTEIN: Objection. You asked
22  him to talk about the paragraph. He said he knew of
23  situations where there was biased officiating and not
24  fair play. He didn't necessarily embrace it as limited
25  to being Korean American. So that's where the

1   confusion comes, I think.

2   Q   (BY MR. JONES)  Okay.  Let's separate the

3   two, you know, taking into consideration what our case

4   is about --

5   A   Right.

6   Q   -- and focusing in on situations where you

7   thought there might have been biased officiating by

8   Korean American individuals and give examples of that.

9   You gave, the first example was the dinner

10   with Chul Ho Kim?

11   A   That's not the first example.  The first

12   was the loyalty and respect thing.  That was the first

13   thing.

14   Q   All right.

15   Then we moved into the -- again, just an

16   interpretation or a perception, just my interpretation

17   or perception.  I'm not saying it was right or wrong.

18   I'm saying that was my perception.

19   Q   Okay.  So that was the Pan Am --

20   A   The first one was the Pan Am trials.

21   Q   Trials.  And you said that that was two

22   Korean individuals eating the night before?

23   A   Uh-huh.

24   Q   And did you believe that there was biased

25   officiating the next day on the part of the Korean

1   before, but yet they were national team coaches.

2   So there was a perception that some of this

3   Asian culture was kind of perpetuated within the

4   coaching ranks and the refereeing ranks.

5   Q   And is that a perception by me?

6   A   That was one of my perceptions.  And I'll

7   say that that was just an objective perception, because

8   I'm not being a racist or discriminatory, because I

9   have many, many Korean friends and many other ethnic

10   friends, some that were at my wedding and some that are

11   very close to me to this day.  So it was just a

12   sport-related view of things.

13   Q   Do you believe that Koreans do not embrace

14   fair play?

15   MR. LEVINSTEIN:  Objection.

16   A   No, I don't believe that.  I don't believe

17   that.

18   Q   (BY MR. JONES)  Do you believe that

19   competitions are often based on political

20   determinations under USTU's old management?

21   A   I would say no.

22   Q   Do you believe that USTU's old management

23   was governed by cultural values emanating from Korea?

24   A   Personally, I do.

25   Q   And do you believe those cultural values

1   individual who judged your team members?

2   A   I thought there was some irregularities.

3   Q   And you attributed that to Korean cultural

4   considerations?

5   A   I attributed that to seeing a coach

6   fraternizing with a referee who had a direct effect in

7   a match.  It could have been two Americans.  I just

8   thought -- it just happened to be two Asian Americans,

9   and there was a perception, according to this

10   paragraph, and that's what I'm addressing.  I don't

11   care if it was two American referees; it would be the

12   same thing to me, but it wasn't right.

13   Q   All right.  Can you give any other

14   examples where you think Korean culture has played a

15   role and affected refereeing, for example?

16   A   Again, I could probably go on and on

17   on.  I have been in this sport for years and years and

18   years, and I've seen some good things and some bad

19   things.

20   There's been a perception that the referees

21   are appointed, not on merit, but on favors, to friends

22   and seniors of a certain ethnic background.  Same thing

23   with coaching.  I mean, I have been on a number of

24   American teams, and some of those individuals didn't

25   speak the language.  Some of them have never met us

1   emanating from, Korean were not in harmony with American

2   values?

3   A   I mean, I guess we would have to define

4   Korean values and American values.  I just think that

5   it's -- again, going back to what I said, that certain

6   things were aligned for certain people that happened to

7   be in the same family or in the same school system.  To

8   me, that seemed a little odd, from my personal

9   perspective.  Not earned, but given.

10   Q   So you had personal experiences where you

11   felt a Korean athlete -- are we talking athletes?

12   A   I'm talking about leadership.  I'm talking

13   about governance and management.  I'm talking about

14   coaching.  Just generally speaking.

15   Q   With respect to USTU?

16   A   With respect to USTU.

17   Q   Are we talking about people of culture,

18   other than Korean, who perhaps didn't get chosen for a

19   position within USTU management?  Is that what you're

20   referring to?

21   A   Repeat the question.  I'm not sure I

22   understand.

23   Q   I'm not sure I understood the response, I

24   guess.

25   You were talking about management selection

1    just now?

2         MR. LEVINSTEIN:  That was one of the

3    things.

4         Q    (BY MR. JONES)  At USTU?

5         A    Uh-huh.

6         Q    Yes?

7         A    Yes.

8         Q    And by management selection, we're talking

9    about like --

10        A    Staff.

11        Q    -- staff?  Okay.  Let's focus on staff

12   just for a second.

13        A    I'd love to.

14        Q    Is there anybody you know that you felt

15   should have got picked for staff but didn't because of

16   Korean culture considerations?

17        A    I don't know who should have, but I'll

18   give you someone who should not have, a gentleman by

19   the name of Mike Weintraub.

20        He was our Executive Director a number of

21   years ago.  Left with some very cloudy allegations over

22   him, hanging over himself, and was reinstated for a

23   very short period of time shortly after that, a couple

24   of Executive Directors later, who happened to be one of

25   the main students of a certain individual of stature

1         Q    And I appreciate the examples.  Do you

2    believe that Korean culture places a higher value on

3    loyalty to one's family, friends, school, et cetera,

4    than it does on honesty and fair play?

5         A    I don't know enough about the Korean

6    culture to make that assessment.  I have too many

7    Korean people that I think too highly of to generalize

8    that.  That would be like saying Americans are ugly and

9    all we do is win at all costs.  I wouldn't generalize

10   Koreans like that.

11        Q    Moving on, the next exhibit would be No.

12   6.  Actually, this one is not addressed to you, but

13   I'll just ask if you recall seeing it before.

14             (Deposition Exhibit No. 6 was re-marked

15             for identification.

16        A    I don't remember seeing this.

17             MR. LEVINSTEIN:  You don't remember or

18   you do remember?

19        A    I don't remember.

20        Q    (BY MR. JONES)  Just focus on Paragraph 3

21   for a moment, if you could.

22        A    Uh-huh.

23        Q    Where it says that "Jill," meaning Jill

24   Chalmers, counsel for USTU, "mentioned that several

25   members of the M&C Committee had referred to the USTU

1    within our organization, who clearly proved that he

2    didn't do a good job in the time before, mismanaged

3    funds, mismanaged a lot of different things, and all of

4    a sudden was back in the mix.

5         Q    So your opinion of Weintraub was that he

6    should not have been reappointed?

7         A    That's my opinion.

8         Q    And your belief or perception is that he

9    was reappointed because of Korean cultural

10   considerations?

11        A    Because he was a student of someone -- of

12   the board.

13        Q    And can we name --

14        A    Sang Lee was the president, and Mike

15   Weintraub was one of his top students.

16        Q    And were these allegations against

17   Mr. Weintraub, you know, of mismanagement of money and

18   other things, was that proven somewhere, or were they

19   just that, allegations?

20        A    I don't know.  I think he resigned or they

21   removed him.  I'm not sure.

22        Q    Initially?

23        A    Initially.

24        Q    Any other situations that come to mind?

25        A    No.

1    as a Korea Mafia-run organization."

2         Had you ever heard anything like that or

3    alleged name calling, Korea Mafia, things to that

4    effect, during this period when you were monitoring the

5    decertification?

6         A    During the decertification?

7         Q    During that period.

8         A    I was at this meeting in Denver.  And this

9    is probably the -- Jeannie Picariello, that was the

10   member that maybe used something that I considered

11   insensitive.

12        The Korea Mafia-run thing, the only thing I

13   had heard about that was what I read in that document.

14   And I didn't take it that it was coming from them.  I

15   took it that it was brought to them by certain people

16   within the membership.  So they were -- they felt

17   obligated to ask the USOC to respond to that.

18        That's the only thing I can remember about

19   that, even in that one document that you presented to

20   me earlier.

21        Q    Okay.  Now, this letter is a letter from

22   Bruce Harris to Sang Lee dated October 9, 2003; is that

23   correct?

24        A    Yes.

25        Q    And it says regarding "Minutes of Meeting

1   with Holme Roberts and Owen,* and the very first
2   paragraph says it's a recap of a meeting of USTU
3   representatives, President Lee, Harris, Pejo, Chalmers,
4   Steve Smith, and Richard Young.  This meeting took
5   place on Wednesday, October 8, 2003, from 9:30 a.m. to
6   12 noon, Mountain Standard Time.
7           This meeting that's referred to in the first
8   paragraph taking place on October 8, you did not attend
9   that meeting?
10      A    No.
11      Q    But you attended the meeting that
12  Ms. Chalmers refers to --
13           MR. LEVINSTEIN:  Objection.
14      Q    (BY MR. JONES)  -- in a later paragraph,
15  October --
16           MR. LEVINSTEIN:  Ms. Chalmers doesn't
17  refer to anything.  This is a Bruce Harris memo.
18           THE DEPONENT:  Uh-huh.
19           MR. JONES:  Right.  But --
20           MR. LEVINSTEIN:  His claim about what she
21  said to him about a meeting?
22           MR. JONES:  Right.  That's what I'm
23  trying to get across.
24      Q    (BY MR. JONES)  Anyhow, you attended the
25  meeting in Denver --

1       A    I don't recall.
2       Q    What happened at that meeting, if you
3   recall?
4           MR. LEVINSTEIN:  Objection.  Go ahead and
5   answer.
6       A    I don't remember specifically.  I mean,
7   they were just going through their questions that they
8   had presented to us, I think, in prior documents for us
9   to answer.  That was about it.
10      Q    (BY MR. JONES)  So these points that we
11  just went over in Exhibits 4 and 5, or at least 4, were
12  being brought up at that meeting?
13           MR. LEVINSTEIN:  I think specifically 5.
14           THE DEPONENT:  Yeah, we brought up 5.
15           MR. LEVINSTEIN:  Because 5 talks about a
16  September 13 compliance meeting, and the letter is
17  specifically in advance of that meeting.
18      Q    (BY MR. JONES)  Well, your counsel has
19  tried to explain that.  Do you agree with what he is
20  saying?
21      A    That these questions were asked at this
22  meeting?  I believe, if I'm recalling -- yeah, I'm
23  sorry, Exhibit 5, some of those concerns were again
24  addressed at that meeting.
25      Q    All right.  And was there like a

1       A    I believe so.
2       Q    -- of the USOC?
3           MR. LEVINSTEIN:  Membership and
4   Credentials Committee.
5       A    Membership and Credentials Committee.
6       Q    It's a subcommittee of the USOC?
7       A    Yes.
8       Q    And was there anybody else from the USTU
9   at that meeting?
10      A    There was a number of people.
11      Q    Just name a few, if you can remember any
12  of them.
13      A    Sang Lee, Sam Pejo, Barb Kunkel, John
14  Holloway.  I can't remember -- there was quite a few.
15  June Pichay (phonetic) was there.  I think he was
16  there.  There was a number of people.
17      Q    And your attorneys were there?
18           MR. LEVINSTEIN:  I'm sorry.  He's saying
19  other names.
20           MR. JONES:  Sorry.
21      A    That's fine.  That's fine.  My attorneys?
22      Q    (BY MR. JONES)  Well, the attorneys from
23  USTU were there?
24      A    I believe so.
25      Q    Ms. Chalmers or Mr. Smith?

1   moderator, a person from the USOC, sitting there kind
2   of reading through them, or was there a group?
3       A    The whole Membership and Credentials
4   Committee kind of like a horseshoe type thing,
5   and the USTU membership or the people that were there
6   were sitting in just regular seats.  And some were
7   voicing -- some were answering, some were voicing
8   concern.  There was a number of different people from
9   the USTU memberships.
10      Q    So as points came up, anybody could stand
11  and speak?
12      A    I don't recall.  I really don't recall.
13      Q    But you do recall a lot of people --
14  various people speaking from the USTU?
15      A    There was various people speaking both for
16  the USTU, against the USTU, within the membership.  It
17  was a pretty chaotic meeting.
18      Q    And do you have a specific recollection of
19  somebody on the USOC side using the phrase *Korean
20  Mafia*?
21      A    No, I don't have that recollection.
22      Q    Do you have a specific recollection of
23  that phrase even being said -- uttered by anyone during
24  that meeting?
25      A    Not that the meeting.  I really can't say.

4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)
Case 1:04-cv-00461-SOM-LEK   Document 245-3   Filed 03/21/2006   Page 27 of 44
4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)

1    Q    As you sit here today, you're not even
2  sure if the attorneys for the USTU were there?
3    A    I would assume they were, but I can't say
4  for sure.
5    Q    Was there anything that came up during
6  that meeting, statements by either USOC or USTU people,
7  that you thought sounded racially insensitive to people
8  of Korean heritage?
9    A    I talked about that earlier.  I think you
10 asked me that question already, and I thought that
11 someone made an insensitive remark.  I didn't think it
12 was racial at all.  I thought it was insensitive about
13 someone's ability to write a letter.  I didn't think it
14 was necessary.
15   Q    So it was actually at that meeting that
16 the discussion about Sang Lee's letter --
17   A    Not Sang Lee.  Han Won Lee's.
18   Q    Han Won Lee's letter.
19   A    (Deponent nodded in the affirmative.)
20   Q    All right.  Have you ever heard any of the
21 other members of the GMC committee say something that
22 you felt was racially insensitive toward people of
23 Korean heritage?
24   A    No.  I haven't personally, no.
25   Q    Have you ever heard Mr. Gambardella say

1    member of the U.S. Olympic team?
2    A    Yes.
3    Q    Again, won a silver medal?
4    A    Yes.
5    Q    At that time, who was your -- who was the
6  coach sitting in your chair?
7    A    There was two coaches for that team, Dae
8  Sung Lee being one and Dong Gun Park, number two.
9    Q    Dae Sung Lee was an assistant coach?
10   A    Yes.
11   Q    But he was not sitting in your chair?
12   A    Unfortunately not.
13   Q    Would you agree with me that you did
14 pretty well in those two Olympic Games without your
15 home coach sitting there in your chair?
16   A    No.  I wouldn't agree with you.
17   Q    Why not?
18   A    In 1988, the coaching staff didn't like me
19 because I was this young kid from Chicago that they
20 knew nothing about and didn't think I deserved to be
21 there because Dae Sung Lee was the much better athlete
22 at the time, and I happened to be good enough to beat
23 him on that day.
24      They didn't trust me and they didn't think
25 that I was going to do well.  And, quite honestly, I

1    anything that you felt was racially insensitive toward
2  people of Korean heritage?
3    A    No.
4    Q    Same question for Kelly Skinner; have you
5  ever heard him -- I realize he is not with the USTU.
6    A    No.  I haven't.
7    Q    -- ever heard him say anything that could
8  be interpreted as racially insensitive toward Korean
9  people?
10   A    Not at all.
11   Q    Before I go through another set of
12 documents, I just wanted to clear up one thing about
13 this concept of pairing home coaches with athletes in
14 international competitions.
15      In 1988, at the 1988 Olympics, you were a
16 member of the USTU?
17   A    Yes.
18   Q    You won a silver medal?
19   A    Yes.
20   Q    In the final competition, when you won
21 that silver medal, Sang Lee was the head coach?
22   A    Yes.
23   Q    Sang Lee was sitting in your chair?
24   A    Yes.
25   Q    Similarly, in 1992, you were again a

1    couldn't care less who sat in my chair at that time.
2  That's nothing bad against Sang Lee.  He could have
3  been a good coach, maybe not.  But I was there for
4  myself.
5       In '92, conversely, I begged Dae Sung Lee to
6  sit in my chair.  I pleaded with him on numerous
7  occasions to do that.  But, unfortunately, he couldn't
8  because -- I don't know why.  He couldn't.  Whether the
9  head coach didn't let him, the head coach knew better
10 than him, or whatever.  But I believe that if he was
11 sitting in my chair, I could have done even better.
12 And that was my hope and my dream that he would sit
13 there in that chair with me.  We spoke about that dream
14 a number of times leading up to the Olympics, and we
15 were denied.
16   Q    Okay.  When you say do better, you think
17 you could have gotten a gold medal with him?
18   A    I could have done better than with that
19 guy sitting in my chair.
20      MR. JONES:  Could we have the document
21 that was previously marked, which is the minutes of the
22 GMC meeting on February 5th.
23      MR. LEVINSTEIN:  44?  45?  This document.
24      MR. JONES:  Yes.  Thank you.
25   A    Okay.

1    Q    (BY MR. JONES)  First of all, have you
2    seen that before?
3    A    Yes.
4    Q    What is it?
5    A    What is this?
6    Q    Yeah.  Is the document minutes of the
7    meeting of the U.S. --
8    A    I think it's a very general version of the
9    minutes from that meeting that Ms. Virginia (sic) took,
10   more than likely.
11   Q    That would be the meeting of February 5,
12   2004 of the GMC?
13   A    Yes.
14   Q    And in attendance were Mr. Locke,
15   Mr. Baggiano, Mr. Bender, yourself, and Ms. Witte?
16   A    Yes.
17   Q    Along with Bob Gambardella, Mr. Benz,
18   Mr. Johansen and Kelly Skinner?
19   A    Correct.
20        MR. LEVINSTEIN:  Just for the record, two
21   are indicated to be there by conference call.
22   A    Myself and Tony.
23   Q    (BY MR. JONES)  Okay.  You were
24   participating by call.  Where were you located?
25   A    At my home, in Miami, Florida.

1    Q    Thank you.  Focusing on paragraph -- I
2    guess the last paragraph.
3    A    Uh-huh.
4         MR. LEVINSTEIN:  On the first page?
5    Q    (BY MR. JONES)  The first page.
6    A    Yeah.
7    Q    "Discussion ensued concerning the team
8    leader and coach appointments for the Athens Games.
9    Eligibility requirements are being rewritten by the
10   USOC and the earlier appointments may have to be
11   rescinded as soon as those new requirements are
12   clarified by the USOC."
13        Do you recall those topics being discussed at
14   that meeting?
15   A    I do -- I mean, again, there's so many
16   meetings and there was so much going on at that time
17   that I don't remember this specific meeting, but I do
18   remember talking about it around that time frame.  So I
19   would imagine that it was in this February 5th meeting.
20   Q    This appears to be the earliest set of
21   minutes that we've been provided.  Do you have any
22   reason to believe there was a meeting of the GMC before
23   February 5?
24   A    No, I don't.
25   Q    So this could have been your first

1    meeting?
2    A    It could have been.
3    Q    And as you sit here today, other than
4    seeing these words here, do you have any specific
5    recollections of what was discussed?
6    A    No.  Other than probably us just
7    introducing ourselves and doing a friendly little
8    introduction.
9    Q    Do you have any specific recollection of
10   what was discussed on the topic of coach selection at
11   that first meeting?
12   A    No, I don't.
13   Q    It says here that "Eligibility
14   requirements are being rewritten by the USOC and the
15   earlier appointments may have to be rescinded," et
16   cetera.
17   A    Uh-huh.
18   Q    That doesn't exactly say what you said
19   earlier, which was that you -- the committee had gotten
20   together and kind of handed the job to Bob Gambardella
21   to start an initial draft or get that process going.
22   A    Yeah.
23   Q    Does seeing this make you want to change
24   any of your previous testimony?
25   A    No, it doesn't.  When I read that, I don't

1    remember us saying, we're going to let the USOC do it.
2    I don't remember.  This could be an error.  It could be
3    maybe that just Virginia wrote something in there
4    that -- I mean, I don't know.
5         I don't remember saying, let the USOC give us
6    the requirements.  I don't remember that.  I remember
7    us knowing that we had to put something together to get
8    it to the USOC for approval.  Maybe there was just --
9    quite honestly, we go through minutes all the time and
10   there's always corrections, and I'm sure there's some
11   things that got through on other times anytime we have
12   a meeting.  I don't remember saying, we're going to let
13   the USOC dictate that to us.
14   Q    Turning to Page 2 just for a second at the
15   bottom there --
16   A    Uh-huh.
17   Q    -- it says, "Minutes approved February
18   12 --
19   A    Yeah.
20   Q    -- 2004," which is a week later?
21   A    Yeah, probably the next meeting.
22   Q    Which is consistent with what you just
23   said, that you had the opportunity to review previous
24   minutes and put in your comments, suggestions for
25   corrections?

4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)
Case 1:04-cv-00461-SOM-LEK Document 245-3 Filed 03/21/2006 Page 29 of 44
4/5/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 109**

1        A     Yes.

2        Q     You were given the opportunity to do that

3   with respect to these February 5 minutes, as best you

4   can recall?

5        A     Yes.

6        Q     Did you take your opportunity to make that

7   correction to the last paragraph of Page 2?

8        A     I mean, I was one of the persons that

9   approved it, I'm sure.  And did I look through all this

10  and say yeah, it was approved.  I'm sure I did.  If I

11  missed that, I missed that.

12        Q     As you sit here today, do you feel that

13  that second sentence of the last paragraph of Page 1 is

14  inaccurate?

15        A     Inaccurate?  I believe so, because in my

16  thought process, it was that we were -- that Bob

17  initiated it, and then we talked about it, and then we

18  sent it to the USOC.  I don't ever remember the USOC

19  giving it to us, then we approving it, and then giving

20  it back to them.  Not at all.

21        Q     Just as an aside, Paragraph 2 on Page 1

22  says that "Membership renewals are lagging as many

23  members and clubs are apparently waiting to see if the

24  restructure succeeds."  Was prior membership unsure as

25  to whether they wanted to continue to be affiliated

**Page 110**

1   with USTU?

2        A     I don't think that was the case.  My

3   interpretation was that we weren't sure if there was

4   even going to be a USTU.  So I don't think people

5   wanted to spend their membership dollars and all of a

6   sudden it's gone, there's nothing left.

7        Q     I see.

8        A     Even myself.  I mean, my athletes, at the

9   time, we were holding off before we sent in our

10  membership and our school membership type application.

11  We didn't know what was going on.  We didn't know what

12  was going to happen.  It was a lot of indecision.

13        Q     It's an annual membership?

14        A     It's an annual membership.  And you can

15  sign up at any time.

16        Q     And the fee annually was how much?

17        A     $35.00.  $35.00 for a competitor.

18        Q     And because of that, less money was coming

19  in apparently, and you were aware of that?

20        A     According to -- yes, according to the

21  records, we didn't have as many memberships in those

22  initial months.

23        Q     Thank you.  Next Exhibit, February 26, and

24  it's . . .

25              MR. LEVINSTEIN:  57 perhaps?

**Page 111**

1              MR. JONES:  That's what I've got.

2        A     Okay.

3        Q     (BY MR. JONES)  This is the minutes of the

4   GMC committee meeting dated February 26, 2004?

5        A     Yes.

6        Q     And like the other minutes, it too on the

7   second page has a statement that says, "Minutes were

8   approved at March 3, 2004 meeting"; is that correct?

9        A     Yes.

10        Q     And did you have a chance to make any

11  changes or corrections to this one, as best you can

12  recall?

13        A     The best I can recall, yes.

14        Q     You again participated by conference call

15  at this meeting?

16        A     Yes.

17        Q     And many of the same people were there.

18  Just a couple questions on this one.  The fourth

19  paragraph, first sentence, says, "Bob noted that he

20  wants to redesign the sport program to develop a

21  seamless athlete development pipeline."

22        A     Uh-huh.

23        Q     Other than that statement, was anything

24  else elaborated on what he meant by a seamless athlete

25  development pipeline?

**Page 112**

1        A     I don't recall.  I had a few different

2   conversations with different people, and Bob being one

3   of them.  But I don't remember, other than that.

4        Again, this is just a general -- I'm sure we

5   spoke.  I'm sure he just didn't say that and that was

6   it and we moved on.  I'm sure we spoke about it for a

7   couple minutes.

8        Q     But as you sit here today, you can't

9   remember anything specific as to what the big plan was,

10  as far as a seamless athlete development pipeline?

11        A     No, I mean, other than there is new --

12  there's different models of this 21st sports

13  development and athletes.  There's different studies

14  and different programs that are being implemented

15  around the world.  And Bob had some resources that he

16  could utilize, and he was interested in trying to

17  establish those within the sport of Taekwondo.

18              MR. LEVINSTEIN:  Is that the 21st

19  century?

20              THE DEPONENT:  The 21st century.

21              MR. LEVINSTEIN:  It's just the word

22  wasn't in there.

23        Q     (BY MR. JONES)  Just as an aside, to

24  understand how athletes rise up to the international

25  elite level competition, the normal career track is

1   people learn Taekwondo from private schools, for
2   instance; is that correct?
3       A      Depends what country you're talking about.
4       Q      Let's talk about U.S.
5       A      Uh-huh.
6       Q      Would that be fair?
7       A      That would be fair.
8       Q      And from these private schools, I guess if
9   they're good enough, then they compete?
10      A      Yes.
11      Q      That's a little different from, say, the
12  way one would progress through elite level track?  What
13  I'm saying is, athletes start young in their schools in
14  many other sports; isn't that true?
15      A      Yes.
16      Q      So that's a different aspect of Taekwondo,
17  when you talk about developing athletes?
18      A      No different from gymnastics or something
19  like that, or wrestling club.  But I see what you're
20  getting at.  In the public school system, probably.
21  Like Little League, probably.
22      Q      Were those differences ever addressed in
23  any of your meetings when you were talking about a
24  seamless athlete development pipeline?
25      A      No.  I mean, we understood that most --

1   the majority of the people that come through the USA
2   Taekwondo, the whole pipeline, start at some local
3   school.  Some home town, little town somewhere just
4   like most of us did.  So we recognize that.
5       Q      Okay.  Moving down to the last paragraph
6   on Page 1, it says, "Discussion was held concerning the
7   loss of 2 credentials for officials at the Athens
8   Games.  USTU originally were allocated 3 credentials:
9   Team Leader, Coach, Team official," going on to the
10  next page.  "Because of the decline in the sports that
11  have qualified, the USOC had to cut the number of
12  credentials allocated to a number of sports, one of
13  which was taekwondo.  Various ideas on methods of
14  regaining at least one of the credentials were
15  discussed.  Bob Gambardella will discuss with the WTF
16  and this item will be placed on the agenda for
17  discussion with Jim Scherr during the conference call
18  next Wednesday."
19      Other than what I have just read, do you
20  remember anything else being discussed about the loss
21  of credentials?
22      A      I was very concerned.  I mean, I had never
23  been on a team that didn't have a team leader or
24  anything like that.  So I had thought earlier that,
25  wow, only gaining two athletes, that might cut down on

1   the number of coaches that we get.
2       And knowing how big the Olympic Games is, I
3   know that the Olympic movement is trying to cut sports
4   and cut just the number, the shear size of it.  So I
5   wasn't -- it didn't surprise me that we were going to
6   get a position cut.
7       But we were all concerned about that, and we
8   wanted to make sure we could do anything to try to get
9   another credential, whether it be a coaching credential
10  or a team leader credential.  And we were all going to
11  go out there -- I mean, I'm not as big into the USOC as
12  maybe some of the other people are at having contacts.
13  They were all going to see if we could squeeze another
14  credential from some other sport, or if some other
15  sport could give us one or loan us one or something
16  like that.  So everyone was in their best interest
17  trying to get more credentials for us.
18      Q      Just for you, speaking as an individual
19  with your background and a voting member on the GMC,
20  what would you -- if another credential could be
21  obtained, where do you think it would have best been
22  used in the Athens Olympics?
23      A      Well, with two athletes, it would best be
24  used on another coaching position.
25      Q      Was February 26th the time that you were

1   first advised that there would only be one credential
2   or likely only be one credential?
3       A      Probably officially, yes; I mean, within
4   that meeting, I would think.
5       Q      Thank you.  Next exhibit, March 8 minutes.
6       MR. LEE:  58?
7       MR. JONES:  Yeah, 58.
8       MR. LEVINSTEIN:  That makes it easy.
9   Thank you.  59 is the minutes.  The March 8th memo you
10  are talking about?  This?
11      MR. JONES:  I stand corrected.  The March
12  8 memo, please.
13      MR. LEVINSTEIN:  You want the March 8
14  memo.  He does want 58.  The date is right.  They're
15  not minutes.
16      A      Okay.
17      Q      (BY MR. JONES)  Have you ever seen this
18  document before?
19      A      Yes.
20      Q      What is it?  Please identify it?
21      A      It's a letter to the U.S. Executive
22  Committee by Bob Gambardella, Steve Lock, and of course
23  the Governance and Management Committee, concerning the
24  future of the Olympic team coach and team leader.
25      Q      And that one is dated March 8, 2004?

1    A    Yes.

2    Q    First paragraph, third sentence, "One of

3    the agenda items of the Government (sic) and Management

4    Committee and the CEO was to review the selection

5    procedures and nominations for coach and team leader

6    positions for the 2004 Athens Summer Olympic Games.

7    These procedures (approved [February 28, 2003]), as

8    well as the nominations (approved [August 20, 2003]),

9    had been submitted [to the] USOC's previous

10   administration" --

11        MR. LEVINSTEIN:  "By the."

12   Q    (BY MR. JONES)  Pardon me.  "... by the

13   USTU's previous administration and were approved by the

14   USOC Executive Committee on the dates mentioned."

15        "After our review, we determined that

16   amending the procedures at this time is paramount to

17   the success that we will have in Athens.  First, USTU

18   needs to be a performance-oriented organization.

19   Accordingly, selection procedures and nominations must

20   be based on objective standards that endeavor to meet

21   that goal.  Second, it appears that because only two

22   Taekwondo athletes have qualified for the 2004 Summer

23   Olympic Games, the number of credentials that are

24   allotted to USTU may be limited.  Thus, we must ensure

25   that the candidate for coach can also fulfill team

1    leader duties if called upon."

2         Did you review this document before it went

3    to the USOC Executive Committee?

4    A    This document, I can't recall.  I know in

5    one of our meetings, we spoke.  And we, again, directed

6    Bob and Steve to draft a letter and send it to the --

7    after our discussions to send it to the USOC.  That's

8    generally how we do things.

9         We don't see every single document once it's

10   written.  Some of them we do that are -- that we see

11   fit or whatever.  But at this point, we talked.  We had

12   a gist of what we needed to say, and we directed them

13   to do that.

14   Q    So you have a specific recollection of

15   going over something like this before it went in on

16   March 8, 2004 to the USOC?

17   A    I believe so.

18   Q    And that conversation was not had with --

19   well, that conversation was by telephone?

20   A    I was always on telephone conference call.

21   Q    And if they went over this with you, would

22   they might have faxed it to you so you could see it?

23   A    Usually we do everything via e-mail.  And

24   they'll fax it later.

25   Q    All right.

1    A    Maybe.  Sometimes.

2    Q    It goes on to say, "Accordingly, we are

3    submitting to you revised selection procedures for

4    coach and team leader positions for the 2004 Summer

5    Olympic Games.  We ask that you vacate your earlier

6    approval of the coach and team leader selection

7    procedures, as well as the nominations to fill those

8    positions, and adopt the new procedures in their place.

9    By doing so, the coach and team leader positions will

10   be vacated until such time as the USTU completes its

11   athlete selection process for nomination to the Olympic

12   team, thereby opening the coach and team leader

13   positions to any individual who meets the new selection

14   criteria.  After completion of the athlete selection

15   process, new nominations for coach and team leader will

16   be submitted to the USOC Executive Committee for

17   approval."

18        This document suggests, does it not, that

19   revised selection procedures for coach were attached or

20   submitted with it?

21   A    That's what it says, we are submitting a

22   selection procedure.

23   Q    As you sit here today, do you recall going

24   over the revised selection procedure as well as at the

25   same time you were having these telephone

1    conversations?

2    A    I would believe that yes, we had talked

3    about the certain points and certain criteria.

4    Q    Because --

5    A    I don't think I would just let someone

6    say, that's good.

7    Q    I ask that because there's no other

8    mention of the revised selection procedures being voted

9    upon, other than that initial February 5 reference in

10   those first meeting minutes.  Is that fair?

11   A    I mean, within our conversation today,

12   yes, that is fair.

13   Q    Is there any reason you can think of that

14   was not noted in the minutes, that the revised

15   selection procedures are now here, we discussed them,

16   we voted on them?

17   A    Maybe that it was done via e-mail.  We had

18   corresponded back and forth, as we did on a number of

19   different things.  It wasn't personally at a certain

20   meeting.  That's the only thing I can think of.

21   Q    As you sit there today, the only

22   brainstorming, then, on the selection procedures -- the

23   new selection procedures, prior to them going to the

24   USOC, once they were created into written form was

25   probably by e-mail --

**Page 121**

1          MR. LEVINSTEIN:  Objection.

2          Q      (BY MR. JONES)  -- before this March 8

3     memo went in?

4          MR. LEVINSTEIN:  Objection.  You can

5     answer.

6          A      Via phone, e-mail.  I'm sure we had more

7     than one -- I'm not a computer type guy too much, to be

8     honest with you, so I'm sure I did a lot of things by

9     phone.

10         Q      (BY MR. JONES)  Would you have kept your

11    e-mails covering these discussions somewhat?

12         A      Sometimes I have.  I mean, I can check my

13    records.  I delete a lot.  I have some.  I can check

14    for you.

15         MR. JONES:  Counsel, I'd just like to

16    request those.  Obviously, they're within the scope of

17    what we have requested.  Highly relevant.

18         MR. LEVINSTEIN:  If they're responsive to

19    the request.  We're not giving you all e-mail.

20         MR. JONES:  I understand.

21         MR. LEVINSTEIN:  We'll look and see if

22    there's something that's responsive.

23         Q      (BY MR. JONES)  Is there anything in this

24    March 8th letter from Bob Gambardella and Steve Locke

25    which you feel is inaccurate --

**Page 123**

1          Q      (BY MR. JONES)  And you've had a chance to

2     look at it.  That is the minutes of the GMC of March

3     25, 2004; is that correct?

4          A      Correct.

5          Q      And one thing about this one is that,

6     unlike the other minutes, it doesn't have a phrase at

7     the end of the document saying that the minutes had

8     been approved at a later meeting?

9          A      Hmmm.

10         Q      So the first question is, anything come to

11    mind as to whether this one was approved, not approved?

12         A      Hmmm.  I don't know, other than I saw

13    somewhere in here that we won't be having a meeting the

14    next time, so I don't know if it just got skipped or if

15    we just missed it.

16         Q      Do you remember seeing this before?

17         A      This document?

18         Q      Yes.  And I'm talking about prior to this

19    litigation.

20         MR. LEVINSTEIN:  You mean sometime in

21    March of 2004 or April?

22         Q      (BY MR. JONES)  Yeah, roughly around the

23    time that it was generated?

24         A      Not necessarily -- no, I can't remember

25    per se.  We've had so many meetings and so many

**Page 122**

1          MR. LEVINSTEIN:  Objection.

2          Q      (BY MR. JONES)  -- with respect to the

3     GMC's feelings on all these topics?

4          MR. LEVINSTEIN:  Objection.  It's just

5     there's, you know, 40 sentences in there.  If there's

6     anything -- it's an awfully broad and compound

7     question.

8          MR. JONES:  It's an easier way to ask it,

9     though, isn't it?

10         MR. LEVINSTEIN:  Exactly.  Go ahead.

11         A      No, I don't object to anything.

12         Q      (BY MR. JONES)  Okay.  Now the March --

13         MR. LEVINSTEIN:  59?

14         Q      (BY MR. JONES)  -- March 25 minutes.

15         A      Can I use the bathroom real fast?

16              (Recess taken from 12:14 p.m. to 12:23

17              p.m.)

18         MR. JONES:  Back on the record.

19         Q      (BY MR. JONES)  We were looking at -- or

20    beginning to look at the next document in order, or not

21    next document in order, but prior document number --

22         MR. LEVINSTEIN:  59.

23         MR. JONES:  59?

24         MR. LEVINSTEIN:  It's actually in order

25    from the last one.

**Page 124**

1     minutes.

2          Q      Just out of curiosity, there's one

3     reference here at the bottom of the first page

4     discussing an effort to change the state of

5     incorporation of USTU from Ohio to Colorado.

6          A      Uh-huh.

7          Q      Do you remember what the reason for that

8     was?

9          A      I don't remember the reason, per se, but I

10    do remember, even in the former administration, that

11    there was always a thing that the national office is in

12    Colorado; we should have everything here in Colorado.

13    So I remember speaking on that, thinking it would be

14    the right thing to do since everything is there --

15    here, I should say.

16         Q      It didn't have anything to do with

17    litigation?

18         A      Not that I remember.

19         Q      Turning to Page 2, second sentence from

20    the bottom -- or third sentence from the bottom, "The

21    Committee ratified the appointment of Jean Lopez as the

22    Olympic Coach since USTU has only one coach

23    credential."

24         Now, we're talking about March 25, 2004;

25    isn't that correct?

1      A    Right.

2      Q    And this is well before the final

3  qualifiers for the Olympic Games, true?

4      A    Right, true.

5      Q    Well before the Olympic team has been

6  selected, true?

7      A    True.

8      Q    And well before a coach could be selected

9  under the new coach selection criteria; isn't that

10  true?

11      A    True.

12      Q    And also well before the time that it was

13  represented to the USOC that a coach would be

14  selected -- and turning back a moment to Exhibit 58, it

15  says, "After completion of the athlete selection

16  process, new nominations for coach and team leader will

17  be submitted," et cetera, et cetera.

18           Do you have any explanation as to what that

19  sentence means?

20      A    Quite honestly, I'm not -- I don't

21  remember ratifying or anything like that, because if

22  I'm not mistaken, that means I would be eliminating

23  myself from a coaching position, and I'm an ambitious

24  guy too.  I would like to be an Olympic coach.

25           So I don't see myself approving that and just

1      Q    So as you sit here today, you think it's a

2  little inaccurate or just wrong?

3      A    I think it's wrong.

4      Q    Okay.  Secondly, is it correct that Jean

5  Lopez's name was even discussed at that meeting?

6      A    I don't remember that.  Again, because of

7  Steven, a high profile athlete, I'm sure Jean's name

8  had been brought up at some point.  But I don't

9  remember, per se, at this meeting.  This is strange to

10  me.

11      Q    Could someone -- I'm not saying you.  I'm

12  saying could someone at that meeting have brought up

13  his name and started lobbying a little early for Jean

14  Lopez?

15           MR. LEVINSTEIN:  Objection.

16      A    They could have.  I don't remember if they

17  did.  And based on the criteria, there was no lobbying

18  necessary, in my estimation, as a member, a committee

19  member.  It was strictly criteria.  So lobbying

20  wouldn't have made a difference one way or the other.

21      Q    (BY MR. JONES)  So as you sit here today,

22  your best response to whether Jean Lopez's name was

23  discussed at this meeting was maybe?

24      A    No.  Oh, was it discussed?

25      Q    You can't say yes or no?

1  eliminating myself like that, knowing that I still have

2  athletes in the pool.  So I don't remember that, the

3  committee ratifying the appointment of Jean Lopez,

4  especially so early after we knew that we weren't going

5  to do it until -- we weren't going to have any

6  appointments or any voting on anything until after the

7  Olympic trials.

8      Q    Which was?

9      A    In June.  So I'm not quite sure on why

10  this is there, because I know I wouldn't do it if I

11  knew I had an opportunity to be a coach, which at the

12  time I thought was a real possibility.

13      Q    Is it your understanding that Ms. Witte

14  generated these minutes?

15      A    Sometimes Ms. -- most the time, Ms. Witte,

16  but I also know, if I'm not mistaken, that Molly -- I

17  don't know her last name -- from the USTU; she was an

18  assistant there.  She would sometimes sit in on the

19  meetings and do it.  But that would probably be

20  reflected, and I don't see her name here, so I don't

21  know.

22           Molly Shook.  But I don't see her name here.

23  But to me it just seems a little inaccurate just

24  because I know that I would be still in the coaching

25  pool, possibly.

1      A    Oh, discussed.  Maybe, maybe.  Discussed.

2      Q    And that discussion might have been with

3  respect to the Olympic coaching selection?

4      A    It might have been.

5      Q    But as you pointed out, you had people in

6  the pool --

7      A    Yeah.

8      Q    -- at this point?

9      A    Yes.

10      Q    And you had ambitions to be a coach at the

11  Olympics as well?

12      A    Quite honestly, up until to that point, I

13  didn't think that I was even considered for the Olympic

14  coach; but then with the new criteria, there was a

15  chance that if my athlete wins and another athlete

16  beats the other Lopez, then I might have an opportunity

17  to be there.

18      Q    Next exhibit would be --

19           MR. LEVINSTEIN:  Another former exhibit?

20           MR. JONES:  Yeah.  Looking at these

21  e-mails, June 7?

22           MR. LEVINSTEIN:  The collection --

23           MR. JONES:  Did we do that as a

24  collective --

25           MR. LEVINSTEIN:  61?  Does it look like

**Page 129**

1   it compared to what you have?

2   MR. JONES:  Yeah.  It's collective.

3   Q   (BY MR. JONES)  Why don't you take a look

4   at those, Mr. Moreno.  They might be out of order.  I

5   apologize if they are.

6   MR. LEVINSTEIN:  For the record, they're

7   in reverse order of how they were produced, but that

8   may be the right date order.

9   THE DEPONENT:  Is it?

10   MR. LEVINSTEIN:  Most e-mails go from

11   most recent to the end, and this is from the beginning

12   to the end, which is a probably more intelligent way to

13   put them together.

14   Just for the record, yeah, sometimes the

15   time suggests a different order than they're in, but

16   who cares.  Just whatever happens.

17   A   Okay.

18   Q   (BY MR. JONES)  Do you recall seeing this

19   Exhibit 61 or parts of it before?

20   A   Yes.

21   Q   Did you see it in electronic form or

22   printed like this?

23   A   Electronic form, I'm sure.

24   Q   And your name is listed as a recipient on

25   several of these e-mails, is it not?

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 131**

1   put their names next to the criteria, just go down the

2   checklist, and see which one is in.  It became apparent

3   that it was Jean Lopez.  So it was almost like a

4   formality, I thought.

5   Q   Was this e-mail sent a few days after the

6   final qualifiers?

7   A   Yes.

8   MR. LEVINSTEIN:  Two days.

9   A   Two days, Monday.

10   Q   (BY MR. JONES)  And as you put it, you

11   felt the die was cast, and it was down to two people,

12   and really one; is that right?

13   A   The objective all along was to have an

14   objective criteria, and once you put in the names,

15   whoever fit the bill, yes, one name would surface;

16   unless for some reason there was an equal tie, and then

17   we, as a committee, would have to make a decision.

18   Q   At the bottom of that same page, it says,

19   "Steve, I hereby nominate Jean Lopez as the USA 2004

20   Olympic Taekwondo Coach.  As per the Selection

21   procedures see below I will need the approval from the

22   USTU G&M committee, please see below selection

23   procedures ([number] 3).  Could you send this request

24   out to the G&M for their approval?  Thanks!"

25   This was from Mr. Gambardella?

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 130**

1   A   Yes.

2   Q   Looking at the substance of the e-mails,

3   do you recall receiving these and reading these about

4   the time they were sent?

5   A   I do.

6   Q   I'll just try and go through them in

7   reverse order --

8   A   Okay.

9   Q   -- which would be USTU00016 for the first

10   page.

11   A   Okay.

12   MR. LEVINSTEIN:  That's the order he has

13   it too.

14   MR. JONES:  Yeah.

15   Q   (BY MR. JONES)  The first e-mail on

16   there -- it looks like there's two.  The first one is

17   directed to you, Rich Bender, Tim Yount, Tony Baggiano,

18   and Virginia Witte, courtesy copy to Bob Gambardella,

19   Gary Johansen, Jeff Benz, from Steven Locke dated June

20   7, 2004; is that correct?

21   A   Yes.

22   Q   And what do you -- what was your

23   interpretation of what this e-mail was for?

24   A   My interpretation, it was almost like a

25   formality, because there was only two coaches left.  We

4/6/2005  Moreno, Juan Miguel  (Pltf desig = Yellow, Dfts' counters = Blue)

**Page 132**

1   A   Yes.

2   Q   And he made the formal nomination; is that

3   right?  "I hereby nominate Jean Lopez"?

4   A   Yes.

5   Q   And so this ballot, this vote was

6   attempted electronically?

7   A   Right.  And then we figured out we

8   couldn't do that, I guess.

9   Q   All right.  Moving on to the second page,

10   to 00015, just the last -- the only sentence there.

11   "Bob, I should have checked first, but (even though I

12   have now sent that piece out having to do with the

13   Olympic coach) can we even vote electronically on

14   resolutions (per the bylaws?)?  Steve."

15   Mr. Locke was concerned with the proper

16   formalities?

17   A   Yes.

18   Q   Were there any phone conversations going

19   on during this period that you remember about this

20   vote, or was it all done electronically?

21   A   It was done, I believe, electronically.

22   Q   Okay.  Then we come up on Page 00014, the

23   third page.  You were sent another e-mail from Steve

24   Locke dated June 7?

25   A   Uh-huh.

**Page 133**

```
1      Q     Is that a yes?
2      A     Yes.
3      Q     And this is it?  And, again, the topic of
4   voting on the coach is discussed.  And what was your
5   interpretation of what this e-mail was for?
6            MR. LEVINSTEIN:  Objection.  You can
7   answer.
8      A     It was just -- my interpretation was that
9   we were just seeing if we could vote electronically or
10  couldn't we vote electronically.  That's it.
11     Q     (BY MR. JONES)  Okay.
12     A     The time frame we needed to respond back
13  if we couldn't vote electronically.
14     Q     There was a statement here just before the
15  name Steve, it says, "My first question to Bob is:
16  Should we wait until the final fight off to see who is
17  determined to be on the team?"
18     A     Yeah.
19     Q     What's that about, do you know?
20     A     It looks like he didn't realize that the
21  fight off was two days prior.  I mean, I don't think
22  Steve claims to be a Taekwondo guru of what's going on
23  every single day within our sport.  So I think he
24  probably lost track of dates.  But I don't know.  It's
25  pretty comical.
```

**Page 135**

```
1   rest of the committee, and cc'd to Bob and legal
2   counsel.
3            "Juan, Virginia, Rich and Tony, As we have
4   not had much (or any) discussion forthcoming through
5   email [regarding] Bob's nomination of Jean Lopez to
6   serve as the Olympic coach, I will call the question."
7            Last two sentences, "Last weekend, Steven
8   Lopez and Nia Abdullah were selected to be nominated as
9   Olympic team members through their performances at the
10  Olympic fight off in San Jose.  Also, and fyi, this
11  morning, Bob departed for Korea to attend IF meetings."
12           So he was going ahead and asking everyone to
13  vote by calling the question?
14     A     Uh-huh.
15     Q     Yes?
16     A     Yes.  Sorry.
17     Q     And then the final one, Page -12, an
18  e-mail from Virginia Witte saying basically she votes
19  for Jean Lopez; is that right?
20     A     Yes, it appears.
21     Q     Next exhibit would be the June 9 --
22           MR. LEVINSTEIN:  The ballot?
23           MR. JONES:  The ballot, yeah.
24           MR. LEVINSTEIN:  Exhibit 60.
25           MR. JONES:  I'm sorry.  I don't think I
```

**Page 134**

```
1      Q     All right.  So you think somebody clued
2   him in?
3      A     Obviously.
4      Q     Hopefully before the vote?
5      A     Yes.  I believe so.
6            MR. LEVINSTEIN:  On Page 13 he knew.
7      Q     (BY MR. JONES)  And then the second part,
8   or it looks like maybe a reply, same page --
9            MR. LEVINSTEIN:  No, it's an attachment.
10           MR. JONES:  I'm sorry.  It's an
11  attachment.
12           MR. LEVINSTEIN:  It says, "Please see
13  Bob's note below."
14     Q     (BY MR. JONES)  It says, "Steve, On Page
15  14 of the By-laws it states that yes sent out by email
16  however it needs to be signed by the EXCOM members."
17           Was it your understanding that eventually you
18  would have to sign --
19     A     Sign.
20     Q     -- sign the ballot?
21     A     Yes, that was my understanding.
22     Q     Okay.  Last page.
23           MR. LEVINSTEIN:  No.  There's two more.
24     Q     (BY MR. JONES)  Sorry.  Second-to-last
25  page.  June 9 e-mail from Steve Locke, again, to the
```

**Page 136**

```
1   have an extra copy of that one.
2            MR. LEVINSTEIN:  It's okay.  I've got
3   one.
4      Q     (BY MR. JONES)  You recall seeing Exhibit
5   60?
6      A     Yes.
7      Q     And it is a cover letter from Bob
8   Gambardella to the G&M Committee; is that right?
9      A     Yes.
10     Q     Dated June 9, 2004, regarding "Mail
11  Ballot," in which he attaches the mail ballot, and that
12  is the ballot that has Jean Lopez's name on it and only
13  Jean Lopez's name on it, correct?
14     A     Yes.
15     Q     And it gives you a choice to agree,
16  disagree, or abstain?
17     A     Yes.
18     Q     And it's your testimony that you checked
19  off the agreed?
20     A     Yes.
21     Q     Signed it?
22     A     Yes.
23     Q     Sent it in?
24     A     Yes.
25     Q     Last -- or not last, but --
```

1    MR. LEVINSTEIN:  We can hope.

2    Q    (BY MR. JONES)  July 1, 2004 minutes?

3    MR. LEE:  63.

4    MR. LEVINSTEIN:  Thank you.

5    Q    (BY MR. JONES)  I want to focus you in on

6    the last paragraph of Page 1.

7    A    Uh-huh.

8    MR. LEVINSTEIN:  Yes?

9    A    Yes.  I'm getting worse.  I'm sorry.

10   You're wearing me down.  You're wearing me down.

11   Never.

12   Q    (BY MR. JONES)  These are the July 1, 2004

13   minutes of the USTU GMC committee; is that right?

14   A    Yes.

15   Q    And like the last one, this one doesn't

16   appear to have an approval at the subsequent meeting.

17   A    Correct.

18   Q    At least that I see.

19   A    I don't see it.

20   Q    And you participated by conference call,

21   and again the same basic participants were there?

22   A    Yes.

23   Q    Fourth paragraph, Page 1, *Juan Moreno

24   joined the call and discussion began on the letter from

25   Olympic athlete Nia Abdullah asking that her current

1    A    Best of my recollection.

2    Q    (BY MR. JONES)  And just to understand how

3    this question involving Nia came up, who was the first

4    person to come forward with an issue regarding Nia and

5    her need for Coach Chul Ho Kim or some coach besides

6    Jean Lopez?

7    A    I couldn't tell you.  I would assume Nia,

8    but not -- I couldn't tell you.

9    Q    Are you sure it was not Sam Pejo?

10   A    I don't know.

11   MR. LEVINSTEIN:  For the record,

12   yesterday's testimony is it was her mom.

13   MR. JONES:  I know that.

14   MR. LEVINSTEIN:  Okay.

15   A    I don't know.

16   Q    (BY MR. JONES)  So as far as you know, it

17   was a letter from her parents or a phone call from her

18   parents or mom, in particular; is that true?

19   A    That's what I would assume.

20   Q    And in your own words, what was the

21   problem with her just going with Jean Lopez as her

22   coach?

23   A    There was only two athletes.  There was

24   only one coach selected.  She was upset that her coach

25   wasn't selected.  Quite honestly, there was also

1    coach be available to coach her in Athens.  Kelly

2    pointed out that Jean Lopez had qualified to be the

3    USTU Olympic Coach under the USOC Coaches Selection

4    procedure and had been recommended to the USOC Board of

5    Directors for approval.  There is only one coaching

6    credential available for USTU.  The Committee voted

7    unanimously to 'direct USTU to allocate the funds

8    necessary to send Coach Chul Ho Kim to the Malta

9    training camp and the Athens games to work with Nia

10   Abdullah.'  She will be advised that he will not be

11   able to coach her at ringside during her competition,

12   but they will have access to the training facility at

13   the American College of Greece.  Bob will work with Nia

14   to make sure she has training partners at the OTC

15   leading up to the Games.*

16   Sorry.  Carry over to the next page.  *Kelly

17   noted that the coaching selections were to be ratified

18   today at the USOC Board meeting in Chicago and

19   hopefully would be formally announced by Friday July

20   2.*

21   First of all, what I have just read to you,

22   is it accurate?

23   MR. LEVINSTEIN:  Objection.

24   Q    (BY MR. JONES)  As to the discussions?

25   MR. LEVINSTEIN:  Objection.

1    concern that the runner up, who happened to be Jean

2    Lopez's athlete, happened to be his sister.

3    So I'm sure as an athlete in combative sport,

4    there's always some concern about their safety and

5    their well-being.  And she had been very adversarial

6    with Jean and his sister, Diana.  So it wasn't -- it

7    was going to be a little bit of a difficult situation

8    for them.

9    That's why -- and we understood that.  That

10   is why -- I mean, I was on the committee, and I was

11   very adamant that we do everything in our power.  I

12   understood that we could only have one coaching

13   credential.

14   Meanwhile, let me say, I wasn't best friends

15   with Jean Lopez, so I couldn't care one way or the

16   other.  But I was also concerned with both athletes.

17   So I was very pro helping Nia out in any form or

18   fashion, getting her coach to both the training session

19   and to the Olympic Games without any expense to himself

20   so that Nia could feel as comfortable as possible.

21   Q    Just to understand the implications here

22   with Jean Lopez's sister being an alternate.  Are you

23   saying that if Nia got injured in elimination rounds in

24   the Olympics, let's call them semi-finals, Jean Lopez's

25   sister would be --

1      A.   No.  Once you're in the Olympic Games,
2  you're at the Olympic Games.  Once you're competing, if
3  you get hurt the first match or last match, there's no
4  one that can replace you.
5          Up until that point -- which quite honestly,
6  I know there's a certain point that you can only
7  register certain athletes, and then there's a cutoff
8  date, so even if she got hurt the day after that,
9  there's nothing you can do; you just lose that spot.
10     Q.   So we're talking more about something that
11  might happen, say, during training up until the
12  Olympics?
13     A.   Correct.
14     Q.   So if she got hurt in training, Jean's
15  sister would replace her?
16     A.   Correct.
17          MR. LEVINSTEIN:  Before the cutoff date.
18     A.   Before the cutoff date.
19     Q.   (BY MR. JONES)  Before the cutoff date,
20  whenever that is.
21     A.   Uh-huh.
22     Q.   Did you see the letter from Nia's parents?
23     A.   I believe I did.
24     Q.   What kinds of things did they say, because
25  we've not seen a copy of the letter?

1      A.   I can't remember specifically.  The same
2  kind of concerns I just mentioned to you.  They just
3  were concerned why her home coach wasn't selected, and
4  I'm sure they weren't privy to the procedures.
5      Q.   Did they state that they felt that there
6  are bad relations between Jean Lopez and Nia?
7          MR. LEVINSTEIN:  Objection.
8      A.   I don't remember.  I don't remember the
9  nature of the letter.  I mean, I remember the nature,
10  but I don't remember the exact content.
11     Q.   (BY MR. JONES)  You've heard the phrase
12  "conflict of interest"?
13     A.   Sure.
14     Q.   Do you believe there's a code that applies
15  to coaches, as far as a code of ethics?
16     A.   Sure.
17     Q.   Do you think there's any -- was any
18  conflict of interest for Jean Lopez to be handling Nia
19  in the Olympics?
20     A.   According to the criteria, no.  From a
21  personal standpoint, if I was Nia, and I don't have my
22  coach there and I'm competing, sure.
23     Q.   So the committee, notwithstanding that
24  there was only one coaching position, got together and
25  decided what?

1          MR. LEVINSTEIN:  Objection; only one
2  credential.
3          THE DEPONENT:  Answer?
4          MR. LEVINSTEIN:  Yeah.
5      A.   We didn't decide anything.  I mean, again,
6  we have to go back to the procedures.  They were
7  objective.  This is the person that met all the
8  requirements.  He was the one -- whether we liked it or
9  not, he was the one.
10          But we also took it under consideration, like
11  I said, that there was another athlete, so let's try to
12  do what we can do, within our capabilities, the best
13  possible scenario for Nia Abdullah, which was training
14  partners and coaches coming along.
15     Q.   (BY MR. JONES)  And that is specifically
16  the action taken was to --
17     A.   Because up until to this point, there was
18  no -- there was nothing said that said we had to bring
19  her coach, but we thought it was in the best interest
20  to show that we are an athletes-based organization,
21  that we want to help her to the best of our
22  capabilities.
23     Q.   And that action translated to setting
24  aside funds necessary to send Coach Chul Ho Kim to
25  Malta and the Olympics to help Nia in the capacity as a

1  trainer?
2          MR. LEVINSTEIN:  Objection.
3      A.   Trainer slash coach, you know.
4      Q.   (BY MR. JONES)  Uncredentialed coach?
5      A.   Uncredentialed.
6      Q.   But also with the understanding that
7  because he was uncredentialed, he couldn't sit with her
8  ringside?
9      A.   Sit with her where?
10     Q.   Ringside?
11     A.   Of course.  The Olympics are a very
12  protected event.  You just don't walk on the floor.
13     Q.   So any coaching he could do for her during
14  actual competition would have to be from wherever he
15  was allowed to sit?
16     A.   From wherever he bought a ticket.
17     Q.   Wherever he bought a ticket?
18     A.   Yeah, wherever he sat in the auditorium.
19     Q.   Did you go to the 2004 Games?
20     A.   Yes, I worked.
21     Q.   Where was Coach Kim allowed to sit with
22  respect to where Nia was fighting?
23     A.   I mean, I couldn't tell you.  I was
24  working the event.  I was an announcer, so I had a job
25  to do.  So I know he was somewhere in the area, but I

**Page 145**

```
1    don't know.  I couldn't tell you whether it was the
2    first row, fourth row, eighth row.  I couldn't tell you
3    at all.  I mean, I know where some Americans were
4    sitting, but that's it.
5         Q    He testified yesterday it was kind of
6    noisy in there and difficult to communicate with Nia
7    when she was actually fighting.  Do you have any reason
8    to dispute that?
9         A    No.  I mean, it's the Olympics Games.
10   People are cheering and people are going crazy.  And
11   his job wasn't the Olympic coach.
12        MR. LEVINSTEIN:  He's not the loudest man
13   either.  It's hard to imagine him yelling, after
14   yesterday.  He's hard to hear.  I guess he does, but
15   very soft spoken.
16        Q    (BY MR. JONES)  I just wanted to show you
17   the new coaching selection criteria.  I think we had a
18   premarked exhibit.
19        MR. JONES:  Was it attached to the letter
20   to Master Lee?
21        MR. LEVINSTEIN:  Correct.  Exhibit 10
22   maybe.
23        MR. JONES:  Yeah, something like that.
24        MR. LEVINSTEIN:  Yes, Exhibit 10.
25        Q    (BY MR. JONES)  I just wanted to show you
```

**Page 147**

```
1    is, "Position of head coach will be selected based on
2    the following criteria, in priority order:"
3         First item, "Number of athletes the coach has
4    placed on the 2004 Olympic Team."  The second item,
5    Competition record (from June, 2003 to June, 2004) of
6    the athletes placed on the 2004 Olympic Team.  Priority
7    consideration will be given to results from, in
8    priority order," first item, "2003 World Championships,
9    2003 Pan [Am] Games."
10        Focusing in on the first two-line items,
11   number of athletes the coach has placed and then the
12   one right after that, do you interpret this criteria to
13   mean that unless someone places athletes on the 2004
14   Olympic team, the GMC can't even look at the second
15   line item?  In other words, one has to satisfy the
16   first line item before you could even look at the
17   second line item as to the quality of these athletes?
18        MR. LEVINSTEIN:  Before you go on, the
19   second one includes the same requirement, because it
20   has in it athletes placed on the 2004 teams.  So you
21   couldn't meet either criteria if you didn't meet the
22   first.
23        MR. JONES:  I just want to get his
24   interpretation.
25        MR. LEVINSTEIN:  Sorry.
```

**Page 146**

```
1    not so much the letter, but the last page of Exhibit
2    10.
3         MR. JONES:  Let's go ahead and have a
4    copy made of that same thing and make it a separate
5    exhibit next in order.
6         (Deposition Exhibit No. 76 was marked
7              for identification.)
8         MR. LEVINSTEIN:  Exhibit 76 is the last
9    page of Exhibit 10, and it doesn't have a Bates number.
10   But it's "Selection Procedures for Coaches" with a fax
11   cover line at the top.
12        Q    (BY MR. JONES)  Have you had a chance to
13   look at that one?
14        A    Yes.
15        Q    Just to verify for the record that that's
16   the one, is that Exhibit 76 the new coaching selection
17   criteria that was approved by the GMC in 2004?
18        A    Yes.
19        Q    Is that the same coaching selection
20   criteria that was used to select Jean Lopez as the
21   coach of the U.S. Olympic team in 2004?
22        A    Yes.
23        Q    And just to understand how you interpret
24   this criteria, No. 1 says, "What are your NGB
25   prerequisites for coaching positions?"  And the answer
```

**Page 148**

```
1         A    Yes, my interpretation is that yes, you
2    have to be -- you have to have an athlete that you're
3    coaching on the Olympic team 2004.
4         Q    (BY MR. JONES)  And then from the pool of
5    coaches that have athletes that have made it to the
6    team, you then evaluate the quality of those athletes
7    based upon the rest of these line items; is that right?
8         A    Yes.
9         Q    Now, at the top -- I know this isn't
10   particularly your area, but at the very top, it says
11   "Directions"?
12        A    Uh-huh.
13        Q    "Procedures for selection of coaches for
14   the Games must be approved at least 12 months prior to
15   the start of the Games."  It says that, correct?
16        A    Yes.
17        Q    And it's true, is it not, that these
18   criteria were not approved at least 12 months prior to
19   the start of the Games?
20        A    Yes.
21        Q    So these criteria did not follow at least
22   the written directions at the top when they were
23   approved; isn't that true?
24        A    I think -- yes.
25        Q    Do you know the source of this 12-month
```

4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)  Case 1:04-cv-00461-SOM-LEK  Document 245-3  Filed 03/21/2006  Page 39 of 44

4/6/2005 Moreno, Juan Miguel (Pltf desig = Yellow, Dfts' counters = Blue)

1  rule that's listed in the directions, if it is a rule?
2      A     I don't know if that's a USOC mandate or
3  rule.  I really don't know.
4      Q     And you don't have any reason to dispute
5  that it's contained in the USOC bylaws?
6      A     Again, I'm not a legal person.
7      Q     Thank you.
8          MR. JONES:  Let me just check my notes
9  real fast.  I think I'm done.  A short lunch break?
10         MR. LEVINSTEIN:  I may ask one or two
11 questions.
12         MR. JONES:  Okay.  I had one question.
13     Q     (BY MR. JONES)  Did you attend a USTU
14 meeting on November 3rd, 2004?
15     A     Where was it at?
16     Q     At the Sheraton, Colorado Springs --
17     A     Yes, yes.
18     Q     -- hotel.
19     A     Yes, I was.
20     Q     Was that a Board of Governors meeting?
21     A     Yes.
22     Q     Did that meeting invite people more than
23 just the GMC committee?  In other words --
24     A     Yes.
25     Q     -- it invited the Board of Governors?

1  the union, almost, kind of, about the athletes and the
2  direction that we were going, those types of things.
3  Had a couple of questions from a couple of people.  I
4  tried to answer them to the best of my ability.
5      Q     Was it a heated meeting, in the sense that
6  there were strong opposing views?  Is that fair?
7      A     Yeah, that's fair.
8      Q     Sometimes prior management had strong
9  views?
10     A     Prior management?  There was no management
11 there.
12     Q     You said prior --
13     A     Board of directors.
14     Q     Prior board of directors?
15     A     There was a few there that had some views.
16     Q     Did you ever stand to address them on any
17 issues?
18     A     I'm sure I did.  Again, there was -- the
19 Governance and Management Committee were kind of
20 fielding questions back and forth, back and forth.
21     Q     Do you remember ever standing and
22 addressing them and saying something to the effect that
23 we passed this motion, despite you, not because of
24 you --
25     A     No.

1      A     Uh-huh.
2      Q     Who was the Board of Governors?
3      A     The Board of Governors would have been the
4  former administration, state presidents, appointed
5  people that were supposed to be removed.
6      Q     There were various items voted on at that
7  meeting; is that true?
8      A     Yes.
9      Q     Or considered?
10     A     Considered, yes.
11     Q     Some possibly big changes for USTU or USA
12 Taekwondo?
13     A     Uh-huh.
14     Q     Is that fair?
15     A     Correct.
16     Q     USA Taekwondo, by the way, was the new
17 name for USTU?
18     A     Yes.
19     Q     At any time, do you recall standing to
20 address any part of the group or a subgroup of the
21 group that was in attendance?
22     A     Absolutely.
23     Q     Do you remember what you said?
24     A     There was -- I mean, I spoke on a number
25 of different topics.  Just talked about the state of

1      Q     -- or we succeeded on this despite you,
2  something along those lines?
3      A     The question was raised to me, Juan,
4  you're a product of the USTU, and people supported you
5  and helped you come up through the ranks and blah,
6  blah, blah, blah.  And my response to them was that the
7  USTU never did anything for me.  They never brought me
8  to a camp.  They never took me to a junior camp.
9         So the people that have excelled in our
10 sport, the Herb Perezs, the Arline Limases, the Lynette
11 Loves, the Juan Morenos, the Steven Lopezes, we have
12 achieved certain things not because of you, but despite
13 you guys.
14        I mean, the coaching didn't help us.  Most of
15 the resources didn't help us.  We didn't utilize a lot
16 of things that we could have utilized.  And most of us
17 did it on our own from our own home little gyms.
18        So that was me speaking from my own
19 perspective and having conversations with other
20 different people.  And I was very forthcoming.  I said,
21 I'm not going to say that I don't appreciate being
22 involved in this organization and appreciate some of
23 the people that have helped me along the way, but their
24 content of the question to me was, you're only there
25 because of us.  I was like no, I'm not.  I never did

1  one thing.
2          Right before I made my first Olympic team, I
3  never had one coach ever talk to me.  I never was
4  invited to one camp, never even looked at.
5          So, no, I did that stuff by myself.
6  Subsequently later on, people like Mr. Lee here, helped
7  me with some of my development, of course.
8      Q    When you used the phrase "you guys" just
9  now, to whom were you referring?
10     A    I was just generizing (sic) to the USTU.
11 I mean the USTU organization, not any one individual or
12 one type of people.  Just the organization, because I'm
13 sure you're aware of, there's many different people
14 from different places in our organization, not just one
15 type of people.
16     Q    This group that you were addressing,
17 though, is it fair to say it was the old guard, the
18 USTU?
19     A    It was both, because there was some old
20 guard that was there.  There were some people that were
21 in support of our organization.  There was athletes
22 there.  It was a pretty good mix.
23     Q    When you stood to speak, though, was the
24 topic that you were talking about voting on -- well,
25 let me back up a moment.

1          When you say you succeeded, were you just
2  talking about you individually as an athlete, not about
3  any pending matter that was being voted upon?
4      A    No.  I wasn't asking questions for voting
5  or anything.  I was simply giving a state of the union.
6  That question was presented to me, and that's when it
7  became a little bit personal.  I wasn't giving facts
8  anymore.  I was getting personal, saying, for me, this
9  is how I succeeded, and this is the things that were
10 given to me or were not given to me.  So I was going
11 very directly with the person that asked me the
12 question.
13     Q    You would agree that there were a high
14 percentage of Korean Americans, though, in the old
15 management?
16     A    In the old management?  Define --
17     Q    The old executive --
18     A    Absolutely.  There was a definitely a
19 high --
20     Q    -- board?
21     A    Yeah.
22     Q    But when you stood to address them, you
23 weren't addressing Korean Americans in particular?
24     A    Absolutely not.  Just anybody that was on
25 the old board and that was fighting the change that was

1  being productive.
2          MR. JONES:  All right.  I think that's it
3  for direct.
4          MR. LEVINSTEIN:  I just want to ask a
5  couple of questions.
6          E X A M I N A T I O N
7  BY MR. LEVINSTEIN:
8      Q    Focusing on 1991, who was your coach?
9      A    Dae Sung Lee.
10     Q    And were you invited to go to the 1991
11 World Championships?
12     A    I wasn't invited.  I won my spot at the
13 team trials and was a member of that team.
14     Q    You earned the right to go to the World
15 Championships?
16     A    Yes.
17     Q    And what happened at that World
18 Championships?
19     A    I didn't go to that World Championships.
20     Q    And why not?
21     A    Prior to the World Championships, we had a
22 training camp in Colorado Springs, and there was a
23 couple of coaches brought in.  But the one who was
24 running the coaching was my coach, Dae Sung Lee, which
25 obviously I was very happy about.  There was a couple

1  of coaches that came, and they ended up leaving because
2  they didn't think they could handle us, and they didn't
3  think they were at our level.
4          All the meanwhile, Dae Sung Lee was not one
5  of the coaching staff members.  And I had a very heated
6  argument with a few people on why he wasn't on the
7  coaching staff, when he was the one who had a number of
8  people on the team:  quite a few members on the team --
9  I could actually probably go through and count, but
10 quite a few men and a few women -- who was running all
11 the trainings, getting up with us at 6:00 and training
12 us at 10:00 and training us at 3:00, and was just doing
13 all the work, who had the confidence of all the
14 athletes, why he wasn't being a member of that coaching
15 staff.
16         And they just said, oh, wait, wait, wait.  So
17 I elected to boycott.  I elected to boycott and say, if
18 you're not going to take my coach, and you're not going
19 to take the coach who is doing all the work, then I'm
20 not going to go through the hardest tournament in the
21 world and sit with some guy that I don't know anything
22 about who is going to tell me what to do and when to do
23 it and how to do it.  I have no faith in him and no
24 confidence in him.
25         So I decided that I was going to boycott.  I

1 stepped out and removed myself. And they ended up
2 getting the second-place person to go in my spot.
3 Subsequently, at the last minute, they included
4 Mr. Lee, but only after I was gone.
5        So he ended up making the trip, but not until
6 the last second, when all they had to do was take care
7 of the athletes and do the right thing, and everything
8 would have been fine. And I wouldn't have lost, like
9 he lost. Maybe. Just kidding.
10       Q    When you selected -- withdrawn.
11            When you, the Government and Management
12 Committee -- I'm switching time frame totally. When
13 the Government and Management Committee decided to
14 allocate the resources to send Chul Ho Kim to Malta and
15 Athens, was there a hope that he would become a
16 credentialed coach?
17       A    There was a slight hope. I mean, we had
18 talked about it even in our previous meetings that,
19 hey, we're going to get over there and we're going to
20 try to pull some strings and talk to people and see
21 what we can do. There was definitely a little bit of
22 hope.
23            We knew what we were up against. We knew it
24 wasn't going to be easy, but we were going to try to
25 do -- when I say we, I wasn't in an official capacity

1 there, but I knew Bob was going to try to the best of
2 his ability to get another credential.
3       Q    Were you aware that Bob Gambardella got a
4 credential at some point during Athens?
5       A    Yes, I was aware.
6       Q    What kind of credential did Bob get?
7       A    I don't know what his credential was. I
8 think it gave him access to probably the playing -- or
9 the venue. I don't know if he was even available to
10 go -- or able to go down to the holding area. I'm
11 almost positive it wasn't a field of play.
12       Q    So in your understanding, if he had given
13 that credential to Chul Ho Kim, could Chul Ho Kim have
14 sat in Nia's chair?
15            MR. JONES: Objection; calls for
16 speculation.
17       A    Answer?
18       Q    (BY MR. LEVINSTEIN) (Counsel nodded.)
19       A    It's my understanding, no, that it was not
20 that credential. It was not a coaching credential.
21       Q    And if the USOC had -- or the USTU had
22 been able to get a second credential, was it your view
23 that that credential should go to a coach or a team
24 leader?
25       A    I mean, it was absolutely a coach, and I

1 would have done everything in my power to make sure
2 that the athlete, Nia, was taken care of.
3       Q    And would a coaching credential have
4 allowed someone who had it to go into the Olympic
5 Village?
6       A    I'm sorry?
7       Q    Would a coaching credential have given a
8 person who had one access to the Olympic Village, if
9 you know?
10       A    If you're a coach? Hmmm. I'm not sure.
11 From previous Olympic Games, I remember we actually --
12 that was the case. I have heard of other coaches that
13 had field of play passes that weren't -- like track and
14 field coaches that weren't allowed in the athlete
15 village.
16            I remember even 1992 -- or I'm sorry -- 2000,
17 Han Won Lee was the Olympic coach, but he didn't have
18 full access to all of the Olympic Village. He stayed
19 there and lived there, but he couldn't go to the dining
20 halls.
21            So I know there's some restrictions on some
22 of that stuff.
23       Q    Nothing else?
24            MR. JONES: Just a couple of follow-up.
25 [LINE INTENTIONALLY LEFT BLANK.]

1            E X A M I N A T I O N
2 BY MR. JONES:
3       Q    This incident with Dae Sung Lee not being
4 able to go with you for the World Championship --
5       A    World Championships in Greece. Kind of
6 funny, ironic.
7       Q    How big was the team to go, the U.S. team?
8       A    Sixteen players.
9       Q    So he had a 16 U.S. team --
10      A    Eight men and eight women.
11      Q    And how many coaches were allowed for a
12 U.S. team?
13      A    Back in those days, whoever paid got to
14 go. But generally, it was three men and three women
15 coaches. So usually six coaches. Of those six, none
16 of them had athletes on the team, except for him.
17      Q    And so all three of the men that were
18 selected to fill the coaching positions, at least in
19 the first round, until you said something --
20      A    Uh-huh.
21      Q    -- were from outside the OTC?
22      A    Yes. I mean, they were from around the
23 country.
24      Q    He was working at the -- meaning Dae Sung
25 Lee -- was working at the Olympic Training Center at

1  the time?

2  A    He was the coach of the Olympic Training

3  Center.  I'm not sure if he was paid at that time or

4  not.

5  Q    But you identified him as being --

6  A    The coach, absolutely.

7  Q    -- a coach at the Olympic Training Center?

8  Were any other coaches of the Olympic

9  Training Center going?

10  A    We only had one.

11  Q    Understanding that you were more

12  comfortable with Dae Sung Lee because you were working

13  with him, were these other three coaches less qualified

14  than him?

15  A    Again, because there was no coaching

16  standards at the time, I would say absolutely less

17  qualified.  I mean, he was a recent athlete that

18  excelled in this country.  He was an athlete that had

19  the confidence -- or I'm sorry -- a coach that had the

20  confidence of the majority of the team because they

21  were his athletes.  And the ones that weren't his

22  athletes were either former teammates of his, i.e.,

23  Herb Perez, or had known him for years and years and

24  trusted his ability to coach and help the team.

25  Q    But using the old coaching criteria, which

1  that time, I had been on the team for three years,

2  including the Olympics Games.

3  Q    Do you think that decision was driven

4  because of a Korean cultural thing?

5  A    I think it was based on there was no

6  procedures because it wasn't a USOC event, so we didn't

7  have to provide procedures to World Championships.  We

8  could do whatever we wanted.

9  It was very well known at that time that

10  people could make a donation to the national team to be

11  a coach or assistant coach or head of team or team

12  leader, and that was prevalent at the time.  So I took

13  all those as factors into that.  Just leave it at that.

14  Q    Somehow, though, Dae Sung Lee's name was

15  reconsidered, and he replaced one of those three men

16  that you were referring to?

17  A    I'm not sure if he replaced him or he just

18  was added.  I'm not quite sure of that.  I was a young

19  athlete at the time and very straightforward.  And I

20  wasn't hip to all the procedures and what could be done

21  and what couldn't be done and how many credentials they

22  could have at a World Championship.  I didn't know

23  anything about that stuff.

24  Q    That bothered you, though, that they did

25  not send -- that they did not pick Dae Sung Lee in the

1  is the one --

2  A    Use that loosely.

3  Q    Yeah.  That was in effect, at least,

4  during this earlier situation that you had --

5  MR. LEVINSTEIN:  Objection.  We don't

6  know if there were criteria or what they were.

7  Q    (BY MR. JONES)  Assuming prior coaching

8  experience was the criteria that they were using in

9  those days --

10  A    Okay.

11  Q    -- do you have any reason to believe that

12  these three men that were sent did not have prior

13  coaching experience in international competitions?

14  A    I can't remember all of the individuals,

15  but I would say some of them may, some of them may not.

16  Q    Can you name any that did not have prior

17  international coaching competition experience?

18  A    I'm trying to think.  Pre-'91.  I can't,

19  per se, right now.  It was a long time ago, 13 years

20  ago.

21  I mean, I could probably guess, but I would

22  have to look at the names -- or put the names down and

23  then go back to some records and stuff like that.  But

24  nothing of any significance.  Put it that way.  Nothing

25  of any significance with a U.S. national team.  And at

1  initial round?

2  A    Very much so.

3  Q    And was this something that you brought to

4  the powers that be, the persons that select coaches

5  early on before?

6  A    Yes.

7  Q    And who did you specifically bring your

8  concern to?

9  A    Sang Lee.

10  Q    What are your feelings towards Sang Lee?

11  A    You know, a lot of people have their own

12  personal feelings.  Personally, he has always been very

13  nice to me, very friendly to me, very fair to me.

14  And even in our private conversations, you

15  know, non-Taekwondo related, he has been very

16  complimentary to me, very supportive of my family and

17  the endeavors that I wish to do, and we just spoke on a

18  lot of different life type situations.  For me,

19  personally, I have nothing against him.  He was always

20  a very good man to me.

21  Q    But in this particular situation, you

22  disagreed with his decision?

23  A    It wasn't like I didn't (sic) disagree

24  with his authority.  It was just I disagreed with his

25  philosophy.  That's it.

1    Q    And what was that philosophy?

2    A    He told me that Dae Sung Lee had to wait

3 his turn.  Juan, don't worry; later, later, later.

4 Again, as a young aggressive person, I was like, later?

5 Why later?  Why not now?  What's wrong with now?  That

6 was -- I remember that conversation.

7    Q    Okay.

8        MR. LEVINSTEIN:  I'll ask one more thing.

9 Sorry.

10        E X A M I N A T I O N

11 BY MR. LEVINSTEIN:

12    Q    There was a time in 2003 when you learned

13 that the Coaching Science Committee had nominated Dae

14 Sung Lee to the USTU Executive Committee.  You

15 testified about that?

16    A    To the USTU Executive Committee?

17    Q    Is that where the nomination went or to

18 the Board of Governors?

19        MR. JONES:  As coach.

20    A    As a coach.  Okay, yes.

21    Q    (BY MR. LEVINSTEIN)  I'm just trying to,

22 out of nowhere, bring you to a time frame.

23        Was there a time, prior to 2003, when you had

24 a conversation with Mr. Dae Sung Lee about who was

25 going to be selected to be the Olympic coach for 2004?

---

1    A    Possibly being an assistant coach.

2    Q    And did he indicate that he would have the

3 power to select you as an assistant coach?

4    A    Not that he would appoint me or select me;

5 that he was going to highly recommend me to whoever.

6    Q    Is there a thought that, by his

7 recommendation, that would have a significant impact on

8 whether you became the assistant coach?

9    A    I believe so.

10    Q    That's it.

11        E X A M I N A T I O N

12 BY MR. JONES:

13    Q    Your thought was that you might get the

14 position if he highly recommended you; is that correct?

15    A    Yes, that was my thought.

16    Q    You understood that he couldn't promise

17 that though?

18    A    No, he didn't promise it, but he said,

19 I'll take care of you.

20    Q    You also understood, though, that there

21 would be a vote at the second committee level,

22 executive board level?

23    A    I didn't know for sure.  I didn't know if

24 it was only for the head coach and then assistant

25 coach -- or he picked his assistant coach.  I really

---

1    A    Prior -- so you mean like in 2002?  I

2 don't know if it was 2002, but I do remember having

3 conversations that it looked like Dae Sung Lee was

4 going to be the coach of the Olympic team.

5    Q    Who told you that?

6    A    We had that conversation together, me and

7 Mr. Lee.

8    Q    So Mr. Lee told you that?

9    A    Uh-huh.

10    Q    And was that before he had been nominated

11 by the Coaching Science Committee?

12    A    Yes.

13    Q    And did he tell you it looked like he was

14 going to get it or he was going to get it?

15    A    I mean, he was never brash enough to say,

16 oh, I'm going to be it.  That's not his character or

17 his nature.  But he gave me the indications that he had

18 been the national team coach for a few years and then a

19 couple of big competitions leading up to that and was

20 being named as the Pan American coach so that he would

21 more than likely be the Olympic coach.

22    Q    Did he discuss with you a possible

23 position for you?

24    A    We did.

25    Q    And what position did he discuss?

---

1 didn't know.

2    Q    So this is all impressions, then, on how

3 that would work?

4    A    Yes.

5    Q    Thank you.  No further questions.

6        MR. LEVINSTEIN:  One last question.

7        E X A M I N A T I O N

8 BY MR. LEVINSTEIN:

9    Q    The impressions were based on what he told

10 you?

11    A    Yes.

12        MR. JONES:  Thank you.

13    (The deposition concluded at 1:24 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

```
1              A F F I D A V I T

2  STATE OF COLORADO      )

                          )  ss.

3  COUNTY OF              )

4          I have read my deposition, and the same is

5  true and accurate, save and except for changes and/or

6  corrections, if any, as indicated by me on the

7  amendment sheet(s) attached hereto as indicated.

8

9  Amendment sheet(s) attached [  ]

10 No changes; no amendment sheet attached [  ]

11

12
         _____

13               JUAN MIGEL MORENO

14

15       SUBSCRIBED AND SWORN TO before me on this

16 _____ day of _____, 2005.

17 My commission expires:  _____

18

19
         _____

                 NOTARY PUBLIC

20
       in and for the State of _____

21

22

23

24

25
```

                                 169

```
1              C E R T I F I C A T E
2
   STATE OF COLORADO   )
3                      )  ss.
   COUNTY OF DENVER    )
4
5
           I, VALORIE S. MUELLER, Registered
6  Professional Reporter and Notary Public in and for the
   State of Colorado, duly appointed to take the
7  deposition of JUAN MIGEL MORENO, certify that prior to
   the examination the deponent was duly sworn to testify
8  to the truth in the matters in controversy between the
   parties herein; that the deposition was taken in
9  shorthand by me at the time and place aforesaid and was
   thereafter reduced to typewritten form by me and
10 processed under my supervision, the same consisting of
   169 pages, and that the same is a full, true and
11 complete transcription of my shorthand notes.  I
   further certify that I am not related to, employed by,
12 or counsel to any of the parties herein, or otherwise
   interested in the events of the within cause.
13
14     A transcript review of this deposition was
   requested and is available to the deponent as notified
15 by me.
16
       IN WITNESS WHEREOF, I have affixed my notarial
17 seal this 25th day of April, 2005.  My commission
   expires December 11, 2006.
18
19
           _____
                   VALORIE S. MUELLER
20            Registered Professional Reporter
21
22
23
24
25
```

                                 170