IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| chartered nonprofit corporation; | ) | |
| JOHN DOES 1-10; JANE DOES 1- | ) | |
| 10; DOE PARTNERSHIPS 1-10; | ) | |
| DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was duly served

on March 21, 2006 by depositing the same in the United States Mail, postage

prepaid [M], hand delivery [HD], facsimile transmission [F] or electronically

through CM/ECF [E] to the following at their last known address on:

WARD D. JONES                                    [HD]
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

And

GLENN H. UESUGI                    [HD]
MICHAEL GREEN
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorneys for Plaintiff Dae Sung Lee

DATED: Honolulu, Hawaii, March 21, 2006.

DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO UNION
and UNITED STATES OLYMPIC
COMMITTEE

2