# Exhibit A

*Lee v. USTU, et al.*        **Defendants' Counter Designations and Objections**        *March 21, 2006*
                             **to Plaintiff's Deposition Designations**

| Kelly Skinner | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 5:6 | NT | |
| 7:18 - 9:6 | NT | |
| 13:1 - 13:6 | NT | |
| 15:21 - 16:1 | R | |
| 16:2 - 16:8 | R, B, F | |
| 16:9 - 16:12 | R | |
| 17:10 - 17:13 | NT | |
| 18:4 - 18:16 | NT, R | |
| 18:17 - 18:25; 19:6 - 19:11 | Q (Leading), R | |
| 20:8 - 20:18 | R | |
| 21:17 - 22:2 | Q (Leading) | |
| 29:16 - 29:18; 29:20 - 29:21 | Q (Leading) | |
| 29:22 - 30:1; 30:4 | Q (Ambiguous), NT | |
| 43:13 - 43:16; 43:19 - 43:21 | F | |
| 46:14 - 46:15; 46:18 - 46:22 | O, R, F | |
| | | 54:2 - 54:18 |
| 55:13 - 55:16 | NT | |
| 56:6 - 56:7 | NT | |
| 60:5 - 60:8; 60:10 - 60:14 | SEE MARK | |
| 60:15 - 60:16; 60:18 - 60:19 | Q (Leading), F | |
| 60:20 - 60:22 | NT, Q (Leading) | |
| 60:23 - 60:25; 61:5 - 61:11 | Q (Misquotes the witness) | |
| 68:25 - 69:2; 69:12 - 69:16 | Q (Compound) | |
| | | 70:5 - 70:10 |
| 71:20 - 72:6 | NT, Q (Leading) | |
| 74:23 - 75:4 | NT, Q (Leading) | |
| 97:11 - 97:15; 97:17 - 97:20 | F | |
| 104:1 - 104:4 | NT | |
| 111:17 - 111:18; 111:21 - 111:25 | Q (Misstates the evidence) | |
| 117:14 - 117:17; 117:19 - 117:23 | Q (Misstates the evidence, Assumes facts not in evidence) | |
| 119:1 - 119:5; 119:7 | Q (Leading) | |
| 120:13 - 120:16; 120:18 | Q (Leading, Misstates the evidence) | |
| 125:10 - 125:14 | H | |
| 130:14 - 130:16 | B, R | |
| 130:17 - 131:3 | NT, Q (Leading) | |
| 131:4 - 131:10 | R | |
| 133:23 - 133:25 | NT, F | |
| 134:2 - 134:3 | F | |
| 140:1 - 140:5; 140:7 - 140:11 | Q (Misquotes the witness) | |
| 141:13 - 141:14; 141:16 - 141:18 | F | |
| 150:6 - 150:10; 150:12 - 150:13 | Q (Leading), R | |
| 151:15 - 151:17 | NT | |
| 152:7 - 152:15 | NT | |

*Lee v. USTU, et al.*                                                    *March 21, 2006*

**Defendants' Deposition Designations Objection Chart**

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |