IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>             Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>             Defendants. | Civil No. 04—00461 SOM LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served on March 21, 2006 by depositing the same in the United States Mail, postage prepaid [M], hand delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address on:

    WARD D. JONES                                   [HD]
    1400 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    And

GLENN H. UESUGI                    [HD]
MICHAEL GREEN
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorneys for Plaintiff Dae Sung Lee

DATED: Honolulu, Hawaii, March 21, 2006.

                                        _____
                                        DAVID M. LOUIE
                                        APRIL LURIA
                                        Attorneys for Defendants
                                        UNITED STATES TAEKWONDO UNION
                                        and UNITED STATES OLYMPIC
                                        COMMITTEE