# Exhibit A

*Lee v. USTU, et al.* **Defendants' Counter Designations and Objections** *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Robert Gambardella | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 5:7 | NT | |
| | | 6:2 - 6:9 |
| 18:8 - 18:18 | R | |
| 18:23 - 19:25 | R | |
| 21:7 - 21:11 | R, NT | |
| 29:6 - 30:3 | R | |
| 32:13 - 33:4 | R | |
| 34:2 - 34:13 | F | |
| 35:18 - 35:24 | F | |
| 47:21 - 48:16 | R | |
| 49:12 - 49:19 | R | |
| 50:6; 50:9 - 50:23 | R, B | |
| 51:1 - 51:7 | R, B | |
| 54:17 - 56:1 | R | |
| 57:2 - 57:19 | R | |
| 58:8 - 58:10; 58:16 - 58:20 | Q (Improper characterization, Misstates testimony) | |
| 59:7 - 59:11 | R | |
| 59:12 - 59:17 | NT, R | |
| 62:1 - 62:6; 62:19 - 62:21 | Q (Speculation), R, F | |
| 63:10 - 63:19 | R | |
| 72:23 - 74:12; 74:18 - 74:22 | R | |
| 75:3 - 76:7 | R | |
| 83:14 - 83:16; 83:18 - 83:20 | Q (Misstates the evidence) | |
| 84:7 - 85:11 | R | |
| 88:12 - 88:25 | R | |
| 100:8 - 100:10 | R | |
| 100:16 - 100:25 | NT | |
| 101:17 - 102:15 | R | |
| 104:4 - 104:7 | Q (Speculation) | |
| 104:19 - 104:23 | NT, R | |
| 104:24 - 105:10 | NT | |
| 107:7 - 107:13 | R | |
| 107:14 - 107:20 | Q (Leading), NT, R | |
| 107:21 - 108:13 | R | |
| 108:14 - 108:21 | O, F, R | |
| 108:22 - 109:11 | R | |
| 109:12 - 109:18 | O, F, R | |
| 109:19 - 109:24 | Q (Misstates the evidence), R | |
| 109:25 - 110:2 | R | |
| 111:4 - 111:19 | F | |
| 111:20 - 112:2 | Q (Speculation), F | |
| 114:3 - 115:19 | R | |
| 116:3 - 116:12 | R, H | |
| 118:17 - 118:20 | Q (Leading) | |
| 120:6 - 122:9 | R | |

*Lee v. USTU, et al.* **Defendants' Counter Designations and Objections** March 21, 2006
**to Plaintiff's Deposition Designations**

| Robert Gambardella | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 122:10 - 122:23 | Q (Misstates the evidence), NT | |
| 123:1 - 124:9; 124:12 - 125:8 | R | |
| 126:2 - 127:18 | R | |
| 130:2 - 130:24 | R, F | |
| 130:25 - 131:5 | Q (Misstates the testimony), R, F | |
| 131:6 - 132:9 | R, F | |
| 132:10 - 135:12 | R | |
| 138:11 - 138:16 | NT | |
| 138:17 - 138:23 | NT | |
| 139:4 - 139:12 | NT | |
| 140:20 - 141:4 | F | |
| 141:22 - 142:5 | F, O | |
| 142:10 - 142:17 | F, O | |
| 143:4 - 145:19 | R | |
| 145:21 - 147:4 | R | |
| 151:22 - 152:6 | Q (Leading) | |
| 154:4 - 155:11 | R | |
| 158:3 - 158:6 | R, O | |
| 158:23 - 159:4 | Q (Vague, Ambiguous) | |
| 159:8 - 159:13 | Q (Vague), R | |
| 159:14 - 160:4 | R, H | |
| 166:9 - 166:12; 166:15 - 166:20 | Q (Speculation) | |
| 166:25 - 167:5 | Q (Speculation) | |
| 167:14 - 169:15 | R | |
| 169:16 - 170:7 | C, B, R | |
| 170:8 - 171:20 | R | |
| 172:24 - 173:13 | R | |
| 173:14 - 173:16 | Q (Misstatement of facts) | |
| 173:17 - 175:15 | R | |
| 175:16 - 175:22 | R | |
| 175:23 - 176:4 | R, B | |
| 176:14 - 177:3 | R, H | |
| 177:4 - 177:14 | R | |
| 178:8 - 181:22; 181:24 | R | |
| 198:1 - 198:6 | Q (Misstates the evidence, Improper characterization, Leading) | |
| 207:25 - 208:6 | Q (Misquotes the witness) | |
| 208:7 - 208:13 | Q (Leading) | |
| 211:22 - 212:1 | F | |
| 212:2 - 212:10 | Q (Compound) | |
| 212:11 - 212:16 | F | |
| 212:17 - 212:20 | NT | |
| 213:25 - 214:4 | Incomplete | |
| 214:5 - 214:8 | Leading | |
| 214:21 - 215:2 | Q (Misstates the evidence) | |
| 218:4 - 219:4 | NT, Q (Speculation) | |

Case 1:04-cv-00461-SOM-LEK    Document 247-2    Filed 03/21/2006    Page 4 of 6

*Lee v. USTU, et al.*  **Defendants' Counter Designations and Objections**  March 21, 2006
**to Plaintiff's Deposition Designations**

| Robert Gambardella | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 219:5 - 219:8 | Q (Leading) | |
| 229:4 - 229:8 | Q (Asked & Answered) | |
| 229:12 - 230:7 | F, E (Authenticity) | |
| 231:1 - 231:11; 231:15 - 231:16 | F, E (Authenticity) | |
| 240:2 - 240:14 | Q (Leading) | |
| 240:15 - 240:16; 240:18 - 240:21 | O | |
| 240:22 - 241:2 | Q (Leading), NT | |
| 241:3 - 241:14 | H | |
| 241:15 - 241:19 | O, F | |
| 241:22 - 242:6; 242:8 - 242:9 | O, F | |
| 244:20 - 244:23; 244:25 - 245:3 | R | |
| 251:24 - 252:3; 252:5 | O, Q (Compound, Leading, Ambiguous) | |
| 259:13 - 260:2 | R | |
| 260:19 - 260:22 | NT, Q (Leading) | |
| 260:23 - 261:1 | Q (Leading) | |
| 262:13 - 262:19 | NT, H, F, R | |
| 262:20 - 262:25 | O, Q (Speculation), H, F, R | |
| 263:1 - 263:17 | R | |
| 264:15 - 264:23 | R | |
| 265:5 - 266:15 | R | |
| 267:16 - 267:23 | R | |
| 268:1 - 268:10 | R | |
| 268:11 - 268:14 | R, Q (Leading) | |
| 268:15 - 269:4 | R | |
| 269:10 - 270:5 | R | |
| 270:6 - 270:13 | NT, R | |
| 270:14 - 271:10 | R | |
| 271:18 - 274:1 | R | |
| 274:2 - 274:7 | NT, Q (Asked & Answered), R | |
| 274:8 - 274:17 | NT, Q (Leading), R | |
| 274:18 - 274:21 | NT, R | |
| 275:10 - 275:19 | M | |
| 280:21 - 282:9 | R | |
| 282:12 - 282:15 | O, Q (Speculation), R | |
| 282:16 - 282:20 | R | |
| 286:7 - 286:10 | NT | |
| 286:12 - 286:16 | NT | |
| 286:18 - 286:20 | NT | |
| 287:4 - 287:8 | NT | |
| 287:13 - 287:15 | NT | |
| 288:10 - 288:16 | Q (Leading) | |
| 288:17 - 288:21 | NT, R | |
| 288:22 - 289:1 | NT, R | |
| 289:2 - 289:16 | Q (Speculation), R | |
| 292:8 - 292:11 | R, B, H, E | |

*Lee v. USTU, et al.*     **Defendants' Counter Designations and Objections**     *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Robert Gambardella | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 292:12 - 293:10 | A (Asked & Answered), R, B, H, E | |
| 293:11 - 293:17 | R, B, H, E | |
| 293:18 - 293:25 | NT, R, B, H, E | |
| 294:1 - 294:11 | NT, R, B, H, E | |
| 294:16 - 294:17; 294:19 - 295:24 | R, B, H, E | |
| 296:23 - 297:7 | R | |
| 297:11 - 297:23 | R, E | |
| 297:24 - 298:10 | R, B | |
| 298:11 - 298:25 | Q (Leading), R, B | |
| 299:1 - 299:5 | R, B | |
| 299:10 - 299:25 | R, B | |
| 303:16 - 303:23 | Incomplete | |

*Lee v. USTU, et al.* March 21, 2006

## Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |