IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served on March 21, 2006 by depositing the same in the United States Mail, postage prepaid [M], hand delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address on:

WARD D. JONES                           [HD]
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

And

GLENN H. UESUGI                              [HD]
MICHAEL GREEN
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorneys for Plaintiff Dae Sung Lee

DATED: Honolulu, Hawaii, March 21, 2006.

                                      /s/ April Luria
                            DAVID M. LOUIE
                            APRIL LURIA
                            Attorneys for Defendants
                            UNITED STATES TAEKWONDO UNION
                            and UNITED STATES OLYMPIC
                            COMMITTEE