# Exhibit A

*Lee v. USTU, et al.*      **Defendants' Counter Designations and Objections**      *March 21, 2006*
                                   to Plaintiff's Deposition Designations

| Steven Locke | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 6:13 | NT | |
| 10:12 - 10:18 | R | |
| 10:24 - 11:14 | R | |
| | | 13:25 - 15:11 |
| 15:21 - 16:2 | F, Q (Assumes facts not in evidence) | |
| 16:3 - 16:8 | Q (Assumes facts not in evidence) | |
| 17:6 - 17:11 | R, F | |
| 17:12 - 17:16 | R, F, Q (Assumes facts not in evidence) | |
| 19:12 - 19:15 | R | |
| 19:16 - 19:2 | R, B | |
| 25:22 - 26:24 | R | |
| 30:18 - 31:18 | F, B | |
| 31:19 - 32:1 | F, Q (Assumes facts not in evidence) | |
| 32:2 - 32:8 | F, B, Q (Assumes facts not in evidence, Improper characterization) | |
| 32:13 - 32:20 | F, B, Q (Assumes facts not in evidence, Improper characterization) | |
| 33:8 - 33:14 | F, Q (Assumes facts not in evidence) | |
| 33:15 - 33:25 | F, Q (Assumes facts not in evidence, Speculation) | |
| 36:25 - 37:6 | Q (Assumes facts not in evidence, Improper characterization) | |
| 37:7 - 37:12 | Q (Assumes facts not in evidence), H | |
| 37:19 - 37:23 | Q (Assumes facts not in evidence, Improper characterization) | |
| 39:19 - 39:25 | F | |
| 40:1 - 40:7 | F, Q (Assumes facts not in evidence) | |
| 40:8 - 40:20 | F | |
| 43:15 - 43:23 | F | |
| 47:9 - 47:21 | F | |
| 49:16 - 50:3 | F, Q (Assumes facts not in evidence) | |
| 51:6 - 51:11 | F, Q (Speculation) | |
| 51:21 - 51:25 | F, Q (Improper characterization, Misstates the evidence) | |
| 54:8 - 54:13 | F | |
| 55:18 - 56:8 | F | |
| 56:22 - 56:25 | F | |
| 61:21 - 62:2 | F | |
| 62:12 - 62:18 | F, Q (Assumes facts not in evidence, Speculation) | |
| 62:19 - 63:1 | F | |
| 65:24 - 66:6 | Q (Assumes facts not in evidence, Speculation, Improper characterization) | |

Page 1

*Lee v. USTU, et al.*     **Defendants' Counter Designations and Objections**     *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Steven Locke | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 66:7 - 66:15 | F, Q (Assumes facts not in evidence, Speculation) | |
| 69:1 - 69:9 | F, Q (Assumes facts not in evidence, Vague) | |
| 71:12 - 71:19 | F | |
| 73:18 - 73:21 | Q (Speculation), F | |
| 73:22 - 74:1 | F | |
| 74:15 - 74:17 | F | |
| 82:20 - 83:11 | Q (Assumes facts not in evidence, Misstates evidence, Vague) | |
| 87:24 - 88:6 | F | |
| 89:15 - 91:13 | F | |
| 95:3 - 95:9 | Q (Misstates the evidence) | |
| | | 98:13 - 99:2 |
| | | 100:12 - 100:15 |
| | | 102:13 - 102:17 |

**Defendants' Deposition Designations Objection Chart**

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |