# Exhibit A

*Lee v. USTU, et al.*  **Defendants' Counter Designations and Objections to Plaintiff's Deposition Designations**  March 21, 2006

| Jill Chalmers, Esq. | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 7:6 | NT | |
| 12:11 - 12:22 | P, Q (Misstates the evidence) | |
| 14:16 - 15:1 | Q (Misstates the evidence) | |
| 15:20 - 16:2 | O, Q (Vague) | |
| 16:3 - 16:21 | H, R, B, O, P, M | |
| 18:15 - 19:2 | P | |
| 19:3 - 19:11 | O, R, B, P | |
| | | 25:6 - 26:10 |
| 27:10 - 28:6 | R, B, H, O, M | |
| 28:7 - 28:18 | R, B, H, O, Q (Misstates the evidence) | |
| 29:12 - 29:17 | H, R, B | |
| 30:6 - 30:15 | F, O | |
| 32:5 - 32:10 | H | |
| 32:11 - 32:14 | Q (Leading) | |
| 33:8 - 33:15 | F, O | |
| 33:16 - 34:1 | O, P | |
| 34:2 - 34:25 | O, P, Q (Vague), R | |
| | | 35:1 - 35:13 |
| 40:3 - 40:10 | F, O | |
| 41:5 - 41:9 | Q (Reading from document), F, R, NT | |
| 41:24 - 42:8 | Q (Misstates the evidence and Assumes facts not in evidence), F | |
| 42:9 - 42:20 | P, H | |
| 42:21 - 42:24 | P | |
| 43:5 - 43:16 | F, O | |
| 44:20 - 45:3 | F | |
| 45:17 - 46:1 | F | |
| 48:20 - 48:24 | Q (Vague), F | |
| 48:25 - 49:11 | Q (Assumes facts not in evidence), F | |
| 50:6 - 50:14 | NT | |
| 50:17 - 51:11 | F | |
| 55:5 - 55:14 | P | |
| 56:13 - 56:16 | F | |
| 59:4 - 59:10 | H | |
| 60:9 - 60:23 | F, NR | |
| 61:3 - 63:20 | R | |
| 63:21 - 63:23 | R, Q (Misstates the evidence) | |
| 63:24 - 65:9 | R | |
| 66:15 - 66:19 | F | |
| 66:22 - 67:2 | R | |
| 67:5 - 68:8 | R | |
| 68:9 - 68:14 | H, R | |
| 68:17 - 69:4 | R | |
| 70:10 - 70:13 | NT | |

*Lee v. USTU, et al.*     **Defendants' Counter Designations and Objections**     *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Jill Chalmers, Esq. | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 71:23 - 72:11 | P, NT | |
| 72:16 - 72:22 | R, NT | |
| 72:23 - 73:17 | NT, F | |
| 74:18 - 74:25 | Q (Leading), H, F | |
| 75:3 - 77:19 | R | |
| 78:25 - 79:11 | Q (Misquotes the witness) | |
| 79:12 - 79:20 | P | |
| 79:21 - 80:7 | Q (Vague), F, P | |
| 83:10 - 83:18 | F | |
| 84:9 - 84:17 | P | |
| 85:2 - 85:8 | P | |
| 86:21 - 87:1 | Q (Vague) | |
| 88:5 - 88:7 | Q (Misstates the evidence) | |

### Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
|---|---|
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |