# Exhibit A

*Lee v. USTU, et al.*  **Defendants' Counter Designations and Objections**  *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Mary Brunner | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 1:1 - 5:4 | NT | |
| | | 10:10 - 13:21 |
| | | 30:19 - 31:15 |
| | | 34:7 - 34:15 |
| | | 43:1 - 46:17 |
| | | 48:8 - 49:19 |
| | | 52:18 - 53:20 |
| 56:8 - 56:21 | O, Q (Speculation), R, NR | |
| | | 60:1 - 61:12 |
| | | 61:17 - 62:13 |
| | | 63:12 - 63:21 |
| | | 65:16 - 66:9 |
| | | 71:8 - 71:14 |
| | | 73:22 - 75:5 |
| | | 76:3 - 77:15 |
| | | 80:12 - 80:19 |
| | | 82:5 - 82:16 |
| | | 84:22 - 86:18 |
| | | 88:6 - 89:4 |
| | | 89:13 - 90:13 |
| | | 91:6 - 92:7 |
| | | 93:11 - 93:22 |
| | | 98:4 - 99:1 |
| | | 99:12 - 99:14 |
| | | 99:20 - 100:1 |
| | | 101:2 - 102:9 |
| | | 138:20 - 139:12 |
| | | 140:1 - 140:19 |
| | | 141:4 - 147:2 |
| | | 147:17 - 149:2 |
| | | 152:13 - 153:17 |
| | | 161:13 - 163:15 |
| | | 164:8 - 166:14 |
| | | 168:19 - 172:4 |
| | | 180:2 - 180:5 |
| 180:19 - 181:1 | NT | |
| 188:6 - 188:8 | Q (Misstates the evidence) | |
| 191:16 - 191:18; 191:20 | O, Q (Speculation) | |
| 194:19 - 195:12 | O, F | |
| 196:13 - 196:17;196:19 - 197:1 | R, B | |
| 197:7 - 197:10 | Q (Speculation) | |
| 198:16 - 198:18; 198:20 - 198:22; 199:2 - 199:12 | Q (Speculation) | |
| 199:25 - 200:1; 200:3 - 200:14 | Q (Speculation) | |
| 200:15 - 200:22 | O, F | |
| 201:2 - 201:15 | R, O | |

*Lee v. USTU, et al.* **Defendants' Counter Designations and Objections** *March 21, 2006*
**to Plaintiff's Deposition Designations**

| Mary Brunner | | |
|---|---|---|
| **Plaintiff's Designation** | **Defendants' Objection** | **Defendants' Counter Designation** |
| 201:16 - 201:17; 201:19 - 201:20 | F, O, Q (Speculation, Asked & Answered) | |
| 201:21 - 202:4 | F, O | |
| 202:5 - 202:6 | F | |
| 202:8 - 203:12 | Q (Speculation), O, F | |
| 203:18 - 203:20; 203:22 - 204:5 | Q (Speculation), O, F | |
| 205:20 - 206:6 | R | |
| 206:7 - 206:8; 206:10 - 206:14 | Q (Speculation), O, F, R, NR | |
| 206:15 - 206:21 | Q (Speculation), R | |
| 206:22 - 207:1 | R | |
| 207:2 - 207:8 | Q (Speculation), R | |
| 207:9 - 207:12; 207:14 - 208:9 | Q (Misstates the evidence, Assumes facts not in evidence), O, F, R | |
| 208:10 - 208:14; 208:16 - 209:15 | Q (Speculation), O, F, R, NR | |
| 209:21 - 210:1; 210:3 - 210:9 | Q (Misstates testimony), R | |
| 210:22 - 211:1; 211:3 - 211:7 | Q (Speculation), R | |
| 211:8; 211:10 - 212:4 | R | |
| 212:5 - 212:8; 212:10 - 213:2 | Q (Speculation), O, F, NR | |
| 213:9 - 213:12; 213:4 | Q (Speculation) | |
| 214:1 - 214:3; 214:5 - 214:11 | Q (Speculation) | |
| 214:12 - 214:15; 214:17 - 214:19 | Q (Argumentative), F, O, B | |
| 215:9 - 215:10; 215:16 - 216:4 | Q (Asked & Answered) | |
| 216:5 - 216:6; 216:11 | O, F | |
| | | 216:19 - 217:10 |
| | | 217:17 - 217:20 |
| | | 221:11 - 221:21 |
| | | 222:8 - 222:10 |
| 234:5 - 234:17 | NT | |

## Defendants' Deposition Designations Objection Chart

| OBJECTION | CODE |
| --- | --- |
| Balancing (Probative value outweighed by danger of unfair prejudice, confusion, etc.) (FRE 403) | B |
| No Foundation/Lack of Personal Knowledge (FRE 601) | F |
| Hearsay (FRE 802) | H |
| Improper Opinion Testimony by Lay Witness (FRE 701) | O |
| Form of the Question | Q |
| Improper Character Evidence (FRE 404) | C |
| Best Evidence (FRE 1002) | BE |
| Relevance (FRE 401) | R |
| Non-Responsive Answer | NR |
| Not Testimony | NT |
| Exhibit Inadmissible | E |
| Motion *in limine* | M |
| Attorney-Client Privilege | P |
| Authenticity (FRE 901) | A |