ROECA LOUIE & HIRAOKA

DAVID M. LOUIE     2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA     4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
William J. Bachman
Email: wbachman@wc.com
Robert L. Moore
Email: rlmoore@wc.com
Patrick J. Houlihan
Email: phoulihan@wc.com
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS UNITED STATES** |
| | ) | **TAEKWONDO UNION AND** |
| vs. | ) | **UNITED STATES OLYMPIC** |
| | ) | **COMMITTEE'S OPPOSITION** |

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　　　　　Defendants. | TO PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE TESTIMONY OF DEFENDANTS' WITNESS EDWARD H. FORD REGARDING THE CHARACTER OF MARY BRUNNER; CERTIFICATE OF SERVICE<br><br>Hearing Date: April 11, 2006<br>Time: 9:00 a.m.<br>The Honorable Susan Oki Mollway<br><br>Trial Date: May 17, 2006 |

**DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE: TO PRECLUDE THE TESTIMONY OF DEFENDANTS' WITNESS EDWARD H. FORD REGARDING THE CHARACTER OF MARY BRUNNER**

Defendants have no plans to introduce testimony, either through deposition designation or live testimony at trial, of Edward H. Ford. Because Plaintiff's motion seeks exclusively to "preclude the testimony of Defendant's witness Edward H. Ford . . . regarding the character of Mary Brunner," the Defendants do not contest this motion. Defendants may introduce testimony of other witnesses as to Mary Brunner's character, but that is beyond the scope of this motion.

2

For the foregoing reasons, Defendants agree not to introduce testimony of Edward H. Ford concerning Mary Brunner's character.

DATED: Honolulu, Hawaii, March 21, 2006.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants United States
Olympic Committee and United States
Taekwondo Union