6/23/2005 Lee, Dae Sung

1

1           IN THE UNITED STATES DISTRICT COURT

2                    DISTRICT OF HAWAII

3

4    DAE SUNG LEE,              ) CIVIL NO. 04-00461 SOM LEK

5              Plaintiff,       )

6        vs.                    )

7    UNITED STATES TAEKWONDO    )

8    UNION, a Colorado nonprofit)

9    corporation, UNITED STATES )

10   OLYMPIC COMMITTEE, a       )

11   federally chartered        )

12   nonprofit corporation;     )

13   JOHN DOES 1-10; JANE DOES  )

14   1-10; DOE PARTNERSHIPS     )

15   1-10; DOE CORPORATIONS     )

16   1-10,                      )

17            ÿ   Defendants.   )

18   _____)

19        THE VIDEOTAPED DEPOSITION OF DAE SUNG LEE

20   Taken on behalf of the Defendants at the offices of

21   Roeca, Louie & Hiraoka, 900 Davies Pacific Center,

22   841 Bishop Street, Honolulu, Hawaii, on June 23, 2005,

23   pursuant to Notice.

24                      Reported By:

25        Cristina V. Llewellyn, RPR, CSR 343

**EXHIBIT 1**

6/23/2005 Lee, Dae Sung

1  people who met the first criteria?
2          MR. JONES: Objection. Calls for
3  speculation as to what the -- what the writer
4  intended.
5      Q.  Have you had problems -- let me reword
6  that. Have there been any incidents you've been
7  involved in in which there were allegations that you
8  engaged in improper conduct relating to your coaching
9  of students?
10     A.  My coaching students when, sir?
11     Q.  Well, for example, have there been -- was
12 there a situation in which you got into a car accident
13 involving your students?
14     A.  Yes.
15     Q.  Okay. Why don't you tell me about that.
16     A.  That was, I think, Tahiti trip, yes, we had
17 some incident.
18     Q.  What happened?
19     A.  Car accident.
20     Q.  And who was driving?
21     A.  I was driving.
22     Q.  And were you under the influence of alcohol?
23         MR. JONES: Object to the relevance.
24     A.  I don't think so, sir. I had one, one or two
25 beer, but I don't think I was drunk when -- that's if

1    you are implying.

2        Q.   That's what I'm implying.  Weren't you

3    driving drunk in 1990 in Tahiti with athletes in your

4    car and you wrecked the car?

5        A.   No, I wasn't drunk, sir.

6        Q.   Did you hit a pole?

7        A.   I had a argument one of the athletes and I

8    was upset.  And then I was talking like, you know, you

9    know, talking.  And then when I saw, there was a pole,

10   so I couldn't move and I had accident, yes.

11       Q.   In fact, weren't you punching the athlete

12   while you were driving?

13       A.   Yes.

14       Q.   So while you were driving the car having had

15   some alcohol, you were punching the athlete and you

16   drove the car into a pole.

17       A.   I didn't drove, you know.  We had a

18   conversation, then we had argument with the -- you

19   know, my athletes and then, yes.

20       Q.   And you were punching him while you were

21   driving.

22       A.   I don't think I punched him.  I think I

23   slapped him.

24       Q.   You were slapping him while you were driving.

25       A.   Yeah, yes.

6/23/2005 Lee, Dae Sung

| | | |
|---|---|---|
| 1 | Q. | **And his head went through the windshield.** |
| 2 | **A.** | **Yes.** |
| 3 | Q. | Who is Theresa Wong? |
| 4 | A. | Theresa Wong? I don't know. |
| 5 | Q. | Did you have a student named Theresa Wong? |
| 6 | A. | I don't remember, sir. Theresa -- |
| 7 | Q. | Do you remember having a sexual relationship with Theresa Wong who was one of your students? |
| 9 | A. | No. |
| 10 | Q. | Did you ever coach in Binghamton, New York? |
| 11 | A. | Coach? |
| 12 | Q. | Yes. |
| 13 | A. | Binghamton, New York? No, I wasn't coaching at the Binghamton, New York, sir. |
| 15 | Q. | Never coached anyone in Binghamton, New York. |
| 16 | A. | No, I went to train. |
| 17 | Q. | Went to train? |
| 18 | A. | Yeah, for Mr. Lee when Mr. Lee -- that was, I think, '79. |
| 20 | Q. | Okay. In 1979 you were in Binghamton, New York training. |
| 22 | A. | Uh-huh. |
| 23 | Q. | In '79. |
| 24 | A. | Yes. |
| 25 | Q. | Okay. You weren't in -- okay, we'll leave |