ROECA LOUIE & HIRAOKA

DAVID M. LOUIE            2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA              4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS' OBJECTIONS TO |
| | ) | PLAINTIFF'S EXHIBITS; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| UNITED STATES TAEKWONDO | ) | Trial Date:  May 17, 2006 |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |

OLYMPIC COMMITTEE, a federally )
chartered nonprofit corporation;      )
JOHN DOES 1-10; JANE DOES 1-       )
10; DOE PARTNERSHIPS 1-10;          )
DOE CORPORATIONS 1-10,              )
                                                    )
                          Defendants.    )
                                                    )
                                                    )
_____)

601-1/Stipulation re Exhibits

## DEFNDANTS' OBJECTIONS TO
## PLAINTIFF'S EXHIBITS

Plaintiff Dae Sung Lee and Defendants United States Olympic

Committee and United States Taekwondo Union (hereafter "Defendants"),

by and through their respective attorneys, hereby object to Plaintiff Dae

Sung Lee's Exhibits as set forth below.  Defendants reserve the right to add

additional objections or withdraw objections as this matter proceeds to trial

and during the course of the trial:

| EXHIBIT | OBJECTIONS AND COMMENTS |
|---|---|
| 6      Memo dated 10/9/03 from Bruce Harris, USTU Officer, to Sang Lee, USTU Pres. | Objection to Admissibility: irrelevant; hearsay. |
| 7      Email dated 10/8/03 from USOC to Bruce Harris Confirming Dae Sung Lee | Objection to Admissibility: irrelevant; hearsay; |

| | |
|---|---|
| 12    Letter dated 7/19/04 from Ward D. Jones to Bob Gambardella, via fax | Objection to Admissibility: irrelevant; hearsay; Mr. Jones is not a witness listed in Plaintiff's Final Naming of Witnesses; contains argument of counsel |
| 15    Fax dated 2/3/04 from USTU to Dae Sung Lee: Urgent Ballot on Remediation Plan | Objection to Admissibility: hearsay; irrelevant. |
| 17    Fax from Bob Gambardella to USTU Board of Governors: Mail Ballot | Objection to Admissibility: Irrelevant; incomplete document. |
| 18    Answer and Motion to Dismiss by USTU, dated 12/10/03 | Objection to Admissibility: irrelevant; hearsay. |
| 21    United States Olympic Committee Business name Search Results | Objection to Admissibility: irrelevant. |
| 22    Letter dated 10/27/03 from Steven Smith to Pres. San Lee, USTU re-Draft Ltr. | Objection to Admissibility: irrelevant; incomplete document; hearsay; more prejudicial than probative |
| 23    Fax 11/17/03 with letter dated 11/12/03 to Colorado Senator Ben N. Campbell | Objection to Admissibility: irrelevant; hearsay; more prejudicial than probative |
| 24    Fax 1/30/04 from Tim Connolly to USTU Exec. Comm:  Mail Ballot Remediation | Objection to Admissibility: irrelevant; incomplete document |
| 27    Article: 1/27/03: USOC Under the Microscope | Objection to Admissibility: irrelevant; hearsay; more prejudicial than probative. |

| 28 | Jean Lopez Competition Record | Objection to Admissibility: incomplete document |
|---|---|---|
| 31 | 4/15/03 News Article about Dae Sung Lee | Objection to Admissibility: irrelevant; hearsay. |
| 32 | USOC Selection Procedure Manual | Objection to Authenticity and Admissibility: irrelevant. |
| 34 | 7/30/04 Honolulu Advertiser Article denying racism | Objection to Admissibility: irrelevant; hearsay; more prejudicial than probative. |
| 35 | Letter dated 1/31/00 from S. DiMatteo to R.J. Warwick | Objection to Admissibility: irrelevant; hearsay. |
| 41 | AP news article 12/17/03 re USOC's decertification of USTU | Objection to Authenticity and Admissibility: irrelevant; hearsay. |
| 48 | 2/18/04 USTU Webpage | Objection to Admissibility: irrelevant. |
| 49 | 2/13//04 USTU Webpage | Objection to Admissibility: irrelevant. |
| 50 | 2/7/04 USTU Webpage | Objection to Admissibility: irrelevant. |
| 55 | 4/5/04 USTU Webpage | Objection to Admissibility: irrelevant. |
| 56 | 4/19/04 USTU Webpage | Objection to Admissibility: irrelevant. |
| 61 | 6/04 E-Mails from Steven Locke to Bob Gambardella | Objection to Authenticity and Admissibility: document contains extraneous markings from unknown author. |

| | |
|---|---|
| 62    7/19/04 Letter to Mr. Gambardella from Mr. Lee | Objection to Admissibility: irrelevant; hearsay; self-serving; document authored by Ward Jones who is not listed as a witness on Plaintiff's Final Naming of Witnesses; more prejudicial than probative. |
| 70    12/9/04 Letter to Mr. Scherr from Chul Ho Kim | Objection to Admissibility: irrelevant; hearsay. |
| 71    11/26/04 E-mail | Objection to Authenticity and Admissibility: unidentified author; irrelevant; hearsay. |
| 72    Chul Ho Kim Career Summary | Objection to Admissibility: irrelevant; hearsay. |
| 75    2004 Olympic Qualifications Fight Off 5/8/04 | Objection to Authenticity and Admissibility: incomplete document; |
| 78    Article entitled "USTU Executive Director Jay Warwick Leads a New Generation of Taekwondo Champions into the 21st Century | Objection to Authenticity and Admissibility: insufficient foundation (unidentified author); irrelevant; hearsay |
| 82    8/21/03 letter to Bruce Harris from Kelly Skinner | Objection to Authenticity and Admissibility: incomplete document; hearsay; insufficient foundation; irrelevant |
| 83    7/24/03 memo from Bruce Harris to Kelly Skinner | Objection to Admissibility: hearsay; insufficient foundation; irrelevant |

| | |
|---|---|
| 84    Responses to 16 Questions submitted by Tom Satrom in 9/5/03 | Objection to Admissibility: hearsay. insufficient foundation; irrelevant |
| 106    United States Taekwondo Union Financial Policies and Procedures | Objection to Authenticity and Admissibility: insufficient foundation; irrelevant. |
| 108   11/22/03 e-mail from Steven Smith to Judi Cope, forwarding 10/22/03 exchange of e-mail between Judy cope and Gary Johansen | Objection to Authenticity and Admissibility: hearsay; insufficient foundation; irrelevant |
| 110    11/23/03 e-mail correspondence between Steve Smith and Gary Johansen, with attached 11/20/03 letter from Stephen Bull to The Honorable Ben Campbell, and attached press release | Objection to Authenticity and Admissibility: insufficient foundation; irrelevant; hearsay |
| 111    10/31/03 and 10/30/03 exchange of e-mail between Steven Smith and Gary Johansen | Objection to Authenticity and Admissibility: hearsay; insufficient foundation; irrelevant |
| 116   10/28/03 e-mail from Steven Smith to Jeff Benz and Gary Johansen | Objection to Authenticity and Admissibility: insufficient foundation; hearsay; irrelevant |
| 117    Printout of Power Point presentation prepared for USOC Membership and Credentials Committee 9/13/03 | Objection to Admissibility: irrelevant |
| 118    10/27/03 letter from Steven Smith to Jeffrey Benz | Objection to Admissibility: hearsay; irrelevant |
| 119   10/27/03 e-mail from Steven Smith to Jeff Benz and Gary Johansen, with attached 10/27/03 letter from same | Objection to Admissibility: hearsay; irrelevant |
| 122    10/24//03 letter from Mark Bryant to San Lee and Bruce Harris | Objection to Authenticity and Admissibility: Irrelevant |

| | |
|---|---|
| 125    10/25/03 exchange of e-mail between Gary Johnson and Judi Cope | Objection to Authenticity and Admissibility: incomplete foundation; hearsay; irrelevant |
| 126    10/22/03 exchange of e-mail between Gary Johansen and Judi Cope, with summary of USOC's Position and Proposed Plan to Remedy USOC's Concerns | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 127    10/7/03 letter from Kelly Skinner to Bruce Harris | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 128    10/7/03 letter from Gary Johansen to Steven Smith and Jill Chalmers, with attached e-mail correspondence between Dedra McClay and Rhonda Sweet | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 129    10/3/03 exchange of e-mail between Steven Smith and Gary Johansen | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 130    9/26/03 and 9/25/03 exchange of e-mail between Steven Smith and Gary Johansen | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 131    9/22/03 e-mail from Jill Chalmers to Kay Burton | Objection to Admissibility: hearsay; irrelevant |
| 132    9/19/03 and 9/18/03 exchange of e-mail between Jill Chalmers and Gary Johansen | Objection to Admissibility: hearsay; irrelevant |
| 133    9/19/03 e-mail from Gary Johansen to Steven Smith and Jill Chalmers, with attached 9/16/03 letter from Bruce Harris to Member USTU School and sample Letter to Honorable Gen Campbell | Objection to Admissibility: hearsay; irrelevant |
| 134    9/12/03 exchange of e-mail between Steven Smith and Gary Johansen, with attached Proposed Remediation for USTU | Objection to Admissibility: hearsay; irrelevant |

| | |
|---|---|
| 135    9/12/03 exchange of e-mail between Steven Smith and Jeff Benz, et al | Objection to Admissibility: hearsay; irrelevant |
| 136    9/11/03 exchange of e-mail between Jill Chalmers and Jeff Benz, et al | Objection to Admissibility: hearsay; irrelevant |
| 137    9/11/03 letter from Thomas Satrom to Steven Smith | Objection to Admissibility: irrelevant; hearsay |
| 138    9/9/03  letter from Steven Smith to Gary Johansen | Objection to Admissibility: irrelevant; hearsay |
| 140    9/9/03 e-mail from Steven Smith to Gary Johansen | Objection to Admissibility: irrelevant; hearsay. |
| 141    8/26/03 letter from Thomas Satrom to Bruce Harris | Objection to Admissibility: irrelevant; hearsay |
| 144    9/12/03 resignation letter from Bruce Harris | Objection to Authenticity and Admissibility:  lacks foundation; irrelevant |
| 148    Taekwondo Review | Objection to Admissibility: irrelevant |
| 149    Declaration of Kelly Skinner dated 8/6/04 | Objection to Admissibility: cumulative to Mr. Skinner's live testimony (FRE Rule 403) |
| 150    Declaration of Samuel Pejo | Objection to Authenticity and Admissibility:  lacks foundation; hearsay; irrelevant; cumulative to any live testimony provided by Mr. Pejo (FRE Rule 403) |

| | |
|---|---|
| 151 Declaration of Samuel Pejo | Objection to Authenticity and Admissibility: lacks foundation; hearsay; irrelevant, cumulative to any live testimony provided by Mr. Pejo (FRE Rule 403) |
| 152    Declaration of Virginia Witte | Objection to Admissibility: cumulative to any live testimony of Ms. Witte (FRE Rule 403) |
| 153    Declaration of Robert Gambardella | Objection to Admissibility: Cumulative to any live testimony of Mr. Gambardella (FRE Rule 403). |
| 154    Declaration of Steven Lopez | Objection to Admissibility: cumulative to any live testimony of Mr. Lopez (FRE 403) |
| 155    Declaration of Nia Abdallah | Objection to Admissibility: cumulative to any live testimony of Ms. Abdallah (FRE 403) |
| 156    Testimony of Thomas Satrom | Objection to Authenticity and Admissibility: lacks foundation; irrelevant; hearsay; cumulative to any live testimony of Mr. Satrom  (FRE 403) |
| 157    Declaration of Dae Sung Lee | Objection to Authenticity and Admissibility: lacks foundation; hearsay; cumulative to any live testimony of Mr. Lee (FRE 403). |

| 158    Affidavit of Dae Sung Lee | Objection to Authenticity and Admissibility: lacks foundation; hearsay; cumulative to any live testimony of Mr. Lee (FRE 403) |
|---|---|
| 160    Photographs of Dae Sung Lee (Various) 1988 US Olympic Mens Team and 1992 US Taekwondo Team | Objection to Authenticity and Admissibility: Defendants have not yet been provided with these photographs and therefore reserve the right to object upon review of the exhibits. |
| 164    6/22/04 Mary Brunner Letter to Sang Lee | Objection to Admissibility: irrelevant; hearsay |
| 166    8/10/00 Complaint to USTU by Ford | Objection to Admissibility: irrelevant |
| 167    8/7/00 Complaint in Illinois Court by Ford | Objection to Admissibility: irrelevant |
| 168    9/27/00 State of Illinois Child Protective Department of Notice re Ford | Objection to Admissibility: irrelevant; hearsay |
| 169    Declaration of Caesar Paet | Objection to Authenticity and Admissibility: lacks foundation; hearsay; irrelevant |
| 172    Declaration of Byung Won Kang | Objection to Authenticity and Admissibility: hearsay; irrelevant; cumulative to any live testimony by Mr. Kang (FRE 403) |
| 173    Transcript of (2003) USTU Annual Meeting re: coach selection | Objection to Authenticity and Admissibility: incomplete foundation; incomplete transcript; hearsay; irrelevant |

| | |
|---|---|
| 176    Honolulu Advertiser, 6/20/00 "The Journey from Champion to Coach" | Objection to Authenticity and Admissibility: hearsay; irrelevant; Defendants did not receive a copy of this document and therefore reserve the right to make additional objections |
| 177    Star Bulletin, 4/15/93 "Hawaii's Lee Excited to be Olympic Coach" | Objection to Authenticity and Admissibility: hearsay; irrelevant; Defendants did not receive a copy of this document and therefore reserve the right to make additional objections |
| 178    US Taekwondo Center newsletter – 5/03 | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 179    US Taekwondo Center Newsletter - 803 | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 180    Honolulu Advertiser – 8/5/93 – "Taekwondo Coach Reaches Pinnacle of Career – Olympics" | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 181    Honolulu Advertiser -7/29/04 – Deposed US Taekwondo Coach Sues Olympic Groups" | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |

| | |
|---|---|
| 182   Honolulu Advertiser – 7/3/04 – "Taekwondo Coach Lee Won't be Reinstated" | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 183   Honolulu Advertiser – 6/4/04- "Taekwondo coach's Hearing Next Week" | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 184   Star Bulletin – 8/14/04, "Tae Kwon Do Coach not Reinstated" | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 185   USOC Website – "Judge Refuses to Reinstate Ousted Taekwondo Coach" | Objection to Admissibility: hearsay; irrelevant |
| 186   Associated Press – 8/14/03 | Objection to Authenticity and Admissibility: lack of foundation; hearsay; irrelevant |
| 187   USOC 2004 Annual Financial Report. | Objection to Admissibility: irrelevant |
| 188   USOC 2004 IRS Form 990 Income Tax Return | Objection to Admissibility: irrelevant |
| 189   USTU 2004 IRS Form 990 Income Tax Return | Objection to Admissibility: irrelevant |
| 190   LOUDAT, THOMAS – Economic Loss Report | Objection to Admissibility: irrelevant; hearsay; speculative; inadmissible pursuant to FRE 702; cumulative to any live testimony of Mr. Loudat (FRE 403) |

| 204 | Declaration of Han Won Lee | Objection to Authenticity and Admissibility: lack of foundation; irrelevant; hearsay; inadmissible pursuant to FRE 701; cumulative to any live testimony of Mr. Lee (FRE 403) |
|---|---|---|
| 212 | 2004 USTC Gross Income Tally | Objection to Authenticity and Admissibility: lack of foundation; irrelevant; hearsay; cumulative to any live testimony of Mr. Lee (FRE 403). |
| 213 | USTC Records of New Students 2001-2004 | Objection to Authenticity and Admissibility: lack of foundation; irrelevant |
| 214 | Declaration of Han Wan Lee | Objection to Authenticity and Admissibility: lack of foundation; irrelevant; hearsay; inadmissible pursuant to FRE 701; cumulative to any live testimony of Mr. Lee (FRE 403) |
| 215 | Declaration of Young In Cheon | Objection to Authenticity and Admissibility: lack of foundation; irrelevant; hearsay; inadmissible pursuant to FRE 701; cumulative to any live testimony of Mr. Cheon (FRE 403) |

| | |
|---|---|
| 216    Second Declaration of Young In Cheon | Objection to Authenticity and Admissibility: lack of foundation; irrelevant; hearsay; inadmissible pursuant to FRE 701; cumulative to any live testimony of Mr. Cheon (FRE 403) |
| 224    USTC 9/30/04 (Co) Financial Statement | Objection to Authenticity and Admissibility: lack of foundation; irrelevant; hearsay; prejudice exceeds probative value (Rule 403) |
| 226    Hawaii MSA – Coaches and Scouts; ERI | Objection to Authenticity and Admissibility pursuant to HRE 803(18): lacks foundation, irrelevant; hearsay. |
| 227    BLS CPI Detailed Report – 6/90 –CEA 12/04 | Objection to Authenticity and Admissibility pursuant to HRE 803(18): lacks foundation; irrelevant; hearsay |
| 228    Economic Indicators – CEA 11/04 (1989). | Objection to Authenticity and Admissibility pursuant to HRE 803(18): lacks foundation, irrelevant; hearsay |
| 229    IRS, Statistics of Income Bulletin, Fall 2001 | Objection to Authenticity and Admissibility pursuant to HRE 803(18): lacks foundation, irrelevant; hearsay |

| | |
|---|---|
| 230    Hawaii Income Patters, Department of Taxation 702 | Objection to Authenticity and Admissibility pursuant to HRE 803(18): lacks foundation, irrelevant; hearsay |
| 231   Partial Transcript of Proceeding 7/04- Injunction Hearing. | Objection to Admissibility: hearsay; cumulative pursuant to FRE 403 |
| 232  Documents recently produced by USOC | Objection to Admissibility: Plaintiff has not provided Defendants with a copy of the documents Plaintiff seeks to introduce therefore, Defendants reserve the right to supplement their objection |
| 233  Candon, John Report re: Economic Losses 5/11/05mo | Objection to Admissibility: Cumulative to Mr. Candon's live testimony (FRE 403). |
| 235  Candon Billings | Objection to Admissibility: relevance; cumulative to testimony by Mr. Candon (FRE 403) |
| 236   Map of Colorado | Objection to Authenticity and Admissibility: lacks foundation; irrelevant |
| 238    Map of Castle Rock, Colorado | Objection to Authenticity and Admissibility: lacks foundation, irrelevant |
| 239    Wealthiest Zip Codes Ranked by 2005 median household income | Objection to Authenticity and Admissibility: lacks foundation; inadmissible pursuant to HRE 803; hearsay; irrelevant |

| | |
|---|---|
| 243    Memo dated 2/10/02 to Mark Bryant USTU Legal Council from Mary M. Brunner President, McHenry Taekwondo Academy (Response to Complaint filed by Fords, etal ) | Objection to Authenticity and Admissibility: lacks foundation; irrelevant; hearsay |
| 244    Defendant Mary Brunner's Interrogatories to Plaintiff Ford | Objection to admissibility: irrelevant; hearsay |
| 245    Stipulation to Dismiss; No 00 CH 410 (Ford, et al v. Brunner) | Objection to admissibility: irrelevant; hearsay |
| 246    Notice of Filing Stipulation to Dismiss No  00 CH 410 (Ford, et al v. Brunner) | Objection to authenticity and admissibility: lack of foundation; irrelevant; hearsay |
| 247    Order, No. No  00 CH 410 (Ford, et al v. Brunner) | Objection to Authenticity and Admissibility;  lack of foundation; irrelevant; hearsay |
| 248   16th (9th Women') World Taekwondo Championship | Objection to Authenticity and Admissibility;  lack of foundation; irrelevant; hearsay |
| 249   Taekwondo in Multy-sport Game Schedule | Objection to authenticity and Admissibility: lacks foundation, irrelevant; hearsay |
| 268    Articles of Incorporation of USA Taekwondo, Inc (5/11/04) | Objection to Admissibility: irrelevant |
| 269 Bylaws of USA Taekwondo, Inc. dated 3/16/4 | Objection to Admissibility: irrelevant |
| 270    USA Taekwondo Bylaws | Objection to Admissibility: irrelevant |
| 271    Letter dated 8/2/02 to Sang Lee from terry Kent, Director  Sport Partnership and Chief, Sport Performance of USA Olympic Committee | Objection to Admissibility: irrelevant; hearsay |

| 272   Letter dated 10/03/03 to Sang Lee from Bruce Harris, Executive Director USTU. | Objection to Admissibility: irrelevant; hearsay |
|---|---|
| 273   Letter dated 10/30/03 to Bruce Harris from James E. Scherr, Chief , Sport Performance of US Olympic Committee | Objection to Admissibility: irrelevant; hearsay |
| 274   Letter dated 4/18/01 to jay Warwick from Scott A. Blackman, Acting Chief Executive Officer of USA Olympic Committee | Objection to Admissibility: irrelevant; hearsay |
| 275   Memo dated 61103 Coaching & Science Committee re; Nomination Forms | Objection to Authenticity and Admissibility: lacks foundation, irrelevant; hearsay. |
| 276  Letter dated 11/12/03 to US Senator Ben Nighthorse Campbell | Objection to Authenticity and Admissibility: lacks foundation, irrelevant; hearsay. |
| 277  News Release USTU Cites Racial Discrimination Harm to Olympic Program in Complaint to Senator Campbell | Objection to Authenticity and Admissibility: lacks foundation, irrelevant; hearsay. |

DATED:  Honolulu, Hawaii, _____ MAR 2 1 2006 _____

APRIL LURIA
Attorneys for Defendants United States Olympic Committee and United States Taekwondo Union