IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on March 21, 2006:

|  | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | ( ) | ( x ) |

GLENN H. UESUGI                                    ( )            ( x )
345 Queen Street, 2nd Floor
Honolulu, HI  96813

MICHAEL GREEN
345 Queen Street, 2nd Floor
Honolulu, HI  96813

Attorneys for Plaintiff
Dae Sung Lee

DATED:  Honolulu, Hawaii, March 21, 2006.

                                    _____
                                    DAVID M. LOUIE
                                    APRIL LURIA
                                    Attorneys for Defendants
                                    United States Taekwondo Union and
                                    United States Olympic Committee

Case 1:04-cv-00461-SOM-LEK    Document 257-2    Filed 03/21/2006    Page 2 of 2