IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>        Defendants. | Civil No. 04—00461 SOM LEK<br><br>DECLARATION OF APRIL LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT JOHN CANDON |

## **DECLARATION OF APRIL LURIA**

I, April Luria, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2. I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Expert Report of Dr. Thomas Loudat (dated March 14, 2005).

4. Attached hereto as Exhibit "2" is a true and correct copy of portions of the oral deposition of Dr. Thomas Loudat (taken June 22, 2005).

5. Attached hereto as Exhibit "3" is a true and correct copy of the Expert Report of John Candon (dated May 11, 2005).

6. Attached hereto as Exhibit "4" is a true and correct copy of portions of the oral deposition of John Candon (taken January 30, 2006).

7. Attached hereto as Exhibit "5" is a true and correct copy of John Candon's Statement of Qualifications.

8. Attached hereto as Exhibit "6" is a true and correct copy of John Candon's History of Deposition and Trial Testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 21, 2006     _____
                                 APRIL A. LURIA