**Thomas A. Loudat, Ph.D.**
Economist

46-281 Auna Street
Kaneohe, Hawaii

March 14, 2005

Ward Jones
BEVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Re: economic loss estimates due to Dae Sung Lee's due to his withdrawal as the 2004 US Olympic team's Taekwondo coach

Dear Mr. Jones,

Enclosed you will find a copy of my loss report presenting loss estimates to Master Lee due to not being the 2004 US Olympic team Taekwondo coach. The case specific information that I have reviewed for my analysis includes the following.

1. 2001-2003 Federal income tax returns at that for US Taekwondo center (USTC);
2. a 2004 USTC gross income tally;
3. 2001 to 2003 Federal Income Tax Return for Mr. and Mrs. Lee;
4. 2001-2004 records of new students at USTC;
5. declaration of Dae Sung Lee;
6. declaration of Han Wan Lee;
7. declaration of Young In Cheon;
8. the 1999 2000, 2002 & 2003 personal income tax returns of Han Won Lee;
9. the 2001-2003 (1st page) S-Corporation income tax returns for the US Taekwondo Center (Han Won Lee).

Various secondary sources are also used to provide data and information for the analysis. These sources are cited within the report.

Accounting for taxes on an award to compensate Master Lee for net income (i.e. his officer compensation plus Sub-Chapter S net income) loss due to his withdrawal as Olympic coach of the 2004 US Olympic Taekwondo team, results in pre-tax award amounts of **$1.9 million** for the base case estimation scenario. Deducting taxes on this pre-tax award amount gives Master Lee' estimated net loss due to the withdrawal which equals **$1.1 million** (see p. 3 for estimated taxes on any award). I have also estimated low & high loss scenarios due to the withdrawal the loss amounts for which equal $3.3 million ($2.0 million) and $252 thousand ($176 thousand), respectively, pre-tax award amounts (net of tax loss amounts). The base case loss scenario is the median of the high and low loss scenario amounts.

The bases for these loss estimates are summarized in the report. Significant estimation variables and variable values include the following.

i

EXHIBIT 190

EXHIBIT 1

- Master Lee's <u>work life expectancy</u> is estimated to be equivalent to that for a male with his educational level (see p. 4).
- The analysis presents <u>Background information</u> including:
  - Master Lee's "personal history" (p. 4),
    - "USTC's history" (p. 4), "dates" related to the withdrawal incident (p. 4),
    - "withdrawal incident impacts" (p. 4),
    - "no incident possible business outcomes" provided by statements of other Taekwondo Masters and supporting financials (see p. 5) showing how Taekwondo school revenues and net income changed after their Olympic coaching experience (see page 5),
    - Master Lee's historic personal and business income tax returns (see page 5 &
    - Benchmark earnings capacity measures for a Taekwondo coach see pages 5-6).
  - The bases for the formulation of each of the <u>alternative estimation scenarios</u> had the withdrawal not occurred (see page 6).
  - Master Lee's estimated net income from USTC given that the withdrawal has occurred (see page 6).
  - Discount rate variables (see page 6).

Report pages not noted include the summary in award tax calculation calculations (see pages 1-3), detailed calculations for each scenario (see pages 7-9), and other supporting data and calculations (see pages 11-13).

The opinions expressed herein are held to a reasonable degree of economic probability. I reserve the right to revise this report if new or un-reviewed information suggest such revisions are merited. If you have any questions please call. Aloha!

Sincerely,

*[signature]*

Thomas A. Loudat, Ph.D.
(808) 235-0578
(808) 235-5161 (FAX)
Email: tomloud@earthlink.net

ii

# SUMMARY OF EARNINGS LOSSES TO DAE SUNG LEE DUE TO WITHDRAWAL AS OLYMPIC TAEKAWONDO COACH

Summary Loss Table for Post-Award Tax Award Amount

| Item | High | Base Case | Low |
|---|---|---|---|
| Loss Amount | $2,031,605 | $1,076,289 | $175,649 |
| Federal Tax on Award | $1,043,664 | $591,775 | $58,028 |
| State Tax on Award | $250,607 | $250,607 | $17,902 |
| PRE-TAX AWARD AMOUNT | $3,325,875 | $1,918,671 | $251,578 |

Summary Loss Table for Pre-Award Tax Loss Amounts

Base Case (Median) No Withdrawal Net Income from Taekwondo Center

| Item | No Withdrawal Net | Given Withdrawal Net | Net Income Taxes on Net Income | TOTAL LOSS |
|---|---|---|---|---|
| Past Loss Amount | $0 | $0 | $0 | $0 |
| Present Value Future Loss Amount | $2,381,786 | $898,721 | $406,776 | $1,076,289 |
| Total Loss Amount | $2,381,786 | $898,721 | $406,776 | $1,076,289 |

Page 1

High No Withdrawal Net Income from Taekwondo Center

| Item | No Withdrawal Net | Given Withdrawal Net | Net Income Taxes on Net Income | TOTAL LOSS |
|---|---|---|---|---|
| Past Loss Amount | $0 | $0 | $0 | $0 |
| Present Value Future Loss Amount | $3,638,214 | $898,972 | $707,636 | $2,031,605 |
| Total Loss Amount | $3,638,214 | $898,972 | $707,636 | $2,031,605 |

Low No Withdrawal Net Income from Taekwondo Center

| Item | No Withdrawal Net | Given Withdrawal Net | Net Income Taxes on Net Income | TOTAL LOSS |
|---|---|---|---|---|
| Past Loss Amount | $0 | $0 | $0 | $0 |
| Present Value Future Loss Amount | $1,097,984 | $875,670 | $46,666 | $175,649 |
| Total Loss Amount | $1,097,984 | $875,670 | $46,666 | $175,649 |

## Estimated State and Federal Income Taxes on Award

### Federal Marginal Tax Rates for Joint Filers

| Taxable Income Amount | | | |
|---|---|---|---|
| over | but not over | tax amount | marginal rate |
| $0 | $14,000 | $0 | 10% |
| $14,000 | $56,800 | $1,400 | 15% |
| $56,800 | $114,650 | $7,820 | 25% |
| $114,650 | $174,700 | $22,283 | 28% |
| $174,700 | $311,950 | $39,097 | 33% |
| $311,950 | | $84,389 | 35% |

| Item | Tax Calculation | | |
|---|---|---|---|
| | High | Median | Low |
| Award Taxable Income | $3,325,875 | $1,918,671 | $251,578 |
| State Income Tax | $273,141 | $157,046 | $19,511 |
| Total Taxable Income | $3,052,734 | $1,761,624 | $232,067 |
| Total Federal Income Tax | $1,043,664 | $591,775 | $58,028 |

### Hawaii State Marginal Tax Rates for Joint Filers

| Taxable Income Amount | | | |
|---|---|---|---|
| over | but not over | tax amount | marginal rate |
| $0.00 | $4,000.00 | $0 | 1.40% |
| $4,000.00 | $8,000.00 | $56 | 3.20% |
| $8,000.00 | $16,000.00 | $184 | 5.50% |
| $16,000.00 | $24,000.00 | $624 | 6.40% |
| $24,000.00 | $32,000.00 | $1,136 | 6.80% |
| $32,000.00 | $40,000.00 | $1,680 | 7.20% |
| $40,000.00 | $60,000.00 | $2,256 | 7.60% |
| $60,000.00 | $80,000.00 | $3,776 | 7.90% |
| $80,000.00 | | $5,356 | 8.25% |

| Item | Tax Calculation | | |
|---|---|---|---|
| | High | Median | Low |
| Award Taxable Income | $3,325,875 | $1,918,671 | $251,578 |
| State Income Tax Withheld | $273,141 | $157,046 | $19,511 |
| Total Taxable Income | $3,052,734 | $1,761,624 | $232,067 |
| Total State Income Tax | $250,607 | $144,090 | $17,902 |

## LOSS ESTIMATION ASSUMPTION SUMMARY

| Model Variables | Value | | | Source |
|---|---|---|---|---|
| **_Date/Ages_** | | | | |
| Analysis Date | | 3/14/2005 | | |
| 1st Contact Date | | 10/13/2004 | | phone call Mr. Jones |
| **_Birthdate Information_** | | | | |
| Date | | 8/6/1959 | | Law Office |
| Current Age | 45.19 | | | calculated |
| **_Date of Incident_** | | 7/21/2004 | | 1/10/05 Jones to Loudat |
| Age at Date | | 45.0 | | calculated |
| **_Worklife Expectancy_** | | | | |
| Educational attainment | BA poli sci & Phys. Ed. | | | Law Office |
| **_Expectancy Years_** | Years | | Work to | |
| Statistical Years       Mean | 18 | | 64 | J. of Legal J. Legal Economics, Vol 11, No. 1 |
|                  75th Percentile | 22 | | 67 | Spring/Summer 2001, page 39 |
| Social Security | 26 | | 71 | calculated |
| Work to Age | | | | |
| **_Life Expect. at DoI_** | 33 | | | http://www.cdc.gov/nchs/data/nvsr/nvsr52/nvsr52_14.pdf |
| ethnicity | Korean | | | |
| Live to Age | 78 | | | calculated |
| **_Historic Information_** | | | | |
| **_Biographical Information_** | | | | |
| Personal history: | | | | |
| born in Korea moved to Hawaii at age 12, US citizen since 1977 | | | | DSL affidavit |
| been involved in tae kwon do center child | | | | DSL affidavit |
| competed in tae kwon do nationally and internationally for many years | | | | DSL affidavit |
| see Exhibit 1 accomplishments as a competitor and then as a coach | | | | DSL affidavit |
| coached 2 gold medal winners in the 2000 Olympics | | | | DSL affidavit |
| USTC history: | | | | |
| operated since 1993 | | | | DSL affidavit |
| Mr. Lee is the head instructor of the school | | | | DSL affidavit |
| **_Incident Details_** | | | | |
| **_Dates_** | | | | |
| confirming e-mail 2004 US Olympic team coach | | 10/8/2003 | | DSL affidavit |
| coach the first world qualification for Olympic teams in Paris | | 11/3/2003 | | DSL affidavit |
| second Olympic trials | | 4/18/2004 | | DSL affidavit |
| head coach position filled by Jean Lopez | | 7/19/2004 | | DSL affidavit |
| master Lee notification of alternative coach appointment | | 7/21/2004 | | DSL affidavit |
| **_Incident Impact_** | | | | |
| caused to be away from business for approximately three months total during 2003-2004 | | | | |
|       satisfying Olympic coaching responsibilities on uncompensated basis | | | | 1/10/05 Jones to Loudat |
| student base would be measurably enhanced if was the credentialed coach | | | | |
|       of the 2004 tae kwon do Olympic team | | | | DSL affidavit |
| 2004 likely last chance to be Olympic coach | | | | DSL affidavit |
| alleges irreparable professional harm due to incident | | | | DSL affidavit |
| alleges that during time away from his school new students sign up decreased from | | | | |
|       8-10 to 2-4 students per month | | | | DSL affidavit |
|       students pay an average of $120/month for unlimited lessons | | | | DSL affidavit |
| media release about nomination occurred 4/04 followed by withdrawal of nomination | | | | |
|       one-year later damaged reputation | | | | DSL affidavit |
| nomination withdrawal suggest that either master Lee was never nominated | | | | |
|       or never had the qualifications for the nomination, both of which are false | | | | DSL affidavit |
| reputation could be restored by issuance of promised credential | | | | DSL affidavit |

Page 4

*No Incident Possible Business Outcomes*

Han Won Lee Statements:
- credential coach of US Olympic tae kwon do team in 2000
- experience led to measurable financial benefits and enhance professional reputation
  - pre-coaching student base = 250
  - post-Olympic coaching base = 400
  - % increase 60%
- quality of students increased post-Olympic coaching experience
- post-Olympics invites his stake at local public schools
- coaching Olympics is the highest professional achievement at the amateur level

Han Won Lee tax return Data

| Year | Sub-S Gross | Sub-S Net | W-2 | Net/Gross |
|---|---|---|---|---|
| 1999 | $60,653 | -$1,565 | $49,451 | |
| 2000 | $80,796 | $11,030 | $53,402 | |
| 2001 | $135,022 | $15,614 | | 12% |
| 2002 | $189,913 | $35,227 | $71,909 | 19% |
| 2003 | $287,684 | $59,136 | $86,125 | 21% |
| 2004 | $517,956 | $219,259 | $86,125 | 42% |

Actual Changes per Tax Returns                                               tax return data

| From | to | Sub-S Gross | Sub-S Net | W-2 | Net/Gross |
|---|---|---|---|---|---|
| 1999 | 2000 | 33.2% | -804.8% | 8.0% | |
| 2000 | 2001 | 67.1% | 41.6% | | |
| 2001 | 2002 | 40.7% | 125.6% | | 60% |
| 2002 | 2003 | 51.5% | 67.9% | 19.8% | 11% |
| 2003 | 2004 | 80.0% | 270.8% | | 106% |
| Average Annual Changes 2001-2004 | | 56.5% | 141.3% | | |
| Average Annual Changes 2000-2004 | | 59.1% | 111.2% | 14.9% | |
| % Increase 2001-2004 | | 283.6% | 1304.2% | | |
| % Increase 2000-2004 | | 541.1% | 1887.8% | 61% | |

Young In Cheon Statements:
- credential coach of US Olympic tae kwon do team in 2000
- experience led to measurable financial benefits and enhance professional reputation
  - pre-coaching student base = 200
  - post-Olympic coaching base = 315
  - % increase 58%
- quality of students increased post-Olympic coaching experience

*Earnings*                        Mr. L                                                    Income Tax Rates

| Year | W-2 | Sub-S | Total | 2004$ | Mrs. L | | Federal | State |
|---|---|---|---|---|---|---|---|---|
| 2001 | $12,000 | $37,027 | $49,027 | $52,632 | $0 | | 6.7% | |
| 2002 | $12,000 | $33,867 | $45,867 | $48,721 | $5,355 | | 5.7% | |
| 2003 | $12,000 | $28,099 | $40,099 | $41,625 | $8,163 | | 2.7% | |
| 2004 | $12,000 | $30,905 | $42,905 | $42,905 | | estimated (see p. 10) | | |

*Earnings Capacity Measure*

2002 Metropolitan Area Occupational Employment and Wage Estimates - Honolulu, HI MSA

Coaches & Scouts
Honolulu Average                        $41,440    http://stats.bls.gov/oes/2002/oes_3320.htm
US Average                              $34,170    http://stats.bls.gov/oes/2002/oes272022.htm

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Annual Wage (2) | $13,370 | $17,890 | $27,880 | $42,250 | $60,230 |

*ERI's Salary Assessor*
Today's Date: 1/27/04
Total Compensation (values in United States Dollars)
Coach Athletic        eDOT:153, SOC: 399031

| Years Of Experience | 10th Percentile | Mean | 90th Percentile |
|---|---|---|---|
| 14 | $44,937 | $53,647 | $65,555 |
| 13 | $44,713 | $53,381 | $65,228 |
| 12 | $44,302 | $52,892 | $64,629 |
| 11 | $43,709 | $52,188 | $63,764 |
| 10 | $42,942 | $51,276 | $62,645 |
| 9 | $42,010 | $50,169 | $61,286 |
| 8 | $40,926 | $48,880 | $59,703 |
| 7 | $39,701 | $47,425 | $57,917 |
| 6 | $38,351 | $45,821 | $55,947 |
| 5 | $36,892 | $44,086 | $53,818 |
| 4 | $35,339 | $42,241 | $51,553 |
| 3 | $33,710 | $40,306 | $49,177 |
| 2 | $32,022 | $38,300 | $46,715 |
| 1 | $30,292 | $36,244 | $44,191 |

Area: Honolulu, Hawaii
ERI Account Number: 49,777
Copyright © 2004 ERI Economic Research Institute, Inc.
Assessor Series data leased to subscriber.
Re-sale of Assessor data is prohibited.

*No Withdrawal Net from USTC*
*Low No Withdrawal Scenario*
Comment: This scenario posits that due to Olympic coaching experience Master Lee total net from USTC would have increased from the mean earnings profile for an "coach athletic" to the 90th percentile earnings profile. For 2005 this would have meant an increase from the mean 8 years experience to the 90th percentile equivalent. Thereafter increases would have been according to this profile to its maximum where they would have remained to retirement.

2005                                                                                  $59,703   see EPI earnings profile
post-2005    increases from 9-14 years experience levels for the 90th percentile

*Base Case (Median) No Withdrawal Scenario*
Comment: This scenario posits that due to Olympic coaching experience Master Lee total net from USTC would have equaled the average of the low and high scenarios formulated as part of this analysis.

*High No Withdrawal Scenario*
Comment: This scenario posits that due to Olympic coaching experience Master Lee's gross income would have increased equivalently to Han Won Lee's post-Olympic coaching experience years. Since I do not have his 2001 Sub-Chapter S amount I will use the "gross-up" figures derived from his 2001-2002 and 2002-2003 gross income increases noted above. Master Lee's ratio of net to gross is increased each year by Han Won Lee's ratio of net to gross experienced from 2002-2003 which occurred for a gross income level roughly equivalent to Master Lee's in 2003-2004. The "gross-up" ratio of net to gross in Master Lee's 2002-2003 average. Such an increase of net to gross income is consistent with a priori theoretical expectations wherein overhead or fixed costs are spread over more revenue dollars resulting in a higher ratio of net to gross income.

| Year | Gross | Net/Gross | Net Income | |
|---|---|---|---|---|
| 2004 | $180,443 | 0.24 | $42,905 | see report p. 10 |
| 2005 | $253,799 | 0.26 | $66,876 | calculated per discussion |
| 2006 | $384,460 | 0.29 | $112,266 | calculated per discussion |
| 2007 | $692,195 | 0.32 | $223,996 | |
| post-2005 | | | $223,996 | assumed |

*Given Withdrawal Net form USTC*                                       calculated
2005                                                                                  $44,086   see EPI earnings profile mean 5 years exp
post-2005    increases from 6-14 years experience levels for the mean profile at remains at max to retirement

| Discount Rate | Low | Base Case | High | |
|---|---|---|---|---|
| Real After Tax Interest Rate | 1.15% | 0.88% | 0.88% | calculated |
| Wage Inflation Rate | 2.83% | 2.83% | 2.83% | see report p. 11 |
| After-tax Interest-rate | 4.01% | 3.74% | 3.73% | calculated |
| Nominal Interest Rate | 4.49% | 4.49% | 4.49% | see report p. 12 |
| Average Federal Tax Rate | 10.85% | 16.88% | 16.94% | see page 13 |

**SPREADSHEET Showing Detailed Loss Calculations For the Base Case Scenario**

| Col. 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | *AFTER-TAX COMPENSATION LOSSES* | | | | | | |
| | | | | | (5+7+10)x% | (5+10)x% | (6+8)x% | (6)x% | 4-5-(6+7)- |
| | | Period Age | *Sub S Income* | | *Income Taxes* | | | | (8+9) |
| | | | | | | | | | AFTER- |
| \multicolumn{2}{c}{Period} | M. Lee | W-2 Earnings | | \multicolumn{2}{c}{No W/} | Given W/ | | TAX |
| From | To | Age | No W/ | Given W/ | Federal | State | Federal | State | LOSS |
| 1-Jan-05 | 1-Jan-06 | 45.9 | $ 63,290 | $44,086 | $6,943 | $3,154 | $3,754 | $2,098 | $14,958 |
| 1-Jan-06 | 1-Jan-07 | 46.9 | $ 86,776 | $45,821 | $11,764 | $4,574 | $4,471 | $2,194 | $31,283 |
| 1-Jan-07 | 1-Jan-08 | 47.9 | $ 143,321 | $47,425 | $24,575 | $8,204 | $4,628 | $2,271 | $70,015 |
| 1-Jan-08 | 1-Jan-09 | 48.9 | $ 143,880 | $48,880 | $24,671 | $8,236 | $4,770 | $2,341 | $69,203 |
| 1-Jan-09 | 1-Jan-10 | 49.9 | $ 144,313 | $50,169 | $24,745 | $8,261 | $4,896 | $2,403 | $68,435 |
| 1-Jan-10 | 1-Jan-11 | 50.9 | $ 144,612 | $51,276 | $24,797 | $8,278 | $5,004 | $2,456 | $67,721 |
| 1-Jan-11 | 1-Jan-12 | 51.9 | $ 144,776 | $52,188 | $24,825 | $8,288 | $5,093 | $2,499 | $67,067 |
| 1-Jan-12 | 1-Jan-13 | 52.9 | $ 144,776 | $52,892 | $24,825 | $8,288 | $5,161 | $2,533 | $66,466 |
| 1-Jan-13 | 1-Jan-14 | 53.9 | $ 144,776 | $53,381 | $24,825 | $8,288 | $5,209 | $2,556 | $66,048 |
| 1-Jan-14 | 1-Jan-15 | 54.9 | $ 144,776 | $53,381 | $24,825 | $8,288 | $5,209 | $2,556 | $66,048 |
| 1-Jan-15 | 1-Jan-16 | 55.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-16 | 1-Jan-17 | 56.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-17 | 1-Jan-18 | 57.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-18 | 1-Jan-19 | 58.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-19 | 1-Jan-20 | 59.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-20 | 1-Jan-21 | 60.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-21 | 1-Jan-22 | 61.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-22 | 1-Jan-23 | 62.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| 1-Jan-23 | 1-Jan-24 | 63.9 | $ 144,776 | $53,647 | $24,825 | $8,288 | $5,235 | $2,569 | $65,821 |
| **Column Totals** | | | $2,608,272 | $982,322 | $440,216 | $148,445 | $95,308 | $47,032 | $1,179,630 |
| **Past Totals** | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Pr. Value Future Totals** | | | $2,381,786 | $898,721 | $401,469 | $135,491 | $87,155 | $43,028 | $1,076,289 |
| **Total Losses** | | | $2,381,786 | $898,721 | $401,469 | $135,491 | $87,155 | $43,028 | $1,076,289 |

**SPREADSHEET Showing Detailed Loss Calculations For the High Scenario**

| Col. 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | \\multicolumn | | AFTER-TAX COMPENSATION LOSSES | | | | |
| | | | | | (5+7+10)x% | (5+10)x% | (6+8)x% | (6)x% | 4-5-(6+7)- |
| | | Period Age | Sub S Income | | Income Taxes | | | | (8+9) |
| | | | | | | | | | AFTER- |
| Period | | M. Lee | W-2 Earnings | | No W/ | | Given W/ | | TAX |
| From | To | Age | No W/ | Given W/ | Federal | State | Federal | State | LOSS |
| 1-Jan-05 | 1-Jan-06 | 45.9 | $ 66,876 | $44,086 | $7,337 | $3,332 | $3,754 | $2,098 | $17,973 |
| 1-Jan-06 | 1-Jan-07 | 46.9 | $ 112,266 | $45,821 | $15,219 | $5,917 | $4,471 | $2,194 | $51,974 |
| 1-Jan-07 | 1-Jan-08 | 47.9 | $ 223,996 | $47,425 | $38,409 | $13,780 | $4,628 | $2,271 | $131,282 |
| 1-Jan-08 | 1-Jan-09 | 48.9 | $ 223,996 | $48,880 | $38,409 | $13,780 | $4,770 | $2,341 | $130,038 |
| 1-Jan-09 | 1-Jan-10 | 49.9 | $ 223,996 | $50,169 | $38,409 | $13,780 | $4,896 | $2,403 | $128,937 |
| 1-Jan-10 | 1-Jan-11 | 50.9 | $ 223,996 | $51,276 | $38,409 | $13,780 | $5,004 | $2,456 | $127,991 |
| 1-Jan-11 | 1-Jan-12 | 51.9 | $ 223,996 | $52,188 | $38,409 | $13,780 | $5,093 | $2,499 | $127,212 |
| 1-Jan-12 | 1-Jan-13 | 52.9 | $ 223,996 | $52,892 | $38,409 | $13,780 | $5,161 | $2,533 | $126,610 |
| 1-Jan-13 | 1-Jan-14 | 53.9 | $ 223,996 | $53,381 | $38,409 | $13,780 | $5,209 | $2,556 | $126,192 |
| 1-Jan-14 | 1-Jan-15 | 54.9 | $ 223,996 | $53,381 | $38,409 | $13,780 | $5,209 | $2,556 | $126,192 |
| 1-Jan-15 | 1-Jan-16 | 55.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-16 | 1-Jan-17 | 56.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-17 | 1-Jan-18 | 57.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-18 | 1-Jan-19 | 58.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-19 | 1-Jan-20 | 59.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-20 | 1-Jan-21 | 60.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-21 | 1-Jan-22 | 61.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-22 | 1-Jan-23 | 62.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| 1-Jan-23 | 1-Jan-24 | 63.9 | $ 223,996 | $53,647 | $38,409 | $13,780 | $5,235 | $2,569 | $125,965 |
| Column Totals | | | $3,987,075 | $982,322 | $675,502 | $243,504 | $95,308 | $47,032 | $2,228,086 |
| Past Totals | | | $0 | $0 | $0 | $0 | $0 | $0 | $1 |
| Pr. Value Future Totals | | | $3,638,214 | $898,972 | $615,789 | $222,067 | $87,180 | $43,040 | $2,031,605 |
| Total Losses | | | $3,638,214 | $898,972 | $615,789 | $222,067 | $87,180 | $43,040 | $2,031,606 |

## SPREADSHEET Showing Detailed Loss Calculations For the Low Scenario

| Col. 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | *AFTER-TAX COMPENSATION LOSSES* | | | | | | |
| | | | | | (5+7+10)x% | (5+10)x% | (6+8)x% | (6)x% | 4-5-(6+7)- |
| | | | *Sub S Income* | | *Income Taxes* | | | | (8+9) |
| Period | | M. Lee | W-2 Earnings | | No W/ | | Given W/ | | AFTER- TAX |
| From | To | Age | No W/ | Given W/ | Federal | State | Federal | State | LOSS |
| 1-Jan-05 | 1-Jan-06 | 45.9 | $59,703 | $44,086 | $5,826 | $2,859 | $3,754 | $2,098 | $12,784 |
| 1-Jan-06 | 1-Jan-07 | 46.9 | $61,286 | $45,821 | $5,980 | $2,935 | $4,471 | $2,194 | $13,215 |
| 1-Jan-07 | 1-Jan-08 | 47.9 | $62,645 | $47,425 | $6,873 | $3,122 | $4,628 | $2,271 | $12,125 |
| 1-Jan-08 | 1-Jan-09 | 48.9 | $63,764 | $48,880 | $6,995 | $3,177 | $4,770 | $2,341 | $11,822 |
| 1-Jan-09 | 1-Jan-10 | 49.9 | $64,629 | $50,169 | $7,090 | $3,220 | $4,896 | $2,403 | $11,447 |
| 1-Jan-10 | 1-Jan-11 | 50.9 | $65,228 | $51,276 | $7,156 | $3,250 | $5,004 | $2,456 | $11,005 |
| 1-Jan-11 | 1-Jan-12 | 51.9 | $65,555 | $52,188 | $7,192 | $3,267 | $5,093 | $2,499 | $10,500 |
| 1-Jan-12 | 1-Jan-13 | 52.9 | $65,555 | $52,892 | $7,192 | $3,267 | $5,161 | $2,533 | $9,899 |
| 1-Jan-13 | 1-Jan-14 | 53.9 | $65,555 | $53,381 | $7,192 | $3,267 | $5,209 | $2,556 | $9,481 |
| 1-Jan-14 | 1-Jan-15 | 54.9 | $65,555 | $53,381 | $7,192 | $3,267 | $5,209 | $2,556 | $9,481 |
| 1-Jan-15 | 1-Jan-16 | 55.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-16 | 1-Jan-17 | 56.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-17 | 1-Jan-18 | 57.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-18 | 1-Jan-19 | 58.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-19 | 1-Jan-20 | 59.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-20 | 1-Jan-21 | 60.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-21 | 1-Jan-22 | 61.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-22 | 1-Jan-23 | 62.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| 1-Jan-23 | 1-Jan-24 | 63.9 | $65,555 | $53,647 | $7,192 | $3,267 | $5,235 | $2,569 | $9,254 |
| **Column Totals** | | | $1,229,470 | $982,322 | $133,415 | $61,030 | $95,308 | $47,032 | $195,043 |
| **Past Totals** | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Pr. Value Future Totals** | | | $1,097,984 | $875,670 | $119,015 | $54,482 | $84,907 | $41,924 | $175,649 |
| **Total Losses** | | | $1,097,984 | $875,670 | $119,015 | $54,482 | $84,907 | $41,924 | $175,649 |

| BUSINESS INCOME TAX RETURNS (S.-Corporation) | | | | |
|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 |
| **INCOME** | | | | |
| Gross Receipts | $ 161,274 | $ 178,503 | $183,875 | $180,443 |
| Returns and Allowances | $ - | $ - | | |
| Gross Net R & A | $ 161,274 | $ 178,503 | $ 183,875 | $ 180,443 |
| Cost of Goods Sold | $ - | $ - | $ - | $ - |
| Gross Profit | $ 161,274 | $ 178,503 | $ 183,875 | $ 180,443 |
| All Other Income (1) | | | | |
| Gross Income | $ 161,274 | $ 178,503 | $ 183,875 | $ 180,443 |
| **EXPENSES** | | | | |
| compensation of officers | $ 12,000 | $ 12,000 | $12,000 | assumed |
| salaries and wages | $ 9,120 | $ 9,120 | $9,120 | same as |
| repairs and maintenance | $ 128 | $ 338 | $134 | 2003 |
| bad debts | | | | |
| rents | $ 65,292 | $ 57,734 | $64,774 | |
| taxes and licenses | $ 7,661 | $ 8,868 | $9,116 | |
| interest | $ 64 | | | |
| charitable contributions | | | | |
| depreciation | $ 1,245 | $ 1,246 | $1,246 | |
| depletion | | | | |
| advertising | $ 475 | | $1,725 | |
| pension, profit-sharing | | | | |
| employee benefit programs | | | | |
| other deductions | $ 28,262 | $ 55,330 | $ 57,661 | $ - |
| TOTAL DEDUCTIONS | $ 124,247 | $ 144,636 | $ 155,776 | $ 149,538 |
| Ratio to Gross | 0.770 | 0.810 | 0.847 | 0.829 |
| Taxable Income | $ 37,027 | $ 33,867 | $ 28,099 | $ 30,905 |
| **Net Cash Flow Additions** | | | | |
| compensation of officers | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| **Corporate Taxes** | | | | |
| Federal (includes penalty) | $ - | $ - | $ - | $ - |
| State | $ - | $ - | $ - | $ - |
| Net Cash Flow | $ 49,027 | $ 45,867 | $ 40,099 | $ 42,905 |
| Ratio to Gross | 0.30 | 0.26 | 0.22 | 0.24 |
| **Cost of Goods Sold** | | | | |
| Begin Inventory | | | | |
| Purchases | | | | |
| Cost of Labor | | | | |
| Additional section 263A cost | | | | |
| Other Costs | | | | |
| Total | $ - | $ - | $ - | $ - |
| End Inventory | | | | |
| Cost of Goods Sold | $ - | $ - | $ - | $ - |
| **Other Deductions** | | | | |
| auto and truck expense | $ 706 | $ 1,798 | $2,280 | |
| bank charges | $ 2,348 | $ 2,107 | $1,352 | |
| dues and subscriptions | $ 25 | $ 358 | $391 | |
| insurance | | $ 130 | | |
| meals and entertainment | $ 1,756 | $ 1,410 | $1,567 | |
| merchant fee | $ 1,743 | $ 1,894 | $2,799 | |
| office expense | $ 2,499 | $ 1,330 | $2,402 | |
| seminar and event | $ 2,978 | $ 6,432 | $3,440 | |
| supplies | $ 10,692 | $ 19,239 | $24,654 | |
| telephone | $ 3,156 | $ 3,776 | $3,705 | |
| travel | | $ 13,580 | $12,250 | |
| utilities | $ 2,359 | $ 3,276 | $2,821 | |
| TOTAL | $ 28,262 | $ 55,330 | $ 57,661 | $ - |

## CONSUMER PRICE INDEX AND ESTIMATED INFLATION RATES

PAGE DESCRIPTION: This page presents comsumer price index data for the U.S. average and for Hawaii and estimated annual and average anuual historical inflation rates (see bottom of page) for the periods indicated. The average annual historical rates are used in the analysis to adjust nominal rates of change (e.g. wage growth) for inflation and thus derive real, or inflation adjusted rates of change. The formula used to derive real rates from nominal rates is as follws: (nominal rate - inflation rate) ÷ (1+ inflation rate).

| Year | U.S. Index | U.S. Infl. Rate | Hawaii Index | Hawaii Infl. Rate |
|---|---|---|---|---|
| 1990 | 130.7 | 5.40% | 138.1 | 7.30% |
| 1991 | 136.2 | 4.21% | 148.0 | 7.17% |
| 1992 | 140.3 | 3.01% | 155.1 | 4.80% |
| 1993 | 144.5 | 2.99% | 160.1 | 3.22% |
| 1994 | 148.2 | 2.56% | 164.5 | 2.75% |
| 1995 | 152.4 | 2.83% | 168.1 | 2.19% |
| 1996 | 156.9 | 2.92% | 170.7 | 1.55% |
| 1997 | 160.5 | 2.33% | 171.9 | 0.70% |
| 1998 | 163.0 | 1.56% | 171.5 | -0.23% |
| 1999 | 166.6 | 2.21% | 173.3 | 1.05% |
| 2000 | 172.2 | 3.36% | 176.3 | 1.73% |
| 2001 | 177.1 | 2.85% | 178.4 | 1.19% |
| 2002 | 179.9 | 1.58% | 180.3 | 1.07% |
| 2003 | 184 | 3.90% | 184.5 | 2.33% |
| 2004 | 191 | 3.80% | 191.5 | 3.80% |
| Average Annual Changes | | | | |
| | 1994-04 | 2.83% | | 1.81% |
| | 1980-03 | 3.57% | | 3.59% |
| | 1970-03 | 4.80% | | 4.70% |

NOTES: Data beginning in 1978 are for all urban consumers. Earlier data are for urban wage earners and clerical workers.
DATA SOURCES: BLS, "CPI-Detailed Report-June, 1990;" Council of Economic Advisers, "Economic Indicators," 12 /2004

## 3 YEAR TREASURY NOTE HISTORICAL RATES

PAGE DESCRIPTION: This page provides the data used to derive the interest rate used for discounting to present value any future dollar values estimated in the analysis. The formula used to estimate the interest rate equals {(1991 Index Value ÷ Begin Period Index Value)exp.(1 ÷ (1991-Begin Period Year))}-1.

| Year | Annual Rate | Index Values |
|------|-------------|--------------|
| 1994 | 6.27 | 1384.96 |
| 1995 | 6.25 | 1471.52 |
| 1996 | 5.99 | 1559.66 |
| 1997 | 6.10 | 1654.80 |
| 1998 | 5.14 | 1739.86 |
| 1999 | 5.49 | 1835.38 |
| 2000 | 6.22 | 1949.54 |
| 2001 | 4.09 | 2029.28 |
| 2002 | 3.10 | 2092.18 |
| 2003 | 2.10 | 2071.89 |
| 2004 | 2.75 | 2149.70 |
| **Geometric Mean** 1994-2004 | **4.49%** | |

Source: Council of Economic Advisors, "Economic Report to
the President," and "Economic Indicators."
"Economic Indicators," 11 /2004
The 2002 rate is the average for the first 11 months of 2004

## EFFECTIVE TAX RATE TABLES FOR ALL FILERS

### Federal (1)

| AGI Class From | AGI Class To | Average Income | Total Income | Income Tax | Average Tax Rate | Number of Returns | % Distrib. |
|---|---|---|---|---|---|---|---|
| $0 | $0 | ($49,749) | ($53,040,753) | $109,267 | -0.21% | 1,066,171 | |
| $1 | $5,000 | $2,694 | $35,969,759 | $353,355 | 0.98% | 13,349,971 | |
| $5,000 | $10,000 | $7,608 | $98,747,309 | $1,866,846 | 1.89% | 12,979,714 | |
| $10,000 | $15,000 | $12,632 | $155,067,596 | $5,296,315 | 3.42% | 12,275,717 | |
| $15,000 | $20,000 | $17,575 | $207,092,032 | $9,444,636 | 4.56% | 11,783,174 | |
| $20,000 | $25,000 | $22,675 | $226,010,651 | $13,447,210 | 5.95% | 9,967,211 | |
| $25,000 | $30,000 | $27,665 | $232,187,179 | $16,944,557 | 7.30% | 8,392,769 | |
| $30,000 | $40,000 | $35,085 | $466,217,434 | $39,695,871 | 8.51% | 13,288,379 | |
| $40,000 | $50,000 | $45,127 | $445,408,590 | $43,463,696 | 9.76% | 9,870,199 | |
| $50,000 | $75,000 | $61,584 | $1,031,872,337 | $113,204,249 | 10.97% | 16,755,560 | |
| $75,000 | $100,000 | $86,704 | $677,302,988 | $91,819,100 | 13.56% | 7,811,626 | |
| $100,000 | $200,000 | $133,163 | $946,083,872 | $162,224,990 | 17.15% | 7,104,712 | |
| $200,000 | $500,000 | $293,428 | $550,634,833 | $130,273,941 | 23.66% | 1,876,561 | |
| $500,000 | $1,000,000 | $683,371 | $237,987,904 | $66,964,769 | 28.14% | 348,256 | |
| $1,000,000 | | $3,192,825 | $654,924,978 | $182,292,689 | 27.83% | 205,124 | |
| all returns | | | $5,912,466,709 | $877,401,491 | 14.84% | 127,075,144 | |

### State (2)

| AGI Class From | AGI Class To | Average Income | Total Income | Tax Liability | Average Tax Rate | Number of Returns | % Distrib. |
|---|---|---|---|---|---|---|---|
| | $0 | $0 | | | 0.00% | | |
| $1 | $5,000 | $3,177 | $101,898,323 | $965,612 | 0.95% | 32,077 | |
| $5,000 | $10,000 | $7,554 | $343,877,655 | $6,947,213 | 2.02% | 45,522 | |
| $10,000 | $20,000 | $15,139 | $1,225,549,422 | $42,094,396 | 3.43% | 80,951 | |
| $20,000 | $30,000 | $24,994 | $1,771,765,450 | $77,663,953 | 4.38% | 70,888 | |
| $30,000 | $40,000 | $34,937 | $1,727,581,958 | $82,218,474 | 4.76% | 49,449 | |
| $40,000 | $50,000 | $45,220 | $1,617,261,941 | $77,453,159 | 4.79% | 35,764 | |
| $50,000 | $75,000 | $61,698 | $3,622,873,902 | $180,528,660 | 4.98% | 58,719 | |
| $75,000 | $100,000 | $86,710 | $2,580,829,671 | $136,023,265 | 5.27% | 29,764 | |
| $100,000 | $150,000 | $119,657 | $2,348,505,692 | $134,437,838 | 5.72% | 19,627 | |
| $150,000 | $200,000 | $173,173 | $916,950,197 | $56,408,479 | 6.15% | 5,295 | |
| $200,000 | | $464,378 | $2,972,020,610 | $202,149,692 | 6.80% | 6,400 | |
| Total | | $1,036,637 | $19,229,114,821 | $996,890,741 | 5.18% | 434,456 | |

(1) IRS, "Statistics of Income Bulletin," Fall 2001 VOL 21 No 2, 1999 tax rates for all filers.
(2) Dept. of Taxation, "Hawaii Income Patterns, Individuals - 2001," 7/2002