```
0001
 1                IN THE UNITED STATES DISTRICT COURT
 2                       DISTRICT OF HAWAII
 3       -----------------------------------------
 4       DAE SUNG LEE,
 5              Plaintiff,
 6
 7         vs.                    CIVIL NO. 04-00461 SOM LEK
 8
 9       UNITED STATES TAEKWONDO UNION, a Colorado nonprofit
10       Corporation, UNITED STATES OLYMPIC COMMITTEE, a
11       federally chartered nonprofit corporation; JOHN DOES
12       1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
13       CORPORATIONS 1-10,
14              Defendants.
15       -----------------------------------------
16
17                  DEPOSITION OF JOHN CANDON
18                          VOLUME I
19            Taken on behalf of the Plaintiff, at the
20       office of Michael J. Green, Attorney At Law, 345
21       Queen Street, 2nd Floor, Honolulu, Hawaii  96813,
22       commencing at 2:00 p.m., on January 30, 2005,
23       pursuant to Notice.
24       BEFORE:    DENNIS J. YANKEE, CSR NO. 285
25                  Certified Shorthand Reporter
```

EXHIBIT 4

1/30/2006  Candon, John

```
1                      JOHN CANDON,
2             having been first duly sworn,
3           testified upon his oath as follows:
4                    DIRECT EXAMINATION
5    BY MR. GREEN:
6         Q.   Would you state your name for us,
7    Mr. Candon.
8         A.   John Candon.
9         Q.   And your business or profession?
10        A.   I'm a CPA, a certified business appraiser,
11   a accredited senior appraiser in business valuation
12   and intangible assets.  I own -- and I am also a
13   certified fraud examiner.
14             I own and operate a consulting firm in
15   Honolulu, Candon Consulting Group, which provides
16   business consulting and appraisal services, including
17   a forensic accounting, including lost profits and
18   lost earnings calculations, business valuations for
19   transactions and for dispute resolution.
20             I accept court appointments as a trustee or
21   receiver or master, and related consulting projects
22   that our clients ask us to undertake.
23        Q.   Let me just put in the record something
24   that you reminded me of before the court reporter was
25   here, I don't think it's relevant to what we're
```

4

```
1      BY MR. GREEN:
2           Q.   Are you suggesting as an expert in this
3      case that Castle Rock is a surrounding area of
4      Colorado Springs?
5           A.   I understand it's 40 miles away from
6      Colorado Springs.
7           Q.   When did you make that understanding?
8           A.   I understood that, I believe Han Won Lee
9      testified to that at his deposition.
10          Q.   Well, in fact, the first time you realized
11     that that school, Mr. Han Won Lee's school was in,
12     was in Castle Rock was either after you heard or read
13     the deposition of that gentleman, or the deposition
14     of Mr. Loudat, and that's true, isn't it?
15          A.   Correct.
16          Q.   All the work you've done in this report was
17     predicated on the fact that you believe Han Won Lee's
18     school was in Colorado Springs, is that correct?
19          A.   No.
20          Q.   Do you have worksheets that you prepared
21     that you submitted for billings to your lawyers?
22          A.   I do.
23          Q.   Do you still have them?
24          A.   Yes.
25          Q.   When were they created?
```

1   for mispronouncing it.

2   BY MR. GREEN:

3       Q.   When's the first time you realized you were
4   working on the wrong city for this comparison?

5       A.   I don't know that I'm working on the wrong
6   city, but I didn't understand that Castle Rock was
7   the actual address of Han Won Lee's school until I
8   read his deposition.

9       Q.   You, you were, you were 40 miles off as far
10  as where Castle Rock was located compared to Colorado
11  Springs, right?

12      A.   Correct.

13      Q.   You assumed that his, that his, his school
14  was, was in Colorado Springs because why?

15      A.   The address for the school's tax returns
16  indicates Colorado Springs.

17      Q.   Yes.  You just made a mistake, right?

18      A.   I think there's a difference.  I don't know
19  that it amounts to a mistake.

20      Q.   Well, you know, part of your opinions in
21  this case, and I'm way ahead of where we need to be,
22  but part of your opinions in this case talk about
23  advertising.  Do you remember that?

24      A.   Correct.

25      Q.   You were talking about advertising that

20

```
1        A.    Correct.
2        Q.    As opposed to Colorado Springs, yes?
3        A.    Correct.
4        Q.    When did you plan on telling anyone you
5   made a mistake about the location of the school?
6              MS. LURIA:  Objection.
7              MR. GREEN:  Go ahead.
8        A.    I don't believe that the differences in the
9   town has a, ultimately, a meaningful impact on my
10  conclusion --
11  BY MR. GREEN:
12       Q.    -- is that a --
13       A.    -- in this case --
14       Q.    -- is that a guess, Mr. Candon?
15       A.    No, it's my professional opinion.
16       Q.    Well, if it's your professional opinion
17  that you're willing to testify to in any court room
18  under oath, you tell me if you know based on the
19  studies you've done, what the discretionary income is
20  in Castle Rock.
21       A.    I don't know.
22       Q.    Wasn't the square -- well, what's the
23  median age in Castle Rock?
24       A.    I don't know.
25       Q.    What's the per catty, the income per capita
```

24

1   how they each manage their respective business
2   enterprises.  And Mr. Han Won Lee took many more
3   steps to build his business than Dae Sung Lee.
4        Q.  We'll, we'll, we'll get to that, but give
5   me just two, for example.
6        A.  Mr. Han Won Lee would, instituted a summer
7   program to attract students to his school.
8        Q.  And then what was the revenue derived from
9   that summer program?
10       A.  I don't know.
11       Q.  Don't know.  Don't know whether he made or
12  lost money in that summer program, do you?
13       A.  I don't.
14       Q.  What's next?
15       A.  He has hired consultants to advise him
16  in -- oh, he has hired a collection service.  He
17  tries to collect every dollar on every contract.
18       Q.  You know, I'm, I'm glad that you mention
19  that.  Is that a positive for, for Mr. Han Won Lee
20  and a negative for, for this plaintiff here, in your
21  expert opinion?
22       A.  I don't know whether that specific matter
23  is a positive or a negative for either.  It's --
24       Q.  Why did you mention it in your report then?
25       A.  It indicates that Mr. Han Won Lee is more

1    A.   I don't know that he's never had one in
2  Colorado Springs.
3    Q.   Have you found any evidence that he did?
4    A.   No.
5    Q.   So, what I'm trying to understand is why
6  you didn't do a market analysis between Castle Rock
7  and Honolulu.
8         MS. LURIA:  Is that the question?
9         MR. GREEN:  Yes.
10 BY MR. GREEN:
11   Q.   Why you didn't ever do a market analysis
12 between his, Han Won Lee's school in Castle Rock and
13 the plaintiff's school in Honolulu?
14   A.   I looked at Colorado Springs as
15 representing the general economy of that area, which
16 would include Castle Rock and the others cities and
17 towns surrounding it.
18   Q.   So you're saying you intentionally ignored
19 Castle Rock for your research and studies, and
20 intentionally went to Colorado Springs, is that what
21 you're saying?
22   A.   That's not what I said.
23   Q.   You, 'cause you didn't know the school was
24 in Castle Rock until you read the depositions.
25   A.   I knew that --

43

3/3/2006  Candon, John

137

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                       DISTRICT OF HAWAII
 3    DAE SUNG LEE,              )CIVIL NO. 04-00461 SOM/LEK
 4             Plaintiff,        )
 5        vs.                    )    VOLUME II
 6    UNITED STATES TAEKWONDO    )
 7    UNION, a Colorado          )
 8    nonprofit Corporation,     )
 9    UNITED STATES OLYMPIC      )
10    COMMITTEE, a federally     )
11    chartered nonprofit        )
12    corporation; JOHN DOES     )
13    1-10; JANE DOES 1-10; DOE  )
14    PARTNERSHIPS 1-10; DOE     )
15    DOE CORPORATIONS 1-10,     )
16             Defendants.       )
17
18           CONTINUED DEPOSITION OF JOHN CANDON
19    Taken on behalf of Plaintiff, at the Law Offices of
20    Michael J. Green, Attorney At Law, 345 Queen Street, 2nd
21    Floor, Honolulu, Hawaii, commencing at 2:00 p.m., on
22    Friday, March 3, 2006, pursuant to Notice.
23
24
25    BEFORE:  Patricia Rivera, CSR 176
                Notary Public, State of Hawaii
```

137

1  Q.  I am doing the best I can. It seems to me
2  you're telling me, and I think you've told me, even if
3  you knew the school was in Castle Rock you still would
4  have used Colorado Springs as your market analysis;
5  right?
6  A.  Yes, I would.
7  Q.  And the reason for that I guess is because
8  they would have the same results. In other words, if you
9  did a market analysis in Castle Rock or market analysis
10  in Colorado Springs, it would be basically the same?
11  A.  No, that's not the reason.
12  Q.  Well, what is the reason?
13  A.  The reliability of the independently
14  prepared data is more persuasive to me.
15  Q.  Tell me what the independently prepared date
16  that persuades you?
17  A.  There is data available prepared by bank
18  economist, others.
19  Q.  What did you read from bank economist and
20  others, let's take one at a time?
21  A.  I don't recall what it is specifically.
22  Q.  Well, take a look at your report and see if
23  it helps you remember.
24  A.  May I have a copy?
25  Q.  Sure.

171

```
1                MS. LURIA:  That is not a question,
2     Mr. Green.
3                MR. GREEN:  That is a question.  Can you
4     answer it?
5                THE WITNESS:  No.  I don't know what your
6     question is.
7          Q.    (By Mr. Green:)  Why didn't you do a
8     comparison of schools that have opened in the area of Han
9     Wan Lee.
10         A.    My point in the report is that...
11               MR. GREEN:  He's thinking.
12               THE WITNESS:  I'm thinking about how I am
13    going to phrase this.
14         Q.    (By Mr. Green:)  I don't mind.
15         A.    If I could not be interrupted I could get
16    there quicker.
17         Q.    I've got to put in the record.
18         A.    That's fine.
19               My point in the report is to show that it's
20    to rely on Han Wan Lee's school or any other business as
21    a benchmark for measuring and other enterprises expected
22    experience, whether it's loss or growth.  Those two
23    schools or the businesses have to be very comparable to
24    each other.
25               My point in the report was to show that
```

1  there are differences, not to prove that they are
2  similar, but to show that there are enough differences
3  that Han Wan Lee's school is not a good benchmark for
4  measuring Master Dae Sung Lee's experience."
5       Q.    That would be a report to show what deals
6  with potential future loss of revenue, right?
7       A.    Lost income I thought was the measure.
8       Q.    Yeah.  But when you are talking about lost
9  income you give an opinion that his income really would
10 not have been lost to the degree we are suggesting
11 because there were more schools competing with his,
12 right?
13      A.    I'm saying that the record does not support
14 any opinion as to what Master Dae Sung Lee would have
15 experienced.
16      Q.    Did you hear my question?
17      A.    I thought I tried to answer it and if I
18 didn't answer it sufficiently, perhaps, I did not
19 understand it.
20      Q.    All right.  Maybe.  And I appreciate that.
21 You started talking about the number of schools that were
22 competing with him that would affect his revenue stream,
23 right?
24      A.    Correct.
25      Q.    And you didn't put anything in your report