## JOHN CANDON

John Candon, CPA/ABV, ASA, CBA, CFE, is the President of Candon Consulting Group, LLC, which provides forensic accounting, business valuation, lost earnings and commercial damages calculation, insolvency analysis, acquisition and sales advice, receivership, corporate recovery services, and fraud research. He was formerly the Director of KPMG Peat Marwick LLP's Hawaii-based Corporate Transactions Practice, where he provided valuation, corporate finance services, forensic accounting, and corporate recovery services. Prior to joining that firm, he was the managing partner of a regional consulting practice that primarily provided business valuation services. He has also held senior executive positions with a commercial bank and a publicly-held member of the tourism industry.

Mr. Candon is an experienced neutral party and often is engaged by negotiating or opposing parties to act as a joint expert. He serves as a U. S. Bankruptcy Court appointed Trustee for large bankruptcies involving construction, real estate, hospitality, medical services and retail distribution and has served as a Court appointed Examiner. He has also been the Court-appointed Receiver for commercial properties and the Court-appointed Special Master in matters requiring financial investigations.

With over 20 years of business experience, his accomplishments include:

- Valuations for enterprises involved in a variety of areas including real estate investment, tourism, manufacturing, distribution, retail, financial services, transportation, agribusiness, professional services and others.

- Acquisition assistance to both buyers and sellers of business interests with regard to identification of candidates, pricing, term structuring, investor qualification, and due diligence investigation.

- Valuations of intangible assets such as customer relationships, financial instruments, leasehold interests, management agreements and franchises.

- Lost profits and lost earnings (including untimely death) analyses for businesses and individuals.

- Investigation of evidence of actual and suspected financial frauds in connection with divorces, bankruptcies, credit fraud, commercial litigation, and other matters.

In addition to being a Certified Public Accountant who has been recognized as Accredited in Business Valuation by the AICPA, Mr. Candon is a Certified Business Appraiser (CBA) and has earned advanced recognition as a Senior Member of the American Society of Appraisers (ASA). He is a member of the National Association of Forensic Economics, a Certified Fraud Examiner (CFE); a past President of the ASA's Hawaii Chapter; a past Chair of the Hawaii Society of CPAs' Management Consulting Services Committee; and a Life Member of the Association of Certified Fraud Examiners.

Mr. Candon has taught accounting and income taxes at the University of Hawaii. He has provided expert witness testimony at depositions and trials for a variety of issues including fraud, economic damages, business valuation, complex accounting matters, taxes, and bankruptcy.

**EXHIBIT 5**

EXHIBIT A