# John Candon
## Testimony and Trusteeships
## During the Prior Five Years

**U.S. District Court, Hawaii:**

*Loveland Academy v Hawaii Dept. of Education*, Special Master in connection with accounting matters, Judge Helen Gillmor

*Cosmos Jewelry v Hung's Jewelry*, Expert in lost profits in a matter involving copyright infringement, Christian Porter, Jr., Esq.

*Gorham v City and County of Honolulu*, Expert in lost profits in a matter involving business interruption, Steve Jacobson, Esq., Judge Helen Gillmor

*Executive Risk v Henry Akiu et al*, Expert in generally accepted auditing standards, Lissa Andrews, Esq.


**Hawaii Circuit Court:**

*Maui Tropical Plantation v Roberts Hawaii*, Expert in economic damages, Ken Kupchak, Esq.

*Borgnino v Naramoto*, Expert in determining lost profits, Mike Livingston, Esq.

*Kappel v Kai Lani LP et al*, Expert in determining lost income, Steve Dyer, Esq.

*Yamashita v Terminix*, Expert in determining lost profits, Derek Kobayashi, Esq.

*Lakeview Homes, Inc.*, Receiver in foreclosure for the financial affairs of this residential, long term care home.

*Kamehameha Schools and Maunalua Assoc. v City & County of Honolulu*, Expert in determining lost investment profits, Ken Kupchak, Esq.

*Oasis Café v Chelsea Management*, Expert in determining lost restaurant profits, Chris Porter, Esq.

*Hilton Hawaiian Village v Kerr Pacific*, Expert in determining lost profits in a matter involving catering and restaurant business interruption, Jennifer Yusi, Esq. and Richard Sutton, Jr., Esq.

*Koga v Ikazaki Devens Lo et al*, Expert in determining lost profits in a matter involving real estate development rights, Jeff Portnoy, Esq., Judge Crandall

*Executive Centre*, Receiver in foreclosure of this multi-use commercial property in central Honolulu. The property includes a hotel, a restaurant, offices, residences, and retail.


**Alternative Dispute Resolution:**

*Hon Hawaii v Piltz*, Expert in a lost profits matter, Syd Ayabe, Esq., arbitrated privately by Mr. Keith Hunter

*Greg Kim v NCR*, Expert in a business valuation and lost profits matter, Alan Van Etten, Esq., arbitrated privately by Magistrate Judge Edward King

*Flores v Cochran*, Court appointed Expert in a post-divorce matter involving business valuation and financial fraud issues, under the auspices of Dispute Prevention & Resolution, Judge Patrick Yim

**EXHIBIT 6**

**EXHIBIT B**

# John Candon
## Testimony and Trusteeships
### During the Prior Five Years

**Hawaii District (Family) Court:**

*Pingree v Pingree*, Expert in business valuation, Paul Tomar, Esq., Judge Browning
*Hayes v Hayes*, Expert in business valuation, Ed Lebb, Esq., Judge Choy
*Josselin v Josselin*, Expert in business operations, accounting, taxes and fraud, Charles T. Kleintop, Esq., Judge Murakami
*Rolles v Rolles*, Expert in taxation, Charles T. Kleintop, Esq.
*Wallen v Wallen*, Expert in business valuation, Tom Farrell, Esq., Judge Enright
*Neimann v Moche*, Special Master to investigate alleged fraudulent diversion of funds, Tom Farrell, Esq., Trevor Brown, Esq., Judge Browning

**U.S. Bankruptcy Court, District of Hawaii:**

*In re: Robert Lyn Nelson Studios, Inc.* – Appointed Chief Executive Officer by court-approved stipulation of the creditors and the debtor-in-possession of this commercial artist's studio.

*In re: Trans Hawaiian Services, Inc. et al (five related companies).* – Creditor-elected Trustee for this bankrupt motor coach and tour operator.

*In re: Liberty House, Inc.* – Court-appointed supervisor of certain portions of the successful Chapter 11 reorganization of Hawaii's largest department store chain

*In re: Noenoe Lindsey* – Court-appointed Liquidator of this individual's successful chapter 11 reorganization involving operating businesses and commercial real estate

*In re: Royal Kunia Apartments, Inc.* – Court-approved cash collateral administrator of this Debtor-In-Possession involving a residential real estate development

*In re: Alan R. Kunimoto, M.D.* – Trustee of this individual's bankruptcy estate involving commercial real estate investments

*In re: House of Adler, Inc.* – Trustee of this bankrupt retail jewelry store chain

*In re: Jackson Builders Corp.* – Trustee of this bankrupt construction company

*In re: Beatriz Agmata* – Trustee of this individual's bankruptcy estate involving commercial real estate investments

**EXHIBIT B**