IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first-class mail, postage-prepaid, or by hand-delivery of same on March 21, 2006:

|  | Mail | Hand Delivery |
|---|---|---|
| WARD D. JONES | ( ) | ( x ) |

1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

GLENN H. UESUGI  ( )        ( x )
345 Queen Street
Second Floor
Honolulu, HI 96813

MICHAEL GREEN
345 Queen Street
Second Floor
Honolulu, HI 96813

Attorneys for Plaintiff
Dae Sung Lee

DATED: Honolulu, Hawaii, March 21, 2006

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee