Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Partnership, LLP

DAVID M. LOUIE        2162-0
Email:  dlouie@rlhlaw.com
APRIL LURIA          4687-0
Email:  aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>                    Defendants. | Civil No. 04-00461 SOM LEK<br><br>DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S PROPOSED VOIR DIRE; CERTIFICATE OF SERVICE<br><br>Trial Date:  April 4, 2006 |

```
                              )
                              )
                              )
                              )
                              )
                              )
_____)
```

# DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S PROPOSED VOIR DIRE

Defendants United States Taekwondo Union and United States Olympic Committee, by and through their counsel, Roeca Louie & Hiraoka, respectively request that the Court ask the following voir dire questions.

DATED: Honolulu, Hawaii, _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO
UNION and UNITED STATES
OLYMPIC COMMITTEE

A. <u>GENERAL BACKGROUND</u>

    a. Could you please tell me something about yourself:
        i. Where you grew up
        ii. How far you went in school
        iii. Where you attended high school
        iv. Have any of you ever owned your own business?
            1. What type?
            2. Where located?
            3. Still own?
            4. If no longer owns, reason you no longer own business?

        v. Have any of you every served on the board of directors for a not-for-profit corporation?
            1. In what capacity did you serve
            2. Have any of you ever been employed by a not-for-profit corporation?
                a. What type of corporation?
                b. What was your position?

        vi. Do you have children?
            1. ages of children
            2. any have children who participate in sport of taekwondo?
            3. any have children who participate in any martial arts instructions?

    b. Would you please give me a general description of the types of activities in which you participate outside of your job or work? (sports, organizations, clubs, activities)
        i. Have any of you ever participated in the sport of taekwondo?
        ii. Have any of you ever participated in any martial arts?

    c. From what source do you generally receive the news you hear or see?
        i. Newspaper
        ii. Magazines
        iii. Special Interest Publications
        iv. Television
        v. Radio

    d. Do any of you have any knowledge of this lawsuit from reading anything in the newspaper or hearing anything about it on the television or radio?
        i. Based upon what you know, do any of you have an opinion as to whether the defendants discriminated against the plaintiff?
        ii. What opinion have you formed?

B. <u>KNOWLEDGE OF OLYMPICS</u>
    a. Have any of you ever participated in the Olympics?
    b. Have any of you ever attended the Olympics?
    c. Do any of you know anyone who has been involved as a participant in the Olympics?
    d. Did any of you watch the television coverage of the 2006 Winter Olympic games?
    e. Do any of you have any impressions about the United States Olympic program?
        i. Describe what your impression is of the US Olympic program

C. Lawsuits
    a. Is there anyone here who has ever filed a claim against anyone for discrimination?
    b. Is there anyone here who has ever filed a claim against anyone for harassment?
    c. Is there anyone here who has ever brought a lawsuit against anyone? If so, what was the result of that lawsuit?
    d. Do any of you own or operated a business which has been sued for any reason?
        i. If so, what was the result of that lawsuit?

    e. Is there anyone here who has ever been sued?
        i. If so, what was the result of that lawsuit?

    f. Have you, or have any of your family members or close friends brought a lawsuit against anyone for discrimination? For harassment? Have you or has anyone in your family ever been sued for discrimination?

        i. Result of lawsuit?

    h. Have you or has anyone in your family ever been accused of discrimination?
    i. Has anyone in your family ever been sued by another person for any reason. Do you of you feel that there are too many lawsuits being filed?

### D. PRIOR JURY EXPERIENCE

    a. Have any of you served on a jury in the past? If so, what the case or cases:
        i. Civil
        ii. Criminal
        iii. What was the verdict or decision reached by your jury in the case?
        iv. Were you for or against the verdict reached?

    b. Have any of you ever served as the foreman or forewoman of a jury?

### E. LIABILITY, DAMAGES AND BURDEN OF PROOF

    a. Do any of you feel that since the plaintiff has brought a lawsuit against the defendants, that the defendants must have done something wrong to cause injuries to the plaintiff?

    b. Do any of you feel at this time that any person who brings a lawsuit claiming discrimination should be entitled to recover money damages regardless of the evidence that is introduced at the time of trial?

    c. If plaintiff is unable to prove some or all of the elements of his claim, is there anyone here who would not return a verdict for the Defendants?

    d. Is there anyone here who has difficulty with or disagrees with the requirement that plaintiff has the burden of proving all elements of his claim?

e. In a civil lawsuit such as this one, the plaintiff must prove each and every element of his claim by a preponderance of the evidence. This means that the plaintiff must show that each element of his claim is more likely than not to exist. This concept is best illustrated by visualizing a see-saw. If the see-saw is balanced or is tipped, however slightly, in favor of the defendant, then plaintiffs have failed to meet their burden of proof.

   i. Is there anyone here who will not or cannot hold the plaintiff to his burden of proving his claim by a preponderance of the evidence?
   ii. If the evidence presented during trial does not preponderate for or against the plaintiff or defendants, is there anyone here who would not return a verdict in favor of the defendants.

f. If Plaintiff claims an injury or damage which is not shown by the credible evidence, is there anyone here who would not reject plaintiff's claim?

g. If the credible evidence presented shows that certain damages claimed by plaintiff are non-existent, would any of you hesitate to reject plaintiff's claim and follow the credible evidence?

h. If the credible evidence presented shows that certain damages claimed by plaintiff are speculative, would any of you hesitate to reject plaintiff's claim and award the plaintiff no money.

i. In this lawsuit, the defendants are non-profit corporations and not individual persons like all of us. However, in the eyes of the law, each of the corporate defendants like the plaintiff are persons subject to the same rights liabilities and consideration.

   i. Is there anyone here who feels he or she would tend to side or favor with plaintiff because of the fact that the defendants are corporations?

      ii. Is there anyone here who feels that they cannot give the corporate defendant the same fair and impartial consideration that he or she would give to the plaintiff?

F. **TRIAL PROCEDURE**

  a. During the trial, the plaintiff has the burden of proving his case and therefore, will have the first opportunity to present his case to you. After the plaintiff has completed his case, the defendants will be given the opportunity to present their case to you.

      i. Is there anyone here who would make up their minds about the issues of the case before the defendants have had an opportunity to present their case to you?
      ii. Is there anyone here who feels that they will not be able to keep an open mind and hear all of the evidence to be presented by both plaintiffs and defendants before making a decision.

G. **SYMPATHY**

  a. As human beings, we all have feelings and emotions. Sometimes we feel sympathetic toward a person who claims an injury. This is a natural feeling, but sympathy for one party or another should play no part in your role as jurors.

      i. Is there anyone here who feels at this time that they cannot decide the case solely on the evidence presented?
      ii. Is there anyone here who feels at this time that they will not be able to put their feelings or emotions aside in performing their jury duty?
      iii. Is there anyone here who, based on any prior familiarity with the subject of this lawsuit, feels that they will probably reach a verdict for the plaintiff no matter what evidence is presented during the trial.?

  b. Have any of you heard of or know the Plaintiff Dae Sang Lee?
  c. Have any of you heard of or know Plaintiff's wife Heon Mi Lee?

    d. Do any of you know any of the following attorneys:
        i. Michael Jay Green
        ii. Glen Uesugi
        iii. Ward Jones
        iv. Birney B. Bervar
        v. April Luria
        vi. Arthur Roeca
        vii. David Louie
        viii. Keith Hiraoka
        ix. Jodie Roeca
        x. Tedson Koja
        xi. James Ferguson
        xii. Brian Bilberry
        xiii. James Shin
        xiv. Jennifer Lyons
        xv. Anne Sylvester
        xvi. Rhonda Ching
        xvii. Adrian Chang
        xviii. Mark Levinstein
        xix. Robert Moore
        xx. Patrick Houlihan
        xxi. William Bachman

H. Punitive Damages

    a. Have any of you ever served on a jury where punitive damages were requested by the plaintiff?
    b. Did you award punitive damages?
    c. Have any of you ever served as an officer or director of a corporation?
    d. What corporation?
    e. Does the fact that you are an officer or director of a corporation affect your ability to determine whether or not punitive damages should be assessed herein?

I. Closing

    a. Based upon the questions you have been asked so far or anything that has occurred so far in the jury selection proceeding, have any of you, at this point, made up your mind or formed any opinion as to what the result of this trial should be?

DATED: Honolulu, Hawaii, _____

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee