ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

at ___ o'clock and 50 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF DAE SUNG LEE'S** |
| | ) | **OBJECTIONS TO** |
| | ) | **DEFENDANTS USOC's AND** |
| UNITED STATES TAEKWONDO | ) | **USTU's EXHIBITS;** |
| UNION, a Colorado nonprofit | ) | **CERTIFICATE OF SERVICE** |

1

Corporation, UNITED STATES          )
OLYMPIC COMMITTEE, a federally      )
charged nonprofit corporation, JOHN )
DOES 1-10; JANE DOES 1-10;          )
DOE PARTNERSHIPS 1-10; DOE          )
CORPORATIONS 1-10,                  )
                                    )    New Trial Date:  May 17, 2006
                    Defendants.     )    Judge:  Hon. Susan O. Mollway
                                    )
_____     )

## PLAINTIFF DAE SUNG LEE'S OBJECTIONS TO DEFENDANTS USOC's and USTU's EXHIBITS

COMES NOW, PLAINTIFF DAE SUNG LEE, by and through his

attorneys, Michael J. Green, Ward D. Jones and Glenn H. Uesugi, and

hereby submits its Objections to Defendants USOC's and USTU's Exhibits

as follows:

| Exhibit Number | Basis of Objection |
| --- | --- |
| 404 | Authenticity/relevance/hearsay. |
| 405 | Authenticity/relevance/hearsay. |
| 406 | Relevance. |
| 407 | Relevance. |
| 444 | Authenticity. |
| 447 | Authenticity. |
| 463 | Authenticity. |
| 465 | Authenticity. |
| 467 | Authenticity. |
| 479 | Authenticity. |
| 486 | Authenticity/incomplete. |
| 529-530 | Subject to verification that they are current laws/rules. |
| 533-535 | Probably being withdrawn as hearsay. |

Exhibit
Number    Basis of Objection


596-597    Authenticity.

The exhibits below are objected to for late disclosure as these were
responsive to documents request over one year ago.  These are the subject of
a motion in limine.

Exhibit
Number

419
421-423
425-434
436-439
448
458
471-472
481-482
488
490
492-511
548-568
570
572-575
578-580
584-591
593-594

DATED: Honolulu, Hawaii, March 21, 2006.


_____

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a | ) | |
| federally chartered nonprofit | ) | |
| corporation, JOHN DOES 1-10; | ) | |
| JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the foregoing

ducument was duly served via upon the following:

DAVID M. LOUIE, ESQ.                HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813

MARK S. LEVINSTEIN, ESQ.                    VIA FACSIMILE
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 21, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

2