ᴼRIGINAL

MICHAEL JAY GREEN          4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

WARD D. JONES             2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Fax: (808) 550-4991
Email: wdj@bervar-jones.com

GLENN H. UESUGI          4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
DAE SUNG LEE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

at __3__ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | CIVIL NO. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MEMORANDUM IN OPPOSITION |
| vs. | ) | TO DEFENDANTS UNITED |
| | ) | STATES TAEKWONDO UNION'S |
| UNITED STATES TAEKWONDO | ) | AND UNITED STATES OLYMPIC |
| UNION, a Colorado nonprofit | ) | COMMITTEE'S MOTION IN |
| corporation; UNITED STATES | ) | LIMINE TO EXCLUDE THE |

| | |
|---|---|
| TESTIMONY OF OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | POSITIVE DRUG TEST OF STEVEN LOPEZ; and CERTIFICATE OF SERVICE<br><br>Hearing Date: March 28, 2006<br>Hearing Time: 9:45 a.m.<br>Judge: Honorable Susan Oki Mollway<br><br>Trial Date: April 4, 2006 |

**PLAINTIFF DAE SUNG LEE'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND
UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO
EXCLUDE THE POSITIVE DRUG TEST OF STEVEN LOPEZ**

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff LEE"),

by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H.

Uesugi, and hereby files his Memorandum in Opposition to DEFENDANTS

UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC

COMMITTEE'S MOTION IN LIMINE TO EXCLUDE THE POSITIVE DRUG

TEST OF STEVEN LOPEZ filed in the above captioned action.

Plaintiff will not elicit testimony or offer evidence of Steven Lopez'

positive drug test until or unless Defendants elicit testimony that would open the

or invite such evidence.

DATED: Honolulu, Hawaii, _____MAR 2 1 2006_____.

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | CIVIL NO. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| corporation; UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| chartered nonprofit corporation; JOHN | ) | |
| DOES 1-10; JANE DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the

foregoing document will be duly served upon the parties below by hand delivery

and/or US Mail upon filing:

DAVID M. LOUIE, ESQ.
APRIL LURIA, ESQ.
Roeca Louie & Hiraoka
900 Davies Pacific Center

- 1 -

841 Bishop Street
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii,_____MAR 2 1 2006_____

_____

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

- 2 -