# ORIGINAL

MICHAEL JAY GREEN        4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

WARD D. JONES            2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Fax: (808) 550-4991
Email: wdj@bervar-jones.com

GLENN H. UESUGI          4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
DAE SUNG LEE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | ) CIVIL NO. 04-00461 SOM LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF DAE SUNG LEE'S |
| | ) STATEMENT OF NO OPPOSITION |
| vs. | ) TO DEFENDANTS UNITED |
| | ) STATES TAEKWONDO UNION'S |
| UNITED STATES TAEKWONDO | ) AND UNITED STATES OLYMPIC |
| UNION, a Colorado nonprofit | ) COMMITTEE'S MOTION IN |
| corporation; UNITED STATES | ) LIMINE TO EXCLUDE |

| | |
|---|---|
| OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>　　　　Defendants. | PURPORTED EXPERT TESTIMONY OF HAN WON LEE AND SAMUEL PEJO; and CERTIFICATE OF SERVICE<br><br>Hearing Date: March 28, 2006<br>Hearing Time: 9:45 a.m.<br>Judge: Honorable Susan Oki Mollway<br><br>Trial Date: April 4, 2006 |

### PLAINTIFF DAE SUNG LEE'S STATEMENT OF NO OPPOSITION TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE PURPORTED EXPERT TESTIMONY OF HAN WON LEE AND SAMUEL PEJO

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby states he has no opposition to Defendants UNITED STATES TAEKWONDO UNION'S and UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE PURPORTED EXPERT TESTIMONY OF HAN WON LEE AND SAMUEL PEJO in the above captioned action. There is no opposition to Defendants' Motion to Exclude Han Won Lee and Samuel Pejo as expert witnesses in this case.

Plaintiff does reserve the right to call both Han Won Lee and Samuel Pejo at trial and elicit lay opinion testimony pursuant to Rule 701 of the Federal Rules of Evidence with respect to the issues raised in the instant Motion in Limine, since these issues are central to Plaintiff's case in chief and are thus relevant to the issues before this Honorable Court. The issue of Plaintiff's qualifications as an Olympic level coach in Taekwondo certainly relevant to this case, and Plaintiff reserves the right to elicit testimony on this issue at time of trial, from Han Won Lee, Samuel Pejo and any other witness that can testify on this subject pursuant to Rule 701.

DATED: Honolulu, Hawaii, MAR 21 2006

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | CIVIL NO. 04-00461 SOM LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation; UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the parties below by hand delivery and/or US Mail upon filing:

        DAVID M. LOUIE, ESQ.
        APRIL LURIA, ESQ.
        Roeca Louie & Hiraoka

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, MAR 2 1 2006

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE