**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

at __3__ o'clock and __40__ min. __ M
SUE BEITIA, CLERK

MICHAEL JAY GREEN       4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

WARD D. JONES           2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Fax: (808) 550-4991
Email: wdj@bervar-jones.com

GLENN H. UESUGI         4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | CIVIL NO. 04-00461 SOM LEK |
| Plaintiff, | PLAINTIFF DAE SUNG LEE'S STATEMENT OF NO OPPOSITION |
| vs. | TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation; UNITED STATES | AND UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE EVIDENCE |

| | |
|---|---|
| OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>        Defendants. | ) OF DEFENDANTS' FINANCIAL<br>) CONDITION OR REFERENCE TO<br>) PUNITIVE DAMAGES and<br>) CERTIFICATE OF SERVICE<br>)<br>) Hearing Date: March 28, 2006<br>) Hearing Time: 9:45 a.m.<br>) Judge: Honorable Susan Oki<br>) Mollway<br>)<br>) Trial Date: April 4, 2006 |

**PLAINTIFF DAE SUNG LEE'S STATEMENT OF NO OPPOSITION TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEFENDANTS' FINANCIAL CONDITION OR REFERENCE TO PUNITIVE DAMAGES**

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby states that he has no opposition to DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEFENDANTS' FINANCIAL CONDITION OR REFERENCE TO PUNITIVE

- 2 -

DAMAGES filed in the above captioned action.

DATED: Honolulu, Hawaii, __MAR 2 1 2006__.

                                              _____
                                              MICHAEL JAY GREEN
                                              WARD D. JONES
                                              GLENN H. UESUGI
                                              Attorneys for Plaintiff
                                              DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | CIVIL NO. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| corporation; UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| chartered nonprofit corporation; JOHN ) | |
| DOES 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the parties below by hand delivery and/or US Mail upon filing:

>DAVID M. LOUIE, ESQ.
>APRIL LURIA, ESQ.
>Roeca Louie & Hiraoka
>900 Davies Pacific Center

841 Bishop Street
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, MAR 2 1 2006

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE