ORIGINAL

MICHAEL JAY GREEN        4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

WARD D. JONES            2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Fax: (808) 550-4991
Email: wdj@bervar-jones.com

GLENN H. UESUGI          4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
DAE SUNG LEE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | CIVIL NO. 04-00461 SOM LEK |
| Plaintiff, | PLAINTIFF DAE SUNG LEE'S MEMORANDUM IN OPPOSITION |
| vs. | TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation; UNITED STATES | AND UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE VARIOUS |

| | |
|---|---|
| OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NEWSPAPER ARTICLES; and CERTIFICATE OF SERVICE<br><br>Hearing Date: March 28, 2006<br>Hearing Time: 9:45 a.m.<br>Honorable Susan Oki Mollway<br><br>Trial Date: April 4, 2006 |

### PLAINTIFF DAE SUNG LEE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS UNITED STATES TAEKWONDO UNION'S AND UNITED STATES OLYMPIC COMMITTEE'S MOTION IN LIMINE TO EXCLUDE VARIOUS NEWSPAPER ARTICLES

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby files his Memorandum in Opposition to Defendants UNITED STATES TAEKWONDO UNION'S and UNITED STATES OLYMPIC COMMITTEE'S Motion in Limine to Exclude Various Newspaper Articles in the above captioned action.

I.  **ARGUMENT**

A.  **Newspaper Articles are Relevant to the Issue of Damages.**

In their Motion in Limine, Defendants point to several newspaper articles to be offered by Plaintiff at trial. These newspaper articles are relevant to the issue of Plaintiff's damages in that they will be offered to show the nature and extent of Plaintiff's "general damages resulting from public embarrassment, humiliation, mental anguish, damage to his character, damage to his professional reputation which has taken decades to build...." (See Plaintiff's Complaint filed on July 28, 2006). The nature and extent of the publicity generated by the newspaper articles is also relevant to the issue of punitive damages.

The newspaper articles are relevant to show that Defendant's actions in removing Plaintiff as the 2004 United States Olympic Coach was widely publicized locally, nationally and internationally. This assists the trier of fact in that it informs the jury of the perceived negative inferences towards Plaintiff that can be reasonably by the readers, all of which is directly attributable to the conduct of Defendants. It is also reasonable to believe that the initial appointment and subsequent removal of Plaintiff as the 2004 US Olympic Coach for Taekwondo would be published by the media both in Hawaii and elsewhere.

### B. The Newspaper Articles are Not Offered for the Truth of the Matter Asserted.

Contrary to the assertions of Defendants in their moving papers, Plaintiff will not be offering the newspaper articles to prove the truth of the content of the articles. Instead, the newspaper articles will be offered to show that such information was published and appeared in newspapers and the effect that said publication of articles had on Plaintiff with respect to his damages. To that extent, the newspaper articles are not hearsay because they are not be offered to prove the truth of the matters asserted in the newspaper articles. Lewis v. Smith, 255 F.Supp.2d 1054, 1072 (D. Ariz. 2003) ("Defendants argue that the newspaper article concerning the hiring of Plaintiff's replacement is hearsay. The article is not hearsay to the extent that it shows that such information appeared in the newspaper, because it is not offered to prove the truth of the matter asserted.").

## II. CONCLUSION

For the foregoing reasons, Plaintiff LEE respectfully requests this Honorable Court deny Defendants UNITED STATES TAEKWONDO UNION'S and UNITED STATES OLYMPIC COMMITTEE'S Motion in Limine to Exclude

Various Newspaper Articles in the above captioned action..

DATED: Honolulu, Hawaii, __MAR 2 1 2006_____.

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | CIVIL NO. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| corporation; UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| chartered nonprofit corporation; JOHN ) | |
| DOES 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the parties below by hand delivery and/or US Mail upon filing:

        DAVID M. LOUIE, ESQ.
        APRIL LURIA, ESQ.
        Roeca Louie & Hiraoka

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, MAR 2 1 2006

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE