```
1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
2            CIVIL ACTION NO. 04-00461-SOM-LEK

3    _____

4    DEPOSITION OF:  CHUL HO KIM
     EXAMINATION DATE:  April 5, 2005
5    _____

6    DAE SUNG LEE,

7    Plaintiff,

8    v.

9    UNITED STATES TAEKWONDO UNION, a Colorado
     nonprofit Corporation, et al.,
10
     Defendants.
11   _____
             PURSUANT TO SUBPOENA, the deposition of
12   CHUL HO KIM, was taken at 4:26 p.m. on April 5,
     2005 at the Double Tree Hotel at 1775 E. Cheyenne
13   Mountain Boulevard, Colorado Springs, Colorado,
     before Susan L. Sims, Registered Professional
14   Reporter and Notary Public in and for the State
     of Colorado, said deposition being taken pursuant
15   to the Federal Rules of Civil Procedure.

16

17

18                      Susan L. Sims
               Registered Professional Reporter
19

20

21

22

23                      EXHIBIT B

24

25
```

DEPOSITION OF CHUL HO KIM                                          4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 36

1  she just grow up so fast.
2      So all the time when I say, okay, Nia,
3  you have to do this, this, she always follow me,
4  you know. So pretty confident every competition.
5      Q  (BY MR. UESUGI) How was she
6  treated by Bob Gambardella, Nia?
7      MR. LEVINSTEIN: Objection.
8      Q  (BY MR. UESUGI) In Athens?
9      A  Nia? Nia and Jamie Houston, we
10 sometimes talk about Mr. Bob Gambardella and Jean
11 Lopez, we -- and she sometimes complain because
12 Bob, Mr. Bob Gambardella, is acting like all the
13 time take care of Jean and Steven without us. So
14 we -- so I all the time talk to her, hey, Nia
15 don't think about that. You have to focus on
16 this competition, this big tournament, okay. So
17 don't worry about that. After that, if you got
18 some matter, everybody watching you, so be
19 patient.
20     All the time, me and Nia and Jamie
21 Houston, we have some meetings, some more
22 meeting. All the time end of meetings, we say,
23 be patient, and then we just go, so --
24     Q  In these meetings, what would
25 they be about?

Page 37

1      MR. LEVINSTEIN: Objection.
2      A  Just, you know, you can feel, you
3  know, sometimes I don't speak English, but I get
4  feeling, you know, he doesn't like us, he doesn't
5  support. He more focused to Jean Lopez family.
6      Q  (BY MR. UESUGI) Who, Bob
7  Gambardella?
8      A  Yes. So we disappointing. So I
9  think Mr. Bob come there. I said, Nia cannot
10 make sole team matter. So I'm just more pressure
11 to Nia. Hey, Nia, you can do that, you know, you
12 can make something. I helping you and Jamie
13 Houston helping you. Don't worry, we can make
14 something.
15     Q  Do you know why he felt that way
16 or do you know why he treated you differently
17 from Jean and Steven?
18     MR. LEVINSTEIN: Objection.
19     A  Because Steven already got the
20 Olympic medals, 2000 gold medal. So he's like
21 big star in taekwondo person. And then Nia is
22 new face, nobody know her. So Bob Gambardella,
23 think he doesn't have much taekwondo idea,
24 because he's from USOC, to take care of USTU, so
25 he's not taekwondo person. And then just Steven

Page 38

1  is big star. So he knows Steven and Steven's
2  family. So when he fight -- when Nia is fighting
3  Olympic trial fighter and Diana near, all
4  television camera is just be there, nobody focus
5  us, Nia and me.
6      Q  (BY MR. UESUGI) All the cameras
7  were on Diana?
8      A  Right, right. So we just, oh,
9  okay, okay. After that, you know, you can change
10 something. And Nia, okay, I don't care, sir,
11 okay, good. And then she beat Diana, something
12 like that. So Mr. Gambardella she doesn't know
13 about Nia. He doesn't know about Nia. He
14 doesn't know about me. He knew about Jean Lopez
15 family, so he's more focused on them.
16     MR. UESUGI: Can we take a break?
17     MR. LEVINSTEIN: Sure.
18     (A recess was taken from 5:07 p.m. to
19     5:12 p.m.)
20     Q  (BY MR. UESUGI) When you were in
21 Athens, did you see Dae Sung Lee?
22     A  Yes.
23     Q  Where?
24     A  In competition area, in gym.
25     Q  You mean in the stands?

Page 39

1      A  Yes, stands, yeah.
2      Q  In a spectator section?
3      A  Yes.
4      Q  What did you do when you saw Dae
5  Sung Lee?
6      MR. LEVINSTEIN: Objection.
7      Q  (BY MR. UESUGI) If anything?
8      A  When I saw him, and then actually
9  I'm not sure just him, he and John Halloway and
10 then Mark, I forgot his name.
11     Q  Williams?
12     A  Mark Williams, yes, they sitting
13 together. So I saw them. And then all three of
14 them was in my seat anyway. So taekwondo culture
15 is senior, you have to say hi to them. So I be
16 there, hi, sir, how are you? And then I'm
17 sitting down, talk together.
18     Q  Did you see Bob Gambardella also?
19     A  Yes.
20     Q  Did he see you with Dae Sung Lee?
21     A  Yes.
22     Q  What happened when he saw you?
23     A  After that, he say, can you go
24 out get fresh air, something? Okay, so we step
25 up. And then right back side is Mr. Bob

Page 40

1  Gambardella sitting down. Then he face looks
2  unhappy, you know. He say hi to Dae Sung Lee and
3  then we just left.
4      Q    In your opinion, was he -- who
5  was he unhappy with?
6      MR. LEVINSTEIN: Objection.
7      A    Mr. Bob Gambardella.
8      Q    (BY MR. UESUGI) Why was he
9  unhappy?
10     MR. LEVINSTEIN: Objection.
11     A    Because after that, Jean say,
12 hey, Coach Kim, you met this Dae Sung Lee and
13 sitting down with him? I say, yes. Why? I
14 think Mr. Bob Gambardella wasn't happy about
15 this. So why? Come on, you know, hey, Jean, you
16 understand, you know taekwondo culture thing.
17 You know senior and junior. He say, I know, I
18 know, but he doesn't know that.
19     Q    (BY MR. UESUGI) Is this what Jean
20 told you?
21     A    Yeah.
22     Q    Anybody else told you?
23     MR. LEVINSTEIN: Objection.
24     A    After Olympic, I called to
25 Steven. No, no, Herb. And he's my friend. And

Page 41

1  then he said, hey, Chul Ho, you met Dae Sung Lee
2  Olympics. Why? Why you did it? Come on, I say,
3  like I talk to him same like Jean, you understand
4  taekwondo culture. He said, I know, but Bob
5  isn't happy about that.
6      Q    (BY MR. UESUGI) Is that what Herb
7  told you?
8      A    Yes.
9      MR. LEVINSTEIN: Objection to all this,
10 hearsay. And it's completely inadmissible. I
11 don't know what the point of it is.
12     Q    (BY MR. UESUGI) After Nia and
13 Steven competed at the Olympics, was there an
14 interview with television?
15     A    No. Before competition, some
16 morning, Today Show. I'm not sure Today Show,
17 some morning interviewed, we have some schedule.
18 And then Mr. Bob Gambardella ask us about some
19 individual information. So he asked me, I give
20 some information about me. At the morning, we
21 have to go to some interview all together.
22     Q    For the Today Show?
23     A    Yes. But I wake up in the
24 morning after that, there's nobody there,
25 everybody left me. So what's happened, I'm

Page 42

1  pretty upset about that. Even, you know, train
2  partner, training partner, is to be there.
3  Everybody there, just they left me.
4      Q    Did you find out why they left
5  you?
6      A    No. After that, I didn't ask
7  about that, because I'm pretty upset. And then I
8  don't care about nothing.
9      Q    Anything else happen at the
10 Olympics --
11     MR. LEVINSTEIN: Objection.
12     Q    (BY MR. UESUGI) -- that you would
13 like to talk about?
14     MR. LEVINSTEIN: Objection.
15     A    In Olympics, I think all about
16 that, that's it.
17     Q    (BY MR. UESUGI) What happened
18 when you came back from the Olympics?
19     A    After Olympic, I came back to
20 Colorado Springs. And actually Mr. Bob
21 Gambardella, he already suspend our program,
22 Olympic OTC program, training program taekwondo.
23     Q    Did he tell you why?
24     A    No. Okay, I say. And then when
25 I came back and then Nia is packing for go back

Page 43

1  home.
2      MR. LEVINSTEIN: Objection, move to
3  strike. This isn't answering the question.
4      A    I want to say bye to them, their
5  families over there, their parents. So I want to
6  say bye. I want to invite Nia and her family to
7  my home, dinner together.
8      Q    (BY MR. UESUGI) This is in
9  Colorado Springs after you returned from the
10 Olympics?
11     A    Yes. And I met Nia and her
12 family. I say, hi, okay, can you guys come to my
13 house tonight? I want to make together some
14 dinner. They say, yes, good, good. And that was
15 lunchtime. So I come down to cafeteria. I try
16 to get in cafeteria. Actually, you use to palms
17 in, they scan my palm. Then I put down my
18 password and the doors open, I can get in there.
19     Q    The OTC cafeteria?
20     A    Yes. I'm trying scan my palm and
21 then put down my password, doesn't work. So I
22 feel something wrong, this is something wrong. I
23 try again, this doesn't work. Then that gate,
24 some person there. He say he already know me.
25 Okay, Coach Kim, get in. I think there may be

DEPOSITION OF CHUL HO KIM                                              4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 44

1  some problems. So I just get in, take lunch and
2  then go down to my office. But my office, it
3  doesn't open. My keys doesn't work. Lock
4  doesn't work. So what's happened, it doesn't
5  work.
6      Q    You tried to open your office
7  door, but your key didn't work?
8      A    Yeah, yeah. I can't get in
9  there. So I went to the USTU program and
10 Mr. Bob's office.
11     Q    Did you have a conversation with
12 him?
13     A    Yeah, sir. I don't know why my
14 door was locked. He say, oh, I change your lock.
15 What?
16     Q    Did he tell you why?
17     A    Yeah, why you change my lock? He
18 said, because, you know, he doesn't want to get
19 in there. My assistant coach is Sammy Pejo. He
20 was in Colorado Springs. He doesn't want Sammy
21 Pejo to get into my office. But I don't
22 understand why he did that.
23     Q    Did he explain why your palm scan
24 and password wouldn't work at the OTC cafeteria?
25     A    Because Bob has already canceled

Page 45

1  my password so I cannot get in there.
2      Q    That's what he told you?
3      A    I didn't ask that, but he already
4  did all my OTC member, include me. But I'm still
5  USTU employee. So I don't understand why he did
6  because. And then he didn't notice to me. He
7  didn't do that. And then I ask. Then he said,
8  okay, Coach Kim, I want to say something. Can
9  you sit down? I sit down. Okay, sir. Then he
10 said, I don't want to, you know, extend your
11 contract, so you have to go.
12     Q    When was this? As soon as you
13 came back from Athens?
14     A    Yeah, that day.
15     Q    The same day that you came back?
16     A    Same day, yes.
17     Q    What was that, September 1st?
18     A    I'm not sure. I don't remember
19 that. So he say -- so I say, sir, you promised
20 my green card. You can't promise -- you can't
21 take my green card. That means if I without
22 USTU, if USTU doesn't support me, I cannot make
23 the green card. You know, I need job.
24     Q    What did he tell you?
25     A    He knew that. He knew that. But

Page 46

1  he say, okay, Coach Kim, you have business, so
2  that's -- I don't have business. That's not my
3  business. That's my friend dojang, taekwondo
4  school.
5      Q    What business was he talking
6  about?
7      A    That's my friend's school.
8  That's what he talking about. He thinks that's
9  mine. That's not mine. He thinks if he fire me,
10 I can survive because I have dojang. But that's
11 not mine. So, sir, that's not mine. I says, how
12 can I survive? I don't have a job. He says, why
13 don't you go back to Korea. Korea's a beautiful
14 country. I say, what? You know.
15     Q    That's what he told you?
16     A    So I cannot stay. I'm just
17 sitting down. That's it.
18     Q    And then did you subsequently --
19 did you get a letter from Bob Gambardella?
20     A    Yes.
21     Q    First of all, can you mark this
22 as Exhibit 69.
23     (Exhibit 69 was marked.)
24     Q    (BY MR. UESUGI) Do you recognize
25 this letter?

Page 47

1      A    Yeah, this is -- yeah, he sent it
2  to me about my position. He doesn't want to
3  extend my contract.
4      Q    This was after you had that
5  conversation?
6      A    Yeah, after I had.
7      Q    Approximately how long after?
8  One week?
9      A    No, a few days.
10     Q    A few days, okay. Did you go and
11 talk to him as a result of receiving this letter?
12     A    I'm not sure. I don't remember.
13     Q    What did you do when you received
14 this letter?
15     A    Nothing, I do. I just -- he only
16 talked to me so --
17     Q    Okay. So you already knew that
18 your position wasn't being renewed?
19     A    Right. That day I also feel --
20 say, why are you cancelling our program?
21 Actually, he said --
22     MR. LEVINSTEIN: Objection.
23     A    He said, your program is
24 suspended. Why are you canceling my program? He
25 said, I have to save money. You don't have much

14 (Pages 44 to 47)

VSM REPORTING, LLC                                              vsmreporting.com
P.O. Box 186                    Larkspur, CO 80118              (303) 681-9939

DEPOSITION OF CHUL HO KIM                                         4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 48

1  money to take care of your teams.
2    Q  (BY MR. UESUGI)  Was that the
3  reason why he canceled the OTC program?
4    MR. LEVINSTEIN:  Objection.
5    A  Yes.
6    Q  (BY MR. UESUGI)  That's what he
7  told you?
8    A  Yes.
9    Q  After you came back from Athens?
10   A  Yes.
11   Q  I'm going to show you a letter
12 dated June 24, 2004.  I don't know what number.
13   MR. LEVINSTEIN:  66.
14   (Exhibit 66 was marked.)
15   Q  (BY MR. UESUGI)  Can you look at
16 that letter?
17   A  Yes.
18   Q  Do you recognize that?
19   A  The Olympics -- actually, this is
20 after they, Bob Gambardella, say he talked about
21 our team member.  So me and my assistant coach,
22 we have some meetings down there in my gym.  And
23 then say his OTC taekwondo program is suspend, so
24 I'm just --
25   Q  When did he tell you that?

Page 49

1    A  Yeah, June, someday, but I cannot
2  remember that.  So I'm really worried about my
3  green card thing, because I want to live in the
4  USA anyway, so --
5    Q  Why was it important that you
6  live in the United States?
7    A  Because when I came here, my goal
8  is I want to make some Olympic gold medals from
9  here, USA team.  I want to support.  And then I
10 love my job.  I love coaching, so that's my goal.
11 So I want to keep doing my coach thing, you know
12 Also, I can work for some taekwondo regular
13 studio, you know, dojang, you know.  But I don't
14 like that.  I love this job.  I love coaching.
15   Q  High level athletes?
16   A  Yes.  So I asked to him, that's
17 why I make this letter to him, send it to him.
18   Q  Did he respond?
19   A  Yeah.  After that, he e-mailed it
20 back to me.
21   (Exhibit 67 was marked.)
22   Q  (BY MR. UESUGI)  Is that the
23 e-mail that you received from Mr. Gambardella?
24   A  Yes.
25   Q  He says that, In addition I am

Page 50

1  willing to help you with your green card, so
2  please do not worry about that.
3    A  Yes.
4    Q  What did that mean to you?
5    MR. LEVINSTEIN:  Objection.
6    A  That means he can save my
7  position.
8    Q  (BY MR. UESUGI)  In the US Olympic
9  Training Center?
10   A  Yes.
11   Q  Did you subsequently write a
12 letter to Mr. Jim Scherr?
13   A  Yes.
14   (Exhibit 70 was marked.)
15   Q  (BY MR. UESUGI)  Did you write
16 this letter?
17   A  Yes.
18   Q  Why did you write this letter?
19   A  Because, you know, after Olympic,
20 you know, just Bob, Mr. Bob Gambardella, doesn't
21 want to save me.  So then I think Jim Scherr's
22 doesn't know my situation.  He's actually USOC
23 CEO.  So I think he have to know my situation,
24 because I want to Olympic coach, like.  So I'm
25 just letting him know my situation.  So I write

Page 51

1  down this letter and I send it to him.
2    Q  And everything in this letter is
3  true and correct?
4    A  Yes.
5    Q  To the best of your knowledge?
6    A  Yes.
7    MR. LEVINSTEIN:  Objection.
8    Q  (BY MR. UESUGI)  What happened
9  after you sent this letter to Jim Scherr?
10   A  Okay.  After I send this letter,
11 and then there was -- I keep doing my green card,
12 you know, paperwork.  So my lawyer, he wanted
13 some recommend letter from USTU.  He tried call
14 to this Bob Gambardella.  Bob Gambardella is
15 pretty upset because I sent this letter to Jim
16 Scherr, so he doesn't want to support my
17 recommend letter.
18   Q  Did you ever have a conversation
19 with Bob Gambardella about your green card after
20 you wrote the letter?
21   A  No.  Just after two days I in my
22 lawyer office.  And my lawyer called to Bob and
23 then, you know, speaker phone.  Then my lawyer
24 talked to this Bob, okay, Mr. Kim is here, is
25 that okay?  We talk together, three of them.

DEPOSITION OF CHUL HO KIM                                                                    4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 52

1   Q   Your attorney is Thomas Hurley?
2   A   Yeah, Tom Hurley. And Mr. Bob
3   Gambardella and me and we called together. He
4   pretty upset this thing. So I said --
5   Q   Who was pretty upset?
6   A   Bob Gambardella.
7   Q   What did Bob Gambardella say
8   during that phone conversation?
9   A   He said if I make some letter,
10  okay, some -- for example, okay, I'm not suing
11  him, Bob Gambardella, I'm not, okay, stop that,
12  and I make a letter and I sign, he can support my
13  green card.
14  Q   He asked you to sign a release?
15  MR. LEVINSTEIN: Objection.
16  A   Yes. He asked my lawyer and then
17  to me. And my lawyer make the letter. And then
18  I sign. And I send it to him after that. He
19  make my recommend letter for my green card.
20  Q   (BY MR. UESUGI) If you didn't
21  sign the letter, what would Bob Gambardella do?
22  A   He's not going to help me.
23  Q   With your green card?
24  A   Yes.
25  Q   Did he say that?

Page 53

1   A   Yes.
2   Q   What did Mr. Gambardella say
3   exactly about that?
4   A   He talked to my lawyer, say if
5   I'm not going to sign the letter, he cannot
6   support my green card.
7   Q   Okay. Then what did you do?
8   A   So after that, my lawyer make the
9   letter and then I signed it. And my lawyer bring
10  the letter. And then Mr. Bob Gambardella explain
11  something, then give to him. He make one letter
12  and give to my lawyer.
13  Q   Do you feel you were
14  discriminated against --
15  MR. LEVINSTEIN: Objection.
16  Q   (BY MR. UESUGI) -- in the USTU
17  because you were Korean?
18  MR. LEVINSTEIN: Objection.
19  A   Yeah, sometimes I feel like that,
20  you know. Because when Bob Gambardella come to
21  USTU, he doesn't like our team member. I don't
22  know why he do like that. And then he want to
23  cancel my program, because he want to create --
24  my team member always include me, and I hear some
25  rumor about that. Then he said not -- he said

Page 54

1   one of my athlete, Anthony Graf, one time he went
2   to the cafeteria, he take some lunch. He have on
3   cap, you know. And then Bob Gambardella went to
4   cafeteria. He had lunch. And then he saw my
5   athlete, then he take my athlete hat like this,
6   so mean, you know.
7   Q   (BY MR. UESUGI) With his hand?
8   A   Yeah. Hey, take off hat here,
9   you know, hat. My athlete's, you know,
10  surprised. What's happened, sir? Don't take off
11  hat, you know, don't take hat, okay.
12  Q   Is there any other examples of
13  Bob Gambardella treating the OTC athletes badly,
14  in your opinion?
15  MR. LEVINSTEIN: Objection.
16  A   One of my athletes, Jason Han,
17  say he went Titan game, big event USOC. He went
18  Titan game member and then go someplace and
19  watching game, you know. He try cheer some, you
20  know, other team member. But beside is Mr. Bob
21  Gambardella sitting down. He tried, that's
22  normal thing, you know, cheering, let's go, do
23  something. Then Bob Gambardella is yelling to
24  him, hey, shut up, you know, you're not coaching.
25  Q   (BY MR. UESUGI) He said that to

Page 55

1   Jason Han?
2   A   Jason Han, yeah. Jason Han after
3   that, he come back to OTC center. He say that.
4   I don't know why he's so mean to my athlete.
5   Q   Did he ever come to watch the OTC
6   practices?
7   A   No.
8   Q   Never?
9   A   Never watched that. And then
10  just three times he's come down. First time he
11  say he want to suspend my program.
12  Q   That's the first time he came to
13  the OTC practice?
14  A   Yes. And the second time, second
15  meeting, like suspend. And then third one is
16  when Jean Lopez and Steven Lopez is Olympic teams
17  come four-day training, he came down.
18  Q   Right before Malta?
19  A   Right.
20  Q   Those were the only three times
21  you saw Bob Gambardella in the taekwondo training
22  area at the OTC?
23  A   Yes.
24  Q   Do you know why he never came
25  down?

VSM REPORTING, LLC                                                                           vsmreporting.com
P.O. Box 186                                    Larkspur, CO 80118                           (303) 681-9939

DEPOSITION OF CHUL HO KIM                                                       4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 56

1  A   I don't know. I think he busy.
2      MR. LEVINSTEIN: Objection.
3      Q   (BY MR. UESUGI) Did you ask him
4  about it?
5  A   No.
6      Q   Were there any other incidents or
7  were there any incidents, if any, with respect to
8  you personally where you felt you were racially
9  discriminated against because you were Korean
10 born?
11     MR. LEVINSTEIN: Objection.
12 A   Yes. When he say -- when he fire
13 me, he said, hey -- I never forgot this one --
14 hey, Coach Kim, why don't you go back to Korea?
15 Korea's a beautiful country. So I feel like
16 because I'm Korean, I have to go back to Korea,
17 something like that. You know, actually, my
18 family is here. I have my house. My son is born
19 in USA, he's an American. How can I come back to
20 Korea, you know.
21     Q   (BY MR. UESUGI) If you go back to
22 Korea with your son who was born in the United
23 States, what would happen?
24     MR. LEVINSTEIN: Objection.
25 A   It's not going to help him, you

Page 57

1  know. Because a lot of, you know, problems there
2  if he American, there's a lot of things change
3  that.
4      Q   (BY MR. UESUGI) He cannot get
5  medical benefits?
6  A   Right.
7      MR. LEVINSTEIN: Objection.
8      Q   (BY MR. UESUGI) That kind of
9  thing?
10 A   Right.
11     Q   Do you know Dae Sung Lee?
12 A   Yes.
13     Q   How long have you known him?
14 A   Since long time ago when I was
15 athlete in Korea National Team member. And then
16 sometimes we'd train together. I know him
17 because he famous guy in USA.
18     Q   He was an athlete at that time,
19 too?
20 A   Yes, he was an athlete. And then
21 he was national, US National Team coach.
22     Q   Do you know about his
23 qualifications as a coach?
24 A   Yeah, he's high level coaching
25 world, but I know him. And also he knows many

Page 58

1  other coach, other country coach, other referee
2  and other country people, so --
3      Q   When you say everyone knows him,
4  who are you talking about?
5      MR. LEVINSTEIN: Objection.
6  A   Pardon?
7      Q   (BY MR. UESUGI) When you say
8  everyone knows him, who are you referring to?
9      MR. LEVINSTEIN: Objection.
10 A   I know my senior and junior,
11 other country Olympic coach, you know, so they
12 know Dae Sung Lee.
13     Q   (BY MR. UESUGI) Is he respected
14 in the taekwondo community?
15 A   Sure, yes.
16     Q   Do you believe that Nia could
17 have done better at the Olympics if Dae Sung Lee
18 were her head coach?
19     MR. LEVINSTEIN: Objection.
20 A   Yeah, I think so.
21     Q   (BY MR. UESUGI) Sitting in her
22 chair?
23 A   Yes.
24     Q   Why do you feel that way?
25 A   If I'm not getting the chair, I

Page 59

1  think Dae Sung Lee is better than Jean Lopez.
2      Q   So you think Dae Sung Lee is a
3  better coach than Jean Lopez?
4  A   Yes.
5      Q   Are you familiar with Dae Sung
6  Lee's coaching activities with respect to Steven
7  Lopez?
8  A   I don't understand.
9      Q   Did you know that Dae Sung Lee
10 coached Steven Lopez at the Pan American Games?
11     MR. LEVINSTEIN: Objection.
12 A   Yes, I knew.
13     Q   (BY MR. UESUGI) What was the
14 result of that?
15 A   I cannot remember that.
16     Q   Did Steven get a gold medal; do
17 you know?
18 A   Oh, yeah, yeah.
19     MR. LEVINSTEIN: Objection.
20 A   He got a gold medal.
21     Q   (BY MR. UESUGI) If it were up to
22 you, in your opinion, who would have been a
23 better coach for the 2004 Athens games, Dae Sung
24 Lee or Jean Lopez?
25     MR. LEVINSTEIN: Objection.

17 (Pages 56 to 59)