IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | CIVIL NO. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF GLENN H. |
| ) | UESUGI |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| corporation; UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| chartered nonprofit corporation; JOHN ) | |
| DOES 1-10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF GLENN H. UESUGI

Glenn H. Uesugi declares as follows:

      1.    Declarant is an attorney licensed to practice law before all courts in the State of Hawaii and is one of the attorneys for Plaintiff in the above captioned action.

      2.    Attached hereto as Exhibit "A" is a true and correct copy of relevant portions of the oral deposition transcript of Jill Chalmers relating to the above

captioned action.

3.    Attached hereto as Exhibit "B" is a true and correct copy of a letter dated October 29, 2003 from Steven B. Smith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, _____ MAR 2 1 2006 _____

_____
GLENN H. UESUGI