

# Holme Roberts & Owen LLP
### Attorneys at Law

COLORADO SPRINGS

October 29 2003

***VIA FAX (866-4839)***

BOULDER

Gary Johansen, Esq.
Associate General Counsel
United States Olympic Committee
One Olympic Plaza
Colorado Springs, CO  80909

DENVER

Re:    United States Taekwondo Union

Dear Gary:

LONDON

This letter serves to inform you that, effective today, I have informed President Lee of the U.S. Taekwondo Union that Holme Roberts & Owen LLP cannot be involved in the escalating decertification battle between the USTU and the USOC.

MUNICH

If you have any questions regarding this matter, please do not hesitate to contact me.

SALT LAKE CITY

Very truly yours,

Steven B. Smith

SAN FRANCISCO

SBS:jlc

cc:    President Sang Lee
       Bruce Harris
       Mark Bryant, Esq.
       Jeff Benz, Esq.
       Jim Scherr
       Richard R. Young, Esq.
       Jill Chalmers, Esq.



EXHIBIT B

HRO 112

Steven B. Smith  smiths@hro.com

90 South Cascade Avenue, Suite 1300  Colorado Springs, Colorado 80903-1615  *tel* 719.473.3800  *fax* 719.633.1518
#131575 v1