ORIGINAL

MICHAEL JAY GREEN        4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES            2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI          4865
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; | CIVIL NO. 04-00461 SOM/LEK<br><br>PLAINTIFF'S COUNTER DESIGNATION OF TRANSCRIPT FROM AUGUST 12, 2004 HEARING RE: STEVEN LOPEZ, NIA ABDALLAH, ROBERT GAMBARDELLA, KELLY SKINNER, AND VIRGINIA WITTE; CERTIFICATE OF SERVICE |

```
JOHN DOES 1-10; JANE DOES 1-10;  )   Trial Date: April 4, 2006
DOE CORPORATIONS 1-10,           )
                                 )
            Defendants.          )
                                 )
_____)
```

## PLAINTIFF'S COUNTER DESIGNATION OF TRANSCRIPT FROM AUGUST 12, 2004 HEARING RE: STEVEN LOPEZ, NIA ABDALLAH, ROBERT GAMBARDELLA, KELLY SKINNER, AND VIRGINIA WITTE

Plaintiff Dae Sung Lee hereby counter designates the following testimony from the transcript from August 12, 2004 hearing re: Steven Lopez, Nia Abdallah, Robert Gambardella, Kelly Skinner, and Virginia Witte:

| Witness | Page/Line | to | Page/Line |
|---|---|---|---|
| Steven Lopez | 4/3 | | 6/20 |
| | 6/23 | | 10/1 |
| Nia Abdallah | 11/24 | | 14/18 |
| Robert Gambardella | 18/25 | | 23/2 |
| | 24/8 | | 33/13 |
| | 34/6 | | 35/10 |
| Kelly Skinner | 44/19 | | 51/12 |
| Virginia Witte | 112/6 | | 124/6 |

Dated: Honolulu, Hawaii, March 21, 2006.

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation, UNITED STATES Olympic COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04-00461 (SOM/LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly served on the following by means of hand delivery or by depositing same in the U.S. Mail, postage prepaid, to their last known addresses on the date indicated below:

　　　　DAVID M. LOUIE, ESQ.
　　　　APRIL LURIA, ESQ.
　　　　900 Davies Pacific Center
　　　　841 Bishop Street
　　　　Honolulu, Hawaii 96813-3917

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
PATRICK J. HOULIHAN, ESQ.
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

Dated: Honolulu, Hawaii, March **21**, 2006.

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff

2