**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2006

at 3 o'clock and 4 m P.M.
SUE BEITIA, CLERK

MICHAEL JAY GREEN          4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES              2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI            4865
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | CIVIL NO. 04-00461 SOM/LEK |
| Plaintiff, | PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR PROSPECTIVE JURY MEMBERS; CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; | Trial Date: April 4, 2006 |

JOHN DOES 1-10; JANE DOES 1-10; )
DOE CORPORATIONS 1-10, )
)
       Defendants. )
_____ )

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR PROSPECTIVE JURY MEMBERS

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones, and Glenn H. Uesugi, and hereby submits his Proposed Voir Dire Questions for Prospective Jury Members in the above captioned action.

I.    Have you or any member of your family ever enrolled in a martial arts school?

    A.    If yes,

        (1)    What type of martial arts?

        (2)    When were you or your family member enrolled?

        (3)    What was the reason for enrolling in a martial arts school?

        (4)    How many years were you or your family member enrolled?

        (5)    Are you still enrolled? If not, what is the reason you stopped?

        (6)    On what basis did you select your martial arts school?

            (a)    Reputation of the School's Instructor?

            (b)    Distance from home or work?

    (c) Recommendation from someone?

    (d) Other reasons?

  (7) Did you or your family member receive any rank from the martial arts training? If so, what rank?

II. Have you or any member of your family:

 A. Competed in martial arts tournaments?

 B. Who competed?

 C. What type of martial arts? (Reason for that art?)

 D. The level of competition?

 E. Would you advise others to compete in martial arts tournaments?

III. Have you or any member of your family:

 A. Coached or instructed the martial arts? If yes,

  (1) When?

  (2) What type of martial arts was coached or instructed?

  (3) Where?

  (4) Still involved?

  (5) If not, why not?

IV. Have you or any member of your family:

 A. Refereed or officiated at a martial arts tournament? If yes:

  (1) When?

3

   (2) Type of martial arts tournament?

   (3) Level of competition refereed or officiated?

   (4) Do you still referee at martial arts tournaments?

   (5) Would you recommend others to become involved ? If not, why? If yes, why?

V. Have you or any member of your family:

 A. Attended martial arts competitions? If yes:

   (1) When?

   (2) Where?

   (3) Reason for attending?

VI. Do you know anyone who owns a martial arts school? If yes:

 A. Relationship?

 B. Type of school?

 C. Where located?

 D. Have you formed any opinions about the business?

V. Have you or any member of your family donated monies or things of value to the U. S. Olympic Committee? (When, how much, reason?)

VI. Have you or any member of your family donated monies to support Olympic programs? If yes:

 A. When?

    B.    Specific programs?

    C.    Amount contributed?

VII.  Are you or any member of your family now, or have you ever been, a member of any board or committee that licenses or credentials referees, judges, or athletes, for amateur or professional sporting events? If yes"

    A.    When?

    B.    What sports?

    C.    Duties and responsibilities of committee?

    D.    Any experience that would cause any interest or bias in this case?

VIII.  Have you been exposed to any pre-trial publicity about this case? If yes:

    A.    Source?

    B.    When?

    C.    Have you formed an opinion about the truth of what you heard or read?

    D.    Have you discussed what you heard or read about the case?

        (1)    When?

        (2)    With whom?

        (3)    What was discussed?

IX.  Do you believe that it is morally or ethically improper to sue any organization involved in the Olympic Games?

X.    Do you have a personal belief or opinion that would make it difficult or impossible to return a verdict against the named Defendants?

XI.   Do you believe it is morally or ethically wrong to seek money damages against any of the named Defendants?

XII.  Have you attended any Olympic Games? If yes,

    A.   When?

    B.   Where?

    C.   Who did you attend with?

    D.   Did you attend martial arts events? If yes, which one?

XIII. Have you read or heard anything you would consider to be negative about the U. S. Olympic Committee? The United States Taekwondo Union? Olympic athletes? The Olympic Games? If yes:

    A.   What was your source of information?

    B.   What did you hear or see?

    C.   Did it involve the:

        (1)   Olympic Games?

        (2)   Olympic Committee?

        (3)   Olympic athletes?

XIV.  Did the information cause you to form an interest or bias that would make it difficult or impossible to render a fair verdict in this case?

XV.  Have you reviewed or accessed web sites that related to or provided data on martial arts schools? If yes,

    A.  Reason? When?

    B.  What martial arts?

    C.  Was the information used as a basis to enroll in a particular school or martial art?

    D.  What information did you review?

Dated: Honolulu, Hawaii, MAR 21 2006

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit Corporation, ) | |
| UNITED STATES OLYMPIC ) | |
| COMMITTEE, a federally chartered ) | |
| nonprofit corporation, JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.                        HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.                                  U.S. MAIL
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, MAR 2 1 2006

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for
Plaintiff DAE SUNG LEE

2