ORIGINAL

MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi.@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE;** |
| | ) | **EXHIBITS "1" – "2"** |
| | ) | |
| UNITED STATES TAEKWONDO | ) | [RE:  RETURN OF SERVICE ON |

| | |
|---|---|
| UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ROBERT P. GAMBARDELLA AND KELLY SKINNER]**<br><br><br><br><br><br><br><br>Trial Date:  May 17, 2006<br>Judge:  Hon. Susan O. Mollway |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Return of Service (Proof of Service) of a Subpoena was served on Robert P. Gambardella on March 14, 2006 whose appearance and production of documents or objects which were set for April 4, 2006 at 9:00 a.m. at United States Court House, 300 Ala Moana Boulevard, Courtroom C-409, Honolulu, HI 96850, attached hereto as Exhibit "1", and on Kelly Skinner on March 14, 2006 whose appearance and production of documents or objects which were set for April 4, 2006 at 9:00 a.m. at United States Court House, 300 Ala Moana Boulevard, Courtroom C-409, Honolulu, HI 96850, attached hereto as Exhibit "2".  A copy of this certificate of service will be served on the foregoing by depositing the same in the United States Mail, postage prepaid, hand-delivery, or facsimile transmission to the following at their last known address:

DAVID M. LOUIE, ESQ.                          VIA HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813


MARK S. LEVINSTEIN, ESQ.                      VIA FACSIMILE
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, March 28, 2006.

*/s/ Ward D. Jones*
_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee