AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

SERVED: Virginia L Witte  3/18/06  PLACE: 3683 Haverhill, Las Vegas NV

SERVED ON (PRINT NAME): VIRGINIA L. Witte

MANNER OF SERVICE:

SERVED BY (PRINT NAME): Elizabeth Stovall

TITLE: Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    MAR 1 8 2006
               DATE

SIGNATURE OF SERVER: Elizabeth Stovall

PROCESS SERVERS, INC.
216 S. Seventh St., #2
Las Vegas, NV 89101-5722
(702) 643-2280
NV State License No. 174a

EXHIBIT "I"