STATE OF NEVADA            )
                           )SS:    **AFFIDAVIT OF SERVICE**
COUNTY OF CLARK            )

Case No: <u>04-00461 SOM LEK</u>

_Elizabeth Stovall_, being first duly sworn according to law, deposes and says: That, at all times herein, affiant was and is a citizen of the United States, over the age of 18 years, and not a party to nor interested in the within action. That affiant received the <u>SUBPOENA DUCES TECUM</u> on the _18_ day of _March_, 2006, and served the same on the _18_ day of _March_, 2006, by delivering a copy to the witness at (state address) _3683 Haverhill St., Las Vegas, NV 89121 @ 2:37pm_

_Elizabeth Stovall_
PROCESS SERVERS, INC.
216 S. Seventh St. #2
Las Vegas, NV 89101-5722
(702) 643-2280
NV State License No. 174a

SUBSCRIBED AND SWORN to before me
this _20_ day of _March_, 2006

_L E Whitehead_
NOTARY PUBLIC for said County and State


NOTARY PUBLIC
STATE OF NEVADA
County of Clark
L. E. WHITEHEAD
Appt. No. 99-59631-1
My Appt. Expires Nov. 30, 2007

EXHIBIT "2"