IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>            Defendants. | Civil No. 04—00461 SOM LEK<br><br>**DECLARATION OF APRIL LURIA IN SUPPORT OF DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE TESTIMONY OF CAESAR PAET REGARDING STATEMENTS ALLEGEDLY MADE BY ROBERT GAMBARDELLA TO DR. LAWRENCE REZNIK** |

## DECLARATION OF APRIL LURIA

I, April Luria, depose and state as follows:

1.     I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2.     I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Declaration of Caesar Paet (August 26, 2005)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 31, 2006

_____
APRIL LURIA