IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | CAESAR PAET |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF CAESAR PAET

Declarant CAESAR PAET ('Declarant') does hereby make this declaration based upon personal knowledge as follows:

1. Declarant is a resident of the State of Hawaii whose business address is 332 North School Street, Honolulu, Hawaii.

2. Declarant has been involved in Taekwondo for many years and has been a member of the United States Taekwondo Union ('USTU') National Tournament Committee.

-1-

EXHIBIT 1

3.  In July 2004, Declarant was in Atlanta, Georgia attending the Junior National Taekwondo Competition as a National Tournament Committee member.

4.  At that event, Declarant did for the first time meet and talk to Mr. Robert Gambardella, the new chief executive officer of USTU.

5.  Shortly after talking with Mr. Gambardella, Declarant went over to the area where the rest of the tournament committee members were sitting at the event.

6.  Soon after Declarant returned to that area, Mr. Lawrence Reznik came over to talk to Declarant apparently having noticed Declarant talking to Mr. Gambardella.

7.  Declarant and Mr. Reznik began talking about how most of the former leadership at USTU were now gone due to the reorganization. Mr. Reznik then told Declarant that Bob Gambardella had just told him that he would be 'cleaning up the USTU' and 'would get the fucking Koreans out of the USTU.'

8.  Declarant knows Mr. Reznik because he trained at the US Taekwondo Center in Honolulu, Hawaii before moving to New Jersey. Declarant knew Mr. Reznik to be a successful taekwondo school operator in New Jersey and a USTU member as well. Declarant has been made aware that Mr. Reznik recently passed away from cancer in 2005.

Declarant swears upon oath and upon penalty of perjury that the above statements are true and correct.

Date: August 26, 2005

_____
CAESAR PAET