**6/29/2005  Lee, Han Won**

```
1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF HAWAII
2           CIVIL ACTION NO. 04-00461-SOM-LEK

3     _____

      DEPOSITION OF HAN WON LEE
4     EXAMINATION DATE:  Wednesday, June 29, 2005

5     _____

      DAE SUNG LEE,
6
      Plaintiff,
7
      v.
8
      UNITED STATES TAEKWONDO UNION,
9     a Colorado nonprofit corporation, et al.,
10    Defendants.
      _____
11
12           PURSUANT TO NOTICE, the deposition of HAN WON
      LEE, was taken at 9:00 a.m. on Wednesday, June 29,
13    2005, at 90 South Cascade Avenue, Suite 1500, Colorado
      Springs, Colorado, before Valorie S. Mueller,
14    Registered Professional Reporter and Notary Public in
      and for the State of Colorado, said deposition being
15    taken pursuant to the Federal Rules of Civil Procedure.
16
17
18                    Valorie S. Mueller
               Registered Professional Reporter
19
20
21
22
23
24                       EXHIBIT 1
25
```

6/29/2005  Lee, Han Won

1    Q    So it was sometime a little before then?
2    A    Yes, sir.
3    Q    And by that point, did you know that Dae
4  Sung Lee was not going to be the head coach at the
5  Olympics?
6    A    I knew he was having difficulties, but I'm
7  not sure if I knew for sure.
8    Q    Well, did you know in June that Jean Lopez
9  had been named the head coach?
10   A    Again, I think shortly before this that I
11 knew, yes.
12   Q    And were you upset?
13   A    Am I upset?
14   **Q    Were you upset when you found out that Dae**
15 **Sung Lee was not going to be the Olympic coach?**
16   **A    I was disappointed for my friend, because**
17 **I think the new criteria that is in place is in purpose**
18 **to exclude him as Olympic coach, because in the year**
19 **2000 Olympic selection process, Jay Warwick had set up**
20 **and submitted to USOC, and USOC was satisfied and**
21 **passed that, and it was virtually the same -- in my**
22 **opinion, it was the same selection process that was in**
23 **place, that soon after the remediation plan was going**
24 **on, and all that stuff, right after the USOC took over**
25 **the USTU, they changed the selection -- the criteria.**

```
 1            So I thought that was unfair.  That's
 2   strictly to exclude Dae Sung Lee as an Olympic coach.
 3   And in this Declaration, it asked me whether that new
 4   selection criteria was applied correctly.  And I
 5   answered yes, because it did, but it was to exclude
 6   him, exclude Dae Sung Lee.
 7       Q    The new criteria was applied correctly to
 8   pick Jean Lopez?
 9       A    Right.
10       Q    And you don't know who was responsible for
11   changing the criteria?
12       A    I don't know.  Again, I was out by April
13   of 2003, so I have no idea who changed it.
14       Q    And you don't know what the discussions
15   were that led to changing the criteria?
16       A    No.
17       Q    You were not a party to any of those?
18       A    No.
19       Q    So no one has told you, have they, that
20   the criteria was specifically changed to exclude Dae
21   Sung Lee?
22       A    Again, it's my opinion.  Strictly my
23   opinion.
24       Q    But you have no knowledge about the
25   process by which the criteria was changed?
```

1      A      No, I don't know how they got changed.

2      Q      And you don't know even which people

3  changed them?

4      A      Well, it was my understanding that it was

5  Bob Gambardella changed it.  But that's hearsay.

6  That's what I heard.

7      Q      Do you know who is on the Governance and

8  Management Committee?

9      A      Yes, sir.

10     Q      Is Mr. Moreno on that committee?

11     A      Yes, sir.

12     Q      Do you know if he was involved in changing

13  the criteria?

14     A      I have no idea.  Again, I heard that Bob

15  Gambardella changed it.  Again, that's hearsay,

16  so . . .

17     Q      Have you spent time with Bob Gambardella?

18     A      Not really.  Just cordial.

19     Q      So has Bob Gambardella said anything to

20  you that would suggest --

21     A      Again, it's hearsay.

22     Q      Okay.  So some people have told you,

23  people associated with Mr. Dae Sung Lee, that it was

24  changed to exclude him?

25     A      I don't know if he was an associate of Dae

1    **Sung Lee or who.  I don't even remember who I heard it**
2    **from, let's put it that way.  But I heard it.  Purely**
3    **speculation, but, yes, I heard.**
4         Q    And Mr. Dae Sung Lee asked you or his
5    lawyer asked you to do this Declaration?
6         A    I'm not sure who asked me.
7         Q    Who drafted this Declaration?
8         A    I thought you guys did, or I guess he did.
9    His name is up there, so I guess he did.
10        Q    I don't know who "you guys" were, but I
11   can tell you I didn't draft this.  I'm fairly sure that
12   everyone in this room, other than you, would certainly
13   agree that I didn't draft this.
14             All right.  You have now seen the criteria
15   that focused on which athletes were selected and the
16   selection of their coaches.
17        A    Yes, sir.
18        Q    And based on your discussion with athletes
19   over the years, you understand that there are a lot of
20   athletes who would believe that that was a good way to
21   select coaches, by focusing on --
22             MR. JONES:  Objection; misstates the
23   testimony.
24        A    I don't know that, since I don't talk to
25   too many athletes after '93, because I was