IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04—00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF APRIL** |
| | ) | **LURIA IN SUPPORT OF** |
| v. | ) | **DEFENDANTS UNITED STATES** |
| | ) | **TAEKWONDO UNION AND** |
| UNITED STATES TAEKWONDO | ) | **UNITED STATES OLYMPIC** |
| UNION, a Colorado nonprofit | ) | **COMMITTEE'S REPLY IN** |
| Corporation, UNITED STATES | ) | **SUPPORT OF THEIR MOTION** |
| OLYMPIC COMMITTEE, a federally | ) | *IN LIMINE* **TO EXCLUDE** |
| chartered nonprofit corporation; | ) | **EVIDENCE RELATING TO** |
| JOHN DOES 1-10; JANE DOES 1- | ) | **STATEMENTS ALLEGEDLY** |
| 10; DOE PARTNERSHIPS 1-10; | ) | **MADE BY JEANNIE** |
| DOE CORPORATIONS 1-10, | ) | **PICARIELLO REFERRING TO** |
| | ) | **THE UNITED STATES** |
| Defendants. | ) | **TAEKWONDO UNION AS "A** |
| | ) | **KOREAN MAFIA-RUN** |
| | ) | **ORGANIZATION"** |

## DECLARATION OF APRIL LURIA

I, April Luria, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii. I am a partner with the law firm of Roeca, Louie & Hiraoka, counsel of record for Defendants United States Taekwondo Union ("USTU") and United States Olympic Committee ("USOC").

2. I make the following declaration from my personal knowledge, except where facts are alleged upon information and belief.

3.  Attached hereto as Exhibit "1" is a true and correct copy of pertinent portions of the oral deposition of Bruce C. K. W. Harris (taken April 6, 2005).

4.  Attached hereto as Exhibit "2" is a true and correct copy of the Memorandum from Robert Gambardella and Steve Locke to USOC Executive Committee, March 8, 2004.

5.  Attached hereto as Exhibit "3" is a true and correct copy of pertinent portions of the oral deposition of Jill J. Chambers (taken April 8, 2005).

6.  Attached hereto as Exhibit "4" is a true and correct copy of the USOC Membership and Credentials Committee Minutes, April 17, 2002.

7.  Attached hereto as Exhibit "5" is a true and correct copy of the USOC Membership and Credentials Committee Minutes September 12-13, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 31, 2006

_____
APRIL LURIA