

**US TAEKWONDO UNION**    Member – United States Olympic Committee

Date:   March 8, 2004

To:     USOC Executive Committee

From:   Bob Gambardella, USTU CEO
        Steve Locke, Chair, USTU Governance and Management Committee

Re:     Olympic Team Staff Selection

---

As you are aware, USTU entered into a Remediation Plan with the USOC on January 27, 2004. As part of that Plan, the USOC appointed a five member Governance and Management Committee to oversee USTU's affairs and assigned a USOC employee to serve as CEO of USTU. One of the agenda items of the Government and Management Committee and the CEO was to review the selection procedures and nominations for coach and team leader positions for the 2004 Athens Summer Olympic Games. These procedures (approved 2/28/03), as well as the nominations (approved 8/20/03), had been submitted by USTU's previous administration and were approved by the USOC Executive Committee on the dates mentioned.

After our review, we determined that amending the procedures at this time is paramount to the success that we will have in Athens. First, USTU needs to be a performance-oriented organization. Accordingly, selection procedures and nominations must be based on objective standards that endeavor to meet that goal. Second, it appears that because only two Taekwondo athletes have qualified for the 2004 Summer Olympic Games, the number of credentials that are allotted to USTU may be limited. Thus, we must ensure that the candidate for coach can also fulfill team leader duties if called upon.

Accordingly, we are submitting to you revised selection procedures for coach and team leader positions for the 2004 Summer Olympic Games. We ask that you vacate your earlier approval of the coach and team leader selection procedures, as well as the nominations to fill those positions, and adopt the new procedures in their place. By doing so, the coach and team leader positions will be vacated until such time as the USTU completes its athlete selection process for nomination to the Olympic team, thereby opening the coach and team leader positions to any individual who meets the new selection criteria. After completion of the athlete selection process, new nominations for coach and team leader will be submitted to the USOC Executive Committee for approval.

We thank you for the support that you have given and continue to give to us as we do all that we can to make sure our athletes reach the podium in Athens.

USTU00001

**EXHIBIT 2**