MINUTES
USOC MEMBERSHIP AND CREDENTIALS COMMITTEE
TELECONFERENCE CALL
WEDNESDAY, APRIL 17, 2002
3:00 PM MDT

The meeting was called to order at 3:00 pm mdt. Those on the call were Tom Satrom, Chair, Herb Perez, Vice Chair, Steve Sobel, Vice Chair, Perry Toles, Vice Chair, Marty Mankamyer, USOC Board Liaison, Jeri Andrews, Tony Baggiano, Paul DePace, Bob Foth, Mary McCagg, Nancy Wightman, and Jeanne Picariello. As Ms. Picariello's appointment to the Committee has not yet been confirmed, she participated with voice but no vote. The USOC Staff Liaisons Gary Johansen and Jennifer Gabrius were on the call as was Jeff Benz, USOC General Counsel.

Discussion was held on the Resolution that the Committee had submitted to the USOC Board of Directors, for consideration at its April 21, 2002 meeting, regarding USA Track & Field's ("USATF") non-compliance with the requirements for membership in the USOC and recognition as a National Governing Body, as set forth in the USOC Constitution and Bylaws and in the Ted Stevens Olympic and Amateur Sports Act. The Committee also discussed the progress that USATF has made to come into compliance since the Committee's meeting with USTF, which occurred in Salt Lake on March 9, 2002.

A motion to recommend to the Board of Directors that the Resolution be tabled (postponed to a certain time) until the next USOC Board meeting was made and seconded. After due discussion and consideration, the Committee voted to defeat the motion. Therefore, the Resolution will be presented to the Board at its meeting on April 21, 2002, as scheduled, and the Board will be asked to approve the Resolution.

That concludes these Minutes.

Respectfully submitted,

Thomas L. Satrom, Chair

Dated: 7/17/02

**EXHIBIT 4**

USOC 02234