CONFIDENTIAL MINUTES

MEMBERSHIP & CREDENTIALS COMMITTEE
September 12-13, 2003
Denver, Colorado

1. Call to Order and Welcome.

  1.1. The meeting was called to order at 7:00 pm on Friday, September 12, 2003

  1.2. Chair, Tom Satrom, welcomed those in attendance.

2. Attendance.

  2.1. Those present were Committee members Tom Satrom, Jeri Andrews, Tony Baggiano, Paul DePace, Bob Foth, Bill Maxson, Jeanne Picariello, Steve Sobel, Perry Toles, Mary McCagg and Nancy Wightman. USOC Staff: Gary Johansen, USOC Deputy General Counsel, Jennifer Gabrius, USOC Assistant General Counsel, Kay Burton, USOC Legal Assistant, John Ruger, USOC Ombudsman, Virginia Witte, USOC Director, Audit Division, Chris Telli, USOC Auditor, Kelly Skinner, USOC Director Sport Partnerships, Michelle Farrell, USOC Manager, Sport Partnerships and Tyrone Lockhart, USOC Manager, Sport Partnerships

3. Approval of Minutes.

  3.1. The minutes for the May 2-3, 2003 meeting, the minutes for the teleconference call on May 29, 2003 and the minutes from the June 28, 2003 teleconference call were approved.

4. Membership Applications.

  4.1 U.S. Equestrian Federation ("USEF").

    4.1.1   Tom Satrom announced that this was a public hearing, duly noticed and being held in accordance with the Ted Stevens Olympic and Amateur Sports Act and the USOC Constitution.  Tom also announced that this was the second such hearing, the first being held on May 3, 2003.

    4.1.2   John Collins, USEF Outside Counsel, Lori Rawls, USA Equestrian ("USAE") Executive Director, Kathy Meyer USAE Treasurer and Bonnie Jenkins United States Equestrian Team ("USET") Executive Director appeared before the Committee on behalf of USEF.

    4.1.3   USEF again presented its application before the full Committee for membership in the USOC as an Olympic Sport Organization and for recognition

USOC 02285

**EXHIBIT 5**

Membership and Credentials Committee Minutes
September 12-13, 2003
Page 2

as the National Governing Body for Equestrian. USEF also indicated that it was applying to be recognized to govern the Paralympic Sport of Equestrian. Committee members asked questions and representatives of USEF responded.

4.1.4   Motion was made, seconded and approved to recommend to the USOC Board of Directors that USEF be accepted for membership in the USOC as an Olympic Sport Organization, be recognized as the National Governing Body for Equestrian and be designated to govern the Paralympic sport of Equestrian.

5. National Governing Body Applications for Designation to Govern a Paralympic Sport.

   5.1   USA Curling ("USAC").

      5.1.1 The Committee reviewed USAC's letter application seeking designation to govern Paralympic Curling. The Committee determined to approve USAC's request.

      5.1.2 Motion made, seconded and approved to recommend to the USOC Board of Directors that USAC be designated to govern the Paralympic Sport of Curling.

6. Membership Compliance Reviews.

   6.1   USA Table Tennis Compliance Review ("USATT").

      6.1.1 USATT met with the Committee. Tong Lee, USATT  Treasurer, Doru Gheorghe, USATT Executive Director, Eric Owens, USOC AAC Representative and Dennis, Taylor, Attorney, appeared on behalf of USATT.

      6.1.2 The Committee acknowledged that USATT had resubmitted its compliance report, as the report submitted by USATT for the Committee's February 1, 2003 meeting was incomplete. USATT made a presentation concerning its compliance report. Doru Gheorghe was introduced as the new Executive Director of USATT. Doru provided the Committee with an overview of his goals since becoming Executive Director and briefed the Committee regarding his efforts to address the compliance issues raised by the Committee in its letter to USATT following the February 1, meeting. The Committee asked questions and representatives of USATT responded.

      6.1.3 The Committee determined that USATT had made progress in dealing with compliance issues raised by the Committee. The Committee determined that it would continue to monitor USATT's progress and request that USATT provide a follow up report for the Committee's January 2004 meeting.

USOC 02286

Membership and Credentials Committee Minutes
September 12-13, 2003
Page 3

6.2  U.S. Taekwondo Union ("USTU").

6.2.1  USTU met with the Committee.  Sang Lee, USTU President, Bruce Harris, USTU Executive Director, Mark Bryant, Chair of USTU Law & Legislation Committee, Sammy Pejo, USTU ACC member, Steve Smith, USTU outside legal counsel, Jill Chalmers, USTU outside counsel and Jill Goodwin outside auditor appeared on behalf of USTU.  Additionally, a number of individuals also appeared at the meeting as representatives of USTU, including Bill Winkler, State Vice President from Missouri, Richard Sacks, State President from Texas, Charles Morris, State President from California, Barbara Kunkel, USTU AAC member, Stewart Gill, USTU AAC member, Jason Han, USTU AAC member and Elisha Voren, USTU elite athlete.

6.2.2  Additionally, a number of other individuals associated with USTU or interested in the sport of Taekwondo also attended the meeting.  Those attendees included individuals from Ohio, Pennsylvania, Iowa, California, Missouri, Texas, Wyoming and Colorado.

6.2.3  USTU made a presentation concerning compliance issues that had been identified by the Committee.  Specifically, USTU responded to the compliance issues raised by the Committee in its letters to USTU.  The Committee asked questions and representatives of USATT responded.

6.2.4  Additionally, the Committee allowed any individual attending the meeting who wished to speak an opportunity to provide information and present their views on the sport of Taekwondo, the current state of USTU and compliance issues confronting USTU.  A number of individuals made statements to the Committee.  The Committee asked questions and individuals responded.

6.2.5  The full Committee discussed USTU's compliance with the requirements for USOC membership and recognition as a National Governing Body.  The Committee found that, in addition to other deficiencies, USTU has failed to meet the responsibilities of an NGB relating to its managerial and financial capabilities to plan and execute its obligations as an NGB, as is required by Article IV, Section 4(C) of the USOC Constitution and Section 220522(a) of the Act.  Specifically, USTU's governance structure results in representational disputes and control issues that are disruptive to the governance of the sport and prevent sound management practices.  Also, USTU is unable to effectively manage its sport on a day to day basis, including the inability to adopt administrative controls and procedures, to put together a sound short and long range operational plan, and to function in a businesslike manner that is necessary for the operation of an NGB.  Further, USTU has failed to operate in a fiscally sound manner with financial controls and accountability, including the failure to devise a budget and to execute a plan to ensure financial well being.  These

USOC 02287

Membership and Credentials Committee Minutes
September 12-13, 2003
Page 4

problems have led to mismanagement, serious financial difficulties and the potential loss of opportunities for athletes to obtain the support needed for them to compete at their highest levels. The Committee determined that these compliance issues are of such seriousness and of such long standing that the matter should be reported to the USOC Board of Directors.

6.1.5  Motion made, seconded and approved. The Committee determined to send a Resolution to the USOC Board of Directors requesting that the Board: (1) find that USTU is not in compliance with the requirements for membership as an Olympic Sport Organization or for recognition as an NGB and (2) direct the Executive Committee to initiate action pursuant to Chapter IV, Section 5 of the USOC Bylaws to revoke USTU's membership in the USOC and recognition as a NGB.

6.3  USA Bowling ("USAB").

6.3.1  Jerry Koenig, USAB President and Steve Smith, USAB outside legal counsel appeared on behalf of USAB.

6.3.2  Jerry and Steve reported on the proposed merger of various bowling entities, which would create a new bowling organization that would become the NGB for bowling. It was reported that although the merger had not been initially approved, it was hoped that the various organizations would resolve any difficulties and that a merger plan would be put in place in 2004.

6.4  USA Boxing ("USAB").

6.4.1  Gary Johansen reported that the primary issue left unresolved is USAB's provision to declare athletes ineligible if they compete in non-sanctioned competition. Gary also indicated that the other issue that needs to be resolved is USAB's financial and managerial competence to govern the sport of Boxing.

6.5  USA Badminton ("USAB").

6.5.1  The Committee authorized Steve Sobel's subcommittee to hold a compliance review of USAB during the USOC Board meeting to be held on October 17, 2003 in Cincinnati. Nancy Wightman will chair the compliance review.

7.  General Committee Business

7.1  USA Hockey ("USAH") requested guidance from the Committee. USAH is having a dispute with one of its affiliates, the Michigan Amateur Hockey Association ("MAHA"), involving whether or not MAHA has to follow USAH rules and policies concerning youth hockey programs, which are designed to

USOC 02288

Membership and Credentials Committee Minutes
September 12-13, 2003
Page 5

provide a high level competitive team hockey option for youth participants as a way to encourage and develop ice hockey players in the United States.

7.1.2 The Committee determined that USAH has such authority and directed that Tom Satrom send a response to USAH.

7.2 Membership Inquiries.

7.2.1 Four sports have contacted the USOC regarding their interest in becoming members of the USOC. They are United States Broomball Association, Chinese Martial Arts, USA Wushu Kung Fu Federation and U.S. Frisbee Association. Applications have been sent to those organizations requesting an application.

9. Meeting Dates.

9.1 The next meeting will be held on January 9-10, 2004 in Denver, Colorado. Gary reported that Jeff Benz has assured the Committee that funds will be made available in the 2004 USOC budget for this meeting.

10. Adjournment.

10.1 There being no further business, the meeting was adjourned at 6:30 pm

Respectfully submitted,

Thomas L. Satrom, Chair

Dated 1/24/04

USOC 02289