```
0001
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2              CIVIL ACTION NO. 04-00461-SOM-LEK
 3   _____
 4   DEPOSITION OF:  ROBERT GAMBARDELLA
     EXAMINATION DATE:  April 5, 2005
 5   _____
 6   DAE SUNG LEE,
 7   Plaintiff,
 8   v.
 9   UNITED STATES TAEKWONDO UNION, a Colorado
     nonprofit Corporation, et al.,
10
     Defendants.
11   _____
             PURSUANT TO SUBPOENA, the deposition of
12   ROBERT GAMBARDELLA, was taken at 8:19 a.m. on
     April 5, 2005 at the Double Tree Hotel at 1775 E.
13   Cheyenne Mountain Boulevard, Colorado Springs,
     Colorado, before Susan L. Sims, Registered
14   Professional Reporter and Notary Public in and
     for the State of Colorado, said deposition being
15   taken pursuant to the Federal Rules of Civil
     Procedure.
16
17
18                       Susan L. Sims
                 Registered Professional Reporter
19
20
21
22
23
24                                           EXHIBIT 1
25
```

```
 1          Q    And it's addressed to all six of
 2   the Olympic team participants?
 3          A    Yes.
 4          Q    It says here that, again, we
 5   extend our congratulations, our thanks and best
 6   wishes to you for the future.  Did you mean that
 7   for everyone listed on the letter or only certain
 8   people?
 9          A    Everyone.  Everyone.
10          Q    When you came back to the OTC,
11   did you change the locks on Chul Ho Kim's office?
12          A    No, I didn't change the lock on
13   Chul Ho Kim's office.  It was basically an office
14   that -- you know, he may say it's his, but what
15   happened was there was another person using that
16   office and they were asked to leave I think like
17   June 20th.  So I wanted to make sure that there
18   were new locks on the door so that someone else
19   wouldn't have access.
20          Q    Who was that other person, Sammy
21   Pejo?
22          A    Sammy Pejo, yes.
23          Q    Why was Sammy Pejo asked to
24   leave?
25          A    Because the resident team program
```

```
 1   was suspended and there was no need for volunteer
 2   services at that point.
 3           Q    Why was -- or when was the OTC
 4   resident athlete program for Taekwondo canceled
 5   or suspended?
 6           A    It was sometime in late June.
 7           Q    Why?
 8           A    Why?
 9           Q    Why was the program suspended?
10           A    We were evaluating the entire
11   program.
12           Q    What does that mean?
13           A    That means you're looking at the
14   entire program and what type of features that you
15   want to put in in the future.
16           Q    Did you have -- when you first
17   started as the executive director in February,
18   did you watch any practices of the OTC athletes?
19           A    Yes.
20           Q    How many?
21           A    I really don't know.  I can't
22   remember.
23           Q    More than ten?
24           A    I would say probably about ten,
25   maybe.
```

276

```
 1          A    I don't remember what he said to
 2    me.
 3          Q    Did he inform you that if he
 4    doesn't have the position at OTC, that he would
 5    lose his visa?
 6          A    We did have that conversation,
 7    yes.
 8          Q    And what did you tell him?
 9          A    I told him that we would write a
10    letter of support to help him.
11          Q    But the fact that if there was no
12    job, that he would -- one of the requirements for
13    his visa was that he be employed?
14          A    Well, basically, as I remember it
15    correctly when I wrote the letter, it was -- and
16    I can't remember when the date was, but it was
17    currently what he was getting paid and, you know,
18    that was it.
19          Q    Did he say that if he didn't have
20    the job at OTC as the resident coach that he
21    would have to go back to Korea?
22          A    He mentioned that, yes.
23          Q    What was your response?
24          A    My response -- he made it sound
25    like it was such a negative thing.  And I said,
```

4/5/2005  Gambardella, Robert

```
 1     Chul Ho, I was there in June and I think that
 2     Korea's a really great place.  I mean, what's
 3     wrong, you know?  And apparently he took it the
 4     wrong way.  And I was trying to be positive and
 5     he just took it and turned it around in a
 6     negative manner.
 7             Q    So did you tell him that Korea's
 8     a great place, why don't you go back to Korea?
 9     Did you say that to him?
10             A    No, I said if you have to go back
11     to Korea, there's lots of opportunity, I would
12     think, for a person like yourself who has many
13     years of experience as a world champion athlete,
14     so on and so forth.  So I was trying to make it a
15     positive type of thing in the fact that I'm not
16     just talking from -- you know, I've been there
17     and I've seen it and I've experienced the culture
18     and I thought it was a great place.
19             Q    So you never told him that maybe
20     he should go back to Korea?
21             A    No, not in that context.
22             Q    You never -- what did you say?
23     What context?  Did you say that in another
24     context?
25             A    What I just said, was that I
```

279