4/5/2005 Kim, Chul Ho

```
0001
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII
 2              CIVIL ACTION NO. 04-00461-SOM-LEK
 3       _____
 4       DEPOSITION OF:  CHUL HO KIM
         EXAMINATION DATE:  April 5, 2005
 5       _____
 6       DAE SUNG LEE,
 7       Plaintiff,
 8       v.
 9       UNITED STATES TAEKWONDO UNION, a Colorado
         nonprofit Corporation, et al.,
10
         Defendants.
11       _____
                 PURSUANT TO SUBPOENA, the deposition of
12       CHUL HO KIM, was taken at 4:26 p.m. on April 5,
         2005 at the Double Tree Hotel at 1775 E. Cheyenne
13       Mountain Boulevard, Colorado Springs, Colorado,
         before Susan L. Sims, Registered Professional
14       Reporter and Notary Public in and for the State
         of Colorado, said deposition being taken pursuant
15       to the Federal Rules of Civil Procedure.
16
17
18                         Susan L. Sims
                    Registered Professional Reporter
19
20
21
22
23
24
25                                              EXHIBIT 2
```

Case 1:04-cv-00461-SOM-LEK   Document 289-4   Filed 03/31/2006   Page 2 of 5

DEPOSITION OF CHUL HO KIM                                                4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 56

```
 1         A     I don't know.  I think he busy.
 2               MR. LEVINSTEIN:  Objection.
 3         Q     (BY MR. UESUGI)  Did you ask him
 4   about it?
 5         A     No.
 6         Q     Were there any other incidents or
 7   were there any incidents, if any, with respect to
 8   you personally where you felt you were racially
 9   discriminated against because you were Korean
10   born?
11               MR. LEVINSTEIN:  Objection.
12         A     Yes.  When he say -- when he fire
13   me, he said, hey -- I never forgot this one --
14   hey, Coach Kim, why don't you go back to Korea?
15   Korea's a beautiful country.  So I feel like
16   because I'm Korean, I have to go back to Korea,
17   something like that.  You know, actually, my
18   family is here.  I have my house.  My son is born
19   in USA, he's an American.  How can I come back to
20   Korea, you know.
21         Q     (BY MR. UESUGI)  If you go back to
22   Korea with your son who was born in the United
23   States, what would happen?
24               MR. LEVINSTEIN:  Objection.
25         A     It's not going to help him, you
```

Case 1:04-cv-00461-SOM-LEK   Document 289-4   Filed 03/31/2006   Page 3 of 5

DEPOSITION OF CHUL HO KIM  4/5/2005
DAE SUNG LEE v. UNITED STATES TAEKWONDO UNION, et al.

Page 57

```
 1   know.  Because a lot of, you know, problems there
 2   if he American, there's a lot of things change
 3   that.
 4           Q    (BY MR. UESUGI)  He cannot get
 5   medical benefits?
 6           A    Right.
 7           MR. LEVINSTEIN:  Objection.
 8           Q    (BY MR. UESUGI)  That kind of
 9   thing?
10           A    Right.
11           Q    Do you know Dae Sung Lee?
12           A    Yes.
13           Q    How long have you known him?
14           A    Since long time ago when I was
15   athlete in Korea National Team member.  And then
16   sometimes we'd train together.  I know him
17   because he famous guy in USA.
18           Q    He was an athlete at that time,
19   too?
20           A    Yes, he was an athlete.  And then
21   he was national, US National Team coach.
22           Q    Do you know about his
23   qualifications as a coach?
24           A    Yeah, he's high level coaching
25   world, but I know him.  And also he knows many
```

4/5/2005 Kim, Chul Ho

1  A     Suspend.
2  Q     (BY MR. LEVINSTEIN)  They were
3  suspending it?
4  A     Yeah.
5  MR. UESUGI:  He had already testified
6  that they suspended the program in June 2004.
7  They weren't considering.
8  Q     (BY MR. LEVINSTEIN)  They were
9  considering terminating it, but they did suspend
10 it, correct?
11 A     Yes.
12 Q     Thank you.
13 MR. LEVINSTEIN:  You can say objection
14 and you can say it mischaracterizes testimony,
15 but you cannot attempt to testify about what he
16 said before.  The record will speak for itself.
17 I did not interrupt your deposition the way you
18 are interrupting now.
19 MR. UESUGI:  Yes, you did.
20 MR. LEVINSTEIN:  No, I did not.
21 Q     (BY MR. LEVINSTEIN)  Now, did you
22 understand that there weren't going to be any
23 athletes at the Olympic Training Center?
24 A     Pardon me?
25 Q     Did you understand that the USIU

82

```
 1    was not going to pay for any athletes to be at
 2    the training center?
 3         A    I don't understand about that.
 4              MR. UESUGI:  Objection, vague and
 5    ambiguous.
 6         Q    (BY MR. LEVINSTEIN)  Did he tell
 7    you he was not going to have athletes at the
 8    training center?
 9              MR. UESUGI:  Same objection.
10         A    Yes, he did.
11         Q    (BY MR. LEVINSTEIN)  Yes, he did.
12    So you understood that the reason he didn't want
13    a coach was there would be no athletes to coach?
14         A    Yeah, he say that.
15         Q    And you testified that you --
16    first, where are you employed now?
17         A    Me?
18         Q    Yes.
19         A    I don't have job.
20         Q    Okay.  But you said you can work
21    for regular taekwondo dojang?
22         A    But I cannot open a dojang
23    because I don't have green card.
24         Q    But you can work for somebody
25    else's dojang?  Have you worked for a place --
```