Member – United States Olympic Committee



July 19, 2004

Re: Coach Chul Ho Kim

To Whom It May Concern:

This letter is in support of Mr. Chul Ho Kim's application for Change of Status regarding his wife, Hee Jung Kim, and their children, Min Je Kim and Min Jin Kim.

For purposes of my background, I currently am serving as a United States Olympic Committee ("USOC") employee on loan to the United States Taekwondo Union ("USTU") as its Chief Executive Officer. Prior to being CEO of the USTU, I worked in the International Affairs and Sports Partnerships Divisions of the USOC. My experience includes serving as Head Volleyball Coach for the United States Military Academy at West Point and as Director of U.S. National Teams for USA Volleyball. In addition, I hold a Masters degree from the University of Northern Colorado in Sports Administration, and am finishing a second Masters degree from the University of Lyon in France.

Mr. Kim is currently a member of the Olympic coaching staff for the U.S. Taekwondo team for the 2004 Athens Olympic Games. Highly respected in the international Taekwondo community as not only a successful competitor but as an honorable individual and distinguished coach, Mr. Kim has dedicated his life to his students and to Taekwondo. Mr. Kim's manner and conduct is impeccable; he is a shining example of personal integrity.

Please accept this letter in support of Mr. Kim's application with regard to his family members. If you should have any questions, please do not hesitate to contact me.

Sincerely,

Bob Gambardella
CEO/Secretary General
United States Taekwondo Union

EXHIBIT 3



One Olympic Plaza, Suite 104C
Colorado Springs, CO 80909
Telephone: (719) 866-4632
Facsimile: (719) 866-4642
www.ustu.org