IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES TAEKWONDO ) <br> UNION, a Colorado nonprofit ) <br> Corporation, UNITED STATES ) <br> OLYMPIC COMMITTEE, a federally ) <br> chartered nonprofit corporation; ) <br> JOHN DOES 1-10; JANE DOES 1- ) <br> 10; DOE PARTNERSHIPS 1-10; ) <br> DOE CORPORATIONS 1-10, ) <br> ) <br>       Defendants. ) <br> _____) | Civil No. 04—00461 SOM LEK <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first-class, postage-prepaid, or by hand-delivery of same on March 31, 2006:

| | Mail | Hand Delivery |
|---|:---:|:---:|
| WARD D. JONES <br> 1400 Pauahi Tower <br> 1001 Bishop Street | ( x ) | ( ) |

10

Honolulu, HI 96813

GLENN H. UESUGI                                         ( x )            ( )
MICHAEL GREEN
345 Queen Street
Second Floor
Honolulu, HI 96813
Attorneys for Plaintiff
Dae Sung Lee

DATED: Honolulu, Hawaii, March 31, 2006

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

11