MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi.@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 04 2006

at 2 o'clock and 02 min. P M?P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE;** |
| | ) | **EXHIBIT "1"** |
| | ) | |

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>            Defendants. | [RE: RETURN OF SERVICE ON STEVE LOCKE]<br><br><br><br><br>Trial Date: May 17, 2006<br>Judge: Hon. Susan O. Mollway |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Return of Service (Proof of Service) of a Subpoena that was attempted to be served upon Steve Locke on March 16, 2006 and March 27, 2007 whose appearance and production of documents or objects which was set for April 4, 2006 at 9:00 a.m. at United States Court House, 300 Ala Moana Boulevard, Courtroom C-409, Honolulu, HI 96850, attached hereto as Exhibit "1". A copy of this certificate of service will be served on the foregoing by depositing the same in the United States Mail, postage prepaid, hand-delivery, or facsimile transmission to the following at their last known address:

```
                         RETURN OF SERVICE NOTICE                    notice.rpt
El Paso County Sheriff
210 S. Tejon Street
Colorado Springs, CO  80903
03/29/2006                                         ID NUMBER 2006002229

Case #: 0400461                         Court date: 04-apr-2006
                                        Serve:
Rcv date/time: 13-mar-2006 10:48:24
                                        LOCKE, STEVE


Court : DIS
County:                                 Serve attempt #1:
State : HI                              Deputy:    97069
                                        Addr:      19 E. COLUMBIA ST.
Writ: SBCV, SBDT                        Date/Time: 16-mar-2006 10:33:00
                                        Comment:   LEFT CARD


                                        Serve attempt #2:
                                        Deputy:    97069
                                        Addr:      19 E. COLUMBIA ST.
                                        Date/Time: 16-mar-2006 14:15:00
   LEE, DAE SUNG                        Comment:   OUT OF TOWN TIL 3/25


                                        Serve attempt #3:
          vs.                           Deputy:    97069
                                        Addr:      19 E. COLUMBIA ST.
  UNITED STATES TAEKWONDO  UNION ETAL   Date/Time: 27-mar-2006 12:27:00
                                        Comment:   NO CONTACT




****************************************************************************
                                        Comment:
    WARD D. JONES, AAL, ALC
    1001 BISHOP ST#1400PAUAHI
    HONOLULU, HI 96813



                                        Witness fee delivered: N
                                        Cash: N  Check: N  Prop: N  Bond: N
Final status: UNSERVED                  ****************************************
Final fees   $         11.60
Fees paid    $         63.60                      Amt due      Amt collected
Refund amt   $         52.00            Judgement$     0.00
Refund chk #:      35518                Sheriff   $    0.00
Clerk        :     95023                          ------------  ------------
                                        Total    $     0.00 $         0.00
Amount due   $          0.00

Reason unserved:   UNABLE TO LOCATE AFTER A REASONABLE SEARCH
```

EXHIBIT "1"

DAVID M. LOUIE, ESQ.             VIA HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813


MARK S. LEVINSTEIN, ESQ.        VIA FACSIMILE
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, April 4, 2006.

                               /s/ Ward D. Jones
                               _____
                               MICHAEL J. GREEN
                               WARD D. JONES
                               GLENN H. UESUGI
                               Attorneys for Plaintiff Dae Sung Lee