# ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES    2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2006

at 8 o'clock and 55 min. A M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | Civil No. 04-00461 SOM LEK |
| Plaintiff, | NOTICE OF HEARING OF PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL; PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL; DECLARATION OF MICHAEL JAY GREEN; DECLARATION OF DAE SUNG |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN | |

1

DOES 1-10; JANE DOES 1-10;   )   LEE and CERTIFICATE OF
DOE PARTNERSHIPS 1-10; DOE  )   SERVICE
CORPORATIONS 1-10,       )
                         )   Date: _____
          Defendants.  )   Time: _____
                         )   Judge: _____
                         )
_____  )   Trial Date:  May 16, 2006

NOTICE OF HEARING OF
PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL

TO:    DAVID LOUIE, ESQ.
        APRIL LURIA, ESQ.
        Roeca, Louie & Hiraoka
        841 Bishop Street, Suite 900
        Honolulu, Hawaii  96813

        MARK S. LEVINSTEIN, ESQ.
        ROBERT L. MOORE, ESQ.
        Williams & Connolly LLP
        725 12th Street, N.W.
        Washington, D.C.  20005

        Attorneys for Defendants
        UNITED STATES TAEKWONDO UNION and
        UNITED STATES OLYMPIC COMMITTEE

      NOTICE IS HEREBY GIVEN that the above-identified Motion shall

come on for hearing before the Honorable _____,

Judge of the above-entitled Court, in her courtroom in the United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on

_____ at _____ ___.m., or as soon thereafter as counsel

2

may be heard.

      DATED: Honolulu, Hawaii, _APR 0 6 2006_____

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DAE SUNG LEE'S |
| | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| charged nonprofit corporation, JOHN | ) | |
| DOES 1-10; JANE DOES 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL

COMES NOW, Plaintiff DAE SUNG LEE (hereafter "Plaintiff LEE"), by

and through his attorneys, Ward D. Jones, Michael Jay Green and Glenn H.

Uesugi, and hereby move this Honorable Court for and Order Continuing Trial in

the above captioned action.

This Motion is based on Rule 7 of the Federal Rules of Civil Procedure and

Rules 7.2 and 40.4 of the Rules of the United States District Court for the District

of Hawaii and is based on the attached Memorandum in Support of Motion, the

Declaration of Michael Jay Green and Plaintiff Dae Sung Lee, and the records and

files contained herein.

DATED: Honolulu, Hawaii, _APR 0 6 2006_____


_____

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit Corporation, | ) | |
| UNITED STATES OLYMPIC | ) | |
| COMMITTEE, a federally chartered | ) | |
| nonprofit corporation, JOHN DOES 1-10; | ) | |
| JANE DOES 1-10; DOE PARTNERSHIPS | ) | |
| 1-10; DOE CORPORATIONS 1-10; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy

of the foregoing document was duly served on the following, via U.S. Mail

postage prepaid or by hand delivery on the date indicated below.

DAVID M. LOUIE, ESQ.                    HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.                     U.S. MAIL
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, _____APR 0 6 2006_____

_____

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
Dae Sung Lee

2