IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | DAE SUNG LEE |
| vs. ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| charged nonprofit corporation, JOHN ) | |
| DOES 1-10; JANE DOES 1-10; ) | |
| DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAE SUNG LEE

Declarant DAE SUNG LEE, swears and affirms as follows:

1.  I am the Plaintiff in the above captioned matter and have personal knowledge of the matters contained herein, am competent to testify to the same, and am duly authorized to make this Declaration.

2.  Pursuant to Rule 40.4 of the <u>Rules of the United States District Court for the District of Hawaii</u>, I hereby consent to a continuance of trial in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii    APR 0 6 ~~2005~~ 2006

_____
DAE SUNG LEE