ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES    2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

LODGED

APR 0 7 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>          Plaintiff,<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | Civil No. 04-00461 SOM LEK<br><br>EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL; DECLARATION OF MICHAEL JAY GREEN; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION TO |

| | |
|---|---|
| CORPORATIONS 1-10,        ) | CONTINUE TRIAL; and |
| )                          | CERTIFICATE OF SERVICE |
| Defendants.   )            | |
| )                          | Hearing Date: _____ |
| )                          | Time: _____ |
| )                          | Honorable: _____ |
| )                          | |
| )                          | Trial Date:  May 16, 2006 |

### EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby move this Honorable Court for ex parte, for an order shortening time for hearing on PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL, which is submitted herewith. Plaintiff Dae Sung Lee respectfully requests that the hearing on PLAINTIFF DAE SUNG LEE'S MOTION FOR PROTECTIVE ORDER TO ENFORCE THE DISCOVERY CUTOFF AND FOR OTHER RELIEF, be held on **Friday, April 14, 2006.**

This Motion is made pursuant to Local Rule 7.2(a)(b) of the Rules of the

-2-

United States District Court for the District of Hawaii, and Rule 65, Federal Rules of Civil Procedure, and is based upon the Declaration of Michael Jay Green, stating the reasons why it is necessary to shorten the time for hearing on PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL, attached hereto and incorporated by reference.

DATED: Honolulu, Hawaii, APR 0 6 2006

MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>      Defendants. | Civil No. 04-00461 SOM LEK<br><br>ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL |

**ORDER GRANTING**
**EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON**
**PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL**

Upon review of Plaintiff Dae Sung Lee's Ex Parte Motion to Shorten Time for Hearing on PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL filed herein, and the Declaration of MICHAEL JAY GREEN, and good cause appearing therefor,

IT IS HEREBY ORDERED that PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL may be heard before the Honorable

_____, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96813, at _____o'clock, on _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii,_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Dae Sung Lee vs. United States Taekwondo Union, et al.; Civil No. 04-00461 SOM LEK; United States District of Hawaii
ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>UNITED STATES TAEKWONDO )<br>UNION, a Colorado nonprofit Corporation, )<br>UNITED STATES OLYMPIC )<br>COMMITTEE, a federally chartered )<br>nonprofit corporation, JOHN DOES 1-10; )<br>JANE DOES 1-10; DOE PARTNERSHIPS )<br>1-10; DOE CORPORATIONS 1-10; )<br>)<br>Defendants. )<br>) | Civil No. 04-00461 SOM LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was duly served on the following, via U.S. Mail postage prepaid or by hand delivery upon filing.

DAVID M. LOUIE, ESQ.                         HAND DELIVERY
APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813

MARK S. LEVINSTEIN, ESQ.                    U.S. MAIL
GABRIEL A. FELDMAN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, __APR 0 6 2006_____

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE