IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461 SOM LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | MICHAEL JAY GREEN |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, UNITED STATES ) | |
| OLYMPIC COMMITTEE, a federally ) | |
| charged nonprofit corporation, JOHN ) | |
| DOES 1-10; JANE DOES 1-10; ) | |
| DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## DECLARATION OF MICHAEL JAY GREEN

Declarant MICHAEL JAY GREEN, swears and affirms as follows:

1.   I am lead trial counsel for Plaintiff DAE SUNG LEE in the above captioned matter, have personal knowledge of the matters contained herein, am competent to testify to the same, and am duly authorized to make this Declaration.

2.   A shortening of time to allow a hearing on the PLAINTIFF DAE SUNG LEE'S MOTION TO CONTINUE TRIAL to take place no later than

**Friday, April 14, 2006**, is respectfully requested for the following reasons:

    A)    Trial in this case is currently set for the week of May 16, 2006 before Judge Susan Mollway.

    B)    Defendants had agreed to trial before Judge Leslie Kobayashi.

    C)    Defendants have since gone back on their word and now wish to have trial before Judge Susan Mollway.

    D)    Plaintiff relied on the representations of Defense counsel and agreed to trial before Magistrate Kobayashi in good faith.

    E)    Defendants have in turn acted in bad faith.

    F)    According to Judge Mollway herself, the chances of this case receiving a firm trial date is very slim due to the fact that criminal cases will always take priority based on a criminal defendant's right to a speedy trial.

    G)    Defendants are acting in bad faith by forcing Plaintiff to prepare for a trial (which includes the scheduling and accommodation of many mainland witnesses) which mostly probably will not proceed.

    H)    Plaintiff is still willing to proceed with trial by any of the three Magistrates within the District of Hawaii.

    I)    Plaintiff believes that Defendants are engaging in said course of conduct for improper motives, to overly burden Plaintiff in an effort to waste

Plaintiff's time and financial resources.

  J) In order to minimize the prejudice suffered by Plaintiff, Plaintiff respectfully requests that time be shortened for hearing on this matter.

  3. This ex parte motion to shorten time is made in the interest of justice, to save resources, and to expedite litigation, and not for the purpose of unfair advantage or delay.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii   APR 0 6 2006

MICHAEL JAY GREEN