ORIGINAL

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA             4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email: mlevinstein@wc.com
ROBERT L. MOORE
Email: rlmoore@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED
APR 11 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |
| vs. | ) | UNITED STATES OLYMPIC |
| | ) | COMMITTEE'S EX PARTE |
| UNITED STATES TAEKWONDO | ) | APPLICATION FOR ADMISSION |

| | |
|---|---|
| UNION, a Colorado nonprofit Corporation, et al., <br><br>              Defendants. | ) PRO HAC VICE; DECLARATION <br> ) OF COUNSEL; DECLARATION OF <br> ) DAVID A. FORKNER; ORDER <br> ) PERMITTING UNLICENSED <br> ) ATTORNEY TO APPEAR *PRO* <br> ) *HAC VICE* FOR DEFENDANTS <br> ) UNITED STATES TAEKWONDO <br> ) UNION AND UNITED STATES <br> ) OLYMPIC COMMITTEE; <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) Trial:  April 4, 2006 |

601-1/P.App.Pr.Hac.Vice re Forkner.al.sh.wpd

### DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S <u>EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE</u>

COMES NOW, Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE, by and through their counsel, Roeca, Louie & Hiraoka, and hereby moves this Honorable Court for an order permitting David A. Forkner of Washington D.C. to be admitted to appear in this matter *pro hac vice* for UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE.

This Motion is brought pursuant to L.R. 83.1(e) and Rule 7 of the Federal Rules of Civil Procedure and is supported by the Declaration of Counsel,

the Declaration of David A. Forkner, and the records and files herein.

DATED: Honolulu, Hawaii, _____APR 1 0 2006_____.

_____/s/ signature_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED STATES TAEKWONDO UNION and UNITED STATES OLYMPIC COMMITTEE