IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, ) | Civil No. 04-00461-SOM-LEK |
| ) | |
| Plaintiff ) | DECLARATION OF DAVID A. |
| ) | FORKNER |
| vs. ) | |
| ) | |
| UNITED STATES TAEKWONDO ) | |
| UNION, a Colorado nonprofit ) | |
| Corporation, et al., ) | |
| ) | Trial Date: May 17, 2006 |
| Defendants. ) | |
| ) | |

DECLARATION OF DAVID A. FORKNER

DAVID A. FORKNER hereby states and declares that:

1. I am an attorney licensed to practice before all Courts in the state of New York. I am an associate with the law firm of Williams & Connolly, LLP 725 Twelfth Street, N.W., Washington, D.C. 20005.

2. I reside at 2315 N. Randolph Street, Arlington, VA 22207.

3. I am a graduate the University of Denver and the University of Denver College of Law.

4. I am a member in good standing of the State of Colorado admitted November 13, 1997; the District of Columbia admitted in 2000, the U.S. District Court of Nebraska admitted in 1998; the U.S. District Court for the District of Maryland, admitted on March 1, 2004, and the U.S. Court of Appeals for the 11th Circuit admitted on September 12, 2005.

5. I have never been disciplined in any way by any court to which I am admitted.

6. Mark S. Levinstein, William J. Bachman, Robert L. Moore and Patrick J. Houlihan of my law firm have already been admitted *pro hac vice* on this matter.

7.      I have read and familiarized myself with the Court Rules and Federal Statutes with respect to this action.

8.      I, and my firm, shall be associated with April Luria and the firm of Roeca, Louie & Hiraoka, 900 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawaii 96813, in this action and counsel for all parties may serve any papers in this action upon Roeca, Louie & Hiraoka.

9.      I am not currently, nor have I been, suspended or disbarred in any other court.

10.     I have not within the past year made any *pro hac vice* application to this court.

11.     I respectfully request this Court grant me admission *pro hac vice* to the Federal District Court of the District of Hawaii for the purposes of this action.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMTION AND BELIEF.

DATED: Washington, D.C., April _, 2006.

_____
DAVID A. FORKNER