MICHAEL J. GREEN     4451-0
GLENN H. UESUGI      4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com
E-mail:  glenn.uesugi@gmail.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**LODGED**

APR 13 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **EXTENDING PLAINTIFF'S** |
| | ) | **AND DEFENDANTS'** |
| UNITED STATES TAEKWONDO | ) | **CONCISE STATEMENT OF** |
| UNION, a Colorado nonprofit | ) | **THE CASE, JURY** |
| Corporation, UNITED STATES | ) | **INSTRUCTIONS AND** |
| OLYMPIC COMMITTEE, a federally | ) | **SPECIAL VERDICT FORM** |
| charged nonprofit corporation, JOHN | ) | **DEADLINE FROM APRIL 11,** |

| | |
|---|---|
| DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, )))))  Defendants. ))))) | 2006 TO APRIL 18, 2006 and ORDER<br><br>Trial Date:  May 17, 2006 |

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S AND DEFENDANTS' CONCISE STATEMENT OF THE CASE, JURY INSTRUCTIONS AND SPECIAL VERDICT FORM DEADLINE FROM APRIL 11, 2006 TO APRIL 18, 2006**

Due to Plaintiff Dae Sung Lee's request for a one week extension of time for the parties to file (1) Concise Statement of Case, (2) Jury Instructions and (3) Special Verdict Form, and Defendants United States Olympic Committee's and United States Taekwondo Union's agreement to allow this extension, it is hereby stipulated between the parties by their respective counsel that (1) Concise Statement of Case, (2) Jury Instructions and (3) Special Verdict Form deadline will be extended from April 11, 2006 to April 18, 2006.

DATED: Honolulu, Hawaii, _____4/13/06_____

_____
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff

_____
DAVID M. LOUIE
APRIL LURIA
MARK S. LEVINSTEIN
ROBERT L. MOORE
PATRICK J. HOULIHAN
Attorneys for Defendants

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

DAE SUNG LEE vs. UNITED STATES TAEKWONDO UNION, et al.; Civil No. 04-00461 SOM LEK; Stipulation and Order Extending Plaintiff's and Defendants' Concise Statement of the Case, Jury Instructions and Special Verdict Form deadline from April 11, 2006 to April 18, 2006 and Order.