ORIGINAL

MICHAEL J. GREEN    4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI    4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 8 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF DAE SUNG LEE'S** |
| | ) | **PROPOSED SPECIAL JURY** |
| | ) | **INSTRUCTIONS;** |
| UNITED STATES TAEKWONDO | ) | **CERTIFICATE OF SERVICE** |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |

1

OLYMPIC COMMITTEE, a federally )
charged nonprofit corporation, JOHN )
DOES 1-10; JANE DOES 1-10; )
DOE PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10, )
                        )
             Defendants. )
                        )
                        )     Honorable Susan O. Mollway
_____ )     Trial Date:   May 17, 2006

## PLAINTIFF DAE SUNG LEE'S PROPOSED
## <u>SPECIAL JURY INSTRUCTIONS</u>

       COMES NOW, PLAINTIFF DAE SUNG LEE, (hereinafter "Plaintiff"), by

and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H.

Uesugi, and hereby submits the following proposed jury instructions.   Plaintiff

requests that these instructions be given to the jury in addition to the general

instructions.  Plaintiff reserves the right to propose additional instructions during

the course of the trial as the evidence may warrant.

       DATED: Honolulu, Hawaii, April 18, 2006.

                     _____
                     MICHAEL JAY GREEN
                     WARD D. JONES
                     GLENN H. UESUGI
                     Attorneys for Plaintiff Dae Sung Lee