PLAINTIFF'S INSTRUCTION NO. 1

**PREPONDERANCE NEEDED**

Plaintiff(s) has/have the burden of proving by a preponderance of the evidence every element of each claim that plaintiff(s) assert(s). Defendant(s) has/have the burden of proving by a preponderance of the evidence every element of each affirmative defense that defendant(s) assert(s). In these instructions, whenever I say that a party must prove a claim or affirmative defense, that party must prove such claim or affirmative defense by a preponderance of the evidence, unless I instruct you otherwise.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

|          |                                |
|----------|--------------------------------|
| _____ | Given by Agreement             |
| _____ | Given Over Objection           |
| _____ | Refused                        |
| _____ | Withdrawn                      |
| _____ | Modified & Given By Agreement  |
| _____ | Modified and Given Over Objection |

## PLAINTIFF'S INSTRUCTION NO. 2

**PREPONDERANCE DEFINED**

To "prove by a preponderance of the evidence" means to prove that something is more likely so than not so. It means to prove by evidence which, in your opinion, convinces you that something is more probably true than not true. It does not mean that a greater number of witnesses or a greater number of exhibits must be produced.

In deciding whether a claim, defense, or fact has been proven by a preponderance of the evidence, you must consider all of the evidence presented in court by both the plaintiffs and the defendant.  Upon consideration of all the evidence, if you find that a particular claim, defense or fact is more likely true than not true, then such claim, defense, or fact has been proven by a preponderance of the evidence.

If a preponderance of the evidence does not support each essential element of a claim or affirmative defense, then the jury should find against the party having the burden of proof as to that claim or affirmative defense.


AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

                                      _____    Given by Agreement

_____ Given Over Objection
_____ Refused
_____ Withdrawn
_____ Modified & Given By
Agreement
_____ Modified and Given Over
Objection

<u>PLAINTIFF'S INS'IRUCTION NO. 3</u>

**DIRECT AND CIRCUMSTANTIAL**

There are two kinds of evidence from which you may decide the facts of a case:   direct evidence and circumstantial evidence.

Direct evidence is direct proof of a fact, for example, the testimony of an eyewitness.

Circumstantial evidence is indirect proof of a fact, that is, when certain facts lead you to conclude that another fact also exists.

You may consider both direct evidence and circumstantial evidence when deciding the facts of this case.  You are allowed to give equal weight to both kinds of evidence.   The weight to be given any kind of evidence is for you to decide.


AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

## PLAINTIFF'S INSTRUCTION NO. 4

**EXPERTS**

In this case, you heard testimony from witnesses described as experts. Experts are persons who, by education, experience, training or otherwise, have special knowledge which is not commonly held by people in general. Experts may state an opinion on matters in their field of special knowledge and may also state their reasons for the opinion.

The testimony of expert witnesses should be judged in the same manner as the testimony of any witness. You may accept or reject the testimony in whole ox in part. You may give the testimony as much weight as you think it deserves in consideration of all of the evidence in this case.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

|          |                              |
|----------|------------------------------|
| _____ | Given by Agreement           |
| _____ | Given Over Objection         |
| _____ | Refused                      |
| _____ | Withdrawn                    |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

<u>PLAINTIFF'S INSTRUCTION NO. 5</u>

**SPECIAL DAMAGES**

Special damages are those damages which can be calculated precisely or can

be determined by you with reasonable certainty from the evidence.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court
for the District of Hawaii.

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

PLAINTIFF'S INSTRUCTION NO. 6

**GENERAL DAMAGES**

General damages are those damages which fairly and adequately compensate plaintiffs for any past, present, and reasonably probable future disability, pain, and emotional distress caused by the injuries or damages sustained.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

|          |                              |
|----------|------------------------------|
| _____ | Given by Agreement           |
| _____ | Given Over Objection         |
| _____ | Refused                      |
| _____ | Withdrawn                    |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

7

## PLAINTIFF'S INSTRUCTION NO. 7

**EMOTIONAL DISTRESS**

Emotional distress includes mental worry, anxiety, anguish, suffering, and grief, where they are shown to exist.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

|          |                            |
|----------|----------------------------|
| _____ | Given by Agreement         |
| _____ | Given Over Objection       |
| _____ | Refused                    |
| _____ | Withdrawn                  |
| _____ | Modified & Given By        |
|          | Agreement                  |
| _____ | Modified and Given Over    |
|          | Objection                  |

PLAINTIFF'S INSTRUCITON NO. 8

**LIFE EXPECTANCY**

The life expectancy of plaintiff(s) may be considered by you in determining

the amount of damages, if any, which he/she/they should receive for permanent

injuries and future expenses and losses.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court
for the District of Hawaii.

|  |  |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

## PLAINTIFF'S INSTRUCTION NO. 9

**EMOTIONAL DISTRESS**

Plaintiff(s) is/are not required to present evidence of the monetary value of their pain or emotional distress. It is only necessary that plaintiff(s) prove the nature, extent and effect of their injury, pain, and emotional distress. It is for you, the jury, to determine the monetary value of such pain or emotional distress using your own judgment, common sense and experience.

AUTHORITY:

General Federal Jury Instruction in Civil Cases; In the United States District Court for the District of Hawaii.

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

10

PLAINTIFF'S INSTRUCTION NO. 10

**42 USC 1981 - TEXT**

This action arises under federal statute 42 USC § 1981.  The law states:

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

AUTHORITY:

42 USCA s 1981

|          |                            |
|----------|----------------------------|
| _____ | Given by Agreement         |
| _____ | Given Over Objection       |
| _____ | Refused                    |
| _____ | Withdrawn                  |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

11

PLAINTIFF'S INSTRUCTION NO. 11

**BURDEN OF PROOF IN 1981**

In order to establish a violation of 42 U.S.C.A. 1981 the plaintiff must present sufficient evidence to enable a reasonable jury to concluded that the defendant's action was motivated by racial considerations, that is, the plaintiff has the initial burden of establishing the prima facie case by proving that he was discriminated against because of race.

AUTHORITY:

*Smith v. Firestone Tire and Rubber Co.*, 875 F.2d 1325 (7th Cir. 1989); *Naraine v. Western Elec. Co., Inc.*, 507 F.2d 590 (8th Cir. 1974).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

PLAINTIFF'S INSTRUCTION NO. 12

**REQUIRES A SENSITIVE INQUIRY**

Proof of discriminatory intent ordinarily requires a sensitive inquiry into the circumstantial and direct evidence of intent as may be available, since an admission of such intent is unlikely.

AUTHORITY:

*Hoard v. Teletype Corp.*,  450 F. Supp 1059 (E.D.Ark. 1978).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

PLAINTIFF'S INSTRUCTION NO. 13

## FACTORS WHICH MAY BE CONSIDERED

Circumstantial and direct evidence may include impact of the action, a historical background of discrimination, the specific sequence of events leading up to the challenged action, departures from normal procedural sequence, substantive departures, and individual instances of discrimination.

AUTHORITY:

*Harkness v. Sweeny Independent School Dist. of Sweeny Tex.*, 554 F.2d 1353 (5th Cir. 1977) on rem. jmt. aff'd, 608 F.2d 594 (5th Cir. 1979).

_____  Given by Agreement
_____  Given Over Objection
_____  Refused
_____  Withdrawn
_____  Modified & Given By
           Agreement
_____  Modified and Given Over
              Objection

<u>PLAINTIFF'S INSTRUCTION NO. 14</u>

## STATISTICAL PROOF AS EVIDENCE OF DISCRIMINATION

Statistically disparate racial treatment may be evidence of racial discrimination.

AUTHORITY:

*EEOC v. Pacific Southwest Airlines*, 587 F.Supp. 686 (N.D.Cal. 1984).

_____  Given by Agreement
_____  Given Over Objection
_____  Refused
_____  Withdrawn
_____  Modified & Given By
           Agreement
_____  Modified and Given Over
               Objection

PLAINTIFF'S INSTRUCTION NO. 15

**MUTUALITY SUFFICIENT TO FORM CONTRACT**

An agreement which intrinsically showed mutuality between parties is sufficient

without express statement of mutuality.

AUTHORITY:

*U.S. v. Metropolitan Meat Co.*, 3 U.S. Dist. Ct. Haw. 110 (1906).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

<u>PLAINTIFF'S INSTRUCTION NO. 16</u>

**CONTRACT ACCEPTANCE – OBJECTIVE STANDARD**

Assent to an acceptance of terms of an offer is determined from objective manifestation of accepting party.

AUTHORITY:

*Jorgenson*, supra.

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

<u>PLAINTIFF'S INSTRUCTION NO. 17</u>

**CONSIDERATION – MUTUAL PROMISES**

Mutual reciprocal promises constitute good and sufficient consideration for contract.

AUTHORITY:

*Guaschino v. Eucalyptus, Inc.,* 658 P.2d 888, 3 Haw. App. 632(Haw. App. 1983).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

<u>PLAINTIFF'S  INSTRUCTION NO. 18</u>

**VALID CONSIDERATION**

All contracts are, in absence of evidence to the contrary, presumed to be based on

sufficient and legal consideration.

AUTHORITY:

*In re Assessment of Taxes, H. Hackfeld & Co.*, 16 Haw. 584 (1905).

|          |                              |
|----------|------------------------------|
| _____ | Given by Agreement           |
| _____ | Given Over Objection         |
| _____ | Refused                      |
| _____ | Withdrawn                    |
| _____ | Modified & Given By          |
|          | Agreement                    |
| _____ | Modified and Given Over      |
|          |    Objection  |

## PLAINTIFF'S INSTRUCTION NO. 19

**SETTLEMENT AGREEMENTS DEFINED**

A compromise or settlement is an agreement to terminate, by means of mutual

concessions, a claim which is disputed in good faith or unliquidated.

AUTHORITY:

*Sylvester v. Animal Emergency Clinic of Oahu*, 825 P.2d 1053, 72 Haw. 560

|          |                              |
|----------|------------------------------|
| _____ | Given by Agreement           |
| _____ | Given Over Objection         |
| _____ | Refused                      |
| _____ | Withdrawn                    |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

<u>PLAINTIFF'S INSTRUCTION NO. 20</u>

**SETTLEMENT AGREEMENT ELEMENTS**

Like other contracts, settlement agreement requires offer and acceptance,

consideration, and parties who have capacity and authority to agree.

AUTHORITY:

*Sylvester v. Animal Emergency Clinic of Oahu*, 823 P. 2d 745, 9 Haw. App. 85,
recon den 829 P.2d 860, cert granted 841 P. 2d1075 revd. 825 P. 2d 1053 (1990).

|  |  |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |
| _____ | Modified and Given Over Objection |

PLAINTIFF'S INSTRUCTION NO. 21

**DAMAGES FOR EMOTIONAL DISTRESS MAY BE INFERRED FROM CIRCUMSTANCES**

Both compensatory and punitive damages are available under 42 USC§ 1981:

compensatory damages may be awarded for humiliation and emotional distress

established by testimony or inferred from circumstances. No evidence of economic

loss or medical evidence of mental or physical symptoms stemming from the

humiliation need be submitted.

AUTHORITY:

*Johnson v. Hale*, 940 F.2d 1192
(C.A.9.Mont.,1991)
Seaton v. Sky Realty Co., 491 F.2d 634, 636 (7th Cir.1974).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

22

PLAINTIFF'S INSTRUCTION NO. 22

**ETHNICITY**

One can state a cognizable 1981 claim if he can allege discrimination based on any

ethnicity.

AUTHORITY:

*Donaire v. NME Hosp., Inc.*, 27 F.3d 507, 509 (11th Cir. 1994).

_____ Given by Agreement
_____ Given Over Objection
_____ Refused
_____ Withdrawn
_____ Modified & Given By
　　　　Agreement
_____ Modified and Given Over
　　　　　Objection

<u>PLAINTIFF'S INSTRUCTION NO. 23</u>

**PRETEXT**

Plaintiff can prove pretext by: (1) indirectly by showing that the employer proffered explanation is unworthy of credence because it is internally inconsistent or otherwise not believable, or (2) directly, by showing that unlawful iscrimination more likely motivated the employer.

In evaluating whether the defendant  articulated reason is pretextual, the trier of fact must consider the same evidence that the plaintiff introduced to established his prima facie case.

AUTHORITY:

*Raad v. Fairbanks North Star Borough School District*, 323 F.3d 1185, 1194 (9th Cir. 2003). *Cordova v. State Farm Ins. Companies*, 124 F.3d 1145, 1149-50 (9th Cir. 1997).

|  |  |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

<u>PLAINTIFF'S INSTRUCTION NO. 24</u>

**LONG TERM RACIAL HARASSMENT**

The admission of long term harassment of racial minorities in an organization is admissible to show a persistent pattern of racial hostility.

AUTHORITY:

<u>*Lam v. University of Hawaii*</u>, 40 F.3d 1551, 1562 (9th Cir. 1994).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |

25

<u>PLAINTIFF'S INSTRUCTION NO. 25</u>

**MIXED MOTIVES**

Once the plaintiff persuades a fact finder that, more likely than not, discrimination

was "a motivating part in a decision to terminate a contract," the burden shifts to

the defendant to prove that the cancellation of contract decision would nevertheless

have been made for legitimate, non-discriminatory reasons.

AUTHORITY:

*Thomas v. Denny's Inc.* 111F.3d 1506 (10th Cir. 1997) (§ 1981). *Beshears v. Asbill*, 930 F.2d 1348, 1353 (8th Cir.1991) (ADEA) *Price Waterhouse v. Hopkins*, 490 U.S. 228, 258, 109 S.Ct. 1775 104 L.Ed 2d 268 (1989); *Costa v. Desert Palace, Inc.*, 299 F.3d 838 (9th Cir. 2002) (Title VII) Affd. 539 U.S. 90, 123 S. Ct. 2148, 156 L.Ed. 2nd 84 (2003); *Qaldamez v. Potter*, 415 F.3d 1015 (9th Cir. 2005) (Title VII); *Lewis v. American Foreign Service Assn.*, 846 F. Supp. 77 (1993) (§ 1981); *Pennington v. City of Huntsville*, 261 F.3d 1262 (11th Cir. 2001) (Sec. 1983); *Funai v. Brownlee*, 369 F. Supp. 2d 1222 (D. Haw. 2004) (Title VII).

| | |
|---|---|
| _____ | Given by Agreement |
| _____ | Given Over Objection |
| _____ | Refused |
| _____ | Withdrawn |
| _____ | Modified & Given By Agreement |
| _____ | Modified and Given Over Objection |