MICHAEL JAY GREEN   4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

WARD D. JONES   2958
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Fax: (808) 550-4991
Email: wdj@bervar-jones.com

GLENN H. UESUGI   4865
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
DAE SUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | ) CIVIL NO. 04-00461 SOM LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF DAE SUNG LEE'S |
| | ) PROPOSED CONCISE |
| vs. | ) STATEMENT OF THE CASE; and |
| | ) CERTIFICATE OF SERVICE |
| UNITED STATES TAEKWONDO | ) |
| UNION, a Colorado nonprofit | ) |
| corporation; UNITED STATES | ) Trial Date: April 4, 2006 |

OLYMPIC COMMITTEE, a federally )
chartered nonprofit corporation; JOHN )
DOES 1-10; JANE DOES 1-10; DOE )
PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10; )
             )
   Defendants. )
             )

## PLAINTIFF DAE SUNG LEE'S
## PROPOSED CONCISE STATEMENT OF THE CASE

COMES NOW, Plaintiff DAE SUNG LEE (hereinafter "Plaintiff LEE"), by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby submits his Proposed Concise Statement of the Case in the above captioned action.

I.  **PROPOSED CONCISE STATEMENT OF THE CASE**

This case involves the selection, appointment and removal of Plaintiff DAE SUNG LEE as the 2004 United States Olympic Taekwondo Coach for the 2004 Athens Olympic Games. Pursuant to the Bylaws of the United States Olympic Committee, Plaintiff DAE SUNG LEE was selected for this position by Defendant United States Taekwondo Union in 2003. Plaintiff's selection as the 2004 United States Olympic Coach for Taekwondo was then approved by Defendant UNITED STATES OLYMPIC COMMITTEE in 2003.

Also in 2003, Defendant UNITED STATES OLYMPIC COMMITTEE instituted proceedings against Defendant UNITED STATES TAEKWONDO UNION for alleged financial mismanagement. As part of a settlement agreement, the leadership of Defendant UNITED STATES TAEKWONDO UNION agreed to have Defendant UNITED STATES OLYMPIC COMMITTEE remediate Defendant UNITED STATES TAEKWONDO UNION in the beginning of 2004.

As part of the settlement agreement, Defendant UNITED STATES OLYMPIC COMMITTEE selected five persons to serve as the UNITED STATES TAEKWONDO UNION'S Governance and Management Committee. The majority of the Governance and Management Committee were either employees of the UNITED STATES OLYMPIC COMMITTEE or held volunteer leadership positions within the UNITED STATES OLYMPIC COMMITTEE.

During the remediation period, Defendant UNITED STATES TAEKWONDO UNION, through the USOC selected Governance and Management Committee, rescinded Plaintiff DAE SUNG LEE's selection and appointment as the United States Olympic Coach for the 2004 Athens Olympic Games. Plaintiff alleges that his removal as the 2004 Olympic Coach was done for racial reasons. Defendants deny this allegation.

DATED: Honolulu, Hawaii, April 18, 2006

/s/ Ward D. Jones
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE

- 4 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | CIVIL NO. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit corporation; UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the parties below by hand delivery and/or US Mail upon filing:

       DAVID M. LOUIE, ESQ.
       APRIL LURIA, ESQ.
       Roeca Louie & Hiraoka
       900 Davies Pacific Center

841 Bishop Street
Honolulu, Hawaii 96813

MARK S. LEVINSTEIN, ESQ.
ROBERT L. MOORE, ESQ.
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, April 18, 2006

_/s/ Ward D. Jones_
MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff
DAE SUNG LEE