

ORIGINAL

MICHAEL J. GREEN 4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michaeljgreen@hawaii.rr.com

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: wdj@bervar-jones.com

GLENN H. UESUGI 4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: glenn.uesugi@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2006
at 3 o'clock and 20 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF DAE SUNG LEE'S** |
| | ) | **PROPOSED SPECIAL JURY** |
| | ) | **VERDICT FORM;** |
| UNITED STATES TAEKWONDO | ) | **CERTIFICATE OF SERVICE** |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |

OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,

Defendants.

Honorable Susan O. Mollway
Trial Date: May 17, 2006

**PLAINTIFF DAE SUNG LEE'S**
**PROPOSED SPECIAL JURY VERDICT FORM**

COMES NOW, PLAINTIFF DAE SUNG LEE, by and through his attorneys, Michael Jay Green, Ward D. Jones and Glenn H. Uesugi, and hereby submits in his Proposed Special Jury Verdict Form in the above captioned action.

| | | Yes | No |
|---|---|---|---|
| 1. | Did Plaintiff have a contract with either the USOC or the USTU to be the 2004 Olympic coach? | _____ | _____ |
| 2. | If yes to No. 1, did the USOC breach, cancel, rescind or interfere with the coach contract based all or in part upon racial considerations? | _____ | _____ |
| 3. | If yes to No. 1, did USTU breach, cancel, rescind or interfere with the coach contract | | |

based all or in part on racial considerations? ______ ______

AMOUT OF DAMAGES:

GENERAL DAMAGES: $____________________________________

SPECIAL DAMAGES $____________________________________

PUNITIVE DAMAGES (AGAINST USOC) $____________________________________

PUNITIVE DAMAGES (AGAINST USTU) $____________________________________

DATED: Honolulu, Hawaii, April 18, 2006.

Ward D. Jones

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;<br><br>Defendants. | ) | Civil No. 04-00461-SOM LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the foregoing ducument was duly served via upon the following:

| | |
|---|---|
| DAVID M. LOUIE, ESQ.<br>APRIL LURIA, ESQ.<br>Roeca, Louie & Hiraoka<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii 96813 | HAND DELIVERY |

MARK S. LEVINSTEIN, ESQ. VIA FACSIMILE
ROBERT L. MOORE, ESQ.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, April 18, 2006.

/s/ Ward D. Jones

MICHAEL JAY GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee