ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Partnership, LLP

DAVID M. LOUIE (2162-0)
Email: dlouie@rlhlaw.com
APRIL LURIA (4687-0)
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP
Mark S. Levinstein
Email: mlevinstein@wc.com
Robert L. Moore
Email rlmoore@wc.com
Patrick J. Houlihan
Email: phoulihan@wc.com
William J. Bachman
Email: wbachman@wc.com
David A. Forkner
Email: dforkner@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

DAE SUNG LEE,                              )        Civil No. 04-00461 SOM LEK

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANTS UNITED STATES |
| | ) | TAEKWONDO UNION AND |
| vs. | ) | UNITED STATES OLYMPIC |
| | ) | COMMITTEE'S PROPOSED |
| UNITED STATES TAEKWONDO | ) | VERDICT FORMS; CERTIFICATE |
| UNION, a Colorado nonprofit | ) | OF SERVICE |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | Trial Date:  May 17, 2006 |
| chartered nonprofit corporation; | ) | |
| JOHN DOES 1-10; JANE DOES 1- | ) | |
| 10; DOE PARTNERSHIPS 1-10; | ) | |
| DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S <u>PROPOSED VERDICT FORMS</u>

Defendants United States Taekwondo Union and United States

Olympic Committee, by and through their counsel, Roeca Louie & Hiraoka,

propose that the following Verdict Forms be directed at the jury.

DATED:  Honolulu, Hawaii, _____ APR 1 8 2006 _____.

_____

DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO
UNION and UNITED STATES
OLYMPIC COMMITTEE

DEFENDANTS' PROPOSED
VERDICT FORM
(United States Taekwondo Union)

Do you find from a preponderance of the evidence:

(1)    Plaintiff had a contract with the United States Taekwondo Union to be the 2004 US Olympic Taekwondo Coach.

Answer Yes or No _____

(2)    Plaintiff's contract was vacated by the United States Taekwondo Union when it decided to issue a new coaching selection criteria; and

Answer Yes or No _____

(3)    Plaintiff's contract was vacated by the United States Taekwondo Union when it decided to issue a new coaching selection criteria solely because of Plaintiff's race.

Answer Yes or No _____

[Note: If you answered No to Question No. 1, Question No. 2, or Question No. 3, do not answer the remaining questions but sign and date the document and proceed to the next Verdict Form.]

(4)    That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No _____

If your answer is Yes, in what amount? $_____

[Note: The answers to question 4 shall be the same on the verdict form for each Defendants.]

DEFENDANTS' PROPOSED
VERDICT FORM
(United States Taekwondo Union)
(page 2)

(5)    That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _____

If your answer is Yes, in what amount? $_____

[Note: The answers to question 5 shall be the same on the verdict form for each Defendants.]

(6)    That the Plaintiff failed to mitigate his damages?

Answer Yes or No _____

If your answer is Yes,  subtract the amount of damages identified in response to questions Nos. 4 and 5 by the amount of damages Plaintiff failed to mitigate and provide the total here.  $_____

[Note: The answers to question 6 shall be the same on the verdict form for each Defendants.]

(7)    That the United States Taekwondo Union acted with malice or reckless indifference to the Plaintiff's federally protected rights?

Answer Yes or No _____

If your answer is Yes then identify the amount of punitive damages. $_____

SO SAY WE ALL:

_____          _____
Foreperson                                      Dated

DEFENDANTS' PROPOSED
VERDICT FORM
(United States Olympic Committee)

Do you find from a preponderance of the evidence:

(1)     Plaintiff had a contract with the United States Olympic Committee to be the 2004 US Olympic Taekwondo Coach.

Answer Yes or No _____

(2)     Plaintiff's contract was vacated by the United States Olympic Committee when it decided to issue a new coaching selection criteria; and

Answer Yes or No _____

(3)     Plaintiff's contract was vacated by the United States Olympic Committee when it decided to issue a new coaching selection criteria solely because of Plaintiff's race.

Answer Yes or No _____

[Note: If you answered No to Question No. 1, Question No. 2, or Question No. 3, do not answer the remaining questions but sign and date the document and proceed to the next Verdict Form.]

(4)     That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No _____

If your answer is Yes, in what amount? $_____

[Note: The answers to question 4 shall be the same on the verdict form for each Defendants.]

DEFENDANTS' PROPOSED
VERDICT FORM
(United States Olympic Committee)
(page 2)

(5)    That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _____

If your answer is Yes, in what amount? $_____

[Note: The answers to question 5 shall be the same on the verdict form for each Defendants.]

(6)    That the Plaintiff failed to mitigate his damages?

Answer Yes or No _____

If your answer is Yes,  subtract the amount of damages identified in response to questions Nos. 4 and 5 by the amount of damages Plaintiff failed to mitigate and provide the total here.  $_____

[Note: The answers to question 6 shall be the same on the verdict form for each Defendants.]

(7)    That the United States Olympic Committee acted with malice or reckless indifference to the Plaintiff's federally protected rights?

Answer Yes or No _____

If your answer is Yes then identify the amount of punitive damages. $_____

SO SAY WE ALL:

_____          _____
Foreperson                                         Dated

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO | ) | |
| UNION, a Colorado nonprofit | ) | |
| Corporation, UNITED STATES | ) | |
| OLYMPIC COMMITTEE, a federally | ) | |
| chartered nonprofit corporation; | ) | |
| JOHN DOES 1-10; JANE DOES 1- | ) | |
| 10; DOE PARTNERSHIPS 1-10; | ) | |
| DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

was duly served by depositing the same in the United States Mail, postage

prepaid [M], hand-delivery [HD], facsimile transmission [F] or

electronically through CM/ECF [E] to the following at their last known

address:

WARD D. JONES, ESQ.                    [ HD ]
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
--and--

GLENN H. UESUGI, ESQ.                [HD]
MICHAEL J. GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii  96817

    Attorneys for Plaintiff
    Dae Sung Lee

                           APR 1 8 2006

DATED:  Honolulu, Hawaii, _____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO
UNION and UNITED STATES
OLYMPIC COMMITTEE