ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Partnership, LLP

DAVID M. LOUIE                     2162-0
Email: dlouie@rlhlaw.com
APRIL LURIA                        4687-0
Email: aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email: mlevinstein@wc.com
ROBERT L. MOORE
Email: rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
WILLIAM J. BACHMAN
Email: wbachman@wc.com
DAVID A. FORKNER
Email: dforkner@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants
United States Taekwondo Union and
United States Olympic Committee

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |

|                                              |   |                                   |
|----------------------------------------------|---|-----------------------------------|
| Plaintiff,                                   | ) | DEFENDANTS UNITED STATES          |
|                                              | ) | TAEKWONDO UNION AND               |
| vs.                                          | ) | UNITED STATES OLYMPIC             |
|                                              | ) | COMMITTEE'S PROPOSED              |
| UNITED STATES TAEKWONDO                      | ) | STATEMENT OF THE CASE;            |
| UNION, a Colorado nonprofit                  | ) | CERTIFICATE OF SERVICE            |
| Corporation, UNITED STATES                   | ) |                                   |
| OLYMPIC COMMITTEE, a federally               | ) | Trial Date: May 17, 2006          |
| chartered nonprofit corporation;             | ) |                                   |
| JOHN DOES 1-10; JANE DOES 1-                 | ) |                                   |
| 10; DOE PARTNERSHIPS 1-10;                   | ) |                                   |
| DOE CORPORATIONS 1-10,                       | ) |                                   |
|                                              | ) |                                   |
| Defendants.                                  | ) |                                   |

### DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S PROPOSED STATEMENT OF THE CASE

Defendants United States Taekwondo Union and United States Olympic Committee, by and through their counsel, Roeca Louie & Hiraoka, propose that the following Statement of the Case be read to the jury.

DATED: Honolulu, Hawaii, _____.

APR 18 2006

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO
UNION and UNITED STATES
OLYMPIC COMMITTEE

2

DEFENDANTS UNITED STATES OLYMPIC COMMITTEE
AND UNITED STATES TAEKWONDO UNION'S PROPOSED
STATEMENT OF THE CASE

Plaintiff Dae Sung Lee filed a complaint against two nonprofit corporations, the United States Olympic Committee and the United States Taekwondo Union. Plaintiff alleges that the United States Olympic Committee and the United States Taekwondo Union violated his rights under a federal statute, 42 U.S.C. § 1981. This statute provides:

> All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishments, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

Plaintiff alleges that his rights were violated when Defendants issued new coach selection criteria and Plaintiff's appointment as a coach for the 2004 Olympic Games in Athens Greece was rescinded. Plaintiff claims that he was removed as the coach because of his race. Plaintiff seeks general and special damages he contends were caused by the violation of 42 USC § 1981.

Each Defendant denies that it violated Plaintiff's rights under 42 USC § 1981. Each Defendant contends that the actions that resulted in the removal of Plaintiff as the 2004 U.S. Taekwondo coach were the result of the reorganization of the United States Taekwondo Union and the new United States Taekwondo Union's management's issuance of objective criteria issued to help the athletes who would be competing at the 2004 Olympics in Athens. Each Defendant denies that Plaintiff suffered any damage as a result of his removal as the 2004 U.S. Taekwondo coach. Each Defendant contends that if Plaintiff did suffer any damage, it was the result of Plaintiff's own action or inaction.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally chartered nonprofit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

      WARD D. JONES, ESQ.    [HD]
      Bervar & Jones
      1400 Pauahi Tower
      1001 Bishop Street
      Honolulu, Hawaii 96813
      --and--

GLENN H. UESUGI, ESQ.  [HO ]
MICHAEL J. GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii  96817

    Attorneys for Plaintiff
    Dae Sung Lee

APR 1 8 2006

DATED:  Honolulu, Hawaii, _____.


_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants
UNITED STATES TAEKWONDO
UNION and UNITED STATES
OLYMPIC COMMITTEE

6