MICHAEL J. GREEN     4451-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  michaeljgreen@hawaii.rr.com

BERVAR & JONES
Attorneys at Law
A Law Partnership

WARD D. JONES 2958-0
BERVAR & JONES
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail:  wdj@bervar-jones.com

GLENN H. UESUGI     4865-0
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail:  glenn.uesugi.@gmail.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2006

at __1__ o'clock and __34__ min. __PM__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461 SOM LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE;** |
| | ) | **EXHIBITS "1" AND "2"** |
| | ) | |

| | |
|---|---|
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, UNITED STATES OLYMPIC COMMITTEE, a federally charged nonprofit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10,<br><br>　　　　　　Defendants. | [RE:  RETURN OF SERVICE ON JUAN MORENO]<br><br><br><br><br><br><br><br>Trial Date:  May 17, 2006<br>Judge:  Hon. Susan O. Mollway |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Proof of Service and Sheriff's Return of Service of a Subpoena that was served on Juan Moreno on March 30, 2006 whose appearance and production of documents or objects which was set for April 4, 2006 at 9:00 a.m. at United States Court House, 300 Ala Moana Boulevard, Courtroom C-409, Honolulu, HI 96850, attached hereto as Exhibits "1" and "2". A copy of this certificate of service will be served on the foregoing by depositing the same in the United States Mail, postage prepaid, hand-delivery, or facsimile transmission to the following at their last known address: