# SHERIFF'S RETURN OF SERVICE

MIAMI-DADE COUNTY, FL

| SERVICE NUMBER | | TO BE SERVED | | | ALIAS/PLURIES |
|---|---|---|---|---|---|
| 1678462 / 0 | | MORENO         JUAN | | 14260 SW 136 ST #15 | |

**REFER TO SERVICE NUMBER ABOVE WHEN FILING AS ALIAS OR PLURIES**

**TRANSACTION #**  040025

| RETURN DATA CHANGE | | 13759 SW 149 TR    MIA      FL 33176 | (305)525-4309 | |
|---|---|---|---|---|

| COURT CASE NUMBER | | PLAINTIFF | | | DATE 3/15 |
|---|---|---|---|---|---|
| 04 461 SOMLEK | | LEE              DAC | | | 02/18/200_ |

| COURT | WRIT TYPE | DEFENDANT | | | DEPOSIT |
|---|---|---|---|---|---|
| | SUBP | UNITED STATES TAEKWONDO UNION | | | |

| COURT DATE | POSSESSION MAILED | MAIL RETURN TO | | FEES | |
|---|---|---|---|---|---|
| 04/04/2006 | | WARD JONES    1001 BISHOP STREET ST(400) PAUHI TOWER | | 20.00  1.00 |
| ZONE | SERVICES | | | | 20.00 |
| 05 G | 01 | HONOLULU         HI   9681 | | CHECK 41.00 |

**RETURN DISBURSEMENT NUMBER**   RD - / -

**RECEIPT #**

SEE AFFIDAVIT

NOTARIZE MIAMI-DADE COUNTY RETURN

---

## SERVICE INFORMATION

### ALL ACTIONS PERFORMED IN ACCORD WITH APPLICABLE FLORIDA STATE STATUTES

☑ **SERVED**      **SERVICE DETAILS**

☑ INDIVIDUAL SERVICE ON "TO BE SERVED"      ☐ EXECUTED PER INSTRUCTIONS      ☐ OTHER: See Comments

☐ **SUBSTITUTE SERVICE:**      NAME      RELATIONSHIP TO "TO BE SERVED"
(Served On A Person Residing Therein of Age 15 Years or Older)

☐ **CORPORATE SERVICE:**      NAME      POSITION
(As Defined in F.S. 48.081 and F.S. 48.091)

☐ RESIDENTIAL   ☐ COMMERCIAL   AT:

**Posted After Following Prior Personal Service Attempts:**   ADDRESS

1. _____ DATE ___ am/pm ___ TIME CIRCLE   2. _____ DATE ___ am/pm ___ TIME CIRCLE

**24 HOUR NOTICE POSTED:** By _____ PRINT NAME _____ COURT ID# _____ on _____ DATE _____ TIME CIRCLE   ☐ R   ☐ c

☐ PLACED IN POSSESSION: _____ NAME _____ CONTACT #

### NO SERVICE      NO-SERVICE DETAILS

☐ UNABLE TO LOCATE "TO BE SERVED" AND DOCUMENT COULD NOT LAWFULLY BE SERVED IN ANOTHER MANNER

☐ "TO BE SERVED" NOT AT GIVEN ADDRESS

☐ NO SERVICE PER DIRECTIONS OF PLAINTIFF/REPRESENTATIVE
NAME: _____ CONTACT #:

☐ BANKRUPTCY   ☐ ASSETS NOT FOUND   ☐ PARTY PAYING DIRECT PER ABOVE NAMED PLAINTIFF/REPRESENTATIVE

☐ NO LONGER IN BUSINESS   ☐ FULLY SATISFIED   ☐ OTHER: See Comments   ATTEMPTS

### COMMENTS

---

### RETURN

On 3/30/06 at 5.25 am/pm CIRCLE

Carlos Alvarez, Director and Metropolitan Sheriff
Miami-Dade County, Florida

By _Frances Ladson_    _____    6653
   PRINT NAME         SIGNATURE      COURT ID#

☐ Deputy Sheriff   ☑ Court Support Specialist   (305) 375-5100
140 West Flagler Street, Suite 801, Miami, Florida 33130-15__   (305) 375-5517

**EXHIBIT**

ORIGINAL-CLERK OF THE COURT      YELLOW-PLAINTIFF/REPRESENTATIVE

### NOTARIZATION OF SERVER'S SIGNATURE
(BY SPECIFIC REQUEST AND FEE ONLY)

☐ IDENTIFICATION PRODUCED (Specify Below)

☑ PERSONALLY KNOWN

SWORN TO BEFORE ME ON 3/11/06

SIGNATURE

Notary Public State of Florida
Jada Fulton
My Commission DD407353
Expires 03/15/2009