AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/30/06 | 15759 SW 149 Terr, Miami-Dade County Fl |
| SERVED ON (PRINT NAME) | Juan Moreno | MANNER OF SERVICE: Personal Service |
| SERVED BY (PRINT NAME) | Frances Ladson | TITLE: CSSI #6653 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER: 140 W Flagler St #801, Miami, Florida 33130

4/4/06

Notary Public State of Florida
Juda Fulton
My Commission DD407353
Expires 03/15/2009

EXHIBIT "2"

| | |
|---|---|
| DAVID M. LOUIE, ESQ.<br>APRIL LURIA, ESQ.<br>Roeca, Louie & Hiraoka<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii 96813 | VIA HAND DELIVERY |
| MARK S. LEVINSTEIN, ESQ.<br>GABRIEL A. FELDMAN, ESQ.<br>ROBERT L. MOORE, ESQ.<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005 | VIA FACSIMILE |

Attorneys for Defendants
UNITED STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

DATED: Honolulu, Hawaii, April 25, 2006.

_____
MICHAEL J. GREEN
WARD D. JONES
GLENN H. UESUGI
Attorneys for Plaintiff Dae Sung Lee