Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA            4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email: mlevinstein@wc.com
ROBERT L. MOORE
Email: rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF ERRATA RE |
| | ) | DEFENDANTS UNITED STATES |

|  |  |  |
|---|---|---|
| vs. | ) | TAEKWONDO UNION AND |
|  | ) | UNITED STATES OLYMPIC |
| UNITED STATES TAEKWONDO | ) | COMMITTEE'S TESTIMONY AND |
| UNION, a Colorado nonprofit | ) | DECLARATION DESIGNATIONS |
| Corporation, et al., | ) | OF VIRGINIA WITTE FROM |
|  | ) | AUGUST 12, 2004 HEARING |
| Defendants. | ) | (FILED MARCH 14, 2006 AS |
|  | ) | CM/ECF DOCUMENT NO. 192); |
|  | ) | EXHIBIT "2"; CERTIFICATE OF |
|  | ) | SERVICE |
|  | ) |  |
|  | ) | Trial Date: April 4, 2006 |

601-1/Notice of Errata re WitteDecDesig.al.sh.wpd

## NOTICE OF ERRATA RE DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S TESTIMONY AND DECLARATION DESIGNATIONS OF VIRGINIA WITTE FROM AUGUST 12, 2004 HEARING (FILED MARCH 14, 2006 AS CM/ECF DOCUMENT NO. 192)

Defendants by and through their attorneys, Roeca, Louie & Hiraoka, hereby submit their Notice of Errata Re Defendants United States Taekwondo Union and United States Olympic Committee's Testimony and Declaration Designations of Virginia Witte from August 12, 2004 Hearing (filed March 14, 2006 as CM/ECF Document No. 192) pursuant to Rule 7(b) of the Federal Rules of Civil Procedure.

By this Notice, Defendants withdraw the electronically filed Exhibit "2" to Defendants United States Taekwondo Union and United States Olympic Committee's Testimony and Declaration Designations of Virginia Witte from

August 12, 2004 Hearing (filed March 14, 2006 as CM/ECF Document No. 192) and submit the correct Exhibit "2" attached hereto to complete the Court's record. The correct Exhibit "2" was served on all parties on March 14, 2006.

DATED: Honolulu, Hawaii, _____APR 2 7 2006_____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE