Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA             4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF ERRATA RE |
| | ) | DEFENDANTS UNITED STATES |



vs.                                    )    TAEKWONDO UNION AND
                                       )    UNITED STATES OLYMPIC
UNITED STATES TAEKWONDO                )    COMMITTEE'S DEPOSITION AND
UNION, a Colorado nonprofit            )    TESTIMONY DESIGNATIONS OF
Corporation, et al.,                   )    DAE SUNG LEE (TAKEN ON JUNE
                                       )    23, 2005) (FILED MARCH 15, 2006
            Defendants.                )    AS CM/ECF DOCUMENT NO. 209);
                                       )    EXHIBIT "A"; CERTIFICATE OF
                                       )    SERVICE
                                       )
_____        )    Trial Date:  April 4, 2006

601-1/Notice of Errata re LeeDesig.al.sh.wpd

## NOTICE OF ERRATA RE DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S DEPOSITION AND TESTIMONY DESIGNATIONS OF DAE SUNG LEE (TAKEN ON JUNE 23, 2005) (FILED MARCH 15, 2006 AS CM/ECF DOCUMENT NO. 209)

Defendants by and through their attorneys, Roeca, Louie & Hiraoka,

hereby submit their Notice of Errata Re Defendants United States Taekwondo

Union and United States Olympic Committee's Deposition and Testimony

Designations of Dae Sung Lee (taken on June 23, 2005) (filed March 15, 2006 as

CM/ECF Document No. 209) pursuant to Rule 7(b) of the Federal Rules of Civil

Procedure.

By this Notice, Defendants withdraw the electronically filed Exhibit

"A" to Defendants United States Taekwondo Union and United States Olympic

Committee's Deposition and Testimony Designations of Dae Sung Lee (taken on

June 23, 2005) (filed March 15, 2006 as CM/ECF Document No. 209) and submit