IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

DAE SUNG LEE, ) CIVIL NO. 04-00461 SOM LEK
Plaintiff, )
vs. )
UNITED STATES TAEKWONDO )
UNION, a Colorado nonprofit)
corporation, UNITED STATES )
OLYMPIC COMMITTEE, a )
federally chartered )
nonprofit corporation; )
JOHN DOES 1-10; JANE DOES )
1-10; DOE PARTNERSHIPS )
1-10; DOE CORPORATIONS )
1-10, )
ÿ Defendants. )
_________________________)

THE VIDEOTAPED DEPOSITION OF DAE SUNG LEE

Taken on behalf of the Defendants at the offices of Roeca, Louie & Hiraoka, 900 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawaii, on June 23, 2005, pursuant to Notice.

Reported By:

Cristina V. Llewellyn, RPR, CSR 343

I N D E X O F E X A M I N A T I O N

EXAMINATION BY: PAGE:

Mr. Levinstein.................................. 4

I N D E X O F E X H I B I T S

DEPOSITION EXHIBIT NO.: PAGE:

1 - Declaration of Dae Sung Lee................. 69

2 - Report to: The United States Olympic Committee.................................. 217

3 - Agreement.................................. 231

4 - USOC Remediation Plan for USTU.............. 231

5 - Mail Ballott............................... 232

6 - Complaint.................................. 250

7 - Korean ad.................................. 294

8 - Korean ad.................................. 301

A P P E A R A N C E S

For Plaintiff:

WARD D. JONES, ESQ.
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

For Defendants:

MARK S. LEVINSTEIN, ESQ.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

APRIL LURIA, ESQ.
Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

VIDEOGRAPHER:

JUSTIN LANGLAIS
Certified Legal Video Services
1000 Bishop Street, Suite 904
Honolulu, Hawaii 96813

THE VIDEOGRAPHER: This is the deposition of Dae Sung Lee in the matter of Dae Sung Lee versus United States Taekwondo Union, et al. We are located at Roeca, Louie & Hiraoka, Davies Pacific Center, 841 Bishop Street, Suite 900, Honolulu, Hawaii, 96813. My name is Justin Langlais, Legal Video Specialist for Certified Legal Video Services.

Will the counsel please state your names?

MR. JONES: Good morning. Ward Jones appearing on behalf of Plaintiff Dae Sung Lee who is with us today.

MR. LEVINSTEIN: Good morning. Mark Levinstein of the law firm of Williams & Connolly, counsel for the defendants. And I will give you -- oops, here's a card.

THE VIDEOGRAPHER: Today is June 23rd the year 2005. We are on the record at 9:06 A.M.

Will the court reporter please swear in the deponent?

DAE SUNG LEE,

called as a witness at the instance of the Defendants, having been duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXHIBIT "A"

EXAMINATION

BY MR. LEVINSTEIN:

Q. Good morning.

A. Good morning.

Q. We have a lot of information already about your background and that sort of thing. So I will ask you a little bit but --

A. Yes.

Q. -- not very much. You've been to a number of these depositions. So I assume we don't need to talk about -- but if you need a break, anytime you want to stop --

A. Yes.

Q. -- any concern you have, you need to talk to your lawyer --

A. Yes.

Q. -- don't be shy.

A. Yes.

Q. This is not a -- supposed to be any more unpleasant than it has to be so -- and our goal is to -- there's a lot to cover.

A. Yes.

Q. And if there's any question I ask you don't understand or confuses you just say, I don't know what you're talking about, could you try again or whatever,

however you want to put it --

A. Yes.

Q. -- and I will give another attempt.

A. Yes.

Q. Why don't you just describe briefly your educational background.

A. I came to United States 1971, March 12, from Seoul, Korea. I went to Kalihi-Kai Elementary School for sixth grade for three months. Then I went to Kalakaua Intermediate. Then I went to Moanalua High School. Then I graduate from 1977. Then I went to University of Hawaii from '78 to 1987. I have a degree of political science, political science. And then minor, you could say minor major, I didn't completely, but I have a P.E. background, P.E.

Q. Physical education?

A. Yes.

Q. Okay. Just so I heard all that --

A. Yes.

Q. -- you attended the University of Hawaii from 1978 until 1987?

A. Yes.

Q. Okay. Was it because you were busy competing in taekwondo --

A. Yes.

Q. -- that you couldn't go full-time?

A. Yes. Well, one -- one international championship that I went and then I consult with my professor. But after I return, I couldn't catch up and then I got, you know, little bad grade and then, you know. So after that if I have any international championships that I need to participate such as like world championship, world cup, then I skip whole semester just to participate that international so I can focus.

Q. Okay. When you didn't skip a whole semester did you go full-time?

A. Yes. And then also summer school too.

Q. Were you working while you were attending University of Hawaii?

A. I work -- well, sometime I work for part-time. But during the summertime, yes, I did work with my dad as a janitor service in Pearl Harbor most of the summers, though. And during the school year from 1983, I -- we ran the taekwondo club in University of Hawaii introduced by Dr. Sullivan.

Q. Okay. Let me -- did you say March 12th of 1971 is when you arrived?

A. Yes.

Q. And you were 12 years old then?

A. Fifty-nine. Oh, yeah, 12 years old or 11, 12.

Q. And so you started college in '78 when you were 19?

A. Uh-huh. Well, I got accepted in '77 fall, but I went to Korea.

Q. Okay.

A. And then I enroll from '78.

Q. And what were you doing in Korea in the fall of '77?

A. I was Hawaii national soccer team member, so we had a soccer game trip. And then I never visit Korea for six years, so that was my chance to visit after I got accepted in University of Hawaii.

Q. Did you play soccer in high school?

A. Yes.

Q. And you said the Hawaii national soccer team?

A. Korean, what is that, what do you call it, Korean -- Korean immigrant soccer team.

Q. Was there some sort of tournament for people of Korean background who lived in different countries?

A. Yes. You know in Korea, they have Korean like a national sports game, and what they do is that they invite any Korean immigrant to foreign country.

They make their team and they compete in that -- during that same period of our Korean national game.

Q. Okay. So your team was made up of other Korean-Americans who lived in Hawaii.

A. As long as you have a Korean blood. So there was -- there was -- we had a few half Korean, half other.

Q. And you started at the University of Hawaii then in January of 1978?

A. Yes, sir.

Q. And who supported you during 1978 to 1987?

A. Oh, my family.

Q. So you weren't earning enough from the summer job and --

A. I think that --

Q. -- to support yourself?

A. No. Summer job was very good, sir, yeah, was very good.

Q. Was it enough to pay for the whole year?

A. For tuition, yes. My tuition was -- first year was 218.

Q. And did you --

A. And then --

Q. -- live at home?

A. And then also I work like a -- how I could

say, like part-time and, you know, wash dishes. I delivered newspaper, you know, when I was in like eighth grade and then -- and I worked as a assistant bartender for like two -- Friday and Saturday. That was like, you know --

Q. When you were younger.

A. -- during the college.

Q. Oh, during college.

A. Yes.

Q. Now you said starting in '83 --

A. Yes.

Q. -- you helped run a taekwondo club?

A. Yes. Somebody asked me to run taekwondo club in University of Hawaii.

Q. Okay. Was that a paid position?

A. No, this was volunteer.

Q. And Dr. Sullivan was in charge of that?

A. Yes. But he had to go to doctor's -- what is that, like getting a doctor degree on, I think, Florida.

Q. I see. He started the club and when he left they asked you to take over running it.

A. Yes.

Q. Okay. Could you briefly describe your taekwondo competitive career?

A. From the starting or --

Q. Not in super detail but, yes.

A. Okay. Well, I started 1968 in Korea. Reason why because I wasn't physically fit. So parents thought that if I practice taekwondo, I will have physical fitness. Nineteen seventy-one I came. I couldn't find taekwondo school. So I practiced hap ki do, this is -- it's akido and taekwondo in between, that we call hap ki do, for about six months. Then in 1973, I found Master Randy Chun who still lives in Hawaii, practiced with him until 1976 because he -- he retire from the taekwondo.

So then 1977, I met Master Sol, Ji Sung Sol, who lives in Florida now. No, I'm sorry, Atlanta, Georgia. He was in Florida and he moved to Atlanta. He is the one -- he's the gentleman who introduced U.S. national championship. So my first national championship was 1977 in UC Berkeley. I used to compete in karate tournament in Hawaii from '73 to '76.

Q. What kind of a tournament?

A. Karate, karate.

Q. Karate tournament.

A. Yes.

Q. Sorry.

A. That's pro tournament, not -- not like

Olympic style. Then I stopped completely for 1976 and '77 beginning of the year because I was playing sports in school, football, soccer, track, my junior and senior year.

Q. American football?

A. I was a kicker.

Q. Okay. Just wondering, okay.

A. But, sir, I -- I made Allstar.

Q. You were a very good field goal kicker.

A. I was Allstar.

Q. Were you a punter and a kicker or just a --

A. No, just kicker.

Q. Field goal kicker.

A. Yeah.

Q. And kickoffs?

A. Yes, kickoffs, sir.

Q. Okay.

A. Then '77, I lost. I -- I came in second place, but I won the first in poomse. Seventy-eight I lost first fight, but I came in first place in poomse. Poomse means form. And from '79 to 1987, I was a national team member for fin weight, which is lowest -- lowest category in our --

Q. What weight?

A. Fin, fin weight, that's what they call.

Q. F-I-N?
A. Yes.
Q. Fin weight.
A. Yes. You have to be 50 kilo and under.
Q. Hundred ten pounds?
A. Yes.
Q. Okay. About.
A. Let's see --
Q. Or actually, exactly, right?
A. Yes.
Q. Two point two?
A. Yeah, yes.
Q. Okay.
A. And then I went to five world championship. I --
Q. Stop one second --
A. Yes, sir.
Q. -- just so we can -- in 1977 and 1978, one you lost in the final and one you lost earlier.
A. Yes.
Q. These were the U.S. national championships?
A. Yes.
Q. Okay. I just wasn't sure which event we were talking about.
A. Yes, sir.

Q. And at the U.S. national championships for taekwondo, they had both sparring and forms?
A. Yes.
Q. Any other categories? Did they have board breaking or things like that?
A. Starting from '79 we had board breaking.
Q. Okay. And so in '77, '78, you did both forms and sparring.
A. Yes.
Q. From '79 to '87, did you do both?
A. I did break -- breaking on '79, but I didn't -- I stopped in 1980 because I won three and then I thought that was enough. Seventy-nine I won breaking, poomse, and sparring.
Q. You won all three --
A. Yes.
Q. -- categories.
A. Yes.
Q. And then in 1980 --
A. I only -- I won poomse -- no, I'm sorry, I lost the poomse and I won -- I came in second place, but I won sparring. From '79 to '87, I was a national team member. I -- I didn't lost. Nine year consecutive national team member.
Q. When you say national team member --

A. Yes.
Q. -- you actually won your -- is that -- sorry. To be a national team member, do you have to win the tournament?
A. Okay. Before, previous, was if you go to national championship and if you -- when you win, then you become a national team member. But from I think, I believe, 1987, I think you have -- you have to go to team trial to become a national team member. I think that was the first year.
Q. Okay. Was there only one national team member from each weight class?
A. Yes.
Q. So beyond -- was there a team in the sense that it trained or just by winning --
A. Individual.
Q. -- you got the title being called national --
A. Yes.
Q. -- team member?
A. Yes.
Q. Okay.
A. Each individual practice from different school, different taekwondo school.
Q. Okay.
A. And then from '79, yeah, '79 to '86 was just

national champion.
Q. I'm sorry, '87 you were also in the national champion.
A. Yes. Not national champion, I didn't participate in national champion. I went to team trial because I had a wild card sort of. So if you are previous national champion, you know, you can use the wild card.
Q. Okay. So we're talking about the U.S. national championships.
A. Oh, I'm sorry, I -- I -- yeah, I fought '87 too, yeah, I'm sorry. But you still had to go to team trial.
Q. I understand, you had to do both in 1987.
A. Yes.
Q. Okay. But you did win the U.S. national championship in the fin weight division --
A. Yes.
Q. -- every year from 1979 through 1987.
A. Yes.
Q. But in 1987 -- I'm sorry, from 1979 to 1986, by winning that event you were automatically on the national team?
A. Yes.
Q. In 1987, even though you won, you still had

to go to the national --

A. Team trial.

Q. -- team trials.

A. Yes.

Q. And at that event because you won, you went straight to the finals and fought whoever won the tournament?

A. No.

Q. No.

A. You have to go to elimination too. Same --

Q. Okay.

A. -- yes.

Q. Okay. But -- but you had to win. So you both won the 1987 event and then you went to team trials in 1987.

A. Yes, for Pan Am.

Q. For the Pan Am Games.

A. And the world championship. Because 1987, that's the first full medal sports in Pan Am Game.

Q. Before 1987, was it in the Pan Am Games?

A. No, sir. Pan Am Taekwondo Championship.

Q. Is the Pan Am Taekwondo Championship part of the overall Pan Am Games for all the other sports or is it separate?

A. Separate. Taekwondo championship is separate. Pan Am Game is all -- all -- all the sport, all other Olympic sports, like 28 sports, yes.

Q. And I'm just wondering, are they altogether at the same time or is the Pan Am Taekwondo at a different time of year?

A. Okay. Pan Am Taekwondo Championship is only taekwondo.

Q. Right.

A. So it's a different -- every two years. And then Pan Am Game is every four years just like Olympic Game.

Q. I see.

A. And then it were held in Indianapolis.

Q. Okay. When the Pan Am Games were held every four years --

A. Yes.

Q. -- starting in 1987, did they include --

A. Taekwondo as a full medal sports, yes.

Q. Okay. But they were also --

A. Taekwondo Championship, Pan Am Taekwondo Championship.

Q. And this is where --

A. Every two years. And then we have what we call PAT too, the Pan Am Taekwondo Association. They

are the -- they are the organization that -- who host the Pan Am Taekwondo Championship. And it rotates to Pan American area, different countries.

Q. Okay. So when was the first Pan Am Games that had taekwondo, 1987?

A. Yes, sir.

Q. And that year, was there both taekwondo in the Pan Am Games and the Pan Am Taekwondo Championship?

A. No.

Q. Okay. That year in 1987, there was just the Pan Am Games.

A. Yes, and world championship.

Q. And world championships. Was there -- when was the next Pan Am Taekwondo Championships?

A. I think was next year, following year, '88.

Q. Okay.

A. But I think -- I'm not too sure because '88 was the -- that's the first demonstration sports in taekwondo. So I don't know if they had that and because 1980 I lost the game. So --

Q. Okay.

A. -- I don't --

Q. We'll get to that.

A. Uh-huh.

Q. But before we get to that, let's take right now.

A. Yes, sir.

Q. Let's just look at 2001 to 2004.

A. Uh-huh.

Q. The Pan Am Games were in 2003?

A. Yes.

Q. Were there two Pan Am Taekwondo Championships in those four years?

A. Yes, 2002.

Q. In two thousand --

A. Two and 2000. I think, I believe --

Q. Same year as the Olympics?

A. Gosh, this is hard because -- I think was last year. Yeah, I think last year they had a Pan Am -- yeah, Pan Am Taekwondo Championship in Olympic year, I believe so.

Q. Okay.

(The court reporter asked for a clarification.)

Q. You can keep looking at me if you want, but you'll have to talk loud enough --

A. Okay.

Q. -- so she can hear --

A. Oh, I'm sorry.

Q. -- because she's the one that has to write it down.
A. Okay.
Q. No, you -- no, don't apologize. You're doing fine. I just -- she's trying to look around because she can't hear you or see your mouth so.
All right. So for nine years in a row, 1979 to 1987 --
A. Yes.
Q. -- you'd been in the national champion.
A. Yes.
Q. Was there a U.S. national championship in 1988?
A. U.S. Taekwondo -- yes, in Florida.
Q. Okay.
A. But we have a new selection procedure that previous national team member, it's not necessary to compete in taekwondo -- was a national championship in order to go to team trial.
Q. Okay. In one year you didn't have to go to the national championship to go to the team trials and another year you did. Which was which?
A. Eighty-seven I went to national championship and I went to team trial.
Q. In 1988, you didn't have to go to both.

A. No.
Q. You can go right to team trial?
A. To team trial, yes, Olympic qualification.
Q. Okay. And you didn't go to the national championship.
A. No, I was --
Q. In 1988.
A. No.
Q. Because you were only focused on the team trials?
A. Yes. And also, I was coaching at Olympic Training Center.
Q. Okay.
A. As a resident coach.
Q. When did you first go to the Olympic Training Center as a coach or an athlete?
A. Eighty-seven, I was there from I believe was beginning of July for Pan Am Game and including Pan Am Game and world championship until November. Then I went home and then I went back on January, and then I had the title of as a trainer, not as a -- because Mr. Sang Lee was the coach that time, and I had the title of trainer. So I was -- starting from 1988, January.
Q. Okay. So in 1987, in the beginning of

July, you went to Colorado Springs to the Olympic Training Center and trained there and were there continuously --
A. Then we went --
Q. -- except the team would go to the Pan Am Games --
A. Uh-huh.
Q. -- and then come back to Colorado Springs and then the team would go to the world championships and came back to Colorado Springs.
A. Went to Pan Am Game and then I believe we had a little break, so everybody went home, and then we went to Spain for the world championship. Then I came back to Colorado, then I went home, then I decided to come back as a resident trainer in 1988.
Q. And who -- were you hired to be a trainer?
A. I was a volunteer.
Q. Were your expenses paid, room and board?
A. Yes, from USO -- I believe USTU.
Q. Okay. And that was true when you were an athlete and when you were a volunteer coach.
A. Yes.
Q. And in January of '88 when you were a volunteer trainer, you were also still competing as an athlete.

A. Yes.
Q. And the head coach was Sang Lee?
A. I think he was the Olympic Training Center Coach, I believe.
Q. Was he the only coach at the Olympic Training Center?
A. Yes.
Q. And other than you who were sort of a coach but called a trainer.
A. Yes.
Q. Was there a difference between a coach and a trainer?
A. Yes.
Q. Other than one was above the other?
A. Yes.
Q. Did a trainer do something different than coach?
A. See, usually trainer is like a drill sergeant if you put, you know -- I mean you make sure that you -- all the athletes do all the right things. And then the -- sometime the coach, you know, coach comes in and, you know, also give a session too. But it's not necessary, though, the head coach do that.
Q. I sort of understand, but I -- I'm not sure, but that's okay. I don't have to understand

everything. But the trainer's involved in coaching the athletes?

A. Yes, oh, yes.

Q. And telling them what they're doing correctly and what they're doing wrong?

A. Yes. And also when you go to championship, you coach them too.

Q. Okay.

A. But now they change the work. They don't use the trainer anymore. Previously world championship, there's like three title. There's head coach, assistant coach, and trainer. But I guess now they change to just head coach, and they don't want to use the word assistant, so they just say coach.

Q. And there are no more trainers?

A. No, sir. Then now the trainer is more as a medical trainer, the terminology.

Q. Did Sang Lee select you to be the volunteer trainer?

A. No, I volunteer and then I ask the board. Before that hand, I said my dream was -- when I going to school here and practice, I didn't had a proper coach, okay, even though I had a masters, but they are not coach, okay. You know, in taekwondo, there's certain parts are different. Sparring part is a

different aspect. It's like a little branch.

(The court reporter asked for a clarification.)

A. Little branch, a tree, okay? And, you know, like form, poomse, is another branch. You know, the root is a martial art. But because I love to compete --

Q. The root is the --

A. Martial art.

Q. Martial art. I thought you said mushroom. Okay, the root is the martial art.

A. Yes.

Q. And the branches are these different --

A. Yes.

Q. -- types of taekwondo.

A. Taekwondo, yes. And -- and my dream was to I don't have to worry about anything as long as there's a place to eat and practice. And then I heard so much about Olympic Training Center, so my goal is to go there. And then I had that opportunity as being a trainer and same time athlete to train at Olympic Training Center.

And then when I visited there in nineteen -- I believe 1986 was my first visit and then -- then I asked the members of USTU that if how I can become

either athlete resident or becoming a, you know, trainer or coach. And they said that I have to graduate college first. So I have to -- so that's when I finish my college and that's when -- and then that was my dream.

So, you know, it -- it fit me. And then I love the environment, I love my athletes, and then Mr. Sang Lee is my coach. So if anything that I had need to ask, that I can go right there because he was resident in Colorado Springs.

Q. Okay. Why couldn't you become a resident athlete? I mean you'd won the U.S. championships nine years in a row.

A. Oh, I didn't apply that time because of the school.

Q. Because of University of Hawaii?

A. Yes.

Q. I see.

A. I want to finish my -- my school first.

Q. So it wasn't until after --

A. Eighty-seven.

Q. -- you were done with school that you wanted to be a resident in Colorado Springs.

A. Yes. Well, first of all, it's '86 when I see, and then I thought that I need to graduate as soon

as possible in order to move because if I didn't then I don't think I would able to get a degree. So -- so I want to concentrate my --

Q. Okay.

A. -- education.

Q. So you needed the degree to become a trainer or a coach.

A. No, that's my person -- my personal. They didn't say anything about I need a degree or any resident coach.

Q. Oh.

A. As a, you know, college degree.

Q. I thought you said they asked. You asked them?

A. No, I asked them if they -- if it's necessary, but they didn't say. But Coach Sang Lee asked me to finish your college before you come in --

Q. Okay.

A. -- in resident program.

Q. All right. And why in '88 did you come on as a trainer instead of as an athlete because you were still competing?

A. Well, sir, it's -- 1988, like January, there is like I think close to 24 to, I'm sorry, about twenty -- 28 athletes either whether they live in the O --

OTC or living outside and training with us. So well, you could say that I was still athlete, you know. I'm not too sure that I was using a -- what is that, a terminology of trainer.

Q. Okay.

A. But I was athlete and then I trained with them; also trained them to participate in national championship. But 1988 National Championship I didn't participate because I was coaching those athlete who were training with me.

Q. And you figured nine years in a row was enough and you let somebody else win?

A. Sir, you know, tell the truth --

Q. You don't want to --

A. -- I don't want to talk about it, you know. It's -- it's -- it doesn't matter you are national champion, but there's a good day and bad day and that particular day wasn't my day.

Q. No, no, no, no, no, no. I'm talking about the national championship in 1988.

A. Yes.

Q. You didn't compete in that.

A. No.

Q. You went to team trials.

A. Yes.

Q. Were the team trials before the national championship or after?

A. After.

Q. Okay.

A. So those who will qualify at the national championship and then they can go to team trial.

Q. Okay. But you didn't go to the national championship.

A. Yes.

Q. But you still were eligible to go --

A. For the --

Q. -- to the team trial.

A. Yes.

Q. Because you were the winner from the last year.

A. Eighty seven, yeah, '87, yes.

Q. Okay. And if you remember, why didn't you go to the national championship, because you were coaching instead?

A. I was coaching and I didn't -- I -- it's not necessary that I need to go to national championship because of new procedure.

Q. Okay, I see. And so you were more focused on the team trials and the Olympic, so you didn't go to the national championship.

A. Yes.

Q. Okay. And the team trials, you lost in the final match.

A. Yes.

Q. And what month was that?

A. July 16.

Q. July 16.

A. July 16 or 14 in Riley, North Carolina.

Q. I understand it's a memorable day. I just wanted to get the -- and the Olympics in 1988 were in August or later?

A. I think October in Seoul, Korea.

Q. Okay. Well, it's the other hemisphere, so it was in October. And between July and October --

A. Yes.

Q. -- did you become a coach?

A. I was assisting all the practice for the U.S. Olympic Team.

Q. Was that at the training center?

A. Yes.

Q. Was that the same trainer position that you've been holding or --

A. Yes.

Q. -- was it a new position?

A. No, same because most of all the Olympic team

is remaine that year. They have to come down to Colorado Springs to train I think was six weeks or eight weeks before they left to Korea, months prior to the Olympic Game.

Q. Okay. So throughout 1988 you were living in Colorado.

A. Yes.

Q. You were living at the training center.

A. Yes.

Q. And after the July trials --

A. Yes.

Q. -- you continued being a trainer at the training center.

A. Yes.

Q. And at some point between July and October, perhaps in August or the end of July --

A. Uh-huh.

Q. -- the people who had been successful at the national -- at the team trials --

A. Yes.

Q. -- all came to Colorado Springs to prepare for the October Olympics.

A. Yes. And then President -- no, no, no. Mr. Sang Lee and Mr. Y. H. Pak who was a assistant coach were there too.

Q. So it had been just you and Mr. Sang Lee, but at some point they added another assistant coach to the training center.

A. When they -- official Olympic team was practicing, all the coaches were there, official Olympic coach.

Q. Oh, so just one more official Olympic coach?

A. Actually, I don't know you understand but there's affects. Do -- do you know our meaning of affects? Affects means extra credential. So there were two more coaches that they met when it was going to Korea.

Q. Oh, so at the training center Mr. Y.H. Pak --

A. Uh-huh.

Q. -- came to help Mr. Sang Lee and you train the athletes?

A. Yes.

Q. But then when it was time to go to Seoul --

A. Yes.

Q. -- two other --

A. Affects.

Q. -- coaches --

A. Yes.

Q. -- joined.

A. Yes.

Q. But they hadn't been at the training center preparing the athletes.

A. No.

Q. They just got on the plane and met you all --

A. And then --

Q. -- in Korea.

A. Yes. Because we went to Korea months prior to the Olympic Game.

Q. Oh, the six to eight weeks you referred to.

A. Yes.

Q. Does that include the month at the games or is that --

A. No.

Q. Oh, so six to eight weeks at the Olympic Training Center followed by a month in Korea.

A. Yes.

Q. That included --

A. The game.

Q. -- the games. And you went to the games?

A. Yes.

Q. As an assistant coach?

A. No, trainer and interpreter.

Q. But you in the same way that you coached when you were a trainer, you coached as a trainer interpreter?

A. Yes. After the -- my taekwondo -- because taekwondo was the very first sport that participate from the opening ceremony. So that was four -- I think, I believe it's four days. And then after that, I voluntarily to work at USOC as an interpreter, transportation department.

Q. Did you live in the Olympic Village?

A. Yes.

Q. The whole time?

A. Yes, with the U.S. Taekwondo Team.

Q. Did you have a credential as a trainer interpreter?

A. Yes. If you don't, you can't live there.

Q. I wasn't sure about 1988.

A. Oh, my God, the security is so bad, you can't -- you cannot access if you don't have that.

Q. Okay. And the training site where you trained for a month, was that right in Seoul?

A. Yes, the -- the Eighth Army, United States Eighth Army because of the security. So we transfer to -- walk twice a day that Eighth Army Service.

Q. Okay. And after the Olympics in 1988 --

A. Yes.

Q. Well, first, did you sit in anyone's chair during the Olympic?

A. Yes.

Q. And what athletes?

A. May Pejo in semifinal and she was one of my athlete.

Q. And how old was she?

A. I believe she was 16.

Q. Okay. And she's Sammy Pejo's sister?

A. Yes.

Q. Okay. So even though you were called a trainer interpreter, you had credential that let you coach.

A. Yes. And she lost her fight. The person who won, won the gold medal in two -- at 1988.

Q. Okay. How many athletes from the U.S. went to the '88 taekwondo?

A. Fifteen, fifteen athletes.

Q. Fifteen were in the Olympics?

A. Yes. At that time male seven weight qualify, one weight didn't qualify which is feather weight. Women qualify all -- all eight weight division. That's only demonstration, so they had for eight. Now they only have, you know, four that can participate from each countries so. And then our result, I believe we had four gold medal which doesn't count in medal standings.

Q. I understand. But the athletes got gold medals.
A. Yes.
Q. Any other medals besides four golds, if you remember?
A. Oh, God, no. May Pejo had a bronze medal. Oh, Han Won Lee had a bronze medal. If I go by one by one. I think Mr. Warwick had a bronze medal.
Q. Mr. Moreno?
A. Oh, Mr. Moreno, yeah, Juan Moreno, he had several medal.
Q. Okay. I just knew he beat you, he must have done pretty well there.
A. Oh, yes.
Q. If he could beat you to get there.
Okay. So the 15 athletes, at least eight medals.
A. I think more, but I -- I can't --
Q. Fine.
A. I'm sorry.
Q. I don't want to slide anyone who got a medal and I won't tell them you couldn't remember their medal, promise.
Okay. And so after the 1988 Olympics when you came home to the United States --

A. Yes.
Q. -- did you remain in Colorado Springs or did you go back to Hawaii?
A. I think I stop over for like a week or so and then I went back to Colorado Springs.
Q. So you were staying on as a --
A. Trainer.
Q. -- trainer at the Olympic Training Center.
A. Yes.
Q. And how long did you have that position?
A. Until 1993, March. But the trainer, I think, 1989 after I retire from the team trial, and then that's when they officially announced me as a, I think, resident coach.
Q. Did your job change at all when you went from being team trainer to team resident coach?
A. It's the same title, sir. I mean to me it was same title.
Q. Different title but same job.
A. Yes, same job.
Q. Nothing changed except they called you something different.
A. Yes.
Q. Okay.
A. Resident coach.

Q. You were still competing in 1989?
A. That was my final, yes.
Q. Did you compete in the national championships?
A. No.
Q. Okay. What event did you compete in in 1989?
A. 1989 Team Trial.
Q. Okay. Team trials for what?
A. For world championship.
Q. And when was that, what month? I don't need the day.
A. I think probably in Colorado Springs about, I'm not too sure, but either April or May.
Q. Okay. And did you win?
A. After I won my -- my -- all my matches, I retired.
Q. Did you fight Mr. Moreno again?
A. Yes.
Q. And you won.
A. Yes.
Q. But you didn't go to the world championships?
A. No. No, no, see, that's team trial is just only the two fighters again, first and second place.
Q. They both get to go?
A. No. And then they have to have a fight-off

about like two weeks later at the junior championship in some tournament. So what they do is they have to -- they select the -- they go to national championship, then they go to team trial, and then from the team trial overall who have the most, what is it, score, I mean who have the most winner become a first seeded and then who have second is second seeded. So this second seeded person have to beat twice in order to become a national champion and the first seeded just have to beat him once. I was first seeded and Mr. Juan Moreno was second seeded, but I resigned. I didn't compete on the final match that goes to world championship.
Q. You had already beaten him once. Then the two of you were going to have --
A. Final match, yes. As I seeded as a first place and then Mr. Moreno has the second seed.
Q. So you would have one or two matches?
A. Yes.
Q. If you won, there'll only be one match; if he won, you'd have to fight one more time.
A. Yes.
Q. And you just let him go to the world championships by retiring?
A. I retire and then Mr. Moreno become first seeded.

1  ▓▓▓▓▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5  ▓▓▓▓▓▓▓▓▓▓▓▓
6  ▓▓▓▓ A. Yes.
7  ▓▓▓▓▓ Q. ▓
8  ▓▓▓▓ A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 okay. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ you know?
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ world
14 championship?
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓ competition?
18    Q.  Okay.  In 1989, was Mr. Moreno a resident
19 athlete at the OTC?
20    A.  No.
21    Q.  Okay.  All right.  Now let's go back just a
22 little bit.
23    A.  Yes.
24 ▓▓▓▓ Q. ▓▓ of the ▓▓ athletes that went to the Olympics
25 in 1988.

**Page 43 (right column):**

1     A.  Yes.  May Pejo home coach is Mr. Sang Lee.
2     Q.  Okay.  Oh, he was coaching at the training
3  center too.
4     A.  Yes, supervising.
5     Q.  Okay.
6     A.  And also coach too, yes.
7     Q.  Was he her coach?
8     A.  Huh?
9     Q.  Was he her coach?
10    A.  When at the Olympic Game, I think preliminary
11 matches he did coach, I think, one or two matches and
12 then I coached semifinal.
13    Q.  Okay.  And Dana --
14    A.  Hee.
15    Q.  I'm never going to know how to spell these
16 so --
17    A.  H-E-E.  H-E-E.
18    Q.  Dana Hee.
19    A.  Yes.
20    Q.  Is that a man or a woman?
21    A.  Woman.
22    Q.  Okay.  I wasn't sure.  Dana is sometimes a
23 man's name.
24    A.  Yes.
25    Q.  She came to the training center in 1988 as

1  ▓▓▓▓ A. ▓ Yes.
2  ▓▓▓▓ Q. ▓ you described May Pejo as one of your
3  athletes.
4  ▓▓▓▓ A. ▓ she trained -- yes, she train pretty like --
5  think, I believe, January, there's -- okay, let me
6  just ▓▓▓▓▓▓▓ let me think. May Pejo, Dana Hee who the
7  won gold medal in Olympic -- in the Olympic, King who was
8  gold medal trained with me. ▓▓▓▓▓▓ I had like -- she's
9  Dana Hee and she was resident ▓▓▓▓▓▓▓ she was
10 not a resident program, but she, you know, she came for
11 one month, then she goes back to her Michigan, you
12 know, things like that who she's train about for year, but
13 not too sure about her life ▓▓▓▓ when she train on a
14 program.
15            (The court reporter asked for a
16            clarification.)
17    Q.  Did they have their own home coach?
18    A.  No.
19    Q.  None of those five?
20    A.  I don't know what you mean by home coach.
21 Their own instructors like, you know -- no, they were
22 training under me.
23    Q.  Well, the ones that were at the training
24 center during that -- okay, let -- let's just start
25 over.  May Pejo came in starting in January of 1988?

**Page 44 (right column):**

1  well?
2     A.  Yes, beginning of the year, yes.
3     Q.  But by the time she got there, she already
4  was a pretty good taekwondo competitor.  I mean to be
5  accepted to be an Olympic Training Center athlete you
6  have to --
7     A.  No, no, she -- she -- she didn't -- I think,
8  I believe, she wasn't national team member in '87 or so
9  on.  So she have to live outside.  She was living
10 outside.  She -- when I went to Colorado Spring they
11 already had the resident program.  Then already the bed
12 was filled by those people who apply previously.  So in
13 order to people to go into resident program, the bed
14 had to be vacant in order to go in.  So most of all the
15 athlete was living outside of the training center, and
16 then the only access is -- was like a medical --
17 medical treatment and things like that.
18    Q.  But not just anyone could come and train with
19 the Olympic team athletes.
20    A.  Not Olympic team athletes.  1988 beginning of
21 the year wasn't Olympic.
22    Q.  I'm sorry.
23    A.  Anybody can come down and train.
24    Q.  Olympic Training Center athlete.
25    A.  Yes.

Q. Anyone who wanted to show up could say, hi, can I train with you?

A. Oh, well, I have to --

Q. Approve it.

A. Yes.

Q. Okay. So the people who came already had been competing at a high level of taekwondo before.

A. National level.

Q. Okay. And so they all presumably had some prior coach who'd coached them to that point.

A. Yes.

Q. And that was true of Jimmy --

A. Kim.

Q. -- Ki as well?

A. Jimmy Kim.

Q. Kim.

A. K-I-M, who won 1988 gold medal in heavy weight. And I think I believe his coach is father, Mr. Kim, Chung Kim.

Q. And Han Won Lee had a coach before he came?

A. Mr. Ha Chung. Well, I don't think you can say coach, though. I guess you can say they are master. Han Won -- Coach Lee practically, you know, same thing, practice almost just like, you know, by himself, you know. That's one of the reason he often

come to Colorado living outside and train with the national team, I mean, you know, the resident program members.

Q. Home for him was in Michigan?

A. Yes.

Q. And he had a master, but you don't think his master was very good at coaching for sparring.

A. No, I -- I don't want to say that, you know, I don't want to --

Q. Okay. I don't mean to --

A. -- I don't want to -- I don't want to --

Q. -- I -- I don't mean to be, but you're suggesting that he --

A. I guess, you know, I guess -- well, he produced two Olympic -- Olympian in that year which is Lynette Love and Han Won Lee so.

Q. So both Lynette Love and Han Won Lee came from the same home school in Michigan?

A. Yes. They practiced under Mr. Ha Chung, our past president.

Q. Past president of the USTU?

A. Yes.

Q. And so from 1987 to 1993, you were at the training center; is that right?

A. Oh, you could say that 1987 was -- I was

athlete. So I actually was living from 1988 to 1993, March.

Q. And when did you start coaching Juan Moreno?

A. Okay. After 1989 when I had a team trial, that was the first contact with his -- his father, Mr. Moreno, that I said that he has a talent and also he's very good athlete, if I can assist him to become a world champion, please, you know, send him to Olympic Training Center. And Mr. Moreno said, well, that's not my decision, that's my son decision.

So I spoke with him in 1989 final team trial, which is, you know, the first and second. After match I ask him, you know, I have -- I don't have any feeling toward to you and then, you know, if you want to come Olympic Training Center and if I can provide you the service to become a world champion I really like to do that. So he came down and he become resident program member I think, I believe, from 1989, November. So I think after the world championship in -- in Korea.

Q. Did you coach at the Korean -- I'm sorry. The world championship in 1989 was also in Korea? After the Olympics was the --

A. Yes, yes, I think so, yes.

Q. Okay. Were you a coach at that event?

A. I was a coach, but I didn't coach any

athletes. So you could say that's the time that they had the work called trainer, trainer like, you know, head coach, assistant coach and trainer. So I was a trainer.

Q. And did you say they gave you the new title? Nineteen eighty-nine they said they announced you as the team resident coach, but the world championship --

A. Championship, yes.

Q. -- you only had the trainer title.

A. Yeah, trainer.

Q. So you say you didn't coach any athletes, you -- you didn't sit in anybody's chair.

A. No.

Q. But you coached in the preparations like everybody else as a trainer.

A. Oh, yes. We had a train -- special training in I think -- I think was in Seoul for like three weeks prior to the tournament.

Q. And trainers spent more time with their athletes than the head coach, right?

A. No. Everybody -- all the coach staff must be participate in the coaching area, I mean the -- the workout, everybody was there. That's a full duty.

Q. Well, have there been events where the head coach doesn't come to all the training sessions?

A. Nothing that I know. Such as like, for example, 1987 and then 1985, I was -- I was with Mr. Warwick that year. He told me that be was with me more than his wife, you know, when we was joking. But I stay with him from beginning of -- I think middle of May till -- all the way till end of October we stay together. And then that's when Mr. Lee was coaching was. We participate every -- and I was -- I was a athlete too. So, you know, but 1987 the same as well as the time, you know, he was a coach.

Q. Okay, hold on. That middle of May to the end of October was '85.

A. Uh-huh.

Q. Yes, is that --

A. Huh?

Q. -- what you said?

A. Excuse me?

Q. Did you say '85 with Mr. Warwick?

A. Yes.

Q. Was he an athlete and you were an athlete?

A. Yes.

Q. And Mr. Sang Lee was the coach.

A. Yes.

Q. Okay.

A. Well, I can give you information. Master

Sang Lee was coach from 1979 to 1988.

Q. Okay. And he was the head coach at the Olympics in '88.

A. Yes, sir.

Q. Okay. When did Mr. Sang Lee first become your coach?

A. Nineteen seventy-nine, when I first become national team member.

Q. And he coached you when there were training sessions before big events.

A. He train, yeah, train us before -- first time I met him was July, 1979, Chinese Taipei. Prior to that tournament we met one week before. So we trained together in Chinese Taipei for like about four, five days.

Q. Okay. And so you weren't living in Colorado Spring from 1979 until 1987.

A. No.

Q. And so when you say Sang Lee was your coach because you were a national team member, it was only in these training sessions that happened before major competitions?

A. Yes.

Q. And just give an estimate, in an average year of the 52 weeks how much time was spent in training

sessions --

A. With him?

Q. Well, yes, with him counting the event and the training sessions.

A. It depends on the year, though, such as like '79 maybe like one week for the -- that invitational and then about three weeks prior to world championship in Stuttgart. But we all went to the Binghemton. That was the very first team training with the team and coach for -- before the world championship.

Q. That was '80 or '79?

A. Seventy-nine.

Q. Okay.

A. Eighty, I don't know. And then '80, I think maybe I think we went to North American Championship and I only met him like ten days. Eighty-one we had a World Championship, so we met like three weeks again. See, this is not -- not that much. So most of time it's only maybe -- God, it's hard. So if you have -- if you have -- if you have any major event, the minimum we work before the tournament is maybe two to three weeks, sometime four weeks. But 1985 was very long because there's like a two major tournaments.

Q. And in 1988 --

A. Yes, sir.

Q. -- Sang Lee was your coach.

A. Eighty-eight?

Q. Yeah, he was still your coach in '88, right?

A. Well, 1988 when I was competing?

Q. Yeah.

A. Mr. Jay Warwick was my coach sitting in fighting chair because Coach Sang Lee is already announced as '88 Olympic coach. Therefore, it's a conflict of interest to sit any athletes chair.

Q. At the trials.

A. At the trial.

Q. Okay.

A. Even the national championship too because --

Q. But -- but in between the events he coached you.

A. For international only, not in domestic.

Q. Well, when you were at the training center training.

A. Yes. Oh, yeah, he come -- I mean he comes and he coach us, yes. But what I'm saying is that --

Q. He didn't sit in your chair.

A. Domestically, no.

Q. Right.

A. But internationally, yes.

Q. Okay.

A. Not in '79, though. Seventy-nine I had somebody else sitting down. Master Park at World Championship. And after that -- and most chair -- most event was sit by Mr. Lee.

Q. And so in '88 with the Olympics coming and Sang Lee going to be the head coach, Jay Warwick sat in your chair.

A. Yes.

Q. Is that the only time Jay Warwick sat in your chair?

A. Some of the national championship he sit on my chair and I sit his chair.

Q. Because Mr. Sang Lee wasn't available or because it was domestic?

A. Oh, no, it's not because Master Sang Lee wasn't our coach. He was only coach for international trips.

Q. Oh.

A. Locally it's different. Mr., like, Warwick was running the Montana Taekwondo Club in Montana University. So he was the head coach for that particular club.

Q. Where was this?

A. Montana.

Q. Oh, Montana.

A. Montana, yes.

Q. Okay.

A. Montana.

Q. Okay. Did you have another coach besides Sang Lee during 1979 to 1988?

A. Coach mean by -- I don't know. It's -- it's hard.

Q. Okay.

A. The train -- I train by myself. I train either myself, my club and things like that to prepare for the championship. And then --

Q. But you had a master and a home school?

A. Well, I -- in here?

Q. Yes.

A. Nineteen seventy-three to 1976 was Master Chung, I already spoke to you, and seventy -- '77 to 1980, Master Song. And then Master Song just left.

Q. So from '80 to '88, you didn't have a school with a master?

A. No.

Q. Nobody to do forms --

A. Huh?

Q. -- except on your own?

A. Yes, and UH club. You don't want to go into that because, you know, I schedule so that I can train

in the morning, go to school and go -- you know, things like that. So, you know, I was -- it's pretty much was all by myself.

Q. And then with the university club, you were really training others. They weren't really training you.

A. No. If I go to world championship or any international championship, even the white belt, they coming, athlete, and they have to just train with me. I don't do blocking or whatever. Whatever I need to train, they have to just follow. So they have to just follow what I had to do. I don't have to go each individual and train them.

Q. And when you were getting ready for a big event --

A. Yes.

Q. -- you didn't have time to be worrying about what they were doing.

A. Yes.

Q. You'd be training --

A. And then they like --

Q. -- and if they wanted to come and watch and try to do it, they were welcome.

A. But everybody was participating.

Q. I'm with you. I'm just trying to understand

what you said. I just want to make sure I understood.

Okay. Let's talk about the USTU as an organization.

THE WITNESS: Can we take some break?

MR. LEVINSTEIN: Yes, sure.

THE WITNESS: If that's okay.

MR. LEVINSTEIN: Absolutely. No problem.

THE WITNESS: Thank you. And I need to go to the rest room so.

MR. LEVINSTEIN: Yes.

THE VIDEOGRAPHER: The time is 10:06 a.m. and we are off the record.

(A recess was taken.)

THE VIDEOGRAPHER: The time is 10:11 a.m. and we're back on the record.

Q. (Continued by Mr. Levinstein.) Let's talk about the U.S. Taekwondo Union.

A. Yes.

Q. The first time you had a -- withdrawn. The first time you became a member of the USTU, if you know, do you know when that was?

A. Nineteen seventy-seven. Before USTU was established, I think was AAU Taekwondo. In order to compete in national championship, you have to become a

AAU member. And then -- and then I think 1984 was change name to USTU. I'm not quite sure about the dates so.

Q. Okay. And then you became a member of the USTU from whenever it started in '84 or whatever year that was?

A. Yes.

Q. And did you -- when's the first time you had a position with the USTU besides being a member?

A. I was a AAC member from I think, I believe, 1984 to nineteen -- two -- one thousand -- 1996.

Q. Okay. And AAC stands for Athletes Advisory Council?

A. Yes.

Q. And you're referring to the USTU's Athletes Advisory Council.

A. Yes.

Q. Were you ever a member of the U.S. Olympic Committee's Athletes Advisory Council?

A. No.

Q. And you were allowed to be a member of the AAC until ten years after you stopped competing?

A. Yes, because the -- the US -- I think, I believe, USOC guideline was I think you can be actually two terms. So I was -- myself and Mr. Warwick also, he

did the three term.

Q. How long was the term?

A. I think three terms, from '84 to '88, '88 to '92, '92 to '96.

Q. I see. And you said the USOC's rule was two terms?

A. Two or three. But, see, that's the -- that's when we had problems. So I think we discussed with the USOC law legislation and then they said it was okay so that we could run from '92 to '96.

Q. Okay. So in '92, there was some issue about whether you could have a third term and the USOC --

A. Well, I think we -- previous '92 we only find out. So we could run for third term.

Q. Okay. So you spent 12 years on the USTU AAC.

A. Yes.

Q. And how often did that organization meet?

A. At least twice a year for mid year and annual meeting. Or sometime we meet at the national championship for any -- any particular discussion that, you know, we have. Then Mr. Warwick was the chairman, so he will call the meeting. But other than that it's twice a year.

Q. So Mr. Warwick was the chairman the whole 12 years that you were on the AAC?

A. I think, no, Mr. John Holloway was the first chairman and then Mr. Warwick was chairman for two terms, I believe. And then Han Won Lee, then Sammy Pejo, I think so, yes, two term.

Q. Okay. Were you a member of the Board of Governors of the USTU because you were on the AAC?

A. I was executive member of AAC. So -- so there's a 20 percent representative. So executive member was like 20. Therefore, from the AAC we have, I think, four executive AAC member and then I was one of them from 1988 to 1996.

Q. So there were 20 people on the Executive Committee.

A. I think before was more, but I'm not too sure, sir. But now they shrink down to 21 before the remediation took place.

Q. Well, let's focus on 1988.

A. Yeah, uh-huh.

Q. There were four Executive Committee members of the AAC.

A. Yes.

Q. And they all were on the board -- they were on the Executive Committee of the USTU.

A. Yes.

Q. And that was in order to satisfy the

requirement that there would be 20 percent athlete representation on the USTU Executive Committee?

A. USOC requirement. USOC requirement.

Q. USOC requirement that there be 20 percent --

A. Representative.

Q. -- on the USTU --

A. Yes.

Q. -- Executive Committee.

A. Yes.

Q. Okay. So that would suggest that there were 20 people on the USTU Executive Committee; is that --

A. Yes.

Q. Okay.

A. That's why it's 24, I think. That's why total was -- including us was 24. I -- I'm not sure.

Q. Including you, it had to be 20.

A. Yeah, 20.

Q. So it'd be 20 percent. I'm just --

MR. JONES: Uh-huh.

A. But if you --

Q. Okay.

A. Yeah, okay, I'll --

MR. JONES: Uh-huh.

Q. I'm not -- if there were 24, there would need

to be five, I think, but --
A. Yes.
Q. Okay. Whatever they were. There were 20 percent athletes.
A. Representative.
Q. And then you were one of those.
A. Yes.
Q. And as a member of the Executive Board --
A. Yes.
Q. -- was there a bigger Board of Governors or Board of -- Board of Directors?
A. No. Executive Committee was smaller than Board of Governors.
Q. Okay.
A. Board of Governors was state president.
Q. Well, all the members of the Executive Board were also on the Board of Governors.
A. Yeah, Board of Governors, yes.
Q. And they added additional athletes --
A. Yes.
Q. -- to the Board of Governors --
A. For 20 percent representative, yes.
Q. And starting in '88, was the board a hundred and twenty members?
A. I'm not too sure.

Q. But some number in that vicinity, a hundred, a hundred and twenty?
A. I'm not too sure.
Q. Okay. But you were for certain a member of the Board of Governors because you were a member of the Executive Board.
A. Yes.
Q. Okay. And the midyear meeting you referred to was just the Executive Board?
A. No, Board of Governors meeting. So we have a two meeting, Board of Governors meeting and executive meeting in biannual meeting and annual meeting.
Q. So the Board of Governors met twice a year.
A. Yes.
Q. I thought the midyear meeting was somehow smaller than the annual meeting.
A. No. But usually small participation from the state president.
Q. Okay. So the whole board met, but some people didn't come.
A. Yes.
Q. Okay. Besides the AAC, were you on any other councils or committees of the USTU?
A. I was in Tournament Committee member from I think about 1990 to '96, and I become a Tournament

Committee chair from '97.
Q. And from '96 to '97, you were the vice chair of the Tournament Committee perhaps?
A. No. I was a vice president -- vice chair from '96 to '97 and then I become a chair.
Q. I think that's what I said but --
MR. JONES: Yeah.
Q. -- it's okay.
A. Okay.
Q. I got it from your -- I'm trying to --
A. Yes.
Q. Ninety-two to '96, you were on the Tournament Committee. Ninety-six to '97, you were a vice chair of the Tournament Committee.
A. Yes.
Q. And '97 to 2000, you were the chair of the Tournament Committee.
A. Yes.
Q. Okay. How did you get on the Tournament Committee, who elected you or appointed you?
A. I volunteer and then they accept me.
Q. Okay.
A. And then -- well, beginning -- well, 1990 was the Master Kong was the Tournament Committee chair and then he ask me to be Tournament Committee member.

Q. So the chair of the committee picked the members of the committee?
A. Yes.
Q. Was that true for all the USTU committees that the chairman --
A. I don't --
Q. -- picked the members?
A. I don't know about the other committee, but Tournament Committee was, yes.
Q. Okay. So Master Kong was the chair starting in 1990. And in 1992, he asked you to be on it or you volunteered to be on it?
A. He asked me first and then after that I volunteer to be accept.
Q. Okay. And who made you the vice chair? Was that an election or did Mr. Kong as the chair select you for that?
A. Oh, 1996 --
Q. There was a new chair.
A. -- the new chair was appointed by President Lee, Sang Lee, and our new lead chair appoint me as a vice chair.
Q. And the new chair was? If you remember. If you don't, it's okay.
A. I forgot his name, I'm sorry.

*[Lines 1–7 redacted]*

8    Q. As the president, he got to pick the chair of
9 all the major committees.
10    A. I think there's like a program director,
11 program committee. It's not -- that's supposed to be
12 elected. I think there's a few committee is supposed
13 to be elected.

*[Lines 14–16 redacted]*

17    Q. And when did you start being on the Coaching
18 Science Committee?
19    A. Gosh, I think, I believe, from nineteen --
20 1992, '93 because when I was --
21    Q. Maybe '96? It's -- it's okay because that's
22 what you had. It's something I got from you.
23    A. Well, I think, well, yeah, you could say '96,
24 but I'm not -- because when I was A -- AAC member and
25 then same thing, you know, they need a 20 percent

65

1 involving Coaching Committee too.
2    Q. Okay. And who was the chair of the Coaching
3 Science Committee?
4    A. Nineteen ninety-six to 2000 was Master Jong
5 Ching Song from Texas.
6    Q. And he selected you to be a member of that
7 committee.
8    A. No, our AAC, AAC. Because I -- I was still
9 -- I think I -- no, no, I'm sorry, yeah, he selected.
10 I get a little confuse so.
11    Q. Okay.
12    A. Okay. So --
13    Q. You could have gone on and stayed on --
14    A. No, no.
15    Q. -- at the end of '96.
16    A. Yeah, he -- he select, yes.

*[Lines 17–25 redacted]*

67

---

1 representative. So I volunteered to be in --
2    Q. Okay.
3    A. -- that particular -- so --
4    Q. So during --
5    A. -- but you could say.
6    Q. Sorry.
7    A. Yes.
8    Q. During the '84 to '96 period when you were an
9 AAC member --
10    A. Yes.
11    Q. -- you were selected to fill the athlete
12 requirement on certain committees?
13    A. Yes.
14    Q. And you don't remember which ones or do you?
15    A. Coaching Science was one.
16    Q. Okay.
17    A. That's one of them.
18    Q. So at some point in the '84 to '96 time
19 period --
20    A. No, but '84 to '88, I did not participate any
21 coaching because I was still competing. And then I
22 start participating after I retire from my competition.
23 Therefore, I think I start -- I start volunteer to
24 participate in Tournament Committee first and then I
25 think, yeah, I think so, I think like 1996 I start

66

*[Lines 1–25 redacted]*

68

Q. Okay. Give me a second. Let me mark this as Exhibit 1.

(Deposition Exhibit No. 1 was marked for identification.)

Q. I show you what's been marked as Dae Sung Lee Exhibit 1. Do you recognize that document?

A. Yes.

Q. Did you participate in the writing of this Declaration?

A. Participate in --

Q. Did you work with your lawyer in getting this Declaration written?

A. Yes.

Q. And did you -- is that your signature on the next to the last page or two pages from the end; sorry?

A. Yes.

Q. And at the time you signed this on August 11, 2004 --

A. Yes.

Q. -- did you believe this to be correct?

A. Yes.

Q. And who drafted this, did Mr. Jones?

A. Yes.

Q. But based on what you told him?

A. Yes.

Q. Okay. Would you turn to paragraph 12? It doesn't have page numbers or else they got cut off in the copying. I don't know which. Do you see paragraph 12?

A. Yes.

Q. Would you read paragraph 12?

A. As early 2003, the Declarant position were United State Taekwondo were Coaching Science Committee Member, Junior Olympic Committee Chair, an individual registration member, and Declarant Taekwondo school has been registered member.

Q. And that was your testimony as of April 11th, correct?

A. Yes, but maybe I was -- you know, it shows, yes, but I believe I wasn't 2003. It was supposed to be 2000. Two thousand -- or 1996 to 2000 I was a member and maybe I made a mistakes but --

Q. I'll tell you that I have other documents --

A. Uh-huh.

Q. -- that show that you were a member of the Coaching Science Commitee in 2003. But your, now, testimony today is that this is not true, that you were not a member in 2003?

A. I guess if it says, yes, then I maybe say

yes, but I wasn't too sure.

Q. Okay.

A. Because I -- but I know that I -- okay, I understand, yes. It was -- I guess I was 2003 Coaching Science Committee Member.

Q. Okay. And who was the chair of the committee at that time, if you remember?

A. Master Kang, Byung Won Kang.

Q. How often did the Coaching Science Committee meet?

A. When we have a meetings like a annual meeting and usually telephone conversations.

Q. Did you have conference calls?

A. Sometimes. The -- most of conference call was done in -- during from 1996 to 2000.

Q. In 2003, was Mr. Moreno a member of the Coaching Science Committee?

A. Yes.

Q. Okay. And you were present at his deposition, do you recall?

A. Excuse me?

Q. Yeah, you were present when Mr. Moreno was deposed in this case?

A. Yes.

Q. And you recall him saying that he was on the

Coaching Science Committee and it never had a meeting; do you recall that testimony?

A. Yes.

Q. And do you know that to be not true or do you --

A. That's not true because I spoke with Master Kang and he had conference -- he had telephone call with Mr. Moreno at least three -- two to three times personally regarding about the -- the selections that --

Q. Okay.

A. -- he was raising.

Q. But there were no meetings.

MR. JONES: In 2003, I'm sorry?

Q. Yes.

A. Two thousand three?

Q. Yeah. You just said that there were telephone calls.

A. Yes.

Q. Were there any meetings of the Coaching Science Committee in 2003?

A. I don't think so. I -- I have no idea. I -- I don't recall. I don't think they had meeting or, you know, I'm -- well, how can I put the word because I don't know they had a meeting or not because I wasn't

Coaching Science Committee. That's one of the reason I don't know why I put on this because I wasn't Coaching Science Committee in 2003. In order to be Olympic Coach, you cannot be in Coaching Science Committee member.

Q. Where does it say that?

A. I know. Yes, it says --

Q. No, no, no, no, no.

MR. JONES: Don't --

Q. I'm sorry, where does it say that you can't be on the Coaching Science Committee and be considered to be an Olympic coach?

A. I'm sorry, I cannot answer that. But it -- it happened on 2000, Mr. Jay Warwick told us that if anybody who participate and who was member of Coaching Science Committee chair and if your name was nominated you had to withdraw. So 2003, when we had meeting for -- I'm sorry, not 2003, 1999 for 2000 Olympic coach, I -- I know that Master Chong Jing Song, he withdrew his name because of his name was nominate. And then I withdraw because my name was nominate.

Q. But once the nominations were over and the decision was made, is there any reason you couldn't be on the committee for 2001 to 2004?

A. Oh, you could, yes, you could.

Q. Okay.

A. Yeah, if -- if, you know, the -- the chairman accept your appointment.

Q. So do you know if you were put back on the committee or you stayed on the committee except for that window then you were being nominated?

A. Because tell the truth, I was appointed as a Junior Committee chair.

Q. Yes.

A. And I didn't recollect that I was member of Coaching Science Committee from 2001 to 2003.

Q. But --

A. Yes, but --

Q. But you may have been.

A. I made a maybe make mistakes or I don't -- you know.

Q. So as you sit here today, you don't know if you were on the Coaching Science Committee from 2001 to 2004?

A. No, I don't remember.

Q. Okay. And as you sit here today, you don't know if there were any meetings of the Coaching Science Committee in 2001 to 2004?

A. I wasn't invited, so I don't know. Means I -- I -- I didn't participate in a meeting, yes.

Q. Okay. So you --

A. So maybe --

Q. -- may have been a member and no one got invited or you may not have been a member and then you wouldn't have been invited.

A. No, that's not what I'm saying. Because maybe they might had their own, but I didn't go because -- well, they had maybe conference call but -- which they didn't call me. So I don't know.

Q. Okay. How do you know Mr. Kang was the chair of the committee?

A. Because when you get appoint, everybody received a letter. And then when we have a biannual annual meeting and then the newly appointed committee chair will participate in executive meeting. That's when I find out Master Kang was Coaching Science Committee chair.

Q. Okay. What's the Ad Hoc Committee?

A. Ad Hoc Committee?

Q. Ad Hoc.

A. Hoc, Ad Hoc.

Q. H-O-C?

A. Yeah, Ad Hoc. It's like subcommittee. I don't actually follow through on that. So I -- I don't know, sir. I mean I don't want to say I don't know. I

-- I don't really actually involved in committee so.

Q. I have documents that show you were a member of the Ad Hoc Committee.

A. Couple -- Ad Hoc Committee for revising bylaw and I was Ad Hoc Committee member for US -- USTU certification committee. I guess Ad Hoc Committee is the -- like a subcommittee that president appointed to serve.

Q. To do what?

A. Such matter as study on the issuing of own certification as USTU.

Q. Okay.

A. And I was --

Q. Do you recall being on the Ad Hoc Committee?

A. Yeah, I was, yes.

Q. And when were you on the Ad Hoc Committee?

A. That was 2001. No, 2000 to 2001 or 2001 or 2002. And then I was By-Law Revising Ad Hoc Committee with Professor Young in 1996 -- Wait, 1996 to '97.

Q. You don't recall being put on the Ad Hoc Committee in 2003.

A. Oh, 2003. Two thousand -- oh, there was -- 2003. No, I don't remember.

Q. Okay. After you finished being on the AAC --

A. Yes.

Q. -- in 1996, you became a member of the Executive Committee because you were picked to be the Tournament Committee Chair?

A. Yes, in '97.

Q. So the Tournament Committee Chair was automatically a member of the Executive Board?

A. Yes.

Q. And you were selected to the Tournament Committee Chair position by Mr. Sang Lee?

A. Yes.

Q. And when did you become the Junior Olympics Committee chair?

A. Two thousand -- Two thousand one. I'm sorry. The -- the quadrum is 1996 to 2000. So 2001.

Q. Two thousand one?

A. Yes.

Q. And at that point, you stopped being the Tournament Committee Chair?

A. Yes.

Q. And you were picked to be the Junior Olympics Committee chair by Sang Lee?

A. Appointed by Sang Lee.

Q. He appointed you and he selected you.

A. Yes.

Q. And as the Junior Olympics Committee chair,

you were again on the Executive Board?

A. Yes.

Q. And again, anyone who's on the Executive Board is also on the Board of Governors.

A. Yes.

Q. Okay. Let's go back to 1993. In 1993, you stopped being a coach at the Olympic Training Center in March?

A. Yes. I think I -- yes, 1993, March.

Q. And you moved back to Hawaii?

A. Yes.

Q. And just to fit in, when did you get married so I have some idea of connections here?

A. Nineteen ninety-two.

Q. Okay. And was your wife from Hawaii?

A. She's from Korea.

Q. Okay. And you met her in Korea?

A. Yes.

Q. Okay. And she's been living in the United States since '92?

A. Yes.

Q. Okay. Did she live with you originally in Colorado Springs?

A. No. She -- we got married on January, and then she was living with my parents for nine months

until my Olympic duty was done in 1992. Then she moved to Colorado Springs in September, 1992.

Q. And she lived in Colorado with you from September '92 to March '93?

A. Yes.

Q. And in March '93, you moved back to Hawaii.

A. Yes.

Q. And when did you open your Taekwondo school?

A. U.S. Taekwondo Center?

Q. Okay, yes.

A. My taekwondo school? Nineteen ninety-three, July, beginning of the July.

Q. Why did you call your school United States Taekwondo Center?

A. It was the name that use -- many instructor used. And then also Mr. Sang Lee, he's the founder of U.S. Taekwondo Center, and then so I asked him if I can use his name U.S. Taekwondo Center as a my Taekwondo school, and he grant it.

Q. Okay. At that time were there a number of U.S. Taekwondo Centers?

A. I think that time at least 22 to 23, I believe.

Q. So there were 22 to 23 U.S. Taekwondo Center schools around the United States?

A. Yes. I think little over 20. I don't want to just put the numbers for this.

Q. Around 20?

A. Yes.

Q. Or more.

A. Yes.

Q. And all of those were with Mr. Sang Lee's permission?

A. Yes.

Q. He started this name?

A. Yes.

Q. And besides using the same name, what other connection did these schools have?

A. Oh, we just only using the same name. No connection at all.

Q. Did Mr. Sang Lee give you any information to help you start your school?

A. No.

Q. Okay. Do you know what a trademark is?

A. Yes.

Q. Did he register U.S. Taekwondo Center as a trademark?

A. I believe so, but I'm not too sure.

Q. Okay. Were they affiliated, these schools, or connected?

A. No. It's -- my understanding is that it -- just we only, you could say, use his -- the school's name. And then most of all the U.S. Taekwondo Center who use the name just ask President Sang Lee, I mean Mr. Lee that if we can use his name. If he grant it, then we allowed to use his name.

Q. Okay.

A. But there's no affiliate, no --

Q. Why did you want to have the same name as his school?

A. It was very unique. Used to -- you know, pre-nineties and, you know, yeah, eighties, if you look there's like Chung's Taekwondo or like, you know, their names and taekwondo or Taekwondo Academy or things like that. But name of center was very unique and, you know, I found that that was proper so.

Q. Did you think it would have some value that people who saw the name would know another U.S. Taekwondo Center and --

A. No, no, I don't think of that.

Q. Okay.

A. I think -- just think that as a good name.

Q. Did it have a logo?

A. Yes, we call hank.

Q. H-A-N-K?

A. Yes.

Q. And that's a term that means a identifying mark?

A. Yes.

Q. Is that a Korean term --

A. No.

Q. -- no?

A. You could ask Mr. --

Q. Oh.

A. -- Mr. Lee about that.

Q. His logo is called the hank.

A. Yes.

Q. That's the name of his particular logo.

A. Well, that's the common word that we use, taekwondo hank.

Q. And is it a flag of some kind? I've forgotten what it looks.

A. It's a sidekick.

Q. Oh.

A. Like a flying sidekick, but it's not actual person. It's like a dynamic drawing so that people can see there was kicking.

Q. Okay. So it's an artistic depiction of a flying sidekick.

A. Yes.

Q. All right. And red, white and blue colors? I don't remember.

A. Just -- just -- just -- just outline is --

Q. Oh.

A. -- black.

Q. Okay. Just black and white.

A. Yes.

Q. Okay. All right. Was anyone involved in helping you start your school in July of '93?

A. Tim Connelly. He was my partner.

Q. And did you form an entity called United States Taekwondo Centers Inc.?

A. Yes, when I came to Hawaii.

Q. Okay. You hired a lawyer to do that?

A. An accountant, yes.

Q. Okay. Is it a relative of yours?

A. Excuse me?

Q. Was the accountant a relative of yours?

A. He -- he's not -- no longer with me.

Q. Okay. It was not one of your relatives.

A. No.

Q. Okay. I just know your tax preparers are your relatives, right?

A. Tax preparer?

Q. The people who do your taxes are related to

you.

A. No.

Q. Oh.

A. It's my accountants.

Q. Okay. I thought they were your --

MR. JONES: He's asking about whether your current --

THE WITNESS: Correct.

MR. JONES: -- tax preparers are relatives.

THE WITNESS: Yes.

Q. Okay. That's -- but this is an accountant who was not a relative.

A. No.

Q. Okay. And did you and Mr. Connelly each own half of the center?

A. I own 51 and he own 49. Well, that time I don't know anything about corporation, but our accountant say, you know, that's how the share divided.

Q. Okay. And Mr. Connelly was a taekwondo competitor?

A. He was my athlete and he was, I think, three times national light weight champion, and he was also resident program at OTC. Practically he was with me from the beginning to 1999.

Q. And so was he retiring as an athlete in 1983?
A. 1992 he retired.
Q. Did he go to the Olympics in '92?
A. No.
Q. Did he go to the Olympics in '88?
A. No.
Q. Okay. So Mr. Connelly never went to the Olympics.
A. No.
Q. Okay. But he was an athlete who three times won the U.S. national championship in the light weight division.
A. Yes, national team member. That means he doesn't necessarily that he won the national title, national championship, but he qualified to go to trial and so.
Q. So he was a team member means in the old days it meant he had to win the championship, but when they changed the rules he might have just won the team trials.
A. Yes.
Q. Okay.
A. In order to go to national champion.
Q. And he had trained with you at the OTC for a number of years.

A. From '88, yes.
Q. From '88 to '93.
A. Yes.
Q. And what were your -- well, how did you start the business, where did the money come from to start the business?
A. The originate, it came from my family and I had a personal loan from my friends in Hawaii.
Q. And has the U.S. Taekwondo Center that you run always been in that same shopping center?
A. Yes.
Q. Has it always been the same location in that shopping center?
A. Yes.
Q. Has it always been the same size?
A. Yes.
Q. When you -- I guess you negotiated a lease with the shopping center?
A. Yes.
Q. And do you remember how long the first lease was for?
A. Five years and option.
Q. Five years and an option to continue beyond?
A. Yes.
Q. For how many years?

A. Well, five -- we signed a contract for five years and five years option.
Q. So that took you through July of 2003.
A. Yes.
Q. And prior to July, 2003, did you sign another lease or stay under the old lease?
A. Yes, stay in the old lease.
Q. And how long is your lease for now?
A. Probably five more years. Two thousand, so 2007.
Q. To 2008?
A. Eight, yes.
Q. And same lease terms?
A. Yes.
Q. And does it go up automatically, the rent, every year?
A. Before was when I first signed up and the rent goes up by percentage of, you know, but --
Q. Consumer price index or something like that?
A. I don't know. They quote it. I'm not -- that wasn't my part. That was all Mr. Connelly's part. See, we have a different part when it comes to running the business. I was more concentrating on teaching and he was more like a program director. So he's the one that who signed all the -- well, I signed

with him and the lease and so on, but he's the one that who knows.

And -- but we had a economic impact and we couldn't pay that -- the amount of what Aina Hina Shopping Center was asking. So we talked to the landlord and then landlord was very kindly enough to negotiate our -- our rent.
Q. Okay. So if you know --
A. Yes.
Q. -- you started with a certain amount of rent in '93. Do you remember what that amount was?
A. I'm not too sure.
Q. Okay. But do you think that the contract said that every year it would go up a little bit?
A. Yes. And I think ninety -- '95 right before Mr. Connelly left, I think we set the price. I mean like, you know, we agreed to pay just the set rent.
Q. Okay. So by 1995, you had financial difficulty paying the full rent if it kept going up?
A. Yes.
Q. And you agreed to a set rent for '95 and forward.
A. Yes. And then -- then -- then -- then I think that we did that for couple years and then supposed to be go up, but same thing again. So we talk

to them and then stayed the same rent.

Q. So are you still paying the same rent now that you were paying in '95?

A. Ninety-five was little higher and then -- yes, about the same.

Q. So '96 was reduced from '95?

A. Ninety-five? No, '95 -- oh, gosh, I don't know, but we went to see our landlord like three times so that we can have adjust our rent.

Q. Okay. But your understanding is that sometime around '95, '96, you agreed to not have anymore increases and you've been paying the same rent --

A. Yes.

Q. -- since you were paying in that '95, '96 time frame?

A. Yes, yes.

Q. With no increases?

A. No.

Q. And when the lease ended close to July 2003 --

A. Uh-huh.

Q. -- the first five years and that option --

A. Yes.

Q. -- you then met with the landlord again?

A. No, we didn't. We just verbally, yes.

Q. Just verbally said we'll do another five years, can we keep it the same rent we've been paying --

A. Yes.

Q. -- and they said okay.

A. Yes.

Q. All right. So Mr. Connelly was with you from '93 to '95?

A. I'm not too sure, '95 or '96.

Q. Okay. Was he from Hawaii?

A. No, he from -- I don't know where his home from. But he -- right now he lives in L.A.

Q. Okay. Is he a stuntman?

A. Yes.

Q. Okay. Let's talk about these people that you spent a lot of time with during the -- during your competing days and your coaching days.

A. Yes.

Q. So Tim Connelly you met when you were a coach and he was a competitor.

A. Yes, athlete, yes.

Q. And maybe at the very end of your competing time but from early '88 to '93, you were coaching him.

A. From actually '88, yes.

Q. So you might have still been an athlete competitor for a short time when he came.

A. Yes.

Q. But shortly thereafter, you became just focusing on coaching and he was one of your athletes.

A. Yes.

Q. And you were good friends?

A. Yes.

Q. And he actually picked up and moved to Hawaii to start a business with you.

A. Yes.

Q. Mr. Sang Lee was your coach starting in '79?

A. Yes.

Q. And were you close friends?

A. We don't say friend. He's my senior so. And then, well, the meaning of friend in United States I find out I guess you can be a friend too.

Q. Okay. I didn't mean to make it less than it is. But you were Mr. Connelly's senior.

A. Yes. Well, we are friend.

Q. Okay.

A. So that's why it's because I'm older than him.

Q. Right.

A. So -- and so I don't -- Mr. Sang -- Mr. Sang Lee is older than me, so I don't want to, you know, offending him by saying he's my friend. But --

Q. Okay.

A. -- for me, yes, because --

Q. And did you --

A. But I don't think -- I'm sorry.

Q. No, go ahead.

A. I don't think Mr. Sang Lee will say to me he's my friend.

Q. What would he say to me if I asked him?

A. I don't know.

Q. Okay, all right. But you hold him in great respect.

A. Yes.

Q. And you spend time with him outside of taekwondo coaching over the years.

A. Meetings.

Q. But you met his family.

A. Yes.

Q. You know his family.

A. Yes.

Q. And you've spent time with him and his family outside of meetings and coaching.

6/23/2005 Lee, Dae Sung

A. Yes.

Q. Okay. That's what we call friends, but I don't want to -- and Mr. Moreno, he started out as a 17-year-old kid who had a lucky day and beat you once.

A. No, he -- it wasn't lucky day. He did beat me, yes.

Q. And then you waited a year --

A. Scout him, yes.

Q. Huh?

A. I scout -- scout him.

Q. You scouted him.

A. Yeah, I talk to the parents because he has a potential.

Q. And you offered to help coach him?

A. Yes.

Q. And he became your student?

A. Athlete.

Q. Your athlete. And you coached him for -- from 1989 in November?

A. Oh, no, not '89, ninety -- eighty-nine about November, not '88.

Q. Okay. In '88 after you beat him --

A. No, '89, sir.

Q. Oh, I'm sorry. I -- I -- you're right. I lost my dates. In '89 after you beat him and you

93

6/23/2005 Lee, Dae Sung

resigned and let him fight for the world -- fight, to go to the world championships, you then offered to his parents that you would coach him.

A. Yes.

Q. And around November, he decided to come to the Olympic Training Center.

A. Either -- either I -- I would like to say either late '89 or early '90.

Q. Okay. And did he become your friend?

A. Yes.

Q. But he was much younger than you.

A. Yes.

Q. Twelve years.

A. Yes.

Q. Thirteen. Now you heard him tell about -- you were -- I don't want to interrupt. Were you thinking about something else you want to say?

A. Well, I have a -- I -- I have a maybe the definition of friends. He and I, we are very close like a brother. In United States, brother can be a friend and be a brotherhood.

Q. Okay.

A. Juan and -- Juan and I, we have a very, very special relationship. It's like more than a brother and it's more than a friend.

94

6/23/2005 Lee, Dae Sung

Q. Okay.

A. And including Tim Connelly, Sammy Pejo, Han Won Lee, and there are few others like Jay Warwick.

Q. So what you're saying is all these people you just named --

A. Yes.

Q. -- Juan Moreno, Han Won Lee, Sammy Pejo, Jay Warwick were very close friends to the point that you'd call them like brothers.

A. Yes. There's a couple more, yes.

Q. Okay. John Holloway in that group?

A. Yes, John Holloway, Herbert Perez.

Q. Herb Perez. When you got married in 1992 --

A. Yes.

Q. -- where was the wedding?

A. In Hawaii.

Q. And of those people you've mentioned, were they all there?

A. Yes. Herbert was my, what -- what do you call that, he was my --

Q. Best man?

A. Not best man, but part of my groom, bride or --

Q. Bridal party?

A. Yes.

95

6/23/2005 Lee, Dae Sung

Q. He was a groomsman --

A. Yes.

Q. -- as we would call it?

A. Yes.

Q. Okay. How many did you have on your side?

A. Three.

Q. A best man and two others?

A. Yes.

Q. Okay. And were any of these other gentlemen also in your wedding party?

A. No.

Q. Okay. Are you still good friends with Herb Perez?

A. Yes.

Q. And when I say good friends, like a brother?

A. Well, we still -- we still communicate, yes, you know.

Q. Okay. Any falling out or problems with any of those people you've mentioned?

A. Nothing that I know.

Q. Okay. Let's go back to you started your business in '93 and you got a lease from the Aina Hina Shopping Center.

A. Yes.

Q. And then did you have to spend some money to

96