turn it into a dojang? First, is that what you would call it, the school --

A. Yes.

Q. -- a dojang?

A. Dojang, yes.

Q. Not a dojo?

A. No.

Q. That's karate or --

A. Yes.

Q. -- something else?

A. Japanese term.

Q. Okay, Japanese term. So what did you have to do to turn the -- I assume what you rented was a rectangular space --

A. Yes.

Q. -- with a concrete floor?

A. Yes.

Q. And it had no -- nothing other than a door.

A. Yes.

Q. Okay. And then what did you have to do to turn it into a --

A. I have to --

Q. -- a school?

A. First of all, I have to remove two foundation pole inside. And we had to build office, shower,

bathroom, lockers, and workout area.

Q. Okay.

A. Yes.

Q. How many square foot total?

A. Three thousand square feet.

Q. Is the whole area --

A. Yes.

Q. -- that you rented. You don't happen to know -- it's a -- it's a straight rectangle, yes?

A. Yeah, straight, I think.

Q. Thirty-by-a-hundred?

A. Thirty-by-hundred, yes.

Q. Okay. Just it's always nice when it works out that way, nice easy numbers. And so how much of the square footage is dedicated to the office and the lockers and --

A. Our working area is 1,800 square feet.

Q. Okay. And the other 1,200 square feet are the entryway and --

A. Yes.

Q. -- these facilities.

A. Yes.

Q. The office and the bathroom and the changing rooms.

A. Yes.

Q. Locker rooms, okay. Thirty-by-sixty?

A. Yes.

Q. Okay. So the front 40 feet are --

A. Thirty feet.

Q. -- are built out. And did you do all that before you opened?

A. Well, we have to -- when we talk to the -- our landlord to sign, they give us, I think, two months or three months free rent. So we start building I think May, beginning of the May, and didn't finish until we open. So took about two-and-a-half months.

Q. When did you open?

A. I believe July, July, very first week of July, right after Independence Weekend. So July 6, the 6, yeah.

Q. Okay. So by July 6, 1993, you'd built the bathrooms and the locker rooms and the office.

A. Yes.

Q. Any changes in the physical space since 1993?

A. We change the mat twice, mat, mat, floor mats.

Q. When you started, did you have a floor mat?

A. No.

Q. It was just on a create concrete floor?

A. Concrete. So we put the mat, but when year

past by you have to change the floor mats because of the, you know, safety.

Q. Okay.

A. So we did twice other than --

Q. So when you started, did you have any mat at all?

A. When I started we had the mat, we place, yes.

Q. Okay. So in July '93, you'd installed some sort of mat.

A. Mat, yes.

Q. And then two more times you've had to change that mat.

A. Yes.

Q. Because it got too worn?

A. Yes.

Q. Other than that, other than putting down the mat and changing the mat twice, any other changes in the physical space?

A. Doors, window. Because we have a jalousie window. The jalousie window. I don't know if that's the term, but that's what they call jalousie window. So window and --

Q. A jalousie window. Does that mean half the door is --

A. You know like --

6/23/2005 Lee, Dae Sung

1  Q.  -- window?
2  A.  -- you know -- you know how the window goes
3  like this?
4  Q.  Okay.
5  A.  And you can open.
6  MR. JONES:  Louvers.
7  Q.  I got it, okay.  I don't know why it's called
8  a jalousie window.
9  A.  I don't know.  That's --
10 Q.  I got to look that one up.
11 A.  No, that's what --
12 Q.  Okay.  No, no, I'm sure it is.
13 A.  -- the construction --
14 Q.  Okay.
15 A.  -- name probably.  And then couple time our
16 door.
17 Q.  So you had to fix things that broke.  Is that
18 what you're talking about, basically?
19 A.  Yes.
20 Q.  Replacing windows, replacing a door.  Did you
21 remove the jalousie window and put a different kind of
22 window?
23 A.  No, no, no.
24 Q.  No.  Just had to fix it.
25 A.  Yes.

101

6/23/2005 Lee, Dae Sung

1  Q.  Yeah, those cranks always get broken and you
2  have to fix it.
3  A.  Matter of fact, we -- if I recall it, we had
4  a two accident that the people drive through our
5  dojang.  So they have to fix that too.
6  MR. JONES:  Drove their car through the
7  front -- front window.
8  Q.  Recently?
9  A.  Oh, yeah.  Well, about -- the first one was
10 like 1997 and the second one was like, I think, 2000 or
11 I -- I'm not too sure, but it was recently.  That was
12 -- it was 89 old man.  He reversed it.
13 Q.  Okay.  We know who did it each time.  They
14 didn't do it and run away.
15 A.  Oh, no.
16 Q.  Okay.  And it was just an accident.
17 A.  Yes.
18 Q.  No one was trying to --
19 A.  No, no.
20 Q.  No jealous wife or --
21 THE VIDEOGRAPHER:  May we do a tape
22 change?
23 MR. LEVINSTEIN:  Sure.  All right.  Take
24 a break.
25 THE VIDEOGRAPHER:  The time is 11:05

102

6/23/2005 Lee, Dae Sung

1  a.m. and this is the end of tape number one.  We are
2  off the record.
3  (A recess was taken.)
4  THE VIDEOGRAPHER:  The time is now 11:13
5  a.m.  We are back on the record.  This is the start of
6  tape number two.
7  [text redacted]
8  [text redacted]
9  [text redacted]
10 [text redacted]
11 [text redacted]
12 [text redacted]
13 [text redacted]
14 [text redacted]
15 [text redacted]
16 [text redacted]
17 [text redacted]
18 [text redacted]
19 [text redacted]
20 [text redacted]
21 [text redacted]
22 [text redacted]
23 [text redacted]
24 [text redacted]
25 [text redacted]

103

6/23/2005 Lee, Dae Sung

1  [text redacted]
2  [text redacted]
3  [text redacted]
4  [text redacted]
5  [text redacted]
6  [text redacted]
7  [text redacted]
8  [text redacted]
9  [text redacted]
10 [text redacted]
11 [text redacted]
12 [text redacted]
13 [text redacted]
14 [text redacted]
15 [text redacted]
16 [text redacted]
17 [text redacted]
18 [text redacted]
19 [text redacted]
20 [text redacted]
21 [text redacted]
22 [text redacted]
23 [text redacted]
24 [text redacted]
25 [text redacted]

104

the market that we look for five-miles radius.

Q. Okay. Tell me about the seminars you went to. These were seminars for people who wanted to run a martial arts school?

A. Yes. That was either ninety -- '98 or, oh, I'm sorry, not '98. Either 1989 or '90, I was visiting my friend in Virginia and then he was participating this seminar that was introduced. So myself and him and about four other masters who dojang business was very success, that's the seminar that I attend. I attend -- because I was there for like two weeks.

So every week they attend for like eight-hour seminar. I mean not eight hour, like four- to five-hour seminar that it goes over how to build their own dojang business. That's the couple seminar that I got invite -- invited.

Q. Okay.

A. And then I participate.

Q. Who was your friend?

A. Mr. Kim.

Q. And he lived in Virginia.

A. Yes.

Q. And you were visiting him for two weeks?

A. Yes.

Q. In order to attend the seminar?

A. No, no, no, just -- just to participate. His -- you know, he invited me to come down his school --

Q. Okay.

A. -- to see how he runs the business because I was planning that I was going to open dojang. It wasn't just that '92 that I decide. I was planning to. So I -- I visited, you know, some school that are doing very successful.

Q. Okay. So in '89 and '90, you were visiting and attended a seminar. Who gave the seminar?

A. I forgot the -- the group's name. My gosh, it -- it was in the Baltimore. So we drove there. Gosh, it's one -- like a education funding, EFC. It's very similar groups that they first organize. I'm not too sure about the names, sir.

Q. There were a bunch of different groups that had these kinds of seminars?

A. No, just the -- just the one company that who start that -- the -- the seminar.

Q. Okay. So there's one company that had seminars for martial arts school owners.

A. Yes.

Q. And did you get a notebook of materials at this seminar?

A. No, because I was only guest.

Q. Mr. Kim was attending?

A. Yes.

Q. And he let you come with him?

A. Yes.

Q. And only he paid for the seminar and got the notebook?

A. Well, the seminar was starting from before. So I think they have some period like, I don't know, 12 class or 12 session. And then that's when I went and then, you know, I got some ideas and what they are discussion and it was talking about the dojang business.

Q. Okay. And besides these seminars, did you meet with other people who ran martial arts schools?

A. During when I was giving like a coaching seminar if some school they invite, California, Ernie Ray, Junior, that they call West Taekwondo -- West -- I think that's said West -- what they call, West something. Anyway, so I give them couple seminar, so yes. And then if they invite me to give them a seminar, then I usually check out their school and I pick up their informations for my future usage.

Q. Okay. Coaching seminars, this is part of the USTU?

A. Coaching seminar? No.

Q. Okay. You were giving coaching seminars. How did that happen? They would call you and say would you come to our school and --

A. Yes.

Q. -- and talk to students or coaches?

A. Students.

Q. So you'd be like a guest coach at their school?

A. Yes.

Q. And you would come for one day?

A. Sometime one day or two days, yes.

Q. And teach some taekwondo.

A. Olympic style sparring.

Q. In your experience, is there a lot of taekwondo schools that know a lot about poomse or forms and breaking boards and don't know very much about Olympic sparring?

A. I think most all the taekwondo school doing the sparring too.

Q. They're doing sparring, but --

A. Yes.

Q. -- do some of them not know very much about how to coach?

A. If you are -- if you are involved in WTF,

then everybody do Olympic style sparring. If you are involved in ITF, that's a little different style.

Q. So there's an organization called the --

A. WTF.

Q. -- International Taekwondo Federation.

A. Yes.

Q. That's not involved with the Olympics.

A. No.

Q. That doesn't emphasize Olympic style sparring.

A. That I -- that's what I understand.

Q. Okay. And some schools are affiliated with the ITF in some way?

A. Yes.

Q. Is the I -- well, schools don't become members of the WTF, do they?

A. No, no, no, you have to be member of USTU. USTU registered member is W -- you can say they follow rule and regulation of WTF.

Q. The members of the WTF are the national governing bodies from the various countries.

A. Yes.

Q. But if you're a member of the USTU, you're under the WTF umbrella.

A. Yes.

Q. But the ITF is a little different. You actually -- individual schools join the ITF.

A. Yes.

Q. And the USTU is not a member of the ITF.

A. No.

Q. Okay. So before you opened your school, you went around to how many different schools, do you think, in order to plan your business?

A. I don't recall. I don't --

Q. Ten?

A. Oh, I don't know.

Q. Five, 20, many?

A. I mean, you know, from during five years, you know, during those five years of coaching that -- particular is -- that's -- that's -- let me give for example. If I go to the national championship and if I have time, then I visit taekwondo school or karate school or martial arts school. I would get their information and look at the structure of dojang because I know that some day I have to open taekwondo school. So you could say, you know, from -- from '89 to, you know, '92, you know, I was very involved in and researching of a martial arts school.

Q. Did you spend a lot of time at Sang Lee's school?

A. Sang Lee's school. Well, we used to practice over there --

Q. Okay.

A. -- every day so -- because we didn't had a space like now. Therefore, we went to Mr. Sang Lee's school and we train.

Q. So the Olympic Training Center athletes lived in the Olympic Training Center and trained in Sang Lee's school?

A. Yes.

Q. There wasn't a area at the Olympic Training Center to train?

A. To provide -- that time they couldn't find a space that is available. So we asked them and they said it was okay. So then we went to Master Sang Lee's school.

Q. So you were very familiar with his school and how he ran it?

A. Yes.

Q. Did you help coach at his school?

A. No.

Q. But you saw all the marketing materials and how he ran his school.

A. Yes.

Q. And how big was his school, same 3,000 square

feet?

A. That was one building. So about, I don't know, about 6,000. So including 6,000 floor and then upstair, maybe 12,000 square feet, yes.

Q. Okay.

A. The one whole building itself is taekwondo school.

Q. And you think the bottom floor is -- is the bottom floor all competitive space?

A. No, bottom floor has a office, locker room, and two bath, I mean bathroom, and then also the weight -- the weight room. That was how they build. And then second floor was a workout room.

Q. Okay. So how much just space like you have, space for people to work out and compete? Not the weight area.

A. Uh-huh.

Q. How big was his facility as far as --

A. Just workout area?

Q. -- the square feet, yes?

A. About 5,000.

Q. Okay.

A. It was big.

Q. And it had a whole weight training area.

A. In downstairs.

Q. And was that part of the classes or separate from class, you could go and work out in the weight training room?
A. I don't -- I don't know.
Q. Okay. But just free weights or also --
A. The -- the machine, machine.
Q. Oh, machines.
A. Yes, yeah. There's --
Q. And free weights too?
A. No, I don't think --
Q. Oh.
A. -- they had a free weight that time.
Q. Was it Nautilus equipment back then or you don't remember?
A. I don't remember.
Q. Okay. But they had a bunch of --
A. Yes, weight training, yes.
Q. -- weight training machines.
A. Yes.
Q. All right. So you'd -- was it at the seminar that you learned about this five-mile radius and the demographics?
A. That too and -- and many successful dojang such as -- can I give one name?
Q. Sure.

A. His name is Master -- Mr. Sung Yi Chong. He's from Buffalo, New York. I think he has like four school right now and he's at -- you know, however, he's very successful in dojang business and he was a Tournament Committee chair from I think, I believe, 1992 to 1996 when I was Tournament Committee member, and he was vice president of USTU. He always -- he -- he's one of the, you know, person that he talk about that where it is and business location. And then he always either go to upper, middle class or high class, the -- the demographic area, you know.
Q. Since that time, have you attended any other seminars or received any materials about -- from people who are writing books or giving seminars --
A. Oh, yes --
Q. -- about how to run a school?
A. -- I did. Beginning of the year, I went to Y.K. Kim. Y.K. Kim.
Q. Not Waikiki.
A. No, Y.K. Kim.
Q. Y.K. Kim.
A. Yeah.
Q. Okay.
A. Attended -- attended his seminar and then I still receiving from them for business magazine.

Q. Is there a taekwondo business magazine?
A. Martial art business.
Q. Oh, martial arts business magazine.
A. And then also I attend Maya Taekwondo Business last five years.
Q. Okay. Before we go on, the seminar that Mr. Kim had and since then you've gotten the martial arts business magazine, that was where?
A. It was in Florida, I believe, yes. I can't think what year it was.
Q. Oh, it wasn't the beginning of this year.
A. Huh, this year? No, no, no, not this -- it's -- that was before, way before.
Q. In the beginning meaning around 1993?
A. Maybe '94, '95.
Q. Okay. And --
A. And then USC --
Q. -- four times you've gone to some Maya Taekwondo business?
A. Yes.
Q. And -- and that's where?
A. In Las Vegas.
Q. Was Mr. Connelly involved with that at all?
A. No.
Q. He lived in -- did he live in Las Vegas at some point?

A. No.
Q. Okay.
A. Not -- I don't know. Maybe.
Q. All right. So you would attend these annual seminars to learn about running a school? Is that what the Maya --
A. Yes.
Q. -- business was?
A. Yes.
Q. And martial arts operators from all around the country would come to the seminar too.
A. Yes.
Q. And it was multiple days?
A. Like three days, from Thursday, Friday, Saturday. And Sunday is -- I'm sorry, Friday, Saturday, Sunday.
Q. Okay. And included in these seminars were materials about --
A. Yes.
Q. -- the business?
A. I have that, yes.
Q. Okay. And they include analysis of how far students travel to come to schools?
A. That particular seminar meeting has the least

of the seminar schedule and then the instructor. And then so we don't actually -- because there's three rooms and there's three different seminars going on. So what we do is that we just look at the schedule and we just highlight it and then we just participate what -- what we needed for our school, yes.

Q. So there'd be a lot of different topics.

A. Yes.

Q. Different people giving --

A. Different seminar.

Q. -- talks on different topics and you would pick which ones were most valuable to you.

A. Yes.

Q. All right. And since you already have a location, picking a location, isn't that important to you, I guess?

A. Yes.

Q. But in the course of all these different seminars and meetings and business materials, there's been discussion on the fact that students aren't likely to travel more than a certain distance to go to a martial arts school?

A. I'll be frank with you, in Hawaii, if you live in Hawaii for six months, nobody wants to drive after -- after their job is finish. They don't want to

drive more than five minutes. And that's -- it doesn't matter mentally. But, you know, I have a student, they traveling from Kailua later on that you can ask, I have Kaneohe, I have people from -- before from was Mililani, okay, and they are really rare. But -- but that's how the Hawaii --

Q. So I'm assuming those places you just mentioned are a long way from Aina Hina?

A. Well, if you -- if you -- if you living United State, I mean, you know, states --

MR. JONES: No, just -- just answer the question, first question first.

Q. You just named four places where there's a student or two that comes from. Were you suggesting those were pretty far away from Aina Hina?

A. Yes.

Q. Yeah, and those are very unusual. The rest of your students are all from within five-minutes drive of your school. Is that what you're saying?

A. No, I didn't say, no.

Q. Oh, okay.

A. No, not five minutes, maybe -- maybe 20 to -- twenty minutes.

Q. Okay. But within five miles?

A. Yeah, within a five -- no, I don't know.

That's I don't know five-miles radius, you know, that I'm trying to say. It's just about -- takes about 20 minutes, 25 minutes minimum from, you know, my school to their home.

Q. To these four people you mentioned.

A. No, that's more than 30 minutes.

Q. Okay.

A. Thirty to 45 minutes.

Q. In the analysis you got about the five-mile radius --

A. Yes.

Q. -- did it include X percent of your students are likely to be within one mile, a certain percent within three miles, and 90 percent would be within five miles. Is that the kind of analysis you're talking about?

A. No. We just looking at the five-mile -- just simple -- just look at the five-mile radius, the population and then the gross income. That's the -- how you look.

Q. Because that's where most of your students would come from.

A. It's not necessary, but that's what they ask us to -- for demo -- demographic-wise.

Q. Did you go to a company and buy something

that told you the demographics around Aina Hina Shopping Center?

A. No.

Q. Did Aina Hina Shopping Center give you something about that?

A. No.

Q. Okay. But it was the only place available and you thought the five-mile area around it looked pretty good.

A. Yes.

Q. Okay. Who's the landlord?

A. I think -- I don't know who's the landlord. I think it's Hine, belong to Hine. I'm not -- I don't know the landlord, but I know the landlord manager. His name is Mr. Jim Napier.

Q. But you think Hines, H-I-N-E-S, is the --

A. I don't want to say --

Q. -- owner of the shopping center?

A. I don't want to say because I think there must be more than one people who owns the shopping center.

Q. Okay. And Mr. Jim Napier is the one you deal with on lease issues.

A. Yes.

Q. Since you've moved into Aina Hina and been

operating there since '93 --

A. Yes.

Q. -- have you looked at any other locations to move or add schools or do anything like that?

A. Yes.

Q. And where have you looked?

A. Salt Lake.

Q. Oh.

A. Kapolei, Kailua and Wahiawa. Wahiawa was the least area.

Q. Okay. You named four places. Salt Lake's in Utah.

A. No, Salt Lake --

Q. Oh.

A. -- in Honolulu.

MR. JONES: We have our own.

Q. That's -- okay, sorry. All these are places in Oahu.

A. Yes.

Q. I'm sorry. I thought I had one I knew.

All right. So these are four different places in -- and when were you looking at these places?

A. Not particularly look but, you know, just the -- just the area that, you know, we want to open if open second location. And then -- well, time to time

we ask our -- the friend realtor if there's a spaces available, and then, you know, well, they call me, then I check it out. If it's not good location, then I just say no. But I did it few times.

Q. Okay. When did you first start looking at a second location?

A. After about 1996, -7, that's the first we are just checking out.

Q. And when was the most recent time you looked at a second location?

A. Last year, you could say beginning of the year.

Q. The beginning of 2004?

A. Yes.

Q. And where was that?

A. Salt Lake.

Q. And what was it about the place, was it good, was it bad?

A. Wasn't good location.

Q. Okay. And why not?

A. The space was very small, was like only 1,200 square feet, and there's no parking.

Q. And the other places weren't very good either that you looked at, the other three?

A. No, that was the location, but I didn't had a

chance to look at the space because the space wasn't available.

Q. Okay. Last year in the beginning of 2004 --

A. Yes.

Q. -- you looked at a place in Salt Lake and it was too small.

A. Yes.

Q. Let's take Kailua.

A. Yes.

Q. When was that that you looked in Kailua?

A. I didn't actually look. And then that's the city that if I want to open second location.

Q. I see.

A. Yes.

Q. So when you were just talking about other parts of Oahu that might have the good five-mile demographics, you thought about Kailua?

A. Yes.

Q. Because it was upper, middle class?

A. Yes.

Q. And met those other requirements we were talking about.

A. Yes.

Q. But you've never really looked at a space or a particular shopping center in Kailua.

A. I asked my friends, but I didn't particularly physically visit there.

Q. Okay. And they haven't identified one that you -- they thought was available and looked good.

A. No.

Q. And why -- what was the last -- fourth one?

MS. LURIA: Kapolei.

A. Kapolei.

Q. Oh, okay. I -- thanks. When you can't spell things, you can't write them down. Kapolei.

A. Uh-huh.

Q. There were four, Salt Lake, Kailua, Kapolei --

A. And Wahiawa.

Q. There was one that started with a Y, Wahiawa.

A. Yes.

Q. Sorry.

MS. LURIA: It starts with a W.

Q. No, no, I meant with a Y sound. W-A-I I have, I'm sorry, like Waikea, but this one's in Oahu. Wahiawa, let's talk about Wahiawa. Did you tell your realtor look for somewhere in Wahiawa?

A. That actually I went down and -- to see the space.

Q. And what was wrong that space?

A. Was nothing but demographic wasn't fitting. The space -- and then they want to divide a space. It was one like a restaurant, but they said that they want to divide the space. The -- the location was good. And then Wahiawa is military residents.
Q. And that wasn't very good for your demographics?
A. Not -- not demographic, but was too far and it takes from, you know, my place to get there is about one hour.
Q. Okay. So it was too hard for you to have two locations that far apart.
A. Yes, yes.
Q. And Kailua?
A. I'm sorry?
Q. No, Kapolei.
A. Kapolei is a new --
Q. Kapolei.
A. -- develops, it's been really developed past five years, six years. So that was consideration, but I didn't had a chance to look any spaces.
Q. Okay. And Mr. Hee who opened the school?
A. Mr. Cho.
Q. I'm sorry, Mr. Cho.
A. Cho, Hee, yeah, yes.

Q. Oh, the first name, Mr. Cho. Mr. Cho opened a school. What's the neighborhood that he's in?
A. He's three miles away from my -- he's Hawaii Kai, yes.
Q. Okay, Hawaii Kai. Did you look at all at opening something there or that was too -- before he did?
A. That was too close, yes.
Q. Too close.
A. Yes.
Q. That was still an area at the time. Was that an area that you drew students from?
A. Yes.
Q. Is it still an area that some of your students come from?
A. Most of them.
Q. Most of your students come from --
A. Not most, I don't want to say most. Lot, you know, lots of students that come from that area.
Q. Okay. All right. Why did Mr. Connelly leave in '95?
A. The USTU head event director, the job was opening, and then he was, you know, he was interested in job. So he moved to Colorado Spring, took the event director job.

Q. Okay. Was he -- his only employment in Hawaii with your center?
A. Yes.
Q. And did the USTU event director job pay more than he was making running the school with you?
A. That, I don't know. I don't know how much he was making in USTU event director.
Q. Okay. And how much was he making --
A. Here.
Q. Yeah, here in Hawaii.
A. I don't know. I have to go back. We have a salary so.
Q. Oh.
A. It was a salary base, myself and then he was.
Q. But you each split the profits, I assume.
A. When it was -- if -- if it was a probable -- I mean, you know, if you made money, yes, we split. But as you know the business, first three years, you know, if you break even you'll be fine so.
Q. Okay. Were there other taekwondo schools in the area when you opened yours?
A. No.
Q. Were there other taekwondo schools on Oahu?
A. When I opened?
Q. Yes.

A. Yes, there's a -- there was a -- there were three taekwondo school. Actually, four, I'm sorry.
Q. And --
A. Now there is six.
Q. Okay. There were four not counting you.
A. No, not counting me.
Q. Okay. And where were they?
A. Mr. -- you want the name of the school or just --
Q. For now just where they were.
A. One was in Kailua. No, I'm sorry, Kaneohe, one was in Mililani, and one was in Pearl City. Pearl City.
Q. Per City.
MR. JONES: Pearl, Pearl.
Q. I'm sorry, Pearl City. And of those three, what's the closest to where Aina Hina was, I mean how many miles?
A. I don't know, I'm sorry. It's pretty far.
Q. At least 20 miles?
A. Twenty miles? How --
MR. JONES: Yeah, maybe.
A. Maybe. I don't know.
Q. Okay. Over 15 we're sure and it might be 20 miles to any one of us.

A. Well, I don't think -- about maybe 15, yes.
Q. Okay. To which one?
A. And I don't know -- Pearl City is about 15. Mililani is about 20. Kailua is about 15, 15, yes.
Q. Okay. And so --
A. Kaneohe, I'm sorry.
Q. -- one of the good things about Aina Hina was you had a 10-mile radius with no competition.
A. I'm sorry, there was one -- one more school at Puck's Alley. That's -- that's right by University of Hawaii which is about, you could say, about six mile, five mile. I don't know. From Aina Hina to -- about, yeah, seven mile there's one taekwondo school. And there's one karate school also.
Q. And where was the karate school?
A. Right across the street the taekwondo school. Same, Puck's Alley.
Q. Oh, across the street from the one at the University of Hawaii.
A. Yes.
Q. Were those schools primarily for students or were they for children too?
A. I have no idea, sir.
Q. Okay. Did you check out the competition before you opened your school?

A. No.
Q. Okay.
A. The karate school was there, taekwondo school was after --
Q. Okay.
A. -- when I opened.
Q. Okay. So let's go back. The Kaneohe, Mililani and Pearl City schools were already there and there was a karate school --
A. Was already there.
Q. -- in Puck's Alley by the University of Hawaii.
A. Yes, sir.
Q. And she'll make it sound like I pronounced it properly by writing the right word that I was trying to say. Thank you for that.
And then how long later did the taekwondo school go across from the karate school?
A. I think about '97 or '98.
Q. Did you think there was -- as you were getting ready to open your school, how did you promote it, how did you let everyone in the community know you were opening a new taekwondo school?
A. Advertising.
Q. Okay. And where did you advertise?

A. Two newspaper, Honolulu Advertiser and Star-Bulletin. And then I think we -- we did Penny Saver. Penny Saver too I think, I believe.
Q. Is the Penny Saver a flier that goes in an envelope with a lot of different businesses advertised that gets delivered to people's houses?
A. Yes, I guess, yes.
Q. So an envelope comes and you open it up?
A. It wasn't envelope that time. It was just regular newspaper, like a newspaper.
Q. So it was an all advertising newspaper that was delivered.
A. Yes.
Q. And it didn't have articles, it just had businesses advertising.
A. I -- I deal with -- you know, you ask me, so I deal with like only one or twice Penny Saver, but I don't know actually. They give me the approve whether, you know, this ad is approve or not, you know, so.
Q. Was this more Mr. Connelly's part of the business?
A. Yes, just the whole -- the -- the advertising was Mr. Connelly.
Q. Okay. So he was, of the two of you, the one

who focused more on the business issues?
A. Yes.
Q. So he took care of the advertising.
A. Yes.
Q. And he took care of the lease.
A. Yes.
Q. Did he take care of buying equipment for the school?
A. Yes, the computer and such as.
Q. So the office equipment. What about taekwondo equipment?
A. I did.
Q. Taekwondo equipment was your expertise.
Okay. And the first couple of years, it was difficult to even break even. Is that what you were saying?
A. No, that's not what I said. I -- first couple years, I guess you could say we were -- we were doing good. Good means, you know, like I don't think we had any debts.
(The court reporter asked for a clarification.)
A. Any debt, debt, yeah.
MR. JONES: Debt?
THE WITNESS: Yes.

Q. What salary did you each pay yourselves, if you remember, when you started?
A. I don't remember.
Q. About.
A. Sir, I don't remember. I -- I can produce to you, I mean go back.
Q. Okay. We may want that, but do you remember if it was 10,000 or 40,000?
A. I know I was taking home like I think, I don't know, like 1,500 to 2,000 a month and including Mr. Tim Connelly. But I'm not -- I'm not actually sure.
Q. Okay. Were you deducting taxes, is that a net of tax number?
A. Excuse me?
Q. Did you withhold taxes from your salary checks?
A. Yeah, we did, yeah, yes, sir.
Q. So 1,500 to 2,000 a month would be after --
A. Yes.
Q. -- tax.
A. Yes.
Q. Okay. And he was getting the same checks you were.
A. Yes. But I don't -- that's why I'm say, I

wish I could tell you it was --
Q. It might be a little more, it might be a little --
A. Yes, yes.
Q. You just don't know. That's fine. But that's the neighborhood.
A. Yes.
Q. Did you have some particular idea about what made your school special? I mean was there something in your advertising you tried to communicate or just new taekwondo school?
A. Advertising. And then also when people comes we giving -- we -- we say we are -- we are taekwondo school of Harvard. We -- we give them a great services.
Q. Harvard?
A. Harvard.
Q. Harvard University.
A. Yes.
Q. Like -- like you're the best.
A. Yes.
Q. Okay. And did you emphasize all of Mr. Connelly's and your competitive experience?
A. Yes.
Q. And so the big promotion was about your

having been at the Olympic games in 1988 and 1992?
A. Yes, I believe. But I think I put as '92, not '88 too much. I'm not too sure but --
Q. Okay.
A. -- yes.
Q. But the focus was on your competition achievements?
A. Yes.
Q. And your coaching achievements.
A. Yes.
Q. And Mr. Connelly's achievements were in there as well?
A. Yes.
Q. And the school itself --
A. Yes.
Q. -- did it still have the curriculum of forms, board breaking and sparring?
A. Yes.
Q. Did it have more sparring than other schools or not?
A. Well, average.
Q. Okay. So the product was similar to other schools in terms what the curriculum was.
A. Yes.
Q. And did you get from some -- the forms that

you taught --
A. Yes.
Q. -- did you get them from some other school?
A. It's the -- it's the standardized from WTF.
Q. Okay. And has that changed from time to time?
A. No.
Q. Okay. Its been the same for 20 years?
A. Yes.
Q. Okay.
A. There's -- there's a two standard -- standard size form called palgue, P-A-L-G-U-E, and taekuk, T-A-E, taekuk, K-U-K or G-U-K. That's what they say.
Q. Okay. Was there a different curriculum for little children?
A. Such as, how old you are talking about?
Q. Under eight.
A. Oh, no, they do same curriculum.
Q. Okay. They don't have easier forms or less forms?
A. No.
Q. Okay.
A. Five and six, yes.
Q. Okay.
A. If you ask me four and five, yes.

Q. Okay. I didn't know what the cutoff was. Okay. Five or six or four and five, there's a different curriculum. Is that --

A. Four and five. From six and up, they do same curriculum.

Q. Okay. But four- and five-year-olds have a different curriculum? Does that come from WTF also?

A. No, that's mainly by our -- Mr. Connelly and myself.

Q. Just took the normal curriculum and made it a little easier for little children.

A. Yes.

Q. Okay. When you started after, say, two years, how many students did you have?

A. About hundred fifty.

Q. And has it always increased?

A. This is what we notice that, you know, dojang retention is very important, retention, okay?

Q. Yes.

A. We don't have a number of student join. Our retention was very, very good. So the student-wise was very, you know -- it's not like -- well, it's not like mainland, you know. I mean like, you know, you have 20 student, 30 student that joins every month, you know.

Some school that I talk to them was like 40 student they join last month and in Hawaii is not like that. And that's what we find out. First -- first year, you know, we had a, you know, like regular students shorts (Phonetic.). But after second year, even though we advertise, it was -- it was small amount of students.

Q. Okay. And -- and this was different than the schools that you talked to. The owners that you talked to are schools on the mainland.

A. Yes.

Q. And the retention --

A. Yes.

Q. -- do you try to measure your retention?

A. Measure by means?

Q. Quantify, track.

A. Yes, we do that, yes.

Q. Come up with numbers to measure --

A. Yes.

Q. -- how well we're doing.

A. Yes. About 95 percent.

Q. Okay. Now what does that mean, 95 percent each month or each year?

A. No, no, no, let's say you -- you have -- one year let's say you have total of ten student join hypothetically, then we have 90 percent stay for one

year at least.

Q. Okay. Do you have a black belt club?

A. Yes.

Q. Okay. To be in the black belt club, do you have to prepay for the amount of time that it would take to become a black belt?

A. Not prepay. You have to stay in taekwondo for at least nine months. We -- we -- we usually notify when they are green belt, which is about nine to ten or, you know, 12 months. It depends when you enroll.

Q. Okay. I've just become a green belt. I've been doing it for nine months.

A. Uh-huh.

Q. You offer me the black belt club?

A. Yes.

Q. And at that point, I would -- to join it I would prepay through whatever period of time you think it'll take for me to become a black belt?

A. Yes.

Q. Okay. I can, if I want, keep paying every month.

A. Yes.

Q. And continue toward a black belt.

A. Yes.

Q. And the reason to join the black belt club is it's a discount of the whole time?

A. No, it's the same -- same -- it's -- it's the same tuition.

Q. Okay.

A. But we just want to have them commitment because you took for one year of martial art and then it takes three year to four years to become a black belt. And then, you know, that's one of the reason that we agree for one year. And then if you want to become a black belt or not, you know, you can tell. So we talk to the parents or the students are you ready to become a black belt. That's what the black belt club means.

Q. Do they sign a contract that they will stay for the whole time?

A. Agreement. We don't say contract.

Q. But it's a written paper where they sign and then they --

A. Yes.

Q. -- promise to -- do they -- they don't have to prepay or do they?

A. No, they don't have to.

Q. But if they --

A. But there -- there's a system like, you know,

I think I provide to you our, what is that, a -- you know, the -- the black belt program and then individual. I think I provide to you probably.

Q. Oh, I didn't -- I didn't see it. You may have. I'm not saying --

A. Yeah.

Q. -- you didn't. I -- I don't --

A. Anyway --

Q. -- I couldn't find it.

A. -- well, there's like a Type A if you pay in full. And if you want to go monthly, then they go by monthly.

Q. And it saves you a little money if you pay in full?

A. Yes, we give them a 10 percent discount.

Q. Are there any laws you know of in Hawaii about how long you can prepay and not get a refund? Do you know what I'm talking about?

A. Okay. But my school, it's not like other school. Anybody who -- let's say, for example, Mr. Levinstein join black belt club and you pay me to USTC $3,000 pay in full and you train for one year, and then you say, sir, you know, I'm not ready to continue, I need to -- then what we do is we prorate and then we refund them.

We don't -- we don't -- we always tell our student they are not obligated to pay. If they want to cancel the agreement, they can cancel the -- anytime, you know. That's -- that's -- that's, you know, that's the service that we give. Some school they don't. If once you sign, no matter even you move, you got to pay. But we don't. We --

Q. Or you paid in full. If you move, that's fine, but you don't get your money back.

A. No, we give them a refund.

Q. You do but --

A. Yes.

Q. -- other schools don't.

A. No.

Q. And that's part --

A. But -- yes.

Q. And that's part of how other schools make more money. At these seminars they tell you that this is a way to make a lot of money, right?

A. No, no, they don't talk about those kind of thing. They -- they don't talk about the contract things. They -- they talk about how you enroll peoples or the staff training or the scheduling curriculum and such and things like that.

Q. They don't talk about different products like

black belt clubs and taebo classes and things like that?

A. If you go particular seminar, yeah, they probably had.

Q. Okay.

A. But --

Q. But those weren't the kind of things you were going to.

A. No.

Q. Do you have a whole line of fitness classes for --

A. We have --

Q. -- adults?

A. We have a taerobic class.

Q. Aerobic or is it something else?

A. Taerobic.

Q. Okay. T in front of aerobic?

A. Yes.

Q. So taekwondo aerobic. I -- I'm with you. And that's for adults --

A. Yes.

Q. -- mostly?

A. Well, anybody who can come in the morning or evening. It runs one hour.

Q. Okay. Is there a difficulty keeping students

after they get their black belt?

A. How you could say, 50/50. You know what I notice is that if they start young, let's say you start from seven years old, for them it's -- you know, receiving a black belt is like, you know, the ultimate goal. But if you start from 10 years old and then, you know, you got black belt like 13 and 14, they continue until they go to college. But still we -- our retention is very good. If they -- they receive -- I believe ten people receive black belt, then we have about seven continue for second degree.

Q. And to third degree?

A. Very -- third degree we -- we have very -- we don't have third degree yet. It's -- it has a time limit. So it's not --

Q. How many years between second and third?

A. First, okay, once you become first degree is from three -- we say three-and-a-half to four years.

Q. To second degree?

A. No, first degree.

Q. Oh.

A. And then first degree is -- to second degree it takes two-and-a-half to three years. And I have from second to third degree takes three to four years and so on.

Q. So a person would have to be going at least nine years at the minimum if they hit all those--

A. Like nine or ten, 11.

Q. Right. And that's a long time to stay when you've only had your school for 11 years. So --

A. Yes.

Q. -- there couldn't be too many of those people still with you.

Okay. After Mr. Connelly left, did you change anything because of his departure?

A. No.

Q. Okay. Let's talk about advertising. When you first moved in, you did those ads in the newspapers and some Penny Saver. Did you continue that for the last ten years or did you change that?

A. Well, also Yellow Page too.

Q. Okay.

A. We did just, you know -- we did Yellow Page from, I think, '94 because it was too late. So '94 to '97. Ninety-seven or '96. I'm not too sure. And then after that we -- we discontinue. We just had bold line say U.S. Taekwondo Center.

Q. Just what?

A. Bold line, bold, you know like --

Q. In the Yellow Pages book you wouldn't have an

ad, but there'd be a listing under taekwondo schools.

A. Martial art, yes.

Q. Martial art schools that would have -- and you would pay a little extra to have it in bold.

A. Yes.

Q. Okay. Why did you discontinue the advertising of the ad?

A. Learn from the seminar. It says not -- it's not necessary to ad. And then, you know, just, you know, once you establish this certain area it doesn't necessary to ad. And then that's part of the -- and then it was very expensive in Hawaii advertising at, what is that, Yellow Page.

Q. Was the Yellow Pages in English or was there both an English Yellow Pages and a Yellow Pages in other languages?

A. I think in Hawaii Yellow Page is only one language. I don't know what you're referring.

Q. Well, we've been produced to us Yellow Pages, looks like Yellow Pages, that are in --

A. It's a Korean community, yes.

Q. Yellow Pages.

A. Yes.

Q. Is it called Yellow Pages?

A. No, they don't call Yellow -- Yellow Pages.

They call Korean -- Korean --

Q. Phone book.

A. Phone book, yes.

Q. Or whatever.

A. Thank you.

Q. Okay. It's a book with -- same as the Yellow Pages, but it's called something else and it's for the Korean community.

A. Yes.

Q. And you still advertise in that?

A. Yes.

Q. Has that got a broader -- well, let's talk about the phone book Yellow Pages you were advertising in. Was that Yellow Pages for the entire Oahu?

A. Yes.

Q. Okay. And the Korean community is also all of Oahu?

A. Yes.

Q. Is that delivered to everyone or do you pick up the Korean version at certain stores --

A. Yes.

Q. -- that are Korean?

A. Yes, yes.

Q. Okay.

A. They produce maybe 10,000, 15,000, yes.

Q. And they're free, but they're -- things you pick up for free at a Korean business.

A. Yes.

Q. And that you've continued to this day.

A. Yes.

Q. What percent of your students come from the Korean community?

A. Before, now?

Q. Let's start with now.

A. Well, now is little more higher than prior when I first opened. Before was maybe less than 10 percent, but now it's about 20, 25 percent. And because people intend to move to that area, the Hawaii Kai area, yes.

Q. I'm sorry.

A. They moved from, you know, from one location to other location. I mean they're moving their home.

Q. But they still come back?

A. Yes.

Q. I see. So there are people who lived in the Aina Hina area who are Korean-Americans --

A. Uh-huh.

Q. -- have now moved, but their kids still come to your school?

A. Yes.

Q. Okay. And now you have a better retention with Korean students than the others?
A. Compared to when I first opened school.
Q. Okay. And it's now 20, 25 percent of your students?
A. Yes.
Q. So when is the last time you advertised in the newspaper?
A. I think -- I think that was last year, last year. I think I have that list. If you need I can give it to you, but that was last year we did a Star -- Star-Bulletin and there is a one area that --
Q. There was an article or you paid for an advertisement?
A. Paying advertisement.
Q. Okay. I haven't seen that in production.
A. I think --
MR. JONES: I wasn't aware of it.
A. No, but, see, reason why because we was going to do one ad for the summer. And then I don't recall too, but reason why I brought it is because they -- she ask me did you guys did any advertising, I said, no, not for long time, oh, and then she went back and she fax to me that we did some kind of advertising and -- but I think we did with taerobic together. It's not

myself, itself, my --
Q. Okay.
A. -- yeah.
Q. Is taerobic with someone else doing it or do you do the taerobic class?
A. Someone else.
Q. Okay. It's in your school.
A. Yes.
Q. But someone else comes in and runs that class.
A. Yes. In a way, yes, means, well, she's my black belt. The -- her name is Lani.
Q. Okay. So one of your black belt students said can I do --
A. Yes.
Q. -- a taerobic class in the school in hours when the school isn't otherwise having classes.
A. Yes.
Q. And I'll pay you some of what I make she said. No?
A. No.
Q. Okay. You'll pay me to do it?
A. She -- she's -- she's entitled to what she's making.
Q. Oh, all the money from the taerobic classes

goes to her.
A. Yes.
Q. She doesn't even pay you rent?
A. No.
Q. That's nice of you.
A. Thank you.
Q. So -- so the taerobic classes that are done there don't affect your income or expenses.
A. No.
Q. Is it a time when the school otherwise was closed?
A. Yes.
Q. Okay. So when you say evening, after it's too late to have classes for the --
A. Yes.
Q. -- like at 8:00 o'clock at night or something?
A. Yes, 8:00 to 9:00.
Q. All right. When you first opened, about what did it cost to be a member? Did you have different categories of membership?
A. I know $100 a month.
Q. Okay. Did you have different prices, this is for two times a week, this is for three times a week?

A. No.
Q. But you know about other schools that do those things.
A. Oh, yes, I know, sir. But our school, you -- you say that you required to come minimum twice a week, but you can attend five times a week.
Q. You cannot.
A. You do.
Q. Oh, you can.
A. You can come five times.
Q. Anytime there's a class --
A. Yes, come.
Q. -- you can come.
A. Yes. The -- the -- the designate classes. So beginning, yes.
Q. Okay. And it's a hundred dollars a month.
A. Yes, that's -- that was 1993 when we start.
Q. Okay. And what's it now?
A. Hundred forty dollars a month.
Q. And is that more or less than your competitors charge, do you know?
A. No, I don't -- I don't understand.
Q. Other taekwondo schools in --
A. In Hawaii?
Q. -- in Hawaii.

**Page 153**

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 Q. When do you see the masters on your island?
11 A. Before we have a state, then when we
12 have a state championship when we have a state
13 meeting.
14 Q. So when you run into them at a state meeting
15 or state championship, you talk about business and --
16 A. After the -- after the -- our agenda is done,
17 yes, we talk -- after the meeting is done --
18 Q. Okay.
19 A. -- over and then we talk about our business.
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

**Page 155**

1 A. Sometime, yes.
2 Q. And now do you have any other -- well, who
3 besides you teaches classes?
4 A. Right now?
5 Q. Yes.
6 A. We -- we have a called SWAT, it's called
7 Special Winning Attitude Team -- Attitude Team.
8 Q. Okay. And are those students?
9 A. Yeah, they are like, you know, ready to
10 become a black belt. You know like red belt, you know
11 like -- so they are volunteer. Not volunteer, they,
12 you know, they have to attend the SWAT class and I give
13 each, you know, like twice a -- what's that, like twice
14 a week special classes that -- that I conduct and --
15 Q. To teach them how to teach?
16 A. Yeah, teach them how to teach. And then some
17 people who wants to teacher, so we give them
18 opportunity. And then they -- and then they come to
19 certain classes and they help me. They not teaching
20 class, but they assist. So that's part of the like
21 program.
22 Q. Okay. Are they under 20 years old usually?
23 A. I -- I have a various. From -- mine is from
24 16 and up.
25 Q. Okay. So the SWAT group --

**Page 154**

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 MR. LEVINSTEIN: Okay. You want to take
9 a break?
10 MR. JONES: This is a good time, yeah.
11 MR. LEVINSTEIN: You want to eat, take
12 lunch too?
13 MR. JONES: Yeah.
14 MR. LEVINSTEIN: That's fine.
15 MR. JONES: We've been going about an
16 hour.
17 MR. LEVINSTEIN: Okay.
18 THE VIDEOGRAPHER: The time is 12:10
19 p.m. and we are off the record.
20 (A lunch recess was taken.)
21 THE VIDEOGRAPHER: The time is 12:59
22 p.m. and we are back on the record.
23 Q. (Continued by Mr. Levinstein.) In '93 to '95
24 when Tim Connelly was working with you, did he teach
25 classes?

**Page 156**

1 A. Yes.
2 Q. -- Special Winning Attitude Team, is students
3 age 16 and up.
4 A. Yes.
5 Q. Who don't have a black belt yet.
6 A. No, but you have to be red belt.
7 Q. Okay. Do the black belts teach classes?
8 A. I have some volunteer assistant instructor.
9 Q. But none of them get paid?
10 A. No. I had Mr. Lum, Wes Lum.
11 Q. Wes Lum?
12 A. Yes.
13 Q. L-U-M?
14 A. Yeah, L-U-M, yes. But now he's a paramedic
15 so.
16 Q. Was he an employee?
17 A. Yes, from -- yes.
18 Q. Was he --
19 A. Part-time. Yes, part-time or just --
20 Q. Was he a taekwondo competitor?
21 A. No.
22 Q. Just someone who became a black belt who
23 wanted to work at teaching?
24 A. Yes.
25 Q. And how much did he get paid?

A. It was just -- he comes like -- I was giving him about -- each paycheck was, after the tax, about like 350.
Q. Is that per month or twice a month?
A. Twice a month. I'm not --
Q. He was getting close to a thousand a month.
A. Oh, you could say that, sir.
Q. Seven hundred dollars take home and so maybe 8-, 900, thousand a month. When you're out of town who teaches your classes?
A. When out of town? Oh, simply my volunteer instructors.
Q. Okay.
A. Yeah.
Q. So those are the black belts, not the SWAT team.
A. Oh, no.
Q. Okay. Have any of your students that you've worked with at your home school gone on to become Olympic competitors or national champion competitors?
A. Yes.
Q. Okay. How many?
A. Couple.
Q. A couple?
A. Few, yes.

Q. Can you --
A. His name -- name?
Q. Why don't you start with names, yeah, if there are only a few. If there were 30, I wouldn't want all their names.
A. Daniel Kim.
Q. Daniel Kim.
A. Gosh, what is her first name. Kim, gosh, that was a few years ago, John Kim.
Q. That's the first name?
A. John, John.
Q. J-O-N?
A. Yes, J-O-H-N, John.
Q. That -- that's not the girl --
A. I mean --
Q. -- you were trying to remember.
A. No, no, that is the guy.
Q. Okay. Daniel Kim, John Kim.
A. And girl, one. There's -- there's -- well, she's not actually my student, but she came from mainland just to train so that, you know, she can participate. She was here for about year-and-a-half, but I cannot get her name. Yeah, she trained with me for about year-and-a-half and then she was second place at the national. Daniel Kim was a national team member.

Q. Okay. Let's take it one at a time. Daniel Kim was a national team member when?
A. I believe '96, '97.
Q. Okay.
A. I think '99. Ninety-nine one too. I think '96 and '97.
Q. Ninety-six and '97.
A. Yes. He was a --
Q. And you said '99.
A. I don't know, but he --
Q. Okay.
A. -- he was a three times national champion.
Q. Okay. In '96 to '99 time frame, does national champion require winning the championship or are we talking team trial?
A. Team trial.
Q. Okay.
A. Daniel Kim was team trials.
Q. And does that mean he won --
A. Yes.
Q. -- three national champion?
A. Yes.
Q. And what weight class?
A. Fin.

Q. Your weight class. Is it still your weight class?
A. Huh?
Q. No. Probably not anymore, right? We won't -- we won't ask what your weight class would be now. All right. I apologize for that.
John Kim, is he -- he's no relation to Daniel Kim?
A. Oh, no.
Q. Okay.
A. Just, oh, friend. I'm sorry, friend, friend. Friend, yeah.
Q. A friend?
A. Yes.
Q. They were friends with each other.
A. Yes.
Q. But they weren't -- both have the last name Kim but --
A. No, no.
Q. -- that's not --
A. Not related.
Q. -- how it works here.
A. Yes.
Q. Okay. Was he a national team competitor, went to the team trials?

6/23/2005 Lee, Dae Sung

```
 1  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 2  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 3  ░░░░░░░░░░░░░░░░░░░░░
 4  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 5  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 6  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 7  ░░░░░░░░░░░░░░
 8  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 9  ░░░░░░░░░░░░░░░░░░░░░░
10  ░░░░░░░░░░░░░░░░░░░░░░░░░
11  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
12  ░░░░░░░░░░░░░░
13  ░░░░░░░░░░░░░░░░░░░░░░
14  ░░░░░░░░░░░░░░░░░░░░░░░░░░░
15  ░░░░░░░░░░░░░░░░░░░
16  ░░░░░░░░░░░░░░░░░░░░░░░░
17  ░░░░░░░░░░░░░░░░░░░░░░░
18  ░░░░░░░░░░░░░░░
19  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
20  ░░░░░░░░░░░░░░░
21  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
22  ░░░░░░░░░░░░░░░░░
23  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
24  ░░░░░░░░░░░░░░░░░░░░░░░░░░
25  ░░░░░░░░░░░░
```

```
 1      Q.  Okay.  And the Junior Olympics, they have
 2  competitions based on your belt.
 3      A.  Yes.
 4      Q.  So red belts compete against red belts.
 5      A.  Yes.
 6  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 7  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
 8  ░░░░░░░░░░░░░░░░░
 9  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
10  ░░░░░░░░░░░░░░
11  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
12  ░░░░░░░░░░░░░░
13  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
14  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
15  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
16  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░
17  ░░░░░░░░░░░░░░░░░░░░░░░
18  ░░░░░░░░░░░░░░░░░░
19  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
20  ░░░░░░░░░░░░░░░░░░░░░░░░░░
21  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
22  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
23  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
24  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
25  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
```

6/23/2005 Lee, Dae Sung

```
 1  ░░░░░░░░░░░░░░░░░░
 2  ░░░░░░░░░░░░░░░░░░░
 3  ░░░░░░░░░░░░░░░░░░░░
 4  ░░░░░░░░░░░░░░░░░░░░░░░░
 5  ░░░░░░░░░░
 6  ░░░░░░░░░░░░░░░░░░░░░░░░░░
 7  ░░░░░░░░░░░░░░░░░░░░
 8  ░░░░░░░░░░░░░░░░░░░░░░░░
 9  ░░░░░░░░░░░░░░░░░░░░░░
10  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
11  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
12  ░░░░░░░░░░░░░░░░░░░░
13  ░░░░░░░░░░░░░░░
14  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
15  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
16  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
17  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
18  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
19  ░░░░░░░░░
20  ░░░░░░░░░░░░░░░
21  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
22  ░░░░░░░░░░░
23      Q.  So they went to -- we're not talking about
24  the Junior Olympics.  We are.
25      A.  Yes.
```

```
 1      Q.  So one went on to college, one's focusing on
 2  basketball and not doing taekwondo, and Brandy still
 3  comes and --
 4      A.  Yes.
 5      Q.  -- trains.  But Brandy hasn't yet --
 6      A.  Competed.
 7      Q.  -- competed at the elite level.
 8      A.  After, yes.
 9  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
10  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
11  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
12  ░░░░░░░░░░░░
13  ░░░░░░░░░░░░░░░
14  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
15  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
16  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
17  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
18  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
19  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
20  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
21  ░░░░░░░░░
22  ░░░░░░░░░░░░░░░░░░░░░░░░
23  ░░░░░░░░░░░░░░░░░░░░░░
24  ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
25  ░░░░░
```

A. Not paying but at least, you know, find them a job or find a location -- it's -- and -- and then it was hard.

Q. I see. So they're not offering to come and train with you and pay for it.

A. No.

Q. No. Have you tried to find anyone else to help like Mr. Connelly did to be a co-owner or a co-teacher?

A. At my school?

Q. Yes.

A. No, I just -- I just concentrate.

Q. You just concentrate on teaching yourself?

A. Yes.

Q. And --

A. And volunteer instructors.

Q. Are you familiar with the idea of a student teacher ratio, how many students are in a class versus how many instructors, is that something you --

A. Average my -- it depends on the class if -- but we have at least myself and two other assistant is on the floor.

Q. With how many students up to?

A. I'm sorry, I can't -- it's various. From ten to sometime 30. I have some class that participation

is about 30 students.

Q. Classes generally go from 3:00 o'clock in the afternoon till --

A. Eight.

Q. -- till 8:00 at night?

A. Yes. Monday, Wednesday, 3:30 to 8:00. Tuesday and Thursday, 3:15 to 8:30. And at 8:30 to 10:00 o'clock I have a special training class.

Q. On Thursday?

A. Yeah.

Q. On Tuesday and Thursday?

A. Yes.

Q. Eight thirty to 10:00, a special training class for black belts or --

A. People who wants to learn Olympic style training. So I have university students and some elite students, not nationally but, you know, award too. But that's my volunteer to teach them. Then Fridays from 3:15 to 7:30. Saturday is from 9:15 to 1:30.

Q. And Sunday is closed.

A. Sunday is closed.

Q. And it's Monday and Wednesday that your student does the taerobics?

A. Yeah, 8:00 to 9:00, yes.

Q. On Monday and Wednesday because the other

days it's too late. I mean you have class going on Tuesday and Thursday, right?

A. Yes.

Q. Okay. Have these been the hours from the beginning?

A. Huh?

Q. Have these been the hours of the school pretty much from the beginning?

A. Yes. No, not first -- not first year. First year, because we -- you know, we -- we only had maybe two -- two class or three class a day because of the student.

Q. How long is the last class?

A. Forty-five minutes.

Q. Okay. Now in the course of these seminars that you've gone to about martial art schools --

A. Yes.

Q. -- have they talked about various things that schools on the mainland do to increase revenue and profitability?

A. Yes.

Q. Have they -- well, what kind of things have you --

A. Oh, like --

Q. -- heard them talk about?

A. -- after-school program.

Q. All right. What else?

A. What they call leadership program.

Q. What's that?

A. They call white belt to black belt club to leadership program.

Q. Okay. Is that after you get your black belt?

A. No, before. So then you signing up up till second degree program. So black belt is like a first degree and then --

Q. So you sign up for the leadership program before you even got your first black belt?

A. Yes.

Q. Okay. Is there a thought that people are fired up to get their black belt and they expect to continue?

A. Uh-huh.

Q. And then after they get their black belt, there's a letdown and they stop?

A. No. I mean that's -- well, I guess they're marketing is that you don't -- you don't -- you, you know -- you know, when you reach certain area, then you -- because, you know, you are so fired up to getting a black belt, and so then you introduce the second program so they can continue so that we try to teach

them martial arts, not just -- only just to get a black belt and you quit. We try to teach them extended --

Q. Okay. What --

A. -- program.

Q. -- other kinds of programs?

A. What is that, after program --

Q. Birthday parties?

A. Oh, yes, thank you very much, but I don't do that.

Q. But do you do an after-school program?

A. No.

Q. Okay. And you don't do a leadership program?

A. No.

Q. Okay. And you don't do --

A. We have -- we -- we have a second degree program.

Q. Right. But you don't do birthday parties.

A. We don't have birthday party, no. Oh, then there's a sleepover, buddy day, movie night.

Q. You don't do any of those.

A. We do buddy days. But I didn't do that for little while, but we -- we -- we done buddy days.

Q. What's party days, is that --

A. Buddy, buddy.

Q. Oh, buddy --

A. Buddy.

Q. -- days.

A. Buddy, I'm sorry.

Q. Okay. I thought it was party days. Sounded good to me.

A. Buddy day. And then sleepover.

Q. Do you do that?

A. Yes, once in a while. Very rare, but we do it.

Q. Buddy days are you bring someone who's not --

A. Yes.

Q. -- a student?

A. Non-student and then just practice taekwondo for like 25 minutes. And then we give them certificate.

Q. And has that been successful, a lot of kids sign up after being a buddy?

A. Off -- off and on, yes, yes.

Q. Okay.

A. I guess all the programs where we -- I think, you know, that's a lot of programs that, you know, you -- some other school did follow and they do. And then in my school I check. Some -- some work, some -- you know, like buddy day works, buddy day works. Sleepover, we bring -- ask them to bring friends and it

really -- you know, that was work too. And then when you sign up a child, we give them a parents to try for month program.

Q. Do you do that?

A. Yes.

Q. But the seminars you've attended --

A. Yes.

Q. -- they promote these much more aggressively than you do, right? I mean they're -- these are viewed by the people who promote them as ways to really increase your revenue dramatically, right?

A. Well, they talk about it, but they don't really push, though. I mean they talk about how -- how some schools are very success with doing after-school program, pick-up service program and things like that.

Q. Right. And have you -- you've decided not to do those.

A. After-school program cannot because we have to pick them up from the school. That's the most -- but then we check in Hawaii, the liability insurance is very, very high. And then just -- just, you know, even though you charge extra, it was too difficult. And then you have to hire a driver and things like that. So it's not --

Q. Was it also a concern that your space doesn't really have enough space to have after-school care for a bunch of kids?

A. Yes, in a way. But if I can provide because I have a outside space.

Q. Okay.

A. So -- but -- but we -- we did study about those programs and then what is suitable for our location, as well as our space as well.

Q. Because it does rain occasionally here, right?

A. Huh?

Q. It does rain sometimes in Hawaii.

A. Yes.

Q. So you can only use outside space somewhat.

A. Yes.

Q. Do you need special license to be doing day care if you do an after-school program?

A. I have no idea. I didn't --

Q. Okay. But you looked into it and decided it wasn't something that you could do, the after-school programs or the pick-up services.

A. No.

Q. What about this issue of not refunding money when they signed up for a plan, do they talk about that

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

1  Q.   Yeah.
2  A.   Because if I was running summer camp, then I
3  cannot come depo.  I'd be -- I'd be doing some other
4  stuff.  And then, you know, it's -- it's -- that --
5  those kind of programs that you really have to stay on
6  and watch and supervise and everything.  You need lot
7  of responsibility.
8  Q.   Okay.  Do the other schools in Oahu have
9  multiple full-time instructors, more than one?
10 A.   I have no idea, sir.
11 Q.   Okay.  Mr. Cho's school, for example, does he
12 have more employees, do you know?
13 A.   What I heard was that he's the only one who's
14 teaching there right now.  That's -- I mean I don't
15 know that's, you know, true.
16 Q.   But -- sorry.
17 A.   Yes.
18 Q.   Does he have other employees who do other
19 functions?
20 A.   I have no idea, sir.
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 Q.   So in addition to teaching, you're also the

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  Q.   Okay.  And -- and when you say a summer
10 program, is that because kids are not in school?
11 A.   Yeah.
12 Q.   It's a combination?
13 A.   They -- they do that for like one week --
14 Q.   Okay.
15 A.   -- at a time, yeah.
16 Q.   It's like a camp?
17 A.   Yeah, something like that, yes.
18 Q.   Like a day camp?
19 A.   Yes.
20 Q.   Okay.  And you don't do the summer program?
21 A.   No.
22 Q.   Why not?
23 A.   Huh?
24 Q.   Why not?  I'm just wondering.
25 A.   Why not?

1  person who handles all the sign-ups and --
2  A.   No.  Well, I'll be truth that my brother
3  volunteer to come and help me about three hours a day.
4  If anybody who wants to sign up, then he comes in and
5  he sign up for me so that I can concentrate my school.
6  Q.   Did you say two to three hours a day?
7  A.   Yeah, two to three hour like from 4:00 to
8  7:00.
9  Q.   Monday through Friday?
10 A.   Not necessary.  If he -- if he needs to go
11 home, he go home.
12 Q.   Okay.  And you'll just say my brother will be
13 here tomorrow, you can sign up tomorrow.
14 A.   No, I just usually say, well --
15 Q.   I can take care of it.
16 A.   Yeah, I would take care of it too.
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

*(Left column text illegible/redacted.)*

```
 1   to five-years-old son, then I ask them can you bring
 2   them and watch the class at 3:15, Tuesday and Thursday,
 3   view, if your kids like it, let's do the trial lessons.
 4   It's two private lessons including free uniform.
 5             (The court reporter asked for a
 6             clarification.)
 7        A.   And then -- and then I usually do one class.
 8        Q.   Does that cost $25 or something like that?
 9        A.   It depends on the season.  We say 29.95 or
10   39.95.
11        Q.   Okay.
12        A.   If you want all the code, I give it to you.
13   And then after that, we do that for 20 minutes private,
14   one-to-one, the parents watch.  And then for the little
15   ones, we ask them to participate the class.  We just
16   wanted to see.  And then when I say yes.  If he's ready,
17   then I say yes.  If he's not, then I say, okay, sir,
18   why don't you come for one month, that's free, you
19   know, until he likes it because we don't want to give
20   them any bad taste.
21             For the grown-up, we do the trial, two trial
22   lessons, and then the parents sees how we teach the
23   class and it's very productive.  And then they find out
24   that our class is not only just concentrate on kicking
25   and punch, but, you know, character builder.  So they
```

*(Left column text illegible/redacted through line 8.)*

```
 9        Q.   When someone comes in to the school with a
10   parent who has a child between the ages of I guess it's
11   three and high school, that's the range --
12        A.   Not three, sir.
13        Q.   -- is it still three?
14        A.   No.
15        Q.   Three-and-a-half?  Okay.  I thought I saw
16   somewhere students at three-and-a-half-years old.
17   That's okay.  What's the youngest?
18        A.   Very rare.
19        Q.   Okay.  Four?
20        A.   Four, yes.
21        Q.   Five?
22        A.   Four.  It depends when we do the trial
23   lesson.  Our program is like this.  Let's say when
24   people come in, we usually ask them to watch the class.
25   We give particular hour.  Like say if you brought four-
```

```
 1   usually sign up for not one year now, we change to six
 2   months.
 3        Q.   And why did you reduce it to six months?
 4        A.   Why?  I think that's more proper.  One year
 5   is little long obligation to the parents.  And even
 6   though we say that we -- you not -- you are not
 7   obligate to agreement.  But six months most -- working
 8   more efficiently for our business right now.  We just
 9   change that, too, not too long ago.
10        Q.   Was it a concern that -- what the competitors
11   were doing or no?
12        A.   No, sir.
13        Q.   Were you afraid the year scared people away?
14        A.   No, we try to do new things.
```

*(Lines 15-25 of right column illegible/redacted.)*

*[Left column text largely illegible/redacted]*

---

*[Right column, lines 1–15 largely illegible/redacted]*

16    Q.   With the economy?

17    A.   And absency of not being there.

18    Q.   Do you think there's a lower retention when

19 you're not around?

20    A.   Of course it's true, sir.

*[lines 21–25 largely illegible/redacted]*

---

*[Lower-left column text largely illegible/redacted]*

---

*[Lower-right column text largely illegible/redacted]*

Q. And that was in the Star-Bulletin. Other than that and the Korean phone book --
A. Yes.
Q. -- any other advertising you've done in the last couple years?
A. Nothing that I know.
Q. Okay. At some point did you think about radio advertising or television advertising?
A. Television, of course, it's very expensive. We work a contact by radio station, but the price was over so it's not.
Q. And the Penny Saver didn't seem to generate enough students to make it worthwhile?
A. That was only first two years that we did in 1993 and 1994.
Q. Did you try to track how many people came because they had gotten the Penny Saver?
A. We did that before, Tim Connelly did that, and then finally we -- our final result was best thing was Star-Bulletin and Advertiser newspaper was the best result of drawing the crowd.
Q. But even that you decided it wasn't worth the money, so you stopped doing that.
A. Sometime we can do that, but I guess -- oh, well, the financially-wise we didn't meet that

requirement, so I didn't.
Q. Now you said in '95 or -6 you had an economic impact, I think those were the terms you used --
A. Uh-huh.
Q. -- and went and met with your landlord?
A. Yes. I don't know what year, but, yes, we did because we couldn't -- we couldn't draw in people even though we advertise and then the expenses created an income. So we had a financial difficulty. It's not only just '96, but, you know, if you look at over the years before 2000, yeah, we did have some financial problems.
Q. And it got better after 2000?
A. Kind of steady, yes, you could say over the -- you know, little better than -- compare to those years.
Q. And as part of your deal with the landlord, if things start going better you'll talk about a higher rent?
A. Well, actually, no, we didn't discuss that, but, you know, he's nice enough to maintain our rent.
Q. How is the vacancy rate in your shopping center, if you know what that means?
A. Hundred percent. It's -- it's -- every -- all shopping center is --

Q. Filled?
A. -- occupied, yes.
Q. Oh. And there's other people probably want to get in?
A. That, I don't know. But one or two space was vacant for couple years. But right now, current, if you ask me current, right now, is all the space are --
Q. And has the shopping center declined, the -- the quality of the stores that are in there?
A. No, it's the same that ever since I was open, yes.
Q. Sometimes the anchor tenant moves out and then they have -- but its been the same basic tenants.
A. Yes. Chuck E. Cheese been there for past ten years.
Q. And is that a store that --
A. Right next to me.
Q. -- is consistent with your business?
A. No. Well --
Q. I mean in the sense that people that come into Chuck E. Cheese are the right age and they'll see your school and maybe they'll come see you?
A. I think seems like we give more business to them than they us.
Q. Have you put newsletters or fliers in Chuck

E. Cheese?
A. No, we didn't.
Q. You haven't talked to them about that?
A. No. I don't want four and five years old.
Q. Oh, okay. Chuck E. Cheese's runs a little too young.
A. Yes, three and up. No, sir.
Q. Okay.
A. I think I had enough with --
Q. My kids are a little older. I forgot what the cutoff was for Chuck E. Cheese.
Q. Okay. At any of these seminars that you've been to, have you tried to come up with ideas to improve the profitability of your location?
A. Well, they said advertising.
Q. And -- and it hasn't worked for you.
A. No, I didn't advertise. So that's -- that's my problem. But like I said, because of the, you know, financial so.
Q. But in addition, they push all these programs and other ways to make money and those just aren't compatible --
A. Well --
Q. -- with what you --
A. -- it's the same thing.

Q. -- want to do?
A. If you want to run the, let's say, after-school program, then you have to advertise. It's -- you not doing it with your students that you have right now. Like a buddy -- like a buddy day, then, yes, we give the pass out and we do the way. Now is -- birthday party I didn't. What is that, sleepover, yes, we do couple times, you know.
Q. But taebo classes, for example, that -- that she runs, some of them do them as part of their school?
A. Huh?
Q. Some of the other taekwondo schools or martial art schools have fitness classes as part of the business, not someone who does it in their school.
A. Not all, but --
Q. No.
A. -- yeah, I think some school, yes, they do that.
Q. And they push that as a way to get people in and --
A. Well, if -- if the -- the instructor was the same instructor, yes, probably. But I'm doing this as a -- a favor for her.
Q. Right.

A. Okay. And then she do some favor for me so.
Q. What about hap ki do, some schools teach hap ki do too?
A. No, I don't teach any hap ki do.
Q. But other martial -- other taekwondo schools do?
A. Not -- nothing that I know.
Q. Oh, my kids taekwondo school has hap ki do classes.
A. No, they teach, what is that, weapons, but I don't know about -- yeah. Oh, yeah, they do?
Q. They have a hap ki do class.
A. Well, hap ki do is like a self-defense so.
Q. Well --
A. Yes.
Q. -- holds and --
A. Yes, I understand.
Q. -- and self-defense and it seems more like what you could do in a fight than taekwondo does sometimes. So they market it as sort of inner-city urban self-defense type classes. But their guys get black belts in hap ki do too.
A. Yes, but nothing that I know in Hawaii --
Q. Okay.
A. -- sir, yes, teach hap ki do.

Q. All right. What about your other friends who are on the mainland, are there other things they say they do that makes their business more profitable that just haven't worked for you?
A. Advertising, curriculum, program director.
Q. What's a program director --
A. Just like --
Q. -- hiring one?
A. Just like what Mr. Connelly was do before.
Q. Okay. Hiring a person whose job it is to --
A. Yes.
Q. -- focus on the business side.
A. Yes.
Q. And have you considered doing that?
A. In future when I have a standard -- my, you know, finance problems, yes, if I meet that, yes. I'm very looking into it right now.
Q. Okay. You said when you moved in that the demographics of your area were what you wanted --
A. Yeah.
Q. -- in '93. Have they changed at all, the area?
A. I think it grow more past -- I think past few years, like maybe three, four years in Hawaii Kai where Master Cho school is, I think, grow tremendously, not

to westbound but the eastbound, yes, in my opinion.
Q. And if he wasn't there, perhaps you would have gotten that business?
A. Yes and no because I have a lot of students still coming from that direct -- you know, from there.
Q. But your school hasn't grown that much even though this area has grown a lot.
A. My area?
Q. Well, that area was your area in the past before Mr. Cho moved in, right?
A. I don't consider him as a competitor. So I still think that as my area.
Q. Okay. But he's drawn a lot of students from that area, same area you draw students from.
A. Well, you could say that, yes, because it's convenient.
Q. Right. And on the old five-mile radius, he's closer to a lot of those people than you are.
A. Yes.
Q. Does he have a bigger school than you do?
A. I believe so.
Q. And does he have more employees?
A. Oh, that I don't know. You already told me. You already ask me, but I don't know.
Q. I don't mean instructors. I mean --