6/23/2005 Lee, Dae Sung

1    A.   No.

2    Q.   -- does he have a program director and people

3  there?

4    A.   I never been to his school, but I know that

5  he teach other classes which is two class.  And if you

6  see that Mr. Candon?

7    Q.   Mr. Candon's report?

8    A.   Report, yeah, it has only two class per day,

9  adults and junior.  So I -- I guess he can manage by

10  him -- by himself to teach the class.

11    Q.   Okay.  I think he has assistant instructors

12  but --

13    A.   Yes, yes, yes.

14    Q.   -- I don't want to mislead you.

15    A.   Yes, me too, sir.  I don't know if --

16    Q.   But I -- I don't want to --

17    A.   Yes.

18    Q.   -- I'm not here to testify.  I just don't

19  want to suggest I was saying it was only him.

20    [illegible/redacted]

21    [illegible/redacted]

22    [illegible/redacted]

23    [illegible/redacted]

24    [illegible/redacted]

25    [illegible/redacted]

193

complaining that they believe that USTU officers were using USTU funds for their own personal expenses as opposed to benefiting athletes and the organization?

A. I don't know.

Q. Did you hear complaints about how much money President Lee spent on golf and entertaining people from other countries?

A. No, that -- no, that I didn't.

Q. Okay. Did you hear concerns raised about large amounts of cash being given to people who were supposed to give receipts back later?

A. I -- that I think I heard for some -- some, I think, championship that I heard when we -- or discussed that we have to have a receipt. So any managers or any officer who attend, they must turn all the receipts to the Treasurer General. That's -- that's what, you know, we discuss.

Q. And before that, that hadn't happened?

A. No.

Q. Do you remember what year that was?

A. Sir, I'm sorry, no.

Q. In the last five years or in the nineties?

A. I think was in the nineties.

Q. Okay. Rather than talk about the past then, let me jump to 2003. Did you become aware in 2003 that

the USOC's Membership and Credentials Committee was reviewing the USTU to see if it was in compliance?

A. Yes.

Q. Did you understand it was the job of the USOC Membership and Credentials Committee to review all the national governing bodies to see if they were in compliance?

A. Yes.

Q. And were you aware that for a large number of years the audits of the USTU had identified problems in how the USTU conducted its finances?

MR. JONES: Objection. Vague.

A. Yes and no, but I hear really good comments from Virginia with -- when Mr. Warwick was our executive director. So that -- that was from 1998 to 2002. I -- I heard only good thing about how much we progressed in financial and --

Q. Now who -- who did you hear that from?

A. Huh?

Q. Did you actually speak to Virginia Witte?

A. No, I saw the letter that Mr. Warwick showed to me.

Q. Okay. Do you recall that those letters said that the USTU still had problems but they made a lot of progress to fix things?

A. Well, I don't know exactly, you know, but this -- you know, like, say, hey, you know, this is the letter that I received from the -- the financial and then, you know, we doing good.

Q. And in what context did Mr. Warwick share that with you?

A. We're in black. Black when you make money, where you not --

Q. Oh.

A. -- negative. But we -- we are in --

Q. Was this at an Executive Board meeting?

A. There was one time in 2001, 2001, yeah, he -- in the annual meeting that that year financial is black. And then --

Q. Well, let's separate out -- I understand he may have been reporting that the organization was now not in the red --

A. Yes.

Q. -- that they had -- they had covered their debts and had some money.

A. Yes.

Q. Can we separate that issue from whether the bookkeeping and financial accounting was proper or did you see those as the same thing?

A. That, I don't know, sir.

Q. Huh?

A. That, I don't know. I only heard from Mr. Warwick.

Q. That we were in the black.

A. Yes.

Q. Okay. And you also know he got some letter from Virginia Witte about that the organization was doing better.

A. Yes.

Q. Okay. So at anytime, though, did the Executive Board discuss the fact that the organization was getting letters from the auditors saying the USTU wasn't in compliance with its financial obligations?

A. Before that usually when we have a executive meeting, they have -- always have a official meeting first and then they do the executive meeting. And then some material is not cover, all the material is not cover. That's why I, you know -- you know, because I'm a, you know, you know, what is that, a executive member, but how could you say he don't know anything. But there's some material that it doesn't cover in the executive meeting and Board of Governors meeting. So I don't know.

And then the financial part was, you know, it's -- it's true that Mr. Warwick, that I know, always

has been executive directors, and then Treasurer General is to handle -- handle all the finance part department and budgeting and whatever. And then so I don't actually -- not actually, but I mean I don't know that much information about financial and, you know, things like that. And then the only reason why I understand is that Mr. Warwick just say, you know, financial we -- we doing really good and then, you know, put -- you know, we have a letter.

Q. We're in the black.

A. Yeah.

Q. Okay.

A. Yes.

Q. The meeting that comes before the Executive Board meeting, was that a meeting of the officers?

A. Yes. They have like a -- it's not -- they usually have a meeting their own, their own.

Q. Who's they? I'm just trying to --

A. Officers.

Q. Okay.

A. Officers, yes.

Q. So first there's a meeting of the officers. Then there'd be a meeting of the Executive Board. Then there'd be a meeting of the whole Board of Governors.

A. Yes.

Q. And what you're saying is some things that were discussed with the officers were never shared with the Executive Board.

A. Yes, sometime, yes.

Q. So issues about the financial things that may have been discussed with the officers may not have ever been --

A. No.

Q. -- discussed with you.

A. No. What I'm saying is that some issues, I don't know what issues is, but if it's important, that all the executive member have to -- then they discuss on the -- they usually have agenda. So before I go to any meeting, they already have agenda that what they're going to discuss about this and that and that. And then -- and then we just follow the agenda and then we talk about the problems or, you know, what's coming up.

Q. Who sat the agenda, President Lee?

A. Secretary General, I believe so, sir. And then we have our own bylaw, too, submitted, any agenda items. Then, you know, you have 30 days, 15 days, you know, those kind of thing.

Q. At any Executive Board meetings that you were attending, did anyone speak up and say there are important issues that are not on this agenda that we

should be talking about?

A. Not particularly.

Q. Okay.

A. But there's a lot of issue that is been talk about, you know, but I don't, you know, remember particularly what issue was.

Q. Do you remember members of the Executive Board that were unhappy about the way the organization was being run, who were outspoken about --

A. No.

Q. No?

A. No.

Q. No athletes, nobody spoke up and said we've got serious problems and we're not doing anything about them?

A. I think, you know, I -- I'm not too sure what year is, but it was from either from 2000, 2001, 2002, I think -- I think Mr. Moreno speak regarding about the -- the stipend, the athletes stipend, and also Coach Han Won Lee talk about that.

Was -- but most of time I was interested in athletes because I used to be a coach and then, you know, I original coach. So those issue that I, you know, I -- I know. I -- you know, we discuss and then they brought their raise. So they giving a stipend for

national team member for -- and, you know, if you become certain thing, then they give you so much money, you know. Things like that that we always pass at the -- discuss and then pass at the Board of Member -- Board of Governors.

Q. Well, do you remember Mr. Moreno speaking out about some issues and after the meeting you were saying to him that you should be speaking out about the same things that he's speaking out about, do you recall that?

A. He asked me?

Q. No. That -- that he spoke out at the meeting and you were quiet, and after the meeting you said to him that you saw there were problems too and you should be the one, really, who's also speaking out?

A. I don't remember.

Q. Okay. Do you remember concern expressed about how much control Sang Lee had over the organization?

A. Such as?

Q. First, do you remember any concern expressed about that?

A. I don't know.

Q. Do you remember people concerned that term limits were being eliminated so he could stay president

forever?

A. Yes.

Q. And what was your view on that subject, were you in favor of term limits or in favor of removing?

A. I was favor.

Q. Of removing it?

A. No.

Q. Of keeping them.

A. Yes. Oh, no, no term. I'm not -- I'm not favor for keeping him. I'm talking about the president is no term.

Q. You're in favor that the president could be the president as long as he got elected with no limit on his term.

A. No limit, yes.

Q. Did you hear concern expressed about the fact that Sang Lee appointed a number of state presidents?

A. Yeah, yes, I know.

Q. And did you --

A. Hawaii state is always -- Hawaii state presidents appointed too.

Q. By -- by the president?

A. Yes, Mr. Bob Smith, yes.

Q. Do you remember concern expressed that of the ten delegates at large, Sang Lee appointed five of

those?

A. That, I don't know, sir.

Q. Okay. Do you remember concern that he appointed five members of the Executive Committee because he appointed all the Committee Chairs?

A. That I know because he appointed me as one of the committee chair.

Q. Well, you know that he appointed, but do you remember people being unhappy that so many of these members of the board or members of the Executive Committee were being appointed by Sang Lee?

A. No.

Q. Do you remember hearing any concern expressed about that?

A. I don't remember.

Q. Okay. Do you remember concern expressed that of the hundred or so, hundred and twenty board members, 27 were appointed by Sang Lee?

A. I don't remember.

Q. Okay.

A. Hundred twenty-seven appointed by him?

Q. No, 27 were appointed by him out of a hundred or a hundred and twenty.

A. Oh, I don't -- no.

Q. Okay.

A. I know Executive Committee, some, you know, appointed by president. That I know. Like, you know, Referee Chair, Tournament Committee Chair, you know, like five or six.

Q. And the -- you didn't know that five of the ten delegates at large were appointed by him?

A. No. I cannot say no because when it comes to board, there's a -- but I wasn't really interested on, you know, the -- what -- you know, tell the truth, you know, I don't -- yeah.

Q. That's fine. If you don't remember, you don't know. I just wanted to know.

Q. Well, in 2003 when the USOC started focusing on the governance --

A. Yes.

Q. -- did you attend any of those meetings, the Membership and Credentials Committee meetings?

A. No.

Q. So the meeting that the USOC Membership and Credentials Committee had in the spring of 2003, the open meeting where people could come in and talk about their concerns about the USTU, you didn't attend that meeting.

A. No.

Q. So you never attended any meetings of the

Membership and Credentials Committee.

A. No.

Q. Never talked to anyone on the Membership and Credentials Committee?

A. No.

Q. So anything you know about that process was told to you by other people?

A. No. I visit Mr. Smith and Mr. Jill -- I forgot her last name.

Q. Chalmers.

A. Jill Chalmers, yes. I was there nineteen -- 2003, September.

Q. Okay.

A. I visited with Mr. -- President Lee and Sammy Pejo and myself to their office to discussion about remediation plan that USOC was going to give to presently.

Q. Okay. Had you seen remediation plans before then?

A. No, I didn't know. No, they were just talking about the remediation plan.

Q. Okay.

A. That's the first time I heard about remediation plan was September.

Q. Did they tell you in September that there had

1   been discussions going on for a month or more about
2   remediation plans?
3       A.   Well, I just attend and all I hear was --
4   well, Ms. Jill was pretty upset and Mr. Smith came in
5   like five, ten minutes before, I mean afterward.  And
6   then I saw Ms. Chalmers first, you know, she was upset
7   about the language that what they brought up and this
8   and that.  So I asked her, you know, actually did you
9   hear about the -- such a language as a Korean mafia,
10  and then she say yes.  And then so then I think Sammy
11  said that, you know, if we -- just in case if we go to
12  court you can -- would you like to be a witness and she
13  said yes, and that's when I heard from her.
14          And then Mr. Smith walked in and then, you
15  know, he -- he also -- he didn't say the word, but
16  he, you know, he also heard.  And then he say if he
17  wants to testify, he will be testifying.  I mean
18  that's, you know, that's what I understand on that
19  particular trip.
20          And then after the meeting I told Sammy that,
21  you know, I was shock.  And --
22      Q.   Well --
23      A.   -- that's -- that's the -- that's the first
24  that I actually involve in remediation plan and things
25  like that.  I saw the letter on -- you know, when they

6/23/2005 Lee, Dae Sung

1   fax when I was in Pan Am.
2       Q.   Which letter?
3       A.   Mr. -- Mr. Satrum?
4       Q.   Yeah.
5       A.   Yes, the first letter.
6       Q.   Okay.
7       A.   I think was dated August 4th.
8       Q.   And -- and what was your reaction to that
9   letter?
10      A.   I was very offensive personally.  I mean, you
11  know, I was -- you know, that's -- it will hurt me.  It
12  was hurt because the -- the particular line I -- you
13  know, I don't remember which, you know --
14      Q.   Allegiance to Korea.
15      A.   Yes.  I mean, you know, sir, all these year I
16  was so proud to be American, okay.  And then, you know,
17  every time I -- when I go to each country, I always try
18  to win best medal, best result, best for myself to
19  serve this country.  And when we did win in Seoul, that
20  means I'm allegiant to Korea?  And then I -- I was -- I
21  just -- I just couldn't believe it.  And I even ask
22  that same day to Mr. Warwick, I took the copy and then
23  I talked to Mr. Warwick because he was --
24      Q.   At the Pan Ams with you.
25      A.   Yes, yes.  And he was in the same hotel, the

1   headquarter office.  And, you know, and then I said
2   what's going on and what is this.  And then even
3   himself he doesn't know what that mean was, you know.
4       Q.   But when you first saw that letter --
5       A.   Yes.

[Lines 6-25 redacted]

[Lines 1-25 redacted]

```
 1   [redacted]
 2   [redacted]
 3                    THE VIDEOGRAPHER:  Can we do a tape
 4   change?
 5                    MR. LEVINSTEIN:  Sure.
 6                    THE VIDEOGRAPHER:  The time is 2:01 p.m.
 7   We are off the record.  This concludes tape number two.
 8                    (A recess was taken.)
 9                    THE VIDEOGRAPHER:  The time is 2:07 p.m.
10   We are back on the record.  This is the start of tape
11   number three.
12        Q.   (Continued by Mr. Levinstein.)  Okay.
13   Let's -- I'll show a document as soon as it gets copied
14   but --
15        A.   Yes.
16        Q.   -- let's go to that meeting you were at with
17   Jill Chalmers.
18        A.   Yes.
19        Q.   Why were you, Sammy Pejo and Sang Lee the
20   ones meeting with Bruce Harris?  You weren't an
21   officer.
22        A.   Who me?  I think there was some kind of a --
23   we had some kind of a -- a function.  I didn't -- you
24   know, we were -- there was something, so I happen to be
25   there.  I wish I, you know, I can tell you.  But I -- I
```

213

```
 1   and then they have some other discussion.  So I heard
 2   from them.  So I asked her personally if you actually
 3   heard and then she say yes.
 4        Q.   And this was separate from the meeting with
 5   Mr. Harris.
 6        A.   No, that -- that time Mr. Harris wasn't
 7   there.
 8        Q.   Because the meeting with Mr. Harris had
 9   already taken place?
10        A.   I don't know.
11        Q.   Okay.
12        A.   But that's what I heard from Mr. Lee and
13   Mr. Sammy Pejo.
14   [redacted]
15   [redacted]
16   [redacted]
17   [redacted]
18   [redacted]
19        A.   Mr. Warwick will tell you that it was a
20   common term during the time he was an executive
21   director.  Did you ever hear discussion of the
22   allegation that the USTU was run like a Korean mafia
23   when Mr. Warwick was the executive director?
24        A.   I think I heard that that's the term that --
25   not Mr. Warwick did directly, but Mr. Warwick say that
```

215

```
 1   got invited by President Sang Lee and Mr. Sammy Pejo
 2   ask me to go to that meeting because the, I think,
 3   afternoon they supposed to have a meeting.
 4        Q.   Well, your Declaration says somewhere that it
 5   was on September 24th.
 6        A.   Yesh, September 16 or 24, yeah, something
 7   like -- the -- the -- that's the date.
 8        Q.   Mr. Harris testified it wasn't until October
 9   8th, and his memo indicates this meeting took place
10   October 8th with Jill Chalmers.
11        A.   When I went, Mr. Harris wasn't there.
12        Q.   You met with Jill Chalmers when Mr. Harris
13   wasn't there.
14        A.   Yes.  The --
15        Q.   Okay.  And you said in this meeting you
16   asked Jill Chalmers if the term Korean mafia had been
17   used?
18        A.   Yes, that if he heard.
19        Q.   Well --
20        A.   If she heard.
21        Q.   -- who had told you about this term Korean
22   mafia?
23        A.   Well, Mr. -- Mr. Lee and Mr. Sammy Pejo and
24   Mr. Harris, I guess they heard.  And -- and -- and then
25   that's the time that I went with Mr. Lee and Mr. Pejo
```

214

```
 1   some of the -- when he -- during the -- when he goes to
 2   meeting, that he heard terms of Korean mafia.
 3        Q.   Which meeting?  That Mr. Warwick --
 4        A.   Meeting or not, but he said he heard the term
 5   of Korean mafia.
 6        Q.   What year are you talking about?
 7        A.   When he was executive director.
 8        Q.   So before 2003.
 9        A.   Yes.
10        Q.   Before these Membership and Credentials
11   Committee meetings.
12        A.   Yes.
13        Q.   And -- and from whom did he hear these --
14   this term being used?
15        A.   I don't remember.
16        Q.   Was it from members of the USTU?
17        A.   No, that I don't think so, but I'm not -- you
18   know, I don't know -- for sure that he told me that's a
19   member of USOC, okay, sometime use the language of
20   Korean mafia.
21        Q.   Before 2003.
22        A.   Yes.
23        Q.   In what context?
24        A.   See, I don't know when he was --
25        Q.   Okay.  Let me show you what's been marked --
```

216

why don't you mark that as Exhibit 2.

(Deposition Exhibit No. 2 was marked for identification.)

Q. I show you what's been marked as Exhibit 2 -- it's Bates number USOC 493 through maybe 567, I'm not sure if it's consecutive, but it should be -- and ask if you've seen this document before.

A. No.

Q. Let me read you -- well, let me just start with, do you understand that this document is a submission that was made to the Membership and Credentials Committee by members of the USTU at the open meeting on May 2nd, 2003?

A. That's what it say, yes.

Q. Yeah, but no one ever showed you this document.

A. No.

Q. Let me read you -- let me read -- start on page two. Let me read just some paragraphs so you can -- we're on the same page about what I'm talking about. Oops, I'm going to have to switch. This is my highlighted version. I don't know how that happened.

A. Can I -- can I keep that?

Q. It doesn't matter.

A. No, I --

Q. I just don't want to confuse you.

A. So -- so --

Q. We're going to read the same pages.

A. Yeah, so -- so I know what --

Q. It doesn't matter. Our current leadership has secured a lock on the future governance of our sport. If you'll look in the middle of -- right here.

A. Yes.

Q. Page two.

A. Uh-huh.

Q. Our current leadership has secured a lock on the future governance of our sport, ensuring that unless they wish to remove someone, that person holds their position forever. Through a system of bought votes, appointed officers and sheer cronyism, anything the officers of the USTU do not want to happen simply won't.

Forty percent of our Executive Committee is appointed. A hundred percent of our delegates at large are appointed. Forty-seven percent of our state presidents are appointed. Where is the democracy in this? Of the elected Executive Officers, 15 percent of the officers are students of the President. Of the Delegates at Large, 20 percent of them are students of the President. Our Executive Committee is 50 percent

Korean. Sixty percent of our Delegates at Large are Korean. Approximately 59 percent of our state presidents are Korean. Yet our membership is not predominantly Korean; it is not even close to predominantly Korean.

Do you recall when you were on the board criticisms or complaints that through the appointment system the board was controlled by a minority of Korean-Americans?

A. You know, so if you read this thing, I don't see any Korean-American. They all say Korean. So I'm considered as a Korean too? I'm not Korean, I'm American. Why they keep saying they Korean? I mean that's the one thing that -- that people understand why they emphasize as a Korean.

Q. I understand, but I'm telling you this is what --

A. No, that's --

Q. -- was being said by USTU members.

A. That's the same thing when I received and then when I saw the letter that Mr. Tom Satrum said that it's allegiance to -- to Korea. No, I'm very dependent on this. Then they should say something else. Why they say -- keep Korean, Korean and Korean. And then that's how we divided each groups from Korean

and non-Korean? So I'm not -- I'm -- I'm Korean. So maybe I should go back to Korea instead. No, it's not, sir. I mean that's the thing.

And then you only looking at the one point of view and you discuss. Why don't you look at the both side. I mean if the -- Mr. Tom Satrum really care about our union, then maybe they should say something about good things. They only talk about bad thing. We did -- we did great thing. We brought -- look at the athletes from 1988 till all the way the Olympic Game, we brought gold medal, demonstration sport 1988. If they'll -- we were medal count, we will become a second place because we won like five, six medals in Olympic in '88. I mean there's a lot of thing.

Q. Well, were you aware that these were issues being raised by USTU members?

A. No.

Q. No one told you this?

A. No.

Q. Okay. Were you aware that it was Tom Satrum's job to tell the USTU, here's what your members are complaining about, please tell us the response?

A. Sir --

MR. JONES: Objection. That misstates the testimony and also contains facts not in

**Page 221**

```
 1   evidence.
 2       A.   You know, now I understand more, yes?
 3       Q.   Yes.
 4       A.   With Tom Satrums trying to say to us, you
 5   know, because I -- but that time, no, when I read the
 6   letter, it wasn't not like that.  It was like more,
 7   okay, if you don't do this, you know, we're gonna do
 8   this, so why don't you follow up.  It's not like you
 9   hand out all this book nice and then, you know -- when
10   I read the letter was when I was in Dominica Republic.
11   President Lee called me and then say, you know, there's
12   a letter that was send by Tom Satrum.
13       Q.   But the letter from Tom Satrum was to Bruce
14   Harris.
15       A.   Huh?  Yes, from USTU probably, yes.  So I
16   read, yes,
17       Q.   But Bruce Harris had seen this.  Bruce Harris
18   knew all about this.
19       A.   Well, yeah, I guess he's executive director,
20   but it doesn't mean that all the -- I -- I didn't read.
21       Q.   I understand.
22       A.   Yes.
23       Q.   I understand.  When you read the letter you
24   didn't understand the context in which it was being
25   sent.  You didn't know that these allegations had been
```

**Page 222**

6/23/2005 Lee, Dae Sung

```
 1   made by members of the USTU, right?
 2       A.   Yes.
 3       Q.   And you didn't understand why Tom Satrum was
 4   writing a letter to the USTU.
 5       A.   No, it's not that.  What do you mean by not
 6   understand?
 7       Q.   What I mean is you didn't understand that
 8   there had been meetings going on and that Tom Satrum
 9   had been getting all these complaints about the USTU
10   from USTU members.
11       A.   Sir, you know, I -- can I -- can I just rest
12   little bit?
13       Q.   Sure.
14       A.   You know, I just --
15       Q.   Take a break.
16       A.   Can I -- can I --
17            MR. JONES:  Yeah.
18       A.   -- take a five-minutes break?  I want to
19   breath and I want to, you know -- you know, because --
20       Q.   Relax.
21       A.   Yes, it's -- it's -- it's make me --
22            THE VIDEOGRAPHER:  The time is 2:18 p.m.
23   We're off the record.
24            (A recess was taken.)
25            THE VIDEOGRAPHER:  The time is 2:20 p.m.
```

**Page 223**

```
 1   and we're back on the record.
 2       [redacted]
 3       [redacted]
 4       [redacted]
 5       [redacted]
 6       [redacted]
 7       [redacted]
 8       [redacted]
 9       [redacted]
10       [redacted]
11       [redacted]
12       [redacted]
13       [redacted]
14       [redacted]
15       [redacted]
16       [redacted]
17       [redacted]
18       [redacted]
19       [redacted]
20       [redacted]
21       [redacted]
22       [redacted]
23       [redacted]
24       [redacted]
25       [redacted]
```

**Page 224**

6/23/2005 Lee, Dae Sung

```
 1       [redacted]
 2       [redacted]
 3       [redacted]
 4       [redacted]
 5       Q.   Okay.  And in that context seeing
 6   Mr. Satrum's letter without knowing any of the
 7   background of his letter --
 8       A.   Uh-huh.
 9       Q.   -- it upset you.
10       A.   Well, some part, not all the letter.
11       Q.   Okay.
12       A.   I mean that's -- that's one of the
13   concern.  So I -- I took the letter and then talked to
14   Mr. Warwick.
15       Q.   Okay.  Mr. Warwick wasn't working for the
16   USTU at that time.
17       A.   The USOC.
18       Q.   Okay.  And he wasn't involved in taekwondo at
19   all.
20       A.   No.
21       Q.   What's the World Taekwondo Organization?
22       A.   World?
23       Q.   The WTO?  Is there such a thing?
24       A.   World Taekwondo Organization, I think it's
25   some form -- just -- just regular organization.  I
```

think they put my name as a vice chair or something, but I think that's the organization WTO.

Q. You're a member of the WTO.

A. I'm not member but someone else -- if my name is there -- there's one more organization, but I'm not recall. That's how much I -- I'm not interested, but I think they put me as a like vice chair. I don't know that's the WTO or some other --

Q. Is there an organization that a requirement to be a member is that you be of Korean ancestor?

A. No, that -- nothing that I know.

Q. Didn't you and Mr. Warwick discuss an organization you're a member of that he couldn't be a member of because he's not Korean?

A. Mr. Warwick?

Q. Correct.

A. I don't remember.

Q. Is there an organization of Korean grandmasters?

A. Yes.

Q. Is it called the WTO?

A. I don't know. I know they're called the -- the Korean, you know, version of like a master club or something like that.

Q. And you were a member of that organization.

A. I am not.

Q. So you don't recall discussing with Mr. Warwick that you were a member of this organization and he was not allowed to be a member because he was not Korean.

A. I don't think so. I don't remember.

Q. Okay. But you do know that someone's identified you as a vice chair of an organization called the WTO.

A. No, I -- that's why I'm saying, I -- I don't know -- that's how much -- no, it's not WTO. I think UST something, T, not TF or not WTO.

Q. Okay. Do you remember in your positions with the USTU complaints about the fact that Korean grandmasters would have meetings separate from the rest of the taekwondo community?

A. No.

Q. Do you remember allegations that the outcome of events, competitions, depended on the ancestry of the referees and the competitors?

A. No.

Q. You never heard anyone say that an athlete didn't win because he wasn't Korean and the judge was Korean-American?

A. No, sir. Then if that -- if that's the fact,

then I should have won 1988 Olympic team trial. Do you know there's a four judge out of two, three was Korean-American, center referee was Korean-American. If you -- you think that that's the truth and then I should have won.

Q. Maybe -- not if it was -- maybe if it wasn't close, they couldn't go that way.

A. Sir, it was very close fight, but I told you that I lost the fight, you know. I'm a -- I'm a -- you know, I don't lie on those kind of thing. But if you can turn around, who -- who knows.

Q. But you never heard that there were all sorts of complaints throughout the USTU about refereeing and that it was biased based on what -- whether the competitor was Korean-American or not, you never heard that?

A. No, sir.

Q. Did you attend Mr. Harris's testimony?

A. Which one?

Q. Bruce Harris's testimony?

A. At the depo?

Q. Yeah.

A. Yes, I was there.

Q. Did you hear him say that he's heard that for the last 20 years?

A. Well, that I didn't -- I wasn't really concentrate. But I mean that's -- that's what he said, then maybe that's his opinion, but I didn't hear. You ask my opinion.

Q. No one ever said anything like that to you?

A. Yeah. No.

Q. Is that -- no one ever discussed with you the fact that non-Korean-Americans were concerned about whether their bouts would be judged fairly by Korean-Americans and vice versa, that Korean-Americans were concerned that their bouts wouldn't be judged fairly by non-Korean-Americans?

A. No. Maybe -- okay, oh, what his name, Mr. Perez told me, okay? Because I don't want to deny. It seems like I'm lying. Then Mr. Moreno once said to me, I don't -- I don't know what tournament was, that he didn't say about the Korean-American thing, but he said the judge was unfair.

Q. And the implication was it was because of whether the competitor was Korean-American or not.

A. But, sir, I explain to Mr. Moreno that particular fight -- because the center referee, they were tie, they were tie, the score was 3-3, and that the center referee was American who raised their hand to what you saying about Korean -- the coach --

6/23/2005 Lee, Dae Sung

[Page 229 — text redacted]

---

6/23/2005 Lee, Dae Sung

```
1    [redacted]
2    [redacted]
3    [redacted]
4    [redacted]
5    [redacted]
6    [redacted]
7    [redacted]
8    [redacted]
9    [redacted]
10   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15        Q.   Okay.  Let me show you a new document.
16             (Deposition Exhibit Nos. 3 and 4 were
17             marked for identification.)
18        Q.   Why don't you take a look at Exhibit 3 and
19   Exhibit 4.  For the record, Exhibit 3, titled
20   Agreement, is a settlement agreement dated January 27,
21   2004, and Exhibit 4 is titled USOC Remediation Plan for
22   USTU, also dated January 27, 2004.
23        A.   Oh, you got a —
24        Q.   Oh, two copies, I apologize.
25        A.   Yes.
```

231

---

6/23/2005 Lee, Dae Sung

[Page 230 — text redacted]

---

6/23/2005 Lee, Dae Sung

```
1         Q.   And have you seen these documents before?
2         A.   I — I did —
3         Q.   Oh.
4         A.   — not see this one, but I saw this one.  I
5    think I read.  I didn't see this one for this.
6         Q.   Well, didn't you understand that the
7    remediation plan was an attachment to the agreement?
8         A.   Well, you know what, I — tell the truth, the
9    — this — I only got copy of this.  They fax to me.
10        Q.   Who faxed to you?
11        A.   US — USTU office.
12        Q.   Okay.  Well, do you recall that there was a
13   resolution that had attached to it both of these
14   documents?
15        A.   Yes.
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21   [redacted]
22   [redacted]
23   [redacted]
24   [redacted]
25   [redacted]
```

232

### Page 233

```
 1   [redacted]
 2   [redacted]
 3   [redacted] And ... you voted in 2/27/2002
 4   [redacted]
 5   [redacted] you voted ... 26th, 2012
 6   [redacted]
 7       Q.   Okay.  And when you signed it, had you read
 8   the resolution?
 9       A.   The remediation --
10       Q.   No.
11       A.   -- plan?
12       Q.   No, the resolution that's referred to in --
13   in 5.
14       A.   Right here?
15       Q.   You see you voted to approve the attached
16   resolution dated February 6th, 2004?
17       A.   Yes.
18            MR. JONES:  Did we -- I'm sorry, do we
19   have the resolution?
20            MR. LEVINSTEIN:  I don't.  I didn't -- I
21   don't have that with me because I didn't think there
22   would be an issue about that.
23       A.   That I -- yeah, because that's what they
24   faxed to us and then -- yes, yeah.
25   [redacted]
```

233

### Page 235

```
 1   is coming that year very quickly and same time I work
 2   for the -- the position of Olympic coach in 2004.  So I
 3   signed it and I fax it in, I think, you know, like
 4   almost like 8:00 or 9:00 o'clock.
 5       Q.   Okay.
 6       A.   But my decision was, number one, I have to
 7   save my union.
 8       Q.   But prior to February 20th, you'd supported
 9   the remediation plan.
10       A.   Excuse me?
11       Q.   You'd -- you'd previously supported there
12   being a remediation plan.
13       A.   Who me?
14       Q.   Yes.
15       A.   Me, well, I didn't -- I told them to fight,
16   if we can talk to them and if we can negotiate them,
17   let's do and then let's keep, you know.  I was not,
18   what is that, wants to follow the remediation plan.
19       Q.   But before January 27th, 2004 --
20       A.   Uh-huh.
21       Q.   -- there'd been a conference call in which
22   you'd approved orally the remediation plan as part of
23   the Executive Committee.
24       A.   Yes, because I have to -- I have -- just like
25   I said, I have -- you know, if I don't, then US --
```

235

### Page 234

```
 1   [redacted] to approve ... the settlement agreement and the
 2   [redacted] remediation plan?
 3   [redacted] Yes.
 4       Q.   Okay.  All right.
 5       A.   But can I say?
 6       Q.   Sure.
 7       A.   My understanding was if I don't sign this --
 8   because that's one of the reason I think they fax
 9   earlier, but I didn't last minute because if
10   I don't sign I think we will destroy USTU.  I think,
11   you know, we get decertification.  It means all this
12   year that I've been work with the athletes, you know,
13   all the times that I share and I had to save the
14   union.  My -- my knowledge from my heart was I have to
15   save it, okay?
16            And same time President Lee call me, I think,
17   January 28 and that was very hard moment.  I said, sir,
18   don't -- he ask me I sign this remediation plan, number
19   one, to save USTU and to save your position as the
20   Olympic coach 2004.  And then I said, you know, I mean
21   that's -- that's really, you know, that's one of the
22   reason he signed it.
23            And then for me when I send this, I want to
24   save my union because I don't want them to get
25   decertified.  And then US -- what is that, the Olympic
```

234

### Page 236

```
 1   there's no USTU and that's the impression.  I mean
 2   regardless they said the remediation plan will be
 3   giving you better support for next future USTU, this
 4   and that.  And then -- but in that time my
 5   understanding, yes, if you don't accept remediation
 6   plan, then U -- U -- USTU will be decertified.  There's
 7   no choice.
 8   [redacted] Really, do you understand why the USTU was
 9   [redacted] going to be decertified?
10   [redacted] ... you just told me, because they didn't
11   [redacted] comply ... with the requirement?
12       Q.   Didn't you understand that they had the worst
13   financial record keeping of any national governing body
14   in the history of the Olympic movement?
15            MR. JONES:  Objection.  Assumes facts
16   not in evidence.
17       A.   I heard, I heard from Mr. Warwick that we are
18   much better even though he become Olympic director
19   that, you know --
20       Q.   In 2002?
21       A.   I don't -- after he become a USOC director, I
22   think 2003, I don't know, but numbers time that we talk
23   about he say you think that our union was that bad, he
24   said no.  He said that there's some union or some NGBs
25   much worse than us, but they're -- they are surviving.
```

236

1   Well, that's the word.  So, you know, maybe we were,
2   but, you know -- but during the one Mr. Warwick was a
3   executive director, we did fine, we had no problem.
4       Q.   You had no problems?
5       A.   Yes, I don't think --
6       Q.   Okay.
7       A.   -- you know, yeah.
8       Q.   You didn't hear there were members who
9   believed that your entire organization was unfair?
10      A.   There wasn't --
11      Q.   Didn't anyone tell you that?
12      A.   Why don't they brought this --
13              MR. JONES:  Objection.  Asked and
14  answered.
15  [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]

1   [redacted]
2   [redacted]
3   [redacted]
4   [redacted]
5       Q.   Okay.  All right.  Let's keep going then.
6   If you were on the Executive Board, why did you
7   just -- and you thought that it was important the USTU
8   not enter into a remediation plan -- well, strike
9   that.
10              Did you not -- was there something about the
11  remediation plan you didn't like?
12      A.   I think that that was the last option that we
13  had to accept.
14      Q.   But did you read it?
15      A.   I didn't -- I didn't go like line to line,
16  but I went read through, yes.
17      Q.   Did you understand it?
18      A.   Most of them, yes.
19      Q.   And was there something in it you didn't
20  like?
21              MR. JONES:  You're talking about Exhibit
22  4 when you say the plan?
23              MR. LEVINSTEIN:  The plan and the
24  settlement agreement, whatever he read.
25              MR. JONES:  He said -- I think he

said --
2       A.   Not the --
3              MR. JONES:  -- he never got the
4   settlement agreement.
5       A.   I didn't, I didn't.
6              MR. LEVINSTEIN:  He received the
7   settlement agreement, but he can say he doesn't
8   remember it, but that's okay.  It was attached --
9       A.   No, I did --
10              MR. LEVINSTEIN:  -- to the resolution.
11      A.   -- not, I did not receive this.  Only -- so
12  -- I only had fax from our, was it, office, okay.  If I
13  did, sir, then I will say yes.
14      Q.   Okay.  Then look at the remediation plan.
15  Was there something in it you objected to?
16      A.   I think -- well, if I say right now, then
17  it's too late anyway because I signed the paper.
18      Q.   Okay.  And the advice you got was, if you
19  don't sign this --
20      A.   No, that's not --
21      Q.   -- the USOC will hold us not in compliance.
22      A.   Not sign.  Well, that's the one way that we
23  can save our union.
24      Q.   Okay.  All right.  Were you on the phone in
25  conference calls about the remediation plan in which

1   people went through what was being agreed?
2       A.   Yes.
3       Q.   And so you were on the conference call with
4   the Executive Board in which all the terms of the
5   settlement agreement and the remediation plan were
6   explained to you?
7       A.   Yes.
8       Q.   And on that phone call, everyone orally
9   agreed that they were going to approve it before
10  January 27?
11              MR. JONES:  Excuse me, you said the
12  question was when all the terms of the settlement
13  agreement were explained?
14              MR. LEVINSTEIN:  And the remediation
15  plan.
16              MR. JONES:  Listen to the question.
17      A.   That I don't know, sir, I don't know.  But I
18  know we had a two phone conference --
19      Q.   All right.
20      A.   -- okay.  One was from the --
21      Q.   Do you recall being advised that if you
22  agreed to the remediation plan, the USOC wouldn't go
23  ahead with the January 27, 2004 hearing about whether
24  the USTU was in compliance?
25      A.   Could you explain to me little more?  I don't

understand.

Q. Do you remember there was going to be a hearing on January --

A. Yes, on the 27, yes.

Q. -- 27th in front of the Executive Committee --

A. The USO --

Q. -- of the USOC?

A. In Chicago, yes.

Q. Maybe. I don't remember where it was.

A. But, yes.

Q. I was there, but I don't remember where it was.

Okay. And do you remember having a conference call with the Executive Committee where it was discussed if you entered into an agreement, that that hearing wouldn't go forward and that instead we'd have the remediation plan?

A. Yes, I think so.

Q. Okay. And do you recall that if the -- agreeing that if the Executive Committee members didn't all sign off and approve --

A. Majority. Then it will go to decertification.

Q. Right, and that's what it said in the

agreements.

A. I didn't --

Q. That's what you were told in the meeting was what these agreements said.

A. Yes, they have to be passed by majority.

Q. Right. And then if they weren't passed by majority, then the USOC could go ahead without a hearing and make a decision about whether to decertify, whether to recommend to the board of the USOC to decertify.

A. Yes.

Q. Okay.

A. But also he said that even though we majority pass this, but they still have to go to board of -- board -- board member in order to complete accept of remediation plan.

Q. That the USOC had to send to its board or the USTU had to send to --

A. USTU.

Q. Right, okay. And did you also understand that there had been complaints back and forth between the USOC and an answer from the USTU and there was -- there were disputes going on?

A. No.

MR. JONES: And when you say answer, you

mean the formal document called an answer?

MR. LEVINSTEIN: Yes.

A. I don't -- I don't know.

Q. Do you -- were you aware that a complaint was filed by the USOC with the Executive Committee stating that the USTU wasn't in compliance and Mr. Tegmeyer had been hired by the USTU to answer that?

A. I think that was before. I think after the Mr. Jill Chalmers and then -- that's the meeting that if you don't accept the remediation plan, then there not -- no longer -- that's the -- you know, when I was attend meeting with Mr. Sang Lee and, what his name, Mr. Pejo.

Q. Right.

A. Yeah.

Q. But -- but after that they hired Mr. Tegmeyer.

A. Yeah, they hire. Yeah, that I know, yes.

Q. Okay. And you knew that he was defending the USTU against the complaints from the USOC.

A. Yes.

Q. And that this agreement to approve the remediation plan included an agreement that all of that would be over, that all the disputes back and forth would be ended, and it would be replaced by the

remediation plan.

A. Yeah, I think so. I'm not too sure.

Q. Okay.

A. I know that there -- its been, you know, going back and forth.

Q. Okay. Since the remediation plan has been implemented, do you disagree with it, what's been done by the USTU since January 27th of 2004?

MR. JONES: Sorry. Objection. Vague and ambiguous. You mean the way its been performed?

Q. What -- whatever it is that the USTU's done in running the USTU since January 27, 2004, do you have -- do you object to how the USTU is being run now?

A. Until from January last year to now --

Q. Yes.

A. -- you're talking about?

Q. Yes.

A. Not all, but, yes, some areas.

Q. Okay. What don't you -- is there anything that upset you or that made you very unhappy?

A. It's not unhappy, but it's -- it's concern.

Q. Okay. And what is it that you disagree with that the USTU's done since January, 2004?

A. During the regional, no, regional, yeah, I don't know, that's not regional qualify. They -- they

1   don't use the word regional qualify. The qualification
2   to go to juniors, the qualification to go to national
3   instead of state.
4       Q.   You think the state associations continue to
5   run tournaments that were qualifiers.
6       A.   As looking at the grass roots. And then in
7   my opinion right now, this is only my personal opinion,
8   could be wrong, could be right, okay, I think USOC
9   doesn't want grass root like 5,000 athletes participate
10  in tournament, 1,500 tournament. I mean just
11  wanted to concentrate on just elite athlete that who
12  can perform well in future Olympic Game. But in my
13  opinion that we're the grass root come from, okay.
14          What if those -- those elite athlete after
15  they done, then who's gonna be next generation to
16  recover. And then the program right now they have is
17  not, I don't think, in my opinion, providing that as,
18  you know, as a coach and then in the year.
19          The governance, I cannot say anything
20  because, you know, I attended Mr. Jim Scherr's meeting
21  last year November, you know, he express his -- Hawaii
22  about this new governance. It's not only USTU, it's
23  gonna be whole 28 other NGBs gonna be --
24      Q.   Forty-five.
25      A.   I'm sorry, 45, yeah, that's right. But the

1   they cancelled that program, you know. As soon as the
2   new governance came in, they just cancel the whole
3   program, you know, without saying anything. They said
4   was suspended, but we find out it was cancelled. You
5   know, it was --
6       Q.   Well, did you understand that in January,
7   2004 when the remediation plan was implemented, the
8   USTU was dramatically in the red as you would say?
9       A.   Yeah, because USOC did not fund it for -- I
10  mean the -- did not fund it. I mean was --
11      Q.   Who -- who told you that?
12      A.   What?
13      Q.   Who told you the USTU was in the red?
14      A.   Oh, that was my -- my understanding.
15      Q.   And who told you that?
16      A.   That was my understanding that I heard from
17  the people.
18      Q.   From what --
19      A.   You know, if you be feel --
20      Q.   -- people?
21      A.   Could be any -- any different people.
22      Q.   So you don't know who told you that.
23      A.   Not exactly.
24      Q.   Okay. What other things did they tell you
25  how the USOC had caused the USTU's problems?

1   Olympic sport is 28, so that's what I'm say.
2       Q.   Go ahead.
3       A.   Okay. In excess --
4       Q.   It's more than that.
5       A.   -- okay. So, you know, to -- you know, he's
6   gonna try to change that, you know. So I don't have --
7   but --
8       Q.   Do you disagree with the USTU changing its
9   name to U.S.A. Taekwondo?
10      A.   Yes.
11      Q.   Why?
12      A.   I think -- I don't know why they want to
13  change. I think my -- something, again, personal
14  opinion, because they don't want to have that USTU
15  anymore. I -- I was very strong against changing name
16  to U.S.A. Taekwondo. But same thing, they had the
17  right, they can do whatever they want.
18          The other thing is, I was like a found -- not
19  -- I don't want to say founder, but I -- like I was
20  the main person who growth OTC permanent resident
21  program after I quit 1993 and Mr. Han Won Lee, you
22  know, took over until certain year. Then Mr. Han Won
23  Lee resign, then, you know, Chul Ho Kim. I mean I --
24  you know, it's not only me, but there's a lot of elite
25  athlete came from that program. Then I don't know why

1       A.   This is what I heard from Mrs., also, Jill
2   Chalmers that if -- that's the, you know, when we had a
3   meeting, if we had little more time, then maybe we can
4   solve some problem.
5       Q.   Did anyone --
6       A.   A --
7       Q.   Go ahead.
8       A.   Yes, go ahead, sir.
9       Q.   No, no, if you were not done talking let me
10  know.
11      A.   That's, you know, that's -- that's, you know,
12  that what I heard other people too. And then --
13  [redacted]
14  [redacted]
15  [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]

[Page 249 — text illegible/redacted]

---

```
 1      A.  -- question, sir?
 2              MR. JONES:  Are we going to get into
 3   this area now, this case, I mean is this -- is this
 4   relevant?
 5              MR. LEVINSTEIN:  Yes, totally.
 6              MR. JONES:  Okay.  All right.  Answer
 7   the question.
```

[Lines 8–25 illegible/redacted]

---

[Lines 1–19 illegible/redacted]

```
20      Q.  And who wrote this?
21      A.  I think this is nothing to do with this
22   case.  I don't know why you're asking.  I mean --
23      Q.  Who wrote this?
24      A.  -- do I have to answer this --
25              MR. JONES:  Are we --
```

---

[Lines 1–17 illegible/redacted]

```
18      Q.  You don't know what relief sought mean?  Who
19   talked to -- did you talk to all these people who are
20   identified as petitioners before you filed this
21   complaint?
22      A.  There's a one person that we really discuss
23   about this letter and then I wrote it and read back and
24   forth.  We talk about.
25      Q.  Who's we?
```

1    A.    His name is -- he live in New York right now.

2    Gosh, I -- he's a secretary general of New York state

3    before.  Gosh, I can't -- well, I cannot think -- think

4    of his name right now, okay.

5    Q.    Okay.  And did you discuss this document

6    before you filed it with all the people listed on page

7    one?

8    A.    Yes.

9    Q.    Individually, you discussed it with each one

10   of those people?

11   A.    Yes.

12   Q.    Okay.  And have you written a complaint

13   before?

14   A.    Complaint before?  To legally or -- I don't

15   understand.

16   Q.    This document's called a complaint.

17   A.    I know, I know this document is complaint

18   but --

19   Q.    Have you written a complaint before?

20   A.    No.

21   Q.    Okay.  Did you set up -- okay.  Who did the

22   first draft of this document?

23   A.    The draft?

24   Q.    Yeah.

25   A.    First I wrote it and then I told you there is

1    getting into it, though.

2              MR. LEVINSTEIN:  I don't care what it

3    sounds like.  I'm asking a question.  Are you going to

4    instruct him not to answer?

5              MR. JONES:  I'm going to instruct him

6    not to answer, and this complaint is not the case we're

7    -- we're in today.

8              MR. LEVINSTEIN:  Well, this is a case

9    about where he's writing because he's unhappy about the

10   USTU.

11             [redacted]

12             [redacted]

13             [redacted]

14             [redacted]

15             [redacted]

16             [redacted]

17             [redacted]

18             [redacted]

19             [redacted]

20             [redacted]

21             [redacted]

22             [redacted]

23             [redacted]

24             [redacted]

25             [redacted]

1    a gentleman that we back and forth read.

2    Q.    Is he a lawyer?

3    A.    No, he's not a lawyer.

4    Q.    Then what lawyer advised you about how to put

5    this document in legal form?

6              MR. JONES:  Objection.  You're asking

7    for attorney-client privilege materials again.

8              MR. LEVINSTEIN:  I'm asking who wrote

9    this document.  And -- and who his counsel is is not

10   attorney-client.

11             MR. JONES:  You're asking --

12             MR. LEVINSTEIN:  Identification of

13   counsel is not attorney-client.

14             MR. JONES:  It is if -- if -- if you're

15   going to get into areas in which an attorney advised

16   him which it --

17             MR. LEVINSTEIN:  I'm not asking --

18             MR. JONES:  -- it sounds like what

19   you're getting into.

20             MR. LEVINSTEIN:  -- what advice was

21   given.  I'm not asking what legal advice was given.

22   I'm asking if he talked to a lawyer or a lawyer helped

23   write the document.  It's not attorney-client

24   privilege.

25             MR. JONES:  It sounds like you're

1              [redacted]

2              [redacted]

3              [redacted]

4              [redacted]

5              [redacted]

6              [redacted]

7              [redacted]

8              [redacted]

9              [redacted]

10             [redacted]

11             [redacted]

12             [redacted]

13             [redacted]

14             [redacted]

15             [redacted]

16             [redacted]

17             [redacted]

18             [redacted]

19             [redacted]

20             [redacted]

21             [redacted]

22             [redacted]

23             [redacted]

24             [redacted]

25             [redacted]

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 Q. Okay.
5 THE WITNESS: Can I have some coffee?
6 MR. LEVINSTEIN: Sure.
7 MR. JONES: Can we take another break?
8 We've been going another hour.
9 THE VIDEOGRAPHER: The time is 3:03 p.m.
10 and we are off the record.
11 (A recess was taken.)
12 THE VIDEOGRAPHER: The time is 3:06 p.m.
13 and we are back on the record.
14 Q. (Continued by Mr. Levinstein.) What did
15 Mr. Jones tell you when you were out in the hall?
16 MR. JONES: Objection. Calls for
17 attorney-client privilege material. I instruct the
18 witness not to answer.
19 MR. LEVINSTEIN: Okay. I told you it
20 wasn't appropriate in the middle of a deposition to
21 talk to the witness about questions pending.
22 Q. Was Mr. Uesugi involved in drafting this
23 complaint?
24 A. No.
25 Q. Did he review it before you filed it?

1 A. No.
2 Q. Was a lawyer involved in drafting that
3 complaint?
4 A. Yes.
5 Q. And what lawyer was involved?
6 MR. JONES: Objection. Calls for
7 attorney-client privilege material.
8 MR. LEVINSTEIN: The name of the lawyer
9 is not attorney-client privilege.
10 MR. JONES: You can let the judge
11 determine that.
12 MR. LEVINSTEIN: Okay. We will.
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 Q. I didn't catch what you said before that.
16 A. That's what the friends are, friends are,
17 friend. Juan -- Juan Moreno was my friend and so on.
18 Q. Juan Moreno was your friend and he felt it
19 was wrong that you were not going to coach at the world
20 championships, yes?
21 A. That was the what he says. But now since he
22 told me that, so I will tell too, and he has very, very
23 difficulty to lose weight that time. The year that he
24 -- we went 1992, we have to -- after he made a weight
25 in, we have to give him IV for two hours. He was too

1 big for his weight class. And then he -- he -- he did
2 -- he say that, you know, if he doesn't -- he -- he's
3 not going to go unless Master Lee is going to world
4 championship, the coach upon agreed, but he still
5 didn't go. And I know, I don't want to say, but I know
6 that he couldn't lose the weight. Once you don't, you
7 cannot lose the weight, then you cannot compete.
8 Q. So when he said that he'd already been
9 replaced as the athlete by the time you were picked as
10 a coach --
11 A. No. We -- we -- when we talked with him and
12 he still said he wasn't going to go.
13 Q. But he'd already been replaced by another
14 athlete.
15 A. He wasn't replaced. When we -- we did until
16 that when I was leaving, I was with him, and he say he
17 still cannot go.
18 Q. So you're telling me he was lying at his
19 deposition.
20 A. I don't want to say lie or -- that's I don't
21 know. That's -- same thing, I don't want to tell this
22 -- and which is true, he was stands for me that, you
23 know, I wasn't going to that world championship.
24 [REDACTED]
25 [REDACTED]

A. In my opinion?
Q. Yes.
A. No, I -- I -- I follow what the decision they were making.
Q. I understand that you were loyal and you did whatever you were told and followed their decision.
MR. JONES: Objection.
Q. But did you --
MR. JONES: Assumes facts not in evidence.
Q. But did you think you were a better coach to go to coach those athletes who were going to the world championship?
A. I believe in the coach who selected that time and they could be a great coach whether I go or not.
Q. But did you believe that given that you were the person working most closely with the most athletes who were going to the world championship, you should go with those athletes to coach them?
A. That doesn't mean that I'm going to bring the best result.
Q. But did you believe that you would because you knew those --
A. No.

Q. -- athletes better than anybody else?
A. No.
Q. You didn't believe that.
A. No.
Q. Did other people believe that?
MR. JONES: Objection. Calls for speculation.
A. Yes, maybe.
Q. Did the other athletes who you were coaching who were going, were they upset that you weren't going to be there as a coach?
A. Juan Moreno, yes.
Q. But other athletes that you were coaching at the training center who were going to the world championships, weren't they upset as well?
A. I say yes.
Q. And who were they?
A. I don't remember how many at least were qualified, the OTC resident. Juan Moreno, Tim Conbelly. Who else was it. I think May Pejo. No, May Peid already left to someplace. Kim Dawson.
Q. And they all expressed the view that it was wrong that you weren't going to be a coach.
A. Few people was.
Q. And the coach that was picked didn't have any

relationship with them.
A. To me once you become a certain level of elite athlete, doesn't need. As long as the -- the coach is qualify international and elite level, doesn't matter they are home-grown coach or not. So -- so then what you saying is that all the basketball player should bring their home coach or all the boxers or whatever, they should bring their home coach so they have their performance. That's not a professional. But I would say Mr. Steven Lopez, I give a lot of credit because he's a professional. I coached him in world championship, I coached.
Q. Let's stick with the questions.
A. Yes, sir.
Q. Let's stick with the questions. Do a lot of athletes that you know have the view that the coach who coaches them all the way up through the qualification event is the best person to coach them at the event they've qualified for?
MR. JONES: Objection. Vague and ambiguous.
A. That's the -- that's -- I -- I don't believe.
Q. You don't agree with that view, but --
A. Me?
Q. -- do people hold that view?

A. But you got to -- if you ask me, me it doesn't matter. As long as President Lee, Sang Lee, sit down I feel comfortable or somebody else sit down. It doesn't matter. I -- for me, I'm up there. But as long as somebody who can provide information during our fighting, okay, somebody's doing this, somebody's doing that, you know, you got to do this, either offense or defense or strength or, I don't know, okay, either their level they can do that. I mean that's fine. I -- when I was competing, I don't -- I don't care who was sitting down in behind even though Mr. Sang Lee was my coach. That's my -- my -- that's my personal question.
Q. That's your personal opinion, but are there others who believe --
A. See, that's the others. How can I talk about the others.
Q. Have you heard others discuss this subject?
A. Yeah, oh, yes. Oh, yeah, you know, because, what is that, Steven Lopez wants to take his brother.
Q. Well, let's talk about 1992, the Olympic Games.
A. Yes.
Q. Did you and Juan Moreno talk at great length about your mutual dream that you would be sitting in

1 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

2 ░░░░░░░░░░░

3 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

4 ░░░░░░░░░░░░░░░░░░░░░

5 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

6 ░░░░░░░░░░░░░░░░░░

7 Q. And did you think you were the right person

8 to sit in that chair for Juan Moreno's gold medal

9 match?

10 A. No.

11 Q. Because Mr. Park chose Mr. Park?

12 A. Because Mr. Park was head coach and I know

13 his ability because he was coaching previous when I was

14 athletes.

15 Q. But Mr. Park may not know what Mr. Moreno is

16 capable of.

17 A. I think he know because we were spend almost

18 six to eight week. If you are smart coach, you figure

19 it out in two weeks. Sir, I mean you asking questions

20 something that you want my answer say yes, but it's not

21 true that, sir, you know. There's a smart coach knows

22 their ability by just looking at their one athlete.

23 Like, you know, Tim Thackrey, I mean, I'm

24 sorry, but, you know, Tim Thackrey who won gold medal,

25 his home coach was Scott Fuji that he lives in

1 California, he came down, sir. Nobody was expecting

2 him to win a gold medal in nineteen -- in 2003 Pan Am

3 Game. Everybody thought that he's -- that weight

4 division was from the Mexico. But I -- I -- I made him

5 gold medalist. I think I contribute lot.

6 Q. Okay.

7 A. You know why, because I know this.

8 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

9 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

10 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

11 ░░░░░░░░

12 ░░░░░░░░░░░░░░░░░░░░░

13 ░░░░░░░░░░░░░░

14 ░░░░░░░░░░░░░░░░░░░

15 ░░░░░░░░░░░░░░░░░░░░░░░

16 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

17 ░░░░░░░░░░

18 ░░░░░░░░░░░░░░░░░░░░░░░

19 ░░░░░░░░░░░░░░░░░

20 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

21 ░░░░░░░░░░░░░░░░░░░

22 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

23 ░░░░░░░░░░░░░░░░

24 ░░░░░░░░░░░░░░░░░░░░░

25 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

1 ░░░░░░░░░░░░░░░░░░░

2 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

3 ░░░░░░░░░░░░░░░░░░░░░

4 ░░░░░░░░░░░

5 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

6 ░░░░░░░░

7 ░░░░░░░░░

8 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

9 ░░░░░░░░░░░░░░░░░░░░░

10 ░░░░░░░░░░░░░░░░░░░░░

11 Q. Okay.

12 A. But -- well, yeah.

13 Q. Was it your understanding that the Coaching

14 and Science Committee was supposed to nominate more

15 than one person for coaching positions to the Executive

16 Committee?

17 A. It's not necessary because if there's only

18 single nomination, then that's what --

19 Q. But do you know what effort was made by the

20 Coaching Science Committee to identify a -- sorry,

21 strike that.

22 You heard testimony in these depositions

23 you've attended that a lot of athletes believed that

24 their home coach would be the best person to sit in

25 their chair at major competitions. Did you hear that

1 testimony?

2 A. Yes.

3 Q. Do you think that they don't hold that view?

4 A. But if you look at the result of past three

5 Olympic game, none of the gold medalists was home

6 coach.

7 Q. But does that mean there wouldn't have been

8 more if their home coach hadn't been there?

9 A. I don't think so, sir.

10 Q. But you don't know, right?

11 A. No, that's the same thing is opinion is you

12 say that I say --

13 Q. How many gold medals did we win in 2000?

14 A. Two thousand?

15 Q. Yeah.

16 A. One gold, sir.

17 Q. Out of how many competitors?

18 A. Four.

19 Q. And how many silvers?

20 A. None.

21 Q. Okay. And with home coaches in 2004 with two

22 competitors, how many gold medals did we win?

23 A. One.

24 Q. And how many silver medals?

25 A. Nia is not a home coach for Mr. Lopez.

6/23/2005 Lee, Dae Sung

**Column 1 (page 269):**

1  Q.  No, she's home coach for Mr. Kim who sat in

2  her chair.

3  A.  Mr. Kim did not sit in the chair.

4  Q.  Well, Mr. Kim who was there with her training

5  her.

6  A.  With the training, but he did not -- he did

7  not sit down.  Sir, if you went to the game --

8  Q.  Okay.

9  A.  -- I don't want to judge his knowledge for

10  Mr. Lopez --

11  Q.  Okay.

12  A.  -- if I --

13  Q.  Okay.

14  A.  And then year 2000, the home coach sit down

15  for Mr., was it, was that Barbara Konkzel was the home

16  coach for Han Won Lee, she lost.  Juan Moreno home

17  coach lost.

18  [redacted]

19  [redacted]

20  [redacted]

21  [redacted]

22  [redacted]

23  [redacted]

24  [redacted]

25  [redacted]

269

**Column 2 (page 271):**

6/23/2005 Lee, Dae Sung

1  won.  But I don't know anything about because he was

2  the Olympic Training Center Coach, therefore, he went

3  or the people voted for him.

4  Q.  Okay.

5  A.  That I don't know.

6  [redacted]

7  [redacted]

8  [redacted]

9  [redacted]

10  [redacted]

11  [redacted]

12  [redacted]

13  [redacted]

14  [redacted]

15  [redacted]

16  [redacted]

17  [redacted]

18  [redacted]

19  [redacted]

20  [redacted]

21  [redacted]

22  [redacted]

23  [redacted]

24  [redacted]

25  [redacted]

271

6/23/2005 Lee, Dae Sung

**Column 1 (page 270):**

1  [redacted]

2  Q.  Okay.

3  A.  Somebody, I thought somebody is nominate.  I

4  don't know.

5  Q.  And part of the reason he was selected was

6  because he was the coach working at the training

7  center?

8  A.  No.  We had a vote.

9  Q.  I understand.  But was one of the things

10  discussed in the vote that Mr. Han Won Lee was coaching

11  -- had been coaching more of the athletes who were

12  going to the 2000 Games --

13  A.  No, that's --

14  Q.  -- than you?

15  A.  -- that's not the case.  In my understanding

16  was I -- we voted and I lost.  I congratulate him to go

17  to 2000 Olympic Game.

18  Q.  Do you understand --

19  A.  There's -- there's nothing to do with he was

20  Olympic coach at all at Olympic Training Center.

21  Q.  Well, you don't know why the people voted for

22  him instead of you.

23  A.  Instead of him?  Because I had like eight

24  abstain.  So -- well, you know, I say so, well, it's

25  okay.  So, yes, he won, I give him congratulate, so he

270

**Column 2 (page 272):**

6/23/2005 Lee, Dae Sung

1  [redacted]

2  [redacted]

3  [redacted]

4  [redacted]

5  [redacted]

6  [redacted]

7  [redacted]

8  [redacted]

9  [redacted]

10  [redacted]

11  [redacted]

12  [redacted]

13  [redacted]

14  [redacted]

15  [redacted]

16  [redacted]

17  [redacted]

18  [redacted]

19  [redacted]

20  [redacted]

21  [redacted]

22  [redacted]

23  [redacted]

24  [redacted]

25  [redacted]

272

preparation, you and him one-on-one talking in a six-weeks' period?

A. During the only workout time, I don't know, maybe not every day but spend few times.

Q. A few times over the course of six weeks.

A. Yes.

Q. Under five hours.

A. Yes.

Q. When you were coaching people in the training center --

A. Yes.

Q. -- how much time did you spend coaching them one-on-one?

A. I just train them. I don't actually talk to them about their things when I was in Olympic Training, even though I train -- I train them like three times a day, that's it. I don't go inside their room and talk to them how you sit down.

Q. Three times a day you spent training them.

A. Same thing when I was in Pan Am Game, I was coach -- train them three times a day. I don't know that's the same thing you talking about or --

Q. But for months and months at a time when you were at the training center.

A. Sir, are you talking about same thing? You

say that one-to-one coaching products, let's say, you know, the -- like, you know, how you coach the elitest fighters and things like that, yes?

Q. Yes.

A. I'm not talk -- we don't do that. I don't do that in -- when I was coaching for five years at Olympic Training Center.

Q. You don't talk to athletes one-on-one.

A. No, we don't.

Q. Okay.

A. Unless they want to come to me and talk to me, then I talk to them.

Q. How much time have you spent coaching Nia Abdallah?

A. Six weeks at Pan Am.

Q. So the only time that you were coaching Nia Abdallah was one time at the Pan Am Games?

A. And then, yes, yes.

Q. Do you recall people being unhappy in 2000 that Young In Cheon was selected to be the head Olympic coach because he didn't know any of the athletes who were going in 2000?

A. No, I didn't know.

Q. No one said to you it's inappropriate to pick a gentleman who we have difficulty understanding his

English and he doesn't know us at all?

A. No.

Q. You never heard that?

A. No. Sir, he's a great coach.

Q. Okay. So I understand you believe that it doesn't matter if you're the home coach or not, but are you aware that there are others in the sport of taekwondo, athletes and coaches, who believe that the home coach is the best person to sit in the chair of an athlete competing in a major competition?

A. That's their opinion.

Q. But are you aware that there are people that hold that opinion?

A. Sir, I don't want to answer that. That's their opinion. I don't want to abandon their opinions. I -- you ask my opinion.

Q. I'm not asking your opinion.

A. Okay.

Q. I'm asking if you are aware and if you've heard over the years that view expressed by others.

A. By athletes or coaches?

Q. Pick it.

A. You tell me, sir.

Q. Either one. Let's start with athletes, have

you heard athletes express that view?

A. Athletes? No.

Q. You never heard an athlete express the view that his home coach would be better than --

A. Not to me, sir. Maybe he -- he might --

Q. Okay.

A. -- ask to somebody.

Q. And Juan Moreno never said that to you.

A. Juan, no, Juan say that. That was in 1991, you know, that he was --

Q. So Juan Moreno did say that it was better to have his home coach than someone who didn't work with him.

A. Ninety-one, yes.

Q. And in '92, he thought it would be a lot better for you to sit in his chair, and he was angry when you didn't sit in his chair in '92 at the Olympic Games.

A. No, he wasn't angry. He understand the situation that we occur. I told him I will ask him and I will humble to ask him that, you know, if he let me. Then I ask him. He said no. So I sit down with Juan and then we discuss and Juan -- sir, it was a long time ago, so maybe he was angry. But when I was talking to him, he wasn't -- he understood.

Q. So in '92, you asked the head coach if you could sit in Juan Moreno's chair.

A. Yeah, because Juan ask me, so I ask him.

Q. And you asked because you thought it was best for Juan Moreno.

A. No, because Juan -- Juan usually doesn't actually ask me to sit down, but that's the particular -- particular case that he ask me. His elimination, he did not ask me to sit down.

Q. But you did.

A. I did not sit down his -- sir, his, what is that --

Q. You didn't sit in his chair at all during the Olympics.

A. No, sir. Only person that I sit down was Han Won Lee Hong. And then, what is the name, Torres, Torres, she won bronze medal, yes.

Q. So -- and he asked specifically and you asked if you could sit in his chair for the gold medal match.

A. Yes, I asked Mr. Park.

Q. Did you tell Mr. Park you thought it would be better if you did?

A. No, I just said, Mr. Park, is it -- is it okay that I can sit down Juan's chair.

Q. Did you ask Han Won Lee for advice about how to make your school more profitable?

A. Not profitable, but ideas.

Q. Did you discuss with Jay Warwick that Han Won Lee was a better businessman and promoter than you are?

A. That I don't know, sir.

Q. Do you recall discussions with Jay Warwick about the fact that Han Won Lee is very aggressive as a businessman?

A. I don't think I. Maybe he mention to me, but I never said about him. I mean, I'm -- I'm not recall.

Q. Did you discuss with Mr. Warwick your views about why Han Won Lee's school was successful?

A. To Mr. Warwick?

Q. Yes.

MR. JONES: Excuse me, what -- what time frame are we talking about?

MR. LEVINSTEIN: Anytime.

MR. JONES: Objection. Vague and ambiguous then.

A. What are you talking about?

Q. Well, was Mr. Han Won Lee's school very successful?

A. Yes.

Q. And Mr. Park said no.

A. No. I say okay.

Q. Did he tell you why?

A. I -- no, I didn't -- I just say he just said no. So I don't want -- need to answer or questions. I don't -- you know. So I just -- you know, we work together. If he said no, then I will follow.

Q. Have you ever tried -- nah, never mind, never mind.

We talked earlier about your going to these seminars to talk about issues about martial art schools and how to improve them.

A. Yes.

Q. Have you talked to other martial artists, taekwondo masters, about things you could do to make your school more successful?

A. Well, I guess like ideas, yes.

Q. Have you talked to Jay Warwick, asking him for ideas about how you could make your school more successful?

A. Yes, when he was having a taekwondo school in Sacramento. That was long time, yes. I think he opened before. I think he opened '90, '89 or '90, and then I opened school three years later, yes. And then I went to his school for some function too.

MR. JONES: Objection. Vague and ambiguous as to time frame.

Q. And did you discuss that with Mr. Warwick?

A. When you talking about, sir, the -- from the beginning or what?

Q. After he realized his school was very successful.

MR. JONES: Same objection. Vague and ambiguous.

A. I don't know what he -- after he -- he got -- he resign from the USOC coaching program or you talking about before?

Q. How about after he resigned from the --

A. Oh, yes, of course. Because he was concentrating only dojang. He wasn't concentrating on, what is that, the coaching anymore. And he even tell me, said that, you know, he was much more less headache and he could do much more business.

Q. Okay.

A. And then that's what we discuss. I -- I think -- well, I don't know if -- what Jay told you, but we talk about, you know, because now he can focus more on his dojang business and he can, you know --

Q. Okay.

A. So maybe --

Q. So you talked to Han Won Lee about why his business had improved.

A. No, I -- no, not -- not -- not business improvement. I mean the ideas that what, you know, he implement to draw the students, the idea of -- you know, those kind of things.

Q. Okay.

A. We not actually talk about, you know, like --

Q. Mr. Han Won Lee told you that his school hadn't been doing as well because he was the National Training Center coach and that was taking a lot of his time.

A. Yes.

Q. And he told you that when he stopped that position and focused on his school full-time --

A. Yes.

Q. -- it caused his school to do dramatically better.

MR. JONES: Objection. Assumes facts not in evidence. It misstates --

A. And also --

MR. JONES: It misstates the testimony.

A. And also he told me that the -- what the community know him as about Olympic coach.

Q. And -- but he told you that focusing full-time had caused the performance of the school to improve a lot.

MR. JONES: Same objection.

A. Yes. And then --

Q. And -- and did he discuss with you his plans to build a bigger school?

A. Well, I just find out like not -- like not too long ago like -- like, I don't know, you could say few months.

Q. Okay. Did you discuss with him the difference between what works for his business and what works for you in Hawaii?

A. Yes.

Q. Okay. What kind of things was he doing that you said wouldn't work in Hawaii?

A. That the difference between the -- the mainland and Hawaii, that's my opinion too, I think maybe he might agree or not, martial art in state is different such as like if for the new -- new to them. But in taekwondo, martial is not new to them because -- it's because of, you know, a lot of Asian background. So lot of people already experience with the martial art. So that's the difference.

And then -- and then when Han Won Lee came

down in Hawaii, that's what he said that that's what he notice too. That's -- I think to me that's the major difference between state and in Hawaii.

Q. What other difference are there between the mainland and Hawaii?

A. The weather too.

Q. And how does the weather affect it?

A. Well, here is all year round so that, you know, there's a lot of activity. Colorado is cold. So when you -- when you go to cold place, the winter, the martial art or any indoor activity is very popular.

Q. And you said Han Won Lee came and saw your school?

A. Oh, he came many time, sir.

Q. And the two of you discussed the differences between the mainland and Hawaii?

A. Not all the time.

Q. But -- but these differences are things you and he talked about.

A. Yeah, that and also about the business aspect.

Q. Okay. What other differences in the business aspects did you talk about?

A. We talk about the like curriculum.

Q. What other things does Han Won --

A. We talk about the uniform.

Q. Okay. What about the uniform?

A. Well, you know, like we -- he and I, we should use the same types of uniform. This is originally, not talk before, you know, for the, you know, white belt to black belt club to leadership program and, you know, instructors and so on.

Q. Are you aware that some schools on the mainland have shortened the time required to get a black belt?

A. No, that I don't know, sir. I just had -- had a phone call from one of this gentleman who's doing, what is that, ultimate black belt testing. And then -- well, anyway, it's -- it's getting really popular. Then we just went to his meeting May. He just call me. He -- their black belt testing is year-and-a-half and then -- and then their response is much better.

So you training taekwondo for like -- I mean martial for like two to three years and then testing for year-and-a-half for your black belt. But, you know, you got to do like -- like, I don't know, like 20,000 push-up, 30,000, but you do that every day, and then progress check and things like that. And then you have to do the community service. What is that, and --

6/23/2005 Lee, Dae Sung

```
 1   and they coming down this winter to -- they gonna climb
 2   the -- the Big Island, the, what is that, Halakea,
 3   Halekoa?
 4        Q.   Haleakala?
 5        A.   What is that, Haleakea, Hale --
 6        Q.   On the Big Island.
 7        A.   Yes.
 8             MS. LURIA:  Maunakea.
 9        Q.   Not in Maui.
10        A.   Maunakea, oh, yes, Mauna -- they gonna hike
11   the Maunakea to -- part of that processing.  So those
12   kind of thing.  So we discuss those kind of thing and
13   talk to Han Won Lee and say you think what and if he's
14   interested.  And so --
15        Q.   What other kinds of programs, though, of the
16   ones we've talked about does Han Won Lee use that you
17   don't use?  Does he do birthday parties?
18        A.   Oh, that I don't know.  I didn't talk --
19        Q.   Okay.  Does he do after-school care?
20        A.   No.
21        Q.   How was he -- how does his competition
22   compare to his school?
23        A.   Well, I don't understand.
24             MR. JONES:  Calls for speculation.
25        A.   I don't --
```

6/23/2005 Lee, Dae Sung

```
 1   [redacted]
 2   [redacted]
 3   [redacted]
 4   [redacted]
 5   [redacted]
 6   [redacted]
 7   [redacted]
 8        Q.   Have you been in meetings of Korean
 9   grandmasters in which they've been discussing
10   competition from non-Korean --
11        A.   No.
12        Q.   -- taekwondo schools?
13        A.   No.
14        Q.   Ever been in meetings with those kind of
15   discussions?
16        A.   No.
17        Q.   Okay.  When you started your school, you said
18   it was important to look at the demographics of the
19   area where you were going to place your school.
20        A.   Yes.
21        Q.   Did Mr. Connelly get any documents about the
22   demographics of the Aina Hina -- the area around Aina
23   Hina Shopping center?
24        A.   I -- I don't remember.  But one thing that,
25   you know, that Tim, Mr. Connelly, did not -- you know,
```

6/23/2005 Lee, Dae Sung

```
 1        Q.   Did he talk to you about his -- who his
 2   competitors are, whether he has any competitors?
 3        A.   Oh, he said that in -- he -- he ask me I'm
 4   very lucky because he has a couple taekwondo school
 5   within three-mile radius.  That's what he told me.  But
 6   he said that to him no competition.  Just like I have
 7   one martial art school bigger but --
 8        Q.   Did he say that he'd been taking people away
 9   from those school?
10        A.   I -- I don't hear.
11        Q.   Okay.
12        A.   We didn't talk about that.
13   [redacted]
14   [redacted]
15   [redacted]
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21   [redacted]
22   [redacted]
23   [redacted]
24   [redacted]
25   [redacted]
```

6/23/2005 Lee, Dae Sung

```
 1   he didn't live here.  But I know, I lived here for so
 2   many years.  So, you know, I don't -- you know, you
 3   don't have to pull out like a record to see the
 4   demographic because I lived here so much, so long.  So
 5   I pretty much I know, you know, how many -- what's the
 6   population.  Not, you know, lot, but, you know, within
 7   the five-mile radius I could --
 8   [redacted]
 9   [redacted]
10   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15   [redacted]
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21   [redacted]
22   [redacted]
23   [redacted]
24   [redacted]
25   [redacted]
```