6/23/2005 Lee, Dae Sung

[Lines 1–25, page 289: redacted]

6/23/2005 Lee, Dae Sung

1   Q.   Okay.
2   A.   -- to his school yet.
[Lines 3–25, page 291: redacted]

289

6/23/2005 Lee, Dae Sung

[Lines 1–13, page 290: redacted]

14   Q.   And has he promoted his school by identifying
15   the fact that he's been on the cover of 25 different
16   magazines?
17   A.   I can answer to you if I went to that school.
18   Q.   Oh, you don't know that he has fliers that
19   show 25 different magazine --
20   A.   Sir, if you think --
21   Q.   -- covers all with him --
22   A.   -- this is --
23   Q.   -- on the cover?
24   A.   -- I'm lie to you, but, no, I don't even -- I
25   didn't, anyway, went --

6/23/2005 Lee, Dae Sung

[Lines 1–25, page 292: redacted]

A. I don't know.
Q. Okay. Did you do anything in response to him setting up where he's set up?
A. No. I just give a better service.
Q. Okay. All right.
A. I believe, to my teaching and instructing my students.
Q. And do you do anything to try and figure out where your students -- why your students come to you?
A. Well, I guess word -- last -- nowadays is lot of word of mouth, you know, like, you know, you know, like student come sit down. We usually ask, you know, how do you hear about our school and then they say friends, telephone book, Chuck E. Cheese, so walk by or, you know, so on.
Q. Chuck E. Cheese is a leader, is a big one?
A. No, no, no, no.
Q. No.
A. All -- all is -- most of them is friends.
Q. Okay. But the advertising you do in the --
A. Korean.
Q. -- Korean phone book, you emphasized that you were a two-time Olympic coach.
A. It's not only -- if you look at the Korean

book, it says everything about my career as I was like a working as record holder nine times, two times, and then, you know, and then some other magazine is Olympic. But -- okay.
Q. Let me give you an exhibit.
(Deposition Exhibit No. 7 was marked for identification.)
MR. JONES: Do you have a translation?
Q. I will attempt to do one.
A. Well, I can translate for you.
Q. Okay.
A. If you don't mind.
Q. I don't mind at all. Would you please -- folks, on the second page of this document --
A. Yes.
Q. -- under where your picture --
A. This is the --
Q. -- is on the left.
A. Yes.
Q. And there are one, two, three, four, five, six, seven, eight, nine bullet points on the right.
A. Yes.
Q. Could you read those to me?
A. Okay. The first -- in Korean or --

Q. That wouldn't help anybody. I don't even -- maybe she could get it down. I don't know.
A. This was done -- I already explain, this was -- this was draft was done last year and this was -- I think they gave it out, I think, this year May or March, this -- this new one, 2005.
Q. Okay.
A. Okay. This is -- there's a two -- actually three major Korean guideline. We called it Korean town guideline, okay. This is a -- there's -- the other one is a Korean newspaper guideline.
Q. Okay.
A. Okay. So this is from the Korean community.
Q. This is the Korea town guide.
A. But it's run by the Korean --
Q. The United Korean Association --
A. Yes.
Q. -- of Hawaii.
A. Yes.
Q. It says that on the first page.
A. Okay.
Q. I'm only reading the same thing you are.
A. Okay.
Q. And it's not in Korean, so I can read that.
A. Okay. First one was I'm Junior Committee.

Q. You're the chairman of the U.S. Junior Taekwondo Association.
A. No, no, no, I'm the -- the -- the chairman of U.S. Taekwondo Union Committee, Junior Committee Chair.
Q. Okay.
A. See, then they mistake. The second line, they -- they just say 1979 and 1989. It's supposed to be not bolded and -- and then I -- I was Guiness record holder in 1996.
Q. Well, the one that's above 1979 to 1989?
A. Yes, supposed to be --
Q. What does it say around it?
A. In the front just said holding long term, if you direct translation, long term.
Q. And what's the word after championship?
A. This one right here?
Q. Yes.
A. No, just taekwondo. So that's why I complain to them they made a -- but --
Q. Oh.
A. -- they made a --
Q. Was it supposed to say that you were the champion for --
A. From '79 to 1989, and then it's not supposed to be '89 to '87.

[Page 297 — text heavily redacted/blacked out]

1     Q. Okay. And the next one says --
2     A. Therefore -- I supposed holding a World
3  Guinness record in 1996.
4     Q. Okay. So it says in 1996 Guinness Book of
5  World Records, record holder for the longest serving
6  member of the U.S. National Team?
7     A. Yes, from '79 to '94. But they put '97.
8     Q. Okay.
9     A. Next one they just said 1988 Seoul, 1992
10 Barcelona.
11    Q. And then under that it says U.S. Olympic Team
12 Coach.
13    A. Yes, U.S. Olympic Team Coach.
14    Q. Okay.
15    A. Next one, 1979 to 1988, which is 1987, I was
16 a Fin Weight Division, Fin Weight Competitor.
17    Q. Okay.
18    A. 1987, Pan Am Game Gold Medalist.
19    Q. All right.
20    A. 1979, 1981, 1983, 1985, 1987, I'm the World
21 Taekwondo Championship Medalist. But same thing, I
22 didn't medal in 1981, I mean '83. So this supposed to
23 be void, but they put that.
24    Q. Okay. Why did you put the chairman of the
25 Junior Committee of the USTU as the first item?

1     A. This was -- this was -- this was before the
2  remediation?
3     Q. Right. But why did you put that as the first
4  point, because it was a point --
5     A. No, no.
6     Q. -- you dealt with kids?
7     A. No, it's not me. It's just, write it down.
8  See, my first was the -- the Guinness Record.
9     Q. Okay.
10    A. They wrote it down in English and gave it
11 to them and they translated.
12    Q. I see.
13    A. So it's not -- this is not my order.
14 That's -- that's why I'm saying to say this is not --
15    Q. Right. No, no, I'm with you. I'm just
16 trying to figure -- you wrote it in English and they
17 translated it for you. I would have thought you would
18 have written it in Korean. Okay.
19    A. My Korean is not that --
20    Q. Okay.
21    A. -- competitive.
22    Q. But you thought that the Guinness Book of
23 World Records for the longest serving member of the
24 U.S. National Team was the most important, the one that
25 would go first in the ad?

1     A. If you taking -- I think they should put '88
2  and '92 Olympic Gold.
3     Q. Okay. But you didn't tell them --
4     A. Not this --
5     Q. -- which order?
6     A. No. This is just to -- this is just call my
7  like a resume.
8     Q. Right.
9     A. That's how.
10    Q. Right.
11    A. During those years that I was practicing
12 also.
13    Q. Okay. Is there any difference in
14 communicating with the Korean community about taekwondo
15 in your opinion than communicating with the rest of the
16 community in Hawaii?
17    A. I don't understand. Such as like --
18    Q. Do they have more knowledge about taekwondo
19 or less, I mean so that you would advertise differently
20 to them than you would to non-Asian-Americans?
21    A. If I went to 2004 Olympic Game, I would've
22 advertise I was the 2000 Olympic Game Coach as a full
23 medal sports.
24    Q. No, I understand that. But what I'm asking
25 is, this is how you did your ad to the Korean community

1  and I'm just asking if you would do the ad differently
2  if you were doing it not to the Korean community or is
3  the same basic --
4     A. Oh, oh --
5     Q. -- information.
6     A. -- you talking about the newspaper or you
7  talking about the advertise in the newspaper or like,
8  you know -- well, let's say if I put in the Yellow Page
9  like before --
10    Q. Yes.
11    A. -- yeah, little different, but you still put
12 down some of your accomplishment, write it down.
13 That's how they do.
14    Q. Okay. So the ad looks basically the same
15 just in English that you used in the -- in the American
16 Yellow Pages, not American, the -- the English Yellow
17 Pages.
18    A. In Hawaii, yes?
19    Q. Yes.
20    A. That was -- well, prior 1990, you know, like
21 when I did and then after that I didn't so --
22    Q. Right. But when you did it, it looked like
23 this except in English, basically looked the same.
24    A. But not -- I didn't put too much of this.
25 Yeah, you could say, yes.

Q. Okay. Why is there nothing in the ad about -- well -- well, maybe you can tell me.
A. Well, this one.
Q. What are the bottom three things, yeah, what did those say?
A. This is (Korean word.), my concentration, physical fitness, (Korean word.), I don't know that -- what -- this is -- I don't know what they put there, something. But if you look at the -- the other -- there's a -- I think I give you like before, but this is the most poorly done.
Q. Okay. I'm sorry, I didn't pick it because it was the most poorly done. I picked it because it was --
A. I think that's the new --
Q. -- the first one they gave me. But let me see if I've got another one.
(Deposition Exhibit No. 8 was marked for Identification.)
Q. Is that a better one?
A. Yes.
Q. Is that you in the picture?
A. Yes, I'm sorry.
Q. It just doesn't look like you.
A. That was nineteen eighty -- eighty --

Q. It just looks like somebody else.
A. Yeah. Eighty-nine. I know.
Q. Okay.
A. That's why I change the picture.
Q. That's why I didn't pick this one, actually. But does it say the same basic thing as the other one did?
A. Yes.
Q. Still has '79 to '89?
A. But something -- like I don't read the Chinese characters, I don't know, but they put down the taekwondo is to building a character. So this person practically, you know, copy.
Q. Okay.
A. And then they just put -- and then I should have follow up, but I didn't. That's -- they ask me to just give them a picture, so I just gave it to them. And then --
Q. But the same mistakes, 1989, nineteen eighty -- '79 to '88?
A. No, but, see, this one doesn't made a mistake because, you know, they dotted and then they skip, you know, like all -- you know. If you look at the second one, it just all dotted, so they don't know which one is what.

Q. Right, I understand. But where it says 1979 to 1989 in this one --
A. Yes.
Q. -- that's also wrong.
A. He -- he copy exactly what --
Q. I see.
A. This one.
Q. So the one we saw the first time has a mistake that it copied straight from --
A. Yes.
Q. -- this one.
A. Yes.
Q. So the same mistake appears in both.
A. Yes.
Q. And he got -- and you gave him this one to use as a sample --
A. Previously.
Q. -- to make the other.
A. Yeah.
Q. Okay. And you just didn't remember to tell them that there were mistakes in it.
A. I should have, yes, I should have follow up.
Q. That's okay.
A. I'm sorry, I'm sorry.
Q. I don't think it matters --

A. That's my mistakes.
Q. I don't think it matters whether you were the champion from '79 to '87 or '79 to '89. It was still a very long time. I just wanted to understand what you were saying. But this isn't one that you thought was better. This is about the same as the other one?
A. Yes.
Q. Okay. Is there another one I have that you think is better?
A. I think, I don't know, I -- I don't have any.
Q. I'm looking. Sorry, I wasn't trying to -- is this different? I think that's the same one.
A. Same thing, yes. See, what they usually do is -- see, I -- I been doing this from previously. So they just call, do you want to update it, I just say yes. And then, you know, my client is not too many Koreans. So I just update it and they send me the bill, then I just pay it. And then I should have checked but now -- but this one I checked. And then so I went to talk to them and so next year will be little bit more.
Q. How much did these cost?
A. Four hundred.
Q. Each?

6/23/2005 Lee, Dae Sung

[Columns 1–2 of page 305 are redacted.]

305

6/23/2005 Lee, Dae Sung

```
 1   people that who knows me.
 2        Q.  Okay.  So even of the 10 to 16 percent that
 3   are coming who are Korean-Americans, what percentage
 4   of them say it was because of the Yellow Pages ad
 5   half?
 6        A.  Little more over half.
 7        Q.  Okay.  So six to eight percent, six to nine
 8   percent we're talking total of --
 9        A.  Let's say -- let's say -- let's say
10   hypothetically I have a ten Korean-American student
11   join per year.
12        Q.  Yes?
13        A.  Then about fifty-50 percent they talk
14   about -- but most other 50 is like a word of mouth.
15        Q.  Word of mouth?
16        A.  Yes.  Like, you know, somebody who knows me.
17        Q.  Right, okay.
18            THE WITNESS:  Can I --
19            MR. LEVINSTEIN:  Take a break, sure.
20            THE WITNESS:  -- go to the bathroom,
21   sir?
22            MR. LEVINSTEIN:  You sure may.
23            THE VIDEOGRAPHER:  The time is 3:58 p.m.
24   We are off the record.  This is the end of tape number
25   three.
```

307

6/23/2005 Lee, Dae Sung

[Page 306 left column is redacted.]

306

6/23/2005 Lee, Dae Sung

```
 1        (A recess was taken.)
 2            THE VIDEOGRAPHER:  The time is 4:06 p.m.
 3   We are back on the record.  This is the start of tape
 4   number four.
 5            MR. LEVINSTEIN:  You said the time
 6   already?  I wasn't sure if he -- okay, all right.
 7        Q.  (Continued by Mr. Levinstein.)  Did you read
 8   Mr. Candon's report in this case?
 9        A.  Candon?  Yes.
10        Q.  The expert for the defendants.
11        A.  Yes.
12        Q.  Did you read the discussion of a comparison
13   between the deposits for your school and your tax
14   return?
15        A.  Yes.
16        Q.  And can you explain what deposits there were
17   that were not income for your school?
18        A.  The -- the -- what are you talking about, the
19   difference?
20        Q.  Yes.
21        A.  Okay.  That's -- it's a personal loan that I
22   did and I think I provide, what is that -- well, that's
23   -- first time I only provide, what is that, check,
24   check statement and second time I --
25        Q.  Bank statements?
```

308

6/23/2005 Lee, Dae Sung

1  A. Yeah, bank statement.
2  Q. Okay. How much money did you borrow?
3  A. Oh, well, I -- I'm not -- you know, I'm not
4  too sure. You know, that was -- you know, he say was
5  -- you know, I know say was --
6  Q. No, no, no, I don't mean the difference in
7  deposits. Just focus on your personal loan.
8  A. Uh-huh.
9  Q. [redacted] Who did you borrow money from?
10 A. [redacted] Friends and family.
11 Q. [redacted] And how much in total did you now owe
12 to friends and family?
13 A. [redacted] Right now?
14 Q. [redacted] Yes.
15 A. [redacted] About 15.
16 Q. [redacted] Fifteen thousand dollars?
17 A. [redacted] Yes.
18 Q. [redacted] Well, did you borrow more than that and
19 you've been paying it back?
20 A. [redacted] Yes.
21 Q. [redacted] Okay. At the highest, how much was it that
22 you borrowed?
23 A. [redacted] What year? I mean that -- just any year.
24 Q. [redacted] Whenever it was the highest.
25 A. [redacted] About like 35, about 40,000, 45.

309

6/23/2005 Lee, Dae Sung

1  Q. [redacted] And why did you borrow the money?
2  A. [redacted] Because I had some financial difficulty and I
3  use it as -- my -- that is that, my business.
4  Q. [redacted] Okay. And in what year did you have the
5  financial difficulties?
6  A. [redacted] You would say from sixty -- 67, 68, 69 --
7  I'm sorry.
8  [redacted] MR. JONES: Nineteen sixty-seven.
9  A. [redacted] I'm sorry.
10 Q. [redacted] It's okay.
11 A. [redacted] Ninety-six, 97, 98, 99, and especially
12 2002.
13 Q. [redacted] Ninety-six, 97, 98, 99 and 2002.
14 A. [redacted] Nineteen sixty-nine -- no, 95 and --
15 Q. [redacted] Okay.
16 A. [redacted] And then 1995 -- 1980 was pretty okay.
17 Nineteen ninety.
18 Q. [redacted] Nineteen ninety-eight.
19 A. [redacted] Ninety-eight was okay. Then 1999 not much
20 but I had -- 2000. Yes, I had little difficulty.
21 Q. [redacted] Okay. And what was the cause of the
22 difficulty?
23 A. [redacted] The 2000 I chose U.S. Open Taekwondo
24 Championship in Hawaii, and it was -- it was just
25 Q. [redacted] And was there an issue about $10,000 that

310

6/23/2005 Lee, Dae Sung

1  [redacted] was supposed to be paid to the USTU that didn't get
2  paid?
3  A. [redacted] Yes, that was, but Mr. Warwick told me that
4  the -- the officer decided not to -- what's that, receive
5  the money because we lost so much money on U.S. Open in
6  2000.
7  Q. [redacted] Okay. But before running the U.S. Open, you
8  were supposed to pay the USTU $10,000.
9  A. [redacted] No, pay deposit.
10 Q. [redacted] What's the difference between pay and
11 deposits?
12 A. [redacted] Well, that's what they say deposit -- so
13 but I didn't deposit the money.
14 Q. [redacted] Okay.
15 A. [redacted] The 10,000.
16 Q. [redacted] You're supposed to deposit the money in a
17 USTU account?
18 A. [redacted] Yes.
19 Q. [redacted] And you didn't do that?
20 A. [redacted] Yes.
21 Q. [redacted] And then the officers decided according to
22 Mr. Warwick that even though you owed the USTU the
23 money, they wouldn't require you to pay it?
24 A. [redacted] Yes, that's what they decide because we lost.
25 Q. [redacted] And were you aware that there were a number

311

6/23/2005 Lee, Dae Sung

1  [redacted] of members who criticized the USTU for not collecting
2  the $10,000 from you?
3  A. [redacted] I know one person, but I don't know other
4  people, persons.
5  Q. Okay. But the total money you borrowed was
6  only in the range of 40,000 to $50,000.
7      MR. JONES: You're saying at the highest
8  -- you were saying the highest balance.
9  A. You ask me highest so --
10     MR. JONES: Not total borrowed.
11 A. -- not total borrow.
12 Q. Well, did you pay it down and borrow more?
13 A. Yes.
14 Q. Oh, I see.
15 A. Whatever it goes -- it goes, yes.
16 Q. Okay. Well, focusing on the years Mr. Candon
17 was focusing on, do you think you borrowed those
18 amounts in those years?
19 A. I have to go check.
20 Q. Okay. So you don't know for sure if those
21 amounts --
22 A. Yes. I mean --
23 Q. -- are due to borrowing?
24 A. Yeah. And then I don't know how Mr. Candon
25 -- yeah, I mean like I say, I don't want to, you know

312

6/23/2005 Lee, Dae Sung

1  -- you know, I saw the report and then let me go back
2  and then, you know, see.
3  [REDACTED Q. Okay. All right. Yesterday you weren't]
4  [REDACTED here, but we showed a page from the Alaa Moana Shopping]
5  [REDACTED Center web site.]
6  [REDACTED A. Yes.]
7  [REDACTED Q. Do you know there's an Alaa Moana web site?]
8  [REDACTED A. Yes.]
9  [REDACTED Q. And that there's a -- you can click on U.S.]
10 [REDACTED Taekwondo Center, Inc.?]
11 [REDACTED A. Yes.]
12 [REDACTED Q. And you'll see a short description of the]
13 [REDACTED center?]
14 [REDACTED A. Yes.]
15 [REDACTED Q. And it describes you as a two-time Olympic]
16 [REDACTED coach. Were you aware of that?]
17 [REDACTED A. I saw -- I saw the -- that internet. So, yes.]
18 [REDACTED]
19 [REDACTED Q. You've seen that.]
20 [REDACTED A. Yes.]
21 [REDACTED Q. And in the same way that those Korean Yellow]
22 [REDACTED Pages ads describe you as a two-time Olympic Coach.]
23 [REDACTED A. Uh-huh.]
24 [REDACTED Q. And the two-time meaning 1988 and 1992?]
25 [REDACTED A. I believe so.]

313

6/23/2005 Lee, Dae Sung

1  [REDACTED Q. Sorry, 1988 and 1992.]
2  [REDACTED A. Yes.]
3  [REDACTED Q. Okay. And you were a coach at the Olympic]
4  [REDACTED Games in 2000?]
5  [REDACTED A. Wasn't.]
6  [REDACTED Q. You were a non-credentialed coach.]
7  [REDACTED A. Yeah. No, no, no. I wasn't coach. I went]
8  [REDACTED there as -- I don't know what you call that --]
9  [REDACTED supporting.]
10 [REDACTED Q. Okay.]
11 [REDACTED A. Yeah.]
12 [REDACTED Q. But was that much different than the]
13 [REDACTED trainer role or whatever role you had in 1988, 1988 --]
14 [REDACTED 1988 and 1992?]
15 [REDACTED A. No, it's not, sir.]
16 [REDACTED Q. It was different?]
17 [REDACTED A. It was different. It's just one -- we --]
18 [REDACTED that time the whole -- almost of -- USTU members went]
19 [REDACTED and then I went as a just -- supporter. No, no title]
20 [REDACTED at all.]
21 [REDACTED Q. But you -- your way was paid by the USTU?]
22 [REDACTED A. ]
23 [REDACTED A. Yes.]
24 Q. And you trained with the athletes?
25 A. It's not only me.

314

6/23/2005 Lee, Dae Sung

1  Q. I understand not only you.
2  A. Yes.
3  Q. Lots of staff and lots of volunteers or
4  governance people were paid to go.
5  A. I don't know.
6  Q. Okay. But you trained with the athletes in
7  2000. I mean you helped coach them and train them?
8  A. No.
9  Q. No?
10 A. No, because they was living in the Olympic
11 Village so.
12 Q. Okay. There was no training center outside
13 the Olympic Village?
14 A. No, no, no, sir.
15 Q. Okay. When you were nominated in 2003 or
16 your nomination was presented to the USTU Executive
17 Committee --
18 A. Yes.
19 Q. -- you voted on that as a member of the
20 Executive Committee, didn't you?
21 A. Yes.
22 [REDACTED Q. Okay. Were there times when you were given]
23 [REDACTED cash to entertain athletes, coaches, and others from]
24 [REDACTED other countries?]
25 [REDACTED A. By whom?]

315

6/23/2005 Lee, Dae Sung

1  [REDACTED Q. By the USTU.]
2  [REDACTED A. No.]
3  [REDACTED Q. At the Las Vegas U.S. Open, were you given]
4  [REDACTED cash to take care of the Chinese delegation?]
5  [REDACTED A. Yes, not -- it was a -- it's not taking care]
6  [REDACTED of. Rather, they -- for food, transportation, yes.]
7  [REDACTED Q. And other expenses in Las Vegas?]
8  [REDACTED A. No. Just food and expenses. Just food]
9  [REDACTED and the transportation and that's it. That's it went]
10 [REDACTED yes.]
11 [REDACTED Q. And you were given $10,000 in cash for that]
12 [REDACTED purpose, weren't you?]
13 [REDACTED A. No, sir. $7,000. I think, I believe it was]
14 [REDACTED $7,000.]
15 [REDACTED Q. And --]
16 [REDACTED A. Then I provide all the receipt and I gave it]
17 [REDACTED to Mr. Warwick.]
18 [REDACTED Q. And what would you say if I told you that the]
19 [REDACTED USTU says no receipts were ever provided?]
20 [REDACTED A. Oh, then -- I know that I did because not]
21 [REDACTED only this trip, but most of the trip that I went as]
22 [REDACTED a manager. For instance, when Mr. --]
23 [REDACTED was Mr. Nick Was coach and I was the manager and that]
24 [REDACTED was when we went to Hong Kong, I think, I don't know]
25 [REDACTED -- a -- yes, yes, something they provide --]

316

[Page 317 and 318: text is redacted/blacked out and not legible]

Page 319:

```
 1   Q.   Okay.
 2   A.   Yes.
 3   Q.   And do you recall a situation where Sang Lee
 4  lost face because he placed the Chinese in a hotel that
 5  wasn't very good and he directed you to take extra good
```

[Lines 1-20 above are largely redacted; lines 21-25 shown]

Page 320:

```
 1  care of them because we put them in a bad hotel?
 2   A.   In where?
 3   Q.   I think this was in Las Vegas.
 4   A.   Well, he must have a good reason.  I -- I
 5  don't know.
 6   Q.   Okay.
 7   A.   I don't know.
 8   Q.   If you don't know, you don't.  I'm not --
 9  don't --
10   A.   Yes.
11   Q.   Just cause I ask the question, don't assume
12  it's right.  I'm just asking.
13   A.   Yes.
```

[Lines 14-25 are redacted]

your accomplishments?

A. Yes.

Q. And included in that are pictures of you with the Olympic teams.

A. Yes.

Q. Including the 2000 Olympic Team.

A. Yes.

Q. Okay. And there's nothing in those pictures that tells you who was an assistant coach or a head coach or a trainer or a interpreter or anything like that.

A. No.

Q. Okay. And the purpose of those is to communicate to people that come in your involvement with the Olympic games.

A. Yes. But can I -- can I say -- can I say something? None of my student thought that that was me. So -- so I'm thinking of taking it off. Everybody -- nobody thinks that that's me. They ask me who's that man with the George Bush. I say that's me. They say, no, sir, that's not you. I mean so that's why I'm laugh. So I'm sorry, I'm sorry. I have to --

Q. Okay.

A. -- I have to do that.

Q. You need to get someone to fix the pictures.

A. Yeah, put some -- no, I --

Q. Take some hair out or do whatever it is that makes you look a little older.

All right. Do you know Mary Brunner?

A. Yes.

Q. And how do you know Mary Brunner?

A. She's -- she went -- well, she's in -- I think she's in the -- she's a referee. She's a international referee. I -- all the national champion, especially junior national championship and national championship, she's always -- she always participate.

Q. Other than knowing that she's a referee, do you know her personally?

A. Oh, we talked couple times, you know. I mean like say hello and then knowing her and things like that.

Q. For the last 20 years you've known her?

A. No, no, no. I don't know, not -- not that much. I just -- you know, I --

Q. Okay. Have you discussed with her any of the issues related to this case?

A. Such as?

Q. I don't know. I don't know, anything about this case.

A. I heard, I heard from somebody --

Q. But --

A. No, no, that's why I said --

Q. Okay.

A. -- like, you know, Mr. Reznik, like, you know, Mary Brunner that she heard Mr. Bob Gambardella putting on some racial issue. So I call her and I ask her, and then she said that she heard same as Mr. Reznik who's not -- you know, he's not here no more, you know. So --

Q. But she wasn't at the same place as Mr. Reznik.

A. I think they talking about two different place.

Q. Right. Okay. So Mr. Reznik said something and Mary Brunner said something.

A. Yes.

Q. So you called Mary Brunner --

A. Yes.

Q. -- after you heard from who that -- that Mary Brunner said Bob Gambardella had said something?

A. Yes.

Q. Who told you that Mary Brunner had said that Bob Gambardella said something?

A. Master Kim.

Q. Master Kim.

A. From South Carolina.

Q. Okay. Do we have the first two names to go with Master Kim? If you remember, that's okay.

A. I -- I can provide for you if you want.

Q. I -- I'm sure somebody else knows --

A. So --

Q. -- who Master Kim --

A. So --

Q. -- from South Carolina is, that's okay. And what's Master Kim's position?

A. He's a international referee too.

Q. Okay. And did you ask Mary Brunner to do a declaration?

A. Yes, if he can help. No, actually I talk to her if she heard, she say yes, so is it okay my lawyer contact you.

Q. Okay. In -- changing subjects. In 2000 you ran against Han Won Lee and lost. Well, strike that. Let me go back in time even before that. In 1992 when you did not sit in Mr. Moreno's chair --

A. Yes.

Q. -- do you recall hearing Mr. Moreno testify that he spoke to Sang Lee and Sang Lee said it's not his time, do you recall that testimony?

A. What is that, not his --

Q. It's not your time to be --
A. When?
Q. -- the head coach or the coach that sits in his chair at the Olympics?
A. Mr. Sang Lee.
Q. Yes.
A. I don't know. I have --
Q. You don't know anything about that?
A. No.
Q. You never -- when -- when you talked to the Head Coach Mr. Park --
A. Yes.
Q. -- and he said, no, he was going to sit in the chair --
A. Yes, that's what he told.
Q. -- did you discuss that at all with Sang Lee?
A. No, I didn't talk -- I didn't talk to -- with him. Because Mr. Lee wasn't -- see, we -- we at the -- the -- I don't know -- well, you -- if you go to Olympic game, there's a holding area which is only coach trainer, which is medical trainer, and myself and athlete can go there, but there's nobody. So I just go and talk to him and ask him that it's okay to sit down his chair, he said no. So I say, yeah, I say, I understand. Then I came back to Juan Moreno, explain

to him that, you know, I cannot sit on his chair.
Q. And there was no discussion at all after that about this issue?
A. No.
Q. Okay. And in 2000 --
A. Yes.
Q. -- when Han Won Lee was elected to be the coach and you were not --
A. Uh-huh.
Q. -- did you discuss that with Sang Lee?
A. No. I talked to Sang Lee that I don't want to fight the position with -- you know, and then -- and then the vote is out there. Because Han Won Lee going -- Han Won Lee was going to kneel down, you know, kneel. And then even he won from that position, he was gonna give up and give it to me that position, but I -- you know, I didn't want that.
Q. Did Sang Lee tell you that it wasn't your time yet, that it was Han Won Lee's time?
A. No.
Q. Did he tell you that -- not to worry, that you'd be given the head coach job in 2004?
A. No.
Q. Did he tell you that you'd get the job in 2004, Han Won Lee would get it in 2008, and Sammy Pejo

would be the head coach in 2012?
A. No.
Q. Okay. When you were given the position of Olympic coach --
A. Yes.
Q. -- did you have discussions with anyone at the USTU or the USOC about your school and the effect of your position on your school?
A. Can you explain to me more?
Q. Well, it was an agreement you were going to be a coach.
A. Yes, sir.
Q. And you weren't going to be paid.
A. No.
Q. Only your expenses would be covered.
A. Yes.
Q. And was there any discussion about your school at all in -- in your being offered the position?
A. Oh, yes, I -- I spoke with my students.
Q. I understand you spoke with your students.
A. My parents, yes.
Q. But did you speak with the USTU or the USOC about your school?
A. No.
Q. Okay. Was there any promise made by anyone

at the USTU or USOC that by being the coach this would benefit your school?
A. I know it's gonna be benefit me. I mean I -- I have a -- I have a -- I talk to -- I talk to --
Q. That's not the question. The question is, did --
A. Yeah, I know, I know, sir.
Q. -- did anyone at the USTU or USOC tell you this was going to benefit your school?
A. No.
Q. Your school is a separate entity. It's a corporation?
A. Yes.
Q. Okay. And did your school besides being a member of the USTU have any agreements with the USTU?
A. No, but I was member -- my -- my school was register in USTU.
Q. But for example, was your school given the U.S. Open or were you given the U.S. Open?
A. For U.S. Open?
Q. Yes.
A. Championship in 2000?
Q. Yes.
A. I think me, sir.

```
 1    Q.  [redacted]
 2    A.  [redacted]
 3    [redacted]
 4    [redacted]
 5    Q.  [redacted]
 6    A.  [redacted]
 7    Q.  [redacted]
 8    [redacted]
 9    [redacted]
10    [redacted]
11    A.  [redacted]
12    Q.  [redacted]
13    A.  [redacted]
14    Q.  [redacted]
15    [redacted]
16    A.  [redacted]
17    Q.  [redacted]
18    A.  [redacted]
19    Q.  [redacted]
20    [redacted]
21    A.  [redacted]
22    Q.  [redacted]
23    A.  [redacted]
24    Q.  And did you understand that those criteria
25    said that the way the coach was going to be selected
```

```
 1    was to be qualified you first had to be the coach
 2    of one of the athletes who was going to the Olympic
 3    games?
 4    A.  That's what --
 5         MR. JONES:  Mark, can you -- can give
 6    him the criteria, do you have them handy?
 7         MR. LEVINSTEIN:  I would if I did.
 8    A.  You know, but my understanding was I think
 9    there's a two criteria --
10    Q.  Correct.
11    A.  -- okay.  My understanding, if you don't --
12    what is that, the first one was this criteria.  So I
13    thought there's a two criteria, but I qualify for
14    second one that I'll coach for Pan Am and world
15    championship that produce --
16    Q.  I understand.  But -- but didn't you -- so
17    you didn't understand that the criteria said you first
18    have to meet the first criteria, and if you do the
19    second criteria would be used to choose among the
20    people who met the first criteria?
21    A.  You know, I think I believe I ask, what his
22    name, Mr., oh, Jay Warwick, you know, he's my friend.
23    So I -- I think I -- you know, when I received it I
24    would talk with --
25         MR. JONES:  He's asking you what you
```

```
 1    understood when you read the criteria.
 2    Q.  Well, if you ask Mr. Warwick what it meant,
 3    did you discuss the criteria with Mr. Warwick?
 4    A.  No, no, I just -- how can I put in a word.
 5    I mean my understanding was that there's a two
 6    criteria, okay, number one and two.  Therefore, I
 7    qualify for second criteria.
 8    Q.  [redacted]
 9    [redacted]
10    A.  [redacted]
11    Q.  [redacted]
12    [redacted]
13    A.  [redacted]
14    [redacted]
15    Q.  [redacted]
16    [redacted]
17    [redacted]
18    [redacted]
19    [redacted]
20    A.  [redacted]
21    Q.  [redacted]
22    [redacted]
23    A.  [redacted]
24    [redacted]
25    [redacted]
```

```
 1    [redacted]
 2    Q.  [redacted]
 3    A.  [redacted]
 4    [redacted]
 5    [redacted]
 6    [redacted]
 7    [redacted]
 8    [redacted]
 9    [redacted]
10    [redacted]
11    [redacted]
12    [redacted]
13    [redacted]
14    [redacted]
15    [redacted]
16    [redacted]
17    [redacted]
18    [redacted]
19    [redacted]
20    [redacted]
21    [redacted]
22    [redacted]
23    [redacted]
24    [redacted]
25    [redacted]
```

Q. Well, Mr. Gambardella didn't know whether you had any athletes still competing in the fight-off, did he?
A. Yes, that's true.
Q. So -- so he -- he had no way of knowing whether an athlete you were coaching might go to the Olympics?
A. Yes, yes, that's true.
Q. And so when these criteria came out and you read them, the first criteria was whether you coached an athlete and the second criteria was whether the athlete you coached how well they'd done in the world championships and the Pan Am Games.
A. And then -- yes. But, thank you very much for reminding me, I heard from Mr. Harris, Bruce Harris who was executive director --
Q. Not anymore.
A. I know -- not that -- not that on, but I'm talking about previously, because when -- so can I go back little bit and explain to you, it's -- if it's okay for you so that, you know, I can answer --
Q. I don't need to hear about October.
A. Okay.
Q. But if it has something to do with -- with May --

A. Yeah, May, yes. When I went first site inspection in April, 2003 --
Q. Yes.
A. -- Mr. Harris called me and said that USOC want, you know, executive director and then Olympic -- future Olympic coach to participate for site inspection. So I went there in 2008 -- two thousand --
Q. In 2003.
A. -- three, April.
Q. Yes.
A. Okay. And then during that period I find out that you must get approve by USOC Executive --
Q. Committee.
A. -- Committee.
Q. Yes.
A. Yes. So they ask me, so I said, no, I don't know. So -- but when I came back I talked to Mr. Harris and then Mr. Harris said it wasn't approved yet.
Q. But it was approved in October of --
A. Yes.
Q. -- 2003.
A. But, see --
Q. What does that have to do with 2004? In 2004 --

A. No, no.
Q. -- you knew there were --
A. So --
Q. -- new criteria.
A. -- sir, so that's why I'm say, so, you know, when I got approved because we follow the regulation of USOC, the rule and bylaw, and when I saw that a letter saying that one year -- if you saw the letter, I don't know if you have, can you look? It said one year prior to Olympic game, okay. And then that's the right away that, you know, I don't understand because I was already. But see, the letter that I received was after the first Olympic team trial in April, I mean the Marchbecause I didn't have the letter.
Q. Okay.
A. So I asked Mr. Bruce Harris. I say, sir, I -- I understand that you call me before in like October, November, that I got approve by USOC, can you find the letter for me. And then he say, well, I think I had in some kind of my internet.
Q. But he sent it to you. But in 2004, you were told in a letter from Mr. Gambardella that the old selection had been rescinded and there was a new criteria, and when you read the criteria you saw you didn't meet the first requirement, yes?

A. First requirement?
MR. JONES: Objection. I think he said criteria. Now we're talking about requirement.
A. See -- see, that's -- that's the -- sir, I mean, you know, when I read it is that there's a two criteria.
Q. But the second criteria --
A. Yes.
Q. -- was to distinguish people who qualified under the first.
A. It's -- it's the language that if -- that's why, see, if you have that -- the -- you know, when I --
Q. You didn't understand it to mean --
A. No, don't say that I don't understand, sir, no.
Q. Okay.
A. No, no, I do understand.
Q. All right. But now as you sit here today --
A. Yes.
Q. -- having heard it explained, do you understand that you didn't qualify under the criteria?
A. First criteria, I mean --
Q. Do you understand now as you sit here today that the second criteria was simply to choose between

people who met the first criteria?

MR. JONES: Objection. Calls for speculation as to what the -- what the writer intended.

Q. Have you had problems -- let me reword that. Have there been any incidents you've been involved in in which there were allegations that you engaged in improper conduct relating to your coaching of students?

A. My coaching students when, sir?

Q. Well, for example, have there been -- was there a situation in which you got into a car accident involving your students?

A. Yes.

Q. Okay. Why don't you tell me about that.

A. That was, I think, Tahiti trip, yes. We had some incident.

Q. What happened?

A. Car accident.

Q. And who was driving?

A. I was driving.

Q. And were you under the influence of alcohol?

MR. JONES: Object to the relevance.

A. I don't think so, sir. I had one, one or two beer, but I don't think I was drunk when -- that's if

you are implying.

Q. That's what I'm implying. Weren't you driving drunk in 1990 in Tahiti with athletes in your car and you wrecked the car?

A. No, I wasn't drunk, sir.

Q. Did you hit a pole?

A. I had a argument one of the athletes and I was upset. And then I was talking like, you know, you know, talking. And then when I saw, there was a pole, so I couldn't move and I had accident, yes.

Q. In fact, weren't you punching the athlete while you were driving?

A. Yes.

Q. So while you were driving the car having had some alcohol, you were punching the athlete and you drove the car into a pole?

A. I didn't drive, you know. We had a conversation, then we had argument with the -- you know, my athletes and then, yes.

Q. And you were punching him while you were driving?

A. I don't think I punched him. I think I slapped him.

Q. You were slapping him while you were driving.

A. Yeah, yes.

Q. And his head went through the windshield?

A. Yes.

Q. Who is Theresa Wong?

A. Theresa Wong? I don't know.

Q. Did you have a student named Theresa Wong?

A. I don't remember, sir. Theresa --

Q. Do you remember having a sexual relationship with Theresa Wong who was one of your students?

A. No.

Q. Did you ever coach in Binghamton, New York?

A. Coach?

Q. Yes.

A. Binghamton, New York? No, I wasn't coaching at the Binghamton, New York, sir.

Q. Never coached anyone in Binghamton, New York.

A. No, I went to train.

Q. Went to train?

A. Yeah, for Mr. Lee when Mr. Lee -- that was, I think, '79.

Q. Okay. In 1979 you were in Binghamton, New York training.

A. Uh-huh.

Q. In '79.

A. Yes.

Q. Okay. You weren't in -- okay, we'll leave

that one.

Q. Were there situations in which you received per diem checks before events and then the trips were cancelled?

A. Yes, I remember.

Q. Okay. In 2003, was there per diem checks issued to you for the Junior Pan Am Championships in the amount of $469?

A. Yes.

Q. And for the Team Leadership Meeting in Athens, were you issued per diem checks in the amount of $538?

A. Which one?

Q. A Team Leadership Meeting in Athens.

A. Yes.

Q. And did you cash those checks?

A. Yes.

Q. And were the trips cancelled?

A. Yes, when I was in Chicago, when I was in Chicago already. And then the Jeanne Mendoza call me and then they said the trip was cancelled. So that was already left Hawaii. So I --

Q. And you kept the per diem checks for the entire trip.

A. No, I cash the checks.

Q. And you didn't return the per diem money?
A. Well, I supposed to return it, but I didn't.
Q. Okay. And the Junior Pan Am Championships was unrelated to that.
A. See, I supposed to go to Junior Championship too. From there I supposed to go to Athen, Greece for site inspection.
Q. Okay. And so that was --
A. However, they couldn't get my visa. So --
Q. So it was over a thousand dollars in -- in per diem money and you --
A. But --
Q. Did the finance manager of the USTU request you return the money?
A. I don't remember, sir.
Q. Okay. But you didn't return the money?
A. No, I didn't.
Q. Okay.
A. But I -- I -- I was planning to, but, you know, then after that I was -- lot of thing was going on. That was, I think, November, 2003.
Q. October.
A. October, I'm sorry, in October.
Q. Okay. I won't -- I don't want to go past -- I know I'm -- I'm on the button. But you've said that

there were -- you know, that you -- I don't know the exact words, but that you were very disappointed when you were not the Olympic coach for 2004.
A. Yes.
Q. And you understand that the reason you were not selected was simply because they'd replaced the old selection criteria with the criteria that chose the people who were coaching the athletes who went to --
A. Well, you --
Q. -- Athens.
A. I think the new governance change the new criteria with USOC.
Q. Okay. So the criteria were changed and under those criteria you didn't qualify as they interpreted them.
MR. JONES: Objection. Argumentative. Calls for speculation.
A. I guess that's one of the reason that I didn't coach 2004 Olympic Game.
Q. Okay. And --
A. But the coach was already selected before even that thing came out. That's why it's just --
Q. But you understand now that the Coaching Science Committee never had a meeting.
A. No, I -- I -- I understand that -- I don't

know. That I don't know.
Q. Well --
A. Okay. You can talk to -- with Mr. Byung Won Kang who was the chairman.
Q. Well, you heard Mr. Moreno say they never had a meeting.
A. I --
Q. Have you read Mr. Kang's declaration?
A. Who?
Q. Byung Won Kang, Mr. Byung -- what's his name?
MR. JONES: Objection. Calls for a legal conclusion that a meeting's even required.
Q. I didn't ask that a meeting was required. They never had a meeting, do you understand that they never had a meeting?
A. No, I didn't see the --
Q. Did you read his declaration, Mr. Kang's declaration, you referred to it earlier, did you read it --
A. Yes.
Q. -- about the phone calls?
A. Yes, I read it, but I didn't go -- read it directly, but he had a phone conversation. That's what he told me.
Q. Right, but it -- he didn't have a meeting.

He never told you they had a meeting, did he? Okay.
A. I don't remember.
Q. And -- and did you read in his declaration that there were certain athletes on the committee he didn't even speak to at all?
A. Well, according to him, what he told me is that he did speak to everybody.
Q. That's not what it says in his declaration. Did you understand the 20 percent requirement?
A. Yes.
Q. Do you understand that athletes had to be represented by voice and by vote --
A. Yes.
Q. -- 20 percent?
A. Yes.
Q. Okay. And that the whole committee had to be consulted before the committee made a decision?
A. Yes.
Q. Now once you found out you weren't going to be Olympic coach, could you tell me -- I guess it was April that you found out that there were new criteria.
A. Yes.
Q. July you found out that a new -- that Juan -- Jean Lopez had been selected.

6/23/2005 Lee, Dae Sung

1  A. Yes.
2  Q. And why don't you tell me about how that
3  affected you.
4  A. But I participate every -- because I still
5  had a hope, oh, not hope but, you know, I still thinks
6  that I still be involved. So I went to -- sir, if they
7  were going to change the new coaching selection
8  committee or whatsoever, my thought was that I was
9  going to go 2004 because when the -- when the
10 remediation plan to January 27, but the USOC send me to
11 regional qualification as head coach.
12 Q. When?
13 A. See, you don't -- you don't know too.
14 January 31st, the Pan Am Regional Coach Championship.
15 Myself and --
16 Q. As the Pan Am coach.
17 A. Pan Am Regional qualification. There's a --
18 there's a two qualification, one, award qualification.
19 Q. Who -- who sent you there?
20 A. USOC.
21 Q. In what way? Who from the USOC?
22 A. USOC send me as an official head coach in Pan
23 Am Regional Taekwondo Championship in Mexico.
24 Q. Who from the USOC sent you?
25 A. Not the -- not the -- Kelly Skinner. Yes,

345

6/23/2005 Lee, Dae Sung

1  you can talk to him. And then, what his name, Chul Ho
2  Kim --
3  Q. Okay.
4  A. -- went too. And then Lynette Love too. She
5  went as head of team. Three of us went. And then the
6  -- the other lady that who's director, I forgot her
7  name.
8  Q. Michelle Farrell?
9  A. Michelle, yes, and then she was directing us
10 to go to -- so if I participate all those competition,
11 okay, I mean, you know, if you looking at --
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

346

[Right column pages 347 and 348 are redacted]

A. He's not my friend anymore.
Q. Okay. But do you believe Juan Moreno is a racist?
A. Yes.
Q. Okay. Do you believe Herb Perez is a racist?
A. Oh, that I don't know.
Q. Well, you filed answers to interrogatories in which you asserted that Herb Perez was a racist.
A. In a way, yes.
Q. So you think Herb Perez is biased against Korean-Americans?
A. Yes.
Q. And Jay Warwick as well?
A. Not before, but after he got -- he -- he resigned from USTU.
Q. And so now he's biased against Korean-Americans.
A. Oh, I don't know. I don't want to say.
Q. And Juan Moreno --
A. Yes.
Q. -- is a racist and he's opposed to Korean-Americans?
A. Well -- well, he -- when he was doing the deposition, he strongly said that some Korean referee went to drinking and, you know, do this and that. So

that means, if he mention about the some Korean referees. It's not only Korean referee drinks. He literally said that he was -- Korean referee was drinking and this and that and, you know, next day that's the most biggest tournament and this. But that particular -- the incident, the center referee American.
Q. Were there issues at events where you were involved in staying out all night drinking when you were the coach of the U.S. team?
A. No.
Q. Were there instances where you were out all night gambling when you were the coach of the U.S. team?
A. No.
Q. Were there events where you were the coach where you didn't show up for training sessions because you've been out all night drinking?
A. No.
Q. Were there events where you did so much gambling that you didn't have any money and you had to borrow money because you lost all of your money gambling?
A. No.
MR. LEVINSTEIN: Okay. Those are my

questions. Sorry I ran late.
MR. JONES: That's all right.
MR. LEVINSTEIN: I apologize.
THE VIDEOGRAPHER: The time is 4:53 p.m. We are off the record. This concludes tape number four.

--oOo--

I, DAE SUNG LEE, hereby certify that I read the foregoing typewritten pages 1 through 351, inclusive, and corrections, if any, were noted by me, and the same is now a true and correct transcript of my testimony.

________________________

DAE SUNG LEE

Signed before me this __________

day of __________________, 2005.

______________________________

DAE SUNG LEE, Plt., vs. UNITED STATES TAEKWONDO UNION, et al., Defs.; Civil No. 04-00461 SOM LEK.
Deposition taken on 6/23/2005.
Reporter: Cristina Llewellyn

STATE OF HAWAII )
) SS
COUNTY OF HONOLULU )

I, Cristina V. Llewellyn, Certified Shorthand Reporter and Notary Public, State of Hawaii, hereby certify there came before me the deponent herein, namely, DAE SUNG LEE, who was by me duly sworn to testify to the truth concerning the matters in this cause.

I further certify that the foregoing transcript is a true and accurate transcript of my original stenographic and recorded notes as taken at said time and place to the best of my knowledge and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this ________ day of ____________________, 2005.

________________________________

Cristina V. Llewellyn
RPR, CSR 343
Notary Public
My Commission Expires: 04/19/09