IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

WARD D. JONES, ESQ.   [ E ]
Bervar & Jones
1400 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

   --and--

GLENN H. UESUGI, ESQ.          [ M ]
MICHAEL J. GREEN, ESQ.
 345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiff DAE SUNG LEE

DATED: Honolulu, Hawaii, _____.

APR 2 8 2006

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE