Q [illegible] you know [illegible] where you got the [illegible]?

A [illegible] Of course.

Q And you [illegible] have [illegible] told that not to favor one person unfairly over another?

A Right. And that's the job of the referee.

Q And if a referee -- well, let me strike that for a second.

Are you aware of the dispute related generally to the judging scandal that involved figure skating at the 2002 Winter Games?

A Yes.

Q And at that time you were employed by the USTU but you weren't yet the Executive Director?

A Correct.

Q And have there been controversies about judging involving the USTU at the highest levels?

A Yeah. There's protests at many of the high level events.

Q Are you aware of any match that you witnessed that you believe the competitor was unfairly not given the victory?

A I witnessed matches where I thought the better competitor didn't win, possibly by poor application of the rules, possibly by poor scoring.

And one of those happened when I was sitting next to Ms. Sweet, and we discussed that -- it was an error that could have been corrected, but because of the people on the floor, they didn't correct it.

Q Are you familiar with the boxing match in Seoul, Korea involving -- was it Roy Jones?

A Yes.

Q What can you tell me about what happened there as you recall?

A Just that he ended up losing and he should have won.

Q And where was the match? In what country?

A That was in Korea.

Q That was part of the 1988 Olympic Games?

A [illegible] Olympic Games.

Q And who was his opponent? From what country?

A I don't remember that.

Q You don't remember that it was a Korean competitor?

A That may be, but [illegible]

Q [illegible] Do you remember that there were allegations that the Korean [illegible] and [illegible] clearly [illegible] because he was from Korea?

A April, I recall that.

Q Any incident like that happen in Taekwondo in 1988 that you're aware of?

A In Taekwondo?

MR. JONES: Objection. Improper hypothetical. Vague.

Q (BY MR. LEVINSTEIN) Let me just ask: Were you at the 1988 Olympic Games?

A Yes.

Q Did you watch Juan Moreno's final match?

A Yes, I did.

Q Do you recall a discussion that Juan Moreno clearly won the gold medal but that it was given to his competitor?

A I recall that.

Q And what country was his competitor from?

A Korea.

Q And did you witness the match?

A [illegible]

Q Were you a referee at that time?

A No, at that --

Q Not at the event, but were you a referee?

A Yes.

Q And did you agree that the person who had performed the best and should have been given the gold medal did not receive it?

A I wasn't a nonpartisan observer of that match. I wanted Juan to win, and I thought that he should have won.

Q And how is it possible that if they have a referee system, that someone could lose who -- strike that.

Is the refereeing objective in Taekwondo?

MR. JONES: Vague and ambiguous as to what we're talking about. Are you talking about generally?

Q (BY MR. LEVINSTEIN) I'm talking about -- strike that. I'll ask it a different way.

[illegible] judge [illegible] referee in a Taekwondo match, and I want to favor one competitor, is it possible to do it?

A [illegible]

Q Is it easy to do it [illegible]?

A [illegible]

Q Well, I don't [illegible] there with a button and push the button when I think the competitor has scored a point?

A Yeah.

Q And if I don't push the button for one competitor [illegible] there are [illegible] referees [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Q What was done about Mr. Moreno's losing the match?

A I don't recall. Was that where the sit-down happened?

Q You were there. I'm not testifying.

A I think that may be the match where he sat in the ring to protest the decision.

Q Juan Moreno did?

A No.

Q I think you're talking about the boxing match. We'll leave it. If you don't remember --

A I don't know.

Q It's not a memory test.

A There were so many matches.

Q Do you know if a protest was filed?

A I think there was a protest filed.

Q Did you believe that Juan Moreno lost because he was fighting a Korean in Korea?

MR. JONES: Objection; calls for speculation.

A Not necessarily, because being a judge, what people, as spectators, don't realize -- I try to tell people whenever they're saying things that are unseeded, that you have to look at what the judge's perspective of the point is and where they see what.

So as a fan, yes, I felt Juan clearly won. But when you look at what the judges may have seen, they could see a totally different match. And it happens all the time. That's why what we do for a protest is put cameras over each judge's chair so you can see in a protest what they should have seen.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Q And as a person who was a referee?

A Well, not exactly. As a referee, I have to look at different things to consider. As a fan, I have the luxury of not seeing that, not considering that. And that's true every time.

(Deposition Exhibit No. 93 was marked for identification.)

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**Top-right column (p. 274):**

```
1      [illegible/redacted]
2      [illegible/redacted]
3      [illegible/redacted]
4      [illegible/redacted]
5      [illegible/redacted]
6      [illegible/redacted]
7          Q    Are any of the three that you know that
8      are not Korean American members of the Grandmasters
9      Association?
10         A    I don't know.  I don't know their
11     membership.
12         Q    Do you recall any donations from Korean
13     Grandmasters in 2003?  If you look at the paragraph,
14     I'll read it.  "At this meeting" -- second sentence.
15     "At this meeting, Sang Lee told the Korean masters that
16     'Taekwondo as they all know it will disappear and will
17     be non-existent, if the USOC decertifies the USTU and
18     if I lose my position as President.  It is important
19     for me to remain in office, if Koreans are to survive
20     in this country.'  The real purpose of the meeting was
21     to get financial and moral support from his fellow
22     Grandmasters.  He succeeded, as he brought home a
23     whopping $200,000.  Bill Cho, the owner of Hallmark
24     Cards, and the founder of Precious Moments, made a
25     $100,000 donation himself.  Sang Lee then received an
```

**Bottom-right column (4/7/2005 Harris, Bruce C.F.K. VOLUME II):**

4/7/2005 Harris, Bruce C.F.K. VOLUME II

```
1      additional $5000.00 pledge from about 20 of the
2      Grandmasters present."
3          "This story was recently told to me by a
4      young Korean master who is the son of one of the
5      Grandmasters in attendance at this meeting, and that
6      has pledged his support to a new and fair USTU."
7          Do you remember any donations coming in?
8      MR. JONES:  Objection; calls for hearsay.
9          A    No, sir.
10     [illegible/redacted]
11     [illegible/redacted]
12     [illegible/redacted]
13     [illegible/redacted]
14     [illegible/redacted]
15     [illegible/redacted]
16     [illegible/redacted]
17     [illegible/redacted]
18     [illegible/redacted]
19     [illegible/redacted]
20     [illegible/redacted]
21     [illegible/redacted]
22     [illegible/redacted]
23     [illegible/redacted]
24     [illegible/redacted]
25     [illegible/redacted]
```

lot. The way preference [illegible] money that
they're [illegible] organizations which
they are certainly capable of, [illegible] treated
with [illegible] and [illegible] beyond what
one typically would expect to find. Rules and
published procedures are ignored allowing officials to
make their own decisions, answering to nobody. Third,
I'm afraid to say that Korean culture and values are
not the same as American values. [illegible] Koreans are in
charge of this organization. [illegible] bend over backwards to
assure no appearance of favoritism or [illegible] in
this sport [illegible] the best man win attitudes. Korean
culture places a higher value on loyalty to one's
family, friends, school [illegible] than it does on honesty
and fair play. The result is that the best man usually
doesn't win, but the favorite one does.
Q. Does some of that language sound familiar?
A. Yes.
Q. Does it sound like the language that
Mr. Saxton included in that paragraph 8 in his
September 5th, 2003 letter to you?
A. Yes.
Q. And given that this is an e-mail that was
sent to the Membership and Credentials Committee that
they were seeking information about issues in the

sport, was it your hope, as the Executive Director of
the USTU, that the Membership and Credentials Committee
would tell you about these kinds of allegations?
MR. JONES: Objection; calls for hearsay;
also speculation.
A. Yes.
Q. (BY MR. LEVINSTEIN) So you wanted him,
before that September 13th, 2003 meeting, to give you
information about what allegations and issues had been
raised with his committee by people like
Mr. Kestenbaum?
A. Yes.
Q. And at that meeting, wasn't it helpful to
know what people had been saying to the Membership and
Credentials Committee?
A. [illegible] sure, to the extent that we were provided
that information, yes.
Q. So that paragraph 8 [illegible] told you some
of the things that had been said in communications to
the Membership and Credentials Committee, didn't he,
to you?
A. [illegible]
Q. Were you aware that prior to you becoming
Executive Director, [illegible] had been placed [illegible] that
the USTU had been placed on probation?

A. Yes.
Q. What do you remember about that?
A. Just that it had been mentioned that we
had been placed on probation; once that I recall. It
may have been more than once.
Q. And was it because of the same kinds of
issues that were being addressed in September of 2002?
MR. JONES: Objection; calls for
speculation.
A. I don't remember being told what the
issues were for the probation.
Q. (BY MR. LEVINSTEIN) But it had to do with
noncompliance with the obligations as a National
Governing Body?
A. I don't know. I would assume so,
but --
Q. 95.
(Deposition Exhibit No. 95 was marked
for identification.)
Q. (BY MR. LEVINSTEIN) Let me show you
what's been marked as Exhibit 95 with USOC Bates Nos.
00189 and 00190. Who is Guy Poos, if you know?
(Whereupon, Mr. Johansen left the
deposition proceedings.)
A. A Taekwondo instructor in Oklahoma who

owns Poos Taekwondo. I know him very well.
Q. (BY MR. LEVINSTEIN) Hmm?
A. I know him very well.
Q. You do?
A. Yeah.
Q. And how do you know him very well?
A. We have worked together for many years.
He has been on several USTU committees. We have looked
at designing and implementing scoring systems together.
I have just gone to his tournaments. I know his kids.
Q. If you know, what is his national origin
or background?
A. As far as I know, he is American-born
American.
Q. I never know from a name. Had he, in
these years that you've known him, expressed to you
grave concerns about how the USTU is run?
A. Yes, for many years.
Q. And has he been an active participant in
the USTU?
A. Yes.
Q. And were you aware that he had written to
the USOC to raise concerns about compliance issues?
A. I had no knowledge of that.
Q. Okay. If you look at the second page, the

[redacted]

[redacted]

Q So much of what is in this letter are the same kind of concerns you had?

A Well, I only read the paragraph that you cited.

Q Let's talk about that paragraph. Did you have those kinds of concerns that are expressed by Mr. Poos?

(Whereupon, Mr. Uesugi left the deposition proceedings.)

A No. Some of it, no. For instance, the part about values being different and the fair play thing, no. I don't agree with that.

Q (BY MR. LEVINSTEIN) What about the fact that the USTU leadership hadn't been held accountable?

A We disagreed as to how accountability is determined. The fact that we still have the right to protest things that go on says that you can do that.

[redacted]

He is saying that they're not being held accountable. What's the level for accountability? Made to change or what?

Q But didn't you hear concerns over the years that filing protests and grievances never really led to any meaningful change?

MR. JONES: Objection; calls for hearsay.

A I heard that, but I also saw where many protests were resolved and a decision was made. Not all of them just go away.

Q (BY MR. LEVINSTEIN) No. But did you see any significant structural changes in the organization occur?

MR. JONES: Objection; vague.

A Structural changes, no.

[redacted]

Case 1:04-cv-00461-SOM-LEK Document 205 Filed 03/15/2006 Page 6 of 8

[redacted]

[redacted]

[redacted]
Q And, in fact, the only group that provided any oversight really were the officers, because the Executive Committee and the board were too large to provide any kind of meaningful oversight over the staff?
MR. JONES: Objection; argumentative, calls for speculation.
A For whatever reason, that's the way it functioned.
Q (BY MR. LEVINSTEIN) So the officers were the people who governed you when you were the Executive Director?
MR. JONES: Objection; vague and ambiguous.
A The officers were the ones that I answered to most of the time, unless I was answering direct membership concerns with people.
Q (BY MR. LEVINSTEIN) Were you ever aware of a situation in which the Executive Committee overruled the officers?
A I think there were some situations where there were some budget considerations, and it was just re-worked. But other than that, I can't think of any.
Q Did you have concern, when you were the

Executive Director, that a lot of money was spent supporting volunteers instead of athletes and coaches?
A By volunteers, who do you mean?
Q I'm sorry. In the Olympic movement, we generally refer to the people who are officers, Executive Committee, and board as volunteers. Let me start over.
Were any of the officers, Executive Committee, or board members paid a salary?
A No.
Q Okay. So did you not view them as volunteers?
A Well, from my purview, volunteers are also the people that staff our events and that we solicit to help run things.
Q Putting aside people who are volunteering to work, let's talk about the volunteers who were governing. By that, I mean the officers, the Executive Committee, and the board.
[redacted]

[redacted]

MR. JONES: Could we take a break?

MR. LEVINSTEIN: Whenever you want.

(Recess taken from 2:29 p.m. to 2:37 p.m.)

[redacted]

[redacted]

[redacted]

[illegible] wanted to get something [illegible] the record here.

Q. And there is a reference in that same paragraph that says, referring both you and Jay Harris, "They both have done, and would continue to do an outstanding job, if not for the micro-management of President Lee and some of the more senior officers [illegible] think their rank makes them senior [illegible] and [illegible] giving them specific orders to do things that are in direct opposition to the bylaws."

[illegible] Were there circumstances in which you felt that you were being micromanaged by President Lee or his officers?

MR. JONES: Objection, vague and ambiguous, calls for hearsay.

A. Yes, I felt there was micromanagement, but I was never directed to do anything against the bylaws nor would I.

Q. (BY MR. LEVINSTEIN) And do you see the paragraph [illegible] reference to good-old-boy attempts at political maneuvering?

MR. JONES: Same objection.

Q. (BY MR. LEVINSTEIN) It says, "President Lee is equally as infamous for his behind-the-back

good-old-boy attempts at political maneuverings."

Were there -- you don't see that yet? I'm sorry. Take your time.

A. Oh, I see it.

Q. Were there concerns expressed by members of the board, for example, that when they showed up at board meetings, everything seemed to have been predetermined?

MR. JONES: Objection, calls for speculation. Also hearsay.

A. I can't speak to what other board members felt. When I was merely a board member, that was often the discussion with people around me.

Q. (BY MR. LEVINSTEIN) Did you witness when you were the Executive Director political [illegible] in advance of meetings in which members of the Executive Committee or the officers called people up to line up votes for [illegible] votes on issues that were coming before them in advance of the meetings?

MR. JONES: Objection, vague and ambiguous.

A. I did not witness that happening, to be able to speak to it. [illegible] meeting and [illegible]

[illegible]

Q. (BY MR. LEVINSTEIN) Were you in meetings in which during the meetings, people spoke in a foreign language and had discussions in your presence that you couldn't understand?

A. Yes, sometimes.

Q. Did you consider that offensive?

A. No.

Q. Would you not consider it might be considered that offensive?

MR. JONES: Objection, calls for speculation.

A. [illegible]

Q. (BY MR. LEVINSTEIN) Did anyone [illegible] you that it was inappropriate when they were in meetings for them to talk [illegible] in front of the others to communicate among themselves in a language that people that [illegible] couldn't understand?

MR. JONES: Objection, calls for speculation.

A. Yes, that had been stated before.

Q. (BY MR. LEVINSTEIN) And who said that to you?

A. No, [illegible] but it had been said by people in the room, in the audience and staff in the group, where that happened.

Q. Did you think it was inappropriate in the meetings for some members to speak in Korean and communicate with each other so that the other people in the room couldn't hear what they were saying, couldn't understand what they were saying?

A. Again, not necessarily, because again, I have worked a lot in the Pan Am Region, and the same thing happens in Spanish. And if you don't speak Spanish, you don't understand. But that's [illegible] saying whatever they're saying, and a translation usually ensues.

Q. But there was no translator to translate for you what they were saying in these meetings?

A. In some cases, yes, you're right.

Q. And the purpose of speaking Korean was in order to communicate with each other so you couldn't hear what they were saying?

MR. JONES: Objection, calls for speculation.

Q. (BY MR. LEVINSTEIN) Didn't it create concerns?

A. I don't know what the purpose was.

[illegible] that they [illegible] things that they were not willing to say in front of the group.

[illegible]