Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
APRIL LURIA               4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email: mlevinstein@wc.com
ROBERT L. MOORE
Email: rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL EXHIBIT "B" |
| | ) | IDENTIFIED AS CM/ECF |

| | | |
|---|---|---|
| vs. | ) | DOCUMENT NO. 207 TO |
| | ) | DEFENDANTS UNITED STATES |
| UNITED STATES TAEKWONDO | ) | TAEKWONDO UNION AND |
| UNION, a Colorado nonprofit | ) | UNITED STATES OLYMPIC |
| Corporation, et al., | ) | COMMITTEE'S DEPOSITION AND |
| | ) | TESTIMONY DESIGNATIONS OF |
| Defendants. | ) | BRUCE C. K. W. HARRIS, |
| | ) | VOLUMES I AND II (TAKEN ON |
| | ) | APRIL 6 AND 7, 2005) (FILED |
| | ) | MARCH 15, 2006 AS CM/ECF |
| | ) | DOCUMENT NO. 201); EXHIBIT |
| | ) | "B"; CERTIFICATE OF SERVICE |
| | ) | |

601-1/Supplement re HarrisDesig 207.al.sh.wpd          Trial Date: April 4, 2006

SUPPLEMENTAL EXHIBIT "B" IDENTIFIED AS CM/ECF
DOCUMENT NO. 207 TO DEFENDANTS UNITED STATES
TAEKWONDO UNION AND UNITED STATES OLYMPIC
COMMITTEE'S DEPOSITION AND TESTIMONY DESIGNATIONS OF
BRUCE C. K. W. HARRIS, VOLUMES I AND II (TAKEN ON APRIL 6
AND 7, 2005) (FILED MARCH 15, 2006 AS CM/ECF DOCUMENT NO. 201)

Defendants by and through their attorneys, Roeca, Louie & Hiraoka, hereby submit their Supplemental Exhibit "B" identified as CM/ECF Document No. 207 to Defendants United States Taekwondo Union and United States Olympic Committee's Deposition and Testimony Designations of Bruce C. K. W. Harris, Volumes I and II (taken on April 6 and 7, 2005) (filed March 15, 2006 as CM/ECF document no. 201) pursuant to Rule 7(b) of the Federal Rules of Civil Procedure.

This Supplemental Exhibit "B" was attached to Defendants' Deposition and Testimony Designations of Bruce Harris and served on all parties on March 15, 2006 and is attached hereto to complete the Court's electronic record.

MAY - 8 2006

DATED: Honolulu, Hawaii, _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE