Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE             2162-0
dlouie@rlhlaw.com
APRIL LURIA               4687-0
aluria@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

WILLIAMS & CONNOLLY LLP

MARK S. LEVINSTEIN
Email:  mlevinstein@wc.com
ROBERT L. MOORE
Email:  rlmoore@wc.com
PATRICK J. HOULIHAN
Email: phoulihan@wc.com
725 12th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC COMMITTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAE SUNG LEE, | ) | Civil No. 04-00461-SOM-LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF ERRATA RE |
| | ) | DEFENDANTS UNITED STATES |



|  |  |  |
|---|---|---|
| vs. | ) | TAEKWONDO UNION AND |
|  | ) | UNITED STATES OLYMPIC |
| UNITED STATES TAEKWONDO | ) | COMMITTEE'S DEPOSITION AND |
| UNION, a Colorado nonprofit | ) | TESTIMONY DESIGNATIONS OF |
| Corporation, et al., | ) | DAE SUNG LEE (TAKEN ON JUNE |
|  | ) | 23, 2005) (FILED MARCH 15, 2006 |
| Defendants. | ) | AS CM/ECF DOCUMENT NO. 209) |
|  | ) | FILED APRIL 28, 2006 AS CM/ECF |
|  | ) | DOCUMENT NO. 308; EXHIBIT |
|  | ) | "A"; CERTIFICATE OF SERVICE |
|  | ) |  |
|  | ) | Trial Date: April 4, 2006 |

601-1/Notice of Errata re LeeDesig.02.al.sh.wpd

### NOTICE OF ERRATA RE DEFENDANTS UNITED STATES TAEKWONDO UNION AND UNITED STATES OLYMPIC COMMITTEE'S DEPOSITION AND TESTIMONY DESIGNATIONS OF DAE SUNG LEE (TAKEN ON JUNE 23, 2005) (FILED MARCH 15, 2006 AS CM/ECF DOCUMENT NO. 209) FILED APRIL 28, 2006 AS CM/ECF DOCUMENT NO. 308

Defendants by and through their attorneys, Roeca, Louie & Hiraoka, hereby submit their Notice of Errata Re Defendants United States Taekwondo Union and United States Olympic Committee's Deposition and Testimony Designations of Dae Sung Lee (taken on June 23, 2005) (filed March 15, 2006 as CM/ECF Document No. 209), filed April 28, 2006 as CM/ECF Document No. 308, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure.

By this Notice, Defendants submit its signature page (Exhibit "A") to their Notice of Errata Re Defendants United States Taekwondo Union and United States Olympic Committee's Deposition and Testimony Designations of Dae Sung

Lee (taken on June 23, 2005) (filed March 15, 2006 as CM/ECF Document No. 209), filed April 28, 2006 as CM/ECF Document No. 308. Defendants' signature page attached hereto as Exhibit "A" was served on all parties on April 28, 2006.

DATED: Honolulu, Hawaii, _____ MAY 1 0 2006 _____.

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE