the correct Exhibit "A" attached hereto to complete the Court's record. The

correct Exhibit "A" was served on all parties on March 15, 2006.

DATED: Honolulu, Hawaii, _____ APR 2 8 2006     .

_____
DAVID M. LOUIE
APRIL LURIA
Attorneys for Defendants UNITED
STATES TAEKWONDO UNION and
UNITED STATES OLYMPIC
COMMITTEE