# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00461DAE-LEK

CASE NAME:       Dae Sung Lee vs. United States Taekwondo Union, a Colorado
                 nonprofit Corporation, et al.

ATTYS FOR PLA:   Michael Jay Green

ATTYS FOR DEFT:  April Luria

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   FTR-Courtroom 6

DATE:    5/10/2006                TIME:       1:54-1:59

COURT ACTION:   EP: Settlement on the Record held.

Terms stated. Trial date and all deadlines are Vacated.

Magistrate Judge Barry M. Kurren to recommend to Judge Susan Oki Mollway to enter
Order for Dismissal with Prejudice.

Submitted by: Warren N. Nakamura, Courtroom Manager