IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAE SUNG LEE, | ) CV. NO. 04-00461 SOM-LEK |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES TAEKWONDO UNION, a Colorado nonprofit Corporation, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, May 11, 2006.



_____
Susan Oki Mollway
United States District Judge

DAE SUNG LEE V. UNITED STATES TAEKWONDO UNION, A COLORADO NONPROFIT CORPORATION, ET AL.; CV. NO. 04-00461 SOM-LEK; ORDER OF DISMISSAL.