LEFT SIDE

# ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

## FACSIMILE COVER SHEET

TO: Toni Fujinaga
c/o Federal Court
Fax: 541-1181

FROM: Sharon Hull
Secretary to April Luria, Esq.

DATE: 24 July 2006

ORIGINAL ___ WILL     x WILL NOT     BE MAILED

The information contained in the following transmission may be protected by the attorney-client privilege or the work-product doctrine, and is intended only for the use of the recipient named above. If you are not the person named as the recipient, or the employee or agent responsible for delivering this message to the named recipient, please notify us immediately by telephone (call collect) and return the original transmission to us by first class mail. We will reimburse you for postage. Thank you.

## COMMENTS

This is in response to your phone call to pick up three banker's boxes of exhibit binders in Dae Sung Lee v. United States Taekwondo Union, et al., Civil No. 04-00461-SOM-LEK. Ms. April Luria authorizes the Court to throw away the exhibits on behalf of our clients, Defendants U.S. Olympic Committee and U.S. Taekwondo Union. Thank you for helping us out.

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET: - 1 -

OPERATOR:                                OUR FILE NO.: 601-001

CASE NAME: Lee v. U.S. Taekwondo Union

*PLEASE CALL THE OPERATOR IF YOU DO NOT RECEIVE ALL OF THE PAGES.*
fax.usdc.02.al.sh.wpd